IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC<br>Plaintiff, | ) |
| v. | ) |
| CRESTRON ELECTRONICS, INC.<br>Defendant | ) Civil Action No. 10-cv-11622-EFH |
| | ) **FILED UNDER SEAL**<br>) Electronic Order |
| CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff, | ) Leave to File granted<br>) November 1, 2012<br>) Judge Edward F. Harrington |
| v. | ) |
| SAVANT SYSTEMS, LLC<br>Counterclaim-Defendant | ) |

**FILED UNDER SEAL**

**REPLY DECLARATION OF THOMAS C. O'KONSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER FURTHER EXPANDING THE DISCOVERY EVENT LIMITATIONS FOR THE CASE**

**NOVEMBER 2, 2012**

SAVANT SYSTEMS, LLC
By Its Attorneys,

/s/ Thomas C. O'Konski
Thomas C. O'Konski BBO# 378265
Martin J. O'Donnell BBO# 377475
William J. Mostyn IV BBO# 678869
Aaron S. Jacobs BBO# 677545
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500
tok@c-m.com