# EXHIBIT B

## FILED UNDER SEAL
## Leave to File Granted November 1, 2012
## Judge Edward F. Harrington