# EXHIBIT I

**FILED UNDER SEAL**
**Leave to File Granted November 1, 2012**
**Judge Edward F. Harrington**