# EXHIBIT J

WIN THE TRIP OF A LIFETIME! Click here.





**David M. Ewalt**, Forbes Staff
I write about games and technology.
Follow (144)

TECH | 11/16/2011 @ 12:00PM | 48,402 views

# Crestron Electronics: A Made-In-America Success Story

11 comments, 2 called-out + Comment now

In a quiet corner of Crestron Electronics' cavernous Rockleigh, N.J. research lab, an aged engineer hunches over a chaotic assembly of plastic tubes, spinning motors and wire. He flips a switch and an exhaust pipe spews a plume of white mist. "This is my Rube Goldberg machine," says George Feldstein, with an impish grin. "I always have to keep hands busy. No

EO, huh?"



George Feldstein, CEO of Crestron Electronics

734

164

161

8

*Recommended*



New York City After Hurricane Sandy 5

At 70 the founder of Crestron Electronics—maker of myriad home automation devices—is as fit and energetic as a man half his age. He's also a tireless tinkerer, with 14 patents to his name. His latest project—a more efficient humidifier—has been in the works for over a year. Typical evaporative humidifiers require water tanks (breeding grounds for bacteria), while the steam-injection variety gobble electricity. So Feldstein invented a system that pressurizes a small amount of water and pushes it through tiny nozzles, atomizing it into vapor. When he tested it in his home last winter, the mist left a dusting of salt all over the furniture. ("My wife nearly threw me out," he says.) With any luck the boss' latest invention will hit the market next year.

Feldstein doesn't just create gadgets—he creates jobs. As protesters, pundits and politicians bemoan corporate America's addiction to cheap overseas labor (the manufacturing sector now employs 11.8 million people, down nearly 40% in three decades), Crestron has added 500 people—20% of the company's workforce—in the last five years.





Manufacturing Jobs Aren't Coming Back, And That's OK


David M. Ewalt
Forbes Staff




**In This Story:**

Made In America • Anything To Make A Buck
A Family Affair • Moving Beyond Luxury
(Single Page View)

Feldstein owns 100% of Crestron, which could very well make him a billionaire. (He won't comment on his personal fortune.) Based on sales of similar companies over the last few years, Crestron, which carries no debt and pulls in $500 million in annual revenue (on its way to our list of largest private companies), could be worth at least $1 billion. Yet somehow Feldstein has attracted little attention outside of the trade press, even as he provides new jobs by the hundreds in a prolonged downturn.

"I have great belief in American enterprise," he says. "When the economy went south we brought everything in house and paid more for it, rather

Recommended


...art Grids Highlight Innovation's Promise

Mark P. Mills
Contributor



Manufacturing and What China Knows About the American Century

Mark P. Mills
Contributor

New York City After Hurricane Sandy

than lay people off. People don't realize the importance of the continuity of labor."

Translation: This isn't about patriotism—it's about strategy. By manufacturing 80% of his products—1,500 in all—in the U.S., Feldstein says he is able to build technologically complex devices in low quantities with few errors. Hiring at home also allows him to develop the kind of long-term, committed help he needs to keep expanding. Even with the company's latest growth spurt, Feldstein estimates around 15% of his workforce has been on staff for at least a decade. "We bring in people, and we give them a profession," he says. "It's one of the most important things about a job: It should provide a career for people who want them." And by keeping Crestron privately held, Feldstein doesn't have to answer to pesky analysts and shareholders who might have him cut costs by shipping production overseas.

Oh, and in case you're wondering: Crestron isn't for sale. "To anyone who asks, the answer is no, not how much," barks Feldstein.

Page 1 | 2 | 3 | 4 | 5 Next Page »

11 comments, 2 called-out + Comment now

734 164 161 8 5

Print Report Corrections Reprints & Permissions

From The Web

by Taboola

Recommended



New York City After Hurricane Sandy



Shocking discovery for joint relief


Most Worthless Players in the NBA


Boy kicked out of school because he has


Tracy Schroeder - Biracial Child


Strange Mermaid Body Found on Beach


The Death of Stainless is Here


True life Story: Watch Helen Tell How She


Can Romney recover? Markets think not -


## Chan

Business
Investing
Tech
Entrepre
Op/Ed
Leadersl
Lifestyle
Lists

## Affili

Forbes C
Forbes I
Forbes I
Forbes M
Forbes F
Forbes F
Forbes F
Forbes U
RealClea
RealClea
RealClea
RealClea

## Data

Market I
Thomso
AdChoic

## Publi



# Post Your Comment

Please **log in** or **sign up**

*Recommended*



Enter Your Comment

Free Tria
Subscrib
Buy Bacl

Forbes writers have the ability to call out member comments they find particularly interesting. Called-out comments are highlighted across the Forbes network. You'll be notified if your comment is called out.

# Comments

Expand All Comments

**whrosen** 11 months ago

Well how do you do – a real company. They spend time on their customers and money on developing products. They treat employees like assets to be developed instead of liabilities to be dropped. The long term doesn't mean next quarter. They even make money manufacturing domestically.

Nowhere in this article does "MBA" appear. More than coincidence?

Called-out comment

Reply

+ expand 2 comments

**johnbriggs** 11 months ago

Thank you Forbes, thank you Dave Ewalt and thank you most of all Mr. Feldstein. Thank you Forbes and Mr. Ewalt for continuing to highlight the story of manufacturing in this country. I am convinced that a renaissance of manufacturing and manufacturing employment is possible in the U.S. And thank you Mr. Feldstein for your imagination in designing useful products, your dedication to manufacturing in the U.S. and your commitment to your employees.

The issues that relate to the promotion of manufacturing in the U.S. are varied and interesting. I am blogging on the issues and highlighting great domestic consumer goods firms at simply-american.net. Please stop by if you have a minute to see what I am writing about. Thanks again to all of you for your efforts at promoting manufacturing and jobs in the manufacturing sector in this country. All the best, John Briggs

Called-out comment

Reply

and comment

