# EXHIBIT K

STEPTOE & JOHNSON LLP

ATTORNEYS AT LAW

John J. Kavanagh III
202.429.6256
jkavanag@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

June 7, 2012

VIA EMAIL and U.S. Mail

Thomas C. O'Konski, Esq.
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, Massachusetts 02210

Re: **Savant Systems, LLC v. Crestron Electronics, Inc., 1:10-cv-11622 (EFH)**
**Objections to May 2012 Subpoena to Sapphire Marketing, LLC**

Dear Tom:

We write on behalf of our client, Sapphire Marketing, LLC ("Sapphire"), with respect to the subpoena *duces tecum* served upon Sapphire on May 24, 2012 in the above-referenced matter by Savant Systems, LLC (the "Subpoena"). Pursuant to Fed. R. Civ. P. 45(c)(2)(B), Sapphire sets forth below its objections to the requests in the Subpoena.

**General Objections**

Sapphire objects to the definitions, instructions and document requests contained in the Subpoena. Sapphire's specific objections to each request are made subject to, and without waiving, these objections, which are incorporated by reference into each of Sapphire's specific objections. The failure to list a General Objection within a specific objection should not be construed as a waiver of that objection.

1. Privilege. Sapphire objects to the requests in Savant's subpoena for documents to the extent that they seek documents that are protected by the attorney-client privilege, the work product doctrine, the joint defense privilege, settlement immunity, or by another applicable privilege or discovery immunity.

2. Confidential Information. Sapphire objects to the document requests in Savant's subpoena for documents to the extent that they seek production of documents that contain or involve confidential, business, commercial, proprietary information, trade secret or other similar information of either Sapphire or third parties. Sapphire further objects to each request to the extent it seeks documents

that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order.

3. Beyond Scope of the Discovery Rules. Sapphire objects to the requests, and Definitions and Instructions, in Savant's subpoena for documents to the extent that they seek production of documents or require responses or attempt to impose duties or obligations beyond that required by the Federal Rules of Civil Procedure or the Local Rules of the District of New Jersey. Sapphire further objects to the subpoena to the extent that it does not comply with the Rules.

4. Relevance. Sapphire objects to the requests in Savant's subpoena for documents to the extent that they seek documents that are not relevant to the subject matter of this action or reasonably calculated to lead to the discovery of admissible evidence.

5. Vague, Ambiguous and Overbroad. Sapphire objects to the requests in Savant's subpoena for documents to the extent that they are vague, ambiguous, overbroad, or fail to identify with sufficient particularity the information requested and, thus, are not susceptible to response. Sapphire further objects to document requests containing words or phrases with no apparent meaning, with uncertain meaning and/or that call for speculation.

6. Unduly Burdensome. Sapphire objects to the requests in Savant's subpoena for documents to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Specifically, Sapphire objects to the extent that Savant can obtain the requested documents through party discovery and because this is the second subpoena served upon Sapphire in this matter.

7. Duplicative or Repetitive. Sapphire objects to the requests in Savant's subpoena for documents to the extent that they are duplicative or repetitive of other requests, including duplicative of requests served upon Crestron

8. Not Within Sapphire's Possession, Custody, or Control. Sapphire objects to the requests in Savant's subpoena for documents to the extent that they call for the production of documents not within Sapphire's possession, custody and control.

9. Equal Access. Sapphire objects to the requests in Savant's subpoena for documents to the extent that they call for production of documents already in the possession, custody, or control of Savant or that are available from other parties.

10. Privacy. Sapphire objects to the document requests in Savant's subpoena for documents to the extent that they seek documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties.

11. Publicly Available. Sapphire objects to the requests in Savant's subpoena for documents to the extent that they seek documents that are publicly available.

12. Temporal Scope. Sapphire objects to the requests in Savant's subpoena for documents because they are unlimited in temporal scope.

13. Sapphire objects to the requests to the extent that they assume facts not in evidence.

14. Sapphire objects to the definition of "Products" as overbroad, vague, ambiguous, and confusing.

15. Sapphire objects to the definition of "Sapphire" as overbroad.

16. Sapphire objects to the time period allotted for the production of documents.

17. If and when Sapphire agrees to produce any responsive documents, if any exist, its agreement shall not be deemed to be a representation that the requested documents do exist, or are relevant to this action.

18. Any inadvertent production of a privileged or protected document is not an express waiver of any privilege or protection from disclosure.

**Specific Objections**

With respect to the individual requests for documents contained in the Subpoena, Sapphire objects as follows:

> **Request No. 1:** All documents concerning competition in the sale or marketing of Products, including, but not limited to, documents identifying and/or discussing Crestron's competitors and/or analyzing the competitive landscape.

