IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.,<br><br>Defendant.<br><br>CRESTRON ELECTRONICS, INC.<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>SAVANT SYSTEMS, LLC,<br><br>Counterclaim-Defendant. | Civil Action No.: 1:10-cv-11622 (WGY) |

**CORRECTED DECLARATION OF JOHN J. KAVANAGH IN SUPPORT OF CRESTRON ELECTRONICS, INC.'S MOTION FOR SUMMARY JUDGMENT ON CLAIMS I-IX OF SAVANT'S SECOND AMENDED COMPLAINT**

I, John J. Kavanagh, being of full age, hereby certify as follows:

1. I am an attorney-at-law in the District of Columbia, and am counsel for Defendant Crestron Electronics, Inc. ("Crestron") in the above-captioned matter. As such, I am fully familiar with the facts and circumstances of this case. I make this Declaration in support of Crestron's Motion for Summary Judgment.

2. I am aware that Plaintiff Savant Systems, LLC's ("Savant") proposed economic expert, Professor Einer Elhauge, produced supporting data files in connection with the Expert Report he submitted in this litigation.

3. I am aware that Professor Elhauge's supporting data files contained, among other information, sales transaction data derived from the electronic sales databases that were produced by both Crestron and Savant in this litigation.

4. I am aware that this supporting sales transaction data contains records of both Savant's and Crestron's sales to individual dealers within what Professor Elhauge defines as the "high-end" product market.

5. I am aware that these supporting sales transaction data cover the time period from July 2007 through September 2013.

6. I am aware that these sales transaction data can be sorted chronologically, and that when sorted in this manner, the data indicate dealers whose first recorded purchases between July 2007 and September 2013 of products defined as "high-end" by Professor Elhauge were Crestron products, and that the data also indicate which of these dealers later purchased Savant products.

7. I am aware that 297 unique dealers whose first recorded purchase during the July 2007 - September 2013 period was of Crestron products later purchased Savant products.

8. I am aware that from July 2007 to September 2013, the following numbers of dealers whose earliest recorded purchase was of Crestron products also purchased Savant products in each year:

| YEAR | DEALER COUNT |
| --- | --- |
| 2007 | 0 |
| 2008 | 19 |
| 2009 | 76 |
| 2010 | 107 |
| 2011 | 146 |
| 2012 | 210 |
| 2013 | 231 |

9. I am aware that *CE Pro*, a trade publication for the custom electronics industry, publishes an annual list of 100 top dealers by volume called the "CE Pro 100."

10. I am aware that of those dealers selected for the CE Pro 100 list published in May 2011, the supporting sales transaction data produced by Professor Elhauge reflects that 54 out of 100 dealers purchased Savant products during the period from June 2008 – September 2013.

11. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Robert Madonna in this matter, taken on October 26, 2011.

12. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Otto Benson in this matter, taken on March 19, 2012.

13. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Eric Davidson in this matter, taken on April 3, 2012.

14. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of John Selby in this matter, taken on April 5, 2012.

15. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of Brian Moffett in this matter, taken on April 11, 2012.

16. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Michael Thul in this matter, taken on April 12, 2012.

17. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Jay Bakaler in this matter, taken on April 17, 2012.

18. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the deposition transcript of Jonathan Lane in this matter, taken on April 18, 2012.

19. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition transcript of David Vatland in this matter, taken on April 20, 2012.

20. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the deposition transcript of Chad Weuve in this matter, taken on May 1, 2012.

21. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the deposition transcript of Jason Jobe in this matter, taken on May 8, 2012.

22. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition transcript of Joe Arceo in this matter, taken on May 10, 2012.

23. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the deposition transcript of Richard Smith in this matter, taken on May 16, 2012.

24. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the deposition transcript of Gadi Tamari in this matter, taken on July 30, 2012.

25. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the deposition transcript of Philip Schoonover in this matter, taken on August 1, 2012.

26. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the deposition transcript of Sean Riordan in this matter, taken on September 12, 2012.

27. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the deposition transcript of Craig Stulce in this matter, taken on September 20, 2012.

28. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the deposition transcript of Paul Bernard in this matter, taken on September 26, 2012.

29. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the deposition transcript of John Clancy in this matter, taken on October 2, 2012.

30. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the deposition transcript of Leviton Manufacturing Company, Inc. in this matter, through its corporate representative Robert Becker, taken on October 11, 2012.

31. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the deposition transcript of Steve Vickers in this matter, taken on October 12, 2012.

32. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the deposition transcript of Savant Systems, L.L.C. in this matter, through its corporate representative Robert Madonna, taken on October 25, 2012.

33. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from the deposition transcript of Brett Price in this matter, taken on December 5, 2012.

34. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the deposition transcript of Edward Breslow in this matter, taken on July 31, 2012 and December 20, 2012.

35. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the deposition transcript of Cordell Spencer in this matter, taken on January 23, 2013.

36. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the deposition transcript of Michael Pecar, taken on January 28, 2013.

37. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the deposition transcript of Jason Knott in this matter, taken on January 29, 2013.

38. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the deposition transcript of Michael Kavanaugh in this matter, taken on February 1, 2013.

39. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the deposition transcript of David Thomas in this matter, taken on February 7, 2013.

40. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the deposition transcript of David Raife in this matter, taken on February 8, 2013.

41. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the deposition transcript of David Slump in this matter, taken on February 11, 2013.

42. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the deposition transcript of Elliot Ingber in this matter, taken on February 12, 2013.

43. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the deposition transcript of George Katsiris in this matter, taken on February 20, 2013.

44. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the deposition transcript of Craig Spinner in this matter, taken on February 21, 2013.

45. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts from the deposition transcript of Robert Gullo in this matter, taken on March 5, 2013.

46. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the deposition transcript of Charles Parrelli in this matter, taken on March 7, 2013.

47. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts from the deposition transcript of Ronald Fleming in this matter, taken on March 19, 2013.

48. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts from the deposition transcript of Bruce Myers in this matter, taken on March 20, 2013.

49. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts from the deposition transcript of James Carroll in this matter, taken on March 22, 2013.

50. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts from the deposition transcript of Joseph Jamison in this matter, taken on March 26, 2013.

51. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts from the deposition transcript of Crestron Electronics, Inc. in this matter, through its corporate representative Randy Klein, taken on January 16, 2014.

52. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts from the deposition transcript of Savant Systems, L.L.C. in this matter, through its corporate representative Robert Madonna, taken on January 21, 2014.

53. Attached hereto as **Exhibit 43** is a true and correct copy of excerpts from the deposition transcript of Savant Systems, L.L.C. in this matter, through its corporate representative James Carroll, taken on January 22, 2014.

54. Attached hereto as **Exhibit 44** is a true and correct copy of excerpts from the deposition transcript of J.C. Murphy in this matter, taken on January 24, 2014.

55. Attached hereto as **Exhibit 45** is a true and correct copy of excerpts from the deposition transcript of Daniel Kippycash in this matter, taken on May 21, 2014.

56. Attached hereto as **Exhibit 46** is a true and correct copy of excerpts from the deposition transcript of Professor Einer Elhauge in this matter, taken on May 22, 2014.

57. Attached hereto as **Exhibit 47** is a true and correct copy of excerpts from the deposition transcript of James Carroll in this matter, taken on May 23, 2014.

58. Attached hereto as **Exhibit 48** is a true and correct copy of excerpts from the deposition transcript of Tricia Parks in this matter, taken on May 30, 2014.

59. Attached hereto as **Exhibit 49** is a true and correct copy of excerpts from the deposition transcript of Dr. Andrew Joskow in this matter, taken on June 4, 2014.

60. Attached hereto as **Exhibit 50** is a true and correct copy of excerpts from the deposition transcript of Dr. Lauren Stiroh in this matter, taken on June 6, 2014.

61. Attached hereto as **Exhibit 51** is a true and correct copy of the document Bates numbered AVS0000126, produced by third party Audio Video Systems in discovery in this matter.

62. Attached hereto as **Exhibit 52** is a true and correct copy of the document Bates numbered BBSAVANT0000010-BBSAVANT0000011, produced by third party Best Buy in discovery in this matter.

63. Attached hereto as **Exhibit 53** is a true and correct copy of excerpts from *CE Pro 100*, published in May 2012.

64. Attached hereto as **Exhibit 54** is a true and correct copy of the document "Control 4 Investor Overview (February 2014).

65. Attached hereto as **Exhibit 55** is a true and correct copy of excerpts from the publicly-available document Control 4 2013 10-K Annual Report.

66. Attached hereto as **Exhibit 56** is a true and correct copy of excerpts from the publicly-available document "Control 4 August 2013 Prospectus."

67. Attached hereto as **Exhibit 57** is a true and correct copy of the publicly-available document "Control 4 February 2014 8-K Current Report."

68. Attached hereto as **Exhibit 58** is a true and correct copy of the publicly-available document "Control 4 May 2014 8-K Current Report."

69. Attached hereto as **Exhibit 59** is a true and correct copy of the document Bates numbered Crestron0000699, produced by Crestron in discovery in this matter.

70. Attached hereto as **Exhibit 60** is a true and correct copy of the document Bates numbered Crestron0029256, produced by Crestron in discovery in this matter.

71. Attached hereto as **Exhibit 61** is a true and correct copy of the document Bates numbered Crestron0029407, produced by Crestron in discovery in this matter.

72. Attached hereto as **Exhibit 62** is a true and correct copy of the document Bates numbered Crestron0058877, produced by Crestron in discovery in this matter.

73. Attached hereto as **Exhibit 63** is a true and correct copy of the document Bates numbered Crestron0058908, produced by Crestron in discovery in this matter.

74. Attached hereto as **Exhibit 64** is a true and correct copy of the document Bates numbered Crestron0065534, produced by Crestron in discovery in this matter.

75. Attached hereto as **Exhibit 65** is a true and correct copy of the document Bates numbered Crestron0065628, produced by Crestron in discovery in this matter.

76. Attached hereto as **Exhibit 66** is a true and correct copy of the document Bates numbered Crestron0066818, produced by Crestron in discovery in this matter.

77. Attached hereto as **Exhibit 67** is a true and correct copy of the document Bates numbered Crestron0066975, produced by Crestron in discovery in this matter.

78. Attached hereto as **Exhibit 68** is a true and correct copy of the document Bates numbered Crestron0070342, produced by Crestron in discovery in this matter.

79. Attached hereto as **Exhibit 69** is a true and correct copy of the document Bates numbered Crestron0072226-Crestron0072228, produced by Crestron in discovery in this matter.

