IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC,<br>Plaintiff,<br>v.<br>CRESTRON ELECTRONICS, INC.,<br>Defendant.<br>CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff,<br>v.<br>SAVANT SYSTEMS, LLC,<br>Counterclaim-Defendant. | Civil Action No.: 1:10-cv-11622 (WGY) |

**DECLARATION OF JOHN J. KAVANAGH IN SUPPORT OF DEFENDANT CRESTRON ELECTRONICS, INC.'S MOTION TO EXCLUDE THE PROPOSED EXPERT TESTIMONY OF SAVANT EXECUTIVE JAMES CARROLL**

I, John J. Kavanagh, being of full age, hereby certify as follows:

1. I am an attorney-at-law in the District of Columbia, and am counsel for Defendant Crestron Electronics, Inc. ("Crestron") in the above-captioned matter. As such, I am fully familiar with the facts and circumstances of this case. I make this Declaration in support of Crestron's Motion to Exclude the Proposed Expert Testimony of Savant Executive James Carroll.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the expert deposition transcript of James Carroll in this matter, taken on May 23, 2014.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the personal deposition transcript of James Carroll in this matter, taken on March 22, 2013.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Savant Systems, L.L.C. in this matter, through its corporate representative James Carroll, taken on January 22, 2014.

5. Attached hereto as **Exhibit D** is a true and correct copy of an e-mail from Savant's counsel to Crestron's counsel, with the subject "Savant's Expert Disclosures," dated February 28, 2014.

6. Attached hereto as **Exhibit E** is a true and correct copy of Exhibit 4 to the May 23, 2014 expert deposition of James Carroll.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition transcript of Jonathan Lane in this matter, taken on April 18, 2012.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the deposition transcript of Sean Riordan in this matter, taken on September 12, 2012.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the deposition transcript of Michael Thul in this matter, taken on April 12, 2012.

10. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the deposition transcript of Joe Arceo in this matter, taken on May 10, 2012.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the deposition transcript of Jason Jobe in this matter, taken on May 8, 2012.

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the deposition transcript of David Vatland in this matter, taken on April 20, 2012.

13. Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the deposition transcript of Steve Vickers in this matter, taken on October 12, 2012.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the deposition transcript of Eric Davidson in this matter, taken on April 3, 2012.

15. Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the deposition transcript of J.C. Murphy in this matter, taken on January 24, 2014.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the deposition transcript of Robert Madonna in this matter, taken on October 26, 2011.

17. Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the deposition transcript of Philip Schoonover in this matter, taken on August 1, 2012.

18. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the deposition transcript of Professor Einer Elhauge in this matter, taken on May 22, 2014.

19. Attached hereto as **Exhibit R** is a true and correct copy of excerpts from the deposition transcript of Jay Bakaler in this matter, taken on April 17, 2012.

20. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from the deposition transcript of Chad Weuve in this matter, taken on May 1, 2012.

21. Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the deposition transcript of Brian Moffett in this matter, taken on April 11, 2012.

22. Attached hereto as **Exhibit U** is a true and correct copy of the document Bates numbered SAVANT3318114-15, produced by Savant in discovery in this matter.

23. Attached hereto as **Exhibit V** is a true and correct copy of the document Bates numbered SAVANT0120830-31, produced by Savant in discovery in this matter.

24. Attached hereto as **Exhibit W** is a true and correct copy of the document Bates numbered SAVANT0075928-30, produced by Savant in discovery in this matter.

25. Attached hereto as **Exhibit X** is a true and correct copy of the document Bates numbered SAVANT0077283-85, produced by Savant in discovery in this matter.

26. Attached hereto as **Exhibit Y** is a true and correct copy of the document Bates numbered SAVANT0287377, produced by Savant in discovery in this matter.

27. Attached hereto as **Exhibit Z** is a true and correct copy of the document Bates numbered SAVANT3062471, produced by Savant in discovery in this matter.

28. Attached hereto as **Exhibit AA** is a true and correct copy of an e-mail and attached letter, dated May 12, 2014, from John Kavanagh regarding "Savant's Failure to Comply with Fed. R. Civ. P. 26(a)(2)(C) – James W. Carroll."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2014.

By: *_/s/ John J. Kavanagh___*
John J. Kavanagh

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August 2014, a true and correct copy of the foregoing pleading was served by filing it electronically with the Court's CM/ECF system on the below-named counsel of record.

Thomas C. O'Konski
Aaron S. Jacobs
William J. Mostyn IV
Michael E. Attaya
Michael R. Reinemann
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Counsel for Savant Systems, LLC
(617) 951-2500 (Telephone)
(617) 951-3927 (Facsimile)
tok@c-m.com
ajacobs@c-m.com
wjm@c-m.com

Paul J. Hayes
Kevin Gannon
HAYES MESSINA GILMAN & HAYES LLC
200 State Street
Boston, MA 02109
(617) 439-4200 (Telephone)
(617) 443-1999 (Facsimile)
phayes@hayesmessina.com
kgannon@hayesmessina.com

Christopher S. Finnerty
Jeffrey S. Patterson
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, Massachusetts 02109
chris.finnerty@nelsonmullins.com
jeffrey.patterson@nelsonmullins.com

Counsel for Plaintiff Savant Systems, LLC

/s/ ***Michael J. Pineault***