IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                      ).
SAVANT SYSTEMS, LLC                    ).
                          Plaintiff,           ).
                                                      ).
v.                                                   ).
                                                      ).
CRESTRON ELECTRONICS, INC.         )         Civil Action No. 10-cv-11622-WGY
                          Defendant           ).
                                                      )         ORAL ARGUMENT
                                                      )         REQUESTED
CRESTRON ELECTRONICS, INC.         ).
                          Counterclaim-Plaintiff,    ).
v.                                                   ).
                                                      )
SAVANT SYSTEMS, LLC                    )
                          Counterclaim-Defendant    ).
_____).

**DECLARATION OF AARON S. JACOBS IN SUPPORT OF
PLAINTIFF SAVANT SYSTEMS, LLC'S OPPOSITION TO
DEFENDANT CRESTRON ELECTRONICS, INC.'S
MOTION FOR SUMMARY JUDGMENT ON CLAIMS I-IX
OF SAVANT'S SECOND AMENDED COMPLAINT**

I, Aaron S. Jacobs, declare as follows:

      1.      I am a counsel at the law firm of Cesari and McKenna, LLP, counsel for Plaintiff and Counterclaim-Defendant Savant Systems, LLC ("Savant"). I am admitted to the Bars of Massachusetts and California. I am fully familiar with the facts and circumstances of this case, and make this Declaration in support of Plaintiff's Motion based thereon.

      2.      I am familiar with the data files Professor Einer Elhauge created for and relied upon in the Corrected Expert Report of Einer Elhauge.

      3.      I am also familiar with both parties' databases.

      4.      I am aware that Best Buy's Magnolia Design center is included in the file "10 Savant Crestron Combined With uniq_id.dta," and therefore is included in the denominator in Prof. Elhauge's foreclosure shares.

      5.      I am aware that Best Buy's Magnolia Design center purchased solely from Savant, and not from Crestron, and therefore is not included in the numerator in Prof. Elhauge's foreclosure shares.

      6.      I am aware that Crestron's electronic database indicates that Synergy Audio Video Systems purchased Crestron products in December 2011, April 2012 and August 2012.

      7.      I am aware that Crestron's electronic database indicates that Audio Dave purchased Crestron products in December 2011.

      8.      I am aware that Crestron's electronic database indicates that Integrated Media Systems purchased over $42,000 worth of Crestron products in May 2010 and over $30,000 worth of Crestron products in June 2010.

9.     I am aware that Savant's electronic database indicates that between September 2008 and January 2009 Audio Command Systems did not purchase Savant products.  I am also aware that Crestron's electronic database indicates that Audio Command Systems purchased several million dollars' worth of Crestron products between June 2008 to September 2013, and further that the amount Audio Command Systems spent on Crestron products was almost ten times as much as it spent during the same period on Savant products.

10.     Attached hereto as **Exhibit 256** is a true and correct copy of *3M v. Appleton Papers Inc.*, 35 F. Supp. 2d. 1138 (D. Minn. 1999).

11.     Attached hereto as **Exhibit 257** is a true and correct copy of *Am. Tobacco Co v. U.S.*, 328 U.S. 781 (1946).

12.     Attached hereto as **Exhibit 258** is a true and correct copy of *Barry Wright Corp. v. ITT Grinnell Corp.*, 724 F.2d 227 (1st Cir. 1983).

13.     Attached hereto as **Exhibit 259** is a true and correct copy of *Cashmere & Camel Hair Mfrs. Inst. v. Saks Fifth Ave.*, 284 F.3d 302 (1st Cir. 2002).

14.     Attached hereto as **Exhibit 260** is a true and correct copy of *Clorox Co. v. Proctor & Gamble Commer Co.*, 228 F.3d. 24 (1st Cir. 2000).

15.     Attached hereto as **Exhibit 261** is a true and correct copy of *Coastal Fuels of P.R., Inc. v. Caribbean Petroleum Corp.*, 79 F.3d 182 (1st Cir. 1996).

16.     Attached hereto as **Exhibit 262** is a true and correct copy of *Colo. Interstate Gas Co. v. Natural Gas Pipeline Co. of Am.*, 885 F.2d 683 (10th Cir. 1989).

17.     Attached hereto as **Exhibit 263** is a true and correct copy of *Conwood Co. v. U.S. Tobacco Co.*, 290 F.3d 768 (6th Cir. 2002).

18.    Attached hereto as **Exhibit 264** is a true and correct copy of *Curtis Mfg. Co., Inc. v. Plasti-Clip Corp.*, 888 F. Supp. 1212 (D.N.H. 1994).

19.    Attached hereto as **Exhibit 265** is a true and correct copy of *Dillon Materials Handling v. Albion Industries*, 567 F.2d 1299 (5th Cir. 1978).

20.    Attached hereto as **Exhibit 266** is a true and correct copy of *Domed Stadium Hotel v. Holiday Inns*, 732 F.2d 480 (5th Cir. 1984).

21.    Attached hereto as **Exhibit 267** is a true and correct copy of *Eastman Kodak v. Image Tech. Servs.*, 504 U.S. 451 (1992).

22.    Attached hereto as **Exhibit 268** is a true and correct copy of *Feist Publ'n, Inc. v. Rural Tel. Serv. Co., Inc.*, 499 U.S. 340 (1991).

23.    Attached hereto as **Exhibit 269** is a true and correct copy of *Fitzgerald v. CBS Broad., Inc*., 491 F.Supp.2d 177 (D. Mass. 2007) (Gertner, J.).

24.    Attached hereto as **Exhibit 270** is a true and correct copy of *FTC v. Staples*, 970 F. Supp. 1066 (D.D.C. 1997).

25.    Attached hereto as **Exhibit 271** is a true and correct copy of *Hipsaver Co. v. J.T. Posey Co*., 497 F. Supp. 2d 96 (D. Mass. 2007) (Saris, J.).

26.    Attached hereto as **Exhibit 272** is a true and correct copy of *H-P Co. v. Boston Sci. Corp.*, 77 F. Supp. 2d 189 (D. Mass. 1999) (Saris, J.).

27.    Attached hereto as **Exhibit 273** is a true and correct copy of *In re Nexium (Esomeprazole) Antitrust Litig.*, 968 F. Supp. 2d 367, 388 (D. Mass. 2013) (Young, J.).

28.    Attached hereto as **Exhibit 274** is a true and correct copy of *In re Nexium (Esomeprazole) Antitrust Litig*., 296 F.R.D. 47 (D. Mass. 2013) (Young, J.).

29.     Attached hereto as **Exhibit 275** is a true and correct copy of *Interface Grp., Inc. v. Mass. Port Auth.*, 816 F.2d 9 (1st Cir. 1987).

30.     Attached hereto as **Exhibit 276** is a true and correct copy of *J. Truett Payne Co. v. Chrysler Motors Corp.*, 451 U.S. 557 (1981).

31.     Attached hereto as **Exhibit 277** is a true and correct copy of *Jefferson Parish Hosp. Dist. No. 2 v. Hyde*, 466 U.S. 2 (1984).

32.     Attached hereto as **Exhibit 278** is a true and correct copy of *LePage's Inc. v. 3M*, 324 F.3d 141 (3d Cir. 2003).

33.     Attached hereto as **Exhibit 279** is a true and correct copy of *Lorain Journal Co. v. U.S.*, 342 U.S. 143 (1951).

