# EXHIBIT 351

EXHIBIT 12
WIT: Carroll
DATE: 3-22-13
J. CURRAN

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|
| **Revised Revenue Plan $M** | $0.00 | $4.00 | $22.00 | $35.00 | $56.40 | $144.00 |
| **# of Dealers required @$50K** | | **80** | **440** | **700** | **1,128** | **2,880** |
| **# of Dealers required @$65K** | | 62 | 338 | 538 | 868 | 2,215 |
| **% required vs. actual** | | 106% | 106% | 102% | 81% | 44% |
| **% required vs. purchasing** | | 106% | 71% | 71% | 54% | 28% |
| **Actual Revenue $M** | $0.02 | $1.38 | $5.34 | $12.84 | $25.60 | 28.079 |
| | | 1,463 | 5,066 | 11,254 | 20,504 | 28,080 |
| **Original Revenue Plan $M** | | $4.00 | $35.00 | $56.40 | $144.00 | $175.00 |
| **# of Dealers required @$50K** | | **80** | **700** | **1,128** | **2,880** | **3,500** |
| **Actual purchasing Dealer count** | | **65** | **239** | **380** | **469** | **631** |
| **Rev. (000)/dealer** | | $21.23 | $22.34 | $33.79 | $54.58 | $44.50 |
| | | $0.02 | $0.02 | $0.03 | $0.04 | $0.04 |
| **Total dealers** | | **65** | **358** | **547** | **700** | **985** |
| **Percentage of dealers buying** | | **100%** | **67%** | **69%** | **67%** | **64%** |
| **Dealer conference attending companies** | 42 | 62 | 75 | 112 | 170 | 204 |

**Industry stats 2011**

**367 dealers**

**Average spends on Automation** $43,000 CEPro 1/2013 pg. 40

**USA Dealers** 15,000 CEPro 1/2013 pg. 68

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# Revenue by Dealer sign-on Date (Domestic)




**Revenue Per Dealer by Dealer Class (000)**

| Dealer Class | FY 2008 | FY 2009 | yr-yr growth | FY 2010 | yr-yr growth | FY 2011 | yr-yr growth | FY 2012 | yr-yr growth |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | $22.51 | $26.56 | 18% | $32.23 | 21% | $53.87 | 67% | $55.37 | 3% |
| 2009 | - | $18.60 | - | $34.36 | 85% | $50.38 | 47% | $65.12 | 29% |
| 2010 | - | - | - | $22.34 | - | $49.23 | 120% | $60.48 | 23% |
| 2011 | - | - | - | - | - | $23.70 | - | $40.86 | 72% |
| 2012 | - | - | - | - | - | - | - | $16.12 | - |
| Total | $22.51 | $21.38 | -5% | $29.85 | 40% | $43.81 | 47% | $44.43 | 1% |

# EXHIBIT 352

EXHIBIT 3
WIT: Carroll
DATE: 3-22-13
J. CURRAN

savant

# Management Meeting 1/09

# Today's Agenda

- Goal: To have all mgrs. and key contributers on the same page with a clear understanding of what the business goals are and what we need to do and more importantly what they need to do to ensure our success.
- Market Conditions and Overview
- Sales Plan
- "08" Financial Performance
- Engineering
- Operations/MFG Overview
- Marketing Plans
- Quality, Metrics and Customer Satisfaction
- Walk away: Short list of fixes that need urgent attention and longer term solutions to be worked


Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Market Segmentation



# US Dealer Revenue Breakdown High-end Homes




Parks Associates /infoComm 2006

savant

Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Dealer % Revenue by Product Cat.




* WHC Forecast for 2009 is to increase by 10%, CEPro 2009 state of industry

Proprietary & Confidential - Savant Systems LLC



RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Controller Market Segment



RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Controller Markets & Players

- Lines between WHC, Dist. A/V, and Lighting Control are blurring in Residential space not so in commercial, YET
- Residential:
  - Rank: 1.) Crestron 2.) Control4 3.) AMX
  - 18 other companies avg. $18MM in revenue. Est. some larger companies with multiple product lines.
- Pro-AV
  - Largely defined as commercial for Crestron & AMX, % of Rev. flipped
  - Blur between Pro AV & SMB Commercial
  - AV Switching Extron, Kramer, and others
  - Vantage Fusion product looks to play here
- Commercial- Control and A/V distribution largely separate
  - Top 3: Johnston Control, Siemens, Honeywell.
  - Many other players
  - Looking to go down market to SMB/Pro AV


Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# First Look at 2008 Industry Results

- Dealers report 9.1% decline in overall revenue
- Number of installations up 21%
- Avg. price per job down 25%, mainly equipment sales drop off
- Margin erosion quickening on equipment sales
- First year that WHC was a leading request by customers
- 2009 forecast is for control to grow by 10%, while all other segments down
- New dealers entering market from data, telecom, and IT with new business models
- Brick and mortar retailer issues seen as positive for SI:
  - Video sales safer
  - Installation revenue
  - Wholesalers help differentiate value
- Focus on SMB markets for growth in 2009


