EXHIBIT 373

| | | |
|---|---|---|
| **From:** | Ken Vanemon | October 09, 2008 8:58:49 AM (-04) |
| **To:** | Randy Klein; Fred Bargetzi | |
| **Cc:** | Marla Suttenberg; Wayne Swirnow | |
| **Bcc:** | | |
| **Subject:** | **Re: SAVANT** | |
| **Attachments:** | | |

Randy, Thanks and understood 100%. As I'm sure you know it's my daily commitment to sell all the reason's why Crestron. Appreciate the ability to offer input from the field and will do everything in my power the keep the competition out of our dealers and business.
Thanks again.

Ken Vanemon

---

**From**: Randy Klein
**To**: Fred Bargetzi; Ken Vanemon
**Cc**: Marla Suttenberg; Wayne Swirnow
**Sent**: Thu Oct 09 08:49:00 2008
**Subject**: Re: SAVANT

Thanks Ken.

This is very valuable feedback, and certainly useful as we continue our distribution strategy agreed upon. That said, as Fred indicates, I don't think we'll ever be successful battling a competitor like Savant...or any other like competitor for that matter....on a product or feature basis. Back in the early days of Crestron, we had the same battle...but from the other side. Crestron was always (and continues to be) the technological leader. Our products were simply better in every way. Our only competitor was AMX. Even they admitted, and told all customers, our products were better than there's! However, they continued to dominate us and marketplace...for one reason. They were the leader, and it was easy to do business with Crestron. In this these most uncertain times, why would any dealer, or any customer put their money and their future into an unknown? Even John Clancy asked the Savant management to show him 1 house that uses their product day in and day out. They never answered the question. We all say that customers are scaling back, their uncertain, and their scared. The only reason they would choose Savant is because we let them. Ken, this is your job, not product development. Yes, when we get our SDK, that will answer an objection...for now. But long term, you and everyone else needs to sell the 45 years and millions of customers that rely on Crestron everyday. Not just homes, but businesses, schools and governments. Savant might have a "tight" relationship with Apple. And they may ask them to speak at a meeting. But Crestron is a DOEM partner of Microsoft. Microsoft depends on Crestron products to help run their company everyday. I think Apple is cool. I even have one myself rather than a PC. But cool doesn't make money. Reliability, stability, experience, vision and leadership makes money.

Compare those on a chart with Savant, not graphics.

No Crestron dealer is a Savant dealer....ZERO tolerance.

Randy Klein
Executive Vice President

---

**From:** Fred Bargetzi <fbargetzi@crestron.com>
**Date:** Thu, 9 Oct 2008 08:28:22 -0400
**To:** Ken Vanemon <ken@sapphiremarketing.com>
**Cc:** Marla Suttenberg <marla@sapphiremarketing.com>, Wayne Swirnow <wswirnow@crestron.com>, Randy Klein <rklein@crestron.com>
**Subject:** RE: SAVANT

Ken:

Thanks for the details. I will address the technical issues with respect to Savant, but there are many business issues involved with this that I will let our sales manager address – these issues should be addressed first before we let a company with minimal market penetration, limited product offering (compared to Crestron), no onsite support, no large system experience, and 1 job (I am aware of the job through direct conversations with John Clancy – did John tell you he has been trying to get this customer over to Crestron? This one customer will be a tough convert as I am told he is an Apple Disciple, but don't let one customer/job get you on the run).

Give me a few days and I will respond to the collection of data below. I am confident that through the help of our charismatic sales manager, the most complete system product line, the industries best support, and 350 engineers backing it all up working on 240+ products (we have 200 more products in creation than Savant even has in their line!) that we will triumph.

As a side note, I listened to a dealer rip Savant folks a new one in their booth about a small installation that had one issue after the next with no support for Savant to fix it, including the incredible lack of usability of their touch panels and apps (they show a bunch of Apple apps running on their panels, but they were designed for use with a mouse, not your finger, and the dealer had the Savant guy launch several apps and then try to do anything with them (besides just look at them) and it made the Savant guy look like a fool).

