# EXHIBIT 379

| | | |
|---|---|---|
| **From:** | Rob Christensen | July 06, 2010 1:13:33 PM (-04) |
| **To:** | 'Heath Volmer' | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: One more Ian question** | |
| **Attachments:** | | |

He can't go to AMX.

AMX doesn't have the product solutions.

Even if he did threaten, he would think better after our meeting.

AMX is a dead duck now and moving forward. They are really struggling and are sinking pretty fast in the residential market. If he said SAVANT, that would be a more effective threat.

Don't worry about the jobs you have in the queue with him.

I will make sure they stay with you and like I said on the phone, it's not in my best interest to change something that isn't broken.

It is necessary however for me to make Ian feel welcome to Crestron so he doesn't feel shut out.

I'll explain the value you bring to the partnership and hopefully convince him to stay with the current situation.

Thanks,

Rob Christensen
Regional Sales Manager

Office: 866.947.6443 x18615
Direct: 303.305.4083
Fax: 303.740.2098
Email: rchristensen@crestron.com

Crestron Mountain States - Denver
5995 Greenwood Plaza Blvd
Suite 190
Greenwood Village, Colorado 80111
www.crestron.com

-----Original Message-----
From: Heath Volmer [mailto:hvolmer@mac.com]
Sent: Tuesday, July 06, 2010 11:08 AM
To: Rob Christensen
Subject: One more Ian question

My over-worried brain thinking:

What you you tell Ian if he says "sell me these jobs direct (Bannan, Walker) or I go to AMX"?

I'd like to know that you have my back here. I would also hope that you guys (or AMX for that matter) don't want to deal with someone who is going to behave like that.

You got me a bit freaked out right now. I hope I'm just being paranoid.

Thanks, Heath

--
Heath Volmer
Digital Domain Systems
(303) 517-9714
www.digitaldomainsystems.com

EXHIBIT 380

| | | |
|---|---|---|
| **From:** | Rob Christensen | July 30, 2010 11:42:54 AM (-04) |
| **To:** | David Price | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **FW: Crestron Support & Savant** | |
| **Attachments:** | | |

David,

Let’s talk about this today.

Thanks ,

**Rob Christensen**
Regional Sales Manager

Office: 866.947.6443 x18615
Direct: 303.305.4083
Fax: 303.740.2098
Email: rchristensen@crestron.com

**Crestron Mountain States - Denver**
5995 Greenwood Plaza Blvd
Suite 190
Greenwood Village, Colorado 80111
www.crestron.com

**From:** Jerrie Anderson
**Sent:** Monday, July 19, 2010 12:14 PM
**To:** 'kevin.carey@homemedia.net'
**Cc:** Rob Christensen
**Subject:** Crestron Support & Savant

**Importance:** High

Kevin,

Please forgive the delay in confirming our last telephone discussion regarding Crestron support, training and Savant. I do appreciate your candor on the matter, hearing the issues that your company is faced with and how Crestron can help you be more successful for the short and long term. We can certainly address the short term with special training events, CTI training as well as our diverse product line that offers you a solution not matter the scope or budget. Long term it is all about the partnership with Home Media and the commitment that Crestron brings and demonstrates to the industry as well as our valued customers.

Related to our conversation, we firmly believe that Crestron offers Home Media the Products, the People, the Support, the Rewards Program and the Commitment needed to truly help your company to grow and be profitable. We want to bring it 100% and we need 100% from Home Media. When you consider our commitment to Research & Development (400 New Product Engineers; 60 being added in the last 12 months) and training/tech support offices through the world, we are unable to sustain this when focus/energy is given to Savant. If anyone in this industry has a relationship with Apple, it is Crestron. Look no further than our comprehensive app support, for iPhones and Ipads where the Crestron App is in the top 33 of all Apple app downloads. To that end, Crestron is willing to provide the following support/initiatives to address the desire for greater product knowledge and programming (System Builder). System Builder software is the key to allowing your internal programmers to seize control of programming small and medium size projects vs. farming out to C.A.I.P's.

1. Crestron Technical Support will come to Home Media's office, meet/begin to train your programmers/lead techs on programming systems using System Builder. In return, Home Media is have their personnel registered/confirmed for CTI training courses on Configuration, Essentials of Programming and System Builder in any one of regional training/tech support offices. With close planning with you, we will cover hotel and food for those attending training for the next 60 days from today.

2. Crestron also agrees to program your next two (2) Crestron projects. A written and signed scope of work is required from Home Media. Crestron will take the lead in programming until approved scope of work is complete, and want to have Home Media personnel closely linked as part of a training process. Rob Christensen will be your point person on this and he will assist

with appropriate coordination.

3. In return for the above two (items), Home Media agrees to stop pursuing/selling Savant. We also look to Home Media to make all reasonable attempts to switch competitive projects to Crestron.

Please let me know if there are any discrepancies in what we discussed. I am a firm believer that at the end of the day all we have is our word. You have Crestron's word as well as our support.

Lastly, I have asked Rob to contact to identify August dates where he and I can meet with you Ketchum. I look forward to seeing you sooner.

Thank you for your support.

