# EXHIBIT 390

| | | |
|---|---|---|
| **From:** | William Sexton | June 16, 2011 7:28:14 PM (-04) |
| **To:** | Dave Sell; Brian Lewis | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Re: Discount Request Canyons at Silverleaf Models** | |
| **Attachments:** | | |

The deal for the models was Free Control and Touchpanel items and 50% off of lighting and audio video distribution.
This is for Luster Construction. The project that You, Brian, Tanner and Nathan met about in New Jersey last month.
The PO is for the two models.

**Will Sexton**
Regional Sales Manager

Phone: 866.278.0676 x18044
Direct: 480.381.7720
Fax: 602.437.1766
Email: wsexton@crestron.com

**Crestron Phoenix, Inc.**
4050 E. Cotton Center Blvd, Suite 77, Phoenix, Arizona 85040
Crestron Website | Twitter | Facebook

Crestron Electronics' Email Disclosure

**From:** Dave Sell <dsell@crestron.com>
**Date:** Thu, 16 Jun 2011 14:58:53 -0700
**To:** Will Sexton <wsexton@crestron.com>
**Subject:** Re: Discount Request Canyons at Silverleaf Models

Will

I don't understand why you are saying certain items are free?
Where does that come from?

Dave Sell, Director
Crestron West
5660 Katella Ave. Ste 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax

714-875-0879 mobile
www.crestron.com

**From**: William Sexton
**Sent**: Thursday, June 16, 2011 05:22 PM
**To**: Dave Sell
**Subject**: FW: Discount Request Canyons at Silverleaf Models

**From:** Will Sexton <wsexton@crestron.com>
**Date:** Thu, 16 Jun 2011 06:49:17 -0700
**To:** Dave Sell <dsell@crestron.com>
**Subject:** Re: Discount Request Canyons at Silverleaf Models

Some items were free (C&TP) and some were 50% off (AVD & Lighting). It came out to 53% off.

Will Sexton
Regional Sales Manager
480.381.7720
Email: wsexton@crestron.com

**From**: Dave Sell
**Sent**: Thursday, June 16, 2011 01:12 AM
**To**: William Sexton
**Subject**: Re: Discount Request Canyons at Silverleaf Models

Why 53%? Should be 50%.
Dave Sell, Director
Crestron West
5660 Katella Ave. Ste 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

**From**: William Sexton
**Sent**: Thursday, June 16, 2011 01:03 AM
**To**: Dave Sell
**Subject**: Discount Request Canyons at Silverleaf Models

Requested BY RSM: Will Sexton

**Notification of (Send directly to Maria Pierce/Tricia Rooney)**

Add on to DEMO System

Showroom/Parade of Home

New Crestron Product

**Request for: (must be approved by Director and Executive VP)**

Competitive Discount **X**

Special Request

**Date: 6/15/11**

**Dealer Name: Acoustic Designs**

**Location: Phoenix**

**Last Year:$0**

**YTD: $59,042**

Project Name: Canyons at Silverleaf Luster Construction Models

Quote #

**Total Amount Before Discount: $ 2325**

**Discount: $1225**

**Discount Percentage: 53%**

**Qty Model #**

See attached PO

Reason: Competitive vs. Savant. 50% off of Lighting, AVD, Free Control & Touchpanels.

**Will Sexton**
Regional Sales Manager

Phone: 866.278.0676 x18044
Direct: 480.381.7720
Fax: 602.437.1766
Email: wsexton@crestron.com

**Crestron Phoenix, Inc.**
4050 E. Cotton Center Blvd, Suite 77, Phoenix, Arizona 85040
Crestron Website | Twitter | Facebook

Crestron Electronics' Email Disclosure

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

EXHIBIT 391

| | | |
|---|---|---|
| **From:** | Rob Christensen | April 14, 2010 4:04:19 PM (-04) |
| **To:** | 'Kelsey Bailey'; 'Shay Taylor' | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Crestron vs. Savant** | |
| **Attachments:** | total_home_control_crestron_vs_savant.pdf | |

Shay and Kelsey,

Here is a nice sheet to help show the difference between us and Savant.

Please let me know if you have any questions.

Thanks,

**Rob Christensen**
Regional Sales Manager

Office: 866.947.6443 x18615
Direct: 303.305.4083
Fax: 303.740.2098
Email: rchristensen@crestron.com

**Crestron Mountain States - Denver**
5995 Greenwood Plaza Blvd
Suite 190
Greenwood Village, Colorado 80111
www.crestron.com

EXHIBIT 392

| | | |
|---|---|---|
| **From:** | Crestron Sales Support Services | May 01, 2009 9:21:12 AM (-04) |
| **To:** | Ray Coneys | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Control Systems: Crestron iMedia vs. Extron PoleVault** | |
| **Attachments:** | | |

May 1, 2009

Control Systems: Crestron iMedia vs. Extron PoleVault

Crestron iMedia is the only media control solution that transmits all audio, video, control and power over a single CAT5 wire. Amazingly simple, flexible and scalable, iMedia is the perfect solution for all your basic classrooms and meeting rooms. Crestron iMedia is also very affordable; much more economical and cost-effective than Extron PoleVault.

Get all the details in this product comparison guide:

- Crestron iMedia vs. Extron PoleVault (PDF - 532K)

If you have any questions or need further details please email Ray Coneys at rconeys@crestron.com. Visit the Sales Support Services Announcement Archive to review all the previous comparison guides.

Please note the information in this broadcast is current at the time of publication. Specifications and prices are subject to change.

All Crestron Sales Support Services broadcasts are archived in the My Crestron section of our website for logged-in Employees.

