EXHIBIT 394

CRESTRON®

# Competitive Analysis

## Crestron and Control4

# Company Histories

## Crestron

- Founded in 1969 by owner and President George Feldstein
- Long history of consistent senior management
- Over 50 offices worldwide
- Over 2500 employees
- Over 350 software and hardware engineers
- Over 10,000 dealers, consultants, CAIPS, and partners* worldwide
- Over 300 industry (Integrated Partner Program) partners

## Control4

- Co-founded in 2003 by Will West
- Funded by venture capital
- Two offices worldwide (one in the US, one in the UK)
- 190 employees
- 70 software and hardware engineers
- Approximately 35 industry partners

*Crestron has a proven history of innovation: 1991, the first graphical programming language and tool set; 1993, the first touchpanel to feature color, video and computer graphics; 1995, the first RF wireless control system; 1998, the first IP-based control technology; 2000, the first Internet-based control technology; 2001, the first modular touchpanel control system; 2003, the first touchpanel emulation technology for computers, PDAs and web tablets; 2004, the first touchpanel with an embedded PC; 2005, the first flip top touchpanel.*

* In addition to its Integrated Partner Program, Crestron has teams of professionals individually dedicated to the specific needs of consultants, educational institutions, government agencies and gaming/hotel customers. Crestron Authorized Independent Programmers (CAIPs) earn their titles through intensive, Crestron-provided training and real world experience.

## Company Histories (continued)

As a privately held company, Crestron has grown through innovation, not by acquisition or investor funding. The Crestron success story is clear: from the ground up, Crestron has evolved into a [redacted] company, recently posting its twentieth consecutive year of double digit growth. Its industry commitment is exemplified by the significant portion of profits that get reinvested each year into research and development (R&D) and customer support.

While success is usually the primary objective in business, for Crestron it has been a by-product. The ongoing motivation to innovate, lead, and serve the industry is the root of Crestron achievement, providing livelihoods for thousands of people around the globe.

The senior executives at Crestron (President, Executive Vice President and Vice President of Technology) have been in the industry (and with the company) for decades. Crestron doesn't outsource any R&D, manufacturing, customer support, training or sales. The 100,000 sq ft R&D center has state-of-the-art product assessment tools, including a high voltage testing lab (that exceeds UL and CE requirements) and an FCC RF-compliance testing chamber. Every new product Crestron develops is subjected to stress, static electricity and lightning simulation tests, and each finished unit is inspected to ensure that it functions to design specifications.

Crestron has won hundreds of prominent awards in multiple categories. For example, the Custom Electronic Design & Installation Association (CEDIA) honored George Feldstein with the CEDIA 2007 Lifetime Achievement Award; CE Pro and EH Publishing named Crestron Innovator of the Year in the 2007 CE Pro High-Impact Product (CHIP) of the Year Awards. Voted on by custom residential integrators and readers of CE Pro, the CHIP awards recognized 22 products produced by Crestron.

Crestron has received the following accolades since 2003 (the year Control4 was founded):

- 2008 IHTA Best Media Center – Adagio Audio Server (AAS)
- 2008 IHTA Best Window/Door Control – C2N-SDC
- 2008 SCN Most Innovative Control Product – TPMC-8X
- 2008 SCN Most Innovative Installation Accessory – MediaManifold
- 2008 CEA Mark of Excellence; Best Installation Product - MediaManifold
- 2007 HTSA Custom Product of the Year – TPMC-8X
- 2007 CEDIA Lifetime Achievement Award – George Feldstein
- 2007 EH Products of the Year – Adagio Media System (AMS)
- 2007 EH Products of the Year – CEN-UPS1250
- 2007 Excite Award Best Home Theater System – Adagio Media System (AMS)

# Company Histories (continued)

- 2007 SCN Most Innovative Video Processing or Distribution Product – MPS Series
- 2007 SCN Most Innovative Control Product for Commercial Installation – RoomView®
- 2007 NSCA Innovations in Technology; Convergence – TPMC-8X
- 2007 NSCA Innovations in Technology; Best Control System – MPS-100
- 2007 CEA Mark of Excellence; Best Distributed Audio – Adagio Entertainment System (AES)
- 2007 CEA Mark of Excellence; Best IP-Based Product – TPMC-8X
- 2007 CEA Mark of Excellence; Best Wireless Product – TPMC-8X
- 2006 Sound & Vision Editor's Choice Award - Adagio
- 2006 CE Pro High Impact Product of the Year, Gold Level - Adagio
- 2006 EHX MRAV Award Multi-Room Remote Control – TPMC-4X
- 2006 ELF Foundation Volunteer of the Year
- 2006 CEDIA Manufacturer's Excellence Award – Adagio Entertainment System (AES)
- 2006 Excite Award Best Home Automation System
- 2006 Excite Award Best iPod® Interface – CEN-IDOC
- 2006 Excite Award Best New Product – Adagio Entertainment System (AES)
- 2006 EH Publishing 2006 Product of the Year – Adagio Entertainment System (AES)
- 2006 SCN Most Innovative Control Product for Commercial Installation ¬¬– TPMC-17-QM
- 2006 CMP DICE Award Best Audio Distribution ¬¬ – Adagio Entertainment System (AES)
- 2006 NSCA Innovations in Technology; Business Productivity – SystemBuilder 2.0
- 2006 Smart House Best Touchscreen Controller – Isys i/O WiFi; TPCM-10
- 2005 EHX MRAV Award All Inclusive Multi-Room Audio System – Adagio Entertainment System (AES)
- 2005 CE Pro High Impact Product of the Year – Isys i/O WiFi; TPMC-10
- 2005 Resi Award Best Touchscreen Controller – Isys i/O; TPMC-17-CH
- 2005 Resi Award Best Wall Mount Keypad Controller – iLux; CLS-C6
- 2005 EH Publishing 2005 Product of the Year – TPMC-4L
- 2005 Excite Award Best Whole House Automation Solution – Isys i/O; TPMC-15-CH
- 2005 Robb Report Best of the Best – Isys i/O WiFi; TPMC-10
- 2005 TechLiving Hot List – Isys i/O WiFi; TPMC-10
- 2005 rAVe Magazine Best of InfoComm – iMedia
- 2005 TechHome Builder High Impact Product of the Year – Crestron CLX-Series Lighting
- 2005 SCN Best Control Product for Commercial Installation – UPX-2
- 2005 NSCA Innovations in Technology Award for Convergence – UPX-2
- 2004 Innovations Honoree – Isys i/O WiFi
- 2004 S&VC Magazine Pick Hits Award – Isys i/O 17" Wide Screen
- 2004 RESI Award – WPR-48 Waterproof Remote
- 2004 CEDIA Best New Product – Isys i/O WiFi
- 2004 Australia's Smart House Magazine Awards Best of the Best Award – Isys i/O WiFi
- 2004 Crestron – High Impact Company of the Year
- 2004 Standing Ovation Award – Isys i/O WiFi
- 2004 EH Magazine 2004 Product of the Year – XM Satellite Radio Tuner
- 2003 Manufacturers' Excellence Awards Best Audio Product - C2N-DAP8RC digital audio processor
- 2003 Manufacturers' Excellence Awards Best Home Networking Product Crestron e-Control2
- 2003 Product of the Year from Electronic House Magazine DVP4DI
- 2003 NSCA Innovations In Technology Awards Best Control System MP2E
- 2003 NSCA Innovations In Technology Awards Best Industry Website www.crestron.com

