# EXHIBIT 400

**From:** Rob Christensen April 30, 2010 3:15:25 PM (-04)
**To:** Jerrie Anderson
**Cc:**
**Bcc:**
**Subject:** **DISCOUNT REQUEST - S3 - SAVANT**

**Attachments:** johnson av proposal 4-28-10.pdf Johnson SOW.pdf Johnson AV Plans 4-30-10.pdf

Jerrie,

Below is a long string of emails between home owner and Carter Raines from S3. The home owner is refusing to give us the competing Savant bid or even tell S3 who the other dealer is. The home owner does take the time to lay out in his mind what the key points the separate the systems.
Customer - Carter,
I appreciate where you are coming from but I do not feel it would be appropriate or fair to show you the exact proposal. I would expect that S3 would hold me to the same standard when considering your numbers and bid. Let me give you a couple of bullet point highlights relative to the competing bid so you can get a feel for what they are offering.

This is a Parade of Homes project and it appears from what the home owner says below, that Savant may be playing ball on price.

Customer - It appears that the manufacturers are really pushing to get into our home and the Parade. This group's feedback to me is that, regardless of the benefit of the Parade of Homes, they want to get their products into a nice home as it can virally spread interest in their components and products. They can basically use our home to "spread the gospel" of what they can do. Anyway, I'm really not the kind of person that wants to squeeze you guys to the point where the job becomes less than exciting. That hurts quality of work and quality of relationship – both of which are at the top of my list when choosing subs on my home project. I know that you have gone the extra mile to get our bid down to $52.9K. Crestron is a great product and your bid reflects decent value. Having said all of that, I think you may need to sharpen your pencil one more time (along with the structural bullet points I made above) in order to win our project. Given your efforts, and the quality of your products I am even willing to give you first right of refusal if you can match dollars and products to what I am seeing elsewhere. You may need to press Crestron or tighten up your bid as the other group has readily done. Let's discuss as needed – again, I really appreciate your time and efforts in our behalf.

S3 has trimmed everything out of the system they can. I don't want to let Savant win a deal ESPECIALLY in a Parade of Homes. The customer will not give us the proposal, that is clear from the email below so there is no need to get tech sales involved here. We simply need to decide if we want to push Savant out of this deal by discounting.

I am requesting a 20% none DRP eligible sale. That means we are giving up 10% above what we would normally give S3 as they are at a 10% DRP level.

Crestron Electronics - Special Price / Discount Request Form

Requested BY RSM: Rob Christensen

Please select one with an X

Notification of (Send directly to Maria Pierce/Tricia Rooney)

Add on to DEMO System

Showroom/Parade of Home

New Crestron Product

Request for: (must be approved by Director and Executive VP)

Competitive Discount X

Special Request

Date: 4-30-2010

Dealer Name: S3

Location: Park City UT

Last Year: $500,000

YTD: $500,000

Project Name: Johnson

Quote # not quoted

Total Amount Before Discount: $

Discount $

Discount Percentage: 20% none DRP eligable

Qty Model #

Reason: Shut Savant out of a Parade of Home System

Approval:

Rob Christensen
Regional Sales Manager

Office: 800.827.2188 x18056
Direct: 303.249.5343
Fax: 562.596.0713
Email: rchristensen@crestron.com

Crestron West, Inc.
5660 Katella Ave
Suite 150
Cypress, California 90630
www.crestron.com

---

**From:** Carter Rains [mailto:crains@s3us.com]
**Sent:** Friday, April 30, 2010 12:08 PM
**To:** Rob Christensen
**Subject:** FW: Hi Dave

Hi Rob - passing this along to you, regarding the showcase home in SLC. Dave Johnson's comments below about competing company/bid.

Let's talk if you have a moment.

Carter Rains
S3 US
6415 N Business Park Loop Road
Park City, UT 84098
435 615 8138 O
435 640 2987 M
435 615 8137 F

---

**From:** Dave Johnson [mailto:djohnson@tetrafg.com]
**Sent:** Wednesday, April 28, 2010 2:13 PM
**To:** Carter Rains
**Subject:** RE: Hi Dave

Carter,
I appreciate where you are coming from but I do not feel it would be appropriate or fair to show you the exact proposal. I would expect that S3 would hold me to the same standard when considering your numbers and bid. Let me give you a couple of bullet point highlights relative to the competing bid so you can get a feel for what they are offering.

- Their bid includes the JVC HD550 projector, perforated screen, 7.1 Onkyo THX Receiver with Pandora, XM and Internet Radio Options, In-Wall subwoofer and speakers similar to your proposal, a universal remote and a wall touch screen that will control lighting and a/v options (this may or may not be necessary as they have a universal remote as well)
- Their bid includes basically the same wiring and speaker layout as yours with the exception of four speakers in the basketball court, four speakers in the lower level recreation room and four speakers in the back covered patio
- They have additions in the mechanical room that provide fun options (toys as I called them) using touch panel servers and extenders etc.
- They are offering (due to the Parade and the desire to get the business) three 9" In-Wall Touchpanels.
- Their bid includes a security package with protection on all doors, basement windows, 2 keypads, 2 glass break sensors, 4 motion detectors and 2 cameras.
- Their bid includes 2 Samsung 1080p Blu-ray disc players

In their push to get the business they have also thrown around one free item or upgrade of my choice – either a medium touchpanel or speaker set or soundbar for the recreation room, or some bell and whistle (non-theater related) that I might want to add once we get going and see the final layout. I will be given price parameters on that as can be expected. As you can see, they are slightly exceeding your bid in a few key areas.

Again, I'm really not trying to play S3 off of this group – that is not my intention or my style. I simply want to make sure I'm getting the best system and value for the money. Don't get me wrong, I want a company who is going to push manufacturers and themselves to provide top-level wiring and products at discounted price-points. This is the whole reason we let our architect and builder talk us into the Parade of Homes.

Hopefully this helps,

Dave Johnson

---

**From:** Carter Rains [mailto:crains@s3us.com]
**Sent:** Wednesday, April 28, 2010 1:29 PM
**To:** Dave Johnson
**Subject:** RE: Hi Dave

Hi Dave - OK, this is where Crestron requests information about who we are competing against, apples to apples questions, etc..

This is always difficult to request, but can we see the competitive proposal to ensure were close in functionality? You can exclude pricing if it would make you feel more comfortable.

S3 and Crestron want to do this business with you too and need some assurances. We all understand how competitive the market is.

Thanks much,

Carter Rains
S3 US
6415 N Business Park Loop Road
Park City, UT 84098
435 615 8138 O
435 640 2987 M
435 615 8137 F

---

**From:** Dave Johnson [mailto:djohnson@tetrafg.com]
**Sent:** Wednesday, April 28, 2010 12:36 PM
**To:** Carter Rains
**Subject:** RE: Hi Dave

Carter,
Thanks for checking in. I sincerely appreciate your genuine interest in our project. As I have discussed with you, it can be difficult to sort through the different bids and try to filter real value and quality of work from pages of numbers and dollars. I have basically narrowed it down to two bids/offers I have on the table. I am looking at S3 and a second group who is providing a robust system with some Savant/Apple elements. The audio/visual will not be totally reliant on Savant so there is a solid platform underlying the fun technology that Savant, Apple TV, iPad integration etc. brings to the table. It is kind of the best of both worlds.

Here are my thoughts, questions and concerns on your latest bid and our follow-up discussion to that bid:

- As mentioned in your email below, we really need a touch screen in our Master Bedroom. That is where we will

want the functionality to turn off systems and have master control over the whole house. I would also like to get back to the TPMC – 8L in the kitchen on the main floor.

- After having discussion with other knowledgeable a/v people and doing a little research myself, I would like the JVC HD 550 projector in the theater. I would also prefer the in-wall subwoofer. We are going to be tight for space once we add furniture etc. to the theater and I don't want to struggle to find space for a floor/cabinet/subwoofer system.
- I want to discuss with you the option of putting 2 satellite receivers in the rack and 1 in our master bedroom and then tying everything back together for distribution throughout the home. Does this make sense? My concern is this: if the whole system is broken down or having technical difficulties we will basically be without TV/video in the whole house. If we put a separate receiver in our bedroom where we can just aim and click will that give us at least one area of backup should the rest of the system not work???? Also, I do want to have a DVD player somewhere on the main floor that ties back to the head end.

The final item that is hurting your bid is that it does not include security. I know that I told you to leave that off for right now but my other bid is less expensive, has some fun toys and includes whole-home security. It appears that the manufacturers are really pushing to get into our home and the Parade. This group's feedback to me is that, regardless of the benefit of the Parade of Homes, they want to get their products into a nice home as it can virally spread interest in their components and products. They can basically use our home to "spread the gospel" of what they can do. Anyway, I'm really not the kind of person that wants to squeeze you guys to the point where the job becomes less than exciting. That hurts quality of work and quality of relationship – both of which are at the top of my list when choosing subs on my home project. I know that you have gone the extra mile to get our bid down to $52.9K. Crestron is a great product and your bid reflects decent value. Having said all of that, I think you may need to sharpen your pencil one more time (along with the structural bullet points I made above) in order to win our project. Given your efforts, and the quality of your products I am even willing to give you first right of refusal if you can match dollars and products to what I am seeing elsewhere. You may need to press Crestron or tighten up your bid as the other group has readily done. Let's discuss as needed – again, I really appreciate your time and efforts in our behalf.

Dave Johnson

---

**From:** Carter Rains [mailto:crains@s3us.com]
**Sent:** Wednesday, April 28, 2010 10:07 AM
**To:** Dave Johnson
**Subject:** Hi Dave

Hello Dave,

S3 and I really want to win your project. What do we need to do? I am willing to go to bat and get a touch screen back in the Master at no additional cost. If I suceed, would we be in a better position?

Many thanks for your consideration,

Carter Rains
S3 US
6415 N Business Park Loop Road
Park City, UT 84098
435 615 8138 O
435 640 2987 M
435 615 8137 F

---

NOTICE OF CONFIDENTIALITY: This message and its attachments are intended solely for the use of the addressee(s) and may contain information that is confidential, privileged and exempt from disclosure. If you are not an intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this email transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system.

NOTICE OF CONFIDENTIALITY: This message and its attachments are intended solely for the use of the addressee(s) and may contain information that is confidential, privileged and exempt from disclosure. If you are not an intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this email transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply email and immediately delete this message from your system.

EXHIBIT 401

CRESTRON®

# Regional Director Meeting

Thursday, July 9 – Friday, July 10, 2009
Rockleigh, NJ

Sales:

- Meeting open with a brief sales summary of FY 2009. Crestron Southwest and Crestron South was the top performing Regions for North America. Randy noted that everyone in the room worked their tails off.

- Special consideration (no guarantee) would be given to the issuance of bonuses as monies had been accrued throughout FY 2009. Time frame for this would be 30-45 days.

Prodigy:

- Positioning Strategy for the Prodigy Product Line –
  - Crestron is a brand built around Quality, Capability, Features, Confidence, Trust, and Leadership.
  - 
- The Prodigy brand is to be treated as if we purchased an existing company. Consider it a separate company.
    - This product cannot/is not to be mixed with Crestron product – period.

- Introduction Priorities:
  - 1st - Go to existing Crestron dealers that also sell Control4. **2nd** – Existing Crestron dealer w/no Control 4. **3rd** – Attack Control4 dealers.
  - Show Hardware
  - Show Software (Primary Selling Point!)
  - USB stick with proven, ready to release software. Leave it with dealer – It's easy!!!
  - Regional Directors to train RSM's on Prodigy software.
  - Dealer to make a choice - No gun to the head.
    - It's not a make a choice or else.
    - "Real men don't threaten to sue, they just sue"
  - Demonstrate, Disprove and ask dealers to support us at this price point.

- Fred's Prodigy Presentation:
  - Niles = Audio Distribution
  - Control4 = Theater Control
  - Prodigy = Home Theater and beyond
    - Simple Home Theater
    - + Distributed Audio
    - + Lighting

CRESTRON®



- PTL4 – Ethernet communication to controller only (no cresnet).
- Pre-engraved (no custom engraving)
- Gateway for Prodigy wireless lighting is the only Cresnet device in the system. Product ships with 15ft. of pre-terminated Cresnet. Audio cables also ship with appropriate product(s).
- IR input for attaching Crestron IR Learner.
- No lighting "slave" – period.
- Other products coming soon, including:
  - PT-AMFMXM Tuner
  - P-IDOCV IPod Interface
  - PAMP 4X50 Multi-Zone Amp

- Control4 Pitch to End users:
  - Money/Cost
  - Configuration – No expensive programming
  - Wireless

- Control4 Wizard (findings):
  - 20-30 minutes to get thru the process.
  - Up and going pretty quick, although you step outside and it's very complex. Crestron offers simple to use System Builder
  - Control4 requires training if you go beyond their wizard. 2 day training with a cost of $800, offered in only one location. Crestron on the other hand, offers training at 13 locations in North America with $0 cost to dealers.

