# EXHIBIT 424

| | A | B |
|---|---|---|
| 1 | | |
| 2 | ***Crestron West Weekly Director's Report*** | |
| 3 | Submitted by Dave Sell | |
| 4 | **Weel of 8/10/09** | |
| 5 | ***RSM News/Issues*** | |
| 6 | | |
| 7 | **Tim Knittel -** I sat down with Tim to review dealer performance from last FY and review his new dealers this FY. He is inheriting many of John Channon's dealers and as such, has a tremendus opportunity top capitalize on whay I believe was a neglected territory. I identified the key dealers he should focus on and asked him to get material reports prepared so we could review next week. From there, we'll determne how best to go after the top 40 dealers and discuss how to sell deeper into each account. He's pumped cause he smells $$. Tim's quota this FY is $6.3M. | |
| 8 | **Gordon Isaac** - Gordon had a strong year last year in Resi lighting and was the number one RSM in the country. I've used him as an example to my other guys and I know Bill S. has used him as such to the other RSM's across the country. Gordon is very motivated by accolades so I told him I wanted him to be the #1 Prodigy RSM this year. Considering how many of his dealers have been crying about C4 (and some brought them on), he needs to get a mad on like he never has before and go to battle. His projection for his two territories is $6.7M. Gordon was in NJ when RK and I went to see Jon Summer at Cybersound. He got an earful when he saw them on his next call. Apparently, all they heard out of that meetign was that we would be willing to let their $1M go away if they were going to bring on Savant. See Cybersound below. | |
| 9 | **Hank Alexander -** Hank was very active and participated in our Denver hand-off meeting with Jerrie. Says he's loving his job and he's hapy to be at Crestron. He's a bit uncomfortable with his new quota of $4.1M, but I told him we just spent $500k putting a new office there and we need every penny of his $4.1 and beyond to continue to support it. He got the message. | |
| 10 | **Rob Christensen -** Rob ha a very healthy territory w/only 2 dealers selling C4 and no one (to date) picking up Savant. Rob's new quota is $3.9M and although it's a strecth, the message is the same to everyone. We have to reach and push in order to maintain what we have in regards to offices, resources, support staff, etc.. Rob should be a fairly low maintetnace guy for Jerrie. But, he needs supervision and direction weekly. Otherwise, he tends to drift. | |
| 11 | **Rick Coven** - Rick was on vacation last week, but still made the time to join us in our Resi conf call and stop into NJ HQ and see everyone. Rick is a good, hard working guy that wants his job badly and will do whatever it takes. He is back on track and should have a much better year in 2010. He's ecstatic with Prodigy and has hot the street selling against all his C4 dealers selling Crestron. Rick's quota this FY is $4.5M. | |
| 12 | **John Channon** - I met with John along with Tim Knittel and John Yonanna to map out JC's role and responsibility. Each RSM gave John a short list of dealers that need product education and training help. JC is calling them and booking the training sessions. Then advises the RSM. I got him a Prodigy demo case and he picked it up last week. I told him is mission os to get the C4 only dealers and demo it to them and sign them up. There are over 50 C4 only dealers in SOCAL alone. John won't be goign to CEDIA. | |
| 13 | **John Yonanna** - Met with John to review dealer strategy and coordinate calendars. I will be traveling with him and targeting his new, top dealers to focus on. Also have made arrangements with Keith Kennedy to travel west and ride with RSM's. John will be one of them as they have not spent any time together yet. Like Tim KNittel, JOhn smells $$ because he also thinks that the dealers John Channon called on (those that he took over) were under serviced. We know this is the case. John took his Prodigy demo kit and hit the road calling me daily (as I asked him to) and give me feedback on how his demos went. No major problems and plenty of good feedback. John will do well. He's very anxious to go to CEDIA working for Crestron. I'll be by his side most of the time helping him with dealer tours and product info. John's quota is $4.75M | |
| 14 | **Mike (Moose) Adams -** Moose is still very busy bringing on new dealers and pumping up his territory. No doubt he has a ton of enthusiasm and is coming off a great year. He's found his groove. One of the things we will discuss next week when we meet is Savant. He has three dealers of his selling Savant. The most notable is Jason Gotz and Genesis. I want to hear the reasons from him, but we will have a conf call with Jason by the end fo this week and tell him this is not acceptable and either drop them or we drop him. Moose's quota for this FY is $2.1M. | |
| 15 | **Shaun D'Sylva -** Shaun and I have a couple days planned together at the end of next week. We'll meet with Avidex, Definitive Audio, Chelsea Automation and TWG along w/Microsoft. We'll also meet with Moose to review our business plan for the FY and then get to work executing. Shaun told me that Definitive should be ordering the bulk of their product for the new Nintendo HQ project. $500k+ of DM and control. Also, Shaun confirmed that Avidex won the Bill & Melinda Gates Foundation project. It's a $15M project and has $2M of Crestron in it. It will change (reduce) some, but not by more than 20% according to Avidex. | |
| 16 | **Brian Nachum -** Brian has projected a very stron FY 10 to the tune of $6M. He acknowledges it's a stretch, but has all the enthusiasm required. He is very good with product knowledge and is completely charged up by Prodigy. He hit the street immediately doing demos and presentations. Added bonus for him is that most of his dealers have told him that they will now stop selling RTI & URC and sell Prodigy instead. Genesis AV is offically gone, but it looks like Ty Meyer at AV Design will be buying the assets and taking over the customers. Bill Anderson will work for Ty. That will be interesting. Brian is on top of CEDIA appointments and has been very consistent at bringing in dealers to do DM demos in the Cypress office. | |
| 17 | | |
| 18 | **Steve Alexander** - I reviewed Steve's projections and business ovr view from last FY with him. He's not as sold on having a good year as I would like him to be. We discussed not having the option to believe what you hear from your dealers. Most of them have no clue what's going on and merely react 100% of the time, good or bad economy. I told him his way to success is to drive his own ship, not ride on someone else's. Despite California's financial woes (and NOCAL has been hit VERY hard), there is still $$ being spent, especially with our competitors. I beleive we shook the cobwebs clean and I gave him his list of top 20 dealers to press reset with and go get all their business. The list starts with these top 5: AVI-SPL, CompView, Anderson AV, Avidex, Snader. Another 15 B players on that list. DM is the story and the message. Reminded him that he needs to lead, not follow and the people in that office are looking to him to set the tone and example. Steve's quota for FY'10 is $3.7M. | |

| | A | B |
|---|---|---|
| 19 | **Richard McPherson -** Rich will be Jerrie's highest maintetnance guy out of the three RSM's in Denver. I gave Jerrie a full run-down on Rich and his personality. In our meeting I pointed out that there is more business in Rich's dealers for us and the bulk of growth needs to come from AVI-SPL, TWG, Ford AV . CCS has already converted over to us and now, can't even sell Extron. My plan with him was to reset expectations and relationshipos inside these three large capacity dealers and start with DM. Rich fully agreed and I shared that info with Jerrie. I set Rich's quota at $4M. | |
| 20 | **Chad Hollander -** Chad and I worked very hard on tightening up the spec for CCSD and their new cost cutting classroom technology initiative. They wanted to thro Crestron out of the mix because they mistakenly thought we were too expensive. Audio Enhancements (mic/amp manufacturer), tried to get Extron into the design. We succesfully stopped all of it with the help of some key people at CCSD and Fast electric. Long story, but we prevailed and are once again, the standard for all classrooms (iMedia). Chad spent a couple days in Reno calling on dealers and helped Lux Enegeries close a huge order for the Peppermill Casio. First pahse of the job was over $100k. All DIN product, including lighting. IHS there had a ridiculous experience with our product on one of their highest profile jobs ever. We shipped them over 55% defective product. It's a terrible blow to all the work we have done to get these guys to stop selling APC, Lutron, Elan, etc..I will discuss this one with RK. It is NOT what Crestron is all about. Chad is still interviewing potential office managers. Has sent me weekly reports as instructed. Told him to keep his mond off of politics and on selling. That's it for right now. | |
| 21 | [illegible] tough call after Mike Ver Gowan's death. Tom Yerkes at CompView continues to be our champion there. Tom runs all the SOCAL offices for CompView and has really come around w/Roger. He realizes how much Roger can help him win business and make $$. Spinitar in SD is lame. They only respond to bids and Mark Smith is the only sales guy down there. He's lazy. Southland Technologies and CCS are bidding on a juicy project from San Diego USD. Cherly has helped drive this bid and making it almost 100% Crestron. We need CCS to win it so we can convert the rest of it. Southland won't help us, CCS will. Roger met the new GM at the AVI-SPL Cypress office. His name is Rick Bagby and Roger had some nice things to say about him. I will make a point of getting over there this week to introduce myself. Roger's quota is $7M. | |
| 22 | [illegible] in the country. Jen at U of P is very upset about this as she needs local support and gets it from Brian (pre-sale) and our tech support team in Phoenix. Purchasing guys doesn't care at all. Just looking for the lowest price. I meet with them on the 18th. Brian also had his hands full with CCS who was very upset at us because all 53 rooms of iMedia that we flippedfrom Extron Pole Vault that are installed in Peoria High School shut down and would not remember their settings 2 weeks ago. This caused havoc in the school and CCS heard it from them. ATSG got involved and finally got Engineering to update firmware to fix it. Mark Reilly anf GLenn delivered it to us. Erwin Montero went on site, uploaded, installed, tested and waited. All good results. Brian's Commercial quota is $3.4M. Resi quota is $1.25M. | |
| 23 | **Eric Stanley -** See next worksheet for separate Tech Dirtector's Report | |
| 24 | **Antonio Dias** - Antonio has taken a few days off to be with is wife Lisa. It was confirmed that she has lung cancer. He tells me they caught it in the early stages and her chance for a complete recovery are good. We know AD is very sensitive and this hit him hard. He will be back to wor next week. I told him to take as much PTO as he needs to. | |
| 25 | **Brent Stark -** Gave Brent the news that he is now a shared resource between me and Jerrie Anderson. Jerrie should have no problem working with Brent. He's a very low maintenance guy and is very hungry. Loves his job. I will be meeting with him and reviewing his customer base in my territory on Tuesday, 8/18 in the PHX office. | |
| 26 | **MPS -** MP has his list of confirmed customers and has been instructed by me to focus on those specific Casino accounts. Chad will handle the others as well as the dealers in LV. Told him that he needs to be the organizer of regulat Crestron Technology events at our Experience Center and his Casino customers are the prime audience. First event needs to get planned right away. MPS to lead, Chad to follow. MP has gotten us back into the Hard Rock in-room music system project by chipping away at Garth from the Hard Rock. He says we are still in it. We have some minor issues to resolve regarding our 12L and the back box it needs to go into. He is working on them. Has has Fast electric willing to do this worlk for us at no charge which is great. This deal needs to get finaliozed one way or the other. It has occupied some much time on everyone's part. Definetly one of the most challenging and difficult jobs to close in a long time. FBP, the dealer that has the job has not helped us at all and by now, have shown their true colors adn preferrign to sell AMX to the HR. | |
| 27 | **Cheryl Krasho -** I met with Cheryl last Monday to review all open school projects. She is now 95% Education and 5% Corporate. She loves it as there I sso much more immediate business opportunity in Education than Corporate right now. She's aggressive on tracking down leads and giving demos. Much like LV, I have instructed Cheryl to hold Crestron Technology evemnts at our regional offices every 6-8 weeks so she can continue to build momentum and meet more education custromers. She is in the process of planning her first event now which will be focused on iMedia/MM products and RVSE. | |
| 28 | ***Dealer/Consultant News/Issues*** | |
| 29 | **Troxell -** Held their annual sales summit in Phoenix, but it was greatly reduced in scale and size this year. That's a very telling sign. Although Jim wouldn't reveal any specifics, he mentioned that their contributions from manufacturer's were all down significantly. What he didn't say (but I know), is that all 'contributions' are made by way of co-op funds. I believe Troxell's business is way down and he's not sure what to do. They did start another division to sell with an independent sales force. I have a meeting coming up with Stewart White later this month and will get more details from him on this. Meanwhile, we did very well at the Summit promoting inexpensive classroom control systems. The MPC-M5 was the hit of the show. More and more Troxell salespeople are gettign turned on to Crestron. However, the East coast sales team for Troxell does not like the Sapphire team and I was asked by Dave Johnson of Troxell to speak to them. I got Chris Perkins and Marla together and told them the one-sided story. They both agreed their is some bad blood there and it needs to get cleaned up. I out them back in touch with Dave and they are now on their way to a hopefully more prosperous relationship. | |

| | A | B |
|---|---|---|
| 30 | **Cybersound** - RK and I met with Jon Summer and Jason Beatty at Cybersound last week to give them the ultimatum of not selling Savant. They thought we were coming in there to get them off of C4 instead. We explained Prodigy and how we will earn the business in that space away from C4. We told them we wouldn't share the same space in their showroom and they haven't earned their place in the industry or Cyber's showroom. Jon agreed to drop Savant almost immediately. He removed it from their website and RK and I agreed to monitor them closely to make sure they stay true to their word. Gordon will be giving me weekly reports on their activity and status. Accordinlgy, he called me this week to tell me that Jon was upset and complaining that RK told him he would let Cyber's $1M business go if he wouldn't drop Savant. Jon is very emotional and goes back and forth being a good guy/bad guy. I will stay in touch with him to make sure he's on level ground. | |
| 31 | **Monte Carlo Casino** - The install of this project is almost complete and after a ridiculously confusing and tiring battle between Crestron, Rise & Shine and Nevada AV Sales, it looks like the end is almost near. We've had to send Kevin Dry out on job site a few times to asist with some programming bugs, but all things considered, it's gone well. The suites are fantastic. Nevada AV Sales bought the Crestron product through Kelley in LV and Kelley has contributed to some success here too. MP still needs to get his relationship back on track with Sonny Maxwell. Before this project started, Sonny called me to tewll me that he just couldn't deal with MP anymore. Talk in circles and doesn't follow through. I told MP this and directed him to get this worked out once this project is completed, which it is 99% done now. | |
| 32 | **Hard Rock Hotel -** Got word from MPS that we won. Can't fuckin' believe it. This is for the in-room music systems. We gave a lot away, but kept AMX out. Still need to get the order from FBP. Garth at the Hard Rock finally got it done for us inside, but MP finally stepped up and delivered. This ob has been going on for 8 months and he gave up on it a long tme ago. I had to hound and ride him before and after his surgery to not let this one go like he did Westgate and CC Aria Suites. To his credit, he didn't. But would have if I had not let him breathe one day w/o being in his face about it. RK an Fred are working on a custom solution for installing the TPS-12L in the exsiting back boxes they have installed. FBP will more than likely make a faceplate or bezel to trim the 12L. | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | **R2W -** Jeremy M. says he finally got paid from NextGen for the last 3rd of his portion of the project. We can finally move forward if they need more work done. R2W was awarded two more phases of the Hard Rock project, all Crestron. Jeremy's projecting a considerable slow down in business this FY. He's very concerned that he may have to lay off some of his guys. He seperated from Mike Rood in Austin, TX as that office was a financial drain on him. | |
| 40 | **Microsoft -** Have meeting schedule with Mark Taylor and Jerry Blayne of MSAV for Friday, 8/21. Objective is to discuss immediate and futrue business plans. So far, Mark only has approval for 80 small rooms, but he's confident more $$ will be freed up. All depends on MSFT's earnings. Until then, there's not much going on. I take advantage of this time to sell more to them. Once they get wrapped up in projects, they don't have the brain space to handle absorbing new products and solutions. I drive this locally with Shaun D. | |
| 41 | **CAL Lighting** - Tim Welch and I met with Mike Butala, President of CAL last Wednesday. CAL is our targeted #2 lighting rep. Details above in Tim's section, but suffice to say, they are on board with our new Rep program. Mike was very happy with our meeting. He agreed whole heartedly to our program and wrote a nice email to me as a follow up....." Dave,<br>I just wanted to follow up from our meeting regarding Troy's salary and I have confirmed it is 85K per year plus bonus. I also wanted to tell you you that you are the 1st Crestron person that got our issues and more importantly you want to try & solve them. I look forward to us working closely together to achieve our mutual goals." | |
| 42 | **Performance Lighting -** This is our #1 targeted lighting rep. We had scheduled to meet on Friday, 8/15, ut one of the pricpals had a family emergency. We rescheduled for 8/28/08. They are aware of our new rep program via Tim Welch and are on board. We just need to get down to it. Same as with CAL Lighting, Tim did not have a plan for these guys. I directed him to be in their office every other week and call ahead to schedule meetings with their customers. Mainly, Architects and Lighting Designers. He needs to go with his rep and sell. | |
| 43 | **SeaTac Lighting Controls -** Tim and I will be having dinner with them on Monday, 8/18/08 as I fly into Seattle to meet with Microsoft the next day. Same as above, will get their buy-in on our new rep program. The yalso have one dedicated lighting control specialist and are looking to hire a second. They would use our 50% offer to offset the cost of the second guy. They are excited abou ttheir future with us. | |
| 44 | **R.C. Lurie -** This is our lightign rep in AZ. I will be squeezing a meeting in with them this wedensday as I have to be in PHX to meet with Jon Summer of Cybersound and get our VIR agreement signed. Tim Welch is doing a lunch and learn for RC in our PHX office. Will also be making dealer calls with Gordon and Brian Lewis while there (mainpurpose of trip). We'll sell them on the new rep program. | |
| 45 | | |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | |
| 50 | ***Crestron West Office News/Issues*** | |
| 51 | | |

| | A | B |
|---|---|---|
| 52 | **Crestron LV** - Darla Hendricks is a temp that is working out well for us. She replaced Jenna. Chad is interviewing other OM candidates weekly.Kevin Dry is busy (see seperate Tech report attched). He's getting his stuff done and acting like a real pro. Never saw this side of him. He was always in Frank's 'big' shadow. He's doing fine with no talk or sign of quitting. Eric Stanley is talking to him daily and helping him manage his workload and priorities. MP and Chad are still picking at one another. MP is the primary instigator. Chad doesn't handle it well. Told him he needs to grow up and not react to it, just do his job. I'll handle MP. Told both of them I won't tolerate any childish antics. That drama left with Frank and Jenna and it's over. | |
| 53 | **Crestron Cypress**: Q1 Sales meeting coming up on 8/20 with RSM's and MD's. DM demos by local RSM's given as directive and already taking place. Eric Stanley is redoing all dmeo systems and getting all rooms in CW territory on line with RVSE. Demo inventory and equipment files all being update to reflect accuracy. Send reports quarterly to Dave Hakula and Rich Hollnd. All finance and bills are in order. We are directing more monthly bills to be sent to NJ for payment versus paying locally. Michelle Kee is a top notch office manager. Smart girl. Love having her in the OM role. Made my life alot easier. We continuously have problems with our HVAC system. Keeps requiring service and we have to pay for it. Will tun this over to Dave Hakula to handle. It's BS that we have to pay so much for required givens in an office building. | |
| 54 | **Crestron NOCAL -** Training enrollment has been low recently in this office. I have Steve and Rick heavily promoting training to their dealers to get the classes more filled up. Melissa Miller is doing a terrific job as OM and all is well there. Rick and Steve, along with Jason Berry and Andrew Peterson have dressed up the demo systems in the conf room and demo area. Andrew is doing a great job on the phones as part of the phone support mechanism. | |
| 55 | **Crestron Phoenix:** I have arranged for a sales meeting for Tuesday,8/18/09 with Brian Lewis, Gordon Isaac and Brent Stark. Plan is to review their final commitments (will be quotas by then) and finalize our immediate steps on execution. No time for more planning, just doing. PHX office is running very smoothly, but I will discuss making Brian Lewis the Branch Manager with RK. He needs to step up and be the leader there. | |
| 56 | **Crestron Denver:** I have a meeting planned on Thursday, 8/13/09 with Jerrie Anderson in this office to meet with the staff and hand over the keys to him. No one on staff knows yet. All should be fine. We'll go to dinner that night as a group as well. This office runs very smoothly. Tracy does a great job keeping it all organized. Jerrie should have zero problems adminstratively. Up to him to get his sales guys over performing. Only 2 dealers in the MS territory that sell C4 that are Crestrron dealers. There are a couple of Savant pop-ups recently. I will address with Jerrie and appropriate RSM. UPDATE: Meetign was held on Thursday and was co-shired by me and JErrie. I made sure the guys knew that they are in good hands and that I am out of the mix. I offered to assist JErrie with any old items (there are a couple). More than happy to clear them up with him if he needs my help. I got roasted pretty good at dinner by all, especially Rich. We had a good time and the teamwork and commradarie in the officew is excellent. This shouls be a very easy and smooth transistion for Jerrie and the entire staff. | |
| 57 | | |
| 58 | | |
| 59 | | |
| 60 | | |
| 61 | | |
| 62 | | |

