# EXHIBIT 447

| | | |
|---|---|---|
| **From:** | Dave Sell | October 10, 2008 10:34:45 AM (-04) |
| **To:** | Brian Nachum; Dave Sell; Gordon Isaac; John Channon; Moose Adams; Rick Coven; Shaun D'Sylva; Timothy Knittel; Rob Christensen; Brian Lewis | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **New HTSA dealer agreement** | |
| **Attachments:** | HTSA2008 analysis.pdf Crestron Partnership Rewards Program.pdf | |

Guys:

See attached. This is an agreement between our dealers and Crestron that are members of HTSA. Since we have departed the organization, there were some benefits that the dealers have been missing. This program address them and more. Also attached is a list of dealers that are highlighted. I need each of you to review this list and the program. Then get with your dealers that are highlighted (only them for right now) and get their agreement and acceptance on it. The non-highlighted dealers need to be discussed between you and me.

The most significant portion of this agreement is that we require their exclusive control system business. That means that C4 and Savant are not acceptable and the dealer cannot bring them on board...period.

Any questions, call me. Please act asap to get these signed and returned to Liz in NJ. Or, scan it and email it to her. Copy me so I know you got it signed.

Thanks,

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

EXHIBIT 448

Crestron Partnership Rewards Program

# Crestron Partnership Rewards Program

Crestron is pleased to offer the following partner program, based on the ongoing commitment of dealers to exclusively support Crestron in their businesses.

**PRICING/DISCOUNTS:**

ƒ End column pricing on all applicable products
ƒ Free engraving on all keypads
ƒ Free ground freight on all products

**TERMS:**

ƒ Net 30

**PARTNER REBATE:**

ƒ 5% rebate will be paid quarterly; this rebate is in addition to all other Crestron rewards programs

**DEMO EQUIPMENT:**

ƒ All demo products will be offered at a 30% discount

**TERMS AND CONDITIONS OF THE PROGRAM**

ƒ Credits will be issued quarterly
ƒ The program will be renewed annually
ƒ Sales are defined as all paid invoices minus returned merchandise credits and earned DRP credits; any bonus earned through special purchase promotions is also included in sales
ƒ Rebates will be paid in the form of an account credit
ƒ Dealer account must be current and in good standing in order to redeem credit
ƒ Any equipment that is discounted will qualify towards dealers sales levels, but will not qualify for rebate amount

**Dealer Acceptance:** ______________________________
(Name, Date)

**Company:** ______________________________

CRESTRON
www.crestron.com | 800.237.2041

# EXHIBIT 449

| | | |
|---|---|---|
| **From:** | Gordon Isaac | April 25, 2009 11:17:15 AM (-04) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Plug and Play Media Termination** | |
| **Attachments:** | Plug and Play Media Term Form.xls corporate_signature_special.gif | |

Dave,

Attached is the termination form for Plug and Play Media. I called Mark this week and tried to encourage him to continue moving forward with Crestron, but he was unwilling to drop Savant. Please let me know if you have any further questions.

Sincerely,

Gordon Isaac
Regional Sales Manager- AZ,NV
Crestron Phoenix
P: 800.827.2188/562.340.0101 Ext. 18044
C: 480.381.7720
F: 602-437-1766
E: gisaac@crestron.com

EXHIBIT 450

| | | |
|---|---|---|
| **From:** | Gordon Isaac | July 31, 2009 6:08:23 PM (-04) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Cyber Sound** | |
| **Attachments:** | | |

Dave,

With Cyber Sounds recent decision to pick up Savant and Control 4, along with recent bids hitting the market with Lutron again, I have been trying to figure out why they would make such drastic changes to their business. The reality is that they get more perks and benefits then any other dealer that I work with.

