# EXHIBIT 456

## Week of January 5, 2008

### Residential

**Dave Koller (3-1R RRSM) -** Baumeister, Niles IL – I went to meet with Jim Moran and John Baumeister but neither was at the office when I stopped by. There have been some new developments here to include another staff reduction, and the termination of Paul Baumeister (John's brother) who did all of their marketing. They also let go of a very good project manager in Fred Heyer who I am helping find work with another Crestron dealer. It has also been rumored that Baumeister has been to Utah to Control 4, and may even have become a dealer. This info has not been confirmed, but come from a reliable source within their organization. I will attempt another meeting this week to see what I can find out. Rumors on the street are that they are having financial problems. Regional meeting with Randy on Wednesday 1/7. Regional Meeting with sales team for further follow up and technical training 1/8 & 1/9. Dave is still newer to the market in selling larger format more expensive applications. He sometimes pushes himself to doing much more leg work than what is needed or wanted. He tries to hard which can get him in trouble. I need to work with Dave on being more consistent on his actions and responses. Think before you talk or react.

**Craig Gulley (3-2R RRSM) -**The Audio Room, Iowa- Meeting with Dave, Mark, and Jeff. We discussed how their business was going and what the were seeing in terms of business. They have been doing pretty well. Crestron has supported them when other manufactures have abandon them to competitive dealers for purely sales numbers with no help in pricing. We discussed how important Crestron has been to them and how we can continue to partner with them. We discussed some issues that Dave has with System Builder, as he does everything in S.B. and D3. I will send an email to John Lamberson and have him follow up with our Tech Support. Dave also needed to get his new programmer, Clay, to more classes and asked for an advance on his DRP training seats. I will work with Mark S. to get that done. They do have several more projects in the 3rd and 4th quarter and should end up with $100K with our help this year. Regional meeting with Randy on Wednesday 1/7. Regional Meeting with sales team for further follow up and technical training 1/8 & 1/9. Craig is the season veteran and seems to get frustrated when others are not on his same page or wave length. He is an asset to our team since Dave and Adam continually call him for sales and application help. Craig wants something more and to be a director of something. He wants to help the company through the next years of growth and knows he can help others. I need to keep Craig stimulated, focused on the territory and help others otherwise he will loose interest.

**Adam Gold (3-3R RRSM) -** Advanced Communications. Michigan City, IN. Met with Jerry Lusinski (Owner), Kevin (Owner) and Tim Eldgrige (New design engineer.) This meeting was primarily to introduce myself to Tim Eldridge. Tim has come to Advanced from a Crestron friendly consulting firm in Indiana. We went over a project that he had some questions on and answered some other house keeping questions he had. I also met with Jerry and Kevin who said now that Tim was here they were going to really focus on Crestron. Jerry said he had two school projects that he has Crestron specified and one home that they are considering. Total projects would contain close to 50K in Crestron products. Regional meeting with Randy on Wednesday 1/7. Regional Meeting with sales team for further follow up and technical training 1/8 & 1/9. Adam is a consistent worker. He calls all of his dealers. He sometimes "sells" to much and doesn't ask for the order and when he does ask for the order he sometimes sound desperate He believes he is a hard worker therefore it is probably the market/territory that is the problem. The territory was flat in fiscal 07 and 08 and he needs to make improvement in getting more sales. I need to work with Adam on GETTING the order.

### Commercial

[redacted]

[redacted]

## Director of Technical Services

**John Lamberson -** Technical Support meeting with staff and Fred on Wednesday 1/7. Dealer meetings with Fred at Roscor and AVI-SPL to meet with technical staff. Cisco conference call and weekly HQ Tech Directors conference calls. Mott Community College tech review of site information and Service equipment. Regional Meeting with sales team product and technical training on 1/8 & 1/9. John is a good leader, mentor and supporter of the Midwest Technical team and the entire Crestron Family. He sticks his noise in things sometimes but it is because he is curious and wants to learn. John is one of the reasons for Crestron Midwest being successful. He may take some time to mentor, direct, teach and get some things done but he will be a very important part of Crestron Midwest and Crestron HQ's overall success. The only thing I need to guard against is John getting board.

## Week of January 12, 2008

## Residential

**Dave Koller (3-1R RRSM) -** Baumeister AV is closing down. They let most of the employees go last week and there was a big meeting on Monday to shut things down officially. Dave is working with the other key dealers in the Chicago land market to pick up the business that Baumeister has/had. Will know more this week. Dave has focused on the dealers in the Chicago land area for QTR 3 and Quarter 4 forecasting and has talked with two of the larger AMX/Control 4 dealers about the possibility of being Crestron dealers. Mike Abt from Abt called to see if they purchased Baumeister does the dealership come with. Barrett's foot traffic at it's store is way down and they are thinking of closing a couple of locations.

**Craig Gulley (3-2R RRSM) -** Traveled through St. Louis and Minnesota covering Quarter 3 and Quarter 4 forecasts from the dealers. Business is okay and most are busy.

**Adam Gold (3-3R RRSM) -** Dealer meetings in the Columbus and Cincinnati Ohio markets. Meetings were focused on forecasting and future business for Q3 and Q4 of fiscal 09. At Home Integration, Audio Video Innovations and Smart Technologies are exceeding expectations because of local and out of state business that has been in the pipeline. All dealers indicate that they are busy at this time of the year but are not sure what to come in the future quarters of 09. M. Alan is very slow with little business overall. Let four people go. We will watch them closely.

[redacted]

[redacted]

### Director of Technical Services

**John Lamberson -** John was at Headquarters all week for Masters certification class and engineering meetings. He will be providing Digital Media presentations for three weeks in February. Schedule and location to be determined.

[redacted]

**Dow -** Talked with Tim T at SPL and he indicated that he would call Chris Duncan to see what his schedule is like for a possible tour of Crestron HQ. I am hoping it gets pushed back until the Creston Experience Pavilion (CEP) is completed.

**Media Manifold:** One of our dealer who has sold over 10 systems has had five failure with the power supply. Now they don't want to use the unit because of the high failure rate. John Lamberson is taking care of this situation.

## Week of January 19, 2008

### Residential

**Dave Koller (3-1R RRSM) -** Dave was in the Wisconsin territory working on converting Control 4 and AMX/Autopatch systems to Crestron. The Wisconsin territory is normally a middle to low end systems market. Dave's approach is to attached those markets with Adagio. There are several large format projects on the western part of the state but have been put on hold at this time. Dave has worked on interviewing new potential dealers for the past six months while visiting our dealers. He has identified the dealers that he is looking to bring to the Category Five Commitment program and provide recommendations next week. I have attached the preliminary information for both programs to this summary.

**Craig Gulley (3-2R RRSM) -** Dealers in North Dakota and South Dakota are focusing on Adagio for the middle market since the end users are not spending money for large format systems. Audio Video and Integrations, South Dakota- Curt has decided not to continue in the AV business at this time in Mitchell. I will let George know that he can remove them from the Crestron dealer list. Craig has worked on interviewing new potential dealers for the past six months while visiting our dealers. He has identified the dealers that he is looking to bring to the Category Five Commitment program and provide recommendations next week. I have attached the preliminary information for both programs to this summary. PTO Monday and Tuesday.

**Adam Gold (3-3R RRSM) -** Our Indiana market is split on how the economy is affecting them. Some are finishing large format projects and some are successful in maintaining business in the middle market. All have said that compared to last year their past six months have been much slower. Avio in upper Michigan (Vacation home area) indicated that they are slow but they believe that things will start to pick up in March and April as the expensive home owners start to get their summer homes ready for the summer. Adam has worked on interviewing new potential dealers for the past six months while visiting our dealers. He has identified the dealers that he is looking to bring to the Category Five Commitment program and provide recommendations next week. I have attached the preliminary information for both programs to this summary.

### Commercial

[redacted]

**Market Development**

[redacted]

**Director of Technical Services**

**John Lamberson -** Weekly conference call with Cisco. Week conference calls with Crestron HQ and Technical Directors. Prep for Digital Media training/Educational seminars across the country. Working on Mott Community College and Joliet Community College.

**Director**

**Mark Swiderski -** PTO on Friday, Brother's Death in Family. Meeting with Adam Gold to review his and territory strategies for QTR 3 & $. We reviewed the dealers and did comparative analysis to previous fiscal year sales. Reviewed potential new dealers and wheat they would bring to Crestron. Reviewed list of Potential Category Five Dealers. Adam needs to focus on business on hand and possible new business. He has all the correct "mechanics" but needs the sales.

[redacted]

## Comments

**MR:** Product Challenges / Issues: Workplace Technologies wants Crestron to come out with a 4-Port Ethernet switch. card for the PRO2/AV2 and built into any new processors we come out with.
**JH:** Four RGBHV switchers that we supplied to University of Illinois School of Business have failed out of the box. Dealer United Visual and end user frustrated. I am follow in up with them and will have John follow up next week when he returns from vacation.
**MF:** Sales Challenges / Issues: Regarding hotel projects. I need references...who, what, where, when, how. Engineering Plus has spec'd a dozen or so hotel projects this year...all with Control4 as the hotels have requested Control4. Engineering Plus would like to design future projects around Crestron; however, they need fuel for the fire to combat Control4 solutions. The biggest fuel are references. I have asked for these several times; however, to no avail at this time.
**MF:** Product Suggestions - Create a DM receiver that will fit into a floor box...would likely take the shape similar to a QM-WMC. Should be made to fit standard floor boxes and the new Wiremold 8" poke-through.

**MF:** Product Suggestions - Create a competitor to Crestron DM cable for purchases so that Crestron isn't the sole-source for the DM cable. This is NECESSARY to be spec'd for integration purposes when three (manufacturer) providers are required. Because DM cable is required and not the make-up of three individual cables, access to DM beyond "from just Crestron" will be necessary to avoid propriety.
**MF:** Product Suggestions - Audio consultants would like to see the DM audio in/outs as balanced and unbalanced...not just balanced. Commercially, this is big. On this note, the audio consultants detest the RCA audio "balanced" jacks. They would rather see balanced/unbalanced phoenix jacks.

**Residential - Potential New Dealers -** See individual tab
**Residential - Potential Category Five Dealers -** See individual tab
**Residential Dealer with Other special programs -** See individual tab

## Week of January 25, 2008

## Residential

**Dave Koller (3-1R RRSM) -** Central Illinois market business is much slower than last year at this time for the dealers sales. They have indicated that the "rural' areas no one is buying at this time and they are working on some updates and retro type business. AV Design Centers, Palos Hills IL – George Georgiou several Tweeter referrals have created upgrade opportunities. He is also interviewing for a former Baumeister job. ASTI, Orland Park IL – Kevin Breen he has been successful in converting Niles and Russound systems against Kole Digital who is the local competition. We want to take as much market share in this market as possible, because Kole has worked down there unchallenged for years. So far my strategy in this market is working.
**Craig Gulley (3-2R RRSM) -** In his travels in the Nebraska market middle size companies are still purchasing systems but they want the most cost effective system for their money. This is a excerpt from Craig's summary on his approach with the dealers. His message is consistent but delivered differently with each dealer. " We discussed his business to date and what sales were coming up for the 3rd and 4th fiscal quarters for Crestron. I emphasized strongly our initiative to support converting any jobs into Crestron jobs and asked what they had bid or going in that we could look at changing. We discussed how to motivate people to buy Crestron in this economy and to emphasize lifestyle and functionality and environmental and aesthetic concerns and to stay away from the discussion of actually hardware. We discussed new Crestron product that will be available in the next couple of weeks and beyond and how that can benefit their sales.
**Adam Gold (3-3R RRSM) -** Business for the Detroit and Ann Arbor Michigan areas for the mid to small dealers is slow or none existent for the retail type and small dealers. Their walk in traffic doe not exist and their customer installation business has been off for a while. The higher end market in this area seems to be still moving in a positive direction because they are doing more updates and retro's to existing systems. Based on some of the comments from the dealers we may be loosing dealerships to going out of business in the next 6-12 months.

## Commercial

[redacted]

[redacted]

**Market Development**

[redacted]

**Director of Technical Services**

**John Lamberson -** PTO Monday through Friday. (VACATION)

**Director**

**Mark Swiderski -** PTO on Monday Brother's Funeral. Meeting with Joe Haupt and Darryl Krall review their territory strategies for QTR 3 & 4. We reviewed the dealers and did comparative analysis to previous fiscal year sales. Reviewed potential new dealers and sales with contacts. Reviewed list of Potential and Category Five Commitment listing of Dealers with Resi RSM's and they provide list of dealers they will talk with. RSM's provided comments and categories on recommended dealer.

[redacted]

**Residential Information Potential and Category Five Commitment Dealers -** Reviewed potential dealers that they have had on their weekly summaries for fiscal 09. Developed Reviewed information requested by Randy for the Potential dealers and the dealers we would recommend for the Category Five Commitment for the additional 10% discount across all Crestron sales. Reviewed how we as a territory would define the categories and how we would evaluate the dealers in the territory. Defined commitment versus "loyal" dealers. Craig, Dave and Adam will provide updated list of dealers and information about the dealers. They need to quantify and qualify the dealers with me before we provide the program. The overall message from the program is to work with our dealers to get more commitment to our products in more/all categories.

**Technicolor, MN**. - We were informed that Technicolor will he shutting down their "Systems Integration Group". Because of the challenging economical times the theaters will stay with the traditional way of showing films because they could not afford the new technology at this time. Technicolor will re evaluate their need for system integration group as the economic conditions change. They have over 40 systems that they have in inventory and are exploring the varies ways to remove them from their inventory. Once I know what they have and what their intentions are, I will update in separate e-mail.

[redacted]

**ICI, MI.** - ITC Holdings Corpo. - Reviewed Sound & Communications article on page 34. Talked with Bill Fons since this is our dealer and he indicated that this project was AMX in September 2007 when Bob Christopher was the RSM. When he started in October 2007 he tried to convert the project but since it was half legacy and ICI already purchased all of the equipment and started the programming he could not convert it to Crestron.

## Comments

**DK :** Barretts, Algonquin IL - I Met with John Wettlaufer. He believes that the TPS-4L should be brought down to a $800 MSRP to compete more effectively with the Niles and Élan touch screens that are currently available. He then thought a new price point between $1500 & $1800 MSRP. A re-introduction of a TPS2000 with video capability is what was talked about. He thinks these could be viable tools to sell more Crestron. He states that is a big jump to go from $1200 to $2400 (from a 4L to a 6L).

[redacted]

## Week of February 2, 2008

## Residential

**Craig Gulley (3-1R RRSM) -** August Systems, Missouri- Reviewed CAT5 program. Will no pursue since they do not have time to learn something new in this economy at this time. Audio Video Concepts, Illinois- Crestron projects he is currently working on. He reports that his business is going very well and that he has a couple of large Crestron jobs going to the ordering phase shortly. 21st Century Automation, Missouri - Is very busy now and has passed expectation of 100K of business. They are so busy with today they have not planned for the future. Pipeline does not have any jobs in it at this time. Q Audio Video, Missouri - business is down. Provided four Elan and Control 4 jobs for Craig to convert. Request provided this week. Stereo One both locations, worked on four conversations for Elan and Control 4 to Crestron. Supported Green Home show in Springfield Missouri for three dealers. Worked on CAT5 program with dealers for commitments and review of potential dealers. Worked on getting dealers to our DM classes at the Midwest facility.

**Dave Koller (3-2R RRSM)** -Designer Sound & Cinema, IL – proposals out and accepted that come to a total of $180k, but projects on hold until further notice. Avtel,IL – their business pipeline should have at least $50k coming within the next 120days. They are very busy right now and in the near future but it is not today that makes them nervous. found & Vision, IL – I met with Justin and Eric. They have about $50k in current pipeline business. Ensemble, IL –implemented taking Columbia Audio's old phone number as their own in order to screen calls from clients that may not know they have gone out of business. They have about $50k in Crestron in the pipeline between now and the end of FY09. Integrisys, IL – The Bennigans project contains about $25k worth of Crestron equipment per restaurant nationwide if they go with the design. They are currently installing the Chicago locations system which will be the beta for the country. Worked on getting dealers to our DM classes at the Midwest facility. Worked on CAT5 program with dealers for commitments and review of potential dealers.

**Adam Gold (3-3R RRSM)** -Greenbriar Communications, WV. - their CI business has been very slow and they have been getting by on their IT business. Sound Ideas. WV. - there are very few projects or clients that will commit to spending any money at all in the market he is in. He committed to using our products instead of Elan. Barney Millers. KY. Met - their business is down substantially and that two of their biggest builder partners have just filed for bankruptcy. He also said that his retail is down close to 40% as well. He did say however, that they are focusing as much as possible on selling large profitable CI projects and will have an answer this week on a 30K Crestron order at cost he is working on. Digital Lifestyles, KY. - dealer is just over 200K which is up from 68K in 08. Has one more large projectQ4 for about 50K in Crestron. Precision Audio. KY. negative situation with his YTD due to a client canceling a job that he already purchased at the end of last fiscal. He said that his AV business is almost non existent right now and he is getting by doing his 12 volt work and security. Worked on CAT5 program with dealers for commitments and review of potential dealers. Worked on getting dealers to our DM classes at the Midwest facility.

