EXHIBIT 474

| | | |
|---|---|---|
| **From:** | Randy Klein | October 29, 2007 7:04:47 PM (-04) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **RE: Automated Environments** | |
| **Attachments:** | | |

Approved today

Randy Klein
Executive Vice President

---

From: Dave Sell
Sent: Monday, October 29, 2007 12:37 AM
To: Randy Klein
Subject: RE: Automated Environments

Randy:

See attached. I spoke at length with Gordon about your message here and his summary in the original dealer questionnaire. I made sure he has received this dealers complete commitment to our product line and to dropping the competitive lines you mention. Gordon's comments are not intended to express doubt or that the dealer's commitment is contingent on anything. His choice of words is not the best, and I can see your point.

They have committed to our product line and expect to do $100k - $150k this FY. As far as the overall revenue, Gordon estimated that number himself which is wrong to do, especially a new company. Their overall revenue in their first year is projected to be more like $1 - $1.2M.
Dave Sell, Director << Message: Automated Environments >>
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

---

From: Randy Klein
Sent: Monday, October 22, 2007 10:58 AM
To: Dave Sell
Subject: Automated Environments

I received a new dealer app from the above today. They list every possible competitor of ours. While the notes state ?they are willing to lead with Crestron and phase out other competitive lines as long as we can support them?, I still have reservations and questions. They represent 5 different competitive lines, including AMX, C4 and Vantage. You state the anticipated business is $100K and they do $2.5M. Something doesn?t add up. If they are $2.5M, they have to be doing more than $100K with all those other lines. This is just like Rick Rood, but lots smaller. I cannot support their application without a firm knowledge of how much business they?re doing with our competitors, and a firm commitment to drop them.

Randy Klein
Executive Vice President

# EXHIBIT 475

# Residential Sales Meeting Agenda
# Dallas, TX Office
# April 15, 2011

***It's all about Sales and Projects that positively impact our FY 2011 Business!!***

**Residential Regional Sales Managers:** **Jake/Matt/Rob/DJ/Hank**

- ◊ Region Sales Update
  - Repeat 1st half/Grow $1/Quota Achievement
- ◊ Territory Sales Status – RSM
  - Dah…Winning/Losing
  - Your Plan for the Q4
  - Goals update
  - STARS update
- ◊ End User's
  - EC's: combating Extron
  - Builder Program
  - Time Management
- ◊ Q4 Strategy
  - Competition
    - Control 4 / Savant / Lutron
    - Flipping Projects
  - Enhanced PRP – Dealer Reviews: Plan & Commitment
  - New Products to Sell/Push
- ◊ Q4/YE Sales Projection

EXHIBIT 476

CRESTRON®

# Crestron Southwest
# FY 2009 Annual Sales Review
# July 22, 2009

**Sales Review** –

- National
- Region
- Territory
- Lighting
- VIR Dealers
- Partnership Programs
- New Dealers
- Consultants & Business Development

**New Fiscal Year 2010** – *We must continue to evolve/lead/adapt*

- New DRP/VIR Programs
- New Dealers – Now what?
- Prodigy
  - Positioning Strategy
- Competition
  - Control4
  - Savant
  - Extron
- Digital Media –Drive, Drive, Drive
- TI & Crestron's Direct Connect
- End User Complaints
- Infocomm 2009
  - Comparison Guide
  - Infocomm 100
- Cedia 2009
- The Converted/Unconverted
- Selling Direct
- FY 2010 Sales Projections

**Open Discussion** –

Crestron Electronics, Inc.
15 Volvo Drive
Rockleigh, NJ 07647
Tel: 800.237.2041/ 201.767.3400
Fax: 201.767.7576
www.crestron.com

NEW YORK LOS ANGELES ATLANTA DALLAS CHICAGO ORLANDO
TORONTO MEXICO CITY SAO PAULO BRUSSELS MUNICH MILAN
LONDON PARIS BARCELONA DUBAI HONG KONG BEIJING
SINGAPORE MELBOURNE

# EXHIBIT 477

**From:** David Hakula July 21, 2011 9:20:03 AM (-04)
**To:** Chris Perkins
**Cc:** Maria Pierce
**Bcc:**
**Subject:** **RE: Audiocom Group Greenwich**

**Attachments:**

Chris

This has some problems -

1. Do not bill this material out as sale, this is demo product that dealer is not taking ownership of, and per the agreement, will never pay for. This should go out as loaner equipment. We will file a UCC to affirm our ownership of this equipment.

2. I am not sure what you mean by selling the product at a 50% discount but valuing at 100% for PRP purposes ? As we are going to growth program, are you suggesting that we value his lighting purchases at double the amount he has paid for them? So if we he buys ½ of the lighting he bought this year, it would count as 100% of what he bought the year before? Said another way, if he purchases exactly the same dollar value as he bought this year, but all in lighting, he would have 100% growth, potentially entitled to a 25% rebate on all of his sales? I really don't see how you can agree, or propose terms like these when you don't even know what the program is going to be for next year?

3. Finally – I would have suggested a more black/white ability to terminate the exclusivity clause, but that will have to wait for another day.

---

**From:** Chris Perkins
**Sent:** Wednesday, July 20, 2011 8:37 PM
**To:** Maria Pierce
**Cc:** Randy Klein; David Hakula
**Subject:** FW: Audiocom Group Greenwich

Maria-

Our arrangement with this account has two items that will need your attention.

1. I have directed Audiocom to place purchase orders for the demo equipment as you described. The "terms" of the arrangement are below. For purposes of billing I will review the dealer support items with Audiocom after day 365 and report back to you.

2. We are providing lighting category products to them at 50% off. Their PO's will reflect this so we will need notes that allow OP to process these PO's without further approval.

David-

Our arrangement has two items that will require attention from finance.

1. While the lighting purchases are being made at 50% off dealer cost we agreed to credit towards EPRP at full dealer cost.

2. We agreed to issue quarterly credit memo's not to exceed $3500.00 per quarter for marketing purposes. The dealer will request these credit memos through their RSM and will be approved by me and passed on to finance if the marketing event is deemed acceptable.

I worked with Randy on this arrangement. In exchange for this agreement the dealer, a long time loyal Crestron partner is opening a new showcase featuring our products on Greenwich Avenue in the heart of Greenwich CT. Our objective is to position a high profile dealer in this market where the median price for a single-family home in town was $1.7 million in 2006, when about 140 properties sold for $5 million or more. Audiocom already has proven relationships with many of the area's top lighting specifiers and architects and this arrangement is patterned to provide them with a significant advantage with both location and greater margin to displace Lutron as frequently as possible.

Please contact me if you have questions-

Chris

---

**From:** David Donofrio [mailto:david@theaudiocomgroup.com]
**Sent:** Wednesday, July 20, 2011 7:52 PM
**To:** Chris Perkins
**Cc:** Randy Klein
**Subject:** Re: Audiocom Group Greenwich

I accept the terms of this agreement.

David Donofrio
President
Audiocom Inc.
140 Water Street
Norwalk, CT. 06854

On Jul 20, 2011, at 7:48 PM, Chris Perkins <cperkins@crestron.com> wrote:

David,

Our agreement as we discussed and amended is below. A reply acknowledging agreement will suffice on our end

---

# Crestron Electronics and Audiocom Group Inc. Greenwich CT Showroom Agreement of Mutual Support

**Crestron support -**

- Crestron provides Audiocom, Inc., the exclusive right to own and operate a Crestron branded Experience Center in Fairfield County, CT.
- Crestron will extend a 50% discount from dealer cost on products included in the Lighting sales category.
- Crestron will value above purchases at dealer cost as those purchases relate to Crestron's Dealer Reward Program.
- Crestron will provide $50,000 in product to be used for demonstration purposes at no charge (value TBD).
- Crestron will provide up to $3500.00 (as Credit memo) per quarter for approved marketing events to promote Crestron brand.
- Crestron will provide in store signage , POP materials and approved display fixtures as available

**Audiocom Support -**

- The outdoor and indoor signage for the Crestron Experience Center shall display the Crestron logo exclusively.
- Audiocom, Inc. agrees to remain an exclusive Crestron dealer. Audiocom will not promote or represent competing automation or lighting control companies.
- Audiocom, Inc., shall find highly visible retail space in Greenwich CT.
- Audiocom, Inc., shall staff and maintain the Crestron Experience Center.
- Audiocom, Inc., shall work with Crestron sales representatives to leverage the new Crestron Experience Center and penetrate the market.

The above terms shall remain in effect for 3 years or until both parties agree to terminate the agreement. This agreement assumes reasonable sales growth year over year by Audiocom Inc. Lack of reasonable sales growth may result in termination of the agreement.

---

Regarding the Showroom product purchases

1. Submit a Demo PO totaling $50,000. We will process this invoice with 365 day terms. We will review Audicom support per the agreement and assuming the agreement is fulfilled the purchase will not be invoiced.
2. If a second Demo PO for any products over $50,000 should be issued this will be invoiced at standard net30.
3. Demo lighting products receive 50% off dealer cost. Demo Products released within 90 days receive 20% off dealer cost. All other demo products receive 10% off dealer cost.

As we have discussed this arrangement and are verbally in agreement, a reply email acknowledging

your acceptance will suffice and we can move forward.

Regards,

**Chris Perkins**
Regional Director

Phone: 201.767.3400 x10226
Direct: 201.367.1068
Fax: 201.767.2439
Email: cperkins@crestron.com

**Crestron Electronics, Inc.**
15 Volvo Drive , Rockleigh, New Jersey 07647
Crestron Website | Twitter | Facebook

Crestron Electronics' Email Disclosure

<image001.jpg>

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.

# EXHIBIT 478

Crestron Partnership Rewards Program

# Crestron Partnership Rewards Program

Crestron is pleased to offer the following partner program, based on the ongoing commitment of dealers to exclusively support Crestron in their businesses.

**PRICING/DISCOUNTS:**
- End column pricing on all applicable products
- Free engraving on all keypads
- Free ground freight on all products

**TERMS:**
- Net 30

**PARTNER REBATE:**
- 5% rebate will be paid quarterly; this rebate is in addition to all other Crestron rewards programs

**DEMO EQUIPMENT:**
- All demo products will be offered at a 30% discount

**TERMS AND CONDITIONS OF THE PROGRAM**
- Credits will be issued quarterly
- The program will be renewed annually
- Sales are defined as all paid invoices minus returned merchandise credits and earned DRP credits; any bonus earned through special purchase promotions is also included in sales
- Rebates will be paid in the form of an account credit
- Dealer account must be current and in good standing in order to redeem credit
- Any equipment that is discounted will qualify towards dealers sales levels, but will not qualify for rebate amount

**Dealer Acceptance:** ______________________________
(Name, Date)

**Company:** ______________________________

CRESTRON
www.crestron.com | 800.237.2041

EXHIBIT 479

# RESIDENTIAL MARKET DEVELOPMENT DISCUSSION

JULY 13-14, 2011

Rockleigh, NJ

**GOAL**: Collectively synergize and give interactive feedback from Sales, Marketing, Sales Support Services, Customer Support, Tech Support, Order Processing, CTI, Product Marketing, Engineering, and Business Development to the Director of Residential Market Development (Ami Wright).

**OBJECTIVES:**
1. Generate a 360-degree overview of our Residential business today
2. Identify 3 to 5 areas to focus on that will further develop the market
3. Create a consolidated master list of all tactical ideas

**FACILITATOR:** Ami Wright

**INVITED PARTICIPANTS:** Fred Bargetzi, Josh Stene, Dan Jackson, Doug Jacobson, Vin Bruno, Jeff Singer, Bryan Celli, Ray Coneys, Mike Mongiardo, Rich Sasson, Maria Pierce, Jeff Ashachik, Steve Samson, Delia Hansen, Phil Cowling, Dave Sell, Jerrie Anderson, Landon Lovett, Mark Swiderski, John Gutekunst, Chris Perkins, Jason Tirado, Robin Van Meeuwen, Scott Dunnet, Will Sexton, Matt Lien, Craig Gulley, Scott Smith, Michael Frackman, Ben DeFilippo, Keith Kennedy, Dave Silberstein, Mike Malone, Shayna Bramley

**Market Development Definition:** Expansion of the total market for a product or company by
(1) increasing usage per user
(2) converting nonusers into users
(3) entering new segments of the market

------------------------

| | | |
|---|---|---|
| **PRE-DICUSSION** | Answer survey questions (due by Wed 7/6 5:00PM PST) | ALL |
| | Prepare your intro comments (due at meeting 7/14) | ALL |

------------------------

**WEDNESDAY**

| | | |
|---|---|---|
| 7:00 PM | DINNER/ACTIVITY | SALES*, FB |

* *SALES = All RSDs, RSMs, Keith Kennedy, Dave Silberstein, Delia Hansen*

**THURSDAY (Training Meeting Room)**

| | | |
|---|---|---|
| 9:00 AM | INTRO COMMENTS (All to share their response to 2 pre-assigned questions) | ALL |
| 10:00 AM | SURVEY RESULTS | ALL |
| 10:15AM | MARKET DEVELOPMENT BREAKOUT GROUPS<br>(1) increasing usage per user<br>(2) converting nonusers into users<br>(3) entering new segments of the market | ALL |
| 11:15AM | Break | |
| 11:15AM | COMPETITION<br>Control 4<br>Savant | SALES*, MKTG, ENG, MMo |
| 11:45AM | SUPPORT (Pre to Post) | SALES*, RC, MMo, MP, RS |
| 12:15PM | WORKING LUNCH / DEALERS ("Dick") | SALES*, MKTG, JA, OPEN** |
| 1:00 PM | "END-USERS"<br>Homeowner ("Jane")<br>Design Trade ("Judy") | SALES*, MKTG, JA |
| 2:00 PM | BREAK | |
| 2:15 PM | LIGHTING "CONTROL" | SALES*, MKTG, MMa, SB, JS, DoJ |
| 2:45PM | CLOSING | SALES** |
| 3:00 PM | DEPART FOR FLIGHTS HOME | |
| 5:45PM | HAPPY HOUR | OPEN** |

