EXHIBIT 518

Case 1:10-cv-11622-EFH Document 250 Filed 06/24/13 Page 1 of 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAVANT SYSTEMS, LLC
Plaintiff,

v.

CRESTRON ELECTRONICS, INC.
Defendant

CRESTRON ELECTRONICS, INC.
Counterclaim-Plaintiff,

v.

SAVANT SYSTEMS, LLC
Counterclaim-Defendant

Civil Action No. 10-cv-11622-EFH

**REDACTED, PUBLIC VERSION**

**DECLARATION OF PROFESSOR EINER ELHAUGE IN SUPPORT OF PLAINTIFF SAVANT SYSTEMS, LLC'S, MOTION TO COMPEL DEFENDANT CRESTRON ELECTRONICS, INC.'S, TO PRODUCE ELECTRONIC DATABASE AND SEARCH ELECTRONIC DATABASES**

Case 1:10-cv-11622-EFH Document 250 Filed 06/24/13 Page 2 of 14

I, Einer Elhauge, declare as follows:

## I. QUALIFICATIONS

1. I am the Petrie Professor of Law at Harvard University, where I teach and write about the economic analysis of antitrust law, health policy, and various other subjects. I am the author of various books, including *U.S. Antitrust Law & Economics*; co-author of *Global Antitrust Law & Economics*, *Global Competition Law & Economics*, and *Areeda, Elhauge & Hovenkamp, Vol X, Antitrust Law*; and editor of *The Research Handbook On The Economics Of Antitrust Law* and *The Fragmentation Of U.S. Health Care*. I am the also author of numerous articles on various topics involving the economic analysis of antitrust and other legal issues, which are listed in my CV (attached as Exhibit A).

2. I am also President of Legal Economics, LLC, which provides expert witnesses and support work on legal cases. I myself have testified as an expert witness on antitrust economics in dozens of federal cases, and I have been qualified as an expert in antitrust economics by all six courts to rule on the question of my qualifications. I have also served as an expert witness on antitrust economics before Congress, arbitration panels, and competition agencies in the United States, European Community, Korea and Brazil. My testimony as an economics expert has spanned a wide range of topics including mergers, horizontal agreements, vertical agreements, monopolization and exclusionary conduct, price discrimination, health economics, patent economics, and contract economics. My clients have included leading corporations, law firms, and the United States. I have been named one of the world's leading competition economists in the *International Who's Who of Competition Lawyers and Economists*.

Case 1:10-cv-11622-EFH Document 250 Filed 06/24/13 Page 3 of 14

## II. SUMMARY

3. I understand that Savant is requesting the Court to order that Crestron: (1) produce its electronic transactional sales database, and (2) search its customer-contacts database, including all "call reports" (a.k.a. "weekly reports") and the Crestron database maintained by the third-party Salesforce.com. (Unless otherwise noted, I will refer to the weekly reports, call reports and Salesforce.com database collectively as the "customer-contacts database.") Savant's counsel has asked me to explain in what ways this additional information would allow me to perform economic analysis that can test whether Crestron's alleged anticompetitive conduct has harmed Savant and competition.

4. Having testified as an expert antitrust economist specifically about allegedly exclusionary contracts in numerous cases, and having analyzed the economic analysis of opposing experts in those cases, I have found that electronic sales databases like the one sought here are the standard source used by both plaintiff and defense experts to accurately calculate a wide array of crucial statistics, such as market shares at individual customers, foreclosure shares, and multivariate regression results that can measure the effect of the defendant's conduct. This is because electronic sales databases offer the best, most reliable, and oftentimes the only feasible method of accurately calculating these statistics. Part III of this declaration describes some examples of the statistics I could calculate with Crestron's electronic sales database, and explains why, without this database, I would not be able to calculate these statistics as efficiently or accurately, and possibly would not be able to calculate some of these statistics at all.

5. I also explain in Part IV that Crestron's customer-contacts database would also be very useful for economic analysis of this case because the evidence thus far indicates that Crestron often communicated its allegedly exclusionary terms to dealers verbally, rather than in writing. A customer-contacts database indicating which customers were told about Crestron's

"zero tolerance" policy for Savant, for example, would thus help one measure the share of the market burdened by these threats, and the extent to which these communications altered dealer purchasing decisions.

## III UTILITY OF ELECTRONIC SALES DATABASES FOR ECONOMIC ANALYSIS IN EXCLUSIONARY CONTRACTING CASES

6. To my knowledge, Crestron has not produced its electronic sales database. Crestron has thus far produced a series of .tiff printouts—which are converted to .pdf documents to provide for a single document, as opposed to a collection of individual pages—that show:

. Examples of Crestron .tiff documents broken down by dealer and month are documents produced by Crestron beginning with the following Bates numbers:

a. **Crestron0194027**.

.

b. **Crestron0195153**.

.

c. **Crestron0197444**.

.

d. **Crestron0199540**.

.

Case 1:10-cv-11622-EFH Document 250 Filed 06/24/13 Page 5 of 14

e. **Crestron0203527.**

f. **Crestron0201334.**

g. **Crestron0202916.**

7. It appears that someone created these .pdf printouts by starting with Crestron's electronic sales database, and then (1) deleting information from the data, such as invoice numbers and information about customer addresses,[1] (2) aggregating Crestron's sales data by month,[2] and (3) printing out this resulting spreadsheet as a .pdf file, so that it could no longer be analyzed using computer programs that handle spreadsheets, such as Microsoft Excel.

8. The following Subsection describes the types of economic analysis that I would be able to perform with Crestron's electronic sales database.

---

1 The printouts do not contain many basic pieces of information, such as customer address information, that I have found in the electronic sales databases that I have received in past cases. Companies generally include customer address information in their sales databases to easily track where to send invoices and ship the products. Companies thus often track both "billing addresses" and "shipping addresses."

2 The spreadsheets do not show separate sales by date, but instead aggregate sales by month, even though the electronic sales databases I have received in past cases have included day-by-day sale information. This is because companies generally track at least the date the invoice was sent, the date the product received, and the date payment was received (if different from the date of the invoice).

Case 1:10-cv-11622-EFH Document 250 Filed 06/24/13 Page 6 of 14

### A. Foreclosure Shares

#### 1. Electronic Sales Databases are Necessary to Most Accurately Calculate Foreclosure Shares

9. I have calculated foreclosure shares and opined on those foreclosure shares in approximately ten expert reports. Whenever electronic sales databases were available, as they were in almost all these cases, the experts for both the plaintiffs and defendants used those databases to calculate foreclosure shares. These databases constitute the best, most reliable source for calculating foreclosure shares and are usually the only feasible source for doing so.

10. A "foreclosure share" is the percentage of the unit or dollar revenue in a defined antitrust market that is purchased under foreclosing contracts. In other words, it equals (1) the total units or dollars of products purchased in the market under foreclosing contracts, divided by (2) the total units or dollars of products purchased in the market.

11. The numerator – the total units or dollars of products purchased in the market that were purchased under allegedly foreclosing contracts – can easily and accurately be calculated with the defendant's sales database. To calculate this figure, one must know exactly which purchases in the relevant market were made under the foreclosing contracts and which were not. The defendant's sales database allows one to determine this in a complete and accurate fashion, using computer programs to provide accurate and exhaustive calculations.

12. Sometimes one can calculate a lower bound on the foreclosure share using just the defendant's documents, but this biases the analysis against the plaintiff. For example, if a market has a few big buyers and one has the foreclosing contracts for them and has documents that estimate the market share of those buyers, then one can calculate a lower bound on the assumption that no other buyers were foreclosed. But this is not always feasible, and even when it is, it biases the analysis against the plaintiff by ignoring the foreclosure of other buyers. To

Case 1:10-cv-11622-EFH Document 250 Filed 06/24/13 Page 9 of 14

avoid this bias, one might instead assume that the foreclosure rate is the same for small buyers as big buyers, but this assumption is less reliable than using an electronic sales database that systematically covers all buyers and thus allows one to directly calculate buyer shares rather than relying on estimates.

13. Financial statements that aggregate the defendant's sales over multiple customers, time periods, or products cannot be used to calculate foreclosure shares. If the statements aggregate the defendant's sales over multiple *customers* or *time periods*, one cannot determine what portion of the defendant's sales are foreclosed and what portion are unforeclosed. If the statements aggregate the defendant's sales over multiple *products* and the defendant sells some products that are not in the relevant market, then one cannot tell what portion of the defendant's foreclosed or unforeclosed sales are in the relevant market and what are not.

14. Lastly, one cannot feasibly calculate foreclosure shares using sales information that is not in native electronic spreadsheet format (such as .xls, .csv, .dta, .sas7bdat, .txt) that can be read by standard statistical programs such as STATA or SAS. The plaintiffs and defendants normally have millions of sales during the relevant period,[3] and to calculate foreclosure shares accurately one must determine for each of those sales whether (1) the product sold is in the relevant market, and (2) it was sold under allegedly foreclosing conditions. Going through a .pdf file by hand for millions of sales could easily take over a year because one would not only have to manually classify each sale as foreclosed or unforeclosed, but also manually record the units and revenue so that one could mathematically sum the total foreclosed units and revenues. In addition, it would cost several hundred thousand dollars to pay the individuals who would have

[3] For example, in this case Savant's sales database has over 150,000 observations. Crestron's sales database is likely many times that size because Crestron's revenues have always significantly exceeded Savant's.

to perform this work. In contrast, with an electronic database, one can write a short computer program that calculates the total foreclosed and unforeclosed sales in less than a second.

### 2. Crestron's Current Production Is Insufficient for Accurately Calculating Foreclosure Shares

15. I understand that Crestron has not produced its electronic sales database, but asserts that Savant can calculate foreclosure shares using:

- price lists,
- monthly and yearly revenue, and
- spreadsheets showing monthly purchases by Crestron dealers on a product-by-product basis.

16. Price lists do not provide sufficient information to calculate foreclosure shares because they do not indicate the volume of products sold.

17. Documents containing Crestron's total monthly and yearly revenues do not provide sufficient information to calculate foreclosure shares because they are not broken down (1) by product, some of which may be in the relevant market and others of which may be not, and (2) by customer, some of which may be foreclosed in a given time period, others of which may not be.[4]

---

[4] Examples of Crestron documents that are insufficient because they do not break sales by both customer and product are

18. Spreadsheets showing monthly purchases by Crestron's dealers on a product-by-product basis *could* be useful for calculating foreclosure shares, but *only if* they were in native electronic database format. Crestron's " " files in .pdf format, noted above, do contain at least some monthly sales by product and dealer, but they are in .pdf format and thus cannot be analyzed using standard statistical programs such as STATA or SAS.

19. Reviewing the above documents indicates that they were created by someone at Crestron by manipulating its original electronic sales database (summing sales by month, product, and customer name), outputting just eight pieces of information (these files contain ). Whomever created each document then converted the files from electronic spreadsheets (such as .xls – Excel format) into .tiff documents by printing and/or scanning them, which prevents me from analyzing this information in standard statistical programs and thus makes them effectively useless for any systematic analysis.

**B. Customer-by-Customer Market Shares**

20. In past cases where the plaintiffs' and defendants' electronic sales databases were available, I and the opposing experts have calculated the suppliers' shares of sales at each customer. This sort of customer-by-customer analysis is useful for economic analysis of these contracts because it can help show, for example, whether customers who are subject to the defendant's allegedly exclusionary conduct purchase less of the rival's products than other customers. Further, customer-by-customer market shares can also show systemically how (if at all) customers change their purchasing patterns when they become burdened (or unburdened) by the defendant's allegedly exclusionary conduct.

21. Calculating customer-by-customer market shares generally requires an electronic sales database that includes more information about each customer than simply that customer's

name. This is because one must identify which entries in the defendant's database correspond to the entries in the plaintiff's database of the same customer, and the names of customers are often insufficient to do so. For example, one supplier's database may call a customer "Modern Home" while the other supplier's database may call it "Modern Homes." Without additional information about the customer – such as the address – it is difficult to determine whether these two names refer to the same customer. But with address information, one can compare the customer zip codes in both databases – if they are the same or very close by, they likely represent the same customer. This is likely to be a major issue in this case because many of the dealers' names are not unique, such as "Modern Home."

22. To my knowledge, Crestron has not produced any documents in any format that indicates the address for each customer contained in its electronic sales database.

**C. Additional Information that May Be Derived from Crestron's Sales Database**

23. In addition to the above, the following might be derived from Crestron's sales database:

- Savant's share of each dealer's purchases, relative to Crestron;
- How Savant's share of each dealer's purchases have changed over time, and the correlations between Savant's shares over time, Crestron's conduct, and other market factors;
- How Crestron's and Savant's relative shares of the relevant market have changed over time;
- Crestron prices and how those prices have changed over time;
- The share of the market foreclosed by Crestron's conduct; and
- How Crestron's prices (and prices in the market generally) would change if Crestron's market share changed, based on standard economic models of competition.

### D. Additional Information Usually Contained in Electronic Sales Databases

24. In addition to basic information about each sale - the date of sale, product sold, quantity sold, price, and customer – the electronic sales databases I have used in the past have contained additional information that aids my economic analysis.

#### 1. Customer Address Information

25. Every electronic sales database I have received in past cases has included information about customer addresses. Firms usually track customer address information so that they know where they should send bills and packages.[5] But this information is also useful for economic analysis of antitrust issues. When markets are potentially regional, address information is obviously very important for defining the bounds of each relevant market. Further, as described above in Part III.B, customer address information is also generally necessary for accurately calculating customer-by-customer market shares.

#### 2. Contract Information

26. Almost every electronic sales database I have received in past cases has included information about the contract under which a given sale was made. For example, in one case where the rival plaintiff alleged that the defendant had used "commitment" contracts to foreclose the market, the defendant's electronic sales database had a column indicating whether each sale was made under a "committed" or an "uncommitted" contract. This allowed me to very quickly and accurately calculate the effect of a customer having a "committed" contract on that customer's purchasing decisions.

27. Similarly, in many cases the defendant only has a few different types of standardized contracts that it uses with customers, and its electronic sales database indicates the

---

5 Consequently, most sales database include both "billing" addresses and "shipping" addresses, because they sometimes differ.

type of standardized contract for each sale. With this information, I can combine the contract-type information from the defendant's electronic sales database with a manually created file that indicates which types of the defendants' contracts contain allegedly exclusionary conditions and which do not. In contrast, without this information about contract types, I would have to manually identify exactly which contract each customer was purchasing under in each time period – a process that is incredibly time-consuming, and sometimes impossible.[6]

### 3. Cost of Good Sold

28. Many electronic sales databases also track the cost to the supplier of each product sold. This cost information would be useful to an economist in numerous ways. In particular, in this case I understand that Savant alleges that Crestron has engaged in predatory pricing. Although there is some dispute in the economic literature, most economists agree that predatory pricing is unlikely to harm consumer welfare unless it is below some relevant measure of cost.

## IV. UTILITY OF CUSTOMER-CONTACT DATABASES IN EXCLUSIONARY CONTRACTING CASES

29. What Crestron communicated to dealers, and whether those communications impacted dealer decisions, is obviously very useful for determining whether Crestron has injured Savant and consumer welfare. The best way to determine this is to get detailed data about what Crestron communicated to its dealers and when, and to combine that with data about what

---

6 For example, suppose a defendant has 1,000 customers but only uses three different types of standardized contracts with those customers: A, B, and C. With electronic sales data indicating the type of contract each sale was made under, I would only need to identify whether each of the three types of contracts contained allegedly exclusionary terms. If, for example, I found that only types A and B contained the allegedly anticompetitive terms, then I could write a computer program that automatically marked all sales made under contract types A and B as "burdened" and all other sales as "unburdened" by the allegedly anticompetitive terms. In contrast, if the sales data did not include contract type information, then I would have to manually identify whether each sale was made under allegedly exclusionary terms for each of the 1,000 customers in each time period.

dealers decided to purchase over time. Most companies have a sales contact database that is either part of their overall sales database or kept separately to track their salespeople's actions. Suppliers often use this to determine which of their salespeople or sales methods are most effective, but as an economist I could also use this data to measure the effects of Crestron's communications with dealers on their purchases.

30. In particular, in this case the evidence available thus far indicates that Crestron often communicated its allegedly anticompetitive terms to customers verbally, rather than in written contracts. Consequently, Crestron's customer-contact database would be very useful for determining which customers were verbally told about Crestron's allegedly anticompetitive terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of June, 2013, in Newton, Massachusetts.

Einer Elhauge

Case 1:10-cv-11622-EFH Document 250 Filed 06/24/13 Page 14 of 14

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 24, 2013.

/s/ Aaron S. Jacobs
Aaron S. Jacobs

EXHIBIT 519

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.<br>Defendant<br><br>CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff,<br>v.<br><br>SAVANT SYSTEMS, LLC<br>Counterclaim-Defendant | Civil Action No. 10-cv-11622-MLW<br><br>Leave to file granted on<br>June 27, 2014<br><br>**JURY TRIAL DEMANDED** |

**SECOND AMENDED COMPLAINT**
**OF PLAINTIFF SAVANT SYSTEMS, LLC**

## I. NATURE OF THIS ACTION

1. This is an action by plaintiff, Savant Systems, LLC ("Savant"), a new entrant into the manufacture and sale of high-end programmable controller systems for residential automation for controlling home audio-video, lighting, climate/environmental control, communication and security subsystems, against defendant, Crestron Electronics, Inc. ("Crestron"), the world's largest supplier of competitive systems in that market. This action seeks, based on Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1, 2; Section 3 of the Clayton Act, 15 U.S.C. § 14; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); Section 501, *et seq.* of the Copyright Act, 17 U.S.C. § 501, *et seq.*; as well as state law, to restrain certain anticompetitive, unfair and deceptive conduct by Crestron calculated to preclude or delay

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 2 of 36

Savant's entry into the market, and to remedy the damaging effects of Crestron's past unlawful conduct.

## II. PARTIES

2. Savant is a limited liability company organized and existing under the laws of the Commonwealth of Massachusetts with its principal place of business located at 770 Main Street, Osterville, Massachusetts 02655.

3. Savant was founded in 2005 on Cape Cod, Massachusetts, by a core group of technology pioneers and business executives for the purpose of developing high-end programmable controller systems for home automation, particularly for controlling home audio-video, lighting, climate/environmental control, communication, and security subsystems. The group brings together literally hundreds of years of combined real-world success in varied technology fields such as programmable systems, digital signal processing, video processing, telephony switching systems and home electronics integration. Prior to founding Savant, core members of the group (operating as Excel Switching Corporation, also of Cape Cod) had designed and developed a successful series of programmable telecommunication switches; the business was subsequently acquired in its entirety by Lucent Technologies, Inc.

