# EXHIBIT 538




Integrators and Dealers- Take the mount and projector screen survey and you could win!



# RTI Unveils Pro Control Division with 2 New Remotes

## Remote controls target custom installers and feature color OLED touchscreens, Windows-based programmability and ZigBee communication.

g+1 0 Tweet 0 Like 0

By Jason Knott, January 07, 2010

Pro Control, a newly created division of Remote Technologies Inc. (RTI), has unveiled a new line of remote control technology targeted for custom installers.



RTI is at the Consumer Electronics Show in Las Vegas under the name of its new division: Pro Remotes.

RTI made the announcement at CES 2010, quashing speculation that the entire company's name is changing to Pro Control.

The initial Pro Control lineup includes:

- **PRO-24.z Remote**—Features a color OLED touchscreen display capable of controlling components via 433-MHz RF or receiving feedback from devices such as A/V receivers, lighting systems, iPods and HVAC thermostats utilizing ZigBee technology.
- **PRO-24.i Remote**—It has a color touchscreen for one-way IR control at lower price point.

Both remotes use wizard-style Windows-based programming.

The central processors, dubbed include the PROLINK.4 and PROLINK.z, operate via 433-MHz RF communication to operate electronic systems reliably while the powerful PROLINK.z control processor enables two-way ZigBee communication and feedback with A/V receivers, iPods, lights, HVAC systems and more.

In addition to touting the ergonomic design, Mike Everett, general manager of Pro Control, says consumers "are looking for intuitive, professional-grade solutions that can be tailored to their specific needs." He says the new remotes "meet these tough demands by providing powerful control over even the most complex systems — all at a great value."










Latest | Subscribe | Blogs | Research

LightFreq Features Color and Sound in a Smart Bulb
Video Photos Inside Meridian Audio's High-Tech UK Factory
QMotion Introduces Trackless Motorized Drape Rods
D-Tools Announces Latest Version of System Integrator Dealer Software
URC Recognizing Dealers with Awards Program at CEDIA

## Subscribe to the CE Pro Newsletter

E-mail Address... Submit

## Read more Universal Remotes stories

- URC Recognizing Dealers with Awards Program at CEDIA
- Smart Controls, Music Create Restful Retreat
- Apple TV Gen 2 and 3 Cracked; RTI Gets Two-Way IP Control
- New England Integrators Definitely in Sonos Fan Club
- Before and After: Nightmare Basement Converted to Winning Home Theater
- More in Universal Remotes

## Article Topics

News · Product News · Home Automation and Control · Universal Remotes · Events · CES · Ces · Rti · Ces 2010 · All topics

## About the Author



Jason Knott, Editor, CE Pro

Jason has covered low-voltage electronics as an editor since 1990. He joined EH Publishing in 2000, and before that served as publisher and editor of Security Sales, a leading magazine for the security industry. He served as chairman of the Security Industry Association's Education Committee from 2000-2004 and sat on the board of that association from 1998-2002. He is also a former board member of the Alarm Industry Research and Educational Foundation. He is currently a member of the CEDIA Education Action Team for Electronic Systems Business. Jason graduated from the University of Southern California.

## Comments

Post a comment

Name:

Email:

Choose smileys | View comment guidelines

☐ Remember my personal information

☐ Notify me of follow-up comments?

Submit

- The Science of Growing (or Not Growing) a Custom Installation Business
- 4 Ways Smart Lighting Solutions Can Boost Revenues
- View more news




**Featured Topics**

- Amplifiers
- Audio
- Automation & Control
- Cell Phone Booster
- Central Vacuum
- CE Pro 100
- Displays
- Distributed Audio
- Distributors
- HDMI Corner
- Lighting
- Motorized Shades
- Mounts & Lifts
- Movie Servers
- Multiroom Video
- Power Protection/Mgmt.
- Receivers
- Security
- TVs & Displays
- Universal Remotes
- Video
- Wire & Cable

**White Papers**

- Download 3 Big Smart Home Trends
- Tackling Multi-Zoned AV Installations with HDBaseT
- Quick Guide to Explaining Home Networks
- 2014 CE Pro Wage & Salary Study
- View all white papers

**Webinars**




- Long-Term and Short-Term Trends in Home Automation
- Building a Future-Proof Network for the Home and Small Business
- Overcoming Central Vacuum Objections & Costs to Achieve a 40% Closing Rate
- View all webinars

Sponsored Links

Cable management has *never* looked this good. - DataComm Electronics
VIEW® Pro - 4:4:4 HD digital media streaming & distribution over IP networks - ClearOne
Streaming for Sophisticated Listeners | The Mirage Audio System - Autonomic
Grow your business on every job: light, shade and temperature control - Lutron®
Low Voltage Audio, Video & Data Installation Products for the Pros - Arlington Industries

 ©2013 CE Pro

EXHIBIT 539

# Cooper Controls, Inc.

Saving the PLANET, One Account at a Time!™

INSTRUMENTATION • CONTROLS • ELECTRICAL SERVICES

Home | Contact Us | About Us

Water-Wastewater | Wind Power | SCADA-PLC Programming | Electrical | Consulting & Design | Service | Parts

CWEA CERTIFIED OSB CERTIFIED



*We specialize in waste water monitoring flow stations.*

## WELCOME

We Monitor Our Phones 24/7 for Emergency Service!

Order Parts, Supplies, or Services online!

Cooper Controls, Inc. provides installation, start-up and calibration services on instrumentation, process controls, communications and electrical systems. We also offer excellent troubleshooting, repair and maintenance of industrial electrical systems. Our customer portfolio includes numerous private industries, as well as federal, state, county and city government agencies.

Cooper Controls, Inc. believes that the customer should always come first. It is this very philosophy that has prompted much return business throughout Northern California. We welcome you to become a part of our rapidly growing base of satisfied customers.

Maintenance agreements with special pricing are available, so please call us today for a free walk through of your facility.

## HOT BUTTONS



IS YOUR CONTROL SYSTEM OUT OF CONTROL?

We can build, upgrade or simply troubleshoot your PLC and/or SCADA controls systems using a variety of the latest software **Read more...**



WASTEWATER ENVIRONMENTAL COMPLIANCE ISSUE?

Avoid non-compliance fines with our wastewater maintenance programs that will keep you on schedule and in compliance. **Read more...**



NEUTRALIZE YOUR WASTERWATER pH

We can upgrade your existing ph monitoring system, or add one to your existing wastewater monitoring system **Read more...**



ELECTRICAL SYSTEM DOWN? GET YOUR PRODUCTION LINE BACK ON-LINE

Minor modifications or a major retro-fit, our technicians will have you electrical systems up and running more efficiently than ever. **See more examples...**



HARNESS THE POWER OF WIND

Cooper Controls, Inc. can help you save on your energy costs with wind turbines. **Learn how...**



UPGRADE YOUR WASTEWATER FLOW STATION

Does your current wastewater monitoring equipment meet the requirements of your local compliance regulator? **We can help...**



NEED SEASONAL ELECTRICAL SUPPORT?



