EXHIBIT 558

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

SAVANT SYSTEMS, LLC,

Plaintiff, CASE No. 1:10-cv-11622

vs. (EFH)

CRESTRON ELECTRONICS, INC.,

Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF

JOSEPH JAMISON

MARCH 26, 2013

9:33 A.M.

2121 Avenue of the Stars, Suite 2800
Los Angeles, California

Cathya S. Baharian, CSR No. 12176
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

A No.

Q Any other manufacturer reps that you worked with at Savant while you were there?

A No.

Q When did you work for Savant, Mr. Jamison?

A Let me think back. From late 2008 to early 2010.

Q So you remember the month in 2010 that you left?

A January, I believe.

Q Do you remember the month in 2008 when you were hired?

A I don't honestly recall. I think it was October. But I'm not positive of that.

Q Where were you working immediately prior to joining Savant in late 2008?

A For a company called Vizionware in Austin, Texas.

Q For the record could you spell that?

A V-i-z-i-o-n-w-a-r-e.

Q How long did you work for Vizionware in Austin, Texas?

A About two and a half years.

Q What is Vizionware? What do they do?

Q What change did Mr. Carroll tell you that Savant wanted to make that led to your termination?
A I think there were a couple of things. One is they wanted someone who was more permanent to Cape Cod or could reside in the Cape Cod area.
And honestly, one that would give them higher numbers or potentially higher numbers.
Q What discussions did he have -- Mr. Carroll have with you about the fact that they wanted somebody more permanently in Cape Cod? Why was that a factor? You said that you had taken a residence there?
A Well, towards the end, because I was doing things out in the Midwest and also working with John Fisher in the central part of the country, I was in Cape Cod less at those stages.
I think they were looking for someone that could be more home base. That's primarily -- it's understandable. It's not uncommon for any company to want a member of the senior executive staff to be located at the company head quarters location.
Q It's also difficult to have a member of the senior executive staff -- it's difficult to have that person at the corporate office when

Q Right. But the dealer price wasn't --
A Not published. It was a price list typically marked dealer confidential.
Q So you don't generally want one dealer knowing what another dealer is paying for or a customer, rather, to know what a dealer is paying for a product. Like you said, they need to make a markup and a profit?
A Right.
Q Did the price list ever change during your tenure? Did prices get adjusted?
A Sure.
Q Do you know how often that happened?
A We usually published once a quarter.
Q Would the -- would you only publish if the price for something had change or would Savant just as a matter of course publish a price list every quarter and if the price remained the same or remained the same or if it changed, it would be reflected -- that's a bad question.
A Typically, we would publish a new price list every quarter and the last page would reflect the changes or would refer to where the changes were.
Q Do you remember during your tenure at

Savant when the prices did change? Did they go up or down?
A Some went up; some went down.
Q Fair enough.
Were discounts ever given to dealers purchasing Savant products?
A Occasionally. Yes.
Q You were involved in, as the vice president of sales, you were involved in making those determinations, for lack of a better word?
A Yes.
Q During your tenure as vice president of sales for Savant, did you receive many complaints from dealers about how expensive Savant products were?
A I mean, yes, I would get complaints on occasions but, again, no more so than you would expect for any product.
You know, typically, a product at the high end, especially if you have a dealer, a young dealer or a dealer that's used to selling Control Four. While I'm having trouble selling this against Control Four or I'm having trouble selling someone up from Control Four because this is so expense. Well, that's a relative thing. That's a

lower end of the market?
A He pretty much ran the gamut, yes.
Q Are you familiar with Savant's competitive flip program?
A No.
Q Have you ever heard the term competitive flip program" before?
A I know that there was discussion at Savant about doing a program for that.
Q When you say "for that," what do you mean?
A For going to dealers and pitching Savant saying: Okay. Maybe -- because in a lot of cases, jobs may be sold a year, 18 months ahead of them actual being installed.
So during that period of time, a lot of technology changes. So it was just an opportunity for them to go and re-look at the equipment that they sold into that job to see whether Savant might be a better solution when the job is actually installed.
Q Tell me what discussions you remember having with people at Savant about introducing a program like this?
A Generally, I thought it wasn't a bad

Reviewing the transcript.
(Whereupon the deposition proceedings were adjourned at 5:01 P.M.)

--00--

# EXHIBIT 559

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAVANT SYSTEMS, LLC, )
Plaintiff, )
vs. ) C.A. No. 10-cv-11622-EFH
CRESTRON ELECTRONICS, INC. )
Defendant )
)
CRESTRON ELECTRONICS, INC., )
Counterclaim-Plaintiff, )
vs. )
SAVANT SYSTEMS, LLC )
Counterclaim-Defendant. )

ORAL VIDEOTAPED DEPOSITION

JASON JOBE

May 8, 2012

ORAL VIDEOTAPED DEPOSITION OF JASON JOBE, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on May 8, 2012, from 9:26 a.m. to 11:19 a.m., before Laraine L. Toliver, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Kane Russell Coleman & Logan, PC, 919 Milam Street, Suite 2200, Houston, Texas 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Q. (BY MR. O'DONNELL) Would you take a look at that document, Mr. Jobe, and particularly the -- the second page? Is that your signature?
A. Yes.
Q. Could you tell us the --
All right. Is this an accurate statement, to the best of your knowledge and belief?
A. Yes. We did correct -- there was some -- a typo or correction was made on No. 6.
Q. And what was that correction?
A. The -- it was just the year 2008. It was actually 2009.
Q. So, paragraph 6 said, "We refused to drop Savant," comma, "and in August 2008," that should be August 2009?
A. Correct.
Q. Could you tell us the circumstances in which Crestron approached you with -- with respect to your handling of Savant products?
A. You know, I think that they had either heard that we had, you know, attended, you know, either the conferences or that I had had a system in my house, and our kind of local rep, the rep for Crestron, and -- you know, had, you know, asked us about having that, that product.

And, you know, I had told them that, you know, I have a Savant system and that I had been evaluating it for something as a possibility to carry, to provide to our clients, and -- but that we hadn't actually, you know, installed any in anybody's home or anything yet, but that I was evaluating it.

And, you know, that's kind of when the whole dialogue started about -- not necessarily that phone call, but that's kind of when things started where they, you know -- you know, kind of started down the road of, well, you know, we really, you know, frown on that and would -- you know, and then it became progressively worse, to, you know, "we really don't think you should carry that" to -- to where we got to the point where then we were kind of cut off as a -- as a dealer.

Q. You made reference to a phone call. Who called? Who called whom?

A. So, there were actually several calls back and forth. And I spoke with Brent Corn, who was the Houston rep for Crestron, and also spoke with Jerrie Anderson, who was Brent Corn's rep -- or boss, who I believe is over the southwest for Crestron. And then ultimately I spoke with Randy Klein regarding that as well.

Q. Now, Brent Corn is referred to in paragraph 5

of your declaration?

A. Correct.

Q. And Jerrie Anderson also in paragraph 5?

A. Correct.

Q. And exactly what did they say to you, to the best of your recollection?

A. So, you know, there were -- there were several of the phone discussions, but it kind of ended up where they were like you either have to choose. If you want to pick, you know, either -- you know, you're either going to have to pick if you're going to be a Crestron dealer or you're going to be a Savant dealer.

We were also at that time an AMX dealer, which is another control system company. I had mentioned to them, "There's no problem with being an AMX dealer, which is a high end control system company. You know, why is this any different?"

They had said that they just didn't want to have us carrying Savant and they didn't want it to be in -- in our marketplace, and they felt that if I was carrying Savant that then other dealers in the area would try to follow suit and, you know, it would build momentum.

And I had said, "Well, if you cut me off from being a Crestron dealer, then don't you think that

all of my jobs will end up having to be Savant?"
But they said, well, this -- you know, "You're going to have to make a decision as to what you're going to -- which one you're going to carry."
Q. And did you make a decision?
A. I said, "Well, I really don't want to make a decision. I think that we can offer these to both of our -- to our clients both of these products." Certain ones are better suited for certain applications probably and it also depends on customer preference.
We have a lot of projects for both -- you know, at that time, we had a lot of Crestron projects coming up, and so I said, "I really don't want, you know, to have a make a decision between these."
And they said, "Well, then, if you're not going to make a decision, we'll make it for you."
Q. And did they make a decision for you?
A. Yes. Then they terminated us, terminated us as a dealer.
Q. How were you notified of your termination?
A. Well, they had said that that's what was going to happen in the phone call, and then we were sent a letter that said, "This serves as the termination of your dealer agreement."
Q. And was any reason given?

A. I don't believe so on the letter. I couldn't tell you. I mean, and the phone call was just as we discussed. That was the reason.

Q. Did you have any discussions with the termination -- about the termination with anyone else at Crestron other than Brent Corn and Jerrie Anderson?

A. I spoke to Randy Klein regarding it, and then also after that I spoke to him again about trying to get warranty service and products for clients that were existing Crestron customers.

Q. And what was the conclusion with respect to your request for warranty service?

A. There was -- when we called for warranty service, they told us that, "Well, you're no longer a Crestron dealer" and that "Your clients will have to get warranty through some other dealer." And they also said that I didn't have -- since they had terminated our dealer agreement, there would be no way for us to be able to purchase parts or even have warranty service issued.

I then called Randy Klein back and said, you know, "Does that make sense? That's really not how that's supposed to be. At least we can still take care of the clients that did buy Crestron systems. They're our clients as well as yours."

world.
Q. That represented a substantial investment by your business?
A. Sure.
Q. Okay. And if warranty and other facilities were denied you, you would stand to lose a substantial portion of that or all of it, possibly?
MR. PARK: Objection. Calls for speculation.
A. You could certainly lose customers or have to refer them to some other dealer, which then is no longer your account, so...
Q. (BY MR. O'DONNELL) So, basically, you lose your customer?
A. Detrimental to the business, yes.
Q. Yeah, okay.
Now, you say that when presented with the choice of dropping Savant or being refused Crestron products, you chose not to drop Savant; is that correct?
A. That's correct.
Q. Why is that?
A. Well, we thought that the products had potential to be good for our clients and to work in the systems that we were designing and integrating. And when you're working with someone that's already telling

wanting to evaluate or look at a product, because something that was a product that you used and was a main element in your business was then threatening to cut you off if you looked at some of these other products.

Q. But you didn't lose any jobs as a result of your termination as a Crestron dealer?

A. No, we didn't lose jobs for that.

Q. You didn't lose any Savant jobs, correct?

A. Correct.

Q. And so you didn't lose any revenue or sales whatsoever from the short-lived time period when you were not a Crestron dealer, correct?

A. No, we were -- hadn't made the decision to -- you know, that we were going to carry Savant, you know, at that time, so...

Q. Now, in your opinion, did Crestron sort of shoot itself in the foot by terminating you as a dealer in September of 2009?

A. I mean, I think it was aggressive and it was intended as a bullying technique and it was -- yeah, definitely. And it -- and certainly it has affected, you know, our relationship with them and -- and...

Q. And, to your mind, as a business tactic, it didn't work, right?

decision on behalf of Jobe Systems to refuse to drop Savant, correct?
A. Correct.
Q. Now, I take it over the 17 years that you've been a business owner of Jobe Systems you've been involved in numerous business decisions and negotiations, correct?
A. Sure.
Q. And I take it that you've actually suffered through some of the ups and downs of the market, correct?
A. Sure, but -- yes, okay.
Q. And would you say that you've been involved in tough business negotiations before?
A. Sure.
Q. It comes with the territory?
A. Tough business negotiations, yes. Things like this, no.
Q. So this is something that sticks in your craw?
A. It doesn't necessi -- well, it doesn't necessarily stick in my craw. I just think that it's...
Q. Well, would you say it's affected your decision making going forward as to which control system that you would recommend to a client?
A. I certainly think it reflects as to who we

Q. And that situation continues to this day, correct?
A. You are correct.
Q. And after your conversation with Mr. Klein regarding Lutron lighting, Crestron let you carry Lutron lighting, correct?
A. Correct.
MR. PARK: Okay. I have no further questions.
THE WITNESS: Okay.
MR. O'DONNELL: Thank you very much. Appreciate your time.
THE WITNESS: Yes.
MR. O'DONNELL: David, thank you.
THE VIDEOGRAPHER: The time is approximately 11:19 a.m. Going off the record.
THE REPORTER: Is this for signature?
MR. THRASHER: Yeah, he'll read and sign. We will not be ordering any copies.
(Proceedings concluded at 11:19 a.m.)

EXHIBIT 560




Integrators and Dealers- Take the mount and projector screen survey and you could win!

Become a Member · Why Join?
Login · Research · Store

Search CE Pro
Enter search term.



# AMX Sheds 700 Dealers, Rewards Most Committed Group

## As part of its new multi-tiered Bullseye incentive program, AMX dropped some dealers, added tech-support fees for others, and increased services and rebates for the most loyal partners

g+1 0 Tweet 0 Like 0

By Julie Jacobson, March 10, 2010




AMX shed about 700 dealers recently as part of its new Bullseye program.

The program, says CEO Rashid Skaf, "is set up so those dealers that do the most amount of business with us and get the most training, get the most rewards."

Some integrators buying less than $25,000 per year from AMX were terminated in January. Others were relegated to the "bronze" level of the Bullseye program, in which margins are slimmer and tech support costs $1,200 per year for most dealers.

For "silver" dealers buying $25,000 to $50,000 per year with AMX, nothing changes this year, but in 2011, they'll lose margin if they don't make it to the magic $50,000 gold level. At that point, dealers are eligible for rebates and other goodies from AMX such as dedicated support personnel.

### Fewer Dealers Mean Bigger Business

While many (former) AMX dealers are understandably miffed, Skaf explains that AMX policies really haven't changed over the years.

"There's really nothing different from the last five years," he says. "It's just that we're enforcing it."

Skaf adds that the company got "a little lazy" in enforcing dealer agreements over the past few years: "I think as the world changed and we kept acquiring companies, we got away from it."

About eight years ago AMX went through another major housecleaning, eliminating roughly two-thirds of its dealers.










Latest | Subscribe | Blogs | Research

MaxMyTV Uses TV Screen for Home Automation
Marantz Receivers Priced at Mid-Market Levels
Hands On: Lutron Caseta a Game Changing Lighting Control System
Blog AMX, CASA, a Playhouse called 'Seas the Day' & Jeff Kindig in Life Jacket
Aug. 8 Deadline: Free Editorial Coverage in "CE Pro CEDIA Scoop"
Protection 1 Security/Home Automation Eyes IPO, Potentially Valued at $1.5B+
Photos #TBT: Smithsonian Celebrates Lighting: How the Dimmer Was Invented

View more news

Skaf says revenue increased by about 40 percent as a result of that move, with AMX able to focus on the most educated, most committed dealers.

AMX maintains it's too expensive to support so many dealers, especially ones that are doing a low volume of business and have minimal training. According to the company, the bottom 16 percent of its dealer base was responsible for 74 percent of AMX tech-support calls.

Today, AMX has a little more than 1,000 dealers, according to Skaf.

## Protecting the Brand

AMX is an "aspirational brand," says Skaf. "People want to be associated with it."

But if they're not actually doing much with the brand, then the brand suffers.

"My job is to protect the AMX brand," says Skaf.

Furthermore, dealers have some limited franchise rights in their area, and AMX expects a little loyalty in return.

Some dealers offer AMX primarily so they can compete on jobs that specify AMX. In those cases, says Skaf, "We become an insurance policy. We don't want to be an insurance company. We want to be a partner."

And to *really* be an AMX partner, i.e., to qualify for rebates, dealers should put at least 30 percent of their AMX purchases into secondary (non-control) products such as switchers, thermostats and Endeleo ~~IP-based~~ Cat 5 A/V distribution systems.

Skaf says AMX has heard complaints from dealers who were dropped from the AMX rosters or those who must now pay for technical support.

"The reality is that the top-level guys are saying, 'Hey, this is the best we've ever had it because AMX is giving us a bunch of rebates, support, dedicated sales staff and other things we didn't have before."