**Objections to Request No. 1**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 5, 6, 8, 7, 9, 10, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or by another applicable privilege or discovery immunity. Sapphire also objects to this request to the extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. Sapphire objects to this request as vague and ambiguous, specifically with respect to the term "Products" and overbroad. Sapphire further objects to this request

to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that responsive documents can be obtained through party discovery. In addition, Sapphire objects to this request to the extent that it is duplicative or repetitive of Requests 6, 8, and 9 and requests made in party discovery. Sapphire also objects to this request to the extent that it calls for the production of documents not within Sapphire's possession, custody or control. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or that are available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire also objects to this request because it is unlimited in temporal scope.

> **Request No. 2:** All documents concerning any agreements between You and Crestron relating to the sale or marketing of Products.

**Objections to Request No. 2**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 5, 6, 8, 9, 10, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or by another applicable privilege or discovery immunity. Sapphire also objects to this request to the extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. Sapphire objects to this request as vague and ambiguous, specifically with respect to the term "Products." Sapphire further objects to this request to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that responsive documents can be obtained through party discovery. Sapphire also objects to this request to the extent that it calls for the production of documents not within Sapphire's possession, custody or control. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or that are available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire objects to this request Sapphire objects to this request because it is unlimited in temporal scope.

> **Request No. 3:** All documents concerning any attempts by You or by anyone on behalf of Crestron to convert or flip to Crestron any job or project that had previously been bid, earmarked, contracted or wired, to include Savant Products.

**Objections to Request No. 3**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 4, 5, 6, 8, 9, 10, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or by another applicable privilege or discovery immunity. Sapphire also objects to this request to the

extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. Sapphire also objects to this request to the extent that it seeks documents that are not relevant to the subject matter of this action or reasonably calculated to lead to the discovery of admissible evidence. In addition, Sapphire objects to this request as vague and ambiguous, specifically with respect to the term "Products." Sapphire further objects to this request to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that responsive documents can be obtained through party discovery. Sapphire also objects to this request to the extent that it calls for the production of documents not within Sapphire's possession, custody or control. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or that are available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire also objects to this request because it is unlimited in temporal scope.

> **Request No. 4:** All documents concerning any jobs or projects that had previously been bid, earmarked, contracted or wired, to include Savant Products that were converted or flipped to Crestron.

**Objections to Request No. 4**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 4, 5, 6, 8, 9, 10, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or by another applicable privilege or discovery immunity. Sapphire also objects to this request to the extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. Sapphire also objects to this request to the extent that it seeks documents that are not relevant to the subject matter of this action or reasonably calculated to lead to the discovery of admissible evidence. In addition, Sapphire objects to this request as vague and ambiguous, specifically with respect to the term "Products." Sapphire further objects to this request to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that responsive documents can be obtained through party discovery. Sapphire also objects to this request to the extent that it calls for the production of documents not within Sapphire's possession, custody or control. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or that are available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire also objects to this request because it is unlimited in temporal scope.

> **Request No. 5:** All documents concerning any incentives relating to the purchase and/or sale of Crestron Products including, but not limited to, payments, rebates, or other consideration, provided to You or to dealers by Crestron.

**Objections to Request No. 5**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 4, 5, 6, 8, 9, 10, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or by another applicable privilege or discovery immunity. Sapphire also objects to this request to the extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. Sapphire also objects to this request to the extent that it seeks documents that are not relevant to the subject matter of this action or reasonably calculated to lead to the discovery of admissible evidence. In addition, Sapphire objects to this request as vague and ambiguous, specifically with respect to the terms "Products," payments," "rebates" and "other consideration," and overbroad. Sapphire further objects to this request to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that responsive documents can be obtained through party discovery. Sapphire also objects to this request to the extent that it calls for the production of documents not within Sapphire's possession, custody or control. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or that are available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire also objects to this request because it is unlimited in temporal scope. Sapphire also objects to this request to the extent that it assumes facts not in evidence.

> **Request No. 6:** All documents concerning Crestron's business strategies, competitive analyses, and sales or marketing practices with regard to Products.

**Objections to Request No. 6**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 5, 6, 8, 7, 9, 10, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or by another applicable privilege or discovery immunity. Sapphire also objects to this request to the extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. Sapphire objects to this request as vague and ambiguous, specifically with respect to the term "Products" and overbroad. Sapphire further objects to this request to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that

responsive documents can be obtained through party discovery. In addition, Sapphire objects to this request to the extent that it is duplicative or repetitive of Requests 1, 8, and 9 and requests made in party discovery. Sapphire also objects to this request to the extent that it calls for the production of documents not within Sapphire's possession, custody or control. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or that are available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire also objects to this request because it is unlimited in temporal scope.

> **Request No. 7:** All documents concerning this Litigation, and/or any other lawsuits involving Crestron, specifically including, but not limited to, communications with Crestron or any dealers relating to this Litigation and any other lawsuits involving Crestron.