80. Attached hereto as **Exhibit 70** is a true and correct copy of the document Bates numbered Crestron0135268-Crestron0135271, produced by Crestron in discovery in this matter.

81. Attached hereto as **Exhibit 71** is a true and correct copy of the document Bates numbered Crestron0137024, produced by Crestron in discovery in this matter.

82. Attached hereto as **Exhibit 72** is a true and correct copy of the document Bates numbered Crestron0138648, produced by Crestron in discovery in this matter.

83. Attached hereto as **Exhibit 73** is a true and correct copy of the document Bates numbered Crestron0139183, produced by Crestron in discovery in this matter.

84. Attached hereto as **Exhibit 74** is a true and correct copy of excerpts from the document Bates numbered Crestron0139335, produced by Crestron in discovery in this matter.

85. Attached hereto as **Exhibit 75** is a true and correct copy of the document Bates numbered Crestron0269472, produced by Crestron in discovery in this matter.

86. Attached hereto as **Exhibit 76** is a true and correct copy of the document Bates numbered Crestron0269480, produced by Crestron in discovery in this matter.

87. Attached hereto as **Exhibit 77** is a true and correct copy of the document Bates numbered Crestron0283894, produced by Crestron in discovery in this matter.

88. Attached hereto as **Exhibit 78** is a true and correct copy of the document Bates numbered Crestron0300865, produced by Crestron in discovery in this matter.

89. Attached hereto as **Exhibit 79** is a true and correct copy of the document Bates numbered Crestron0313339, produced by Crestron in discovery in this matter.

90. Attached hereto as **Exhibit 80** is a true and correct copy of the document Bates numbered Crestron0315649, produced by Crestron in discovery in this matter.

91. Attached hereto as **Exhibit 81** is a true and correct copy of excerpts from the document Bates numbered Crestron2558639, produced by Crestron in discovery in this matter, redacted to exclude restricted confidential, irrelevant commercial and corporate-wide aggregate financial data that is not necessary for the Court to consider when ruling on this motion.

92. Attached hereto as **Exhibit 82** is a true and correct copy of the document Bates numbered DGC0066224, produced by third party DiCicco, Gulman & Company in discovery in this matter.

93. Attached hereto as **Exhibit 83** is a true and correct copy of the document Bates numbered DGC0067407, produced by third party DiCicco, Gulman & Company in discovery in this matter.

94. Attached hereto as **Exhibit 84** is a true and correct copy of the document Bates numbered DGC0072126, produced by third party DiCicco, Gulman & Company in discovery in this matter.

95. Attached hereto as **Exhibit 85** is a true and correct copy of the document Bates numbered DGC0073418, produced by third party DiCicco, Gulman & Company in discovery in this matter.

96. Attached hereto as **Exhibit 86** is a true and correct copy of the document Bates numbered DGC0077946, produced by third party DiCicco, Gulman & Company in discovery in this matter.

97. Attached hereto as **Exhibit 87** is a true and correct copy of the documents Bates numbered EDBRESLOW0000016 and EDBRESLOW0000294, produced by Savant Board of Advisors member Edward Breslow in discovery in this matter.

98. Attached hereto as **Exhibit 88** is a true and correct copy of the document Bates numbered HARMAN00000104, produced by third party Harman International in discovery in this matter.

99. Attached hereto as **Exhibit 89** is a true and correct copy of the document Bates numbered HARMAN-A-00000210, produced by third party Harman International in discovery in this matter.

100. Attached hereto as **Exhibit 91** is a true and correct copy of the document Bates numbered LEV0000152, produced by third party Leviton Manufacturing Company in discovery in this matter.

101. Attached hereto as **Exhibit 92** is a true and correct copy of the document Bates numbered MK Marketing 0000811, produced by third party MK Marketing in discovery in this matter.

102. Attached hereto as **Exhibit 93** is a true and correct copy of the document Bates numbered MK Marketing 0002334, produced by third party MK Marketing in discovery in this matter.

103. Attached hereto as **Exhibit 94** is a true and correct copy of the document Bates numbered MK Marketing 0002348, produced by third party MK Marketing in discovery in this matter.

104. Attached hereto as **Exhibit 95** is a true and correct copy of the document Bates numbered Momentum Sales Group 0000059, produced by third party Momentum Sales Group in discovery in this matter.

105. Attached hereto as **Exhibit 96** is a true and correct copy of the document Bates numbered SAVANT 000310, produced by Savant in discovery in this matter.

106. Attached hereto as **Exhibit 97** is a true and correct copy of the document Bates numbered SAVANT0008468, produced by Savant in discovery in this matter.

107. Attached hereto as **Exhibit 98** is a true and correct copy of the document Bates numbered SAVANT0009733, produced by Savant in discovery in this matter.

108. Attached hereto as **Exhibit 99** is a true and correct copy of excerpts from the documents Bates numbered SAVANT0009894-SAVANT0009895, produced by Savant in discovery in this matter.

109. Attached hereto as **Exhibit 100** is a true and correct copy of the document Bates numbered SAVANT0009897, produced by Savant in discovery in this matter.

110. Attached hereto as **Exhibit 101** is a true and correct copy of the document Bates numbered SAVANT0018182, produced by Savant in discovery in this matter.

111. Attached hereto as **Exhibit 102** is a true and correct copy of the document Bates numbered SAVANT0043618, produced by Savant in discovery in this matter.