34.     Attached hereto as **Exhibit 280** is a true and correct copy of *Morales-Villalobos v. Garcia-Llorens*, 316 F.3d 51 (1st Cir. 2003).

35.     Attached hereto as **Exhibit 281** is a true and correct copy of *Rubin v. Brooks/Cole Publishing Co.*, 836 F. Supp. 909 (D. Mass. 1993) (Young, J.).

36.     Attached hereto as **Exhibit 282** is a true and correct copy of *Ryko Mfg. v. Eden Servs.*, 823 F.2d 1215 (8th Cir. 1987).

37.     Attached hereto as **Exhibit 283** is a true and correct copy of *Sterling Merch., Inc. v. Nestlé, S.A.*, 656 F.3d 112 (1st Cir. 2011).

38.     Attached hereto as **Exhibit 284** is a true and correct copy of *Sterling Merch., Inc. v. Nestle, S.A.*, 724 F. Supp. 2d 245 (D.P.R. 2010).

39.     Attached hereto as **Exhibit 285** is a true and correct copy of *Stop & Shop v. Blue Cross & Blue Shield of R.I.*, 373 F.3d 57 (1st Cir. 2004).

40.    Attached hereto as **Exhibit 286** is a true and correct copy of *Storage Tech. Corp. v. Custom Hardware Eng'g & Consulting, Ltd.*, No. 02-12102-RWZ, 2006 U.S. Dist. LEXIS 43690 (D. Mass. June 28, 2006) (Zobel, J.).

41.    Attached hereto as **Exhibit 287** is a true and correct copy of *Story Parchment Co. v. Paterson Parchmen Paper Co.*, 282 U.S. 555 (1931).

42.    Attached hereto as **Exhibit 288** is a true and correct copy of *Sullivan v. NFL*, 34 F. 1091 (1st Cir. 1994).

43.    Attached hereto as **Exhibit 289** is a true and correct copy of *Tamko Roofing Prods., Inc. v. Ideal Roofing Co., Ltd.*, 282 F. 3d 23 (1st Cir. 2002).

44.    Attached hereto as **Exhibit 290** is a true and correct copy of *Tampa Elec. v. Nashville Coal*, 365 U.S. 320 (1961).

45.    Attached hereto as **Exhibit 291** is a true and correct copy of *U.S. v. Dentsply Int'l*, 399 F.3d 181 (3d Cir. 2005).

46.    Attached hereto as **Exhibit 292** is a true and correct copy of *U.S. v. E.I. du Pont de Nemours & Co.*, 351 U.S. 377 (1956).

47.    Attached hereto as **Exhibit 293** is a true and correct copy of *U.S. v. Grinell*, 384 U.S. 563 (1966).

48.    Attached hereto as **Exhibit 294** is a true and correct copy of *U.S. v. Microsoft Corp.*, 253 F.3d 34 (D.C. Cir. 2001).

49.    Attached hereto as **Exhibit 295** is a true and correct copy of *U.S. v. Parke, Davis & Co.*, 362 U.S. 29 (1960).

50.    Attached hereto as **Exhibit 296** is a true and correct copy of *U.S. v. Philadelphia Nat'l Bank*, 374 U.S. 321 (1963).

51.     Attached hereto as **Exhibit 297** is a true and correct copy of *Winter Hill Frozen Foods and Servs., Inc. v. Haagen-Dazs Co.*, 691 F. Supp. 539 (D. Mass. 1988) (Young, J.).

52.     Attached hereto as **Exhibit 298** is a true and correct copy of *Yentsche v. Texaco, Inc.*, 630 F.2d 46, 53 (2nd Cir. 1980).

53.     Attached hereto as **Exhibit 299** is a true and correct copy of *Zenith Radio v. Hazeltine*, 395 U.S. 100 (1969).

54.     Attached hereto as **Exhibit 300** is a true and correct copy of *ZF Meritor LLC v. Eaton Corp.*, 769 F. Supp. 2d 684, 697 n.16 (D. Del. 2011)

55.     Attached hereto as **Exhibit 301** is a true and correct copy of *ZF Meritor, LLC v. Eaton Corp.*, 696 F.3d 254 (3d Cir. 2012).

56.     Attached hereto as **Exhibit 302** is a true and correct copy of Areeda & Hovenkamp, IIA Antitrust Law ¶ 394 (3d ed. 2007).

57.     Attached hereto as **Exhibit 303** is a true and correct copy of Areeda & Hovenkamp, IIA *Antitrust Law* ¶ 516 (3d ed. 2007)

58.     Attached hereto as **Exhibit 304** is a true and correct copy of Areeda & Hovenkamp, III Antitrust Law ¶ 651 (3d ed. 2006).

59.     Attached hereto as **Exhibit 305** is a true and correct copy of Areeda & Hovenkamp, IX Antitrust Law ¶ 1756 (3d ed. 2011).

60.     Attached hereto as **Exhibit 306** is a true and correct copy of Areeda & Hovenkamp, X Antitrust Law ¶ 1800 (3d ed. 2011).

61.     Attached hereto as **Exhibit 307** is a true and correct copy of Areeda & Hovenkamp, XI Antitrust Law ¶ 1802 (3d ed. 2011).

62.    Attached hereto as **Exhibit 308** is a true and correct copy of Areeda & Hovenkamp, XI Antitrust Law ¶ 1821 (3d ed. 2011).

63.    Attached hereto as **Exhibit 309** is a true and correct copy of Carlton & Perloff, Modern Industrial Organization (4th ed. 2005).

64.    Attached hereto as **Exhibit 310** is a true and correct copy of *Standard Oil v. United States*, 337 U.S. 293 (1949).

65.    Attached hereto as **Exhibit 311** is a true and correct copy of DOJ/FTC Horizontal Merger Guidelines.

66.    Attached hereto as **Exhibit 312** is a true and correct copy of Ian Ayres, *Rationalizing Antitrust Cluster Markets*, 95 Yale L.J. 109, 115-117 (1985).

67.    Attached hereto as **Exhibit 313** is a true and correct copy of Lauren Stiroh, *Considerations in Defining a Relevant Market*, April 10, 2013 Presentation to ABA Section of Antitrust Law.

68.    Attached hereto as **Exhibit 314** is a true and correct copy of Corrected Expert Report of Professor Einer Elhauge.

69.    Attached hereto as **Exhibit 315** is a true and correct copy of data file "12 First 100 Prodigy Sales.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

70.    Attached hereto as **Exhibit 316** is a true and correct copy of data file "15 Concrete Examples.xlsx," "Cyber Sound" tab accompanying the Corrected Expert Report of Professor Einer Elhauge.

71.     Attached hereto as **Exhibit 317** is a true and correct copy of data file "15 Concrete Examples.xlsx," "Intelect" tab accompanying the Corrected Expert Report of Professor Einer Elhauge.

72.     Attached hereto as **Exhibit 318** is a true and correct copy of data file "15 Concrete Examples.xlsx," "SoCal SmartHome" tab accompanying the Corrected Expert Report of Professor Einer Elhauge.

73.     Attached hereto as **Exhibit 319** is a true and correct copy of data file "16 Crestron Gross Profit Margins.xlsx" accompanying the Corrected Expert Report of Professor Einer Elhauge.