Proprietary & Confidential - Savant Systems, LLC

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Control Systems Impact on Change






RESTRICTED CONFIDENTIAL - Outside Counsel Only

# S.W.O.T.

| Strength | Weaknesses |
|---|---|
| Blueprint | Product Stability |
| Dealer TTM | Technical Support |
| Engineering | No "Green" Play |
| Technical Support | Automation Features |
| Apple/Computer | Applications |
| Rep. network | |

| Opportunities | Threats |
|---|---|
| New Dealer Profile | Economy |
| Economy | Apple |
| Crestron Approach | Crestron Threat to Dealers |
| Product Margin Erosion | Crestron Discounts |

Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Residential Controller Company Revenue-TAM




*Parks Associates 2007 Q2, Home Systems:Home Controls

Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# TAM Market Pyramid Segmentation





Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# End-User Controller Market






Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# 2009 Sales Revenue






RESTRICTED CONFIDENTIAL - Outside Counsel Only

# 2008 Revenue





Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant

# 2008 Sales Review and 2009 Plan

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# 2008 Revenue









RESTRICTED CONFIDENTIAL - Outside Counsel Only

# 2008 Dealer Signups

## Dealers by Month




## Dealers by Qtr.






Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# 2009 Sales Revenue Budgets




Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# 2009 New Dealer Signup Target = 240






Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# What we Need in 2009 to Hit $22M

350 ACTIVE Systems Integrators leading with Savant for automation and A/V distribution

*That's an AVG of 7 per state*

$63K in annual revenue per dealer

*That's 2 $25K jobs plus an opening order shipped in 2009*



Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Risks/Challenges for '09

- Field Engineering and Technical Support
  - Current infrastructure and processes difficult to scale
  - Need more support resources in the the field, at least until the platform stabilizes and we get dealers better trained
- Training
  - Need more comprehensive training curriculum
  - Need more dealer testing and certification
  - Need to train rep technical resources
- Product Quality and System stability
  - Still too many H/W failures in the field
  - Software still somewhat buggy
- Unstable Economic Environment


Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Keys to Success in '09

- Accelerate Sales & Business Development in the CEDIA Channel
  - Establish sales and support channel for Mexico & Canada
  - Sign on as many new dealers as possible by end of Q109
  - Continue to streamline sales and order process
    - Electronic Configurator Wizard for Dealers
    - SalesForce Partner Portal Rollout to Reps
- Identify Alternative Sales Channels and Market Requirements
  - Marine
    - Active Market less affected by economy
    - Good match for Savant Value proposition
  - Commercial
    - Bigger deployments
    - Longer sales cycle
    - More stable revenue
    - More price competitive


Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Keys to Success in '09

- Focus on differentiation areas of Savant solution
  - U/Is
  - Media player integration and feature set
- Focus on Training
  - Sales
  - Networking and termination
  - System configuration
  - Advanced training for Photoshop and Workflow Automation
- Identify missing Components to address Alternative Markets
  - Examples:
    - BackNet
    - Host Redundancy
    - NOC Capability
    - Regulatory Compliance Issues for Alternative Markets


Proprietary & Confidential / Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# 2008 Financial Performance






Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# 2009 Financial Forecast





Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant

# Operations

# Operation Summary 2008

- Shipments
  - 523 Customer Orders, 7927 units
  - $1,962,000 Booked Shipments
  - 584 Internal Orders
- Quality
  - RMA's, 315 units
  - RMA Shipments $308,000 (not including loaners)
  - RMA internal, 516 units
- Inventory
  - $5,987,000 (12/31/2008)
- Labor (contract)
  - $429,000 temp labor cost
- Conf. Mngmt.


Proprietary & Confidential | Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Operation Summary 2008

- Production
  - 374 Work Orders Completed
    - 231 Internal Builds
    - 143 Contract Manufacturers
- Conf. Mngmt.
  - 88 ECO's implemented with Rework Disposition
    - Represents Hundreds to Thousands "touches"
- Process
  - Clear roles and responsibilities, with Team approach
  - RMA process
  - MRB review
  - Cycle Counts Initiated



Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Operation Goals 2009

- Shipments
  - 98% on time delivery
- Quality
  - RMA, ERR < 3%
    - HW. Engineering, re-issuing all Test Procedures, Final Test Auditors
    - Improving Product Burn, Test Validation
    - Full coverage in-process inspection
    - Training, raising expectations... ie.. Ferrari approach
    - Build Confidence in our Products (NTF Rate <2%)
  - Implement Test Yields by Location and Publish
  - Incoming Inspection 98%
    - First Article Inspection Required
    - SK audits for FAI


Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Operation Goals 2009

- Inventory
  - Cost Reductions Re-design, Automation, Negotiation
  - Cycle Counts 99% Goal
- Labor
  - Flexible contract labor staff to meet Production needs
    - $225,000 budget
- Process
  - ECO Implementation Phase. CIB Review
    - Off-line Final and System Test Bed
    - Phased Point releases to Floor
  - Process Map completion . Goal Q2 first release
  - Outsourcing
  - Reorganize Process Flow to reduce:
    - Troubleshooting
    - Handling



Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant

# Marketing 2009

# Topics

- ➡ ***Key Marketing Initiatives***
- ➡ ***Marketing Events***
- ➡ ***Excellence in AV Program***
- ➡ ***Improvements & Goals***



RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Marketing Initiatives

- **Internet & Consumer Marketing Plan**
  - Wealthy Customer / Potential Savant Customers
  - Online Advertisement
  - Pay for Clicks
  - Blogging / Online Forums
  - Data Collection & Lead Process
  - Leverage Apple
  - Savant Consumer Website
- **PR & Editorial**
  - Micah & Naomi
  - Trade Publications
    - CE Pro, Resi & Custom Retailer
  - Consumer Publications
    - Robb Report, Luxury CE, etc.
  - Apple News
    - Cali Lewis, etc.






RESTRICTED CONFIDENTIAL - Outside Counsel Only
SAVANT2787574

# Marketing Initiatives cont.

- **Support Sales & Reps**
  - Scheduled Monthly Calls w/ Reps
    - New Company Info
    - Product Release Announcements
    - Open Ended Issues
  - White Papers & Statement Papers
  - Support Rep Events
  - Excellence in AV Support




- **Dealer Support & Indus. Outreach**
  - News Letters
  - Trade Shows
  - Associations & Memberships
  - Dealer Portal & Website
  - Co-op Dollar Program
  - Co-Marketing
    - Direct Consumer Marketing
  - Creative Marketing Assistance





Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

SAVANT2787575

# Marketing Events




Savant Platinum Sponsor




Demo Alley
&
Private Conference Room




30' x 40' Booth



Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

SAVANT2787576

# Excellence in AV Program

savant
Excellence in AV Program

Currently **44** Members

Performance 2007 - 2008 = 10 Companies

Performance 2008 - 2009 = 34 Companies

ada audio design associates
Aprilaire
AudioControl
AXIS
B&W
CLASSE
DENON
HALCRO
harman kardon
integra
kaleidescape
lexicon
LiteTouch
LUTRON
mark levinson
MechoShade Home Systems
MERIDIAN
NAD
PARASOUND
ONKYO
PLANAR
projectiondesign
Sherbourn
Sherwood NEWCASTLE
ROTEL
T+A
vudu
Schneider Electric
Honeywell
RUNCO
WOLF CINEMA

savant



Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Goals & Improvements



## Departmental Communication





Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant

Q&R

# Q&R Dashboard

| | Reliability | | | | Quality Control | | | Customer Satisfaction | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Software | | Hardware | Reliability | Incoming Inspections | In Process | Burn In | Sales Order | Trouble Tickets | | Customer Satisfaction |
| | All Releases | Current Releases | | | | | | | Software | Hardware | |
| Trend | | | | | | | | → | ↓ | ↑ | |
| Metric | Bugzilla | Bugzilla | ECO<br>MCO<br>Recall | RMA Failures<br>Factory Failures | Yield | Yield | Yield | <10 Days<br>XML Req.<br>Sales Forecast | Bugs | RMA's | **Surveys**<br>Training<br>1st Order Experience |
| Actual | | | | | | | | | | | |
| Goal | | | | | | | | | | | |

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Customer Satisfaction Program

- Customer Satisfaction is determined by:
  - Savant Training Evaluation Survey
  - Savant First Installation & Service Survey
  - Customer Satisfaction Survey for Savant's products & services
- Zoomerang.com
  - The leader in online surveys since 1999
- Employee Feedback



RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Customer Satisfaction Program

- Savant Training Evaluation Survey
  - Instructors Performance
  - Dealer's understanding of Savant prior to training against how they feel after completing the training.
  - Feeling of the class length
  - Interest level on advanced training
  - Helpfulness of training videos.
  - How they think we can approve training?


Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Customer Satisfaction Program

- First Installation & Service Survey
  - Dealers overall experience of how their Order were received.
  - Which products were most challenging to install?
  - How satisfied were they installing there first system?
  - Did they find the dealer portal useful during their first installation?
  - Rate components of the dealer portal on a satisfactory scale.


Proprietary & Confidential · Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Customer Satisfaction Program

- Customer Satisfaction Survey for Savant's Products & Services
  - What products they purchased and to rate them on a satisfactory scale.
  - Satisfaction rating on quality, price, purchase experience, customer service and repeat purchase experience if applicable.
  - How important are all of the above when purchasing a product.
  - How much do they agree with the following statements based on their most recent experience with our product:
    - Product was worth the purchasing price, product does what it claims, product does what I need, product is easy to use and that the product is competitively priced.
  - How satisfied are they with their relationships with Savant and sales & service. How satisfied they are with the ease of doing business and the supply chain delivery process.
  - What they like and dislike about our Product line.
  - How we are compared to the competition.
  - If they plan to purchase more of Savant's products in the future. If not, Why?


Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL - Outside Counsel Only