Fred Bargetzi
VP Technology

**From:** Ken Vanemon
**Sent:** Wednesday, October 08, 2008 10:10 PM
**To:** Fred Bargetzi
**Cc:** Marla Suttenberg; Wayne Swirnow
**Subject:** SAVANT

Fred:

Hope this e-mail finds you well. I wanted to give you some feedback on Savant that I have heard over the past few days from some of our Top Crestron accounts. It's no secret SAVANT is attacking our dealers and are exploiting what they see as our weaknesses, and putting their spin on why Savant is better than Crestron.

I know you have a great relationship with John Clancy from Audio Command. I understand he is meeting with you this Friday. I truly believe it is vital that you spend some time with him and get his latest input on Savant and get as much useful info from him as you can to give us more tools to be able to fight back. SAVANT is in "take no prisoners mode" and they are getting the attention of many of our dealers. Here are some of the things I am hearing.

- The WOW factor of the panels GUI....what you can do with a Mac computer makes these panels some of the best eye candy that any control system is offering today. The reality is once we start shipping SDK/Flash, our I-phone/I-pod interface we will be on a more level playing field, but they are claiming they can deliver it NOW!
- The Apple/Savant relationship is very strong and Apple is happy to be a partner with Savant. Apple recently invited Savant to speak at a convention as a valued partner, according to John Clancy this was a 1st for Apple, this never happens.
- Instant access to I-tunes via ANY Savant touch panel, HUGE.
- According to John Clancy the Mac mini is not going away, it is actually being improved so that will only make the backbone of the Savant system potentially stronger.
- Fact not fiction....Mac users are looking for control systems that allow them to enjoy the same user experience like when they use their Mac computer. Both John Clancy & Franklin Karp from AVS have told me many of their higher-end clients are asking about SAVANT due to the Mac tie in. They want these systems and are asking these guys to provide a solution. AVS has been presented with an opportunity to do a very large 6 figure project. SAVANT is willing to offer them this pre-qualified job all they have to do is sign up, and say YES...it's ready to go. They also get to add on their lighting to the project, so it has the potential to be a very lucrative project. They are being courted hard and I'm sure this would only validate SAVANT even more to land a Crestron dealer of this level.
- John Clancy claims to be able to program a system in a very short period compared to a Crestron system of equal size and make major changes on the fly all based on the Mac computer. So while we are saying, what dealer wants to manage a "Mac-Mini Farm" he does not see that as a weakness at all? We need to have more facts on SAVANT, not maybe's or our opinion's, but real data so we know what we are up against because no disrespect...These guys are real and I can feel the momentum growing day by day and wanted you to know first hand what is taking place in the field. I do not want to set back and watch these guys take 1 dime of our Crestron business.
- They are attacking us on programming, they call it an antiquated programming process and are telling dealers SAVANT is truly an "Open" architecture and way easier to program than Crestron. Put all that money you spend on programming and put it back into your bottom line, no more CAIP's needed, you won't be held hostage, etc.

Please keep in mind all this info has been gathered from various conversations from different dealers. I have several customers being presented the 100K job ready to go, all you have to do is get on board, needless to say most are doing their homework and taking a look. Savant is getting an audience with our dealers.

Can you tell me if we have any hands on experience on how the SAVANT system works? Has CRESTRON found a way to get a system and do a side by side, break this product down and give us the ammunition to defend our turf before these guys get more of a foot hold? Again I think this process is critical to helping us maintain our place in the market and not allow our dealers to be picked off 1 by 1.

Here are the tools we currently have to battle SAVANT. Based on the continued feedback coming from dealers we need more fact based info to help us in the field. The info Ray has provided is good, but I believe more is needed. These guys are turning up the heat.