Sincerely,

**Jerrie D. Anderson**
Regional Director
Crestron Southwest & Mountain States

Office: 866.999.1300
Phone: 972.538.2638 x16302
Email: janderson@crestron.com

**Crestron Southwest, Inc.**
1200 Lakeside Parkway
Suite 250
Flower Mound, Texas 75028
www.crestron.com



EXHIBIT 381

| | | |
|---|---|---|
| **From:** | Jake Bailey | August 05, 2011 1:07:15 PM (-04) |
| **To:** | Rob Christensen | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Pro Designs** | |
| **Attachments:** | | |

| | |
|---|---|
| **Subject** | Pro Design |
| **Name** | Brian Moffett |
| **Related To** | Pro Design LLC. |
| **Task** | |
| **Due Date** | 10/18/2010 2:00 PM |
| **Assigned To** | Rob Christensen |
| **Last Modified Date/Time** | 10/25/2010 1:28 AM |
| **Comments** | Follow up meeting with Brian after Cedia to review new products and to dis Toine, David Price and I. He wanted to leave entirely and support Savant bu good and Brian has 2 projects for Prodigy within the next 90 days. |

.

| | |
|---|---|
| **Subject** | Pro Design |
| **Name** | Brian Moffett |
| **Related To** | Pro Design LLC. |
| **Task** | |
| **Due Date** | 3/31/2010 11:30 AM |
| **Assigned To** | Rob Christensen |
| **Last Modified Date/Time** | 4/5/2010 8:42 AM |
| **Comments** | Met with Brian Moffett to confirm a rummor that he was selling SAVANT. complained about using outside programmers yet he has never attended trai SAVANT and forcing him to attend training or he will lose his dealership. H new projects but believes Prodigy can help. I want him to stay a dealer but w told him that he was gambling his company on a new toy and he wasn't will |

.

| | |
|---|---|
| Subject | Pro Deisgn |
| Name | Brian Moffett |
| Related To | Pro Design LLC. |
| Task | |
| Due Date | 10/21/2009 1:00 PM |
| Assigned To | Rob Christensen |
| Last Modified Date/Time | 10/25/2009 11:08 PM |
| Comments | Met with Brian to follow up on the Prodigy presentation from prior to Cedia a demo as he is very concerned with his lack of projects over the next 120 days cost. Brian is actually considering another source of income outside of the inc Crestron products. I told him I am available for any presentations to builders, |

Thanks,
**Jake Bailey**
Regional Sales Manager

Office: 303.305.4086
Mobile: 303.229.6395
Email: jbailey@crestron.com

**Crestron Mountain States**
5995 Greenwood Plaza Blvd
Suite 190
Greenwood Village, CO 80111
Crestron Website | Twitter | Facebook

Crestron Electronics' Email Disclosure

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

EXHIBIT 382

| | | |
|---|---|---|
| **From:** | Landon Lovett | October 13, 2008 2:56:53 PM (-04) |
| **To:** | Scott Smith; Jason Sachs; Joe Laurin | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **FW: Savant** | |
| **Attachments:** | | |

FYI

---

**From:** Randy Klein
**Sent:** Thursday, October 09, 2008 12:21 PM
**To:** Wayne Swirnow; Mark Swiderski; John Gutekunst; Landon Lovett; Jerrie Anderson; Dave Sell; Phil Cowling; Jason Tirado
**Cc:** Bill Schafer
**Subject:** Savant

I had a discussion with one of our NE RSM's this morning regarding Savant. He was saying that Savant is targeting our big dealers doing anything they can think of to get them to consider Savant, or even switch. That discussion prompted me to write to him my feelings. Below is my email to him. Read it and let's stick by it.

I don't think we'll ever be successful battling a competitor like Savant...or any other like competitor for that matter....on a product or feature basis. Back in the early days of Crestron, we had the same battle...but from the other side. Crestron was always (and continues to be) the technological leader. Our products were simply better in every way. Our only competitor was AMX. Even they admitted, and told all customers, our products were better than there's! However, they continued to dominate us and marketplace...for one reason. They were the leader, and it was easy to do business with Crestron. In this these most uncertain times, why would any dealer, or any customer put their money and their future into an unknown? Even John Clancy (he's one of our largest, most loyal dealers here in NY) asked the Savant management to show him 1 house that uses their product day in and day out. They never answered the question. We all say that customers are scaling back, their uncertain, and their scared. The only reason they would choose Savant is because we let them. This is our job as sales people, Ken, not product development. Yes, when we get our SDK, that will answer an objection...for now. But long term, you and everyone else needs to sell the 45 years and millions of customers that rely on Crestron everyday. Not just homes, but businesses, schools and governments. Savant might have a "tight" relationship with Apple. And they may ask them to speak at a meeting. But Crestron is a DOEM partner of Microsoft. Microsoft depends on Crestron products to help run their company everyday. I think Apple is cool. I even have one myself rather than a PC. But cool doesn't

make money. Reliability, stability, experience, vision and leadership makes money. Compare those on a chart with Savant, not graphics.

No Crestron dealer is a Savant dealer....ZERO tolerance.

Randy Klein
Executive Vice President

EXHIBIT 383

**From:** Jonathan Lane October 30, 2008 11:42:10 PM (-04)
**To:** Brian Nachum
**Cc:**
**Bcc:**
**Subject:** **Prospective Crestron Dealer**

**Attachments:**

Hi Brian -

We are currently a Control4 and Savant dealer, and we are interested in learning more about Crestron and becoming a dealer.

We would of course drop all other control lines if we became a Crestron dealer.

We have been in business for over 3 years and our business is fairly steady despite this adventurous economy.

Please contact me so that we can discuss.