EXHIBIT 393

| | | |
|---|---|---|
| **From:** | Marla Suttenberg | August 04, 2009 8:13:53 PM (-04) |
| **To:** | Chris Perkins | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Re: Westport job** | |
| **Attachments:** | | |

I just arbitrarily put that time in my calendar is it ok for you? Are you staying overnite?

---

**From**: Chris Perkins
**To**: 'John Clancy' <jclancy@audiocommand.com>
**Cc**: Marla Suttenberg; Ken Vanemon
**Sent**: Tue Aug 04 19:53:31 2009
**Subject**: RE: Westport job

John

Can we plan for 3pm on Thursday the 13th?

**Chris Perkins**
Regional Director, Northeast

Office: 800.237.2041 x10226
Direct: 201.367.1068
Fax: 201.767.2439
Email: cperkins@crestron.com

**Crestron Electronics, Inc.**
15 Volvo Drive
Rockleigh, New Jersey 07647
www.crestron.com

**From:** John Clancy [mailto:jclancy@audiocommand.com]
**Sent:** Monday, August 03, 2009 9:10 PM
**To:** Chris Perkins
**Cc:** Marla Suttenberg; Ken Vanemon
**Subject:** Re: Westport job

Thursday the 13th in the afternoon is fine.

John Clancy

Audio Command Systems, Inc.

(516) 997-5800

www.audiocommand.com

On Aug 3, 2009, at 8:57 PM, Chris Perkins wrote:

John (and all),

I agree this topic ought to have a meeting of the minds. I am available the afternoon of Thursday the 13th or the morning of Friday the 14th. Let's agree to a time that works for the three of us ASAP.

Best,

**Chris Perkins**
Regional Director, Northeast

Office: 800.237.2041 x10226
Direct: 201.367.1068
Fax: 201.767.2439
Email: cperkins@crestron.com

**Crestron Electronics, Inc.**
15 Volvo Drive

Rockleigh, New Jersey 07647
www.crestron.com

<image002.jpg>

**From:** Marla Suttenberg
**Sent:** Monday, August 03, 2009 8:25 PM
**To:** John Clancy
**Cc:** Chris Perkins; Ken Vanemon
**Subject:** RE: Westport job

We're both upset and hurt,

I can come see you next Wed, Thurs or Fri. Hope one of those days works,

**Marla Suttenberg**

<image001.jpg>

Technology Representatives

50 Tice Boulevard | 3rd Floor | Woodcliff Lake, NJ 07677

T: 201.476.1071

F: 201.476.1072

C: 201.694.4662

www.sapphiremarketing.com

**From:** John Clancy [mailto:jclancy@audiocommand.com]
**Sent:** Monday, August 03, 2009 7:41 PM

**To:** Marla Suttenberg
**Cc:** Chris Perkins; Ken Vanemon
**Subject:** Re: Westport job

He does occasionally and was asked specifically for a Control4 quote from the client who did not supposedly want Crestron. He made sure to bid both and we ensured there were no price advantages.

Honestly, I'm a little put back at your response especially considering our overall numbers with you and our decade-plus, long commitment.

You know our 'goto' is always Crestron, but sometimes people have a bad experience (generally from a poor job by the dealer, who probably shouldn't have been one in the first place) and require us to bid something else. Do you know how many times this has worked in our favor, where we've quoted something else to continue the conversation and been able to switch it back to Crestron (from Savant, Control4, AMX and Lifeware)?

To date we
have ZERO Savant systems sold, ZERO AMX systems sold, ZERO Lifeware systems sold and t wo Control4 (both under $5K) systems sold, compared to HUNDREDS of Crestron systems installed successfully over the past few years. I'd say that's pretty loyal, especially in this world today

When's the last time we got a lead? Its difficult to feel that our rep is not behind us fully on such an important product line for us that we have backed fully for a very long time. I've recently discovered that Sapphire was not behind us getting involved with a large Crestron system and it was upsetting, but I figured it must have been mis-interpreted and I'm too busy to call or email and make a big thing of it. So I figured we'd get to it next time we saw each other. We have so much invested in Crestron (five full-time programmers in NY alone and thousands of systems installed to support) that you know we could not change to support these other systems without drastically changing our business, which is the last thing we want to do right now.

I'm sorry Ken and Chris were included on this, but that was your choice. We should certainly make it a point to meet when you return from vacation. August 14th is my last day since I will go on vacation until August 31st.

By the way, you told me the 'other dealer' said "John Clancy said Control4 was a better product than Crestron.", so the other dealer was not right. Crestron is far superior and potentially more competitive (even without Prodigy), than Control4 on that scale of a project ($100K+).

John Clancy

Audio Command Systems, Inc.

(516) 997-5800

www.audiocommand.com

On Aug 3, 2009, at 6:42 PM, Marla Suttenberg wrote:

Wow. I guess I'm more shocked that ACS is actively quoting C4 projects at all - that wasn't my understanding. This is serious so we better have this conversation in person, I'm in CA this week on vacation I'll call when I get back. I guess the dealer who is bidding against you was right...unfortunately.

---

**From**: John Clancy <jclancy@audiocommand.com>
**To**: Marla Suttenberg
**Sent**: Mon Aug 03 18:23:48 2009
**Subject**: Re: Westport job

I spoke to the salesperson involved (Scott Fitzgerald) who quoted a Crestron and Control4 proposals. Control4 was lower. We offered to make the Crestron number the same as Control4 and they did not bite.

I am concerned how my name was used. I had no contact with this project and did not even know about it until I started asking questions.

John Clancy

Audio Command Systems, Inc.

(516) 997-5800

www.audiocommand.com

On Aug 3, 2009, at 5:12 PM, Marla Suttenberg wrote:

Hi John,

Were you able to find out anything about this? Name is Fishman.

Thanks, Marla