## Company Histories (continued)

Crestron end-users include thousands of homeowners around the world, as well as leading corporations; financial, government and educational institutions; hotels and casinos; museums and public spaces; restaurants, retail outlets, and military facilities.

Many of the highest profile, most successful companies in the world have standardized on Crestron. Microsoft® chose Crestron as both its exclusive AV solutions provider and as a Certified Gold Partner, creating a unique vendor/partner relationship between the two companies. Microsoft relies on Crestron hardware and software to monitor, manage, control and schedule thousands of rooms worldwide, and Crestron RoomView® software is the only enterprise management software with the proven speed, security and reliability to meet Microsoft standards. With the success of this partnership and the unique value and expertise that each brings to the table, Crestron and Microsoft are working together to engineer and co-develop new technologies to offer the AV industry.

A partial list of Crestron installations includes:

[redacted]

## Company Histories (continued)

[redacted]

## Company Histories (continued)

**Control4** relies on venture capital funding to stay in business, with expenses over revenue being capitalized through investment. It is listed as a "pre-IPO company" on http://www.advanced-hr.com; an article on the Control4 website indicates that achieving a complete initial public offering is a highly desirable result for venture-backed companies.

One of its founders and current CEO, Will West, is chairman of the Utah Fund of Funds (Utah FoF), a statewide initiative focused on maximizing capital available to Utah entrepreneurs and growth companies. West was named Utah CEO of the Year 2008 by the Utah Technology Council, which stated that "Control4 [is] his fourth IT company."

When introducing Control4, West detailed the company's plan for tapping into the growth of the home automation market with the following comment: "If you're going to sell to the rich, you're going to live with the masses. If you're going to sell to the masses, you've got a much better shot at living with the rich."

West and Control4 CTO Eric Smith founded a home automation company called PHAST in 1995, selling out to AMX in 1997, where the product line quickly failed. Residential Systems interviewed current AMX CEO Rashid Skaf in an 11/13/04 article, asking "Now that Control4 has arrived, it begs the question: What went wrong with Phast?" Skaf replied, "…this is a theory on my part…AMX believed that they were buying a completed product and what they were buying was really a development environment. If the product had been finished, then there would have been no issues."

*Excerpt from a response to the question "What is Phast???" on AVS Forums, dated 8/29/07, by an AVS Special Member: "Phast was a home automation company that was founded by the same guys that founded Control4. Phast came out about the same way as C4 - automation systems that can compete with the big two at a more affordable cost.*

*The products were troublesome from the start, poor reliability, rushed to market, etc. Phast made life hell for many dealers. Then the company was sold to AMX. The founders made the big score and the products were basically left to die and the dealers were screwed.*

*Most previous Phast dealers, if not all, wouldn't trust C4 as far as they could throw them. Perhaps C4 has their stuff together better than Phast, it seems so, so far. But that won't take away that bitter taste, which is still costing some dealers $$."*

## Training Programs

**Crestron** holds classes in 35 Crestron facilities across the globe, training over 4000 students worldwide each year, under the umbrella of the Crestron Technical Institute (CTI). Courses are accredited by InfoComm and CEDIA for RU and CEU credits, and the current CTI core curricula includes eight class topics provided on a regular basis, with eight additional available online.

**Control4** offers "Tech 1" training classes in three locations in the US; "Tech 2" training is online and "Management Training" is available in conjunction with its summer countrywide tours.

## Customer Support

**Crestron** has multi-tiered support at its locations around the world, available to handle regional service issues 24/7/365. During business hours, dedicated departments provide help with order entry/status, system programming, system design, software support, product pricing, customer finance, training, and literature requests. Online help is also available.




Crestron Office and Facility Locations

**Control4** has technicians at one customer support call center who are available during business hours. Online help is also available.

## Communications Solutions

Crestron designs and builds devices as well as complete integrated solutions, which communicate with standards-based Ethernet, ZigBee, and Wi-Fi protocols as well as proprietary Cresnet (wired) and RF (wireless) protocols.