- ***Eric Gunter – Drivers not already in Prodigy Composer, we do the creation and send it to them (transparent to the customer).***

Savant:

- Educate the Dealer on Savant – Whom have you built your profitable business on? Crestron.
- Crestron Dealers are not to attend their Dealer meetings.
- **Crestron must be worried about Savant given the position you are taking?** *No, I am worried about you and your long term success. We can handle Savant, we have 98% market share. Crestron is committed and has invested in this industry, R&D and your long term success for the past 40 years. Savant has made what commitment?*
- **Savant has 2 hand held remotes and an IPhone. Can Crestron do away with everything except 2 remotes?** *No, as you come to us for a complete fully integrated solution that you know will work and*

CRESTRON know that Crestron will be here to support you now, 5, 10, 15 years from now.



- Savant Strategy:
  - Steal Crestron Dealers
  - No viable product to address dealer needs
  - Product does have an mystique/aura (Apple)
  - 95% of businesses is on a PC platform; are you going to base your business on a platform used by only 5% of the market?

- ***Dealer: You cannot represent both Crestron and Savant. Zero Tolerance. Immediately consultant with RK on how we treat/address these situations***

- RK to send link on Savant video. RD make it clear to RSM of our policy.

CEDIA 2009:
- Several large manufacturers not attending. Crestron's presence as significant as usual.
- Products:
  - Digital Media
  - V Panels
  - ADMS
  - New Audio Distribution
  - Infinet EX
  - Prodigy
  - TPMC-3X

Digital Media:
- Comparison Guide forthcoming -
  - Drive the DM message extensively with Consultant Channel Managers. Use Comparison and Design Guides.
  - Extron is forcing Dealers and Consultants to choose Extron.
  - Channel Managers to educate consultants on the Extron product and their B.S.
  - Get DM in the brains of all in each channel. The Great Separator/Point of Differentiation.
  - Presentations/Demo's to focus extensively on Toolbox and QuickSwitch technology.

- DM Days:
  - Do not wait for DM Days to drive the message home with Consultants, A+, Enterprise Partners and Dealers. Bring them to

CRESTRON

Dallas office as a guest to drive this message with urgency.



TPMC-4SM:
- Key new product to show Dealers, Consultants, A+ and Enterprise Partners!
- Change the way we've been selling this panel - A full blown PoE touch panel that is F*#@%^! Beautiful.
- Protect our touch panel business. Extron TP are 5 year old technology, the same product we introduced at least five (5) years ago.

Dealer Programs:
- Existing DRP, VIR, Partnership Rewards and CAT5 Programs are withdrawn.
- Partnership and CAT5 Programs were a disaster as they did not drive incremental category sales.
- New DRP Program will drive /incentivize dealers to buy more products in key categories. Category sales targets will differ between Residential and Commercial Channels.

Selling Direct:
- The Market/Business changes and we are required to change if we are to prosper.
- Crestron will make a Pole Vault like product.
- New Distribution/Sales channels, i.e., CDW, Electricians..

RSM End-User Visits:
- Under no circumstances does an RSM visit with an end user to address in any fashion a problem with the home or commercial system. RSM will be terminated if they do so.
- Issues such as this are to be reported directly to Abby Davis for proper handling.

FY 2010 Sales Projections/Budgets:
- Our projections for LY (beginning and mid-year) were too aggressive given market conditions at that time.
- Our business model requires sales growth (refer to D. Hakula's "where were we a Year Ago spreadsheet). [redacted] in order to avoid head count & other cost reductions.
- Review "Conservative-Moderate-Aggressive projection models provided by the Count
- Budgets/Sales Projections for FY 2010 are a "top-down" exercise. Come

CRESTRON®

up with a projection and submit in Weekly Report – Wk of 7.13.09. Visit with dealers and RSM's over the next 2-3 months proving or disproving the number.



**RD Action Items:**

- Have intelligent discussions with key dealers during the next couple of months on the coming year, as well as talk with RSM's and gauge their view of the new FY.
- Cleary communicate the Prodigy message/strategery to RSM's. Demo Kits to include thermostat and will be redone and shipped the last week of July. Execute Dealer demonstrations the first week of August. Kits and software will not be released until they are 100% ready.
- Get with Landon and Dave next week to review TWG and CCS Presentations new VIR.

**Crestron Electronics, Inc.**
15 Volvo Drive
Rockleigh, NJ 07647
Tel: 800.237.2041/ 201.767.3400
Fax: 201.767.7576
www.crestron.com

EXHIBIT 402

**From:** Fred Bargetzi June 09, 2009 10:37:52 AM (-04)
**To:** Marla Suttenberg
**Cc:**
**Bcc:**
**Subject:** **RE: lunch**

**Attachments:**

Please shoot me that article as well -- thanks!

Fred Bargetzi
VP Technology

---

**From:** Marla Suttenberg
**Sent:** Monday, June 08, 2009 5:57 PM
**To:** Randy Klein; Fred Bargetzi
**Cc:** Ken Vanemon
**Subject:** Re: lunch

Article about hyped up Savant sales meeting I'll forward.
I need your help on this let's talk live.

---

**From**: Randy Klein
**To**: Marla Suttenberg; Fred Bargetzi
**Cc**: Ken Vanemon
**Sent**: Mon Jun 08 17:54:22 2009
**Subject**: Re: lunch
You know what you have to do. You'd better get an answer ASAP. Besides enabling Savant, how does it look for our sales management and directive when I tell no Crestron dealer can be a Savant dealer...except ACS...wrong. What article?

Randy Klein
Executive Vice President

---

**From:** Marla Suttenberg <marla@sapphiremarketing.com>
**Date:** Mon, 8 Jun 2009 17:38:21 -0400
**To:** Randy Klein <rklein@crestron.com>, Fred Bargetzi <fbargetzi@crestron.com>
**Cc:** Ken Vanemon <ken@sapphiremarketing.com>
**Subject:** FW: lunch

He was at the Savant training this weekend... ... ...
Robert and Jonathan said they're not selling the product. But they are obviously dealers. I told him that Humphries is using them as the 'ultimate' in Savant dealers and it's hurting us.
Robert had to leave, and Jonathan's daughter was with us, so I wanted to finish conversation when Clancy was there so they couldn't 'blame' him.
Did you catch the article in CEPro re: their meeting?

Marla

**From:** John Clancy [mailto:jclancy@audiocommand.com]
**Sent:** Monday, June 08, 2009 5:35 PM
**To:** Marla Suttenberg
**Subject:** Re: lunch

Hi Marla,

Sorry I missed out on it too.

Please tell Randy there are some things he'll need to see and hear about along with Fred, after Infocomm of course...

Take care and thanks,

John Clancy

Audio Command Systems, Inc.

(516) 997-5800

www.audiocommand.com <http://www.audiocommand.com>

On Jun 8, 2009, at 5:03 PM, Marla Suttenberg wrote:

sorry we missed you today, hope you're feeling better - must be that nasty Cape Cod weather catching up with you!

Would love to catch up re: the training when you get settled back in... .

But at least I got to meet Jonathan's daughter and found out she's going to grad school at my alma mater!

**Marla Suttenberg**

**<image001.jpg>**

*Technology Representatives*

50 Tice Boulevard | 3rd Floor | Woodcliff Lake, NJ 07677

T: 201.476.1071

F: 201.476.1072

C: 201.694.4662

www.sapphiremarketing.com <http://www.sapphiremarketing.com/>

**Infocomm Booth #s in Red!**

**Representing:** Amina Technologies, Bay Audio (Metro NY), Cabletime, Crestron Electronics **5301**, CSI/Braehler **6553**, Cybertouch **4621**, Digital Projection (DPI) **2861**, DNP Supernova **4901**, Harman Specialty Group (Lexicon/JBL Synthesis/Revel/Mark Levinson), Magenta Research **3961**, MechoShade-Soleil, Nexus Digital Signs **1953**, Polycom **3161**, Revolabs **6321**, rpVisuals **4901**, Salitek/Orion **5021**, Samsung (New England) **4461**, Vaddio **3533**, Vista Systems **3845**, Wood Technology

**Visit our TechBlog**: http://sapphiremarketing.typepad.com/ <http://sapphiremarketing.typepad.com/>

The information contained in this email message, and any attachment therein, is privileged and confidential and for use by the addressee only. The unauthorized use, duplication, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please return the email to the sender and delete it from your computer.

EXHIBIT 403

**From:** Dave Sell April 17, 2009 10:52:17 AM (-04)
**To:** Timothy Knittel; Rick Coven; 'John Channon'; Rob Christensen; Shaun D'Sylva; Brian Nachum; Gordon Isaac
**Cc:**
**Bcc:**
**Subject:** **FW: Partnership Program.xls**

**Attachments:** Dave-Partnership Program.xls

Guys:

Need you to confirm that all of your dealers on this list have been 100% cooperative and are still committed to the HTSA partnership agreement…….no C4 & no Savant in their businesses. Upon your review and approval, I will forward to NJ.

You are 100% accountable for these dealers positions as it relates to this program. (as am I).

Rick, Liz has Cybersound under you, it's Gordon's account.

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

**From:** Elizabeth Malleo
**Sent:** Wednesday, April 15, 2009 12:24 PM
**To:** Dave Sell
**Subject:** Partnership Program.xls

Dave,

I also need your approval to process third quarter rebates for the attached Partnership dealer.

Thanks,

Liz

EXHIBIT 404

| Acct # | Dealer | Location | Ter # |
|---|---|---|---|
| 1000584 | Cyber Sound & Security | Scottsdale, AZ | R5-1 |
| 1000749 | Engineered Environments | Alameda, CA | R5-1 |
| 1000827 | FutureHome System & Design | Fresno, CA | R5-1 |
| 1001392 | Paradyme | Sacaramento, CA | R5-1 |
| 1001716 | Sound Vision | Novato, CA | R5-1 |
| 1000948 | Summit Electroinics | Santa Rosa, CA | R5-1 |
| 1003122 | Hargate Theatre Vision | Palm Desert, CA | R5-2 |
| 1000294 | Aurant | West Valley City, UT | R5-3 |
| 1001393 | Paragon Technology Group | Basalt, CO | R5-3 |
| 1000612 | Definitive Audio | Bellevue, WA | R5-4 |
| 1001608 | Shimek's Audio | Anchorage, AK | R5-4 |
| 1004811 | Wow Electronics | Yuma, AZ | R5-5 |
| 1000288 | AudioVisions | Lake Forest, CA | R5-6 |
| 1002013 | Wilshire Home Entertainment | Thousand Oaks, CA | R5-6 |
| 1003947 | Synergy | Orange, CA | R5-7 |

| Status | Date Received |
|---|---|
| Signed | 10/22/08 |
| Signed | 10/28/08 |
| Signed | 10/28/08 |
| Signed | 10/21/08 |
| Signed | 2/19/09 |
| Signed | 2/24/09 |
| Signed | 10/22/08 |
| Signed | 10/10/08 |
| Signed | 10/23/08 |
| Signed | 10/14/08 |
| Signed | 10/14/08 |
| Signed | 10/24/08 |
| Signed | 12/9/08 |
| Signed | 10/28/08 |
| Signed | 10/14/08 |

EXHIBIT 405

| | | |
|---|---|---|
| **From:** | Rob Christensen | April 30, 2009 2:27:18 AM (-04) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: Jeff Anderson and SAVANT** | |
| **Attachments:** | | |

You copied me on the email you sent this week to Jeff I think.

I saw Jeff very briefly today. He saw me at 7:00 AM this morning doing the DM presentation to the tech group and again this afternoon for a follow up questions that I ran out of time to cover in the morning. Jeff mentioned that you guys had been trading messages recently and kindly told me he was busy and didn't have time to talk.

**Rob Christensen**
Regional Sales Manager

Office: 866.947.6443 x18615
Direct: 866.947.6443
Email: rchristensen@crestron.com

**Crestron Mountain States - Denver**
5995 Greenwood Plaza Blvd
Suite 190
Greenwood Village, Colorado 80111
www.crestron.com



---

**From:** Dave Sell
**Sent:** Thursday, April 30, 2009 12:22 AM
**To:** Rob Christensen
**Subject:** RE: Jeff Anderson and SAVANT

I finally did connect with Jeff and put it in writing that we could not accept them brining on Savant AND keep the great programs we gave him. I'll send it to you.