| | A | B |
|---|---|---|
| 63 | ***Next Week*** | |
| 64 | DS in office Mon. In NOCAL and Seattle rest of week. | |
| 65 | Eric Stanley in Cypress Mon, TH & Fri. In PHX and NOCAL Tues & Wed. | |
| 66 | Cypress Training: Configuration / Essentials (4 students) | |
| 67 | Denver Training: Configuration / Essentials (1 student) | |
| 68 | Phoenix Training: Configuration / Essentials (4 students) | |
| 69 | LV training: None | |
| 70 | San Rafael Training: None | |

| | A |
|---|---|
| 1 | ***Crestron West Weekly Director's Report*** |
| 2 | Submitted by Eric Stanley |
| 3 | **Week of 8-10-2009** |
| 4 | ***Technical Managers News/Issues*** |
| 5 | |
| 6 | **Erwin Monteyro -** Is showing improvement regarding urgency. He is communicating better with the RSMs regarding case status. His management skills are lacking, but he is improving. |
| 7 | **Dave Price -** David is focused on getting some local programming (Hunter Douglas and AVI-SPL) finished off as well as setting up the Whitlock demo. This past couple of weeks David has demostrated tremendous flexibility in being able to handle several tasks thrown at him at once. His ability to lead Michael will improve as he conitinues to lead by example. |
| 8 | **Jason Berry -** Though Jason was teaching class all week he also was instrumental in getting a DM demo working and shipped out UCSF for a long-term demo. Recently I've seen improvement with Jason's communcation, though some additional work is needed to help him identify sales issues vs. technical issues. |
| 9 | ***Application Engineers Special Notes*** |
| 10 | |
| 11 | **Andrew Peterson** - We received another email from a customer who was very impressed with Andrew's efforts. He continues to impress our customers and deliver excellent support. During the morning meetings he is quick to offer suggestions when other guys bring up issues they need help with. He is becoming a valuable part of the team. |
| 12 | **Bryan Nakamura** - On Bryan's first day back from paternaty leave he was given short notice to go to Beverly Hills and work with Comnex A.D. to resolve an issue with a GE security system. His willingness to drop what he was doing and go to Beverly Hills for consecutive days and not leave until we were complete demonstrates a change to his previous attitude that he would only work 8 hours a day and nothing more. That attitude has been a "hot button" of mine. Signs of improvement are encouraging. |
| 13 | **SeaTac Lighting Controls -** Tim and I will be having dinner with them on Monday, 8/18/08 as I fly into Seattle to meet with Microsoft the next day. Same as above, will get their buy-in on our new rep program. The yalso have one dedicated lighting control specialist and are looking to hire a second. They would use our 50% offer to offset the cost of the second guy. They are excited abou ttheir future with us. |
| 14 | **R.C. Lurie -** This is our lightign rep in AZ. I will be squeezing a meeting in with them this wedensday as I have to be in PHX to meet with Jon Summer of Cybersound and get our VIR agreement signed. Tim Welch is doing a lunch and learn for RC in our PHX office. Will also be making dealer calls with Gordon and Brian Lewis while there (mainpurpose of trip). We'll sell them on the new rep program. |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | ***Crestron West Office News/Issues*** |
| 21 | **Crestron LV** - City Center modules: Christie projectors complete and the projectors have been shipped back to Christie. The Multidyne module should be complete this week.<br>City Center / Nortel: testing date changed to 8/18, though requested data has not been received yet, so the date may change again.<br>City Centery / ETC Lighting: FAT is scheduled for 8/18<br>City Center / Cirque Thater Lighting: TP layouts submitted, awaiting approval<br>City Center / IDOCV testing: scheduled for 8/17<br>Ceasar's Palace: Swapping out TPMC8x Panels, to be completed this week<br>Hard Rock Hotel Pool Suites Lighting: Complete, awaiting sign-off from R2W<br>MGM Skylofts Demo: Awating panel layout approval, demo modified to include TPMC3x, WPR48<br>CCSD: Apparant TPMC10 issue was nothing more than the staff turning it off every night.<br>Monte Carlo: Kevin was on site this week to assist Duracom. Mostly complete, but some lighting changes may be requested - more information by 8/18<br>Boyd Gaming: Kevin was on site and verified 2 TPMC8x's need to be replaced and issued the advance replacement. He is working with AVI.<br>Travis will be working this upcoming week on adding to the Experience Center (DM, TPS6X/DSW) and adding the conference and training room to RoomView. |

| | A |
|---|---|
| 22 | **Crestron Cypress**: The DM system in Cypress continues to be torn apart on a regular basis by Deb for ATSG testing. I've spoken with Glenn about it, but this has not changed. We may need to buy an additional display so that Deb doesn't take one from the demo display for her testing. The system in the conference room needs to be completed as soon as possible. Other issues have taken priority and have prevented me from completing it. I have redesigned the system to include more functionality and I'm waiting on delivery of some additional hardware to support it.<br>Connex A.D.: After 2 days on site and ATSG involvement, we believe we have solved the issues on site by making many programming corrections and adding a processor to handle just the security programming.<br>Inventory updates will be delivered by COB Tuesday. |
| 23 | **Crestron NORCAL** - Config and Essentials classes - 5 students total in each (2 end users in Config, 1 end user in Essentials). 2 of the students passed the test.<br>The demo systems are functional, though a redesign of some of the systems is required.<br>Jason is working with Rick on developing a testing scenario for the possibility of deploying up to 15 TPMC3x remotes with UCI.<br>The training room system programming has been modified to include RoomView funcationality. |
| 24 | **Crestron Phoenix:** Roomview Setup - Both the Training Room and the Conference Rooms are now part of the private network. The original configuration had them connected to the public network, but since we are deploying Roomview, we made the necessary changes. The rooms will be included in a national roll-out of RoomView SE deployment.<br>Korelogix continue to have issues with TSTATRFs on site and John Godbout's residence. Erwin will be going on site with them to troubleshoot and resolve the issue.<br>The DM class had 8 students. Good feedback, good interaction. The DM demo system is now set up to be portable so that it can roll in and out of the class room as needed without substantial set up and tear down time.<br>Erwin also went on site with Dennis Sage Entertainment to work out issues with MLX-2 (range and functionality problems). Rich and engineering had to get involved and were able to sovle the problem. Initially this was believed to be a training mission but turned into a tech support case that took substantial time to fix. The end result is that we found a bug with having multiple MLX-2s on one gateway and Rich is going to send them a CEN-HPRFGW-EX at no charge.<br>Erwin was on site CCS this week to resolve an issue they had with iMedia. ATSG and engineering were involved as it required an update to the |
| 25 | **Crestron Denver:** DM class had 9 students went well with good feedback from the students.<br>David and Michael are working on the Whitlock demo.<br>Michael went on site to Gateway on short notice to address several issues. A trip report is forthcoming. Jim McGrath and company own this project - Michael was on site as a favor to Jim.<br>The conference room and training room programming have been modified to include RoomView functionality. |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | ***Next Week*** |
| 33 | ES in Phoenix and San Rafael Tuesday and Wednesday |
| 34 | Cypress Training: Configuration / Essentials (4 students) |
| 35 | Denver Training: Configuration / Essentials (1 student) |
| 36 | Phoenix Training: Configuration / Essentials (4 students) |
| 37 | LV training: None |
| 38 | San Rafael Training: None |

EXHIBIT 425

**From:** Randy Klein August 25, 2009 11:10:55 AM (-04)
**To:** Theo Kalomirakis
**Cc:**
**Bcc:**
**Subject:** **FW: Savant to Unveil Deluxe Manhattan Design Center**

**Attachments:**

Hi Theo

We're nearing completion of our theater. Should be all done in 2 weeks. I need some guidance on how you would like your name used. We were going to make a nicely designed sign, in good taste, saying the Theo Kalomirakis Reference Theater. Is that OK with you?

One another somewhat related note, I was very surprised to see your name associated with Savant. I can only tell you they are neither good for the industry or the dealers. They specifically target our dealers and our jobs, offering discounts to switch Crestron to Savant. We will not allow any Crestron dealers to represent them. Are you already contracted with them?

Anyway, looking forward to hearing back from you.

Take care.

Randy Klein
Executive Vice President

------ Forwarded Message
From: Marla Suttenberg
Date: Mon, 24 Aug 2009 22:17:58 -0400
To: Randy Klein
Subject: FW: Savant to Unveil Deluxe Manhattan Design Center

Kalamarakis

Marla

________________________________________
From: David Humphries [dave@theaintegrated.com]
Sent: Monday, August 24, 2009 5:49 PM
To: David Humphries
Subject: Savant to Unveil Deluxe Manhattan Design Center

Press Release: Savant to Unveil Deluxe Manhattan Design Center!

Aug. 24, 2009 - by CE Pro
Editors
Osterville, MA.-Savant Systems LLC, having led the convergence of an open architecture platform to integrate automation and control, A/V switching, and general purpose computers, has announced that the company will be opening a two-apartment 7500 square foot showcase design center in New York City's affluent SoHo district. The two fully automated spaces-one with a commercial focus and the other residential-will enable Savant's authorized dealers to show prospective clients how the company's ROSIE control and entertainment systems integrate seamlessly into a real-world home setting. The showroom will also enable Savant to host AIA events (American Institute of Architects) and other architectural and design-focused events, providing the company with an elegant and up-to-date showcase within the heart of Manhattan.

Savant has assembled a world-class team to execute this project including one of House Beautiful's "Top 100 American Designers" and a recipient of House and Garden's coveted international "Taste Maker" designation, Thom Filicia. Filicia is the host of Dress My Nest on the Style Network and was once a member of the wildly successful Fab Five on Queer Eye for the Straight Guy. Thom has also made television appearances on Oprah, The View and The Tonight Show with Jay Leno. Filicia was also one of Barbara Walter's top 10 most fascinating people in 2003, and his company Thom Filicia Inc. has been featured in countless magazines.

Savant's Director of Marketing Craig Spinner stated that the residential portion of the design center is slated to open in October of this year with a festive launch party to follow. The commercial space is expected to debut in Q1, 2010. "Of course we are excited about the limitless potential of having a showcase in lower Manhattan," explained Spinner. "Having a gifted designer like Thom Filicia sign on to the project only heightens our expectations for the blend of elegance and functionality we envision for the design center. Savant has a continued commitment to expand the market in support of our dealer base-this fantastic resource in New York City is an example of that dedication," Spinner added.

Savant's residential showcase will feature a fully automated master bedroom and bathroom, music/piano area and media room. There will also be a roughly 800 sq. ft. dedicated home theater crafted by world renowned theater designer and industry legend Theo Kalomirakis and a fully functional kitchen by Dahlia Kitchen Design.

"Each design project that I undertake is a thoughtful reflection of the client as well as the space we are working with," explained Thom Filicia. "Savant's ROSIE technology is beautiful-their SoHo showcase will blend styles, textures and colors to accommodate and enhance these great products within an environment that truly feels like home.

Savant is pleased to have the following premium brands as manufacturer partners for the SoHo NYC Design Center: Bay Audio, Chief, Continental Seating, Furman, Lutron, McIntosh, Middle Atlantic, NuVision, Panamax, Samsung JKP Projectors

[cid:image001.jpg@01CA24E2.F637EEB0]

David Humphries
Principal

Thea Integrated Systems
380 Allwood Road
Clifton, NJ 07012

dave@theaintegrated.com

tel:
fax:

973-472-4720
973-894-1117

Want a signature like
this?

------ End of Forwarded Message

EXHIBIT 426

| | | |
|---|---|---|
| **From:** | Dave Sell | September 29, 2009 6:36:27 PM (-04) |
| **To:** | Randy Klein | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Cybersound Q4 CAT5 Rebate** | |
| **Attachments:** | | |

Randy:

We held off on giving Cybersound their CAT 5 rebate from last FY due to their Savant interest. All is good there and they have not brought on Savant. I spoke w/Jon Summer last week and he stated that he currently has no interest in bringing them on. Per our discussion, please approve their rebate from last Q4 of $30.395.00. OK?

Dave Sell, Director

Crestron West

5660 Katella, Ste. 150

Cypress, CA 90630

800-827-2188 x. 18016

562-596-0713 fax

714-875-0879 mobile

www.crestron.com

# EXHIBIT 427

**From:** Randy Klein August 05, 2010 10:40:38 AM (-04)
**To:** Chris Perkins
**Cc:**
**Bcc:**
**Subject:** **Interhome**

**Attachments:**

Your meeting today needs to have an objective. If you show them all we have, they need to make a decision now…they represent us or Savant, but not both. Their choice. But make them make it

Randy Klein
Executive Vice President

Hon

# EXHIBIT 428

**From:** Dave Sell May 06, 2011 2:00:31 AM (-04)
**To:** Randy Klein
**Cc:**
**Bcc:**
**Subject:** **Update**

**Attachments:**

Randy:

Update on recent topics….

1) I have 5 interviews lined up to find a replacement for John Sporny. Looks positive that I can get someone quickly.
2) Steven Ricks is the candidate that Steve and I are trying to hire to replace Rick Coven. **He has accepted our current offer and will start Monday, 5/16/11.**
3) I have 2 potential candidates to interview to replace Adam Griffin should he move east. He is asking me what the plan is. I've asked Chris and Marla to discuss and get back to Adam on whether they can use him or not. The seed is planted and he is anxious to know. I told him I would inquire, but it's really up to Marla or Chris if it moves forward.
4) Cybersound/Savant:
    a. 6 Dealers have been chosen and notified of our special deal of 50% off on Crestron to steal business from Cybersound. They are: Dennis Sage Home Entertainment, Avalon Audio, Creative Sound & Integration, Theater X, Acme AV, Elite Home Technologies. All have been told that this discount is exclusively to be used for winning projects against Cybersound when selling Savant and C4. All were very excited and motivated to get started immediately.
    b. Will Sexton has compiled a list of Cybersound's builder customers (they are posted on their website). I want to send them a marketing piece from us that reinforces how Crestron built the industry and is the top home automation system in the world and in Phoenix. I also want to include specific quotes from the CE Pro article where Jon Summers talks about shifting his business away from builders. The implication is that Cybersound doesn't want to do business with you Mr. Builder (which is what Jon says). Other components:
        i. Crestron has a Builder program they should take advantage of with product discounts and builder listings on our website
        ii. Local Crestron office w/Design assistance, product showcase, tech support and training center
        iii. Let me know your thoughts on this and how best to proceed. I would like to get this into all Cyber's customers ASAP!
    c. Cybersound has received their Termination letter and will got a call from Travis Ferger who screamed at him about what 'a-holes' we are. Will told him we have decided to go in a different direction and hung up on him.
    d. NJ EC visit has been confirmed for Luster Custom Homes for Friday, 5/20/11. Brian Lewis will coordinate all details and resources. We have received a very positive response from our dealer's proposal for their two model homes. We should close the deal in NJ.

- [redacted]
-
-
-

**Dave Sell**
Director

Phone: 800.827.2188 x18016
Direct: 800.827.2188
Email: dsell@crestron.com

**Crestron West, Inc.**
5660 Katella Avenue , Suite 150 , Cypress, California 90630
Crestron Website | Twitter | Facebook

Crestron Electronics' Email Disclosure

http://www.crestron.com/images/static/email/signatures

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

EXHIBIT 429

# Market Development Report

*John D'Angelo, Frank Clark*July 22, 2011

- **Meeting: Katherine Golden: Interior Designer : Ladlows**
    - Katherine is the lead designer at Ladlows, the largest high furniture/design firm here in Phoenix. She and I have worked together for years and discussed future business opportunities with the company.
    - 
        - Notes on meeting: I would like to see a small demo system here, it is a huge facility with a great deal of foot traffic, and I believe there are 12 designers on staff. This would offer us another opportunity for great retail exposure.
    - Action Item/follow-up plans
        - I will be following up with Katherine and will be scheduling a meeting with Dan the owner.

- **Meeting: Charlie and Mike Frat : Builder: Desert Sky**
        - Notes on meeting: Frank has worked with these guys in the past and they are Crestron friendly. They are currently working with Cyber and are receiving a 25% cut of every system. It appears, as an example, that if a job sells for $100k, the client pays $100K and the builder is billed $75k from Cyber
        - 
    - Action Item/follow-up plans
        - Plans: We are going to schedule a follow up meeting to further discuss how we can reposition Crestron as his go to product. There will definitely need to be some negotiations on pricing involved.

- **Meeting: David Pidgeon : Dealer : Star Power**

- Notes on meeting: Frank, Will and I met with David and Kurt regarding how we can stimulate business for both companies here in the market. It was determined that Starpower is not currently accessing the level of clientele and trade partners that they have in Dallas and that they need to rebrand and connect with different resources here in this market. It was agreed that a direct partnership with Crestron would serve both companies well.

- Action Item/follow-up plans: We are currently working on plans for a collaborative event to be held at their showroom here in Scottsdale. We are also discussing co-branding a full page ad in Luxe and a potential DM dedicated area in their showroom.

- **Meeting: Loretta Barretta: Interior Designer: Independent**

  - Notes on meeting: Loretta is an industry veteran and has worked with me for a number of years. She had brought 2 medium level jobs to me at Cybersound, one of which ended a Savant job. The job is still being worked on (6 months later) as they are having issues interfacing with the lighting control. She is very active in the community and is currently looking at a couple of new jobs.

  - Action Item/follow-up plans: It was a very quick decision on her part, she will not be sending any further business to Cybersound and will be in contact with me, directly, to facilitate her clients via our network of dealers.

- **Meeting: (second meeting): Bill Ray: Builder: Ray Luxury Homes**

  - Result of Meeting: We have a solid foothold with this builder, between Frank and Theater X. He is currently working with 12 homes in PV and 2 in Sliverleaf, more to come. He has also agreed to personally introduce us to 6 key builders over the next few weeks which will expedite our access and success with these builders.

  - Action Item/follow-up plans: We are planning on putting a system together for his home with Theater X and proceeding with his ongoing projects.