Dollars$

- They had 3 programs in addition to DRP last year.
- We paid them about $97,000 last year on about $500k in business
- We took back over $110,000 in stock balances and returns to accommodate them and we never charged them a restocking fee.
- We gave them almost $7,000 in free engravings last year
- They only paid $2,835 in shipping the entire year cause we picked up $19,458 of it

Sense
- We took their whole team to dinner at CEDIA last year
- I have taken them out for countless lunches
- You and I have been out to meet with them at least 4 times together in the past year and I see them every 3 weeks or less
- We did a 2 day private training at our office just for them with special demos, food, and everything that took weeks to prepare
- I have done multiple private trainings at their offices to accommodate their schedules
- I have sent them at least 4 leads for nice projects which they said they have not ever had in the past
- We offered to pay for 4 of their guys to go to Vegas and Golf and attend the "Big Smoke". They all had plans that came up and didn't attend
- We had Jimmy Vaughan come out to do a private training for them at which point we gave them one of our waps for free to try
- We have done countless amounts of on-site visits to help them when they need it. Deborah Calimlin, Ryan Pick, Brian Nakumara, and Erwin Monteyro have been to several projects in the past year to support them.
- Glenn Pernick has given them his cell number and they have a direct line to him for anything they need and can't figure out
- From what I was told we gave them ALL of their demo gear in their showroom for FREE
- We have given them a signed letter every year that they have been the top dealer in town. Never done that for Vegas or any other market that I know.
- We gave them not 1, but 2 awards for their performance in '08 including a custom made award for being a $1 Million Dollar Dealer
- We have offered them discounts EVERY time that they have had a competitive issue come up and we have used tech sales very efficiently to get them a competitive design under tight timeframes and circumstances

So I guess what this all means is that it doesn't make Dollars or Sense as to why they are going down this path away from Crestron. I hope that during your meeting we can find out what we have not done to be a good partner cause I don't know of anything that else that we could do.

I can somewhat understand their decision to take on Control 4, however I think that Prodigy will be able to address many of their concerns that they have. If they are not willing to drop Savant however then I feel it is in our best interest and the best interest of the market that we part ways until Cyber Sound is willing to commit to the following.

- Standardize on Crestron
- Lead with Prodigy
- Bring C4 competitive bids to us to address first before bidding C4 and to commit to an exit strategy from C4 when we deliver on our commitment to help them win those jobs
- Be clear with their expectations so that when we provide them the service above and they still aren't happy we aren't sitting here wondering what we are doing wrong

If we continue to allow Cyber Sound to sell Crestron along with Savant then we will be opening up the doors for the rest of the dealers in town that this is a viable solution for their business as well. We also look bad to our dealers since we terminated someone already in this market for bringing on Savant and we have told them all that there is a zero tolerance to Savant. The Savant rep is the same rep who does Runco and Stewart which are the 2 products that many of our dealers sell. If he gets the idea that we aren't going to act, or if the dealers feel we won't act then he will have greater problems. In addition Cyber Sound is a prominent member in HTSA and I have a total of 4 HTSA dealers who have all told me that despite being perused by Savant regularly they will not pick them up. Cyber Sound being so bold as to put it out to everyone that they are Savant, Control 4, and Crestron means that they clearly are trying to make a statement which is one that we can't let them make.

If we lose them as a dealer we will certainly lose SOME business, however I feel that we will be able to regain much of it back. This has been a Crestron market for a very long time and the name is very well known. While this market has been open to a lower cost solution from Control 4 it has not embraced AMX or any other more costly control solutions other than us. There are only 4 Savant dealers in town that I am aware of and 5 if you count Cyber Sound. There is only 1 real project that I have heard of that has been completed. The Savant dealers are all very small and they have not been able to penetrate this market yet. The other dealers in town look at Cyber Sound as the big fish and they want nothing more than to take business away from them. There are at least 6 dealers that compete with Cyber Sound often and know who their builders are. With our support I think it will be easy to get to their business and take projects away. In addition we have a great relationship with many of the largest Electricians in town. Since Cyber Sound started an Electrical division they burned their relationships with many of the Electrical companies so we will have opportunities to projects through them as well.

In summary I would like nothing more than for Cyber Sound to communicate their concerns, drop Savant and C4 as well, and come back to becoming the largest dealer in the territory. If they are unwilling to do this then I don't think we can do anything more to support them and we need to part ways and leave the door open for us to hopefully reunite when they are ready to become partners again.