## Commercial

[redacted]

**Market Development**

[redacted]

**Director of Technical Services**

**John Lamberson** - Technical support for dealer and end user at Joliet Community College in Kansas. 57 rooms that were programmed by the dealer in system builder and our CAIP Progressive Communications. John's visit straighten out the programming challenges for the dealer and the end user. Spent three days on job site. PTO on Monday (vacation).

**Director**

**Mark Swiderski** -Weekly conference call with Residential, Commercial and Market Development managers. Weekly conference call with Cisco on EAV rooms and progress. Coordination of meeting with Doug Carnell for change out of Cloud and PIVID systems to Crestron so they can monitor them. Provided support to office with Shawn (lead tech) teaching class, Steve (lead tech) at a lighting start ups and John (DTS) on vacation and our of the office.

[redacted]

[redacted]

## Comments

DK: John Baumeister used to write a monthly article in Eye 4 Design, a Chicago area architectural magazine. He stated that these articles were usually geared towards Crestron automation, and that this was now something the magazine was looking to continue doing. They want an annual fee of $10k.
BF: Competition: Extron have been strengthening their direct involvement with PoleVault projects and have recently had some difficulty with AVI/SPL over direct sales quotes from Extron. Sensory Technologies indicated Extron have been more abrasive to work with and are concerned about losing their Switcher Business to Auto Patch over a recent promotion Auto Patch have had.
MF: With the popularity of DM among consultants (who design 6-18 months out), would it be possible to get pricing and guess delivery timelines for the entire product line?

## Week of February 9, 2008

## Residential

**Craig Gulley (3-1R RRSM) -** Audio Video Innovations, Missouri- We spent the afternoon discussing how to sell Crestron from a lifestyle point of view going over all the various ways to engage the client to discover how they live and get the answers needed to design the best Crestron system possible. We discussed some hardware but mostly the in and outs of how to sell Crestron most effectively. Integrated Electronics, Missouri- We discussed their sales numbers and what jobs they have pending in the 3rd and 4th quarters to meet their expectation to reach 200K in sales. We discussed the Crestron initiative to continue to convert as much business as possible until the new Crestron products in that price range are available. We discussed the possibility of given them an additional 10% on all their purchases moving forward in exchange for converting 100% of their Lutron lighting business to Crestron. Audio Dimensions, Missouri - We discussed their sales numbers and what jobs they have pending in the 3rd and 4th quarters to meet their expectation to reach 100K in sales. Media One, Missouri- We discussed the possibility of giving them an extra 10% on all Crestron purchases if they would convert all their Niles business to Adagio. Accent Sound, Missouri- Meeting with Janet and Dave. We discussed their sales numbers and what jobs they have pending in the 3rd and 4th. We picked up our discussion of whether they would still be open in a month. We discussed their overdue account. They owe us $6700 for than 120 days. I discussed with Janet what would happen if we send them to collection with an automatic termination of their account.
**Dave Koller (3-2R RRSM) -** Terra Nova, WI – Steve Malmgren and Mark Swiderski on this meeting to convert their current Lutron lighting business to Crestron. Reviewed with Chris McCanles 5 CAT program. Mark & I offered the program based on his lighting and Adagio business. He also told us a little about how his business currently is. He is 16% down over last year and states the competition in the market is fierce. HiTech Homes, WI – Mark Swiderski, Steve Malmgren and I met with the entire HiTech homes team. We presented the advantages to our lighting systems form a sales, technical and hardware perspective in order to get more of the Lutron business they are currently doing. We offered to add them to the 5 CAT program if they could bring their lighting business over to Crestron. James, their lighting sales / design person stated that he would be willing to show us 3 current Lutron jobs they have in the pipeline to send to tech sales. They would like to use Hunter Douglas blinds Mark Swiderski took point on the follow up. Ultra Fidelis, WI – Current floor traffic which is down and they will be able to hit the $50k mark for FY09. Flanners, WI – They have laid off 13 people in the last 45 days at Flanners. Primetime AV, IL –. We talked about their current business and the possibility of coming on board with Crestron.

**Adam Gold (3-3R RRSM) -** Dealer meetings in the Pittsburgh market and western PA. Meetings were focused on sales and converting the competitions projects to Crestron. Some dealers seem to be doing very well while others seem to be just holding on. This market will be a case of the strong surviving and prospering and the weak will go under and disappear. Kozi Media Design. Pittsburgh, PA. Reviewed YTD and forecast for the remainder of fiscal 09. They are working on several projects both commercial and residential and they said that by the end of the calendar year they will have ordered close to 75K in Crestron. Butch's Sound and Vision. He does not have any projects coming up and that his business has been very slow. Easy Access. PA. He is tracking to beat 08 and has committed to 50K this year. Brad said that his pipeline is pretty empty but he has been managing to stay busy by upgrading his current client list. Live Wire Designs. PA. New dealer who just received their opening order. He has sold a large Crestron lighting job which he has already ordered the enclosures and is wiring it now. He said this total job with lighting and hardware is close to 70K at dealer cost and there are two additional jobs for this same family of clients. Theater Xtreme. Cranberry, PA. Met with Ben Koch (Sales). This is a new potential dealer in the Pittsburgh market. This was the first meeting with this dealer. Rader TV/21st Century Media. Ambridge, PA. Met with Craig Rader (Owner) This is a new dealer in the southern Pittsburgh market. Craig is just finishing the install of his demo product in his showroom.

## Commercial

[redacted]

**Market Development**

[redacted]

[redacted]

## Director of Technical Services

**John Lamberson** - Multiple conference calls with Pratt AV on Rapopid City project with 18 TPMC-17 panels and what to us. Conference call with Progressive Communications on the JCC project in KC with dealer Progressive Electronics. Conference call with Mayo Clinic on standards GUI's. Went to HQ for DigitalMedia presentation. PTO day sick.

## Director

**Mark Swiderski** -Weekly conference call with Residential, Commercial and Market Development managers. Traveled with Dave Koller for three appointments for Terra Nova, Hi-Tech Homes and Ultra Fidelis. Offered and accepted two CAT 5 programs for Terra Nova and Hi-Tech. Dave is working our the goals for each to achieve. Weekly conference call with Cisco on EAV rooms and progress. PTO Thursday and Friday.

**Dave Koller** - Review of territory for Qtr 3 & 4. Territory sales number on on for end of the year. Review dealers and territory for previous Qtr 1 and 2.

## Comments

**DK:** Sales Challenges / Issues: Outstanding issues : Control 4, supported by Card access has been coming out with a several zigbee based technologies to include

**MR:** Sales Challenges / Issues: ECS, IA Reports that Crestron has changed the membrane buttons on the TPS-1700C for the worst. The rubber is much thinner than the older 1700's and don't work well at all. The dealer sent pictures of both the old and new membranes to myself and John Lamberson for proof they are different. John is going to follow up with HQ and get back to me and the dealer.

**BF:** Product Challenges / Issues: NEC Module Bug Discovered - Reported to John Lamberson on 2/11/09, Kevin Rusch - AVI/SPL - would like to expedite the results of his test for certification which he indicated was sent this to Crestron early last month. I sent a message to Laura for assistance.

BF: Competition: John Thomas (Visitec Marketing) was hired as the new AMX Regional Sales Manager for the Mid-West Zone.

**MF:** Sales Challenges / Issues: With the popularity of DM among consultants (who design 6-18 months out), it is necessary to get pricing and guess delivery timelines for the entire product line? ADG, CFA, Henderson and Professional Engineering Consultants, Westlake Reed Leskosky are all working on DM-type jobs that will build in the next 6-18 months and they need to know about availability and costs. I put this statement in last week's call report with the same concern by consultants visited last week.

**MF:** Sales Challenges / Issues: We need to address the creation of Revit drawing files for our user interfaces. Without going into great detail, Revit is a BIM product. Basically, it is 3-D CAD files of products that architects are beginning to demand in their projects. Most of the MEP firms that I call on are beginning to incorporate Revit families (files) into their projects. Kudo's are being given to AV manufacturers that are creating Revit families for their products. Screen manufacturers are doing the files. I will be happy to fill in a Jersey person, further, about my knowledge and importance of this request if we see the need to proceed. I can't stress, enough, that we need to seriously take on this project and create families for our user interfaces. Doing so, will separate us from AMX, Extron and others. We will see more business because of it. RTKL (one of our consultants) has offered to talk with us about the importance of this and how to do it. David McNell (in Chicago's RTKL office) would be the best contact.

**MF:** Question/Suggestion: The on-line power calculator seems to be not up-to-date; or, maybe regarding one item (QM-WCC-1). I am not sure if it is missing other products.

## Week of October 6, 2008

*The following are selected excerpts from the Regional Managers reports*

### Residential

**Dave Koller (3-1R RRSM) -** Barrettes, Naperville IL – I met with store staff that previously had not seen the new CEDIA brochure and updated them on the new technologies we had shown I then met with Joe Barrett to collect the partnership program letter. Joe did not want to sign the agreement because he wanted to go to the HTSA meeting 1st and discuss it with his peers in the group. I bullet pointed the advantages of the program to Joe, as well as dollarizing the value the program would have for his organization. The largest hang up is that Joe wanted to bring in C4 as a line due to their recent agreement with HTSA. I pointed out to Joe that he was NOT a C4 dealer yet, and had always been a Crestron dealer. I also asked him how long he thought it would take before he saw a return on investment if he did pursue C4. I highlighted training his people, putting product on display, and the minimal margins he would get from the sales Barrettes did close. Lastly, I focused on Joe's stance on exclusivity. I told him that by doing a line like C4, we would be the same as any of the big box retailers he was currently competing against. In the end, Joe did sign the agreement, with a caveat that the program would be optional on a yearly basis, and that this current form would only be good through June 30th 2009. Midwest Regional meeting with fellow staff and Randy.

**Craig Gulley (3-2R RRSM) -** Don's Maximum Sight and Sound, Iowa- Meeting with Brian. We discussed some new Crestron products. I asked how their business is going and what they are hearing from their clients. I went over how Crestron views the present economy and why we are positioned to be of greater help to them and the clients than other manufacturers. I asked what we could do to get more of their business. They are using Russound as very entry level audio distribution and I asked Brian to get me the details of what jobs they are selling and I would work on a Crestron equivalent replacement package. Brian doesn't particularly like the APAD, so we discussed its functionality and uses. We discussed if they used any other products in various scenarios and what they like about them, so I can formulate a strategy to help replace them. I picked up a demo order for our new WAP for their showroom, where they are using a TPMC4xg. Midwest Regional meeting with fellow staff and Randy.
**Adam Gold (3-3R RRSM) -** Smart Home Systems. Okemos, MI. Met with John Gilluly (VP) and Vickie (Office Manager). Went over the new CEDIA product with John as he was unable to attend. I was very careful to send the message of sell what we have available now and not on future product. Vickie is new to the company so I did a complete Crestron overview for her. Asked John about sales and orders coming up and he said that he is picking up a check on Saturday for a job with 12K in Crestron and another 30K project will close around the first or second week of December and Simon was up in Canada trying to close a deal that would contain at least 50K in Crestron product. John said that they are busy due to the fact that their business is diversified and that their commercial clients are still spending on new rooms and upgrades to existing ones. Midwest Regional meeting with fellow staff and Randy.

### Commercial

[redacted]

### Director of Technical Services

**John Lamberson -** Cisco weekly conference call. Talked to Rick about what programs he will be sharing with the international group. Dow Conference call with SPL and programmers of the project to check in on how things are going. Everything is moving positive for the account. I-Media problems at Spencer school. Sending two Tech Support people to job site to change out Crestron hardware and verify firmware since they are have continues problems. Headquarters conference calls regarding technical support and RoomView product brochures, programming , training to dealers and Crestron people. Midwest Regional meeting with Randy.

## Comments from the field

**AG:** MWRT sales meeting with Randy Klein. I found this to be one of the best and most productive meetings to date. With tremendous leadership shown by our superiors and a clear direction and plan of action moving forward in this challenging time kept motivation and focus at a very high level. Subsequent dealer meetings showed the business is still out there and that our position in the market and within the dealers will be an advantage over our competition.
**CG:** Regional Sales Meetings, Crestron Midwest Office, Chicago, IL- 3 days of meetings, 1 with Randy, to go over the outcome of the first quarter, evaluate what needs to be done in order to make quota by the end of December. We heard from Randy on the state of Crestron and his latest thinking on how we should interact with Dealers given the economic times.
**MR:** Product Challenges / Issues: Some new InfoComm products released dates being pushed back. Ie: QM-RX1-2G, QM-TX-2-MC, QM-WMC-VCC, QM-WCC-2, QM-WCC-1, MP-B10, and CEN-RBGHV32X32V. Mark's comments to Matt - Why are these an issue? Have the dealers spec's these products and we could not deliver them for them? What are the circumstances surrounding this statement? Matt's comments to Mark - Yes, Both EPA (new QM-RX's) and AVI in KC (new MP-B20) were wanted and spec for projects and after adding 30 to 60 days on to the dates on our InfoComm cheat sheets we still can't ship yet. I need better dates for release.

**All RSM's:** When is the new catalog coming out?
**Commercial RSM's:** When will the special program be available for the old PSNI and USAV. The dealers are annixious receive and get the free freight.

## Director comments

[redacted]

[redacted]

**Week of October 13, 2008**

*The following are selected excerpts from the Regional Managers reports*

## Residential

**Dave Koller (3-1R RRSM) -** Paul Heath, Franklin Park IL – I met with Dave Kapov. Dave requested the meeting and wanted to discuss something that he views as an alarming trend in the market. Dave states that in the last 6 months, he has had 7 clients request their source codes in order to allow other dealers to program their systems. Paul Heath does not currently give their code to their customers. Dave is not concerned with competition, but considers this to be altogether different. One name that came up in the conversation, and has come up in conversations with other dealers is Jeff Fox. Jeff is not currently affiliated with any Crestron dealers that I am aware of, but he is soliciting Crestron consumers and putting himself in situations to do programming for them. He is also acquiring products from EBay and selling them at deep discounts. I told Dave that I would report this issue, and that I would keep my eye out for similar experiences with other dealers. On a business note, Paul Heath is down YTD. They are waiting for 3 finals to come through this year, but from what I can determine this only represents about $120k in business.

**Craig Gulley (3-2R RRSM) -** Audio Video & Integration, South Dakota- Meeting with Curtis. We discussed how hard it was to get his business back up and running in Mitchell and the small size of the market. We discussed using some of his contacts he has made in the flooring and custom cabinet field. I also suggested he might partner with a Crestron dealer in Sioux Falls to help them and him get started again. We discussed the possibility of partnering with Roos in Mitchell, but they do not have the best reputation and I questioned using them to help jump start his business, since they would be his chief competition in town. We discussed new CEDIA product and the 6X and what to start concentrating on to get things moving.

**Adam Gold (3-3R RRSM) -** Kozi Media Design. Pittsburgh, PA. Met with Chris and Tim (owners) for a breakfast meeting. Went over their YTD sales and forecast for the remainder of this calendar year. They reported to me the following projects and orders. Two condos with 40-50K in product in December, two boardrooms with 20K in product in February, and two 21 zone audio systems in April. They told me that they are very busy considering the economy in Pittsburgh and said they will have a good year with Crestron reaching 100K by years end. They are also working on getting in on the Penn stadium and I will be contacting Michael Frank and Terry Rafferty to make sure we are surrounding this project from all angles. I also went over the CEDIA PowerPoint as they did not get out to Denver this year.

## Commercial

[redacted]

## Market Development

**Michael Frank (MDRM-Consultant) -** Technology Management Corp, Minneapolis, MN, Steve Built. Demoed TPS-6X and MPC-M10. Discussed DM. We didn't discuss, extensively, the Ed Campus project…Steve is happy with the way the project is proceeding. Steve said that his latest job (Lutheran Social Services) has been awarded to Marco…it has two smaller Crestron systems in it. Steve has another project (Fischer Edit) in design…too far upstream for quantitative/qualitative info. Job information about Ed Campus is internal; however, can be discussed with Tierney Brothers. Okay to pursue Lutheran Social Services with Marco. Fischer Edit is internal only.

[redacted]

### Director of Technical Services

**John Lamberson -** At Headquarters all week for Master Certification Class and meetings with HQ technical.

### Comments from the field

[redacted]

### Director comments

**AVI Systems, IA Matt Rizzo :** Spencer school district. Sending two technical support staff members to job location for changeouts of all i-Media systems.
**Cisco, Mark Swiderski:** In our weekly meeting with Cisco the temple of the meetings have moved to from a more specific approach for each location to adopting a "universal" approach and standardization. Rick Albertson is still the lead and I need to meet with him to review our relationship for his projects and to see how I gain additional insight to the future of their implementations.