* *SALES = All RSDs, RSMs, Keith Kennedy, Dave Silberstein, Delia Hansen*

** *OPEN = Any invited participants may join*

# EXHIBIT 481

# Midwest Regional FY 11 Review

July 2011

CRESTRON

# *Crestron Midwest*

## Midwest Region

## Fiscal '11

## Performance Review

*July 2011*

CRESTRON

# *Midwest Region*

## Sales Performance –

- Region

*July 2011*

CRESTRON

# *Region Sales Performance*

## Regional Sales vs. Quota- [redacted]

| ***Territory*** | ***Regional Manager*** | ***Yearly Quota*** | ***Net-Net Sales*** | ***% of Quota*** |
|---|---|---|---|---|
| [redacted] | | | | |
| R3-1 | Craig Gulley | $ 3,800,000 | $ 3,132,296 | **82%** |
| R3-2 | Mark Swiderski / Craig Gulley | $ 5,100,000 | $ 3,858,476 | **76%** |
| R3-3 | Mark Swiderski / Tom Little | $ 3,400,000 | $ 3,160,498 | **93%** |
| | | | | |
| | [redacted] | | | |

CRESTRON

# *Region Sales Performance Yearly*

Sales of Regional Business - Commercial / Residential
In Dollars versus FY 10, FY09 & FY 08

[redacted]

| Fiscal Year | [redacted] | Residential | [redacted] |
|---|---|---|---|
| 2008 | [redacted] | 14,871,846 | [redacted] |
| 2009 | [redacted] | 11,800,437 | [redacted] |
| 2010 | [redacted] | 10,807,437 | [redacted] |
| 2011 | [redacted] | 10,347,478 | [redacted] |

CRESTRON

# *Region Sales Performance Yearly*

Sales in Percentage of Regional Business - Business – Commercial / Residential
As a Percentage versus FY 10, FY09 & FY 08

[redacted]

Residential
Commercial

[redacted]

CRESTRON

# *Region Sales Performance Quarterly*

[redacted]

# Region Sales Performance Quarterly

[redacted]

# *Region Sales Performance Monthly*

[redacted]

[redacted]

# *Region Sales Performance Monthly*




[redacted]

CRESTRON

# Region Sales Performance

## Sales Performance –

- Dealer Regional Managers
  - Commercial
  - Residential
- Market Development Managers

CRESTRON

# *Midwest Region*

## *Sales Performance –*

- *Dealer Regional Managers*
  - *Commercial*

CRESTRON

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Midwest Region

## Sales Performance –

- Dealer Regional Managers
  - Residential

CRESTRON

# Residential Sales Performance

| Territory | Regional Manager | Yearly Quota | Net-Net Sales | % of Quota |
|---|---|---|---|---|
| R3-1 | Craig Gulley | $ 3,800,000 | $ 3,132,296 | **82%** |
| R3-2 | Mark Swiderski / Craig Gulley | $ 5,100,000 | $ 3,858,476 | **76%** |
| R3-3 | Mark Swiderski / Tom Little | $ 3,400,000 | $ 3,160,498 | **93%** |
| | | | | |
| | **Regional Totals** | **$12,300,000** | **$10,367,057** | **84%** |

***Note:***
Mark maintained R3-2 from 11/10 – 4/11.
Craig was responsible for R3-2 from 4/11 – 6/11.
Mark maintained R3-3 from 12/10 – 4/11.
Tom was responsible for R3-3 from 4/11 – 6/11.

# Midwest Sales – Residential Quarterly




| | QTR 1 | QTR 2 | QTR 3 | QTR 4 | TOTALS | AVERAGE |
|---|---|---|---|---|---|---|
| **Fiscal 2008** | 3,128,401 | 3,511,296 | 3,170,790 | 5,061,359 | **14,871,846** | **3,717,962** |
| **Fiscal 2009** | 2,532,252 | 3,967,284 | 2,101,259 | 3,199,819 | **11,800,614** | **2,950,154** |
| **Fiscal 2010** | 2,410,041 | 2,495,744 | 2,521,997 | 3,379,654 | **10,807,437** | **2,701,859** |
| **Fiscal 2011** | 2,248,778 | 2,463,390 | 2,274,223 | 3,361,087 | **10,347,478** | **2,586,870** |

CRESTRON

# *Midwest Sales – Residential Quarterly*




| | QTR 1 | QTR 2 | QTR 3 | QTR 4 | TOTALS | AVERAGE |
|---|---|---|---|---|---|---|
| **Fiscal 2008** | 3,128,401 | 3,511,296 | 3,170,790 | 5,061,359 | **14,871,846** | **3,717,962** |
| **Fiscal 2009** | 2,532,252 | 3,967,284 | 2,101,259 | 3,199,819 | **11,800,614** | **2,950,154** |
| **Fiscal 2010** | 2,410,041 | 2,495,744 | 2,521,997 | 3,379,654 | **10,807,437** | **2,701,859** |
| **Fiscal 2011** | 2,248,778 | 2,463,390 | 2,274,223 | 3,361,087 | **10,347,478** | **2,586,870** |

CRESTRON

Restricted Confidential – Outside Counsel Only

# *Residential Sales Performance Monthly*




| | July | August | September | October | November | December | January | February | March | April | May | June | TOTALS | AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal 2008** | 911,308 | 943,960 | 1,273,133 | 1,158,699 | 1,259,769 | 1,092,828 | 1,105,697 | 1,120,975 | 944,118 | 1,374,398 | 1,660,747 | 2,026,214 | **14,871,846** | **1,239,321** |
| **Fiscal 2009** | 972,531 | 666,485 | 893,236 | 1,483,409 | 1,085,844 | 1,398,031 | 752,559 | 569,278 | 779,421 | 987,365 | 942,611 | 1,269,843 | **11,800,614** | **983,385** |
| **Fiscal 2010** | 988,210 | 694,722 | 727,110 | 818,909 | 752,250 | 924,585 | 847,840 | 793,950 | 880,208 | 1,084,932 | 763,798 | 1,530,925 | **10,807,437** | **900,620** |
| **Fiscal 2011** | 718,361 | 796,061 | 734,356 | 901,064 | 709,191 | 853,135 | 534,008 | 725,287 | 1,034,501 | 983,564 | 897,832 | 1,479,692 | **10,367,052** | **863,921** |

CRESTRON

# Market Development Performance

[redacted]

# *Performance – Market Development*

## *Estimated Market Development FY 11 Calls and Quota-Sales Involvement*

[redacted]

# Performance – Market Development

## Actual Market Development FY 11 Calls and Quota-Quote Involvement

[redacted]

CRESTRON

# *Market Development Performance*

*Actual Quota-Quote Involvement*

*Our tracking forms*

[redacted]

CRESTRON

# Dealer Performance

## Dealer Performance

- *Commercial*
- *Residential*

*January 2011*

CRESTRON

# Midwest Commercial Dealers

[redacted]

[redacted]

# mmercial Dealers Performance

CRESTRON

# mmercial Dealers Performance

CRESTRON

# mmercial Dealers Performance

CRESTRON

# mmercial Dealers Performance

# Residential Dealers Performance

*Dealers - Residential*

# Residential Dealers Performance

| Dealer | Sales | AVD/AMP | Cont/Touch | Lighting | MM |
|---|---|---|---|---|---|
| 2 Dealers | $ 520,375 | $ 77,060 | $ 257,874 | $ 50,730 | $134,551 |
| 20 Dealers | $2,821,839 | $1,152,982 | $ 1,128,554 | $ 506,461 | $ 35,675 |
| 27 Dealers | $1,810,322 | $ 742,314 | $ 690,490 | $ 306,942 | $ 66,066 |
| 31 Dealers | $1,094,087 | $ 425,445 | $ 404,264 | $ 179,517 | $ 74,973 |
| 118 Dealers | $ 915,062 | $ 289,560 | $ 459,844 | $ 165,911 | $ 15,760 |
| 198 Dealers | | | | | |
| | $7,161,685 | $2,687,359 | $ 2,941,027 | $1,209,562 | $327,024 |

CRESTRON

# Residential Dealers Performance

CRESTRON

# Residential Dealers Performance

# New Dealers Performance

## Dealer Sales Performance for FY 10 and FY11

# New Dealers Performance

Listing of dealers from 10 and 11 and their sales

# Midwest Region Business by State

| State | Residential FY11Q | |
|---|---|---|
| | | % of Resi |
| | | |
| Illinois | $ 3,985,000.00 | 31.56% |
| Ohio | $ 1,280,000.00 | 10.14% |
| Minnesota | $ 950,000.00 | 7.52% |
| Michigan | $ 745,000.00 | 5.90% |
| Missouri | $ 2,050,000.00 | 16.24% |
| Indiana | $ 900,000.00 | 7.13% |
| Wisconsin | $ 1,265,000.00 | 10.02% |
| Pennsylvania | $ 265,000.00 | 2.10% |
| Iowa | $ 210,000.00 | 1.66% |
| Kansas | $ 155,000.00 | 1.23% |
| Kentucky | $ 225,000.00 | 1.78% |
| South Dakota | $ 250,000.00 | 1.98% |
| Nebraska | $ 212,000.00 | 1.68% |
| West Virginia | $ 35,000.00 | 0.28% |
| North Dakota | $ 100,000.00 | 0.79% |
| | | |
| | $ 12,627,000.00 | 100.00% |

[redacted]

CRESTRON

# *Midwest Category Sales*

## Category Sales – Fiscal 11
## Nine Months

- ADV/AMP
- Con/Touch
- Lighting
- MM

*July 2011*

CRESTRON

# Dealer Minimum Purchase Levels

[redacted]

# Dealer Minimum Purchase Levels

## Residential

| | FY11 Nine months | FY10 Nine Months | Difference |
|---|---|---|---|
| AVD/AMP | $ 2,687,359 | $ 2,282,845 | $ 404,514 |
| | | | |
| Cont/Touch | $ 2,941,027 | $ 3,534,234 | $ (594,207) |
| | | | |
| Lighting | $ 1,209,562 | $ 1,750,179 | $ (540,617) |
| | | | |
| MM | $ 327,024 | $ 252,107 | $ 74,917 |

CRESTRON

# RK Monthly Dealer Summary

- *Focus on the business*
- *Time allocation*
  - *25% - End users*
  - *25% - New Dealers*
  - *25% - ERP*
  - *25% - 80/20 Existing Dealers*

CRESTRON

# Region Monthly Dealer Summary

| RSM / Territory | YTD Sales | YTD Quota | Quota % | Call Type | Oct | Nov | Dec | Jan | Feb | March |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | End User Calls | 29 | 39 | 38 | 31 | 19 | 15 |
| | | | | Prospective Dealer Calls | 26 | 47 | 33 | 29 | 29 | 33 |
| | | | | PRP Status Meetings | 56 | 63 | 46 | 55 | 50 | 61 |
| | | | | Current Dealer Visits | 100 | 72 | 92 | 81 | 82 | 96 |

# mmercial Monthly Dealer Summary

[redacted]

# Residential Monthly Dealer Summary

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Craig Gulley | 2,137,789 | 2,850,000 | 75% | End User Calls | 3 | 7 | 7 | 2 | 5 | 1 |
| R3-1 | | | | Prospective Dealer Calls | 3 | 5 | 4 | 5 | 5 | 6 |
| | | | | PRP Status Meetings | 6 | 8 | 16 | 16 | 11 | 7 |
| | | | | Current Dealer Visits | 12 | 14 | 20 | 24 | 14 | 18 |
| Mark Swiderski | 2,748,326 | 3,825,000 | 72% | End User Calls | 0 | 3 | 2 | 1 | 0 | 3 |
| R3-2 | | | | Prospective Dealer Calls | 9 | 2 | 3 | 1 | 5 | 3 |
| *and Craig Gulley* | | | | PRP Status Meetings | 19 | 4 | 2 | 0 | 0 | 0 |
| | | | | Current Dealer Visits | 13 | 4 | 2 | 5 | 12 | 10 |
| Mark Swiderski | 1,942,324 | 2,550,000 | 76% | End User Calls | 1 | 1 | 6 | 2 | 0 | 0 |
| R3-3 | | | | Prospective Dealer Calls | 2 | 8 | 10 | 0 | 3 | 3 |
| *and Thomas Little* | | | | PRP Status Meetings | 4 | 12 | 10 | 0 | 0 | 0 |
| | | | | Current Dealer Visits | 10 | 18 | 22 | 8 | 10 | 11 |

CRESTRON

# Midwest

# Midwest

## ***Dealer***
## ***Elite Reward Program***

*Comments*

CRESTRON

# Midwest

## *Dealer*
## *Elite Reward Program*

*Comments*

# Midwest

## Dealer
## Elite Reward Program

## Comments

CRESTRON

# Regional Competition

## Competition

Who, What, Where, When
and How…

CRESTRON

# Residential Competition

- Control 4:
- Savant:
- AMX:
- Our Dealers:

CRESTRON

# Midwest

## Website Dealer Locator

## Comments

CRESTRON

# Midwest Digital Media Certification

- Certified People
  - Digital Media Designer Certification (DMC-D)
  - Digital Media Engineer Certification (DMC-E)