4. Crestron is a corporation organized and existing under the laws of the State of New Jersey, with its principal place of business located at 15 Volvo Drive, Rockleigh, New Jersey 07647.

5. By Crestron's own admission:

> With over 40 years in business and 90+ offices worldwide, Crestron Electronics is the leading provider of control and automation systems for homes, offices, schools, hospitals, hotels and more.

"Crestron Company Overview" at http://www.crestron.com/about/company_overview/ (Exhibit A hereto).

6. Savant's programmable controllers are designed to run on the Mac OS® platform of Apple Inc. ("Apple"). This unique design approach has allowed Savant to develop user-friendly and reliable control and automation components which are easily integrated into total control and automation systems for residential and commercial environments, and to provide such systems at a price significantly less than heretofore obtainable. Using Savant-originated application programs available for purchase from Apple, Savant's controllers can be complemented by the world's most popular phone and portable media devices, including Apple's iPod®, iPhone® and iPad™ devices. Savant's controllers are programmable by the local installers of the systems to be controlled, and thus can be customized and particularized to the individual installation.

## III. JURISDICTION AND VENUE

7. Jurisdiction over Savant's claims under the Sherman Act, Clayton Act and Lanham Act is proper under 28 U.S.C. § 1331 and 1337(a), as well as under 15 U.S.C. § 15 with respect to the Sherman and Clayton Acts. Jurisdiction over Savant's federal copyright infringement claim is proper under 28 U.S.C. § 1338. Jurisdiction over Savant's state claims is proper under 28 U.S.C. § 1367(a) and the principle of supplemental jurisdiction.

8. This Court also has jurisdiction pursuant to 28 U.S.C. § 1332 in that this action is between citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

9. Venue is proper in this District pursuant to any one or more of 28 U.S.C. § 1391, 15 U.S.C. § 15 and 15 U.S.C. § 22, because Crestron transacts business and is found within this District and a substantial part of the events giving rise to the claims herein occurred or were intended to cause effects in this District.

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 4 of 36

## IV. THE RELEVANT MARKET

10. The relevant product market for purposes of this action is the sale of high-end residential automation and control systems ("High End Systems") to specialized dealer integrators in the United States of America ("High End Market"). A residential automation and control system includes a programmable controller for controlling a variety of home subsystems including, for example, those controlling audio-video, lighting, climate, communication and security in the home.

11. Systems are typically composed of individual products including a control platform product for switching and processing audio-video content and control signals, and one or more user interface products, such as touch panels or pads, together with docking stations ("Products").

12. The Products are typically sold by the manufacturer to dealer integrators, who combine the Products into custom Systems which are resold to end user consumers for higher prices, due to dealer markups, and installation and programming costs.

13. Manufacturers (including Savant and Crestron), dealers, market analysis and others acknowledge the existence of the High End Market and consider the High End Market to be separate and distinct from the market for mainstream or lower end Systems in regard to price, margin, function, capability and quality.

14. High End Systems include superior technology compared to Systems sold in mainstream or lower end markets. This superior technology provides additional capabilities and functionality including, for example, the ability to control multiple zones, to configure the Systems completely and to customize the Systems' control software.

15. High End Systems are higher quality than Systems sold in mainstream or lower end markets, and are typically more reliable, more responsive and easier to use.

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 5 of 36

16. Because High End Systems offer additional capability, functions and superior quality, manufacturers of Products for High End Systems (such as Savant and Crestron) are able to charge significantly more than for Products sold in mainstream or lower end markets.

17. Because High End Systems are so much higher quality and have such unique functionality compared to Systems sold in mainstream or lower end markets, a hypothetic 100% manufacturer monopolist in the High End Market could raise prices more than 5% above competitive levels without losing so many customers so as to make the price increase unprofitable.

18. High End Systems are not reasonably interchangeable with Systems sold in the mainstream or lower end markets.

19. The Products individually making up a High End System were typically sold to a dealer integrator by the manufacturer in the 2010 time frame for a total on average of approximately twenty-five thousand dollars ($25,000.00). High End System could and often did sell for well in excess of this amount.

20. The average total cost of the Products making up a High End System has decreased since 2010 due to the availability and increased usage of devices such as Apple's iPad™ as user interfaces for Systems in lieu of touch panels.

21. The High End Market in the United States is substantial. On information and belief, the High End Market accounts for in excess of two hundred million dollars of business in the United States each year.

22. The geographic market is nationwide, but High End Systems are serviced and sold on a local level. In particular, High End Systems tend to be purchased by end user

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 6 of 36

consumers locally; and are typically sold and serviced by dealer integrators located in communities having a population in excess of one hundred thousand inhabitants.

23. Crestron is and has been the largest supplier of the Products and Systems in the High End Market in the United States, according to an industry report published by Parks Associates, Home Systems: Home Control, 2007 Update, Resource Book (excerpt attached as Exhibit B hereto), page 58: "Today [2007], Crestron holds 80% of the unit high end custom whole house controller sales with AMX at about 20%."

24. On information and belief, Crestron's share of the High End Market has been at or near the 80% level for several years, and may actually be larger than that today. In a press release published by Crestron on July 17, 2008 (Exhibit C hereto), Crestron stated that it "closed the books on the 2007-08 fiscal year on June 30th, posting its twentieth consecutive year of double digit growth." While Crestron's revenues have apparently grown, the overall size of the High End Market has declined in recent years, likely boosting Crestron's market share above the 80% level.

25. There are high barriers to entry into the High End Market.

26. A significant barrier to entry in the High End Market is the long and expensive research and development process. Developing a High End System typically takes three years or longer in initial research and development, and costs tens of millions of dollars of investment. This lengthy and expensive research and development process for High End Systems limits the ability of manufacturers of Systems sold in mainstream and lower end markets to enter the High End Market.

27. Economics of scale also pose a barrier to entry in the High End Market. There are economics of scale in the production of High End Systems, meaning that the marginal per-unit

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 7 of 36

cost of producing High End Systems is lower when the manufacturer produces more units of High End Systems.

28. Learning curve economics also pose a barrier to entry in the High End Market. There are learning curve economics in the production of High End Systems because manufacturers learn how to produce the High End Systems more efficiently as the total number of such Systems produced increases. Manufacturers of High End Systems also experience learning curve economics because they can identify and fix more bugs in the software in such Systems as the total number of such Systems sold increases.

29. One of the most significant barriers to entry in the High End Market is created by the fact that Products are typically sold, not directly to end-users, but rather through a network of independent dealers who combine the Products into High End Systems and then resell them to end users and install them in the end-users' residences. The dealers provide an essential service in the distribution and sale of Products because it is not economically feasible for a manufacturer to employ sales and installation personnel covering the entire United States. Access to the dealers free of artificial constraints is thus critical.

30. On information and belief, there were over 330 dealers in the major, *i.e.*, highest revenue, markets across the United States in 2009 who were certified by the trade association, Custom Electronic Design & Installation Association ("CEDIA"), and who were selling High-End control and automation systems. Of these, more than 250, or 76%, were Crestron dealers.

31. On information and belief, there were a few thousand dealers in major markets across the United States in 2008 through 2010 who were certified by CEDIA and who were selling High End Systems. Of these, at least 75% were Crestron dealers.

32. In a press release published by Crestron on May 3, 2010, headlined "Crestron Dealers Dominate Elite CE Pro 100 Again in 2010" (Exhibit D hereto), Crestron boasts that more than three-fourths of the integrators (*i.e.*, dealers) in CE Pro's elite Top 50 list, and 90% of those in CE Pro's Top 20 list, are Crestron dealers.

33. By virtue of its dominant size, Crestron has dominant control over dealers in Products and Systems in the United States of America. Were Crestron to terminate access to its Products to a dealer integrator, it would cause them a significant economic loss, including the ability to service existing Crestron System customers. The threat of such termination provides Crestron with power to significantly coerce their actions, including forcing dealers to exclude competitors' Products and the power to raise prices that Crestron charges dealers substantially above competitive levels.

34. Through the acts discussed more fully below, Crestron has established, and is improperly attempting to maintain, monopoly power in the High End Market.

## V. CRESTRON'S UNLAWFUL CONDUCT

### A. Crestron's Exclusionary Practices

35. Crestron has not been willing to compete with Savant on the merits of their Products. Instead, shortly after Savant entered the High End Market, Crestron began, and continues today, a pattern of anticompetitive, unfair and deceptive practices designed to thwart competition on the merits in the High End Market, to prevent and/or disincentivize dealers from carrying Savant Products, and to deprive end-user consumers of a choice between Savant and Crestron Products.

### B. Crestron's Anticompetitive Exclusionary Contracts With Dealers

36. Crestron's conduct with respect to dealers is a prominent and immediate example of the pattern of anticompetitive, unfair and deceptive practices undertaken by Crestron with the

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 9 of 36

purpose and effect of acquiring, maintaining and/or expanding its monopoly in the High End Market.

37. More specifically, Crestron has unlawfully required dealers, as a condition of maintaining their relationship with Crestron and their access to Crestron's Products for resale, to agree not to offer, resell, install, distribute or service Savant Products. In a series of "Comparison Guides" recently published to dealers and others by Crestron, purporting to compare Crestron's Products to Savant's Product for competitive selling purposes, Crestron boldly proclaims: "**Remember, you can't be a Crestron dealer and also sell Savant products!**" *See* Exhibits E through H hereto.

38. The Comparison Guides also include demonstrably false statements regarding Savant's products.

39. Crestron has threatened a yet-to-be determined, but on information and belief relatively large, number of dealers across the country who have expressed an interest in carrying Savant Products with termination of their relationships with Crestron and with a cut-off of the dealers' access to Crestron Products for new installations and for repair and maintenance of existing installations. On information and belief, the majority of the dealers threatened by Crestron in this fashion have, because of Crestron's threats, either refused to become a Savant dealer or refrained from actually using Savant Products in any end user customer installations.

40. On information and belief, in at least one instance, Crestron, after learning that a major dealer in Arizona intended to complete a job with Savant Products instead of Crestron Products, made direct contact with the end user as well as third party contractors involved with the job and demanded that only Crestron Products be installed and that another Crestron dealer in the area take over the job and displace the dealer proposing to use Savant Products.

41. Crestron has also used bundled loyalty contracts with dealers who express an interest in carrying Savant Products. These bundled loyalty contracts require these dealers to pay higher prices for all Crestron Products unless the dealers agree not to resell or offer, and in fact refrain from reselling or offering, Savant's Products.

42. Crestron has also penalized dealers that offer Savant Products for resale, by voiding cash back offers made by Crestron with regard to the resale of Crestron Products.

43. Dealers have accepted Crestron's demands and restrictions, and agreed to refrain from offering Savant's Products in exchange for the right to continue to offer Crestron's Products, to avoid paying higher prices for Crestron Products and/or to avoid being penalized by Crestron by termination of their relationships with Crestron and withdrawal of their access to Crestron's Products and by voiding of cash back offers on Crestron Products.

44. Through such exclusionary agreements, and other anticompetitive policies and practices with dealers, Crestron has sought to deprive dealers of the freedom to make competitive choices about which Products should be offered to their end-user customers, the ability to determine for themselves the design and configuration of the Systems they sell, and the ability to diversify their Products to best serve end user customers' needs.

45. On information and belief, Crestron has entered, or attempted to enter, into such exclusionary agreements with virtually all of the dealers who carry and have carried Crestron's Products. These agreements have effectively foreclosed large shares of the High End Market, severely impairing the good faith attempts of Savant to enter the High End Market.

46. Crestron's anticompetitive exclusionary contracts have injured Savant in numerous ways. First, because Crestron's contracts penalize dealers for purchasing and selling Savant Products, they have reduced product output by artificially suppressing dealer purchases of

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 11 of 36

Savant Products. Second, this anticompetitive reduction in Savant's sales has also raised Savant's costs because Savant experiences economies of scale in production. Third, this anticompetitive reduction in Savant's sales has also reduced Savant's ability to expand because Savant's elasticity of supply is not infinite (that is, Savant could not instantly increase output to supply the entire High End Market). Fourth, this anticompetitive reduction in Savant's market share has increased the share of dealers that now must incur switching costs in order to begin selling and installing Savant Products. Fifth, this anticompetitive reduction in Savant's sales has artificially reduced Savant's return on investment in research and innovation. Sixth, because Crestron's conduct has artificially decreased Savant's revenues and artificially increased Savant's per-unit costs, Savant's efforts to achieve profitability have been stifled. Consequently, if Savant cannot enjoin Crestron's exclusionary conduct or recover its lost profits, there is a strong probability Savant will be forced to exit the High End Market entirely.

47. Crestron's anticompetitive exclusionary contracts have likewise harmed consumer welfare in numerous ways. First, Crestron's exclusive dealing contracts, and bundled loyalty contracts, have harmed consumers by reducing or eliminating dealers' and end-users' ability to purchase Savant Products. Second, artificially increasing Savant's costs above but-for levels has worsened market options available to consumers and reduced Savant's ability to constrain Crestron's prices. Third, impairing Savant's expandability has also harmed consumer welfare because Savant is now less able to expand in order to restrain Crestron from restricting output. Fourth, the fact that Crestron's conduct artificially increased the share of dealers that must incur switching costs to begin installing Savant Products has further reduced Savant's ability to constrain Crestron's market power. Fifth, reducing Savant's incentives to invest in research and development has harmed consumers because it reduced the amount of innovation in the High

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 12 of 36

End Market, which increases the quality-adjusted prices of the High End Market above but-for levels. Because raising Savant's costs, impairing Savant's expandability, increasing the share of the High End Market that must incur switching costs to install Savant Products, and reducing Savant's level of innovation all increased Crestron's market power, they all have allowed Crestron to raise prices and restrict output relative to but-for levels. Sixth, if Crestron's conduct ultimately forces Savant to exit the High End Market, Crestron will be able to raise its prices even further (above Crestron's already-elevated prices) because it will not face any competition from Savant whatsoever.

48. There are no procompetitive business justifications for Crestron's exclusionary and bundled loyalty contracts with dealers. These agreements achieve no procompetitive benefits, economic or otherwise, that outweigh the harm they have caused to competition.

**C. Crestron's Anticompetitive Deception**

49. On information and belief, Crestron has also directly approached end-user customers of dealers who propose to use Savant Products in jobs, and made statements which are literally false or implicitly false and misleading to end-user customers, as alleged in more detail below, regarding Savant and its Products.

50. Crestron's deceptive statements aimed at Savant have injured Savant by reducing Savant's sales below but-for levels. This reduction in Savant's sales caused by Crestron's deceptions has harmed Savant by increasing its costs above but-for levels, reducing its expandability below but-for levels, increasing switching costs above but-for levels, reducing Savant's return on investment in innovation, and possibly ultimately also forcing Savant out of the High End Market entirely.

51. Crestron's deception has also harmed consumer welfare for at least two reasons. First, it has anticompetitively impaired market efficiency because it distorts buyer choices. This

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 13 of 36

induces some buyers to purchase Products that they did not actually prefer given the Products' true features, or to pay more for a Product than they would have without the deception. Second, the effects of Crestron's conduct on Savant's costs, expandability, potential switching costs, and return on investment harm consumers for the reasons described above in paragraph 43 above.

52. There are no procompetitive business justifications to Crestron's deception. Crestron's deception did not lower its production costs or improve the quality of its Products.

**D. Crestron's Anticompetitive Exclusive Dealing Contracts with Trade Journals and Upstream Suppliers**

53. On information and belief, Crestron has also threatened at least one well-known trade journal in the industry that it would pull Crestron advertising if the journal published anything positive about Savant or its Products. This injured Savant by reducing its ability to compete against Crestron in marketing materials. It likewise harmed consumers because making Savant a weaker competitor and thus increasing Crestron's market power, allowing Crestron to increase prices and reduce output relative to the but-for levels. There are not procompetitive business justifications for this conduct.

54. On information and belief, Crestron has also sought to interfere with Savant's access to third-party contract manufacturers for its Products. During the Summer of 2010, Savant contacted several third-party contract manufacturers, one of which was located in Massachusetts, about the prospect of becoming manufacturing sources for Savant Products. At least one of the contract manufacturers initially expressed interest in doing business with Savant, but later declined, indicating that, in the interim, Crestron had threatened it with loss of business in connection with the manufacture of Crestron equipment if the contract manufacturers agreed to work with Savant. This injured Savant by delaying Savant's search for and acquisition of a

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 14 of 36

suitable contract manufacturer to mass produce its Products. This conduct has no procompetitive business justifications.

55. On information and belief, Crestron has also sought to interfere with Savant's efforts to purchase special equipment for use in a demonstration of Savant products to a prospective end user customer. When Savant contacted an East Coast sales representative of a third party seller of the equipment, the representative initially refused to sell the equipment to Savant, indicating that Crestron had made contact with the representative and demanded that the equipment not be sold to Savant. Savant was able to purchase the equipment only by going directly to the seller in California. This injured Savant by adding unnecessary costs to the project and delaying its completion. This conduct in turn harmed consumer welfare by delaying the end user's access to a completed System. This conduct has no procompetitive business justifications.

56. Collectively, Crestron's anticompetitive practices, as alleged above, have unreasonably restrained, and, unless enjoined by this Court, will continue to unreasonably restrain, competition in the High End Market. Crestron's practices threaten to artificially increase its share of the High End Market and "tip" it permanently to Crestron because of its illegal exercise of monopoly power.

57. Neither the antitrust laws nor this action seeks to inhibit Crestron from competing on the merits with Savant by innovation, price competition, or otherwise. Rather, this Complaint challenges only Crestron's concerted attempts to acquire, maintain and/or expand its monopoly in the High End Market through exclusionary agreements with dealers, and other anticompetitive conduct, that deter innovation, exclude competition, and increase prices, reduce output, and rob end-user customers of their right to choose among competing alternatives.