PROJECT EXAMPLES




## Testimonials

In the highly regulated world of water and wastewater treatment, Cooper Controls understands the importance of instrument accuracy. Not only do they install, connect and calibrate the instruments and controls, they understand the treatment processes, allowing them to make solid recommendations."

-- Gary DeJesus
Deputy Director of Public Works
City of Modesto, CA

"Cooper Controls has had the 'can do' attitude from day one in relation to new projects or troubleshooting. Prompt, consistent & detailed responses during our cherry season are important to us. This is why we are pleased to have Eric and his team as part of our team."

-- Tom Chinchiolo Chinchiolo-Stemilt

"The SuperPurge has cut our water bills in half!"

-- Dan Brasher
Georgia Pacific Container Division
Modesto, CA

"I, along with my staff, was very impressed



We can provide electrical and technical support during agricultural production seasons **Read more...**



Here you will find a sampling of some of the wide array of projects our skills have executed for clients. **Read more...**

with your company today. Their willingness to show up at a moment's notice to assist in resolving technical issues at our facility is very much appreciated. Eric, customer service in your company is alive and well!"

-- Terry Turner Wastewater System Supervisor City of Ceres, CA

Questions? customercare@coopercontrols.com

2010 All Rights Reserved © Cooper Controls, Inc.
Designed by Finalitygraphics.com

# EXHIBIT 540

Cooper Controls, Inc.
Saving the PLANET, One Account at a Time!™

Home Contact Us About Us

INSTRUMENTATION • CONTROLS • ELECTRICAL SERVICES

Water-Wastewater | Wind Power | SCADA-PLC Programming | Electrical | Consulting & Design | Service | Parts

## ABOUT US

**We Monitor Our Phones 24/7 for Emergency Service!**

Order Parts, Supplies, or Services online!

About Us - We have over 30 years of technical experience in the fields of Instrumentation, Process Controls, Communications and Electrical Systems-specializing in the field of water and wastewater control systems for public and private agencies. Instrumentation, calibration and certification services are available in the Central Valley area.

Cooper Controls, Inc. welcomes you to our website and appreciates your time and interest in our company. Our number-one priority is delivering top-quality customer service and support that helps our customers improve their productivity and competitiveness.



EXHIBIT 541

CRESTRON

Text Search

About | Markets | Products | Resources | Partnerships | Training | Contact

Log In | Get More Info







**855-53-S-H-A-D-E**
shades@crestron.com

## Crestron Shading Solutions

Our integrated lighting control solutions include motorized shades - adding beauty, convenience, and comfort throughout the home. Featuring exclusive Quiet Motor Technology™, Crestron shades provide silent operation and convenient, one-touch control. What makes Digital QMT™, our exclusive motor technology, so unique is the brushless motor design. Brushes in DC motors wear over time, causing the motor to fail. Our new brushless motor provides greater reliability, much longer life, and ultra-quiet operation. Even better, automated shades lower utility bills and increase the home's value and security.

### Beauty That Lasts

Crestron lighting control and motorized shading solutions deliver precise, quiet, one-touch control of electric and natural light for years. Our motors are subjected to rigorous testing at the maximum torque rating of 6Nm. We meticulously monitor speed, torque, current, voltage, position and noise to ensure our motors maintain their specs. Check out our live shade cycle demo located at the Crestron Technical Institute in Rockleigh, NJ.

They can also be combined with our advanced entertainment, climate, and security controls, so you can control everything in your home anytime, anywhere, from elegant touch screens or your favorite smart devices.



1550 cycles represents approximately 1 year of use

Request Fabric Samples

## Window Treatment Types

The perfect window treatments enhance the look and feel of any room. Custom Crestron automated window treatments are perfectly tailored to fit each window or set of windows in your home. Automating them means that you can quickly and quietly set the mood anytime, day or night, at the touch of a button. Whether you are looking for roller shades, Roman shades, skylights, drapery track or a combination, Crestron has every window treatment you need. Select one of the window treatment styles below to learn more.

Roller Shades

Roman Shades

Skylight Shades

Drapery Track

## Fabrics and Accessories

Fabric selection is an essential part of window treatment design. Crestron offers more than 400 fabric selections to choose from, including transparent, translucent, and blackout materials. We offer a full complement of brackets and accessories for each window treatment type. Use these links to: Order a Fabric Binder, or Register Your Fabric Binder.

Collections

Fabric Types

Characteristics

Fabric Binders

Accessories

Request Fabric Samples

## Power




Shade motors require power; only Crestron offers a new Intelligent Power Supply, delivering several distinct advantages for shading professionals. It can power up to ten motorized shades, each with its own fuse. The power supply is designed to work with all Crestron shade motors and includes built-in diagnostics that make it simple for shading professionals to identify broken wires, shorts, and blown fuses.

- The integrated five-segment Cresnet® hub provides an isolated control network for each pair of shades, therefore limiting the impact of any wiring faults.
- The power supply ships ready to mount on the wall or pre-installed in a 1x1 CAEN enclosure for easy, clean installation.
- The convenient on-board push-button controls make it simpler for an installer or technician to test for proper operation prior to system commissioning.

Need to power just one shade?
Click here.

**Want to see our Shades?** Visit our Showroom

**How much does it cost?** Request a Proposal

Find your local Crestron Representative

Crestron Design Tool

Important Safety Notice concerning Crestron manual roller shades and Roman shades

Careers | Privacy | Legal Feedback | Sitemap | Blog

All brand names, product names and trademarks are the property of their respective owners. Certain trademarks, registered trademarks, and trade names may be used to refer to either the entities claiming the marks and names or their products. Crestron disclaims any proprietary interest in the marks and names of others. Crestron is not responsible for errors in typography or photography.

©2014 Crestron Electronics, Inc.

# EXHIBIT 542

CRESTRON

Text Search

About | Markets | Products | Resources | Partnerships | Training | Contact

Log In | Get More Info

# Lighting Control

## Home automation and commercial lighting






### Commercial Lighting Control

Harness the energy saving power of automatic dimming, daylight harvesting, load shedding and demand response



### Residential Shade & Lighting Control

Adjust lights and shades throughout the home from any room



### Shading Solutions

Full line of motorized roller shades, natural woven shades and drapery systems



### DALI Ballasts and Drivers

Crestron DALI ballasts and LED drivers deliver new levels of performance, flexibility and energy efficiency




**CONTACT US**
Find your local Crestron Rep

**WE'LL CONTACT YOU**
Request a Crestron Rep reach out to you



All brand names, product names and trademarks are the property of their respective owners. Certain trademarks, registered trademarks, and trade names may be used to refer to either the entities claiming the marks and names or their products. Crestron disclaims any proprietary interest in the marks and names of others. Crestron is not responsible for errors in typography or photography.

©2014 Crestron Electronics, Inc.