### Subscribe to the CE Pro Newsletter

E-mail Address... Submit



### Read more Home Automation and Control stories

MaxMyTV Uses TV Screen for Home Automation
Hands On: Lutron Caseta a Game Changing Lighting Control System
AMX, CASA, a Playhouse called 'Seas the Day' & Jeff Kindig in Life Jacket
Protection 1 Security/Home Automation Eyes IPO, Potentially Valued at $1.5B+
#TBT: Smithsonian Celebrates Lighting: How the Dimmer Was Invented
More in Home Automation and Control


### Article Topics










Featured Topics
Amplifiers
Audio
Automation & Control
Cell Phone Booster
Central Vacuum
CE Pro 100
Displays
Distributed Audio
Distributors
HDMI Corner
Lighting
Motorized Shades
Mounts & Lifts
Movie Servers
Multiroom Video
Power Protection/Mgmt.
Receivers
Security
TVs & Displays
Universal Remotes
Video
Wire & Cable

White Papers
Download 3 Big Smart Home Trends
Tackling Multi-Zoned AV Installations with HDBaseT
Quick Guide to Explaining Home Networks
2014 CE Pro Wage & Salary Study
View all white papers

Webinars


Long-Term and Short-Term Trends in Home Automation

EXHIBIT 561




Integrators and Dealers- Take the mount and projector screen survey and you could win!

Become a Member · Why Join?
Login · Research · Store

Search CE Pro
Enter search term.

News & Blogs Products Topics Guides Forums Events White Papers Webinars Subscribe Jobs CEProVIP

Print | Email | Comments (87) | Share | News | Follow on Twitter, Facebook, Google+ or RSS

# Crestron Sues Big Savant Dealer

## Cyber Sound of Scottsdale, Ariz., accused of breaching dealer agreement to "exercise its best efforts to promote the use and sale of CRESTRON products."

1 Tweet 7 Like 1

By Julie Jacobson, June 21, 2011



As Cyber Sound made the shift from Crestron to Savant earlier this year, president Jon Summer (right) told CE Pro: "We have Apple and we brand the heck out of it. Everyone is so sick of other automation manufacturer horror stories that it's a breath of fresh air."

Crestron Electronics has filed a lawsuit against Cyber Sound & Security LLC, a Scottsdale, Ariz.-based integrator that used to be one of Crestron's biggest home automation dealers.

The suit was filed on June 16 in the U.S. District Court of New Jersey, just as Crestron was filing a countersuit against competitor Savant Systems. The whole ordeal began when Savant sued Crestron last September for alleged antitrust and other violations. Crestron fired back last week with its own counterclaims, alleging that Savant interfered with contracts between Crestron and its business partners, including Cyber Sound.

Cyber Sound was at one time a $1.1 million customer of Crestron's, but the integrator switched its high-end home control business to Savant in the past year.

Principal Jon Summer declined to comment for this article.

In its lawsuit, Crestron alleges that Cyber Sound breached its dealer agreement, which obliges the integrator to "exercise its best efforts to promote the use and sale of CRESTRON products." (Read about "best efforts" clauses here.)

Instead, Crestron asserts, Cyber Sound used the Crestron brand to open doors, and then "flipped" several customers to Savant:

> Cyber Sound's strategy included, but was not limited to, using the popularity and brand recognition of Crestron to secure meetings with potential customers, at which point Cyber Sound would introduce Savant










Latest Subscribe Blogs Research

MaxMyTV Uses TV Screen for Home Automation
Marantz Receivers Priced at Mid-Market Levels
Hands On: Lutron Caseta a Game Changing Lighting Control System
Blog AMX, CASA, a Playhouse called 'Seas the Day' & Jeff Kindig in Life Jacket
Aug. 8 Deadline: Free Editorial Coverage in "CE Pro CEDIA Scoop"
Protection 1 Security/Home Automation Eyes IPO, Potentially Valued at $1.5B+
Photos #TBT: Smithsonian Celebrates Lighting: How the Dimmer Was Invented
View more news

> products and attempt to convince the customer, through misrepresentations and falsehoods, to switch to Savant.

One of those customers supposedly was Rod Cullum of Cullum Homes, a custom home builder in the area and according to Crestron "a loyal Crestron client for years."

Allegedly, "after hearing Cyber Sound's false and misleading statements regarding Crestron, Cullum decided to equip his newest development in Paradise Valley, consisting of thirty-two sites with homes at a starting price of over $1.5 million, with Savant systems."

------------------------------------------------------------------
RELATED: Crestron Calls Savant Lawsuit a 'Publicity Stunt'
------------------------------------------------------------------

Crestron goes on to cite a number of "false and misleading statements" made by Cyber Sound employees, for example, that Crestron products were outdated and don't work with Apple technology, and that "Crestron's paranoia keeps them from succeeding."

Crestron points to a particular Savant dealer conference during which Cyber Sound employees engaged in a "rant" against Crestron "intended to interfere with Crestron's existing and prospective business relationships."

Crestron makes other claims against Cyber Sound, including the misappropriation of trade secrets, the misuse of Crestron trademarks, and the failure to return proprietary works.

Savant is also named in the suit for the "continued coordination" of a smear campaign against Crestron, including an email sent by Cyber Sound to its customers extolling the virtues of Savant and besmirching Crestron.

Crestron claims:

> Cyber Sound created this email in an effort to bolster Savant's pending lawsuit filed against Crestron in the District of Massachusetts.
>
> The substance and dissemination of this email—issued on May 10, 2011—reflects calculated and coordinated skullduggery. The email represents nothing more than an after-thefact attempt to create evidence to support Savant's baseless claims that Crestron requires exclusivity in its dealer relationships.

**RELATED | Savant vs. Crestron**
Crestron Calls Savant Lawsuit a 'Publicity Stunt'
Crestron Files Countersuit Against Savant Systems (6/17/2011)
Savant vs. Crestron: Inside the Legal Documents (6/3/2011)
Savant vs. Crestron: Get the Court Documents Here (6/3/2011 - CE Pro Plus)
How Cyber Sound Leverages Apple to Thrive in Down Market (4/6/2011)
Savant Lays out Claims Against Crestron in Court Documents (9/25/2010)
Savant Sues Crestron for Alleged Antitrust Violations (9/22/2010)

Subscribe to the CE Pro Newsletter
E-mail Address... Submit

Read more Legal stories
New, Tougher Title 24 Energy Standards Take Effect in California




Featured Topics
Amplifiers
Audio
Automation & Control
Cell Phone Booster
Central Vacuum
CE Pro 100
Displays
Distributed Audio
Distributors
HDMI Corner
Lighting
Motorized Shades
Mounts & Lifts
Movie Servers
Multiroom Video
Power Protection/Mgmt.
Receivers
Security
TVs & Displays
Universal Remotes
Video
Wire & Cable

White Papers
Download 3 Big Smart Home Trends
Tackling Multi-Zoned AV Installations with HDBaseT
Quick Guide to Explaining Home Networks
2014 CE Pro Wage & Salary Study
View all white papers

Webinars


Long-Term and Short-Term Trends in Home Automation






EXHIBIT 562




Integrators and Dealers- Take the mount and projector screen survey and you could win!



# Crestron's Low-Cost Prodigy to Compete with Control4

## New home automation system from Crestron starts at about $700, offers wizard-based programming, is not compatible with other Crestron products



By Julie Jacobson, July 21, 2009

Crestron is working on a "Control4 buster" called Prodigy (press release).



A Crestron Prodigy media controller and two-way remote starts at about $700.

Crestron began talking about this very inexpensive home automation system about two years ago, most notably when Tweeter was still in business. Now the cat's out of the bag in a public forum at RemoteCentral.com.

A dealer calling himself "Vincent Delpino" notes on the RC forums:

> Ok so I guess Crestron wants to compete with Control 4 and is going to release a new line of product that is dirt cheap with wizard based programming. This line will only be compatible with other products in the line and not any other Crestron gear. This is a little baffling to me and to give you an idea of the pricing an MLX-2 Prodigy model will retail for around $200-$300 with 2 way communication. They will also have a 4" in wall touch panel for $700

Dealers report that Crestron reps are saying the company wants to "wipe Control4 off the planet."

Crestron marketing director Vincent Bruno says Crestron wants to "broaden our market reach and compete with other products in our space."

But he firmly denies that the company wants to obliterate Control4. "That's not the company's position," he says.

So why now? "Honestly, because we could," says Bruno.










Latest | Subscribe | Blogs | Research

MaxMyTV Uses TV Screen for Home Automation
Marantz Receivers Priced at Mid-Market Levels
Hands On: Lutron Caseta a Game Changing Lighting Control System
Blog AMX, CASA, a Playhouse called 'Seas the Day' & Jeff Kindig in Life Jacket
Aug. 8 Deadline: Free Editorial Coverage in "CE Pro CEDIA Scoop"
Protection 1 Security/Home Automation Eyes IPO, Potentially Valued at $1.5B+
Photos #TBT: Smithsonian Celebrates Lighting: How the Dimmer Was Invented
View more news




**Click to enlarge.**




UPDATE: Prodigy back panel. The company says, yes it is compatible with third-party subsystems but declines to comment further.

Software development has made wizard-based programming much more practical, he explains. "The user can program it themselves. We're going to get them [dealers] in and out of a job quickly. It expands their reach beyond just high-end homes."

## Market for Crestron Prodigy

Crestron is easily the most popular home control system among the CE Pro 100. Some 62 percent of the country's largest integrators use Crestron. But Control4, only a few years old, is creeping up in the ranks, with 28 percent of the CE Pro 100 selling the line.

It's no secret that Control4's rise in the home control business has rankled Crestron management. Crestron's first attempt at a more downscale system, Adagio, is still not cheap enough to compete.

A Control4 automation system starts at about $300 for what amounts to a feature-rich universal remote control solution. Add a couple hundred dollars and you can get a system with a two-way ZigBee remote including metadata.

The Prodigy price points will be very similar. A "media controller" with remote will list for about $700. An in-wall touchscreen costs less than $700. Wireless dimmers will sell for about $99. The system supports up to 16 zones of audio (not wireless).

Programming is wizard-based via a program called Composer.

Prodigy does employ ZigBee wireless technology but the system is not compatible with other Crestron lines.

Several high-end Crestron dealers such as Electronic Design Group, Piscataway, N.J., and Audio Advisors, West Palm Beach, Fla., have started new divisions for more down-scale installations. They are using Control4.

The principals of both companies say they have not been approached by Crestron regarding Prodigy.










**Featured Topics**

- Amplifiers
- Audio
- Automation & Control
- Cell Phone Booster
- Central Vacuum
- CE Pro 100
- Displays
- Distributed Audio
- Distributors
- HDMI Corner
- Lighting
- Motorized Shades
- Mounts & Lifts
- Movie Servers
- Multiroom Video
- Power Protection/Mgmt.
- Receivers
- Security
- TVs & Displays
- Universal Remotes
- Video
- Wire & Cable

**White Papers**

- Download 3 Big Smart Home Trends
- Tackling Multi-Zoned AV Installations with HDBaseT
- Quick Guide to Explaining Home Networks
- 2014 CE Pro Wage & Salary Study
- View all white papers

**Webinars**




Long-Term and Short-Term Trends in Home Automation

With so many loyal Crestron dealers, the company should have an enthusiastic audience for a more mass-market solution.

It would be a good move for Crestron, I think.

The company has the customer base and credibility to penetrate the quasi-masses. Clearly, many Crestron dealers are interested in a more high-volume option. Why *shouldn't* Crestron provide it?

One Crestron dealer tells me: "It [Prodigy] makes perfect sense. It will continue to become more difficult to sell a $100k Crestron system to someone who wants a basic feature set. I would love to have reliable Crestron hardware as the back end to an entry level system."

As always, there will be bickering among Crestron's core dealer base (What? You're going to open up the market to trunk slammers?!), but traditional Crestron dealers shouldn't fret. If, as expected, Prodigy is not upgradeable to a full-blown Crestron system, then the line should not cannibalize sales of Crestron's flagship high-end solutions.

Prodigy will be available to all Crestron dealers, but the company also is "looking to expand our dealership," Bruno says. "Not all dealers want to play at this level."




Building a Future-Proof Network for the Home and Small Business

Overcoming Central Vacuum Objections & Costs to Achieve a 40% Closing Rate

View all webinars


Prodigy Composer
prodigy simple + affordable
User Interfaces
Start
Name and Location
Rooms
Receiver
Display Device
Display Options
Sources
User Interfaces
Power Control
Lighting Control
Finish
What type of Interfaces do you want to include in your system?
Theater
Crestron Control
P-CBD
PLX2
PTL4
Description
iPhone/iPod Touch interface to control system via TCP/IP
Add to System
Name
Type
Room
I/O Assignment
Crestron Control Crestron Con... Theater IP-ID 11
P-CBD P-CBD Theater MNET-ID 17
PLX2 PLX2 Theater RF-ID 03
PTL4 PTL4 Theater IP-ID 09
Help
< Back
Next >
Finish
CEPro.com


Prodigy Composer
prodigy simple + affordable
v3.08.03
Start
Name and Location
Rooms
Receiver
Display Device
Display Options
Sources
User Interfaces
Power Control
Lighting Control
Finish
Create a Prodigy home theater system and multi-zone audio solution. Use this Wizard for a Prodigy home theater and lighting system, consisting of multiple audio sources, keypads, touchpanels, and wireless remotes. Control a theater, a second audio zone, adjust light levels, and more.
Show Preview...
To continue, click Next.
Help
< Back
Next >
Finish
CEPro.com


Prodigy Composer
prodigy simple + affordable
Lighting Control
Start
Name and Location
Rooms
Receiver
Display Device
Display Options
Sources
User Interfaces
Power Control
Lighting Control
Finish
What type of Lighting Devices do you want to include in your system?
Rowans Room
P-DIMRF
P-SWRF
Description
In Wall Switch
Add to System
Name
Type
Room
I/O Assignment
P-DIMRF 2 P-DIMRF Theater MNET-ID 04
P-DIMRF 3 P-DIMRF Living Room MNET-ID 05
P-DIMRF 4 P-DIMRF Master Bedroom MNET-ID 06
P-SWRF P-SWRF Master Bedroom MNET-ID 07
Help
< Back
Next >
Finish
CEPro.com




## Subscribe to the CE Pro Newsletter

E-mail Address... Submit

## Read more Home Automation and Control stories

MaxMyTV Uses TV Screen for Home Automation

Hands On: Lutron Caseta a Game Changing Lighting Control System

AMX, CASA, a Playhouse called 'Seas the Day' & Jeff Kindig in Life Jacket

Protection 1 Security/Home Automation Eyes IPO, Potentially Valued at $1.5B+

#TBT: Smithsonian Celebrates Lighting: How the Dimmer Was Invented

More in Home Automation and Control

## Article Topics

News · Product News · Home Automation and Control · Control Systems · CEDIA · Home Automation · All topics

## About the Author



Julie Jacobson, Co-Founder, EH Publishing / Editor-at-large, CE Pro

Julie Jacobson, recipient of the 2014 CEA TechHome Leadership Award, is co-founder of EH Publishing, producer of CE Pro, Electronic House, Commercial Integrator, Security Sales and other leading technology publications. She currently spends most of her time writing for CE Pro in the areas of home automation, security, networked A/V and the business of home systems integration. Julie majored in Economics at the University of Michigan, spent a year abroad at Cambridge University, earned an MBA from the University of Texas at Austin, and has never taken a journalism class in her life. She's a washed-up Ultimate Frisbee player currently residing in Carlsbad, Calif. Follow her on Twitter @juliejacobson.

## 77 Comments (displayed in order by date/time)

Posted by Ranger Home on 07/21 at 06:30 AM

EXHIBIT 563




Integrators and Dealers- Take the mount and projector screen survey and you could win!
Become a Member · Why Join?
Login · Research · Store
Search CE Pro
Enter search term.

News & Blogs | Products | Topics | Guides | Forums | Events | White Papers | Webinars | Subscribe | Jobs | CEProVIP

SPECIAL COVERAGE
CEDIA Expo News FROM CEPro
News · Products · Blogs · Photos · Press

Print | Email | Comments (2) | Share | News | Follow on Twitter, Facebook, Google+ or RSS

# Elan Gives Home Automation, iOS Control to Niles ICS

## Elan lends thermostat, lighting, video and other controls -- as well as iPad/iPhone integration -- to Niles multiroom audio systems.

g+1 0 | Tweet 3 | Like 2

By Julie Jacobson, August 30, 2011




Elan G! plus Niles Intellicontrol ICS: Quite the combo for home automation and multiroom audio.

Niles president Mike "Sparky" Detmer can't count the number of dealers that have requested whole-house control via Niles' popular IntelliControl ICS multiroom audio system.

The infrastructure is there with the modular ICS system, so why not also control lighting, thermostats, TVs and other subsystems? And, by the way, how about some iPhone control?