**Objections to Request No. 7**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 4, 6, 8, 9, 10, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or by another applicable privilege or discovery immunity. Sapphire also objects to this request to the extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. Sapphire also objects to this request to the extent that it seeks documents that are not relevant to the subject matter of this action or reasonably calculated to lead to the discovery of admissible evidence. Sapphire further objects to this request to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that responsive documents can be obtained through party discovery. Sapphire also objects to this request to the extent that it calls for the production of documents not within Sapphire's possession, custody or control. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire further objects to this request to the extent that it assumes facts not in evidence. Sapphire also objects to this request because it is unlimited in temporal scope.

> **Request No. 8:** All documents concerning Crestron's efforts to compete with Savant, specifically including, but not limited to, communications with Crestron or dealers relating to Savant.

**Objections to Request No. 8**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 5, 6, 8, 7, 9, 10, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or

by another applicable privilege or discovery immunity. Sapphire also objects to this request to the extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. Sapphire objects to this request as vague and ambiguous, specifically with respect to the term "Products" and overbroad. Sapphire further objects to this request to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that responsive documents can be obtained through party discovery. In addition, Sapphire objects to this request to the extent that it is duplicative or repetitive of Requests 1, 6, and 9 and requests made in party discovery. Sapphire also objects to this request to the extent that it calls for the production of documents not within Sapphire's possession, custody or control. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or that are available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire also objects to this request because it is unlimited in temporal scope.

> **Request No. 9:** All documents concerning Crestron's efforts to compete with companies other than Savant in the sale or marketing of Products.

**Objections to Request No. 9**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 5, 6, 8, 7, 9, 10, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or by another applicable privilege or discovery immunity. Sapphire also objects to this request to the extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. Sapphire objects to this request as vague and ambiguous, specifically with respect to the term "Products" and overbroad. Sapphire further objects to this request to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that responsive documents can be obtained through party discovery. In addition, Sapphire objects to this request to the extent that it is duplicative or repetitive of Requests 1, 6, and 8 and requests made in party discovery. Sapphire also objects to this request to the extent that it calls for the production of documents not within Sapphire's possession, custody or control. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or that are available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire also objects to this request because it is unlimited in temporal scope.

> **Request No. 10:** Documents sufficient to show the identity of individuals who have been involved in Your efforts to sell or market Crestron Products.

**Objections to Request No. 10**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 5, 6, 9, 10, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or by another applicable privilege or discovery immunity. Sapphire also objects to this request to the extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. In addition, Sapphire objects to this request to the extent that it is overbroad and that the word "Product" is vague, ambiguous, overbroad and confusing. Sapphire further objects to this request to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that responsive documents can be obtained through party discovery. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire also objects to this request because it is unlimited in temporal scope.

> **Request No. 11:** All documents concerning any technical issues, problems, malfunctions, or failures relating to Crestron Products.

**Objections to Request No. 11**: Sapphire objects to this request for the reasons stated in General Objections Nos. 1, 2, 4, 5, 6, 8, 9, 10, 11, and 12. Sapphire objects to this request to the extent that it seeks production of documents that are protected by the attorney-client privilege, the work product doctrine, or by another applicable privilege or discovery immunity. Sapphire also objects to this request to the extent that it seeks production of documents that contain or involve confidential, business, commercial, proprietary information or other similar information of either Sapphire or third parties, or documents that Sapphire is barred from producing by law or under the terms of an agreement with a third party or a protective order or confidentiality order. Sapphire also objects to this request to the extent that it seeks documents that are not relevant to the subject matter of this action or reasonably calculated to lead to the discovery of admissible evidence. In addition, Sapphire objects to this request to the extent that it is overbroad and that the word "Product" is vague, ambiguous, overbroad and confusing. Sapphire further objects to this request to the extent that Savant has not taken the reasonable and necessary steps to avoid imposing undue burden and expense on a non-party. Sapphire specifically objects to this request to the extent that responsive documents can be obtained through party discovery. Sapphire also objects to this request to the extent that it calls for the production of documents not within Sapphire's possession, custody or control. In addition, Sapphire objects to this request to the extent that it calls for the production of documents already in the possession, custody or control of Savant or

available from other parties. Sapphire further objects to this request to the extent that it seeks documents the disclosure of which would violate Sapphire's privacy rights or the privacy rights of third parties. Sapphire also objects to this request to the extent that it seeks documents that are publicly available. Sapphire also objects to this request because it is unlimited in temporal scope..

**Reservation of Rights**

Sapphire's objections are based on information now known to Sapphire. Sapphire reserves the right to amend, modify or supplement its objections if it learns of new information. The fact that Sapphire may produce a document in the future is not a concession that the document or its contents are true, accurate, or authentic or that the document is relevant or admissible in this case.

Sincerely,

John J. Kavanagh