112. Attached hereto as **Exhibit 103** is a true and correct copy of excerpts from the document Bates numbered SAVANT0055714, produced by Savant in discovery in this matter.

113. Attached hereto as **Exhibit 104** is a true and correct copy of the document Bates numbered SAVANT0071409, produced by Savant in discovery in this matter.

114. Attached hereto as **Exhibit 105** is a true and correct copy of the document Bates numbered SAVANT0072178, produced by Savant in discovery in this matter.

115. Attached hereto as **Exhibit 106** is a true and correct copy of the document Bates numbered SAVANT0074639, produced by Savant in discovery in this matter.

116. Attached hereto as **Exhibit 107** is a true and correct copy of the document Bates numbered SAVANT0075928, produced by Savant in discovery in this matter.

117. Attached hereto as **Exhibit 108** is a true and correct copy of the document Bates numbered SAVANT0076046, produced by Savant in discovery in this matter.

118. Attached hereto as **Exhibit 109** is a true and correct copy of the document Bates numbered SAVANT0077283, produced by Savant in discovery in this matter.

119. Attached hereto as **Exhibit 110** is a true and correct copy of the document Bates numbered SAVANT0078242, produced by Savant in discovery in this matter.

120. Attached hereto as **Exhibit 111** is a true and correct copy of the document Bates numbered SAVANT0078343, produced by Savant in discovery in this matter.

121. Attached hereto as **Exhibit 112** is a true and correct copy of the document Bates numbered SAVANT0078366, produced by Savant in discovery in this matter.

122. Attached hereto as **Exhibit 113** is a true and correct copy of the document Bates numbered SAVANT0080023, produced by Savant in discovery in this matter.

123. Attached hereto as **Exhibit 114** is a true and correct copy of the document Bates numbered SAVANT0081008, produced by Savant in discovery in this matter.

124. Attached hereto as **Exhibit 115** is a true and correct copy of the document Bates numbered SAVANT0083903, produced by Savant in discovery in this matter.

125. Attached hereto as **Exhibit 116** is a true and correct copy of the document Bates numbered SAVANT0083964, produced by Savant in discovery in this matter.

126. Attached hereto as **Exhibit 117** is a true and correct copy of the document Bates numbered SAVANT0086823, produced by Savant in discovery in this matter.

127. Attached hereto as **Exhibit 118** is a true and correct copy of the document Bates numbered SAVANT0098291, produced by Savant in discovery in this matter.

128. Attached hereto as **Exhibit 119** is a true and correct copy of the document Bates numbered SAVANT0108608, produced by Savant in discovery in this matter.

129. Attached hereto as **Exhibit 120** is a true and correct copy of the document Bates numbered SAVANT0120830, produced by Savant in discovery in this matter.

130. Attached hereto as **Exhibit 121** is a true and correct copy of the document Bates numbered SAVANT0122505, produced by Savant in discovery in this matter.

131. Attached hereto as **Exhibit 122** is a true and correct copy of the document Bates numbered SAVANT0124965, produced by Savant in discovery in this matter.

132. Attached hereto as **Exhibit 123** is a true and correct copy of the document Bates numbered SAVANT0126192, produced by Savant in discovery in this matter.

133. Attached hereto as **Exhibit 124** is a true and correct copy of the document Bates numbered SAVANT0126730, produced by Savant in discovery in this matter.

134. Attached hereto as **Exhibit 125** is a true and correct copy of the document Bates numbered SAVANT0126751, produced by Savant in discovery in this matter.

135. Attached hereto as **Exhibit 126** is a true and correct copy of the document Bates numbered SAVANT0126998, produced by Savant in discovery in this matter.

136. Attached hereto as **Exhibit 127** is a true and correct copy of the document Bates numbered SAVANT0128252, produced by Savant in discovery in this matter.

137. Attached hereto as **Exhibit 128** is a true and correct copy of the document Bates numbered SAVANT0131396, produced by Savant in discovery in this matter.

138. Attached hereto as **Exhibit 129** is a true and correct copy of the document Bates numbered SAVANT0131403, produced by Savant in discovery in this matter.

139. Attached hereto as **Exhibit 130** is a true and correct copy of the document Bates numbered SAVANT0134169, produced by Savant in discovery in this matter.

140. Attached hereto as **Exhibit 131** is a true and correct copy of the document Bates numbered SAVANT0136080, produced by Savant in discovery in this matter.

141. Attached hereto as **Exhibit 132** is a true and correct copy of the document Bates numbered SAVANT0154650, produced by Savant in discovery in this matter.

142. Attached hereto as **Exhibit 133** is a true and correct copy of the document Bates numbered SAVANT0169631, produced by Savant in discovery in this matter.

143. Attached hereto as **Exhibit 134** is a true and correct copy of the document Bates numbered SAVANT0178734, produced by Savant in discovery in this matter.

144. Attached hereto as **Exhibit 135** is a true and correct copy of the document Bates numbered SAVANT0178749, produced by Savant in discovery in this matter.

145. Attached hereto as **Exhibit 136** is a true and correct copy of the document Bates numbered SAVANT0181203, produced by Savant in discovery in this matter.

146. Attached hereto as **Exhibit 137** is a true and correct copy of the document Bates numbered SAVANT0182952, produced by Savant in discovery in this matter.