74.     Attached hereto as **Exhibit 320** is a true and correct copy of data file "27 Crestron Savant AMX U.S. & Canada High-end Shares Calendar Year.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

75.     Attached hereto as **Exhibit 321** is a true and correct copy of data file "27 Crestron Savant U.S. & Canada High-end Shares Calendar Year.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

76.     Attached hereto as **Exhibit 322** is a true and correct copy of data file "27 Crestron Savant U.S. High-end Shares Calendar Year.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

77.     Attached hereto as **Exhibit 323** is a true and correct copy of data file "29 Restricted Shares.xls" accompanying the Corrected Expert Report of Professor Einer Elhauge.

78.    Attached hereto as **Exhibit 324** is a true and correct copy of data file "32 Top Savant High-end Component Suppliers.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

79.    Attached hereto as **Exhibit 325** is a true and correct copy of data file "37 AOM-016U-05 Annualized Units Purchased.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

80.    Attached hereto as **Exhibit 326** is a true and correct copy of data file "37 AOM-016U-05 purchases.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

81.    Attached hereto as **Exhibit 327** is a true and correct copy of data file "45 Ever Bought Crestron.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

82.    Attached hereto as **Exhibit 328** is a true and correct copy of data file "46 Num Dealers Buying Crestron.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

83.    Attached hereto as **Exhibit 329** is a true and correct copy of data file "47 Individual Unrestricted Dealer Shares.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

84.    Attached hereto as **Exhibit 330** is a true and correct copy of data file "47 Sav Shares Pre XD" accompanying the Corrected Expert Report of Professor Einer Elhauge.

85.    Attached hereto as **Exhibit 331** is a true and correct copy of data file "47 Unrestricted Dealer Shares.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

86.    Attached hereto as **Exhibit 332** is a true and correct copy of data file "48 But-For Revenues.xlsx" accompanying the Corrected Expert Report of Professor Einer Elhauge.

87.    Attached hereto as **Exhibit 333** is a true and correct copy of data file "48 total incremental costs.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

88.    Attached hereto as **Exhibit 334** is a true and correct copy of data file "AOM-016U-05 (remake of 2010-0273-NH) 4-26-11.pdf" accompanying the Corrected Expert Report of Professor Einer Elhauge.

89.    Attached hereto as **Exhibit 335** is a true and correct copy of data file "CORR48 Addl costs.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

90.    Attached hereto as **Exhibit 336** is a true and correct copy of data file "CORR48 Lost profits.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

91.    Attached hereto as **Exhibit 337** is a true and correct copy of data file "CORR48 Total Incremental Costs.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

92.     Attached hereto as **Exhibit 338** is a true and correct copy of data file "CORRECTED Savant Incremental Cost Spreadsheet.xlsx" accompanying the Corrected Expert Report of Professor Einer Elhauge.

93.     There is no **Exhibit 339**.

94.     Attached hereto as **Exhibit 340** is a true and correct copy of data file "Dealers Not Threatened.xlsx" accompanying the Corrected Expert Report of Professor Einer Elhauge.

95.     Attached hereto as **Exhibit 341** is a true and correct copy of data file "J03 Savant Product Leadtimes.csv" accompanying the Corrected Expert Report of Professor Einer Elhauge.

96.     There is no **Exhibit 342**.

97.     Attached hereto as **Exhibit 343** is a true and correct copy of ABIResearch Report, *Home Automation and Control* (2010) at 8.

98.     Attached hereto as **Exhibit 344** is a true and correct copy of AmericanAutomation0000022-23.

99.     Attached hereto as **Exhibit 345** is a true and correct copy of ANSR0000123.

100.     Attached hereto as **Exhibit 346** is a true and correct copy of ANSR0000125.

101.     Attached hereto as **Exhibit 347** is a true and correct copy of excerpts from the Arceo deposition (May 10, 2012).

102.     Attached hereto as **Exhibit 348** is a true and correct copy of excerpts from the Benson deposition (Mar. 19, 2012).

103.     Attached hereto as **Exhibit 349** is a true and correct copy of excerpts from the Breslow deposition (July 31, 2012).

104.     Attached hereto as **Exhibit 350** is a true and correct copy of excerpts from the Carroll deposition (Mar. 22, 2013).

105.     Attached hereto as **Exhibit 351** is a true and correct copy of Carroll deposition (Mar. 22, 2013) Ex. 12 (SAVANT3318114).

106.     Attached hereto as **Exhibit 352** is a true and correct copy of Carroll deposition (Mar. 22, 2013) Ex. 3 (SAVANT2787541).

107.     Attached hereto as **Exhibit 353** is a true and correct copy of excerpts from the Carroll deposition (May 23, 2014).

108.     Attached hereto as **Exhibit 354** is a true and correct copy of Century Stereo, *Home Automation and Control,* available at http://www.centurystereo.com/audio-video-brands/controls-and-touchpanels/.

109.     Attached hereto as **Exhibit 355** is a true and correct copy of excerpts from the Clancy deposition (Oct. 2, 2012).

110.     Attached hereto as **Exhibit 356** is a true and correct copy of Cloud9 Smart Home, *Control4 vs. Savant* (February 8, 2013) available at http://www.c9ny.com/control4_vs_savant.

111.     Attached hereto as **Exhibit 357** is a true and correct copy of Control4 FORM 424B4 at 2, 95, available at http://investor.control4.com/secfiling.cfm?filingID=1047469-13-8006&CIK=1259515.

112.    Attached hereto as **Exhibit 358** is a true and correct copy of Control4 May 2014 8-K Current Report, available at http://investor.control4.com/secfiling.cfm?filingID=1104659-14-33501&CIK=1259515.

113.    Attached hereto as **Exhibit 359** is a true and correct copy of Control4 Investor Overview (Feb. 2014) at 8, 11.

114.    Attached hereto as **Exhibit 360** is a true and correct copy of Control4 S1 filing.

115.    Attached hereto as **Exhibit 361** is a true and correct copy of *Control4 vs. Savant for Today's Smart Home*, http://residentialsystemsinc.com/control4-vs-savant-for-todays-smart-home/ (Last accessed Jan. 28, 2014).

116.    Attached hereto as **Exhibit 362** is a true and correct copy of Control4, Investor Overview (Feb. 2014) at 8, 11.

117.    Attached hereto as **Exhibit 363** is a true and correct copy of excerpts from the Crestron 30(b)(6) deposition (Bargetzi) (Jan. 17, 2014).

118.    Attached hereto as **Exhibit 364** is a true and correct copy of excerpts from the Crestron 30(b)(6) deposition (Hakula) (Feb. 20, 2014).

119.    Attached hereto as **Exhibit 365** is a true and correct copy of excerpts from the Crestron 30(b)(6) deposition (Klein) (Jan. 16, 2014).

120.    Attached hereto as **Exhibit 366** is a true and correct copy of Crestron Electronics, Inc. v. Cyber Sound & Security, LLC, Civ. Action No. 2:11-cv-03492-FSH-PS, Dkt. No. 1 (Crestron's Compl.) (June 16, 2011);.

121.    Attached hereto as **Exhibit 367** is a true and correct copy of *Crestron vs Control4 - What's really the difference*, http://callcharles.com/crestron-vs-control-4/ (Last accessed Jan. 28, 2014).