Thanks
Ken Vanemon
Sapphire Marketing.
---------------------------

-The biggest drawback of Savant is that dealers need to support a Macintosh farm in a rack.
-Every touch panel that Savant makes requires a Mac Mini to run it - so in a typical installation with six touch panels, you need to have six Mac Mini's in a rack - along with six AC/DC bricks. Combine this with the DVI and USB cables that you need to run to the touch panel, and you have quite a mess in the rack. Compared to six Crestron touch panels (which require no AC/DC bricks and one standard structured cable), you have a very clean rack vs. a total nightmare.
-Even though Macs tend to be stable compared to PCs, a dealer needs to be fluent in Mac to support their installations - and most of our industry is not familiar with the Mac environment.
-The Mac Mini has not been one of Apple's more successful products. It will be discontinued at some point - and if they decide to abandon the concept - dealers are going to have a major problem supporting their installations.
-Even if everything worked great with Savant - which it doesn't - the support of a Mac Mini farm for every job is the Achilles heel. Supporting dozens of computers to make an AV job work properly is nuts.
-If a customer really wants to control Crestron via a MAC, they can: use our new SDK for Flash, or eControl1; -They have been in business only/approx. 2 years (as opposed to Crestron's 40); -their "Rosie" AV Controller/Processor/Softw. is a proprietary programmable deal, not "open" as they would have you believe, i.e. requires support/customization and is awkward the larger the job gets; -they sell wired and wireless touch panels that look like the TPS6X; -they sell a very ugly handheld remote that looks like a cereal bowl; -they sell a 7 channel Amp with a front touch panel interface; -they sell customized graphic displays that can be installed on walls or in a custom coffee table to run their AV control software (coffee table is an interior decorators nightmare...ugly!); -they sell proprietary remote control software that runs on an Apple iPhone and a Nokia Internet Tablet (Crestron currently has iPhone interface, and looks/works better than theirs); -they just came out with their "RacePoint BluePrint" programming software in Sept.2007 (Crestron has been making developmental softw. for 18yrs.), and that does run on a MAC; -they claim to have "dozens" of industry partners (their website shows less than a dozen), as opposed to Crestron's hundreds of Partners and thousands of device drivers; -no mention of "Green" on their website or Digital Media transport, thermostats, lighting controllers, iPod interface, etc., or a complete solution for whole house control; -appears they make less than 20 products as opposed to Crestron's 500+; -I could not find on their website where their office/factory is located, so I would assume that they do not have 25 offices around the world with hundreds of customer/technical support personnel and R&D Engineers;

Ken Vanemon
Sapphire Marketing
1 Kalisa Way, Suite 108
Paramus, NJ 07652
(201) 576-9490
(908) 246-5345 cell
(201) 576-9491 fax
**Visit our TechBlog**: http://sapphiremarketing.typepad.com/ <http://sapphiremarketing.typepad.com/>
www.sapphiremarketing.com <http://www.sapphiremarketing.com/>

Representing: Crestron Electronics, Polycom, Digital Projection (DPI), Magenta Research, Cabletime, Lexicon, Revel, Vista Systems, DNP Supernova, CyberTouch, Herman Procurement and Logistics, MechoShade-Soleil, e-Sommelier, Samsung (New England), Bay Audio (NY Metro), Tannoy (Resi-New England)

The information contained in this email message, and any attachment therein, is privileged and confidential and for use by the addressee only. The unauthorized use, duplication, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please return the email to the sender and delete it from your computer.

# EXHIBIT 374

**From:** Crestron Sales Support Services — March 13, 2009 4:14:58 PM (-04)
**To:** Brent Corn
**Cc:**
**Bcc:**
**Subject:** **Touchpanels: Crestron vs. Control4**

**Attachments:**

March 13, 2009

Touchpanels: Crestron vs. Control4

Crestron developed the very first touchpanel for our industry, and we have continued to innovate the technology with many firsts: the first wireless, color touchpanel; the first touchpanel to display video and computer graphics; the first IP-connected touchpanel; the first touchpanel with Windows OS Embedded; the first touchpanel with annotation; the first FlipTop touchpanel and the first handheld touchpanel. Crestron has won more touchpanel awards than any other company, and has the only touchpanel inducted into the CEDIA Product Hall of Fame.