Many thanks,

Jonathan

____________________________
Jonathan Lane
SoCal Smart Home
Phone: (949) 481-0543
Fax: (866) 426-5514
eMail: jlane@socalsmarthome.com
Web: www.socalsmarthome.com

EXHIBIT 384

| | | |
|---|---|---|
| **From:** | Jerrie Anderson | March 12, 2008 1:24:52 PM (-04) |
| **To:** | Matthew Lien; Brent Corn | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **FW: competitive slide set** | |
| **Attachments:** | | |

An interesting PowerPoint that you may find useful. Working on one that includes Elan, Control 4

Jerrie D. Anderson
Director, Southwest Region

P: 866.999.1300, ext. 16302
F: 972.724.2580
C: 214.415.8510

**Crestron Southwest, Inc.**
1200 Lakeside Parkway, Suite 250
Flower Mound, Texas 75028
www.crestron.com



**Subject:** competitive slide set

Here is the link for the Adagio, CEN- and MPS slides presented during my region meeting

Your download link is:
http://uploader.crestron.com/download.php?file=d9d7d0827488ecabd92ac46fe0411518

Wayne Swirnow
Regional Sales Director, North East
Office: 800.237.2041 x10226
Direct: 201.367.1068
E: Wswirnow@crestron.com

**Crestron Electronics, Inc.**
15 Volvo Drive
Rockleigh, NJ 07647
www.crestron.com

**From:** John Gutekunst
**Sent:** Friday, March 07, 2008 8:12 AM
**To:** Dave Sell; Jerrie Anderson; Jerry Wagner; Landon Lovett; Mark Swiderski; Philip Cowling; Wayne Swirnow
**Subject:** Monday's conference call

Folks, sorry we missed the last call. At any rate, this coming Monday I would like to address the following:

· Market analysis – what is strong and what is weak

o Our residential market has become very polarized – high end versus entry level, i.e. Adagio

o Commercial market has strong points

o Education looks poised to come to a halt for us this year due to state budget

· Coordinating resources across territories to win business

o Business Development

o Consultants

o Lighting

If you have anything you would like to address, please respond to all. Have a great day and I'll talk to you Monday.

The number is 201-527-2133. Your access code is 7198559.

**John Gutekunst, CTS**
Regional Director
P: 407.618.0943
F: 407.261.0913
E: johng@crestron.com

**Crestron Electronics, Inc.**

1060 Maitland Center Commons

Suite 150

Maitland, FL 32751

www.crestron.com

EXHIBIT 385

| | | |
|---|---|---|
| **From:** | Ami Wright | July 19, 2011 1:18:16 PM (-04) |
| **To:** | Fred Bargetzi; Josh Stene; Daniel Jackson; Doug Jacobson; Vincent Bruno; Jeffrey Singer; Bryan Celli; Ray Coneys; Michael Mongiardo; Rich Sasson; Maria Pierce; Jeff Ashachik; Steve Samson; Delia Hansen; Philip Cowling; Dave Sell; Jerrie Anderson; Landon Lovett; Mark Swiderski; John Gutekunst; Chris Perkins; Jason Tirado; 'Robin Van Meeuwen'; Scott Dunnet; William Sexton; Matthew Lien; Craig Gulley; Scott Smith; Michael Frackman; Ben DeFilippo; Keith Kennedy; Dave Silberstein; Mike Malone; Shayna Bramley; John Pavlik; Jason Oster; Evan Ackmann | |
| **Cc:** | Randy Klein; Ami Wright | |
| **Bcc:** | | |
| **Subject:** | **Thank you - final survey Residential Market Development Discussion** | |
| **Attachments:** | Survey Results_Residential_Market_Development_Discussion_110714.pdf Survey Results_Competitor_Comparison_Integrated_Control_Solutions_110714.pdf Survey Results_Comeptitor_Comparison_Lighting_Control_110714.pdf Control 4 Strengths Weakness_Survey_110714.xls Savant Strengths - Weakness_Survey_110714.xls Lutron Strengths -Weakness_Survey_110714.xls | |

THANK YOU all for your participation in the Residential Market Development Discussion last Thursday. It was a large group and although I know many of you had a lot more valuable ideas and things to share, and given the emphasis on clarity and brevity we still filled up over 40 giant post-its!

We achieved the goal to collaborate and synergize across multiple departments and we also met the objectives. I now have a 360-degree overview of our Residential business today, we've identified 3 to 5 areas to focus on that will further develop the market, and created a consolidated master list of all tactical ideas (I've been transferring all that stuff from the post-its…).

**Please complete one last quick, 3-question post-discussion survey by end of day Friday, July 22nd.** Takes less than 5 minutes.

http://www.surveygizmo.com/s3/593723/Post-Discussion-Survey-Residential-Market-Development

Attached are the survey results for your reference for the following:

1. General Overview

2. Competitor Comparison Integrated Control Solutions (Strengths/Weaknesses - Savant & Control 4)

3. Competitor Comparison Lighting Control (Strengths/Weaknesses - Lutron)

Best regards,

**Ami Wright**
Director, Residential Market Development

Phone: 201.767.3400 x10462
Direct: 201.367.1088
Cell: 415.806.4945
Email: awright@crestron.com

**Crestron Electronics, Inc.**
15 Volvo Drive, Rockleigh, New Jersey 07647
Crestron Website | Twitter | Facebook

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

EXHIBIT 386

| | | |
|---|---|---|
| **From:** | Brent Corn | April 16, 2009 5:47:22 PM (-04) |
| **To:** | 'phil@jobesystems.com'; 'jason@jobesystems.com' | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Re: savant job** | |
| **Attachments:** | | |