There are many instances where projects or conditions prohibit the use of Ethernet or Wi-Fi. For these types of systems, Cresnet – the Crestron bus that is the communications backbone for many Crestron processors, touchpanels, keypads and expansion modules – is a guaranteed solution. Cresnet is a simple, flexible 4-wire network that provides bidirectional communication and 24V power for connected devices, and is not affected by viruses, RF interference or network congestion. Additionally, the Cresnet wiring topology allows practically limitless wiring configurations, with cable lengths up to 5000 feet. Crestron systems are flexible and completely customizable, positioning dealers to better satisfy clients (particularly as needs grow and change). *

**Control4** depends completely on Ethernet, Wi-Fi and ZigBee, and most of its products are wireless. If there is a problem area such as major RF interference and/or security restrictions, it cannot provide a working solution.

Control4 is a young, incomplete product line. According to a Control4 dealer, the system must be a simple one to be easy for anyone to program, and Control4 instructs dealers not to "go outside the box."

## Software Solutions

Crestron freely offers standards-based protocols, such as TCP/IP, UDP and SNMP, enabling open access from third-party applications. Vendors that provide what they call "open" solutions (such as **Control4**) do not share these underlying protocols, limiting communication to basic functions.

Crestron systems offer an intelligent combination of appliance-grade reliability with secure, open access. A stand-alone operating system delivers stability, processing speed and protection from hackers and viruses, while open access enables customized control and monitoring. Only an appliance-grade solution (as opposed to a PC-based system) should be used for integrated systems that include lighting, HVAC and security; these systems must operate literally like a light switch – immediately and reliably.

# Software Solutions (continued)

Crestron provides a variety of tools that support basic and advanced software developers. A Crestron programmer can create a one-way driver in less than one hour, and over 3000 device drivers are available for download from the Crestron website. Most importantly, Crestron software and device drivers are free to all Crestron dealers, programmers and partners.

To suit both the system and the programmer, Crestron provides multiple software tools at no cost. For integration with third-party software, Crestron offers free SDKs for Microsoft ActiveX, Microsoft .NET and Adobe Flash.

| Key Crestron Software | |
|---|---|
| D3 Pro™ | Crestron D3 Pro software provides design, development, and documentation for a complete residential lighting system, with additional support for auxiliary devices such as security systems, motion detectors and shades. |
| SIMPL Windows | Crestron SIMPL Windows (Symbol Intensive Master Programming Language) includes all the tools necessary to configure, program, test and debug a fully integrated system of any size or scope with the familiarity of a Windows® based graphical user interface. |
| SystemBuilder™ | Crestron SystemBuilder is an easy-to-use programming platform with an intuitive drag-and-drop interface that offers a host of tools, templates, wizards and automated operations for creating complete control system projects. |
| VisionTools®Pro-e | VisionTools Pro-e (VTPro-e) is comprehensive Crestron touchscreen design software. Using VT Pro-e, programmers with no special coding or expertise can create sophisticated touchpanel interfaces that are fully integrated with the Crestron control network. |
| iLux™ Designer | The iLux Designer provides all the tools necessary to quickly program a complete 6-zone lighting and shade control solution. |
| Pro Sound Tools™ | Pro Sound Tools allows you to configure the real-time surround sound processing and EQ settings of the Crestron Adagio® Media System (AMS) |
| Crestron Toolbox™ | Crestron Toolbox provides an extended range of diagnostic and communications tools. The Toolbox is an easy-to-use, graphically based program that uses a drag and drop interface, and provides real-time feedback and built-in diagnostic tools. |

**Control4,** "based in IP, open-based standards," provides one beginner and one standard method of system configuration: both are extremely limited in terms of available device drivers. To create Control4 device drivers, the advanced software developer needs to purchase a third-party SDK at a cost of $2000. The programmer utilizing this CardAcess SDK is expected to have significant computer language skills.

## Enterprise Management Solutions (only offered by Crestron)

Crestron RoomView® Server Edition is a multi-user resource management program built on Microsoft® .NET™ technology, offering global room scheduling, monitoring, controlling, and reporting of AV resources and environmental systems.

RoomView SE integrates seamlessly with the full line of Crestron devices to provide a complete building management solution. It allows facility managers, media directors and IT specialists to manage AV resources, perform remote system diagnostics, track the usage of projector lamps, log network activity, and automate tasks through event scheduling. Other features include:

- SSL security and windows authentication support
- Scalability, from one to thousands of rooms/devices
- Comprehensive Help Desk environment
- Fully customizable and user-defined interface
- Easily add rooms, contacts, assets, and users (and display the global status of all rooms simultaneously) in real-time to the RoomView GUI
- Email alarm alerts directed to the appropriate people
- Device usage logging, maintenance reminders and alerts, lamp change alert and inventory
- Reporting on an hourly, daily, weekly, monthly, or custom basis

## Energy Conservation ("Green") Offerings

In "green" terms, Crestron has the only complete integration solution in the industry, with solutions that control and schedule virtually every sub-system and device (including lighting, HVAC, AV and computer), enabling intelligent efficiency. By integrating disparate systems on one control platform, Crestron maximizes opportunities to save energy (as well as provides the most timely and accurate technical support in the industry).

A Crestron solution achieves significant energy savings with fixed or flexible daylight harvesting, along with advanced scheduling of environmental sub-systems based on ambient light levels, season, time, occupancy, temperature, humidity and other conditions. Crestron Green Light™ control systems have a built-in astronomical clock to trigger actions based on time of day or sunrise/sunset.

## Summary

| For 2007, CE Pro polled integrators to identify favorite manufacturers: | | |
|---|---|---|
| **Category** | Crestron | Control4 |
| Whole-home automation | 70% | 16% |
| HVAC | 55% | 11% |
| Lighting control | 46% | 10% |
| Multichannel amps | 43% | Not rated |

Crestron dealers collectively have thousands of satisfied, long-term customers, in both residential and commercial markets. Crestron has a 100,000 sq. ft. Research Center with test beds (including audio and lighting labs and an RF chamber) to ensure that products are designed and built to be the most effective and user-friendly for the intended application. The biggest advantage of Crestron is its breadth: its people, products, experience, and ongoing commitment to the industry and the clients it serves.