Dave Sell, Director

Crestron West

5660 Katella, Ste. 150

Cypress, CA 90630

800-827-2188 x. 18016

562-596-0713 fax

714-875-0879 mobile

www.crestron.com

**From:** Rob Christensen
**Sent:** Wednesday, April 29, 2009 11:17 PM
**To:** Dave Sell
**Subject:** Jeff Anderson and SAVANT

Dave,

I got Danny the sales manager at Aurant to really open up today about the Savant situation.

This whole deal is being driven by Jeff and only Jeff. The sales staff is against it and the tech staff is against it. In fact, at a lunch this week, Jeff put it to a vote with his senior management team and received ZERO votes. Mark Gudac (Opps Manager), Brian Child (CTO who went back east with Jeff), Danny Moreno (Sales) and Scott Gorsche (Sales) all voted against Jeff. Danny said this will put an end to Savant at Aurant.

Jeff was only interested in Savant because he thought there may be a customer base that he is missing. He felt there was a group of "Mac Freaks" that Aurant could capture that wouldn't be customers without a Mac based solution.

He had no intentions of replacing any Crestron business (according to Danny) but was only interested in

adding a new customer base.

After the research had been done, Brian really shot the whole thing down. The sales staff couldn't figure out who they would see the product to and were especially turned off by the fact the Savant hardware was actually MORE expensive that ours. Brian hammered the fact that Savant is no where near a complete solution and that Savant doesn't to 10% of what we do. He also enforced the fact that Aurant would be engineering for them while in the development phase. If Savant doesn't have a control module for a product a dealer wants to install, the dealer submits a request to Savant 6-8 weeks prior to installation and hopes they complete it in time. The dealer can't develop the module themselves…..neat.

Jeff was very interested because Savant told him that Aurant would be the exclusive dealer in the area. Here is where our recent decision gets really good. Danny told me that Safe and Sound was the other dealer in the market so the 2 dealers would be Safe and Sound and Aurant for a period of 2 years. Now we can spread the news about Safe and Sound on 2 fronts.

1. they were fired because they brought on Savant
2. They were fired because of C-4.

Bottom line, Jeff lost his fight to bring on Savant and the whole deal is dead.

Talk to you soon.

**Rob Christensen**
Regional Sales Manager

Office: 866.947.6443 x18615
Direct: 866.947.6443
Email: rchristensen@crestron.com

**Crestron Mountain States - Denver**
5995 Greenwood Plaza Blvd
Suite 190
Greenwood Village, Colorado 80111
www.crestron.com



EXHIBIT 406

**From:** Rob Christensen August 11, 2009 12:18:23 PM (-04)
**To:** 'david@iessunvalley.com'
**Cc:**
**Bcc:**
**Subject:** **Re: TPMC-4SM & Prodigy**

**Attachments:**

I can answer 1 question with email. We did refer to Prodigy as Control 5 for about the past 18 months. I was in a meeting with Randy Klein the first time I heard him say it. It took a while for the product to be ready but its finally here. We know its going to be big.

Thanks,

Rob Christensen
Crestron
Regional Sales Manager
Sent from Blackberry
303 249 5343
rchristensen@crestron.com

---

**From**: David Gertz <david@iessunvalley.com>
**To**: Rob Christensen
**Sent**: Tue Aug 11 12:10:23 2009
**Subject**: Re: TPMC-4SM & Prodigy

Thanks, Rob. Any truth to the rumors that the in-house name for Prodigy was Control5 (very funny if it was) & that any Crestron dealer selling Savant will be dropped?

DG

Rob Christensen wrote:

> David,
>
> The dealer price on the TPMC-4SM is $550. It should be available in October. That is a best guess because it isn't shown on our website anymore which is cause for some concern on timing. We don't get updates on anything that isn't shown on the website….one of those sell what you have situations.
>
> The Prodigy software is not yet available for download. There is a bug in it that breaks SystemBuilder so we must fix that prior to release. I do however have my demo kit and will be bringing it through Idaho after Cedia along with a Cedia product update.
>
> The Prodigy software is due for release on the 15th along with product. We are all very excited about the new Prodigy line.
>
> Thanks,
>
> **Rob Christensen**
> Regional Sales Manager
>
> Office: 866.947.6443 x18615
> Direct: 866.947.6443
> Email: rchristensen@crestron.com

**Crestron Mountain States - Denver**
5995 Greenwood Plaza Blvd
Suite 190
Greenwood Village, Colorado 80111
www.crestron.com

---

**From:** David Gertz [mailto:david@iessunvalley.com]
**Sent:** Tuesday, August 11, 2009 9:36 AM
**To:** Rob Christensen
**Subject:** TPMC-4SM & Prodigy

Rob,

1. What is pricing & availability of the TPMC-4SM?
2. Where do I download Prodigy software to try it out?

Thanks, David
--

--

EXHIBIT 407

| | | |
|---|---|---|
| **From:** | Rob Christensen | February 18, 2011 5:42:57 PM (-05) |
| **To:** | Jerrie Anderson | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Sales discussion topic - Rob Christensen** | |
| **Attachments:** | | |

Jerrie,

I would like to speak to the one of the following.

Seeing that some may be taken, I am throwing out 3. In order my topics are

1. Re-developing Crestron's image in the eyes of the builder directly

a. How we have a complete line of cost effective lighting to compete against Radio Ra2

b. How we are the only complete solution in the industry

c. How we now offer a very cost effective "value" oriented Prodigy solution

d. Keep SAVANT out

2. Selling to the Electrical Contractor

a. How to sell to the electrician as a customer

b. The benefits of our product line competitively over Lutron and Vantage

c. Offer baby steps for him to sell into the AV channel

d. How to sell this as a "good" thing for our dealers

3. Selling Crestron to the Real Estate market

a. Offer service to select group of high end focused realtors

b. Walk through to evaluate existing Crestron system for new listing

c. Walk through to explain upgrade paths and recommend dealer/programmer options to new home buyer (providing leads to our dealers)

d. Generate immediate sales, see who in the market is doing good work by tracking serial numbers, provide a strong image for Crestron for people who may have had a bad experience.

Thanks,

**Rob Christensen**
Regional Sales Manager

Office: 866.947.6443 x18615
Direct: 303.305.4083
Fax: 303.740.2098
Email: rchristensen@crestron.com

**Crestron Mountain States - Denver**
5995 Greenwood Plaza Blvd
Suite 190
Greenwood Village, Colorado 80111
www.crestron.com

EXHIBIT 408

| | | |
|---|---|---|
| **From:** | Brent Corn | August 21, 2009 6:12:48 PM (-04) |
| **To:** | | |
| **Cc:** | | |
| **Bcc:** | 'Brian DeSutter'; 'Ryan Miller'; 'Stephen A. Manley'; 'Drew Smith'; 'Eric Herleth'; 'Nick Argyrakis' | |
| **Subject:** | **Savant av in houston** | |
| **Attachments:** | | |

Guys,

Just as a quick reminder, Crestron has been very vigilant in relation to competitive bids that our dealers run up against from all other vendors, but especially Savant. Any dealer that carries Savant will not be able to continue with Crestron. I wouldn't be surprised if a current Crestron dealer that is also carrying savant no longer has direct relations with Crestron in the near future.

On a totally unrelated note, if any of you come across any bids from Jobe systems, especially related to Savant, Crestron will be very interested in going to battle with you to win that job. Please keep me informed the second you come across any savant jobs (otherwise, it will be my ass)- especially a 100 unit hi-rise condo in the Houston area that I have yet to uncover.

Also, please keep this between us.

**Brent Corn**
Regional Sales Manager

Office: 866.999.1300
Phone: 972.538.2638 x16309
Email: bcorn@crestron.com

**Crestron Southwest, Inc.**
1200 Lakeside Parkway
Suite 250
Flower Mound, Texas 75028
www.crestron.com



EXHIBIT 409

| | | |
|---|---|---|
| **From:** | Brent Corn | August 21, 2009 6:29:49 PM (-04) |
| **To:** | 'Drew Smith'; stephen@entertainmentengineering.net | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: Savant av in houston** | |
| **Attachments:** | | |

Let's get them…

Not losing any market share, but history dictates if we let them get a foothold while they are screwing up or have limited offerings like savant does, it is a good time to kick them to the curb.

If I only had 3 systems and 2 touchpanels, my website would be simple too…kidding, ours I think has gotten better since marketing took it over…

**From:** Drew Smith [mailto:drew@entertainmentengineering.net]
**Sent:** Friday, August 21, 2009 5:28 PM
**To:** Brent Corn; stephen@entertainmentengineering.net
**Subject:** RE: Savant av in houston

Hey Big Daddy,

No worries about Savant with us. We did briefly check out their website after our dinner, just out of curiosity. I did like the simplicity of their website, especially for the novice consumer…Just a Observance for Crestron's Corporate folks…Hint, Hint.

We always send multiple Crestron Links (touch panels, lighting keypads, etc.) to potential new customers as we would not expect them to try to navigate the site on their own.

Mums the word…We'll keep quiet.

So, Crestron is very concerned about Savant's Market Share?

We rarely come across Jobe bids but in the past, the major complaint was "How Expensive They Were" or "How they didn't finish a job to customer satisfaction".

I bet Jobe may realize that they need to aggressively pursue a more price conscious market?????

We are more than happy to take any business or referrals from Jobe…EE needs to grow!

**From:** Brent Corn [mailto:bcorn@crestron.com]
**Sent:** Friday, August 21, 2009 5:13 PM
**To:** drew@entertainmentengineering.net; stephen@entertainmentengineering.net
**Subject:** Savant av in houston

Guys,

Just as a quick reminder, Crestron has been very vigilant in relation to competitive bids that our dealers run up against from all other vendors, but especially Savant. Any dealer that carries Savant will not be able to continue with Crestron. I wouldn't be surprised if a current Crestron dealer that is also carrying savant no longer has direct relations with Crestron in the near future.

On a totally unrelated note, if any of you come across any bids from Jobe systems, especially related to Savant, Crestron will be very interested in going to battle with you to win that job. Please keep me informed the second you come across any savant jobs (otherwise, it will be my ass)- especially a 100 unit hi-rise condo in the Houston area that I have yet to uncover.

Also, please keep this between us.

**Brent Corn**

Regional Sales Manager

Office: 866.999.1300
Phone: 972.538.2638 x16309
Email: bcorn@crestron.com

**Crestron Southwest, Inc.**
1200 Lakeside Parkway
Suite 250
Flower Mound, Texas 75028
www.crestron.com

EXHIBIT 410

CRESTRON®

# Regional Director Meeting

Thursday, July 9 – Friday, July 10, 2009
Rockleigh, NJ

Sales:

- Meeting open with a brief sales summary of FY 2009. Crestron Southwest and Crestron South was the top performing Regions for North America. Randy noted that everyone in the room worked their tails off.

- Special consideration (no guarantee) would be given to the issuance of bonuses as monies had been accrued throughout FY 2009. Time frame for this would be 30-45 days.

Prodigy:

- Positioning Strategy for the Prodigy Product Line –
  - Crestron is a brand built around Quality, Capability, Features, Confidence, Trust, and Leadership.
  -
- The Prodigy brand is to be treated as if we purchased an existing company. Consider it a separate company.
    - <u>This product cannot/is not to be mixed with Crestron product – period.</u>

- Introduction Priorities:
  - 1st - Go to existing Crestron dealers that also sell Control4. **2nd** – Existing Crestron dealer w/no Control 4. **3rd** – Attack Control4 dealers.
  - Show Hardware
  - Show Software (<u>Primary Selling Point</u>!)
  - USB stick with proven, ready to release software. Leave it with dealer – It's easy!!!
  - Regional Directors to train RSM's on Prodigy software.
  - Dealer to make a choice - No gun to the head.
    - It's not a make a choice or else.
    - "Real men don't threaten to sue, they just sue"
  - Demonstrate, Disprove and ask dealers to support us at this price point.

- Fred's Prodigy Presentation:
  - Niles = Audio Distribution
  - Control4 = Theater Control
  - Prodigy = Home Theater and beyond
    - Simple Home Theater
    - \+ Distributed Audio
    - \+ Lighting

CRESTRON®



- PTL4 – Ethernet communication to controller only (no cresnet).
- Pre-engraved (no custom engraving)
- Gateway for Prodigy wireless lighting is the only Cresnet device in the system. Product ships with 15ft. of pre-terminated Cresnet. Audio cables also ship with appropriate product(s).
- IR input for attaching Crestron IR Learner.
- No lighting "slave" – period.
- Other products coming soon, including:
  - PT-AMFMXM Tuner
  - P-IDOCV IPod Interface
  - PAMP 4X50 Multi-Zone Amp

- Control4 Pitch to End users:
  - Money/Cost
  - Configuration – No expensive programming
  - Wireless

- Control4 Wizard (findings):
  - 20-30 minutes to get thru the process.
  - Up and going pretty quick, although you step outside and it's very complex. Crestron offers simple to use System Builder
  - Control4 requires training if you go beyond their wizard. 2 day training with a cost of $800, offered in only one location. Crestron on the other hand, offers training at 13 locations in North America with $0 cost to dealers.