- **Meeting: Brad and Terry: Dealers: Foresight Systems**

  - Result of Meeting: We had a very productive meeting, primarily to try and

determine market conditions and challenges in the South valley. They are a current dealer but have done no business in the recent year, primarily because they are specifying C4. Foresight also has key relationships with several key builders in their area that are installing C4 systems as standards. I believe that they could be a viable resource for us in the mid range builder market.

- Action Item/follow-up plans: We are going to work with Will to develop getting their showroom up and running, they have all of the product already. We are going to also work on developing some pre-designed Prodigy packages targeting the specific market they have been successful in and sell them on Crestron. Brad said his customers will buy whatever he says, so the task is simple....get them off of C4 and onto Crestron.

## *Project/Sales Update*

**Project**
- Dealer: Theater X
- Project: Drumm, Kukunoor
- Competing Dealer: Cybersound
- Result: Both jobs were flipped to Crestron by Theater X.

**Project**
- Dealer: Acoustic Designs
- Project: Hangar One, Williamson, Brophy, Wendell
- Competing Dealer: Cybersound
- Result: All jobs taken from Cyber and converted to Crestron

**Project**
- Dealer: Elite
- Project: Gabrianna
- Competing Dealer: Cybersound
- Result: $400K (overall)

**Project**
- Dealer: CSI (Custom)
- Project: O'Hara
- Competing Dealer: L&M

- Result: Won project that was bid as Savant, total project value $100,000.

## ***Summary***

We had a very active week, with a good cross section of different partners. My overall sense of the feedback that we have received is that everyone is looking to expand and increase their business with Crestron and will be more than willing to partner with Crestron to accomplish this goal.

## ***Meetings Scheduled for next week***

**1. Builder:**
Ray Luxury Homes ( #3)
Beezer Homes

**2. Architect:**
James Hand

**3. Designer:**
Design Studio 8

EXHIBIT 430

**From:** Steve Samson August 26, 2011 1:11:10 PM (-04)
**To:** Randy Klein
**Cc:**
**Bcc:**
**Subject:** **RE: Meridian NYC showroom**

**Attachments:**

Meridian has a company owned experience center/showroom in Soho. Keith Kennedy knows the sales guy who runs it, and was asked if we would be willing to replace the Savant gear currently controlling the theater with Crestron. I asked Ami to take a look at the space after work one day since it is not too far from where she lives. If we were to do this, the main accomplishment would be to displace Savant in a showroom that is frequented by our mutual high-end customers. There is also a module that Meridian built to interface our control systems with their high-end Sooloos hard drive audio system, which gets some decent play with our mutual high end customers.

**Steve Samson**
Director Business Development

---

**From:** Randy Klein
**Sent:** Friday, August 26, 2011 1:02 PM
**To:** Steve Samson
**Subject:** FW: Meridian NYC showroom

Refresh my memory. What is this for?

Randy Klein
Executive Vice President

---

**From:** Ami Wright
**Sent:** Friday, August 26, 2011 8:29 AM
**To:** Randy Klein
**Cc:** Steve Samson; Ray Coneys
**Subject:** Meridian NYC showroom

Randy,

Meridian is ready to get the install of a Crestron system scheduled and Al Reinhard will be installing and programming it for free. How do you want to get the order processed?

Meridian has agreed to provide us equipment of equal value in the future when we need it.

Below is the quote that one of Ray's guys did a while ago. Al will review it and there may be a change or two, but it is around $8K.

| QTY | MODEL | DESCRIPTION | PRICE |
|---|---|---|---|
| 1 | PRO2 | Control Processor | $1,800.00 |
| 1 | C2ENET-1 | Network Card | $450.00 |
| 1 | CNTBLOCK | Cresnet Distribution Block | $85.00 |
| 1 | MTX-3 | Wireless Handheld Touchscreen | $550.00 |
| 1 | CEN-RFGW-EX | Wireless Gateway | $225.00 |
| 1 | TPMC-9LW-T | Wall Mount Touchscreen | $1,900.00 |
| 1 | TPMC-9L-FP-BKLT-W-T_ENGRAVED | Engravable Faceplate w/Buttons | $85.00 |
| 1 | BB-9L | Back Box For TPMC-9L | $100.00 |
| 13 | CLW-DIMEX-P-W-T | Cameo Wireless In-Wall Dimmer | $1,495.00 |
| 1 | CLW-SLV-P-W-T | Cameo In-Wall Slave Dimmer / Switch | $60.00 |
| 1 | INET-CBDEX-P-W-T | Cameo Wireless Keypad | $180.00 |
| 5 | CB6-BTNW-T | Small Backlit Button Caps | $25.00 |
| 1 | CB6S-BTNW-T | Split Small Backlit Button Caps | $10.00 |
| 3 | CHV-THSTATW | Thermostat | $900.00 |
| 1 | CHV-RTS | Remote Temperature Sensor | $75.00 |
| 1 | CEN-WAP-ABG-POE-PWE | Wall Mount Wireless Access Point | $250.00 |
| | | | $8,190.00 |

iPad App is available through iTunes – Please see link below:
http://itunes.apple.com/us/app/crestron-mobile-pro-g/id369219208?mt=8

--
**Ami Wright**
Director, Residential Market Development

Phone: 201.767.3400 x10462
Direct: 201.367.1088
Cell: 415.806.4945
Email: awright@crestron.com

**Crestron Electronics, Inc.**
15 Volvo Drive, Rockleigh, New Jersey 07647
Crestron Website | Twitter | Facebook

http://www.crestron.com/images/static/email/signatures

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

EXHIBIT 431

| | | |
|---|---|---|
| **From:** | Dave Sell | June 07, 2008 12:45:22 PM (-04) |
| **To:** | Brian Nachum; Chad Russell; Dan Fry; Dave Sell; Gordon Isaac; John Channon; Moose Adams; Rick Coven; Rob Christensen; Shaun D'Sylva; Timothy Knittel | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **FW: Savant** | |
| **Attachments:** | CW Savant Dealer Info.xls | |

Team:

Here is the final format we came up with for the Savant dealer survey. Your next task is to complete the next 15 dealers by June 15th. Send to Lisa for compilation by June 13th.

NOTE: This is not a phone survey! A subject as important as this warrants personal visits and meetings. It's too easy for a dealer to lie and BS you over the phone. It is required that you visit your dealers and ask these questions, press them, look them in the eye and tell them we have a 'zero tolerance policy' on Savant. Then ask them for their EOY orders!

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

>_______________________________________________
>From: Randy Klein
>Sent: Monday, June 02, 2008 12:28 PM
>To: Dave Sell; Jason Tirado; Jerrie Anderson; Jerry Wagner; John Gutekunst; Landon Lovett; Mark Swiderski; Philip Cowling; Wayne Swirnow
>Cc: Fred Bargetzi; Bill Schafer
>Subject: Savant
>
>I want each of you to have your guys poll every residential dealer to see if any of them are representing Savant. Split each RSM list into 3 groups. Top 5 dealers first. Next 15 dealers, and then the remainder. The definition of represent is noted below. I would like a Y or N next to each item.
> Attended Savant Dealer Meeting or Council
> Signed Dealership Agreement
> Purchased Demo Equipment
> Promote on Website or Other
> Sold and Delivered to End Users
>
>I would like the first 5 by the end of this week, next 15 the following week, and the remainder by July 1
>
>Randy Klein
>Executive Vice President
>

>

EXHIBIT 432

| | | |
|---|---|---|
| **From:** | Brian Nachum | April 17, 2009 11:07:13 AM (-04) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: Partnership Program.xls** | |
| **Attachments:** | corporate_signature_special.gif | |

Dave,

Confirming Synergy is loyal and has not strayed from this program!

Thank you,

**Brian Nachum**
Regional Sales Manager
P: 562.340.0125
F: 562.596.0713
E: bnachum@crestron.com

**Crestron Electronics, Inc.**
5660 Katella Ave. Suite #150
Cypress, CA 90630
www.crestron.com

---

**From:** Dave Sell
**Sent:** Friday, April 17, 2009 7:52 AM
**To:** Timothy Knittel; Rick Coven; 'John Channon'; Rob Christensen; Shaun D'Sylva; Brian Nachum; Gordon Isaac
**Subject:** FW: Partnership Program.xls

Guys:

Need you to confirm that all of your dealers on this list have been 100% cooperative and are still committed to the HTSA partnership agreement…….no C4 & no Savant in their businesses. Upon your review and approval, I will forward to NJ.

You are 100% accountable for these dealers positions as it relates to this program. (as am I).

Rick, Liz has Cybersound under you, it's Gordon's account.

Dave Sell, Director

Crestron West

5660 Katella, Ste. 150

Cypress, CA 90630

800-827-2188 x. 18016

562-596-0713 fax

714-875-0879 mobile

www.crestron.com

**From:** Elizabeth Malleo
**Sent:** Wednesday, April 15, 2009 12:24 PM
**To:** Dave Sell
**Subject:** Partnership Program.xls

Dave,

I also need your approval to process third quarter rebates for the attached Partnership dealer.

Thanks,

Liz

# EXHIBIT 434

**Week of 7.1.08 - 7.04.08**

**Team Cinema**
1 Goal: Status of new dealer, upcoming jobs
2 New dealer, 3+ months on, has sold opening order and sold 1 job since. Initial job has grown in scope and adding additional
3 components. Installs have gone well, use of CAIP ok! General discussion of products and system designs.

[redacted]
1 [redacted]
[redacted] [redacted] One additional
3 residential job, in pre-wire. Discussed new products. Dealer is small and not full time in AV business.

**EndeavorIT**
1 Goal: Re-focus dealer on Crestron
2 Dealer had low $ year in 07-08. Re-focus on Crestron and get commitment to bid on all jobs. Had falling out with partner,
3 will be changing name and focus back to Crestron. Has several bidding opportunities. Visited customer with large Crestron
4 install, all works well. See opportunity moving forward.

**Atlantic Stereo**
1 Goal: Discuss 6X and Showroom upgrades
2 Discuss 6X with Tom and sales/ install. Showroom upgrade.. Best piece would be AMS-AIP, getting resistance on one
3 box solution. Fear if it breaks whole house and theater is down, fits price point and features sought. Demo is good idea.

[redacted]

**Week of 7.7.08 - 7.11.08**

**CCSS**
1 Goal:Training on new product and 08-09 goals
2 Training on new products, 6X, 4XG, UPS1250, iServer.. Discussed end of AMX installs all business moving forward is Crestron.
3 Well focused and all good. Did 50K in 6 months as new dealer, set 100+K goal for 08/ 09.

**SAITech**
1 Goal: Reviewed current business and strategies
2 Jorge and Alberto have done significant marketing in Cabo. 4 signed jobs, all large scale. Reviewed jobs, allowing electricians
3 to get in with Lutron, discussed strategies to combat this. 4-5 jobs close to closing. Great opportuities.

**Cantara**
1 Goal: 07/ 08 Results and 08/09 goals
2 Dealer missed 100K by 10K in 07/08. Discussed why, has jobs but to far out to purchase. They are leading with Crestron
3 but will flip back to AMX. Re-iterated necessity to focus, lead and be exclusive with Crestron. Hughes still doing Vantage
4 they also have issue here and willing to see Crestron in. Re-focus Tom. Insisted we be the go-to exclusively to maintain line!

**Ovation**
1 Goal: Rebuilding and Accounts Receivable w/ Crestron
2 Rebuilding is going well. Has solidified staff and is doing well. First job with CAIP vs. internal programming went well and
3 was profitable. Will continue this plan. Have several jobs on horizon. Burned many relationships but still selling.

**Day 1 Services**
1 Goal: New products and upcoming jobs.
2 Saw new products at InfoComm, discussed 6X and Din Rail opportunities. Has large upgrade of system in Newport Beach
3 with (11) 6L's and (4) 6X's. (2) Large jobs on horizon, full automation and integration with Crestron. Account is focused.

**Zap Audio**
1 Goal: Discuss status of possible new dealer

2 New dealer opportunity that has gone on way to long. Insisted that he produce opening and showroom order. Re-iterated
3 that I will not bring him on for one job. Has opportunities but has not shown focus.

[redacted]

1 Goal: Current business and 4X issues.
2 Had good 07/08, sees similar #'s in 08/09. [redacted] Seen slow down in residential
3 opportunities. Angry over persistant 4X issues. Has worked with CW on this. Angry at Crestron for bringing out faulty product.

**Totally Wired**

1 Goal: Visit with homeowner who is removing C4 system
2 Homeowner had full C4 system installed. Very problematic and poor operation, system failures and issues. Having C4 system
3 removed. Discussed implementing Crestron, relevant products, features. Customer is excited for flip to Crestron.

**Week of 7.14.08 - 7.18.08**

**Cinema Solutions**

1 Goal: Discuss 07/08 and 08/09 opportunities
2 Dealer way down in 07/08. Had his worst year since being in business. Sees this year as much better opportunity. Has
3 several jobs lined up. Still totally focused on Crestron.

**Synergy**

1 Goal: Review new products, energize
2 Dealer had solid 07/08, know they can do more. Did training on new products to energize and educate. Staff enjoyed it and
3 likes new products. Staff, beyond owner, becoming more comfortable with Crestron, sales by others. Need Lutron flip!!

**Digital Home Design**

1 Goal: Status of dealer..
2 Ken was very concerned about his business in previous conversations, slowing of market. At this meeting, he was far more
3 positive. Had 5 sets of plans to bid and saw opportunities. Got Chris Naria job and a small theater with Crestron. Focused
4 completely on Crestron.

**WAVE**

1 Goal: 07/ 08 Results and 08/09 goals
2 Had good 07/08, with growth over previous year. Still doing small projects we are not getting. Discussed Adagio opportunities
3 on these. Less focused on building his own new home and back on business. Believes he can grow business with Crestron
4 in 08/09. Has several complete Crestron quotes out he hopes to close.

**Zap Audio**

1 Goal: Follow up to last meeting
2 Discuss showroom install and 2 additional jobs for Crestron. Still not confident but see this moving in the appropriate direction.

[redacted]

**Audio Video Harmony**

1 Goal: Focus on Crestron
2 Dealer has had secondary business and is now re-focusing on AV. Discussed new products. Working with him on architect.
3 Made plans to promote Crestron with him to architect. Sees increased Crestron sales in 08/09.

**Focus Integrated System**

1 Goal: Thank for Great 08… Discuss 09..
2 Dealer had an exceptional 08. Totally focused on whole Crestron line. Discussed his growth opportunities for 09: another
3 condo complex, 6+ custom homes. Resort he has electrical contract on, fitting in Crestron. Growth of staff, another salesman
4 and internal programmer. Visited prospect in Escondido..

**EndeavorIT**

1 Goal: Get defective CW loaner, business changes.
2 Had lent Pro2, was defective, getting it for Shelly. Discussed business change, working with Liz.

` **Elite Electrical Installations**
1 Goal: New dealer opportunity.
2 This is an account you met a year ago and wrote me about recently. I interviewed him for dealership and saw little opportunity.
3 Claims and facts are not in-sync. Different answers to same questions. No staff. Few industry contacts.

` **Com-Tek**
1 Goal: New dealer opportunity.
2 This is a Vietnamese account, seeking one for opportuities in GG, Buena Park and other areas. Brother of owner works for
3 current Crestron dealer in LA. Good opportunity, needs AV education. Good opportunities in this community, not sure if this
4 is the right account for the mission.

` **Atlantic Stereo**
1 Goal: Work on AMS-AIP for bids and showroom, growing business.
2 Did AMS bid for job. Discussed AMS vs. AMS-AIP. Still concerns over one-box solution I have not overcome. Discussion
3 on how to improve 08/09 sales over 07/08. Increased use of Crestron remotes vs. RTI. Use of 6X with QM-RMC.

` **Good Sounds**
1 Goal: Discuss TPS-6X, 08/09 business.
2 Discuss and educate on TPS-6X. Challenges in current market and opportunities for this year. Has several solid builder
3 relationships and hopes they will be building more.. Older account, not prospecting as aggressively.

**Week of 7.21.08 - 7.25.08**

` **Before Tomorrow**
1 Goal: Builder Opportunity
2 Builder who has used Crestron in his homes. Wants to understand Crestron better for upcoming jobs. True goal of call is
3 to be made dealer himself. Discussed issues and drove him back to dealer.

` **Audio Video Entertainment**
1 Goal: Review Adagio
2 This dealer bid job with Nuvo, another dealer bid same job with Adagio and won it. Discussed this and found they are scared
3 of Adagio line. Discussed and negated this fear. They lost a good job over this fear. I have supported this account and asked
4 them to fully support Crestron in return for my efforts. Team approach.

` **DLP Consulting**
1 Goal: Discuss 6X, saw lead I provided.
2 Discussed TPS-6X. Provided lead, saw the lead with them to promote Crestron. Small dealer I am concerned about!

` **New Core**
1 Goal: Finalize opening order/ demo order
2 Discussed and finalized Demo Order and Opening Order. Continued education of account. See opportunity.

` **American Audio Video**
1 Goal: Basic staff training, explore opportunities.
2 Basic line overview for possible new account. Has opportunities but focused on C4, one of the larger C4 players in San Diego.
3 My intent… Get them excited about Crestron (salvating), then demand they drop C4 to get Crestron!

` **Kiwi A/V**
1 Goal: Congratulate on 07/08..
2 Congratulations and thanked for a great 07/08. Discussed how they got there and how they can repeat. Concerned about
3 this years business given current contracts and new home starts. Discussed event to show appreciation to staff.

` **Innovative Audio**
1 Goal: 07/ 08 Results and 08/09 goals
2 Discussed 07/08 business. Things went well, saw slower market or could have had larger year. Using a lot of RTI and

3 pieced together systems. Discussed growing in 08/09 by switching to all Crestron remotes and systems.

**Week of 7.28.08 - 8.01.08**

**Reel Time**
1 Goal: See new facility
2 Visit new facility as they get ready to open. Made solid proposal on new demos, but think they are out of cash! Promoted
3 new products and increased Crestron presence in new building. Higher end facility should have better products, more custom.

**Com Tek**
1 Goal: Review large job opportunity
2 This new dealer prospect has 2 very large job opportunities. Both are way beyond their capability. Present in-road to the
3 Vietnamese community. If the brother who knows Crestron comes on, much better prospect.

**Audio Video Design**
1 Goal: Discuss 07/08 and 08/09 opportunities
2 Discussed 07/08 and reduction in business. Timing issue of construction vs. decline in business or focus of business.
3 Still totally focused on Crestron despite Sean M. visits. All Crestron, no Savant. Has several jobs coming to finish stage
4 and will have upcoming purchases. Closed (2) jobs in Crystal Cove, all Crestron. Excited by 6X. Ty admitted to me that
5 he was glad he did not order at year end another $100K. Would have been detrimental to cash flow.

**Genesis**
1 Goal: Discuss lead I gave Bill
2 Follow-up on lead I gave Bill, guy has house in Newport and Dubai. Thanked for hitting $200K in 07/08.

**Newport AV**
1 Goal: Lighting flip on Balboa Island
2 Has customer with Muro bid. Looked it up on-line and created comparison bid with Crestron InfiNet. Price difference severe
3 discussed sales strategy.

**Premier Sound**
1 Goal: Discuss 07/08 and 08/09 opportunities
2 Dealer was way down, claims in-between jobs. Believe this, account is focused on Crestron. Has very large job he is starting,
3 over $100K in Crestron at cost. Discussed concerns brought to me by AVPA. Possible $ issues at this account.