Sincerely,

Gordon Isaac
Regional Sales Manager- AZ,NV
Crestron Phoenix
P: 800.827.2188/562.340.0101 Ext. 18044
C: 480.381.7720
F: 602-437-1766
E: gisaac@crestron.com

EXHIBIT 451

| | | |
|---|---|---|
| **From:** | Dave Sell | August 25, 2011 11:01:12 PM (-04) |
| **To:** | William Sexton | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: Our Strategy Worked... Let's Repeat... Divide...Conquer!!!** | |
| **Attachments:** | | |

I agree with your spirit, but remember, the market is ours to lose, not to gain back. We still clearly have (by far) the most installations and established customers. One dealer will not change that.

Dave Sell, Director

Crestron West

5660 Katella Ave. Ste 150

Cypress, CA 90630

800-827-2188 (O)

714-875-0879 (m)

**From:** William Sexton
**Sent:** Thursday, August 25, 2011 7:19 PM
**To:** Dave Sell
**Subject:** Re: Our Strategy Worked... Let's Repeat... Divide...Conquer!!!

He did win this job. It did work in this situation. And I believe it will work in other situations. We have most likely stolen about $500K worth of business from Cyber and that's not enough.

I heard that things are somber over at Cyber but they are still closing business. I think any chance we get to kick them while their down it's even more damaging. I think we should not back down and take every piece of business we can. If it takes a 15% discount to win a job fine. If it takes 50% then so be it. Whatever it takes.
Every job we take from them brings us that much closer to defeating them and taking back this marketplace.

Will Sexton
Regional Sales Manager
480.381.7720
Email: wsexton@crestron.com

**From**: Dave Sell
**Sent**: Thursday, August 25, 2011 09:54 PM
**To**: William Sexton
**Subject**: Re: Our Strategy Worked... Let's Repeat... Divide...Conquer!!!

But is Josh telling the truth 'it worked'? Did he win these jobs? He says now is the time to strike.

Dave Sell, Director
Crestron West
5660 Katella Ave. Ste 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

**From**: William Sexton
**Sent**: Thursday, August 25, 2011 09:19 PM
**To**: Dave Sell
**Subject**: Re: Our Strategy Worked... Let's Repeat... Divide...Conquer!!!

I think that flipping Gabriana and opening Salcito's eyes to Crestron is a big win.

Tom Argue is another big fish that would be great to land. Many of these Cybersound builders have been tainted by Cyber to believe that our products fail often and are obsolete when in fact the issues were due to their own inability to engineer and program our products correctly. The more of these type of deals that we take from Cybersound and put Crestron in front of these top notch builders the quicker we can dispel the slander that Cyber was slinging towards Crestron.

**Will Sexton**
Regional Sales Manager

Phone: 866.278.0676 x18044
Direct: 480.381.7720

Fax: 602.437.1766
Email: wsexton@crestron.com

**Crestron Phoenix, Inc.**
4050 E. Cotton Center Blvd, Suite 77, Phoenix, Arizona 85040
Crestron Website | Twitter | Facebook

Crestron Electronics' Email Disclosure

**From:** Dave Sell <dsell@crestron.com>
**Date:** Thu, 25 Aug 2011 17:45:55 -0700
**To:** Will Sexton <wsexton@crestron.com>, John D'Angelo <jdangelo@crestron.com>
**Subject:** FW: Our Strategy Worked... Let's Repeat... Divide...Conquer!!!

How should I interpret this? Is this all 100% true? Interested in each of your individual comments.

Dave Sell, Director

Crestron West

5660 Katella Ave. Ste 150

Cypress, CA 90630

800-827-2188 (O)

714-875-0879 (m)

**From:** Josh Peters [mailto:JPeters@elitehometechnology.com]
**Sent:** Thursday, August 25, 2011 5:41 PM
**To:** William Sexton
**Cc:** John D'Angelo; Dave Sell
**Subject:** Our Strategy Worked... Let's Repeat... Divide...Conquer!!!

Gentleman,

As some of you may or may not know, a few weeks ago I signed Lot 2909 aka Gabrianna! This is a huge victory for Elite and a huge Victory for Crestron in the Phoenix market. At our first walkthrough since the signing, we discussed with people at Salcito Custom Homes, locations where we would be installing iPad Back Boxes. They responded, "Oh, I didn't know you did Savant". That statement has been said to me by too many builders in too many conversations… they have been misled to believe that only Savant and iPADs work together. Through education, I have opened up Salcito Custom Homes and other builders in recent months to discuss how iPADs and DROIDS work with CRESTRON; purpose built, world-class equipment. Lot 2909 will be the place to show the proof in the pudding and win back a major builder, the most influential builder in Scottsdale and Silverleaf.