## Week of October 20, 2008

*The following are selected excerpts from the Regional Managers reports*

### Residential

**Dave Koller (3-1R RRSM) -** Integrisys, Chicago IL – I met with Brad Weintraub. We talked about their potential involvement in a project out market development team has been working on (Michael Frank). I added no specifics other than the fact it would all have to be a Crestron job. Brad inquired if it was the job that would be taking place @ 2025 Lincoln Park. Although he hit the target directly, I advised him that I had no specific information to provide him. For the record, Brad went in and did a Crestron presentation for the developers several months ago, which is probably why they are being so strongly considered by the designer as a participant. Brad also told me they have just started working on the 664 N. Michigan project (The Ritz Chicago), and that they are putting a design kiosk into the design center for this building. They are actually the designers, and integrators in this project. This project will be breaking ground in late 09. Brad told me that they are also taking over one of the Pritzker jobs from Baumeister, but Brad is not sure which Pritzker it is. Brad's team has developed an extremely intuitive Crestron interface the likes of which I have not seen before. It is apparently the culmination of over 3 years of development, and I expect that Brad is going to start playing an even larger role in the Chicago market. Fortunately, the solution they developed and that is gaining so much traction for them cannot be easily implemented with AMX. This is driving them to always go with Crestron. They will do about $20k between now and December. This will be a viable go to in the market to assist is if Baumeister fails. Integrisys is also a union contractor.
**Craig Gulley (3-2R RRSM) -** PTO Monday - Friday
**Adam Gold (3-3R RRSM) -** SMILE Inc. Cleveland, OH. Met with Eric Gulibitsky. (Owner). Went over dealers YTD sales (82K) and forecast for the remainder of the calendar year. Eric said that his business is great and he is working on several projects. He will be ordering 40K within two weeks for one project and another 37K for another project by the end of the calendar year. Peter Barnett has left the company and Eric said that the business is running better than it ever has. He asked about our marketing and why Crestron does not generate many end user leads. Said the web site is not very end user friendly. We went over the training schedule and Eric will be sending two of his salespeople to configuration and residential system design. This dealer is on a roll and fully committed to Crestron. I changed out Denon amps to Crestron in one of his proposals.

### Commercial

[redacted]

[redacted]

**Market Development**

[redacted]

**Director of Technical Services**

**John Lamberson** - Commercial Design Class for Monday and Tuesday. Tour and technical overview with Architect for lighting project. Catching up on e-mails since he was at HQ all last week for Master's class.

**Comments from the field**

**ALL** - Delivery dates for new product releases. How can we receive better information ahead of the posting on the website for our dealers?

**Director comments**

The Ohio State University: Service for a QuickMedia product. Did not like the attitude of Doug Hassen. John Lamberson intervened and resolved the equipment problem and the attitude problem perceived by the end user. John talked with Rich Sasson about it. Sounded like Doug did not handle a difficult end user and a difficult situation to the clients satisfaction for I had John take care of it. Because of previous incidents I have asked John to ask Rich not to have Doug handle any dealers or end users from the Midwest Region.

**Week of October 27, 2008**

*The following are selected excerpts from the Regional Managers reports*

**Residential**

**Dave Koller (3-1R RRSM)** - Tweeter announced that they are closing their business and liquidating all of the equipment. We are monitoring to see were all of the Crestron equipment will go to. Sound & Vision, Willowbrook IL – I met with Al Ortega at a consumer job site on 1860 N. Orchard, across from Traubert / Pritzker. There is a TPS-4000 in this customer's theater that has been locking up, and due to the issues their neighbor, Traubert, has been having with their system, the consumer believed that it was a problem with the hardware and wanted someone from Crestron to assure them that they had a functional system. I did a walkthrough and let them know that Sound & Vision had done a great job on the design and installation. I gave the house manager my card, and left the site. The next day, upon reviewing call logs, Sound & Vision determined they had a bad RMC & power supply. Both have been replaced, and the customer should not experience any more issues with their system. Participated in Essentials of Programming training. for better understanding of Crestron hardware and software.

**Craig Gulley (3-2R RRSM) -** Accent Sound, Missouri- Meeting with Janet and Dave. I went over their sales numbers to date and we discussed the jobs they are working on with Bob Arneson at Maverik and how they are coming. We discussed the terrible time they are having replacing the 2 members of their staff that just left for personal reasons and how it has effected them moving forward with Crestron. We discussed the demo gear that they have decided they don't want to show and what they want to order in its place. We went through and got serial numbers and I told them I would try and sort it out for them. I insisted that they keep all the infi-net lighting products and get them up and running. I spoke with Janet that while they might have some Vantage lighting jobs as legacy, I did not want them bidding any more Vantage jobs, they needed to be all Crestron. If we needed to replace the vantage in their showroom home center, then get me a list of product to work on. We went over the D3 program. I showed how easy (and much like Vantage) it is to design and build and price and lighting job. I showed Janet some of the programming as well, as she has done some of their lighting programming. They are sending Chris and Andy back to config/essentials class the first of December. I gave them a copy of the Best Practices for RF set up manual and we discussed it.

**Adam Gold (3-3R RRSM) -** At Home Integrations. Cincinnati, OH. Met with Dave Miller (Owner) for a lunch meeting. Went over his YTD and forecast for the remainder of the fiscal year. Currently dealer is tracking to beat last years 100K. Dave said he will be at 70K by the end of December and he has projects on the books for both Q3 and Q4 at this time. He said that he should come in at 150K by the end of June. Dave has had some personnel changes and has let two people go and has hired two new people. Dave is completely committed to Crestron and selling as much Crestron as he can in every job. He said that his business is still strong and he has not seen any of the effects that some of the other dealers that I have spoke with due to the economic conditions. This is another completely Crestron committed dealer selling all aspects of the Crestron product line. Dave also reported the Entertainment solutions who is the local AMX and C4 dealer is going out of business.

**Commercial**

[redacted]

**Market Development**

[redacted]

[redacted]

**Director of Technical Services**

**John Lamberson** - Vaction PTO days Monday and Tuesday. Travel with Terry to see four dealer and address technical issues that they were having and traveled with Michael to see two consultants to address technical issues regarding QuickMedia.

[redacted]

**Comments from the field**

[redacted]

**Director comments**

**Week of November 3, 2008**

*The following are selected excerpts from the Regional Managers reports*

**Residential**

**Dave Koller (3-1R RRSM)** - Shen Deign, Chicago IL – I participated in 2 presentations to potential Crestron clients with John Lamberson and Michael Frank. We discussed with them the advantages to using Crestron solutions in their applications, and how it would create a seamless and easy to use interface for their clients. One of the customer's projects is in Chicago at 2125 Lincoln Park. The client doing the Chicago job seemed quite tech savvy, and did bring up using Lutron Homework's instead of Crestron lighting. He wanted to make sure that the Adagio could control HomeWorks. We explained the advantages of keeping the system all Crestron, but I believe he could be swayed back to Lutron. I am going to talk with Mark Swiderski about authorizing a discount for the participants on the lighting side of the job to try and make sure that Crestron gets the job in its entirety. Products for the Chicago job will not be purchased until sometime later in FY10, but the project goes to bid this month.

**Craig Gulley (3-2R RRSM) -** MDB Electronics, Illinois- Meeting with Jeff Bartels. We discussed their poor sales so far and what they had coming up. He laid out for me all the sales they have coming in the next 60 days. They should be caught up and ahead of schedule, they have 6 or 7 Crestron jobs that are ready to order gear. We discussed ways to use a couple of existing clients Jeff has to help promote more business. He is reluctant to ask them to do music evenings or to recommend other clients. We discussed how to do this correctly and I really pressed him to use this resource to help them contact more qualified customers. I gave him a copy of the Best Practices for RF set up manual and we discussed it.

**Adam Gold (3-3R RRSM) -** Classic Stereo. Ft. Wayne, IN. Met with Phil Miller (Owner). Phil is the father and the owner of the company. He met with me because Kevin was called away on a job. Phil does not handle any of the CI business so the conversation was more about the market than it was about Crestron. He did ask me about an addition of a dealer in Ft. Wayne and asked me why I thought it was necessary to bring this dealer on. I pointed to the C4 he has sitting on a side table and pointed to a Lutron award he had sitting on the table where we were meeting. I explained that their business is very important to me but I needed a lighting champion in the market and they were selling Lutron. I asked for his lighting business and said he will discuss it with Kevin. In fact, he said he did not like Lutron and does not see or hear from a rep ever and that my support is far superior to anything Lutron has ever provided. I will follow up with Kevin and discuss this conversation I had with his father.

## Commercial

[redacted]

## Director of Technical Services

**John Lamberson -** Office technical support. Cisco weekly conference call, HQNJ weekly conference call. Worked with Dave Waldron on RoomView issues for HQ and end users. Set up, programmed, and provided demonstration for Shen Adagio and environmental control for David Wilts and two Architects working on a MDU project for Chicago and one for Dubai.

**Mark Swiderski -**
Director's Meeting HQNJ. Monday and Tuesday. Focus on initiatives for closing more business for 12/31/08. Committed to 7.5M for the months of November and December.
Conference calls and meeting with RSM's regarding new initiative for 12/31/08. Meetings with Residential, Commercial and Marketing Development as individual groups. Follow up conversations with each RSM. Needed clear and concise communications with accountability.

AVI Systems, IL. : Meeting with Tom Melms and Joe Haupt regarding our business and selling more MPS, MPC and RGBHV. Tom indicated that it is up to the sales people. Joe will call each of them to get the business.
AVI Systems, IL. : Meeting with Michael Vergauwen regarding RoomView and his comments to Dave Wilts He indicated that I should talk with Stan or the technical staff but he has not heard of any problems nor did he talk about any problems with anyone.

## Comments from the field

RSMs: What happens if Crestron HQ cannot ship the equipment because we don't have it by the end of the year? I told them not to worry about that and to SELL.
RSMs: Most dealers are busy 3-4 months out but nervous after that.

## Week of November 10, 2008

*The following are selected excerpts from the Regional Managers reports*

### Residential

**Dave Koller (3-1R RRSM) -** Hi-Tech Homes, Cedarburg WI – I met with Chris, Josh, Jim, John, and the rest of the staff. I took them the message that we would assist them in any way to help them convert any competitive business. They were excited by this, and stated they had a Niles system and a Control 4 system that they were up against on a job. I asked them to send me all the info they had, and I would see what I could do to help them win the job. They informed me that they are coming across a lot of Control 4 systems, and that they are very difficult to beat with Crestron due to the price points. They told me that we should bring back the CT1000 to hit the $700 price point and crush the Control 4 $700 touch screen. I told them that the products were not apples for apples, but I would do everything I could to get them within firing range of such jobs. They told me that was all they needed. They assured me that this was great news because Crestron was their only control line. I then told them that I was happy to help, but that this was a 2 way street. I told them that I needed them to start specing Crestron lighting in their jobs, and not Lutron. I advised them that I knew they were still selling Lutron in their systems, and that this was evidenced by the 2006 & 2007 Lutron award and the lighting kiosk they had in their showroom. I told them that if they truly want my help, and truly were a Crestron house, that I would like to see some pipeline jobs that had Lutron in them so that I could see what it would take to flip them. I also told them I would try to get such order discounted to put more money back in their pockets.
**Craig Gulley (3-2R RRSM) -** Video Services, Fargo, North Dakota- meeting with Jamie, We discussed his business and his sales numbers to date. We discussed the Crestron initiative to help him convert any business that he is doing other than Crestron. We discussed what jobs he is currently doing and if we could convert any of those jobs. I went over the new Audio Distribution packs. I gave him a cameo color key ring because he has had issues with architects wanting to match colors. We went over ever job they have pending and picked out any other products than Crestron and I worked out a discount that made sense to convert those jobs. As each job comes up between now and the end of December he will send them to me for authorization. There was not much opportunity to convert as almost everyone of their jobs is all Crestron. We discussed Promisburger, Devany,Bollinger,Geten, Brookings jobs. They will have over 200K in jobs coming in before December 31st. We discussed the Tall Grass project and how much closer we are to making sure that job is all Crestron AV and Lighting. The next day I did an AIA presentation at the Stahl Architect firm for 6 of their Architects.
**Adam Gold (3-3R RRSM) -** EPS Marketing. Middlebury, IN. Met with Rich King (sales/programmer). This dealer works exclusively in the high end motor coach industry and has been putting systems in on a regular basis. Rich said that they are going to the RV tradeshow in Louisville the first week of December and showed me the booth that will have and be ran by a complete Crestron display system. Rich also asked about quantity pricing as they are pitching a Crestron package to several RV builders. He mentioned an opportunity where there could be as many as 300 systems being purchased on one PO. This meeting is going to take place in Louisville and I am adjusting my schedule to try to make it to the show to help them close this deal. Rich said that he will be placing an order for another two systems within the next 30 days.

### Commercial

[redacted]

[redacted]

## Director of Technical Services

**John Lamberson -** Office technical support. Cisco weekly conference call, HQNJ weekly conference call. Weekly meeting to review lighting technical start up needs for systems. Meeting with Eric Gunder from Texas office to review technical support set up at Crestron Midwest office.

**Mark Swiderski -**
**AVI-SPL, IL. -** Meeting with Dick Tollberg regarding Switchers, MPC and MPS. He specs it and it is up to the sales people to use what they want. Joe is working with sales people on switching their business. Dick indicated that the Chicago office is adjusting to the AVI way of doing things. Mark Linton is the General Manager and Dick works for him. Doug Carnell is attached to the office but does not have any managerial responsibilities. He indicated that they do not use I-Media or MPC in this office since they do not deal in the low end educational market or the "cheap" commercial market.
**Conference calls:** Multiple conference calls with Regional Managers for Commercial, Residential and Market Development. We started back in July to target dealers for what we call the 10-10-10 program. This program is to provide 10% discounts on MPC, MPS or RGBHV for exclusive specifying and winning the project or converting a competitors product to Crestron. We have also offered other dealers the spiff program but not both. Reviewed our strategy of removing objections from the dealers for products, technologies, technical support and others that may come up with the dealer. Dealers responding positively regarding the pro active postion we are taking in the market.

## Comments from the field

AMX is looking really hard at getting people on board to cover the Midwest market. There are four positions open at this time. In the market the are offering a 20% discount to the end user and the will/can provide the recommendations on what dealer to work with for their project. That 20% is the discounted price after the dealer has provided a quotation.
**AG:** Positive movement against Lutron lighting since we have had two larger dealers who want to learn more about Crestron lighting. They don't like the way the Lutron line is being handled by some distributors in the market. We have offered to get them to and from D-3 lighting class. John Lamberson will go with the RSM to meet with dealers in next three weeks. Working on getting the details.
**DK, AG:** MLX-2 delivery. Dealers are concern that they ordered or proposed them and now they cannot get them.
**DK :** If we want to go after Control 4 in any capacity, we need 2 products other than the light switches that would equal the footing. 1. we need a $1200 retail or less processor with about 6 IR outputs, Cresnet, 2 x RS-232 and video outputs (component and Composite level) that creates an on screens gui so that the system can be controlled view the use of common displays (non-touch screen) through out the house. It should come with it's own power supply and a remote control 2. a less expensive touch screen that does not require Ethernet. Cresnet only would be fine, but something that could hit the $700 retail price point.

**MF:** On page 46 of the new Crestron commercial Integration magazine, Bill Schafer wrote about expanding business into the hotel market and described control within sleeping rooms from within and outside of the rooms. This is exactly what a few Midwest consultants are looking to do with Crestron; however, they want proof (success stories) about who/what/where/how Crestron has done previous projects. I know that I have asked for this info before to no avail. Do we now have answers to the questions that I can reference with consultants interested in doing more with Crestron in these venues?

**MF:** Build a Cresnet to BACnet box. Per Shen, it would be helpful for their several foreign projects.
**MF:** Per David Wilts, it will be important that Crestron has worked out the ability for our thermostats to talk to individual condo unit fan coil units of HVAC systems. This is all for the MDU project called Plot 14. We have, from date, about a year to accomplish the tasking.
**MF:** Computech (a dealer in Atlanta's territory) continues to push Calypso in the Kentucky area. I have not seen them in other Midwest states; however, they have HAD A NEGATIVE impact on our business with their promotion of Calypso (even though they are a Crestron dealer). I will talk with Landon.
**MF:** We have made a change to our pricing bringing all the QM products' MSRP up to double dealer cost. I BEG headquarters to rethink that (at least for the QM-RMC) as I have been diligently working in positioning Crestron into the K-12 business in Ohio. I have gained substantial ground; however, the price change of the QM-RMC puts my accomplishments back.