CRESTRON
DMC-D
DIGITAL MEDIA CERTIFIED DESIGNER

CRESTRON
DMC-E
DIGITAL MEDIA CERTIFIED ENGINEER

CRESTRON

EXHIBIT 482

| | | | | | | |
|---|---|---|---|---|---|---|
| 00U300000 0EE0Xj | Jake Bailey | 9/13/2011 | Cedia Appointment | 9/9/2011 | | Met with Dave Jackson and discussed the changes to Prodigy distribution. Dave didn't show much emotion to the decision other than the Boulder location has the product on display in their showroom. Dave and the other executives at ListenUp have always looked at Crestron as only being the higher end solution where they use C4 and URC for entry level and Savant and Crestron for higher end. Talked with Dave about the PVID upgrade promotion and made sure he was aware that it is for other vendor's product as well as ours. Also let Dave know that in the past 5 years they have sold roughly 100K of PVID so there is a lot of opportunity to go back to existing home owners and upgrade their system. |

| | | | | | |
|---|---|---|---|---|---|
| Met with Dave Jackson and discussed the changes to Prodigy distribution. Dave didn't show much emotion to the decision other than the Boulder location has the product on display in their showroom. Dave and the other executives at ListenUp have always looked at Crestron as only being the higher end solution where they use C4 and URC for entry level and Savant and Crestron for higher end. Talked with Dave about the PVID upgrade promotion and made sure he was aware that it is for other vendor's product as well as ours. Also let Dave know that in the past 5 years they have sold roughly 100K of PVID so there is a lot of opportunity to go back to existing home owners and upgrade their system. Dave is excited to see the 6X6 and MLX-3 being released and looks forward to the TPMC-3SMD in the future. Out of everything in the booth he asked more questions about the energy management piece and wanted me to spend some more time with Ben Larken on the product to make sure he is up to speed on the features. Follow Up - Schedule meeting with Ben Larkin in October to discuss the GLS-EM-MCU. | 0 | | Listen Up Audio/Video | Listen Up Audio/Video | Dave Jackson |

EXHIBIT 483

| | | | | | | |
|---|---|---|---|---|---|---|
| 00T300000 19RgZx | Matt Lien | 9/4/2010 | Call | 9/2/2010 | Completed | Savant has been agressively pursuing Dominion. Shared our Crestron vs. Savant guide with Trey to distribute to his team. Also reviewed the PRP program and new product releases and updates. Had an in depth discussion regarding training and agreed on a path for Andrew, their lead installer/programmer right now. Also discussed a number of project management processes that should help alleviate some of the friction they're currently experiencing on their projects. |

| | | | | |
|---|---|---|---|---|
| Savant has been agressively pursuing Dominion. Shared our Crestron vs. Savant guide with Trey to distribute to his team. Also reviewed the PRP program and new product releases and updates. Had an in depth discussion regarding training and agreed on a path for Andrew, their lead installer/programmer right now. Also discussed a number of project management processes that should help alleviate some of the friction they're currently experiencing on their projects. | 1 | DOMINION DESIGN & INTEGRATION | DOMINION DESIGN & INTEGRATION | Trey Hegan |

EXHIBIT 484

# [redacted] Home Theater Strategy

## Executive Summary

Control4 - a new competitor in the lower-end residential control system market has gained traction in [redacted] low-end home theater markets. Last year they did about $40m in revenue at a loss. Crestron should create a new series of products based on a cheap control system/remote control combination to regain the competitive edge in this area.

## Control4's Strategy

Control4 entered the market with small number of products that were carefully selected to have the most impact. In each product category they built the fewest number of permutations possible to sell a complete solution. Designing fewer products not only allowed them to use fewer engineering resources and increase time to market but it also simplifies system design because there are fewer pieces to put together.

**Control4 Products**

| Control Systems | Touch Screens | Keypads | AV | Lighting/HVAC |
|---|---|---|---|---|
| HC-300 ($420) | Ethernet 3.6" Wall-mount ($400) | 6-button ($98) | WiFi Speaker Point ($270) | ZigBee Dimmer ($60) |
| HC-500 ($900) | WiFi 3.6" Wall-mount ($480) | 3-button ($82) | Ethernet Speaker Point ($240) | ZigBee Switch ($60) |
| HC-1000 ($1800) | PoE 7" Wall-mount ($720) | 2-button ($60) | AM/FM/XM Tuner ($540) | ZigBee Lamp Dimmer ($80) |
| | Ethernet 10.5" Wall-mount ($1500) | LCD keypad ($180) | Multi-Channel Amplifier ($1500) | ZigBee Lamp Switch ($80) |
| | 10.5" Wireless (WiFi) ($1500) | | 16X16 Audio Switch ($650) | ZigBee Thermostat($150) |
| | | | 12X12 Component video switch ($2000) | |

In addition, Control4 offers two software products:

- **Composer Home Edition ($100)** – software packadge for end-users to edit scenes, schedules, alerts and manage their audio collection
- **4Sight Subscription ($75)** – 1 year subscription to their online access service for end-users to access their system over the Internet.

The advantages of Control4 compared to Crestron can be outlined in 5 main points:

### All-in-one Solution

By providing many of the standard functions in a single device, Control4 simplified system design and reduced the total BOM cost. Control4's first control system contained the logic engine, an audio server, DVD changer controls, streaming audio, enough I/O for a one-room installation and included a wireless remote. A single Control4 SKU contains a functioning system.

In addition, Control4 integrated both Ethernet and ZigBee communications in the control systems so that any of their devices could be added without wireless gateways or other supporting equipment like power supplies.

Control4's in-wall touchpanels each contain an audio output to drive an in-room amplifier from streaming audio signals. This allows each room to receive audio distribution without the need for a separate speaker point, lowering the total system cost further.

MORE ON CONTROL SYSTEMS HERE




Basic system setup of Control4 vs Crestron

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | [redacted] | | | | | | | | |
| CRESTRON | | | | ( Dealer $) | | Control 4 (est) | | | |
| Description | product | qty | cost | extended | | | qty | cost | extended |
| | | | | | | | | | |
| Control System | IPAC-W-T (?) | 1 | $600 | $600.00 | | AVM-MC2 | 1 | $897 | $897.00 |
| Keypad (6-btn) | C2N-CBD-W-W | 1 | $180 | $180.00 | | KPZ6B | 1 | $98 | $98.45 |
| | ENGRAVING | 6 | $5 | $30.00 | | | | | $0.00 |
| Tabletop remote | HTT-B10X-B0T | 1 | $275 | $275.00 | | RCZ | 1 | $75 | $74.50 |
| Lighting gateway | C2N-MNET-GW | 1 | $225 | $225.00 | | N/A | | | $0.00 |
| PoE switch | CEN-SW-POE-5 | 1 | $200 | $200.00 | | (allow) | 1 | $200 | $200.00 |
| Shade Controller | C2N-SDC | 4 | $175 | $700.00 | | TBD est | 4 | $125 | $500.00 |
| Wireless Thermostat | CHV-THSTATW | 2 | $300 | $600.00 | | CCZT1 | 2 | $150 | $299.00 |
| In-wall dimmer | CLW-SW1RFW | 7 | $140 | $980.00 | | LSZ-101W | 9 | $59 | $534.60 |
| Lamp dimmer | CLF-DIMRFB | 4 | $175 | $700.00 | | LOZ-5S1 | 4 | $77 | $309.60 |
| Power supply | PW-2420RU | 1 | $125 | $125.00 | | - | | | $0.00 |
| Cresnet wiring block | CNTBLOCK | 1 | $85 | $85.00 | | - | | | $0.00 |
| In-wall switch | CLW-SWS1RFW | 1 | $160 | $160.00 | | - | | | $0.00 |
| In-wall switch (slave) | CLW-SLVS1RFW | 1 | $50 | $50.00 | | - | | | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | $4,910.00 | | | | | $2,913.15 |
| | NOTES: | | | | | | | | |
| | *Not sure of IPAC dealer net. | | | | | | | | |
| | *Control4 drape controller is an estimate. | | | | | | DIFFERENCE | | ($1,996.85) |

Simplified System Design

By eliminating non-industry standard wiring and power calculations from system design, people without technical training can design a system that includes audio, lighting and HVAC.

### Less System Wiring

Control4 is targeted towards the lower-end home automation market, which is mostly retrofit installations instead of new construction and tends to be serviced by lower-cost dealers with less technically skilled staff. By reducing the amount of wiring they were able to lower the total system cost to a customer by lowering one of the most expensive parts of the job – labor. Not only that, but the high price of copper increases installation cost by a significant amount when it is required in hundreds or thousands of hotel rooms.

Control4 looked to minimize the amount of multi-room wiring required for most jobs by providing solutions that ran over standard Ethernet or wireless signals. In doing so, Control4 also reduced the need for dealers to visit and inspect the jobsite before quoting an installation price.

Control4 systems can be designed so wiring only needs to be run between equipment in the same room; all multi-room wiring is be done via wireless, or standard Ethernet if it is available. Control4 does not use proprietary low voltage wiring such as Cresnet.

Each connector on the Control4 system is a pluggable connector to reduce the possibility of wiring errors (exceptions are the relay controls and high-voltage lighting/HVAC equipment). A tech or salesperson can install the products with minimal tools. By moving away from terminal blocks to 3.5mm jacks, DB9 and RJ45 connectors, troubleshooting the wiring is also simplified.

Also – because there is no low-voltage power delivery between devices, complex power calculations and wiring designs are eliminated. One of the most common technical support issues is correct power delivery over Cresnet.

### Increasing the Customer Experience

Magazines have said that Control4 “is much easier to use” than AMX or Crestron. In fact the opposite should be true because a versatile control system can be completely tailored to each customer. Unfortunately that is not the case - many Crestron dealers install systems without the full functionality provided by the Crestron products in order to reduce the required programming effort.

This effect has been reduced through the use of SystemBuilder, which automatically builds in all major functionality for Crestron products but it is still present. For example, Control4 system can do the following without additional programming by the dealer:

- Add a photo screensaver to the touchpanels
- Add TV preset icons
- Access the system remotely through a simple web address

Control4’s UI is the same no matter what device is used, including the on-screen display. This allows the customers to become familiar with only one interface and not have to re-learn for the different panel styles in the house.



Restricted Confidential – Outside Counsel Only Crestron0544917

## On-Screen Display

Control4 intends for a control system to be located at each display in the house. Each control system comes with a 2-way remote and on-screen UI. The on-screen display reduces the need to purchase an expensive touchpanel for room control by utilizing the TV display that is already in the room. This is very useful in a low-end theater [redacted]

Control4 allows portions of the UI screens to be configured – for instance to add additional buttons that may be required for specific devices, but major functionality cannot be added. This is an advantage for Crestron, because Control4 has much more strict limits on what can be added for individual customers.

By locking down the GUI to a set design, much of the need for programming is removed and a system is limited to just configuration and very basic functions. This also gives the dealers the ability to say 'no' to customer requests for additional functionality. In the residential environment, the systems require very similar functionality so most of the designs can remain the same.

## Decreased Programming Responsibilities & Capabilities

Unlike Crestron – Control4 strictly limits who can write drivers for third-party devices. This is because their driver language is much more complex than Crestron's SIMPL and SIMPL+ - and their dealers have less technical ability. Normal dealers cannot add their own custom drivers for other devices. This is a significant limitation because they only support about 40 2-way devices as of August 2008 (most of which are security systems or I/O extenders. The only AV receiver supported using 2-way is the Denon 2803.)

Control4 looks to manufacturers to write drivers for their own devices, instead of writing the drivers internally or allowing their dealers to. In order to write drivers for Control4, you must purchase a $2000 SDK and have a good knowledge of C++/C# (according to Control4). In addition, it comes with 5 hours of technical support – which means if a dealer gets stuck and needs more than 5 hours they could be out more money.

## Easy Upgrading

By enabling dealers to add new sources, user interfaces and audio distribution rooms without significant configuration or programming, additions can be made to the system without much redesign, saving time and energy.

Certainly, older control protocols such as IR and 232 do not provide the mechanisms to do this, but USB and Ethernet autodiscovery can make this available for the more common sources like iPods and audio servers using USB mass storage.

## Control4 Lighting & Keypads

Control4 designed their lighting to be very simple to add into a system. They only sell 4 different SKUs (not counting colors) - in-wall dimmers and switches, and lamp dimmers and switches. Each of their lighting products is wireless-only and they do not have any centralized lighting solutions.

Control4 reduced the number of lighting products required to design a system by eliminating three-way switches. Whereas infiNET has master & slave switches to hook up a three-way switch, in a Control4 system only a dimmer and 2-button keypad would be used.

***Crestron 3-way infiNET switch***




***Control4 3-way switch***




### Control4's Weaknesses

Control4 is missing several products and features that would make it a much more useable solution [redacted]

- They do not have a tabletop wireless keypad such as the HTT-B10 for lighting control
- There is no easy tie-in between Control4 and occupancy sensors
- They do not currently have a shade controller (seems to be in the works)
- [redacted]
- Control4 does not have any provisions to decode IP video streams inside their box, so additional decoder boxes are needed

## Crestron's Path Forward

Crestron should develop a solution that can compete with Control4 by reducing the number of components required to implement an "average" [redacted]esidential system and eliminating the more complex and time consuming installation tasks. [redacted] These goals are outlined below:

### Control Systems

In order to provide an all-in-one solution that can compete with Control4, Crestron needs to develop a control system that has the following capabilities:

- Logic engine with dynamic driver capabilities
- Integrated audio server
- Streaming audio I/O
- HD on-screen display output
- Integrated wireless communication to environmental controls and wireless remote
- Integrated power supply

- Serial, IR, relay and contact closure I/O

This control system should be packaged with a 2-way remote control.

| Features | Control4 HC-300 | Control4 HC-500 | New Crestron Processor |
|---|---|---|---|
| Ethernet Control | ✓ | ✓ | ✓ |
| Wireless Control | ✓ | ✓ | ✓ |
| HD On-screen display | ✓ | ✓ | ✓ |
| Integrated Audio Server | ✓ | ✓ | ✓ |
| Built in HDD | | ✓ | |
| CD Drive for Ripping | | ✓ | |
| DVD Changer Control | | ✓ | |
| Streaming Audio | ✓ | ✓ | ✓ |
| | | | |
| | | | |
| | | | |

### Keypads/Lighting/HVAC

In order to provide a solution that does not need a wireless gateway, our wireless devices will need to be updated to the new infiNET EX standard. In order to compete directly with control4, the following lighting and environmental products should be redone with that wireless standard:

- Thermostat
- 2-button Dimmer
- 2-button Switch
- Lamp Dimmer
- Lamp Switch

In addition, some Cameo keypads will need to be updated to the EX wireless standard. All of these products must be cheaper than the current versions to compete with Control4 on price.