**E. Crestron's Other Acts of Unfair Competition and Illegal Acts**

58. In addition to its exclusionary agreements with dealers, its interference with contract manufacturers, and other anticompetitive practices, as alleged above, Crestron has also engaged in a campaign of making literally and/or implicitly false and misleading statements orally and in Sales Guides, Comparison Guides, press releases and other documents distributed to dealers, and on information and belief, to end-user customers and others in the industry:

a. disparaging Savant personnel and staff and their ability to service, support and honor warranties with respect to Savant Products;

b. disparaging Savant Products in regard to characteristics, features and capabilities allegedly lacking in them and in regard to their alleged non-compliance with applicable standards; and

c. falsely asserting that only Crestron has an exclusive relationship with Apple, when in fact Savant is an authorized reseller of Apple products.

59. The literally and/or implicitly false and misleading statements by Crestron have included, without limitation, the following.

a. In a Sales Guide published by Crestron to dealers, and on information and belief, to end-user customers and others in the High End Market, in or about August 2010 (Exhibit I hereto), Crestron falsely stated that "when you buy Savant, you buy Savant – a one-room storefront on Cape Cod – not Apple." In fact, Savant occupies a total of four buildings on Cape Cod, containing a total of about 40,000 square feet of space, including 25,000 square feet in a more than 100,000 square foot state-of-the-art manufacturing and engineering facility originally designed and built by Excel Switching Corporation in Hyannis, Massachusetts specifically for the manufacture of high technology electronics.

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 16 of 36

Savant also operates an 8,000 square foot experience center in New York City where its products are demonstrated.

b. On September 16, 2010, Crestron prepared, and distributed to dealers, an e-News bulletin (Exhibit J hereto) stating that its iPhone® and iPad™ applications are compatible with Apple's iOS4.1 release and further stating that "some control companies are experiencing compatibility issues with their iPhone and iPad apps." On information and belief, Crestron issued this bulletin to take unfair advantage of a CE Pro article published the day before, on September 15, 2010, that erroneously reported that Savant's iPhone® and iPad™ apps had compatibility issues with Apple's iOS4.1 release, when, in fact, they did not.

c. In another Sales Guide published by Crestron to dealers, and on information and belief, to end-user customers and others in the Market, in the Spring 2010 (Exhibit K hereto), Crestron represented, in a chart purporting to compare Crestron's Products with Savant's Products, that Savant's Products do not provide the following features:

i. System Control from any Mac® Worldwide;

ii. Apple TV® Control on any Touchpanel;

iii. Media Server Product with sync-to-iTunes capabilities;

iv. On-screen Control;

v. HD Touchpanels;

vi. Touchpanel with Integrated Graphics Engine;

vii. Surround Sound Amplification;

viii. Video Distribution Products;

Case 1:10-cv-11622-WGY Document 421-21 Filed 08/18/14 Page 33 of 127

ix. HDMI w/HDCP Video Distribution;

x. Lighting Control Products;

xi. Climate Control Products;

xii. Security System Native Integration;

xiii. Completely Customizable Touchpanel User Interfaces.

In fact, Savant's Products, properly configured, provide all of the listed features.

d. In the Comparison Guides published by Crestron to dealers, and on information and belief to end-user customers and others in the High End Market, in the Spring 2010 (Exhibits E through H hereto), Crestron represented that "Savant is a startup company with no support network." In fact, at that time, Savant had a group of over 30 support engineers stationed on Cape Cod and in all major markets across the country providing support services directly to dealers. In addition, dealers who carried Savant's Products typically had their own support groups providing support services directly to end-user customers. Numerous other false and misleading statements are made by Crestron regarding Savant's Products in the product comparison charts in these Comparison Guides.

e. In a Sales Guide published by Crestron to dealers, and on information and belief, to end-user customers and others in the High End Market, in or about April 2010 (Exhibit O hereto), Crestron falsely referred to Savant as a "Start-up control systems company" that would cause customers grief because of its alleged lack of touch panel options, and made other false and/or misleading statements calculated to harm Savant as an authorized reseller of Apple products.

60. These and other literally and/or implicitly false and misleading statements made by Crestron have deceived, and have the tendency to deceive, dealers, end-user customers and others regarding Savant and its Products and have impaired their ability to effectively compete with Crestron and Crestron's Products.

61. The literally and/or implicitly false and misleading statements made by Crestron are material in that they have influenced, and are likely to influence, decisions by dealers, end-user customers and others who are exposed to them and who wish to offer or purchase Savant's Products.

62. On information and belief, the literally and/or implicitly false and misleading statements made by Crestron have injured Savant by inducing dealers, end-user customers and others to refrain from purchasing or using Savant Products.

63. Crestron caused Savant dealers to breach their contracts with Savant. In particular, Crestron, knowing of Savant's contracts with dealers, caused dealers who had contracted with Savant to serve as Savant dealers to resign their Savant dealerships, to refrain from marketing and selling Savant Products, to falsely disparage and undermine Savant, and/or to provide Crestron with Savant's confidential, proprietary and trade-secret information.

64. Among the Savant dealers with whom Crestron interfered and whom Crestron induced to resign their Savant dealerships were SoCal Smart Home, Inc., of Orange County, California and Modern Home of Lincoln, Massachusetts.

65. Crestron also caused end-users who agreed to install Savant Products to "flip" to Crestron Products, through misrepresentation and/or use of its monopoly power.

66. Crestron also interfered with Savant's prospective contractual and/or business relations. In particular, Crestron, knowing of Savant's prospective contractual and/or business

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 19 of 36

relations with dealers, caused dealers who were likely to enter into dealer agreements with Savant to terminate their prospective relationships through use of its monopoly power.

67. Among other dealers whom Crestron induced to refrain from becoming Savant dealers or to refrain from selling Savant Products were Stereo One, Inc., of Cape Girardeau, Missouri, and Intellect Electronics of Fort Lauderdale, Florida.

68. Savant also lost prospective end-user customers, including builders, developers and home owners, as a result of the campaign that Crestron waged against Savant, and because of the illegal tactics Crestron has used.

69. Savant lost the business of existing and potential dealers, as well as end-users, as a result of Crestron's activities. The loss of this business was due to Crestron's false and misleading representations, as well as its threats to dealers who had either signed contracts to be Savant dealers or who were likely to sign contracts to be Savant dealers but elected not to due to Crestron's actions.

## VI. CLAIMS FOR RELIEF

### A. First Claim for Relief: Violation of Section 1 of the Sherman Act

70. Plaintiff incorporates the allegations of paragraphs 1 through 69 above as if expressly realleged herein. Defendant has entered into restrictive dealing agreements with dealer integrators, maintained and enforced these agreements, otherwise acted in concert with those dealer integrators, and sold Products on the condition that those dealer integrators refrain from selling or servicing Plaintiff's Products, thereby causing a substantial lessening of competition in the relevant market in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1, and Section 3 of the Clayton Act, 15 U.S.C. § 14.

71. Defendant has market power in the relevant market and Defendant has exercised and maintained that market power through the restrictive agreements.

72. The harm to competition or anticompetitive effect of Defendant's conduct includes keeping output below and prices above what they would be in the presence of unrestrained competition in the relevant market. This results from Defendant's conduct which limits consumer choice, raises competitors' costs, and creates artificial barriers to entry from a necessary means of distribution.

73. As a direct and proximate result of the foregoing, Savant has been injured in its business and property, is threatened with immediate and irreparable additional loss and damage, and will continue to be so threatened unless Defendant is enjoined from soliciting, entering into, and enforcing restrictive agreements with dealer integrators, coercing same from selling Savant's Products, or from engaging in other practices, including, but not limited to any other similar exclusionary agreements, designed to foreclose and exclude Savant and other competitors from the market, and from engaging in other illegal conduct alleged herein.

74. The sale of Products across state lines constitutes interstate commerce and, further, restrictive agreements substantially affect interstate commerce.

75. Crestron's exclusionary agreements with dealers pursuant to which dealers agree, are incentivized or threatened and thereby coerced by Crestron, not to offer Savant's Products, or to do so only on terms that materially disadvantage such Products, unreasonably restrict competition. These agreements unreasonably restrain trade and restrict access to essential channels of distribution, thereby restraining competition in the High End Market.

76. The purpose and effect of these agreements are to restrain trade and competition in the High End Market. These agreements thus constitute contracts, combinations and/or conspiracies in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 21 of 36

### B. Second Claim for Relief: Monopolization of the Market in Violation of Section 2 of the Sherman Act

77. Plaintiff incorporates the allegations in paragraphs 1 through 76 above as if expressly realleged herein.

78. The relevant market for this action is the sale of Products comprising High End Systems to dealer integrators in the United States of America.

79. The Defendant's Products account for approximately 80% of Product sales in the relevant market.

80. Crestron possesses monopoly power in the High End Market.

81. Defendant's aforementioned deliberate conduct of excluding competition in the relevant market through the use of de facto exclusive agreements or unlawful coercion constitutes willful maintenance of its monopoly power in the relevant market and constitutes unlawful monopolization in interstate commerce in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2.

82. The harm to competition or anticompetitive effect of Defendant's conduct includes keeping output below and prices above what they would be in the presence of unrestrained competition in the relevant market. This results from Defendant's conduct which limits consumer choice, raises competitors' costs, and creates artificial barriers to entry from a necessary means of distribution.

83. Through the anticompetitive, unfair and deceptive conduct described herein, Crestron has willfully achieved and maintained, and unless restrained by the Court, will continue to willfully maintain and expand, that monopoly power.

### C. Third Claim for Relief: Attempted Monopolization of the Market in Violation of Section 2 of the Sherman Act

84. Plaintiff incorporates the allegations of Paragraphs 1 through 83 above as if expressly realleged herein.

85. The relevant market for this action is the sale of Products comprising High End Systems to dealer integrators in the United States of America.

86. The Defendant's Products account for approximately 80% of Product sales in the relevant market.

87. Crestron has willfully engaged, and is engaging, in a course of conduct, including a pattern and practice of seeking unreasonable exclusionary agreements with dealers in the High End Market, as alleged above, in an attempt to monopolize the High End Market.

88. Defendant has the specific intent to monopolize the market of the sale of Products to dealer integrators throughout the United States. Defendant's aforementioned deliberate conduct of excluding competition in the relevant market through the use of restrictive agreements and coercion has been undertaken to achieve, maintain and extend such monopoly, and to the extent that Defendant has not already obtained monopoly power, there is a dangerous possibility that it will succeed in obtaining it.

89. Through the use of restrictive agreements and coercion, Defendant is attempting to monopolize the High End Market throughout the United States in interstate commerce in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2.

90. The harm to competition or anticompetitive effect of Defendant's conduct includes keeping output below and prices above what they would be in the presence of unrestrained competition in the relevant market. This results from Defendant's conduct which

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 23 of 36

limits consumer choice, raises competitors' costs, and creates artificial barriers to entry from a necessary means of distribution.

91. As a direct and proximate result of the foregoing, Savant has been injured in its business and property, is threatened with immediate and irreparable additional loss and damage, and will continue to be so threatened unless Defendant is enjoined from soliciting, entering into, and enforcing de facto exclusive agreements with dealer integrators, coercing same from selling Savant's Products or from engaging in other practices, including, but not limited to any other similar exclusionary agreements, designed to foreclose and exclude Savant and other competitors from the market, and from engaging in other illegal conduct alleged herein.

92. Crestron has acted with a specific intent to monopolize, and to destroy effective competition in, the High End Market.

93. There is a dangerous probability that, unless restrained by this Court, Crestron will succeed in acquiring, maintaining and/or expanding its monopoly power in the High End Market, in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2.

### D. Fourth Claim for Relief: Exclusive Dealing Agreements in Violation of Section 3 of the Clayton Act

94. Plaintiff incorporates the allegations of Paragraphs 1 through 93 above as if expressly realleged herein.

95. Crestron's agreements with dealers, by which dealers undertake to carry Products only from Crestron and not from Savant, have lessened, and are likely to lessen, competition in the High End Market.

96. Crestron's exclusive dealing agreements with dealers tie up a significant portion of the High End Market, effectively foreclosing Savant from reasonable and fair access to the High End Market for these Systems.

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 24 of 36

97. Crestron's exclusive dealing agreements with dealers violate Section 3 of the Clayton Act, 15 U.S.C. § 14.

98. Unless enjoined from continuing its exclusive dealing agreements with dealers, Savant will suffer further and irreparable harm for which there is no adequate remedy at law.

**E. Fifth Claim for Relief: False Advertising and Unfair Competition Under Section 43(a) of the Lanham Act**

99. Plaintiff incorporates the allegation of Paragraphs 1 through 98 above as if expressly realleged herein.

100. Savant's Products are sold in interstate commerce in competition with Crestron's products.

101. The literally and/or implicitly false and misleading statements made by Crestron, as alleged above, have been made by Crestron in bad faith.

102. The literally and/or implicitly false and misleading statements by Crestron constitute false advertising and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

103. As a direct and proximate result of Crestron's literally and/or implicitly false and misleading statements, Savant has suffered and continues to suffer actual damages, including lost prospective and actual business, lost profits, loss of goodwill and damage to its reputation and the reputation of its products, and out-of-pocket and other related costs and expenses to be determined at trial.

104. Unless the acts complained of are enjoined by this Court, Savant will suffer further and irreparable injury for which Savant has no adequate remedy at law.

**F. Sixth Claim for Relief: Restraint of Trade or Commerce Under M.G.L.A. c. 93, § 4**

105. Plaintiff incorporates the allegations of paragraphs 1 through 104 above as if expressly realleged herein.

106. Crestron's exclusionary agreements with dealers pursuant to which dealers agree, are incentivized or threatened and thereby coerced by Crestron not to offer Savant's Products, or to do so only on terms that materially disadvantage such Products, unreasonably restrict competition. These agreements unreasonably restrain trade and restrict Savant's access to essential channels of distribution, thereby restraining competition in the Market.

107. The purpose and effect of these agreements are to restrain trade and competition in the High End Market. These agreements thus constitute contracts, combinations and/or conspiracies in restraint of trade or commerce in violation of Section 4 of the Massachusetts Antitrust Act, c.93, M.G.L.A.

**G. Seventh Claim for Relief: Monopolization and Attempt to Monopolize Under M.G.L.A. c. 93, § 5**

108. Plaintiff incorporates the allegations of paragraphs 1 through 107 above as if expressly realleged herein.

109. Crestron's exclusionary agreements with dealers pursuant to which dealers agree, are incentivized or threatened and thereby coerced by Crestron not to offer Savant's Products, or to do so only on terms that materially disadvantage such products, unreasonably restrict competition. These agreements unreasonably restrain trade and restrict Savant's access to essential channels of distribution, thereby restraining competition in the Market.

110. The purpose and effect of these agreements are to restrain trade and competition in the Market. These agreements thus constitute monopolization or attempts to monopolize in violation of Section 5 of the Massachusetts Antitrust Act, c.93, M.G.L.A.

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 26 of 36

**H. Eighth Claim for Relief: Copyright Infringement**

111. Plaintiff incorporates the allegations of Paragraphs 1 through 110 above.

112. Savant owns Federal Copyright Registration Nos. VA1742893, VA1742896 and VA1742898 issued on October 28, 2010, covering various photographs of Savant's Products which have been used by Savant since 2007 on its website and on other materials to advertise and promote its Products. True and accurate copies of Copyright Registration Nos. VA1742893, VA1742896 and VA1742898, together with the photographs associated with each, are attached hereto as Exhibits L, M and N, respectively.

113. Crestron has copied Savant's copyrighted product photographs and reproduced the same in various sales guides, and other promotional materials which it has distributed to dealers, and on information and belief, to end-user customers and others in the industry. See Exhibits E through H hereto.

114. Crestron's copying of Savant's copyrighted product photographs has been done willfully and without Savant's consent or approval.

115. Crestron's actions constitute copyright infringement in violation of 17 U.S.C. § 501, *et seq.*

116. Savant has suffered injury as a result of Crestron's acts of copyright infringement.

117. Unless Crestron's acts of copyright infringement are enjoined, Savant will suffer further and irreparable injury for which Savant has no adequate remedy at law.

**I. Ninth Claim for Relief: Unfair and Deceptive Acts or Practices in the Conduct of Trade Under M.G.L.A. c.93A**

118. Plaintiff incorporates the allegations of Paragraphs 1 through 117 above as if expressly realleged herein.

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 27 of 36

119. Savant and Crestron are, and have been, engaged in trade and commerce with their Products within the Commonwealth of Massachusetts.

120. Crestron's exclusionary agreements and pricing policies and practices with dealers, acts of monopolization and attempts to acquire, maintain and/or expand its monopoly in the High End Market, and false and misleading statements to dealers, end-user customers and others in the industry regarding Savant and Savant's Products and Crestron and Crestron's Products, and other unlawful conduct as alleged above, constitute unfair and deceptive acts or practices in the conduct of trade declared unlawful by M.G.L.A. c. 93A, § 2.

121. Crestron's unfair and deceptive acts or practices in the conduct of trade have been committed in substantial part in the Commonwealth of Massachusetts and have been performed willfully by Crestron with the intent to cause injury to Savant in the Commonwealth of Massachusetts.

122. Savant has been injured by Crestron's unfair and deceptive acts or practices, and, unless such acts or practices are enjoined by this Court, Savant will likely suffer further and irreparable injury for which Savant has not adequate remedy at law.

**J. Tenth Claim for Relief: Tortious Interference with Contractual Relations**

123. Plaintiff incorporates the allegations of Paragraphs 1 through 122 above as if expressly realleged herein.

124. As detailed above, Savant had entered into contractual relations with its dealers, whereby Savant agreed to sell Products that these dealers were to use in installations sold to end-user customers.

125. On one or more occasions, a project initially committed to a dealer to incorporate Savant Products has been switched to Crestron.

126. Crestron knew of Savant's contracts with its dealers, as well as contracts for dealers to install Savant Products in the residences of end-user customers.

127. Crestron knowingly, intentionally and improperly interfered with the performance of the contracts between Savant and Savant's dealers by inducing the dealers, through its threats and actions in the High End Market, misrepresentations, false statements, disparagement of Savant's Products and Savant's reputation, and other unlawful conduct detailed above, to not perform the contracts. Among other actions, Savant's dealers were induced to resign their Savant dealerships; refrain from marketing and selling Savant products; "flip" contracts from Savant to Crestron; and/or provide Crestron with Savant's confidential, proprietary and trade-secret information.

128. Crestron knowingly, intentionally and improperly interfered with the performance of contracts between dealers and end-user customers, the benefit of which was to inure to Savant.

129. Crestron intended to induce these dealers and end-user customers to breach their contractual obligations. Crestron's improper motive was to gain illicitly the business that had already been promised to Savant or that might in the future come to Savant. Crestron knew that its actions were wrongful since the dealers and end-user customers had settled contracts whose breach Crestron intentionally induced.