# EXHIBIT 543

CRESTRON

Text Search

About | Markets | Products | Resources | Partnerships | Training | Contact

Resources

Printer-Friendly | Log In | Get More Info

>> Home > Resources > Product and Programming Resources > Catalogs and Brochures > Online Catalog > ST-LT




## ST-LT

### Lutron® GRAFIK Eye® Interface Module

The ST-LT is a Cresnet expansion module that provides a direct interface to any Lutron GRAFIK Eye lighting system. The ST-LT negates the need to install the manufacturer's GRX-AV or GRX-RS232 interface, providing bidirectional communications between Lutron's Mux Link and Crestron's Cresnet bus. The ST-LT may be rack-mounted if required using the optional ST-RMK rack mount kit (sold separately).



Zoomable Photo




Description | Technical Specifications | Resources

| | |
|---|---|
| **Connectors** | |
| **MUX LINK** | (1) 4-pin 5mm detachable terminal block;<br>Connects to the Lutron Mux Link network |
| **RS-232** | (1) DB9 male, Lutron compatible RS-232 interface;<br>Optional connection to a PC running Lutron software;<br>Equivalent to Lutron's GRX-RS232 input |
| **NET** | (2) 6-pin RJ11 female, Cresnet slave ports, paralleled;<br>Connect to Cresnet control network |
| **12VDC** | (1) 2.5mm barrel DC power jack;<br>12 Volt DC power input (PW-1205 power supply included) |
| **LED Indicators** | |
| **PWR** | (1) green, indicates power supplied from Cresnet control network or 12VDC power jack |
| **NET** | (1) yellow, indicates communication with Cresnet system |
| **SND** | (1) red, indicates transmission of data to the Mux Link network |
| **RCV** | (1) red, indicates reception of data from the Mux Link network |
| **CMD** | (1) red, indicates reception of data by the Mux Link network |
| **POLL** | (1) red, indicates polling on the Mux Link network |
| **PWR** | (1) red, indicates power supplied from Mux Link network |
| **Power Requirements** | |
| **12VDC** | 6 Watts (0.5 Amps) @ 12 Volts DC |
| **Power Supply (PW-1205 included)** | 120 Volts AC, 60 Hz |
| **Cresnet Power Usage** | 2.5 Watts (0.11 Amp @ 24 Volts DC) with no power supply connected to the 12VDC connector |
| **Environmental** | |
| **Temperature** | 41° to 113°F (5° to 45°C) |
| **Humidity** | 10% to 90% RH (non-condensing) |
| **Enclosure** | |
| **Chassis** | Steel, black matte powder coat finish |
| **Faceplate** | Extruded aluminum, black matte powder coat finish with polycarbonate label overlay |
| **Mounting** | Freestanding or 0.5U 19-inch rack-mountable (adhesive feet included, ST-RMK rack kit sold separately) |
| **Dimensions** | |
| **Height** | 1.80 in (4.57 cm);<br>1.70 in (4.32 cm) without feet |
| **Width** | 7.07 in (17.95 cm) |
| **Depth** | 6.32 in (16.06 cm) |
| **Weight** | |
| 2.1 lb (0.96 kg) | |
| **INTERNATIONAL VERSION (230 VAC)** | |
| **STI-LT** | |
| All the features and specifications of the ST-LT except: | |
| **Power Requirements** | |
| **12VDC** | 6 Watts (0.5 Amps) @ 12 Volts DC |

| | |
|---|---|
| **Power Supply (PW-1210RU included)** | 230 Volts AC, 50 Hz |
| **Cresnet Power Usage** | 2.5 Watts (0.11 Amp @ 24 Volts DC) with no power supply connected to the 12VDC connector |

Last Updated: Oct 5, 2009

Top

Tweet 0 Like 0 g+1 0



All brand names, product names and trademarks are the property of their respective owners. Certain trademarks, registered trademarks, and trade names may be used to refer to either the entities claiming the marks and names or their products. Crestron disclaims any proprietary interest in the marks and names of others. Crestron is not responsible for errors in typography or photography.

©2014 Crestron Electronics, Inc.

EXHIBIT 544




In today's creative and competitive climate, you need to invest in the tools and technology that will help you reach the next level of success. And Since 1970, that's been Dynalite's mission.

Designed and manufactured in the USA, Dynalite has earned its reputation as the flash equipment with power and performance in a small and lightweight package.

Professional photographers from around the world choose Dynalite to satisfy a wide variety of demanding lighting needs. But there's more to it than that.

If you are new to the Dynalite family, you might be surprised to find that big power in a portable package doesn't just mean location photography.

It also means the ability to rely on flash power that simply won't let you down in the studio. Whether you are shooting film or in digital formats, Dynalite has always been "in sync" with the latest and greatest in camera designs. This is just one of the many reasons why you will soon realize that your Dynalite system can grow right along with your business.

**VIP Showcase**



# Christian Lalonde

Since 1997, Christian Lalonde has worked as a commercial photographer with Photolux Studio, working in the world of Photography for many local, national and international clients, in both the private and public sector. Prior to working with Photolux, Christian was a photgrapher at one of Canada's largest commercial studios, located in Montreal, and was a […]

More Dynalite VIP's

**Upcoming Events**

**Aug 08**
STAY TUNED FOR FUTURE DYNALITE EVENTS

**Sep 29**
Telluride Photo Festival

**Oct 30**
Photo Plus Expo Booth #373

**Dynalite Events Calendar**

Click here to see all Dynalite events!

**Find us on Facebook**

Dynalite Inc.

Like

Dynalite Inc. shared Christian Lalonde's status update.

4 hrs



1,387 people like Dynalite Inc.



Facebook social plugin

Return to top of page

Copyright © 2014 Genesis Framework · WordPress · Log in

**Kindly Visit Our Workshop Partners**

SIGMA

WASHINGTON SCHOOL OF PHOTOGRAPHY
*Developing Photographers Since 1976*

zenfolio

**Contact Us**

Dynalite Inc.
1050 Commerce Ave
Union, NJ 07083
Call (800) 722-6638
Call (908) 687-8800
Email Us flash@dynalite.com

**Whats New @ Dynalite?**

B&H B&H Event Space Bobbi Lane Bryan Niven Canon Center For Photography Woodstock Claire Rosen David Robin Dynalite Dynalite VIP EP Levine Eric Wagner Jeremy Saffer Jim Morton JoAnne Kalish Joyce Tenneson Kevin Ames Lighting Manny Cabo NYC PDN Peter Read Miller Photo District News Photographer Photography Photo Plus Expo Portrait Portrait Lighting Rime Lite Road Max Rob Van Petten Sante Fe Workshops Sigma Stephen Eastwood Strobe Strobes Studio Lighting Studio Strobe Studio Strobes Uni400JRg Unique Photo Unique University Video Workshop WPPI

EXHIBIT 545

ENCELIUM LIGHTING CONTROL FOR THE SMART BUILDING



# Intelligent Lighting Technology for the Sustainable Building

We read in the headlines every day about the reality of rising and volatile energy prices. Coupled with the need to be more environmentally sensitive, today's facility managers are looking for new and innovative ways to gain greater control over their lighting, and critically, their energy costs.

That's where we come in.

Encelium Technologies brought together some of the most brilliant minds in the industry to the task, and today, we are lighting the way with the Energy Management System™ (EMS™), the most advanced lighting control solution on the market.