Now you can, thanks to the first real collaboration between Niles and sister company Elan Home Systems. Both companies, along with Xantech, were rolled up into the Nortek AVC (Audio Video Control) group last year. Yesterday, AVC announced the consolidation of reps across all brands, and now the organization is hinting at greater cooperation on the product side.

And with all reps selling all AVC brands, it makes sense to push a combo Niles/Elan system.

The system pairs Niles' ICS RS-232 gateway with an Elan G! HC4 controller ($2,000 for four subsystems) to give existing ICS customers – some 15,000 of them – relatively inexpensive access to Elan's full suite of home automation functions.

RELATED: More articles on The AVC Group

CEDIA Special Coverage Presented By
CORE BRANDS · HydraConnect It Just Works. · BEAM Electrolux · LUTRON · clare controls · TOTEM ACOUSTIC · SÉURA · SupplyStream · TiO · WyreStorm · Russound · Platinum Tools · AUTONOMIC · Wilson Electronics · niveo · Monitor Audio · basalte · Monoprice · Leon · tera
CEDIA'S HIDDEN GEMS










Latest | Subscribe | Blogs | Research

Detmer says dealers have been saying of the ICS: "You've got Rhapsody and Pandora. When will you have iPhone control?"

He explains, "Rather than further develop ICS in that direction, we're showing a Niles ICS/Elan G! solution. The customer can buy a small Elan G! system and have the two systems work together."

The combo will allow Niles customers to control ICS's six streaming sources via an iOS device, and to integrate non-audio subsystems into the mix. Elan customers, meanwhile, will have more options for streaming content, including native Pandora Internet radio.

In the past, Detmer says, Niles and Elan have enjoyed some sibling rivalry, but not anymore. In this case, he says, "I went to Paul [Starkey, Elan president] and he said, 'I can do that.'"

AVC president Mark Terry adds, "We don't have to be redundant; we don't have to be competitive. We have complementary products."

Likewise, now that all AVC reps are carrying all AVC brands, they have an incentive to promote more integrated solutions – more of which we'll see from the company.

Detmer says, "They [dealers] can now add home control to an existing Niles system. That's something we couldn't offer through separate rep firms."

The integrated solution will be demonstrated at CEDIA Expo 2011.

-----------------------------------------------------

**Follow us on Twitter!**
@juliejacobson
@ce_pro

MaxMyTV Uses TV Screen for Home Automation
Marantz Receivers Priced at Mid-Market Levels
Hands On: Lutron Caseta a Game Changing Lighting Control System
Blog AMX, CASA, a Playhouse called 'Seas the Day' & Jeff Kindig in Life Jacket
Aug. 8 Deadline: Free Editorial Coverage in "CE Pro CEDIA Scoop"
Protection 1 Security/Home Automation Eyes IPO, Potentially Valued at $1.5B+
Photos #TBT: Smithsonian Celebrates Lighting: How the Dimmer Was Invented
View more news







### Spotlight on CEDIA

**Aug. 8 Deadline: Free Editorial Coverage in "CE Pro CEDIA Scoop"**
**Manufacturing Partner Anuva Buys TiO Home Automation Brand**
**UPDATE: What on Earth is Crestron Pyng? Patent App May Provide Clues**
**CEDIA 2014 Manufacturers' Excellence Awards Finalists Announced**
**Display Development, CE Pro to Celebrate Industry Artists at CEDIA 2014**
**More filed in CEDIA**

**SoCal Rep Summit Attracts 500 Attendees, 77 Exhibitors**



Sixth annual manufacturer rep Southern California Technology and Business Summit draws 400 integrators to one-day events in L.A. and Orange County to meet with 77 exhibitors.

**Featured Topics**
Amplifiers
Audio
Automation & Control
Cell Phone Booster
Central Vacuum
CE Pro 100
Displays
Distributed Audio
Distributors
HDMI Corner
Lighting
Motorized Shades
Mounts & Lifts
Movie Servers
Multiroom Video
Power Protection/Mgmt.
Receivers
Security
TVs & Displays
Universal Remotes
Video
Wire & Cable

Subscribe to the CE Pro Newsletter
E-mail Address... Submit

### Read more Audio stories

Marantz Receivers Priced at Mid-Market Levels
Manufacturing Partner Anuva Buys TiO Home Automation Brand
Latest Yamaha BD Player Incorporates Bluetooth

EXHIBIT 564




Integrators and Dealers- Take the mount and projector screen survey and you could win!
Become a Member · Why Join?
Login · Research · Store
Search CE Pro
Enter search term.

News & Blogs | Products | Topics | Guides | Forums | Events | White Papers | Webinars | Subscribe | Jobs | CEProVIP

Print | Email | Comments (0) | Share | News | Follow on Twitter, Facebook, Google+ or RSS

# Introducing Control4: Automation Vets Plan ‘Unrivaled’ Product Launch

## PHAST founders Will West and Eric Smith to unveil IP-based control system at CEDIA 2004.

+1 0 Tweet 0 Like 0

By Julie Jacobson, June 01, 2004

SALT LAKE CITY – A start-up company has created a new IP-based home-control solution that is reliable, affordable, scalable, and simple to install. The company co-founder declares, “It’s time for the market to be something more than just a market for the wealthy.” He claims that his team of engineers is the smartest around, with experience in home automation, PC networking, and all of the other disciplines required to launch a good IP-based control system. And the company is well funded, sure to be around for a long time.

Yeah, sure, we’ve heard it all before. But this story seems pretty credible.

The company is called Control4. Its founders are Will West, Eric Smith, and Mark Morgan. West and Smith are the same guys that founded PHAST Corp. almost 10 years ago. PHAST was, by most accounts, the first robust home-control system with an intuitive interface for both programming and user operation. AMX acquired PHAST in 1997, and continued the Landmark product line based on the PHAST platform.

West and Smith left AMX in 1998 to launch another venture, STSN, which is today the leading provider of Internet service for the hospitality industry. When you plug your laptop into an Ethernet port in a hotel room, and it just works, chances are you’re connecting through STSN.

Despite their success with STSN, the entrepreneurs always had a different passion. So they left the hospitality business last year to apply their STSN experience to home automation. The lessons from STSN are significant, says West. “What we do in a hotel with STSN is much more complex than what you have to do with home networks,” he explains. “You’re going into a building with hundreds and hundreds of tenants, they all have different network configurations on their computers, and the tenants change every day. The next day, when new tenants arrive, you have to be able to get them connected within three minutes, or you lose their business.”

Smith adds, “Regardless of what your laptop is configured to do, it just works. We developed solutions that allow your machine to think it’s on the right network.”

Those same solutions are employed in Control4’s residential products,










Latest | Subscribe | Blogs | Research

MaxMyTV Uses TV Screen for Home Automation
Marantz Receivers Priced at Mid-Market Levels
Hands On: Lutron Caseta a Game Changing Lighting Control System
Blog AMX, CASA, a Playhouse called ‘Seas the Day’ & Jeff Kindig in Life Jacket
Aug. 8 Deadline: Free Editorial Coverage in “CE Pro CEDIA Scoop”
Protection 1 Security/Home Automation Eyes IPO, Potentially Valued at $1.5B+
Photos #TBT: Smithsonian Celebrates Lighting: How the Dimmer Was Invented
View more news

Smith says. “Imagine if you had to change your laptop configurations to communicate with each different subsystem. That’s pretty much how it works today with other products on the market. With Control4, we automatically discover those devices.”

Automatic discovery and seamless integration is especially important in the Control4 business model, where dealers are encouraged to sell entry-level systems today, then “attach” other products to the network in the future.

A Control4 system can start out as a simple “attachment” to an existing home network by adding--say, an IP-enabled thermostat or light switch--but it can expand to rival the highest-end products on the market today. This can be done with a modest up-front investment (as little as a few hundred dollars), and the building blocks continue to be relevant as the system grows. In other words, customers don’t need to chuck their entry-level products; they simply build upon them.

“They don’t have to go spend $60,000 on a lighting system. They can do it in small chunks so in a couple of years they have a fully automated house,” says Smith. “It’s a razor/razor blade scenario for the dealer.”

Control4 hardware and software provides “hooks” for adding various subsystems--whether wired or wireless-- making it particularly easy for dealers to add new applications to a customer’s network. That notion might not seem novel, but West insists our industry hasn’t seen anything like it. “A huge reason we’ve gotten back into the business is our sheer amazement of how little has been done.”

When it rolls out product in the fourth quarter of this year, Control4 will offer its own subsystems such as lighting, multiroom audio, and HVAC control, but it will also support subsystems from other manufacturers.

It’s a familiar strategy among the 20-plus automation startups of the IP era, but few have been able to pull it off – for at least two reasons: 1) They mistakenly believe that home systems integrators are IT (information technology) professionals and 2) They can’t write and maintain the drivers for controlling third-party subsystems.

Control4 has these problems licked, according to West: “We all know we’re moving into an IT world; we all know that dealers have a critical need to be IP experts; and we all know that many aren’t. … Using our expertise from STSN, we can help make every installer feel like an IP expert.”

As for the tricky proposition of supporting third-party subsystems, Control4 employs a team of roughly 40 engineers, many of whom are focused on writing and maintaining drivers for security, lighting, HVAC, communications, A/V and other subsystems. “We’re not just two guys in a garage doing everything ourselves,” says West.

Unlike many automation start-ups, Control4 has not underestimated the resources required for a successful product launch. The company has raised almost $20 million from venture capital investors, as well as contributions from West, Smith and other Control4 executives.

The backing should be apparent this fall, when Control4 makes its first trade-show appearances. The company debuts at the CEDIA Expo (Sept. 8-12, Indianapolis) in a 40 x 50-foot space in the upstairs ballroom – the largest space available given the constraints of the show. Two months later (Nov. 15-18), the company has a large booth at the Electronic House Expo in Long Beach, Calif.






**Featured Topics**

- Amplifiers
- Audio
- Automation & Control
- Cell Phone Booster
- Central Vacuum
- CE Pro 100
- Displays
- Distributed Audio
- Distributors
- HDMI Corner
- Lighting
- Motorized Shades
- Mounts & Lifts
- Movie Servers
- Multiroom Video
- Power Protection/Mgmt.
- Receivers
- Security
- TVs & Displays
- Universal Remotes
- Video
- Wire & Cable

**White Papers**

- Download 3 Big Smart Home Trends
- Tackling Multi-Zoned AV Installations with HDBaseT
- Quick Guide to Explaining Home Networks
- 2014 CE Pro Wage & Salary Study
- View all white papers

**Webinars**

- Long-Term and Short-Term Trends in Home Automation

If West is right, “It ought to be a launch that really hasn’t been rivaled by anything.”

http://www.control4.com

Building a Future-Proof Network for the Home and Small Business
Overcoming Central Vacuum Objections & Costs to Achieve a 40% Closing Rate
View all webinars

Subscribe to the CE Pro Newsletter
E-mail Address... Submit

## Read more Energy Management stories

- 49% of ADT’s New Subscribers Now Buy Pulse Home Automation
- Webee Promises True ‘Learning’ Home Automation System at CEDIA 2014
- 25% of New Single-Family Homes Green-Built in 2014
- Lowe’s Adds to Iris Home Automation Lineup
- Big Ass Fans Gets into Smart Home Biz; Teams with Nest on ‘Thread’
- More in Energy Management

## Article Topics

News · Product News · Home Automation and Control · Control Systems · Lighting · Energy Management · All topics

## About the Author



Julie Jacobson, Co-Founder, EH Publishing / Editor-at-large, CE Pro

Julie Jacobson, recipient of the 2014 CEA TechHome Leadership Award, is co-founder of EH Publishing, producer of CE Pro, Electronic House, Commercial Integrator, Security Sales and other leading technology publications. She currently spends most of her time writing for CE Pro in the areas of home automation, security, networked A/V and the business of home systems integration. Julie majored in Economics at the University of Michigan, spent a year abroad at Cambridge University, earned an MBA from the University of Texas at Austin, and has never taken a journalism class in her life. She's a washed-up Ultimate Frisbee player currently residing in Carlsbad, Calif. Follow her on Twitter @juliejacobson.

## Comments

Post a comment

Name:

Email:

Choose smileys | View comment guidelines

☐ Remember my personal information

☐ Notify me of follow-up comments?

EXHIBIT 565

Volume: I
Pages: 1-305
Exhibits: 1-18

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. No. 10-cv-11622-EFH

SAVANT SYSTEMS, LLC,

Plaintiff

vs.

CRESTRON ELECTRONICS, INC.,

Defendant

CRESTRON ELECTRONICS, INC.,

Counterclaim-Plaintiff

vs.

SAVANT SYSTEMS, LLC,

Counterclaim-Defendant

**VIDEOTAPED DEPOSITION OF GEORGE KATSIRIS,** a witness called on behalf of CRESTRON ELECTRONICS, INC., taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Virginia Dodge, Registered Merit Reporter, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the law offices of CLEMENTS & PINEAULT, LLP, 24 Federal Street, 3rd Floor, Boston, Massachusetts, on Wednesday, February 20, 2013, commencing at 9:06 a.m.

CURRAN COURT REPORTING
21 Rowe Hill Road
Stoneham, MA 02180
(781) 279-8400

showroom. And then from just sales to also some management responsibilities like store showroom management.

Q. When you were in the sales role, what type of equipment did you sell?

A. I sold control and automation equipment, high-end audio and video equipment and electronics.

Q. When you say you sold control and automation equipment, this was in the period 2003 to 2005 or so?

A. Yeah. 2004 to two -- and 2005 really were the two years that I sold while working there.

Q. For what manufacturers did you sell control and automation equipment at Innovative Audio Video?

A. We were a Crestron dealership. There was also LiteTouch for lighting control.

Q. Any other control and automation equipment that was sold by Innovative Audio Video when you worked there in sales, 2004 to 2005?

A. Yes. Universal Remote Control.

Q. Did Savant exist at that time?

A. No.

Q. At some point, did you leave Innovative Audio Video?

A. Yes.

working on, and then a follow-up call from Jim Carroll. And then the on-boarding process afterwards.

Q. Do you know how Mr. Madonna came to reach out to you?

A. You mean -- I don't know what you mean. He called me on my cell phone. Do you mean why did he call me?

Q. Well, obviously there are many people in New York.

How -- how did Mr. Madonna know you?

A. Oh, Bob Madonna was a former client at Innovative Audio.

Q. Do you recall what you had sold him at Innovative Audio?

A. Yes. The -- the system that Bob purchased for his Manhattan apartment was Wilson for the speakers.

I don't recall if it was a Runco or a Loewe television.

There was Linn electronics and components there. There was Faroudja, F-A-R-O-D -- O-U-D-J-A, which is a video scaling processing unit. There was a Middle Atlantic rack system. There was a -- there was Crestron for control and automation.

Q. So Mr. Madonna, the owner and current president of Savant, had installed a Crestron control system at his apartment --

A. Correct.
Q. -- while you worked at Innovative Audio Video?
A. Correct.
Q. Why did you install a Crestron system in his house -- in his apartment? I'm sorry.
A. Well, I would say that at that time, it was the -- one of the only available options to accomplish the goal of integrating and controlling -- consolidating control of the other components that were sold to Mr. Madonna.
So truthfully, it wasn't something I was particularly evangelical about, like I was about some of the two-channel audio systems that I sold him, and I was more passionate about those products. It was more of what I would say a necessary evil to accomplish the goal.
Q. When Mr. Madonna called you on the phone to try to get you to work for AViX, what did he tell you?
A. He said do you still work at Innovative Audio?
And I said no. I'm just doing my record label full-time.
And then he said, well, I have something that I've been working on that I would like you to see, and it has something to do with electronics.

at the same time, and it developed into, hey, this is a good idea. And then we brought Chuck involved and finalized everything.

Q. When did you first start talking with Mr. Murphy about the retail channel outside the CEDIA channel?

A. I'd say Q3 of 2012.

Q. What is Q --

A. Third quarter.

Q. What is the third quarter of 2012 at Savant? Is it calendar-based or --

A. Oh, yes. It's calendar-based.

Q. -- is it fiscal?

So third quarter of 2012 would be anytime between beginning of July and end of September, right?

A. Correct.

Q. Now, you mentioned included in this retail channel was Apple resellers?

A. Mm-hmm.

Q. What is an Apple reseller?

A. An Apple reseller is an independent store that sells -- authorized by Apple to sell Apple products to the market. It's not an Apple Store direct.