147. Attached hereto as **Exhibit 138** is a true and correct copy of the document Bates numbered SAVANT0184844, produced by Savant in discovery in this matter.

148. Attached hereto as **Exhibit 139** is a true and correct copy of the document Bates numbered SAVANT0224304-SAVANT0224305, produced by Savant in discovery in this matter.

149. Attached hereto as **Exhibit 140** is a true and correct copy of the document Bates numbered SAVANT0248054, produced by Savant in discovery in this matter.

150. Attached hereto as **Exhibit 141** is a true and correct copy of the document Bates numbered SAVANT0250726-SAVANT0250729, produced by Savant in discovery in this matter.

151. Attached hereto as **Exhibit 142** is a true and correct copy of the document Bates numbered SAVANT0252887, produced by Savant in discovery in this matter.

152. Attached hereto as **Exhibit 143** is a true and correct copy of the document Bates numbered SAVANT0258332, produced by Savant in discovery in this matter.

153. Attached hereto as **Exhibit 144** is a true and correct copy of the document Bates numbered SAVANT0260120, produced by Savant in discovery in this matter.

154. Attached hereto as **Exhibit 145** is a true and correct copy of the document Bates numbered SAVANT0260176, produced by Savant in discovery in this matter.

155. Attached hereto as **Exhibit 146** is a true and correct copy of the document Bates numbered SAVANT0261093, produced by Savant in discovery in this matter.

156. Attached hereto as **Exhibit 147** is a true and correct copy of the document Bates numbered SAVANT0272291, produced by Savant in discovery in this matter.

157. Attached hereto as **Exhibit 148** is a true and correct copy of the document Bates numbered SAVANT0275473, produced by Savant in discovery in this matter.

158. Attached hereto as **Exhibit 149** is a true and correct copy of the document Bates numbered SAVANT0278769, produced by Savant in discovery in this matter.

159. Attached hereto as **Exhibit 150** is a true and correct copy of the document Bates numbered SAVANT0284458, produced by Savant in discovery in this matter.

160. Attached hereto as **Exhibit 151** is a true and correct copy of the document Bates numbered SAVANT0287377, produced by Savant in discovery in this matter.

161. Attached hereto as **Exhibit 152** is a true and correct copy of the document Bates numbered SAVANT0287409, produced by Savant in discovery in this matter.

162. Attached hereto as **Exhibit 153** is a true and correct copy of the document Bates numbered SAVANT0288298, produced by Savant in discovery in this matter.

163. Attached hereto as **Exhibit 154** is a true and correct copy of the document Bates numbered SAVANT0308715, produced by Savant in discovery in this matter.

164. Attached hereto as **Exhibit 155** is a true and correct copy of the document Bates numbered SAVANT0417717, produced by Savant in discovery in this matter.

165. Attached hereto as **Exhibit 156** is a true and correct copy of the document Bates numbered SAVANT0427661, produced by Savant in discovery in this matter.

166. Attached hereto as **Exhibit 157** is a true and correct copy of the document Bates numbered SAVANT0429360, produced by Savant in discovery in this matter.

167. Attached hereto as **Exhibit 158** is a true and correct copy of the document Bates numbered SAVANT0430539, produced by Savant in discovery in this matter.

168. Attached hereto as **Exhibit 159** is a true and correct copy of the document Bates numbered SAVANT0441191, produced by Savant in discovery in this matter.

169. Attached hereto as **Exhibit 160** is a true and correct copy of the document Bates numbered SAVANT0517970, produced by Savant in discovery in this matter.

170. Attached hereto as **Exhibit 161** is a true and correct copy of the document Bates numbered SAVANT0520796, produced by Savant in discovery in this matter.

171. Attached hereto as **Exhibit 162** is a true and correct copy of the document Bates numbered SAVANT0528519, produced by Savant in discovery in this matter.

172. Attached hereto as **Exhibit 163** is a true and correct copy of the document Bates numbered SAVANT0620149, produced by Savant in discovery in this matter.

173. Attached hereto as **Exhibit 164** is a true and correct copy of the document Bates numbered SAVANT0648639-SAVANT0648641, produced by Savant in discovery in this matter.

174. Attached hereto as **Exhibit 165** is a true and correct copy of the document Bates numbered SAVANT0650941-SAVANT0650952, produced by Savant in discovery in this matter.

175. Attached hereto as **Exhibit 166** is a true and correct copy of the document Bates numbered SAVANT0685626, produced by Savant in discovery in this matter.

176. Attached hereto as **Exhibit 167** is a true and correct copy of the document Bates numbered SAVANT0733066, produced by Savant in discovery in this matter.

177. Attached hereto as **Exhibit 168** are true and correct copies of the documents Bates numbered SAVANT0760957 and SAVANT0760960, produced by Savant in discovery in this matter.

178. Attached hereto as **Exhibit 169** is a true and correct copy of the document Bates numbered SAVANT0776424-SAVANT0776425, produced by Savant in discovery in this matter.

179. Attached hereto as **Exhibit 170** is a true and correct copy of the documents Bates numbered SAVANT0802573 and SAVANT0802575, produced by Savant in discovery in this matter.

180. Attached hereto as **Exhibit 171** are true and correct copies of the documents Bates numbered SAVANT0887147 and SAVANT0887149, produced by Savant in discovery in this matter.