122.    Attached hereto as **Exhibit 368** is a true and correct copy of *Crestron vs Control4*, http://www.c9ny.com/control4_vs_crestron (Last accessed Jan. 28, 2014).

123.    Attached hereto as **Exhibit 369** is a true and correct copy of Crestron, *Prodigy Products Now Exclusively Available Through Distribution* (Nov. 1, 2011 Press Release), available at

http://www.crestron.com/about/press_room/press_releases/show_release.asp?press_release_id=1687.

124.    Attached hereto as **Exhibit 370** is a true and correct copy of Crestron's Answers to Savant's Second Set of Interrogatories, Interrogatory No. 12.

125.    Attached hereto as **Exhibit 371** is a true and correct copy of Crestron's First Set of Interrogatories to Savant at 2.

126.    Attached hereto as **Exhibit 372** is a true and correct copy of excerpts from the Expert Report of Dr. Ralph Z. Sorenson.

127.    Attached hereto as **Exhibit 373** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0000286.

128.    Attached hereto as **Exhibit 374** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0000527.

129.    Attached hereto as **Exhibit 375** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0000632.

130.    Attached hereto as **Exhibit 376** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0000669.

131.    Attached hereto as **Exhibit 377** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0002697.

132.    Attached hereto as **Exhibit 378** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0003071 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

133.    Attached hereto as **Exhibit 379** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0003284.

134.    Attached hereto as **Exhibit 380** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0003291.

135.    Attached hereto as **Exhibit 381** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0003788.

136.    Attached hereto as **Exhibit 382** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0007901.

137.    Attached hereto as **Exhibit 383** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0015037.

138.    Attached hereto as **Exhibit 384** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0028569.

139.    Attached hereto as **Exhibit 385** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0025959.

140.    Attached hereto as **Exhibit 386** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0029256.

141.    Attached hereto as **Exhibit 387** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0029407.

142.    Attached hereto as **Exhibit 388** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0030621.

143.    Attached hereto as **Exhibit 389** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0030809.

144.    Attached hereto as **Exhibit 390** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0031251.

145.    Attached hereto as **Exhibit 391** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0052249.

146.    Attached hereto as **Exhibit 392** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0058389.

147.    Attached hereto as **Exhibit 393** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0058785.

148.    Attached hereto as **Exhibit 394** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0064375 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

149.    Attached hereto as **Exhibit 395** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0075722.

150.    Attached hereto as **Exhibit 396** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0075839.

151.    Attached hereto as **Exhibit 397** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0076803.

152.    Attached hereto as **Exhibit 398** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0078637 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

153.    Attached hereto as **Exhibit 399** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0078645 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

154.    Attached hereto as **Exhibit 400** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0081616 (Jacobs Decl. Ex. 400).

155.    Attached hereto as **Exhibit 401** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0085203 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

156.    Attached hereto as **Exhibit 402** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0085335.

157.    Attached hereto as **Exhibit 403** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0090236.

158.    Attached hereto as **Exhibit 404** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0090237.

159.    Attached hereto as **Exhibit 405** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0090368.

160.    Attached hereto as **Exhibit 406** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0091409.

161.    Attached hereto as **Exhibit 407** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0095712.

162.    Attached hereto as **Exhibit 408** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0097979.

163.    Attached hereto as **Exhibit 409** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0097982.

164.    Attached hereto as **Exhibit 410** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0109345.

165.    Attached hereto as **Exhibit 411** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0109346.

166.    Attached hereto as **Exhibit 412** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0110398.

167.    Attached hereto as **Exhibit 413** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0115828.

168.    Attached hereto as **Exhibit 414** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0115933.

169.     Attached hereto as **Exhibit 415** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0116256.

170.     Attached hereto as **Exhibit 416** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0116465.

171.     Attached hereto as **Exhibit 417** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0116658 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

172.     Attached hereto as **Exhibit 418** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0118963.

173.     Attached hereto as **Exhibit 419** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0119464, Fiscal Q1 '10 tab, that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

174.     Attached hereto as **Exhibit 420** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0119464, Fiscal Q4 '09 tab, that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

175.     Attached hereto as **Exhibit 421** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0119571.

176.     Attached hereto as **Exhibit 422** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0119657.

177.    Attached hereto as **Exhibit 423** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0119662.

178.    Attached hereto as **Exhibit 424** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0119689 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

179.    Attached hereto as **Exhibit 425** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0119743.

180.    Attached hereto as **Exhibit 426** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0120204.

181.    Attached hereto as **Exhibit 427** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0124727.

182.    Attached hereto as **Exhibit 428** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0133959 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

183.    Attached hereto as **Exhibit 429** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0135303.

184.    Attached hereto as **Exhibit 430** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0135407.

185.    Attached hereto as **Exhibit 431** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0137437.

186.     Attached hereto as **Exhibit 432** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0137486.

187.     There is no **Exhibit 433**.

188.     Attached hereto as **Exhibit 434** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0138196, Q4 Call Reports tab at line 704, that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

189.     Attached hereto as **Exhibit 435** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0138198 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

190.     Attached hereto as **Exhibit 436** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0138234.

191.     Attached hereto as **Exhibit 437** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0138386.

192.     Attached hereto as **Exhibit 438** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0138644.

193.     Attached hereto as **Exhibit 439** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0138821.

194.     *Attached hereto as* **Exhibit 440** *is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron*0138825*.*

195.     *Attached hereto as* **Exhibit 441** *is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron*0138829*.*

196.    Attached hereto as **Exhibit 442** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0138868.

197.    Attached hereto as **Exhibit 443** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0144610.

198.    Attached hereto as **Exhibit 444** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0145231.

199.    Attached hereto as **Exhibit 445** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0147274.

200.    Attached hereto as **Exhibit 446** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0147517.

201.    Attached hereto as **Exhibit 447** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0148243.

202.    Attached hereto as **Exhibit 448** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0148246.

203.    Attached hereto as **Exhibit 449** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0151474.

204.    Attached hereto as **Exhibit 450** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0152590.

205.    Attached hereto as **Exhibit 451** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0158374.

206.    Attached hereto as **Exhibit 452** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0158403.

207.    Attached hereto as **Exhibit 453** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0165880.

208.    Attached hereto as **Exhibit 454** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0170247.

209.    Attached hereto as **Exhibit 455** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0170269.

210.    Attached hereto as **Exhibit 456** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0170271, CMW QTR. 1 FY-09 tab at Row 272, that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

211.    Attached hereto as **Exhibit 457** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0170553.

212.    Attached hereto as **Exhibit 458** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0170565.

213.    Attached hereto as **Exhibit 459** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0171063.

214.    Attached hereto as **Exhibit 460** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0172210.

215.    Attached hereto as **Exhibit 461** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0172543 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

216.    Attached hereto as **Exhibit 462** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0172688.

217.    Attached hereto as **Exhibit 463** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0172723.

218.    Attached hereto as **Exhibit 464** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0172730.

219.    Attached hereto as **Exhibit 465** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0176752.

220.    Attached hereto as **Exhibit 466** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0177304.

221.    Attached hereto as **Exhibit 467** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0177497.

222.    Attached hereto as **Exhibit 468** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0177932 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

223.    Attached hereto as **Exhibit 469** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0178155.

224.    Attached hereto as **Exhibit 470** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0178165 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