We offer more models with more features and options than any other company. Compared with Control4, only Crestron

offers customization, larger format displays, video and streaming media capabilities, RF for long-range, reliable wireless communication, Web browsing and intercom. See the latest comparison guide to see how our extensive, award-winning family of touchpanels far exceeds what Control4 offers:

Touchpanels: Crestron vs. Control4 (PDF - 320K)

Savant "Stimulus" Plan

Savant is slashing prices on its touchpanels, and is lowering the bar to sign up new dealers. We will provide a detailed comparison in our broadcast next week. Meanwhile, refer to Answer ID 4814 in Online Help for more information about the Savant program.

Crestron ADMS-BR vs. Kaleidescape Mini System

The ADMS is the only digital media system that can transfer and store multiple media libraries, search titles stored locally and on the Internet simultaneously, and playback a wide range of media formats including DVD, Blu-ray, streaming media and digital content from Amazon.com and HDGiants. ADMS was recognized by CEDIA as the most significant new technology introduced this year and winner of the 2008 Best Future Technology Award.

Check out the latest comparison to find out how our ADMS compares to the new Kaleidescape mini system:

ADMS-BR vs. Kaleidescape Mini System

(PDF - 352K)

If you have any questions or need further details please email Ray Coneys at rconeys@crestron.com.

---

Please note the information in this broadcast is current at the time of publication. Specifications and prices are subject to change.

All Crestron Sales Support Services broadcasts are archived in the My Crestron section of our website for logged-in Employees.

EXHIBIT 375

| | | |
|---|---|---|
| **From:** | Dave Sell | February 18, 2009 1:29:25 AM (-05) |
| **To:** | Brian Nachum | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: Savant** | |
| **Attachments:** | | |

As you should be. Good work!

Now, let's make them successful with Crestron.

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

-----Original Message-----
From: Brian Nachum
Sent: Tuesday, February 17, 2009 10:29 PM
To: Dave Sell
Subject: Re: Savant

Dave,

Thank you for acknowledging this on the call today. I worked hard on this and proud of the results.

Thank you,
Brian Nachum
Crestron
Regional Sales Manager

----- Original Message -----
From: Dave Sell
To: Brian Nachum
Sent: Fri Feb 13 01:48:59 2009
Subject: RE: Savant

Brian:

This is awesome!!

I will approve their new dealer app tonight.

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016

562-596-0713 fax
714-875-0879 mobile
www.crestron.com

-----Original Message-----
From: Brian Nachum
Sent: Thursday, February 12, 2009 2:38 PM
To: Dave Sell
Subject: Fw: Savant

Dave,

Yesterday, I sent you a new dealer questionaire and demo order for So Cal Smart Homes.

I told Jonathan, So Cal Smart Home owner, that to become a Crestron dealer, resigning the Savant line was necessary.

Here is Jonathan's resignation letter to Savant. Thought you would like to see it.

Thank you,
Brian Nachum
Crestron
Regional Sales Manager

----- Original Message -----
From: Jonathan Lane
To: MK Marketing
Cc: Daisy Lane
Sent: Thu Feb 12 17:10:45 2009
Subject: Savant

Hi Mike -

How are you today?

I wanted to give you formal notification that effective today, 02/12/2009 I am resigning my Savant Dealership.

I have tried earnistly to present and sell Savants' innovative solution but to no avail.

Crestron is what my customers request and and after extensive due diligence we have deceided that Creston is an amazing Company with innovative solutions. We have decided to be a Crestron dealer.

We would like to workout some details regarding my equipment most of which is still new in the box.

Contact me anytime.

Thank you for all your help with MK's excellent product line.