Guys. Can do 10pct without lighting and a competitive bom. Jason. I recommend you call jerrie and explain why you need the 20pct. I am not doing a good enough job and I think you can get it. Pls don't tell him I recommended that- num is (214) 415-8510.
Brent Corn

---

**From**: Brent Corn
**To**: 'Phil Dade' <phil@jobesystems.com>; Jason Jobe <jason@jobesystems.com>
**Cc**: Brent Corn
**Sent**: Thu Apr 16 00:14:45 2009
**Subject**: savant job

As per our discussion tonight, I will talk with jerrie tomorrow. I can appreciate the fact that you guys were brought into this job late and definitely don't want to rock the boat as it were, but for the full discount I just need more ammo. As it stands, I really don't even have a solid comparison from the perspective of what the savant cost is, and every savant system I have gone against has been the same cost if not more than the crestron. I also understand that they are getting corporate involved on their side, all the more reason I want to arm you with as much as I can.

That being said, as it stands I can probably get you 10% without the lighting, but with the lighting I can get you 20%, as well as being cheaper on the lighting itself, as I showed you earlier with the Morgan bid (currently $7k less without any discounts). I think the best way for you to approach the customer might be with 2 bids- one reflecting a 10% discount level to the customer, and one factoring in the 20%- with the comment that "Crestron is eager to partner with us on a fully integrated end to end solution, and we would even be willing to get you up to jersey or bring someone down to discuss it further". There are no issues with the way the system is wired for lutron, we use the same basic architecture. I can even take out the enclosures and replace them for you if you like…

I do need a final cost idea of the Morgan job, by the way…

I really hate going half assed, it's not in my nature- I want to get you as much of a discount as I possibly

can to help you crush those guys and steal this job, but I know when it goes up the flagpole I will be asked the same questions I have asked you.

I don't mind discussing the alternative we talked about tonight, that we would order the Colorado job to compensate for the savant job, and then work together to get that one flipped as well, but I have seen too many times where we bring all our resources to bear for the dealer in a full partnership mode and the goodness and jobs won would shock you. Just not sure it will fly and I just want to get you guys as much $$$ as possible. We can take this down together if we work together. I will even get on a plane and go deliver the goodness with you if you like…

Talk to you tomorrow…

**From:** Phil Dade [mailto:phil@jobesystems.com]
**Sent:** Wednesday, April 15, 2009 3:38 PM
**To:** Brent Corn; Jason Jobe
**Subject:** RE: Patti Morgan

Brent - the only lighting i can give you is the BOM that i sent you. There is already Lutron on the project that we are going against savant on. The can's are installed and it is wired... If the lighting were free, i literally could not change it on this savant job. But you do have our word that we will switch that $100,000 lutron BOM to Crestron if you can help me with this.

let me know.

phil

---

**From:** Brent Corn [mailto:bcorn@crestron.com]
**Sent:** Wed 4/15/2009 3:32 PM
**To:** Phil Dade; Jason Jobe
**Subject:** Re: Patti Morgan

The only way I can get it through randy klein (vp) is with a commitment to push full solution and work together to do lighting as well. Am 7k less on lighting and also offering 20pct. That is pretty strong considering we are about

same cost as savant generally. I wanna help take this job...let's go at it! We can get this lighting flipped. I promise it is easier than you think.
Brent Corn

---

**From**: Phil Dade <phil@jobesystems.com>
**To**: Brent Corn; Jason Jobe <jason@jobesystems.com>
**Sent**: Wed Apr 15 16:07:39 2009
**Subject**: RE: Patti Morgan

Hey Brent - timeline won't be a problem... we actually will need to order some items as soon as client gives us contract as they are already held up on one house...

the APC we should be able to switch...

the lighting we can switch on Morgan residence, but i don't know install date for that... it is a little further out...

please confirm that this is agreeable and i will adjust pricing and get to client end of day.

thanks,

phil

---

**From:** Brent Corn [mailto:bcorn@crestron.com]
**Sent:** Wed 4/15/2009 2:45 PM
**To:** Phil Dade; Jason Jobe
**Subject:** Re: Patti Morgan

20 points on full order with below considerations:

1. We get the lighting, as is I am already over 7k less at cost than lutron using just bom, now that we have load sched should be even less- I recommend we either go up together, with bill schafer in hand, or take specifier and/or end user to NJ headquarters to facilitate flip.

2. Apc units in bid go to crestron cen-ups1250. Retail is 2100 so that should be cheaper than current solution...savings there.
3. If I remember correctly, job should be done in next 90 days, so order needs to ship before july 1.

Let's strap our armour on and go to battle together!!!
Brent Corn

---

**From**: Phil Dade <phil@jobesystems.com>
**To**: Brent Corn
**Sent**: Wed Apr 15 14:12:52 2009
**Subject**: Re: Patti Morgan

Hey brent - just got call from client rep... They are up my ass... The project is being held up...

I'm going to need to go with what we have... What is best u can do,., I cut my labor and got 25% from speaker co... Can u do same?

Thanks,

Phil

___________________

Phil Dade

Phil@PhilDade.com

949.375.4912

On Apr 15, 2009, at 10:41 AM, "Brent Corn" <bcorn@crestron.com> wrote:

> Got it. Forwarded. Thx.
> Brent Corn

---

> **From**: Phil Dade <phil@jobesystems.com>
> **To**: Brent Corn
> **Sent**: Wed Apr 15 11:37:28 2009
> **Subject**: Fwd: Patti Morgan
>
> ___________________

Phil Dade

Phil@PhilDade.com

949.375.4912

Begin forwarded message:

**From:** "Jorge Rivera" <jorge@jobesystems.com>
**Date:** April 15, 2009 10:22:15 AM CDT
**To:** "Phil Dade" <phil@jobesystems.com>
**Subject: Patti Morgan**

Here you go.