Crestron currently offers and supports 26 control systems and more than 1000 products, designed and built by industry pioneers and innovators with the knowledge base and experience to address future issues and needs. Complete system solutions range from audio/video distribution and processing to environmental controls to enterprise-wide resource scheduling and management.

## Summary (continued)

In a 6/30/08 CE Pro article, Editor-at-Large Julie Jacobson discussed the intentions proclaimed by **Control4** "of being the operating system (OS) of the home – to have third-party CE vendors embed Control4 intelligence into their own products." Here are excerpts from that article:

> *"Prior to Control4, dozens of companies have tried and failed – big names, like Microsoft, Intel and Pioneer, and lesser-knowns, like Mediabolic, Premise Systems and Nearmedia. Not one of the other home-OS wannabes has come anywhere close."*
>
> *"A CE manufacturer would have to be nuts to embrace a connectivity and control platform that has not been proven in the field, many times over."*
>
> *"It's silly to suggest that Control4 can do it if real standards like UPnP, with hundreds of compatible products, can't get it done."*
>
> *"The…issue [is] best illustrated by this comment from Wake Up: 'It makes everyone associated look like monkeys to think that C4 has any "real technology" in the comparison to Sun, Apple, Microsoft, Cisco, etc…'"*
>
> *"Cisco, Sun, Microsoft and Apple clearly have wildly successful and overwhelmingly popular technologies, and they have all (except maybe Apple) tried to own the home-control space (ditto for Intel and many ambitious standards-based initiatives like UPnP, SCP, and OSGi). They haven't come close to succeeding."*

By seeking to embed its operating system into third-party CE vendor products, Control4 is severely limiting its dealers and end-users to a finite number of devices that can be controlled. Conversely, the open access **Crestron** provides enables limitless device options for integrators and their clients.

Besides the Control4 limitations in product solution categories and devices (as shown in the diagram on the following page), the company recommends connecting no more than 250 total devices for media controller-based projects and 150 devices for home theater controller-based projects. A Crestron project has unlimited scalability.

The bottom line: Control4 is not a scalable or growth-oriented solution; it requires implementing multiple manufacturers' products, leading to extra boxes, wiring, programming, installation costs, and confusing or no support.

## Summary (continued)




| System (Project) Device Limits | | |
|---|---|---|
| | Crestron | Control4 |
| **System Control** | | |
| Master controllers | unlimited | 1 |
| Slave controllers | unlimited | 10 |
| **AV Control** | | |
| Audio zones | unlimited | 16 |
| Audio sources | unlimited | 8 |
| **Control Devices/Interfaces** | | |
| Wireless RF devices | unlimited | 125 per controller |
| Ethernet touchpanels | unlimited | 40 |
| WiFi touchpanels | unlimited | 20 |
| **Total Connected Devices** | **unlimited** | **250** |

## Crestron vs Control4, Hardware Solutions

| AV | Crestron | Control4 |
|---|---|---|
| Audio distribution: complete solutions and components | * | |
| Amplifiers | * | * |
| Tuners: AM/FM | * | * |
| Tuners: XM | * | * |
| Tuners: Sirius | * | |
| Video processors: home theater and commercial presentation | * | |
| Surround systems: complete solutions and components | * | |
| Surround sound processors | * | |
| Audio matrix switchers | * | * |
| Video matrix switchers | * | |
| HDMI switchers | * | |
| | * | |
| | * | |

[redacted]

*

| Control Processors and Interfaces | Crestron | Control4 |
|---|---|---|
| Control processors | * | * |
| Control processors (many options as well as expandable units) | * | |
| Control processors (in-wall integrated processor and control interface) | * | |
| Wired keypads | * | |
| Wireless keypads | * | * |
| Handheld RF remote (non WiFi for restricted areas) | * | |
| Handheld RF remoted and touchpanels | * | * |
| In-wall touchpanels | * | * |
| Table top wired touchpanels | * | |
| Wide range of sizes and options for all interfaces | * | |
| Waterproof remote | * | |

# Crestron vs. Control4, Hardware Solutions (continued)

| Lighting and HVAC | Crestron | Control4 |
|---|---|---|
| Wired thermostat | * | |
| Wireless thermostat | * | * |
| Control processor (lighting specific) | * | |
| Centralized lighting control (commercial) | * | |
| Centralized lighting control (residential) | * | |
| Lighting control (wireless retrofit wall box type) | * | * |
| Lighting control (wired retrofit wall box type) | * | |
| Shade, fan and motor control | * | |

# Crestron vs. Control4, Communications Solutions

| Communications Methods | Crestron | Control4 |
|---|---|---|
| Wired data and power, scalable (non-Ethernet) | * | |
| Ethernet | * | * |
| Wireless non Wi-Fi touchpanel communication | * | |
| Wireless non Wi-Fi button remote communication | * | * |
| Wi-Fi | * | * |
| Wireless IR | * | |

# Crestron vs. Control4, Software Solutions

| System Management and Remote Access | Crestron | Control4 |
|---|---|---|
| Scheduling and system management software | * | |
| Access to system from remote computer (with touchpanel functionality) | * | |
| Pre-programmed system alerts emailed to any web-enabled device | * | |

EXHIBIT 395

| | | |
|---|---|---|
| **From:** | Randy Klein | June 29, 2008 12:14:52 PM (-04) |
| **To:** | Dave Sell; Jason Tirado; Jerrie Anderson; Jerry Wagner; John Gutekunst; Landon Lovett; Mark Swiderski; Philip Cowling; Wayne Swirnow | |
| **Cc:** | Bill Schafer | |
| **Bcc:** | | |
| **Subject:** | **Savant Market Penetration** | |
| **Attachments:** | | |

Thank you for getting all your rallying all your guys and putting this info together. This proved to be very useful and infor informative. The most important thing is showed is that after surveying our top 20 dealers around the world, not one of them is representing Savant in a any form. These top 20 dealers represent 85% of our business. Accordingly, our business is not being affected by Savant?for now. As we have seen in the past?.Control4?.let?s not let me gain one inch into our marketplace. I don?t think it?s necessary to poll the rest of your dealers?for now. Rather, I would like to see your guys revisit this each quarter with their top 20 and make sure Savant hasn?t gained any ground.