- ***Eric Gunter – Drivers not already in Prodigy Composer, we do the creation and send it to them (transparent to the customer).***

Savant:

- Educate the Dealer on Savant – Whom have you built your profitable business on? Crestron.
- Crestron Dealers are not to attend their Dealer meetings.
- **Crestron must be worried about Savant given the position you are taking?** *No, I am worried about you and your long term success. We can handle Savant, we have 98% market share. Crestron is committed and has invested in this industry, R&D and your long term success for the past 40 years. Savant has made what commitment?*
- **Savant has 2 hand held remotes and an IPhone. Can Crestron do away with everything except 2 remotes?** *No, as you come to us for a complete fully integrated solution that you know will work and*

CRESTRON® *know that Crestron will be here to support you now, 5, 10, 15 years from now.*



- Savant Strategy:
  - Steal Crestron Dealers
  - No viable product to address dealer needs
  - Product does have an mystique/aura (Apple)
  - 95% of businesses is on a PC platform; are you going to base your business on a platform used by only 5% of the market?

- ***Dealer: You cannot represent both Crestron and Savant. Zero Tolerance. Immediately consultant with RK on how we treat/address these situations***

- RK to send link on Savant video. RD make it clear to RSM of our policy.

CEDIA 2009:
- Several large manufacturers not attending. Crestron's presence as significant as usual.
- Products:
  - Digital Media
  - V Panels
  - ADMS
  - New Audio Distribution
  - Infinet EX
  - Prodigy
  - TPMC-3X

Digital Media:
- Comparison Guide forthcoming -
  - Drive the DM message extensively with Consultant Channel Managers. Use Comparison and Design Guides.
  - Extron is forcing Dealers and Consultants to choose Extron.
  - Channel Managers to educate consultants on the Extron product and their B.S.
  - Get DM in the brains of all in each channel. The Great Separator/Point of Differentiation.
  - Presentations/Demo's to focus extensively on Toolbox and QuickSwitch technology.

- DM Days:
  - Do not wait for DM Days to drive the message home with Consultants, A+, Enterprise Partners and Dealers. Bring them to

CRESTRON

Dallas office as a guest to drive this message with urgency.



TPMC-4SM:

- Key new product to show Dealers, Consultants, A+ and Enterprise Partners!
- Change the way we've been selling this panel - A full blown PoE touch panel that is F*#@%^! Beautiful.
- Protect our touch panel business. Extron TP are 5 year old technology, the same product we introduced at least five (5) years ago.

Dealer Programs:

- Existing DRP, VIR, Partnership Rewards and CAT5 Programs are withdrawn.
- Partnership and CAT5 Programs were a disaster as they did not drive incremental category sales.
- New DRP Program will drive /incentivize dealers to buy more products in key categories. Category sales targets will differ between Residential and Commercial Channels.

Selling Direct:

- The Market/Business changes and we are required to change if we are to prosper.
- Crestron will make a Pole Vault like product.
- New Distribution/Sales channels, i.e., CDW, Electricians..

RSM End-User Visits:

- Under no circumstances does an RSM visit with an end user to address in any fashion a problem with the home or commercial system. RSM will be terminated if they do so.
- Issues such as this are to be reported directly to Abby Davis for proper handling.

FY 2010 Sales Projections/Budgets:

- Our projections for LY (beginning and mid-year) were too aggressive given market conditions at that time.
- Our business model requires sales growth (refer to D. Hakula's "where were we a Year Ago spreadsheet). [redacted] in order to avoid head count & other cost reductions.
- Review "Conservative-Moderate-Aggressive projection models provided by the Count
- Budgets/Sales Projections for FY 2010 are a "top-down" exercise. Come

CRESTRON®

up with a projection and submit in Weekly Report – Wk of 7.13.09. Visit with dealers and RSM's over the next 2-3 months proving or disproving the number.



**RD Action Items:**

- Have intelligent discussions with key dealers during the next couple of months on the coming year, as well as talk with RSM's and gauge their view of the new FY.
- Cleary communicate the Prodigy message/strategery to RSM's. Demo Kits to include thermostat and will be redone and shipped the last week of July. Execute Dealer demonstrations the first week of August. Kits and software will not be released until they are 100% ready.
- Get with Landon and Dave next week to review TWG and CCS Presentations new VIR.

**Crestron Electronics, Inc.**
15 Volvo Drive
Rockleigh, NJ 07647
Tel: 800.237.2041/ 201.767.3400
Fax: 201.767.7576
www.crestron.com

EXHIBIT 411

# Crestron Electronics Termination Request

| | |
|---|---|
| Date: | 9/2/2007 |
| RSM: | Gordon Isaac |
| Dealer Name: | Plug and Play Media |
| Dealer Address: | 1750 E. Sagittarius Pl<br>Chandle, AZ<br>85249 |
| Dealer Problem: | Has picked up Savant and is unwilling to commit to selling Crestron Exclusively resulting in sales of ($2,349) for the year. |
| Date of Last Meeting: | 3/10/2009 |
| Outcome of Last Meeting: | I met with Mark and explained that I had heard he picked up Savant. He admitted to it. I explained our policy and encouraged him to recommit to Crestron. He said he would think about and decide by the end of week. He never followed up. I called him the following week and he explained that he was not going to stop doing business with Savant. |
| Director Approved (yes/no): | Yes |
| Termination: (immediately or 30 days notice) | 30 days notice |

EXHIBIT 412

| | | |
|---|---|---|
| **From:** | Gordon Isaac | July 31, 2009 3:08:23 PM (-07) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Cyber Sound** | |
| **Attachments:** | | |

Dave,

With Cyber Sounds recent decision to pick up Savant and Control 4, along with recent bids hitting the market with Lutron again, I have been trying to figure out why they would make such drastic changes to their business. The reality is that they get more perks and benefits then any other dealer that I work with.

Dollars$

- They had 3 programs in addition to DRP last year.
- We paid them about $97,000 last year on about $500k in business
- We took back over $110,000 in stock balances and returns to accommodate them and we never charged them a restocking fee.
- We gave them almost $7,000 in free engravings last year
- They only paid $2,835 in shipping the entire year cause we picked up $19,458 of it

Sense
- We took their whole team to dinner at CEDIA last year
- I have taken them out for countless lunches
- You and I have been out to meet with them at least 4 times together in the past year and I see them every 3 weeks or less
- We did a 2 day private training at our office just for them with special demos, food, and everything that took weeks to prepare
- I have done multiple private trainings at their offices to accommodate their schedules
- I have sent them at least 4 leads for nice projects which they said they have not ever had in the past
- We offered to pay for 4 of their guys to go to Vegas and Golf and attend the "Big Smoke". They all had plans that came up and didn't attend
- We had Jimmy Vaughan come out to do a private training for them at which point we gave them one of our waps for free to try
- We have done countless amounts of on-site visits to help them when they need it. Deborah Calimlin, Ryan Pick, Brian Nakumara, and Erwin Monteyro have been to several projects in the past year to support them.
- Glenn Pernick has given them his cell number and they have a direct line to him for anything they need and can't figure out
- From what I was told we gave them ALL of their demo gear in their showroom for FREE
- We have given them a signed letter every year that they have been the top dealer in town. Never done that for Vegas or any other market that I know.
- We gave them not 1, but 2 awards for their performance in '08 including a custom made award for being a $1 Million Dollar Dealer
- We have offered them discounts EVERY time that they have had a competitive issue come up and we have used tech sales very efficiently to get them a competitive design under tight timeframes and circumstances

So I guess what this all means is that it doesn't make Dollars or Sense as to why they are going down this path away from Crestron. I hope that during your meeting we can find out what we have not done to be a good partner cause I don't know of anything that else that we could do.

I can somewhat understand their decision to take on Control 4, however I think that Prodigy will be able to address many of their concerns that they have. If they are not willing to drop Savant however then I feel it is in our best interest and the best interest of the market that we part ways until Cyber Sound is willing to commit to the following.

- Standardize on Crestron
- Lead with Prodigy
- Bring C4 competitive bids to us to address first before bidding C4 and to commit to an exit strategy from C4 when we deliver on our commitment to help them win those jobs
- Be clear with their expectations so that when we provide them the service above and they still aren't happy we aren't sitting here wondering what we are doing wrong

If we continue to allow Cyber Sound to sell Crestron along with Savant then we will be opening up the doors for the rest of the dealers in town that this is a viable solution for their business as well. We also look bad to our dealers since we terminated someone already in this market for bringing on Savant and we have told them all that there is a zero tolerance to Savant. The Savant rep is the same rep who does Runco and Stewart which are the 2 products that many of our dealers sell. If he gets the idea that we aren't going to act, or if the dealers feel we won't act then he will have greater problems. In addition Cyber Sound is a prominent member in HTSA and I have a total of 4 HTSA dealers who have all told me that despite being perused by Savant regularly they will not pick them up. Cyber Sound being so bold as to put it out to everyone that they are Savant, Control 4, and Crestron means that they clearly are trying to make a statement which is one that we can't let them make.

If we lose them as a dealer we will certainly lose SOME business, however I feel that we will be able to regain much of it back. This has been a Crestron market for a very long time and the name is very well known. While this market has been open to a lower cost solution from Control 4 it has not embraced AMX or any other more costly control solutions other than us. There are only 4 Savant dealers in town that I am aware of and 5 if you count Cyber Sound. There is only 1 real project that I have heard of that has been completed. The Savant dealers are all very small and they have not been able to penetrate this market yet. The other dealers in town look at Cyber Sound as the big fish and they want nothing more than to take business away from them. There are at least 6 dealers that compete with Cyber Sound often and know who their builders are. With our support I think it will be easy to get to their business and take projects away. In addition we have a great relationship with many of the largest Electricians in town. Since Cyber Sound started an Electrical division they burned their relationships with many of the Electrical companies so we will have opportunities to projects through them as well.

In summary I would like nothing more than for Cyber Sound to communicate their concerns, drop Savant and C4 as well, and come back to becoming the largest dealer in the territory. If they are unwilling to do this then I don't think we can do anything more to support them and we need to part ways and leave the door open for us to hopefuly reunite when they are ready to become partners again.

Sincerely,

Gordon Isaac
Regional Sales Manager- AZ,NV
Crestron Phoenix
P: 800.827.2188/562.340.0101 Ext. 18044
C: 480.381.7720
F: 602-437-1766
E: gisaac@crestron.com

EXHIBIT 413

| | | |
|---|---|---|
| **From:** | John Gutekunst | June 02, 2008 4:28:45 PM (-04) |
| **To:** | Jason Fiveash; Will Knapp; Warren Lanza | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Savant** | |
| **Attachments:** | | |

Guys, in our last Competitor News (which you read faithfully, right?) there was an article about Savant that caught my attention. They held a dealer council with 70 dealers. It said that the average size dealer was $4M. Those are our dealers – or should be.

I am giving you a direct assignment. You are to talk to every one of your dealers and see if they are representing Savant defined as:

- Did they attend the Savant dealer meeting
- Have they signed a dealership agreement
- Have they purchased demo equipment
- Do they promote Savant on their website or print advertising
- Have they sold and delivered any Savant product to an end user

I want a clear yes or no for each item.

I want to hear from each of you by the end of the week on your top 5 dealers. The next 15 dealers by the end of next week and the remainder by the end of June.

This is a serious assignment. I see Savant as posing a bigger threat to our high end business than any Control4 or Niles. You should be talking vigorously to all of your dealers at this point about sales so make this part of the discussion. We need to know who Savant is counting on for business and – if they are our dealer – why that dealer feels he needs Savant.

**John Gutekunst, CTS**
Regional Director
P: 407.618.0943
F: 407.261.0913
E: johng@crestron.com

**Crestron Electronics, Inc.**

1060 Maitland Center Commons

Suite 150

Maitland, FL 32751

www.crestron.com

EXHIBIT 414

| | | |
|---|---|---|
| **From:** | John Gutekunst | October 10, 2008 8:27:34 AM (-04) |
| **To:** | Warren Lanza; Jason Fiveash; Will Knapp; David Jones; Tom Baggs | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **FW: Savant** | |
| **Attachments:** | | |

Guys, I can't restate this any better than RK has. This is the message we have to tell our dealers and ourselves every day. If we get caught up in product features we'll lose. Somebody can do something we can't and we can do something they can't. It's a losing battle.