**Travis Electronics**
1 Goal: 07/ 08 Results and 08/09 goals
2 Dealer way down in 07/08. Did not focus on new account generation, doing a lot of C-10 work. Would like to do more
3 Crestron and is hoping to re-focus his business in this direction. See positive focus and desire.

**Craftsman Electric**
1 Goal: Discuss law suit
2 Discuss law suit where his ex-customer is suing him and Crestron to provide information to Crestron.

**Audio Video Entertainment**
1 Goal: Finalize large job for builder
2 Finalized and helped dealer close large job for a builder he has been working with.

**Week of 08.04.08 - 8.08.08**

**Logic Living**
1 Goal: Meet/ Educate new dealer
2 Met and began relationship with new dealer with significant potential. Discussed existing opportunities for job switches from
3 Vantage to Crestron. Discussed way to work with Crestron, policies, DRP, etc.. Began switch over of first job, design..

**DSS Hawaii**
1 Goal: Secure 44 home tract, meet, develop relationship
2 This is a SD account that has a branch in HI. Met, began relationship.. Discussed existing jobs, opportunities on HI. Reviewed
3 new products, existing products. Discussed lighting. Has 44 home tract, standardized package ideas with Adagio.

| | |
|---|---|
| ` | **Logic Living Dinner** |
| 1 | Goal: Develop Relationship |
| 2 | Used this second meet to further discuss politics of the island, develop dialogue and plan for future business. Importance of |
| 3 | an all Crestron stance. Technical sales as tool for bidding. |
| ` | **Pacific Audio & Communications - HI** |
| 1 | Goal: Develop relationship, existing and future opportunities. |
| 2 | Develop relationship with principal of HI branch of PAC. Discussed existing jobs, had just completed 3 pre-wires, all |
| 3 | Crestron jobs. Reviewed new products. Discussed lighting, Kale is strongest opponent in PAC to Crestron lighting. Provided |
| 4 | ammo on significant benefits of an all Crestron system. |
| ` | **Hilo Audio** |
| 1 | Goal: Develop relationship, new products, future business. |
| 2 | Known Roy at Hilo for some time. Great to see him as Crestron vs. Elan. Is fully dedicated to Crestron. Using amps, video |
| 3 | etc.. Discussed new products. Was in process on 3 Crestron completions, had 2 pre-wires to start. |
| ` | **Akami** |
| 1 | Goal: Meet dealer, discuss opportunities |
| 2 | This is a builder that purchased a dealer who went out of business. Using Crestron on all homes he builds. Excited about |
| 3 | being on this end of the business. Lot of education on products, design, implementation, CAIP's. Builds 3-4 homes, large, yearly. |
| ` | **PAC Maui** |
| 1 | Goal: Day 1 Seminar |
| 2 | Got a chance to meet and talk with Pat about business, this is a strong, long-term Crestron supporter. Doing far fewer jobs |
| 3 | this year, but all much larger, higher end jobs. Giving smaller jobs to another dealer and selling them Crestron. While this |
| 4 | may be weird, it is HI and these dealers we don't want to bring on. Has 2 jobs with lighting, big change from being solid Lutron. |
| 5 | Had seminar, attended by approx 25 builders, architects. |
| ` | **Home Security and Sound** |
| 1 | Goal: Discuss new account, opportunities, business |
| 2 | New Crestron account, had met when they came to training. Doing well with the line, had initially pre-wired 3 jobs and was |
| 3 | now completing all 3 with Crestron. Going well, very profitable. Had 2 additional jobs in sights. Making full business switch. |
| ` | **PAC Maui - Day 2 of Seminar** |
| 1 | Goal: Day 2 Seminar |
| 2 | Day 2 seminar, had over 50 builders, architects, designers. A lot of questions, interest in products displayed. |
| ` | **Design Systems** |
| 1 | Goal: Discuss business, see jobs. |
| 2 | Dealer has been dormant for some time. Have gotten, via phone, re-energized on Crestron. Seeing fruits of several hours on |
| 3 | the phone with this account. Walked new job opportunity, job being completed and reviewed plans for job he is bidding. |
| 4 | Had lunch after, he is re-committed to Crestron. Gave lead on job opportunity, very excited by this. Small dealer, but is a strong. |
| ` | **Home Automation Hawaii** |
| 1 | Goal: Discuss future business. |
| 2 | Account we brought on but have not gotten orders from. Very upset by this, dealer distracted by purchase of other company |
| 3 | and new location. Discussed bids he put out for custom homes with Crestron. Discussed using Crestron in new opportunities |
| 4 | available to him, more production type business, based on purchase of this other company. A lot of positives but curious |
| 5 | if we will see the business. |
| | **Week of 08.11.08 - 8.15.08** |
| ` | **Audio Video Entertainment** |
| 1 | Goal: Walk large lighting and automation job |
| 2 | Walked and secured large lighting and automation job. Discussed needs from electrician. Secured as an all Crestron |
| 3 | installation. |

` **Genesis**
1 Goal: Meet with Bill on new products, 6X
2 Informal meeting with all sales staff to review 6X. They had just received demo and wanted to review it. Discussed upcomming
3 opportunities different sales guys had. Need for InfiNet piece.

` **Sound Automation**
1 Goal: Upcoming business
2 Discussed on-going job in Mexico and purchases for this installation. Has one large job he just secured, but is concerned
3 about economy and upcomming business. Nothing else on the books. Potential job in Montana.

` **Accoustic Evolution**
1 Goal: Walk job in LaJolla.
2 Walk large all Crestron opportunity in La Jolla, discuss bid and design. Has 2 jobs he has pre-wired but is waiting for finish.
3 This dealer has begun to bid larger jobs vs. larger dealers in the territory. He hasn't won these bids as newcomer to this
4 arena. Has a good shot, but his business is slowing.

` **Pro Audio Design**
1 Goal: Discuss upcoming jobs.
2 Dealer has 4-5 great opportunities that are all Crestron based. Needs to close customers. Doing large Motorcycle retailers
3 showroom. All going well. Based on this, can do 12 other locations. Thinks he will get all of these.

` **Monarch Coast Solutions**
1 Goal: Meet dealer and homeowner
2 This homeowner called about screwed up system in Las Vegas and new home in Montage. Referred him to Monarch for both
3 jobs. Met on-site of new home with homeowner and dealer. Positive meeting, Glenn Johnson involved.

` **Ovation**
1 Goal: See new office manager, Brian Dempsey
2 Have known Brian Dempsey for a long time. He has moved over to Ovation to be office manager and deal with issues. He
3 is good in this role and hope he can straighten things out. Discussed payment plan we are discussing with George Jorn.
4 Has several upcoming jobs in area, all in pre-wire, wants to stay Crestron and complete these jobs with Crestron.

` **Comtek**
1 Goal: Discuss new account, opportunities, business
2 Several opportunities with this new account opporutnity. Gateway to asain community is the goal, but not satisfied these guys a
3 have the experience and capability. Want to bid large job Zoran is designing. They are not ready.

` **AV Intel**
1 Goal: Bid projects.
2 `
3 them they were. Discussed process for new account, told them these two jobs and showroom would do it!

**Week of 08.18.08 - 8.22.08**

` **Pacific Digital Home**
1 Goal: Discuss current jobs, business, etc..
2 General discussion on state of business. Finished large job in Emerald Bay, got job from architect at seminar. Has another lead
3 for a job in Seal Beach from same architect. Hit $236 FY 08, will cut into some July/ Aug business. Has 4 bids out. Wants
4 Berg job he bid through ADG.

` **Day 1 Services**
1 Goal: Got Din-Rail product, discuss.. Job with CAIP from HI.
2 Wanted to see and discuss the Din-Rail product he got on Demo pricing. Way cool display. Likes form factor, has applications.
3 Using CAIP from AZ, who also does a lot of work in HI, for big Newport Job. Upgrade of entire system, 8K sq ft house. Has 2
4 other jobs on horizon.

` **EndeavorIT**

1 Goal: Discuss change of business name and jobs.
2 Discussed necessary steps to change his business name. Drop current partner, bring on new investor. Worry about DRP, etc..
3 Developed game plan. Provided lead for opportunity in Tustin Ranch. Has large high-end condo upcomming, several opportunities
4 through new partner. Sees new union good for new customers and cash infusion.

` **One Touch Home Theater**
1 Goal: See new dealer opportunity
2 Solid opportunity. Dealer did track work, high-end, east county, for 12 years. Ended builder work, on own servicing customers
3 he knows from these tracks. Has opportunity of 3-4 customs burned in fire. Wants to do automation/ lighting. 85% of work
4 in east san diego, around/ east of 15. Rancho Bernardo/ Poway/ Scripps Ranch. Good opportunity, visit again post CEDIA.

` **Kiwi A/V**
1 Goal: Discuss pricing issues in market
2 Alan and Willie very concerned about pricing in market. Showed me 2 bids at 20 off, same dealer. Homeowners take low bid,
3 when service issues arise, call Kiwi. Want prices up! Promised to discuss equally with all dealers. Discussed more dlrs per job.

` **Synergy**
1 Goal: Discuss 6X, current jobs, system design.
2 Not yet adopted 6X, show and tell. Has several jobs in pipeline, all Crestron. Reviewed bid he was actively working on. Talked
3 to his programmer about concetps, ideas. Reviewed upcomming building, made plans to see w/ Dave.

` **AV Intel**
1 Goal: Design jobs
2 This dealer thought he was on by Sean, is not. Discussed getting him on, system designs. Low ball jobs in high-end homes.
3 Good opportunity, but dealers focus, williingness to change, dedicate is in serious question. Good opportunity but some
4 anger based on situation.

` **Newport AV**
1 Goal: Get switcher business..
2 Get switcher, amp business for upcomming restaurant/ bar. Make sure 100% Crestron.

` **Total Automation**
1 Goal: On-going and future projects
2 Doing large project for Laing Homes owner. Been at it for months. House incomplete. Think this job is hurting him. Has two
3 additional jobs upcomming that are pre-wired, set to finish Crestron. Still carrying many lines, AMX, Lutron. No focus.

` **Monarch Coast Solutions**
1 Goal: Meet with Monarch, Builder and Glenn Johnson
2 Large home in Montage. Glenn Johnson is lighting designer, Monarch Coast is dealer. Want this to be all Crestron lighting/ AV.
3 Let Glenn Johnson know this prior to meeting, have full dealer blessing. Discussed whole job with all parties. Glenn in full step,
4 no opposition to promoting, building job around Crestron. Everyone on-board!! Meeting went very well!!

` **AVD**
1 Goal: Discuss business with Aaron
2 Main salesperson. Lunch to update on projects, politics in town. Asked him to go after Strand club-house, knock AMX/ Prime ECS
3 out of job. All going well, many more finishes this year than last. A lot of pre-wires last year.

**Week of 08.25.08 - 8.29.08**

` **Crestron West**
1 Sales Meeting!

` **Campbell Jobsite - Audio Video Entertainment**
1 Goal: Finalize lighting with AVE and Homeowner
2 Walk home to finalize centralized vs. local switches. Assist electrician in wiring properly.

` **CK Marine**
1 Goal: New dealer opportunity.

| | |
|---|---|
| 2 | CK Marine does exclusively A/V Systems for boats. Very interested in doing Crestron upgrades to a 120 ft boat in SD, where |
| 3 | he is based. Says he is growing his business, hopes to do exclusively multi-room audio and home theaters on larger boats. |
| 4 | Very interested, but new to business and needs to grow a bit. |
| ` | **Tweed Electric** |
| 1 | Goal: Continue discussions with new dealer prospect. |
| 2 | Electrician continuing to push for entre as dealer. Impressed by amount of a/v he does. Has excellent programmer on staff. |
| 3 | Very AV centric. No electrical without a/v. Focus of website. His passion, good customer base, tons of referral work. |
| | **Week of 09.1.08 - 9.7.08** |
| ` | **CEDIA Week** |
| 1 | Sales Meeting! |
| ` | **CEDIA Week, Wednesday night dinner with Pacific Audio & Communications** |
| ` | **Thursday Appointments: Cantara, Totally Wired, Good Sounds, Pacific Audio & Communications, Newport AV,** |
| | **Custom Home Technologies, Day 1 Services, Cinema Solutions, Tazz Lighting** |
| ` | **Dinner Thursday Night: Totally Wired, MS Cubed, Custom Home Theater** |
| ` | **Friday Appointments: Zap Audio, Atlantic Stereo, Avanced Design Group, Pacific Digital Home, Accoustic Evolution,** |
| ` | **Brody Electronics, Prime ECS, Vision Systems, Digital Home Design, DLP Consulting, Focus AV, AVE** |
| ` | **Friday Dinner: Audio Images** |
| ` | **Saturday Appointments: Audio Video Design, SAITech, MS Cubed, Genesis, Simplistic Solutions, Sound Ideas, Modern Home** |
| ` | **Systems, MICOM, DSS Systems, CCSS, Binacorp, Control Freak, Hilo Audio, Design Systems** |
| ` | **Saturday Night Dinner: CCSS** |
| ` | **Sunday Appointments: HI-Fi Hawaii** |
| | **Week of 09.8.08 - 9.12.08** |
| ` | **CK Marine** |
| 1 | Goal: Walk large boat opportunity |
| 2 | Walked boat with Captain and owner. Discussed Crestron options. Helped dealer design bid to present and sell. |
| ` | **Entertainment Solutions** |
| 1 | Goal: CEDIA Review, Dealer did not attend. |
| 2 | Reviewed new CEDIA products shown in the booth. |
| ` | **Kiwi A/V** |
| 1 | Goal: CEDIA Review, Dealer did not attend. |
| 2 | Reviewed new CEDIA products shown in the booth. |
| ` | **Red Dot AV** |
| 1 | Goal: CEDIA Review, Dealer did not attend. |
| 2 | Reviewed new CEDIA products shown in the booth. |
| ` | **Good Sounds** |
| 1 | Goal: Work on Digital Media Bid. |
| 2 | Helped dealer prepare a Digital Media Bid. Reviewed Digital Media system, parts, implementation. Provided latest Digital |
| 3 | Media wiring guide. |
| ` | **Atlantic Stereo** |
| 1 | Goal: CEDIA Review, with staff that did not attend. |
| 2 | Reviewed new CEDIA products shown in the booth with Sales / Programming staff that did not attend CEDIA. |
| ` | **Newport AV** |
| 1 | Goal: Review of CEDIA and upcomming jobs. |
| 2 | Reviewed CEDIA products, upcoming jobs, use of switchers in large restaurant… Use of Amps vs. other brands. |
| ` | **Took Thursday / Friday OFF** |
| | **Week of 09.15.08 - 9.19.08** |

**Zap Audio**

Goal: Discuss second job opportunity

Discuss second job opportunity. Design system. Review new products from CEDIA. Discussed first job opportunity as reality, fear he lost this to another Crestron dealer. Will go Crestron either way.

**Cinema Solutions**

Goal: Meet on job site, walk home with owner.

Met on job site in Irvine Cove. Discussed/ walked job with owner and superintendent. Customer very interested in Crestron/ Lutron.. Worked against Lutron, discussed positives of all Crestron job. Major hurdle to Crestron lighting is appearance of switches, 3 position slide on front was huge negative with owner and owners wife!

**Ovation**

Goal: Review payments and structure of payments with George Jorn

Worked with account to develop strategy to get repayment of old invoices and plan to move forward that George Jorn will accept. Dealer has several jobs to purchase, need to get this behind us to move forward. Came up with plan, emailed George Jorn on it and awaiting reply.

**Cantara**

Goal: Review current business plan and emphasis on pricing

Currently has 4 Crestron bids out, two coming to finish. Working with large real estate agent to make all homes listed Crestron homes. This is a huge opportunity. Agent is biggest in Newport, all multi-million dollar properties. Wants to put Crestron in each. Emphasis on keeping prices at MSRP. Fear of bundling with Hughes Electric and discounting Crestron.

**Digital Ear**

Goal: Discuss issues with 2 Adagio jobs

2 Adagio jobs with issues. Discussed and presented Adagio max configuration drawing. Issue is these jobs grew beyond Adagio processor capability. Recommended AAE/ Processor installation on this type of configuration. Advised QM-RMC soln.

**Synergy**

Goal: Current jobs and showroom.

Discussed current jobs, all are Crestron. Well focused. Discussed lighting, difficult change, but opportunity exists. Using Crestron amps. Showroom coming along, starting framing. Meet with Dave on job site in next few weeks. Want this an all Crestron showroom!!

**Dijisystems**

Goal: New dealer opportunity.

Dealer currently selling Russound, feels he has the customers to sell Crestron to. Have some reserves about the size of the systems he is selling and ability to sell larger size and dollar. Seems limited in ambition and customer base. Provided info on line. Will check back with him.

**Digital Ear**

Goal: Review upgrades to systems we discussed previously

Discussed upgrade path for systems and reviewed upgrades he will present to homeowners.

**Darryl J. Designs**

Goal: Buying product on-line and selling to homeowners in San Diego

Very upset that he is working in this way. Buying from dealer off internet and selling to homeowners. Has qualified programmer. Not a guy I want to bring on, but not happy about his work in the territory. Discussed this with him.

**Red Dot AV**

Goal: Cement relationship and discuss focus..

Had a great lunch with owner and general manager. Cemented relationship, discussed being Crestron acct procedures and necessity for complete Crestron focus.

**Tazz**

Goal: Review of CEDIA and current jobs

2 Reviewed some CEDIA products. Has 2 large job upcomming, will be buying product in 30-45 days for both. Bidding regularly.
3 One large out-of-state job is seriously delayed/ postponed due to economic factors. Does not see this one coming back.

**Week of 09.22.08 - 9.26.08**

` **WAVE**
1 Goal: Review CEDIA new products
2 Reviewed new products from CEDIA. Dealer not at show. Walked his new home which will be all Crestron.
` **Meeting with Dave Sell**
` **Prime ECS**
1 Goal: Reviewed system design and 6X.
2 Bidding a Crestron job. Reviewed current system design elements and 6X integration.
` **Digital Home Design**
1 Goal: Review current business and emphasis on pricing
2 Reviewed current jobs. Has 2 upcomming and very tail end of another. Promoted maintaining pricing in market, heard of
3 some discounting by DHD from others. Discussed products shown at CEDIA and timelines.
` **Digital Ear**
1 Goal: Discuss new store opportunity
2 Sharmad wanted to discuss new store opportunity in Beverly Hills and promotion of Crestron in store. Wanting to discuss
3 significant discounting for new store displays, encouraged future conversation with Dave.
` **Interior Electronics**
1 Goal: CEDIA new product review
2 Reviewed new products from CEDIA. Dealer not at show. Has 2 jobs in process and several bids out, sees slowing market.
` **One Touch Home Theater**
1 Goal: New dealer opportunity.
2 Had one previous meeting with new dealer opportunity. Discussed upcoming job opportunities. Has 2 prime for Adagio. Will
3 comprise opening order. Great candidate. Very strong. Reviewed line, system design, programming, etc..
` **Day 1 Services**
1 Goal: Review products from CEDIA, business update
2 Dealer has 3 projects upcoming, all will finish pre-Christmas. Likes din-rail and other new CEDIA products, discussed release
3 dates. Dealer is solid on Crestron and lighting. Likes new Cameo, encouraged about color options.
` **Virtual Perfection**
1 Goal: New dealer opportunity.
2 Interested in being a dealer. Very small shop. Has one particular job to use Crestron on. Fear this is a one job opportunity
3 and stated my lack of interest in single job. Single job he has would be bid against Synergy. Wont allow him to do so, so he
4 enlisted CAIP to bid it for him. Informed Shelly that CAIP had done so!!
` **AVD**
1 Goal: Status of jobs and territory
2 Upset about low-dollar Cantara bid, bundling of services between Cantara and Hughes electric. May loose job due to this.
3 Discussed this situation. Has several finishes coming up this year, been doing a lot of pre-wires for last 12 months, sees several
4 finishes coming to fruition.