We have a winning formula here, and I must thank the team; especially Will Sexton, who put forth a commendable effort to make this happen. I'd also like to thank John and Dave for being great teammates and supporting this feat. I'd like to go after more projects in this competitive arena and would like to work out a similar deal to strategically land key projects and builders. Lately I've been focused on landing some commercial work, but plan to go head to head against Cyber's deals and builders in September. I am working to flip and beat Cyber for Lot 1725, and am bidding against Cyber/Savant on Argue Custom Homes Lots 1710 and the Downey Residence… all in Silverleaf. I'd also like to send John and Will off on some deals I had in Design that Cyber snaked from me in the past few months - including Desert Star's Radley Residence and Schultz Development's Oremus Lindauer Residence.

Furthermore, I'd like to court Tom Argue with the Crestron team. I spoke with him yesterday… he still uses Cyber/Savant on his 10,000 sq ft type homes, but is willing to try us out if the price is right. He also let me know that he spoke with Jason Hope and the 100,000 sq ft project is going to come back online January 1. I have spent nearly a year designing and meeting on this project and am not going to lose it to Cyber… we must win this!

Gentleman… it's time to strike!

Sincerely,

Josh

JPeters@EliteHomeTechnology.com

***This email may contain electronically encrypted file attachments for tracking purposes to ensure intellectual property rights upheld.**

This e-mail and any attachments contain information from Joshua A. Peters, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

# EXHIBIT 452

| | | |
|---|---|---|
| **From:** | James May | September 14, 2011 1:35:35 PM (-04) |
| **To:** | Frank Clark; William Sexton | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Crestron Projects** | |
| **Attachments:** | | |

Bill Ray Customers:

Finocchiaro, Peter (New Construction 5 months out) 17,000.00

Jim Kichler (Remodel Complete 8-12-11) 3,500.00

Dan Cracchiolo (New Construction 1 year out) 42,000.00

Projects Taken from Cyber Sound:

Greg Drumm (Complete 9-16-11) 11,000.00

Ken Downey (New Construction 8 months) 15,000.00

Steve Aderson (Remodel Est. 3 months) 7,500.00

Steve Nichols ( Remodel Complete 8-26-11) 2,600.00

Bill Repko (New Construction 1 year out) 58,000.00

Trent Longnecker (New Construction 4 months out) 18,000.00

EXHIBIT 453

| | | |
|---|---|---|
| **From:** | Mark Swiderski | August 09, 2010 9:31:55 AM (-04) |
| **To:** | Thomas Oliver | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE:** | |
| **Attachments:** | | |

Tom,
Let's talk.
We can have someone from our technical team provide a demo for you so that you can learn the product.

**Mark Swiderski**
Director, Midwest Region

Office: 800.949.3465 x15233
Direct: 847.631.2735
Fax: 847.437.6052
Email: mswiderski@crestron.com
**Crestron Midwest, Inc.**
617 East Golf Road
Suite 101
Arlington Heights, Illinois 60005
www.crestron.com

http://www.crestron.com/images/static/email/signatures

**From:** Thomas Oliver
**Sent:** Monday, August 09, 2010 8:06 AM
**To:** Mark Swiderski
**Cc:** Lisa Roulo
**Subject:**

Comments for the week of 8.2.10 – 8.6.10
I continued meeting dealers this week and have only a handful left to meet for the first time. All of Dave's Sales force accounts were transferred over to me and I will be working on becoming familiar with this program. I met with my first potential dealer (Ellehcor) and I believe they will be a fantastic addition. I was disappointed the ADMS training was cancelled. I did call Craig Gulley to get a better understanding of the product and his approach to getting more of the units into the hands of the dealers.

Technology
Dealers continue to ask about series 3 and want to learn more about DM-E certification and Prodigy. I sent the Crestron vs. Savant comparison from our website to David Gold at Devincio and he said that was a very powerful tool and it helped him close a sale.