## Week of November 17, 2008

*The following are selected excerpts from the Regional Managers reports*

### Residential

**Dave Koller (3-1R RRSM) -** AV Design Centers, Palos Hills IL – I met with George, Mike, Joe, and his newest employee Jim Drossos, previously from Tweeter. We talked in length about George's current plans to also bring one of Tweeters sales staff to help him in keeping business coming. Currently George has taken over 3 jobs that had been Tweeter Crestron systems, and has positioned himself to be one of the direct beneficiaries to Tweeters departure from the market sue to his employment of Jim Drossos. Jim made sure to get all of the source code from Tweeter prior to his departure. Unfortunately, George also got his hand on a decent size portion of the Tweeter inventory that was being liquidated. We have spoken about this at length, and He ensures me that he will still have a $100k year. He also has an order for $18k coming in before the end of the Q2. He also states that he intends to speed up the process of completing his showroom in order to capitalize on the new opportunities that have come his way. He states that a lot of the items he purchased in the Tweeter liquidation he plans on installing in his showroom.
**Craig Gulley (3-2R RRSM) -** CS-Media, Minnesota- Meeting with everyone at CS-Media. I was accompanied by Mark S and John L. It was my plan to divide up the programmers and sales people and teach each of them the parts of Crestron D3 that they need to feel comfortable to start selling Crestron lighting. CS-Media is the latest dealer and an AMX conversion. They are still heavily into Lutron and we need to get them comfortable with Crestron lighting. John Lamberson handled the D3 for the programmers and it went well. Mark and I handled the Eric and Mark Kurilla. We went over all aspects of D3 and then we discussed the audio distribution promotions as well as the MPC and RGBHV promotion and how some of those might fit into what they sell. We discussed how their first jobs went and they had some suggestions about our in wall touchpanels and the very close tolerances for cutting the wholes in drywall. Make the touchpanel bezels slightly larger. We discussed the other jobs they would have in the next couple months and their sales numbers.
**Adam Gold (3-3R RRSM) -** Tetricom. Madison Heights, MI. Met with George Pecar (Owner) for a lunch meeting. Went over his YTD and forecast for the next 90 days. George said he has a few projects on the books, mostly smaller Adagio type projects and he also gave me an order for 5K during lunch. I asked how business is going and if there was any assistance I could provide to help convert or help him win any project that he comes across or is currently working on. He said that it was good to know that there is some flexibility to close deals if needed. I went over the PAD/AMP promotion and asked him to make sure he takes advantage of this great deal before the end of December. He said he would definitely do so if he needs to but could not stock anything at this time. Asked about the condition in Michigan and he said that there is still business out there but it has gotten much more sparse than it was last year. He said that his business is down about 20% from last year but because he runs lean he will not have any difficulty getting through this slow period.

### Commercial

[redacted]

## Market Development

[redacted]

## Director of Technical Services

**John Lamberson -** Technical meeting with Matt Rizzo at Americom, Dascom, AVI Systems, AVI-SPL, Electronsonic and Tierney Brothers for converting RGBHV switchers, MPS and MPC with question and answer session with the technical staff at each dealer. Technical meeting with Craig Gulley at Clarity, CS Media and Apollo for converting the RGBHV switchers, programming concerns for residential projects. He reviewed Digital Media and our new line of touch panels with a question and answer session with the technical staff at each dealer.

**Mark Swiderski - Traveled to Minnesota to meet dealers with Matt and Craig.**
**Americom, MN. -** Meeting with Matt and Dan to review business. His business is going well because he is very diverse. He is using all Crestron in the projects that they have.
**Dascom, MN. -** Meeting with Matt and Jim. Jim business is

[redacted]

**CS Media, MN. -** Meeting with Craig and Eric and Mark. They are a new dealer who sold AMX for the past two years. Craig brought them on board since they are willing to only use Crestron for AV Control and lighting starting now and all future projects. Their office is very professional and they are backed by a Billionaire (the owner of Cargill). All of their business is referral and they work in two states, Minnesota and Colorado. They have multiple projects through 2009 and don't see the business letting up. They are getting all on board with Crestron since they have already specified Digital Media in two projects and two lighting projects.

**Apollo, MN. -** Meeting with Craig and john with Jason. He represents the application engineering side of Apollo. He was working on a commercial project but seem to be fumbling through it because the spec called for DuKane all works system but it is not made anymore. We reviewed switchers, MPS and MPC for their commercial business and Adagio, lighting and amplifiers for their residential business.

**Best Buy, MN. -** Meeting with Craig and John (Crestron) and Jason Travis (who knows Craig) and Brian (Best Buy). We reviewed the THT power point that Craig, John and I developed for Best Buy. Jason indicated that the people had changed at the home office and he has a new boss, (who was not present) and new people to his group, (which were Travis and Brian). Jason indicated that the contacts (Carry Pointer (SP) and Erin Miller) that RK and Dave Sell were meeting with were responsible only for the Magnolia Audio & Video Group which has a limited amount of stores in the Northwest. Best Buy has two areas that they are "test driving" the their Home automation for the "masses" concept in Chicago Illinois and Raleigh North Carolina. These stores have Magnolia Home Theaters within the stores and they are using Control 4. Jason wants John and I to visit the Chicago store to see what they are doing and provide any recommendations on how Crestron can do it better. Our next meeting would include, looking at adagio demonstration system, talking with his "Task force software team" to review the programming and to talk about merchandising for the stores. Jason indicated that Best Buy is thinking of placing Magnolia Audio & Video groups into high profile high end stores in major cities. This meeting with Best Buy may take place sometime in January since they are busy right now with the holidays and the end of the year.

**Conference calls:** Multiple conference calls with Regional Managers for Commercial, Residential and Market Development. Reviewed our strategy of removing objections from the dealers for products, technologies, technical support and others that may come up with the dealer. Dealers responding positively regarding the pro active postion we are taking in the market. Commercial market we are trying to get the dealers to place their order by the end of December. They want incentive in additional discounts in the area of 10-20% off of cost and/or longer payment terms of 60 days. The Residential market they want discounts in the amount of 20 - 30% of dealer cost. The consultants are very busy and not enough time to complete the work, but they do not know if the specs they are generating will be implemented. Education still is using their monies but not all at one time. They are implementing in phases over the next 12 months. Corporate end users, if a project has not been implemented it is on hold at this time. We are working on converting existing jobs that have been awarded for implementation.

## Comments from the field

***Competition:***

[redacted]

Residential - We are going after the Control 4 that are dealers are competing against and having success winning jobs with meeting the dealers half way between our cost and the cost of the Control 4 systems. We have won systems over SpeakerCraft going head to head with a discount.

***Dealer market conditions :***

[redacted]

Residential - The lower end dealers are very concern since they compete against the Best Buy's Tweeters and the Circuit Cities. They can't compete against the prices that are on the street. The middle market dealers find that the market is "drying" up since the buyers in that market are not purchasing at this time due to the economic market conditions. The higher end market dealers find that the market is going into a "hold" pattern until they figure out what will happen in the economy and the affect the new political administration will have on the economy.

**Week of November 24, 2008**

*The following are selected excerpts from the Regional Managers reports*

**Residential**

**Dave Koller (3-1R RRSM)** - Avtel, Burr Ridge IL – I met with most of the staff. Jay, Mark, Chris & Steve. We talked about the current sales that they are getting, as well as their pipeline. They have plenty of business for the next 6 months, currently about $100k in Crestron, but the pipeline drops off after that. We talked about competitive situations in the field, and I told the sales staff to bring any and all jobs they see on a competitive basis to me. I told them I would do my best to get them the deal, and get them as close as possible for what the system is. They got motivated about this and brought 2 jobs to my attention. One of them was an Élan / HomeWorks job that they were competing against, and were to meet with the consumer that afternoon. We talked about the job, and I told them that I would get a discount authorized for them to re-submit their proposal when they met with the client. We talked about meeting each other part way, and they will be offering a discount above the one I give them to try and secure the deal. The other job they actually should have a proposal for, which I will be submitting to Tech sales when I am in receipt. PTO on Wednesday. Closed for Thanksgiving Holiday on Thursday and Friday.

**Craig Gulley (3-2R RRSM)** - Audio Video Planners, Minnesota- Meeting with everyone at AVP. We went over their sales numbers and jobs they are currently working on. I went over with them the sales promotions we currently have and the Crestron initiative to help them with any sales they have. We discussed how they are improving their process and we continued to discuss how to maximize their sales by using more Crestron in all their jobs and not try and "mix and match" components. We discussed some competition they are getting from AMX and also some issues using our PVID with balms and the cat5 wiring. I told them I would send them info to help with both and to let us know what we needed to do to insure we win the jobs they have pending. Closed for Thanksgiving Holiday on Thursday and Friday.
**Adam Gold (3-3R RRSM)** - Grand Home Automation. Hudsonville, MI. Met with Tim Imrick and the programming and design staff. This meeting was a follow up to my last visit where the engineers had requested a lighting training. I had Steve Malmgren and John Furst from the Chicago office come in to do the training. Training went well and I believe it was of great value to the attendees based on their comments to me after the meeting. I also had a chance to meet with Brent Simcox (Operations Manager) to discuss orders that will be placed by the end of December. Brent said he had close to 50K that he will order by the end of December and will have 100K for Q3 of fiscal 09. Closed for Thanksgiving Holiday on Thursday and Friday.

**Commercial**

[redacted]

**Director of Technical Services**

**John Lamberson -** Cisco weekly conference call. Meeting with GDM regarding Digital Media and reengineering their manufactured system using more Crestron products. Closed for Thanksgiving Holiday on Thursday and Friday.

**Mark Swiderski -** Traveled to Michigan for Bill Fons and Adam Gold's reviews. Cisco weekly conference call. Conference calls with Commercial, Residential and Market Development for focusing on sales for 12/31, QTR 3 and QTR 4. Closed for Thanksgiving Holiday on Thursday and Friday.

**Conference calls:** Multiple conference calls with Regional Managers for Commercial, Residential and Market Development. Reviewed our strategy of removing objections from the dealers for products, technologies, technical support and others that may come up with the dealer. Closed multiple Control 4 and SpeakerCraft competitive jobs meeting the dealer 1/2 way in margin. We give up half and they give up the other half and sell the end user on the added features of Crestron. Commercial market likes the 10% discount for conversation more than the SPIFF program at this time.

## Comments from the field

Extron has a Director of Technical Services for the Midwest territory who was the Service manager for Roscor, Ohio. AMX is pushing to get RSM's in the Midwest territory.

## Week of December 1, 2008

*The following are selected excerpts from the Regional Managers reports*

### Residential

**Dave Koller (3-1R RRSM) -** Audio Consultants, Evanston IL – I met with Simon and Dave in the Evanston showroom. This is the 1st time I have met with Simon since I started with Crestron as Dave runs the custom install department. Simon wanted to be involved in this meeting to ask what I was seeing in the market, and if it was consistent with his own current experience in retail and business in general. Their business had been extremely slow. They just signed a $200k Crestron job, but it will not trim until 2010. They have another job going in but do not think they will order the equipment until January or February of 09. This should be about $30k worth of equipment.

**Craig Gulley (3-2R RRSM) -** Sensation Design Group, Minnesota- Meeting with Drew and the staff in Ely. We met to look at the Hollis project a large vacation home on Wolf Lake in Ely. It is a 'green" project using all Crestron. It has the largest solar panels of any residence in the US and the builder has incorporated some other green features unique to this house. I toured the whole house and spoke to the builder. I talked with Drew about his sales and what he has coming up. We went over the promotions and discussed how his clients are reacting to the economy. He also has had his customers cut back in the face of unknown taxes. Even the Hollis project is leaving the Home Theater and Wine Cellar unfinished until after they are moved in or longer. He is concerned about what jobs may be available starting in February or March. I went over some new products coming then that should generate great interest. We went over his sales numbers and what they are going to be at the end of December and at the end of the fiscal year. I spoke to Drew about doing some AIA presentations to promote his business and get some interest from other architects.

**Adam Gold (3-3R RRSM) -** M.Alan. Cincinnati, OH. Met with Mark Laine (Owner) and Joe Baum (Owner). Discussed their very low YTD and asked for a forecast for the next 90 days. Mark said that things have slowed down dramatically and that he has had some cancellations and postponements of some projects that he thought would have been closed this year. I asked for an order for anything he can put in in December and he said that he has nothing he needs to order and probably will not until March of next year. He said that he is concerned with the state of his business right now but knows that with the large projects that will close next year he should be fine financially for the next 12 months but not sure beyond that point what will happen if things do not pick back up and the pipeline does not fill in much more than where it stands now. This is a good indication of what is happening even in a strong market with one of our strongest dealers. On a positive note, he is working on a commercial lighting project and has said there may be an opening for Crestron lighting on the residential side as he is not happy with Lutron's distribution model these days.

### Commercial

[redacted]

[redacted]

## Director of Technical Services

**John Lamberson -** Participating in Master's class in NJ Sunday - Friday night.

**Mark Swiderski -** Office most of the week. (John was in NJ all week for Master's class.) Called dealer in territory to review our proactive and aggressive programs for 12/31/08, QTR 3 and QTR 4, 10-10-10 program and what it will take to convert the competition. Work with RSM's on dealer conversations.

**Conference calls:** Multiple conference calls with Regional Managers for Commercial, Residential and Market Development.

## Comments

Does John need to be in NJ for all five days of the masters class? He has done two and will do his third in January. I would request that he come in for 2/3 days and not be there for five or six days. Success with Speakercraft and Niles conversions.

## Week of December 8, 2008

*The following are selected excerpts from the Regional Managers reports*

## Residential

**Dave Koller (3-1R RRSM) -** Media Designers, Killdeer IL – I met with Lou and his team. We reviewed a competitive Control 4 system that we had spoken about previously, and I assisted him in designing a competitive Crestron system at a relatively economical price point. This system will still have to be discounted, but Lou is confident that the system we designed will be a go with the consumer. We then talked about the Jordan job. Apparently Michael Jordan has decided that the TPS-6x's that were installed are too small and wants them all changed to TPMC-8x's. I will be working on taking care of this in the next couple of days. Due to the high profile of the system and client, I will be requesting for John Lamberson to do a site survey of this location, and let us know if he foresees any issues using Wi-Fi technology. Media Designers is not very adept with networking or Wifi systems.

**Craig Gulley (3-2R RRSM) -** Famos.Construction, Nebraska- Meeting with Amos and Sharina. I discussed their sales numbers and we discussed the state of their business. We discussed the Crestron initiative to support as many sales as possible with various levels of support including some discounts. I went over the new Crestron residential products that should be showing up in the next 30 -60 days including the iTouch which should make for a very effective Crestron 2 way touchpanel at an economical price. I also gave him a copy of the RF Set up manual as they have received my email with the questions and answers for the manual. I discussed with them how to use Crestron and Crestron's position in the market to promote more Crestron sales. We went and had a meeting with a hotel developer to discuss doing Crestron in a new best western in Grand Island. The state fair is moving to Grand Island from Lincoln, so there will be many new commercial opportunities with Crestron over the next 2 years. We looked over his plans for a new showroom in downtown. Amos owns a building that will be a showroom for Crestron that should be open by the summer time.

**Adam Gold (3-3R RRSM) -** Audio Communications. Pittsburgh, PA. Met with Jay Gowda (CI manager). Met with Jay at the Lamanna project home as Jay was working there for the day. The job is finally complete with just some small details and programming left to finish. Jay has been having big time trouble with RSD CAIP's out of eastern PA. Jay said they are n to working with them very well and have began charging them extra for items that were in the original job scope. The homeowner was at the home and he wanted to sit down to ask me a few questions about the system. He is very pleased with Crestron and excited to have it completed and finished. He was also very impressed that the factory would come out to check out an installation. I had a short meeting with Jay and asked what he has coming up next and how I could be of assistance in closing any opportunity this month. He said that he does not have any larger projects working now but will let me know if he needs any assistance.

## Commercial

[redacted]

## Market Development

[redacted]

## Director of Technical Services

**John Lamberson -** Traveled with Bill Fons IN Detroit and Grand Rapids to see AVI-SPL, BlueWaterAV, Central Interconnect and AVI Systems to review technical features of products and to help convert competitors product to Crestron. Focusing on RGBHV switchers, MPS, MPC and the dealers technical needs. Technical problem survey at Mott Community College where multiple QuickMedia products were damaged and sent to service for repair. Circuit boards damage beyond repair. Two dealers and en user very actively involved. John suspects wiring problems.

[redacted]

**Conference calls:** Multiple conference calls with Regional Managers for Commercial, Residential and Market Development.

## Comments

**RSMs:** Concern about the end of the year for shipping of products and dealer accounting issues. I assured them that HQ will do everything possible to ship out as much product as possible and to help with as many dealers as possible to provide credit to ship the product to them under HQ guidelines. I told them they would be evaluated at the end of the year on products shipped and booked to measure against the 12/31/08 goals for comparison against last years 12/31/07 and their commitment to their original quota.
**RSMs:** Hoping that the proactive sales position that we currently have with helping the dealers in these economic times will extend for another 60-90 days into 2009. The dealers are very appreciative of the discounts and that we care about their business.
**RSMs:** Residential success against Speakercraft, Nevo, Control 4 and lower cost systems using Adagio.
**RSMs:** When updating pricing please let us know what has changed on the price list.