### AV Devices

Control4 provides a mixture of centrally-located and streaming audio distribution solutions. Our AAE competes well against the centrally-located Control4 solution on both price and performance, but since we do not have a streaming solution we need to fill out that part of the product line. Crestron should provide both an Ethernet and WiFi audio amplifier so that our dealers can provide an audio distribution system without tearing up the walls for a retrofit installation. These devices are planned as part of the initial Unison product line.

It also means that Retrofit installations using centralized audio or control often require an enormous amount of labor to run the physical wires.

### User Interfaces

Control4 sells only a few touchpanel variations – small in-wall panels, and a large touchpanel that comes in a wireless or in-wall configuration. Crestron can compete against the large touchpanels with our TPMC-8X/8L models, but our prices for the smaller in-wall touchpanels are much higher than the Control4 counterparts. Crestron's TPS-4L is $625 vs $400 for a Control4 touchpanel of comparable size; our 6L is $1200 vs $720 for a Control4 version.

In order to compete with Control4's user interfaces we also need touchpanels that can receive streaming audio and output it directly to an amplifier for audio distribution. By doing this, dealers can use a standard amplifier instead of a Speaker Point to provide audio to the room speakers and save on installation cost as well as wiring time.

Crestron needs to provide at least one in-wall touchpanel in the 4-6" range with streaming-to-analog audio conversion capabilities to compete with Control4's offering.

### Other Items

In order to provide remote web access to residences like control4, Crestron should move forward with the "mycrestron.com" concept.

To provide remote access in a Crestron system today, dealers must specially create XPANEL projects for their customers and load them to the control system. They must also configure their home router and provide a dynamic DNS service for the homeowner so that they can always find their home's web address. Because of these difficulties, only a small percentage of dealers provide these services for Crestron systems. Not only that, but many ISPs and corporations block the communication path that Crestron uses so some homeowners are SOL. Mycrestron.com alleviates many of these problems and will provide remote access to the control system with a minimum of additional dealer effort.

Since control4 charges for these services, Crestron may also be able to find a recurring revenue stream by implementing this.

Control4 provides an "End-user" version of their configuration software called Composer Home Edition (see above for description). In order to reduce system customization time required for dealers and improve the homeowner's ability to tweak the system to their benefit, Crestron needs to provide a method for the homeowner to configure the system basics, which consist of the followng:

- Manage music collection
- Edit lighting scenes
- Edit email notifications
- Schedule lights, audio and HVAC events (audio only for an alarm-clock type event)

Instead of using a proprietary interface to manage the music collection, Crestron should provide a way for the homeowners to use a familiar interface that does not have to be re-developed – iTunes. Although some people do not like the iTunes interface, it is by far the most widely used and so will be more easily adopted by the homeowners.



Restricted Confidential – Outside Counsel Only Crestron0544921

Managing lighting scenes, notifications and scheduling should be done through a web interface on the control system instead of a proprietary piece of software. Crestron can create XPANEL interfaces for this, or use a custom flash interface loaded onto the control system to provide a slick UI.



Restricted Confidential – Outside Counsel Only Crestron0544922

EXHIBIT 485

**From:** Dave Sell April 17, 2009 10:43:46 AM (-04)
**To:** Brian Lewis; Brian Nachum; Chad Hollander; Dave Sell; Gordon Isaac; Hank Alexander; John Channon; John Yohanna; Michael Adams; Richard McPherson; Rick Coven; Rob Christensen; Shaun D'Sylva; Steven Alexander; Timothy Knittel
**Cc:**
**Bcc:**
**Subject:** **CAT 5 Dealers Rebates**

**Attachments:** 5 Food Group Target List 4-01-09.xlsx

Guys:

In order to process rebates for this program, I need each of you to confirm **today** to me that all dealers of your on this list are 100% true and committed to us and are not selling the competitor's products they said they wouldn't sell. I know there are a few that haven't been loyal. Be notified that this will be looked at very cautiously and seriously. There is no wiggle room or 'looking the other way' because we don't want to confront someone who is benefitting from our generosity w/o keeping their commitment. Need your response ASAP as I have a Director's meeting next Tuesday and I will have to give a personal testimony to whatever I turn in.

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

EXHIBIT 486

## Crestron vs. Control4 Touchpanels

### #1 Selling Feature

Completely customizable GUI or templates available

| | Crestron | Control4 |
|---|---|---|
| Completely customizable GUI colors, buttons, etc. | ✓ | |
| Auto generated GUI | ✓ | ✓ |
| Custom animation | ✓ | |
| VoIP, and analog intercom | ✓ | |
| Streaming Motion-JPEG | ✓ | ✓ |
| Exclusive WorldSearch --Search the world for the media you want to watch (w/ Adagio line) | ✓ | |
| Integrated video/audio store -- buy and play movies/music from touchpanel (w/ Adagio line) | ✓ | |
| Web browser with streaming video | ✓ | |
| Play Apple iTunes content | ✓ | |
| Wall mount touchpanels | ✓ | ✓ |
| Wall mount docking stations | ✓ | |
| Table top touchpanels | ✓ | ✓ |
| Wired touchpanels | ✓ | ✓ |
| Wireless RF touchpanels | ✓ | |
| Wireless WiFi touchpanels | ✓ | ✓ |
| Web browser control emulating touchpanel functionality (XPanel) | ✓ | |
| Touchpanel interface for 3rd party touchpanels and overlays | ✓ | |
| Touchpanels with annotation | ✓ | |
| Large format 12", 15" and 17" touchpanels | ✓ | |
| Touchpanels with Dual video windows | ✓ | |
| Touchpanels with RGB and HD video | ✓ | |
| Over 20 years of touchpanel experience | ✓ | |
| Windows embedded XP option (Windows Media® Player and RealPlayer®, Internet Explorer, Adobe® Acrobat® Reader, and Microsoft Word, Excel, and PowerPoint® document viewers direct from touchpanel) | ✓ | |
| Keyboard/mouse inputs | ✓ | |
| Custom buttons and engraving | ✓ | |
| Button and non-button versions | ✓ | |

EXHIBIT 487

## What makes Crestron better than… AMX?

1. AMX Has no in-house lighting and shading solutions (multiple vendors= multiple problems) Crestron has a fully integrated lineup of residential and commercial lighting and are rapidly expanding into the world of in-house shading

2. AMX has a slower and older lineup (control processors are slower, touchpanels are older by the day) Our processors are still 3x faster even AFTER their recent upgrades. The MVP-8400 panel is a dinosaur, and it's the heart of their lineup

3. AMX has grown their product lineup via acquisitions of other vendors (Autopatch, etc..) and cobbling together solutions (autopatch switchers are controlled via 232 not AXLink) Crestron's growth is organic, all products are designed and built in house for a fully integrated solution and ease of installation

4. AMX second rate version of "e-control" requires an expensive touchpanel or add on "box" to really take full advantage of their system, no truly constant solution. Crestron requires a processor (you would need anyway) with a network connection and you're most of the way there, do your programming, and install one of our various Apple or Android apps, or maybe even login from your PC or Mac and start using your system virtually

| Crestron vs. AMX- Tale of the tape | | |
|---|---|---|
| | | |
| | The Challenger | The Champ |
| | AMX | Crestron |
| | | |
| Touchpanels | X | X |
| | | |
| Control Processors | X | X |
| | | |
| iPod/iPad/Android integration | X - | X + |
| | | |
| Audio Distribution | X | X |
| | | |
| In house Lighting | | X |
| | | |
| In house Shading | | X (coming soon) |
| | | |
| Affordable Room Management | Not without Extron and still more expensive | X |
| | | |
| Vertically Integrated Company | If you don't count lighting and shading | X Top to bottom! |
| | | |

FOR INTERNAL USE ONLY

| | | |
|---|---|---|
| Full digital media solution (HDMI, control, ethernet, etc…) over 1 wire | | Of course! |

**More food for thought-**

Of the 100 competitive quotes generated by Tech Sales, pitting AMX against Crestron in 2011, ***71 out of 100*** quotes Crestron was the cheaper quote.

FOR INTERNAL USE ONLY

EXHIBIT 488

**From:** John Milhard June 09, 2009 5:00:45 PM (-04)
**To:** David Hakula
**Cc:**
**Bcc:**
**Subject:** **FW: Crescendo**

**Attachments:**

Dave,

Crescendo's Partnership credit for Q1 and Q2 that totaled $2,903 was reversed due to the fact that did not abide by the contract to sell only Crestron products. I was then advised that the Q3 credit was approved since that situation was remedied. I did not issue the Q3 credit of $1,519 since it was less than the $2,903 that was already deducted by Crescendo but not earned.

I interpret Randy's note as they are entitled to Q3 but not Q1 or Q2. Wayne has requested that all credits be issued.

Please let me know how to proceed.

John

---

**From:** Wayne Swirnow
**Sent:** Tuesday, June 09, 2009 4:48 PM
**To:** Elizabeth Malleo
**Cc:** John Milhard
**Subject:** FW: Crescendo

Hi
Per the memo below from RK, pls reinstate Crescendo's Partnership program and fix the $2,903 reverse credit,

Thanks

Wayne Swirnow
Director, Crestron North East
Office: 800.237.2041 x10226
Direct: 201.367.1068
E: Wswirnow@crestron.com
**Crestron Electronics, Inc.**
15 Volvo Drive
Rockleigh, NJ 07647
www.crestron.com

http://www.crestron.com/images/static/email/signatures/cc

---

**From:** Randy Klein
**Sent:** Friday, March 27, 2009 11:34 AM
**To:** Wayne Swirnow; Marla Suttenberg
**Subject:** Crescendo

I approved an order yesterday with a large discount in order to compete effectively with C4. That's OK, because it's short term. Once we come out with our new Prodigy line (60 days or so), we won't

have to do that. In the interim, it's important we document my conversation with them last week and get their understanding and agreement to what we concluded. We agreed as follows:

- Effective immediately, they will stop selling C4. That means specifically (and I used this exact language) they will not send any PO's to C4 from this point forward.
- They will sell Crestron exclusively in all product categories.
- They will remove C4 from their showroom and replace it with Crestron.
- We will continue to honor the HTSA rebate.
- Until we ship Prodigy, if they have a C4 customer or competitive situation, we will match the C4 price. We need the C4 BOM in order to make an accurate comparison and Crestron BOM.
- Once Prodigy is released, that product line will replace the competitive discount program.

Please make sure they are in agreement with this. Any questions, let me know.

Thanks

Randy Klein
Executive Vice President

EXHIBIT 489

CRESTRON®

# Comparison Guide

**Touchpanels**
Crestron vs. Control4


Crestron Touchpanel


Control4 Touchpanel

## Top Selling Crestron Features

Completely customizable GUI or templates available.

| Feature Comparison | Crestron | Control4 |
|---|---|---|
| Completely customizable GUI colors, buttons, etc. | ● | |
| Auto generated GUI | ● | ● |
| Custom animation | ● | |
| VoIP, and analog intercom | ● | |
| Streaming Motion-JPEG | ● | ● |
| Exclusive WorldSearch<br>Search the world for the media you want to watch (w/ Adagio line) | ● | |
| Integrated video/audio store<br>Buy and play movies/music from touchpanel (w/ Adagio line) | ● | |
| Web browser with streaming video | ● | |
| Play Apple iTunes content (CEN-iServer, CEN-IDOC, ADMS) | ● | |
| Wall mount touchpanels | ● | ● |
| Wall mount docking stations | ● | |
| Table top touchpanels | ● | ● |
| Wired touchpanels | ● | ● |
| Wireless RF touchpanels | ● | |
| Wireless WiFi touchpanels | ● | ● |
| Web browser control emulating touchpanel functionality (XPanel) | ● | |
| Touchpanel interface for 3rd party touchpanels and overlays | ● | |
| Touchpanels with annotation | ● | |
| Large format 12", 15" and 17" touchpanels | ● | |
| Touchpanels with Dual video windows | ● | |
| Touchpanels with RGB and HD video | ● | |
| Over 20 years of touchpanel experience | ● | |
| Windows embedded XP option (Windows Media® Player and RealPlayer®, Internet Explorer, Adobe® Acrobat® Reader, and Microsoft Word, Excel, and PowerPoint® document viewers direct from touchpanel) | ● | |
| Keyboard/mouse inputs | ● | |
| Custom buttons and engraving | ● | |
| Button and non-button versions | ● | |


All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.13.09

EXHIBIT 490

Crestron Midwest Regional Meeting

# Midwest Regional
# Fiscal 09, YTD
# Sales Meeting
## July, 2009

CRESTRON

# Midwest Region Territory

## Agenda

- Meeting Introduction
- Randy
  - Opening Remarks.
- Mark
  - Director Meeting comments
  - Regional, Territory and RSM information
- Channel Managers
  - Commercial, Residential and Market Development.
    - Who, What, Where, Why and How of the territories.
- Open Discussions
  - Everyone

CRESTRON

# Crestron

- *Randy*
  - *Opening Remarks.*
    - *Company wide*

CRESTRON

# Crestron

- Director Meeting
  - Sales
  - New Dealer
  - DRP Program
  - Partnership Programs
  - Prodigy
  - Lighting – Residential /Commercial
  - End User Complaints
  - Selling Direct
  - InfoComm 2009
  - Cedia 2009

CRESTRON

# Directors Meeting

- ***Regions Percentage of commitment***
- ***Sales***

| Sales | Commercial | Residential |
|---|---|---|
| East Coast | 87% | 84% |
| Midwest | 81% | 78% |
| Southwest | 104% | 86% |
| West Coast | 91% | 102% |
| South/Florida | 88% | 82% |
| GAMA | 88% | 81% |
| Canada | 104% | 75% |
| International | Both 94% | |