130. Crestron's improper means included threatening dealers, making demonstrably false and misleading statements about Savant and Savant's Products, causing misappropriation of trade secrets, and violating antitrust laws.

131. In a number of instances, Crestron was successful in knowingly interfering with Savant's contracts with its dealers, or with third-party contracts that would inure to the benefit of Savant, resulting in lost sales and therefore economic harm to Savant.

132. As a direct and proximate result of Crestron's interference, Savant has been damaged in an amount to be proved at trial.

**K. Eleventh Claim for Relief: Tortious Interference with Prospective Contractual Relations**

133. Plaintiff incorporates the allegations of Paragraphs 1 through 132 above as if expressly realleged herein.

134. As detailed above, Savant sought to enter into contractual and/or business relations with dealers, whereby Savant would agree to sell equipment that these dealers would use in installations sold to end-user customers.

135. Crestron knew of Savant's potential contracts with dealers, as well as potential contracts for dealers to install Savant Products in the residences of end-user customers.

136. Crestron knowingly, intentionally and improperly interfered with the potential contractual and/or business relations between Savant and Savant's potential dealers by inducing the dealers, through its threats and actions in the High End Market, misrepresentations, false statements, disparagement of Savant's Products and Savant's reputation, and other unlawful conduct detailed above, to not enter into contractual and/or business relationships with Savant.

137. Crestron knowingly, intentionally and improperly interfered with the performance of contracts between dealers and end-user customers, the benefit of which was to inure to Savant.

138. Crestron intended to induce these dealers and end-user customers to not enter into contractual and/or business relationships with Savant or contracts the benefit of which would inure to Savant. Crestron's improper motive was to gain illicitly the business that would have come to Savant. Crestron knew that its actions were wrongful.

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 30 of 36

139. Crestron's improper means included threatening dealers, making demonstrably false and misleading statements about Savant and Savant's Products, causing misappropriation of trade secrets, and violating antitrust laws.

140. In a number of instances, Crestron was successful in knowingly interfering with Savant's potential contract and/or business relationships with dealers, or with third-party contracts that would have inured to the benefit of Savant, resulting in lost sales and therefore economic harm to Savant.

141. As a direct and proximate result of Crestron's interference, Savant has been damaged in an amount to be proved at trial.

## VII. PRAYERS FOR RELIEF

WHEREFORE, PLAINTIFF PRAYS FOR RELIEF AS FOLLOWS:

1. That the Court enter a judgment finding that:

a. Crestron's conduct in requiring and/or inducing dealers not to offer and resell Savant Products as a condition of being able to offer and resell Crestron Products violates Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 and 2; Section 3 of the Clayton Act, 15 U.S.C. § 14; and Sections 4 and 5 of the Massachusetts Antitrust Act, M.G.L.A. c. 93, §§ 4 and 5;

b. Crestron agreements which require dealers to pay higher prices for Crestron Products unless such dealers not resell or offer Savant Products are bundled loyalty agreements which violate Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 and 2; Section 3 of the Clayton Act, 15 U.S.C. § 14; and sections 4 and 5 of the Massachusetts Antitrust Act, M.G.L.A. c. 93, §§ 4 and 5;

c. Crestron's voiding of warranties on Crestron Products, voiding of cash back offers on Crestron Products and other reprisals to dealers, when such dealers offer

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 31 of 36

or sell Savant Products, violate Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 and 2; Section 3 of the Clayton Act, 15 U.S.C. § 14; and Sections 4 and 5 of the Massachusetts Antitrust Act, M.G.L.A. c. 93, §§ 4 and 5;

d. Crestron has attempted to monopolize the High End Market as defined herein in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2; and Sections 4 and 5 of the Massachusetts Antitrust Act, M.G.L.A. c. 93, §§ 4 and 5;

e. Crestron has willfully maintained its monopoly in the High End Market as defined herein in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2; and Sections 4 and 5 of the Massachusetts Antitrust Act, M.G.L.A. c. 93, §§ 4 and 5;

f. Crestron's exclusive dealing agreements and arrangements with dealers violate Section 3 of the Clayton Act, 15 U.S.C. § 2; and Sections 4 and 5 of the Massachusetts Antitrust Act, M.G.L.A. c. 93, §§ 4 and 5;

g. Crestron's literally and/or implicitly false and misleading statements regarding Savant and Savant's Products and Crestron and Crestron Products constitute false advertising and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 2;

h. Crestron's copying of Savant's copyrighted product photographs without Savant's consent or approval constitutes federal copyright infringement in violation of 17 U.S.C. § 501, *et seq.*;

i. Crestron has engaged in unfair and deceptive acts or practices in the conduct of trade in the Commonwealth of Massachusetts in violation of M.G.L.A. c. 93A, § 2;

j. Crestron has tortiously interfered with Savant's contractual relations and/or with contracts the benefits of which were to inure to Savant; and

k. Crestron has tortiously interfered with Savant's prospective contractual relations and/or with contracts the benefit of which would have inured to Savant.

2. That the judgment entered by the Court order that Crestron, its officers, directors, employees, agents and attorneys, and all persons acting on its behalf or under its direction or control, and all successors thereto, be preliminarily and permanently enjoined from:

a. Requiring or inducing any dealer or other person or entity, as a condition to be able to offer, or continue to offer, Crestron Products to refrain from offering Savant Products;

b. Taking or threatening any action adverse to any dealer or other person or entity in whole or in part as a direct or indirect consequence of such dealers offering of any Savant Products;

c. Asking any dealer or other third person or entity to choose between offering Crestron Products and offering Savant Products;

d. Requiring maintaining or continuing any exclusive dealing agreements with dealers calculated to preclude such dealers from carrying Savant Products;

e. Entering into any bundled loyalty agreements with dealers which require the dealers to pay higher prices for Crestron Products unless the dealers agree to refrain, and in fact refrain, from selling Savant Products;

f. Engaging in illegal acts in an effort to win or "flip" jobs from Savant;

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 33 of 36

g. Making any literally and/or implicitly false and misleading statements to dealers, end-user customers or others in the industry regarding Savant, any of Savant's Products, Crestron and/or any of Crestron's Products;

h. Engaging in any further acts of infringement of any copyrights of Savant; and

i. Engaging in any unfair and deceptive acts or practices in the conduct of trade as they relate to Savant or Savant's Products in violation of M.G.L.A. c. 93A, § 2.

3. That the judgment entered by the Court also order that:

a. Crestron pay Savant damages in an amount to be determined at trial to compensate Savant for the injury caused by Crestron's unlawful acts and practices alleged above;

b. Savant's damages be trebled pursuant to the Federal antitrust laws, the Lanham Act, the Massachusetts Antitrust Act, M.G.L.A. c. 93 § 1, *et seq.*; and the Massachusetts Unfair and Deceptive Trade Practices Law, M.G.L.A. c. 93A § 1, *et seq.*;

c. Crestron pay Savant punitive damages in an amount to be determined at trial for Crestron's unlawful and malicious conduct, which was intended by it to harm Savant in the conduct of its business;

d. Crestron pay Savant's attorneys' fees and costs incurred in connection with this action; and

e. Savant be awarded such other and further relief as the Court deems just and proper.

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 34 of 36

## VIII. JURY DEMAND

Savant demands a trial by jury of all claims in this action so triable.

DATED this 2nd Day of July, 2014.

Respectfully submitted,

SAVANT SYSTEMS, INC.
By Its Attorneys,

*/s/ Aaron S. Jacobs*

Thomas C. O'Konski BBO#378265
Michael E. Attaya BBO#548297
Aaron S. Jacobs BBO#677545
William J. Mostyn IV BBO#678869
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500
AJacobs@c-m.com

Case 1:10-cv-11622-WGY Document 394 Filed 07/02/14 Page 35 of 36

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 2, 2014.

/s/ *Aaron S. Jacobs*
Aaron S. Jacobs

# Exhibit A

CRESTRON

Text Search

About | Markets | Products | Resources | Partnerships | Training | Contact

Log In | Get More Info




With over 40 years in business and 90+ offices worldwide, Crestron Electronics is the leading provider of control and automation systems for homes, offices, schools, hospitals, hotels and more. Crestron solutions are Integrated by Design™ to provide the ultimate technology lifestyle. No matter where you are, or what you do, with Crestron you're always connected.










**At Home**
You don't need multiple remotes just to watch television, or a wall filled with switches and knobs that takes you 3 tries to find the right light. Take control of your home with just one button press from a sleek Crestron touch screen, designer engraved keypad or your iPad®, iPhone®, iPod Touch®, or Android™ device. Select a movie to watch or music to enjoy from your favorite chair. Adjust your lights, shades, temperature and check on your alarm system without getting out of bed. The comfort and convenience of the ultimate technology lifestyle can be yours. The possibilities are endless, whatever you can imagine Crestron can do.

**At Work**
Whether you need to control an AV presentation, videoconference internationally or update your digital signage, Crestron has a control system to keep you connected. Monitor your enterprise to increase sustainability by tracking your carbon footprint to see where you use on site energy, and how you can continue to reduce energy costs. Add room sensors and set presets for shades to control daylight harvesting and only use lights as they are needed. Show off your energy savings from a flash-based, stylish interface in your lobby. Book an available conference room that has the technology and space you need, directly from Outlook or on your web browser. There are no limitations to keep your organization on the cutting-edge, increase efficiencies and lower costs.

**At School**
Enhance curriculum through easy-to-use technology for teachers and professors. From one touch on an intuitive touchpanel select to play a DVD, use a document camera, or present a PowerPoint from the PC. Crestron makes it easy for instructors to use classroom technology, and for IT managers to support hundreds of rooms through the standard IP network. Tech support can remotely manage classrooms, labs, conference rooms and auditoriums globally and remotely. Control lighting and climate by time of day and usage. Check lamp life and schedule maintenance. Let your teachers and professors focus on teaching, not worry about technology. Join the world's leading universities, become a Crestron Connected™ Campus.

**At Play**
Add the Crestron control app to your mobile devices, iPhone, iPad, laptop or MacBook® and show off to your friends all that you can do from the golf course or even the beach. Flaunt the awesome Crestron sound system you just installed in your yacht. Notice how the museum you went to this weekend has the same touchpanel on the wall that you have in your house. Everywhere you are, whatever you need, with Crestron you're connected.

**What are you waiting for?**
Contact us today to find the Crestron system that fits *your lifestyle.*

*All brand names, product names and trademarks are the property of their respective owners. Certain trademarks, registered trademarks, and trade names may be used to refer to either the entities claiming the marks and names or their products. Crestron disclaims any proprietary interest in the marks and names of others. Crestron is not responsible for errors in typography or photography. Specifications are subject to change without notice.*

© Crestron Electronics, Inc.

# Exhibit B

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 5 of 35

# Home Systems: Home Controls 2007 Update

## Resource Book

*Executive Editor:* Tricia Parks
*Author:* Bill Ablondi

© 2007 Parks Associates

PARKS ASSOCIATES

5310 Harvest Hill Road
Suite 235, Lock Box 162
Dallas, Texas 75230-5805

Toll Free 800 727-5711
Telephone 972 490-1113
Facsimile 972 490-1133

www.parksassociates.com
sales@parksassociates.com

# Attribution

Executive Editor: Tricia Parks
Authored by: Bill Ablondi
Published by Parks Associates
© June 2007 Parks Associates
Dallas, Texas 75230

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America.

# Disclaimer

Parks Associates has made every reasonable effort to ensure that all information in this report is correct. We assume no responsibility for any inadvertent errors.

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 7 of 35



## Crestron

| | |
|---|---|
| **Crestron** | Crestron Electronics, Inc. |
| **Address of Corporate Headquarters** | 15 Volvo Drive<br>Rockleigh, NJ 07647 |
| **Phone** | 800-237-2041, 201-767-3400 |
| **Fax** | 201-767-7576 |
| **Website** | www.crestron.com |
| **Contact** | Randy Klein, COO<br>Chris Wildfoerester, Director of Marketing<br>Jason Tirado, Director of International Sales |
| **Number of Employees** | 800–900 Worldwide (Parks Associates estimate) |
| **Years in business** | 38 years in business<br>All years in controls<br>20 years in touch screen business |
| **Company Background** | Privately held; founded by George Feldstein.<br>Crestron released its first touch screen in 1988<br><br>One of the two established leaders in the industry for touch screen integrated control systems. All Crestron products are based on their proprietary hardware and software.<br><br>In the 2000 timeframe, Crestron management made a strategic decision to focus on high end control systems in the residential arena. Until that time, AMX and Crestron had competed nearly head to head in terms of dollars and unit sales achieved. Crestron's focus combined with missteps and market vagaries for AMX changed the equation. Today, Crestron holds 80% of the unit high end custom whole house controller sales with AMX at about 20%.<br><br>Accompanying the decision to focus on residential came the decision to expand Crestron offerings beyond its central controller and user interfaces to include categories, previously solely provided by category subsystem manufacturers such as Niles for multi-room audio and Lutron for lighting controls. Over the next few years, Crestron introduced lighting controls, surround sound processors, amplifiers, a multi-room audio system and other extensions to central integrated control.<br><br>While expansion into product categories of erstwhile partners has caused some backlash, it has enhanced Crestron's ability to integrate functions rather than just offer connection. Further, Crestron is clear with its dealers that it is their choice whether to offer Crestron lighting, for example, or Lutron.<br><br>The heart of Crestron's software is the Crestron data base. It contains hardware definitions for all Crestron hardware devices and third party drivers Crestron also has a data base that even looks up the type cable needed for the applications. |

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 8 of 95



| | |
|---|---|
| | If success is measured by Crestron's position in relation to its classic competitor, Crestron continues its run of strong success. Crestron estimates that is between 3X and 4X larger than AMX. Parks Associates estimates AMX revenues for 2005 at \$90M - \$100M. Crestron states its revenues for fiscal 2005 at \$295M and approximately \$350M for fiscal 2006.<br><br>Parks Associates estimates unit sales of residential controllers to be 12,000 to 15,000 with touch controllers at 45,000-60,000 and handhelds another 75,000 to 95,000.<br><br>Approximately 50% of Crestron's residential revenues derive from controllers and touch screens; the other half is from accompanying subcategory products and components.<br><br>By any standard, Crestron has executed its business well. It has had year over year growth of about 20% since 2002 (Parks Associates' estimate). |
| **Company Strengths** | Diversifications allowing Crestron to weather soft markets. Revenues split about equally between commercial and residential sales.<br><br>An example of a solid commercial contract is Crestron's contract with Microsoft to complete control systems for all its 7,000 – 8,000 presentation and board rooms worldwide.<br><br>Crestron remote controllers, only sold with a Crestron controller are elegant and their design, with programming, allows true ease of use across multiple functions in even very complex environments.<br><br>A key strength is focus and dedication to the tasks of business. Privately held, senior managers are quiet about themselves. Crestron management is proud of its tradition of making its decision based on customer benefits and its analysis of market needs rather than marching to the tune of any particularly competitor. During AMX dark years Crestron attacked its market position with focus and purpose. Prior to that time, the companies shared the marketplace for very high-end systems.<br><br>At this time, Creston has engineered even its own brand of wire to be used for Creston installations; the sales of this wire will bring substantial revenue to Crestron. It seeks to be a total solution. That doesn't mean that it does not partner nor seek to work with the best of class in any particular category. Instead it reflects Crestron's desire for total answers.<br><br>Crestron has led in the introduction of innovations to the high-end controls marketplace<br><br>While Crestron does see the potential power of the PC and software such as Vista from Microsoft, right now less than |

| | |
|---|---|
| | 15% of its installations include connection and integration to a standard PC. With that said, the logic for this small percentage is that people do not want to boot up for control Crestron offers a TMBX touch screen with the capability to interface to a home's Wi-Fi network for browsing. It is one of Crestron's most popular products with thousands selling each month. |
| **Company Weaknesses** | Crestron avoids long range strategic futuristic planning in favor of smart short term decisions (3-5 years), betting that the long term future will take its direction from the short term future. It funds, develops and executes systems that the avant-garde control market requires but does not look beyond the near future. This could lead to missed opportunities.<br><br>A Crestron strength has been management's good market analysis and execution of plans. It does not study competition for "what to do." There is also a risk in this approach. Keeping watch over activities across current and potential market activities can help avoid missed opportunities.<br><br>Proprietary software for all touch screens requires extensive programming knowledge. Due to the difficulty of the task of programming a Creston touch screen, the expense is high. This remains so even though Crestron has improved its programming and made it much easier than it was years ago. Part of the difficulty in programming relates to software flexibility; the system buyer can do anything desired as long as the subsystems are available and the buyer is willing to pay.<br><br>As computing products increase in capability and scope, they will adopt home control capabilities at some level, particularly mass market. The increased functionality of mid level remotes controllers may impinge on Creston's market share of high end remote controllers for households buying predominantly for entertainment control.<br><br>Because Crestron's proprietary hardware devices function as the ultimate control processor, Crestron is not particular exploiting the power of general-purpose CPUs for greater cost effectiveness. |
| **Strategic Vision** | To offer "Total Home Technology" by creating new categories and expanding the proprietary line of products. The focus is on the high end home. Crestron wants to have a single custom built user interface for all kinds of hardware which are often from many different and not always compatible vendors. Crestron wants to sell products to their dealers that dealers have purchased from others in the past such as HVAC controllers. Creston strives to deliver a complete control and connectivity solution for every room and every application. |

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 10 of 35


© 2007 Parks Associates

**Product Information** | **Selected Examples of Controllers**

**CP2**
**Compact Control System**



The **CP2** is a compact control system designed for small to medium sized residential and commercial control applications. Three built-in COM ports, eight IR/Serial ports, eight I/O Versiports, and eight isolated relays provide for control of video projectors, plasma displays, switchers, DVD players, screens, etc. Additional control ports may be added using Cresnet expansion modules, or by "slaving" an additional CP2 or other control processor.

**MP2**
**Integrated AV Control System**



The **MP2** is part of Crestron's MediaManager family of controllers providing AV signal distribution, device control, and facility-wide system management. The MP2 combines a control system and audio/video switcher in a single box. The MP2 was designed to be the master control processor for a small stand-alone AV system, but can be slaved to another 2-Series control processor to add audio/video switching and control port expansion.

**PAC2**
**Professional Automation Control System**



SHOWN WITH OPTIONAL CARDS (SOLD SEPERATELY)

The PAC2 is a dual bus control system designed to serve as the central processor for Crestron lighting and automation systems for residential and commercial environments.