EMS is an intelligent, integrated lighting control and energy management solution that uses the collaborative power of addressable networking technology in conjunction with advanced control hardware and software.

With operations in the U.S., Canada and Europe, our proven solutions have been utilized in hundreds of new and retrofitted buildings around the globe. Imagine that!



© Copyright Encelium - All rights reserved | Disclaimer | Privacy | Sitemap

EXHIBIT 546

# Markets


Chubu University, Japan

Quantum Elite's high-quality image scaling, HDCP compliance, and adjustable bezel compensation were essential for proper operation of the system, enabling the IDEAS videowall to perform...

Yoshiaki Ito, Assistant Manager of Sales - Kyoiku Sangyo Company



## Corporate

Boardrooms, conference rooms, and other corporate venues

Read more



## Instructional Technology

Classrooms, lecture halls, and auditoriums from elementary to university level

Read more



## Government

Federal, state, and local government, emergency operations centers, aerospace installations, and other public agencies

Read more

## Healthcare

Hospitals, medical centers, and other healthcare institutions

Read more

Install Stories

submit your INSTALL STORY

LOCATE a RESELLER





### Retail & Themed Entertainment

Upscale shopping, themed dining, digital signage, consumer kiosks, and multimedia entertainment venues

Read more



### Courtroom

Law schools and courtrooms in various jurisdictions

Read more



### Broadcast

Television studios, production facilities, cable/satellite provider operations, mobile media systems, and radio stations

Read more



### House of Worship

Churches, synagogues, temples, mosques, fellowship halls, evangelical events, and outreach programs

Read more



### Rental & Staging

Tradeshows, Exhibitions, Concerts, Theatrical Productions, Galas, and Special Events

Read more

© 2014 Extron Electronics. All rights reserved. Privacy | Terms of Use | Site Map | Contact Extron

US / The Americas - English

EXHIBIT 547

Product Shortcuts

New Products!

Product Home

Accessories
Architectural Connectivity
Audio Products
Bulk Cables & Connectors
Cables & Adapters
Classroom AV Systems
Collaboration Systems
Control Systems
Digital Video Products
DisplayPort
Distribution Amplifiers
DSP & Processors
DTP Systems
DVI
Extenders & Line Drivers
Fiber Optics
HD Video Players
HDMI
HD-SDI & 3G-SDI
Interfaces
IP Link Pro Control Processors
IP Link Control Processors
Matrix Switchers
MediaLink Plus Controllers
MediaLink Controllers
Mounting Hardware
PlenumVault
PoleVault
PoleVault Digital Systems
Power Amplifiers
Scalers & Signal Processors
Software
Speakers
Specialized Products
Streaming AV Products
Switchers
TouchLink Pro Touchpanels
TouchLink Touchpanels
Twisted Pair
USB for Pro AV
Video Signal Processors
Videowall Processors
WallVault
XTP Systems

# Products

Extron manufactures computer-video interfaces, switchers, configurable control systems, distribution amplifiers, computer-video scan converters, scalers, signal processing equipment, and high resolution cables. These products are used to integrate computer, video, and audio into presentation displays for today's boardrooms, presentation/training centers, university lecture halls, and other applications.



XTP Systems
Flexible, reliable systems that support multi-format switching and management of local and remote AV devices



DTP Systems
A versatile range of products designed to support long distance signal transmission over shielded twisted pair cable in AV switching environments



Configurable Control Systems
The starting place for learning about Extron configurable control systems, including MediaLink, IP Link, and TouchLink.



TouchLink Pro Touchpanels
Powerful touchpanels with faster processing and more memory, available in sizes from 3.5" to 15".



TouchLink Touchpanels
The first fully configuration-based touchpanel control systems with the power to handle the types of rooms you install every day.



IP Link Pro Control Processors
Faster, more secure control processors for use with TouchLink Pro Touchpanels



IP Link Control Processors
A high performance intelligent network integration solution specifically designed for professional AV environments.



MediaLink Plus Controllers
Easy to use Ethernet controllers with faster processing, more memory, and PoE - Power over Ethernet



MediaLink Controllers
A family of easy-to-use, affordable products for AV control and switching in small, one-projector environments.



Video Signal Processors
Products that apply signal processing to convert, reformat, or optimize incoming video signals



Scalers & Signal Processors
Signal conversion for matching display resolution or optimizing image quality, or to output NTSC or PAL.



Videowall Processors
Graphics and video processing for videowalls with display arrays from two to 28 screens and larger



Streaming AV Products
AV Streaming Over IP for Professional Systems

HD Video Players
High resolution video players that are ideal for entertainment and



commercial applications where superior image quality is critical.



[Audio Products](#)
A range of solutions for audio system needs, including signal distribution, signal processing, and cabling.



[Speakers](#)
Selection of ceiling mount, surface mount, and in-wall speakers designed to meet a wide variety of needs.



[Power Amplifiers](#)
Amplifiers with Extron patented CDRS™ – Class D Ripple Steering technology which supports high signal fidelity and clear audio.



[DSP & Processors](#)
A wide range of products designed to control, mix, and optimize audio signals.



[Classroom AV Systems](#)
Classroom AV Configurator to customize AV solutions for assorted classroom sizes and requirements.



[PoleVault Systems](#)
Complete, centralized AV switching, control, and mounting systems with stereo amplification.



[WallVault](#)
Complete AV switching and control systems for wall mounted short-throw projectors and flat panel displays.



[Collaboration Systems](#)
Complete, pre-configured digital collaboration systems for four to six users



[Extenders & Line Drivers](#)
Extenders and Line Drivers enable reliable, long distance signal transmission over coaxial, twisted pair, or fiber optic cabling.



[Interfaces](#)
A computer-video interface ensures computer-video signals can be displayed on large-screen projectors or monitors.



[Distribution Amplifiers](#)
Send one computer, video, or audio signal to multiple devices while maintaining signal integrity.



[Switchers](#)
Connect to multiple computer, video and audio sources and route the selected signal to one output device.



[Matrix Switchers](#)
Route a wide range of video, audio, and high resolution signals from multiple sources to multiple destinations.



[Twisted Pair](#)
Permit long distance distribution of RGB video, composite video, stereo audio, and RS-232 over twisted pair cable.



[Fiber Optics](#)
The most complete line of Fiber Optic Products for end-to-end AV signal distribution over fiber optic cabling.

[Digital Video Products](#)
DVI, HDMI, DisplayPort, and SDI products including DAs, switchers,


matrix switchers, cables, adapters, and more for integrating digital video.


HDMI
Products for full digital-to-digital HDMI connection such as signal extenders, cables, and adapters.


DVI
Products for full digital-to-digital DVI video connection such as signal extenders, cables, and adapters.


USB for Pro AV
USB switchers, hubs, and other products designed for easy integration in professional AV applications.


HD-SDI & 3G-SDI
Products for switching and distribution, extension over long distances, and conversion of SDI and HD-SDI signals.


DisplayPort
DisplayPort cables and adapters enable digital connections between DP equipped devices and DVI-D, HDMI, and DP equipped displays.