Q. Can you give me an example?

A. Sure. Cape Mac in Cape Cod.

A. Of a retail channel?
Q. Yes.
A. That's a good question. I targeted -- I thought of the idea to target the Apple resellers. I don't know that I thought of that particular term of a "retail channel." That might have been Mr. Murphy who came up with that term.
Q. And why did you develop this retail channel?
A. To capture more opportunities.
Q. What do you mean by "opportunities"?
A. Meaning that the -- the example you provided of having money and wherewithal and a 25,000-square-foot house isn't limited to a CEDIA channel. Most people go and buy MacBook Pros and other things from Apple resellers also and in many instances pay for the services of installing those Apple products in their -- in their 25,000-square-foot homes and that those folks seemed like a good fit to raise visibility of our brand to that customer base.
Q. Are you aware of any instance in which Savant has cut prices on its products?
A. Elaborate.
Q. I'm asking it as broadly as -- as I can.
Are you aware since the time that you started

would have to answer yes, they have been authorized to resell our product.
Q. Audio Video Crafts in New York. You said that they were a dealer who had concerns regarding Crestron's reaction to Savant?
A. Yeah. I think the specific quote that I -- if I recall correctly, was they're freaking out and are very upset.
Q. Who told you this?
A. Paul Austi.
Q. When did he tell you that?
A. He told me that in January of this year.
Q. January 2013?
A. Correct.
He mentioned to me that they had -- they were reacting to hearing about him starting to sell Savant actively.
Q. So does Audio Video Crafts in New York City carry both Crestron and Savant?
A. Yes. And he's an example of a person who will to me say, I don't have a problem telling them that I want to do what I want. But that it was still a lingering concerning about what could happen to his dealership if they in fact took action.

Q. So the owner of Audio Video Craft said, I'm the owner of this business, and I'm going to do what I want?
A. Correct. With the lingering concern that I have lots of legacy clients and it may or may not be reasonable for me to go back to every one of them and say I'm only a Savant dealer now because Crestron's cut me off. And so there are still concerns that -- that there would be implications to those kinds of decisions.
Q. And have there been?
A. I don't know.
Q. You also mentioned InnerSpace Electronics?
A. Yes.
Q. Actually let me go back to Audio Video Crafts. When Audio Video Crafts sells a Savant product, who receives money from that sale?
A. Yeah. I'll just offer a blanket statement so you don't have to ask me redundantly again that any Savant dealer that sells a Savant product or any product receives presumably profit on that and so does the manufacturer.
Q. Let's move on to InnerSpace Electronics. Where are they located?

Q. Well, my question is: Aren't there many factors and many things that a dealer can do that will have an impact on his success and revenue?

MR. O'KONSKI: Objection; asked and answered.

A. Yeah. I answered that, so if you'll --

Q. So if a dealer decides to take a month off and close his store, that would affect revenue, right?

A. Yes.

Q. And the decision to bring on a new line could affect revenue, right?

A. Yes.

Q. And it could affect revenue positively or negatively, right?

A. Correct.

MR. O'KONSKI: When you're at a convenient point, it's 25 after, John.

MR. KAVANAGH: All right. I just want to get through the last few dealers here.

MR. O'KONSKI: Okay.

Q. You also mentioned Creative Systems as a dealer who had expressed concerns about Crestron's reaction to selling Savant. Is that right?

A. Mm-hmm.

Q. Does Creative Systems sell both Crestron and

comfortable that they could make that decision without risking losing the line or compromising their relationships with existing customers.
Q. And did Crestron -- so you've just testified that they carry both. So Crestron did not drop Phoenix Audio Video?
A. I don't believe they've dropped them. No.
Q. Now, you said something about a comfort level with the manufacturer, right?
A. Mm-hmm.
Q. Are there many factors that go into whether a manufacturer is comfortable about carrying a brand?
A. Yes.
Q. I'm sorry.
A. A dealer.
Q. Whether a dealer is comfortable about carrying a manufacturer's brand?
A. Yes.
Q. What might some of those factors be?
A. Those factors could include but are not limited to items such as profitability, reliability, technical innovation and platform features and product set.
Q. Anything else?
A. Yeah. Whether or not there would be implications

that they told me that Crestron was very -- Brian Hudkins is the owner, and he told me that Crestron was very unhappy to discover that Savant was now doing business there.

And as a result of that, combined with the fact that they did not want to sell Lutron -- I mean they didn't want to sell Crestron lighting and continued to sell Lutron lighting, were pulled from their Website under their lead generation system. So that if somebody in the Baltimore area was looking for a dealer, it used to be for a while that a Baltimore region search would result with Gramophone.

And apparently one of the reactions was that they didn't terminate their dealership, but they did pull the leads from them, which again is a -- something that -- the context was "So I hope I can offset this revenue loss from leads I was getting from Crestron with Savant."

Q. Does competition between Lutron lighting and Crestron have anything to do with Savant?

A. Yes.

Q. How so?

A. Well, if somebody is citing a specific instance where they were being coerced by Crestron not to sell

So when it says "without question," I wouldn't agree with that part of it. I would say there are some questions as to whether or not overwhelming success was in fact limited relative to what it even could have been, barring some of these other circumstances that we're talking about. But --

Q. Well, they don't mention anything besides -- well, actually, they don't qualify this at all. They qual -- they state, "Without question, Savant has been an overwhelming success in our region."

A. Correct.

Q. If you go to the top of the next page, do you see that?

A. Yep.

Q. "How did we get there?" They cite you. "George Katsiris, the best regional we have, bar none."

Did you agree with that?

A. I would certainly agree with that.

Q. Do you believe that they -- that you played a role in making Savant and Jarmac successful?

A. Yes.

Q. Can you turn to page 949. It says, "What were the challenges in 2009?"

You see that?

A. Yes.
Q. The first one says, "Let's face the facts head on and put them behind us, ellipses. The tough economy caused end users to hold off many system proposals."
Did you agree with that statement?
A. Not entirely. I would say very limited. Like I referenced earlier in the deposition, I would say there may have been some delays with respect to projects related to the economy, but overall, I wouldn't -- I would not put these in order, first of all, as that being the no. 1 challenge of -- of 2009 for Savant.
Q. But Jarmac did, though, right?
A. Well, it doesn't say that these are in order of priority or -- or significance, but they certainly cite it as a challenge of 2009.
Q. And you would agree that it is a challenge in 2009?
A. Again, very limited.
Q. So it's your testimony that the economy in the United States, the condition of the economy in the United States in 2009, was only a limited factor in affecting Savant in 2009?
A. Yeah. In fact, I would point out that the principal behind Jarmac, Peter Dyroff, built a very

A. Well, we gave him another shot. We extended and reinstated their dealership and said, you know, you guys have six more months, I believe is the time frame, to show us some evidence that this isn't just totally blowing smoke and that there is in fact some shred of evidence that you have any level of interest in selling our product instead of what we had been hearing from lots of dealers in the area, that they were just badmouthing, saying, yeah, yeah. We carry Savant, but you should get Crestron.

And there are in fact emails that circulated around where Mark Risi laid out a several-page thing saying reasons to do Crestron versus Savant, many of which were just flat-out incorrect and bad information.

And so we were not pleased, terminated them, but still gave them another shot in spite of all of that. And then six months later at zero revenue again, we parted ways.

Q. Should a dealer be able to recommend Crestron over Savant?

A. Of course.

Q. And wasn't Mr. Risi entitled to do that?

A. Yes.

Q. And -- but Savant is entitled to fire him?

A. Yeah. Savant is entitled to not allow somebody to retain certified dealer status if they in fact never sell a single product. There's something fishy going on when somebody tells you they want to keep the line but have never sold a job and have zero interest in doing it.

So if -- in other words, if they had communicated we're not interested, then that would have been fine, but to -- again, this is a term that's widely used in our industry called "tying up the line," where it's to Performance Imaging's benefit to say, yes, in fact we're a certified dealer and then to -- that would strengthen their case to pull somebody who's interested in Savant and asking them about Savant back over to Crestron for whatever reasons they may or may not have.

Q. And it could go the other way. A dealer could tie up the line, the Crestron line, and sell Savant to people when they come in the door, right?

A. Yes.

Q. Is Mr. Risi currently a Crestron and Savant dealer?

A. No. He's not a Savant dealer. He was given another six-month period, as I had mentioned, and at the end of that six months, there was -- we had not

A. Mm-hmm.
Q. What do you mean by "Crestron has oversaturated their distribution"?
A. Meaning that a common complaint I would receive from Crestron dealers was that Crestron made poor distribution decisions and would sell their product to folks who had very little infrastructure or in many cases capabilities, which is a separate issue, but as it relates to margin, folks who have 60 employees have different considerations infrastructurally speaking, cost-wise and overhead-wise, than somebody who has two employees and can buy a Crestron product through distribution.
So therefore, since we can't set and only can suggest MSRP, it becomes a matter of the dealers then deciding through negotiations with their customers, what the products are ultimately sold for.
So if something is sold by somebody who can afford to discount it 20 percent versus -- and is bidding against somebody who can't because of his overhead concerns, then that was something I viewed as an opportunity for us to try and leverage with our -- with our customers.
And I was concerned about suggesting a 30-point

MSRP because that gave them no room to then further discount, should they be in similar situation.

Q. Did Savant have a -- a plan for preventing oversaturation of their distribution, as you allege Crestron had done here?

A. I would say not -- not a hard-and-fast plan. No. There was no plan that said -- in fact, we were still in dealer acquisition mode, but it was more about signing up qualified people as the main -- main requirement and decision-making process.

So I had heard so consistently from so many different folks that they felt there were far too many unqualified people that Crestron had signed up in their territory, that I felt that the conclusion was that they were being less selective and that that would in fact impact their -- their branding and impression of their brand overall negatively.

Q. And did Savant do anything in reaction to that?

A. No. Not directly in terms of some kind of strategy or anything. It's just that we would be -- you know. It's just conversations that would happen.

A dealer may say to me, hey, you're not going to sign up a thousand guys in my -- in my territory, are you?

reps, but the timing wasn't right for us. Can we talk about it now?"
A. Right.
Q. Did you have any part in Savant contacting Westchester Audio Video Design Group?
A. Yes. That was me contacting Bob. Before we hired Thea or Atlantic Integrated, I met with Bob in his office, and that's what he's referring to there.
Q. And do you recall when that meeting was?
A. No, but I would say it's -- it would have been either 2008 or two thousand -- probably 2008.
Q. So Mr. Pawlowski of Thea writes back to Mr. Krasne of Westchester Audio Video.
A. Mm-hmm.
Q. He too hopes things are going well. But then he says, "Savant has taken a very limited distribution strategy in our market, and we are not currently adding new dealers."
A. Mm-hmm.
Q. Do you know what he's referring to by "very limited distribution strategy"?
A. That's rep talk. There's no official strategy that was given to reps saying to limit distribution whatsoever. This is his way of, I think, not wanting

to say I don't think you're qualified.

And I think there were rumors of Bob going out of business. And in fact, I'm not sure if Bob still is in business. But Mike was basically telling him, I don't think you're qualified.

So I would take issue with the fact that he said Savant has taken a very limited distribution strategy as being a misleading comment because (a) I would use the term "selective," first of all. And it wasn't any form of an official policy or strategy as much as it was common sense. Sign up guys that are qualified.

And as Bob indicated, I actually did approach him at some point. So Mike may have been privy to information that led him to make this decision.

Q. So Mr. Pawlowski is lying to Mr. Krasne. And do you support that for your manufacturer's reps to lie to dealers?

MR. O'KONSKI: Objection. Compound.

A. Yeah. I wouldn't accuse Mike of -- of lying here. I'm saying he's -- he's phrasing it in such a way to relieve himself of having to offend this guy by saying I don't think you're un -- by saying I think you're unqualified.

But again, I would rephrase "very limited" to

"very selective," and -- and "strategy," I would say isn't the proper term. But that's very different from using some different language than saying he's -- he's outright lying. I would say that's unfair.

Q. Did you talk to him about using misleading language with dealers after you saw this email?

A. I did have -- I don't know about as a result of this email directly, but I absolutely had a conversation with Mike and Dave at some paint saying, you know, be careful how you phrase things because we don't want the message to be misconstrued, and you might say something like we don't feel like it's a great time right now; let's reevaluate. Or something like that or use the word "selective."

But I definitely have spoken to them before about using that kind of language, gently corrected them back onto the right path.

(Exhibit 16, Email dated 10/15/2010 11:59:20 AM, marked.)

Q. Would you please take a look at what's been marked as Exhibit 16, please.

MR. KAVANAGH: Can you mark that, please.

(Exhibit 17, Email dated 8/10/2010 8:09:51 PM, marked.)

distribution model."
What were you referring to there as a "limited distribution model"?
A. Yeah. I would concede that I used the wrong term there, and I should have used the word "selective" instead of "limited."
Q. So it's your testimony that Mr. Pawlowski from Thea used the wrong term when describing the limited distribution in the previous exhibit, and you used the wrong term here again when you talked about a limited distribution model?
A. Well, I guess the way I would reconcile that is to say that "selective" is a better term, and that it still can mean limited, but that, for example, if you called today, John, and said I want to be a Ferrari dealer, they may not say yes to you. But that doesn't mean that they're doing anything wrong. It just means that you may not be qualified to be a Ferrari dealer.
And so in this case, I'm not suggesting that we say no to people, nor am I being apologetic about the fact that we are being selective about people who represent our brand as a premium product.
Q. Would you please take a look at Exhibit 17.
A. Mm-hmm.

Q. So you say that no one can demand that they be a Savant dealer. Do you also agree that Savant can't demand that any dealer be a Savant dealer?
A. Correct.
MR. KAVANAGH: Okay. No further questions. Thank you.
THE WITNESS: Thanks.
MR. O'KONSKI: What was the total left?
THE VIDEOGRAPHER: 7:01.
THE WITNESS: Nice job.
THE VIDEOGRAPHER: The time is now 5:34. That concludes today's deposition. We are now off the record.

(Deposition concluded at 5:34 p.m.)

# EXHIBIT 566

**From:** Peter Dyroff
**To:** George Katsiris
**CC:** Ben Jamison; Jim Carroll
**Sent:** 1/2/2009 1:24:33 PM
**Subject:** Re: Savant

Thanks G-man...

We've been through a similar situation before with ADA who does install work in the NY region. Many of the CT dealers never warmed up to the idea of ADA being their competitor and we lost considerable business because of it. This is an issue we need to be crystal clear with or we will suffer a similar fate. What I might suggest is for someone like a Brad Smith, we not only assure him that AViX is buying at the same price he is (by showing invoices)....we actually give dealers like AVD a price advantage over AViX.

As you know, too many arguments and a dealer will sell themselves OUT of a sale. While Savant is new and many dealers would prefer others to be the testing sites for a new company, we can deal with it. Add the AViX situation and now you have enough of an impediment that some of the better dealers will "take a pass".

Thanks for the compliment...we feel the same about Savant. We will do everything we can to help jump over this hurdle on our way to winning the war.

Peter Dyroff
The Jarmac Group, Inc.
774.961.1206 voice
774.961.1211 fax
www.jarmac.com

On Fri, Jan 2, 2009 at 1:00 PM, George Katsiris <George.Katsiris@savantav.com> wrote:
Thanks so much for this feedback Peter. Let me know what day works for you next week to discuss. I believe Blair's response is good. Now that we have the BEST REP FIRM IN NEW ENGLAND :) and as we are signing up more dealers in your territory we will naturally gain legitimacy with more conservative dealers. Perhaps we can bring a good lead to the table to push some of the bigger guys over the edge although I would not want to offer this possibility until we have it in hand. As far as AViX goes, I feel the irony here is that they will only lose jobs to AViX if they don't sign up because they can't offer Savant as a solution. We have to find a way to convince them that they will not lose a bid to AViX and would love to know your thoughts on this.

Thanks,

George Katsiris
Senior Account Manager
Savant Systems
561 Broadway 3rd Fl.
New York, NY 10012
T: 508.683.2582
F: 508.683.2682
M: 646.232.4751
george.katsiris@savantav.com

savant
NOW YOU CAN

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683-2500 and delete this message and its attachments, if any.

On Jan 2, 2009, at 12:36 PM, Peter Dyroff wrote:

Gents:

See the 2 emails below....first Blair reaching out to Brad Smith (AV Design) and Brads response. We have had many similar responses by the better Boston area dealers and need your help to work through this. Let's get on the phone together next week and hammer out a strategy.