181. Attached hereto as **Exhibit 172** is a true and correct copy of the document Bates numbered SAVANT0939720, produced by Savant in discovery in this matter.

182. Attached hereto as **Exhibit 173** is a true and correct copy of the document Bates numbered SAVANT0952066, produced by Savant in discovery in this matter.

183. Attached hereto as **Exhibit 174** is a true and correct copy of the document Bates numbered SAVANT1152612, produced by Savant in discovery in this matter.

184. Attached hereto as **Exhibit 175** is a true and correct copy of the document Bates numbered SAVANT1324246, produced by Savant in discovery in this matter.

185. Attached hereto as **Exhibit 176** is a true and correct copy of the document Bates numbered SAVANT1508494, produced by Savant in discovery in this matter.

186. Attached hereto as **Exhibit 177** is a true and correct copy of the document Bates numbered SAVANT1511645, produced by Savant in discovery in this matter.

187. Attached hereto as **Exhibit 178** is a true and correct copy of the document Bates numbered SAVANT1516587, produced by Savant in discovery in this matter.

188. Attached hereto as **Exhibit 179** is a true and correct copy of the web page available at http://www.control4.com/.

189. Attached hereto as **Exhibit 180** is a true and correct copy of the document Bates numbered SAVANT1525410, produced by Savant in discovery in this matter.

190. Attached hereto as **Exhibit 181** is a true and correct copy of the document Bates numbered SAVANT1525599, produced by Savant in discovery in this matter.

191. Attached hereto as **Exhibit 182** is a true and correct copy of the document Bates numbered SAVANT1577177, produced by Savant in discovery in this matter.

192. Attached hereto as **Exhibit 183** is a true and correct copy of excerpts from the document Bates numbered SAVANT1590613, produced by Savant in discovery in this matter.

193. Attached hereto as **Exhibit 184** is a true and correct copy of the document Bates numbered SAVANT1619671, produced by Savant in discovery in this matter.

194. Attached hereto as **Exhibit 185** is a true and correct copy of excerpts from the document Bates numbered SAVANT2615924, produced by Savant in discovery in this matter.

195. Attached hereto as **Exhibit 186** is a true and correct copy of excerpts from the document Bates numbered SAVANT2618518, produced by Savant in discovery in this matter.

196. Attached hereto as **Exhibit 187** is a true and correct copy of the document Bates numbered SAVANT2626140, produced by Savant in discovery in this matter.

197. Attached hereto as **Exhibit 188** is a true and correct copy of the document Bates numbered SAVANT2648432, produced by Savant in discovery in this matter.

198. Attached hereto as **Exhibit 189** is a true and correct copy of the document Bates numbered SAVANT2650083-SAVANT2650086, produced by Savant in discovery in this matter.

199. Attached hereto as **Exhibit 190** is a true and correct copy of the document Bates numbered SAVANT2721675, produced by Savant in discovery in this matter.

200. Attached hereto as **Exhibit 191** is a true and correct copy of the document Bates numbered SAVANT2722884-SAVANT2722885, produced by Savant in discovery in this matter.

201. Attached hereto as **Exhibit 192** is a true and correct copy of the document Bates numbered SAVANT2760297, produced by Savant in discovery in this matter.

202. Attached hereto as **Exhibit 193** is a true and correct copy of the document Bates numbered SAVANT2760301, produced by Savant in discovery in this matter.

203. Attached hereto as **Exhibit 194** is a true and correct copy of the document Bates numbered SAVANT2760311, produced by Savant in discovery in this matter.

204. Attached hereto as **Exhibit 195** is a true and correct copy of the document Bates numbered SAVANT2760314, produced by Savant in discovery in this matter.

205. Attached hereto as **Exhibit 196** is a true and correct copy of the document Bates numbered SAVANT2787196, produced by Savant in discovery in this matter.

206. Attached hereto as **Exhibit 197** is a true and correct copy of the document Bates numbered SAVANT2787208, produced by Savant in discovery in this matter.

207. Attached hereto as **Exhibit 198** is a true and correct copy of the document Bates numbered SAVANT2787541, produced by Savant in discovery in this matter.

208. Attached hereto as **Exhibit 199** is a true and correct copy of the document Bates numbered SAVANT3062471, produced by Savant in discovery in this matter.

209. Attached hereto as **Exhibit 200** is a true and correct copy of the document Bates numbered SAVANT3067390, produced by Savant in discovery in this matter.

210. Attached hereto as **Exhibit 201** are true and correct copies of the documents Bates numbered SAVANT3197852, SAVANT3197853 and SAVANT3197869, produced by Savant in discovery in this matter.

211. Attached hereto as **Exhibit 202** is a true and correct copy of the document Bates numbered SAVANT3318114, produced by Savant in discovery in this matter.

212. Attached hereto as **Exhibit 203** is a true and correct copy of excerpts from the document Bates numbered SAVANT3329646, produced by Savant in discovery in this matter.

213. Attached hereto as **Exhibit 204** is a true and correct copy of the document Bates numbered SAVANT3330242, produced by Savant in discovery in this matter.

214. Attached hereto as **Exhibit 205** is a true and correct copy of the document Bates numbered SAVANT3446482, produced by Savant in discovery in this matter.

215. Attached hereto as **Exhibit 206** is a true and correct copy of the document Bates numbered SAVANT3478058, produced by Savant in discovery in this matter.