225.    Attached hereto as **Exhibit 471** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0181649.

226.    Attached hereto as **Exhibit 472** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0189255.

227.    Attached hereto as **Exhibit 473** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0189488.

228.    Attached hereto as **Exhibit 474** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0192220.

229.    Attached hereto as **Exhibit 475** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0211119.

230.    Attached hereto as **Exhibit 476** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0214140.

231.    Attached hereto as **Exhibit 477** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0278601.

232.    Attached hereto as **Exhibit 478** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0315649.

233.    Attached hereto as **Exhibit 479** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0334416.

234.    There is no **Exhibit 480**.

235.    Attached hereto as **Exhibit 481** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0346422 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

236.    Attached hereto as **Exhibit 482** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0349081, Row 6435.

237.    Attached hereto as **Exhibit 483** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0349081, Row 8657.

238.    Attached hereto as **Exhibit 484** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0544915 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

239.    Attached hereto as **Exhibit 485** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron1338853.

240.    Attached hereto as **Exhibit 486** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron1404774.

241.    Attached hereto as **Exhibit 487** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron1426865.

242.    Attached hereto as **Exhibit 488** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron1539445.

243.    Attached hereto as **Exhibit 489** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron2467711.

244.    Attached hereto as **Exhibit 490** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron2506624 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

245.    Attached hereto as **Exhibit 491** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron2558234.

246.    Attached hereto as **Exhibit 492** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron2558263.

247.    Attached hereto as **Exhibit 493** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron2558264.

248.    Attached hereto as **Exhibit 494** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron2558269.

249.    Attached hereto as **Exhibit 495** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron2558325.

250.    Attached hereto as **Exhibit 496** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron2558380, Row 525.

251.    Attached hereto as **Exhibit 497** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron2558380, Row 900.

252.    Attached hereto as **Exhibit 498** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron2558639 that has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

253.    Attached hereto as **Exhibit 499** is a true and correct copy of excerpts from the Davidson deposition (Apr. 3, 2012).

254.    Attached hereto as **Exhibit 500** is a true and correct copy of Decl. of Bruce Myers (Apr. 18, 2014) ¶¶ 1-4.

255.     Attached hereto as **Exhibit 501** is a true and correct copy of Defendant and Counterclaim Plaintiff Crestron Electronics, Inc.'s Response to Plaintiff and Counterclaim Defendant's Second Set of Interrogatories at Resp. 12.

256.     Attached hereto as **Exhibit 502** is a true and correct copy of Defendant and Counterclaim Plaintiff Crestron Electronics, Inc.'s Objections and Responses to Plaintiff and Counterclaim Defendant Savant Systems, LLC's Fifth Set of Interrogatories at Resp. Nos. 80, 81.

257.     Attached hereto as **Exhibit 503** is a true and correct copy of Defendant and Counterclaim Plaintiff Electronics, Inc.'s Objections and Responses to Plaintiff and Counterclaim Defendant Savant System, LLC's Sixth Set of Interrogatories at 11-12.

258.     Attached hereto as **Exhibit 504** is a true and correct copy of Defendant Crestron Electronics, Inc.'s Further Supplemental Responses to Plaintiff's Interrogatories, at Resp. 12.

259.     Attached hereto as **Exhibit 505** is a true and correct copy of Dkt. No. 14 (Savant's Am. Compl.) ¶¶ 10, 18, Exs. E-H.

260.     Attached hereto as **Exhibit 506** is a true and correct copy of Dkt. No. 30 (Klein Decl.).

261.     Attached hereto as **Exhibit 507** is a true and correct copy of Dkt. No. 39 (Savant's Reply to Crestron's Counterclaim Complaint).

262.     Attached hereto as **Exhibit 508** is a true and correct copy of Dkt. No. 42 (Savant's Memorandum in Support of Motion for Preliminary Injunction).

263.     Attached hereto as **Exhibit 509** is a true and correct copy of Dkt. No. 43 (Summer Decl.).

264.    Attached hereto as **Exhibit 510** is a true and correct copy of Dkt. No. 50 (Klein Decl.).

265.    Attached hereto as **Exhibit 511** is a true and correct copy of Dkt. No. 52 (Benson Decl.).

266.    Attached hereto as **Exhibit 512** is a true and correct copy of Dkt. No. 56 (Carroll Decl.).

267.    Attached hereto as **Exhibit 513** is a true and correct copy of Dkt. No. 82 (Savant's Opposition to Defendant's Motion to Compel).

268.    Attached hereto as **Exhibit 514** is a true and correct copy of Dkt. No. 107 (Silva Decl.).

269.    Attached hereto as **Exhibit 515** is a true and correct copy of Dkt. No. 149 (Reply to Crestron's Opposition to Savant's Motion for an Order Further Expanding the Discovery Event Limitations for the Case) at 8.

270.    There is no **Exhibit 516**.

271.    Attached hereto as **Exhibit 517** is a true and correct copy of Dkt. No. 240 (Carroll Decl.) ¶¶ 3-60, 69, 72, 73, Ex. A.

272.    Attached hereto as **Exhibit 518** is a true and correct copy of Dkt. No. 250 (Elhauge Decl.).

273.    Attached hereto as **Exhibit 519** is a true and correct copy of Dkt. No. 394 (Savant's Second Am. Compl.).

274.    Attached hereto as **Exhibit 520** is a true and correct copy of Dkt. No. 394 (Savant's Second Am. Compl.) Ex. E.

275.    Attached hereto as **Exhibit 521** is a true and correct copy of Dkt. No. 394 (Savant's Second Am. Compl.) Ex. F.

276.    Attached hereto as **Exhibit 522** is a true and correct copy of Dkt. No. 394 (Savant's Second Am. Compl.) Ex. G.

277.    Attached hereto as **Exhibit 523** is a true and correct copy of Dkt. No. 394 (Savant's Second Am. Compl.) Ex. H.

278.    Attached hereto as **Exhibit 524** is a true and correct copy of Dkt. No. 394 (Savant's Second Am. Compl.) Ex. I.

279.    Attached hereto as **Exhibit 525** is a true and correct copy of Dkt. No. 394 (Savant's Second Am. Compl.) Ex. K.

280.    Attached hereto as **Exhibit 526** is a true and correct copy of Dkt. No. 394 (Savant's Second Am. Compl.) Ex. L.

281.    Attached hereto as **Exhibit 527** is a true and correct copy of Dkt. No. 394 (Savant's Second Am. Compl.) Ex. M.

282.    Attached hereto as **Exhibit 528** is a true and correct copy of Dkt. No. 394 (Savant's Second Am. Compl.) Ex. N.

283.    Attached hereto as **Exhibit 529** is a true and correct copy of excerpts from the Elhauge deposition (May 22, 2014).

284.    Attached hereto as **Exhibit 530** is a true and correct copy of Errata to the Kippycash deposition at 195:5.

285.    Attached hereto as **Exhibit 531** is a true and correct copy of Expert Report of D. Kippycash.

286.    Attached hereto as **Exhibit 532** is a true and correct copy of Expert Report of Simon D. Platt ¶¶ 33-35.

287.    Attached hereto as **Exhibit 533** is a true and correct copy of excerpts from the Fleming deposition (Mar. 19, 2013).

288.    Attached hereto as **Exhibit 534** is a true and correct copy of excerpts from the Gullo deposition (Mar. 5, 2013).