Very best,

Jonathan

---------------------------------------------

Jonathan Lane
socal smart home
Voice: 949 481 0543
Fax: 866 426 5514
eMail: jlane@socalsmarthome.com
Web: www.socalsmarthome.com

EXHIBIT 376

| | | |
|---|---|---|
| **From:** | Brian Nachum | August 05, 2009 8:50:27 PM (-04) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **First Prodigy Demo** | |
| **Attachments:** | corporate_signature_special.gif | |

Dave,

I did my first Prodigy demo today for Jonathan Lane of So Cal Smart Home. He is an active C4 dealer, but I made him renounce his Savant dealership, he bcc'd us on the email, to become a Crestron dealer.

He loved what he saw from Prodigy! He had a lot of questions, but no objections that could not be addressed and resolved. His comment at the end was that he would "keep C4 on only for replacement parts since the stuff breaks a lot".

He did purchase a Demo Kit..

My comments on the Demo Kit:

1) The Cresnet for the MNETGW was wired incorrectly. It did not work initially, dealer saw the incorrect pin out and corrected it. Worked fine after.
2) Show that X-Panel is capable, but do not build it in. Creates a lot of errors when uploading.
3) I did not get TSTAT feedback on my PLX-2 or PTL4. It created the room and device on both, but no feedback or communication occurred. This would be way cool since it is the only wireless device.

Overall, things went very well and it was positively received!

Thank you,

**Brian Nachum**
Regional Sales Manager
P: 562.340.0125
F: 562.596.0713
E: bnachum@crestron.com

**Crestron Electronics, Inc.**
5660 Katella Ave. Suite #150
Cypress, CA 90630
www.crestron.com

# EXHIBIT 377

# REGIONAL DIRECTORS MEETING

July 2011

**MONDAY**

6:30 PM ARRIVAL/DINNER – DIMORA, CLOSTER

**TUESDAY**

YTD Company Performance

Changes/Future Objectives

10:00 AM RD REPORTS (30 Min Each - Separate Res&Comm) ALL

YTD Performance

Sales Against LY/Quota

# New Dealers/Type

# PRP Dealers Against Total #

Wins/Losses – Why ($$$, Competition, Other)

Individual RSM Analysis – Replace or Keep New FY

2012 Needs

2012 Projections

12:30 PM LUNCH

| | | |
|---|---|---|
| 1:30 PM | RD REPORTS CONTINUE | ALL |
| 3:00 PM | RESIDENTIAL MARKET REPORT | AW |
| 5:00 PM | CONCLUDE | |
| 6:00 PM | DEPART FOR DINNER –HARVEST BISTRO | |

**WEDNESDAY**

| | | |
|---|---|---|
| 9:00 AM | PRP PROGRAM DISCUSSION – CURRENT/NEW | DH |
| 11:00 AM | TECHNOLOGY UPDATE | FB |
| 12:30 PM | LUNCH | |
| 1:30 PM | COMPETITION | ALL |
| | C4 – Product/Programming/Strategy (SS) | |
| | DM – Extron (and others) Strategy | |
| | Savant – Crestron Dealers/Strategy | |
| | Crestron – Strategy/Pricing/Other | |
| | Other | |
| 2:30 PM | COMMERCIAL LIGHTING | MM |
| | Reports – EOY/RD/Other | |
| | Infocomm – Strategy/Sales Meeting | |
| 3:30 PM | CUSTOMER SUPPORT UDATE | RS |
| | CS/TS/ATSG Changes | |
| 4:00 PM | CONCLUDE | |
| 6:00 PM | DEPART FOR DINNER – ESTE STREET | |

**THURSDAY**

| | | |
|---|---|---|
| 9:00 AM | RESIDENTIAL MARKET FORUM | AW |
| 12:30 PM | LUNCH | |
| 1:30 PM | CONTINUE RESIDENTIAL MARKET FORUM | |
| 3:00 PM | CONCLUDE/DEPART | |