**Jobe Systems, Inc.**
Custom Electronic Systems

**Jorge Luis Rivera** | Lighting Designer

1310 Nance St.
Studios F & G
Houston, TX 77002
P:713.344.1292 C:281.979.7896
jorge@jobesystems.com

---

**From:** Phil Dade
**Sent:** Tuesday, April 14, 2009 6:31 PM
**To:** Jorge Rivera
**Cc:** Jason Jobe
**Subject:** FW: Nantucket

jorge - can you get me light loads for morgan aspen?

phil

---

**From:** Brent Corn [mailto:bcorn@crestron.com]
**Sent:** Tue 4/14/2009 5:44 PM
**To:** Phil Dade
**Subject:** Re: Nantucket

Btw...just as is, and assuming basic lutron higher level dlr pricing, and without using light loads, we are about 7k less than lutron...I think we can do even better.
Brent Corn

----- Original Message -----
From: Brent Corn
To: 'phil@jobesystems.com' <phil@jobesystems.com>
Sent: Tue Apr 14 17:15:24 2009
Subject: Re: Nantucket

Finished up. Heading north way. Let me know if you need me. Btw...tech sales ran the lighting just from lutron bom...we are less. Will probably be even less after we run the load schedule.
Brent Corn

----- Original Message -----
From: Phil Dade <phil@jobesystems.com>
To: Brent Corn
Cc: Jason Jobe <jason@jobesystems.com>; Ron Jobe <ron@jobesystems.com>
Sent: Tue Apr 14 13:15:35 2009
Subject: Nantucket

Hey brent,

Am still working on seeing what I can get... Will give u a shout this afternoon when Ur heading back to Dallas...

Phil

EXHIBIT 387

# Crestron Dealer Agreement and Application

# Crestron Dealer Agreement and Application

THIS AGREEMENT made and entered into as of the ______________, day of ___________, in the year __________ by and between ________________________________________________________ (hereinafter referred to as "Dealer") and CRESTRON Electronics, Inc. 15 Volvo Drive, Rockleigh, New Jersey, 07647 U.S.A. and its subsidiaries (hereinafter referred to as "CRESTRON"), a corporation organized under the laws of the State of New Jersey.

## RECITALS

CRESTRON produces and sells products for the Audio/Visual Media Control Market. The specific products authorized for sale by Dealer under the terms and conditions of this Agreement are detailed in APPENDIX A attached hereto (hereinafter collectively referred to as the 'Products').

CRESTRON and the Dealer agree that the Dealer shall act as CRESTRON'S authorized non-exclusive dealer subject to the terms and conditions hereinafter set forth.

**NOW, THEREFORE,** the parties agree as follows:

1. APPOINTMENT AND AUTHORIZED LOCATIONS: CRESTRON hereby appoints the Dealer as its authorized dealer for the Products set forth in APPENDIX A from the location or locations set forth in Appendix B.

2. DEALER REPRESENTATIONS AND WARRANTIES: Dealer represents and warrants that all of the statements made in the Dealership Application and made a part hereof were and are true and accurate statements upon which CRESTRON may rely. Dealer represents and warrants to CRESTRON that it employs a sufficient number of trained sales and administrative personnel and has adequate facilities and capital to effectively and efficiently develop demand for and make sales and deliveries of products from the location or locations set forth in Appendix B and to otherwise perform its obligations under this Agreement. Dealer further represents and warrants that it is duly authorized to enter into this Agreement and perform its obligations hereunder, and that nothing in this Agreement constitutes a breach of or is otherwise inconsistent with any other agreement or obligation to which the Dealer is a party or which affects Dealer.

3. DEALER OBLIGATIONS: Dealer shall, at its own expense:

Maintain an adequate trained sales force and exercise its best efforts to promote the use and sale of CRESTRON Products;

Maintain an adequate technical and training staff to ensure proper installation and utilization of CRESTRON products and training of customers.

Maintain up-to-date technical knowledge and assist users with both warranty and non-warranty repairs in a reliable and professional manner.

Provide and maintain sufficient financial capability to purchase an adequate supply of Products in accordance with the credit and payment requirements of CRESTRON and;

Maintain in stock current product line for demonstration and customer support purposes.

4. OBLIGATIONS OF CRESTRON:

Subject to the provisions of paragraph 5 herein, CRESTRON shall sell products to the Dealer for re-sale to Audio/Visual Control Markets, at the net prices established from time to time by CRESTRON. All prices are subject to change without notice. All prices are net of shipping, tax and insurance. CRESTRON reserves the right to change pricing, discount or product specifications, or to discontinue the sale of any or all of the Products without notice.

CRESTRON shall cooperate with the Dealer in the promotion of Products by furnishing, upon request, reasonable quantities of brochures and circulars describing the Products and shall furnish, upon request, available technical information concerning the same. The foregoing obligation is limited to furnishing brochures and circulars which CRESTRON, at its sole discretion, has elected to prepare.

5. ORDER ACCEPTANCE AND TERMS OF SALE:

All orders for Products are subject to acceptance and acknowledgment by CRESTRON. No order shall be binding upon CRESTRON until so accepted. The terms of sale are net 30 days from date of invoice upon approved credit, however, CRESTRON reserves the right to ship C.O.D. if the Dealer's financial condition or credit history warrants the same.