Thanks again.

Randy Klein
Executive Vice President

EXHIBIT 396

**From:** Randy Klein July 28, 2008 7:18:39 PM (-04)
**To:** Dave Sell; Jason Tirado; Jerrie Anderson; Jerry Wagner; John Gutekunst; Landon Lovett; Mark Swiderski; Philip Cowling; Wayne Swirnow
**Cc:** Bill Schafer; Randy Klein
**Bcc:**
**Subject:** **RD Meeting Summary**

**Attachments:**

Thanks again for coming last week. It?s good to get together as a group and discuss current, as well as future issues and plan plans. I will make it a point to schedule these meetings regularly. To summarize some of the primary issues we discussed:

LIGHTING
* The primary objective is to increase sales to $20M this year through
o Marketing our Total Technology Solution
o Getting our 2 distribution channels to integrate
o Providing incentives to our rep firms to gain mind share
* The US will be covered by the existing 4 RSM?s.
o Don will expand down to the SW territory
o Tim?s territory will remain unchanged with the exception of expanding to BC, Canada
o Rick will focus only the Northeast, and expand into Eastern Canada
o Brad will expand into Florida
* Each territory will choose 2 rep companies to focus on.
* Each RSM will present the ?New Rep Program? to each of the rep companies, starting with the first priority/choice.
* The ?New Rep Program? is as follows:
o Within 90 days, each rep company must hire or appoint a exclusively dedicated Crestron sales person
o We will pay 50% of the salary for that person
o Each rep firm must have a showroom showing all Crestron technology. This showroom is for architects, designers, engineers, etc.
o The equipment for the showroom may be charged at 50% or free. Each case will be evaluated individually
o Each rep firm will be assigned an AV dealer partner
o No rep company can have competing lines. If so, we will evaluate on an individual basis.
o Sales quotas will be assigned to achieve a $20M 09 sales objective
o In substitution of overage, we will rebate (quarterly)?DRP? type funds as follows:
* $0-$500K 0%
* $500K-$1M 3%
* $1M + 5%

As expressed in a prior message, I would like the breakdown of the $20M in the next week or so.

AV
* New 09 Quotas have been received. I have compiled them into a company format and resent them back to each of you for confirmation
* I am revisiting the incentive trip achievements. Upon further review, we will look at Q4 commitments against achievements only, as well as net sales vs. net/net. I will be contact each of you shortly.
* VIR agreements should be all in by Aug 15
* I have sent termination letters to HTSA, USAV and PSNI.
* Bill is handling HTSA. We may give large incentives for certain dealers for their lighting business.
* We will continue the 10% discount lighting/AV promotion until Sept 30
* I would like to include the CAIP?s as regularly called on customers for each RSM
* Competition
o Control 4 ? No new Crestron dealers can represent C4. Existing dealers need to be identified and then confronted
o Savant ? Zero tolerance. No Crestron dealer, existing or new can represent Savant
o Lutron ? Same program as before
o Extron ? Every large Crestron and Medialink dealer needs to be identified, and confronted one at a time to make a choice between lines?.Medialink or MPC
* Market Development (End User) RSM?s
o Each must have a quarterly quota beginning July. They must show proof of a converted AMX customer to Crestron, or a AMX/Crestron customer standardized on Crestron
o If they do not achieve the quarterly quota, they have 1 additional quarter to ?make up?. If not, they are released.

One final item for all of you. The timeliness and regularity of your reports is pretty shameful. Some of you are good, some are bad, and some are just an embarrassment. I won?t take the time to speak about individuals. But you know what you do. Guys, this is important. If not for you, for me. I expect each and every one of you to submit each week, no later than Tues?and every week.

I will be visiting each of your offices in the next month or so for your scheduled quarterly meetings. We will review any of these items prior or during those meetings. Any questions, comments or issues, please see me.

Thanks

Randy Klein
Executive Vice President

EXHIBIT 397

**From:** Randy Klein February 23, 2009 9:31:23 PM (-05)
**To:** Jerrie Anderson
**Cc:**
**Bcc:**
**Subject:** **Re: Competitor news**

**Attachments:**

Just goes to show you there's business out there we don't know of...despite economy

Randy Klein
Executive Vice President

---

**From:** Jerrie Anderson <janderson@crestron.com>
**Date:** Mon, 23 Feb 2009 21:11:12 -0500
**To:** Randy Klein <rklein@crestron.com>
**Subject:** RE: Competitor news

Michael Dodson or his company is not a dealer nor have I heard of him. I will also check with Brent if he knows or has crossed paths previously.

In any event we will put our selling shoes and pursue.

**Jerrie Anderson**
Regional Director

Office: 866.999.1300
Phone: 972.538.2638 x16302
Email: janderson@crestron.com
**Crestron Southwest, Inc.**
1200 Lakeside Parkway
Suite 250
Flower Mound, Texas 75028
www.crestron.com <http://www.crestron.com/>

**From:** Randy Klein
**Sent:** Monday, February 23, 2009 7:49 PM
**To:** Jerrie Anderson; Matthew Lien
**Subject:** FW: Competitor news

Read the article on the Dallas home. Do we know this dealer?