The dealers that get this are the ones that are doing well – with us and in general. Don't let any dealer stake his future on Savant or anybody else. We've got the product and the organization to keep them in business and making money.

John Gutekunst

Regional Director Crestron Florida

1060 Maitland Center Commons

Maitland, FL 32751

(407) 618-0943 Direct

(407) 261-0913 Fax

johng@crestron.com

---

**From:** Randy Klein
**Sent:** Thursday, October 09, 2008 12:21 PM
**To:** Wayne Swirnow; Mark Swiderski; John Gutekunst; Landon Lovett; Jerrie Anderson; Dave Sell; Phil Cowling; Jason Tirado
**Cc:** Bill Schafer
**Subject:** Savant

I had a discussion with one of our NE RSM's this morning regarding Savant. He was saying that Savant is targeting our big dealers doing anything they can think of to get them to consider Savant, or even switch. That discussion prompted me to write to him my feelings. Below is my email to him. Read it and let's stick by it.

I don't think we'll ever be successful battling a competitor like Savant...or any other like competitor for that matter....on a product or feature basis. Back in the early days of Crestron, we had the same battle...but from the other side. Crestron was always (and continues to be) the technological leader. Our products were simply better in every way. Our only competitor was AMX. Even they admitted, and told all customers, our products were better than there's! However, they continued to dominate us and marketplace...for one reason. They were the leader, and it was easy to do business with Crestron. In this these most uncertain times, why would any dealer, or any customer put their money and their future into an unknown? Even John Clancy (he's one of our largest, most loyal dealers here in NY) asked the Savant management to show him 1 house that uses their product day in and day out. They never answered the question. We all say that customers are scaling back, their uncertain, and their scared. The only reason they would choose Savant is because we let them. This is our job as sales people, Ken, not product development. Yes, when we get our SDK, that will answer an objection...for now. But long term, you and everyone else needs to sell the 45 years and millions of customers that rely on Crestron everyday. Not just homes, but businesses, schools and governments. Savant might have a "tight" relationship with Apple. And they may ask them to speak at a meeting. But Crestron is a DOEM partner of Microsoft. Microsoft depends on Crestron products to help run their company everyday. I think Apple is cool. I even have one myself rather than a PC. But cool doesn't make money. Reliability, stability, experience, vision and leadership makes money. Compare those on a chart with Savant, not graphics.

No Crestron dealer is a Savant dealer....ZERO tolerance.

Randy Klein
Executive Vice President

EXHIBIT 415

| | | |
|---|---|---|
| **From:** | Warren Lanza | July 09, 2010 4:20:43 PM (-04) |
| **To:** | John Gutekunst | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **2011 Predictions** | |
| **Attachments:** | | |

John,

Ok I've given it a lot of thought. Here are some of the issues I am taking into consideration.

**Challenges**

- **Market Share** – We have the majority position. There is not a lot of market share left to steal in TP/Processor, Lighting Control, Amps, etc. As a matter of fact, we are in a defensive position now.

- **The AV industry is not poised for growth** except in areas such as Ipads that don't really help us. 3-D TV isn't driving anyone to the stores. Can't rely on the rising tide increasing our biz.

- **The real estate outlook in my territory is among the worst in the nation**. *"Dade County has the highest **mortgage delinquency rate in the nation.** A whooping 12.26 percentage of **mortgages** are 90 days or more delinquent."* There are over 50,000 foreclosures filed and they can only put 25,000 per year up for auction at the current run rate. Not all of these sell. This is a 2-3 year problem min. Here are the bldg permit #s. Sorry but real estate does affect our biz, maybe not track homes but when you are at less than 10% of previous bldg levels it matters. It seems to be trending up but there will be a lagging hole.

**Single Family Home Bldg Permits Dade County**

| | |
|---|---|
| 2003 | 8,740 |
| 2004 | 9602 |

| | |
|---|---|
| 2005 | 9771 |
| 2006 | 6325 |
| 2007 | 2951 |
| 2008 | 1006 |
| 2009 | 572 |
| 2010 | 532 ytd |

**Single Family Home Bldg Permits Naples**

| | |
|---|---|
| 2003 | 128 |
| 2004 | 173 |
| 2005 | 198 |
| 2006 | 96 |
| 2007 | 82 |
| 2008 | 83 |
| 2009 | 39 |
| 2010 | 43 ytd |

- **I will be losing business to other Crestron Channels for the 1st time.** Casey is obvious, Stenger will cost me biz too. RK promised me it will happen.

- **We have a high end Control System Competitor for the 1st time in years**. Savant will take some biz. Not much hopefully, but some. C-4 is still here too.

- **Pricing is being driven down.** Infinet is cheaper, loss of RF touchpanels to Ipad, Prodigy can do

many of these jobs. It's better that we have these price points than not compete but it will affect the overall gross sales.

- **Dealers going out of business –** I lost 3 dealers this year and another 6 or so are on life support. More will go away this year. Especially some of the new tiny dealers I put on.

**Positives –**

- **Best support network in the industry**
- **New product offerings as always**
- **Miami remains a destination for the wealthy**
- **Strong Brand name in the industry. We will work on growing the brand this year.**
- **Dealers are expanding geographically and into commercial.**

## R2-3 2011 Projection $ 7,575,000.00

EXHIBIT 416

**From:** Michael Mongiardo June 23, 2011 9:59:56 AM (-04)
**To:** Chris Perkins; Dave Sell; Jerrie Anderson; John Gutekunst; Philip Cowling
**Cc:** Ray Coneys
**Bcc:**
**Subject:** **Competitive Pricing**

**Attachments:**

Chris/Dave/Jerrie/John/Phil:

Its that time again. We are currently looking for any competitive price lists we can get our hands on so we can keep pumping out all those great competitive quotes and analysis'!

The ones we are looking for in particular are....

**Savant**
**Control4**
**Extron**
**AMX**
**Lutron**
**Magenta Research**
**RGB Spectrum**

Anything you or your RSMs can do would be a huge help. Thanks!

**Michael Mongiardo, CTS, DMC-D**
Manager of Residential Design - Sales Support Services
Office: 800.237.2041 x10220
Fax: 201.767.5558
Email: mmongiardo@crestron.com
**Crestron Electronics, Inc.**
15 Volvo Drive
Rockleigh, New Jersey 07647
www.crestron.com
www.twitter.com/crestronhq
www.facebook.com/crestronhq

Crestron Electronics' Email Disclosure

http://www.crestron.com/images/static/email/signatures/

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

EXHIBIT 417

**From:** Randy Klein November 10, 2008 11:04:54 AM (-05)
**To:** David Hakula
**Cc:**
**Bcc:**
**Subject:** **FW: RD Meeting Recap**

**Attachments:**

Randy Klein
Executive Vice President

------ Forwarded Message
**From:** Randy Klein <rklein@crestron.com>
**Date:** Mon, 10 Nov 2008 10:51:28 -0500
**To:** Wayne Swirnow <wswirnow@crestron.com>, Mark Swiderski <mswiderski@crestron.com>, John Gutekunst <jgutekunst@crestron.com>, Landon Lovett <llovett@crestron.com>, Jerrie Anderson <janderson@crestron.com>, David Sell <dsell@crestron.com>, Phil Cowling <Phil Cowling>, Randy Klein <rklein@crestron.com>
**Cc:** Bill Schafer <bschafer@crestron.com>, Jay Almer <jalmer@crestron.com>, Keith Kennedy <kkennedy@crestron.com>
**Conversation:** RD Meeting Recap
**Subject:** RD Meeting Recap

It was good to see you all last week. I know it's a lot of travel...for some...but I really think the day was productive and needed. I want to try to do these meetings much more frequently. They will be relatively short and impromptu, without a lot of formal agenda items. I would like to focus more on a specific item, and then spend the bulk of the day discussing as a group. We will always walk away with a "To Do" list. In addition, we'll save a portion of the day to discuss day to day business items.

As such, the subject of our meeting last week was the next 60 days, ending Dec 31, and how to achieve our sales goal....sales parity for the two periods July 1, 07 – Dec 31, 07 and July 1 08 – Dec 31,08. Summary and action items are as follows:

**GENERAL THEME**
The general message is to do nothing but concentrate on achieving our target by Dec 31. Spend no time, use no resources, lead your people to only work on those things that produce sales revenue for the next 60 days.

**SALES**
Each territory committed to the sales targets ending Dec 31.
Wayne [redacted]
Mark
Jerrie
Dave
John
Landon
Phil

**ACTION ITEMS TO ACHIEVE SALES**
Concentrate on stealing business from competitors....AMX, Extron, Control 4, Lutron only. Do not waste time on other competitors unless the return is large
Target only your large dealers...those that have a potential of producing big dollars quickly
Call in favors
Use Bill or Keith only for very specific immediate, well qualified targets. No traveling around with these guys
Determine which market, residential or commercial, will produce the most immediate results
Follow every step of each large job, leaving nothing to chance, and especially not in the hands of the dealer or consultant. It's your sole responsibility
Concentrate on those targeted product lines discussed
When your guys go into dealers, look at all the possibilities for sale, not just the obvious
- The easiest clue is to look at your own rack in your demo room and compare it your dealers. Is there the same amount of Crestron?
- Simple things like Crestron WAPs and power conditioners are easy sales if you ask for them
- Replace Extron switcher and ML sales immediately...not the next time they design jobs

Get creative and make deals. Remember the switcher pricing example I discussed
Put real consequences on your people should they achieve their individual objectives
- 90 day review
- Impact on salary review
- Possible territory cut

[redacted]

**AMPS**
The only objective is increase sales. Sales on amps have declined drastically. The only way to do this is to restore the 1:1 ratio of PAD8's to amps
We will be announcing this week a large price reduction on amps via packaging PAD8's with amps.
Each of your RSM's must take this package out immediately and walk away with orders...NOW

**SWITCHERS**
Switchers are more of an embarrassment than anything. We stopped selling them....period
Each of you send in today your 60 switcher commitment. As with sales, make the consequences clear and steep for RSM's not making their promise
Like amps, your guys have to walk into a dealership and expect to walk out with orders....no promises
We will have debit cards available this week for sales people. $100 for every switcher sold. Brian Celi will be contacting you shortly with details

**ADAGIO**
Identify those dealers that are selling Niles and take Keith to them...provided you have done the screening and qualification....no traveling around with RSM's

**MPC**
Target Crestron/MediaLink dealers and go make deals now. Again, like switchers, don't leave without an order. Dealer habits are the only thing stopping a sale
We will make available debit cards for sales people effective this week. $50 for each MPC sold. Brian Celi will be contacting you shortly

[redacted]

**COMPETITION**
Absolutely ZERO tolerance for any of our dealers representing Savant. Consequences will be major for any RSM dropping the ball
One by one, address those dealers selling C4

**HTSA/USAV/PSNI**
Make sure your guys are getting these programs out to the applicable dealers.

That's it for now. Please address the sales objectives daily. I want progress reports as often as needed. I would like to have our next meeting Jan 6, arriving on the evening of the 5th.

Randy Klein
Executive Vice President

------ End of Forwarded Message

EXHIBIT 418

**From:** Randy Klein November 06, 2008 9:44:52 PM (-05)
**To:** John Gutekunst
**Cc:**
**Bcc:**
**Subject:** **Re: Sean Riordan**

**Attachments:**

No..as long as he's not promoting or representing it

Randy Klein
Executive Vice President

---

**From:** John Gutekunst <jgutekunst@crestron.com>
**Date:** Thu, 6 Nov 2008 16:47:11 -0500
**To:** Randy Klein <rklein@crestron.com>
**Subject:** Sean Riordan

Randy, I just spoke with Sean; in short, he knows who his partner is – Crestron - and what his business is built around. He has no obligation to Savant, is not a dealer for their products and has no plan to sell it. If you want more detail tell me, but we are solid with him.