**Week of 09.29.08 - 10.03.08**

` **Premier Sound**
1 Goal: State of business and upcomming jobs
2 Seriously worried about this account. Dealer is not focused on business, has several un-happy customers and is bidding 20%
3 below MSRP. Discussed pricing, attention to customer concerns and plans for long run. Dealer says he is re-focused, has

3 3-4 jobs upcoming and is back in the game. Paid off CAIP, will maintain pricing.

**Custom Home Theater**

1 Goal: Review of CEDIA product and 4X issues.
2 Discussion of 4X issues, upcomming visit by Brian Nakamura. Explained we needed to see jobs and evaluate. Very unhappy,
3 feels this issue has cost him significantly in time, money and customer good will. Discussed new shop demos.

**Focus Integrated Systems**

1 Goal: Review current business
2 Strand project going well. Finished model, units starting to sell. First buyer was very happy/ encouraged by Crestron integration
3 and told builder.. Has several other upcoming jobs, says he is slammed with Crestron business, all full Crestron.
4 Believes he will get additional 14-unit project next to Strand. Has 4+ custom homes. Bringing on new sales associate.

**Prime ECS**

1 Goal: Provided loaner 6X
2 Did hands-on demo of 6X and provided loaner product for upcoming sales presentation. Discussed general territory updates
3 and state of market. Discussed 2 projects in the Strand, thinks he will have 2 more. 2 existing AMX, 2 upcoming are Crestron
4 opportunities. Discussed deal opportunities to make first 2 Crestron.

[redacted]

1 Goal: New dealer opportunity.
2 New dealer opportunity. Does [redacted] residential [redacted] Close with two builders who feed him significant a/v and lighting
3 business. Would give both to Crestron. More residential [redacted]. Has significant opportunities.

[redacted]

1 Goal: Current and upcoming business.
2 Discussed CEDIA products, only one of three partners attended. [redacted] Bugged out of
3 residential market due to slowing and loss of a few jobs. [redacted] Still would like to add
4 residential jobs to mix. Very happy with Crestron, committed to line!

**MS Cubed**

1 Goal: Review products from CEDIA, business update
2 Reviewed products shown at CEDIA and dates. Update on current business. Has 2 projects going and 3 upcoming. Sees
3 this as positive year with Crestron.

**Atlantic Stereo**

1 Goal: Adagio AMS
2 This is a prime AMS/ AMS-AIP account, but they fear the All-In-One-Box nature.. Discussed reliability and Advanced Replacement.
3 Got OK to bring demo unit in and get full installation for demo purposes. Will also provide training on Adagio Composer. Set
4 date to do both. Promise to consider based on demo performance and Adagio Composer ease!

[redacted]

1 Goal: Status of jobs
2 Has several jobs upcoming. [redacted] Has
3 large boat system order upcoming. Has 2 other residential jobs soon [redacted]

**Sound Ideas**

1 Goal: Review products from CEDIA, business update
2 Reviewed products shown at CEDIA and dates. Update on current business. Has 1 large project in La Jolla, bid on 2 others.
3 Business has slowed considerably and sees increased competition.

**One Touch Home Theater**

1 Goal: Review system designs and new dealer application/ order
2 Review of system designs, product education. Review of new dealer orders. Questions from new dealer application.
3 Good new dealer opportunity.

**Red Dot AV**

1 Goal: Discuss current job
2 Reviewed current job in progress. Discussed CAIP's. Suggestions on system design and recommended trainings for additional
3 knowledge. Dealer is smart and coming along well.

**Week of 10.06.08 - 10.10.08**

[redacted]
1 Goal: Appreciation for business
2 Lunch to discuss upcoming jobs. [redacted]
3 Has architect to promote new Cameo to, make appt to do so. 2 Large custom homes upcomming.

[redacted]
1 Goal: New dealer opportunity.
2 New dealer prospect. Small company, doing residential / [redacted] and a few residential a/v jobs. Is an electrician.
3 Maybe solid future prospect, but not ready or geared towards core business today.

**Craftsman AV**
1 Goal: Business opportunities and CEDIA Review.
2 Reviewed new products from CEDIA. Discussed issue with 8X and resolution for customer. Has several upcoming jobs, should
3 have 2 finishes by year end. Had a rough 2 years past but back in stride and looking forward to prospects for next year.

**Audio Impact**
1 Goal: Discuss business opportunities
2 Account still fears programming of jobs. Did one job, went well, programmed well.. Has issue with job, recommended solution
3 and outlined solution. Still fears selling Crestron, cant get out of groove. Busy, but lower end jobs.

**DSS Systems**
1 Goal: Review CEDIA and Hawaii jobs
2 Reviewed CEDIA products and dates. Has 2 large homes in SD he is working on. One finish prior to X-Mas, not sure if other
3 will finish by year end. Has 44 Home tract in HI he is still working on, has contract, but project has slowed.

**Hughes Electric**
1 Goal: Discussion of Lighting business and Cantara
2 Discussed disappointment.. We had deal, I support and allow Cantara to do business, he moves lighting business from Vantage
3 to Crestron. Told him I felt he has not kept his part of this deal. Asked if he had current jobs to move our way.. Discussed 2.
4 Also indicated I wanted any Cantara Crestron systems to include Crestron lighting. I have kept my end of the deal!!

**Digital Ear**
1 Goal: Review new store in Beverly Hills
2 Dave in attendance.. Reviewed new store in Beverly Hills.

**Synergy**
1 Goal: Walk new showroom location.
2 Dave in attendance.. Walked new showroom dealer is building.

**Audio Images**
1 Goal: Review of CEDIA products
2 Review, analysis and dates of new CEDIA product with key personnel.

**Week of 10.13.08 - 10.17.08**

**Synergy**
1 Goal: Sign HTSA and Lighting on new showroom
2 Review and get commitment of exclusivity to Crestron for HTSA program. Get authorization. Continue discussion of Crestron
3 lighting control in new building. Re-iterate points from our walk from him the week prior.

**Genesis AV**

1 Goal: CEDIA Review
2 CEDIA Review and training for entire staff. Went through all new CEDIA products, release dates..

**Atlantic Stereo**

1 Goal: Adagio Composer training and drop off of AMS
2 Went through all of the Adagio Composer software with sales and programming. Got them to begin installation of AMS I
3 brought for them to evaluate/ demo.

**Automated Solutions**

1 Goal: Discuss current business, CEDIA updates
2 Discussed new CEDIA products. Dealer just finished large job. Has 1 in pre-wire and 2 system upgrade deals. Discussed
3 Adagio in full, which this dealer has not previously used.

**Sound Ideas**

1 Goal: Review CEDIA info, 4X issues vs. RTI
2 Dealer had a lot of questions on CEDIA product, reviewed. Several 4X issues, reviewed web site best practices and discussed
3 installs. Encouraged to start calling tech and using RMA process. Using RTI, discussed lack of 2-way, benefits of 4XG.
4 Bottom line, dealer is very angry that Crestron sold 4X's, has significant issues in the field, service calls, angry customers.

**Sound Automation**

1 Goal: CEDIA Review and Large Mexico job
2 Dealer was not at CEDIA. Reviewed products shown. Dealer involved in large Mexico job, having issues, worked through these.
3 Dealer has 2 large jobs in the hopper. One to complete by year end, other Jan/ Feb. Bit concerned about jobs beyond these 2.

**MICOM**

1 Goal: Visit Job site in Newport Beach, Design system, discuss new company
2 Visited job site in Newport. Advocated Adagio AMS and designed system around it. Discussed his new business partner and
3 new business entity. Things are going well. He is glad you kept me on with his acct.

**Creative Concepts Sound Solutions**

1 Goal: Company training on new CEDIA products
2 Training for company on new CEDIA products. Discussed system designs with AMS. Dealer fully dedicated to Crestron.

**Vision Systems**

1 Goal: Business status
2 Reviewed upcoming business, dealer involved with school project in San Diego. Will be doing significant IM and QM. Has
3 2 residential jobs in progress and bidding 2 more. New employee, discussed current training curriculum for him.

**Atlantic Stereo**

1 Goal: Reviewed installation of AMS
2 Dealer completed install of AMS. Reviewed install, saw unit in action.. Discussed system designs, addressed dealers big
3 fear of single box unit. Explained reliability and ease of replacement with quick disconnects..

**Prime ECS**

1 Goal: Pick up loaner 6X, A/V-Lighting job 10% promo.
2 Picked-up loaner 6X.. Liked product, demo went well. Discussed program for 10% on full a/v-lighting job, encouraged switch
3 of any current AMX jobs.

**Week of 10.20.08 - 10.24.08**

**Custom Home Theater**

1 Goal: Lighting
2 Reviewed Crestron lighting opportunities, new sku's and colors. Made financial and product based argument for switching to
3 Crestron lighting.

**Kiwi**

1 Goal: Lighting

2 Reviewed existing and future lighting jobs. Attempting to sell Crestron lighting on every job. Discussed participation on future
3 seminar for architects/ interior designers and builders. Discussed new colors and future products.

**Tazz Lighting**
1 Goal: Lighting
2 Discussed Crestron lighting for Crestron A/V jobs and use of Crestron lighting on commercial (non Crestron) jobs this dealer
3 is involved in. Financial and practical advantages of Crestron lighting. Confronted dealer on concurrent Crestron/ C4 bid.

**Stary Tech**
1 Goal: Lighting
2 Dealer is well involved with Lutron. Discussed financial and practical benefits of switch to Crestron. Improved products, new
3 skus and colors. Dealer is very interested, claims this is big switch, concern on programming. Brought up D3Pro training,
4 CW assistance on first lighting job.

**Audio Video Entertainment**
1 Goal: Review existing Campbell job and Adagio design for track.
2 Review existing large custom job progress and design, lighting. Has possible upcoming track in Santa Barbara, high-end track.
3 Advocated use of Adagio and helped to design packages around Adagio products.

**Kiwi**
1 Goal: Met dealer and Homeowner at CW
2 Met dealer and Homeowner at CW. Showed DVPHD and Adagio demo. Discussed Crestron history, products, benefits and
3 opportunities to support dealers sales efforts. Discussed lighting wall in training room, advantages of Crestron lighting.

**Total Automation**
1 Goal: Review Cedia products and Gordon Seay job
2 Reviewed CEDIA new products. Discussed Gordon Seay job. Advocated discounting (5-10%) based on customers previous
3 experiences. Promised no Crestron based support. Reviewed bid.

**Monarch Coast Solutions**
1 Goal: Business status
2 Reviewed current and upcomming jobs. 2 large jobs in progress. Just landed 2 additional jobs, both full homes. Doing work in
3 Vegas, 3 homes. Discussed recent opening of Vegas office and show facility for them.

**MICOM**
1 Goal: Meeting with new owner and business review
2 Met with Bryan Vinson and new business partner, reviewed business opportunities, current jobs in progress (2) and
3 discussed 2 good opportunities they are preparing bids on. Margin and DRP review for new owner.

**Cinema Solutions**
1 Goal: Review of business
2 Reviewed existing and upcoming jobs. Not doing complete homes, lot of retro work, will be using Infi-Net. Discussed new
3 lighting sku's for future jobs. Has 2 theaters upcoming with Crestron control.

[redacted]

**Brody Electronics**
1 Goal: Review current business
2 Jason has 1 on-going job in San Diego and 2 in NYC. Dealer is from New York and has work derived from past relationships
3 there. Wants to p/u product from factory, both jobs complete Crestron. Limited opportunities in SD. Seperating from partner.

[redacted]
1 Goal: Review of business
2 [redacted]

[redacted]

**Innovative Audio**

Goal: Discuss current business and RTI usage

Dealer doing a lot of RTI. Discuss benefits of Crestron 2-way and new 4XG. Claims jobs have down-sized, sees dramatic reduction of business in San Diego and jobs cutting back on him. Very worried about financial downturn.

**Week of 10.27.08 - 10.31.08**

**AVD**

Goal: CEDIA Product Training

Training for 2 sales people and 2 system designers on all new CEDIA products.

**Pacific Digital Home**

Goal: Review of business

Jeff sees considerable slow down of projects. 5 in progress. 1 pre-thanksgiving, 1 pre-Xmas. Others first part of next year. Bidding Crestron amps and full Crestron systems. Has upcoming opportunity for Digital Media, future discussion. Moving offices after January 1. Larger office with display and theaters.

**Good Sounds**

Goal: Current business

Dealer working to revitalize relationship with Fari, large builder with multiple jobs, had discontinued working with builder due to payment issues. Has 2 jobs in progress, both finish prior to year end. Discussed remote issues, dealer turned to RTI due to 4X issues. Convinced to give 4XG a try. Reviewed other CEDIA products.

**Automated Solutions**

Goal: Job site and Homeowner

Visited job dealer just completed. Complete Crestron installation, phenominal work!! Homeowner very happy. Visited second job site dealer has bid. Talked with homeowner and contractor. Made pitch for dealer and Crestron. Walked home, significant opportunity.

**Pacific Sound**

Goal: New Dealer Opportunity

New dealer opportunity. Access to homes via Sony Store referrals. Dealer providing conflicting data. Not truly interested.

**Modern Home Systems**

Goal: Business status and Lighting discussion

Discussed upcoming jobs. Sees market as soft, but still has jobs in progress and in bid. Mark had asked me about lighting awhile back. Re-visited the discussion. They turn all lighting over to Walters Electric, who I have had dealers in SD bid against many times. Have won many of these.. Discussed virtues, financial and technical, of Crestron lighting and profit loss by turn over to electrician. Mark is stubborn, but I can see him thinking!! Mutual support argument.

**Ovation**

Goal: Business status and Crestron payment update

Review of CEDIA new products with head sales and system designer. Dealer doing 2 jobs, some clean up on older jobs that were not complete and is bidding 3 projects for next year. Crestron got down payment of significant past due, shipping orders.

**Atlantic Stereo**

Goal: Adagio bid for boat

Work with head salesman on bid for upcoming boat. Bid AMS, 6X, Iserver.

**Vision Systems**

Goal: Adagio meeting

Dealer acquired AMS-AIP on my recommendation with DRP funds. Beginning set-up of unit. There to promote the unit, discuss features, AMS vs. AIP differences and system design. Discussed AAE/ CP2E combo ideas as well.

**Cantara**

1 Goal: Push for lighting business
2 Reviewed previous meeting with Tom Hughes and Jason.. Follow-up to ensure lighting was being bid with AV. Promoted
3 10% AV/ Lighting incentive. Reviewed existing jobs being bid. None in progress, 2 in bid stage.

**Digital Ear**
1 Goal: Meeting sought by Sharmad
2 Sharmad requested meeting. Asked for leads and sought acknowledgement of their showroom presence. Agreed they have
3 shown Crestron well. Promised to include them in future OC leads, asked for assurance of Complete Crestron bids in return.

**Week of 11.3.08 - 11.7.08**

**MS Cubed**
1 Goal: Status of business and switcher sales
2 Dealer is doing well, has 3 homes in process with Crestron and 1 large job just starting. Know dealer uses switchers, want to
3 ensure he is using Crestron. Objection on price, mitigated with additional margin, DRP and quality argument.

**So Cal Smart Home**
1 Goal: New Dealer Opportunity
2 Dealer is doing C4 and Savant. Willing to drop both for Crestron. Solid dealer opportunity. Well skilled and educated. Very
3 interested in having him on board. Wants one solid line. Issues with C4 and Savant not ready for prime time, plus too expensive.

**Evolution Home Theater**
1 Goal: Current Crestron job he is fixing and future dealership
2 Non-Crestron dealer, great opportunity. Would like to have him on, has done Crestron as a non-dealer and with previous
3 employer. He is currently fixing a job HORRIBLY installed by Sam at One Sphere. Showed pics of job, installation is
4 atrocious!! Job is for QB of Cincinnati Bengals.

[redacted]
1 Goal: Meet at The Strand
2 [redacted]. Met him
3 at The Strand to show him the project, discuss ideas for his future projects.

**Red Dot**
1 Goal: Review system designs
2 Part of new dealer meetings. Ensure correct system designs and total Crestron focus. Doing resi and commercial work.

**EH Expo**

**Audio Video Technologies**
1 Cancelled at last minute.

**Experience AV**
1 Goal: CEDIA Review
2 Reviewed new CEDIA products. 2 good bids out with all Crestron, finishing 2 other jobs up.

**BCS**
1 Goal: New Dealer Opportunity
2 Excellent opportunity with new dealer. Has significant lighting opportunities. Continued education on Crestron.

**Prime ECS**
1 Goal: Show CW displays and discuss business opportunity
2 Showed CW, lighting and DVPHD display. Further discussed business opportunity. Re-iterated 10% lighting/ AV incentive.
3 Discussed flip of current jobs. Has 2 he is bidding in The Strand development. Got programming info and brochures.

**Genesis**
1 Goal: Meeting with Marvin
2 Discussed upcomming AMS-AIP opportunity and system design. Planned drop off of AMS-AIP for Tuesday with 45 min
3 training on product with entire staff during weekly meeting.

| | **Week of 11.10.08 - 11.14.08** |
|---|---|
| ` | **AVPA** |
| **1** | Goal: Continue positive relationship, trading of info with CAIP |
| **2** | CAIP and I have positive relationship. Working with several dealers in territory. Discuss project in HI, customers in OC and SD. |
| **3** | CAIP provides info when bidding programming for non-Crestron lighting with Crestron dealers. |
| ` | **Evolution Home Theater** |
| **1** | Goal: New Dealer Opportunity |
| **2** | Discussed bringing this new dealer on. Discussed opening/ demo order. Educated on product, Adagio line, touchpanels, |
| **3** | wireless products, video distribution, new products, etc.. |
| ` | **Kiwi** |
| **1** | Goal: Present plaque, discuss current business |
| **2** | Presented plaque dealer earned for last years sales. Discussed current business, which is down significantly. Has upcoming |
| **3** | jobs in 2009, but not doing any current pre-wires, very concerned about 2010 business without current pre-wires. Concern over |
| **4** | lack of building permits in San Diego. Tried to keep things positive, recommended building architect relations, commercial.. |
| ` | **DSS** |
| **1** | Goal: Discuss HI jobs and San Diego jobs |
| **2** | Has 44 unit home complex moving forward in HI. Conference call with HI salesman about standard packages for these. SD |
| **3** | business down, has 2 theaters with Crestron control, one AES based system w/ 6X and APADS. |
| ` | **Genesis** |
| **1** | Goal: AMS-AIP delivery and training. |
| **2** | Delivered AMS-AIP to Genesis. Did 20min training for sales/ project mgr/ Bill/ programmer on AMS and AMS-AIP features |
| **3** | benefits and sales tactics. Provided literature, discussed product virtues and installation. |
| ` | **Digital Home Design** |
| **1** | Goal: Discuss current business |
| **2** | Dealer very worried about upcoming projects. Has 3 in process but looking for additional projects. Bidding heavily, working |
| **3** | through architects. Bidding all Crestron, discussed discount programs. Wants me to meet with system designer to ensure |
| **4** | Crestron amps being sold and discounts maximized. |
| ` | **Pacific Digital Home** |
| **1** | Goal: Help propose Digital Media System |
| **2** | Met with Jeff and System Design staff to review Digital Media system design and implementation. Reviewed all relevant sku's |
| **3** | and helped them design system. Advocated they submit design to Tech Sales for review and ensure correct design. |
| ` | **Newport Audio Video** |
| **1** | Goal: Meet at Rudys to see installed system |
| **2** | Met at Rudys to see install of (3) 16X16 RGBHV system. Discussed install with owner, thanked his patronage of Crestron. |
| ` | **SAITech** |
| **1** | Goal: Upcoming projects/ business in Cabo |
| **2** | Last week, met at Strand to discuss this installation and ideas for their projects. This meeting, reviewed their upcomming |
| **3** | business opportunities. Have 3 large customs in Cabo and 1 in Tijuana. Seeing Cabo slow with global economic slowing. Still |
| **4** | seeing a lot of opportunities, built relationships with Architects. All Crestron centric bids. |
| ` | **Focus Integrated Systems** |
| **1** | Goal: Review upcoming business |
| **2** | Done ordering for The Strand. Has 3 custom homes that are pre-wired and will trim mid-2009. Working on similar high-dollar |
| **3** | condo project in Oceanside.. Will be Crestron lighting, use of new Cameo 600watt dimmer would help. Trying for centralized |
| **4** | lighting system but may not be in builders budget. Discussed meeting builder to present and sell! |
| ` | [redacted] |

1 Goal: Discuss/ See new business opportunity
2 [redacted]
[redacted] Presented request for dating on Adagio/ Lighting/ 8X.