**Tom Oliver**
Regional Manager - Residential

Office: 800.949.3465 x15210
Direct: 847.631.2747
Fax: 847.437.6052
Email: toliver@crestron.com
**Crestron Midwest, Inc.**
617 East Golf Road
Suite 101
Arlington Heights, Illinois 60005
www.crestron.com

http://www.crestron.com/images/static/email/signatures

EXHIBIT 454

# REGIONAL DIRECTORS MEETING
**July 15/16, 2008**

**July 15 - Commercial Lighting**

08 Sales
- Actual sales vs. forecast
  - Rep territories

09 Sales Strategy
- RSM Coverage
- Rep organizations
  - Coverage
  - THT Showroom
  - Dedicated Crestron sales staff
- Competition
  - Quotes – Discount approval process

09 Marketing
- Advertising
- Tradeshows
  - Lightfair/AIA/Other

09 Forecasts

**July 16 - Commercial/Residential AV**

08 Sales
- Actual vs.Forecast
  - Company/Territory/Individual
- Incentive trip results
- VIR Agreements – 08, 09

Buying Groups – HTSA, PSNI, USAV
RSM Market Development
Alternate Quotes
Weekly Reports
CAIP's – RSM Coverage?
New Dealers – Process, follow up
Competition –Our position
- C4, AMX, Extron, Lutron, Savant

Competitive Papers
Specific product Strategies
- MPC
- Lighting

09 Forecast

**Crestron Electronics, Inc.**
15 Volvo Drive
Rockleigh, NJ 07647
Tel: 800.237.2041/ 201.767.3400
Fax: 201.767.7576
www.crestron.com

NEW YORK LOS ANGELES ATLANTA DALLAS CHICAGO ORLANDO
TORONTO MEXICO CITY SAO PAULO BRUSSELS MUNICH MILAN
LONDON PARIS BARCELONA DUBAI HONG KONG BEIJING
SINGAPORE MELBOURNE

EXHIBIT 455

| | | |
|---|---|---|
| **From:** | Randy Klein | October 09, 2008 12:21:27 PM (-04) |
| **To:** | Wayne Swirnow; Mark Swiderski; John Gutekunst; Landon Lovett; Jerrie Anderson; Dave Sell; Phil Cowling; Jason Tirado | |
| **Cc:** | Bill Schafer | |
| **Bcc:** | | |
| **Subject:** | **Savant** | |
| **Attachments:** | | |

I had a discussion with one of our NE RSM's this morning regarding Savant. He was saying that Savant is targeting our big dealers doing anything they can think of to get them to consider Savant, or even switch. That discussion prompted me to write to him my feelings. Below is my email to him. Read it and let's stick by it.

I don't think we'll ever be successful battling a competitor like Savant...or any other like competitor for that matter....on a product or feature basis. Back in the early days of Crestron, we had the same battle...but from the other side. Crestron was always (and continues to be) the technological leader. Our products were simply better in every way. Our only competitor was AMX. Even they admitted, and told all customers, our products were better than there's! However, they continued to dominate us and marketplace...for one reason. They were the leader, and it was easy to do business with Crestron. In this these most uncertain times, why would any dealer, or any customer put their money and their future into an unknown? Even John Clancy (he's one of our largest, most loyal dealers here in NY) asked the Savant management to show him 1 house that uses their product day in and day out. They never answered the question. We all say that customers are scaling back, their uncertain, and their scared. The only reason they would choose Savant is because we let them. This is our job as sales people, Ken, not product development. Yes, when we get our SDK, that will answer an objection...for now. But long term, you and everyone else needs to sell the 45 years and millions of customers that rely on Crestron everyday. Not just homes, but businesses, schools and governments. Savant might have a "tight" relationship with Apple. And they may ask them to speak at a meeting. But Crestron is a DOEM partner of Microsoft. Microsoft depends on Crestron products to help run their company everyday. I think Apple is cool. I even have one myself rather than a PC. But cool doesn't make money. Reliability, stability, experience, vision and leadership makes money. Compare those on a chart with Savant, not graphics.

No Crestron dealer is a Savant dealer....ZERO tolerance.

Randy Klein
Executive Vice President