## Week of December 15, 2008

*The following are selected excerpts from the Regional Managers reports*

### Residential

**Dave Koller (3-1R RRSM) -** AV Design Centers, Palos Hills IL – I met with George Georgiou. We talked about all the service work he has gotten from the demise of Tweeter, and how it was going for his company. Right now they are making a little money from the situation, but George is hoping for much more when these same dealers need service. He talked about a $2ok keypad order he had in house, and where it was. I told him I would look into it, and did determine that his keypads have shipped.
**Craig Gulley (3-2R RRSM) -** 21st Century Automation, Missouri- Meeting with Randy and Ed. We discussed them finishing up the big 3 jobs they have been working on for more than a year. We discussed ordering gear for his demo home. We discussed a PO for $44k that the client was cutting back on and how I could assist in saving the whole job. We discussed a previous job that he is still having problems with that Dave Price had actually come to the lake to work on. We discussed getting new business and how he needs to start using his previous client contacts to start getting new business in the pipeline. He says business has been very slow, (in June 08 there was 4 house for sale over 1 million dollars at the Lake, in December there are 61!) but as we discussed the matter further it has been his lack of sales ability and sales calls that has slowed them down. We discussed getting Ed trained in programming to give Randy more time to sell. We also discussed managing client expectations to end jobs sooner and be able to move on to more work. He will be able to make his $100K commitment this year.
**Adam Gold (3-3R RRSM) -** Tri- Phase- Carmel, IN. Met with Tom Wilburn (VP). Went over this dealers YTD sales and asked for an order to ship in December. Tom said that they are working on several large Crestron projects that will be coming in within the next 12 months but he had nothing to order in December at this point. The total of the projects he mentioned has close to 100K in Crestron product. He said that their business is pretty good with all things considered and that they are expecting growth this year over last year. The issue I have with this dealer and what I discussed with Tom is their product line up which consists of Crestron, Lutron, Elan, RTI . They are thinking of bringing on Control 4 to replace his Elan business. Tom said that they always lead with Crestron but not all their clients are Crestron clients and Tom said he knows who should get Crestron from the first meeting.

### Commercial

[redacted]

[redacted]

**John Lamberson -** Cisco and Dow conference calls. Meeting with AVI Systems offices via conference call out of Bennesenville office on RGBHV switchers, MPC and MPS technical. Meeting with Dick Tollberg, AVI - SPL regarding RGBHV switchers, MPS, MPC and Digital Media. Multiple conference calls with HQ and Technical Directors.

**Mark Swiderski -** AVI-SPL, Meeting with Doug Carnell and Cisco account. Doug indicated that he is taking over all the programming and monitoring of the Cisco rooms using his local staff and RoomView. John will work with Illinois staff on transferring of information to programmers. We also talked about Cloud systems and how he wants to replace them all, He needs to develop plan and provide info to Cisco. I told him I would talk with Randy in the next few weeks and review. Meeting with Mike V. AVI Systems regarding how the first five months looks an what has been sold. He will be talking with the RVP's and "really" encourage them to sell our products. Meeting with Tom Melms AVI Systems regarding using our products in the Mercer design and build project in which he will switcher from AMX and Extron to Crestron. Provided 10% conversation discount.

**Conference calls:** Multiple conference calls with Regional Managers for Commercial, Residential and Market Development.

## Comments

BF: Two sources mentioned Extron is publishing an average price (per Pole-vault System) to their education customers on the education section of their website. The price is only $1,995 for a PVS2000 from Extron. This is only 5% over the end column price and below cost for most of the dealers selling Extron in the country. Both sources indicated the discovery will severely damage their relationship with Extron.
MF: Seriously consider the design of a more advanced QM-AE. It would have 8 QM in/outs for passing QM in addition to 8 line-level audio outs (program left/right and speech). It would need to be priced at about $1900 dealer. It would sell because multiple QM-AE's take up a lot of rack space...this would be a two-rack space product...we are guessing. A better QM-AE (version of this suggestion) would have EQ control on all the outputs. It would need to be priced at about $2200. An even better new QM-AE would involve crossover and advanced DSM. It could sell for about $3500 dealer. This project suggestion came from Diversified Design Group. David loves QM and designs it in almost every job; however, honestly believes that Crestron has a disconnect with respect to moving audio (especially in larger jobs).
MF: Extron Pole-vault...Extron is giving away a trial room for free to K-12 schools. Free of charge and the school can keep it regardless of future purchases. Extron provides dealers with a referral of an interested school and also pays the dealer
MF: Reconsider the location of the navigation buttons on the TPS-6X...put them on the other side of the touchpanels to be consistent with the location of navigational buttons on a gaming control.
MF: Put a static IP address in all Crestron processors for programming without a COM port on the PC. This is especially important to address because more and more laptops are being manufactured without COM ports. (Maze Systems) Side bar to this (from Michael Frank)...I get this suggestion all of the time.
MF: Interesting (see attached email called: ICAT Council Electronic Waste Recycling): There is a lot of chatter among consultants of InfoComm ICAT Council about giving manufacturers, that deal with and have old hardware recycling services/programs, more specification room in projects. I saw this topic come up about a year ago and I am seeing more intensity toward it.

## Week of December 22, 2008

*The following are selected excerpts from the Regional Managers reports*

### Residential

**Dave Koller (3-1R RRSM) -** Imagine Media, Lake Forest IL – I met with Steve and Brad. We talked about Wi-Fi technology, and I gave them 2 more copies of the Wi-Fi best practices manual. This was brought on by a technical escalation executed a couple of weeks ago by Imagines' programmer John Massini. It was determined through the call that the sales people were incorrectly specing the Wi-Fi products and that they were not providing their programmer with the proper site survey tools. In the course of the meeting I got Steve and Brad to agree to buy John Massini Wi-Spy, and to thoroughly read the best practices manual. I also collected a $12k PO at this meeting. PTO Tuesday, Wednesday and Friday. Christmas Crestron closed.
**Craig Gulley (3-2R RRSM) -** The Screening Room, Missouri- Meeting with the sales entire sales staff and programming staff of The Screening Room. We discussed Crestron initiative to help close any sales this month that are not Crestron and what this could mean to them in terms of future sales as well as having an immediate impact of their sales. We discussed the change in 2DIM8 pricing and what AFCI means and how it will affect their designs. We discussed their sales numbers and that they would reach their commitment of 200K by the end of the year. We discussed new product that they start to arrive in the next 30-60 days. We discussed DM and the DM guide.

**Adam Gold (3-3R RRSM) -** Premovation. Holland, MI. Met with Mike Weirsma (VP)., Charlie Salisbury (Design/Programming) and Kurt (Programmer) for a lunch meeting. Went over their YTD and forecast for the next six months. Currently this dealer is at 50K YTD from a total of 68K last fiscal. Order in house for 30K to ship in December and Mike informed me of a deal he just closed worth over 100K in Crestron over the next 12 to 18 months. Dealer is fully committed to Crestron and leads with Crestron for every residential and commercial project they get involved with. All three are planning to come to training in February or March taking various courses. This dealer just moved to a new facility that will be outfitted completely with Crestron. Very supportive west side dealer. PTO Friday. Christmas Crestron closed.

## Commercial

[redacted]

## Market Development

[redacted]

## Director of Technical Services

**John Lamberson -** Weekly conference calls with HQ. Meeting at Roscor with Engineering staff to cover switchers, MPS and MPC products. Cisco conference call with AVI-SPL. Meeting with Global Device Management to review Digital Media if or their updated system technology. Site report for Mott Community College regarding QuickMedia installation and components we received in for Service HQ that have "fried" circuit boards. PTO Friday. Christmas Crestron closed.

**Mark Swiderski -** Multiple conference calls and individual calls with Regional Managers for Commercial, Residential and Market Development. For end of the year sales and Quarter 3 & 4 projections. Worked with RSM's on sales for 12/31/08. Meeting with Innovative Technology Group (ITG) meeting with Jim Sheer to review the Chicago land market. They want to put an office in Chicago in conjunction with one of the largest furniture/office provider in the Chicago market. He is trying to replicate the format he is using in St. Louis. Conversation with Doug Carnell regarding Cisco change outs of Cloud systems. He will address in January but wanted to further our conversation from last week. He wants to replace all of the cloud systems that Cisco has so that he can monitor with RoomView Server. He is looking to see what Crestron can provide in discounts to remove the competition. I told him I would be in NJ the first week of January and would review with Randy. Attended Roscor Christmas Lunch for employees. We sponsor the lunch. Conversations with Mitch and Paul Roston, Tom Voights, VP of Sales and sales team. Mitch was very thankful for this past years support and for taking the time to see them for the holidays and lunch. Christmas Crestron closed.

## Comments

**DK:** Lutron and Universal Remote Control have formed some type of partnership to allow the new URC6000 remote control certain Lutron RF light switches. I Have been hearing a lot about it in the field.
**DK:** New Image Marketing is the new Savant REP in Illinois and Wisconsin.
**MF:** Consider the design of a more advanced QM-AE. It would have 8 QM in/outs for passing QM in addition to 8 line-level audio outs (program left/right and speech). It would need to be priced at about $1900 dealer. It would sell because multiple QM-AE's take up a lot of rack space. This would be a two-rack space product. A better QM-AE (version of this suggestion) would have EQ control on all the outputs. It would need to be priced at about $2200. An even better new QM-AE would involve crossover and advanced DSM. It could sell for about $3500 dealer. This project suggestion came from Diversified Design Group. David loves QM and designs it in almost every job; however, honestly believes that Crestron has a disconnect with respect to moving audio (especially in larger jobs).

## Week of December 29, 2008

*The following are selected excerpts from the Regional Managers reports*

## Residential

**Dave Koller (3-1R RRSM) -** Techteriors, Delafield Wi – I met with Dan & John Detoro. We talked about the current business and the $250k Winnetka job they are doing. They do not believe they will be placing any order for it until FY10. We also talked about competitive situations. I know that they are still using C4 as their entry level, and I am urging them to bring me those jobs and allow me to offer a competitive Crestron solution. Once again the obstacle seems to be entry level processors and light switches. Even with that said, Techteriors anticipates another $50K minimum for FY09
**Craig Gulley (3-2R RRSM) -** MDB Electronics, Illinois- Meeting with whole staff of MDB electronics. They have had some personnel changes. Jeff Schmidt is no longer with the company as manager and Sam McQuiggin is leaving to go back and teach school. They have added Scott Markovich to sales, but Jeff B and Eric Lee are still there as the main Crestron sales and programmer. We reviewed the Crestron initiative to convert and sell as much Crestron as possible over the holidays. We discussed their sales to this point and what was left to get in before the end of the calendar year. We discussed the business they have coming in Q3 and Q4. I made sure Scott had his own log in access to the Crestron website and was able to access information. We discussed new product arrival dates and an overview of what those products would do.

**Adam Gold (3-3R RRSM) -** SMILE Inc. Cleveland, OH. Met with Eric Gulibitsky. (Owner). I actually met with Eric twice over the three days in Cleveland. I was working with Eric to close a couple of last minute deals to get in before the end of December. I spoke about a discount to beat a C4 job and I offered a 10% discount on a AV/Lighting project to get the client to move now as opposed to next quarter. Eric contacted me late in the day on Wednesday the 31st and said that these projects could be a go due to our assistance. I will put the request in on Monday and go from there. Total value of both projects is close to 45K in Crestron product now with more during phase two of one specific install. This dealer is doing well with Crestron and is almost at 100K YTD through the first half of the fiscal. Dealer has become a very supportive and active dealer in this marketplace. Dealer meetings in the Cleveland market for the last three days of the year. Trip was centered on getting last minute orders. Took 60K in orders while in Cleveland and uncovered at least another 40K in new opportunities. Closed close to 200K in conversion and promo orders the last six business days of the year. Projects Won:. 61K project won from Custom Design Environments-OH. 84K order from Digital Lifestyles-KY. 25K project ordered from Grand Home Automation in MI. 15K project won from At Home Integration-OH. 10K order from Smart Homes- MI.

## Commercial

[redacted]

[redacted]

## Market Development

**Michael Frank (MDRM-Consultant) -** PTO all 12/29, 12/30, Office 12/31 and 1/2
**Kevin Iselli (MDRM-Educational)** - Office Monday and Tuesday PTO 12/31 and 1/2
**Darryl Krall (MDRM-Corporate) -** PTO 12/129, 12/30, 12/31, 1/2

## Director of Technical Services

**John Lamberson -** Cisco weekly conference call. Weekly HQ Tech Director Conference calls. General Tech Support calls.

**Mark Swiderski -** End of the year push. Conference calls and individual calls with RSM's for orders. Challenges with Sensory technology, SMILE and Baumeister.

## Comments

None

## Week of July 7th, 2008

### Residential

**Dave Koller (3-1R RRSM) -** PTO: Monday. Sound Specialists, Chicago IL – Met with Gideon. Gave him an 08 DRP form and provided him with all if his credit options and deadlines. Discussed how we would do the lighting order previously approved by Mark after his DRP credits were redeemed. Discussed Gideon's concern about the current economic trends in the market place. Gideon fears a slower year in FY09. Gideon also gave me a Tweeter quote that reflected discounts on Crestron products which is against Tweeters policy. I advised him that I would talk about it in the future with them, After meeting with Gideon I met with his entire team and brought them up to speed on the InfoComm releases.

**Craig Gulley (3-2R RRSM) -** Video Services, Mankato, Plymouth, Rochester, Fargo, Minnesota- Meeting with entire staff at VSI. We conference in the store in Fargo and Plymouth. John from Rochester came to the Mankato showroom. We went over all new residential products from InfoComm; TPS6X, 4XG, PoE Wifi products, HDMI switchers, Vista Slide Show and SDK for Flash and Active X software and how each can fit into sales to improve business. We reviewed from last visit how Crestron environmental control is a must of improve business and we discussed again how to manage client expectations to get the most out of the customer with the least amount of hassle. I spoke to Terry about his sales numbers from last year and my expectations for their sales this year. We discussed his commercial business and the fact that he wants 4 InfoComm tickets in 09. I let him know what the expectations were for that many tickets and if he made it to $500,000 I would make sure he got tickets

**Adam Gold (3-3R RRSM) -** AVIO North. Petosky, MI. Met with Mike Dennis (Store Manager). AVIO had a great year as far as sales are concerned and the majority comes from this northern Michigan office and their business is comprised of mostly second homes of very wealthy clients. I did not discuss specific sales numbers or issues with Mike as this should be done with the owner Dave Barnett in Detroit. I thanked Mike for the great job and efforts in selling Crestron products. They pretty much sell only Crestron even for the most basic remote applications and are fully committed to Crestron. I discussed and went over the new product and availability and Mike said that he has already begun to sell and specify the 6X. He also said the I-server was going to be a great product that he will sell in every job that it is applicable. Went over their forecast for Q1 and they have at least three projects they are expecting to close before the end of the season.

### Commercial

[redacted]

### Lighting Control

**Don Brown (MWLCRM) -** Specified Ltg - Indianapolis, IN - Did 2 more employee training sessions. One for their Ft Wayne office. Also did joint sales calls with Jeremy, Paul, Bruce and Melinda. After spending 2 full days with Jeremy, their controls specialist, I think he is going to be good at selling Crestron. He has his PE and knows lighting controls very well.

### Market Development

**Michael Frank (MDRM-Consultant) -** PTO: Thursday & Friday.

**Kevin Iselli (MDRM-Educational) -** Washington University of St. Louis, St Louis, MO, Mike Floyd, InfoComm follow-up, discussed new products shown at InfoComm Mike is in the final of the Crestron summer install, he indicated that the Law school is talking to him about Technology and Crestron, I offered assistance to him, he indicated he will take me up on it

**Darryl Krall (MDRM-Corporate) -** Harley Davidson, Jeff Mason, Roscor, Follow Up InfoComm meeting. Discuss 6x and RoomView deployment

## Comments from the field

## Week of July 14th, 2008

### Residential

**Dave Koller (3-1R RRSM) -** Liberty Coach, Waukegan IL – talked with Frank about the possibility of bringing a Coach to CEDIA. Someone in marketing is on vacation, and will call him back this week when they are back on if this is a possibility. Also spoke with him about an article about Liberty in one of the magazines and if anyone had contacted him yet. He has not heard from us regarding any article, and I have already brought this up to Melissa in marketing. Talked with Cindy about DRP and delivered the DRP form. Talked with Paul about the applications of the TPS6x and where they could be very useful in Coaches, especially the intermittent WiFi issues they occasionally come across. Regional Sales meeting: Technical overview with John Lamberson, Review of fiscal 08 Territories, Dealers and Nation information, Strategy for fiscal 09.

**Craig Gulley (3-2R RRSM) -** Regional Sales meeting: Technical overview with John Lamberson, Review of fiscal 08 Territories, Dealers and Nation information, Strategy for fiscal 09.
**Adam Gold (3-3R RRSM) -** Omni Entertainment Group. Valparaiso, IN. Met with Kevin McKinney. (Owner). Went over Kevin's final year end numbers and discussed forecast for Q1 of fiscal 09. Kevin was only at around 30K at the end of May and gave me over 20K in orders to make sure he hit the 50K DRP level. We went over the DRP procedure and the training courses that would most benefit his sales guy Greg who will be going to the lighting course. Kevin said that he has a couple new projects coming up and the final order for a large project that he is working on should all hit this quarter. Kevin said that he will do all he can to hit 100K this year but 75K was the number that he committed to in our discussion on goals for the year. Very supportive dealer. Regional Sales meeting: Technical overview with John Lamberson, Review of fiscal 08 Territories, Dealers and Nation information, Strategy for fiscal 09.