CRESTRON

# Directors Meeting

- **Regions Sales Achieved Full year with Revised Projections**

| Sales | Commercial | Residential |
|---|---|---|
| East Coast | 30.8M | 26.6M |
| Midwest | 30.2M | 15.2M |
| Southwest | 15.1M | 9.9M |
| West Coast | 25M | 35.5M |
| South/Florida | 7.7M | 17.8M |
| GAMA | 28.7M | 12.8M |
| Canada | 9.6M | 8.2M |
| International | Both | 106M |

CRESTRON

# Directors Meeting

| New Dealers | Commitment | Achieved |
|---|---|---|
| East Coast | C 22 | H 26 |
| Midwest | C 26 | H 33 |
| Southwest | C 24 | H 23 |
| West Coast | C 39 | H 49 |
| South/Florida | C 23 | H 25 |
| GAMA | C 12 | H 27 |
| Canada | C 36 | H 28 |
| International | C135 | H 202 |
| **TOTAL** | | **413** |

CRESTRON

# Directors Meeting

- *Fiscal 2009 DRP Program & Partnership Programs*
  - *Based on Sales achievements*
  - *Percentages from 5% - 7.3%*
    - *$50K - $2,500 (5.0%)*
    - *$100K - $5,000 (5.0%)*
    - *$200K – $10,000 (5.0%)*
    - *$300K - $22,000 (7.3%)*
    - *$500K - $35,000 (7.0%)*
    - *$750K - $50,000 (6.7%)*
    - *Partnering Programs (8% - 10% with Marketing dollars)*

CRESTRON

# Directors Meeting

- *Fiscal 2010 DRP Program & Partnership Programs*
  - *Dealer commitment to Crestron in selling all or more of our products*
  - *Based on Category achievements*
    - *Each Category will have a sales achievement level*
  - *Percentages from 2% -13% depending on achievement of categories.*

CRESTRON

# Fiscal 2010 DRP Program & Partnership Programs

- Percentages from 2% - 13%
  - $50K (2%- 6%)
  - $100K (2% - 8%)
  - $200K (2% - 8%)
  - $300K (2% - 10%)
  - $500K (3% - 10%)
  - $750K (3% - 10%)
  - $1M (5% - 12%)
  - $1.250M (5% - 13%)
  - Partnering Programs (5% - 13%)

CRESTRON

# Fiscal 2010 DRP Program & Partnership Programs

- Residential
  - Control and Touchpanels
  - AV Distribution / Amplifiers
  - Lighting
  - Dealer Choice

CRESTRON

# Fiscal 2010 DRP Program & Partnership Programs

- Commercial
  - Control and Touchpanels
  - AV Distribution / Amplifiers
  - Media Manager
  - Dealer Choice

CRESTRON

# Directors Meeting

Residential Product Mix FY 09

| Product Category | QTR 1 | QTR 2 | QTR3 | QTR 4 |
|---|---|---|---|---|
| Touchpanel | 29 | 29 | 27 | 27 |
| AV Distribution | 24 | 24 | 24 | 24 |
| Accessories | 15 | 15 | 16 | 16 |
| Lighting & Automation | 14 | 14 | 14 | 14 |
| Control Systems | 6 | 6 | 5 | 6 |
| Keypads | 5 | 4 | 4 | 4 |
| Handheld Remotes | 3 | 3 | 4 | 3 |
| Control PAKS | 1 | 2 | 2 | 2 |
| Media Manager | 2 | 2 | 2 | 2 |

CRESTRON

# Directors Meeting

| Commercial Product Mix FY 09 | | | | |
|---|---|---|---|---|
| Product Category | QTR 1 | QTR 2 | QTR3 | QTR 4 |
| Touchpanel | 36 | 35 | 38 | 31 |
| Accessories | 26 | 26 | 23 | 30 |
| Media Manager | 26 | 26 | 23 | 30 |
| Control Systems | 12 | 12 | 12 | 11 |
| AV Distribution | 2 | 2 | 2 | 3 |
| Lighting & Automation | 2 | 2 | 2 | 2 |
| Control PAKS | 2 | 2 | 2 | 3 |
| Keypads | 1 | 1 | 1 | 1 |
| UPX | 1 | 1 | 1 | 1 |
| Digital Video Process | 1 | 1 | 0 | 1 |

CRESTRON

# Crestron

- *Director Meeting*
  - *Prodigy*

CRESTRON

# Prodigy

- *Each RSM will receive a demo case*
- *The Directors will have a special training section the last week of July.*
- *Go to our Crestron dealers that sell Control 4 FIRST.*
- *Go to the Control 4 dealers ONLY after you have gone to all of our dealers FIRST.*
- *If delaer is already a Crestron dealer is prodcut is part of the 2010 DRP program.*
- *If they are not already a Crestron dealer than they can be a "Prodigy ONLY dealer" and there is NO DRP program.*

CRESTRON

# Midwest Region Territory

- *Channel Managers*
  - *Commercial, Residential and market Development.*
    - *Who, What, Where, Why and How of the territories.*

CRESTRON

# Sales by state FY 09, 08 & 07

**Business by States**

| State | Residential '09 | Commercial '09 | FY '09 Total | Residential '08 | Commercial '08 | FY '08 Total | Residential '07 | Commercial '07 | FY '07 Total |
|---|---|---|---|---|---|---|---|---|---|
| Illinois | $ 4,223,308.00 | $ 4,436,034.00 | $ 8,659,342.00 | $ 5,074,435.00 | $ 4,663,214.00 | $ 9,737,649.00 | $ 4,586,252.00 | $ 3,942,665.00 | $ 8,528,917.00 |
| Ohio | $ 1,287,580.00 | $ 4,194,133.00 | $ 5,481,713.00 | $ 1,572,771.00 | $ 4,705,671.00 | $ 6,278,442.00 | $ 1,234,461.00 | $ 2,959,129.00 | $ 4,193,590.00 |
| Minnesota | $ 887,391.00 | $ 3,881,085.00 | $ 4,768,476.00 | $ 955,535.00 | $ 5,008,316.00 | $ 5,963,851.00 | $ 1,151,865.00 | $ 5,493,038.00 | $ 6,644,903.00 |
| Michigan | $ 1,524,986.00 | $ 3,503,907.00 | $ 5,028,893.00 | $ 1,665,076.00 | $ 5,047,741.00 | $ 6,712,817.00 | $ 1,607,335.00 | $ 2,759,395.00 | $ 4,366,730.00 |
| Missouri | $ 1,433,854.00 | $ 2,193,442.00 | $ 3,627,296.00 | $ 1,805,305.00 | $ 2,269,606.00 | $ 4,074,911.00 | $ 1,892,137.00 | $ 1,385,075.00 | $ 3,277,212.00 |
| Indiana | $ 678,370.00 | $ 1,606,097.00 | $ 2,284,467.00 | $ 1,092,047.00 | $ 2,152,784.00 | $ 3,244,831.00 | $ 932,990.00 | $ 3,093,427.00 | $ 4,026,417.00 |
| Pennsylvania | $ 146,358.00 | $ 1,121,506.00 | $ 1,267,864.00 | $ 219,813.00 | $ 1,397,387.00 | $ 1,617,200.00 | $ 494,470.00 | $ 1,158,130.00 | $ 1,652,600.00 |
| Kansas | $ 176,369.00 | $ 835,890.00 | $ 1,012,259.00 | $ 136,277.00 | $ 871,803.00 | $ 1,008,080.00 | $ 125,652.00 | $ 625,984.00 | $ 751,636.00 |
| Iowa | $ 296,715.00 | $ 747,108.00 | $ 1,043,823.00 | $ 197,165.00 | $ 678,144.00 | $ 875,309.00 | $ 349,157.00 | $ 519,780.00 | $ 868,937.00 |
| Wisconsin | $ 934,741.00 | $ 530,837.00 | $ 1,465,578.00 | $ 1,297,101.00 | $ 708,941.00 | $ 2,006,042.00 | $ 842,156.00 | $ 397,434.00 | $ 1,239,590.00 |
| Kentucky | $ 330,643.00 | $ 503,904.00 | $ 834,547.00 | $ 195,723.00 | $ 432,372.00 | $ 628,095.00 | $ 260,823.00 | $ 234,150.00 | $ 494,973.00 |
| South Dakota | $ 248,502.00 | $ 430,344.00 | $ 678,846.00 | $ 525,635.00 | $ 283,620.00 | $ 809,255.00 | $ 297,098.00 | $ 237,255.00 | $ 534,353.00 |
| West Virginia | $ 7,425.00 | $ 241,664.00 | $ 249,089.00 | $ 29,251.00 | $ 174,360.00 | $ 203,611.00 | $ 34,055.00 | $ 165,082.00 | $ 199,137.00 |
| Nebraska | $ 107,805.00 | $ 155,655.00 | $ 263,460.00 | $ 233,801.00 | $ 358,362.00 | $ 592,163.00 | $ 235,802.00 | $ 473,062.00 | $ 708,864.00 |
| North Dakota | $ 118,669.00 | $ 57,480.00 | $ 176,149.00 | $ 112,538.00 | $ 71,345.00 | $ 183,883.00 | $ 44,022.00 | $ 128,825.00 | $ 172,847.00 |
| | $ 12,402,716.00 | $ 24,439,086.00 | **$ 36,841,802.00** | $ 15,112,473.00 | $ 28,823,666.00 | **$ 43,936,139.00** | $ 14,088,275.00 | $ 23,572,431.00 | **$ 37,660,706.00** |

CRESTRON

# Sales as a percentage by state

**Business by States**

| State | F '09 | F '09 | F '09 | F '08 | F '08 | F '08 | F '07 | F '07 | F '07 |
|---|---|---|---|---|---|---|---|---|---|
| | *% of Resi* | *% of Com* | *% of Total* | *% of Resi* | *% of Com* | *% of Total* | *% of Resi* | *% of Com* | *% of Total* |
| Illinois | 34.05% | 18.15% | 23.50% | 33.58% | 16.18% | 22.16% | 32.55% | 16.73% | 22.65% |
| Ohio | 10.38% | 17.16% | 14.88% | 10.41% | 16.33% | 14.29% | 8.76% | 12.55% | 11.14% |
| Michigan | 12.30% | 14.34% | 13.65% | 11.02% | 17.51% | 15.28% | 11.41% | 11.71% | 11.59% |
| Minnesota | 7.15% | 15.88% | 12.94% | 6.32% | 17.38% | 13.57% | 8.18% | 23.30% | 17.64% |
| Missouri | 11.56% | 8.98% | 9.85% | 11.95% | 7.87% | 9.27% | 13.43% | 5.88% | 8.70% |
| Indiana | 5.47% | 6.57% | 6.20% | 7.23% | 7.47% | 7.39% | 6.62% | 13.12% | 10.69% |
| Wisconsin | 7.54% | 2.17% | 3.98% | 8.58% | 2.46% | 4.57% | 5.98% | 1.69% | 3.29% |
| Pennsylvania | 1.18% | 4.59% | 3.44% | 1.45% | 4.85% | 3.68% | 3.51% | 4.91% | 4.39% |
| Iowa | 2.39% | 3.06% | 2.83% | 1.30% | 2.35% | 1.99% | 2.48% | 2.21% | 2.31% |
| Kansas | 1.42% | 3.42% | 2.75% | 0.90% | 3.02% | 2.29% | 0.89% | 2.66% | 2.00% |
| Kentucky | 2.67% | 2.06% | 2.27% | 1.30% | 1.50% | 1.43% | 1.85% | 0.99% | 1.31% |
| South Dakota | 2.00% | 1.76% | 1.84% | 3.48% | 0.98% | 1.84% | 2.11% | 1.01% | 1.42% |
| Nebraska | 0.87% | 0.64% | 0.72% | 1.55% | 1.24% | 1.35% | 1.67% | 2.01% | 1.88% |
| West Virginia | 0.06% | 0.99% | 0.68% | 0.19% | 0.60% | 0.46% | 0.24% | 0.70% | 0.53% |
| North Dakota | 0.96% | 0.24% | 0.48% | 0.74% | 0.25% | 0.42% | 0.31% | 0.55% | 0.46% |
| | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |

CRESTRON

# Total Sales FY07 by state




CRESTRON

# Total Sales FY08 by state



# Total Sales FY09 by state



# Total Sales by State FY 09, 08 & 07




CRESTRON

# Sales as a percentage by state FY 09, 08 & 07




CRESTRON

# Crestron

- *Director Meeting*
  - *Lighting – Residential /Commercial*

CRESTRON

# Territory Lighting Sales FY 09, 08 & 07

**Lighting Sales**

**Fiscal '07**

| Sales Rep. | | July 2006 | August 2006 | September 2006 | October 2006 | November 2006 | December 2006 | January 2007 | February 2007 | March 2007 | April 2007 | May 2007 | June 2007 | Total | Average Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-1R | Craig Gulley | $28,840.00 | $42,171.63 | $37,721.08 | $64,096.97 | $33,039.00 | $29,677.00 | $64,151.00 | $46,798.00 | $57,083.40 | $38,914.00 | $60,989.50 | $26,407.00 | $529,888.58 | $44,157.38 |
| 3-2R | Dave Koller | $35,151.50 | $41,224.00 | $29,151.00 | $48,504.00 | $47,989.00 | $27,264.50 | $99,145.00 | $38,956.00 | $56,469.50 | $63,918.00 | $64,503.00 | $42,615.80 | $594,891.30 | $49,574.28 |
| 3-3R | Adam Gold | $30,442.00 | $48,862.00 | $31,110.00 | $16,962.50 | $36,000.00 | $24,423.00 | $30,653.00 | $9,010.00 | $25,230.00 | $62,157.00 | $15,603.00 | $52,805.00 | $383,257.50 | $31,938.13 |
| | | | | | | | | | | | | | | | |
| 3-1C | Matt Rizzo | $14,267.00 | $11,642.00 | $3,098.00 | $2,477.00 | ($914.00) | $1,153.00 | $4,218.00 | $1,085.00 | $500.00 | $505.00 | $11,725.00 | $1,619.00 | $51,375.00 | $4,281.25 |
| 3-2C | Joe Haupt | $4,603.00 | ($309.00) | $9,705.00 | $4,375.00 | $12,330.00 | $4,630.00 | $2,565.00 | $5,083.00 | $6,670.00 | $1,862.00 | $5,324.00 | $11,199.00 | $68,037.00 | $5,669.75 |
| 3-3C | Bill Fons | $5,770.00 | $4,658.00 | $1,347.00 | $1,035.00 | $11,890.00 | $4,686.00 | $1,185.00 | $365.00 | $6,063.00 | $3,250.00 | $8,576.00 | $4,755.00 | $53,580.00 | $4,465.00 |
| 3-4C | Terry Rafferty | $1,405.00 | $2,980.00 | $12,310.00 | $5,795.00 | $6,340.00 | $1,264.00 | $7,476.00 | $2,815.00 | $6,071.00 | $7,120.00 | $3,432.50 | $9,586.00 | $66,594.50 | $5,549.54 |
| | Total | $120,478.50 | $151,228.63 | $124,442.08 | $143,245.47 | $146,674.00 | $93,097.50 | $209,393.00 | $104,112.00 | $158,086.90 | $177,726.00 | $170,153.00 | $148,986.80 | $1,747,623.88 | $145,635.32 |
| | Cumulative | | $271,707.13 | $396,149.21 | $539,394.68 | $686,068.68 | $779,166.18 | $988,559.18 | $1,092,671.18 | $1,250,758.08 | $1,428,484.08 | $1,598,637.08 | $1,747,623.88 | | |