The **PAC2** is built upon Crestron's 2-Series control engine designed to work with Crestron's line of lighting dimmers and shade controls, keypads and touchpanels, thermostats, wireless gateways, control cards, and expansion modules.

The **PAC2** provides for the integration of non-Crestron devices and subsystems through control interfaces. Eight isolated relays and eight I/O Versiports are built in to accommodate motion sensors, contactors, door strikes, and other low-voltage controls. Additional relays, I/O ports, RS-232, RS-422, RS-485, IR, and MIDI interfaces can be added by installing up to two Y-Bus control cards. Crestron also offers a full line of expansion modules to facilitate the placement of serial COM ports, relays, DTMF interfaces, and shade controllers at any location throughout a residence or commercial facility.

**AADS**
**Adagio™ Audio Distribution System**



Adagio

The Adagio Audio Distribution System (AADS) is a multi-room audio distribution with audio signal routing, processing, and amplification for up to 6 rooms, controllable from its LCD-driven front panel and a choice of room controllers.

**AADS** is based upon Crestron's 2-Series control engine and has both Cresnet and Ethernet connectivity. It canbecome part of a complete home automation solution supporting all of Crestron's Cresnet® and infiNET™ controllable dimmers, shade controllers, thermostats, etc.

| | **Selected Remote Controllers** |
|---|---|
| **ML-600 Handheld remote** | This handheld remote features a customizable LCD display, a 5-way thumb pad controller, and an intuitive array of pushbuttons designated for a variety of A/V functions. Has the ability to go beyond home theater control and include lighting, climate, security and more as part of a complete Crestron system. This device communicates with RF technology. |
| **ML-500** | Combines a customizable LCD display an 10 soft keys with 27 programmable hard buttons and 4 way thumb pad. |
| **MT-1000** | Provides a high level of home control with an active matrix touch panel display, 16 bit color graphics, and an optimized array of tactile hard buttons in a sleek, lightweight package. |
| **Touch Screen**  TPMC-8X | TPMX-8X – Newly introduced touch screen that allows web browsing via in-home Wi-Fi, addition to other touch screens in this family of products. |
| **Distribution** | Direct to authorized dealers.<br><br>Crestron states that is has ~ 5000 dealers in the US. All go direct to Crestron with no distributors. In addition, Crestron has 41 offices worldwide with its own employees. No manufacturer representatives or agencies sell the product. This provides Crestron with control over its product availability and sales. Crestron management believes this approach offers the best opportunity to obtain desired profit wherever Crestron is sold. Unlike companies where profit results from volume, Crestron believes it up to itself to hold profits as desired and build systems worth that price to target markets.<br><br>Crestron is working to increase their online sales and sales directly to the consumer. Separate sales force for commercial and residential product lines.<br><br>In the U.S. Crestron has nine regional offices with regional directors and sales managers. Its sales force is company employees.<br><br>In Europe Creston has nine offices with headquarters in Brussels, Belgium. In Europe Crestron sells to dealers only. |

© 2007 Parks Associates

| | |
|---|---|
| | Crestron continues to see the highest growth rates in the US, but perceives that Europe has the future potential (3-7 years) for high growth rates. |
| **Primary target markets** | Very upscale households (top 10%-15% US HHs) via high-end custom installers. No plans now or in the future to go after mass market.<br><br>Crestron's recent moves to develop category hubs that can be purchased for less and don't offer ALL capabilities is a smart way for Crestron to expand its targets. For example, a household can have a complete and elegant Crestron entertainment controller for its home theater equipment along with an easy-to-use touch screen remote for about $15K. While no means affordable to the bulk of Americans, this is less than systems in the past and will be attractive to a set of upscale homeowners who are and were unwilling to face a $30K or $50K expenditure for a system.<br><br>In addition, entertainment has cache and many families view it as a luxury but more meaningful than one more fancy car or other luxuries. In a new home, that $15K decision may go straight as an addition to an already considerable mortgage. |
| **Dealer Requirements** | Must be established in the A/V business, attend training and invest in demo products. ($8,000-$18,000). |
| **Dealer Training** | Crestron Technical Institute prepares A/V residential specialists for designing, installing and programming Creston products. Crestron supplies "Creston True Blue Support" to all its dealers online and training at the Crestron Technical Institute. |
| **Primary Enablers** | • Growing interest for touch screen controls<br>• For families with complex home theaters, simple to use controls nearly a "must";<br>• Increasing cost of entertainment equipment due to new TVs and expensive homes change the meaning of the $ for many home dwellers;<br>• Cocooning, spoken of for over a decade as a trend, has actually become a trend following 9-11.<br>• Excellent reputation of Crestron. Focus on customer satisfaction. The high end market for electronics will not be affected by the slow down in the housing market. |
| **Primary Inhibitors** | • In terms of market size, high cost of proprietary software and hardware<br>• Limited market due to expensive product and installation.<br>• Qualified dealers with customer focus at a premium<br>• The issue of mid-market control systems (or lack thereof) inhibits awareness for control systems overall |

# Exhibit C

CRESTRON

Click here to print this page

Contact: Joyce Essig | 800.237.2041, ext. 10439 | jessig@crestron.com

**July 17, 2008**

## Crestron Record 20 Years of Double Digit Growth

*Crestron Posts Record Year for 2007-08; 20th Consecutive Year of Double Digit Growth*

Crestron Electronics, Inc. closed the books on the 2007-08 fiscal year on June 30th, posting its twentieth consecutive year of double digit growth. The global leader of commercial and residential control and automation systems finished the year with a record-breaking month with sales 50 percent above the previous month. The nearly 20 percent revenue growth for 2007-08 brings Crestron total annual sales to $400 million.

"Despite an increasingly competitive marketplace, challenging economy and rising costs, we continue to grow - creating jobs and helping fuel the economy," says Randy Klein, Executive Vice President, Crestron Electronics. "Our industry is strong and the future looks brighter than ever."

In fact, Crestron, a New Jersey based company, situated in the shadow of the Manhattan skyline, continues to manufacture all of its 1,000 high-tech products locally. The company is hiring at a record pace and added three buildings to its local New Jersey infrastructure in the last twelve months. Additionally, Crestron has opened more than a dozen new worldwide sales and support offices throughout the U.S., Canada, Europe, Asia and the Middle East.

Expanding its worldwide headquarters campus in Rockleigh, NJ, Crestron bought a new administrative building from Volvo and built a 100,000 square foot Research Center. The company also added a massive Distribution Center in Carlstadt, NJ, from which orders are shipped to every continent around the globe.

The Research Center houses more than 350 full-time hardware and software engineers who are innovating technology and developing new products. Crestron introduced 70 new products in June, coinciding with the largest commercial audio/video trade show in Las Vegas where the company exhibited and was a major sponsor. "Many companies grow by acquisition; we grow through innovation," explains Klein. "We add value and create opportunities. We're focused on growing our industry and the economy, not investor portfolios. Crestron is a private company so we have that freedom, and with that freedom we feel we have a great responsibility to support our employees and partners."

The Consumer Electronics Association (CEA) is celebrating the dedication, innovation and success that Crestron delivers. Later this month the CEA is launching its national grass-roots bus tour, recognizing American industry and manufacturing leadership. The bus, carrying press, government officials and business leaders, will visit companies that continue to operate domestically and propel the national economy. "Crestron is our premier stop on the tour," says Matthew Shaffer, CEA International Trade. "They represent the very best in American innovation and ingenuity. When other companies are going off-shore or moving for real-estate or tax benefits, Crestron remains loyal to its employees and its roots."

Tweet 0 Like 0 0

### High Res Photos & Logos

The high-res photos & logos below are permitted to be reproduced without consent for the following parties only:

- Crestron Authorized Dealers and Partners
- Members of the Media/Press

To minimize download time, all images have been compressed into ZIP format. If you need a file decompression utility to open ZIP files, download a free one from our Website Tools page.

To retain image quality, **do not scale product images up to a larger size**. Logos in EPS format, however, are fully scalable. If you need an image in a larger size than it is presented here, please fill out this photo request form.

**Crestron Logo Print: Black**

Print Size: 5" x 0.58" @ 300dpi

Download: BMP (63 K) | EPS (161 K)

**Crestron Logo Print: Blue**

Print Size: 5" x 0.58" @ 300dpi

Download: BMP (55 K) | EPS (162 K)

**Crestron Logo Print: White**

Print Size: 5" x 0.58" @ 300dpi

Download: BMP (23 K) | EPS (160 K)

**Crestron Logo Web: Black**

Print Size: NA" x NA" @ 300dpi

Download: JPG (8 K)

**Crestron Logo Web: Blue**

Print Size: NA" x NA" @ 300dpi

Download: JPG (12 K)

**Crestron Logo Web: White**

Print Size: NA" x NA" @ 300dpi

Download: JPG (8 K)

For 40 years Crestron has been the world's leading manufacturer of advanced control and automation systems, innovating technology to simplify and enhance modern lifestyles and businesses. Offering integrated solutions to control audio, video, computer, and environmental systems, Crestron streamlines technology, improving the quality of life in commercial buildings, universities, hotels, hospitals and homes.

In addition to its World Headquarters in Rockleigh, New Jersey, Crestron has sales and support offices throughout the U.S., Canada, Europe, Middle East, Asia, Latin America and Australia.

Printed from URL:
http://www.crestron.com/about/press_room/press_releases/show_release.asp?press_release_id=1333

©2009 Crestron Electronics, Inc. All rights reserved

www.crestron.com

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 17 of 35

# Exhibit D

CRESTRON

Click here to print this page

Contact: Joyce Essig | 800.237.2041, ext. 10439 | jessig@crestron.com

**May 03, 2010**

## Crestron Dealers Dominate Elite CE PRO 100 Again in 2010

*CE Industry's Most Successful Integrators Revealed, Crestron Dealers Comprise 90% of the Top 20*

ROCKLEIGH, NJ, May 3, 2010 - The highly anticipated 2010 CE Pro 100, which recognizes the largest and most prestigious custom electronics firms in the U.S, has been published. The recently released list, firmly established as the standard for success in the home technology industry, revealed that more than three-fourths of the integrators in the elite Top 50, including 90% of the Top 20, are Crestron dealers.

Over the past year, Crestron released several ground-breaking innovations which are driving the home automation and home entertainment revolution forward, enabling integrators to offer new and exciting technology to their clients.

In the home entertainment universe, the DigitalMedia™ family of products emerged as the only complete solution for the digital age. DigitalMedia enables integrators to provide homeowners with the capability to seamlessly distribute both analog and uncompressed digital HD content over long distances and to multiple rooms, for the first time. The ADMS Intermedia Delivery System with WorldSearch® streamlines the fragmented world of content, bringing the world's entertainment media together onto a single, searchable user platform. Both products clearly set the standard for the next generation home entertainment experience.

Crestron's home automation and control technology also provided more opportunities for dealers. The TPMC-3X Handheld Touchpanel redefined whole house control, delivering new and valuable features - such as a 2.8" full motion video touchscreen, enhanced Wi-Fi performance up to 150', and Instant-Waking™ - to the modern homeowner.

In addition, a wide variety of Crestron apps for Apple® iPod®, iPod touch®, iPad™ and Mac® opened the door for installers to blend custom home entertainment systems with mobile whole house control. Crestron Mobile™, Crestron Mobile Pro®, Crestron Mobile Pro® G, and XPanel for Mac® enable homeowners to control audio, video, lights, shades and thermostats from anywhere in the world from their portable Apple device or Mac.

Serving small and large markets across America, eight of the Top 10 companies on the CE Pro 100 are Crestron dealers.

"Crestron congratulates each company on this prestigious list, and we applaud their hard work, dedication and innovation in driving our industry forward," said Crestron Executive Vice President, Randy Klein. "It's really gratifying to see that the most successful companies in our industry are Crestron dealers. We're especially proud to have contributed once again to the success of so many of our dealers who were honored this year."

First launched in 1998, the CE Pro 100 showcases the industry's finest and most successful installers in the industry. CE Pro 100 companies are featured in the May issue of CE Pro magazine, as well as online at CE Pro 100 or www.cepro.com

Tweet 0 Like 0 0

## High Res Photos & Logos

The high-res photos & logos below are permitted to be reproduced without consent for the following parties only:

- Crestron Authorized Dealers and Partners
- Members of the Media/Press

To minimize download time, all images have been compressed into ZIP format. If you need a file decompression utility to open ZIP files, download a free one from our Website Tools page.

> To retain image quality, **do not scale product images up to a larger size**. Logos in EPS format, however, are fully scalable. If you need an image in a larger size than it is presented here, please fill out this photo request form.

**Crestron Logo Print: Black**

Print Size: 5" x 0.58" @ 300dpi

Download: BMP (63 K) | EPS (161 K)

**Crestron Logo Print: Blue**

Print Size: 5" x 0.58" @ 300dpi

Download: BMP (55 K) | EPS (162 K)

**Crestron Logo Print: White**

Print Size: 5" x 0.58" @ 300dpi

Download: BMP (23 K) | EPS (160 K)

**Crestron Logo Web: Black**

Print Size: NA" x NA" @ 300dpi

Download: JPG (8 K)

**Crestron Logo Web: Blue**

Print Size: NA" x NA" @ 300dpi

Download: JPG (12 K)

**Crestron Logo Web: White**

Print Size: NA" x NA" @ 300dpi

Download: JPG (8 K)

For 40 years Crestron has been the world's leading manufacturer of advanced control and automation systems, innovating technology to simplify and enhance modern lifestyles and businesses. Offering integrated solutions to control audio, video, computer, and environmental systems, Crestron streamlines technology, improving the quality of life in commercial buildings, universities, hotels, hospitals and homes.

In addition to its World Headquarters in Rockleigh, New Jersey, Crestron has sales and support offices throughout the U.S., Canada, Europe, Middle East, Asia, Latin America and Australia.

Printed from URL:
http://www.crestron.com/about/press_room/press_releases/show_release.asp?press_release_id=1489

©2009 Crestron Electronics, Inc. All rights reserved www.crestron.com

# Exhibit E

CRESTRON

# Comparison Guide

**Multi-Room/Surround Sound**
Crestron vs. Savant



CRESTRON



savant

## Savant Comparison Guide:

On the following page is a comparison between a Crestron System and a particular type of system recently "packaged" and specially priced by Savant. These systems have been packaged by Savant and are targeted for lower end smaller/startup types of projects. These comparisons are intended to illustrate in a simplified manner the main reasons why a Crestron System is better, and to show that overall we have more "check marks" than they do. When a system needs to grow larger than the types shown, Savant becomes very expensive.

- Savant is a startup company with no support network (have your dealer ask their Savant Rep to show them some large-scale successful Savant installations, or ask them how many customer/tech-support employees/locations they have?)
- For larger systems, using Savant is an integration nightmare requiring primary and secondary controllers, host servers, and separate touchpanel and keypad server/extender boxes…all done by Crestron in a single unit. This method of infrastructure adds hidden costs to your installation (for the units themselves, as well as the extra wiring/connectors, and labor), not to mention extra troubleshooting headaches due to their being the increased possibility for miswiring and connections to fail. Plus, when you are dealing with a project with multizones and many touchpanels and keypads, think about all the extra real-estate (i.e. where are you going to put all these extra boxes, power supplies, and wires?) and cost/labor required by a Savant system!
- Savant does not have any technology comparable to DigitalMedia
- Unlike what you may have been hearing from Apple Kool-Aid drinkers, Savant programming software and touchpanel graphics are very visually un-sophisticated
- Savant does not have products that offer a whole-house total solution via a single platform… no amplifiers, tuners, lighting, hvac, shade controllers, e-Control, etc.

**Remember, you can't be a Crestron Dealer and also sell Savant products!**

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647
800.237.2041 | crestron.com

All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

# Comparison Guide

## Multi-Room/Surround Sound
Crestron vs. Savant

The Crestron System is lower cost, and yet includes amplifiers and tuners built into the package shown. With the Savant system, you would need to add-on separate expansion modules and/or 3rd party equipment to complete the system and be equal to the one shown by Crestron.



Crestron AMS-AIP and TPMC-8X



Savant Rosie System 2 and Rosie Touch 13

| Feature Comparison | Crestron | Savant |
|---|---|---|
| Serial Control Ports | ● | ● |
| IR Control Ports | ● | ● |
| Relay Ports | ● | ● |
| Digital Input Ports | ● | ● |
| Ethernet | ● | ● |
| Wireless Touchpanel | ● | ● |
| iPhone Control | ● | ● |
| Xpanel | ● | |
| HDMI Inputs | ● | ● |
| HDMI Output | ● | ● |
| Component/S-Video/Composite Inputs | ● | ● |
| Digital Audio Inputs | ● | ● |
| Analog Audio Inputs | ● | |
| Surround Sound Pre-Amp | ● | ● |
| Surround Sound Amplifiers (7 channels) | ● | |
| Amplified Audio Distribution | ● | |
| AM/FM Tuner Included | ● | |
| Optional XM and/or Sirius Tuners | ● | |
| Optional Zone Expansion Amplifiers | ● | |
| On-Screen Navigation | ● | ● |
| Built-in Video Processing | ● | ● |
| System integrated audio server | ● | ● |
| System Integrated video server | ● | |
| iTunes Integration | ● | ● |
| Integrated Ports for optional keypads and touchpanels (No additional intermediate hardware servers required) | ● | |
| Over 10,000 3rd party device drivers (FREE) | ● | |
| Programming and Configuration software (FREE) | ● | |

| Key Touchpanel Features | Crestron | Savant |
|---|---|---|
| Stylish and compact ergonomic design | ● | |
| Onboard PC applications for Web browsing, streaming media, conferencing, VoIP, & remote computer access | ● | |
| Built-in biometric fingerprint scanner | ● | |
| External “booster” battery pack available | ● | |
| Optional desktop and wall mount docking stations | ● | |

| Expansion Options | Crestron | Savant |
|---|---|---|
| Touchpanels | ● | ● |
| Keypads | ● | ● |
| Shade controller | ● | |
| Scheduling and management software | ● | |
| Single platform lighting solution | ● | |
| Single platform HVAC Control | ● | |
| Crestron Integration Ready (hundreds of Crestron devices) | ● | |
| Digital Media HDMI switching and distribution solution with HDCP support | ● | |
| Amplifiers & Expansion Amplifiers | ● | |
| SDK available for cross platform compatibility | ● | |

| Pricing | Crestron | | Savant | |
|---|---|---|---|---|
| Control system | AMS-AIP | $5500 | LCC-2100 | $5894 |
| Wireless touchpanel | TPMC-8X | $1900 | WTP-113 | $3157 |
| Touchpanel dock | TPMC-8X-DS | $250 | WDB-100B | $760 |
| 8GB iPod touch | | $230 (by others) | WIA-4000 | $241 |
| Apple iPhone app | Crestron Mobile | $0 | Rosie App | $199 |
| iServer | CEN-ISERVER | $650 | | server included |
| Mobile device license | | $0 | MDL-1000 | $526 |
| 7 Channel surround amplifier | | included | | $2000 (estimated) |
| 4 Zone amplifier | | included | | $800 (estimated) |
| WiFi acces point | CEN-WAP | $250 | | $75 (by others) |
| **Total:** | | **$9030** | | **Special Stimulus Package: $9200 (Actual pricing $13652)** |



All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 24 of 35

# Exhibit F

CRESTRON

# Comparison Guide

**In-Wall Touchpanel Control System**
Crestron vs. Savant




## Savant Comparison Guide:

On the following page is a comparison between a Crestron System and a particular type of system recently "packaged" and specially priced by Savant. These systems have been packaged by Savant and are targeted for lower end smaller/startup types of projects. These comparisons are intended to illustrate in a simplified manner the main reasons why a Crestron System is better, and to show that overall we have more "check marks" than they do. When a system needs to grow larger than the types shown, Savant becomes very expensive.