Specialized Products
Products with unique and distinct uses such as ground loop isolators, AV test generators, and screen savers.


Architectural Connectivity
Mount in walls, shelves, tables, or lecterns, creating professional and elegant presentation systems.


Bulk Cables & Connectors
Interconnect equipment in AV systems to accommodate different applications.


Cables & Adapters
Are available in specific or custom lengths and are equipped with a variety of video, audio, and control connectors.


Mounting Hardware
Integrates sophisticated AV equipment discreetly with furniture, projector mounting brackets, or equipment racks.


Software
Includes configuration software and device drivers for many Extron products.


Accessories
Combine with other Extron products to expand the capabilities of complex AV systems.

© 2014 Extron Electronics. All rights reserved.

EXHIBIT 548

Building Efficiency - Building Technologies & Services

•Metasys® Resources
•Panoptix®
•Facility Explorer
•Systems Integration
•Repair Center
► Commercial Refrigeration
► Industrial Refrigeration
► HVAC Service
► Technical Building Services
► Security & Fire
**Services & SolutionsIndustriesCase StudiesConnect With UsCommunity**




# METASYS® BUILDING MANAGEMENT SYSTEMS

## What's your building management challenge? Keeping occupants comfortable? Reducing energy costs? Improving productivity?

It's all possible with the **METASYS®** building management system.

Facility managers worldwide count on the Metasys building management system to ensure comfort and create efficiencies in buildings of all types: hospitals, baseball stadiums, office buildings - even zoos!

The Metasys system is the most capable and scalable building management system. It provides the essential instrumentation and control you need to coordinate, regulate and manage your building systems.

- **Connect effortlessly.** The Metasys system ensures all of your building systems - HVAC equipment, lighting, security management and fire protection - work together as a cohesive unit.
- **Reach easily.** The Metasys system incorporates the latest wireless technologies into more devices so you can implement a system that stretches into every hard-to-reach corner of your building.
- **Integrate seamlessly.** The Metasys system can integrate equipment from virtually any manufacturer, and is designed to work with past, present and future technologies. Compatible with open protocols including BACnet, LonWorks, Modbus, N2, XML, Web Services and OPC.
- **Manage confidently.** With the Metasys system, you can make fast, accurate decisions on your energy strategy with data collected from hundreds—even thousands—of sensors, presented in customized reports.

And today, the Metasys building management system becomes even more amazing when paired with the app-driven analytics of the **PANOPTIX®** building efficiency platform to transform building data into unprecedented power.

The Metasys system makes it possible for all of the various devices and systems in a building to work together as one cohesive unit. Learn more about the platform.

**EXPLORE METASYS**

- System Integration
- Controllers
- Wireless Capabilities
- Security Management

**DOWNLOADS**

- Metasys Integration Overview (PDF)
- Metasys Service Brochure (PDF)
- Johnson Controls BE Product Linecard (PDF)

**SUPPORT**

- Instructional Videos
- Quick Literature System
- Contact Us

**NEWS**

- **Webcast: Building Analytics**
- **Case Studies: Building Management**
- Case Studies: Building Systems Integration


© 2014 Johnson Controls. All rights reserved.

# EXHIBIT 549

Building Efficiency - Building Technologies & Services

Share 154


- Products & Systems
  - Heating & Cooling (HVAC) >
  - Building Management >
  - Commercial Refrigeration >
  - Industrial Refrigeration >
  - Security & Fire >
  - Service & Maintenance >
  - Replacement Parts >
- Services & Solutions
  - Product Service & Maintenance >
  - Facilities Management >
  - Energy Efficiency Retrofits >
  - Data Center Solutions >
  - Demand Response >
  - Efficiency and Sustainability >
  - Energy Performance Contracting >
  - Integration & Optimization >
  - Real Estate Management >
  - Workplace Strategy >
  - Training Institute >
- Industries
  - K-12 >
  - Higher Education >
  - Local Government >
  - State Government >
  - Federal Government >
  - Healthcare >
  - Industrial >
  - Life Sciences >
  - Marine & Navy >
  - Public Housing >
- Case Studies
  - Building Management >
  - Commercial >
  - Education >
  - Government >
  - Healthcare >
  - HVAC >
  - Industrial >
  - Lighting >
  - Security & Fire >
  - Service & Maintenance >
- Connect With Us
  - Social Media & Blogs >
  - Email Signup >
  - Media Resources >
  - Community >
  - Industry Insights >


Loading...

- How can we help you? CONTACT US or Call 1.888.995.8605
- Find a Branch Location
- Zip, City/State or Country
- GO

**Products & Systems**

- Heating & Cooling (HVAC)
- Building Management
- Commercial Refrigeration
- Industrial Refrigeration
- Security & Fire
- Service & Maintenance
- Residential Cooling
- Replacement Parts

**Services & Solutions**

- Product Service & Maintenance
- Facilities Management
- Energy Efficiency Retrofits
- Data Center Solutions
- Demand Response
- Efficiency & Sustainability
- Energy Performance Contracting
- Integration & Optimization
- Real Estate Management
- Workplace Strategy
- Training Institute

**Industries**

- K-12
- Higher Education
- Local Government
- State Government
- Federal Government
- Healthcare
- Industrial
- Life Sciences
- Marine & Navy
- Public Housing

**Tools**

- BIM (Revit®) Files
- Product Line Card

**Case Studies**

Select...

**Product Literature**

Search

Advanced Search

**Quick Links**

## News & Resources



**Home for Heros**

Military heroes and their families get all the comforts of home-sweet-home.

**Learn more >**



**HVAC Parts Center**

Buy replacement parts for your HVAC, Refrigeration or Controls equipment. Our expert staff is available to answer your product and technical questions.

Learn more >



**Service & Maintenance**

Our highly skilled, factory-trained service technicians help optimize operations of the facilities we work with, creating productive and safe environments for the people and processes within. Learn more >



Sustainability@Work: Attitudes across roles and around the world

Employees want to work for organizations that enable them to behave sustainably, but they don't want it to burden them or change their work patterns. Learn more >



**Global WorkPlace Solutions**

Save operating costs. Reduce energy. Create a lean real estate portfolio and productive workplaces. We can help you increase your business performance.

Learn more >

## Connect With Us

**Connect.Collaborate.Share. >**

Connect with building efficiency professionals around the world.

**Email Signup >**

Insights on keeping your buildings comfortable, safe and productive.

**Media Center >**

Stay up to date on current Building Efficiency news.

**Industry Tweets**
Tweets from a list by Johnson Controls

**Johnson Controls** @johnsoncontrols 1h
The pressure is on! Who knows what system this Johnson Controls team member is installing in 1964? #tbt pic.twitter.com/GeKKYYd9Qe



Expand

**Johnson Controls GWS** @GWSworkplace 3h

Suppliers Contact Site map Social Media Privacy Terms of use Feedback
© 2014 Johnson Controls. All rights reserved.

# EXHIBIT 550

# Whole Home

The power to transform any space with light is now yours, at the touch of a button. Control the light and shade levels in a single room or throughout your whole home using a hand-held remote, wall-mounted keypad, tabletop control, and now, your iPad® or iPhone®†.