Thanks,

Peter Dyroff
The Jarmac Group, Inc.
774.961.1206 voice
774.961.1211 fax
www.jarmac.com

---------- Forwarded message ----------
From: **Blair Piersall** <blair.piersall@jarmac.com>
Date: Fri, Jan 2, 2009 at 12:09 PM
Subject: Re: FW: Savant
To: "peter. dyroff" <peter.dyroff@jarmac.com>

See below.... Brad's response to my initial email and my response to him..... what say ye?
Hi Blair, and happy new year! I think you know all the reasons we haven't taken on Savant. The main one of course is that we don't take on any new product until it has proven that it has staying power. I agree with you that Savant seems to be almost there. Now we have to see that it has reputable dealers who have an installed base and are continuing with the product full steam. However, an important secondary factor for us has been the Savant-Avix connection. Despite what Jim says -- and I have nothing but respect for Jim -- none of our sales guys will spec Savant if they have any suspicion that we're competing against Avix. And Avix attempts to compete in all our markets. Call it a Catch-22 but it's a serious impediment. A few of us have done the field trip. We can see that Savant is committed. We like the concept. Brad

Hello Brad, Happy New Year to you as well. I see your points, and understand your caution.
I would argue that after 3 years Savant is as "fully baked" as both Crestron and AMX. In my view any control system like AMX and Crestron that needs several weeks of programming in house and further hours of tweaks in the field to work smoothly is just as "baked" as a newcomer that has delivered a system that can be programmed in a fraction of the time with better or similar success. Having been the AMX rep for 6 years I have seen firsthand the frustration caused by excessive programming time, and labor burn incurred by these systems. I have also seen first hand the disastrous effects of Crestron, and AMX's attempts to "simplify" the programming process. Most dealers I talk to that prefer a system with any kind of flexibility at all refrain from using System Builder, as they feel it is too limiting. Our success with AMX Home was just as limited, on account of the paucity of modules and support available. Simply put, neither AMX or Crestron are designed to be installer friendly. The architecture of these 2 systems remains almost the same as it was when they were released 20 some years ago..... That is not to say that installed systems are not reliable, they are, but they lack the sizzle, and sex appeal that customers in 2009 expect.
In addition, AMX and Crestron were designed in time when product lifecycles were long and the pace of technology was much slower than it is today. I have heard firsthand from sales guys (including yours) that one of the biggest frustrations with typical legacy control systems is the fact that they feel it is too hard and expensive to go

back to old clients with new technology. I am sure that you will agree that in this new economy one of the best sources of revenue is the ability to go back to existing clients and incrementally upgrade thier systems. Savant allows for much easier integration of new products and technology, making that conversation with your clients much more pleasant, and profitable.

As for the AVIX tie in... we have heard that from several dealers, and simply put (and this comes from Savant) if you end up bidding against AVIX on a Savant job they will bow out. AVIX is not here to compete with you when it comes to Savant jobs. Savant is looking for lasting dealer relationships with the right guys in New England, not to create a predatory sales environment by putting everyone they can on board and letting them fend for themselves......

As for the comments of reputable dealers, if you would like to me to get you a list of some guys that have put in systems for clients so you can ask them about the experience I would be more than happy to do so. I know that Savant has done this for other guys and they are happy to do it.

I am glad that you guys like the concept, but (and I mean this with great respect) I am charged with coming up with a quality dealer base in New England, and would not be doing my job if I did not seek those dealers that I felt to be the best players in the market to be on board. We at Jarmac feel that Savant is a game changer, not only in their approach to product and programming, but also in their approach to distribution and dealer support. It is not for everyone, and nor is it intended to be so.... I approach this with a sense of urgency because I need to be clear that Savant is looking to establish their dealer base now, not later. AVD is one of the larger dealers in New England, and one of the best qualified to sell and support Savant. I would be lying if I told you that we do not have strong interest from other customers, many of whom you compete with regularly, and all of which are equally qualified to sell and support Savant as well. Jarmac, and I have a very strong relationship with AVD, it is for this reason that I request your time to fully examine Savant as a solution with me. Should you decide that Savant is not for you, it will be a decision born from full knowledge of what you are giving up.... I believe that is the most fair way to approach this, and look forward to spending some time going over the line with you soon. Thank you.

EXHIBIT 567

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

SAVANT SYSTEMS, LLC,
Plaintiff,
vs. CASE NO. 1:10-cv-11622 (EFH)
CRESTRON ELECTRONICS, INC.,
Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF
MICHAEL KAVANAUGH

February 1, 2013
9:35 a.m. - 3:20 p.m.

2121 Avenue of the Stars
Suite 2800
Los Angeles, California

Marceline F. Noble, CSR No. 3024
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

A. It means the sales leads that come through the website are generating sales to our dealers that the reps work with of 16 percent of the revenue.

MR. KAVANAGH: Marceline, could you mark this as the next exhibit, please.

THE REPORTER: Exhibit 7.

(Deposition Exhibit 7 was marked for identification by the court reporter.)

THE WITNESS: Thank you.

BY MR. KAVANAGH:

Q. Mr. Kavanaugh, the court reporter has handed you what's been marked as Exhibit 7.

Do you have that in front of you?

A. I do.

Q. All right. At the top it's an e-mail from you to Mike Cleary and Danny Thompson sent on January 17th, 2011, and the subject is, "Savant January 2011 MK rep meeting notes."

Do you see that?

A. I do.

Q. Are these your meeting notes that are from the same meeting that we just discussed with regard to Mr. Cleary's notes in Exhibit 6?

A. Yes, they are.

Q. So it turns out you did attend that meeting;

Q. Do you know what is meant by the reference there to "quality ISO compliant factory"?

A. I do. When you -- when you're manufacturing, ISO is a manufacturing standard that allows you to build to a better, bigger standard -- a more consistent standard, rather.

Q. So prior to moving to this new factory, Savant's products were not being produced in such a compliant factory.

A. I don't know that. I -- I don't know that.

Q. Okay. Moving onto the second line. It says:

"Shipping from new facility by June Expect box output to move from 19,000 to 60,000 -- "

Do you know what that's a reference to?

A. Looks like it's how many pieces of product that are going to be shipping from -- from his new factory relationship.

Q. So -- so in June of 2011, Savant planned to almost -- or more than triple output of boxes?

MR. JACOBS: Objection.

BY MR. KAVANAGH:

Q. From 19,000 to 60,000?

THE WITNESS: Again, it didn't sound like a question. But if you're reading what's here, that's what it looks like.

BY MR. KAVANAGH:
Q. The next clause says "higher quality." Do you know what that's a reference to?
A. The production out of New Hampshire is a -- being an ISO 9,000 compliant factory, he felt it was going to be a higher quality manufacturer.
Q. So the future would bring higher quality of manufacturer as compared to what Savant was selling in the past?
A. I guess you could -- you could jump to that.
Q. Well, why do we need to jump? It's -- you wrote the notes and it says "higher quality."
Right?
A. Right.
MR. JACOBS: Objection.
THE WITNESS: It does look like -- I mean, what -- what I'm seeing from Bruce is it's higher quality, more efficient, less time between order.
I don't know if it -- if he's referring to the fact that he's now going to be producing three times more and this is the only way to produce that kind of quantity.
This is something you could probably get answers from Savant. We're the western sales arm of Savant.

MR. KAVANAGH: Thank you.

THE VIDEOGRAPHER: This concludes tape 5 and the videotape deposition of Michael Kavanaugh.

We're going off the video record, February 1st, 2013, at 3:20 p.m.

THE REPORTER: Where does the original go?

MR. KAVANAGH: I'll take it.

THE REPORTER: Mr. Jacobs, did you want to order a copy?

MR. JACOBS: Yes, please.

THE REPORTER: Anybody want a rough draft?

MR. KAVANAGH: No.

MR. JACOBS: No.

EXHIBIT 568

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

SAVANT SYSTEMS, LLC,

Plaintiff,

vs. CASE NO. 1:10-cv-11622 (EFH)

CRESTRON ELECTRONICS, INC.,

Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF

MICHAEL KAVANAUGH

February 1, 2013

9:35 a.m. - 3:20 p.m.

2121 Avenue of the Stars
Suite 2800
Los Angeles, California

Marceline F. Noble, CSR No. 3024
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**From:** Mike Kavanaugh [MikeK@mkrep.com]
**Sent:** Monday, January 17, 2011 3:12 PM
**To:** Mike Cleary; Danny Thompson
**Cc:** Kaye Allison; Kim Buck
**Subject:** Savant jan 2011 MK rep meeting notes

Savant jan 2011 rep meeting

Bob Modona
6 years ago company started to change the industry
13 million IPads sold in 2010
Androids by mid 2011 will catch IPhones

jim Carroll-2011 become the control line with each dealers World Class Dealer support New software system will direct people to usual answers before human contact needed, research says this is best way.
Sell and educate dealer base on Pro Services Pro Service guys Wil do rep ride alongside to try to sell their time.
CTS- New Hampshire co that will manufacture Savant, world class, forecasts needed Sell amps, HDMI cables, extenders, pro services Rosie will go away "Savant Smart System" to come "True" control will be UI name East and West coast dealer conference for 2011, ny&la Basic training teaches control/ advanced teaches automation-door bell, DVR, icon changes.
Dealers need to get better at adding "Bling" to diffentiate from Crestron and other Savant dealers.
Idea-open up API for UI for select dealers

Chuck
Zoran Jevtic-Central Sales Manager
Responsibly add 175ish dealers to the dealer network, subtract non-supportive dealers, confront and evaluate how to turn them or purge Maximize position with current dealers, need lead position, diversify their mix Limited distribution comes w privileges and responsibilities Encourage dealers to send more people to training like they have w Crestron NY sales training available for target or dealer. dinner nite before, tour, lunch then 2 hour sales training, how to present. Use RSM for local area sales training.
RSMs to travel w reps more, go schedule Jon on our own.
Kevin K available to help close biz-think Audio Command/ AudioVisions training.
Commission Program-(3rd party products and Pro Services excluded) 6% standard commission (excludes Apple) includes Pro Services 2% commission paid on 3rd party products (apple)
1.5%-100
2%-110 (not retro-active, here and below)
2.5-120
3-130
4-150
Note- to be updated due to rep input

Dealer Program
2011
Premier-100-249k,3%, 2 basic, 1 advanced Elite-250-499, 5%, free frt. 2 basic, 1 advanced
Reference-500k, 8%, free frt., 4 basic1 advanced
$1800 Savant Care

Craig Spinner
1.2 million web sites visits
Total page views 5 million



DEFENDANT'S
EXHIBIT NO. Kavanaugh 7
FOR IDENTIFICATION
DATE: 2.1.13 RPTR: MN
PENGAD 800-631-6989

Restricted Confidential - Outside Counsel Only

35000 YouTube uploads
2185 enduser leads generated, 1400 in US 16% of all sales web generated Will print consumer brochure Qtrly market materials can be printed with dealer logo AIA present to group, recommend they go to ny New product names TrueControl-app name for iPad and touch True image TrueCommand-OSD Smart remote Touch tv Touch surface Smart systems-controllers and switchers Smart Media-protege w sod Smart Media Pro1299/2400/3600 Smart Docs Smart Control phone/ intercom
ACTION- track leads to sales for Craig

Kevin Kicklighter
Bart runs tech group-router,route to Cliff and Tim, then to Jim Boyce if available, then to engineering Profiles, bring completive switch requests to RSM, along w job details, why it should be considered. New jobs should only include Savant switches, max reliability/ predictability.
Pro Services-dealers who us early get up and running more quickly First job use ProServices for on site training, mostly remote, New dealer sign ups- free 20 hours of Pro Services Most time spent on escalations or paid events, sales engineering, will be traveling more w reps Action item-plan rep trips with PSE to help gain ProServices biz, Savant confidence and traction

Tim M
Product roadmap
Release 4.2.1-true control for Iphone an Itouch
Amp-1640
True command OSD support in the true control screens Live Media query- internal name in how to deal with AppleTv &Kscape-fixes Multi-zone bug in Kscape Fiber extenders (HCX-1200)-will start shipping Is "airplay" important? non IP way to stream data?
add true control app
End of Feb 4.3 release
Smart Media, SSM3100 (protege, lcc2100, osd replacement, Mac mini not in, 6x1 HDMI-3k cost)
Protege is due to be out of stock in Feb protege, occ510, 1010, system 2, Wcs will all go away
2 port vim, vow
Vomvp02 h ( vomvp02 w combos HDMI)
New CPU
HDMI- upgrade w will be available thru firmware, 1,4 New CPU card
Vow-vp02
4,3,1 release targetedApril 18th
Smart Touch remote
Ip PBx-April
4 port fiber card
Smart touch remote-April
Holovision will be the door/ gate opener Shared line big feature over Panasonic New in wall doc w hard buttons

RSMs have access to real time sales numbers

Bruce Hayes-operations and corporate quality Iso 9000 compliant factory, 3 pieces to start in Feb, shipping from new facility by June Expect box output to move from 19000 to 60000, higher quality, more efficient, less time between order and ship Customer satisfaction survey to be sent at the same time each year, once a year, 65 Qs, data building up-customer satisfaction survey

Jeff Rodgers 2011 plan of attack

Pre-requisite- take courses on line, past test at Savant University Build 2 systems and trouble shooting, spend most time at lab stations Profiles are created as this is 50% of TAC centers time
NOTE- Dealers that have a profile tool are less likely to need support help, our support will greatly improve when dealers use this.
ACTION- Get multiples of people into training from same dealer Training skus in price book
PST-Training, level 1
PST-1010 training, level 1, on site
PST-2000 training, level 2,
Sales training is also available
Training dates go online today
Find link on dealer portal and take course and test, encourage all dealers to take test.
Release information education Wil be added as releases come out.

Bob Madona
Protege will stay in line (less host), priced at about same or $200 less
3100 ($3000) will be expandable ($3000) to 16 zones less video
OCC510/1010 will be replaced by SV1000 better 5 by 1 box w OSD, include power supply (ac) built in, cleaner design, more ir, no USB needed,, no spdif changed to optical. $1200, needs host

ACTION buy app World card ? From Dale Pugh

Jeff Rodgers

Savant is unique because- only Apple based control, uses same language as iPad, quicker communication, blue print built in

Bobby-head of EAV
Any vendors that want to join need to contact Bobby No charge to vendors unless they want to create profiles the $1500 that includes 0007 and one on one training.
Note- Media players take a lot of software band width for Profiles, R&D so often times they are turned down Ihiji and Certified Cyber Solutions- concerned about getting involved with them due to increased tech support possibilities.
Less then 5% of all tech calls are bugs in Profiles.
Get outline to Bobby of presentation requests, dealers and reps to use

Jeff Rodgers
IR (cpt= 0007, global cache, adapter) learner is built into Blueprint
4.2.1 Release overview

Sent from my iPad

EXHIBIT 569

Volume: I
Pages: 1-281
Exhibits: 1-10

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. No. 10-CV-11622-EFH

SAVANT SYSTEMS, LLC,

Plaintiff

vs.

CRESTRON ELECTRONICS, INC.,

Defendant

CRESTRON ELECTRONICS, INC.,

Counterclaim-Plaintiff

vs.

SAVANT SYSTEMS, LLC,

Counterclaim-Defendant

**VIDEOTAPED DEPOSITION OF DANIEL S. KIPPYCASH,** a witness called on behalf of CRESTRON ELECTRONICS, INC., taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Virginia Dodge, Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the law offices of CLEMENTS & PINEAULT, LLP, 24 Federal Street, 3rd Floor, Boston, Massachusetts, on Wednesday, May 21, 2014, commencing at 9:01 a.m.

CURRAN COURT REPORTING
21 Rowe Hill Road
Stoneham, MA 02180
(781) 279-8400

Q. So Mr. Kippycash, we were discussing just a few minutes ago the three segments of the home automation industry that you have outlined in your report, which are the entry-level segment, the midlevel segment and the high-end segment. Do you recall that?
A. Yes.
Q. Okay. If you turn to paragraph 37 of your report on page 14 --
A. I'm sorry. You said 37?
Q. Paragraph 37 at the top of page 14. Yes.
A. Okay.
Q. Are you there?
A. Yes.
Q. Okay. In that paragraph, you list three manufacturers, specifically AMX, Crestron and Savant, as competitors in the high-end segment of the residential automation products market. Is that right?
A. That's correct.
Q. Okay. And in fact, you state at the end of that paragraph that you consider AMX, Crestron and Savant to be the sole competitors in the high-end residential automation product segment of the market. Is that right?
A. That's correct.