216. Attached hereto as **Exhibit 207** is a true and correct copy of a document marked as Exhibit 2 to the deposition of Brett Price, produced by Mr. Price during his deposition in this matter.

217. Attached hereto as **Exhibit 208** is a true and correct copy of the document Bates numbered PECAR0005888, produced by third party Michael Pecar in discovery in this matter.

218. Attached hereto as **Exhibit 209** is a true and correct copy of the document Bates numbered PECAR0006162, produced by third party Michael Pecar in discovery in this matter.

219. Attached hereto as **Exhibit 210** is a true and correct copy of the document Bates numbered THUL0000013, produced by third party Michael Thul in discovery in this matter.

220. Attached hereto as **Exhibit 211** is a true and correct copy of the document Bates numbered TV0005-TV0007, produced by third party Tunnel Vision in discovery in this matter.

221. Attached hereto as **Exhibit 212** is a true and correct copy of excerpts from the rebuttal expert report of Tricia Parks in this matter, submitted on May 2, 2014 and revised on May 21, 2014.

222. Attached hereto as **Exhibit 213** is a true and correct copy of excerpts from the rebuttal expert report of Dr. Lauren Stiroh in this matter, submitted on May 2, 2014.

223. Attached hereto as **Exhibit 214** is a true and correct copy of excerpts from the rebuttal expert report of Dr. Andrew Joskow in this matter, submitted on May 2, 2014.

224. Attached hereto as **Exhibit 215** is a true and correct copy of excerpts from the rebuttal expert report of Dr. Ralph Sorenson in this matter, submitted on May 2, 2014.

225. Attached hereto as **Exhibit 216** is a true and correct copy of excerpts from the expert report of Professor Einer Elhauge in this matter, submitted on March 28, 2014 and revised on May 20, 2014.

226. Attached hereto as **Exhibit 217** is a true and correct copy of excerpts from the expert report of Daniel Kippycash in this matter, submitted on March 28, 2014.

227. Attached hereto as **Exhibit 218** is a true and correct copy of the Declaration of Bruce Myers in this matter, dated April 18, 2014.

228. Attached hereto as **Exhibit 219** is a true and correct copy of the document Bates numbered Crestron1435400, produced by Crestron in discovery in this matter.

229. Attached hereto as **Exhibit 220** is a true and correct copy of Savant's Second Supplemental Responses to Crestron's First Set of Interrogatories, dated January 25, 2012.

230. Attached hereto as **Exhibit 221** is a true and correct copy of Savant's Third Supplemental Objections and Responses to Crestron's First Set of Interrogatories, dated October 8, 2013.

231. Attached hereto as **Exhibit 222** is a true and correct copy of Savant's Second Supplemental Response to Crestron's Third Set of Interrogatories, dated September 13, 2012.

232. Attached hereto as **Exhibit 223** is a true and correct copy of excerpts from Savant's Answers to Crestron's Fourth Set of Interrogatories, dated January 10, 2013.

233. Attached hereto as **Exhibit 224** is a true and correct copy of Savant's Supplemental Answers to Interrogatory Nos. 4, 11 and 49 Through 58, dated January 8, 2014.

234. Attached hereto as **Exhibit 225** is a true and correct copy of Crestron's Objections and Responses to Savant's Fifth Set of Interrogatories, dated April 5, 2013.

235. Attached hereto as **Exhibit 226** is a true and correct copy of excerpts from Crestron's Response to Savant's First Set of Requests for Admission, dated February 29, 2012.

236. Attached hereto as **Exhibit 227** is a true and correct copy of Savant's Supplemental Answer to Interrogatory No. 11 of Crestron's Third Set of Interrogatories, dated February 28, 2014.

237. Attached hereto as **Exhibit 228** is a true and correct copy of AMX's Responses & Objections to Savant's Subpoena to Produce Documents, dated February 9, 2012.

238. Attached hereto as **Exhibit 229** is a true and correct copy of AMX's Responses & Objections to Savant's Subpoena to Produce Documents, dated January 28, 2014.

239. Attached hereto as **Exhibit 230** is a true and correct copy of excerpts from Savant's Answers to Crestron's Fifth Set of Interrogatories, dated February 15, 2013.

240. Attached hereto as **Exhibit 231** is a true and correct copy of excerpts from Savant's Objections to Crestron's Seventh Set of Interrogatories, dated September 30, 2013.

241. Attached hereto as **Exhibit 232** is a true and correct copy of an article titled "Resolving to Cover the Little Guys," available at http://www.cepro.com/mobile/article/resolving_to_cover_the_little_guys/.

242. Attached hereto as **Exhibit 233** is a true and correct copy of an article titled "What Went Wrong With Colorado vNet," available at http://www.cepro.com/article/what_went_wrong_with_colorado_vnet/.

243. Attached hereto as **Exhibit 234** is a true and correct copy of an article titled "Massive Remodel Inspires Bells-and-Whistles Automation," available at http://www.control4.com/inspiration_gallery#massive-remodel-inspires-bells-and-whistles-automation.

244. Attached hereto as **Exhibit 235** is a true and correct copy of an article titled "Lake House Goes High Tech, Naturally," available at http://www.control4.com/inspiration_gallery/home#lake-house-goes-high-tech-naturally.

245. Attached hereto as **Exhibit 236** is a true and correct copy of an article titled "Residential Installation Profile," available at http://www.universalremote.com/case_study_tenafly.php.