289.    Attached hereto as **Exhibit 535** is a true and correct copy of *Home Automation — Savant Home Automation Denver and Control4 Denver Home Theater*, http://www.theavspecialists.com/services/home-automation, (Last accessed Jan. 28, 2014) (Savant has "Completely customizable graphics.").

290.    There is no **Exhibit 536**.

291.    Attached hereto as **Exhibit 537** is a true and correct copy of http://www.bestbuy.com/site/home-promotions/magnolia-design-center/pcmcat330200050001.c?id=pcmcat330200050001&type=category&id=pcmcat330200050001.

292.    Attached hereto as **Exhibit 538** is a true and correct copy of http://www.cepro.com/article/rti_unveils_pro_control_division_with_2_new_remotes/ .

293.    Attached hereto as **Exhibit 539** is a true and correct copy of http://www.coopercontrols.com/.

294.    Attached hereto as **Exhibit 540** is a true and correct copy of http://www.coopercontrols.com/about_us.htm.

295.    Attached hereto as **Exhibit 541** is a true and correct copy of http://www.crestron.com/products/green_light_residential_lighting_control/.

296.     Attached hereto as **Exhibit 542** is a true and correct copy of

http://www.crestron.com/products/lighting_and_shade_control/.

297.     Attached hereto as **Exhibit 543** is a true and correct copy of

http://www.crestron.com/resources/product_and_programming_resources/catalogs_and_

brochures/online_catalog/default.asp?jump=1&model=ST-LT&tab=specifications.

298.     Attached hereto as **Exhibit 544** is a true and correct copy of

http://www.dynalite.com/about-dynalite/.

299.     Attached hereto as **Exhibit 545** is a true and correct copy of

http://www.encelium.com/en/our-company.html (Ex. 251 to Kavanagh Decl.).

300.     Attached hereto as **Exhibit 546** is a true and correct copy of

http://www.extron.com/markets/index.aspx.

301.     Attached hereto as **Exhibit 547** is a true and correct copy of

http://www.extron.com/product/index.aspx.

302.     Attached hereto as **Exhibit 548** is a true and correct copy of

http://www.johnsoncontrols.com/content/us/en/products/building_efficiency/products-

and-systems/building_management/metasys.html.

303.     Attached hereto as **Exhibit 549** is a true and correct copy of

http://www.johnsoncontrols.com/content/us/en/products/building_efficiency.html.

304.     Attached hereto as **Exhibit 550** is a true and correct copy of

http://www.lutron.com/en-US/Residential-Commercial-Solutions/Pages/Residential-

Solutions/WholeHomeSolutions.aspx.

305.     Attached hereto as **Exhibit 551** is a true and correct copy of

http://www.magenta-research.com/.

306.    Attached hereto as **Exhibit 552** is a true and correct copy of http://www.savantsystems.com/category/savant_host_and_controllers.aspx.

307.    Attached hereto as **Exhibit 553** is a true and correct copy of http://www.siemens.com/entry/cc/en/#189260.

308.    Attached hereto as **Exhibit 554** is a true and correct copy of http://www.spcontrols.com/about_company.php.

309.    Attached hereto as **Exhibit 555** is a true and correct copy of http://www.tridium.com/cs/markets_/_applications/security.

310.    Attached hereto as **Exhibit 556** is a true and correct copy of https://www.wave-electronics.com/index.jsp?path=aboutus.

311.    Attached hereto as **Exhibit 557** is a true and correct copy of excerpts from the Ingber deposition (Feb. 12, 2013).

312.    Attached hereto as **Exhibit 558** is a true and correct copy of excerpts from the Jamison deposition (Mar. 26, 2013).

313.    Attached hereto as **Exhibit 559** is a true and correct copy of excerpts from the Jobe deposition (May 8, 2012).

314.    Attached hereto as **Exhibit 560** is a true and correct copy of Julie Jacobson, *AMX Sheds 700 Dealers, Rewards Most Committed* Group (Mar. 10, 2010) available at

http://www.cepro.com/article/amx_sheds_700_dealers_to_focus_on_most_committed_group/.

315.     Attached hereto as **Exhibit 561** is a true and correct copy of Julie

Jacobson, *Crestron Sues Big Savant Dealer*, CePro.com. Available at

http://www.cepro.com/article/crestron_sues_big_savant_dealer/.

316.     Attached hereto as **Exhibit 562** is a true and correct copy of Julie

Jacobson, *Crestron's Low-Cost Prodigy to Compete with Control4* (July 21, 2009),

available at

http://www.cepro.com/article/crestrons_low_cost_prodigy_to_compete_with_control4/.

317.     Attached hereto as **Exhibit 563** is a true and correct copy of Julie

Jacobson, *Elan Gives Home Automation, iOS Control to Niles ICS*, CePro (Aug. 30,

2011), available at

http://www.cepro.com/article/elan_gives_home_automation_ios_control_to_niles_ics/.

318.     Attached hereto as **Exhibit 564** is a true and correct copy of Julie

Jacobson, *Introducing Control4: Automation Vets Plan 'Unrivaled' Product

Launch* (June 1, 2004) Available

at: http://www.cepro.com/article/introducing_control4_automation_vets_plan_unrivaled_

product_launch/.

319.     Attached hereto as **Exhibit 565** is a true and correct copy of excerpts from

the Katsiris deposition (Feb. 20, 2013).

320.     Attached hereto as **Exhibit 566** is a true and correct copy of Katsiris

deposition (Feb. 20, 2013) Ex. 8 (SAVANT0284458).

321.     Attached hereto as **Exhibit 567** is a true and correct copy of excerpts from

the Kavanaugh deposition (Feb. 1, 2013).

322.     Attached hereto as **Exhibit 568** is a true and correct copy of Kavanaugh deposition (Feb. 1, 2013) Ex. 7.

323.     Attached hereto as **Exhibit 569** is a true and correct copy of excerpts from the Kippycash deposition (May 21, 2013).

324.     Attached hereto as **Exhibit 570** is a true and correct copy of excerpts from the Klein deposition (Mar. 28, 2013).

325.     Attached hereto as **Exhibit 571** is a true and correct copy of excerpts from the Knott deposition (Jan. 29, 2013) at 12:16-13:3, 29:3-10, 79:16-80:11, 99:1-9, 100:8-101:9, 128:1-15.

326.     Attached hereto as **Exhibit 572** is a true and correct copy of excerpts from the Lane deposition (Apr. 18, 2012).

327.     Attached hereto as **Exhibit 573** is a true and correct copy of excerpts from the Leviton deposition (Becker) (Oct. 11, 2012).

328.     Attached hereto as **Exhibit 574** is a true and correct copy of excerpts from the Madonna deposition (Oct. 26, 2011).

329.     Attached hereto as **Exhibit 575** is a true and correct copy of MK Marketing 0002334.

330.     Attached hereto as **Exhibit 576** is a true and correct copy of MK Marketing 0002348.

331.     Attached hereto as **Exhibit 577** is a true and correct copy of excerpts from the Moffett deposition (Apr. 11, 2012).

332.     Attached hereto as **Exhibit 578** is a true and correct copy of excerpts from the Murphy deposition (Jan. 24, 2014).

333.    Attached hereto as **Exhibit 579** is a true and correct copy of excerpts from the Myers deposition (Mar. 20, 2013).