CRESTRON shall not be affected by or responsible for any credit extended by the Dealer to its customers.

CRESTRON shall have the right to cancel any order placed

by Dealer, or to delay shipment thereof, if Dealer fails, or has failed, to meet any of its payment obligations hereunder. Non-acceptance, cancellation or delay of such orders shall not be construed as a termination or breach of this agreement by CRESTRON.

Dealer shall be responsible to CRESTRON for payment for each shipment even if such shipment represents only a portion of products purchased under Dealer's purchase order.

CRESTRON reserves the right in its sole and absolute discretion to charge a 15% restocking fee, plus shipping costs, on orders placed and then canceled by the Dealer before or after shipment.

Products may only be returned for credit, exchange or service with a CRESTRON Return Merchandise Authorization (RMA) number. Authorized returns must be shipped freight prepaid to CRESTRON, Rockleigh, N.J., or its authorized subsidiaries, with RMA number clearly marked on the outside of all cartons. Shipments arriving freight collect or without an RMA number shall be subject to refusal. CRESTRON reserves the right in its sole and absolute discretion to charge a 15% restocking fee, plus shipping costs, on any products returned with an RMA.

6. DELIVERY, INSTALLATION AND ACCEPTANCE: Unless otherwise agreed to in writing by CRESTRON, delivery of the Products hereunder shall be made FO.B. CRESTRON's plant in New Jersey. CRESTRON shall not be liable for delays in delivery or performance. This includes, but is not limited to, acts of God, acts of the Dealer or the End User, acts of civil or military authorities, fires, strikes, floods, epidemics, quarantine restrictions, war or riots. In the event of any such delay, the date of delivery or performance shall be deferred for a good period equal to the time lost be reason of the delay. Shipping of products from CRESTRON's plant shall be at Dealer's expense. CRESTRON shall arrange for shipping, using carrier specified by Dealer. In the absence of specific instructions from Dealer, CRESTRON shall select carrier for such delivery. CRESTRON shall not be deemed thereby to assume any liability in connection with the shipment nor shall the carrier be construed to be the agent of CRESTRON. Risk or loss shall remain with CRESTRON until the Products are delivered by CRESTRON to the carrier at CRESTRON's plant. The Dealer shall assume all risk or loss upon delivery of the Products to the carrier. CRESTRON shall insure the Products through the carrier or an independent insurer, as determined by CRESTRON, for their full invoice price, with the insurance cost paid by the Dealer. CRESTRON shall be entitled to designate CRESTRON as a beneficiary of such insurance to the extent of the unpaid balance due to CRESTRON pursuant to Section 4.

7. TITLE AND SECURITY INTEREST: CRESTRON shall retain title to Products sold hereunder and any such Products shall remain personal property of CRESTRON, until payment in full by the Dealer of the purchase price and all other amounts due hereunder in respect to such Products, notwithstanding delivery of such Products to a carrier, to the Dealer or to an End User. Until the payment in full of the purchase price, CRESTRON shall have a purchase money security interest in the Products, including all additions and replacements thereto and the proceeds thereof, to secure payment thereof. The Dealer agrees promptly to execute, upon request of CRESTRON, any financing statements, continuation statements and like documents and to take any other action deemed necessary or desirable by CRESTRON in order to perfect CRESTRON's security interest hereunder. The Dealer hereby appoints CRESTRON its attorney-in-fact to prepare, sign and file, any such documents. The Dealer agrees to do all acts necessary to perfect and maintain such rights and title in CRESTRON, including, without limitation, to advise End Users as to CRESTRON's lien if requested in writing by CRESTRON. The Dealer shall keep the Products in good order and repair until the purchase price has been paid in full and shall promptly pay all taxes and assessments upon the Products or the use of the Products.

8. TERM OF THE AGREEMENT: This Agreement shall become effective on the date first written above and shall remain in effect unless and until it is terminated in accordance with the provisions of Paragraph 9.

9. TERMINATION: If the Dealer fails to make any payment to CRESTRON when due, CRESTRON may immediately terminate the Agreement by notice to the Dealer. This Agreement shall also terminate immediately upon the insolvency, bankruptcy or receivership of Dealer. Termination of the Dealer shall be in addition to any other rights which CRESTRON may have for breach. Further this agreement may be terminated by CRESTRON, or DEALER, for any reason with or without cause, upon thirty (30) days advance written notice. Termination shall not affect Dealer's continuing payment, indemnification and other obligations to Crestron hereunder which shall remain in effect notwithstanding such termination.

10. TRADEMARKS AND TRADE NAMES:

Dealer shall in no way alter any CRESTRON trademark or trade name appearing on the Product sold to Dealer. Dealer shall have no authority to use such trademarks or trade names on stationery, advertising or displays, or in its company name or in any other fashion whatsoever, unless the written approval of CRESTRON is obtained in advance of such use, provided that any such use, if approved, shall in no way bestow any rights

to such trademarks or trade names upon Dealer other than revocable license to use same until revoked by CRESTRON. In no event shall the Dealer use said trademarks or trade names after the termination of this Agreement.

Dealer shall not affix any trademark or trade name to the Products or other merchandise supplied to Dealer and shall not modify or alter the Products without the prior written approval and consent of CRESTRON.

11. MARKETING MATERIALS: CRESTRON shall have an unlimited license to use, for promotional purposes, any photographs or other materials provided to it by Dealer which relate to the Products. All such materials may be utilized by CRESTRON for publication or reprinted, and, upon request of Dealer, CRESTRON shall provide the appropriate acknowledgment.