Randy Klein
Executive Vice President

------ Forwarded Message
**From:** Melissa Lowver <mlowver@crestron.com>
**Date:** Mon, 23 Feb 2009 18:36:51 -0500
**To:** Randy Klein <rklein@crestron.com>, Fred Bargetzi <fbargetzi@crestron.com>, Philip Cowling <pcowling@crestron.com>, David Sell <dsell@crestron.com>, John Gutekunst <jgutekunst@crestron.com>, Landon Lovett <llovett@crestron.com>, Jerrie Anderson <janderson@crestron.com>, Marla Suttenberg <marla@sapphiremarketing.com>, Wayne Swirnow <wswirnow@crestron.com>, Mark Swiderski <mswiderski@crestron.com>, Ray Coneys <rconeys@crestron.com>, Rich Sasson <rsasson@crestron.com>, Randy Surovy <rsurovy@crestron.com>, Dave Silberstein <dsilberstein@crestron.com>, Abby Davis <adavis@crestron.com>, John Givelis <jgivelis@crestron.com>, Ray O'Sullivan <rosullivan@crestron.com>, Daniel Jackson <djackson@crestron.com>, Josh Stene <jstene@crestron.com>, John Pavlik <jpavlik@crestron.com>, Teddi Minzer <tminzer@crestron.com>, Gary Anselme <ganselme@crestron.com>, Beau Bara <bbara@crestron.com>, Jerry Wagner <jwagner@crestron.com>, Ray O'Sullivan <rosullivan@crestron.com>, Paul Beals <pbeals@crestron.com>, Vince Bernatowicz <vbernatowicz@crestron.com>, Scott Patterson <spatterson@crestron.com>, Mark Tencza <mtencza@crestron.com>, Michael Mongiardo <mmongiardo@crestron.com>, Todd Norville <tnorville@crestron.com>, Robert Phillips <rphillips@crestron.com>, Nicolas Scott <nscott@crestron.com>, David Jones <djones@crestron.com>, Warren Lanza <wlanza@crestron.com>, Will Knapp <wknapp@crestron.com>, Jason Fiveash <jfiveash@crestron.com>, Tom Baggs <tbaggs@crestron.com>, Michael Frank <mfrank@crestron.com>, Kevin Iselli <kiselli@crestron.com>, Darryl Krall <dkrall@crestron.com>, Matt Rizzo <mrizzo@crestron.com>, Bill Fons <bfons@crestron.com>, Joseph Haupt <jhaupt@crestron.com>, Terry Rafferty <trafferty@crestron.com>, Don Brown <dbrown@crestron.com>, Craig Gulley <cgulley@crestron.com>, Dave Koller <dkoller@crestron.com>, Adam Gold <agold@crestron.com>, Michael Marlin <mmarlin@crestron.com>, Joe Laurin <jlaurin@crestron.com>, Steven Beckler <sbeckler@crestron.com>, Scott Smith <ssmith@crestron.com>, Melissa Vandiver <mvandiver@crestron.com>, Joe Hoffmann <jhoffmann@crestron.com>, Jason Sachs <jsachs@crestron.com>, George Webb <gwebb@crestron.com>, Doug Jacobson <djacobson@crestron.com>, John Albrecht <jalbrecht@crestron.com>, Steven Alexander <salexander@crestron.com>, Jay Almer <jalmer@crestron.com>, Rick Coven <rcoven@crestron.com>, Antonio Dias <adias@crestron.com>, Gordon Isaac <gisaac@crestron.com>, Timothy Knittel

<tknittel@crestron.com>, Cheryl Krasho <ckrasho@crestron.com>, Brian Lewis <blewis@crestron.com>, Brian Nachum <bnachum@crestron.com>, Mark Paul Smith <msmith@crestron.com>, Brent Stark <bstark@crestron.com>, Roger Takacs <rtakacs@crestron.com>, Tim Welch <twelch@crestron.com>, Cheryl Krasho <ckrasho@crestron.com>, John Channon <johnchannon@email.msn.com>, Sandy Sousa <ssousa@crestron.com>, Deborah Calimlin <dcalimlin@crestron.com>, Richard McPherson <rmcpherson@crestron.com>, Rob Christensen <rchristensen@crestron.com>, Shaun D'Sylva <sdsylva@crestron.com>, Michael Adams <madams@crestron.com>, Hank Alexander <halexander@crestron.com>, Frank Moctezuma <fmoctezuma@crestron.com>, Glenn Pernick <gpernick@crestron.com>, Keith Kennedy <kkennedy@crestron.com>, Jason Oster <joster@crestron.com>, Steve Samson <ssamson@crestron.com>, Bill Schafer <bschafer@crestron.com>, Bob Beckett <bob@sapphiremarketing.com>, Ken Vanemon <ken@sapphiremarketing.com>, Mark Tucker <mark@sapphiremarketing.com>, Marla Suttenberg <marla@sapphiremarketing.com>, Michael Goldman <mgoldman@crestron.com>, Narayan Kaimal <narayan@sapphiremarketing.com>, Russ Wishtart <russ@sapphiremarketing.com>, Toby Daschbach <toby@sapphiremarketing.com>, Michael Goldman <mgoldman@crestron.com>
**Cc:** Vincent Bruno <vbruno@crestron.com>, Jeffrey Singer <jsinger@crestron.com>, Dana Hood <dhood@crestron.com>, Ray Coneys <rconeys@crestron.com>, "Michelle L. Smith" <mlsmith@crestron.com>, Bryan Celli <bcelli@crestron.com>, Rosanne Lang <rlang@crestron.com>, Chris Benvenuto <cbenvenuto@crestron.com>, George Tucker <gtucker@crestron.com>, James Rodante <jrodante@crestron.com>
**Subject:** Competitor news

Regards,

Melissa

**Melissa Lowver**
Senior Marketing Communications Manager
P: 201.767.3400 x10307
F: 201.767.1902
E: mlowver@crestron.com <mailto:mlowver@crestron.com>