**John Gutekunst**
Regional Director

Office: 866.273.7876 x14011
Direct: 407.618.0943
Email: johng@crestron.com
**Crestron Florida, Inc. - Orlando**
1060 Maitland Center Commons
Suite 150
Maitland, Florida 32751
www.crestron.com <http://www.crestron.com>

EXHIBIT 419

# Week of July 13, 2009

## Dealers

[redacted]

**Scott Smith / Joe Laurin / Jason Sachs -** I debriefed the guys on our plan regarding Prodigy, and Savant. They understand we will approach dealers carrying both Crestron & C4 first. Demo/Program the product and get their commitment. If we get it great, if not, then we'll sign up everyone around them. Second priority is approach C4 only dealers and make them Prodigy only dealers. We will not discuss Prodigy with Crestron only dealers. Further, any dealer signing up Savant, will be warned to choose: Crestron or Savant, not both. If they can't commit to us, then they will be dropped. We can't let Savant get a foothold in our channel and let our dealers educate them on the control business. Further, all of them understand the importance of DM; and we have to push it hard. Everyone expects a better year by about 12-13% over last year. As for Prodigy, they like that it's inexpensive, easy to program and that we decided to include the T-Stats. They still think we should have on-screen menus, but won't have a problem overcoming the objection. Very excited.

## Market Development

[redacted]

[redacted]

## Sales/New Dealers/Prospects/Category 5 Dealers/Other

**Sales -** We had a Director's Meeting in NJ. The primary topics were: '09 Sales Review; Prodigy Introduction; Zero-tolerance for Savant; Revamped DRP w/ incentives for supporting Crestron's line; CEDIA; DM; End-user complaints should go to Abby; Experience Center; Distribution--CDW. Regarding Prodigy, we will address Crestron dealers using C4 by showing them software, products, and ask them if they'll choose Crestron over C4? If not, we sign up every electrician/security guy inthe area as Prodigy-only dealers. Each Resi RSM will have their own Prodigy case, and will actually program their systems as part of their dealer demonstrations. Prodigy ships August first. I'm holding Prodigy training on July 30th following our quarterly meeting on the 29th. I'm forecasting $40.8M for fiscal 2010, which will put us on a growth path from 2008 levels, or 14% growth from '09. I honestly believe that with the advent of DigitalMedia, Prodigy, and the '09 bottom, that we'll achieve it. Other than Steve and Joe, no one earned bonus last year, and they're hungry to get back to winning ways. We're very excited to turn this around.

**New Dealers -** No new dealers last week, but sent out 4 new dealer apps.

**VIR Dealers -** AVI-SPL,Whitlock, SBC

## Issues

**Renew South Lease --** I forwarded lease information for the South office to David Hakula. We are currently paying $14.8K /month and if we renew the lease for another 3 years, prior to August 1, we can renegotiate and to around $12.2K/month and save about $2,700 monthly.

**New Mid-Atlantic Office --** We've been in the Reston office for 3 years, and are inside of 2 years left on the lease. I'd like to start looking for a new space with larger meeting space, training facilities, because it is very cramped. With Travis Hull leaving for Vegas, I have a good candidate for replacement--Matt Thompson. We also need another junior tech for the phones. Moving all of Virginia into this territory has increased Mid-Atlantic sales from 28% to 42% of total revenues, and requires increased support facilities. Rental prices are low right now, so we could probably lock into a great price in a better location.

## Next Week

JTIC con call

# EXHIBIT 420

# Week of April 6, 2009

## Commercial/Residential/Lighting Sales

[redacted]

**Scott Smith -** Scott agreed to $1.2M this quarter, which will land him at $5.5M for the year, down $1M from last year. Scott and I met with Total Home Entertainment--last year they did over $300K with us, and YTD less than $10K. They went through a management change, and we actually thought they were going out of business, but the new owner admitted he was buying Control4 for small cookie cutter jobs. He said they're committed to Crestron and have a number of large jobs ready to pop, about $300K, but also admitted they are C4's largest dealer in the area (our research confirms, and they did $136K with them this year). I asked, "if all things were equal or better, would you choose Crestron", they said absolutelyAfter explaining System Builder, Composer and the new Prodigy line; they called and confirmed they want to standardize on Crestron across the board, and are dropping C4. They're sending over 4 projects to convert immediately.

**Jason Sachs -** Jason committed to $1.1M this quarter. With that, he'll reach $3.1M in sales this year. I'm going to push him very hard to find the other $500K to get back to last year's number of $3.6M. Scott is starting bi-weekly calls with the other Resi guys (I'm sitting in to provide direction), so they can share what's working, etc. Frankly, I think Jason is out of his depth. He has good work ethic, likeable, etc, but overcoming obstacles is not his strong suit. I'm actively looking for a new Resi person for DC. 2 projects will release in May for a total of $500K.

**Joe Laurin -** Joe's on board for $1.6M. If he can achieve a better than $500K/month run rate for this last quarter, that's a step in the right direction, since his best month was $400K this year. As with all of these folks, I'm pushing for more.

## Consultants/A+/GSS/Corporate

[redacted]

[redacted]

## Sales/New Dealers/Prospects/Category 5 Dealers/Other

**Quarterly Meeting & Salesforce.com Training -** On Monday, the Sales & Market Development team were all provided Salesforce.com training. The purpose today, is to enable us to work they way we have in the past with a better tool to organize our contacts in a central repository. It goes live on the 15th. On Tuesday, Randy came in for our quarterly meeting. We discussed sales (commercial flat YTD, residential down 25%). If we did a better job displacing Control4, Niles, etc., then our residential business would be consistent with commercial. Last quarter, we brought on 13 new dealers; 25 CAT5 dealers; and made a couple of changes organizationally--Christina all A+; Morgan took over corporate from Adam. We need $15M in Q4 to breakeven with last year. All of the RSM's committed to $13M; and I challenged the Market managers to dig up an additional $2M to make up the difference. Everyone's on board. Our focus is sales, as well as continue CAT5, and sign up new dealers.
**New Prospective Dealers (RSM) -** Integrated Surroundings (Scott), MCW (Steve)
**New Dealers -** None last week.

**Cat 5 Dealers (10% Rebate) -** Matrix Installations (Joe L); Chesapeake Smart Homes (Jason); All Around Technology (Jason); AV3 (Jason); Powerhouse (Jason); HiTech Innovations (Joe L); EES (Joe L); Home Logic (Scott S); Bertek (Scott S); Arc Light (Jason); Performance Home (Jason); Sci-Fi (Jason); Smart Homes of America (Jason); Megahertz (Jason); Deja Vu (Jason); Electronic Interiors (Jason); Atlantic Multimedia (Jason); AV One (Joe L); Pair Electronics (Joe L); MGMedia (Scott); Home Logic (Scott); Elite Audio Video (Joe); Automated Lifestyles (Scott); Boulevard AV (Jason); Phoenix Systems (Scott), Stereo Video (Joe L), AVS Designs (Joe L); Integrated Media (Joe L); Converge (Joe L); 3C Systems (Joe L), Absolute Customs (Jason), Electronic Home (Scott), *Total Home Entertainment (Scott), Progressive Entertainment (Joe L)*
**HTSA Dealers (5% Rebate--No Savant/Control 4) -** Gramaphone, IMS, Audio Advice, AVX
**VIR Dealers (10% Rebate) -** AVI-SPL, Technical Innovations, Whitlock, SBC, WPS

## Issues

## Next Week

Crank up Q4!

# Week of April 20, 2009

## Commercial/Residential/Lighting Sales

[redacted]

[redacted]

**Jason Sachs -** I'm looking for candidates to possibly upgrade the RSM resi position in DC. I interviewed Mark Shaughnessy, formerly owned his own rep company selling McIntosh and SpeakerCraft. Mark has been around the block a bunch, but has relations with the resi dealers in the Southeast. If he were to come on board, I'd likely rearrange the current resi guys, and have Joe or Scott focus on DC, and have Mark work the Carolinas. I'm also looking for a Consultant Manager for Atlanta (to replace Richard McPherson), and he could be a fit there. Randy will meet him on the 11th. As for Jason, he hasn't matured as quickly as needed to overcome objections in this tough environment--good guy, just not there.

**Joe Laurin / Scott Smith -** The morning following the Director's meeting, I had a meeting with the resi RSM's to guide them on the direction of the new Prodigy line. In a nutshell our current plan of discounting product to meet C4 pricing will ultimately put us out of the resi business. Our dealers tell us they support C4, because it's "easy and affordable". A $15Kplus C4 job is none of those things...that's a system that should have been sold as Crestron. Anyone that thinks Control4 is the same as Crestron, but less expensive doesn't get it, because it's simply not true. The cheapie solution is their $500 remote and processor, and that's where the Prodigy line is targeted. The strategy moving forward is to sell Prodigy for the simple solution (PMLX2, PMC2, some light switches, use a third party receiver for surround and an extra zone of audio, E-Control and I-Pod control); above that is Crestron core with all the value that line provides--expandibility, customization, seamless integration of lights, hvac, audio, video, switching, etc.). No more Control4, and zero tolerance for Savant. Target customers are: Crestron dealers currently doing Control 4; and Control4 only dealers--no current loyal dealers.

## [redacted] s/A+/GSS [redacted]

[redacted]

## Sales/New Dealers/Prospects/Category 5 Dealers/Other

**Sales -** Last week we held our quarterly Director's meeting with Randy in NJ. We discussed: the numbers--down $22M YTD; and in the South/MA we need $15M in Q4 to breakeven. New Dealers--must get new dealers to replenish and strengthen our channel. While we can't control the economy, it's certainly within our control to prospect and bring on new dealers--zero tolerance for failure to meet our goals. Big discussion about Control4--root it out with Prodigy/Crestron lines. Savant-zero tolerance.
**New Dealers -** Haynes (Michael); AVE (Michael); AVA (Joe L)

**Cat 5 Dealers (10% Rebate) -** Matrix Installations (Joe L); Chesapeake Smart Homes (Jason); All Around Technology (Jason); AV3 (Jason); Powerhouse (Jason); HiTech Innovations (Joe L); EES (Joe L); Home Logic (Scott S); Bertek (Scott S); Arc Light (Jason); Performance Home (Jason); Sci-Fi (Jason); Smart Homes of America (Jason); Megahertz (Jason); Deja Vu (Jason); Electronic Interiors (Jason); Atlantic Multimedia (Jason); AV One (Joe L); Pair Electronics (Joe L); MGMedia (Scott); Home Logic (Scott); Elite Audio Video (Joe); Automated Lifestyles (Scott); Boulevard AV (Jason); Phoenix Systems (Scott), Stereo Video (Joe L), AVS Designs (Joe L); Integrated Media (Joe L); Converge (Joe L); 3C Systems (Joe L), Absolute Customs (Jason), Electronic Home (Scott), Total Home Entertainment (Scott), Progressive Entertainment (Joe L)
**HTSA Dealers (5% Rebate--No Savant/Control 4) -** Gramaphone, IMS, Audio Advice, AVX

[redacted]

**Next Week**

[redacted]

## Week of May 11, 2009

**Commercial/Residential/Lighting Sales**

[redacted]

[redacted]

[redacted]

**Jason Sachs -** Randy interviewed Mark Shaughnessy for Resi position. Seemed to have all the skills, but something seemed off besides frequent job changes. I spoke with Jason Tirado, and he indicated that too much time is spent on personal issues, so I'm going to continue the search.
**Joe Laurin -** Audio Interiors--$20K in Hatteras. Sound Decision has a small one coming. AV Architects has a couple Adagios in the works.
**Scott Smith -** Scott was on vacation last week.

**Consultants/A+/GSS/Corporate**

[redacted]

[redacted]

## Sales/New Dealers/Prospects/Category 5 Dealers/Other

**Sales -** Residential continues to drag on overall sales. [redacted] I will say that everyone is doing the best they can, and attitudes are high--no one is complaining or making excuses--and trying to get everything possible. I expect over $3M again this month.
**New Dealers -** No new dealers last week.

**Cat 5 Dealers (10% Rebate) -** Matrix Installations (Joe L); Chesapeake Smart Homes (Jason); All Around Technology (Jason); AV3 (Jason); Powerhouse (Jason); HiTech Innovations (Joe L); EES (Joe L); Home Logic (Scott S); Bertek (Scott S); Arc Light (Jason); Performance Home (Jason); Sci-Fi (Jason); Smart Homes of America (Jason); Megahertz (Jason); Deja Vu (Jason); Electronic Interiors (Jason); Atlantic Multimedia (Jason); AV One (Joe L); Pair Electronics (Joe L); MGMedia (Scott); Home Logic (Scott); Elite Audio Video (Joe); Automated Lifestyles (Scott); Boulevard AV (Jason); Phoenix Systems (Scott), Stereo Video (Joe L), AVS Designs (Joe L); Integrated Media (Joe L); Converge (Joe L); 3C Systems (Joe L), Absolute Customs (Jason), Electronic Home (Scott), Total Home Entertainment (Scott), Progressive Entertainment (Joe L)
**HTSA Dealers (5% Rebate--No Savant/Control 4) -** Gramaphone, IMS, Audio Advice, AVX
**VIR Dealers (10% Rebate) -** AVI-SPL, Technical Innovations, Whitlock, SBC, WPS

## Issues

## Next Week

AVI-SPL show in DC.