` **Ovation**
1 Goal: Review upcoming business and payment terms with George Jorn
2 Dealer has several jobs (2 or 3) coming to fruition in early 2009. Believes purchasing this product with % of orders payment
3 going to past-dues will help significantly reduce debt to Crestron. Appreciate program established with George Jorn. Wants
4 to sell Crestron but needs financial program.

**Week of 11.17.08 - 11.21.08**

` **CK Marine**
1 Goal: Help sell boat-owner Crestron system
2 Help support new dealer prospect sell system for boat owner. CK Marine is a marine entertainment installer doing only marine
3 audio/ theater systems. Met previously, good prospect. Met him and boat-owner, discussed Crestron advantages/ features.

` **DBJ Electric**
1 Goal: Discuss current business
2 Has large upcoming job in Pacific Palisades he just purchased. Did pre-wire for small spec home in east SD. Discussed
3 benefits of Adagio for this install. Otherwise, dealer is slow or has very small projects. Few electrical projects, discussed
4 lower price 600/watt dimmers. Opportunity with this product, current too expensive for many of his electrical projects.

` **Sound Ideas**
1 Goal: Current projects and issues
2 Discussed on-going issues with 4X remotes. Dealer flipping to RTI. Re-iterated benefits of new 4XG. Working with Lesley
3 to replace some high-issue 4X's with 4XG's. Strongly opposed RTI usage and discussed disadvantages (1-way only, friends
4 see RTI and don't seek Crestron).

` **Wave**
1 Goal: See on-going personal home, discuss upcoming bid
2 Gave dealer lead for Huntington Beach home after talking with homeowner. Reviewed discussion to help him sell homeowner.
3 Saw personal home under construction which is Crestron exclusively. Discussed product ideas.

` **Genesis**
1 Goal: AMS-AIP install progress and Digital Media review
2 Reviewed install of AMS-AIP. Almost done, working on the on-screen display. Happy with product, positive reaction thus far.
3 Discussed Digital Media for upcoming job bid. Reviewed sku's and system design. Advocated Tech Sales submission.

` **Sound Video Automation**
1 Goal: Discuss current business
2 Dealer has moved away from Crestron. Scared of programming, CAIP issues. Discussed Adagio and use of Adagio composer.
3 Dealer has been using ELAN and Russound. Discussed profit difference/ potential, upgradability, options, etc.. Some hope
4 of re-building this business, dealer open to continue talking. Offered bidding/ design support.

` **Focus Integrated Systems**
1 Goal: Educate new sales associate
2 Focus hired new sales associate with ties to builder community but no a/v or Crestron knowledge. Reviewed all Crestron
3 products, system design, features, benefits, etc.. Provided lit.

` **Interior Electronics**
1 Goal: CEDIA Product Review
2 Was not at CEDIA. Reviewed new products, dates, pricing. Has few smaller upcoming jobs, bidding 2 remodels.

` [redacted]

2 [redacted]

**BCS**
1 Goal: Product education and Lighting opportunity
2 Continuing product education for excellent new dealer prospect. Has in-side track with large lighting designer/ wholesaler.
3 Discussed this opportunity and working on meeting with this contact. Discussed how he can do business, support this
4 lighting designer and acquire both Crestron lighting and a/v business.

[redacted]
1 Goal: Review CEDIA products and upcoming business
2 Discuss/ Review CEDIA products, was at Info-Comm but not CEDIA. Has several jobs in progress and upcoming. [redacted] and a whole house system.

**Synergy**
1 Goal: AADS vs. Speakercraft
2 Dealer still doing Speakercraft multi-room systems. Discussed advantages, pricing, up-grade opportunities with AADS/ AES.
3 Discussed amp deals and 10% a/v and lighting discount. Had discussed 10% av/ lighting discount before but wanted to see
4 if any upcoming projects could be flipped.

**Totally Wired Networks**
1 Goal: Current projects
2 Dealer very discouraged by residential business and loss of bids. Still working at a few opportunities but somewhat
3 commercial centric at this time. Still 100% Crestron focused. Did toy factory in LA which came out very well. Has 2 other
4 opportunities from this install. Sorry to see commercial focus, but do plan to exceed last years business this year.

**Week of 11.24.08 - 11.28.08**

**Focus Integrated Systems**
1 Goal: Meet builder to help sell Multi-Unit Condo Building
2 Met with builder about multi-unit condo building, 16 units. Discussed standardized vs. option only. Advocated centralized
3 lighting as standard given units not sold when lighting installed. Would lead to greater sell thru of additional Crestron options.
4 Builder has seen success of Strand project. Wants all option vs. standardized and financial piece of options. Bldr pro Crestron.

**Brody Electronics**
1 Goal: Discuss current business
2 Business name is switching due to fall-out with partner. Has work in SD that is all Crestron based. Needs to cancel current
3 account and open new for legal reasons. Discussed working with Liz to accomplish this goal. Also wants to open NYC
4 acct. Opposed to this, told him he can use CA acct to order for NYC jobs he has upcoming.

**Custom Home Theater**
1 Goal: Current projects, 4X issues and bidding I-server
2 Discussed on-going issues with 4X remotes. Bryan Nakamura saw jobs with dealer, pointed out some improvements to
3 help dealer. Wait on changes to be made before changing out remotes. Has 1 pre-wire going, 2 theaters and 2 retro-fit
4 installations/ upgrades to existing systems. Very negative attitude of current business in San Diego.

**Atlantic Stereo**
1 Goal:Discuss system design for Palisades Club, discuss lighting vs. C4, Remove AMS demo
2 Reveiewed system for Palisades Club. Dealer not happy we would not extend more than 60 day terms. Will use 8X, AV2,
3 TPS-15 as part of display, but no AMS-AIP, can not afford. Remove AMS demo. Discussed Infi-Net lighting vs. C4. Including
4 price difference and reliability. Helped design system.

**Genesis**
1 Goal: Digital Media review
2 Discussed Digital Media with staff and reviewed system design. Discussed capability and features. Reviewed all cards.

**3** Discussed wiring of Digital Media. Sells strategy and ideas.

| Weeks | Oct '08 | | | | | Nov '08 | | | | Dec '08 | | | | | QTR 2 | 2008 | Fiscal 07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 5 | | | |
| **"A" Dealers** | | | | | | | | | | | | | | | | | |
| Audio Video Design | | | | x | | | | | | | | | | | 1 | $ 105,215 | $ 200,335 |
| Cinema Solutions | | | x | | | | | | | | | | | | 1 | $ 12,404 | $ 113,705 |
| Creative Concepts Sound Solns. | | x | | | | | | | | | | | | | 1 | $ 65,186 | |
| Genesis Audio & Video | | x | | | | x | x | x | x | | | | | | 5 | $ 200,000 | $ 258,082 |
| Good Sounds | | | | x | | | | | | | | | | | 1 | $ 99,600 | $ 111,670 |
| Henry's Audio Visual Systems, Inc. | x | | | | | | | | | | | | | | 1 | $ 203,880 | $ 177,743 |
| Innovative Audio | | | x | | | | | | | | | | | | 1 | $ 99,840 | $ 102,355 |
| KIWI Audio Visual LLC | | | x | | | | x | | | | | | | | 2 | $ 515,403 | $ 358,540 |
| Modern Home Systems | | | | x | | | | | | | | | | | 1 | $ 303,553 | $ 302,606 |
| MS Cubed | | | | | | x | | | | | | | | | 1 | $ 200,805 | $ 23,643 |
| Pacific Digital Home | | | | x | | | x | | | | | | | | 2 | $ 232,345 | $ 121,146 |
| Premier Sound | | | | | | | | | | | | | | | 0 | $ 26,515 | $ 302,873 |
| Sound Automation | | x | | | | | | | | | | | | | 1 | $ 112,920 | $ 201,180 |
| Sound Ideas | | x | | | | | | x | | | | | | | 2 | $ 64,121 | $ 78,356 |
| Vision Systems Automation Inc. | | x | | x | | | | | | | | | | | 2 | $ 103,707 | $ 22,935 |
| **"B" Dealers** | | | | | | | | | | | | | | | | | |
| AES | | | | | | | | | | | | | | | 0 | $ 5,710.00 | $ 91,739.00 |
| American Home Entertainment | | | | | | | | | | | | | | | 0 | $ 60,665.00 | |
| Atlantic Stereo | | x | | x | | | x | | x | | | | | | 4 | $ 28,618 | $ 79,717 |
| Audio Video Excellence | | | | | | | | | | | | | | | 0 | $ 54,149 | $ 105,030 |
| Automated Solutions | | x | | x | | | | | | | | | | | 2 | $ 52,545 | $ 53,501 |
| Automation Design Group | | | | | | | | | | | | | | | 0 | $ 30,275 | $ 127,680 |
| Binnacorp | | | x | | | | | | | | | | | | 1 | $ 105,595 | $ 20,197 |
| Brody Electronics | | | x | | | | | | x | | | | | | 2 | $ 19,659 | |
| Control Freak - OUT OF BUSINESS | | | | | | | | | | | | | | | 0 | $ 106,570 | $ 66,422 |
| Custom Home Technologies | | | | | | | | | | | | | | | 0 | $ 37,902 | |
| Custom Home Theater Systems LLC | | | x | | | | | | x | | | | | | 2 | $ 150,755 | $ 219,800 |
| Day 1 Services | | | | | | | | | | | | | | | 0 | $ 137,103 | $ 51,990 |
| Digital Bel Air | | | | | | | | x | | | | | | | 1 | $ 38,191 | |
| Digital Ear | x | | x | x | | | | | | | | | | | 3 | $ 161,639 | $ 136,286 |
| Digital Home Design | | | | | | | x | | | | | | | | 1 | $ 176,410 | $ 62,342 |
| DLP Consulting | | | | | | | | | | | | | | | 0 | $ 24,025 | $ 31,405 |
| Experience Audio Video | | | | | | x | | | | | | | | | 1 | $ 106,260 | $ 121,821 |
| FOCUS | | | | | | | x | x | x | | | | | | 3 | $ 100,340.00 | $ 17,508.00 |
| Interior Electronics | | | | | | | | x | | | | | | | 1 | $ 100,005 | $ 10,535 |
| Land & Sea Entertainment | | | | | | | | | | | | | | | 0 | $ 14,275 | $ 42,695 |
| Logic Living | | | | | | | | | | | | | | | 0 | $ 22,451 | |
| Monarch Coast Solutions | | | x | | | | | | | | | | | | 1 | $ 17,865.00 | $ 130,325.00 |
| Newport AV | x | | | | | | x | | | | | | | | 2 | $ 103,159 | $ 106,508 |
| Pro Audio Design | | | | | | | | | | | | | | | 0 | $ 21,027 | $ 30,782 |
| Red Dot AV | | | | | | x | | x | | | | | | | 2 | $ - | |
| SaiTech | | | | | | x | x | | | | | | | | 2 | $ 32,787 | $ 34,800 |
| Stary Technologies Inc. | | | x | | | | | | | | | | | | 1 | $ 51,106 | $ 37,140 |
| Stereo Unlimited | | | | | | | | | | | | | | | 0 | $ 40,855 | $ 89,320 |
| Synergy | x | x | | | | | | x | | | | | | | 3 | $ 79,660 | $ 13,595 |
| Tazz Lighting | | | x | | | | | | | | | | | | 1 | $ 133,104 | $ 64,730 |
| Team Cinema | | | | | | | | | | | | | | | 0 | $ 56,567 | - |
| Total Automation | | | x | | | | | | | | | | | | 1 | $ 30,110 | $ 27,015.00 |
| Totally Wired Networks | | | | | | | | x | | | | | | | 1 | $ 108,820.00 | $ 50,934.00 |
| Wave | | | | | | | | x | | | | | | | 1 | $ 59,436 | $ 65,685 |
| White & Associates | | | | | | | | | | | | | | | 0 | $ 44,240 | $ 29,935 |
| **"C" Dealers** | | | | | | | | | | | | | | | | | |
| A3D | | | | | | | | | | | | | | | 0 | $ 19,465 | $ 1,900 |
| Acoustic Evolution | | | | | | | | | | | | | | | 0 | $ 68,374 | $ 70,800 |
| American Security Network | | | | | | | | | | | | | | | 0 | $ 250 | $ 2,550 |
| Audio Impact | x | | | | | | | | | | | | | | 1 | $ 15,557.00 | |
| Audio Video Harmony | | | | | | | | | | | | | | | 0 | $ 75 | $ 12,285 |
| Audio Video Technologies, Inc. | | | | | | | | | | | | | | | 0 | $ 56,980 | $ 7,440 |
| Audio Video Today | | | | | | | | | | | | | | | 0 | $ - | $ - |
| Audio/Video Entertainment Inc. | | | x | | | | | | | | | | | | 1 | $ 63,680 | $ 30,857 |
| Avalon Audio Inc.(Jeff) | | | | | | | | | | | | | | | 0 | $ 950 | $ 22,020 |
| AVSI | | | | | | | | | | | | | | | 0 | $ 10,240 | $ 3,230 |
| Bill's Sound | | | | | | | | | | | | | | | 0 | $ 4,285.00 | $ 9,565.00 |
| Craftsman Electric & AV | x | | | | | | | | | | | | | | 1 | $ 11,677 | $ 9,125 |
| DB Audio | | | | | | | | | | | | | | | 0 | $ - | $ 225 |
| DBJ Electric | | | | | | | | x | | | | | | | 1 | $ 1,065 | $ 18,470 |
| Dss Systems | x | | | | | | x | | | | | | | | 2 | $ 54,605 | $ 32,987 |
| Electronic Homes | | | | | | | | | | | | | | | 0 | $ 15,580.00 | $ 19,698.00 |
| EndeavorIT / MICOM | | x | x | | | | | | | | | | | | 2 | $ 9,672 | $ 49,294 |
| Entertainment Solutions | | | | | | | | | | | | | | | 0 | $ 123,789 | $ 29,711 |
| Fantasy Automation | | | | | | | | | | | | | | | 0 | $ 27,892 | |
| Highlander Security | | | | | | | | | | | | | | | 0 | | $ 3,430 |
| Home Theater Company Inc. | | | | | | | | | | | | | | | 0 | | $ - |
| Honor Marine | | | | | | | | | | | | | | | 0 | $ 75 | $ 6,110 |
| Hughes Electric Inc. / Cantara | x | | | x | | | | | | | | | | | 2 | $ 89,895 | $ 37,747 |
| OCIS | | | | | | | | | | | | | | | 0 | $ 13,260 | $ 41,590 |
| Ovation | | | | x | | | x | | | | | | | | 2 | $ 86,450 | $ 76,890 |
| Prime ECS | | x | | | | x | | | | | | | | | 2 | $ 75 | |
| Profile Systems | | | | | | | | | | | | | | | 0 | $ (75) | $ 10,559 |
| Rave Audio Video | | | | | | | | | | | | | | | 0 | $ 8,425 | $ 76,400 |
| Reeltime | | | | | | | | | | | | | | | 0 | $ 3,817 | $ 28,370 |
| SoCal Audio Labs | | | | | | | | | | | | | | | 0 | $ - | $ (74) |
| Sound Video Automation | | | | | | | | x | | | | | | | 1 | | $ 570 |
| Stereo Design Inc | | | | | | | | | | | | | | | 0 | $ 31,870 | $ 34,960 |
| Travis Electronics | | | | | | | | | | | | | | | 0 | $ 7,995 | $ 31,720 |
| UltimateVisions | | | | | | | | | | | | | | | 0 | $ 189 | $ 24,315 |
| **Hawaii Dealers** | | | | | | | | | | | | | | | | | |
| Home Security & Sound | | | | | | | | | | | | | | | 0 | $ 72,882 | $ - |
| CES | | | | | | | | | | | | | | | 0 | $ 70,890 | $ 25,421 |
| Design Systems LTD | | | | | | | | | | | | | | | 0 | $ 17,320 | $ 9,400 |
| Akamai Automation / Innowave | | | | | | | | | | | | | | | 0 | $ 50,550 | $ 99,041 |
| Hilo Audio | | | | | | | | | | | | | | | 0 | $ 79,377 | $ 106,450 |
| Logic Living | | | | | | | | | | | | | | | 0 | $ 22,401 | |
| PAC - Maui | | | | | | | | | | | | | | | 0 | $ 123,700 | $ 106,720 |
| PAC - Kaui | | | | | | | | | | | | | | | 0 | $ 66,210 | $ 71,614 |
| PAC - Kona | | | | | | | | | | | | | | | 0 | $ 102,085 | $ 80,635 |
| **Bankrupt** | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 0 | | |
| Premier Home Systems | | | | | | | | | | | | | | | 0 | $ (50) | $ 54,470 |
| The Home Theater Store | | | | | | | | | | | | | | | 0 | $ 28,625 | $ 83,590 |
| Smart Solutions Inc. | | | | | | | | | | | | | | | 0 | $ 41,825 | $ 266,793 |
| **Total** | 8 | 10 | 13 | 10 | 0 | 6 | 10 | 11 | 5 | 0 | 0 | 0 | 0 | 0 | | **$ 6,059,299** | **$ 4,987,350** |

*= NEW DEALER

**Prospects**

EXHIBIT 435

**Week of 1.05.09 - 1.09.09**

[redacted] **Modern Home Systems**
1 Goal: Deliver demo amp and discuss
2 Reviewed benefits of Crestron amps vs. Sonance and pricing deals as part of the PAK program.

[redacted] **Audio Impact**
1 Goal: Get greater Crestron sales
2 Reviewed benefits of Crestron products, sales and system design with Father, who is doing most of the sales. Fear of selling Crestron
3 is leading to sales of alternate systems. Need to further educate to remove fear. Hands on with Crestron products would be ideal.