## Commercial

[redacted]

## Lighting Control

**Don Brown (MWLCRM) -** Meeting at HQNJ for Commercial Lighting meeting with Commercial Lighting RSM's and Directors. Regional Sales meeting: Technical overview with John Lamberson, Review of fiscal 08 Territories, Dealers and Nation information, Strategy for fiscal 09.

## Market Development

[redacted]

**John Lamberson, DTS -** AVI-SPL/Cisco weekly conference call for EAV1, 1.5 & 2. Technical Challenges with Arrow Audio/I-Media, Roscor IL/DVP-HD, Sundance Audio/ Large format system. Regional Sales meeting: Technical overview with John Lamberson.

**Mark Swiderski, Director -** AVI-SPL/Cisco weekly conference call for EAV1, 1.5 & 2. Directors Meeting HQNJ and Regional meeting Midwest.

## Week of July 21st, 2008

### Residential

**Dave Koller (3-1R RRSM) - Terra Nova, Waukesha WI** – Met with Chris McCanles. Discussed his recent email concerning the issue he has had with Crestron lighting. I advised his that our team was in the process of pulling the service records for the processors he had repaired to determine the nature of the failures. I also told him we were reviewing his calls into tech support to see if we can determine what is going wrong. We talked about the fact that we have a less than 1% failure rate on these products, and that his experience was not the norm. John Lamberson is involved and is doing the research mentioned in this report. Once he has had an opportunity to review, I will request a meeting with he and the Terra Nova staff to talk lighting and Crestron. To finalize the meeting, I asked Chris to keep an open mind concerning all of this. He has 3 Crestron lighting jobs currently in place, and we have thousands that have never experienced any of the problems he is reporting. I also told him that we may find it is install or design error in which case we have to review how to get this info to his staff in a productive manner. **AV Design Center, Palos Hills IL** – Met with George at Winthrop Harbor to look at a $3 million Azimuth yacht he is installing an AMS into. George is also taking pictures of this system and submitting it for the contest. We discussed the 4 Seasons, and Incomm's elimination from the running. Incomm was just eliminated from running in the 4 Seasons project due to a less than perfect track record in other projects and installations throughout the country. The product does not work as well as it had been presented. This leaves Control 4 and Crestron as the primary competitors. I will provide more information as I get it.

**Craig Gulley (3-2R RRSM) -** Audio Video Innovations, Missouri- Spoke to Craig T at AVI. We discussed his sales numbers and what we can do to move them to the next level. We discussed they have been at $50K for the last 3 years and their potential far exceeds this. Craig said the new showroom would be ready in about 2 weeks and he is confident that with this and other marketing strategies he is putting in place that they will finally exceed $100K this year. He discussed getting involved at the Ritz Carlton and their condo applications and we went over all the new Crestron product from InfoComm that has residential applications.

**Adam Gold (3-3R RRSM) -** Digital Lifestyles. Louisville, KY. Met with Tony Rossini (Owner) and Chris Rossini (Sales) for a lunch meeting. Went over their final sales figure for fiscal 08 and forecast for fiscal 09. I had to really push Tony to the 50K mark in 08. Tony has already put in over 40K in July and I took the order on Thursday for another 45K for an AMX/Lutron conversion project thanks to the approval of a 15% discount approved by Mark and Randy. Tony said he will hit at least 150K this fiscal and I stepped up his commitment goal to 200K for 09 which Tony said he will do all he can to reach. Went over the new products and asked for him to order a 6X for demo which he has done. Dealer is very supportive and is specifying Crestron for every project.

### Commercial

[redacted]

### Lighting Control

**Don Brown (MWLCRM) -** KSA Lighting - Hanover Park, IL - Talked to Jim Williams about adding a Crestron Only person on to staff. He will be on vacation all next week but will meet with us 1st week in August. Thinks it is a great idea. Did joint sales calls with Pat and Jerry. Mark and I will meet with him next week to review focus points for Commercial Lighting.

### Market Development

**Michael Frank (MDRM-Consultant) -** PTO: Monday - Friday

[redacted]

**Comments from the field**

Delivery of i-Media and MPC are delayed compared to the estimated delivery dates that the dealer were originally given. Now that the dealer needs the product there is a scramble to find product and get it shipped out to them so that they are not in violation of their agreements. This is with the school market.

Nomad Industries (3-1C) has been using the ST-1550 for the past years and has built a standardize product around it. When told about the phasing out of the product and they should use the TPS-6X they indicated that they cannot use it since it is much more than the cost of the 1550 package. They need to know how long the product will be available.

Word on the street has it that Control 4 has multiple new SKUs shipping at CEDIA. The focus on the new line up is even less expensive low $ processors for 1 room applications, and multiple levels (price points) in hand held devices. There will be a focus on new hospitality technologies, and an integration with companies like Rhapsody. Also, rumored to have iPhone control interface, and possible MAC integration capabilities.

Incomm was just eliminated from running in the 4 Seasons project due to a less than perfect track record in other projects and installations throughout the country. The product does not work as well as it had been presented. This leaves Control 4 and Crestron as the primary competitors. I will provide more information as I get it.

**Week of July 28th, 2008**

**Residential**

**Dave Koller (3-1R RRSM) -** Media Designers, Killdeer IL – Met with Lou & Louie. Discussed their phone call after our last meeting with Dave and if it resolved their issues with the TPMC4xg & TPMC 8x. Dave did help them resolve their issues. Talked about the Jordan job, and the possibility of using 25 TPS-6x's in the system. I advised them that my understanding was 16 per system on a single gateway. I also put a call in with John Lamberson, and will determine with John if there is a work around on the 16 panel max. I dropped off my personal HPRFGW so they could experiment with the range of the panels because theirs is on backorder. Through this, Lou ordered an additional 4 panels

**Craig Gulley (3-2R RRSM) -** PTO: Monday - Friday

**Adam Gold (3-3R RRSM) -** Butches Sound and Vision. New Kensington, PA. Met with Butch (Owner). Butch seems to still be struggling with finishing touches on his large projects from the previous two years. Butch uses Control Works out of Cleveland for his programming and is having trouble getting them to finish to the clients expectations. I stressed with Butch again the importance of training and he must get himself and his technician to training as soon as possible. He agreed and said he will sign up for design, lighting, and programming courses for him and his tech Tim. Asked about what he has coming up and currently he is not working on any new Crestron project. The dealer is typically a 10 to 15K dealer and had the 135K in 07 due to two very large projects. Butch understands that he will need to either commit to Crestron and do what is needed for his success or decide if Crestron is right for his business model and ability level. This was his statement and not prompted by me. Also did a demo of the 6X as well.

**Commercial**

[redacted]

**Lighting Control**

**Don Brown (MWLCRM) -** NIU - Dekalb, IL - Met with Ken George, Head of facilities engineering. Showed him Crestron Lighting again and then went and looked at a possible application. Met with their AV specialist that knows Kevin Iselli. Wants to come to class to learn our lightng controls. Ken is kicking Lutron off the campus. They burned him on a past project. Any new projects that come out will be Crestron....

## Market Development

**Michael Frank (MDRM-Consultant) -** PTO: Monday - Friday
**Kevin Iselli (MDRM-Educational)** - Michigan State University, Lansing, Mi, Various, Provided a Demo-Training session for the staff (10 in attendance) on RoomView Server. Don Morgon indicated to the staff that the current system supports 65 rooms but that they are on a migration path to include the 200+ additional rooms on the campus. Don is in charge of the campus help desk.
**Darryl Krall (MDRM-Corporate) -** JP Morgan Chase, Jerry Bauer, Sensory Technologies, Follow up InfoComm meeting. JP Morgan is evaluating the TPS 6x as a possible Corporate Standard panel. JP Morgan's major Chicago Upgrade and install is expected to be completed by the end of August. It appears that Jerry Bauer is happy with the work Sensory Technology is doing on this project.

## Comments from the field

None this week

## Week of August 4th, 2008

## Residential

**Dave Koller (3-1R RRSM)** - Sound World, Wausau WI – Met with Dave Vatland and John Kaltenbrun. Discussed their overall poor performance in FY08. I explained to them that regardless of any competition in the market, they do not have a product line that will generate the type of profits or systems that Crestron will. I further explained to them that I am very familiar with their market, and know that the Appleton / Fon du Lac, and Osh Kosh markets could easily generate $100k per dealer or more. They agreed, and I talked with them about running a fear driven business. I asked them to rise above the competition, and sell Crestron as the solution it is. John informed me that he is currently working on 2 proposals, and that one was a previous customer. We also reviewed the print for a 12k sq ft house going up that they are working on that is being speced Crestron. Presented the TPS-6x sample and went over features benefits and it's proprietary RF technology. They are ordering a demo today.

**Craig Gulley (3-2R RRSM) -** Kief's AV, Kansas- Meeting with the custom staff at Kief's (Keith, Shane, Rob). I demonstrated the 6X and we discussed how to use it most effectively. I went over all the InfoComm products that have residential applications and discussed the CEN1250 and the LSP that they should be using on every bid. We discussed the fact that they are closing their car stereo department and they are opening it up to custom installation department. I discussed with Rob the need to commit now to Crestron as their "go to" custom product and get more people to training so they are not afraid of the programming part of the job. I spoke to Keith and Shane about managing the clients expectations and leading the sales where they want it to go and I will send them some profile and overview documents to help with questions they can ask when they meet with clients. Keith also wanted the HDMI protocol for Crestron wiring and a list of events for training at CEDIA. I will get him all that information.
**Adam Gold (3-3R RRSM) -** Audio Craft. Cleveland, OH. Met with 13 staff members of Audio Craft in downtown Cleveland. Owners, and all sales personnel attended this lighting training/lunch and learn headed by Bill Schafer. This four hour training encompassed all aspects of selling lighting and Crestron lighting products. This training was requested by the owners as this company moves from retail to CI. Audio Craft has now shut down all of their satellite offices and is now operating out of the original downtown location only. In discussions with the owners, Crestron is becoming and will be an extremely important aspect of their business. The closure of the retail locations was in direct response to a slower retail economy in the Cleveland metro area.

## Commercial

[redacted]

**Terry Rafferty (3-4C CRSM)** - Central Indiana Marketing, Louisville, KY - Met with Joe Shaughnessy, Regional Manager, and Steve Ross, Sr, Design Engineer, to review the InfoComm released products via MWRT InfoComm Power Point Presentation and the new MPC-M10 working demo. Afterwards Joe and I discussed ongoing projects at Western Kentucky University and Ft. Knox. Joe also shared with me that CIM will be doing another upgrade at Kendrick Healthcare in Louisville this fall by it is too early in the process to determine an estimate for Crestron but Joe said it would be Touchpanels and processors in 17 rooms, possible QM.

## Lighting Control

**Don Brown (MWLCRM)** - Meeting with KSA Chicago REP regarding isside person. They will hire someone from the outside since all the inside people are currently busy with outher prodcuts. Don to assist in finding someone and interviewing. Lighting Associates St. Louis REP is interviewing people right now for Crestron inside control person. Don will review who they want to assign to this position. Provided detail equipment listfor lighting and worked with Joe Haupt to cordinate the equipment that we are recommending to provide to the Architect Arturmis since they provided us the Jones project for over $1M in lighting. Don and Joe cordinated via conference call the system rqueirements with one of our commercial dealer Conference Technologies to who wil provide the other equipment and all of the programming of the systems.

## Market Development

[redacted]

## Comments from the field

None this week

## Week of August 11th, 2008

## Residential

**Dave Koller (3-1R RRSM)** - Mills Custom, Buffalo Grove IL – Met with Ron Mills and their programmer Mike. We talked about the new TPS-6x and what new opportunities it will bring to the table. I presented them with the new InfoComm brochure, and talked about the forthcoming WAP & POE products and what benefits they will provide for Crestron dealers, and their profitability. Ron brought up the price increase on the AAE's. I asked Ron to provide me with a list of how many he needed, and I would request a price protection for the order. This was done on PO#13488 for a quantity of 7.

**Craig Gulley (3-2R RRSM)** - Appollo, Minnesota- Meeting with Matt Thompson ( Manager Residential), Chuck Willis (VP commercial), Michael Vetter ( Commercial Design Engineer). Mark S, Matt R, and myself met with them because Michael had asked about knowing more about what is happening in the Minneapolis marketplace on the commercial side and having more of a presence with Crestron commercial. He had some concerns that he was not hearing about potential jobs and could not get an appointment at Infocomm because they are not recognized as a commercial account. We listened to what they needed from us and we will work out a plan to help them sell more Crestron. Mark S also engaged Matt about their Elan sales and working toward removing them infavor of more Crestron sales. Mark S also met Thomas Ondov and got a tour of the residential side of Appollo's business. I also showed Jesse and Thomas the TPS6x and we briefly discussed its functionality. I had literature for them as well. Regional Manager meetings to discuss Fiscal 08, Strategy for fiscal 09 for the territory.

**Adam Gold (3-3R RRSM)** - M. Alan and Associates. Cincinnati, OH. Met with Joe Baum (Partner) for a lunch meeting. Joe spent the entire lunch hour expressing his frustration with Mark Laine. All I could do was listen but this was not a good sign as it shows the possibility of a fracture within the relationship with these two owners. I did my best to keep it professional and talk about Crestron. Joe was complaining about the design of the 6X docking station. They have already purchased six units. Joe brought up some technical issues he was having with the 8X in an in wall docking station. John and Mark were able to assist Joe through his problems on Friday. Joe also informed me that Mark has backed off on his sales efforts as he said he did not want to be slammed like he was last year so Joe has now been selling and said he just closed two projects that have around 50K in Crestron in each one. I asked how their year will be affected and Joe said that they will probably be down slightly this year from last years 300K performance. Regional Manager meetings to discuss Fiscal 08, Strategy for fiscal 09 for the territory.

## Commercial

[redacted]

## Lighting Control

**Don Brown (MWLCRM) -** Working with Western Michigan Lighting REPS on presentations for Electrical distributors, Specifiers and Architects throughout Michigan. Western has four inside sales people who only quote electrical control systems. They have appointed someone as the Crestron go to person. We are working out their demonstration package for their conference facilities. Don going to Dalss office next week to meet the Southwestern office staff and review business with the existing REP. West Michigan Lighting - Grand Rapids, MI - Met with Micheal Anderson and Dan Grabill to discuss the Randy Klein directive. They have 6 people on staff for lighting controls only. Willing to dedicate one to Crestron only. Would love to do their conference room with Crestron. Will get me the load schedule for lighting but we will need some help with the AV side. Will discuss with Michael Frank. Jerry Anderson will report his finding next week.

## Market Development

[redacted]

**Mark Swiderski (Director):** Regional Manager meetings to discuss Fiscal 08, Strategy for fiscal 09 for the territory, RSM and Dealers with Bill (3-3C), Adam (3-3R), Craig (3-1R), Matt (3-2C), Michael (MDM Consultants, Kevin (MDM A+) and Darryl (MDM End Users). Dealer meeting with Craig (3-1R) Appollo, Audio Video Planners and Best Buy. Appollo and Audio Video Planners have commercial divisions and they would like support from our commercial RSM (Matt). Best Buy was our second meeting, first one in May and it was the initial meet and find out what they are thinking. The second one was to further our discussions on them becoming a dealer. Craig and I provided power point presentation on Crestron overall, our alliances with Microsoft, Cisco and Dow and how we can work together so that they could address their customers with systems based off of the Adagio product line. We will schedule meeting at CEDIA for them to tour the booth and hopefully meet with Senior management. They provided me Vendor Questionnaire and NDA that I will address under separate e-mail. SPL/Cisco, working with SPL on establishing a "test system" for Cisco. Rick Albertson has request that a system be established at the Rolling Meadows, Illinois office. Ron from SPL is looking to what equipment will be needed so that we can report back to Cisco (Rick) when he returns back from PTO the second week of September.

**Comments from the Region**

**DB:** Provide commercial lighting REPS a special discount for the equipment that they want to use for their personal homes. I am reviewing Don's request and will start with our standard 10% demonstration discount for the REP employees.
**MR:** i-Media problems in the field. Matt has had two dealers in the last three weeks who he convinced to use i-Media for their clients applications. The dealer installed them and after a few weeks the systems went down. Matt's frustration is that he convinced them to use i-Media they installed the equipment and some of the units went down. The dealers frustration is that the jobs are anywhere from two to four hours away and they will have to absorb the additional cost of the labor to send someone out and change out the units. John is looking into each of these situation and will report back. AVI, IA had 6 of 15 I-Media systems fail a few days after install this week. Pratt AV, SD also had a 1 of 6 I-Media fail at a schools install also this week. Both end-user are 3+ hours away from dealers office each way. Crestron Midwest is working to see what's going on.
**DK:** Several customers have complained about the PWS300 and different issues they are having with it. They claim it does not produce enough power, or less than rated, and that it has shown problems with passing Cresnet. Dealers who have mentioned this are Automation Arts, Barretts, Audio Consultants, Avtel, Techteriors. These are recent conversations, but there have been more. John Lamberson has been aware of this.
**DK, CG, AG:** Price protection for a handful of dealers for AAE increase that caught the dealer off guard. They will submit a special request for price protection and I will get authorized by RK.
**MF:** On page 46 of the new Crestron commercial Integration magazine, Bill Schafer wrote about expanding business into the hotel market and described control within sleeping rooms from within and outside of the rooms. This is exactly what a few Midwest consultants are looking to do with Crestron; however, they want proof (success stories) about who/what/where/how Crestron has done previous projects. I know that I have asked for this info before to no avail. Do we now have answers to the questions that I can reference with consultants interested in doing more with Crestron in these venues? I told Michael that we are letting our dealers be involved in the hotel market and we are supporting them as you have outlined in the past. I told him I would work on the listing of hotels that use Crestron and how they use it.