**Fiscal '08**

| Sales Rep. | | July 2007 | August 2007 | September 2007 | October 2007 | November 2007 | December 2007 | January 2008 | February 2008 | March 2008 | April 2008 | May 2008 | June 2008 | Total | Average Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-1R | Craig Gulley | $33,575.00 | $39,545.00 | $87,768.00 | $32,719.84 | $61,778.50 | $48,035.00 | $38,445.00 | $23,554.29 | $81,616.28 | $50,059.00 | $127,339.65 | $111,825.00 | $736,260.56 | $61,355.05 |
| 3-2R | Dave Koller | $44,874.37 | $15,701.66 | $170,400.00 | $31,720.00 | $46,184.00 | $23,045.00 | $83,555.00 | $41,723.00 | $26,049.00 | $70,120.00 | $90,145.00 | $67,840.00 | $711,357.03 | $59,279.75 |
| 3-3R | Adam Gold | $15,622.00 | $34,724.00 | $43,344.00 | $16,451.92 | $25,690.00 | $58,261.50 | $19,505.50 | $39,253.00 | $10,685.00 | $22,776.00 | $55,828.00 | $119,730.92 | $461,871.84 | $38,489.32 |
| | | | | | | | | | | | | | | | |
| 3-1C | Matt Rizzo | $9,399.00 | $870.00 | $1,650.00 | $535.00 | $960.00 | $2,974.00 | $7,278.15 | $2,550.00 | $2,455.00 | $5,455.00 | $41,583.05 | ($565.00) | $75,144.20 | $6,262.02 |
| 3-2C | Joe Haupt | $24,960.00 | $17,645.25 | $5,675.00 | $6,830.00 | $440.00 | $8,890.00 | $7,305.00 | $13,525.00 | $30,805.00 | $16,395.30 | $3,515.00 | $13,031.00 | $149,016.55 | $12,418.05 |
| 3-3C | Bill Fons | $1,100.00 | $4,020.00 | $1,170.00 | $3,185.00 | $3,860.00 | $416.50 | $2,130.00 | $2,205.00 | $6,398.50 | $9,700.00 | $1,075.00 | $14,884.00 | $50,144.00 | $4,178.67 |
| 3-4C | Terry Rafferty | $7,948.50 | $525.00 | $1,490.00 | ($4,990.00) | $5,955.00 | $390.00 | $6,325.00 | $420.00 | $10,080.00 | $22,924.00 | $23,555.00 | $8,236.50 | $82,859.00 | $6,904.92 |
| | Total | $137,478.87 | $113,030.91 | $311,497.00 | $86,451.76 | $144,867.50 | $142,012.00 | $164,543.65 | $123,230.29 | $168,088.78 | $197,429.30 | $343,040.70 | $334,982.42 | $2,266,653.18 | $188,887.77 |
| | Cumulative | | $250,509.78 | $562,006.78 | $648,458.54 | $793,326.04 | $935,338.04 | $1,099,881.69 | $1,223,111.98 | $1,391,200.76 | $1,588,630.06 | $1,931,670.76 | $2,266,653.18 | | |

**Fiscal '09**

| Sales Rep. | | July 2008 | August 2008 | September 2008 | October 2008 | November 2008 | December 2008 | January 2009 | February 2009 | March 2009 | April 2009 | May 2009 | June 2009 | Total | Average Month | Bill Shafer's Quota |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-1R | Craig Gulley | $40,361.00 | $50,930.00 | $35,382.92 | $70,080.00 | $92,595.00 | $48,235.00 | $19,132.50 | $32,332.50 | $24,854.00 | $49,308.00 | $24,592.20 | $68,555.47 | $556,358.59 | $46,363.22 | $1,000,000.00 |
| 3-2R | Dave Koller | $59,035.00 | $11,460.97 | $37,105.00 | $76,390.00 | $45,428.00 | $76,830.00 | $57,159.00 | $36,462.00 | $53,749.50 | $66,773.50 | $20,995.00 | $67,202.00 | $608,589.97 | $50,715.83 | $920,000.00 |
| 3-3R | Adam Gold | $65,339.00 | $39,626.75 | $24,361.50 | $29,536.75 | $39,148.25 | $79,493.50 | $31,097.25 | $29,211.00 | $14,198.50 | $40,055.00 | $72,367.44 | $43,924.50 | $508,359.44 | $42,363.29 | $600,000.00 |
| | | | | | | | | | | | | | | | | |
| 3-1C | Matt Rizzo | $13,355.00 | $130.00 | $8,388.00 | $7,600.00 | $1,830.00 | $5,160.00 | $1,950.00 | $3,770.00 | $6,002.50 | $20,851.00 | $225.60 | $1,965.00 | $71,227.10 | $5,935.59 | $100,000.00 |
| 3-2C | Joe Haupt | $3,385.00 | $5,545.00 | $5,930.00 | $16,891.65 | $2,090.00 | $13,261.50 | $10,400.00 | $10,750.00 | $12,666.00 | $743.00 | $2,783.00 | $4,072.00 | $88,517.15 | $7,376.43 | $200,000.00 |
| 3-3C | Bill Fons | $3,465.00 | $9,334.00 | $3,596.04 | $37,287.30 | $30,325.00 | $14,549.15 | $21,380.00 | $6,416.45 | $11,561.15 | $1,695.00 | $4,535.00 | $5,408.00 | $149,552.09 | $12,462.67 | $70,000.00 |
| 3-4C | Terry Rafferty | $7,182.00 | $5,196.50 | $105.00 | $3,685.00 | $6,572.00 | $2,729.00 | $5,260.00 | $6,101.00 | $2,275.00 | $848.00 | $3,817.50 | $12,846.80 | $56,617.80 | $4,718.15 | $110,000.00 |
| | Total | $192,122.00 | $122,223.22 | $114,868.46 | $241,470.70 | $217,988.25 | $240,258.15 | $146,378.75 | $125,042.95 | $125,306.65 | $180,273.50 | $129,315.74 | $203,973.77 | $2,039,222.14 | $169,935.18 | $3,000,000.00 |
| | Cumulative | | $314,345.22 | $429,213.68 | $670,684.38 | $888,672.63 | $1,128,930.78 | $1,275,309.53 | $1,400,352.48 | $1,525,659.13 | $1,705,932.63 | $1,835,248.37 | $2,039,222.14 | | | |

CRESTRON

## Midwest Region

| | | |
|---|---|---|
| Residential | <$236,181.00> | -12% |
| Commercial | $9,050.00 | +2% |
| Total Sales | <$227,131.00> | 10% |




| | | |
|---|---|---|
| Matt Rizzo | <$3,917.00> | -5% |
| Joe Haupt | <$60,499.00> | -41% |
| Bill Fons | $99,408.00 | +198% |
| Terry Rafferty | <$25,941.00> | -31% |
| Craig Gulley | <$179,902.00> | -24% |
| Dave Koller | <$102,767.00> | -14% |
| Adam Gold | $46,488.00 | +10% |

# Crestron

- Director Meeting
  - End User Complaints

CRESTRON

# Crestron

- *Director Meeting*
  - *Selling Direct*

CRESTRON

# Crestron

- *Director Meeting*
  - *InfoComm 2009*
    - *InfoComm 100 Document (INTERNAL ONLY)*
    - *Comparison Guide (INTERNAL ONLY)*
  - *Cedia 2009*
    - *Apple*
    - *Prodigy*

CRESTRON

# Midwest Region Territory

- *Open Discussions*
  - *Everyone*

CRESTRON

# EXHIBIT 491

# New Dealer Information Questionnaire

CRESTRON

| | |
|---|---|
| ***Company Name*** | Current Technology |
| | |
| *Address* | PO Box 7355 |
| *City, State, Zip* | Avon Co. |

| | |
|---|---|
| *Phone* | 970-926-8324 |
| *Fax* | |
| *Web Address:* | www.ctechvail.com |

| | |
|---|---|
| ***Crestron Rep*** | Hank Alexander |
| *Date of Initial Meeting:* | 5/19/2009 Phone |
| *Date of Follow-Up Meeting:* | Week Of June 1, 2009 |

| | |
|---|---|
| ***Company Principals:*** | Matt Marple |
| *Email Address* | mmarple@ctechvail.com |
| *Number of Years in Business* | 18 years |
| *Number in Sales Force* | 2 |
| *Number of Technical Staff* | 2 |
| *Number of System Programmers* | 1 |
| *Anticipated Annual Sales* | $150k |
| *Percentage of Design v.s. Consultant Business* | 100 design |
| *Competitive Dealers in The Area* | Thul, Paragon, Mountain Home, |

| ***Company Information*** | |
|---|---|
| *Type of Business (Systems, Residential or Commercial, etc)* | 80% Resi. 20% Commercial |
| *Type of Markets You Would Use Crestron* | New residential and some reto. |
| *What Other Manufacturers Do You Represent?* | Control 4, AMX, Lutron, Vantage, Parasound, Elan, Niles, PSB, DPI. Amx, Control 4, Lutron and Vantage would ALL be dropped. |
| *Architects/Builders/Consultant Relationships* | Holly Cross Builders, Barness (Texas), Bill Joesphs, Andy Shifflly |
| *Comments* | Showroom: 210 Edwards Village Blvd. #D206, Edwards co. Matt is merging his business with a company in LA, The Intallations Company aka MCG Programming the owner there is/was Roddy McGavin.. They will be also adding an office in Palm Desert. Dropping comp. lines, AMX, Control 4, Niles etc. The have 2-3 AMX jobs that they will flip to Crestron ASAP and will be installing demo gear in the showroom/office. |

EXHIBIT 492

**From:** Mark Swiderski October 09, 2008 12:26:07 PM (-04)
**To:** Matt Rizzo; Joseph Haupt; Bill Fons; Terry Rafferty; Craig Gulley; Dave Koller; Adam Gold; Don Brown; Michael Frank; Kevin Iselli; Darryl Krall
**Cc:** John Lamberson; Lisa Roulo
**Bcc:**
**Subject:** **FW: Savant**

**Attachments:**

**Crestron INTERNAL ONLY.**

---

**From:** Randy Klein
**Sent:** Thursday, October 09, 2008 11:21 AM
**Subject:** Savant

I had a discussion with one of our NE RSM's this morning regarding Savant. He was saying that Savant is targeting our big dealers doing anything they can think of to get them to consider Savant, or even switch. That discussion prompted me to write to him my feelings. Below is my email to him. Read it and let's stick by it.

I don't think we'll ever be successful battling a competitor like Savant...or any other like competitor for that matter....on a product or feature basis. Back in the early days of Crestron, we had the same battle...but from the other side. Crestron was always (and continues to be) the technological leader. Our products were simply better in every way. Our only competitor was AMX. Even they admitted, and told all customers, our products were better than there's! However, they continued to dominate us and marketplace...for one reason. They were the leader, and it was easy to do business with Crestron. In this these most uncertain times, why would any dealer, or any customer put their money and their future into an unknown? Even John Clancy (he's one of our largest, most loyal dealers here in NY) asked the Savant management to show him 1 house that uses their product day in and day out. They never answered the question. We all say that customers are scaling back, their uncertain, and their scared. The only reason they would choose Savant is because we let them. This is our job as sales people, Ken, not product development. Yes, when we get our SDK, that will answer an objection...for now. But long term, you and everyone else needs to sell the 45 years and millions of customers that rely on Crestron everyday. Not just homes, but businesses, schools and governments. Savant might have a "tight" relationship with Apple. And they may ask them to speak at a meeting. But Crestron is a DOEM partner of Microsoft. Microsoft depends on Crestron products to help run their company everyday. I think Apple is cool. I even have one myself rather than a PC. But cool doesn't make money. Reliability, stability, experience, vision and leadership makes money. Compare those on a chart with Savant, not graphics.

No Crestron dealer is a Savant dealer....ZERO tolerance.

Randy Klein
Executive Vice President

# EXHIBIT 493

**From:** Matthew Lien October 13, 2008 5:40:01 PM (-04)
**To:** Craig Gulley
**Cc:**
**Bcc:**
**Subject:** **RE: Audio dimensions**

**Attachments:**

Signed sealed and delivered. No more Control4, no AMX, no Savant. Lead with Crestron lig lighting. Just took the two guys that Russell identified in our CEDIA meeting up to NJ last week and got good feedback. I'll give you more details by phone when we both have a second.