- Savant is a startup company with no support network (have your dealer ask their Savant Rep to show them some large-scale successful Savant installations, or ask them how many customer/tech-support employees/locations they have?)
- For larger systems, using Savant is an integration nightmare requiring primary and secondary controllers, host servers, and separate touchpanel and keypad server/extender boxes…all done by Crestron in a single unit. This method of infrastructure adds hidden costs to your installation (for the units themselves, as well as the extra wiring/connectors, and labor), not to mention extra troubleshooting headaches due to their being the increased possibility for miswiring and connections to fail. Plus, when you are dealing with a project with multizones and many touchpanels and keypads, think about all the extra real-estate (i.e. where are you going to put all these extra boxes, power supplies, and wires?) and cost/labor required by a Savant system!
- Savant does not have any technology comparable to DigitalMedia
- Unlike what you may have been hearing from Apple Kool-Aid drinkers, Savant programming software and touchpanel graphics are very visually un-sophisticated
- Savant does not have products that offer a whole-house total solution via a single platform… no amplifiers, tuners, lighting, hvac, shade controllers, e-Control, etc.

**Remember, you can't be a Crestron Dealer and also sell Savant products!**



All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

CRESTRON

# Comparison Guide

## In-Wall Touchpanel Control System
Crestron vs. Savant

Crestron touchpanels do not require a separate server unit. Each Savant Touchpanel (and/or keypad) requires a separate server/extender "box" to be installed/wired between it and their main Control Processor. The unit required for touchpanels is the ITS 1001, and the unit required for keypads is the TKX-2101. This method of infrastructure adds hidden costs to your installation (for the units themselves, as well as the extra wiring/connectors, and labor), not to mention extra troubleshooting headaches due to their being the increased possibility for miswiring and connections to fail. Plus, when you are dealing with a project with multizones and many touchpanels and keypads, think about all the extra real-estate (i.e. where are you going to put all these extra boxes) and cost/labor required by a Savant system!



Crestron AV2, TPMC-8L and MLX-2



Savant In-Wall Touchpanel, Controller and Remote

| Feature Comparison | Crestron | Savant |
|---|---|---|
| Integrated Ports for optional keypads and touchpanels (No additional intermediate hardware server required) | ● | |
| Serial Control Ports | ● | ● |
| IR Control Ports | ● | ● |
| Relay Ports | ● | ● |
| Digital Input Ports | ● | ● |
| Ethernet | ● | ● |
| Wireless 2-Way Remote with complete system control | ● | |
| Wireless 1-way RF Remote | | ● |
| iPhone Control | ● | ● |
| Xpanel | ● | |
| In-Wall Touchpanel | ● | ● |
| Many Touchpanel mounting options | ● | |
| Over 10,000 3rd party device drivers (FREE) | ● | |
| Programming and Configuration software (FREE) | ● | |

| Key Touchpanel Features | Crestron | Savant |
|---|---|---|
| Touchpanel Custom button and faceplate engraving | ● | |
| Many Touchpanel mounting options | ● | |
| Onboard PC applications for web browsing, streaming media, confrencing, VoIP, and remote computer access | ● | |
| Built-in biometric fingerprint scanner and light sensor | ● | |

| Expansion Options | Crestron | Savant |
|---|---|---|
| Touchpanels | ● | ● |
| Keypads | ● | ● |
| Shade controller | ● | |
| Scheduling and management software | ● | |
| Single platform lighting control | ● | |
| Single platform HVAC Control | ● | |
| Crestron Integration Ready (hundreds of Crestron devices) | ● | |
| Digital Media HDMI switching and distribution solution with HDCP support | ● | |
| Amplifiers | ● | |
| SDKs available for cross platform compatibility | ● | |

| Pricing | Crestron | | Savant | |
|---|---|---|---|---|
| Touchpanel server | | not required | ITC-1001 | $894 |
| In-wall touchpanel | TPMC-8L | $2000 | ITP-109X | $1421 |
| System controller | AV2 | $1750 | RSC-0025 | $1000 |
| Remote | MLX-2 | $375 (two-way) | RTR-1000 | $210 (one-way) |
| RF receiver | CEN-RFGW-EX | $225 | RFD-1000 | $31 |
| 8GB iPod touch | | $230 (by others) | WIA-4000 | $241 |
| Apple iPhone app | Crestron Mobile | $0 | Rosie App | $199 |
| Mobile device license | | $0 | MDL-1000 | $526 |
| WiFi access point | CEN-WAP | $250 | | $75 (by others) |
| **Total:** | | **$4830** | **Special Stimulus Package: $4050 (Actual pricing $4597)** | |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647

800.237.2041 | crestron.com

All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

# Exhibit G

CRESTRON

# Comparison Guide

**Wireless Control System**
Crestron vs. Savant







## Savant Comparison Guide:

On the following page is a comparison between a Crestron System and a particular type of system recently "packaged" and specially priced by Savant. These systems have been packaged by Savant and are targeted for lower end smaller/startup types of projects. These comparisons are intended to illustrate in a simplified manner the main reasons why a Crestron System is better, and to show that overall we have more "check marks" than they do. When a system needs to grow larger than the types shown, Savant becomes very expensive.

- Savant is a startup company with no support network (have your dealer ask their Savant Rep to show them some large-scale successful Savant installations, or ask them how many customer/tech-support employees/locations they have?)
- For larger systems, using Savant is an integration nightmare requiring primary and secondary controllers, host servers, and separate touchpanel and keypad server/extender boxes…all done by Crestron in a single unit. This method of infrastructure adds hidden costs to your installation (for the units themselves, as well as the extra wiring/connectors, and labor), not to mention extra troubleshooting headaches due to their being the increased possibility for miswiring and connections to fail. Plus, when you are dealing with a project with multizones and many touchpanels and keypads, think about all the extra real-estate (i.e. where are you going to put all these extra boxes, power supplies, and wires?) and cost/labor required by a Savant system!
- Savant does not have any technology comparable to DigitalMedia
- Unlike what you may have been hearing from Apple Kool-Aid drinkers, Savant programming software and touchpanel graphics are very visually un-sophisticated
- Savant does not have products that offer a whole-house total solution via a single platform… no amplifiers, tuners, lighting, hvac, shade controllers, e-Control, etc.

**Remember, you can't be a Crestron Dealer and also sell Savant products!**



All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 29 of 35

CRESTRON

# Comparison Guide

## Wireless Control System
Crestron vs. Savant

The Crestron System includes a fully bi-directional Handheld 2-Way Wireless Remote, including all text and feedback, whereas the handheld remote provided by the Savant System is 1-Way wireless only, with no feedback.


Crestron AV2 System and MLX-2


Savant WCS-1000 and Remote

| Feature Comparison | Crestron | Savant |
|---|---|---|
| Serial Control Ports | ● | ● |
| IR Control Ports | ● | ● |
| Relay Ports | ● | ● |
| Digital Input Ports | ● | ● |
| Ethernet | ● | ● |
| Wireless 1-way RF Remote | | ● |
| Wireless 2-way RF Remote with LCD display for feedback | ● | |
| iPhone Control | ● | ● |
| Xpanel | ● | |
| Integrated Ports for optional keypads and touchpanels (No additional intermediate hardware servers required) | ● | |
| Over 10,000 3rd party device drivers (FREE) | ● | |
| Programming and Configuration software (FREE) | ● | |

| Expansion Options | Crestron | Savant |
|---|---|---|
| Touchpanels | ● | ● |
| Keypads | ● | ● |
| Shade controller | ● | |
| Scheduling and management software | ● | |
| Single platform lighting solution | ● | |
| Single platform HVAC Control | ● | |
| Crestron Integration Ready (hundreds of Crestron devices) | ● | |
| Digital Media HDMI switching and distribution solution with HDCP support | ● | |
| Amplifiers | ● | |
| SDKs available for cross platform compatibility | ● | |

| Pricing | Crestron | | Savant | |
|---|---|---|---|---|
| Wireless control system | AV2 | $2000 | WCS-1000 | $1842 |
| Remote | MLX-2 | $375 (two-way) | RTR-1000 | $210 (one-way) |
| RF receiver | CEN-RFGW-EX | $225 | RFD-1000 | $31 |
| 8GB iPod touch | | $230 (by others) | WIA-4000 | $241 |
| Apple iPhone app | Crestron Mobile | $0 | Rosie App | $199 |
| Mobile device license | | $0 | MDL-1000 | $526 |
| **Total:** | | **$2830** | **Special Stimulus Package: $2200 (Actual pricing $3049)** | |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647

800.237.2041 | crestron.com

All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 30 of 35

# Exhibit H

CRESTRON

# Comparison Guide

**Wireless Interactive Control System**

Crestron vs. Savant







## Savant Comparison Guide:

On the following page is a comparison between a Crestron System and a particular type of system recently "packaged" and specially priced by Savant. These systems have been packaged by Savant and are targeted for lower end smaller/startup types of projects. These comparisons are intended to illustrate in a simplified manner the main reasons why a Crestron System is better, and to show that overall we have more "check marks" than they do. When a system needs to grow larger than the types shown, Savant becomes very expensive.

- Savant is a startup company with no support network (have your dealer ask their Savant Rep to show them some large-scale successful Savant installations, or ask them how many customer/tech-support employees/locations they have?)
- For larger systems, using Savant is an integration nightmare requiring primary and secondary controllers, host servers, and separate touchpanel and keypad server/extender boxes…all done by Crestron in a single unit. This method of infrastructure adds hidden costs to your installation (for the units themselves, as well as the extra wiring/connectors, and labor), not to mention extra troubleshooting headaches due to their being the increased possibility for miswiring and connections to fail. Plus, when you are dealing with a project with multizones and many touchpanels and keypads, think about all the extra real-estate (i.e. where are you going to put all these extra boxes, power supplies, and wires?) and cost/labor required by a Savant system!
- Savant does not have any technology comparable to DigitalMedia
- Unlike what you may have been hearing from Apple Kool-Aid drinkers, Savant programming software and touchpanel graphics are very visually un-sophisticated
- Savant does not have products that offer a whole-house total solution via a single platform… no amplifiers, tuners, lighting, hvac, shade controllers, e-Control, etc.

**Remember, you can't be a Crestron Dealer and also sell Savant products!**

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647

800.237.2041 | crestron.com

All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

# Comparison Guide

**Wireless Interactive Control System**
Crestron vs. Savant

The Crestron solution includes a fully bidirectional/handheld touchpanel remote. With the Savant 1-way RF-Remote, the user is limited to relying on the on-screen display for all user control/feedback. This can be annoying when you are watching a movie, and you simply want to adjust the volume or lighting without the on-screen display always popping up over the video.



Crestron CP2E with TPMC-4XG-B



Savant OSD-1000

| Feature Comparison | Crestron | Savant |
|---|---|---|
| Serial Control Ports | ● | ● |
| IR Control Ports | ● | ● |
| Relay Ports | ● | ● |
| Digital Input Ports | ● | ● |
| Ethernet | ● | ● |
| Wireless 2-Way Remote with complete system control | ● | |
| Wireless 1-way RF Remote with on screen navigation | | ● |
| iPhone Control | ● | ● |
| Xpanel | ● | |
| Integrated Ports for optional keypads and touchpanels (No additional intermediate hardware servers required) | ● | |
| Over 10,000 3rd party device drivers (FREE) | ● | |
| Programming and Configuration software (FREE) | ● | |

| Expansion Options | Crestron | Savant |
|---|---|---|
| Touchpanels | ● | ● |
| Keypads | ● | ● |
| Shade controller | ● | |
| Scheduling and management software | ● | |
| Single platform lighting solution | ● | |
| Single platform HVAC control | ● | |
| Crestron Integration Ready (hundreds of Crestron devices) | ● | |
| Digital Media HDMI switching and distribution solution with HDCP support | ● | |
| Amplifiers | ● | |
| SDKs available for cross platform compatibility | ● | |

| Pricing | Crestron | | Savant | |
|---|---|---|---|---|
| Control system | AV2 | $1025 | WCS-1000 | $2000 |
| Remote | MLX-2 | $995 (two-way) | RTR-1000 | $210 (one-way) |
| RF receiver | CEN-RFGW-EX | $225 | RFD-1000 | $31 |
| 8GB iPod touch | | $230 (by others) | WIA-4000 | $241 |
| Apple iPhone app | Crestron Mobile | $0 | Rosie App | $199 |
| Mobile device license | | $0 | MDL-1000 | $526 |
| WiFi acces point | CEN-WAP | $250 | | $75 (by others) |
| **Total:** | | **$2500** | **Special Stimulus Package: $2350 (Actual pricing $3282)** | |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647
800.237.2041 | crestron.com

All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

# Exhibit I

# Sales Guide

## Total Home Control
Crestron vs. Savant

Today, there are many start-up control system companies like Savant who promise a better solution than Crestron. When looked at critically, it is evident that Crestron is the only total end-to-end solution, offering products in all categories of home automation:

**Control | Audio Distribution | Video Distribution | Lighting | Climate | Security**

*"When you buy Savant, you buy Savant–a one-room storefront in Cape Cod–not Apple. When you buy Crestron, you buy 40+ years of industry leading experience, 57 worldwide offices, 24/7 technical support, the best touchpanels, digital video distribution, complete home control and more Apple integration than any other control systems manufacturer. You make the decision."*



| Apple® Features | Crestron | Savant |
|---|---|---|
| **iPhone® / iPod touch® / iPad™ Control**<br>Control entire home, including media, lights, climate & security, from any iPhone or iPod touch within home | ● | ● |
| **System Control from any Mac®, iPhone or iPod Touch Worldwide**<br>Control entire home from any Mac or Apple mobile device (XPanel for Mac, Crestron Mobile Pro®, Mobile Pro G) | ● | |
| **iPod® Integration**<br>Play music or watch videos stored on docked iPods around the home | ● | ● |
| **Sync iTunes library remotely**<br>Leave the iPod in the dock while it automatically gets media updates without connecting to a Mac or PC | ● | |
| **iTunes® Control on any Touchpanel**<br>Access entire iTunes collection on any touchpanel or TV throughout the home, view cover art and album info (metadata) | ● | ● |
| **Apple TV® Control on Touchpanel**<br>Access entire Apple TV collection on any touchpanel or TV throughout the home, view album and movie cover art and info | ● | |
| **Media Server Product with sync-to-iTunes capabilities**<br>Leverage all types of digital media content, including iTunes libraries, online streamed content, HD movies, HD video rentals | ● | Audio & Ripped CDs Only |



**IMPORTANT:**
***Savant has discontinued its line of touch panels.***

| User Interface Features | Crestron | Savant |
|---|---|---|
| **System Control via Touchpanel Powered by Flash®**<br>Control entire home from graphically-rich touchpanels; includes gesture navigation, animated objects, etc. (TPMC-V12/15) | ● | |
| **On-screen Control**<br>Control entire system from any display around the home, overlay graphics on HD video or view PIP (picture-in-picture) | ● | No PIP or multi-window |
| **Gesture Control**<br>Swipe the touchpanel for different system functions; available on both Touchpanels and iPad/iPhone | ● | No Touchpanels |
| **HD Touchpanels**<br>View HDMI content on touchpanel; transform touchpanel into an HDTV display (V-Panels™) | ● | |
| **Touchpanel with Integrated Graphics Engine**<br>Touchpanel and engine packaged in one condensed unit, uses less space and energy | ● | Requires Mac Mini for each touchpanel |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647
All Crestron products are proudly manufactured in the United States.
800.237.2041 | crestron.com
All brand names, product names and trademarks are the property of their respective owners. ©2010 Crestron Electronics, Inc.
08.10

CRESTRON®

# Sales Guide

## Total Home Control
Crestron vs. Savant



| AV Distribution Features | Crestron | Savant |
|---|---|---|
| **Surround Sound Processor**<br>Audiophile grade surround sound processing equipment, native system integration | ● | Non Professional/ Audiophile |
| **Surround Sound Amplification**<br>Audiophile grade surround sound amplification, native system integration | ● | |
| **Audio Distribution Products**<br>Full matrix audio distribution products for various sized systems | ● | ● |
| **Surround Sound Receiver**<br>High-end surround sound system with integrated amplifier, multiroom audio, and control system | ● | |
| **Video Distribution Products**<br>Full matrix video distribution products, ranging in size; transmit any video signal type to any display over CAT5 or Fiber | ● | HDMI over CAT5 extenders only |
| **HDMI w/HDCP Video Distribution**<br>Distribute protected content from Blu-ray discs and Macs with Mini DisplayPort | ● | |
| **Native Internet Radio Source**<br>Listen to thousands of streaming radio stations from around the globe. (ATC-AUDIONET) | ● | |




| Home Automation Features | Crestron | Savant |
|---|---|---|
| **Lighting Control Products**<br>Natively integrate whole-home lighting control | ● | |
| **Climate Control Products**<br>Natively integrate thermostats, humidistats, and a range of sensors for perfect climate throughout the home | ● | |
| **Security System Native Integration**<br>Ethernet based native security system integration (Sequel ST8) | ● | |
| **Menu-driven Configuration Software for System Setup**<br>Configure complete system using drag-and-drop, menu driven software, without programming | ● | ● |
| **Completely Customizable Touchpanel User Interfaces**<br>Ability to design from the ground-up a fully customized touchpanel or OSD | ● | |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647
800.237.2041 | crestron.com
All Crestron products are proudly manufactured in the United States.
All brand names, product names and trademarks are the property of their respective owners. ©2010 Crestron Electronics, Inc.
08.10

# Exhibit J

**From:** Crestron [mailto:crestron@crestroninfo.com]
**Sent:** Thursday, September 16, 2010 12:55 PM
**To:** Dave Sell
**Subject:** eNews Extra: Crestron iPhone and iPad Apps Fully Compatible with Apple iOS 4.1







You may have heard that since Apple introduced the new iOS 4.1 some control companies are experiencing compatibility issues with their iPhone and iPad apps. Crestron apps are iOS 4.1 compatible and continue to deliver seamless, fully functional control. As an Apple partner, Crestron obtained the iOS 4.1 SDK months ago. Our control apps were rigorously tested and certified even before the Apple upgrade was released. So feel free to download and enjoy the #1 apps from the #1 control company in the industry.