Create just the right light for any activity or mood and save energy while you do it. To locate a certified installer in your area, visit Where to Buy for more information.

**View Essence of Pleasance Brochure**
**Light Control Project Assessment Worksheet**

## Pleasance iPad® App



Designed for the professional, the new Lutron Pleasance iPad app provides a portal to all the information needed to inspire, specify, and install Lutron residential light, shade, and temperature control solutions.

**This app features the latest:**
- lifestyle, product, and color image galleries
- library of marketing documents: brochures, presentations, videos
- library of technical documents: installation guides, app notes, CAD files
- Lutron news

**Download Pleasance App**

## Integration & Home Automation



Seamlessly integrate technology into your home. Lutron light control systems can combine with audio, video, security, and HVAC. From simple incorporation with a single system to sophisticated high-level integration, Lutron designs its controls to work reliably and intuitively with other systems in your home.

**Recommended Solutions**
Sivoia® QS Wireless Shading Solutions
Insulating Honeycomb Shades
RadioRA 2
HomeWorks QS

## Energy Savings



Whole-home systems make it easy to dim the lights throughout your home to create ambiance and save energy with wireless controls. Install discreet occupancy/vacancy sensors to ensure lights are turned off when rooms are unoccupied.
**Download Home Energy Solutions Brochure**

**Recommended Solutions**
RadioRA® 2
HomeWorks® QS
Radio Powr Savr®

## Safety & Security

Create a safe path of light to, through, and around your home. Connect your security system to your lighting system for an added level of assurance. Add automated shades to create privacy or protect valuable furnishings.



**Recommended Solutions**

RadioRA® 2
HomeWorks QS
Sivioa® QS

## Pathway Lighting



Create safe navigation through your home. No need to walk from room to room to control each light. Press a button to illuminate a pathway from your bedroom to move easily and safely throughout your home at night.

**Recommended Solutions**

HomeWorks QS
RadioRA 2

## Control Lights from the Car



Let your lights welcome you home. With a lighting system, you can press a button and your interior/exterior lights turn on as you arrive home. Illuminate a pathway of light from your car and into your home. Ensure lights are turned off when you leave with a single touch of a button.

**Recommended Solutions**

RadioRA 2
Caséta™ Wireless
HomeWorks QS

## Multi-room Control



Customize areas of your home to meet your needs. Make the most of an open floor plan or master suite with Lutron wireless controls. Whether you want seamless transitions from your kitchen to your dining and family room areas, or a master bed and bath that is a relaxing retreat, wireless control can make your lights more intuitive and personalized to your lifestyle.

**Recommended Solutions**

HomeWorks QS
RadioRA 2

## Enhanced Convenience



Tabletop controls make life a lot easier. An “All Off” button at your bedside turns the lights in your home off with a single touch - no need to worry about leaving lights on or having to go back to check in the middle of the night. The “All On” button brings all the lights on at a single touch, brightly lighting every area.

**Recommended Solutions**

HomeWorks QS
RadioRA 2

## Enhance Your View



Automatically adjust your window treatments with precise, near-silent control to create elegant transitions of daylight. Maintain views to the outside while reducing glare on computer and television screens. Command privacy at the touch of a button, protect valuable furnishings from harmful UV rays and create complete darkness by lowering blackout shades. With a large variety of window treatment styles, fabrics and technologies, any room can be personalized for elegance and comfort.

**Recommended Solutions**
Sivoia® QS
Sivoia® QS Wireless
Insulating Honeycomb Shades
Color, style and fabric options

## Remote Control



Take light control with you wherever you go. The convenience of light control is portable – a wireless controller can be kept in your car, in your purse, or tableside. Whether you're arriving home in your car, returning from a walk, or resting on the couch, you can control the light in your home at the touch of a button.

**Recommended Solutions**
Caséta™ Wireless
RadioRA 2

## "Away" and "Vacation" Mode



When you leave for the day, simply press "Away" and conveniently leave your home exactly as you like it – all lights off, all lights on, or anywhere in between. Program a "Vacation" scene to replay your daily routine – turning the lights on and off, raising and lowering the shades – as if you were still home.

**Recommended Solutions**
RadioRA 2
HomeWorks QS
Sivoia QS

† Apple iPad, iPhone, and iPod touch are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.

EXHIBIT 551




The Leader in AV Switching and Extension

## Latest News

*New Milford, CT, USA Thu, 2013-10-24*

**Single Cat.5e/Cat.6 Cable + Easy Installation = tvONE HDMI HDBaseT-Lite Solution**

ERLANGER, KY, October 24, 2013 – tvONE (www.tvone.com), a leading designer and manufacturer of cutting-edge video and multimedia processing equipment, is pleased to announce the new 1T-CT-640 HDBaseT-Lite series HDMI extension...

Read More

*Erlanger, KY, USA Wed, 2013-08-28*

**Magenta's Voyager named AV Award Finalist for "Digital Signage Project of the Year"**

tvONE (www.tvone.com), a leading designer and manufacturer of cutting-edge video and multimedia processing equipment, is pleased to announce that Magenta's Voyager is among the Top Finalist in this year's AV Awards.

Read More

## Magenta News




## Our Products



When it comes to switching and extending analog video and auxiliary signals over UTP, Magenta's Mondo Matrix (scalable from 16x16 to 256x512) and MultiView Series (an unmatched range of 2,000 feet) are still the choice of discerning integrators.

- Voyager
- Infinea
- Multiview Series
- Voyager Matrix
- Mondo Matrix
- Audio/Converters
- Accessories

Government
Transportation

© 1998 - 2014 Magenta Research LTD Contact Us Login

tvONE 2791 Circleport Dr Erlanger, KY 41018 USA Phone: +1 800-721-4044 Fax: +1 859-282-8225

EXHIBIT 552



**Savant Apple Integration**



**Savant Audio/Video Switching & Control**



**Savant Host & Controllers**



**Savant User Interfaces**

# Savant Host & Controllers

The key components that deliver control and automation to every SmartSystem are a Savant Host and any one Savant Controller. The Savant Host (UNIX-based OS X® platform), a rack-mountable device containing Savant's powerful control software, provides numerous functions including: automation and control, user interface interpretations, system administration, monitoring, and can act as the digital media server housing and controlling the playback of any iTunes® content (music, movies, etc.).

All Savant Controllers include a Linux processor that provides two-way communication to all connected components or subsystem within an installation. Supporting the most common control protocols (IR, Serial, IP IR, Relay, GPIO), and standards, several Savant Controllers also deliver audio/video switching, processing, video scaling and overlay and more.