Q. And is it your expert opinion that there are no other manufacturers who could properly be characterized as selling products in the high-end segment of the residential automation market?
A. Well, to clarify that question, I'd need to ask you at what given time frame.
Q. Well, if I told you 2008, would your answer differ compared to if I told you 2014?
A. Slightly. You know, as far as --
Q. How would it differ?
A. Well, in 2008, there were some products or some capabilities that weren't available from competition, where the changes that they've made and the industry changes from 2008 to 2014 could allow them to get into what I would call the entry level of being high-end. However, I don't think that that would still classify them as one of the premiere or elite.
So as there have been changes and progression and so on from 2008 to 2014, so I just wanted to answer the question as, you know, finite as I could for you.
Q. Okay. So let me make sure I understand. Back in 2008, is it your expert opinion that only AMX, Crestron and Savant could be considered high-end manufacturers?
A. Yes. That is -- that is my opinion.

product, it could result in something.

So --

Q. Which products?

A. At that time, it was primarily, you know, again control processors, and then it also began with some system video switchers. But primarily control and touchscreens.

Q. Made by what manufacturers?

A. At that time, AMX. You know, cl -- there's others that popped up that wanted to be in this industry but never really took off, so you know -- but AMX was really the primary target.

Q. And were you instructed to threaten a dealer with termination if they carried AMX?

A. Yeah. And again, that's during my time frame that I worked there, so personally between Randy and I.

Q. Other than AMX, any other competitors who dealers were threatened with termination about?

A. Not that I can recall. There might have been some generalities, you know, placed out there as we saw other companies wanting to get into the industry. But as far as a specific manufacturer or a meeting to talk about this, it would be, you know, AMX.

Q. Have you ever heard of a manufacturer that

insisted on an exclusive relationship with a dealer, a distributor or a retailer?
A. Sure. Happens, you know, many times in the industry. However, when that does happen, there is certain agreements and certain understanding in place where it could be if you're doing a certain level of business, we'll give you an exclusive region or territory based on a city or miles or so on.
But it's -- in order for that to happen -- for example, it happens most often in, you know, very high-end products. Speakers, amplifiers, that happens a lot where it's understood by everybody. Everybody agrees to it. Everybody goes into it eyes open that okay. I'll do this. So it does happen, but it's also very clear amongst everybody as to what the requirements are, what the agreement is.
Q. So give me an example of a situation like that that you're aware of.
A. I'd probably say one good example would be a manufacturer called Wilson Audio. Very high-end speaker company. Very expensive product. And they work through dealers around the country, and they -- they will -- they'll say to, for example, just hypothetically, a high-end dealer in New York City

called Lyric HiFi.

You know, they would go in and negotiate with Lyric to say, "We're willing to give you the product line. You know, what will you do to present it properly? How will you display it?"

And if everyone agrees, they would then say, "Okay. You have an exclusive for New York City."

That's one -- one example in the high end. It's not anything that's on a lower end product. It's usually a very high-end, specialized product. But it happens quite a bit in the industry.

Q. So I'm asking you about something that might be a little bit different. I'm asking you about a manufacturer that says, "I will only allow you to carry my product on the condition that you won't also carry the products of this other manufacturer." Are you aware of that ever happening?

A. Yes. Again, that would apply to my example I just gave. They might call out what that other manufacturer is, but that is part of the whole discussion.

In general in this industry, if someone's going to give somebody, you know, either an exclusive or a very limited distribution agreement, there are things that are discussed like that. "Listen, I need you to be

THE VIDEOGRAPHER: The time is 4:43 p.m., and we are off the record.

(Deposition suspended at 4:43 p.m.)

EXHIBIT 570

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
--------------------------------------------------x
SAVANT SYSTEMS, INC.,
Plaintiff,
- against -
CRESTRON ELECTRONICS, INC.,
Defendant,
and
CRESTRON ELECTRONICS, INC.,
Counterclaim-Plaintiff,
- against -
SAVANT SYSTEMS, INC.,
Counterclaim-Defendant.
Civil Action No. 10-cv-11622-EFH
--------------------------------------------------x

1114 Avenue of the Americas
New York, New York

March 28, 2013
9:37 a.m.

VIDEOTAPED DEPOSITION of RANDY KLEIN, a witness in behalf of the Defendant and Counterclaim-Plaintiff herein, pursuant to Notice, before Ronald A. Marx, a Notary Public of the State of New York.

Lovett to yourself, dated July 23, '09, enclosing Landon's reports, correct?

A Yes.

Q And Landon Lovett is who?

A One of our sales directors.

Q Okay. And just like before with these others that you've seen, he's sending you his reports and what's going on for your review and edification, true?

A Yes.

Q And I show you the -- there's three reports, but let's just go one at a time.

MR. HAYES: What's the next exhibit? 18. We'll mark the first report, which is July 13, 2009.

(Exhibit 18, report dated 7/13/09, was marked for identification, as of this date.)

Q And this is another report that you would have received on or around July 13, 2009 as to what your boys were doing out in the field, correct?

A Yes, if you allow me to...

Q And look at Paragraph 6, they're talking about Scott Smith, Joe Laurin and Jason Sachs. Who

Q If you could take a moment to re-familiarize yourself with this document.

And for context, my first question is does that appear to be a quarterly sales meeting agenda that Mr. Perkins sent to you.

A Okay.

Q Turn to the second page. Item Number 5 says Crestron competitor; do you see that?

A Yes.

Q It lists Extron, AMX, Control4 and Savant, correct?

A Yes.

Q What does Extron do?

A Extron is a -- it's a competitor of ours in the -- in our commercial part of our business, and they -- back then -- when is this? 2009? Yes.

At least back then they -- just trying to get the timing of things. They were primarily a video switcher and interface company, but they have just now -- yeah. Just now started introducing, it looks like, touch panels as well, Extron panels.

Q But this is in the commercial space?

A Yes. Uh-huh.

Q Control4 we discussed before. Savant.

they ever -- strike that.

To your knowledge, did any of the people who were responsible for putting this comparison guide together ever take apart the Savant device they are talking about?

A Not that I know of, no.

Q Going back to the first page at the bottom it says in bold, "Remember, you can't be a Crestron dealer and also sell Savant products," exclamation point. Do you see that?

A Yes.

Q Who is that statement aimed at?

A Who is that statement aimed at?

Q Yes.

A Our dealers.

Q So this message was relayed to dealers?

A Well, this -- this message or this piece of paper, like the other one, is an internal sales document, but that -- that statement you refers to a Crestron dealer.

Q So this is the message that the internal people, the regional sales managers are supposed to relay to dealers; is that what you're saying?

A I can't say that definitively, but this

it's formatted.

Q So the dealers were told you cannot represent both Crestron and Savant, zero tolerance, correct?

MR. PARK: Objection.

A It appears that it's a dialogue like that.

Q So you said that you don't think you have 98-percent market share.

What share of the residential market do you believe Crestron has?

MR. PARK: Objection, foundation. Calls for expert testimony.

A Today?

Q Yes.

A 25 percent, 30 percent.

Q Of the residential market?

A Yes.

Q What about back in 2008?

A 40 percent. I honestly don't know, but I mean, back then I can tell you I -- it's my estimate, that's what we are today.

MR. JACOBS: I'm going to mark as Exhibit 41 the next exhibit to your deposition.

this letter.

MR. JACOBS: I do have additional questions, but it is five o'clock. I think we'll call it a close.

MR. PARK: No questions here. Thank you.

THE VIDEOGRAPHER: This concludes the deposition of Randy Klein. We're now off the record at 5:01 p.m., March 28, 2013.

EXHIBIT 571

VOLUME: I
PAGES: 1 - 193
EXHIBITS: 1 - 15

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CERTIFIED COPY

C.A. NO. 1:10-CV-11622 (EFH)

---------------------------------x

SAVANT SYSTEMS, LLC,

Plaintiff

vs

CRESTRON ELECTRONICS, INC.,

Defendant

---------------------------------x

VIDEOTAPE DEPOSITION OF JASON KNOTT, taken on behalf of the Defendant, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before James A. Lyons, CSR No. 117993, a Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Regis HQ, 945 Concord Street, Waverly Conference Room, Framingham, Massachusetts, on Tuesday, January 29, 2013, commencing at 9:29 a.m.

---------------------------------------

Todd Olivas & Associates
COURT REPORTING AGENCY
41690 Enterprise Circle North, Suite 200CC
Temecula, CA 92590
(888) 566-0253 • (951) 848-0789 fax • info@ToddOlivas.com • www.ToddOlivas.com

Q. And you yourself write stories, too; correct?
A. Right, correct, yes.
Q. And in terms of the research for the stories that you or others at CE Pro write, how is that conducted?
A. It depends. It's interviews, you know, face-to-face interviews, a lot of telephone work, a lot of e-mail communication, all of that sort of internet background research perhaps for a story.
Q. And from time to time, CE Pro solicits and receives information and data from various companies in the industry.
Is that fair to say?
A. Yes.
Q. For example, you either write or under your direction have prepared the CE Pro 100 every year; is that right?
A. Correct.
Q. And could you explain, what is the CE Pro 100, sir?
A. The CE Pro 100 is a list. It's a voluntary list; so people submit voluntarily their financial information that shows their revenue

data. And it's a list of what we deem as the largest residential integrators in North America.

Q. And that's a voluntary list; so if a company doesn't want to participate, they would necessarily not be on the list?

A. Correct.

Q. And so would it be fair to say that there are sometimes large companies that choose not to participate in the CE Pro 100?

A. That's fair to say, yes.

Q. And CE Pro 100, by definition, is limited to 100 companies; correct?

A. Correct.

Q. And there are thousands of --

A. Sorry.

Q. Go ahead.

A. We have had instances where there has been a tie for the 100th spot; so there has been a 101, yes.

Q. Have there ever been 102s or 103s?

A. Not that I recall.

Q. And to follow up, that's only 100 of potentially thousands of dealers or integrators across the

A. Could you say that question again, sorry?
Q. Sure.
In your experience and given your, sort of, overview and tracking of the market and space, would you say that electrical service contractors, electricians, are increasingly providing more installation services for automation control products?
MR. MOSTYN: Objection.
A. My sense would be, yes. But I would have to refer you to the actual audit statements over the series of years to actually identify if that trend, if the premise of your question is correct or not.
Q. But I take it that you have a sense, as you've testified to?
A. Yes. I would sense that there are more --
Well, let me put it this way: I would sense that not necessarily that there are more electricians, but many of the low voltage guys are also acquiring line voltage or electrical contractor licenses; so the mix between the two fields is taking place. Whether that's one group migrating in or another group migrating

Clients Are Not a Bottomless Pit."
Do you see that, sir?
A. I do.
Q. And what did you mean --
A. I will make a caveat.
Remember I mentioned how I'm not the SEO expert in the company. So in many cases, the headlines, the items -- and I don't remember this particular headline, it's a good one -- but that many times, the headlines are rewritten by the web editor for SEO purposes; so this could have been one of those.
Q. But at any point, did you disagree with the headline?
A. No. I still approve of it, yeah.
Q. And then if you look at the sub-headline, it states, "Even the Extremely Wealthy Are Affected By the Economic Downturn."
Do you see that?
A. Yes.
Q. Do you believe that's appropriate?
A. Yes.
Q. And then if you go to the text of the article, the first line is, "The super rich are" -- and

that's italicized -- "being affected by the economic downturn."

Do you see that, sir?

A. Yes.

Q. And at the time that you wrote this in March of 2009, did you believe that was the case in your mind?

MR. MOSTYN: Objection.

A. Yes. And as we mentioned before, I think it's on an individual, you know, case-by-case basis, but yeah.

Q. But as a general matter, that's something that you believed when you wrote this article; correct?

MR. MOSTYN: Objection.

A. Yes.

Q. And what sort of information were you relying on to provide this particular statement?

A. Like I said, the conversation that I had had with Richard Stoerger who makes a very high end audio receiver system for the industry.

And he was sharing information from -- that he had obviously heard from his clientele, I'm presuming, about what was going on and the

Q. And so speaking of HAI, we spoke earlier about the fact that they were primarily a security system company?
A. I think they started in that, yeah.
Q. And then they've branched out; is that right?
MR. MOSTYN: Objection.
A. They've branched out in terms of their product line, certainly. I think they even have cameras now.
Q. Do you have an understanding as to how HAI distributes its products?
MR. MOSTYN: Objection.
A. To my knowledge, they use independent distributors who distribute these products out to the industry.
Q. So we're talking about wholesale distributors such AVAD?
MR. MOSTYN: Objection to form. Objection.
A. Yeah. I don't know if they use AVAD, but they could, yes.
Q. And then those distributors then sell to the integrators or resellers?
MR. MOSTYN: Objection.

A. Correct.
Q. So their distribution model differs to that than, say, of Savant's or Crestron's, to your understanding?
MR. MOSTYN: Objection to form. Objection.
A. Yes, to my understanding, correct.
Q. To your knowledge and given your experience in the industry, are there others that also distribute their products through large wholesale distributors?
MR. MOSTYN: Objection.
A. Yes.
Q. Who would those be?
A. In the control space?
Q. Yes.
A. Now, you're going to tax my knowledge of the distribution channel.
I'm pretty sure Control4 distributes that way. I'm not sure about Elan, RTI. Remote Technologies, Inc., I believe, uses wholesale distribution. I'm just trying to tick off the members in the control space only who would be competitive to Savant and Crestron.

There is a lot of other, I think, minor players. I'm trying to think. Oh, what's that company's name that just went out of business? I'm blanking on some of the other companies.

But yes, to answer your question, there are other companies that use independent wholesale distribution to reach the dealer base versus selling direct.

Q. Are there any companies, to your understanding, that sell just direct from the manufacturer?

MR. MOSTYN: Objection.

A. In the control space or in any space?

Q. Yes. Well, let's start with the control space.

MR. MOSTYN: Objection.

A. To my knowledge, there are Crestron being one of them, yes, Savant being another one.

Q. Now, in terms of some of the publications that CE Pro puts out there, how involved are you, for example, in the CE Pro brand analysis?

MR. MOSTYN: Objection.

A. I mentioned our research person. He does all of that data work.

Q. And in your opinion and experience, are technical capabilities and reliability something of concern to your readership?

MR. MOSTYN: Objection.

A. In my opinion, yes.

Q. Why?

A. Well, think of the reliability or what they're out selling to the end user client. If a product doesn't work, that client doesn't care that the manufacturer messed it up. They care about the guy who installed it and selected it for them; because they're installing these solutions for them. So if a product doesn't work in the field, then it hurts the reliability of the integrator.

Q. In your opinion, based upon your experience, does a concern for proven reliability sometimes make an integrator, reseller reluctant to adopt a new product line or brand?

MR. MOSTYN: Object to form. Objection.

A. In my opinion, I'm sure it would.

Q. And why is that? Why do you have that opinion, sir?

A. Yes.

MR. PARK: Thank you, sir. No further questions.

MR. MOSTYN: I have no further questions.

THE VIDEOGRAPHER: The time is 1:37 p.m. This concludes today's deposition. We are off the record.

(Whereupon, the videotape deposition was concluded at 1:37 p.m.)

EXHIBIT 572

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

SAVANT SYSTEMS, LLC,

Plaintiff,

v. Civil Action No. 10-cv-11622-EFH

CRESTRON ELECTRONICS, INC.,

Defendant,

CRESTRON ELECTRONICS, INC.,

Counterclaim-Plaintiff,

v.

SAVANT SYSTEMS, LLC,

Counterclaim-Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

JONATHAN LANE

April 18, 2012

9:21 a.m.

535 Anton Boulevard, Suite 400

Costa Mesa, California

Reported by Debbi J. Zambito, CSR No. 6651
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

was a brand that they had in their head and that's what they wanted. So we had gone to Crestron.

I called Crestron up and said, you know -- I went through a series of messages. Eventually the rep gets back to you. And I said, well, I have got a client that wants to be -- wants the Crestron system, and it was a substantial sale. It wasn't just a $50,000 sale. It ended up being about a $350,000 sale, so it was a considerable thing. And whereas I wasn't looking to take on the Crestron line, I wasn't going to lose this opportunity for a good sale and to build a good client.

So I started some conversations with the rep, and generally it's a dance. You know, you meet them, they get to know you, what are the requirements to become a dealer, what is the buy-in, because they generally want you to buy some demo hardware and put a little skin in the game.

And we were all set to become a dealer and then I believe it was actually a meeting at a Starbucks, the local rep for Crestron, his name was Brian Nachum, who is no longer with Crestron, he has moved on, said that he is all set to approve me -- he would be all set to approve me as a dealer, but, you know, Crestron was not happy with the competition of

Savant and in order for me to become a Crestron dealer I had to resign my Savant dealership, that there would be no way that he would approve me as a Crestron dealer also being a Savant dealer.