246. Attached hereto as **Exhibit 237** is a true and correct copy of an article titled "Log Cabin Arizona: Security & Automation installation in a Remote Log Cabin," available at http://www.leviton.com/OA_HTML/SectionDisplay.jsp?section=62827&minisite=10251.

247. Attached hereto as **Exhibit 238** is a true and correct copy of an article titled "Advanced Technologies in Baton Rouge, LA," available at http://www.leviton.com/OA_HTML/SectionDisplay.jsp?section=61893&minisite=10251.

248. Attached hereto as **Exhibit 239** is a true and correct copy of an article titled "California Smart Home: RTI System Brings Advanced Control to a California Home Remodel," available at http://www.rticorp.com/wordpress/wp-content/uploads/2014/01/California-Smart-Home.pdf.

249. Attached hereto as **Exhibit 240** is a true and correct copy of the web page available at http://www.savantsystems.com/category/savant_lighting_control.aspx.

250. Attached hereto as **Exhibit 241** is a true and correct copy of a press release issued by Savant, titled "Savant Systems Selected by Home Theater Specialists of America," http://www.savantsystems.com/press_archives/savant_systems_selected_by_home_theater_specialists_of_america.aspx.

251. Attached hereto as **Exhibit 242** is a true and correct copy of an article titled "The Costs to Automate Home Tech," http://online.wsj.com/articles/SB10001424052970204257504577152893550109340.

252. Attached hereto as **Exhibit 243** is a true and correct copy of an article titled "Savant Brings Big Boy Home Automation to Mainstream for $999," available at http://www.savantsystems.com/News/savant_brings_big_boy_home_automation_to_mainstream_for_999_.aspx, and at http://www.cepro.com/article/savant_brings_big_boy_home_automation_to_mainstream_for_999/?utm_source=CEPWeekly&utm_medium=email.

253. Attached hereto as **Exhibit 244** is a true and correct copy of an article titled "AMX Sheds 700 Dealers, Rewards Most Committed Group", available at http://www.cepro.com/article/amx_sheds_700_dealers_to_focus_on_most_committed_group/.

254. Attached hereto as **Exhibit 245** is a true and correct copy of the web page available at http://auroramultimedia.com/about-us/.

255. Attached hereto as **Exhibit 246** is a true and correct copy of the web page available at http://www.busch-jaeger.de/en/.

256. Attached hereto as **Exhibit 247** is a true and correct copy of the web page available at http://www.centralite.com/market_residential.php.

257. Attached hereto as **Exhibit 248** is a true and correct copy of the web page available at http://www.clearone.com/aboutclearone.

258. Attached hereto as **Exhibit 249** is a true and correct copy of the web page available at http://www.coopercontrols.com/.

259. Attached hereto as **Exhibit 250** is a true and correct copy of the web page available at http://www.dynalite.com/about-dynalite/.

260. Attached hereto as **Exhibit 251** is a true and correct copy of the web page available at http://www.encelium.com/en/our-company.html.

261. Attached hereto as **Exhibit 252** is a true and correct copy of the web page available at http://en.wikipedia.org/wiki/Escient.

262. Attached hereto as **Exhibit 253** is a true and correct copy of the web page available at http://www.exceptionalinnovation.com/.

263. Attached hereto as **Exhibit 254** is a true and correct copy of the web page available at http://www.globalcache.com/about/.

264. Attached hereto as **Exhibit 255** is a true and correct copy of the web page available at www.cedia.net.

265. Attached hereto as **Exhibit 256** is a true and correct copy of the document Bates numbered ELH00000048, titled "27 Crestron Savant U.S. & Canada High-end Shares Calendar Year.csv." produced in connection with the expert report of Professor Einer Elhauge.

266. Attached hereto as **Exhibit 257** is a true and correct copy of the document Bates numbered SAVANT3558581, produced by Savant in discovery in this matter.

267. Attached hereto as **Exhibit 258** is a true and correct copy of Savant's Response to Crestron's Second Set of Interrogatories, dated February 22, 2012.

268. Attached hereto as **Exhibit 259** is a true and correct copy of Savant's Response to Crestron's Second Set of Requests for Admission, dated January 10, 2013.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2014. By: _*/s/ John J. Kavanagh*___________
John J. Kavanagh

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2014, a true and correct copy of the foregoing pleading, which was submitted to the Court via electronic disk, was served on counsel of record by email and FTP.

Thomas C. O'Konski
Aaron S. Jacobs
William J. Mostyn IV
Michael E. Attaya
Michael R. Reinemann
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Counsel for Savant Systems, LLC
(617) 951-2500 (Telephone)
(617) 951-3927 (Facsimile)
tok@c-m.com
ajacobs@c-m.com
wjm@c-m.com

Paul J. Hayes
Kevin Gannon
HAYES MESSINA GILMAN & HAYES LLC
200 State Street
Boston, MA 02109
(617) 439-4200 (Telephone)
(617) 443-1999 (Facsimile)
phayes@hayesmessina.com
kgannon@hayesmessina.com

Christopher S. Finnerty
Jeffrey S. Patterson
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, Massachusetts 02109
chris.finnerty@nelsonmullins.com
jeffrey.patterson@nelsonmullins.com

Counsel for Plaintiff Savant Systems, LLC

/s/ ***Michael J. Pineault***