334.    Attached hereto as **Exhibit 580** is a true and correct copy of Myers deposition (Mar. 20, 2013) Ex. 4 (SAVANT0224304).

335.    Attached hereto as **Exhibit 581** is a true and correct copy of NU Systems 0000002.

336.    Attached hereto as **Exhibit 582** is a true and correct copy of Parks Associates, *Connected Home Systems: Smart Home Central Controllers & Platforms* (2013) at 14.

337.    Attached hereto as **Exhibit 583** is a true and correct copy of Parks Associates, *Home Systems: Home Controls 2007 Update* (Resource Book) at 35, 36, 49, 56, 58, 63, 64, 97.

338.    Attached hereto as **Exhibit 584** is a true and correct copy of Parks Associates, *Home Systems: Home Controls 2007 Update* at 2, 21.

339.    Attached hereto as **Exhibit 585** is a true and correct copy of excerpts from the Parks deposition (May 30, 2014).

340.    Attached hereto as **Exhibit 586** is a true and correct copy of Parks deposition (May 30, 2014) Ex. 4 (Home Controls 2010 Outlook (2010)) at 13.

341.    Attached hereto as **Exhibit 587** is a true and correct copy of Parks deposition (May 30, 2014) Ex. 6 (Parks Associates, *Connected Home Systems: Smart Home Central Controllers & Platforms* (2013)) at 14.

342.    Attached hereto as **Exhibit 588** is a true and correct copy of excerpts from the Parrelli deposition (Mar. 7, 2013).

343.    Attached hereto as **Exhibit 589** is a true and correct copy of
PECAR0005888.

344.    Attached hereto as **Exhibit 590** is a true and correct copy of
PECAR0006162.

345.    Attached hereto as **Exhibit 591** is a true and correct copy of Plaintiff
Savant Systems, LLC's Response to Crestron Electronics, Inc.'s Second Set of
Interrogatories.

346.    Attached hereto as **Exhibit 592** is a true and correct copy of Plaintiff
Savant Systems, LLC's Response to Crestron Electronics, Inc.'s Third Set of
Interrogatories, Response 10.

347.    Attached hereto as **Exhibit 593** is a true and correct copy of Plaintiff
Savant Systems, LLC's Supplemental Answers to Interrogatory Nos. 4, 11 and 49
Through 58 of Crestron Electronics, Inc.'s First, Third and Sixth Sets of Interrogatories,
Resp. No. 49.

348.    Attached hereto as **Exhibit 594** is a true and correct copy of excerpts from
the Price deposition (Dec. 5, 2012).

349.    Attached hereto as **Exhibit 595** is a true and correct copy of excerpts from
the Raife deposition (Feb. 8, 2013).

350.    Attached hereto as **Exhibit 596** is a true and correct copy of Raymond
James, Evaluation of Control 4 IPO (Aug. 27, 2013) at 18.

351.    Attached hereto as **Exhibit 597** is a true and correct copy of Rebuttal
Expert Report of Dr. Andrew S. Joskow ¶¶ 63, 66-69, 116, Exs. 7-11.

352.    Attached hereto as **Exhibit 598** is a true and correct copy of Rebuttal Expert Report of Tricia Parks, Revised on May 21, 2014 to Insert Additional Fact Citations at Request of Savant's Counsel ¶ 15.

353.    There is no **Exhibit 599**.

354.    Attached hereto as **Exhibit 600** is a true and correct copy of excerpts from the Riordan deposition (Sept. 12, 2012).

355.    Attached hereto as **Exhibit 601** is a true and correct copy of Sapphire0002735.

356.    Attached hereto as **Exhibit 602** is a true and correct copy of excerpts from the Savant 30(b)(6) deposition (Carroll) (Jan. 22, 2014).

357.    Attached hereto as **Exhibit 603** is a true and correct copy of Savant 30(b)(6) deposition (Carroll) (Jan. 22, 2014) Ex. 20 (SAVANT0308715).

358.    Attached hereto as **Exhibit 604** is a true and correct copy of Savant 30(b)(6) deposition (Carroll) (Jan. 22, 2014) Ex. 39 (SAVANT0952066).

359.    Attached hereto as **Exhibit 605** is a true and correct copy of excerpts from the Savant 30(b)(6) deposition (Madonna) (Jan. 21, 2014).

360.    Attached hereto as **Exhibit 606** is a true and correct copy of Savant 30(b)(6) deposition (Madonna) (Jan. 21, 2014) Ex. 5 (SAVANT2760297).

361.    Attached hereto as **Exhibit 607** is a true and correct copy of excerpts from the Savant 30(b)(6) deposition (Madonna) (Oct. 25, 2012).

362.    Attached hereto as **Exhibit 608** is a true and correct copy of *Savant Brings Big Boy Home Automation to Mainstream for $999,* available at http://www.savantsystems.com/News/savant_brings_big_boy_home_automation_to_mai

nstream_for_999_.aspx (last visited June 6, 2014), and at

http://www.cepro.com/article/savant_brings_big_boy_home_automation_to_mainstream

_for_999/?utm_source=CEPWeekly&utm_medium=email (last visited June 6, 2014).

363.    Attached hereto as **Exhibit 609** is a true and correct copy of *Savant*

*Systems Selected by Home Theater Specialists of America,* available at

http://www.savantsystems.com/press_archives/savant_systems_selected_by_home_theate

r_specialists_of_america.aspx.

364.    Attached hereto as **Exhibit 610** is a true and correct copy of Savant

Systems, LLC's Responses to Crestron Electronics, Inc.'s Second Set of Requests for

Admission, Request No. 25.

365.    Attached hereto as **Exhibit 611** is a true and correct copy of Savant's

Answers to Crestron's Fifth Set of Interrogatories, Interrogatory No. 38.

366.    Attached hereto as **Exhibit 612** is a true and correct copy of Savant's

Answers to Crestron's Fourth Set of Interrogatories, Interrogatory Nos. 22, 25.

367.    Attached hereto as **Exhibit 613** is a true and correct copy of Savant's

Fourth Supplemental Objections and Responses to Crestron's First Set of Interrogatories,

Interrogatory No. 3.

368.    Attached hereto as **Exhibit 614** is a true and correct copy of Savant's

Response to Crestron's Second Set of Requests for Admission.

369.    Attached hereto as **Exhibit 615** is a true and correct copy of Savant's

Supplemental Response to Interrogatory No. 11 of Crestron's Third Set of

Interrogatories.

370.    Attached hereto as **Exhibit 616** is a true and correct copy of Savant's Third Supplemental Objections and Responses to Crestron's First Set of Interrogatories, Interrogatory No. 3.