12. CONFIDENTIAL INFORMATION: Confidential Information will be held by the Dealer in the strictest confidence at all times and will not be disclosed or used by the Dealer or its agents for any purpose other than in connection with its anticipated performance under this Agreement. Upon termination of this Agreement, all Confidential Information and documents relating to same shall be returned to CRESTRON.

For purposes of this paragraph, "Confidential Information" shall include all of CRESTRON's specifications, operations or systems manuals, diagrams, graphs, models, sketches, technical data, production processes, research, business or financial information, plans, strategies, forecasts, forecast assumptions, business practices, marketing information and material, customer names, proprietary ideas, concepts, know-how, methodologies and all other information related to the CRESTRON's business which is secret, confidential or proprietary to CRESTRON, regardless of the media (including, without limitation, notes, analyses, compilations, studies, interpretations, or other materials prepared by the Dealer) and regardless of whether such information was disclosed before, on, or after the effective date of this Agreement.

13. WARRANTY: CRESTRON's warranty with respect to Products sold under this Agreement shall be as set forth in the standard published Warranty statement issued by CRESTRON with respect to such Products. No other warranty is made or implied in this Agreement, and CRESTRON shall not be responsible for any other warranty which may be provided by Dealer to its customers.

14. DISCLAIMER OF WARRANTY TO DEALER; LIMITATION OF LIABILITY

The Dealer represents and agrees that the products are sold to the Dealer strictly for resale. CRESTRON makes no warranty of any kind whatsoever to the Dealer, including, without limitation, any implied warranty of title, merchantability or fitness for a particular purpose. CRESTRON shall not be liable to the Dealer for any loss of profit, loss of revenue, incidental, consequential or special damages arising from this Agreement, including, without limitation, the return of any product by an end user for any reason, the failure of any product to conform to specifications, or from error or defect of an product, or otherwise arising out of the use of any product for any purpose, regardless of the type of claim or form of action, whether by contract, warranty, negligence or otherwise.

15. SALES AND SIMILAR TAXES: Unless otherwise stated, the purchase price does not include sales, use, excise or similar taxes or charges. As noted above Crestron sells exclusively to resellers of our products. Consequently, in addition to the prices specified herein, the amount of any present or future sales, use, excise or other similar tax or charge applicable to the sale of the Products hereunder or the use thereof hereafter is the responsibility of and shall be reported and paid by the Dealer. As a reseller of products, the Dealer shall provide CRESTRON with applicable tax exemption certificates acceptable to the relevant taxing authorities.

16. ASSIGNMENT: The Dealer shall not, by operation of law or otherwise, assign its rights or delegate its performance here under without the prior written consent of CRESTRON, and any attempted assignment or delegation without such consent shall be void.

17. RELATION BETWEEN THE PARTIES: The relation between CRESTRON and Dealer created hereby is that of vendor and vendee and, with respect to sales by Dealer to third parties, that of an independent contractor and not that of principal and agent. The Dealer is not a legal representative or agent of CRESTRON and shall not, and is not, authorized to enter into any commitment on behalf of CRESTRON. The Dealer is not a franchisee of CRESTRON.

18. INDEMNIFICATION: Dealer agrees to defend, indemnify and hold harmless CRESTRON from any loss, damage or claim (including attorney's fees and costs) from third parties, including end users, arising from Dealer's sale or installation of Products or performance of services relating to the Products or for any breach of this Agreement.

19. INSURANCE: Dealer agrees to maintain commercial general liability insurance coverage covering bodily injury or death and property damage, including all legal liability to the extent insurable

and all court costs, legal fees and expenses, arising out of the Dealer's business for a combined single limit of not less than $2,000,000 aggregate and $1,000,000 per occurrence. The required coverage must provide for claims to be made on an occurrence basis. The policy must name CRESTRON as an additional insured. On request, Dealer shall deliver to CRESTRON within ten days the insurance binder (Acord Form 25S) provided by the insurance carrier as well as proof of payment of the premium for the first year).

20. WAIVER OF RIGHTS: A failure by CRESTRON to assert its rights for or upon any breach of this Agreement shall not be deemed a waiver of such rights, nor shall any such waiver be implied from the acceptance of any payment from Dealer. No waiver in writing by CRESTRON with respect to any right shall extend or affect any subsequent breach of a like or different kind or impair any right consequent thereof.

21. CLAIMS; JURY TRIAL WAIVER: The Dealer hereby submits to the jurisdiction of the Courts of the State of New Jersey and of the Federal Courts of the District of New Jersey with respect to any litigation arising out of this Agreement. The parties further agree that the exclusive venue for suit with respect to this Agreement shall be the Courts of the State of New Jersey or the Federal Courts of the District of New Jersey. THE DEALER AND CRESTRON HEREBY WAIVE ANY AND ALL RIGHTS TO A TRIAL BY JURY IN ANY ACTION BASED UPON, OR ARISING OUT OF, OR IN CONJUNCTION WITH THIS AGREEMENT. The Dealer shall be obligated to pay CRESTRON'S expenses, including reasonable attorneys' fees, in any action or legal proceedings between the parties relating to this Agreement.

21. CREDIT LINE: If Crestron determines that Dealer requires a credit line with Crestron to support its inventory of the Products, then Dealer agrees to provide current financial statements, tax returns and trade references to Crestron for that purpose, which information will be kept confidential by Crestron.

22. APPLICABLE LAW: The laws of the State of New Jersey shall apply to the construction and interpretation of this Agreement.