We are currently tracking:

AMX
Aurora Multimedia
Calypso Control Systems
CentraLite
Clipsal Lighting Control Systems
Colorado vNet
Control4
Elan Home Systems / Home Logic
Exceptional Innovation / lifeware
Extron
HAI *
Kaleidescape
Leviton *
LiteTouch
Lutron
Netstreams
Niles Audio Corporation *
Remote Technologies, Inc./RTI
ReQuest, Inc. *
RoomWizard (Polyvision)
Russound *
Savant Systems
Simtrol, Inc.
SP Controls, Inc.
SUPERNA
Universal Remote Control/URC **
Vantage / On-Q/Legrand
Xantech

* also partners
** also OEM

------ End of Forwarded Message

EXHIBIT 398

Crestron FL Sales Meeting 7-21-09

Last year was very difficult, particularly for residential sales. We set goals, then modified those goals yet failed to meet them. Now we have to commit to goals for the new fiscal year. What are we going to commit to and how will we attain the goals?

I. Numbers

1. Prior Fiscal Year Performance
    a. [redacted]
        ii. Residential was 77% of prior year
    b. We contributed [redacted] of total revenue.
        i. [redacted]
        ii. [redacted]
        iii. Residential business was down 24%
2. Current Fiscal Year Goals
    a. Increase is mandatory
    b. Can we achieve 14 to 18% growth this year? Is [redacted] realistic?
3. Forecasting
    a. Determine relative business for each dealer – Crestron $ versus total revenue
    b. Determine the direction of the business – up or down
    c. Discuss the dealer's plan for the direction of his business
    d. Discuss sales expectations and performance on every sales call
    e. Prove out the forecast over the next quarter

II. Strategies

4. Programs
    a. CAT5, HTSA DRP are combined in to a new DRP program
    b. Program will focus on changing behavior by focusing on product categories
        i. Control and Touch Panels – Residential and commercial
        ii. AV distribution and amps – Residential and commercial
        iii. Media Manager – Commercial
        iv. Lighting – Residential
    c. Know who will be affected by the new plan – for better and for worse
    d. VIR programs will reflect this same plan
5. Prodigy
    a. Product demo/ presentation
    b. Discussion of product story and placement
    c. Plan programming training for RSM's
    d. Distribution
        i. Residential Crestron dealers that sell or are affected by C4
        ii. Residential Crestron dealers
        iii. Everyone else – electricians, security and data/ telecomm contractors
6. New Dealers
    a. Continue to look for new distribution
    b. Look at new and different channels – electrical, low voltage, CDW, direct sales
    c. Spend time with the new dealers we just set up

III. Tactics

7. Digital Media
    a. DM demos – get consultants, dealers and end users in to our offices for demonstrations of DM
        i. Toolbox
        ii. Quick Switch
    b. CTI DM classes – know who and what they are for and get them filled up
    c. AMX is analog/ DVI
    d. Extron does not manage HDCP
8. Extron
    a. Discuss Extron panels with consultants and dealers
        i. They are not new – only new for Extron
        ii. How is end user configuration good for the dealer?
    b. RGBHV switchers will make or break the DRP program for commercial dealers

9. Competition
    a. Control4
        i. Crestron dealers that take on C4
            1. Show them Prodigy – hardware and software
            2. Ask them if they can decide between C4 and Crestron
        ii. Control4 dealers that compete with our dealers – they say C4 does everything Crestron does, only less money
            1. Aggressively find them and pursue them – all in Sales Force as leads and tagged
    b. Savant
            1. We are in the same place with them as we were with C4 2 years ago – we can't let them have our business
            2. **<u>Zero</u>** Tolerance – do we know of any dealers in FL – ours or other?
            3. Understand what they offer
                a. Controller is a Mac in a box –
                    i. not even connected to control circuit
                    ii. Requires 2 PSU's, DVI cable and 2 Ethernet connections
                b. RF Handheld remotes
                    i. Rosie – round, contemporary
                    ii. Standard – Set top box- type
                c. Fred movies

IV. Other Topics

10. SESCO integration
11. Infocomm followup
12. CEDIA
13. Experience Center
14. End User issues

# EXHIBIT 399

Crestron Southwest

# Crestron Southwest
# FY 2009 Sales Review
# July 22, 2009

CRESTRON

# Crestron Worldwide Sales

[redacted]

CRESTRON

# Crestron Worldwide Sales

*Residential Channel*

| Sales Region | PY Growth % | Commitment % | Quota % |
|---|---|---|---|
| East Coast | 75% | 84% | 70% |
| Midwest US | 79% | 78% | 69% |
| Southwest US | 92% | 86% | 77% |
| West Coast US | 76% | 102% | 68% |
| South US Florida | 76% | 82% | 64% |
| GAMA | 89% | 81% | 61% |
| Canada | 77% | 75% | 75% |
| **Result** | **77%** | **87%** | **68%** |

CRESTRON

# Crestron Southwest

## *Region Sales*

| Channel | FY 2009 Quota | FY 2009 Commitment | FY 2009 Sales | Growth% | Comm. % | Quota % |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| Residential | $11,000,000 | $9,950,000 | $8,512,811 | 92% | 86% | 77% |
| [redacted] | | | | | | |

CRESTRON

# Southwest Region Sales

[redacted]

# Southwest Region Sales Trend

[redacted]

CRESTRON

# Crestron Southwest

## *Residential*

| RSM | FY 2009 Quota | FY 2009 Commitment | FY 2009 Sales | Growth% | Comm. % | Quota % |
|---|---|---|---|---|---|---|
| Brent | $5,000,000 | $4,450,000 | $3,605,820 | 87% | 81% | 72% |
| Matt | $6,000,000 | $5,500,000 | $4,906,991 | 95% | 89% | 82% |
| **Total** | **$11,000,000** | **$9,950,000** | **$8,512,811** | **92%** | **86%** | **77%** |