# Week of June 15, 2009

## Infocomm '09

[redacted]

[redacted]

[redacted]

[redacted]

## Residential

**Scott Smith -** Scott will top $500K this month, so he's had steady improvement over the last 3 months. It does indeed appear that the dust is settling--fewer are going out of business; and the well managed dealers are benefitting and getting stronger.

**Joe Laurin -** North Carolina appears to be the last area of pain, primarily due to the strong banking presence there--but we're seeing signs of life here too. Will top $400K this month.

**Jason Sachs -** Jason will top over $400K for the first time this year. He's signed up 4 new dealers in last 3 months and looks like he may be salvageable. I'll continue to look for a new RSM for this territory, but Jason's got energy, spirit, and he's likeable; and may be turning into a salesman as well.

## Sales/New Dealers/Prospects/Category 5 Dealers/Other

**Sales -** [redacted]

**New Dealers -** Custom Aquarium (Jason), AV Company (Joe L), IQ Home (Jason)

**Cat 5 Dealers (10% Rebate) -** Matrix Installations (Joe L); Chesapeake Smart Homes (Jason); All Around Technology (Jason); AV3 (Jason); Powerhouse (Jason); HiTech Innovations (Joe L); EES (Joe L); Home Logic (Scott S); Bertek (Scott S); Arc Light (Jason); Performance Home (Jason); Sci-Fi (Jason); Smart Homes of America (Jason); Megahertz (Jason); Deja Vu (Jason); Electronic Interiors (Jason); Atlantic Multimedia (Jason); AV One (Joe L); Pair Electronics (Joe L); MGMedia (Scott); Home Logic (Scott); Elite Audio Video (Joe); Automated Lifestyles (Scott); Boulevard AV (Jason); Phoenix Systems (Scott), Stereo Video (Joe L), AVS Designs (Joe L); Integrated Media (Joe L); Converge (Joe L); 3C Systems (Joe L), Absolute Customs (Jason), Electronic Home (Scott), Total Home Entertainment (Scott), Progressive Entertainment (Joe L)

**HTSA Dealers (5% Rebate--No Savant/Control 4) -** Gramaphone, IMS, Audio Advice, AVX

**VIR Dealers (10% Rebate) -** AVI-SPL, Technical Innovations, Whitlock, SBC, WPS

## Issues

**SAS--**asked if we could make a Fliptop with a 6" Touchpanel?

**Duke--**looking for a Fliptop with our 4" Touchpanel with 1/4" removed from flip plate, so they can shut the top when connected during meetings?

## Next Week

Last few days of the year--final push.

# Week of June 29, 2009

## Dealers

**Steve Beckler -** Steve finished '09 at $5.7M or 97% of goal. He exceeded the revised goal of $5.2M and signed up 2 new dealers. I expect Mid-Atlantic commercial sales to continue to be strong this year.

[redacted]

**Scott Smith -** Scott had $4.7M or 61% and signed up 5 new dealers. He met his revised goal of $4.7M. His last 4 months showed growth each month.

**Joe Laurin -** Joe ended with $3.1M or 60% of goal and signed up 6 new dealers. He finished well short of $4.5M revised goal. Residentially the Carolinas continue to be sluggish, since so much is centered around the banking industry. It's been 18 months of poor sales, so I expect it will improve this year. C4 is strong here.

**Jason Sachs -** Jason had a strong June, inconsistent but effort is there. He finished up with $2.5M in sales or 60% of goal, and signed up 6 new dealers. Also finished below revised goal of $3.4M.

## Market Development

**Consultants -** Mark Shaughnessy joins us in the South on July 6th.

[redacted]

## Sales/New Dealers/Prospects/Category 5 Dealers/Other

**Sales -** [redacted] Residential sales were down 28.9%--$10.3M compared to $14.5M of a year ago. [redacted] Across the board residential RSMs finished at 60% of goal. Signed up 26 new dealers. For the coming year, a couple of areas for consideration--Digital Signage (AMX is using this as a way to get into Crestron accounts); Prodigy Launch (complete stand-alone line against C4 targeting ALL C4 dealers that wouldn't normally qualify for Crestron (security dealers)). People are optimistic about this year.

**New Dealers -** MCW (Steve), Asheville Home (Joe L), Wire Right (Jason)

**Cat 5 Dealers (10% Rebate) -** Matrix Installations (Joe L); Chesapeake Smart Homes (Jason); All Around Technology (Jason); AV3 (Jason); Powerhouse (Jason); HiTech Innovations (Joe L); EES (Joe L); Home Logic (Scott S); Bertek (Scott S); Arc Light (Jason); Performance Home (Jason); Sci-Fi (Jason); Smart Homes of America (Jason); Megahertz (Jason); Deja Vu (Jason); Electronic Interiors (Jason); Atlantic Multimedia (Jason); AV One (Joe L); Pair Electronics (Joe L); MGMedia (Scott); Home Logic (Scott); Elite Audio Video (Joe); Automated Lifestyles (Scott); Boulevard AV (Jason); Phoenix Systems (Scott), Stereo Video (Joe L), AVS Designs (Joe L); Integrated Media (Joe L); Converge (Joe L); 3C Systems (Joe L), Absolute Customs (Jason), Electronic Home (Scott), Total Home Entertainment (Scott), Progressive Entertainment (Joe L)

**HTSA Dealers (5% Rebate--No Savant/Control 4) -** Gramaphone, IMS, Audio Advice, AVX

[redacted]

**Issues**

[redacted]

**Next Week**

EXHIBIT 421

| | | |
|---|---|---|
| **From:** | Dave Sell | August 02, 2009 9:43:09 PM (-04) |
| **To:** | Randy Klein | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: Itin for Tues & Wed** | |
| **Attachments:** | | |

Training is perfect. No better time (I assumed we would do this).

Agreed on Eric not being there. No purpose as we discussed in NJ.

We'll finalize the itin tomorrow. Yes, Cybersound will be tough. We need to be firm and not waiver. I don't think Jon believes we will cut him off. There's no question in my mind he's playing chicken w/us. Good or bad, we need to conclude it all on Wednesday. No 'I'll get back to you guys tomorrow' BS. This drama has gone on way too long.

I'll call you tomorrow early afternoon.

Dave Sell, Director

Crestron West

5660 Katella, Ste. 150

Cypress, CA 90630

800-827-2188 x. 18016

562-596-0713 fax

714-875-0879 mobile

www.crestron.com

**From:** Randy Klein
**Sent:** Sunday, August 02, 2009 3:54 PM
**To:** Dave Sell
**Subject:** Re: Itin for Tues & Wed

Just as a further thought, as long as everyone is there, perhaps it would be best to conduct the training class (as I described in my email) right after lunch. That way, everyone's on the same page. It's good Eric is not in the office. He should have nothing to do with Prodigy. He should not be in the training session.....no technical. A visit with Custom Systems Integration would be fine if it will go a long ways. If we have time, we can go to the other dealer. But I don't know if I'll have time to see John. CyberSound is the main mission. This is going to be tough. We can try our best with C4 vs Prodigy. But if he is going to have to make a choice between Savant and us. If he wants to continue to sell Savant, we say goodbye on Wed...plain and simple.

Randy Klein
Executive Vice President
ion

---

**From:** David Sell <dsell@crestron.com>
**Date:** Sun, 2 Aug 2009 17:35:45 -0400
**To:** Randy Klein <rklein@crestron.com>
**Cc:** David Sell <dsell@crestron.com>
**Subject:** Itin for Tues & Wed

Randy:

Here is my suggestion for our time together this week….

Tuesday:
- I'll meet you at your hotel and we can have breakfast there or somewhere close by. I think 7:30 would be good.

- Meet at CW by 9:00. To give everyone time to get to the office, I set the meeting start time at 10:00 am.

- Meet with the RSM's from 10:00 am – 12:00 noon. We'll have lunch after.

- After lunch we can go visit some of Brian Nachum's Resi dealers that are selling C4, show them Prodigy (after Brian and I successfully program it) and get them on their way to dropping C4. Or, did you want me to get you back to the hotel to be with your family? Please advise.

o NOTE: Eric Stanley will not be in the office on Tuesday as he will be in the LV office getting Travis Hull up and running. Tuesday is Travis' first day in the LV office.

- You and I have dinner together on Tuesday night if possible.

Wednesday:
- I can pick you up at your hotel at 7:30 am. I would like to leave for PHX around 8:30 am, land at 9:30 am.

- Visit Custom Systems Integration/Eric Hulstedt & Scott Samsal. They are the other big dealer of ours in PHX and have not done what Cybersound has done (bring on our competition). They stand firm around Crestron and have a new office/showroom that I haven't seen yet. A visit from us will go a long way with these guys.

- I suggest we have lunch with Doug Greenwald and his partner Ed from Creative Sound & Integration. Another strong supporter of us that has made statements to Gordon that they have considered C4 and/or Savant. They will have just returned from visiting HQ so the timing would be perfect.

- We are confirmed at Cybersound at 2:00 pm. We'll bring the Prodigy demo case and do our thing with them. We need to ask Jon Summer to stop his activity with C4 (he has already brought them on) and drop Savant. We'll take it from there. I have a full report for you on what we have done for Jon over the past few years. It's unbelievable when you look at it. All of this has been shown and said to Jon a thousand times.

- After Cyber, we should go and see John Godbout as he is right around the corner. We can be back to the airport by 5:00 where you can return to CA. I am staying in PHX on Thursday and leaving for HQ that night on a red-eye to NJ.

I suggest we fly into Scottsdale airport/FBO is possible. This will save us a lot of time. We'll need a rental car there.

That's the basics right now. Please review and comment as required.

Have a good flight to CA.

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com <http://www.crestron.com>

# EXHIBIT 422

| | | |
|---|---|---|
| **From:** | Craig Gulley | August 04, 2009 8:49:11 PM (-04) |
| **To:** | Randy Klein | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **FW: competition** | |
| **Attachments:** | | |

Randy,
FYI
John Selby, owner of Stereo One, 2 showrooms, one in Cape Girardeau Missouri, the other in Springfield, Missouri. They are currently a $200K per year dealer with the potential, in my opinion, for $500K. He wanted me to pass on his concerns that he addressed to me about the competition between Crestron, C4 and Savant. I have also forwarded my comments back to him in our back and forth conversations about these issues.

Thanks

Craig D. Gulley, CTS
Regional Manager, Residential Channel Sales

Office: 800.949.3465 x15213
Direct: 847.631.2738
Fax: 847.437.6052
Email: cgulley@crestron.com

Crestron Midwest, Inc.
617 East Golf Road
Suite 101
Arlington Heights, Illinois 60005
www.crestron.com

P Consider the environment, please don't print this e-mail unless necessary.

-----Original Message-----
From: Craig Gulley
Sent: Tuesday, August 04, 2009 7:28 PM
To: 'John Selby'
Subject: RE: competition

John,
This is a lot to digest, so let me start where you left off. There is no more discussion of termination of your dealership. You are a business person and ultimately responsible for what happens to your company. It is my job to convince you that my products best meet your needs. This is a long term partnership not a relationship that gets held hostage because of business differences. Having said that let me address your concerns about both companies from a more direct and less emotional basis, for I fear you are standing in front of a big tree and can not see the forest.

C4
No one at Crestron as said "exterminate the competition". This was a quote in CEPro from a non-Crestron person "lurking" on the Remote Central website user group, Hardly the definitive authority to Crestron's long term plans! Why did we build Prodigy? Let's use my territory as an example, and by extension all Crestron territories, give your take a few percentage points. I look after 70 dealers in my territory. How many of those do you think are C4 dealers? The answer is 1 dealership with 2 locations (guess who that is.. Hehehe). That means I have 69 dealers that need to sell product in this price range. How do I know that? Well I can tell you that I would be a reverse C4 Platinum dealer for the amount of business I have won using competitive means and our Adagio products over the last 12 months. It doesn't take too much math to realize that this is why we built Prodigy. We built it because it is a market share that we did not have for our existing dealers, very loyal dealers that relied on us to help them win jobs and had confidence that we would deliver a competitive product in a short period of time, with all the Crestron benefits attached, so they didn't have to go looking for alternatives. In addition, we have always had an extremely good "30,000 foot" view of our market and the economy. Because of this, we understood that a more economical solution would be needed now.
You are right that there should be a "pucker" factor in the C4 world, but not at the factory. The "pucker" factor should be at the dealerships if you pay attention to what is happening in the market. During an economic downturn, it should have been companies like C4 that should have been up, dominating the market because clients where not rising up to their level, but falling down to it. This did not happen. In fact, C4 needed another infusion of cash, and where did the get it? BEST BUY. If I am C4 dealer I see the writing on the wall, BEST BUY becomes one of, if not the largest, investor in C4 and also their biggest retailer. How long until BEST BUY wants to carry C4 exclusively as its own brand. If I am BEST BUY this is what I would be working toward, leaving independent dealers out.