[redacted] **Custom Home Theater**
1 Goal: See new showroom, discuss new product questions
2 Saw new showroom. Answer questions to assist with DM bid. Discuss I-Server. Deliver excel file which converts Lutron colors to
3 Crestron colors. Lunch. Went well, will use DM vs. other HDMI solution. Has I-Server on order.

[redacted] **WAVE**
1 Goal: Review lighting system
2 Review lighting system design for upcoming bid. Review Cameo's, colors, use as 2-button on/off in every room. Progress of dealers
3 own home which will be all Crestron. Has 2 systems in-process and several bids out. Has retro-fit job w/ wall box dimmers upcoming.

[redacted] **So Cal Smart Homes**
1 Goal: Convert Laguna Beach Condos to Crestron
2 New dealer opportunity. Had bid to do 8 condo's with Control 4. Told him to become a Crestron dealer, these had to switch to Crestron.
3 Had Tech Sales provide conversion. Meeting to discuss Tech Sales conversion, review parts and their purpose. Sales ideas to switch
4 builder to Crestron and pay additional.

[redacted] **Ovation**
1 Goal: Meet homeowner with problematic system
2 Dealer did install that has had issues. Dealer is clueless. Met with dealer at homeowners, reviewed system. Placated homeowner.
3 Have dealer providing code to CW for review. Have dealer reviewing power calculations and issues. Re-working system power.

[redacted] **AVD**
1 Goal: Thank Ty for #1 dealer through 6-months
2 #1 dealer in territory at 6 month point. Thank dealer. Discuss status of market. Dealer brought on Aaron Gleicher who owned Control Freak
3 and is now out of business. Taking over Control Freak jobs, which were mostly Crestron. As a salesman only, Aaron will be strong seller
4 in the market and is pro-Crestron. Discussed issues with lighting control, PAC2/ Adagio/ Wall box dimmers. Escalate to Deb.

[redacted]
1 [redacted]
2
3
4

[redacted] **Monarch Coast Solutions**
1 Goal: Meet homeowner in Monarch Coast development
2 Met dealer and homeowner at construction site in Monarch Coast. Homeowner referred to Monarch Coast by builder. Discussed differences

3 between Lutron and Crestron Lighting. Homeowner has AMX/ Lutron in current home. Discussed system opportunities and options.

[redacted]

1 [redacted]

2 [redacted]

3 [redacted]

4 [redacted]

[redacted] **Synergy**

1 Goal: Bid review, prep and lit drop off

2 Steve was meeting a homeowner to sell large Crestron system. Had completed bid, we reviewed and corrected/ added few items. Reviewed

3 strong sales points. Provided lit, Steve had none, for the sales call. Supported dealer!

**Week of 1.12.09 - 1.16.09**

[redacted] **Genesis Audio Video**

1 Goal: Get paperwork signed for AMS-AIP demo

2 Dealer using forwarded DRP points for AMS-AIP demo. Get signature on letter by Liz Malleo for this. Order for piece.

[redacted] **Creative Concepts Sound Solutions**

1 Goal: Get order for large project

2 Got order for large AV and Lighting project. Business has been spoaradic for this dealer. Has 2 projects upcoming in Cabo and 1 in

3 Beverly Hills. Business slowed considerably, some layoffs to compensate. Dealer surviving, aggressively marketing/ bidding.

[redacted] **White & Assoc.**

1 Goal: Discuss current business and products

2 Dealer is busy, several smaller projects including (2) theaters and a small Infi-Net lighting job. Small company that is very loyal to

3 Crestron. Review of Paks.

[redacted] **Automated Solutions**

1 Goal: Large job in Cabo

2 Dealer took over large job in Cabo from another dealer. Progress report on that job. Review of Pakage deals. Current jobs, doing some

3 smaller jobs but no full homes. Did p.w. at end of year but no signed contract for finish. Working on it.

[redacted] **One Touch Home Theater**

1 Goal: Work with new account

2 Continue education on product and sales. Discussed programs and all categories of products. Reviewed system design and product

3 applications.

[redacted] **Vision Systems**

1 Goal: Review homeowner bid

2 Review bid for InfiNet lighting given constructed home and AV products. Home was pre-wired, working with existing infra-structure.

3 Homeowner may be getting Control 4 bid from another dealer, discussed advantages of Crestron. On going Scripps project update.

[redacted] **Totally Wired**

1 Goal: Continue working to get their connection, Brion Jannette, to Specifier training

2 Totally wired has a strong connection with Brion Jannette, a premiere architect in OC. He is building Green homes and is a huge Lutron

advocate, even profiled in their catalog. Continue discussing getting Brion Jannette to specifier training with Totally Wired. Dropped off lit. They have 2 projects working with Brion, plus several commercial projects. Dealer is slow on resi side.

[redacted]

[redacted] **Bouce Control Systems**

Goal: Strong dealer prospect with spot in Lighting showroom, display in showroom. Prospective dealer wants to place product in a lighting showroom in Laguna Beach. Wants to include Crestron for sales in this environment. Lighting shop currently sells Lutron. BCS offering audio/ control. Want to switch Lighting Designer and in-store product to Crestron, sold by lighting designers, installed and programmed by BCS. Put together bid to replace Lutron, show Ilux, dimmers, 6X, etc..

[redacted] **Newport AV**

Goal: Discuss current business and review Digital Media Current business, has 2 large homes with full AV and lighting to order. Just over $100K expects to be over $200K by eoy. Has upcoming pre-wire, discussed Digital Media and necessary wiring. Looked at specs on line. Put together basics of system for p.w. and ability to bid. Very interested in color samples, will contact Lesley to order.

[redacted] **Synergy**

Goal: Confirm Crestron no C4 or Savant Dealer doing revision on bid he was signing that weekend. Reviewed TPS-6X and Amp program. All Crestron bid. Confirmed no C4 or Savant given HTSA Program. Discussed amp package pricing. Met with office manager on shipping issue.

| | Jan '09 | | | | | Feb '09 | | | | March '09 | | | | | QTR 3 | YTD Fiscal '09 | Fiscal 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weeks | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 5 | | | |
| "A" Dealers | | | | | | | | | | | | | | | | | |
| Audio Video Design | X | | | | | | | | | | | | | | 1 | $ 217,524 | $ 105,215 |
| Cinema Solutions | | | | | | | | | | | | | | | 0 | $ 23,525 | $ 12,404 |
| Creative Concepts Sound Solns. | | X | | | | | | | | | | | | | 1 | $ 57,055 | $ 65,186 |
| Genesis Audio & Video | | X | | | | | | | | | | | | | 1 | $ 69,030 | $ 200,000 |
| Good Sounds | | | | | | | | | | | | | | | 0 | $ 615 | $ 99,600 |
| Henry's Audio Visual Systems, Inc. | | | | | | | | | | | | | | | 0 | $ 112,185 | $ 203,880 |
| Innovative Audio | | | | | | | | | | | | | | | 0 | $ 20,585 | $ 99,840 |
| KIWI Audio Visual LLC | | | | | | | | | | | | | | | 0 | $ 139,460 | $ 515,403 |
| Modern Home Systems | X | | | | | | | | | | | | | | 1 | $ 23,572 | $ 303,553 |
| MS Cubed | | | | | | | | | | | | | | | 0 | $ 38,145 | $ 200,805 |
| Pacific Digital Home | X | | | | | | | | | | | | | | 1 | $ 22,845 | $ 232,345 |
| Premier Sound | | | | | | | | | | | | | | | 0 | $ 1,800 | $ 26,515 |
| Sound Automation | | | | | | | | | | | | | | | 0 | $ 54,820 | $ 112,920 |
| Sound Ideas | | | | | | | | | | | | | | | 0 | $ 62,305 | $ 64,121 |
| Vision Systems Automation Inc. | | X | | | | | | | | | | | | | 1 | $ 46,697 | $ 103,707 |
| "B" Dealers | | | | | | | | | | | | | | | | | |
| AES | | | | | | | | | | | | | | | 0 | $ 57,155 | $ 5,710.00 |
| American Home Entertainment | | | | | | | | | | | | | | | 0 | $ 29,630 | $ 60,665.00 |
| Atlantic Stereo | | | | | | | | | | | | | | | 0 | $ 17,060 | $ 28,618 |
| Audio Video Excellence | | | | | | | | | | | | | | | 0 | $ 15,265 | $ 54,149 |
| Automated Solutions | | X | | | | | | | | | | | | | 1 | $ 23,393 | $ 52,545 |
| Automation Design Group | | | | | | | | | | | | | | | 0 | $ 23,945 | $ 30,275 |
| Binnacorp | | | | | | | | | | | | | | | 0 | $ 82,070 | $ 105,595 |
| Brody Electronics | | | | | | | | | | | | | | | 0 | $ 14,877 | $ 19,659 |
| Custom Home Technologies | | | | | | | | | | | | | | | 0 | $ 21,700 | $ 37,902 |
| Custom Home Theater Systems LLC | X | | | | | | | | | | | | | | 1 | $ 32,965 | $ 150,755 |
| Day 1 Services | | | | | | | | | | | | | | | 0 | $ 39,383 | $ 137,103 |
| Digital Bel Air | | | | | | | | | | | | | | | 0 | $ 30,455 | $ 38,191 |
| Digital Ear | | | | | | | | | | | | | | | 0 | $ 57,714 | $ 161,639 |
| Digital Home Design | | | | | | | | | | | | | | | 0 | $ 17,750 | $ 176,410 |
| DLP Consulting | | | | | | | | | | | | | | | 0 | $ 7,675 | $ 24,025 |
| Experience Audio Video | | | | | | | | | | | | | | | 0 | $ 29,945 | $ 106,260 |
| FOCUS | | | | | | | | | | | | | | | 0 | $ 6,220 | $ 100,340.00 |
| Interior Electronics | | | | | | | | | | | | | | | 0 | $ 6,685 | $ 100,005 |
| Land & Sea Entertainment | | | | | | | | | | | | | | | 0 | $ 4,270 | $ 14,275 |
| Monarch Coast Solutions | X | | | | | | | | | | | | | | 1 | $ 39,765 | $ 17,865.00 |
| Newport AV | | X | | | | | | | | | | | | | 1 | $ 121,168 | $ 103,159 |
| Pro Audio Design | | | | | | | | | | | | | | | 0 | $ 7,155 | $ 21,027 |
| Red Dot AV | | | | | | | | | | | | | | | 0 | $ 50,464 | $ - |
| SaiTech | | | | | | | | | | | | | | | 0 | $ 39,816 | $ 32,787 |
| Stary Technologies Inc. | | | | | | | | | | | | | | | 0 | $ 43,035 | $ 51,106 |
| Stereo Unlimited | | | | | | | | | | | | | | | 0 | $ 14,520 | $ 40,855 |
| Synergy | X | X | | | | | | | | | | | | | 2 | $ 57,242 | $ 79,660 |
| Tazz Lighting | | | | | | | | | | | | | | | 0 | $ 8,791 | $ 133,104 |
| Team Cinema | | | | | | | | | | | | | | | 0 | $ 845 | $ 56,567 |
| Total Automation | | | | | | | | | | | | | | | 0 | $ 13,405 | $ 30,110 |
| Totally Wired Networks | X | X | | | | | | | | | | | | | 2 | $ 24,240 | $ 108,820.00 |
| Wave | X | | | | | | | | | | | | | | 1 | $ 34,175 | $ 59,436 |
| White & Associates | | X | | | | | | | | | | | | | 1 | $ 9,659 | $ 44,240 |
| "C" Dealers | | | | | | | | | | | | | | | | | |
| A3D | | | | | | | | | | | | | | | 0 | $ 11,173 | $ 19,465 |
| Acoustic Evolution | | | | | | | | | | | | | | | 0 | $ 5,930 | $ 68,374 |
| American Security Network | | | | | | | | | | | | | | | 0 | $ - | $ 250 |
| Audio Impact | X | | | | | | | | | | | | | | 1 | $ 1,475 | $ 15,557.00 |
| Audio Video Harmony | | | | | | | | | | | | | | | 0 | $ - | $ 75 |
| Audio Video Technologies, Inc. | | | | | | | | | | | | | | | 0 | $ 150 | $ 56,980 |
| Audio/Video Entertainment Inc. | | | | | | | | | | | | | | | 0 | $ 34,915 | $ 63,680 |
| Avalon Audio Inc.(Jeff) | | | | | | | | | | | | | | | 0 | $ - | $ 950 |
| AVSI | | | | | | | | | | | | | | | 0 | $ - | $ 10,240 |
| Bill's Sound | | | | | | | | | | | | | | | 0 | $ 7,440 | $ 4,285.00 |
| Craftsman Electric & Control Systems | | | | | | | | | | | | | | | 0 | $ 5,110 | $ 11,677 |
| DB Audio | | | | | | | | | | | | | | | 0 | $ 1,300 | $ - |
| DBJ Electric | | | | | | | | | | | | | | | 0 | $ 56,675 | $ 1,065 |
| Dss Systems | | | | | | | | | | | | | | | 0 | $ 12,565 | $ 54,605 |
| Electronic Homes | | | | | | | | | | | | | | | 0 | $ 1,875 | $ 15,580.00 |
| EndeavorIT / MICOM | | | | | | | | | | | | | | | 0 | $ 10,455 | $ 9,672 |
| Entertainment Solutions | | | | | | | | | | | | | | | 0 | $ 26,625 | $ 123,789 |
| Fantasy Automation | | | | | | | | | | | | | | | 0 | $ 22,485 | $ 27,892 |
| Highlander Security | | | | | | | | | | | | | | | 0 | $ 425 | $ - |
| Home Theater Company Inc. | | | | | | | | | | | | | | | 0 | $ - | $ - |
| Honor Marine | | | | | | | | | | | | | | | 0 | $ - | $ 75 |
| Hughes Electric Inc. / Cantara | | | | | | | | | | | | | | | 0 | $ 3,650 | $ 89,895 |
| OCIS | | | | | | | | | | | | | | | 0 | $ 34,145 | $ 13,260 |
| One Touch Home Theaters | | X | | | | | | | | | | | | | 1 | | |
| Ovation | X | | | | | | | | | | | | | | 1 | $ 24,570 | $ 86,450 |
| Prime ECS | | | | | | | | | | | | | | | 0 | $ - | $ 75 |
| Profile Systems | | | | | | | | | | | | | | | 0 | $ - | $ (75) |
| Rave Audio Video | | | | | | | | | | | | | | | 0 | $ - | $ 8,425 |
| Reeltime | | | | | | | | | | | | | | | 0 | $ 475 | $ 3,817 |
| Sound Video Automation | | | | | | | | | | | | | | | 0 | $ - | |
| Stereo Design Inc | | | | | | | | | | | | | | | 0 | $ 4,470 | $ 31,870 |
| Travis Electronics | | | | | | | | | | | | | | | 0 | $ 5,823 | $ 7,995 |
| UltimateVisions | | | | | | | | | | | | | | | 0 | $ - | $ 189 |
| Hawaii Dealers | | | | | | | | | | | | | | | | | |
| Home Security & Sound | | | | | | | | | | | | | | | 0 | $ 5,030 | $ 72,882 |
| CES | | | | | | | | | | | | | | | 0 | $ 49,520 | $ 70,890 |
| Design Systems LTD | | | | | | | | | | | | | | | 0 | $ 13,390 | $ 17,320 |
| Akemai Automation / Innowave | | | | | | | | | | | | | | | 0 | $ (2,200) | $ 50,550 |
| Hilo Audio | | | | | | | | | | | | | | | 0 | $ 71,360 | $ 79,377 |
| Logic Living | | | | | | | | | | | | | | | 0 | $ 40,663 | $ 22,401 |
| PAC - Maui | | | | | | | | | | | | | | | 0 | $ 76,614 | $ 123,700 |
| PAC - Kaui | | | | | | | | | | | | | | | 0 | $ 14,565 | $ 66,210 |
| PAC - Kona | | | | | | | | | | | | | | | 0 | $ 1,845 | $ 102,085 |
| Bankrupt | | | | | | | | | | | | | | | | | |
| Control Freak | | | | | | | | | | | | | | | 0 | $ 16,081 | $ 106,570.00 |
| Premier Home Systems | | | | | | | | | | | | | | | 0 | | $ (50) |
| The Home Theater Store | | | | | | | | | | | | | | | 0 | | $ 28,625 |
| Smart Solutions Inc. | | | | | | | | | | | | | | | 0 | | $ 41,825 |
| **Total** | 10 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | **$ 2,431,199** | **$ 5,254,463** |

*= NEW DEALER

**Prospects**

EXHIBIT 436

**From:** Marla Suttenberg August 10, 2009 2:51:21 PM (-04)
**To:** Chris Perkins
**Cc:**
**Bcc:**
**Subject:** **FW: Phoenix dealer name?**

**Attachments:**

FYI we'll talk

**Marla Suttenberg**
sapphire_log
Technology Representatives
50 Tice Boulevard | 3rd Floor | Woodcliff Lake, NJ 07677

T: 201.476.1071
F: 201.476.1072
C: 201.694.4662
www.sapphiremarketing.com

---

**From:** Randy Klein
**Sent:** Monday, August 10, 2009 2:45 PM
**To:** Marla Suttenberg
**Subject:** Re: Phoenix dealer name?

Cybersound. Jon Sommer. Took on both Savant and C4. Gave up Savant immediately (I made him decide right then and there), and will give up C4 pending receipt of his demo system. The ACS comment was in the context of Savant.

Randy Klein
Executive Vice President

---

**From:** Marla Suttenberg <marla@sapphiremarketing.com>
**Date:** Mon, 10 Aug 2009 14:41:53 -0400
**To:** Randy Klein <rklein@crestron.com>
**Subject:** Phoenix dealer name?

the one that didn't go with C4 and you talked about ACS?

**Marla Suttenberg**

*Technology Representatives*
50 Tice Boulevard | 3rd Floor | Woodcliff Lake, NJ 07677

T: 201.476.1071
F: 201.476.1072
C: 201.694.4662
www.sapphiremarketing.com <http://www.sapphiremarketing.com/>

**Representing:** Amina Technologies, Bay Audio (Metro NY), Cabletime, Crestron Electronics, CSI/Braehler, Cybertouch, Digital Projection (DPI), DNP Supernova,, Harman Specialty Group (Lexicon/JBL Synthesis/Revel/Mark Levinson), Magenta Research, MechoShade-Soleil, Nexus Digital Signs, Polycom, Revolabs, rpVisuals, Salitek/Orion, Samsung (New England), Vaddio, Vista Systems, Wood Technology

**Visit our TechBlog**: http://sapphiremarketing.typepad.com/ <http://sapphiremarketing.typepad.com/>

The information contained in this email message, and any attachment therein, is privileged and confidential and for use by the addressee only. The unauthorized use, duplication, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please return the email to the sender and delete it from your computer.

EXHIBIT 437

**From:** Russ Wishtart January 19, 2010 12:20:22 PM (-05)
**To:** Chris Perkins
**Cc:**
**Bcc:**
**Subject:** **Fwd: Cliq digital**

**Attachments:**

Begin forwarded message:

**From:** Jenifer Safady <jen@sapphiremarketing.com>
**Date:** January 19, 2010 12:19:13 PM EST
**To:** Russ Wishtart <russ@sapphiremarketing.com>
**Subject: Re: Cliq digital**

So they say

----- Original Message -----
From: Russ Wishtart
To: Jenifer Safady
Sent: Tue Jan 19 12:09:41 2010
Subject: Re: Cliq digital

Ok - are they dropping Savant?