**ALL RSM's:** Can HQNJ inform us when there is a new price list and in the e-mail notification let us know what changed in the price sheet so we have advance notice. Very frustrating for RSM's when we discover a new pricing and don't know what the difference is on it.
**KI:** RGBHV switchers and the BNC connectors on the back. John is reviewing.
**JL:** When a CAIP is causing the dealers they are working for problems, how far do we have to go to fix the CAIP's problems? If a CAIP is continuing having problems who is responsible to address them with the problems they are causing? John talked with Rich regarding the CAIP. John called the CAIP and we are working with the dealer on the punch list. John will provide to HQ Rich Sasson once he receives the program and the punch list. This CAIP has had multiple problems with dealers and end users.
**MR:** QM backorders… QM-RX, QM-AE, QM-WMC and QM-RMCRXBA

**Week of August 18th, 2008**

**Residential**

**Dave Koller (3-1R RRSM) -** Village TV, Wilmette IL – Met with Vince & Andy from Village TV. We talked about Vince's business and he has about 4 Crestron jobs on the books right now. As we discussed it, Vince was confident he would be able to hit the $200k mark in FY09. I also spoke with Andy about some problems he is having with the CEN-IDOCK. It sounds as though he has a consumer that is seating and removing the IPod form the dock incorrectly. I pointed out to Andy this was not a common occurrence, and that it happened with the same consumer twice. We talked about competitive manufacturer's iPod docks, and I also pointed out that they are all very similar when it comes to how they dock. I suggested he start using a dock sleeve if it happens again, and also advised him he could purchase them directly from Apple. I showed them the new TPS-6X, and we discussed its new application features and benefits. I also presented them with the new InfoComm brochure, and we reviewed it focusing on the forthcoming WAPs.
**Craig Gulley (3-2R RRSM) -** Video Services Inc., Fargo, North Dakota- Meeting with Jamie and Brent. I showed them the TPS-6X and we discussed other residential products including the new WAP and how it will be used for the 4x and 8x, and for home applications. We discussed the issue of keypad matching for a current job and I showed him the keypad chart I recently got from Bill Schafer showing the colors that we match and the new colors coming for Cameo. The architect was demanding Brown and we were able to diffuse the situation by showing that we will have a Brown shortly. Jamie also had 3 jobs that have AAE that were sold at the old price. I will work with Mark S to make sure we can honor that price for these jobs and have them order the product right away. I left them a complete line of literature available for ordering online.

**Adam Gold (3-3R RRSM) -** Digitech. Carmel, IN. Met with Mark Vaiyn (owner) Chad Gray (Designer) and Rob Denney (Programmer). Did a demonstration of the TPS-6X and went over the product in detail. After that I had a candid meeting with Mark to discuss his very low sales numbers in fiscal 08. He said that he knew he was going to be down with Crestron due to his project schedule and has assured me that this year will be much better. I asked what he has in the pipeline and he went over four projects that will all contain Crestron to varying degree. Mark said that with these four projects he should be at 100K in 09 up from 30K in 08 but still behind 07 of 121K. We discussed him concentrating more on Crestron and less on Lutron and Elan. He gave me his commitment that he will do just that. I offered him the 10/10 promo as an incentive to switch his Lutron business. PTO on Friday

## Commercial

[redacted]

## Lighting Control

**Don Brown (MWLCRM) -** Was working with Southwest Region with Jerrie Anderson. Initial introduction meeting with entire staff and meetings with REP in territory. ALA - Jerrie Anderson and I met with Bill Galvin of ALA and discussed the Randy Klein initiatives. Getting priority 1 & 2 reps to hire Crestron Only specialists. Finding a Rep in the Houston, TX market. The was very enthusiastic about what we were trying to achieve and wants to be a part of it. Will start searching for a Crestron inside person.

## Market Development

**Michael Frank (MDRM-Consultant) -** Fanning Howey, Indianapolis, IN - Ken Clarkson, Educational Facility Designer, Riyad Bannourah, Principal, discussed InfoComm 2008 products. My efforts of focusing on Fanning Howey is paying off...they are designing Crestron, more and more, into their K-12 projects. QM is now the standard for control in the cafetoriums and auditoriums. They have been really trying to push the IM model into the typical classroom with some success. They find that cost sometimes is the prohibiting factor to putting IM in the classrooms. They will be looking at MPC as an alternative to IM designs for the classroom designs. To current date (projects in the works), Fanning Howey has about $500K in spec'd Crestron projects. Job information, for this entry, is internal only. PTO on Friday.

**Kevin Iselli (MDRM-Educational) - University of Wisconsin - Extension Pyle Center, Madison WI** - Jamie Poindexter, Kevin Winter. Demoed TPS-6x, and MPC with RoomView. Jamie finished their new HD conference room she questioned why a Extron switcher was used in lieu of a Crestron switcher, They are getting funding for the conversion of 7 additional rooms and would like to integrate lighting control.
**University of Wisconsin - Sheboygan, Sheboygan, WI** - Ed Janairo, Ann Gaygan. We reviewed the quotes generated by myself through Techsales No's 39108, 39134, 39137 for the campus standard for Crestron. As a result 39134 was decided as the solution, MPS-100, C2N-FTTPS4, QM-RX.
**Darryl Krall (MDRM-Corporate) -** Anheuser Busch, John Graham, IT Helpdesk Support. AB has about 300 conference rooms in St. Louis alone. About 200 have AV and currently there is a 50/50 split of Crestron and AMX. John is interested in deploying RoomView and is willing to work with TSI and Crestron to get many of the old AMX legacy rooms up with Crestron.

## Directors

**Mark Swiderski (Director):** PTO Tuesday - Friday. Handle calls and e-mails while on vacation. AVI Systems meeting with Michael V. to review Partnering Program. MiTCA contracts for ICI & Sensory Technologies. Best Buy coordination of meeting at CEDIA with Craig and I for booth tour and coordination of Senior Management meeting. Challenges with TeL, Sound Engineering and IDS regarding DAT becoming a dealer. Challenge with AVI Systems and Jane Philips because of University of Wisconsin, Rock campus and what was requested, what should of been installed and what the perception on what was said. Jerry Wagner and I are addressing it with Jane Philips and Michael V.

## Comments from the Region

**TR:** MPC failures for 53 rooms. Everything was working last week now all of the system are experiencing lock up. End user wants them taken out. John Lamberson reviewing.
**TR & MR:** i-Media failures still occurring. Seems to be the transmitter and has been identified as a fireware update from the factory. Dealers are frustrated with all of the extra labor needed to get the technology working.

**ALL:** TPS-6X three week back order. When will we see these in one week or less stock?
**KI:** QuickMedia switchers and RGBHV switchers for University of Illinois needed RMA's the day before class was to start. John Lamberson is following up.
**KI:** AVI Systems in the Wisconsin market seem to be indifferent using QuickMedia. Will work with John and Joe to get to the application engineers and account managers to educate them.

**MF:** Consider an MPS-400. Or, a package solution of Crestron solutions that a consultant would spec that would equal the concept of the MPS-400. I met with a consultant this week that has several projects that needs the local connectivity of an MPS-200 with additional QM in and out. The reality is that they described what we conceived as the MPS-400. (Acoustics by Design) Submitted to Tech Sales.
**MF:** Seriously consider a "pregnant snake" power supply for MPC so that it can be attached to a pole or something. In other-words, it should have a hole for screw down or bolt down capabilities. (Shen) Submitted to Tech Sales.
**MF:** Shen is looking to use our single-gang dimmers on future projects…they have a unique application. They are wondering about the idea of keeping the single-gang format and creating a dimmer that is two-channel. I addressed space as an issue that might not render such a product. Any thoughts on this? (Shen) Submitted to Tech Sales.
**MF:** Is Crestron working with Microsoft to develop (a Microsoft software interface and Crestron hardware interface) the interfacing of Microsoft's OCS (Office Communicator Server) to Crestron hardware/software? Further, would it include bringing in peripheral technology like VOIP and web cam launches? The Crestron side of this type of interface would likely be done via a software module (similar to our e-Control modules). Acoustics by Design has several corporate clients entertaining OCS as a means of communicating between multiple corporate offices/employees. As Acoustics by Design designs AV control only around Crestron, they feel that our developing an interface between Microsoft's OCS and our products/software further identifies a Crestron advantage/feature that would also be unrivaled by our competition. Acoustics by Design feels that the development of this unrivaled competitive solution will need to rest on our shoulders, as they have no confidence that a dealer has the ability to do so. Is there a thought to this? (Acoustics by Design) Submitted to Tech Sales.
**MF:** With the introduction of a Flash SDK, are there plans that will eventually allow a Flash developer to fully develop touchpanel pages that will simply import into VTPro-e or some form of Crestron programming? AKA, Flash is the tool of development for touchpanel files? (Shen) Submitted to Tech Sales.
**MF:** Any plans to allow for the use of "any brand" IR remotes with the new MPC products for wider adoption of MPC in projects? (Shen) Submitted to Tech Sales.
**MF:** Are the new DIN rail products UL listed? (Shen) Submitted to Tech Sales.
**ALL:** Backorders getting better. We are at least delivering them when we say we will.
**TR:** Open order communications with the Dealers is back to telling the Dealers 2 weeks, every 2 weeks. We need to give them accurate information the first time, it would cause far less aggravation on everyone.

## Week of August 25th, 2008

### Residential

**Dave Koller (3-1R RRSM) -** Liberty Coach, Waukegan IL – Met with Paul and reviewed the TPS6x and possible applications in Coaches. Also discussed din rail products, and Crestron WAPs. They are going to start using the WAPs, but the DIN processors do not have enough I/O's. They will review the rest of the DIN products to see if they can be used in their projects. Frank joined the meeting, and we discussed the award they will be receiving from Crestron @ CEDIA. Paul will be coming in the day of the awards to receive it for the company. We also discussed the forthcoming article in residential systems, and Frank has not heard from anyone concerning the piece. I spoke with Melissa Louver @ Crestron and determined that the article had been pushed out to October. I Relayed this to Frank. I spoke with Cindy about a couple of credit memos, and RA's they have placed.
**Craig Gulley (3-2R RRSM) -** Maximum Sight and Sound, Iowa- Meeting with Terry and Brian. I showed them the 6X and discussed new product. We discussed how the 6x will work and differences over the 8x. We discussed other new products they should be using in each job, UPS, CSP, Media Manifold. We discussed the new WAP and how it will improve the 4x that they use and like. I discussed some issues they are having with the UPX they recently installed and the fact it is not annotating. Brian has been working with Chicago and I asked the he keep me in the loop. We discussed their sales numbers and my expectations for this year. We discussed CEDIA and made an appointment to meet.
**Adam Gold (3-3R RRSM) -** American Technology Components. Elkhart, IN. Met with Ken Fozo (Sales) and Kevin Phend (Programmer). Ken and Kevin wanted to discuss a large project they believe will close within the next 30 days with almost 175K at cost in Crestron product. I set up with John Lamberson a day for them to come to Chicago for a design review. Project will take about 18 months to completion. Did a demonstration of the 6X and went over the product in detail. Asked Ken what else he is working on and he said that he a couple other smaller projects that he is working on but business is slow at this time. He is depending on this large project to make his year on several levels. Discussed CEDIA and confirmed a time for a booth tour.

### Commercial

[redacted]

[redacted]

## Lighting Control

**Don Brown (MWLCRM) -** KSA Lighting - Hanover Park, IL - Stopped by office and talked to Jim Williams about potential Crestron Controls person. We have someone in mind and should be getting his resume next week. Also did joint sales calls with Pat, Paul, and Lisa.

## Market Development

[redacted]

## Directors

**Mark Swiderski -** Worked with Jerry Wagner on the AVI Systems Partnering Program. Adding MPC and RGBHV switchers to the agreement with quotas to attain. Stumbling block for Michael V. because of a difficulty with an end user and Kevin Iselli our MDM RM for A+. Confusion on who said what and why more Crestron equipment was not used. I am working it out with Jerry Wagner, Michael V. and Jane Philips to quickly get resolved. Working with TeL (Thalner) on why the AIA power point was not ready for them. Working with TeL and Sound Engineering and their disapproval of DAT (Digital Age Technologies) becoming a dealer in the Detroit Michigan market.

## Comments from the Region

**MF:** Palmer Harbison (CAIP)(Advanced Control Systems Design) yesterday to share his concern about our TPMC-8X. Crestron changed the WiFi chip from an Intel chip to Atheros (spelling), staying connected, getting back up and running without complete reboot, hassles in getting the unit set up causing much more time to set up versus the Intel chip, network lights blinks, and don' understand if we know we are having problems that we don't change it back. The CAIP implements an average of 12 units per month and are concerned that if we don't resolve we will lose business. Sited example of project in CA. that if they cannot resolve the end user wants the equipment removed. John Lamberson is working on addressing this with CAIP.

# Week of September 1st, 2008

## Residential

**Dave Koller (3-1R RRSM) -** CEDIA Tuesday - Sunday. Labor Day holiday
**Craig Gulley (3-2R RRSM) -** CEDIA Tuesday - Sunday. Labor Day holiday
**Adam Gold (3-3R RRSM) -** CEDIA Tuesday - Sunday. Labor Day holiday

## Commercial

[redacted]

## Lighting Control

**Don Brown (MWLCRM) -** Lauderdale Electric - Carpentersville, IL - Had Bill Lauderdale and Rick from KSA Ltg stop by the Arlington Hts facility. Bill wanted a run through of what Crestron was able to offer. Ran him through the system in our training room. Thank you Kevin Iselli for your assistance. Bill is working on a facility in Elgin that he wants to use our system in a Lobby. Also we discussed some $1m condo's that he is involved in. Will recommend Crestron to the builders.

## Market Development

[redacted]

## Directors

**John Lamberson -** CEDIA Monday - Sunday. Labor Day holiday
**Mark Swiderski -** CEDIA Tuesday - Sunday. Labor Day holiday

## Comments from the Region

**MR** : Dascom, Bill told me the only reason he sells AMX is when the client wants a lower profile 12" or larger touch panel. He likes the fact that AMX makes their panels in a 16x9 format thus making the panels easier to see over. We don't offer that option in 12" 15" and UPX-2. I told him I would put in my report.

## Week of September 8th, 2008

## Residential

**Dave Koller (3-1R RRSM) -** Integrisys, Chicago IL – I met with Brad Weintraub. We reviewed the new CEDIA brochure, and I gave him a full review of what Crestron presented at the show. We reviewed soft ETA's, and preliminary price structures for said products. We also talked about Lutron lighting, and what it will take to make a move for them as a company. Shades are an important par o f their downtown business, and a shade solution would help them make a transition to our lighting product.

**Craig Gulley (3-2R RRSM) -** Stereo One, Cape Girardeau, Missouri- Meeting with the entire sales staff of Stereo One, Cape Girardeau. I went over all the new CEDIA products and answered additional questions about the product. I again demonstrated the 6X and its feature set for them. John Selby and I discussed the problems that the Springfield location is having with the TPMC4x and how they have handled it and how we have responded They have 2 jobs where the clients have reached the end of their patience with Stereo One and the 4x installations. John Lamberson is presently working with them on both issues. In both cases the fault is probably not with the hardware, but with the installation and choice of product used for the installation. I explained to John that we will help them resolve the issues. John Tiffany is looking to pre-wire a house for DM in the next 3 weeks and wants the pricing on Cresnet Fiber as soon as possible.
**Adam Gold (3-3R RRSM)** - Tetricom. Madison Heights, MI. Met with George Pecar (Owner). Did a complete CEDIA overview using the CEDIA power points as George was unable to get out to Denver this year. George was amazed at the amount of new products we had coming and was very excited about the I-Server and the HDMI switchers. This dealer is relatively new and had a good first year ending with 77K for fiscal 08. George said that his goal for 09 is at least the 100K mark. Currently YTD is at 10K for this dealer. George said that he might be moving Tetricom out of the current facility and into his home or possibly a new location but was not sure exactly what is going to happen. He said that it will not impact his business with Crestron at all and that he will still have complete display product where his clients could see a functioning Crestron system. Very committed dealer who is always leading with all Crestron solutions.