Matt Lien - CTS
Regional Sales Manager - Residential
P: 866.999.1300 x16315
F: 214.390.8778
E: mlien@crestron.com
Crestron Southwest, Inc.
1200 Lakeside Parkway, Ste. 250
Flower Mound, TX 75028
www.crestron.com

-----Original Message-----
From: Craig Gulley
Sent: Monday, October 13, 2008 10:54 AM
To: Matthew Lien
Subject: Audio dimensions
Importance: High

Matt
Has Russell signed his partnership agreement yet?
What did you make him agree too?
No amx, no C4, no Savant

Thanks

Craig D. Gulley, CTS
314-306-4696 cell
Sent from blackberry pearl

EXHIBIT 494

**From:** Mark Swiderski May 15, 2009 8:33:48 AM (-04)
**To:** Craig Gulley
**Cc:**
**Bcc:**
**Subject:** **RE: 3-1R Weekly Summary Craig Gulley Fiscal '09 5.11.09**

**Attachments:**

*Thanks for the heads up.*
*As Randy has told us many times our dealers cannot have Savant. Yes we will terminate the Stereo One Crestron agreement if they become a Savant dealer.*
*As you know this is something that Randy and I have talked about since Savant started to interview in our market. This is the company that also has Control 4.*

*I look forward to talking with you on Monday*

| | | | | | |
|---|---|---|---|---|---|
| STEREO ONE | Cape Girardeau | MO | sales meeting | Site Visit | Meeting with entire staff of Stereo One, Cape Girardeau. I went over my new products power point and discussed the benefits of each product and how it will fit into what they sell and benefit their overall sales numbers. I discussed MLX2, iServer, AMS-AIP promotion, iPhone/iTouch mobile control, DM, ADMS, and especially the DVPHD and the excitement it can bring to clients. I also discussed Prodigy as that is very relevant to their retail staff to try and turn them from selling C4 in smaller priced jobs. I met after with John Tiffany who is working on a very large Crestron job, but the client is thinking about cutting back. John will get me the details and I will try and find some incentive for the client to keep the complete proposal and order before June 30th. I met with John Selby alone and we discussed their sales to date and what can be done in the next 2 months to get more sales for the fiscal year. John Tiffany dropped a bomb shell on me and said that they had been thinking about becoming a Savant dealer since October and have decided to move forward with a demo order and training. His reasons where other dealers in both towns are moving toward it and he doesn't want to be left behind technically. I went over all the reasons technically and business profit wise that he will be better to say NO and let us help defend him against any sales challenges from other dealers and I went over all the resource we could make available to him. In the end, I had to tell him that it is our policy that you can not be a Savant dealer and a Crestron dealer and if he went forward with a demo order and dealer agreement with Savant that my boss would terminate their Crestron Dealership. John did not realize that we had this policy and he said that made a big difference in his decision. He said he would rethink his decision and let me know what they decide very shortly. I reminded him that I valued his business very much and that I think we have done very well together and would not like to be his competition again, but Savant and Crestron were just not compatible together under the same dealership. I wil wait to hear from him this coming week to make a determination of our next move. |

**Mark Swiderski**
Director, Midwest Region

Office: 800.949.3465 x15233
Direct: 847.631.2735
Fax: 847.437.6052
Email: mswiderski@crestron.com
**Crestron Midwest, Inc.**
617 East Golf Road
Suite 101
Arlington Heights, Illinois 60005
www.crestron.com



---

**From:** Craig Gulley
**Sent:** Thursday, May 14, 2009 10:07 PM
**To:** Mark Swiderski
**Subject:** 3-1R Weekly Summary Craig Gulley Fiscal '09 5.11.09

Mark,
please make sure you read my comments on Stereo One in Cape Girardeau and we will discuss it on Monday.

thanks

**Craig D. Gulley, CTS**
Regional Manager, Residential Channel Sales

Office: 800.949.3465 x15213
Direct: 847.631.2738
Fax: 847.437.6052
Email: cgulley@crestron.com

**Crestron Midwest, Inc.**
617 East Golf Road
Suite 101
Arlington Heights, Illinois 60005
www.crestron.com

Consider the environment, please don't print this e-mail unless necessary.

# EXHIBIT 495

**From:** Matthew Lien February 11, 2011 2:52:00 PM (-06)
**To:** Jerrie Anderson
**Cc:**
**Bcc:**
**Subject:** **RE: Phonograph's Wish List**

**Attachments:**

I have it verbally.

**Matt Lien**
Regional Sales Manager-Residential

Office: 866.999.1300 x16315
Direct: 214.205.1027
Fax: 972.724.2580
Email: mlien@crestron.com
**Crestron Southwest, Inc.**
1200 Lakeside Parkway
Suite 250
Flower Mound, Texas 75028
www.crestron.com

http://www.crestron.com/images/static/email/signatures,

**From:** Jerrie Anderson
**Sent:** Friday, February 11, 2011 2:33 PM
**To:** Matthew Lien
**Subject:** RE: Phonograph's Wish List

The deal as approved previously calls for them to commit to stop pursuing and selling Savant. Do we have this commitment and in what form (verbal or in writing)?

**Jerrie D. Anderson**
Regional Director
Crestron Southwest & Mountain States

Office: 866.999.1300
Direct: 972.538.2637
Email: janderson@crestron.com
**Crestron Southwest, Inc.**
1200 Lakeside Parkway
Suite 250
Flower Mound, Texas 75028
www.crestron.com

http://www.crestron.com/images/static/email/signatures/

---

**From:** Matthew Lien
**Sent:** Tuesday, February 08, 2011 9:46 PM
**To:** Jerrie Anderson
**Subject:** FW: Phonograph's Wish List
**Importance:** High

Here is what was originally approved for the Phonograph (scroll down) and you will find their current wish list attached. As per usual, we are in a last minute situation as they are having their Grand Opening next Thursday.

I think that we should continue with the same parameters that were originally approved. Please review and advise at your earliest opportunity.

Thanks,
**Matt Lien**
Regional Sales Manager-Residential

Office: 866.999.1300 x16315
Direct: 214.205.1027
Fax: 972.724.2580
Email: mlien@crestron.com
**Crestron Southwest, Inc.**
1200 Lakeside Parkway
Suite 250
Flower Mound, Texas 75028
www.crestron.com

http://www.crestron.com/images/static/email/signatures/

---

**From:** Jerrie Anderson
**Sent:** Monday, November 22, 2010 3:26 PM
**To:** Matthew Lien
**Subject:** FW: Phonograph's Wish List
**Importance:** High

Matt,

The following has been approved for the Phonograph:

Offer a 50% discount on the Demo order with Procise and DVPHD excluded. Lighting must go in, which I believe is fair given the amount of $$ on Touchpanels that we know were not part of the Savant offering. PO minus Procise and DVPHD totals at dealer cost: $21,165 – $10,583 (50%). We then would rebate the amount they actually pay at year end when they hit annual target of $300K ($200K in FY 2010). The net result is a 100% discount if they hit their target as well as stop with Savant. Anything less the deal is pulled.

Please advise with questions. I did speak with Roger earlier, no specifics discussed other than the delay was on me. You can handle from here. Remember no Savant period!

**Jerrie D. Anderson**
Regional Director
Crestron Southwest & Mountain States

Office: 866.999.1300
Direct: 972.538.2637
Email: janderson@crestron.com
**Crestron Southwest, Inc.**
1200 Lakeside Parkway
Suite 250
Flower Mound, Texas 75028
www.crestron.com

http://www.crestron.com/images/static/email/signatures/

---

**From:** Randy Klein
**Sent:** Monday, November 22, 2010 3:20 PM
**To:** Jerrie Anderson
**Subject:** RE: Phonograph's Wish List

OK

Randy Klein
Executive Vice President

---

**From:** Jerrie Anderson
**Sent:** Monday, November 22, 2010 3:31 PM
**To:** Randy Klein
**Subject:** Phonograph's Wish List
**Importance:** High

Randy,

The Phonograph (Tulsa, OK) is the dealer that is being courted by Savant. We learned of this in September and quickly responded with we will support you at an equal level (Savant offering at no charge) with this showroom, however you must stop pursuing/selling Savant. It took them 2 months to marinate on our request, and along the way came to CEDIA and Matt's dealer conference in NJ, where we do believe they saw the light/the difference of the two companies. We understand from internal dealer staff that they cancelled their Savant training as well.

Now we finally get the list of equipment for the OKC showroom and no surprise they include hardware that goes far beyond what Savant offers. I do feel we should respond in some manner other than "Savant does not offer that" and dismiss.

Yes this is aggressive, however we felt it was necessary to pull out the stops and call their bluff. Please advise with questions and/or comments.

**Jerrie D. Anderson**
Regional Director

Crestron Southwest & Mountain States

Office: 866.999.1300
Direct: 972.538.2637
Email: janderson@crestron.com
**Crestron Southwest, Inc.**
1200 Lakeside Parkway
Suite 250
Flower Mound, Texas 75028
www.crestron.com

http://www.crestron.com/images/static/email/signatures/

EXHIBIT 496

| | |
|---|---|
| 1002581 | BARRETT'S TECHNOLOGY SOLUTIONS |
| 1001884 | BARTON COUNTY ELECTRIC |
| 1007916 | BART'S CUSTOM AUDIO VIDEO INC |
| 1004588 | BAT HOME THEATER & MEDIA DESIGN |
| 1008843 | BAUER AUDIO INC |
| 1000362 | BAUMEISTER AUDIO VIDEO INTERIORS |
| 1007075 | BAY AREA AUDIO VIDEO INC. |
| 1011056 | BAY TECHNICAL DESIGN GROUP |
| 1008002 | BAYTECHS |
| 1005444 | BCG CONCEPTS INC |
| 1009496 | BEACON AUDIO VIDEO SYSTEMS INC |
| 1004728 | BECKER AUTOMOTIVE DESIGN |
| 1008586 | BEING OF SERVICE INC |
| 1009178 | BEKINS INC |
| 1012787 | BENCHMARK SOUNDWORKS |
| 1009152 | BENS TV AUDIO VIDEO |
| 1000372 | BEOWULF, L.L.C. |
| 1001594 | BERTEK HOME THEATER |
| 1010171 | BESTTECH |
| 1006067 | BETATRONICS, INC. |
| 1010867 | BETHESDA SYSTEMS |
| 1000377 | BEYOND 2000 |

| | |
|---|---|
| 576 S ROUTE 59 | NAPERVILLE |
| P.O. BOX 459 /ATTN: JEFF HULL | LAMAR |
| 127 STONEHAVEN WAY | LOS ANGELES |
| 516 OVILLA RD | WAXAHACHIE |
| 305 W 143RD ST STE 1 | NEW YORK |
| 5693 W HOWARD ST | NILES |
| 457 FLAMINGO DR | APOLLO BEACH |
| PO BOX 653 | BARNEGAT |
| 5201 GREAT AMERICA PKWY STE 320 | SANTA CLARA |
| 460 S SPRING ST STE 1005 | LOS ANGELES |
| 8534 YANKEE ST STE D | CENTERVILLE |
| 1711 IVES AVE | OXNARD |
| 1241 ANDERSEN DR STE C | SAN RAFAEL |
| 735 WASHINGTON AVE | GRAND HAVEN |
| 800 N MAIN ST | ALPHARETTA |
| 6014 DEMPSTER ST | MORTON GROVE |
| 4740 PENNSYLVANIA AVE. | KANSAS CITY |
| 250 ROPE MILL PKWY STE 2 | WOODSTOCK |
| 4650 SEPULVEDA BLVD UNIT 102 | SHERMAN OAKS |
| PO BOX 213 | MANAKIN SABOT |
| 4712 ROSEDALE AVE | BETHESDA |
| 3931 CANDLEGLOW CT | LAS VEGAS |

| | |
|---|---|
| IL | 60540 |
| MO | 64759 |
| CA | 90049 |
| TX | 75167 |
| NY | 10030 |
| IL | 60714-4011 |
| FL | 33572 |
| NJ | 8005 |
| CA | 95054 |
| CA | 90013 |
| OH | 45458 |
| CA | 93033 |
| CA | 94901 |
| MI | 49417 |
| GA | 30009 |
| IL | 60053 |
| MO | 64112 |
| GA | 30188 |
| CA | 91403 |
| VA | 23103 |
| MD | 20814 |
| NV | 89147 |