# Exhibit K

CRESTRON®

# Sales Guide

## Total Home Control
Crestron vs. Savant

Today, there are many start-up control system companies like Savant who promise a better solution than Crestron. When looked at critically, it is evident that Crestron is the only total end-to-end solution, offering products in all categories of home automation: AV distribution, lighting control, climate control and security.

While Savant touts operating on a Mac® based platform, Crestron actually offers more integration with Apple products. In addition, Crestron pioneered the industry's only multi-format HD video distribution system, allowing seamless viewing of HDMI (w/ HDCP) content throughout the home. Its important to consider the various pieces of total-home automation when deciding on a control system manufacturer for a high-end home. Take a look at how Crestron excels in all areas of home automation, truly delivering a complete, scalable solution.



| Apple® Features | Crestron | Savant |
|---|---|---|
| **iPhone® / iPod touch® / iPad™ Control**<br>Control entire home, including media, lights, climate & security, from any iPhone or iPod touch within home or worldwide | ● | ● |
| **iPod® Integration**<br>Play music or watch videos stored on docked iPods around the home | ● | ● |
| **Sync iTunes library remotely**<br>Leave the iPod in the dock while it automatically gets media updates without connecting to a Mac or PC | ● | |
| **System Control from any Mac® Worldwide**<br>Control entire home from any Mac within home or worldwide | ● | |
| **iTunes® Control on any Touchpanel**<br>Access entire iTunes collection on any touchpanel or TV throughout the home, view cover art and album info (metadata) | ● | ● |
| **Apple TV® Control on Touchpanel**<br>Access entire Apple TV collection on any touchpanel or TV throughout the home, view album and movie cover art and info | ● | |
| **Media Server Product with sync-to-iTunes capabilities**<br>Leverage all types of digital media content, including iTunes libraries, online streamed content, HD movies, HD video rentals | ● | Audio & Ripped CDs Only |




| User Interface Features | Crestron | Savant |
|---|---|---|
| **System Control via Flash® Interface**<br>Control entire home from any computer within home or worldwide that can run Adobe® Flash® | ● | |
| **On-screen Control**<br>Control entire system from any display around the home, overlay graphics on HD video, PIP | ● | No PIP or multi-window |
| **Gesture Control**<br>Swipe the touchpanel for different system functions, similar to iPhone | ● | ● |
| **HD Touchpanels**<br>View HDMI content on touchpanel & transform into an HDTV display | ● | |
| **Touchpanel with Integrated Graphics Engine**<br>Touchpanel and engine packaged in one condensed unit, uses less space and energy | ● | Requires extra box for each touchpanel |


All brand names, product names and trademarks are the property of their respective owners. ©2010 Crestron Electronics, Inc.
04.10

CRESTRON®

# Sales Guide

**Total Home Control**
Crestron vs. Savant



| AV Distribution Features | Crestron | Savant |
|---|---|---|
| **Surround Sound Processor**<br>Audiophile grade surround sound processing equipment, native system integration | ● | ● |
| **Surround Sound Amplification**<br>Audiophile grade surround sound amplification, native system integration | ● | |
| **Audio Distribution Products**<br>Full matrix audio distribution products for various sized systems | ● | ● |
| **Video Distribution Products**<br>Full matrix video distribution products, ranging in size, transmit any video signal type to any display over CAT5 or Fiber | ● | HDMI over CAT5 extenders only |
| **HDMI w/HDCP Video Distribution**<br>Distribute protected content from Blu-ray discs and Macs with Mini DisplayPort | ● | |




| Home Automation Features | Crestron | Savant |
|---|---|---|
| **Lighting Control Products**<br>Natively integrate centralized or distributed whole-home lighting control | ● | |
| **Climate Control Products**<br>Natively integrate thermostats, humidistats, and a range of sensors for perfect climate throughout the home | ● | |
| **Security System Native Integration**<br>Ethernet based native security system integration | ● | Complex RS-232 systems only |
| **Menu-driven Configuration Software for System Setup**<br>Configure complete system using drag-and-drop, menu driven software, without programming | ● | ● |
| **Completely Customizable Touchpanel User Interfaces**<br>Ability to design from the ground-up a fully customized touchpanel or OSD | ● | |


All brand names, product names and trademarks are the property of their respective owners. ©2010 Crestron Electronics, Inc.
04.10

Case 1:10-cv-11622-WGY Document 394-2 Filed 07/02/14 Page 6 of 20

# Exhibit L

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
VA 1-742-893

**Effective date of registration:**
October 28, 2010

## Title

**Title of Work:** Touch Pad Cradle

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 30, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Savant Systems, LLC

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Savant Systems, LLC

32 Wianno Avenue, Osterville, MA, 02655, United States

## Rights and Permissions

**Organization Name:** Savant Systems, LLC

**Address:** 32 Wianno Avenue

Osterville, MA 02655 United States

## Certification

**Name:** Michael T. Abramson

**Date:** October 28, 2010

**Applicant's Tracking Number:** 104215-0058

Case 1:10-cv-11622-WGY Document 394-2 Filed 07/02/14 Page 8 of 20

**Registration #:** VA0001742893

**Service Request #:** 1-510543528

Cesari and McKenna, LLP
Thomas C. O'Konski
88 Black Falcon Avenue
Suite 271
Boston, MA 02210 United States


Living Room
Master Bedroom
Kitchen
Bedroom 1
Den
Bedroom 2

# Exhibit M

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

VA 1-742-896

**Effective date of registration:**

October 28, 2010

## Title

**Title of Work:** ROSIE System 2

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** September 30, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Savant Systems, LLC

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Savant Systems, LLC

32 Wianno Avenue, Osterville, MA, 02655, United States

## Rights and Permissions

**Organization Name:** Savant Systems, LLC

**Address:** 32 Wianno Avenue

Osterville, MA 02655 United States

## Certification

**Name:** Michael T. Abramson

**Date:** October 28, 2010

**Applicant's Tracking Number:** 104215-0058

**Registration #:** VA0001742896

**Service Request #:** 1-510543483

Cesari and McKenna, LLP
Thomas C. O'Konski
88 Black Falcon Avenue
Suite 271
Boston, MA 02210 United States



Case 1:10-cv-11622-WGY Document 394-2 Filed 07/02/14 Page 14 of 20

# Exhibit N

# Certificate of Registration

THE UNITED STATES COPYRIGHT OFFICE · SEAL OF THE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
VA 1-742-898

**Effective date of registration:**
October 28, 2010

## Title

**Title of Work:** ROSIE Traditional Remote

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** September 30, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Savant Systems, LLC

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Savant Systems, LLC

32 Wianno Avenue, Osterville, MA, 02655, United States

## Rights and Permissions

**Organization Name:** Savant Systems, LLC

**Address:** 32 Wianno Avenue

Osterville, MA 02655 United States

## Certification

**Name:** Michael T. Abramson

**Date:** October 28, 2010

**Applicant's Tracking Number:** 104215-0058

Case 1:10-cv-11622-WGY Document 394-2 Filed 07/02/14 Page 16 of 20

**Registration #:** VA0001742898

**Service Request #:** 1-510543504

Cesari and McKenna, LLP
Thomas C. O'Konski
88 Black Falcon Avenue
Suite 271
Boston, MA 02210 United States


ROSIE
CHA
VOL
MUTE
menu
info
guide
1
2
3
4
5
6
7
8
9
*
0
#
last
dvr
exit
ROSIE

# Exhibit O

CRESTRON

# Sales Guide

**Touchpanels**
Crestron vs. Apple

## iPad™ User Experience

*You're sitting down with your family to watch a movie, and getting it going is a pleasure because of the magnificent screen on the iPad. The buttons are large, and the user interface is very intuitive. Fifteen to twenty minutes into the film, the phone rings.*

*You go to press the pause button, but realize all you're pressing is a black screen. The iPad went to sleep.* 2nd ring. *You press the "home" button on the iPad. The screen lights up. "Slide to unlock" greets you.* 3rd ring. *The iPad actually remembers that you were using Crestron Mobile™ (what a relief).* 4th ring. *Finally, you navigate to the pause button and the room goes silent.*

*As you reach over to the coffee table to pick up the phone, you realize that it says "missed call." In the back of your mind, all you hear is your dealer's voice saying, "You really ought to go with the TPMC-3X in the theater instead of the iPad. I think you're going to like the user experience much more."*

*Yeah, next time maybe I should listen to expert advice.*

## Apple Independent

The iPad is an excellent addition to a Crestron system. While embracing and supporting the adoption of the iPad in automation applications, Crestron realizes that it does not replace a touchpanel. That's why Crestron is committed to building the world's finest user interfaces dedicated to system control.

The advantage: with Crestron, you get the best of both worlds.




## Apple Dependent

Start-up control systems company Savant bases their system control on the iPhone, iPod touch, and now iPad. They have a limited selection of touchpanels, and depend on the iPod touch as their only small handheld 2-way device. The story above is applicable to Savant's implementation of the iPad, along with every other control systems manufacturer who offers a control app for Apple devices.




| iPad™ Pros | iPad™ Cons |
|---|---|
| Clean, sleek appearance | No hard buttons for repetitive tasks like volume and channel control |
| Ability to run different apps for different tasks | The touchpanel task is no longer top priority; becomes more like using XPanel on a PC or Mac |
| Device switches to standby mode for increased battery life | Device needs to "wake up," reopen the app, and reconnect to control system |
| Capacitive glass touchscreen | Prone to "accidental" button presses |
| High resolution glossy screen | Susceptible to screen glare from overhead lights and fingerprint smudges |


All brand names, product names and trademarks are the property of their respective owners. ©2010 Crestron Electronics, Inc.
04.10

CRESTRON

# Sales Guide

**Touchpanels**
Crestron vs. Apple

## The Ultimate Touchpanels

For an end user, the touchpanel is the face of the automation system. As the gateway of total control, that touchpanel must instantly respond and satisfy each request. Over the past few decades, Crestron has defined and refined what the touchpanel is today. Throughout that learning process, valuable information has driven touchpanel technology to new heights, standardizing design elements that are now taken for granted.



## What Sets Crestron Touchpanels Apart

**Elegance.** Crestron touchpanels are designed with both beauty and performance in mind. Technology that resides in a home or boardroom should complement the décor and design of the space. As small appliances destined for daily use, Crestron touchpanels must look good.

**Performance.** Even with all their good looks, Crestron touchpanels are the control gateway for a user. Having to stand up to the demands of some top execs is part of the panel's job description. Constant connectivity and instant responsiveness are engineered into every Crestron panel.

**Robustness.** Not only technically robust, Crestron touchpanels are also physically robust. We believe that its OK to throw around your remote and it not break (within reason). A touchpanel is a workhorse that shouldn't require white-glove treatment.

**Clarity.** Years of real world experience has led Crestron to reduce ambient light reflections and diminish lingering fingerprints to improve touchpanel readability. A device with the word "touch" in its name shouldn't need a daily polish to identify where to touch next.

**Ergonomics.** Every touchpanel's shape and button placement is tactfully designed. Critical attention to materials and weighting makes it possible to hold a handheld touchpanel for extended periods without fatigue.



## Essential Touchpanel Features

| | Crestron | Apple |
|---|---|---|
| **Instant Connect**<br>When touched, panel immediately connects to control system | ● | |
| **Hard Buttons**<br>Control TV or other AV sources with custom-engraved tactile hard-buttons | ● | |
| **Rugged**<br>Stands up to daily abuse | ● | |
| **Glare and Smudge Free**<br>Resistant to the negative surrounding elements | ● | |
| **User Ergonomics**<br>Handled easily and comfortable for extend periods of use | ● | |


All brand names, product names and trademarks are the property of their respective owners. ©2010 Crestron Electronics, Inc.
04.10

EXHIBIT 520

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 21 of 35

# Exhibit E

CRESTRON®

# Comparison Guide

**Multi-Room/Surround Sound**
Crestron vs. Savant



CRESTRON



savant

## Savant Comparison Guide:

On the following page is a comparison between a Crestron System and a particular type of system recently "packaged" and specially priced by Savant. These systems have been packaged by Savant and are targeted for lower end smaller/startup types of projects. These comparisons are intended to illustrate in a simplified manner the main reasons why a Crestron System is better, and to show that overall we have more "check marks" than they do. When a system needs to grow larger than the types shown, Savant becomes very expensive.

- Savant is a startup company with no support network (have your dealer ask their Savant Rep to show them some large-scale successful Savant installations, or ask them how many customer/tech-support employees/locations they have?)
- For larger systems, using Savant is an integration nightmare requiring primary and secondary controllers, host servers, and separate touchpanel and keypad server/extender boxes…all done by Crestron in a single unit. This method of infrastructure adds hidden costs to your installation (for the units themselves, as well as the extra wiring/connectors, and labor), not to mention extra troubleshooting headaches due to their being the increased possibility for miswiring and connections to fail. Plus, when you are dealing with a project with multizones and many touchpanels and keypads, think about all the extra real-estate (i.e. where are you going to put all these extra boxes, power supplies, and wires?) and cost/labor required by a Savant system!
- Savant does not have any technology comparable to DigitalMedia
- Unlike what you may have been hearing from Apple Kool-Aid drinkers, Savant programming software and touchpanel graphics are very visually un-sophisticated
- Savant does not have products that offer a whole-house total solution via a single platform… no amplifiers, tuners, lighting, hvac, shade controllers, e-Control, etc.

**Remember, you can't be a Crestron Dealer and also sell Savant products!**


All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 23 of 35

CRESTRON®

# Comparison Guide

## Multi-Room/Surround Sound
Crestron vs. Savant

The Crestron System is lower cost, and yet includes amplifiers and tuners built into the package shown. With the Savant system, you would need to add-on separate expansion modules and/or 3rd party equipment to complete the system and be equal to the one shown by Crestron.



Crestron AMS-AIP and TPMC-8X



Savant Rosie System 2 and Rosie Touch 13

| Feature Comparison | Crestron | Savant |
|---|---|---|
| Serial Control Ports | ● | ● |
| IR Control Ports | ● | ● |
| Relay Ports | ● | ● |
| Digital Input Ports | ● | ● |
| Ethernet | ● | ● |
| Wireless Touchpanel | ● | ● |
| iPhone Control | ● | ● |
| Xpanel | ● | |
| HDMI Inputs | ● | ● |
| HDMI Output | ● | ● |
| Component/S-Video/Composite Inputs | ● | ● |
| Digital Audio Inputs | ● | ● |
| Analog Audio Inputs | ● | |
| Surround Sound Pre-Amp | ● | ● |
| Surround Sound Amplifiers (7 channels) | ● | |
| Amplified Audio Distribution | ● | |
| AM/FM Tuner Included | ● | |
| Optional XM and/or Sirius Tuners | ● | |
| Optional Zone Expansion Amplifiers | ● | |
| On-Screen Navigation | ● | ● |
| Built-in Video Processing | ● | ● |
| System integrated audio server | ● | ● |
| System Integrated video server | ● | |
| iTunes Integration | ● | ● |
| Integrated Ports for optional keypads and touchpanels (No additional intermediate hardware servers required) | ● | |
| Over 10,000 3rd party device drivers (FREE) | ● | |
| Programming and Configuration software (FREE) | ● | |

| Key Touchpanel Features | Crestron | Savant |
|---|---|---|
| Stylish and compact ergonomic design | ● | |
| Onboard PC applications for Web browsing, streaming media, conferencing, VoIP, & remote computer access | ● | |
| Built-in biometric fingerprint scanner | ● | |
| External "booster" battery pack available | ● | |
| Optional desktop and wall mount docking stations | ● | |

| Expansion Options | Crestron | Savant |
|---|---|---|
| Touchpanels | ● | ● |
| Keypads | ● | ● |
| Shade controller | ● | |
| Scheduling and management software | ● | |
| Single platform lighting solution | ● | |
| Single platform HVAC Control | ● | |
| Crestron Integration Ready (hundreds of Crestron devices) | ● | |
| Digital Media HDMI switching and distribution solution with HDCP support | ● | |
| Amplifiers & Expansion Amplifiers | ● | |
| SDK available for cross platform compatibility | ● | |

| Pricing | Crestron | | Savant | |
|---|---|---|---|---|
| Control system | AMS-AIP | $5500 | LCC-2100 | $5894 |
| Wireless touchpanel | TPMC-8X | $1900 | WTP-113 | $3157 |
| Touchpanel dock | TPMC-8X-DS | $250 | WDB-100B | $760 |
| 8GB iPod touch | | $230 (by others) | WIA-4000 | $241 |
| Apple iPhone app | Crestron Mobile | $0 | Rosie App | $199 |
| iServer | CEN-ISERVER | $650 | | server included |
| Mobile device license | | $0 | MDL-1000 | $526 |
| 7 Channel surround amplifier | | included | | $2000 (estimated) |
| 4 Zone amplifier | | included | | $800 (estimated) |
| WiFi acces point | CEN-WAP | $250 | | $75 (by others) |
| **Total:** | | **$9030** | | **Special Stimulus Package: $9200 (Actual pricing $13652)** |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647

800.237.2041 | crestron.com

All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

EXHIBIT 521

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 24 of 35

# Exhibit F

CRESTRON

# Comparison Guide

**In-Wall Touchpanel Control System**
Crestron vs. Savant



CRESTRON



savant

## Savant Comparison Guide:

On the following page is a comparison between a Crestron System and a particular type of system recently "packaged" and specially priced by Savant. These systems have been packaged by Savant and are targeted for lower end smaller/startup types of projects. These comparisons are intended to illustrate in a simplified manner the main reasons why a Crestron System is better, and to show that overall we have more "check marks" than they do. When a system needs to grow larger than the types shown, Savant becomes very expensive.