**Supported Control Protocols & Standards**

## Savant Smart Host

### Savant Smart Host Controller

**Savant Smart Host** / HST-SMRTD

## Savant Host

### Savant Host Controllers

**Savant Host Controller** / HST-4501

**Savant Host Controller (w/ Redundancy)** / HST-4502

**Savant Host Controller (w/ Solid State Drive)** / HST-4501S

**Savant Host Controller (w/ Redundancy & Solid State Drives)** / HST-4502S

## Controllers

### Savant SmartControl (Control Only)

**SmartControl 8** / SSC-0008

**SmartControl 8 (PoE)** / SSC-P008

**SmartControl 8 (Wireless)** / SSC-W008

**SmartControl 25** / SSC-0025

**SmartControl 25 (PoE)** / SSC-P025

Savant Products

**Savant System Architecture**

**Supported Control Protocols & Standards**

**Explore Markets:**

Residential Solutions
Commercial Solutions

**Where to Buy**

Find a Savant Residential or Commercial Installation Specialist Near You.

Call us at **508-683-2500** today.

### SmartControl 25 Accessories

- **Rack Mount Bracket (SmartControl 25)** / RMB-0025
- **Side Mount Bracket (SmartControl 25)** / SMB-1000
- **External Power Supply (SmartControl 25 PoE)** / PWR-12125

### Savant SmartAudio (Audio + Control)

- **Four Room SmartAudio** / SSA-4004
- **Twelve Zone SmartAudio** / SSA-4000
- **SmartAudio** / SSA-3220 / SSA-3200D

### Savant SmartVideo (Video + Control)

- **SmartVideo** / SSV-1000

### Savant SmartMedia (Multimedia + Control)

- **SmartMedia (w/ Audio Processing)** / SSM-3000
- **SmartMedia (Distributed Audio)** / SSM-3100

### Savant SmartMediaPro (Matrix Switching + Control)

- **SmartMediaPro 6 (Base Configuration)** / SSP-0600
- **SmartMediaPro 6 (4x4 HDMI Configuration)** / SSP-06004
- **SmartMediaPro 12 (Base Configuration)** / SSP-1200
- **SmartMediaPro 12 (w/ Redundant Power Supplies)** / SSP-1200R
- **SmartMediaPro 12 (Expansion Switching)** / SSP-1200E
- **SmartMediaPro 24 (Base Configuration)** / SSP-2400E
- **SmartMediaPro 36 (Base Configuration)** / SSP-3600E

**Upcoming Events**
See Savant in Action and View the Latest Solutions in Technology.

**Free Savant Lite App**
Download Savant's TrueControl and TrueImage Demo App.

**Savant Store**
Place online orders 24/7, see shipping details, order history and more.



**Where to Buy**
Find a Savant Installation Specialist near you.

**Latest Savant News:** *SAVANT® SMART HOME TECHNOLOGY SELECTED BY LENNAR FOR*


Copyright ©2014 Savant Systems LLC All Rights Reserved

# EXHIBIT 553

**SIEMENS**

**Siemens Worldwide**

## Products & Solutions

- Product Groups
- Product Search & Index
- Market-specific Solutions

- Automation
- Building Technologies
- Drive Technology
- Energy

- Financial Solutions
- Healthcare
- Mobility

- Consumer Products
-
- Services

## Corporate Information

- Press
- Investor Relations
- Innovation
- Jobs & Careers
- Sustainability
- About Siemens

### Our Businesses

- Energy
- Healthcare
- Industry
- Infrastructure & Cities

### Worldwide

### Quick Access

## News & Topics

Siemens Blogs




Aug 12, 2014

## Modern, secure, green: the Zurich data centers

The city of Zurich has two of Europe's most modern and secure data centers. Both buildings meet the latest standards for energy efficiency. The waste heat from the server rooms is fed into Zurich's heat supply network and used to heat around 400 apartments nearby ↗

Aug 08, 2014

## Gotthard Base Tunnel: a mammoth undertaking ›



Aug 06, 2014

## Remote maintenance: Minority Report for machines ›



Aug 05, 2014

## The traffic light turns 100 ›

Aug 04, 2014

## 30 years of e-mail in Germany ↗



Aug 01, 2014

## Lisa Davis – new female executive at Siemens

On August 1, 2014, Lisa Davis began her work as a member of the Managing Board of Siemens AG. The native-born American will be responsible for the Power and Gas Division, the Wind Power and Renewables Division, the Power Generation Services Division, as well as the Region North America. ›

-

EXHIBIT 554

SIMPLE. INTUITIVE. CONTROL.

About the Company
SP Controls, Inc., headquartered in South San Francisco, Calif., has revolutionized audiovisual control technology since 1995 with its innovative, easy-to-use, and inexpensive products for classrooms and conference rooms.
In addition to its line of PixiePlus, PixiePro, NRC and AmpLinc AV control systems, SP Controls created the popular Doceri tablet-based interactive
whiteboard system used by teachers and presenters worldwide to get out from behind the podium to move around the room and engage their audiences with live annotated presentations.
Contact
SP Controls, Inc.
930 Linden Avenue
South San Francisco, CA 94080
Tel: (877) 367-8444 (toll free in the US)
Tel: (650) 392-7880
Fax: (650) 392-7881
info@spcontrols.com

Amplifiers
Mounting
SmartBox+ Mounting Solutions
SmartDrawer
Rack Mount Kits
Wood Enclosures
Acrylic Enclosures
Wall Mounting
Signal Distribution
CatLinc Video
CatLinc Miscellaneous
Digital Switching Systems
HDMI Switcher
Switcher Scaler
Wall Plates

Copyright © 2014 SP Controls, Inc. All rights reserved. Disclaimer

# EXHIBIT 555






©2014 TRIDIUM, INC.
All Rights Reserved
webmaster2@tridium.com
Privacy Policy

# Applications In Access Control

Niagara Security is the advanced, web-based, Internet-enabled access control and intrusion detection system built on the industry leading Niagara$^{AX}$ Framework®. Niagara Security provides physical protection for your assets whether a single building or a large multi-site application. Niagara Security enables authorized security administrators to manage credential enrollment, access rights and schedules, time and attendance, and alarm response in real time via a standard web browser from anywhere at anytime. In a dynamic world where personnel and requirements can change quickly, having real-time control provides better security.

The advanced IP-based controller eliminates the need for on-site PC's or thick client software and is capable of storing thousands of credentials and controlling multiple doors. Niagara Security enables authorized security administrators to manage credentials, access rights, integrated access control and alarm monitoring via a web browser interface from anywhere on your secure network.

As the first security system to be built on the highly successful Niagara$^{AX}$ ® Framework, the industry's leading facility management software platform, Niagara Security integrates with your building control system, shares information with all of the leading databases, and supports enterprise connectivity via HTML, XML, BACnet, SNMP, and oBIX.

Download the Niagara Security Datasheet.

Download the Security 125 KHz Reader Datasheet.

Download the Security 13.56 MHz Reader Datasheet.

Download the Niagara Video Datasheet.

# Architecture




There's never been more focus on the need to protect your buildings, assets, and employees than right now.Concerns over the rising number of identity thefts, the proliferation and loss of mobile assets, and the implementation of new Federal Government standards continually challenge security managers to find the best way to secure their buildings, assets, and intellectual property. IT technology is rapidly impacting the way

systems are developed, installed, and managed – and compatibility with IT standards has become a critical need. Security managers facing constantly evolving requirements must find scalable systems that have the flexibility to meet their long-term needs.