And I said, "How did you want me to do this?" And he said he wanted me to -- he sent an e-mail to the Savant rep, which was a company that had just become MK Marketing at the time. Originally Sean, as I mentioned, Sean was the rep for the area and then Savant switched to more of a manufacturer's rep model and went to a company called MK Marketing. And so I sent the e-mail to MK Marketing and, per Brian's request, I blind-copied him in the e-mail of my regretful resignation of a Savant dealership.

Q And when was that?

A Do you know what? I don't know the exact date, but I think you have a copy of the e-mail, and that was whatever date is on the e-mail would be when that was.

And then Brian called me up and said that the e-mail was perfect, that I was the hero of the Crestron west office. As a matter of fact, he wanted to take me and my wife out to dinner, because the office liked the e-mail so much, and then approved my Crestron dealership.

understood, but with regret.

Q And the reason for your resignation was you wanted to do that job for the client?

A For the client who wanted Crestron. I did not want to resign my Savant dealership. I wanted to keep both control systems, but it was -- I couldn't -- again, as a new business, you know, you are struggling to always acquire new clients and when a client says, "I want Crestron," and it's several hundred thousand dollars, you go get Crestron, but I did not want to resign Savant at the time.

You know, I knew that it was -- I knew that the Savant dealership was an investment. It was going to take several years before it was going to mature, but the opportunity to get in at a ground level I thought was important.

As with Control4, again, it's been six years, almost seven years with Control4 and it is just now getting to the point where it is stable and Savant is just now starting to reach its critical mass as well. But, you know, I was very happy to keep both.

It was Crestron's insistence that -- it actually wasn't insistence. It was an ultimatum. If you want to become a Crestron dealer resign Savant,

period. There was no way that they were going to accept me being a Savant dealer and a Crestron dealer.

Q Did Crestron express any objection to you being a Control4 dealer?

A No, they didn't consider Control4 an issue at the time. Today they probably would, but at the time, no.

Q Savant, then, was the only alternative supplier of automated -- home automation and control systems that Crestron objected to?

A That I was aware of, yeah, but I wasn't looking -- I mean, I'm sure if I had said I wanted to take on AMX, they might have objected to that too, but that wasn't part of the conversation.

Q Did you talk with anyone else at Crestron other than Mr. Nachum?

A In regards to -- no, it was just Brian. I mean, I knew some of the -- I knew the management -- you know, the manager of the office, but it was -- he never came and -- you know, he never discussed the Savant situation nor, do I believe, anybody else. It was Brian.

Q Okay. At the time you dropped Savant how long had you been handling their products?

contractors and dealers and designers and architects, but it's starting and, you know, we are holding our own. I'm not ready to retire yet, unfortunately.

Q I take it during the last several years you have lived through what could be described as a fairly bumpy ride with the economy?

A Very bumpy ride, yeah. 2010 was a tough year for us, but we made it through, yeah.

Q And what accounted for that bumpiness in the economy, at least with respect to your business?

A I think the housing market. You know, I mean, the middle tier pretty -- when we took on Savant, it was -- we added it because we saw that the middle class, the middle tier really was going away. I mean, as the housing industry collapsed, there was less money available for people in the middle tier to spend on, you know, things like control systems.

Yeah, people were buying a TV here and there, but we don't make very much money installing or selling a TV. We make the money on house audio systems, surround sound systems, integrating a whole house with lighting and control systems.

And as the housing industry began to collapse, I think there was less money available. A lot of the money in -- a lot of that disposable

And I saw Jim Carroll and I said, "I'm sorry we're not a Savant dealer. We are hoping to become a Savant dealer again." Unfortunately we had to resign it because of -- out of Crestron's request because of a large deal. And he goes -- he understood. He said, "I understand, business is business. We hope we can bring you back into the fold again, work through MK."

Q And in that conversation with Mr. Carroll, he wasn't mad at you, was he?

A No. No, there was no animosity, you know, and there never has been.

Q He understood business was business?

A Business was business that -- yeah.

Q Was there any animosity between you and Brian Nachum?

A No, none.

Q And as you testified, your decision to become a Crestron dealer and resign your dealership with Savant was a business decision, correct?

A It was a business decision, but it was also a requirement -- it was a requirement by Crestron. Brian said I will not approve your Crestron dealership unless you resign Savant, period.

Now, again, that was not put in writing.

That was a conversation -- I believe we had that at a conversation at a Starbucks, but it was a requirement. Now, that may have been his requirement, but I don't know that. He said Crestron said, point-blank, they will not approve -- he nor Crestron would approve my becoming a Crestron dealer unless I resigned Savant.

Q And you as a businessperson could have made a decision whether or not to do that?

A Sure. I certainly did have a choice. If I did not want to -- if I did not want to resign Savant to become a Crestron dealer, that was certainly a choice, but then I would have lost a $350,000 project that the customer wanted to use Crestron.

Q And at that point in time you had actually done no sales of Savant, correct?

A Correct.

Q Now, in terms of --

A Again, we took on Savant as a -- we knew we were getting in at the ground level and we took it on as a strategic move knowing that it was going to take an investment. I had invested, I don't know, probably about 16, $17,000 of my own money in Savant hardware, a lot of which, after I resigned Savant, sat in my warehouse in boxes collecting dust.

all have their advantages and disadvantages.

Q Now, when you had your conversations with MK Marketing and Danny Thompson about being reinstated as a Savant dealer, what, exactly, did they tell you about the limitations that Savant was putting with respect to dealers in Orange County?

A Just that they were managing the territory carefully. They did not want to flood the territory with a whole bunch of dealers and that they felt that they could -- that the territory was full and that I could not become a Savant dealer in the Orange County area.

I was free to -- I could still, you know -- but that the -- but by having an office in Santa Barbara I could become a dealer and I was free to sell anywhere I wanted to, but so as not to upset the dealer base, my primary place of sale for Savant needed to be Santa Barbara, but I was free to sell it wherever I wanted to.

If I had a customer in Newport Beach and I was able to sell a Savant system, that was fine, because as far as they were concerned, I have a business license for Santa Barbara County, so it's set up at the Santa Barbara office. And hardware gets shipped to that office and if I need it I bring

fall of '08, it was still very new, but, again, I knew that it was -- it was not a -- it wasn't -- I never saw it as something we were going to start running with out of the gate trying to sell it. I mean, it would have been a "it would be nice," but I didn't expect it.

Q You were willing to invest for the longer term?

A Yes.

Q Okay. So by February 2009, when you wrote to MK Marketing resigning your dealership, you had basically had Savant's equipment only for a few months at that point?

A Yes. Yes. And in '08 when I reached out to Brian, the only reason I reached out to Brian was -- would have been for that -- I think the first thing we ever did with Crestron was the -- what do you call it? Was the thing for Brooke Burke, because of that TV show, and then we had clients saying we're thinking about building a house, we want Crestron. And it was like okay, I guess we have to become a Crestron dealer.

Q Now, if Crestron had not told you that you could not be a Crestron dealer if you had handled the Savant products, you would have stayed a Savant

dealer; is that correct?
A Correct, yeah.
Q And you would have, in fact, attempted to make significant efforts to sell Savant products?
A Of course. Absolutely.
Q When did you again become a Savant dealer?
A October, November of last year. I would have to look at the specific date, but I would say October, November. Probably late October.
Q When did you --
A I met with Danny Thompson at CEDIA in September and we had to sit down for an hour or so.
Q When did you first try to again become a Savant dealer?
A Sometime in early '11.
Q And what --
A I had a conversation or two with Mike Cleary about becoming a -- with MK Marketing, about becoming a dealer again and that was when he said, you know, I don't think there's anything we can do because Orange County is full. You know, I think it might have even been maybe second -- I remember having a conversation with him second quarter only because my wife was still pregnant at the time.
Q What motivated your renewal efforts to

become a Savant dealer?

A You know, after losing a couple of jobs because of other Crestron -- of the price cutting of Crestron dealers -- and I had a conversation with my Kaleidescape rep at the time who was telling me -- you know, we were just having a lunch and we were kind of having -- he's no longer with Kaleidescape, but we were having kind of a strategic conversation.

And he was telling me -- he was saying, you know, "Are you doing anything with Savant?" And I said, no, we had to resign it, blah, blah, blah. And I said, you know, "What's happening with Savant. What's your take on it?" He said, "It's gaining market share," and he said, you know, "A couple of dealers have actually moved Savant to the front as their primary control system, because they were" -- "because they got tired of fighting with other Crestron dealers who were selling at or below cost." And I said, "That's funny you should say that, because we have been experiencing a little of that too."

And so that got me thinking and, you know, I asked him to -- if he could get me a little bit more information on it, because he had a relationship with that dealer, and when he and I talked again he said

THE REPORTER: Did you want to order a copy of the transcript?

MR. PARK: Yes.

(The deposition concluded at 12:45 p.m.)

* * *

EXHIBIT 573

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------

SAVANT SYSTEMS, LLC,

Plaintiff,

vs. Civil Action No.
1:10-CV-11622 (EFH)

CRESTRON ELECTRONICS, INC.

Defendant.

-----------------------------------------

VIDEOTAPED DEPOSITION OF

ROBERT BECKER

THURSDAY, OCTOBER 11, 2012

10:00 a.m.

REPORTED BY: Adrienne M. Mignano, RPR
Job Number: 330680

Becker

Q Can you give me an estimate, sir?

A I don't know. I would say somewhere between -- at that point in time, 50 maybe. It could be more.

Q Now, in connection with the discussions with Leviton and Savant, did Savant ever express to Leviton that one of the synergies would be -- of any proposed arrangement or acquisition would be to have access to the lighting control products that Leviton had?

A Certainly that would be an option, yes.

Q Did Savant ever express to Leviton that Savant believed that a gap in its offering was the lack of its own lighting control line?

A I don't think they ever said that specifically.

Q What about generally?

A Generally.

Q What do you recall about those general sorts of discussions or remarks

Becker

concerning --

MR. JACOBS: Objection.
Misstates testimony.
A I believe that we understood that we had a lighting controls line, and there would be a benefit if we worked together because they didn't have a specific lighting controls line. They certainly had partners in that space that they could use and they did use.
Q And that partner, one of them was Lutron?
A One of them was, yes.
Q Now, I'm going to refer you to the next page, which is LEV0000222.
Do you see that, sir?
A Yes, I do.
Q And it is a slide entitled "Business Plan", correct?
A Correct.
Q And would it be fair to say that this slide and the slides that follow thereafter are Savant's business plan?
A That's correct.

Becker
Q Not something prepared by Leviton, correct?
A Correct.
Q Were there discussions at this particular meeting or other meetings between Leviton and Savant concerning Savant's business plan?
A Can you repeat it again? Sorry.
Q Sure.
Were there discussions between Leviton and Savant concerning Savant's business plan?
A Yes.
Q Were there discussions internally at Leviton assessing the accuracy or validity of Savant's business plan?
A I wouldn't say accuracy or validity. I think we reviewed it, had our opinions on things.
Q What was or were Leviton's opinions concerning Savant's business plan?
A I would say our take was it was

Becker

aggressive.

Q Why do you say that it was aggressive?

A Well, I'll reference document LEV0000226, which showed their estimated sales for 2010 through 2014. You can see estimated growth from 2010 and 2011 of 400 percent, and then another growth of close to 33 percent, 30 percent. So, you know, certainly very aggressive growth targets.

Q Anything else, sir, that led Leviton to believe that the business plan by Savant was aggressive?

A Well, I mean, typically we would look -- start looking at sales.

Q At any point in time during the discussions with Leviton, did Savant express to Leviton that it had been increasing its sales?

A I think you can see from the slide LEV0000223 they have, in fact, if they have represented it accurately, they did show sales growth.

Q What led Leviton to believe that

Becker

Q And sitting here today and listening to all the questions that were presented to you, do you feel you were well prepared to answer those questions?

A Yes.

MR. BLONDER: No further questions.

MR. PARK: Thank you very much for your patience, sir.

THE VIDEOGRAPHER: This is the end of disk number three. We are now going off the record at approximately 1:23 p.m.

____________________________

ROBERT BECKER

Subscribed and sworn to
before me this day
of , 2012.

__________________________

# EXHIBIT 574

COPY

**VOLUME: I**
**PAGES: 1 - 382**
**EXHIBITS: 1 - 10**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 10-cv-11622-EFH

*****************************************

SAVANT SYSTEMS, LLC,
Plaintiff,

vs.

CRESTRON ELECTRONICS, INC.,
Defendant.

CRESTRON ELECTRONICS, INC.
Counterclaim-Plaintiff

vs.

SAVANT SYSTEMS, LLC,
Counterclaim-Defendant

*****************************************

**AUDIOVISUAL DEPOSITION OF ROBERT P. MADONNA**, a witness called on behalf of the Defendant and Counterclaim-Plaintiff, Crestron Electronics, Inc., taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jacqueline Curran, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the law offices of Clements & Pineault, LLP, 24 Federal Street, Boston, Massachusetts, on Wednesday, October 26, 2011, commencing at 8:57 a.m.

CURRAN COURT REPORTING
21 Rowe Hill Road
Stoneham, Massachusetts 02180
(781) 279-8400

09:22:24 A. That's -- no.
09:22:27 Q. You deny that, correct?
09:22:28 A. I don't believe that's the case.
09:22:30 Q. Has one or more members of the Board of Advisors questioned the continued investment of funds into Savant Systems, LLC?
09:22:42 A. Questioned the continued -- well, we review the funds, you know, as far as what's been invested in the company, so when you say "questioned," what do you mean?
09:23:03 Q. Asked you questions about it.
09:23:06 A. Well, in -- when we review the business plan, attached to that is how much cash the company is going to need going forward, so they actually -- yeah -- questioned the business plan, is it the right amount, is -- you know, what are the cash flow requirements and so forth.
09:23:30 Q. Aside from yourself and entities either wholly owned or partially owned by your family trust, are there any outside investors to Savant Systems, LLC?
09:23:42 A. No.
09:23:43 Q. How much money have you invested in

09:23:49 Savant Systems, LLC to date?
09:23:51 A. I can give you an approximate
09:23:53 amount.
09:23:53 Q. That's fine.
09:23:54 A. Somewhere around $110 million.
09:23:57 Q. Now, last year -- well, let me ask
09:24:02 you this -- let me step back and ask you a
09:24:03 simple question. Is that okay?
09:24:04 A. Yeah. Of course.
09:24:06 Q. When does your fiscal year start and
09:24:09 begin, sir?
09:24:09 A. I believe we're on calendar year.
09:24:13 Q. So for calendar year 2010, what were
09:24:17 Savant's annual revenues?
09:24:19 A. Somewhere around -- I think it was
09:24:31 12.7 million. Somewhere around there.
09:24:35 Q. What about calendar year 2009 --
09:24:37 fiscal year 2009?
09:24:39 A. I believe it was 5 something --
09:24:43 Q. 2008?
09:24:45 A. -- 5.3 maybe.
09:24:47 Q. 2008?
09:24:47 A. 1.3 or 4.
09:24:52 Q. Any revenues in 2007?

10:04:03 that was filed in September of 2010, Savant stated and alleged that there were thousands of dealers in the marketplace, correct?

10:04:12 A. There are, we believe, somewhere in the order of two to five thousand roughly.

10:04:22 Q. And Savant has an ability to reach out to those dealers and have them come on board as Savant dealers, correct?

10:04:35 A. We chose not to do that. Our numbers that we had in our plan was not to go after thousands of dealers, but that's not limiting dealers in the high-end space. When I say high-end, I'm talking about Tier 1 and Tier 2 dealers. There's no limitation on a Tier 1 and Tier 2. We limited it in the overall broader smaller dealers, the guys that, you know, that -- so it's kind of the 80/20 rule.

10:05:01 Q. Those dealers could represent Savant, correct?

10:05:05 A. We chose not to have smaller dealers represent Savant. We went after the premium dealers -- the premium dealers, and the premium dealers were enough dealers to do our

complete business plan. It's the same dealers that -- the high-end dealers that Crestron goes after.

Q. That was an intentional strategic decision made by you, correct?

A. Made by me. That was probably made by Jim Carroll.

Q. You approved of that decision, correct?

A. I can't remember whether I approved it or not 'cause their business plan -- it wasn't a -- it's not correct to say we limited the number of dealers. That's not correct at all. What's correct to say is that we targeted the Tier 1 and Tier 2 dealers -- targeted, so there wasn't -- we only went after those type of dealers. We decided not to go after -- that's not limiting. To me limiting is like you're pushing dealers away.