371.    Attached hereto as **Exhibit 617** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0000310.

372.    Attached hereto as **Exhibit 618** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0008499.

373.    Attached hereto as **Exhibit 619** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0009894.

374.    Attached hereto as **Exhibit 620** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0009897.

375.    Attached hereto as **Exhibit 621** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0018182.

376.    Attached hereto as **Exhibit 622** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0073851.

377.    Attached hereto as **Exhibit 623** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0075928.

378.    Attached hereto as **Exhibit 624** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0083964.

379.    Attached hereto as **Exhibit 625** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0086823.

380.    Attached hereto as **Exhibit 626** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0124965.

381.    Attached hereto as **Exhibit 627** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0126192.

382.    Attached hereto as **Exhibit 628** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0126998.

383.    Attached hereto as **Exhibit 629** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0131365.

384.    Attached hereto as **Exhibit 630** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0141772.

385.    Attached hereto as **Exhibit 631** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0143224.

386.    Attached hereto as **Exhibit 632** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0147191.

387.    Attached hereto as **Exhibit 633** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0149683.

388.    Attached hereto as **Exhibit 634** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0154650.

389.    Attached hereto as **Exhibit 635** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0200133.

390.    Attached hereto as **Exhibit 636** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0243215.

391.    Attached hereto as **Exhibit 637** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0245214.

392.    Attached hereto as **Exhibit 638** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0258332.

393.    Attached hereto as **Exhibit 639** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0275473.

394.    Attached hereto as **Exhibit 640** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0288298.

395.    Attached hereto as **Exhibit 641** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0331310.

396.    Attached hereto as **Exhibit 642** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0374475.

397.    Attached hereto as **Exhibit 643** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0390706.

398.    Attached hereto as **Exhibit 644** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0427661.

399.    Attached hereto as **Exhibit 645** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0463966.

400.    Attached hereto as **Exhibit 646** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0484583.

401.    Attached hereto as **Exhibit 647** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0517970.

402.    Attached hereto as **Exhibit 648** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0520194.

403.    Attached hereto as **Exhibit 649** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0520796.

404.    Attached hereto as **Exhibit 650** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0528519.

405.    Attached hereto as **Exhibit 651** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0537227.

406.    Attached hereto as **Exhibit 652** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0650941.

407.    Attached hereto as **Exhibit 653** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0733066.

408.    Attached hereto as **Exhibit 654** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0776424.

409.    Attached hereto as **Exhibit 655** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0887147.

410.    Attached hereto as **Exhibit 656** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0964931.

411.    Attached hereto as **Exhibit 657** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT1152612.

412.    Attached hereto as **Exhibit 658** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT1516587.

413.    There is no **Exhibit 659**.

414.    Attached hereto as **Exhibit 660** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT3446482.

415.    There is no **Exhibit 661**.

416.    There is no **Exhibit 662**.

417.    There is no **Exhibit 663**.

418.    There is no **Exhibit 664**.

419.    There is no **Exhibit 665**.

420.    Attached hereto as **Exhibit 666** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT1531673.

421.    Attached hereto as **Exhibit 667** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT1543753.

422.    Attached hereto as **Exhibit 668** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT1590613.

423.    Attached hereto as **Exhibit 669** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT1661634  AND

ATTACHMENT Keynote Presentation.

424.    Attached hereto as **Exhibit 670** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2615924.

425.    Attached hereto as **Exhibit 671** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2618518.

426.    Attached hereto as **Exhibit 672** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2619831.

427.    Attached hereto as **Exhibit 673** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2650083.

428.    Attached hereto as **Exhibit 674** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2722884.

429.    Attached hereto as **Exhibit 675** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2787196.

430.    Attached hereto as **Exhibit 676** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2787208

431.    Attached hereto as **Exhibit 677** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2882677.

432.    Attached hereto as **Exhibit 678** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT3318114.

433.    Attached hereto as **Exhibit 679** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT3318297.

434.    Attached hereto as **Exhibit 680** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT3329646.

435.    Attached hereto as **Exhibit 681** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT3330221.

436.    Attached hereto as **Exhibit 682** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT3330242.

437.    Attached hereto as **Exhibit 683** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT3446513.

438.    Attached hereto as **Exhibit 684** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT3519820 and attachments.

439.    Attached hereto as **Exhibit 685** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT3559619.

440.    Attached hereto as **Exhibit 686** is a true and correct copy of excerpts from the Schoonover deposition (Aug. 1, 2012).

441.    Attached hereto as **Exhibit 687** is a true and correct copy of excerpts from the Selby deposition (Apr. 5, 2012).

442.    Attached hereto as **Exhibit 688** is a true and correct copy of excerpts from the Sell deposition (Dec. 7, 2102).

443.    Attached hereto as **Exhibit 689** is a true and correct copy of Slump deposition (Feb. 11, 2013) Ex. 3 (HARMAN00000104, at HARMAN00000121).

444.    Attached hereto as **Exhibit 690** is a true and correct copy of excerpts from the Smith deposition (May 16, 2012).

445.    Attached hereto as **Exhibit 691** is a true and correct copy of excerpts from the Spinner deposition (Feb. 21, 2013).

446.    Attached hereto as **Exhibit 692** is a true and correct copy of Spinner deposition (Feb. 21, 2013) Ex. 2.

447.    Attached hereto as **Exhibit 693** is a true and correct copy of Spinner deposition (Feb. 21, 2013) Ex. 5 (SAVANT0648639).

448.    Attached hereto as **Exhibit 694** is a true and correct copy of Statement of Operations, Savant Systems LLC Financial Statements for the Years Ended December 31, 2011 and 2010, prepared by DiCicco, Gulman & Company LLP.

449.    Attached hereto as **Exhibit 695** is a true and correct copy of excerpts from the Stiroh deposition (June 6, 2014).

450.    Attached hereto as **Exhibit 696** is a true and correct copy of excerpts from the Stulce deposition (Sept. 20, 2012).

451.    Attached hereto as **Exhibit 697** is a true and correct copy of excerpts from the Tamari deposition (July 30, 2012).

452.    Attached hereto as **Exhibit 698** is a true and correct copy of *The Costs to Automate Home Tech*, available at http://online.wsj.com/articles/SB10001424052970204257504577152893550109340.

453.    Attached hereto as **Exhibit 699** is a true and correct copy of excerpts from the Thomas deposition (Feb. 7, 2013).

454.    Attached hereto as **Exhibit 700** is a true and correct copy of excerpts from the Thul deposition (Apr. 12, 2012).

455.    Attached hereto as **Exhibit 701** is a true and correct copy of U.S. Patent No 7,930,644 (Savant patent for programming environment and metadata management for programmable multimedia controller).

456.    Attached hereto as **Exhibit 702** is a true and correct copy of U.S. Patent No. 8,619,950 (Crestron patent for video and digital audio transport).

457.    Attached hereto as **Exhibit 703** is a true and correct copy of U.S. Patent No. 8,199,113 (Savant patent for programmable on screen display and remote control).

458.    Attached hereto as **Exhibit 704** is a true and correct copy of excerpts from the Vatland deposition (Apr. 20, 2012).

459.    Attached hereto as **Exhibit 705** is a true and correct copy of excerpts from the Weuve deposition (May 1, 2012).

460.    Attached hereto as **Exhibit 706** is a true and correct copy of *What 'Best Efforts' Means in Dealer Contracts,* available at http://www.cepro.com/article/what_best_efforts_means_in_dealer_contracts/ (last visited August 9, 2014).

461.    Attached hereto as **Exhibit 707** is a true and correct copy of www.crestron.com/markets/.

462.    Attached hereto as **Exhibit 708** is a true and correct copy of www.lutron.com.

463.    Attached hereto as **Exhibit 709** is a true and correct copy of www.rgb.com.

I declare under penalty of perjury that the foregoing is true and correct.


Dated this 15th day of August, 2014, in Boston, Massachusetts.

/s/ *Aaron S. Jacobs*
Aaron S. Jacobs



**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2014.


/s/ *Aaron S. Jacobs*
Aaron S. Jacobs