23. MISCELLANEOUS: This Agreement (including any Exhibits hereto) constitutes the entire understanding between the Dealer and CRESTRON concerning the subject matter hereof, and any representation, promise, course of dealing or trade usage not contained herein shall not be binding upon the parties. No termination, modification, amendment, rescission, waiver or other change of this Agreement or any part thereof shall be binding unless assented to in writing by the authorized representatives of both parties Any terms of any purchase order or other form of documents submitted by the Dealer in connection with any order hereunder shall not vary the terms of this Agreement.

IN WITNESS WHEREOF, the parties by their duly authorized representatives, have caused this Agreement to be executed as of the date first above stated.

APPENDIX A

CRESTRON AUTHORIZED PRODUCTS FOR SALE:
CRESTRON Remote Control Systems and all related components as per current published price list.

APPENDIX B

CRESTRON AUTHORIZED DEALER LOCATION(S):
(list addresses of Dealer location or locations):

DEALER

Company: ______________________

Name: ______________________

Title: ______________________

Signature: ______________________

Date: ______________________

CRESTRON ELECTRONICS, INC.

Name: ______________________

Title: ______________________

Signature: ______________________

Date: ______________________

[redacted]

Crestron Dealer Agreement and Application

www.crestron.com | 800.237.2041

D&B #

EXHIBIT 388

| | | |
|---|---|---|
| **From:** | Dave Sell | September 08, 2010 2:14:24 PM (-04) |
| **To:** | Gordon Isaac; Brian Lewis | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: Our Account** | |
| **Attachments:** | | |

Yes. Tell your dealers that Cybersound is NO LONGER AUTHORIZED to sell Crestron!!

Dave Sell, Director

**Crestron West**

5660 Katella, Ave. Ste 150

Cypress, CA 90630

714-875-0879 (C)

800-827-2188 (O)

**From:** Gordon Isaac
**Sent:** Wednesday, September 08, 2010 11:13 AM
**To:** Dave Sell
**Subject:** Re: Our Account

Can we start telling dealers that Cyber is no longer a dealer because they were flipping biz? Make an example of them.

---

**From**: Dave Sell
**To**: Gordon Isaac
**Sent**: Wed Sep 08 14:09:36 2010
**Subject**: RE: Our Account

Go get me their business they converted to Savant!!

Dave Sell, Director

**Crestron West**

5660 Katella, Ave. Ste 150

Cypress, CA 90630

714-875-0879 (C)

800-827-2188 (O)

**From:** Gordon Isaac
**Sent:** Wednesday, September 08, 2010 11:04 AM
**To:** Dave Sell
**Subject:** Fw: Our Account

Fyi

---

**From**: Travis <Travis@cybersound.tv>
**To**: Gordon Isaac; Laura Carlsen
**Sent**: Wed Sep 08 13:54:41 2010
**Subject**: Our Account

Please let me know if there are any pending orders that have not shipped on our account. I have been informed that we are closing our account with Crestron and I need to know of any outstanding issues. I appreciate all the help over the years.

Sincerely,

Travis Ferger

Buyer/Purchasing Manager

Cyber Sound & Security, Inc.

16559 N 92nd St. #115

Scottsdale, AZ 85260

p.480.483.6900

f.480.483.6906

www.cybersound.tv

EXHIBIT 389

| | | |
|---|---|---|
| **From:** | William Sexton | March 07, 2011 6:05:42 PM (-05) |
| **To:** | Brian Lewis | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Re: Sales Meeting** | |
| **Attachments:** | | |

What are the indicators you see as we approach the end of the FY? What is business doing, dealer mood, competitive climate etc.?

Each dealer I meet with has some items that are immediate and have more work upcoming in the near future. Many of these deals are under contract and are just awaiting the final stage of construction. I see a small increase in custom home construction projects from speaking with my dealers and their builders.

I see two moods of dealers so far. Either positive and staying busy and are making sure their clients are taken care of or negative dealers that are thinking the world is about to end and they see no light at the end of the tunnel.

The dealers that are positive and working actively with me on competitive situations are excited about the supplemental PRP program and are franticly trying to close jobs soon so they can take advantage of the incentives we are offering. The dealers that are negative are asking me to feed them projects and are not actively placing PO's.

The competitive climate is moderate. I see some Savant trickling into the marketplace and my dealers are aware that I will help them win those deals in any way possible. Control 4 continues to be a pain but I am working to push the new Prodigy products to overtake that business.

Problems with Resi business. What are your dealers biggest problems obstacles to sales and suggestions on addressing and fixing them.

In NM I need more representation. I am going after Control 4's key dealer and trying to have them start with our Prodigy products and show them the capabilities of the rest of our line.

My biggest challenge is with my dealers that also sell Savant or Control 4 or are being approached by Savant and Control 4 to become dealers. I need them to forget about the competition and focus all of their energy on selling our products first and foremost.

I plan on using the owners of the companies with the supplemental PRP program to push their sales staff to get on board and only sell our products. I also plan to host training classes with some of the dealers that are just not comfortable talking about new Crestron products because they are unfamiliar with them. I have also made myself available to help them close deals with their customers by meeting with them in person to discuss the advantages of our products and services.

**Will Sexton**
Regional Sales Manager

Office: 866.278.0676
Phone: x18044

Blackberry: 480-381-7720
Fax: 602.437.1766
Email: wsexton@crestron.com

**Crestron Phoenix, Inc.**
4050 E. Cotton Center Blvd
Suite 77
Phoenix, AZ. 85040
www.crestron.com