CRESTRON

# Southwest Residential Sales




CRESTRON

# Southwest Residential Sales Trend




CRESTRON

# Crestron Southwest

[redacted]

# Southwest Commercial Sales

[redacted]

CRESTRON

# Southwest Commercial Sales Trend

[redacted]

# Crestron Southwest

## *Lighting Sales:*

- *Existing & New Dealers selling/purchasing Crestron Lighting products –*
  - *36 Dealers (30%) buying Lighting Product in FY '08 did not buy in FY '09.*
  - *Net 15 new Lighting Dealers in FY '09.*

| RSM | FY 2008 | FY 2009 | New '09 Dealers | $0 2009 Sales |
|---|---|---|---|---|
| Skip | 15 | 23 | 12 | 4 |
| Linda | 17 | 23 | 12 | 6 |
| Brent | 40 | 38 | 13 | 14 |
| Matt | 48 | 50 | 14 | 12 |
| **Total** | **120** | **132** | **51** | **36** |

CRESTRON

# Crestron Southwest

[redacted]

# Crestron Worldwide

## *New Dealers*

| Sales Region | 2nd Half Goal | Achieved |
|---|---|---|
| East Coast | 22 | 26 |
| Midwest US | 26 | 33 |
| Southwest US | 24 | 23 |
| West Coast US | 39 | 49 |
| South US Florida | 23 | 25 |
| GAMA | 12 | 27 |
| Canada | 36 | 28 |

[redacted]

CRESTRON

# Crestron Southwest

*New Dealers*

| RSM | 2nd Half Goal | Achieved |
|---|---|---|
| Skip | 6 | 5 |
| Linda | 6 | 6 |
| Brent | 6 | 6 |
| Matt | 6 | 6 |
| **Total** | **24** | **23** |

CRESTRON

# Crestron – FY 2009 Dealer Programs

- Fiscal 2009 DRP Program & Partnership Programs
  - Based on Sales achievements
  - Percentages from 5% - 7.3%
    - $50K - $2,500 (5.0%)
    - $100K - $5,000 (5.0%)
    - $200K – $10,000 (5.0%)
    - $300K - $22,000 (7.3%)
    - $500K - $35,000 (7.0%)
    - $750K - $50,000 (6.7%)
    - Partnering Programs (8% - 10% with Marketing dollars)

CRESTRON

# Crestron – New Fiscal Year 2010

- Fiscal 2010 DRP Program & Partnership Programs
  - Dealer commitment to Crestron in selling all or more of our products
  - Based on Category achievements
    - Each Category will have a sales achievement level
  - Percentages from 2% -13% depending on achievement of categories.

CRESTRON

# Fiscal 2010 DRP Program & Partnership Programs

- Residential
  - Control and Touchpanels
  - AV Distribution / Amplifiers
  - Lighting
  - Dealer Choice

CRESTRON

# Fiscal 2010 DRP Program & Partnership Programs

- Commercial

[redacted]

# Fiscal 2010 DRP Program & Partnership Programs

- Percentages from 2% - 13%
  - $50K (2%- 6%)
  - $100K (2% - 8%)
  - $200K (2% - 8%)
  - $300K (2% - 10%)
  - $500K (3% - 10%)
  - $750K (3% - 10%)
  - $1M (5% - 12%)
  - $1.250M (5% - 13%)
  - VIR Programs (5% - 13%)

CRESTRON

prodigy™

# Prodigy Positioning Strategy

- Backed by Crestron Quality, Expertise and Support.
- Providing dealers with a reliable, affordable solution to expand their selling opportunities.
- We are enabling smaller, less technical dealers to successfully sell and implement a reliable home control solution.
- Prodigy - Consider it a separate Company
    - This Product is not upgradeable to a full blown Crestron system. The Prodigy line is separate and will not overlap with Crestron Product – period.

CRESTRON

# Prodigy Introduction Priorities

- Each RSM will receive a demo case.
- Regional Directors to train RSM's on Prodigy software the last week of July.
- 1st – Present to existing Crestron dealers selling Control4.
- 2nd – Present to existing Crestron dealers.
- 3rd – Attack Control4 Dealers (Leads in Salesforce.com)
- Show Hardware
- Show Software (Primary Selling Point!!)
- USB stick with proven, ready to release software. Leave software with the dealer – It's bloody f*&@ing Easy!!

# Prodigy Introduction Priorities

- Dealer to make a choice – No guns allowed.
  - It's not make a choice or else.
  - "Real men don't threaten to sue, they just sue"
- Demonstrate, disprove and <u>ask</u> dealers to support us at this price point.
- If already a Crestron dealer, product is eligible for the 2010 DRP program.
- If not already a Crestron dealer, they can be a "Prodigy <u>ONLY</u> dealer" and is not eligible for the 2010 DRP program.

# Crestron Competitors

- Control4
- Savant
- Extron
- AMX

CRESTRON

# Crestron vs. Savant

- Dealers Pursuing or Selling Savant
  - Educate the Dealer – Whom have you built your profitable business on? Crestron.
  - Crestron Dealers are to attend their Savant dealer meetings.
  - Savant Strategy
    - Steal Crestron Dealers.
    - No viable product to truly address dealer needs.
    - Product does have the Apple mystique.
    - Business built on a platform supported by 5% of the market.
- Dealer: You cannot represent both Crestron and Savant. ZERO TOLERANCE!

CRESTRON

# Crestron Electronics

- InfoComm 2009
  - InfoComm 100 Document (INTERNAL ONLY)
  - Comparison Guide (INTERNAL ONLY)
- Cedia 2009
  - Apple
  - Prodigy

# Crestron Electronics

- Evolving and Changing to Lead, to adapt to Market conditions.
  - Selling Direct

# Crestron Southwest

- Open Discussions
  - The Team