Savant.
Savant has already lost, and I will tell you why I think this. There are 2 main reasons this is so. I am not even going to address the MacMini infrastructure or the debate about any OS being robust enough to actually be an integration processor, the cost of the products, or EVEN the graphics. The reasons are purely business oriented. First the secondary reason. Savant doesn't invent anything, Savant doesn't innovate anything. They are completely driven by another companies innovations and marketing. This has never been a recipe for success in any industry. If you can not control your own destiny and your own direction, you can not move your company forward. Ultimately, if Macintosh is successful in making great interfaces and great products that dominate the market, they will ask themselves why do we need Savant, we can make this even cooler for less money.
The primary reason however is that they did not win over the dealership base they wanted and needed. Namely the Crestron

dealerships. Why are these so prized? Again, I will use my own territory as an example. Of my 70 dealers, how many where persuaded to become Savant dealers? The answer is 0 (that's ZERO, and I currently count you as a no). The truth is that Mac is only 5% of the computer market and even if those fanatical owners make up 5% of the 1% of the population that buys large automation systems, it is not enough business to address on a large scale and those Mac owners are usually more interested in playing around than paying for service. However, I realize it looks larger on a small scale, in your home town, but 70 out of 70 dealers say that there is more to making money and completing large automation jobs than fancy graphics. So why did they lose by not converting these dealers? Because these are the loyal dealers. These 70 dealers have 80% of the market in control (based on our market research overall), they do not sell AMX, C4, Savant. They are focused and committed to moving forward with Crestron. By not getting these dealers, Savant had to settle for "B" dealers in the markets. Dealers that sell AMX, C4, what ever is the new cool thing! The Savant business won't even be focused inside those dealers as those dealers have to juggle other control companies to make everyone happy, further diluting all those companies sales. Making it easier for the committed Crestron dealer, along with support from Crestron to overcome any objections. And we are completely committed to doing what ever it takes to help overcome any objections.

Innovation and Leadership
For some reason the perception exists that Crestron gained market superiority (if I can even say that) in a vacuum and we did this without paying attention to the competition or having any forward thinking. Life at Crestron is all about competition everyday. First their was AMX, then Extron, then Lutron, then (Lifeware... Remember them, they were going to put us out of business). We live with competition everyday and we feed on it. It is what keeps us sharp and innovative. Innovation (Hmmm, I wonder, why did Savant came out with touchpanels at all, when they all have all those cool Mac products like, iphone, Apple TV, Mac Mini units) The answer is because Crestron has them. Innovation is what you do to move the market forward, not copy what other people have already done. I won't go back and list all the prior innovations, but just look at the ones that are here or coming at the high end of the market, where you suggest that we protect. DVPHD- Multi Window Digital Video Processing and Display, Digital Media, (the only product on the market of its kind, invented by Crestron), V Panels ( Full HD touchpanels with engines that can drive onscreen displays. In fact, currently we are the only company that can do onscreen display over HDMI. The ADMS, a revolutionary way to download, buy, store and play full premium HD movies.

Macintosh
No discussion for you about these topics would be complete without addressing specifically your fondness for Quartz Composer and Apple interfaces. So let me start out by conceding that every interface in the future will be a Mac product. We will all have Apple TV's, iphones, itouchs, and what ever else comes out from the fertile mind of Steve Jobs and company. We already interface with all these products! You can already use all these products to control a Crestron system. If we never sold another touchpanel you would still not need anyone else but Crestron. ( how will you move that HD video around the house, how will control you lighting your HVAC, who will service it and what kind of support can you count on, etc). Oh! because I said I would keep this on a business level. How much profit is in selling an Apple TV or iphone these days?
We will have a full section of our booth this year at CEDIA devoted to Apple and interfacing with its products. I wouldn't be surprised to see Crestron templates made by Crestron for our dealers to exist natively on the Mac... Maybe even done in Quartz Composer.... You never know

Conclusion
There has never been a time and there will not be a time, when we do not pay attention to the competition and all that they do. However, our response will be innovation, not imitation.
This may be a cross roads for you. Your dilemma parallels your custom integration hallway in the Cape Girardeau store. First their was AMX, they didn't work because they didn't have enough to offer under one roof, then their was Phast (no need to beat that horse), then Speakercraft, Niles,C4, and now Crestron. Your hallway shows you carry every solution with no focus on anyone. You have a partner, in Crestron, that can provide the product and support from top to bottom to allow your teams to make money, and they have for the past 2 years. Will you bring on Savant and simply add to the confusion, making everyone learn yet another system, dividing your focus or will you trust that we will be the best partner in the long run for both our financial futures.

As always I am at your service.

Craig D. Gulley, CTS
Regional Manager, Residential Channel Sales

Office: 800.949.3465 x15213
Direct: 847.631.2738
Fax: 847.437.6052
Email: cgulley@crestron.com

Crestron Midwest, Inc.
617 East Golf Road
Suite 101
Arlington Heights, Illinois 60005
www.crestron.com

P Consider the environment, please don't print this e-mail unless necessary.

-----Original Message-----
From: John Selby [mailto:jlselby@stereoone.net]
Sent: Tuesday, August 04, 2009 3:40 PM
To: Craig Gulley
Subject: competition

Craig,

The major decisions at Crestron are made a few levels above our "pay grades". So, my comments will probably make it a few meters off the surface before plummeting back to earth with a thud.

I hope that I will have time to expand my line of reasoning a little further in a "formal" document to Crestron, but in the absence of this document, I hope that this Email can at least get some thoughts out there to consider.

Control4 has been in a space that was formally not occupied by Crestron, or anyone else, for that matter. They have made good strides into getting "Joe Six Pack" into something resembling home integration and control. They have created business where little or none has existed before, and have opened up the market for a dialog about affordable integration. They have taken business away from those who didn't deserve it and rightfully earned their share of the marketplace. Crestron's entry into this venue is a win-win for all concerned, and having "healthy" competition is a good thing when the entities are "playing fair". Prodigy is a "different critter" than Control4. And, frankly, I see the "closed" nature of Prodigy as a "plus" to quickly separate "Crestron Lite" from "the full meal deal"
offered by the standard Crestron line. I like what I see, and I think the entry-level Home Automation business will be well served with the tandem marketing and distribution efforts of Crestron and Control4. I do not view Control4 as the evil that must be exterminated, and Crestron should simply carry on engineering, building, and shipping products that outperform their competitors in the marketplace. My guess is that the "pucker factor" is pretty high right now at Control4. My feeling is that Crestron has little to fear by having
Control4 in the market and that Crestron should own their share of this market in a relatively short period of time. In other words, my feeling is that Crestron should direct their "eliminate the competition" energies in a different direction.

Savant, or something similar to Savant, is a much greater threat to my
stability as a Crestron dealer than Control4, by a factor of 10 to 1.
When/if Crestron gets knocked off the throne as market innovator, technology leader, and "most desirable" interface, then the value of "the brand" diminishes with it. It is very possible in the next 12-18 months that Crestron will be viewed a "me too" player with Savant owning the clients with the greatest degree of technical saavy and strongest influencers. IF this happens, then Crestron will have REAL issues with Control4 and others due to the fact that "the shine" will have worn off the Crestron badge and it will be viewed as "Control4- like" and not occupy a clear position of "best in class". It is my view that it is FAR MORE IMPORTANT for Crestron to retain "best in class" status rather than capturing the lower end of the market, or concerns that Control4 is creeping into Crestron projects. Crestron should be spending research money trying to trump the interfaces offered by any other vendor, producing the richest customer experiences possible, and pulling superior technology into practical use ASAP. Maybe this is happening, but as it stands right now, I feel very vulnerable as to my ability to compete against Savant.

In review, I think the threat of Savant is in the order of magnitude of ten times the threat created by Control4 and should be treated as such. Losing the high end of the business will have a dramatic impact on Crestron's mid-priced components and those components will need to
be discounted due to the perception of lower value in the market.
There is evidence to support the fact that very high quality projects are being picked off at will by "inferior" Savant dealerships in this territory. The 'typical' Crestron dealer is unarmed in facing competition with an "implied" technological superiority. We are putting all our marbles in the in Crestron bag to occupy and sustain OUR brand image as the market leader. Losing this position will sting a lot harder and a lot longer than Control4 taking the low(er) end of the market. I am not one to sit on the sidelines and observe the
perception of my business being kicked to the curb by a competitor.
Crestron needs to protect the HIGH END of their business as the main priority -- at any cost. This doesn't mean guerilla tactics and brutal policies against Savant or dealers who support Savant. It means bringing Crestron products to the market that make Savant/Apple solutions look like amateurs cobbled them up in their basements.

I may get my termination letter as a result of this, but I want to express my concerns about where the integration market is taking us on our joy ride together.

John

EXHIBIT 423

**From:** Fred Bargetzi August 06, 2009 2:35:04 PM (-04)
**To:** Randy Klein
**Cc:**
**Bcc:**
**Subject:** **RE: Savant**

**Attachments:**

iServer and iDOC-V – with the early units out the door we disabled cover art capability due to a bug in the Apple Chip (it is the only one that they sell to folks that develop 3rd party devices) that causes the iPod/iTouch/iPhone to lock up at random times (could be 20 minutes, could be 24 hours, but it will lock). It locks the iPod/iTouch/iPhone so bad that you have to do a hard reset of the device. The iServer and iDOC-V actually work fine, and remain working. An update they provided recently (which is in a firmware update posted on our website now) allows cover art to work reliably on the iPod Touch (which is the current biggest seller) so when a user inserts one into our doc, we sense the type of device and if it is an iPod Touch we turn on cover art. For all other devices we disable it.

As you might well imagine, for the DOC it might not be that big an issue as you can take your iPod/iTouch/iPhone off of it when it locks, do a hard reset, and put it back on, but it is catastrophic for something like the iServer where the iPod/iTouch/iPhone is in the drawer in the rack.

Our QE team puts an incredible amount of time in on testing these products to make sure that what we produce works reliably, and I the current scheme implemented to make sure we don't get a bad rap – if we were to enable it for all devices, and I were the end user and I placed my iPhone in the Crestron dock and it locked, but did not lock under normal operation, I would certainly not be pointing the fingers at Apple, hence the current strategy. BTW, the iServer and iDOC are so fast and so great to use with the devices for meta-data that it makes for a great user experience.

As for Control4, I believe they just started shipping a new unit but I have not seen it operational. If they are using the latest Apple Technology, they will have the same issue, but maybe they don't worry about those things.

With respect to graphics and the UI – we have some great new touch panel objects coming for CEDIA – including gestures (swiping to scroll a list and change pages in a "slide show fashion" similar to the iPhone). Long term we are moving our touch panel UI to flash, so it will blow everyone (including Savant) away. That is a year out at this point.

Upon release of the new version of the iPhone software (that you are running) we will commence creating a desktop application for the MAC that will run the same iPhone UI for Crestron control (so what you see on your iPhone will be available on your MAC desktop). To create that you use VTPRO (just like you do for the iPhone now) so no need to know Flash.

We will be showing this at CEDIA, and I will have an official release schedule in a week after we determine how much effort is required to take it from a demo to a product.

Blackberry was always in the plan, but it would be the same engineers do create the application as are working on the iPhone and the Apple Desktop application, which I would imagine you would agree come before the Blackberry.

Fred Bargetzi
VP Technology

---

**From:** Randy Klein
**Sent:** Thursday, August 06, 2009 12:25 PM
**To:** Fred Bargetzi
**Subject:** Savant

I was at a couple dealers yesterday to stop them from selling Savant. I was successful, but they both gave me some input. They realize that Savant is not Crestron. However, MAC is entertainment/media, and Crestron in homes is entertainment/media. We both know that. That said, they had specific questions about cover art, meta data, etc as it relates to our iServer and compared to C4 (not Savant). They also said they want the graphics and the user interface, but they are not flash programmers. Weren't we making some sort of templates for guys like this so they can have the look without being flash guys?

Also, along those lines, how about eControl on MAC's? That's big, big. Like for me, you said Glenn has to write me a flash program. Will everyone have to do that? Now that this new version of iPhone is out, what about Blackberry?

Randy Klein
Executive Vice President