-Russ

On Jan 19, 2010, at 12:00 PM, "Jenifer Safady" <jen@sapphiremarketing.com

wrote:

They will be soon

----- Original Message -----

From: Russ Wishtart

To: Jenifer Safady

Sent: Tue Jan 19 11:56:03 2010

Subject: Re: Cliq digital

Are they a Crestron dealer?

-Russ

On Jan 19, 2010, at 11:55 AM, "Jenifer Safady" <jen@sapphiremarketing.com

wrote:

Me

----- Original Message -----

From: Russ Wishtart

To: Ken Vanemon; Jenifer Safady

Sent: Tue Jan 19 11:51:30 2010

Subject: Cliq digital

Who calls on them?

-Russ

# EXHIBIT 438

| | | |
|---|---|---|
| **From:** | Randy Klein | June 02, 2010 10:35:23 PM (-04) |
| **To:** | Chris Perkins | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: Discount Request Estis Bri-Tech** | |
| **Attachments:** | | |

Yes, do it. If it's EDG, do whatever it takes to win it

Randy Klein

Executive Vice President

**From:** Chris Perkins
**Sent:** Wednesday, June 02, 2010 5:02 PM
**To:** Randy Klein
**Subject:** Discount Request Estis Bri-Tech
**Importance:** High

We have been chasing this project since the fall. Client was shopping Savant/Lutron solution against BriTech. Would not tell BriTech who the dealer was –suspect EDG. Project will be purchased in phases.

**From:** Russ Wishtart
**Sent:** Wednesday, June 02, 2010 11:48 AM
**To:** Tricia Rooney; Nancy Tsoukalas; Maria Pierce; Donna Allen
**Cc:** Chris Perkins
**Subject:** Re: PO's for Estis Crestron Invoices
**Importance:** High

Here is the last quote we did for them with the full equipment list. Some things have changed - All MLX2's are now TPMC3X, and some of the TPS-6X's were also converted to V Series panels – but it is the closest thing to a complete list that is available now. The PO's for this job will come in over time across several smaller PO's. I've asked Bri-Tech to alert me when a new PO is coming in, and to try to minimize the total number of PO's to make things easier on all of us.

Thanks!

-Russ

***[Randy Klein]*** **,**

Requested BY RSM: Russ Wishtart

Please select one with an X

**Notification of (Send directly to Maria/Tricia)**
Add on to DEMO System
Showroom/Parade of Home
New Crestron Product

**Request for: (must be approved by Director and Executive VP)**
Competitive Discount x
Special Request

Date: 6/2/10

Dealer Name: Bri-Tech
Location: Bohemia, NY

**Last Year $130,000**
**YTD $100,000**

Project Name: Estis
Quote #048169

**Total Amount Before Discount $113,425**
**Discount $22,685**
**Discount Percentage 20%**

**Qty Model #**

See attached quote

Reason:

Competitive discount for Bri-Tech to sell against Savant.

**Approval:**

On 6/2/10 2:28 PM, "Tricia Rooney" <trooney@crestron.com> wrote:

Hello everyone,

I am handling this….
( with chris p)

tricia

**From:** Nancy Tsoukalas
**Sent:** Friday, May 28, 2010 5:29 PM
**To:** Tricia Rooney
**Subject:** RE: PO's for Estis Crestron Invoices

Order #'s are

761208
762522

**From:** Russ Wishtart
**Sent:** Friday, May 28, 2010 4:04 PM
**To:** Donna Allen; Maria Pierce; Tricia Rooney
**Cc:** Chris Perkins
**Subject:** FW: PO's for Estis Crestron Invoices

This order for the Bri-Tech job ESTIS which was converted from a Savant system should be discounted 20%, you should have the approval from late last year, around November.

Thanks,

-Russ

------ Forwarded Message
**From:** Diane Lent <DianeL@SmartPwr.com>
**Date:** Fri, 28 May 2010 15:49:33 -0400
**To:** Russ Wishtart <russ@sapphiremarketing.com>
**Subject:** PO's for Estis Crestron Invoices

Russ,
There are PO's, one for each invoice.
A14137.3
A14260.1

Have a good holiday weekend.

Diane

**Diane Lent**

Accounts Payable

Bri-Tech, Inc.

829 Lincoln Ave.
Bohemia, NY 11716
p:631.563.8000
f:631.244.8005
Bri-Tech.com <http://www.bri-tech.com>

Information in this e-mail is considered private and intended for use by the party addressed to only.

------ End of Forwarded Message

# EXHIBIT 439

**From:** Ben DeFilippo July 23, 2010 7:39:37 PM (-04)
**To:** Chris Perkins
**Cc:** Marla Suttenberg
**Bcc:**
**Subject:** **New Dealer?**

**Attachments:** Modern Home.pdf

Chris:

I think we should add Modern Home. Gagan has committed to towing the line on all Crestron categories. No more Savant or Lutron. Going to cancel their agreement with C4.

See attached, and please let me know if you need more detail.

Thanks,

Ben

**Ben DeFilippo**



Technology Representatives

50 Tice Boulevard | 3rd Floor | Woodcliff Lake, NJ 07677

T: 201.476.1071

F: 201.476.1072

C: 617.697.3357

www.sapphiremarketing.com

**Representing:** Access Networks, Amina Technologies, Bay Audio (Metro NY), Brightline, C-nario, Cineak, Crestron Electronics, CSI/Braehler, Cybertouch, Digital Projection (DPI), DNP Supernova, Lencore, PDR Mounts, PHC-Professional Home Cinema, Primeview, Prysm, Radvision, Revolabs, rpVisuals, Salitek/Orion, Samsung (New England), Solar Shading Systems, Terra-San, TK-Living, Trak-Kit, Vaddio, VisionArt, Vista Systems

-

The information contained in this email message, and any attachment therein, is privileged and confidential and for use by the addressee only. The unauthorized use, duplication, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please return the email to the sender and delete it from your computer.

EXHIBIT 440

| | | |
|---|---|---|
| **From:** | Ben DeFilippo | July 25, 2010 8:07:05 PM (-04) |
| **To:** | Chris Perkins | |
| **Cc:** | Marla Suttenberg | |
| **Bcc:** | | |
| **Subject:** | **Re: New Dealer?** | |
| **Attachments:** | Description sapphire_logo_rgb_lg ATT00001..htm | |

Sorry if this is a stupid question. What would the documentation look like.

Thanks
Ben

Ben DeFilippo
Sapphire Marketing
C: 617.697.3357

Sent from my iPhone

On Jul 25, 2010, at 4:57 PM, Chris Perkins <cperkins@crestron.com> wrote:

> He would need to resign Savant and provide documentation
>
> **From:** Ben DeFilippo
> **Sent:** Friday, July 23, 2010 7:40 PM
> **To:** Chris Perkins
> **Cc:** Marla Suttenberg
> **Subject:** New Dealer?
>
> Chris:
>
> I think we should add Modern Home. Gagan has committed to towing the line on all Crestron categories. No more Savant or Lutron. Going to cancel their agreement with C4.
>
> See attached, and please let me know if you need more detail.

Thanks,

Ben

**Ben DeFilippo**

# EXHIBIT 441

**From:** Marla Suttenberg July 26, 2010 11:12:58 AM (-04)
**To:** Chris Perkins; Ben DeFilippo
**Cc:**
**Bcc:**
**Subject:** **RE: New Dealer?**

**Attachments:**

I can't wait to hear the dirt on why he wasn't successful w/Savant……let's bring 'im on!

**Marla Suttenberg**

Technology Representatives

50 Tice Boulevard | 3rd Floor | Woodcliff Lake, NJ 07677

T: 201.476.1071

F: 201.476.1072

C: 201.694.4662

www.sapphiremarketing.com

**From:** Chris Perkins
**Sent:** Monday, July 26, 2010 9:17 AM
**To:** Ben DeFilippo
**Cc:** Marla Suttenberg
**Subject:** RE: New Dealer?

A letter to you that states “Modern Home has terminated their dealer agreement with Savant”. If they supply the letter and do not actually terminate Supply it would mean they would be terminated by us

**From:** Ben DeFilippo
**Sent:** Sunday, July 25, 2010 8:07 PM
**To:** Chris Perkins
**Cc:** Marla Suttenberg
**Subject:** Re: New Dealer?

Sorry if this is a stupid question. What would the documentation look like.

Thanks

Ben

Ben DeFilippo

Sapphire Marketing

C: 617.697.3357

Sent from my iPhone

On Jul 25, 2010, at 4:57 PM, Chris Perkins <cperkins@crestron.com> wrote:

> He would need to resign Savant and provide documentation
>
> **From:** Ben DeFilippo
> **Sent:** Friday, July 23, 2010 7:40 PM
> **To:** Chris Perkins
> **Cc:** Marla Suttenberg
> **Subject:** New Dealer?

Chris:

I think we should add Modern Home. Gagan has committed to towing the line on all Crestron categories. No more Savant or Lutron. Going to cancel their agreement with C4.

See attached, and please let me know if you need more detail.

Thanks,

Ben

**Ben DeFilippo**

EXHIBIT 442

modernhome
TECHNOLOGIES, LLC

5 Fridolin Hill Lincoln, MA 01773

781-728-3353 www.mhtav.com

August 3rd, 2010

To whom it may concern,

Upon dealership agreement with Crestron, Modern Home Technologies, LLC :

-Will terminate dealer agreements with Control4.
-Will not engage in the design or sales of Lutron product.
-Will not engage in the design or sales of Savant product.
-Will not display any competitors' products in our showroom.
-Will display Crestron control & distribution solutions in our showroom.
-Will immediately begin training both online and in New Jersey.

Best Regards,

Gagan Sachdeva
Modern Home Technologies, LLC

EXHIBIT 443

| | | |
|---|---|---|
| **From:** | John Yohanna | August 10, 2009 2:13:15 AM (-04) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Revised FY10 Projections Yohanna** | |
| **Attachments:** | FY10 Projections Yohanna.xlsx Yohanna Fiscal 2010 Plan.doc | |

Dave,

Here are my revised FY 2010 Projections. The total FY2010 projection came to $4,711,000 which represents a bullish, yet not impossible number. This will represent a 32% increase over last year and just slightly up from FY2008. The increase came from two main factors.

· I assigned a budget for the revenue to be generated by new dealer signups.

· I increased my expectation on the revenue boost from the introduction of Prodigy. Reliability and availability of this product line will be key to achieving much of this number.

·

I have attached the document with the breakdown as well as my plan to execute.

Please let me know your thoughts

**John Yohanna**
Regional Sales Manager

Office: 800.827.2188 x18035
Direct: 562.340.0131
Email: jyohanna@crestron.com

**Crestron West, Inc.**
5660 Katella Avenue
Suite 150
Cypress, California 90630
www.crestron.com



EXHIBIT 444

| | | |
|---|---|---|
| **From:** | William Sexton | August 11, 2011 8:02:05 PM (-04) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Discount Request Form Theater X (O'Raihlly)** | |
| **Attachments:** | O'Raihlly Proposal 8-11-10 INVOICE[2].pdf | |

Requested BY RSM: Will Sexton

**Notification of (Send directly to Maria Pierce/Tricia Rooney)**

Add on to DEMO System

Showroom/Parade of Home

New Crestron Product

**Request for: (must be approved by Director and Executive VP)**

Competitive Discount **X**

Special Request

**Date: 8/11/11**

**Dealer Name: Theater X**

**Location: Scottsdale**

**Last Year:$$247,000**

**YTD: $22,122**

Project Name: O'Raihlly

Quote #

**Total Amount Before Discount: $ 29,400**

**Discount: $14,700**

**Discount Percentage: 50%**

**Qty Model #**

See attached Quote

Reason: Theater X needs to get the quote to the realtor by the morning. This is a project that the realtor has involved Theater X because she needs an competitive bid to Cybersound's. This is a job that Anthony Salcito (Salcito Custom Homes) built and now a realtor is involved. The realtor is telling Theater X that they only want a Savant proposal. Theater X is going to put together a Crestron proposal but I think that the only way we will be able to steal this job from Cybersound is to provide "Sticker Shock" at a much lower price to have them entertain the Crestron Solution. The total project is $90K worth of products and if we can come in at 50% off on the Crestron and save the customer $30K I think we have a shot to win this project away from Cyber.

**Will Sexton**
Regional Sales Manager

Phone: 866.278.0676 x18044
Direct: 480.381.7720
Fax: 602.437.1766
Email: wsexton@crestron.com

**Crestron Phoenix, Inc.**
4050 E. Cotton Center Blvd, Suite 77, Phoenix, Arizona 85040
Crestron Website | Twitter | Facebook

Crestron Electronics' Email Disclosure

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

**From:** Jason Turunen August 11, 2011 8:02:05 PM (-04)
**To:** Brian Lewis; William Sexton
**Cc:**
**Bcc:**
**Subject:** **Another Cyber bid**

**Attachments:**

We just walked another job in Silverleaf. The builder is Salcito and the customer has talked to Cyber. I dont know how they have talked to Cyber because they will not talk to us. They have their real estate lady getting a second bid from another company. We just walked the house with the real estate lasy.

She started off asking us about Savant. We nicely gave her every reason in the world why she would not want to do Savant. When we got done she told us "well, too bad. The client wants Savant".

The job will be HDMI video distribution to about 7 TV's with one room having surround sound, 6 thermostats, jandy pool control, about 20 lighting dimmers and 10 lighting keypads and security system control. It's a pretty big job.

Cyber has already given their bid. She would not show it to us. They want us to give the a Savant bid. I did convince her to at least look at a Crestron bid for comparison.

I think the only shot we have on this one is to give them a Savant bid at full price(I bet Cybers is full price) and then give them the Crestron bid at 50% off.

We have to have the proposals to the real estate lady by Friday morning at the latest.

I am gonna put a Crestron proposal together like I normally would and then have Chris put the Savant parts in that would be needed. I'll send both over but I think I should send the Crestron at 50% off. We are never going to get a chance to meet this customer.

Jason.

EXHIBIT 445

| | | |
|---|---|---|
| **From:** | Dave Sell | June 07, 2008 12:45:22 PM (-04) |
| **To:** | Brian Nachum; Chad Russell; Dan Fry; Dave Sell; Gordon Isaac; John Channon; Moose Adams; Rick Coven; Rob Christensen; Shaun D'Sylva; Timothy Knittel | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **FW: Savant** | |
| **Attachments:** | CW Savant Dealer Info.xls | |

Team:

Here is the final format we came up with for the Savant dealer survey. Your next task is to complete the next 15 dealers by June 15th. Send to Lisa for compilation by June 13th.

NOTE: This is not a phone survey! A subject as important as this warrants personal visits and meetings. It's too easy for a dealer to lie and BS you over the phone. It is required that you visit your dealers and ask these questions, press them, look them in the eye and tell them we have a 'zero tolerance policy' on Savant. Then ask them for their EOY orders!

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

>______________________________________________
>From: Randy Klein
>Sent: Monday, June 02, 2008 12:28 PM
>To: Dave Sell; Jason Tirado; Jerrie Anderson; Jerry Wagner; John Gutekunst; Landon Lovett; Mark Swiderski; Philip Cowling; Wayne Swirnow
>Cc: Fred Bargetzi; Bill Schafer
>Subject: Savant
>
>I want each of you to have your guys poll every residential dealer to see if any of them are representing Savant. Split each RSM list into 3 groups. Top 5 dealers first. Next 15 dealers, and then the remainder. The definition of represent is noted below. I would like a Y or N next to each item.
> Attended Savant Dealer Meeting or Council
> Signed Dealership Agreement
> Purchased Demo Equipment
> Promote on Website or Other
> Sold and Delivered to End Users
>
>I would like the first 5 by the end of this week, next 15 the following week, and the remainder by July 1
>
>Randy Klein
>Executive Vice President
>

>

EXHIBIT 446

| | | |
|---|---|---|
| **From:** | Gordon Isaac | August 05, 2008 10:23:44 AM (-04) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Re: IPN Problems** | |
| **Attachments:** | image001.jpg | |

Want me to try calling Paul and see if he will offer it up? I won't ask him straight up, but I could hint around and see if he goes for it? Let me know.

---

**From**: Dave Sell
**To**: Gordon Isaac
**Sent**: Tue Aug 05 10:23:21 2008
**Subject**: RE: IPN Problems

Yes I did. I'm glad that word got out. Keep sending that message. Zero tolerance!

I have not asked Paul for the list. Not sure if I will. Touchy subject.

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

---

**From:** Gordon Isaac
**Sent:** Tuesday, August 05, 2008 7:19 AM
**To:** Dave Sell
**Subject:** RE: IPN Problems

Speaking of Savant. Did you get my VM last week about calling Paul and trying to get their dealer list like with AMX? The rumor is that Paul got a bunch of dealers signed up and had a bunch of projects that they were working on and then once Savant got what they wanted out of Paul they fired him. He might be disgruntled enough to get us into either the projects or the dealers who are doing them.

I met with a dealer last week who said that someone on a blog was telling Crestron dealers to consider their switch to Savant with caution as Crestron was telling dealers that if they picked up Savant they would lose their Crestron dealerships. Kind of interesting that it is starting to circulate on line like this.

---

**From:** Dave Sell
**Sent:** Tuesday, August 05, 2008 7:13 AM
**To:** Gordon Isaac
**Subject:** RE: IPN Problems

You have to meet with them to get to the truth. I suspect that once they found out Paul was repping Savant they may have changed their course. Even though he isn't doing it anymore, they might still be going in that direction. Just go there like you had a meeting anyway. Force the issue.

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

---

**From:** Gordon Isaac
**Sent:** Tuesday, August 05, 2008 6:48 AM
**To:** Dave Sell
**Subject:** IPN Problems

Dave,

A new dealer IPN is trying to return their $11k demo order stating that they are not going to be able to pay for, or use the equipment due to financial problems with the development company which owns half their business and has lost funding on all their projects. They have not returned the several calls that I have made and we have had limited e-mail dialogue (see attached) .

This dealer came highly recommended by Paul Brown and several other people who I spoke with as well. I met with them several times before deciding to move forward with their dealership. Once we moved forward with them I met with them every week, sometimes twice on projects that they had with Elan and AMX that they wanted to flip to us. I even met with their a couple of their builders. Nothing materialized. Now they are canceling the meeting that we had for today in which I wanted to find out there plan to move forward. How would you like me to proceed?

Gordon

---

**From:** Frank Cavallaro [mailto:Frank@ip-networks.net]
**Sent:** Tuesday, August 05, 2008 6:09 AM
**To:** Gordon Isaac
**Subject:** meeting today at 1pm cancelled

Gordon,

I do not want to waste your time today. We are not able to move forward with our demo equipment because of the sudden stop in Monroe Hotel and X lofts. This is due to the Mortgages LTD BK.

This has been financially devastating to IPN.

I have some other plans for the future. When I figure out what we are going to do, I will call you.

Sorry for the bad news.

Best,

**Frank C. Cavallaro**

**President**

**Integrated Professional Networks**

**9500 E. Ironwood Square Drive #118**

**Scottsdale, AZ 85258**

**Office:480-860-5235**

**Fax:480-419-9537**

**Cell:602-717-9660**



VOICE/DATA/AUDIO/VIDEO/AUTOMATION DESIGN