## Commercial

[redacted]

## Lighting Control

**Don Brown (MWLCRM) -** Lighting Associates - Webster Groves, MO - Had a meeting about the Edward Jones project at Lighting Associates office. We had about 30 people in the meeting to discuss all the particulars of the project. Also had Steve Cernak from Crestron Project Management in for the meeting. The meeting lasted about 6 hours.

## Market Development

[redacted]

## Directors

[redacted]

**Comments from the Region**

**MR:** Out of Full line catalogs. Are we going to print a new one anytime soon?
**MR:** I-Media appears to be having problems working in the field. I have 3 dealers with problems. I see we posted a new firmware update on our web-site last Friday. I hope that fixes most of our dealers concerns
**TR,MR & JH:** Questioning why he didn't receive a TPS-6X-FP-NB bezel with his (3) TPS-6X units. The latest Crestron Price List still indicates that they are supposed to ship with both the default engraved and the blank. In talking with Kim it seems units were shipped without them. Replacements can ship in two weeks. Dealers cannot wait. They need them now.

## Week of September 15th, 2008

**Residential**

**Dave Koller (3-1R RRSM) -** Barretts Naperville IL – Met with Joe, John Wettlaufer, and Pete Heskin. The focus of the meeting was their disappointment with Crestron's decision to terminate the HTSA agreement. They are also eager to determine if they will be able to retain some of the program benefits they had received. They spoke of a letter that Randy Klein had written to HTSA stating that he wanted to be able to focus more on the dealers that were growing with Crestron. They did not have a copy of the letter. Joe's complaint is that they have grown significantly and are vested in their commitment to Crestron. I told him that I had been working with Mark Swiderski on their program and that I was trying to keep them right where they were. Joe advised me that HTSA has urged their members to look at Control 4 and Savant as viable replacements for Crestron. He told me that he was going to wait a year and watch how it worked for his peers in HTSA. I told Joe that he would have to do what was best for his business, but with the pending approval of the benefits I had requested, he had a greater competitive edge than any other dealer in the market. I also told him that I had been helping their organization by providing leads to John Wettlaufer. I also questioned Joe on why he would even ponder anything like that considering manufacturer's like Control 4's distribution policies and their indiscriminate additions in the market. This directly conflicts with Barretts and how they have traditionally picked their vendors. I also pointed out the depth of the 2 lines HTSA likes against Crestron. Lastly, I asked how they would service their existing legacy Crestron customers if they did not have access to the line. At the end, Joe agreed that he would really just like to get his benefits back, and that he is too vested in Crestron to go anywhere. He asked if I would request his original staggered growth program up to 5% instead of a 5% only deal and I told him that I would make the request.
**Craig Gulley (3-2R RRSM) -** Integrated Electronics, Missouri- Meeting with Keith Axe. I went over all the new CEDIA products and answered additional questions about all our products as he did not attend CEDIA. I again demonstrated the 6X and its feature set for him. Keith's biggest focus was the return of the TPMC4X units that they can not make work. He said he has lost confidence in the wifi products and can't spend anymore time working on them. He had the serial numbers of the units for me and I told him I would work on a solution for him. I spoke to Mark S and John L and we will have a conference call with Keith this coming week to try and sort out a solution.
**Adam Gold (3-3R RRSM) -** Grand Home Automation. Hudsonville, MI. Met with Brent Simxox ( VP-Ops) Rich Conklin (VP-Tech) and Tim Imrick (programmer). I started in engineering and discussed and answered questions on the new products then met with Brent, Rich, and Tim. Discussed their push into the Detroit market which they told me about 2 million dollars in business has just been secured in Detroit. Discussed the DM product which they believe to be the future of all video distribution but they want to wait for the fiber solution and will not put in the copper unless completely necessary. They asked why Crestron does not have any activities at CEDIA and explained that other manufacturers grab mind share from Crestron. I asked about our competition and they said that Savant came in with the CEO of the company and asked for them to be a dealer. They politely declined and said that the product line is not ready at this time but they were impressed at the effort Savant put fourth. Tim also said that he needs the fiber cable now to pre-wire upcoming jobs. Brent said that there are orders that will need to be placed within the next 60 days that could total 80K or more.

**Commercial**

[redacted]

[redacted]

**Don Brown (MWLCRM) -** NJHQ for Commercial lighting meeting to meet Jay. KSA Lighting for meetings with REP and electrical Contractor. Last entry since Jay will be providing information to HQNJ.

## Market Development

[redacted]

**John Lamberson -** TPMC-17 problems with panels locking up and not working. Failure rate between 30%- 50% for dealers in our territory. Dealers will have them work for over a year and than they "die". Send in for service and when they get them back the "die" after 2- 3 weeks. Frustration for the dealers using them in high profile projects. Addressed AVI Systems and the i-Media installation. We sent Steve M. and he updated all of the firmware and found 11 installation errors. Addressed MPC product installation with Firmware and projector module they used. John updated projector module tested and sent update to dealer. Working with HQNJ on RoomView inactive for information, training and technical requirements.
**Mark Swiderski -** Meeting at HQNJ for Commercial lighting. Coordination of meetings in Michigan with TeL and Sound Engineering over DAT becoming a dealer. Meetings for this week. Coordination of A+ handling in Wisconsin based on AVI systems request. AVI Systems partnering program with Jerry Wagner signed by Michael V and sent to HQ. Interviewed Tech Support candidate Steve Smith with John Lamberson (first interview at CEDIA) for Lighting Tech iniative already supported by RK.

## Comments from the Region

**AG:** Grand Home Automation. Hudsonville, MI. - I asked about our competition and they said that Savant came in with the CEO of the company and asked for them to be a dealer. They politely declined and said that the product line is not ready at this time but they were impressed at the effort Savant put fourth. Working on getting the details of the Savant deal.

**DK:** Savant is on the move in the territory. As of yet, I have not seen an actual sale nor an actual dealer, but Paul Heath was recently asked by a consumer to switch their system that had been wired Crestron to Savant. Paul Heath overcame the issue, but in the same week I saw an email from Pritzker / Traubert that had been sent to Baumeister that seems to indicate that some of his friends are looking to use the system. Lastly, I have heard that HTSA has given their members a directive to peruse Savant and Control 4 as possible control platforms to turn to.
**MR:** Projects Lost: St.Micheal Schools (SchoolView Software using AMX (NI-4100/NXT-12) systems to monitor and control "Whole School" AV, HVAC, MICS Etc. Note.. SchoolView (out of Austin, TX) could be a good IP2 partner. I sent all the information to Mark Swiderski who sent it to Chris Wildforrester) I provided information to Chris for further follow up.
**TR:** The amount and length of backorders is frustrating many of the Dealers in 3-4C territory.

## Week of September 22nd, 2008

### Residential

**Dave Koller (3-1R RRSM)** - Automation Arts, Middleton WI – I Met with Derek & Bradley. I gave them the new Crestron CEDIA brochure and I reviewed with them all of the technology that we had presented at the show. Once done, I asked them about the lighting job that Lamberson had helped them with, and they told me that things were working well, and that they were extremely pleased with the Midwest team. I then went to meet with Brad and we talked about the business. AA is behind last year's sales by about 10% YTD. They currently have about 5 jobs in the pipeline, but the pipeline is slowing down. We talked about trends we are both seeing in the market place, and we also talked about a couple of orders he had coming to cover a couple of jobs. He is going to place these orders (about $22k) before Sept. 30th.
**Craig Gulley (3-2R RRSM)** - VSI, MN. - Meeting with the entire sales staff of the VSI. We had the other offices on audio conference as well. I went over all the new CEDIA products and answered additional questions about all our products as no one from VSI attended CEDIA. I again demonstrated the 6X and its feature set for them. I discussed the Tall Grass project in Fargo with Terry Dahl and made sure he understood we would do what ever it takes to make sure that project went both Crestron AV and Lighting over the current spec of Crestron AV and Lutron lighting. I spoke to Jamie about getting some special attention to the architect on this project since they are in Chicago. I was voted the VSI vendor Rep of the year again this year. I received that honor from them in 03 as well.
**Adam Gold (3-3R RRSM)** - Configuration and D-3 Lighting class at Arlington Heights office. Attended the Residential Systems Design course and the D3 lighting course in the Chicago office. These courses were very educational and benefited me by increasing my knowledge in lighting as a technology and understanding how our lighting systems are programmed and how easy it is to do so. The design class showed me the several different approaches to designing Crestron systems for residential projects. Class was Monday through Friday.

### Commercial

[redacted]

### Market Development

**Michael Frank (MDRM-Consultant)** - KJWW, Des Moines, IA and Rock Island, IL, Technology Design Team. Discussed InfoComm 2008 products, demoed TPS-6X and MPC-M10. Several projects involving Crestron at this time under design or in various stages of integration. We estimated the overall total in Crestron to be $750K.
**Kevin Iselli (MDRM-Educational)** - Des Moines University, Des Moines IA - Dave VonArb. Discussed new products released at InfoComm, demoed MPC, TPS-6x. Dave is working on 15 additional classrooms that will have technology, he is currently looking at MPC or TPS-4l and QM-RMC. Job information, for this entry, is internal only.
**Darryl Krall (MDRM-Corporate)** - Rockwell Automation, Scott Garland, Milwaukee, WI. This was a follow up meeting from my meeting with Rockwell over the summer. We discussed the possibility of Rockwell upgrading approximately 6 conference rooms in December 2009. Scott is still waiting for budget approval.

## Directors

**John Lamberson -** CISCO and Technicolor conference call with end users. RoomView Server conference call with HQ staff. Dave Waldron and John found miss information on the literature and in some of the set ups. Provide HQ with information and followed up with conference call. Tim Johnson's review. AVI Systems, i-Media problems and follow up with dealer.
**Mark Swiderski -** Meetings with TeL and Bill Fons (Thalner Electronics Labs) and Sound Engineering without Bill Fons in Michigan. Reviewed concerns of bringing additional dealers on in the territory over the past 18 months (Federated and Digital Age Technologies). Reviewed concerns and will review with RK when he come to Quarterly Regional meeting on 10/7. Reviewed challenges with Dave Koller on HTSA dealers and their perception of Crestron. Tim Johnson review.

## Comments from the Region

QuickMedia products shown at InfoComm 2008 need updated delivery information. Some indicate August and we are past those dates. Some show other dates in the future. Can we get more accurate information.
What is going on with i-Media? The dealers that we have are having multiple problems. We know John is working on them but what is HQ doing to secure our postion?

## Week of September 29th, 2008

## Residential

**Dave Koller (3-1R RRSM) -** ICX, Westmont IL – I met with Eric Lee and Mark Swiderski. We talked about Eric's current affiliation with AMX and Lutron, and we also talked about the requirements to be a Crestron dealer. He expressed frustration with his dealings with AMX lately, and this is pushing him to make the switch to Crestron. Eric's primary concern in becoming a Crestron dealer is the legacy systems he has installed with AMX product. Mark and I assured him that we understood his position, and also the fact that he has to take care of his customers. We advised him that we would want his future business and proposals to be Crestron, but that he would be able to take care of his existing customer base. We toured his facility, and met his staff... He had requested in the meeting that we make room for him to send a couple of his guys to training as well as provide some loaner demo equipment that he could review and play with. After the meeting Mark said we could probably accommodate both of these requests. Eric should end up doing about $150k - $200k annually with Crestron, and has some close friends that are already dealers that want to help him make the transition. Eric has a Crestron programmer on staff that Mark knew. I have scheduled a meeting between John Lamberson and Eric on Friday Oct 10th. Also, over this past weekend, I spoke with Eric extensively on a system design he is already doing with Crestron Adagio products. He also submitted a request for trade in value for a customer's home that had an existing AMX processor. All of this indicates that Eric should be a go with Crestron
**Craig Gulley (3-2R RRSM) -** Stereo One, Springfield, Missouri- The Springfield location had inventory and vacations this week, so meeting in person was not possible. I did have a conference call with John Selby to discuss the new partnership agreement. Stereo One does sell C4 out of the Cape Girardeau location and was a C4 dealer before becoming a Crestron dealer. I discussed the terms of the agreement with John and spelled out the benefit that would over-ride the value of continuing to do new business with C4. John said he would have to think about the agreement over the weekend. Unbeknownst to John we just won a Crestron vs C4 job in Cape with Q audio video and this is the second time that I know of that we won the job over C4 using Crestron. I am hoping that this will play into Stereo One accepting the agreement. The Springfield location does not sell C4 and sells Crestron only already.
**Adam Gold (3-3R RRSM) -** Digital Lifestyles. Louisville, KY. Met with Tony Rossini (Owner) and Chris Rossini (Sales). Dealer is way ahead of last year and is currently at 95K YTD. Tony has three Crestron opportunities that he said have just closed. Will order 90K for a large project that contains 30K in lighting within the next six weeks and will order for another project with 70K by the end of the calendar year. Tony also just partnered with a minority owned company to do the Crestron portion of a bid that was just awarded. Crestron portion will be about 15K primarily QM product. Dealer is doing very well with Crestron this year and is completely committed to selling all aspects of our product line. Up to date on training requirements and has purchased updated demo product (New touchpanels, keypads, lighting) for his showroom.

## Commercial

[redacted]

[redacted]

**Market Development**

[redacted]

| RSM | New Dealers | State | | Comments |
|---|---|---|---|---|
| Adam Gold | 21st Century Media | PA | Residential | Additional Dealer in Pittsburgh market for Adagio |
| Adam Gold | Live Wire Designs | PA | Residential | Additional Dealer in Pittsburgh market for Adagio |
| Adam Gold | Audio Visual Integrators | IN | Residential | Additional Dealer in western Indiana to cover state. |
| Craig Gulley | AVP | NE | Residential | Additional Dealer in Omaha market for Adagio |
| Dave Koller | Automated Lifestyles | IL | Residential | Additional Dealer in South Suburb Chicago market for middle to high end systems. |
| Dave Koller | AV Integration Group | IL | Residential | Additional Dealer in Chicago market for Adagio |
| Dave Koller | Automated Solutions through Integration | IL | Residential | Additional Dealer in Chicago market for middle to high end systems. |
| Dave Koller | AV Install Tech | IL | Residential | Additional Dealer in Western Suburbs Chicago for Adagio. Sales person from Baumeister. Giving up Control 4. |
| Dave Koller | Integrated Control Experts | IL | Residential | Additional Dealer in Western Suburbs Chicago of high end systems. Referral RK. |

[redacted]

| RSM | Residential - CAT5 Dealers | State | Status | Comments | Categories: Audio | Video | Control | Lighting | Other | Focus |
|---|---|---|---|---|---|---|---|---|---|---|
| Adam Gold | Barney Millers | KY | Active | Would have to convert their Russ Sound and Lutron business. | X | X | X | X | X | DVP-HD |
| Adam Gold | Classic Stereo | IN | Active | Would have to convert Control 4 and Lutron business. | X | X | X | X | X | Adagio |
| Craig Gulley | Audio Video Planners | MN | Active | Using of more technology PVID's, DVP and DM. | X | X | X | X | X | PVID, DVP |
| Craig Gulley | CS Media | MN | Active | Would solidify their conversion to Crestron lighting moving from an AMX/Lutron dealer | X | X | X | X | X | ALL |
| Dave Koller | HITECH Homes Inc. | WI | Active | Would convert to use Crestron lighting over Lutron or Ligholier.Lutron | X | X | X | X | X | Lighting |
| Dave Koller | Imagine Media | IL | Active | Would convert to use Crestron over Niles. | X | X | X | X | X | Adagio |
| Dave Koller | Village Audio & Video | IL | Active | Would convert to use Crestron over Elan. | X | X | X | X | X | Lighting |
| Dave Koller | Integrisys Systems | IL | Active | Would convert to use Crestron over Lutron. | X | X | X | X | X | Lighting |

| Date | RSM | Residential - Other Special Programs<br>These programs were authorized in October 2008 | State | Status | Program |
|---|---|---|---|---|---|
| October | Craig Gulley | Audio Craft | KS | Active | Partnership Rewards Program - End column pricing, Free Engraving & ground freight, 5% rebate plus DRP, Demo - 30% discount |
| October | Adam Gold | Barney Millers | KY | Active | Partnership Rewards Program - End column pricing, Free Engraving & ground freight, 5% rebate plus DRP, Demo - 30% discount |
| October | Dave Koller | Barrett's Inc. | IL | Active | Partnership Rewards Program - End column pricing, Free Engraving & ground freight, 5% rebate plus DRP, Demo - 30% discount |
| October | Craig Gulley | Pacific Sound & Video | ND | Active | Partnership Rewards Program - End column pricing, Free Engraving & ground freight, 5% rebate plus DRP, Demo - 30% discount |
| October | Adam Gold | Paulson's Audio & Video | MI | Active | Partnership Rewards Program - End column pricing, Free Engraving & ground freight, 5% rebate plus DRP, Demo - 30% discount |
| October | Craig Gulley | Stereo One | MO | Active | Partnership Rewards Program - End column pricing, Free Engraving & ground freight, 5% rebate plus DRP, Demo - 30% discount |
| October | Craig Gulley | The Sound Room | MO | Active | Partnership Rewards Program - End column pricing, Free Engraving & ground freight, 5% rebate plus DRP, Demo - 30% discount |