EXHIBIT 497

| | |
|---|---|
| 1005241 | DOMINION DESIGN & INTEGRATION |
| 1000666 | DOMINION RADIO SUPPLY INC. |
| 1000669 | DONOVIS TECHNOLOGIES, INC. |
| 1000671 | DON'S TV MAXIMUM SIGHT & SOUND |
| 1004189 | DOUG WARD INTEGRATION LLC |
| 1000672 | DOUGHTEN & DOUGHTEN |
| 1000674 | DR. VIDEO INC. |
| 1005947 | DREAM HOME CONCEPTS LLC. |
| 1005368 | DREAM SYSTEMS |
| 1009497 | DREAM TECHNOLOGIES |
| 1005135 | DREAM THEATERS, INC. |
| 1003879 | DREAM THEATRES LLC. |
| 1006875 | DREAM VISION HOME ENTERTAINMENT |
| 1005542 | DREAMSPACE LLC |
| 1009786 | DRISCOLL ELECTRIC CO INC |
| 1000676 | DSI ENTERTAINMENT SYSTEMS INC |
| 1005445 | DSS SYSTEMS |
| 1011315 | DUNDAS SYSTEMS |
| 1005673 | DVI HOME THEATER INC |
| 1005035 | DWELLTECH |
| 1000679 | DYER ELECTRONICS |
| 1004648 | DYNAMIC MULTIMEDIA SERVICES |
| 1007125 | DYNATECH AV, LLC |
| 1005305 | E CUBED AUDIO VIDEO |
| 1000684 | E MEDIA |
| 1009681 | E2 ELECTRIC LLC |
| 1000686 | EAGLE SENTRY INC. |
| 1005793 | EARS NOVA |
| 1009739 | EARTHCAM INC |
| 1010435 | EAST COAST SOUND & COMMUNICATIONS |
| 1009048 | EAST COAST TECHNOLOGY INC |
| 1000689 | EASY ACCESS ELECTRONICS |
| 1009860 | ECHO TECH |
| 1009191 | ECIERGE INC |
| 1011799 | ECLIPSE COMPUTER SOLUTIONS |

| | |
|---|---|
| 16161 COLLEGE OAK STE 100 | SAN ANTONIO |
| PO BOX 18366 | RICHMOND |
| 1449 PENNYKAMP ST NE | PALM BAY |
| 4017 UNIVERSITY AVE. | WATERLOO |
| 2252 DEMOREST MOUNT AIRY HWY | DEMOREST |
| 309 GROUNDHOG COLLEGE RD | WEST CHESTER |
| 726 N. WEST STREET | RALEIGH |
| 3275 W ALI BABA LANE #506 | LAS VEGAS |
| 317 4TH ST S STE 302 | LA CROSSE |
| 15721 MILBANK ST | ENCINO |
| 4101 RICE DRIER RD STE 2D | PEARLAND |
| 5108 E JELINEK AVE | WESTON |
| 4111 SW 47TH AVE STE 321 | DAVIE |
| 13214 SW 142ND TER | MIAMI |
| 83 NEWBERN AVE | MEDFORD |
| 6955 HAYVENHURST AVE | VAN NUYS |
| PO BOX 220 | BONSALL |
| 11400 BENCH RD | MISSOULA |
| 19332 FAIRHAVEN EXT | SANTA ANA |
| PO BOX 531702 | HENDERSON |
| P.O. BOX 91104 | AUSTIN |
| 8908 VALLEJO NE | ALBUQUERQUE |
| 110A ROSE LN STE 201 | FRISCO |
| 10212 SW 57TH PL | PORTLAND |
| 2506 WHITE HORSE TRL | AUSTIN |
| 5656 COIT AVE NE | GRAND RAPIDS |
| 3595 E PATRICK LN STE 1200 | LAS VEGAS |
| PO BOX 53 | NEW YORK |
| 84 KENNEDY ST | HACKENSACK |
| 431 LEMING RD | JACKSON |
| 2577 E COMMUNITY DR | JUPITER |
| 107 JASON DR | BUTLER |
| 4315 S 120TH ST | OMAHA |
| 244 BISCAYNE BLVD STE 400 | MIAMI |
| 26 ROCKY RIVER RD | ARTESIA |

| | |
|---|---|
| TX | 78249-4037 |
| VA | 23226 |
| FL | 32907-2244 |
| IA | 50701 |
| GA | 30535-6131 |
| PA | 19382-6768 |
| NC | 27603 |
| NV | 89118 |
| WI | 54601 |
| CA | 91436 |
| TX | 77581 |
| WI | 54476 |
| FL | 33314 |
| FL | 33186 |
| MA | 2155 |
| CA | 91406 |
| CA | 92003 |
| MT | 59808 |
| CA | 92705 |
| NV | 89053 |
| TX | 78709 |
| NM | 87122 |
| TX | 75034 |
| OR | 97219 |
| TX | 78757 |
| MI | 49525 |
| NV | 89120 |
| NY | 10028 |
| NJ | 7601 |
| NJ | 8527 |
| FL | 33458 |
| PA | 16002 |
| NE | 68137 |
| FL | 33132 |
| NM | 88210 |

EXHIBIT 498

**Sales & Cost of Goods (Net/Net Sales)**

List of Exceptions
No exceptions are defined

| | Fiscal year | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|
| Net/Net Sales | $ | 128,323,318 | 135,316,238 | 103,751,808 | 101,865,862 | 90,318,885 | 89,411,897 | 89,686,508 |
| COGS | $ | 52,498,657 | 61,376,087 | 49,402,283 | 51,672,061 | 50,112,441 | 41,383,692 | 34,137,397 |
| Net/Net Margin $ | $ | 75,824,661 | 73,940,151 | 54,349,525 | 50,193,801 | 40,206,444 | 48,028,205 | 55,549,111 |
| Net/Net Margin (%) | % | 59.09% | 54.64% | 52.38% | 49.27% | 44.52% | 53.72% | 61.94% |

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | |
|---|---|---|---|---|---|---|---|
| | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | 95% | 94% | 95% | 92% | 93% | 92% | % of residential sales |
| Cost of Production | (5,141,550) | (3,875,840) | (5,129,391) | (6,107,988) | 1,646,020 | 2,422,233 | % Sales |
| Scrap | 110,875 | 260,490 | 913,832 | 1,247,989 | 1,841,490 | 2,244,982 | by material |
| Material Revaluation | (7,121,540) | 586,657 | (98,006) | 161,328 | 1,140,158 | (224,848) | % Sales |
| Other Costs | 2,309,417 | 1,735,189 | (131,705) | (451,825) | (493,838) | (17,377) | % Sales |
| Cost of Shipments to Vendors | 597,512 | 339,136 | 103,446 | 125,895 | (49,597) | 268,837 | % Sales |
| **Subtotal Other COGS** | (9,245,286) | (954,368) | (4,341,824) | (5,024,602) | 4,084,232 | 4,693,827 | |
| Gross Profit - Reported | 83,185,437 | 55,303,893 | 54,535,625 | 45,231,047 | 43,943,973 | 50,855,284 | |
| Sales Commissions | 5,177,577 | 3,232,471 | 2,195,416 | 2,110,856 | 2,065,125 | 1,957,513 | Direct |
| Regional Office Expense | 8,056,606 | 9,221,415 | 9,375,958 | 10,591,022 | 11,448,437 | 11,764,046 | attached tab |
| Marketing Expense | 1,546,360 | 2,619,150 | 2,617,977 | 3,121,892 | 4,409,998 | 6,612,819 | Resi analysis |
| Sales support Allocation | 6,849,355 | 9,166,363 | 6,948,848 | 7,974,778 | 8,278,973 | 9,039,311 | [redacted] Residential |
| Subtotal Direct Costs | 21,629,898 | 24,239,399 | 21,138,199 | 23,798,549 | 26,202,533 | 29,373,688 | |
| Contribution Margin | 61,555,539 | 31,064,494 | 33,397,426 | 21,432,498 | 17,741,440 | 21,481,596 | |
| Departmental Expense | 18,396,500 | 20,729,602 | 18,977,352 | 15,595,608 | 15,362,205 | 15,013,459 | % Sales |
| **<u>Currently Not Allocated</u>** | | | | | | | |
| 612100 Medical Insurance | 1,845,752 | 2,147,455 | 1,991,670 | 1,752,102 | 1,496,149 | 1,437,006 | % Sales |
| 655000 Freight Out | 2,423,186 | 2,178,246 | 1,660,044 | 1,298,935 | 1,505,811 | 1,386,722 | % Sales |
| Freight Income | (1,550,013) | (1,315,657) | (1,522,068) | (1,150,623) | (1,118,888) | (994,476) | % Sales |
| 654000 Freight In | 535,541 | 690,130 | 897,100 | 852,869 | 1,277,471 | 1,103,651 | % Sales |
| 630075 Telephone - Internet | - | - | 129,759 | 121,708 | 119,983 | 95,721 | % Sales |
| 681000 Production Supplies | 430,634 | 133,041 | 138,500 | 64,582 | 76,984 | 64,785 | % Sales |
| Total of other accounts | 1,650,979 | 246,906 | 69,693 | 4,039 | 11,305 | 19,197 | |
| **<u>Overhead</u>** | | | | | | | |
| 620000 Bad Debt Expense | 234,165 | 607,875 | 360,159 | 178,011 | 226,349 | 220,385 | % Sales |
| 630060 Telephone | 432,073 | 434,842 | 352,892 | 230,805 | 185,739 | 216,920 | % Sales |
| 640020 Depr Exp - M & E | 335,274 | 177,152 | 169,271 | 213,483 | 173,514 | 94,881 | % Sales |
| 630040 Insurance | 227,815 | 187,180 | 161,368 | 175,119 | 121,813 | 150,543 | % Sales |
| 700800 Customer Discounts | 25,516 | 10,329 | 34,226 | 53,166 | 30,091 | 48,049 | Direct |
| Total of other accounts | 1,849,446 | (62,500) | (259,717) | (145,264) | (30,658) | (92,485) | |
| 653000 Legal | 0 | 0 | 0 | 0 | 0 | 0 | |
| Net Income Pre Tax | 34,718,670 | 4,899,893 | 10,237,177 | 2,187,957 | (1,696,429) | 2,717,238 | |

EXHIBIT 499

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------

SAVANT SYSTEMS, LLC )
Plaintiff, )
V. ) Civil Action No.
CRESTRON ELECTRONICS, INC. ) 10-cv-11622-EFH
Defendant )
CRESTRON ELECTRONICS, INC. )
Counterclaim-Plaintiff, )
V. )
SAVANT SYSTEMS, LLC )
Counterclaim-Defendant )

----------------------------------- Pages 1 - 101

VIDEOTAPED DEPOSITION OF ERIC DAVIDSON

Washington, DC

Tuesday, April 3, 2012

Job No. 321826

Reported by: Denise D. Vickery, RPR, RMR, CRR

more common than others, problems in various parts of the system?

A. Not that I could tell you right now.

Q. Uh-huh. Now, you mentioned that Crestron had objected or threatened you with respect --

MR. KAVANAGH: Objection.

BY MR. O'DONNELL:

Q. -- to your ending of Savant products.

Could you tell us in more detail about that?

A. Well, our rep, Jason Sachs, saw that we were -- we had Savant products in our office and told us that the company's policy was that they were going to cut off selling product to anyone who was selling Savant.

Q. When was that?

A. That was on October 24, 2008.

Q. What was your response?

A. I told him I could sell whatever product I wanted to.

Q. Uh-huh. And what was Mr. Sachs' response?

MR. KAVANAGH: Objection to form.

THE WITNESS: -- issued an ultimatum and that was it.

BY MR. O'DONNELL:

Q. Uh-huh. Any further incidence of this nature?

A. No. Nothing ever came of it.

Q. So he tried to bully you, you pushed back, and that was the end?

MR. KAVANAGH: Objection to form.

THE WITNESS: That -- like I said, that was -- after that meeting, that was the last I heard of it.

BY MR. O'DONNELL:

Q. Uh-huh. Do you know if these kinds of statements or threats were made to other control and automation dealers that handle Crestron products?

MR. KAVANAGH: Objection to form.

THE WITNESS: I don't know if I personally heard -- heard that from any -- anyone else.

BY MR. O'DONNELL:

Q. Did any word of it come through anyone?
MR. KAVANAGH: Objection to form.
THE WITNESS: Well, anecdotally maybe, but like I said, I don't have any -- I don't know that anyone told me firsthand --
BY MR. O'DONNELL:
Q. Uh-huh.
A. -- of the same situation.
Q. Uh-huh. But did you hear anything secondhand?
MR. KAVANAGH: Objection to form.
THE WITNESS: Yes, I have.
BY MR. O'DONNELL:
Q. And what did you hear?
A. The editor of CE Pro Magazine said he had heard -- heard similar things from other integrators.
Q. Uh-huh. And did you hear that from any other sources?
MR. KAVANAGH: Objection to form.
THE WITNESS: I don't recall.
BY MR. O'DONNELL:
Q. Was there any discussion of this,

what Mr. Sachs --
A. No.
Q. -- told you?
Did American Automation lose any sales of Savant products because of your meeting with Mr. Sachs?
A. I don't believe so.
Q. Did you do anything differently with regard to your sale or marketing of Savant products in response to your meeting with Mr. Sachs?
A. Well, we weren't planning on selling the product at the time. So, no.
Q. Later on did you take any action to change your way of doing business with regard to the sale and marketing of Savant because of your meeting with Mr. Sachs?
A. No.
Q. In November of 2008, you met with Mr. Sachs of Crestron and Mr. Beckler of Crestron; correct?
A. Correct.
Q. After your meeting with Mr. Sachs and

A. No.
Q. Lot -- you would agree that lots of factors play into the revenue of a company such as yours; correct?
A. Yeah. Any company.
Q. All right. So a recession would play a role; correct?
A. A recession would play a role. I wouldn't -- for us, I wouldn't say that's true. We have very high-end customers. I wouldn't blame a recession on sales.
Q. Okay. Do you recall what your total revenue from home automation and control products were in 2007?
A. No.
Q. How about in 2008?
A. No.
Q. 2009?
A. I don't know any. I don't have any of those figures.
Q. You had said that your first sale of a Savant product was in late 2009 or early 2010; is that

correct?
A. I believe so, yeah.
Q. Why did it take so long after you signed up as a Savant dealer to sell a Savant product?
A. Didn't feel the product was ready to sell.
Q. Do you recall how you came to sell your first Savant product?
A. We had a client who we thought would be a good -- good candidate for the product and sold it to him.
Q. Do you recall how much that client paid for the product?
A. No.
Q. Do you recall when your second sale of Savant product was?
A. No.
Q. Since your first sale of a Savant product in late 2009 or early 2010, do you know how many Savant jobs you have done?
A. Maybe under 10.
Q. How many of those jobs comprised Savant products -- scratch that.

particular needs. The Crestron system typically is superior in that regard in terms of programmability. So we would tend to lean more towards that.

BY MR. O'DONNELL:

Q. Uh-huh. But you say it takes more time to program a Crestron system?

MR. KAVANAGH: Objection to form.

THE WITNESS: It takes more programming time.

BY MR. O'DONNELL:

Q. Uh-huh. No further questions. All right?

A. Okay.

THE VIDEOGRAPHER: This is the conclusion of the deposition. The time is 11:21 a.m. We're going off the record.

(Signature having not been waived, the taking of the deposition concluded at 11:21 a.m.)

* * *