- Savant is a startup company with no support network (have your dealer ask their Savant Rep to show them some large-scale successful Savant installations, or ask them how many customer/tech-support employees/locations they have?)
- For larger systems, using Savant is an integration nightmare requiring primary and secondary controllers, host servers, and separate touchpanel and keypad server/extender boxes…all done by Crestron in a single unit. This method of infrastructure adds hidden costs to your installation (for the units themselves, as well as the extra wiring/connectors, and labor), not to mention extra troubleshooting headaches due to their being the increased possibility for miswiring and connections to fail. Plus, when you are dealing with a project with multizones and many touchpanels and keypads, think about all the extra real-estate (i.e. where are you going to put all these extra boxes, power supplies, and wires?) and cost/labor required by a Savant system!
- Savant does not have any technology comparable to DigitalMedia
- Unlike what you may have been hearing from Apple Kool-Aid drinkers, Savant programming software and touchpanel graphics are very visually un-sophisticated
- Savant does not have products that offer a whole-house total solution via a single platform… no amplifiers, tuners, lighting, hvac, shade controllers, e-Control, etc.

**Remember, you can't be a Crestron Dealer and also sell Savant products!**



All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

CRESTRON®

# Comparison Guide

## In-Wall Touchpanel Control System
Crestron vs. Savant

Crestron touchpanels do not require a separate server unit. Each Savant Touchpanel (and/or keypad) requires a separate server/extender "box" to be installed/wired between it and their main Control Processor. The unit required for touchpanels is the ITS 1001, and the unit required for keypads is the TKX-2101. This method of infrastructure adds hidden costs to your installation (for the units themselves, as well as the extra wiring/connectors, and labor), not to mention extra troubleshooting headaches due to their being the increased possibility for miswiring and connections to fail. Plus, when you are dealing with a project with multizones and many touchpanels and keypads, think about all the extra real-estate (i.e. where are you going to put all these extra boxes) and cost/labor required by a Savant system!



Crestron AV2, TPMC-8L and MLX-2



Savant In-Wall Touchpanel, Controller and Remote

| Feature Comparison | Crestron | Savant |
|---|---|---|
| Integrated Ports for optional keypads and touchpanels (No additional intermediate hardware server required) | ● | |
| Serial Control Ports | ● | ● |
| IR Control Ports | ● | ● |
| Relay Ports | ● | ● |
| Digital Input Ports | ● | ● |
| Ethernet | ● | ● |
| Wireless 2-Way Remote with complete system control | ● | |
| Wireless 1-way RF Remote | | ● |
| iPhone Control | ● | ● |
| Xpanel | ● | |
| In-Wall Touchpanel | ● | ● |
| Many Touchpanel mounting options | ● | |
| Over 10,000 3rd party device drivers (FREE) | ● | |
| Programming and Configuration software (FREE) | ● | |

| Key Touchpanel Features | Crestron | Savant |
|---|---|---|
| Touchpanel Custom button and faceplate engraving | ● | |
| Many Touchpanel mounting options | ● | |
| Onboard PC applications for web browsing, streaming media, confrencing, VoIP, and remote computer access | ● | |
| Built-in biometric fingerprint scanner and light sensor | ● | |

| Expansion Options | Crestron | Savant |
|---|---|---|
| Touchpanels | ● | ● |
| Keypads | ● | ● |
| Shade controller | ● | |
| Scheduling and management software | ● | |
| Single platform lighting control | ● | |
| Single platform HVAC Control | ● | |
| Crestron Integration Ready (hundreds of Crestron devices) | ● | |
| Digital Media HDMI switching and distribution solution with HDCP support | ● | |
| Amplifiers | ● | |
| SDKs available for cross platform compatibility | ● | |

| Pricing | Crestron | | Savant | |
|---|---|---|---|---|
| Touchpanel server | | not required | ITC-1001 | $894 |
| In-wall touchpanel | TPMC-8L | $2000 | ITP-109X | $1421 |
| System controller | AV2 | $1750 | RSC-0025 | $1000 |
| Remote | MLX-2 | $375 (two-way) | RTR-1000 | $210 (one-way) |
| RF receiver | CEN-RFGW-EX | $225 | RFD-1000 | $31 |
| 8GB iPod touch | | $230 (by others) | WIA-4000 | $241 |
| Apple iPhone app | Crestron Mobile | $0 | Rosie App | $199 |
| Mobile device license | | $0 | MDL-1000 | $526 |
| WiFi access point | CEN-WAP | $250 | | $75 (by others) |
| **Total:** | | **$4830** | **Special Stimulus Package: $4050 (Actual pricing $4597)** | |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647

800.237.2041 | crestron.com

All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

EXHIBIT 522

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 27 of 35

# Exhibit G

CRESTRON®

# Comparison Guide

**Wireless Control System**
Crestron vs. Savant







## Savant Comparison Guide:

On the following page is a comparison between a Crestron System and a particular type of system recently “packaged” and specially priced by Savant. These systems have been packaged by Savant and are targeted for lower end smaller/startup types of projects. These comparisons are intended to illustrate in a simplified manner the main reasons why a Crestron System is better, and to show that overall we have more “check marks” than they do. When a system needs to grow larger than the types shown, Savant becomes very expensive.

- Savant is a startup company with no support network (have your dealer ask their Savant Rep to show them some large-scale successful Savant installations, or ask them how many customer/tech-support employees/locations they have?)
- For larger systems, using Savant is an integration nightmare requiring primary and secondary controllers, host servers, and separate touchpanel and keypad server/extender boxes…all done by Crestron in a single unit. This method of infrastructure adds hidden costs to your installation (for the units themselves, as well as the extra wiring/connectors, and labor), not to mention extra troubleshooting headaches due to their being the increased possibility for miswiring and connections to fail. Plus, when you are dealing with a project with multizones and many touchpanels and keypads, think about all the extra real-estate (i.e. where are you going to put all these extra boxes, power supplies, and wires?) and cost/labor required by a Savant system!
- Savant does not have any technology comparable to DigitalMedia
- Unlike what you may have been hearing from Apple Kool-Aid drinkers, Savant programming software and touchpanel graphics are very visually un-sophisticated
- Savant does not have products that offer a whole-house total solution via a single platform… no amplifiers, tuners, lighting, hvac, shade controllers, e-Control, etc.

**Remember, you can’t be a Crestron Dealer and also sell Savant products!**



All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 29 of 35

CRESTRON®

# Comparison Guide

## Wireless Control System
Crestron vs. Savant

The Crestron System includes a fully bi-directional Handheld 2-Way Wireless Remote, including all text and feedback, whereas the handheld remote provided by the Savant System is 1-Way wireless only, with no feedback.



Crestron AV2 System and MLX-2



Savant WCS-1000 and Remote

| Feature Comparison | Crestron | Savant |
|---|---|---|
| Serial Control Ports | ● | ● |
| IR Control Ports | ● | ● |
| Relay Ports | ● | ● |
| Digital Input Ports | ● | ● |
| Ethernet | ● | ● |
| Wireless 1-way RF Remote | | ● |
| Wireless 2-way RF Remote with LCD display for feedback | ● | |
| iPhone Control | ● | ● |
| Xpanel | ● | |
| Integrated Ports for optional keypads and touchpanels (No additional intermediate hardware servers required) | ● | |
| Over 10,000 3rd party device drivers (FREE) | ● | |
| Programming and Configuration software (FREE) | ● | |

| Expansion Options | Crestron | Savant |
|---|---|---|
| Touchpanels | ● | ● |
| Keypads | ● | ● |
| Shade controller | ● | |
| Scheduling and management software | ● | |
| Single platform lighting solution | ● | |
| Single platform HVAC Control | ● | |
| Crestron Integration Ready (hundreds of Crestron devices) | ● | |
| Digital Media HDMI switching and distribution solution with HDCP support | ● | |
| Amplifiers | ● | |
| SDKs available for cross platform compatibility | ● | |

| Pricing | Crestron | | Savant | |
|---|---|---|---|---|
| Wireless control system | AV2 | $2000 | WCS-1000 | $1842 |
| Remote | MLX-2 | $375 (two-way) | RTR-1000 | $210 (one-way) |
| RF receiver | CEN-RFGW-EX | $225 | RFD-1000 | $31 |
| 8GB iPod touch | | $230 (by others) | WIA-4000 | $241 |
| Apple iPhone app | Crestron Mobile | $0 | Rosie App | $199 |
| Mobile device license | | $0 | MDL-1000 | $526 |
| **Total:** | | **$2830** | **Special Stimulus Package: $2200 (Actual pricing $3049)** | |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647
800.237.2041 | crestron.com

All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

EXHIBIT 523

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 30 of 35

# Exhibit H

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 31 of 35

CRESTRON®

# Comparison Guide

**Wireless Interactive Control System**

Crestron vs. Savant







## Savant Comparison Guide:

On the following page is a comparison between a Crestron System and a particular type of system recently "packaged" and specially priced by Savant. These systems have been packaged by Savant and are targeted for lower end smaller/startup types of projects. These comparisons are intended to illustrate in a simplified manner the main reasons why a Crestron System is better, and to show that overall we have more "check marks" than they do. When a system needs to grow larger than the types shown, Savant becomes very expensive.

- Savant is a startup company with no support network (have your dealer ask their Savant Rep to show them some large-scale successful Savant installations, or ask them how many customer/tech-support employees/locations they have?)
- For larger systems, using Savant is an integration nightmare requiring primary and secondary controllers, host servers, and separate touchpanel and keypad server/extender boxes…all done by Crestron in a single unit. This method of infrastructure adds hidden costs to your installation (for the units themselves, as well as the extra wiring/connectors, and labor), not to mention extra troubleshooting headaches due to their being the increased possibility for miswiring and connections to fail. Plus, when you are dealing with a project with multizones and many touchpanels and keypads, think about all the extra real-estate (i.e. where are you going to put all these extra boxes, power supplies, and wires?) and cost/labor required by a Savant system!
- Savant does not have any technology comparable to DigitalMedia
- Unlike what you may have been hearing from Apple Kool-Aid drinkers, Savant programming software and touchpanel graphics are very visually un-sophisticated
- Savant does not have products that offer a whole-house total solution via a single platform… no amplifiers, tuners, lighting, hvac, shade controllers, e-Control, etc.

**Remember, you can't be a Crestron Dealer and also sell Savant products!**



All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

CRESTRON

# Comparison Guide

**Wireless Interactive Control System**

Crestron vs. Savant

The Crestron solution includes a fully bidirectional/handheld touchpanel remote. With the Savant 1-way RF-Remote, the user is limited to relying on the on-screen display for all user control/feedback. This can be annoying when you are watching a movie, and you simply want to adjust the volume or lighting without the on-screen display always popping up over the video.



Crestron CP2E with TPMC-4XG-B



Savant OSD-1000

| Feature Comparison | Crestron | Savant |
|---|---|---|
| Serial Control Ports | ● | ● |
| IR Control Ports | ● | ● |
| Relay Ports | ● | ● |
| Digital Input Ports | ● | ● |
| Ethernet | ● | ● |
| Wireless 2-Way Remote with complete system control | ● | |
| Wireless 1-way RF Remote with on screen navigation | | ● |
| iPhone Control | ● | ● |
| Xpanel | ● | |
| Integrated Ports for optional keypads and touchpanels (No additional intermediate hardware servers required) | ● | |
| Over 10,000 3rd party device drivers (FREE) | ● | |
| Programming and Configuration software (FREE) | ● | |

| Expansion Options | Crestron | Savant |
|---|---|---|
| Touchpanels | ● | ● |
| Keypads | ● | ● |
| Shade controller | ● | |
| Scheduling and management software | ● | |
| Single platform lighting solution | ● | |
| Single platform HVAC control | ● | |
| Crestron Integration Ready (hundreds of Crestron devices) | ● | |
| Digital Media HDMI switching and distribution solution with HDCP support | ● | |
| Amplifiers | ● | |
| SDKs available for cross platform compatibility | ● | |

| Pricing | Crestron | | Savant | |
|---|---|---|---|---|
| Control system | AV2 | $1025 | WCS-1000 | $2000 |
| Remote | MLX-2 | $995 (two-way) | RTR-1000 | $210 (one-way) |
| RF receiver | CEN-RFGW-EX | $225 | RFD-1000 | $31 |
| 8GB iPod touch | | $230 (by others) | WIA-4000 | $241 |
| Apple iPhone app | Crestron Mobile | $0 | Rosie App | $199 |
| Mobile device license | | $0 | MDL-1000 | $526 |
| WiFi acces point | CEN-WAP | $250 | | $75 (by others) |
| **Total:** | | **$2500** | **Special Stimulus Package: $2350 (Actual pricing $3282)** | |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647

800.237.2041 | crestron.com

All brand names, product names and trademarks are the property of their respective owners. ©2009 Crestron Electronics, Inc.
03.27.09

EXHIBIT 524

Case 1:10-cv-11622-WGY Document 394-1 Filed 07/02/14 Page 33 of 35

# Exhibit I

CRESTRON®

# Sales Guide

**Total Home Control**
Crestron vs. Savant

Today, there are many start-up control system companies like Savant who promise a better solution than Crestron. When looked at critically, it is evident that Crestron is the only total end-to-end solution, offering products in all categories of home automation:

Control | Audio Distribution | Video Distribution | Lighting | Climate | Security

*"When you buy Savant, you buy Savant–a one-room storefront in Cape Cod–not Apple. When you buy Crestron, you buy 40+ years of industry leading experience, 57 worldwide offices, 24/7 technical support, the best touchpanels, digital video distribution, complete home control and more Apple integration than any other control systems manufacturer. You make the decision."*



| Apple® Features | Crestron | Savant |
|---|---|---|
| **iPhone® / iPod touch® / iPad™ Control**<br>Control entire home, including media, lights, climate & security, from any iPhone or iPod touch within home | ● | ● |
| **System Control from any Mac®, iPhone or iPod Touch Worldwide**<br>Control entire home from any Mac or Apple mobile device (XPanel for Mac, Crestron Mobile Pro®, Mobile Pro G) | ● | |
| **iPod® Integration**<br>Play music or watch videos stored on docked iPods around the home | ● | ● |
| **Sync iTunes library remotely**<br>Leave the iPod in the dock while it automatically gets media updates without connecting to a Mac or PC | ● | |
| **iTunes® Control on any Touchpanel**<br>Access entire iTunes collection on any touchpanel or TV throughout the home, view cover art and album info (metadata) | ● | ● |
| **Apple TV® Control on Touchpanel**<br>Access entire Apple TV collection on any touchpanel or TV throughout the home, view album and movie cover art and info | ● | |
| **Media Server Product with sync-to-iTunes capabilities**<br>Leverage all types of digital media content, including iTunes libraries, online streamed content, HD movies, HD video rentals | ● | Audio & Ripped CDs Only |



**IMPORTANT:**
***Savant has discontinued its line of touch panels.***

| User Interface Features | Crestron | Savant |
|---|---|---|
| **System Control via Touchpanel Powered by Flash®**<br>Control entire home from graphically-rich touchpanels; includes gesture navigation, animated objects, etc. (TPMC-V12/15) | ● | |
| **On-screen Control**<br>Control entire system from any display around the home, overlay graphics on HD video or view PIP (picture-in-picture) | ● | No PIP or multi-window |
| **Gesture Control**<br>Swipe the touchpanel for different system functions; available on both Touchpanels and iPad/iPhone | ● | No Touchpanels |
| **HD Touchpanels**<br>View HDMI content on touchpanel; transform touchpanel into an HDTV display (V-Panels™) | ● | |
| **Touchpanel with Integrated Graphics Engine**<br>Touchpanel and engine packaged in one condensed unit, uses less space and energy | ● | Requires Mac Mini for each touchpanel |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647
800.237.2041 | crestron.com

All Crestron products are proudly manufactured in the United States.
All brand names, product names and trademarks are the property of their respective owners. ©2010 Crestron Electronics, Inc.
08.10

CRESTRON®

# Sales Guide

**Total Home Control**
Crestron vs. Savant



| **AV Distribution Features** | Crestron | Savant |
|---|---|---|
| **Surround Sound Processor**<br>Audiophile grade surround sound processing equipment, native system integration | ● | Non Professional/ Audiophile |
| **Surround Sound Amplification**<br>Audiophile grade surround sound amplification, native system integration | ● | |
| **Audio Distribution Products**<br>Full matrix audio distribution products for various sized systems | ● | ● |
| **Surround Sound Receiver**<br>High-end surround sound system with integrated amplifier, multiroom audio, and control system | ● | |
| **Video Distribution Products**<br>Full matrix video distribution products, ranging in size; transmit any video signal type to any display over CAT5 or Fiber | ● | HDMI over CAT5 extenders only |
| **HDMI w/HDCP Video Distribution**<br>Distribute protected content from Blu-ray discs and Macs with Mini DisplayPort | ● | |
| **Native Internet Radio Source**<br>Listen to thousands of streaming radio stations from around the globe. (ATC-AUDIONET) | ● | |




| **Home Automation Features** | Crestron | Savant |
|---|---|---|
| **Lighting Control Products**<br>Natively integrate whole-home lighting control | ● | |
| **Climate Control Products**<br>Natively integrate thermostats, humidistats, and a range of sensors for perfect climate throughout the home | ● | |
| **Security System Native Integration**<br>Ethernet based native security system integration (Sequel ST8) | ● | |
| **Menu-driven Configuration Software for System Setup**<br>Configure complete system using drag-and-drop, menu driven software, without programming | ● | ● |
| **Completely Customizable Touchpanel User Interfaces**<br>Ability to design from the ground-up a fully customized touchpanel or OSD | ● | |

Crestron Electronics, Inc. 15 Volvo Drive | Rockleigh, NJ 07647
All Crestron products are proudly manufactured in the United States.
800.237.2041 | crestron.com
All brand names, product names and trademarks are the property of their respective owners. ©2010 Crestron Electronics, Inc.
08.10