Download the Security brochure

EXHIBIT 556

# About Us




It is our mission to build strong, long term business partnerships through unparalleled customer service, education, marketing, and quality products.

WAVE Electronics, Inc., established in 2002, operates the largest, fastest growing, independent distributor in the East and Southern regions. WAVE also ships products across the country to our authorized dealers. Offering more than 8500 SKU's from over 120 manufactures in the audio, video and custom installation categories; WAVE Electronics is the 'one-stop' supplier for any custom installation dealer or integrator in the territory. WAVE Electronics goes the extra mile by offering a broad variety of services, including delivery, financial support, sales training, marketing services, 24/7 live inventory on our website and much, much more.

Simply put... WAVE is the distributor offering the most products and services to grow your business.

## Awards



The CE Pro Quest for Quality highlights companies for their 'people-related' services, not products, solely based on readers' opinions.WAVE was very excited to receive recognition in 3 out of 6 distributor categories and presented one Silver and two Gold awards.We would like to thank all of our dealers for their support and will continue to strive to offer services above and beyond expectations.

## Training



From the manufacturer's standpoint, training is the backbone of brand excitement. WAVE Electronics is dedicated to strengthening the independent dealer base through focused trainings. With four in-house training facilities and world class trainers, WAVE is head and shoulders above the rest. Not only do we have the right people with the right skill set, but also the resources to conduct a vast library of topics related to the home electronics industry.

## Dealer Marketing Services



We understand that you are busy running a business, and we are here to help to increase your exposure. We offer the best in marketing services for you to maximize your business model. Our in-house marketing staff can produce business cards, rack cards, shirts, vehicle wraps and much more for you to use in the field. Simply call or ask your sales associate for details on programs that can get you in front of your customers in no time.

ABOUT
About WAVE
Location Features

BRANDS
Brands
Videos

POLICIES
Best Price Guarantee
Policies

REBATES
Rebates
Become A Dealer

CONTACT
Contact Us
Locations

© 2014 WAVE Electronics, Inc.

Request appointment Facebook Twitter

Terms of Use Site Map

# EXHIBIT 557

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------

SAVANT SYSTEMS, LLC,

Plaintiff,

vs. Civil Action No.
1:10-CV-11622 (EFH)

CRESTRON ELECTRONICS, INC.

Defendant.

-----------------------------------------

VIDEOTAPED DEPOSITION OF

ELLIOT INGBER

TUESDAY, FEBRUARY 12, 2013

10:00 a.m.

REPORTED BY: Adrienne M. Mignano, RPR
Job Number: 332699

Ingber

2 for identification, as of this date.)

MR. KAVANAGH: Can we take a five-minute break?

THE WITNESS: Sure.

THE VIDEOGRAPHER: We're now going off the record approximately 10:38 a.m.

(Thereupon, a recess was taken, and then the proceedings continued as follows:)

THE VIDEOGRAPHER: We are now going back on the record approximately 10:44 a.m.

A John, may I just add something? You had asked about equipment before, and I just want to make sure I go on record with this.

There is a product that I didn't mention which is starting to make a dent in what we do in our overall volume. I shouldn't say a dent. It's called Sonos, S-O-N-O-S. It is not a control system, it is an audio system, but it does have

Ingber

something to do strangely enough with Savant and Crestron, and I just wanted to make sure I brought that up.

Q As long as you bring that up, what do you mean by it does have something to do with Savant and Crestron?

A Well, most of the jobs that we do, or maybe I should say all the job we do, have audio involved, there is music throughout. So how are you going to control that music? Generally you control it with a Crestron system or you can control it with a Savant system.

But both of those systems control other devices as well. So they control lighting, they will control HVAC and so on, and TVs. Forget integration, just even TVs.

Sonos only controls music. It is a Sonos music system. It has a remote control, looks like an iPhone, or you can actually use an iPhone or an Android to control the music, but that's all it does.

If you want to control a TV,

Ingber

there is a second remote, Universal Remote, so you wind up with two remotes. Most of my clients want one remote, but many times they say, you know, I'm really not going to do the lights, I'm not going to do HVAC, I'm not going to do cameras, I just want a simple system, and that's where Sonos comes in.

So I say it is taking business away from both of those companies, and it is available on the Internet. It is not something that I, you know, want to sell, but it does work, and when a client really just has basic needs, that's what we wind up selling.

Q So you do sell Sonos?

A Absolutely. And it is a great product. It is a great, great product.

Q And in jobs, how many jobs have you done where you installed Sonos?

A Many. Many.

Q A dozen, 50?

A I'm sorry to be vague. At least 50. They have six or seven SKUs. I mean,

Ingber

and, you know, things like that.

Q Because Mr. Katsiris has an interest in having AVS, one of the largest dealers in New York and nationwide, as a dealer?

A Yes.

Q And Mr. Karp here is explaining AVS's position at this time, right?

A Correct. We're not that easy, let's hold hands for a while.

Q And what Mr. Karp says here was supported by you, right?

A One hundred percent.

Q And how long do you think your company should wait before engaging with a new manufacturer?

A You know, it certainly varies on the manufacturer, because if it is a speaker, and I put in a speaker that doesn't sound very good, sorry, sir, I shouldn't have sold you that speaker, let me just pull it out and I can put two more in its place. Well, if I sell you an LG TV, a 50 inch, and then it doesn't look

Ingber

that good, I can put a Samsung up. But when you sell a control system, that is a much bigger issue.

Q Why is that?

A Because that controls the whole house, has touch panels in the wall, you spend a lot of time with the programming, the installation, the wiring. You know, you have to pull out maybe half a dozen or dozen pieces of equipment, and then say I'm sorry. So it is a big expense, so you better make sure, we need to make sure that the product is going to work when it is a control system.

Q If the control system didn't work, what did you think -- what do you think the effect would be on your business?

A Kill my reputation for sure, which is my business. I don't advertise. You know, my architects would lose confidence in everything we say. Once you're caught in a lie once, it's downhill from there. That's why we're so cautious.

Ingber

Q So today it is a little bit -- the high end is dollar value a little lower than it used to be?

A Yes.

Q So let's take ourselves back to, say, the 2009, 2010 time frame.

Do you have that in mind?

A Yes.

Q What would you say was a high end system at that time?

A Well, that's when it was starting to change. And if we sold a 50 or 75 thousand dollar system we were thrilled, where just 18 months before that, believe me, 100 was great, but, you know, we want to see 200, 250, 350.

Q How much would just the control portion cost for that $100,000 system?

MR. KAVANAGH: Objection. Form. Vague.

A I think we discussed it was probably around ten percent of the job was probably the control portion of it.

Q You referred to Sonos. Is Sonos

Ingber

A No, I'm not.

MR. KAVANAGH: I have no further questions. Thank you.

MR. JACOBS: I have no questions.

MR. KAVANAGH: Thank you very much.

THE VIDEOGRAPHER: We're now going off the record approximately 1:59 p.m. This is the end of disk number three in the Ingber deposition.

____________________________
ELLIOT INGBER

Subscribed and sworn to
before me this day
of , 2013.
________________________