Q. So let me step back. You made a deliberate and intentional decision not to go after a large number of dealers, correct?

A. That's not worded right at all.

Q. What's not right about that?

A. It's -- because we chose not to go after Tier 3 dealers. It's not the same as saying number of dealers. It's the type of dealer we decided not to go after.
Q. How many Tier 3 dealers are there?
A. Tier -- I'd say -- I'm trying to remember the number Jim told me. I'm not quite sure.
Q. How about Tier 2?
A. Tier 1 and Tier 2 are somewhere, I would guess, between 500 and 1,000. And our target was, you know, again, more than enough to hit our plans targeting Tier 1 and Tier 2.
Q. What would be more than enough to hit your plans?
A. Our plans that we had for revenue.
Q. Are those documented?
A. Yes, they are.
Q. How so?
A. In spreadsheets from the financial folks.
Q. Bruce Myers has those?
A. Yes.
Q. How many Tier 1 or tier dealers does

11:59:08 Q. Have you or Savant in any way been hampered to innovate new products by anything that's gone on?

11:59:19 A. Yes.

11:59:19 Q. Tell me about that.

11:59:22 A. Well, as a company grows, it needs altitude to grow, and when it doesn't grow according to plan, it's harder to put money -- basically, when you're off plan to put more money into R and D, so it's more of a financial thing than anything else, but we consider ourselves a very innovative company.

11:59:46 Q. You've been able to innovate and produce new products for the market, correct?

11:59:51 A. Technically. But those products need to be sold through dealers. I mean, dealers -- the nice thing -- even the dealers that haven't used us recognizes our technology as being higher quality, being a different model so, again, the problem hasn't been innovation. It's been access to the dealer channel.

12:00:13 Q. Well, in terms of the 500 or so agreements that you've signed up with dealers,

12:00:18 when did you sign those up?
12:00:19 A. That's been going on since 2008 to some extent, but it's one thing signing a piece of paper. Anyone can sign a piece of paper. It's another thing when they're not buying the product or -- hey, look at Cyber Sound and, you know, Mike Thul. They signed up and then stopped. They were still dealers when they stopped. They stopped for almost two years because of threats from Crestron. They felt they had -- they could not sell our product. We didn't terminate them for that, so they were still dealers, but they weren't buying anything for those two years.
12:00:54 Q. When did Cyber Sound first sign up with Savant?
12:00:56 A. I think it was -- you can read it in their declaration. I just don't -- I don't remember. I think it was '09 or '08. It might have been '08, but that was the early days. It was probably '09, but almost -- it was at least a year, maybe even 18 months that they had to stop because of the visit from Crestron.

12:04:08 Q. Sir, what sort of agreements do you have with Apple?
12:04:12 MR. O'KONSKI: Objection. Instruct you not to answer for the reasons stated.
12:04:15 Q. Sir, are you going to take your counsel's instruction and not answer that question?
12:04:19 A. Yes.
12:04:20 MR. O'KONSKI: We're not -- you understand this is a temporary instruction pending getting authorization?
12:04:26 MR. PARK: That's right. And you understand, sir, that once this is resolved, you have to come back and answer this question?
12:04:32 MR. O'KONSKI: Well, we'll give you the agreements. If you have questions at that point, we can talk about him coming back.
12:04:37 MR. PARK: I will have questions about the agreements.
12:04:39 MR. O'KONSKI: Okay.

12:32:09 Q. When you say "today," you mean as of now? 2011?
12:32:15 A. That's correct.
12:32:16 Q. Versus when?
12:32:17 A. Versus when we first started.
12:32:20 Q. Who asked for the discounts generally from Savant?
12:32:30 A. Inside the company, it's typically the general manager. Like Jim Carroll in residential would be the one in charge of where the pricing lands for his business unit. You know, he has pressure to make bottom line, you know, profit, and pressure to be competitive, so typically though we like to keep the pricing stabilized and it doesn't fluctuate, but there's been times where we have to have discounts to be competitive.
12:32:59 Q. And within Savant, is there a formal procedure to request discounts, or is it done informally through e-mails? I mean, how is that -- the request made and approved?
12:33:10 A. Well, he does have a program for certain discounts on the system, but I don't know what they are off the top of my head.

and then we have tech support back at Hyannis.

Q. And the people on the ground, are they actually associated with brick and mortar Savant offices, or are they individual consultants?

A. They're not consultants. They're full-time employees.

Q. And where are --

A. It's typical on how most companies do tech support, they're not in brick and mortar, and I have built tech support systems in my whole career. You don't typically have tech support in brick and mortar because they're in the field supporting, but you need a nationwide, you know, support network, which we put in place in the early days, and that's why the comments that Crestron had about our tech support were complete lies from the day -- it's actually one of the other areas that really aggravated me. They lied about the size of the company, they lied about our facility, and they lied about the people, and that's another thing that really upset me.

I have the best tech support people

on the planet to do control. I'm very proud of these guys 'cause they work hard. They cover the whole United States, and they have covered the whole United States since we started shipping. And for Crestron to have the gall to claim in writing that we don't have tech support to cover our -- the dealers will tell you otherwise. We pride ourselves on the best tech support in the industry, and the dealers that have used us will tell you that. And for them to try to -- again, it's another one of their tactics to smear information about us, and it's in the documents, the things that they released about our tech support. It is very good. It's built up over the years, but, again, for them to try to knock my guys, I personally get offended by that. And it's also smearing the company and smearing individuals, which, again, it's their tactics. It's how they run. It's how they've ran since the day we started competing with them. It's a pack full of lies. So we have a very good network of support people in the field, and to complete

12:55:30 your question, typically, our dealers don't need to use them, but they will use them if they need to. Anyways -- sorry.

12:55:38 Q. Are these tech support people full-time Savant employees?

12:55:41 A. I believe all of them are, but I don't know if we have -- we might have some part-timers. I don't know off the top of my head. Typically, they're full time -- they're full-time Savant employees, I believe.

12:55:54 Q. And how many of those do you have around the country outside of Massachusetts?

12:55:59 A. Again, Jim has the numbers.

12:56:02 Q. Can you give me an estimate?

12:56:03 A. I think it's roughly a dozen. More than enough to cover the territories and especially with this type of system. This system is different than any other system that's out in the marketplace. I don't need more than a dozen people in tech support to cover my technology. We can remote access into our system from Hyannis anywhere in the world to fix anything, so typically, you don't need a person there. The dealer will call our

02:25:01 Q. And to use your terminology, how does Savant compete with Crestron to get dealers to buy Savant's products?

02:25:12 A. We build a better product.

02:25:15 Q. What is Savant's Competitive Flip Program?

02:25:18 A. Competitive Flip Program. The Flip Program was a program due to -- as we discussed earlier, in some cases our prices were higher, and when we had old -- the old touch panel line, we were considerably higher in price than Crestron and AMX and pretty much everybody, so the program was if we were competing against anyone with that line out in the field, we could cut the price of the system.

02:25:52 Q. At what point in time were your prices considerably higher than Crestron and AMX?

02:26:01 A. It was only on the touch panel. Not on the system itself. So it depends on what part of the system, so they were higher basically before April of 2010.

02:26:15 Q. Are they higher now?

A. But they weren't considerably higher because we had a -- we had a discount to get them competitive with Crestron, and that's what the Flip Program was. It was basically to be competitive in price, and we were competitive in price.

Q. Because overall, without that discount program, you were higher in price than Crestron and AMX; is that right?

A. Depending on the configuration. We might have been 5 to 10 percent higher.

Q. During what period of time --

A. Roughly.

Q. Okay. During what period of time were Savant's systems roughly 5 to 10 percent higher in price than Crestron's or AMX's?

A. I don't know if they were -- wait. Hold on a minute. I got to remember. We're going back years, but this program made them competitive in price.

Q. I understand that. But I'm asking you your --

A. Well, from the beginning of the system. Probably all of '09.

05:29:31 MR. O'KONSKI: Right. We're working on that, as you know, and we'll --

05:29:34 MR. PARK: I reserve my --

05:29:35 MR. O'KONSKI: -- give you the document, and you can let me know --

05:29:38 MR. PARK: I reserve the right --

05:29:39 MR. O'KONSKI: -- if you need further testimony, and we'll let you know what our position is on it.

05:29:43 MR. PARK: Okay. That's fine. Thank you, sir.

05:29:45 MR. O'KONSKI: Thank you.

05:29:46 THE VIDEOGRAPHER: The time is 5:29 p.m., and we are off the record. This is the end of the deposition.

05:29:59 (Whereupon, the deposition concluded at 5:29 p.m.)

EXHIBIT 575

**From:** Daniel Thompson [mkmotr@ca.rr.com]
**Sent:** Wednesday, December 08, 2010 11:49 PM
**To:** Jon Fischer; Chuck Parrelli
**Cc:** Mike Kavanaugh
**Subject:** CyberSound and Elite Home Thechnologies

Jon/Chuck,

Elite Home Technologies in Scottsdale Arizona is interested in becoming a Savant dealer. Given some recent bidding wars and the fact that when CyberSound started promoting Savant, Elite has taken up with the Crestron rep trying to take their existing builders (Jon Summer even has E-mails from Crestron and Elite disparaging both CyberSound and Savant that Bob Madonna is aware of). Recently CyberSound was given a verbal commitment on a big Savant project that used to be an Elite customer and now Elite is aggressively pursuing me for the line. The General Manager (Josh Peters) has been told ³no,not at this time² so he¹s called in the big dogs, Jeff Chircus, The owner of Elite Home Technologies. Jeff is very wealthy and in an investor in CAT (so we might even receive calls from CAT also). I¹m sure you¹ll be receiving some communication From Jeff and I wanted to make sure we¹re all on the same page. At this time, adding Elite Home Technologies would not be a positive addition to the territory.
Thanks,
>>
>>
Daniel Thompson
MK Marketing
9590 Research Dr.
Irvine CA. 92618
Cell: 949.413.8941
E-mail: dannyt@mkr <<image.jpg>> ep.com

EXHIBIT 576

**From:** Mike Kavanaugh [MikeK@mkrep.com]
**Sent:** Monday, January 17, 2011 3:12 PM
**To:** Mike Cleary; Danny Thompson
**Cc:** Kaye Allison; Kim Buck
**Subject:** Savant jan 2011 MK rep meeting notes

Savant jan 2011 rep meeting

Bob Modona
6 years ago company started to change the industry
13 million IPads sold in 2010
Androids by mid 2011 will catch IPhones

jim Carroll-2011 become the control line with each dealers World Class Dealer support New software system will direct people to usual answers before human contact needed, research says this is best way.
Sell and educate dealer base on Pro Services Pro Service guys Wil do rep ride alongside to try to sell their time.
CTS- New Hampshire co that will manufacture Savant, world class, forecasts needed Sell amps, HDMI cables, extenders, pro services Rosie will go away "Savant Smart System" to come "True" control will be UI name East and West coast dealer conference for 2011, ny&la Basic training teaches control/ advanced teaches automation-door bell, DVR, icon changes.
Dealers need to get better at adding "Bling" to diffentiate from Crestron and other Savant dealers.
Idea-open up API for UI for select dealers

Chuck
Zoran Jevtic-Central Sales Manager
Responsibly add 175ish dealers to the dealer network, subtract non-supportive dealers, confront and evaluate how to turn them or purge Maximize position with current dealers, need lead position, diversify their mix Limited distribution comes w privileges and responsibilities Encourage dealers to send more people to training like they have w Crestron NY sales training available for target or dealer. dinner nite before, tour, lunch then 2 hour sales training, how to present. Use RSM for local area sales training.
RSMs to travel w reps more, go schedule Jon on our own.
Kevin K available to help close biz-think Audio Command/ AudioVisions training.
Commission Program-(3rd party products and Pro Services excluded) 6% standard commission (excludes Apple) includes Pro Services 2% commission paid on 3rd party products (apple)
1.5%-100
2%-110 (not retro-active, here and below)
2.5-120
3-130
4-150
Note- to be updated due to rep input

Dealer Program
2011
Premier-100-249k,3%, 2 basic, 1 advanced Elite-250-499, 5%, free frt. 2 basic, 1 advanced Reference-500k, 8%, free frt., 4 basic1 advanced
$1800 Savant Care

Craig Spinner
1.2 million web sites visits
Total page views 5 million

35000 YouTube uploads
2185 enduser leads generated, 1400 in US 16% of all sales web generated Will print consumer brochure Qtrly market materials can be printed with dealer logo AIA present to group, recommend they go to ny New product names TrueControl-app name for iPad and touch True image TrueCommand-OSD Smart remote Touch tv Touch surface Smart systems-controllers and switchers Smart Media-protege w sod Smart Media Pro1299/2400/3600 Smart Docs Smart Control phone/ intercom
ACTION- track leads to sales for Craig

Kevin Kicklighter
Bart runs tech group-router,route to Cliff and Tim, then to Jim Boyce if available, then to engineering Profiles, bring completive switch requests to RSM, along w job details, why it should be considered. New jobs should only include Savant switches, max reliability/ predictability.
Pro Services-dealers who us early get up and running more quickly First job use ProServices for on site training, mostly remote, New dealer sign ups- free 20 hours of Pro Services Most time spent on escalations or paid events, sales engineering, will be traveling more w reps
Action item-plan rep trips with PSE to help gain ProServices biz, Savant confidence and traction

Tim M
Product roadmap
Release 4.2.1-true control for Iphone an Itouch
Amp-1640
True command OSD support in the true control screens Live Media query- internal name in how to deal with AppleTv &Kscape-fixes Multi-zone bug in Kscape Fiber extenders (HCX-1200)-will start shipping Is "airplay" important? non IP way to stream data?
add true control app
End of Feb 4.3 release
Smart Media, SSM3100 (protege, lcc2100, osd replacement, Mac mini not in, 6x1 HDMI-3k cost)
Protege is due to be out of stock in Feb protege, occ510, 1010, system 2, Wcs will all go away
2 port vim, vow
Vomvp02 h ( vomvp02 w combos HDMI)
New CPU
HDMI- upgrade w will be available thru firmware, 1,4 New CPU card
Vow-vp02
4,3,1 release targetedApril 18th
Smart Touch remote
Ip PBx-April
4 port fiber card
Smart touch remote-April
Holovision will be the door/ gate opener Shared line big feature over Panasonic New in wall doc w hard buttons

RSMs have access to real time sales numbers

Bruce Hayes-operations and corporate quality Iso 9000 compliant factory, 3 pieces to start in Feb, shipping from new facility by June Expect box output to move from 19000 to 60000, higher quality, more efficient, less time between order and ship Customer satisfaction survey to be sent at the same time each year, once a year, 65 Qs, data building up-customer satisfaction survey

Jeff Rodgers 2011 plan of attack

Pre-requisite- take courses on line, past test at Savant University Build 2 systems and trouble shooting, spend most time at lab stations Profiles are created as this is 50% of TAC centers time
NOTE- Dealers that have a profile tool are less likely to need support help, our support will greatly improve when dealers use this.
ACTION- Get multiples of people into training from same dealer Training skus in price book
PST-Training, level 1
PST-1010 training, level 1, on site
PST-2000 training, level 2,
Sales training is also available
Training dates go online today
Find link on dealer portal and take course and test, encourage all dealers to take test.
Release information education Wil be added as releases come out.

Bob Madona
Protege will stay in line (less host), priced at about same or $200 less
3100 ($3000) will be expandable ($3000) to 16 zones less video
OCC510/1010 will be replaced by SV1000 better 5 by 1 box w OSD, include power supply (ac) built in, cleaner design, more ir, no USB needed,, no spdif changed to optical. $1200, needs host

ACTION buy app World card ? From Dale Pugh

Jeff Rodgers

Savant is unique because- only Apple based control, uses same language as iPad, quicker communication, blue print built in

Bobby-head of EAV
Any vendors that want to join need to contact Bobby No charge to vendors unless they want to create profiles the $1500 that includes 0007 and one on one training.
Note- Media players take a lot of software band width for Profiles, R&D so often times they are turned down Ihiji and Certified Cyber Solutions- concerned about getting involved with them due to increased tech support possibilities.
Less then 5% of all tech calls are bugs in Profiles.
Get outline to Bobby of presentation requests, dealers and reps to use

Jeff Rodgers
IR (cpt= 0007, global cache, adapter) learner is built into Blueprint
4.2.1 Release overview

Sent from my iPad