# EXHIBIT 577

41791.325257

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 10-CV-11622-EFH

---

SAVANT SYSTEMS, LLC,

Plaintiff,

vs.

CRESTRON ELECTRONICS, INC.,

Defendant.

CRESTRON ELECTRONICS, INC.

Counterclaim-Plaintiff,

vs.

SAVANT SYSTEMS, LLC,

Counterclaim-Defendant.

---

VIDEOTAPE DEPOSITION OF BRIAN MOFFETT

April 11, 2012

Pursuant to Notice taken on behalf of Savant Systems, LLC, at Holiday Inn Express, 10101 West 48th Avenue, Wheat Ridge, Colorado 80033, at 9:38 a.m., before Joanne Blair, Registered Professional Reporter and Notary Public within Colorado.

A. I did.
Q. Who are your typical type of customers?
A. We see residential high-end custom homes.
Q. What are high-end custom homes?
A. Well, custom home being a design/build where it starts off at the design stage. Client designs it with hopefully us and a builder and architect, and, you know, that's what I call custom home. Different from a semi custom, different from a tract. And that level of client has a certain income and -- because we're -- what I do is definitely toys for the house, as I call it. So it fits our model.
Q. You mentioned high-end custom homes. What is high end?
A. Our basic client has a home over 3 million. There's definitely custom homes, but it seems that's where our niche has fallen.
Q. In homes of that class, what would be the cost of your products and services typically?
A. Anywhere from 15,000 to 250,000.
Q. Would there be an average or median

cost?

A. It's up to the client and what they want, and that's what drives the whole process. If they don't want anything and they want two TVs, they get two TVs. If they want full control of the whole house, then we offer that. So we cater to them for that.

Q. Is there a typical price range that you find your jobs fitting into?

A. As an average, probably 60,000. And this is going off of just, you know --

Q. Your best --

A. Right.

Q. -- belief and recollection?

A. I don't have any papers in front of me saying this is an exact. But yeah, around, I would say, 60.

Q. This is what you believe?

A. Yes, yeah.

Q. That's all we're asking for. Now, of this residential market -- is there a difference between a residential market and a commercial market?

A. I think so.

Q. What is the difference?

and it interfaces predesigned by modules that Savant built ahead of time and are given there for us. And we basically input like a drag and drop into the software to get whatever we want out of it. And then from there we can manipulate it using Mac third-party software. You know, whatever is on that Mac I can use as a utility to design that interface. That's huge and easy. Cuts costs down because programmers are expensive. There's a lot of -- there's a lot of reasons for switching over, but the main part of it was I liked it. It's something I would put in my house.

And not only that, Apple was getting big. No one can disprove that. And they're doing all the marketing, so why not be a part of that. And it's been -- it was a good move, I think, on our part.

But at the same time, you know, being outside of the box, I never wanted -- you never know what's going to happen. Savant could be out in a year. Apple could buy them and then rearrange them. I don't know. So -- how I see it today is Crestron is just a different product than Savant. And how we use it, I still spec

what -- okay, let me back up. You twisted that a little bit. After he said that -- you know, this is not about him. It's about Crestron. So that's what I know for a fact. So whatever he says -- I don't want to burn my bridge with Crestron. So no, I'm not -- what's best for the company is separate from what we talked about. What me and Rob talked about is Crestron, moving forward. If he didn't want to sell it to me, that's his decision. But I didn't tell him don't or do or, you know, it's your decision. Do what you have to do, but I still consider you a great product. I left it at that.

Q. Did you tell Mr. Christiansen that you would stop selling Savant in response to what he told you?

A. No.

Q. So you went on carrying Savant and trying to sell Savant, right?

A. And selling Savant. I continued to carry both products.

Q. And in fact you said in 2010 and 2011 your sales of Savant made up 99 percent of your sales of home automation control equipment?

A. Yes.

Q. If 99 percent of it was Savant for those two years, what percent was Crestron?
A. 1, 2.
Q. Prior to you carrying Savant, what percentage of your home automation control equipment sales were Crestron?
A. 99.
Q. What were the other 1 percent?
A. Colorado VNet, Net Streams. Hodgepodge of other products that a client may want over Crestron.
Q. So you pretty much -- when you started carrying Savant, you pretty much replaced Crestron with Savant?
A. I didn't. The clients decided. That's the client's decision.
Q. The end result is that your company ended up selling 99 percent Savant rather than 99 percent Crestron?
A. That is correct.
Q. Moving on to paragraph 7 -- actually, let me back up. You said your conversation with Mr. Christiansen that you described in paragraph 6 was 90 minutes?
A. Estimate.

I think that was stepping over the lines a little bit. Again, it goes back to the morals and ethics. No other manufacturer does that. They rely on their dealers to sell their products.

Q. But Crestron did it?

A. Yes.

Q. No other questions.

MR. KAVANAGH: I have no other questions.

MR. O'DONNELL: Thank you, sir.

THE DEPONENT: Thank you both.

MR. KAVANAGH: Thank you for coming in.

THE VIDEOGRAPHER: This marks the end of Tape 2 of 2 in the deposition of Brian Moffett. We are going off the record. The time is 11:48.

MR. KAVANAGH: Etran and exhibits. And hard copy.

MR. O'DONNELL: Jude Anselm handles that at our office. I think we have standing orders. Send a copy to the deponent.

(The proceedings concluded at 11:57 a.m.)

# EXHIBIT 578

PAGES 1 - 151

EXHS. 1 - 9

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
Savant Systems, LLC,        *
                            *
                  Plaintiff *
v.                          *      Civil Action
                            *  No. 10-cv-11622-EFH
Crestron Electronics, Inc., *
                            *
                  Defendant *
                            *
* * * * * * * * * * * * * * *
```

Video Deposition of J.C. Murphy
Friday, January 24, 2014
Courtyard Marriott
707 Iyannough Road
Hyannis, Massachusetts 02601

----------- J. Edward Varallo, RMR, CRR ----------
Registered Professional Reporter
CURRAN COURT REPORTING
21 Rowe Hill Road, Stoneham, MA 02180
781.279.8400

Q. Including distributing Savant's products through a national distributor such as AVAD. Correct?

A. That's been part of the equation along with regional distribution options.

Q. And earlier when Mr. Parrelli was employed by Savant, you and he had discussions about selling and distributing Savant products through Apple resellers. Correct?

A. Yes.

Q. And that was at the retail level. Correct?

A. Yes.

Q. Has Savant followed through and distributed and sold its products through Apple resellers?

A. On a very limited basis. We have probably a dozen Apple resellers that have come on board through our normal integrator process to be able to be authorized to sell and integrate Savant technology.

Q. And how do these Apple resellers differ, if in any way, from a typical custom-design installer/integrator?

entry-level system and there is a requirement that over the course of twelve months, to maintain a level of good standing with Savant, including what else you rep and warrant as a business to me, that you do a minimum of $25,000 of business. And we include that demo system purchase in the aggregate purchases towards that total of all hardware and software that you would buy from Savant.

Q. So the minimum of $25,000 in purchases required by the dealer agreement includes both hardware and software?

A. Yes.

Q. And the initial cost of the entry-level system or demo system would also count towards the minimum purchase for that year?

A. Yes.

Q. The minimum purchasing requirement is a specific term of the dealer agreement. Is that correct?

A. It's a component as part of the obligations from the integrator to Savant; and it is included as an addendum or an exhibit to this agreement.

Q. Do you know whether or not Savant reviews

failing to meet the minimum purchase requirements?
A. Yes.
Q. And how does that come about, sir?
A. Again, at really management's discretion. You know, usually it's a discussion that ultimately is between myself and Jim Carroll, after I've gotten input from the various parties, around -- We kind of outline in the agreement multiple reasons to terminate the agreement between the parties, and usually several of those triggers kind of have to be met. We don't take usually one in isolation and I can't remember ever taking one in isolation and just deciding to terminate a dealer or integrator.
Q. Has in your experience an integrator ever been terminated by Savant for nonperformance or failure to meet particular purchase requirements?
A. No.
Q. Given your role with respect to oversight authority concerning the dealer relationship, would you believe it appropriate for Savant to terminate a dealer for nonperformance of the agreement?
A. Yes.
Q. The agreement that you have in front of you has other terms aside from the ones we've

It was not around we have too many guys in this region. It was always trying to figure out what's the right number of guys. We always felt we didn't have enough.

Q. And have you ever heard Mr. Carroll describe Savant's products as a limited-distribution product?

A. I've heard the team or Mr. Carroll specifically describe the market strategy of limited distribution prior to my coming to Savant.

Q. And what was that limited-distribution strategy, sir?

MR. JACOBS: Objection.

A. I can't speculate on what it was, but I can --

Q. What did Mr. Carroll describe to you, sir?

A. He really didn't describe it.

Q. But he did have discussion with you where he talked to you about the limited distribution strategy?

A. Right. But it was in the context of trying to figure out the market and the optimum number of integrators we needed to get the lion's share of the market, which the net result of all of

MR. PARK: Mr. Murphy, I have no further questions. Thank you, sir.

THE WITNESS: Thank you.

MR. JACOBS: I have no questions.

THE VIDEOGRAPHER: The time is 2:55 p.m. and the deposition is concluded. We are off the record.

(Deposition concluded at 2:56 p.m.)

# EXHIBIT 579

**VOLUME: I**
**PAGES: 1 - 284**
**EXHIBITS: 1 - 25**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 10-cv-11622-EFH

***************************************
SAVANT SYSTEMS, LLC, *
Plaintiff, *
*
vs. *
*
CRESTRON ELECTRONICS, INC., *
Defendant. *

*
CRESTRON ELECTRONICS, INC. *
Counterclaim-Plaintiff *
*
vs. *
*
SAVANT SYSTEMS, LLC, *
Counterclaim-Defendant *
***************************************

**AUDIOVISUAL DEPOSITION OF BRUCE P. MYERS**, a witness called on behalf of the Defendant and Counterclaim-Plaintiff, Crestron Electronics, Inc., taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jacqueline Curran, Registered Merit Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the law offices of Clements & Pineault, LLP, 24 Federal Street, Boston, Massachusetts, on Wednesday, March 20, 2013, commencing at 9:30 a.m.

CURRAN COURT REPORTING
21 Rowe Hill Road
Stoneham, Massachusetts 02180
(781) 279-8400

on this, you know, and he was controlling this document, so that's what I can tell you.

Q. Well, looking at this document sitting here today, do you have any understanding as to what the purpose of this document is?

A. I don't.

Q. You can set that aside, sir. I'm done with that document.

MR. PARK: Sir, I'm handing you what will be marked as Exhibit 4, a document and attachment Bates labeled SAVANT 0224304 through SAVANT 0224310.

(Deposition Exhibit No. 4, E-Mail Chain with attachment, Bates stamped SAVANT 0224304-0224310, marked for identification)

Q. Sir, take a look at the document and then let me know when you're prepared to discuss it, sir.

(Pausing)

A. Okay.

Q. Do you recall this document, sir?

12:00:59 A. I do.
12:01:01 Q. If you look at the cover e-mail, it's an e-mail and attachment that you sent Jim Carroll on August 5, 2010 at 2:53 p.m., correct?
12:01:15 A. That's what it looks like. Yes.
12:01:19 Q. And I'll represent that this -- we received this e-mail from your files and the attachment from your files.
12:01:27 A. Okay.
12:01:28 Q. And I take it that, as we testified, you had communications with Jim Carroll from time to time in your role as CFO of Savant, correct?
12:01:37 A. Yes.
12:01:37 Q. And as of August 5, 2010, you were still CFO of Savant, correct?
12:01:44 A. Yes.
12:01:44 Q. What is your understanding of what Jim Carroll's role was at Savant on August 5, 2010?
12:01:51 A. I believe he was president.
12:01:54 Q. President of Savant Systems?
12:01:54 THE STENOGRAPHER: Is that

12:01:57 yes?
12:01:57 A. Yes. Oh, sorry.
12:02:03 Q. And then on August 5, 2010, you sent him this e-mail with the attachment, correct?
12:02:09 A. It looks like I did.
12:02:11 Q. And you state "Jim, take a look at this. I did it 2 ways for each of the 5 channels. I did based on a % of market size and I also did it based on the # of dealers and the average cost of the system. Please review. I also need you to do the top sections and list the main competitor in each section and what you think their market share is. Please mark up and send back to me. Thanks, Bruce." Do you see that, sir?
12:02:46 A. I do.
12:02:47 Q. And I read that correctly?
12:02:48 A. Yes.
12:02:51 Q. Do you have an understanding or recollection as to why you were sending this to Mr. Carroll on August 5th of 2010?
12:03:01 A. I was just seeing if my assumptions were correct.
12:03:06 Q. Well, the subject is "incremental

12:04:02 be right.
12:04:02 Q. And you wrote that e-mail, correct?
12:04:03 A. It looks like I did.
12:04:05 Q. And when you type e-mails, you type
12:04:08 out the sender to whom you're sending the
12:04:11 e-mail, correct?
12:04:11 A. Yes.
12:04:13 Q. And then you also type out the
12:04:16 subject line, correct?
12:04:17 A. Yes.
12:04:18 Q. And so do you have any doubt that
12:04:21 you typed out that subject line?
12:04:23 A. I probably typed it out.
12:04:30 Q. Do you have any doubt that you did?
12:04:32 A. Well, when you send a file from
12:04:34 Excel, it will sometimes populate the subject
12:04:37 line.
12:04:38 Q. Okay. Do you think that happened in
12:04:40 this case?
12:04:40 A. I don't think so, but whatever.
12:04:43 Q. You don't think so, or you do think
12:04:46 so?
12:04:46 A. I don't think so.
12:04:47 Q. Okay. So looking at the attachment,

it says "Project Einstein"; do you see that?
A. Uh-huh. Yes. Sorry.
Q. What is Project Einstein?
A. Project Einstein is Savant.
Q. What do you mean by that?
A. I would use this template to get a sense of valuation for Savant, so instead of -- if I left the paperwork laying around by mistake, people wouldn't know that it was Savant.
Q. But you would use the term "Einstein" to be a code name for Savant, correct?
A. Yes.
Q. And that you used it to get a valuation of Savant, correct?
A. Correct.
Q. And I take it that in your communications with Jim Carroll, generally, you try to be as truthful and accurate, true?
A. Not sure what you mean.
Q. Sure. In your role as CFO of Savant, do you take efforts to be truthful and accurate in your communications with other

12:07:00 correct.

12:07:01 Q. And did you receive any response
12:07:04 from Mr. Carroll?

12:07:05 A. I couldn't remember, to tell you the
12:07:08 truth, on this.

12:07:08 Q. Is it possible you received --

12:07:10 A. Possible.

12:07:11 Q. And that -- but you were trying to
12:07:15 communicate what you believed was the accurate
12:07:20 state of play at the time, correct?

12:07:22 MR. O'KONSKI: Objection.

12:07:22 A. When I -- when I used this template
12:07:28 to try to get to my valuation, I was trying to
12:07:32 see if the numbers made sense in my head for
12:07:40 the future forecast.

12:07:41 Q. But what you put down to Mr. Carroll
12:07:44 was, in your mind at the time, the best
12:07:47 information you had, correct?

12:07:48 A. I was missing a lot of information.

12:07:51 Q. But what you did provide him was the
12:07:53 best information you had at the time, correct?

12:07:55 A. It was just my guess.

12:07:58 Q. Well, what did you base your guess
12:08:01 on?

02:08:41 Q. And who prepared this particular document, if you know?
02:08:46 A. This one could have been me --
02:08:51 Q. And why do you --
02:08:52 A. -- or it could have been Peter.
02:08:53 Q. Do you have any way of ascertaining whether it's you or Peter?
02:09:01 A. I don't know.
02:09:04 Q. It's something -- it's something that you would have reviewed though at some point in time, correct?
02:09:07 A. Yeah. Yup.
02:09:09 Q. And do you recall back in 2009 which particular case that you thought was the most reasonable one at the time?
02:09:18 A. At this particular time, the most likely forecast was probably the one that was going to come in at that particular time.
02:09:28 Q. And why do you say that, sir?
02:09:31 A. 'Cause it says "Most Likely."
02:09:33 Q. Now, has this been something that you and Savant have typically done through the time that you were a CFO in terms of setting forth most likely, worst case, and

catastrophic forecasts?

A. We do different scenarios. I like to look at the catastrophic side to see what potential money that may be needed, but it's not what we run to.

Q. And how do you come up with the figures or what assumptions do you use to come up with these cases?

A. Just pull it out of my rear end.

Q. Okay. Fair enough.

MR. PARK: Sir, I'm going to hand you what will be marked as Exhibit 11 to your deposition. And it is, again, a native file SAVANT 0178749, which has a printout Bates labeled SAVANT 0178749-1 through 8.

(Deposition Exhibit No. 11, Document Bates stamped SAVANT 0178749 with Monthly Pack for November 2009, Bates stamped 0178749-000001 through 000008, marked for identification)

Q. Sir, if you would take a look at the exhibit marked as Exhibit 11 to your deposition, and then let me know when you are

discuss it and go through it.

Q. And as I understand it, Savant's products initially entered the marketplace at a premium to other competitive products; is that fair?

A. That's fair.

Q. How long did it take, in your opinion, for Savant's pricing to move down to be, you know, at the same level as competitive products?

A. We always shot to be under the competition in pricing. That's what was always our goal, and what you have to look at is the total solution of a -- of a project, so we always look to be under the cost of the total project. You can't look at it by a part-by-part basis. You have to look at it as a solution. And so we try to look at that as a solution to be under the competition. That's what we try to be, a little bit under.

Q. But in terms of invoicing and a bill of materials, there are actually products and product prices that go on to a bill of materials, correct?

03:37:55 A. Yes.
03:37:56 Q. And so at this time, who was preparing the set of financial documents, sir?
03:38:00 A. Sue Furman.
03:38:02 Q. And would Mr. Wisniowski be at all involved in the preparation of these, this exhibit or the information in this document?
03:38:11 A. I don't think he has any slides he has to do on this one.
03:38:21 Q. And this is a document though that, as we discussed, you would review for content and accuracy, correct?
03:38:27 A. Correct.
03:38:28 Q. And if you look at the page two of this, it's entitled Savant Systems Year to Date 2012 Flash Report?
03:38:37 A. Yes.
03:38:38 Q. So now there's a different heading for these financial statements, correct?
03:38:43 A. Yes.
03:38:44 Q. But they would be kept in the file for Flash Reports, correct?
03:38:47 A. Correct.
03:38:48 Q. Now, if you look, there's a heading

04:16:47 production capabilities." Do you see that?

04:16:49 A. Yes.

04:16:49 Q. And this is something that the DiCicco firm stated as of March 3, 2009, correct?

04:16:58 A. Let me look at the -- yes.

04:17:07 Q. And is this information that you provided to the DiCicco firm?

04:17:13 A. I believe I would.

04:17:15 Q. And at that time, what did you expect with respect to the time period at which -- during which the company would continue to incur losses and cash flow deficits as it continued to develop the market for its product?

04:17:32 A. The timeline? I couldn't tell you. I would be just guessing.

04:17:41 Q. But at that time, you told the DiCicco firm for some period of time you expected the company to incur losses and cash flow deficits, correct?

04:17:51 A. Correct.

04:17:51 Q. And that was because the company was starting up and beginning to market its

04:17:58 product; is that fair?
04:17:59 A. Correct.
04:18:00 Q. So at least for some period of time,
04:18:03 you thought it would be normal for the company
04:18:05 to incur such losses and cash flow deficits;
04:18:09 is that correct?
04:18:09 A. Correct.
04:18:10 Q. And would it be fair to say that
04:18:13 part of your concern with respect to tracking
04:18:17 capital uses and sources was to ensure the
04:18:20 continued funding and operation of the company
04:18:22 during that time period?
04:18:23 A. When we go back to that other
04:18:28 sheet --
04:18:28 Q. Yes.
04:18:28 A. -- that we used to do, that was just
04:18:31 me knowing what we think we were going to
04:18:32 spend at that particular time.
04:18:35 Q. Okay. Did the DiCicco firm ask any
04:18:40 questions to you with respect to what your
04:18:44 expectations were with respect to the time
04:18:46 period during which the company would continue
04:18:50 to incur losses and cash flow deficits?
04:18:53 A. I'm sure they did.

05:12:38 is now 5:11. That concludes today's
05:12:41 deposition. We're now off the
05:12:42 record.
05:12:44 (Whereupon, the deposition concluded at 5:12 p.m.)

EXHIBIT 580

**From:** Bruce Myers
**To:** Jim Carroll
**Sent:** 8/5/2010 2:53:49 PM
**Subject:** Incremental Revenue Analysis
**Attachments:** 002C5055.pdf; ATT9680999.htm

EXHIBIT 4
WIT: Myers
DATE: 3-2013
J. CURRAN

Jim

take a look at this. I did it 2 ways for each for the 5 channels. I did based on a % of market size and I also did it based on the # of dealers and the avg cost of the system. Please review. I also need you to do the top sections and list the main competitor in each section and what you think their market share is. Please mark up and send back to me

thanks

Bruce

770 Main Street
Osterville, MA 02655
Ph 508-683-2451
Fx 508-683-2751
Mb 508-889-9290
bmyers@savantav.com

www.savantav.com

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683-2500 and delete this message and its attachments, if any.

Begin forwarded message:

**From:** "Enterprise-Messaging" <5086832400@savantav.com>
**Date:** August 5, 2010 2:44:19 PM EDT
**To:** bmyers@savantav.com
**Subject: Fax Message for you (bmyers@savantav.com) from**
**Reply-To:** "Enterprise-Messaging" <non-mail-user@savantav.com>

A fax was received at 14:44:19 on Thu 08/05/2010.

# Project Einstein

*Incremental Revenue Analysis*

**Residential - Cedia Market (**North America ONLY**)**

| | | |
|---|---|---|
| **Background** [1] | | |
| *Cedia Market* | $ | 250.0 |
| Growth | | 2.0% |
| **Share** | | |
| Crestron | | 35.0% |
| AMX | | 25.0% |
| Savant | | 10.0% |
| Control 4 | | 10.0% |
| Extron | | 10.0% |
| Other | | 10.0% |
| Total | | 100.0% |

| Revenue Forecast | 2009E | 2010E | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|
| Cedia Control A/V | $ 250.0 | $ 255.0 | $ 260.1 | $ 265.3 | $ 270.6 |
| Share Gain From Competition | 2.0% | 5.0% | 11.5% | 18.0% | 25.5% |
| Revenue From Competition | $ 5.0 | $ 12.8 | $ 29.9 | $ 47.8 | $ 69.0 |
| Current Dealers | 250 | 250 | 325 | 400 | 475 |
| Additional Dealers | | 125 | 125 | 125 | 125 |
| Eliminated Dealers | | (50) | (50) | (50) | (50) |
| Total Dealers | 250 | 325 | 400 | 475 | 550 |
| Avg Cost of System Per Dealer | | 0.020 | 0.020 | 0.020 | 0.020 |
| Avg Amount Per Dealer | | $ 0.04 | $ 0.075 | $ 0.100 | $ 0.125 |
| Avg. # Systems per year | | 2.0 | 3.8 | 5.0 | 6.3 |
| Revenue From Cedia Market | #REF! | $ 13.00 | $ 30.00 | $ 47.50 | $ 68.75 |

(1) Source: Einstein management

# Project Einstein

## *Incremental Revenue Analysis*

### Commercial Market (**North America ONLY**)

| | | |
|---|---|---|
| Background [1] | | |
| *Commercial Market* | $ | 1,000.0 |
| Growth | | 2.0% |
| Share | | |
| Crestron | | 0.0% |
| AMX | | 0.0% |
| Savant | | 0.0% |
| Control 4 | | 0.0% |
| Extron | | 0.0% |
| Other | | 0.0% |
| Total | | 0.0% |

| Revenue Forecast | 2009E | 2010E | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|
| Commercial Control A/V | $ 1,000.0 | $ 1,020.0 | $ 1,040.4 | $ 1,061.2 | $ 1,082.4 |
| Share Gain From Competition | 0.0% | 0.2% | 0.6% | 1.7% | 4.2% |
| **Revenue From Competition** | $ - | $ 2.0 | $ 6.2 | $ 18.0 | $ 44.9 |
| Current Dealers | 5 | 5 | 20 | 30 | 60 |
| Additional Dealers | | 15 | 15 | 40 | 40 |
| Eliminated Dealers | | - | (5) | (10) | (10) |
| Total Dealers | 5 | 20 | 30 | 60 | 90 |
| Avg Cost of System Per Dealer | | 0.020 | 0.020 | 0.020 | 0.020 |
| Avg Amount Per Dealer | | $ 0.100 | $ 0.200 | $ 0.300 | $ 0.500 |
| Avg. # Systems per year | | 5.0 | 10.0 | 15.0 | 25.0 |
| **Revenue From Commercial Market** | #REF! | $ 2.00 | $ 6.00 | $ 18.00 | $ 45.00 |

(1) Source: Einstein management

# Project Einstein

## *Incremental Revenue Analysis*

### OEM Market

| Background [1] | | |
|---|---|---|
| *OEM Market* | $ | 100.0 |
| Growth | | 2.0% |
| **Share** | | |
| Crestron | | 0.0% |
| AMX | | 0.0% |
| Savant | | 0.0% |
| Control 4 | | 0.0% |
| Extron | | 0.0% |
| Other | | 0.0% |
| Total | | 0.0% |

| Revenue Forecast | 2009E | 2010E | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|
| OEM Control A/V | $ 100.0 | $ 102.0 | $ 104.0 | $ 106.1 | $ 108.2 |
| Share Gain From Competition | 0.0% | 0.0% | 2.7% | 6.1% | 10.0% |
| Revenue From Competition | $ - | $ - | $ 2.8 | $ 6.5 | $ 10.8 |
| Current Dealers | - | - | - | 4 | 5 |
| Additional Dealers | | - | 4 | 2 | 2 |
| Eliminated Dealers | | - | - | (1) | (1) |
| Total Dealers | - | - | 4 | 5 | 6 |
| Avg Cost of System Per Dealer | | 0.001 | 0.001 | 0.001 | 0.001 |
| Avg Amount Per Dealer | | $ 0.500 | $ 0.700 | $ 1.300 | $ 1.800 |
| Avg. # Systems per year | | 500.0 | 700.0 | 1,300.0 | 1,800.0 |
| Revenue From OEM Market | #REF! | $ - | $ 2.80 | $ 6.50 | $ 10.80 |

(1) Source: Einstein management

## Residential - Middle Market (**North America ONLY**)

(Electricians/Security)

| Background [1] | |
|---|---|
| *Middle Market* | $ 500.0 |
| Growth | 2.0% |
| **Share** | |
| | 0.0% |
| AMX | 0.0% |
| Savant | 0.0% |
| Control 4 | 0.0% |
| Extron | 0.0% |
| Other | 0.0% |
| Total | 0.0% |

| Revenue Forecast | 2009E | 2010E | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|
| Middle Market Control A/V | $ 500.0 | $ 510.0 | $ 520.2 | $ 530.6 | $ 541.2 |
| Share Gain From Competition | 0.0% | 0.0% | 0.8% | 2.8% | 5.2% |
| **Revenue From Competition** | $ - | $ - | $ 3.9 | $ 15.0 | $ 28.1 |
| **Current Dealers** | - | - | - | 75 | 150 |
| **Additional Dealers** | | - | 125 | 125 | 125 |
| **Eliminated Dealers** | | - | (50) | (50) | (50) |
| **Total Dealers** | - | - | 75 | 150 | 225 |
| **Avg Cost of System Per Dealer** | | | 0.010 | 0.010 | 0.010 |
| **Avg Amount Per Dealer** | | | $ 0.05 | $ 0.100 | $ 0.125 |
| Avg. # Systems per year | | | 5.0 | 10.0 | 12.5 |
| **Revenue From Middle Market** | #REF! | $ - | $ 3.75 | $ 15.00 | $ 28.13 |

(1) Source: Einstein management

## International Market

**Background** [1]

| | |
|---|---|
| *International Market* | $ 100.0 |
| Growth | 2.0% |
| **Share** | |
| Crestron | 0.0% |
| AMX | 0.0% |
| Savant | 0.0% |
| Control 4 | 0.0% |
| Extron | 0.0% |
| Other | 0.0% |
| Total | 0.0% |

| Revenue Forecast | 2009E | 2010E | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|
| International Control A/V | $ 100.0 | $ 102.0 | $ 104.0 | $ 106.1 | $ 108.2 |
| Share Gain From Competition | 0.0% | 1.0% | 5.0% | 10.0% | 18.0% |
| Revenue From Competition | $ - | $ 1.0 | $ 5.2 | $ 10.6 | $ 19.5 |
| Current Dealers | 2 | 2 | 22 | 69 | 105 |
| Additional Dealers | | 20 | 57 | 51 | 71 |
| Eliminated Dealers | | - | (10) | (15) | (20) |
| Total Dealers | 2 | 22 | 69 | 105 | 156 |
| Avg Cost of System Per Dealer | | 0.020 | 0.020 | 0.020 | 0.020 |
| Avg Amount Per Dealer | | $ 0.05 | $ 0.075 | $ 0.100 | $ 0.125 |
| Avg. # Systems per year | | 2.5 | 3.8 | 5.0 | 6.3 |
| Revenue From International Market | #REF! | $ 1.10 | $ 5.18 | $ 10.50 | $ 19.50 |

(1) Source: Einstein management

## Total Savant Addressable Market

| Background (1) | |
|---|---|
| *Total Market* | $ 100.0 |
| Growth | 2.0% |
| Share | |
| Crestron | 0.0% |
| AMX | 0.0% |
| Savant | 0.0% |
| Control 4 | 0.0% |
| Extron | 0.0% |
| Other | 0.0% |
| Total | 0.0% |

| Revenue Forecast | 2009E | 2010E | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|
| OEM Control A/V | $ 1,950.0 | $ 1,989.0 | $ 2,028.8 | $ 2,069.4 | $ 2,110.7 |
| Share Gain From Competition | 0.3% | 0.8% | 2.4% | 4.7% | 8.2% |
| Revenue From Competition | $ 5.0 | $ 15.8 | $ 48.1 | $ 97.8 | $ 172.4 |
| Current Dealers | $ 257.0 | $ 257.0 | $ 367.0 | $ 578.0 | $ 795.0 |
| Additional Dealers | $ - | $ 160.0 | $ 326.0 | $ 343.0 | $ 363.0 |
| Eliminated Dealers | $ - | $ (50.0) | $ (115.0) | $ (126.0) | $ (131.0) |
| Total Dealers | $ 257.0 | $ 367.0 | $ 578.0 | $ 795.0 | $ 1,027.0 |
| Avg Cost of System Per Dealer | | $ 0.1 | $ 0.1 | $ 0.1 | $ 0.1 |
| Avg Amount Per Dealer | | $ 0.7 | $ 1.1 | $ 1.9 | $ 2.7 |
| Avg. # Systems per year | | $ 509.5 | $ 722.5 | $ 1,335.0 | $ 1,850.0 |
| Revenue From Total Market | #REF! | $ 16.1 | $ 47.7 | $ 97.5 | $ 172.2 |

(1) Source: Einstein management

# EXHIBIT 581

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

# DEALER AGREEMENT

CRESTRON

THIS AGREEMENT made and entered into as of the 15 day of APRIL, in the year 2008 by and between NU-SYSTEMS, INC.

(hereinafter referred to as "Dealer") and CRESTRON Electronics, Inc. 15 Volvo Drive, Rockleigh, New Jersey, 07647 U.S.A. and its subsidiaries (hereinafter referred to as "CRESTRON"), a corporation organized under the laws of the State of New Jersey.

## RECITALS

*CRESTRON produces and sells products for the Audio/Visual Media Control Market. The specific products authorized for sale by Dealer under the terms and conditions of this Agreement are detailed in APPENDIX A attached hereto (hereinafter collectively referred to as the "Products").*

*CRESTRON and the Dealer agree that the Dealer shall act as CRESTRON'S authorized non-exclusive Dealer with responsibility for the sale, installation and customer support of Products subject to the terms and conditions hereinafter set forth.*

***NOW, THEREFORE,** the parties agree as follows:*

**1. APPOINTMENT AND AUTHORIZED LOCATION:**
CRESTRON hereby appoints the Dealer as its authorized agent for the Products set forth in APPENDIX A.

**2. DEALER REPRESENTATIONS AND WARRANTIES:**
Dealer represents and warrants that all of the statements made in the Dealership Application and made a part hereof were and are true and accurate statements upon which CRESTRON may rely. Dealer represents and warrants to CRESTRON that it employs a sufficient number of trained sales and administrative personnel and has adequate facilities and capital to effectively and efficiently develop demand for and make sales and deliveries of products to the location or locations set forth in Appendix B and to otherwise perform its obligations under this Agreement. Dealer further represents and warrants that it is duly authorized to enter into this Agreement and perform its obligations hereunder, and that nothing in this Agreement constitutes a breach of or is otherwise inconsistent with any other agreement or obligation to which the dealer is a party or which affects dealer.

**3. DEALER OBLIGATIONS:** Dealer shall, at its own expense:

- Maintain an adequate trained sales force and exercise its best efforts to promote the use and sale of CRESTRON Products;
- Maintain an adequate technical and training staff to ensure proper installation and utilization of CRESTRON products and training of customers.
- Maintain up-to-date technical knowledge and assist users with both warranty and non-warranty repairs in a reliable and professional manner.
- Provide and maintain sufficient financial capability to purchase an adequate supply of Products in accordance with the credit and payment requirements of CRESTRON and;
- Maintain in stock current product line for demonstration and customer support purposes.

**4. OBLIGATIONS OF CRESTRON:**

- Subject to the provisions of paragraph 5 herein, CRESTRON shall sell products to the Dealer for re-sale to Audio/Visual Control Markets, at the net prices established from time to time by CRESTRON. All prices are subject to change without notice. All prices are net of shipping, tax and insurance. CRESTRON reserves the right to change pricing, discount or product specifications, or to discontinue the sale of any or all of the Products without notice.
- CRESTRON shall cooperate with the Dealer in the promotion of Products by furnishing, upon request, reasonable quantities of brochures and circulars describing the Products and shall furnish, upon request, available technical information concerning the same. The foregoing obligation is limited to furnishing brochures and circulars which CRESTRON, at its sole discretion, has elected to prepare.

**5. ORDER ACCEPTANCE AND TERMS OF SALE:**

- All orders for Products are subject to acceptance and acknowledgment by CRESTRON. No order shall be binding upon CRESTRON until so accepted. The terms of sale are net 30 days from date of invoice upon approved credit, however, CRESTRON reserves the right to ship C.O.D. if the Dealer's financial condition or credit history warrants the same.
- CRESTRON shall not be affected by or responsible for any credit extended by the Dealer to its customers.

EXHIBIT 582

PDF-XChange Click to buy NOW! www.tracker-software.com

# Industry Report

# Connected Home Systems:
## Smart Home Central Controllers & Platforms

2013



Presented By:

PARKS ASSOCIATES

© 2013 Parks Associates




**Figure 4 Selected Smart Home Controller Positions**

There are two key paths to the end-user market: smart home products and smart home systems (**Figure 5**). Systems again split into application-specific systems such as Lutron or Vantage lighting control systems, whole-house smart home systems such as Crestron or Leviton's HAI, and single smart home device products such as Belkin's WeMo or Chamberlain's smart garage door. Complicating these categories is that some systems integrate a few, but not all, smart home devices. An example is Ingersoll Rand's Nexia. Smart home controllers from service providers use cloud platforms to provide fundamental functions for their controllers. Some smart home platforms target a whole-house solution or cross category applications while others provide a single-point or multi-point solution for products aimed at providing a superior benefit for a specific category.

# EXHIBIT 583

PDF-XChange Click to buy NOW! www.tracker-software.com



PDF-XChange Click to buy NOW! www.tracker-software.com

# Home Systems: Home Controls
## 2007 Update

Published: 2Q 2007
Executive Editor: Tricia Parks
Authors: Bill Ablondi

the bottom line

- **Adoption of home controls remains low and overall intentions to buy control systems are modest. The primary reasons for low adoption among mainstream consumers are twofold: lack of awareness of the capabilities and conveniences control systems can provide and insufficient number of affordable installation services. Households planning to move are the most likely to acquire controls and other home systems.**

- **The total potential market for home controls will be realized when current custom and proprietary hardware and software evolves into standard specialty PC software and hardware that takes advantage of the IP network infrastructure developing in a majority of homes and no-new-wires communication protocols suitable for exiting homes.**

- **Home controls are one dimension of a broader set of home systems that include entertainment, security, energy management, broadband access and data networking. These other home systems can be Trojan horses to carry controls into homes if control systems manufacturers partner with firms providing these other systems and services.**

- **There is a lack of installation and support capability for home controls and other connected home systems required to reach mainstream consumers. Wealthy households are served by the custom installation/integration channel and PC fix-it organizations offer limited connected home set-up and installation services.**

- **Home networks are poised to become the backbone of connected home systems because of the improved device discovery and diagnostics/troubleshooting capabilities provided by enhanced user interfaces, Web services and other tools. These capabilities, plus no-new-wires controls and sensors that bypass the need for traditional wired infrastructure and control middleware are positioning the LAN to be the infrastructure for command and control networks in homes**

- **Overall consumer demand for remote monitoring and control is significantly higher than for standalone control systems. This realization is driving a number of firms to address the market, some in partnership with service providers, and others independently.**

PARKS ASSOCIATES

PDF-XChange Click to buy NOW! www.tracker-software.com

PDF-XChange Click to buy NOW! www.tracker-software.com

# Home Systems: Home Controls 2007 Update

## Resource Book

*Executive Editor:* Tricia Parks
*Author:* Bill Ablondi

© 2007 Parks Associates

PARKS ASSOCIATES

5310 Harvest Hill Road
Suite 235, Lock Box 162
Dallas, Texas 75230-5805

Toll Free 800 727-5711
Telephone 972 490-1113
Facsimile 972 490-1133

www.parksassociates.com
sales@parksassociates.com

PDF-XChange Click to buy NOW! www.tracker-software.com



## AMX

| | |
|---|---|
| **AMX** | 3000 Research Drive<br>Richardson, TX 75082 |
| **Phone** | 469-624-8000 |
| **Fax** | 469-624-7153 |
| **Contact** | Rashid Skaf, President and CEO<br>Scott Carpenter, Product Manager |
| **Company Background** | Founded in 1982, went public in 1995, re-launched in 1999 as Panja, and in 2001 went back to AMX name. In 2005, was purchased by and became a subsidiary of Duchossois Industries, Inc. and was taken private.<br><br>One of the two established leaders in the section of the industry that targets only the high end market. AMX products are based on proprietary software and hardware, but interface to many popular subsystems in the entertainment, lighting control, energy control and security categories.<br><br>In 2006 the company branched into multi-room/multi-source audio distribution with the acquisition of Matrix Audio Designs; it also acquired AutoPatch, adding signal switching and routing to its products and Endeleo, a manufacturer of media distribution technology. |
| **Number of Employees** | 400+ |
| **Revenues** | AMX is now private; thus no revenues are provided by the company. Parks Associates estimates that its RESIDENTIAL controls revenues are between \$40M - \$45M USD. 60% of sales in U.S. |
| **Years in business** | 24 years business<br>24 years in control market<br>12+ years in touch screen market place |
| **Company Strengths** | Experienced management team has turned the company around since 11/2001 by trimming back employees, scaling back number of products from 1900 to 600, increased R&D budget, realizing substantial profits from 60 products only several years old.<br><br>The elegance and aesthetics of the AMX products as well as their "simplicity" and usability are hard won strengths. |

PDF-XChange Click to buy NOW! www.tracker-software.com



| | |
|---|---|
| | For some time, the AMX touch screens were considered the best; after a somewhat stagnant period between 2001 and 2004, improvement is again occurring. The company has talented designers and sophisticated and complex software. Crestron and AMX are the two companies with the most flexible and customizable software. Software of both companies is difficult to program, at least from the perspectives of either a consumer or an unsophisticated dealer.<br><br>AMX's stand as the "Rolls-Royce" separates it from all around it. While the market is limited in volume, its scope is broad and the dollars spent by buyers per installation are significant. Certainly, a $50K price tag for the AMX equipment alone is an average, not extreme price. |
| **Company Weaknesses** | History of poor performance and questionable decisions after going public had damaged the company reputation. The company is now the path to restoring its golden name. Dealers, once burnt, do have long memories so re-adoption of AMX systems has been a gradual process. Recent reports (the last year) are solid and positive.<br><br>AMX software is difficult to program. The end user is dependent dealer/installer for any changes. |
| **Strategic Vision** | Produce the sleekest, easiest to use, most versatile home control systems in the world. Touch screen is the keystone user interface for AMX because they believe that the touch screen is the simplest interface to use. All efforts of AMX are focused on the simplification of their product for end users, installers and programmers.<br><br>However, AMX also offers a non-touch screen remote; it too offers high aesthetics and ergonomics.<br><br>AMX wishes to be the company who sells to high level income groups – those living in homes worth $2M+. AMX does not choose to adapt their product for sale to high middle income customers. They consider themselves the Rolls Royce of remote controls and wish to remain in that niche. |

PDF-XChange Click to buy NOW! www.tracker-software.com

PDF-XChange Click to buy NOW! www.tracker-software.com



PDF-XChange Click to buy NOW! www.tracker-software.com


© 2007 Parks Associates

## Control4

# Control4

| | |
|---|---|
| **Corporate Address** | 11734 South Election Road, Ste. 200<br>Salt Lake City, Utah 84020 |
| **Phone** | 801-523-3100, 888-400-4070 |
| **Fax** | 801-523-3199 |
| **Website** | www.control4.com |
| **Management** | Will West, CEO and co-founder<br>Eric Smith, Chief Technology Officer and co-founder<br>Mark Morgan, Vice President and co-founder |
| **Company Background** | Founded in 2003 |
| **Strategic Vision & Strategy** | To design control components that can be retrofitted; by, reducing the cost of installation; making automated home control available to the average home.<br><br>To provide effortless control of the home<br><br>Control4 is using easy and complete entertainment system control to help introduce home management systems into the home, viewing entertainment as the Trojan Horse that can create necessary familiarity with home control applications such as lighting for a home theater room. |
| **Partners** | Ember – Ember offers a whole product solution, hardware and software tools, experience in developing and testing and a high level of expertise. At the heart is the EM2420, a ZigBee-ready chip from Ember that brings the reliability and versatility of mesh networking to Control 4 products. |
| **Revenues** | Control4 is private and young. Funded by venture capitalists with well over $50M, the first task of the company is developing reliable product lines reliable and moving those into distribution. With |

© 2007 Parks Associates

distribution and control will evolve from the current efforts now underway at PC and CE companies making the systems more affordable. Parks Associates forecasts that average prices will drop to just over $1,700 by 2012 and that, plus the WOW factor of total entertainment source and display freedom, will push sales to 245,000 generating more than $420 million in sales.

The market for intelligent HVAC controllers is small and reserved for not only expensive homes, but also for large homes that are acquired by wealthy homeowners. In many ways, these systems parallel the capabilities of commercial energy systems more than a typical residential system. Concern for energy use will continue growth, but at a more modest 7.6% CAGR from 2007 through 2012 due to these factors.

Intelligent lighting control systems require extensive wiring therefore new construction will account for the majority of the market. Power line and wireless technologies hold the promise of dramatically expanding the market as they allow installation of ILCs into existing homes. The shear number of existing homes compared with new homes point to the retrofit market dominating sales as technology improves. Even with these advancements in wireless and power line technologies, whole-house intelligent lighting control will remain the domain of trend-setting homes primarily in the price range of $500,000 and beyond.

The total market value of security controllers reached $1.3 billion in 2005 and surpassed $1.4 billion in 2007 (Figure 39). Growth in sales of intelligent security system controllers will drive the total security category to $2.3 billion in 2012. The market for intelligent security system controllers reached $529 million in 2007, accounting for 36% of total end-user value. ISSCs will cut into the market for regular, dealer-installed systems and account for 42% of total end user value or nearly $1billion by 2012. DIY systems will grow with the market, but are not expected to capture "share" from dealer installed systems.

PDF-XChange Click to buy NOW! www.tracker-software.com



## Crestron

| **Crestron** | Crestron Electronics, Inc. |
|---|---|
| **Address of Corporate Headquarters** | 15 Volvo Drive<br>Rockleigh, NJ 07647 |
| **Phone** | 800-237-2041, 201-767-3400 |
| **Fax** | 201-767-7576 |
| **Website** | www.crestron.com |
| **Contact** | Randy Klein, COO<br>Chris Wildfoerester, Director of Marketing<br>Jason Tirado, Director of International Sales |
| **Number of Employees** | 800–900 Worldwide (Parks Associates estimate) |
| **Years in business** | 38 years in business<br>All years in controls<br>20 years in touch screen business |
| **Company Background** | Privately held; founded by George Feldstein.<br>Crestron released its first touch screen in 1988<br><br>One of the two established leaders in the industry for touch screen integrated control systems. All Crestron products are based on their proprietary hardware and software.<br><br>In the 2000 timeframe, Crestron management made a strategic decision to focus on high end control systems in the residential arena. Until that time, AMX and Crestron had competed nearly head to head in terms of dollars and unit sales achieved. Crestron's focus combined with missteps and market vagaries for AMX changed the equation. Today, Crestron holds 80% of the unit high end custom whole house controller sales with AMX at about 20%.<br><br>Accompanying the decision to focus on residential came the decision to expand Crestron offerings beyond its central controller and user interfaces to include categories, previously solely provided by category subsystem manufacturers such as Niles for multi-room audio and Lutron for lighting controls. Over the next few years, Crestron introduced lighting controls, surround sound processors, amplifiers, a multi-room audio system and other extensions to central integrated control.<br><br>While expansion into product categories of erstwhile partners has caused some backlash, it has enhanced Crestron's ability to integrate functions rather than just offer connection. Further, Crestron is clear with its dealers that it is their choice whether to offer Crestron lighting, for example, or Lutron.<br><br>The heart of Crestron's software is the Crestron data base. It contains hardware definitions for all Crestron hardware devices and third party drivers Crestron also has a data base that even looks up the type cable needed for the applications. |

PDF-XChange Click to buy NOW! www.tracker-software.com



| | |
|---|---|
| | Crestron continues to see the highest growth rates in the US, but perceives that Europe has the future potential (3-7 years) for high growth rates. |
| **Primary target markets** | Very upscale households (top 10%-15% US HHs) via high-end custom installers. No plans now or in the future to go after mass market.<br><br>Crestron's recent moves to develop category hubs that can be purchased for less and don't offer ALL capabilities is a smart way for Crestron to expand its targets. For example, a household can have a complete and elegant Crestron entertainment controller for its home theater equipment along with an easy-to-use touch screen remote for about $15K. While no means affordable to the bulk of Americans, this is less than systems in the past and will be attractive to a set of upscale homeowners who are and were unwilling to face a $30K or $50K expenditure for a system.<br><br>In addition, entertainment has cache and many families view it as a luxury but more meaningful than one more fancy car or other luxuries. In a new home, that $15K decision may go straight as an addition to an already considerable mortgage. |
| **Dealer Requirements** | Must be established in the A/V business, attend training and invest in demo products. ($8,000-$18,000). |
| **Dealer Training** | Crestron Technical Institute prepares A/V residential specialists for designing, installing and programming Creston products. Crestron supplies "Creston True Blue Support" to all its dealers online and training at the Crestron Technical Institute. |
| **Primary Enablers** | • Growing interest for touch screen controls<br>• For families with complex home theaters, simple to use controls nearly a "must";<br>• Increasing cost of entertainment equipment due to new TVs and expensive homes change the meaning of the $ for many home dwellers;<br>• Cocooning, spoken of for over a decade as a trend, has actually become a trend following 9-11.<br>• Excellent reputation of Crestron. Focus on customer satisfaction. The high end market for electronics will not be affected by the slow down in the housing market. |
| **Primary Inhibitors** | • In terms of market size, high cost of proprietary software and hardware<br>• Limited market due to expensive product and installation.<br>• Qualified dealers with customer focus at a premium<br>• The issue of mid-market control systems (or lack thereof) inhibits awareness for control systems overall<br>. |

PDF-XChange Click to buy NOW! www.tracker-software.com



## Home Automation Inc. (HAI)

| Home Automation, Inc. (HAI) | |
|---|---|
| **Management** | Jay McClellan, CEO and co-founder with Tom Pickral and Brian Yokum |
| **Company Address** | 4330 Michoud Blvd.<br>New Orleans, LA 70129 |
| **Phone** | 504-736-9810 |
| **Fax** | 504-736-9890 |
| **Website** | www.homeauto.com |
| **Company Background** | Founded in 1985 as a security system manufacturer. Security systems also provide other home control functions.<br><br>This company has grown to become the most recognized home control system provider for mid range housing. In comparison to high-end systems such as Crestron and AMX, HAI is affordable with end user sales ranging between $4K and $7K.<br><br>HAI's focus is to provide a dependable affordable product that meets the desires of most homeowners. High end homeowners are not the target although some purchase the system. Instead, the target is the "mass affluent"; that is homeowners in the top 40% or so of US socioeconomic status.<br><br>HAI was hit hard during 2005's Katrina causing it to have to move operations and then rebuild in the aftermath of destruction. As evidence of the great loyalty of its dealers, all stayed with them; as further evidence of its good name and industry relationships, vendors accepted payouts, dealers accepted waits, and all, virtually, joined the cheering section.<br><br>Years of quality had their say. 2005 was a banner year for HAI. Parks Associates estimates its revenues at between $9.5M - $11M. According to HAI, there are approximately 150,000 HAI systems now in the market. Parks Associates estimates that 2006 sales may hit 17K. |
| **Number of Employees** | 40 |
| **Years in business** | 26, 5 years in touch screen remote market |
| **Company Strengths** | HAI products are well developed and reliable. They have passed the test of time and perform well under homeowner use for years without failure.<br><br>Methodical strategic planning, product development, sales and marketing, training, and business growth.<br>HAI's strength in touch screen remotes and their commitment and understanding of simple and intuitive interfaces<br><br>HAI targets the middle income market which is steadily increasing. |

PDF-XChange
Click to buy NOW!
www.tracker-software.com


© 2007 Parks Associates

| | |
|---|---|
| ROSIE Analog Home Theater and Multi-channel Amplifiers | The ROSIE Multi-Channel Amplifier is a 16-channel high performance power amplified designed primarily for use in multi-room installations where superior sound quality is demanded. |




| | |
|---|---|
| ROSIE Plasma Display | The Savant Plasma Displays are integrated with their communications interface enabling telephony features and video chatting via our embedded video camera. Our communication features are accessed through our intuitive, artistic and graphically rich on-screen display (OSD). |



| | |
|---|---|
| **Distribution** **Primary Channels** | Home system integrators and manufacturers representatives. |
| | Savant is also establishing a program targeted to form relationships with manufacturers of audio, video, lighting control, HVAC, security, and other components, devices and subsystems that want to add Savant's control capabilities to their systems. |
| **Primary target markets** | High-end, whole-home control systems in residential markets. |

EXHIBIT 584

# Home Systems: Home Controls
## 2007 Update

Published: 2Q 2007
Executive Editor: Tricia Parks
Authors: Bill Ablondi

the bottom line

- **Adoption of home controls remains low and overall intentions to buy control systems are modest. The primary reasons for low adoption among mainstream consumers are twofold: lack of awareness of the capabilities and conveniences control systems can provide and insufficient number of affordable installation services. Households planning to move are the most likely to acquire controls and other home systems.**

- **The total potential market for home controls will be realized when current custom and proprietary hardware and software evolves into standard specialty PC software and hardware that takes advantage of the IP network infrastructure developing in a majority of homes and no-new-wires communication protocols suitable for exiting homes.**

- **Home controls are one dimension of a broader set of home systems that include entertainment, security, energy management, broadband access and data networking. These other home systems can be Trojan horses to carry controls into homes if control systems manufacturers partner with firms providing these other systems and services.**

- **There is a lack of installation and support capability for home controls and other connected home systems required to reach mainstream consumers. Wealthy households are served by the custom installation/integration channel and PC fix-it organizations offer limited connected home set-up and installation services.**

- **Home networks are poised to become the backbone of connected home systems because of the improved device discovery and diagnostics/troubleshooting capabilities provided by enhanced user interfaces, Web services and other tools. These capabilities, plus no-new-wires controls and sensors that bypass the need for traditional wired infrastructure and control middleware are positioning the LAN to be the infrastructure for command and control networks in homes**

- **Overall consumer demand for remote monitoring and control is significantly higher than for standalone control systems. This realization is driving a number of firms to address the market, some in partnership with service providers, and others independently.**

PARKS ASSOCIATES

PDF-XChange Click to buy NOW! www.tracker-software.com



| Home Systems Controllers | |
|---|---|
| **Advanced Entertainment Controller (AEC)** | • A whole-house multi-source, multi-room audio and video distribution system<br>• Media server is typically included<br>• At least one touch pad or push button controller, but typically at least two<br>• The controller is integrated with lighting controls 80-90% of the time and probably with security system including cameras -- a touch pad controller has window to view camera images<br>• **Examples:** AMX NetLinx; Crestron MediaManager family |
| **Universal Remote Controllers (URC)** | • Ability to control multiple devices<br>• Cross-category incorporates additional features (lighting control)<br>• Three levels: basic, mid-level, high-end<br>• **Examples:** Logitech, Universal Electronics (UEI), Crestron, AMX, Monster Cable |
| **Intelligent HVAC Controller (IHVAC)** | • Incorporate programmable thermostat and controller for several HVAC units<br>• Emphasis on ***ventilation*** and ***heating***<br>• **Examples:** RCS, Auto-Zone |
| **Programmable Thermostat (PT)** | • Represents a basic HVAC controller system<br>• **Examples:** Honeywell, Aprilaire, Robertshaw, White & Rogers, Carrier |
| **Intelligent Lighting Controller (ILC)** | • Controls lighting levels of individual lighting fixtures throughout an entire home or at least multiple rooms within the home<br>• Mood scenes<br>• **Examples:** LiteTouch, Vantage (OnQ Legrand), Lutron |
| **Basic Lighting & Appliance Controller (BLAC)** | • Simple appliance control<br>• $10-$20 modules<br>• **Examples:** Intermatic, SmartLabs, Lagotek, Logitech |
| **Advanced Central Home Controller (ACHC)** | • Control and coordinate other home systems controllers or electronic systems<br>• **Examples:** AMX, Crestron, Control4 |
| **Intelligent Security System Controller (ISSC)** | • Incorporation of advanced controller capabilities for other applications (lighting, temperature control, monitoring, etc.)<br>• **Examples:** Honeywell (ADEMCO), DSC, GE Security (Interlogix) |

**Figure 1 Home Systems Controllers**

## Sensors and Actuators

The home controls industry benefits from innovation in embedded sensor and actuator technologies. Sensors measure thermal, optical, chemical, mechanical, and magnetic activity to gather environmental information, which is traditionally fed to a separate processor for decision-making, and where instructions are then passed on to some sort of actuator to control movement, positioning, pumping, filtering, etc. With the introduction of Micro-Electro-Mechanical Systems (MEMS)[1] technologies, all of these functions can go into tiny chips fabricated like computer chips, which dramatically lowers costs and allows more devices to include these capabilities.

[1] **MEMS** –bring together silicon-based microelectronics with three-dimensional micromachining, making it possible to combine computational abilities (the "brains") with perception and control abilities (the "eyes, ears, and arms").

PDF-XChange Click to buy NOW! www.tracker-software.com



# Selected High-end Control System Providers

| Companies | Business & Product Characteristics | Positioning & Strategy |
|---|---|---|
| **AMX** | • Proprietary communication protocol<br>• Total home control<br>• Average installation $25,000 PLUS<br>• Moving to broaden market | • Intends to remain the Rolls Royce of control systems<br>• Focused on device, asset & content<br>• Acquisitions to bolster position |
| **Clipsal** | • Communications based on C-bus proprietary protocol<br>• Current systems wireline only; C-bus capable of wireless | • New to U.S.; strong in Asia/Pacific<br>• Purchased by Schneider<br>• Positioned under SquareD brand<br>• Also developing for Z-wave |
| **Crestron** | • Proprietary communication protocol<br>• Total home control<br>• Offers audio & lighting systems | • Focused on high-end<br>• Sells direct to dealers; not through distribution<br>• Basic Home theater control: $15,000 |
| **Control 4** | • Wireless communications based on ZigBee protocol<br>• Modular approach – don't need to buy it all at once<br>• Turbo Tax type programming approach | • Aiming at retrofit opportunities<br>• Targeting "average" home<br>• Views entertainment as THE Trojan Horse<br>• Also developing for Z-wave<br>• 80% sales via custom installers; 20% retail |
| **Lutron** | • Proprietary communication protocol – wired & wireless<br>• Avoided Powerline – too many technical challenges<br>• Average installation $25,000 PLUS<br>• Residential Market = 65% revenue | • HomeWorks: $8,000 to $50,000<br>• RadioRA: $2,000 to $10,000<br>• AuroRA: $750 [5 control zones]<br>• Acquisitions to bolster position<br>• Focus is to be Best in Class for lighting control<br>• Partner with other control firms, e.g. Aprilaire in HVAC |
| **Vantage /LeGrand** | • Proprietary wire line communication protocol<br>• Has in-house RadioLink wireless<br>• Developing ZigBee products | • Purchased by LeGrand Sep06<br>• Focus on high-end, whole-house control |

**Figure 9 Selected High-end Control Systems Providers**

A key question concerning the proprietary approach these high-end firms are taking is, can this strategy remain successful if the market moves to IP-based systems as seems likely? Control4, while employing proprietary technology, bases it on IP technology, thus arguing that interfacing with an IP world is a natural extension for them. Others, e.g. AMX and Crestron, are part of the

# EXHIBIT 585

**In The Matter Of:**

*Savant Systems, Inc. v.*
*Crestron Electronics, Inc.*

---

*Patricia H. Parks*
*May 30, 2014*

---

*195 State Street • Boston, MA 02109*
*Nationwide - Worldwide*
*888.825.3376 - 617.399.0130*
*www.court-reporting.com*

O'BRIEN & LEVINE
Court Reporting Services
*Making Your Case*

Original File Patricia H. Parks 5-30-14.txt
**Min-U-Script® with Word Index**

11:57a Q. Okay. Do you have any opinion as to whether Crestron's actions in the marketplace had any impact on Savant's business?
11:57a MR. KAVANAGH: Objection to form; vague, ambiguous.
11:57a A. I read Professor Elhauge's report and I read Mr. Kippycash's report, so I have read what they said.
11:58a Q. Mm-hmm.
11:58a A. And in -- in both cases, they said that they thought it did, so I know that they think it did.
11:58a Q. Do you believe it did?
11:58a A. Materially?
11:58a Q. Yes.
11:58a A. No.
11:58a Q. And you have no knowledge of any of Crestron's actions beyond what you read in their reports?
11:58a A. No, I don't.
11:58a Q. Okay. Assuming Savants establishes that Crestron was liable for antitrust injury, do you have any opinion as to the level of damages suffered by Savant?
11:58a A. I can't --
11:58a MR. KAVANAGH: Objection form.

Q. Let's --
A. So I want to --
Q. Let's -- that's a good point. Let's -- I'll focus on two time lines. Let's start with 2010.
In 2010, was a Control4 system less expensive than a Crestron, AMX or Savant System?
MR. KAVANAGH: Object to form; vague and ambiguous as to system.
A. Okay. So I -- I was going to say, let me parse it a -- so I can answer it.
Q. Please.
A. A system has multiple components, selected in concert between the homeowner and the dealer and it could -- one homeowner's decision could make Control4 more expensive than a Crestron or a Savant, okay, another homeowner's decision might make a Crestron less expensive than a Savant.
So let me step to the controllers, because, you know, at least then I know --
Q. Right.
A. -- what you mean.
Q. I'm talking about the whole-house automation --
A. The controller.

12:08p Q. -- controllers.

12:08p A. The equipment and its user interface.

12:08p Q. Yes.

12:08p A. Okay. I -- if -- when you narrow it to that, 12:08p I believe Control4, unless fully loaded with its touch 12:08p screens, will be less expensive in that piece of the 12:08p system than Crestron or Savant and certainly less than 12:08p AMX.

12:08p Q. Okay. And is that true also in 2013?

12:08p MR. KAVANAGH: Objection to form -- well, 12:08p what question?

12:08p BY MR. JACOBS:

12:08p Q. That Control4 control portion would be 12:08p cheaper than Crestron, AMX and Savant?

12:08p MR. KAVANAGH: Vague and ambiguous.

12:08p A. And I'm thinking back -- I'm trying to think 12:09p back and remember the dates exactly of announcements, 12:09p because in two thir -- this -- this task was really 12:09p sort of 'til the 2013 time frame and not really 12:09p looking that much forward, so -- but I -- I believe 12:09p that -- in fact, I know that Savant started announcing 12:09p lowered prices early, by May or something, in 20 --

12:09p Q. Was it -- was it lower prices or new systems?

12:09p A. Oh, I'm sorry. New configurations --

12:09p Q. Okay.
12:09p A. -- let me put it that way, and they had lower prices and there were wireless and there were this and there were that. I -- so if you went at the end of 2012, I certainly could then say that I think that based on what I know and what was available that Control4 was less expensive. But it was the question, right, I'm forgetting the question. I've gotten myself lost.
12:09p Q. And -- and that was the question. And -- and let's -- let's change -- focus slightly.
12:09p Would you agree that Control4 was in 2010 less customizable --
12:10p MR. KAVANAGH: Objection to form; vague and ambiguous.
12:10p MR. JACOBS: I hadn't reached the question mark yet, so let's start over.
12:10p BY MR. JACOBS:
12:10p Q. Would you agree that in 2010 Control4 was less customizable than Crestron, AMX and Savant when we're talking about the central automation and control systems?
12:10p MR. KAVANAGH: Still vague and ambiguous.

03:11p Q. Of the other entities you listed in Paragraph 17, the only one I see -- the only two I see on here are AMX and HAI.
03:12p A. (Deponent viewing exhibit.) Mm-hmm.
03:12p Q. ELAN is not on here, is it?
03:12p A. No.
03:12p Q. Why not?
03:12p A. Because this was selected. It's not intended to be exhaustive.
03:12p Q. Where would you put ELAN on here?
03:12p A. As in the controller section -- just the controller now, okay, in the system -- well, they're definitely over to the right. I mean, they're not -- they're right or middle.
03:12p Q. So?
03:12p A. So somewhere around HAI.
03:12p Q. So they have --
03:12p A. Somewhere around them.
03:12p Q. Somewhere around HAI in terms of capabilities?
03:12p A. Yes. HAI distinguishes itself -- every product --
03:12p Q. I'm gonna hand you a marker.
03:12p A. Oh.

Q. Could you please mark on the exhibit where you would place ELAN? And I'm gonna ask you the same thing for the other entities that are in Paragraph 17 that are not listed; so I'm telling you that just to make sure that you've had enough room. I can also hand you a pen if that would help to write out the names.

A. (Deponent viewing exhibit.) No, thank you. Thanks.

Okay. Am I writing -- and let me ask you a few questions, just so -- am I writing on what I think exactly the controller is and am I writing on the intended cape -- capabilities by the manufacturer? Am I in -- so how am I envisioning this installed?

Q. I honestly couldn't tell you. You wrote this report. You created Figure 4. And so I need you --

A. Okay.

Q. -- to tell me what it means and then I need you to fill it out. Because as I read it, it seems to be a cross-section of capabilities and total price of the home controllers.

A. Yes, each with a distinct flare.

(Deponent complied.) Okay. I've put in two of them --

Q. Which two?
A. RTI and ELAN g!.
Q. What about URC?
A. URC.
(Deponent complied.)
Q. What about Best Buy's Connected Lifestyle?
A. It's not on the market anymore. It's not there.
Q. If it had been in the market at this time, where would it go?
A. If it had been in the market, it is so abstract and the markets have changed, that was in 2009, 2010. We're in 2014. This is a 2000-late 13 report. I don't know --
Q. Okay.
A. -- where it would've migrated.
Q. Can you put Superna on there or not?
A. Well, Superna at least still exists.
(Deponent complied.) I'm -- I'm -- I'm gonna switch it right there. It's Israel, not U.S.
Q. Okay. So it's sold in Israel?
A. Yes.
Q. Okay. So then why is it listed here on Paragraph 17?

03:16p A. Because it still exists.
03:16p Q. But it doesn't compete in the United States market, does it?
03:16p A. No, it's left. It did, though -- what year are you reading?
03:16p Q. I'm reading your report, your report lists Superna at Paragraph 17.
03:16p A. For a time span.
03:16p Q. What time span?
03:16p A. (Deponent viewing exhibit.) What does the paragraph say, I have to go back to it.
03:16p Q. It --
03:16p A. (Deponent viewing exhibit.) Is this 19?
03:16p Q. Doesn't --
03:16p A. (Deponent viewing exhibit.) Ahh, Ahh, blah, blah, blah. So is it seven -- thir -- this is 17?
03:17p Q. Okay. You know what, looking at Figure 9 on Page 22 you indicate that Superna was in the market in 2008, but then not in 2011 nor in 2013.
03:17p So perhaps it left in the 2008, nine time frame?
03:17p A. Yeah, one of those two. I can't remember which.
03:17p Q. Okay.

03:17p A. But -- but if -- if you'll forgive me, but one of the -- one of the issues I thought in this is the time frame. Superna was in the market in the initial time frame that I covered.

03:17p Q. Of course. But you can't put it in here because it's now five years later?

03:17p A. Well, I did put it in here --

03:17p Q. Okay.

03:17p A. -- because it exists -- it at least exists okay -- it -- it -- it's selling in -- in Europe.

03:17p Q. Understood.

03:17p What about Clare Controls that still exists and is sold in the US?

03:17p A. Yes, it is.

03:17p Q. Okay. Where would Clare Controls fall?

03:18p A. (Deponent viewing exhibit.) It's -- you know, I haven't checked on their most recent pricing or anything, so I -- I'm thinking it's gonna sit (indicating).

03:18p Q. Go ahead and mark it, please.

03:18p A. This is -- at some point when I say I'm not sure because I haven't checked their pricing because of the time frame we were -- I was supposed to study, and you still want me to do that.

Q. If you don't believe you can accurately mark it in terms of price, that's fine.
So how about you just designate it in terms of capabilities and we can ignore --
A. Okay.
Q. -- where it falls in terms of price.
A. Okay.
Q. You can just put -- you know what, for the price, just put it right on that center axis --
A. Okay.
Q. -- and we will --
A. Okay, work it out.
Q. -- go from there.
A. (Deponent complied.) Okay. That's the center of pricing capabilities, put it right here.
Q. And if I can see that, I just want to make sure I understand what you wrote.
A. Yeah. I hope you can read it. I mean, I -- it's a little messy. Okay.
Q. No, the -- yeah, thanks.
Okay. So based upon this, the closest competitor to Crestron in terms of capabilities and total price is still Savant, correct?
MS. BOSCH: Objection to form as to time;

vague.

A. (Deponent viewing exhibit.) These are both quite close. We're in a -- a narrow sphere here. You know how narrow the sphere is we're talking about.

Q. What sphere?

A. The -- the narrowness of what you're asking is -- this is very narrow, even after expanding.

Q. The --

A. So these -- these representative circles are not worlds apart to -- to try to make them sound like because one is close to touching and one is three-quarters of an inch, they must be wildly different, is to misstate what is intended here. This is a high-end, central control marketplace. In itself, it's narrow.

Q. Is Pulse with ADT part of that high-end market?

A. No.

Q. To my eyes, Pulse with ADT appears about as far away, both in price and capabilities, from HAI as HAI appears to be from Crestron on your chart; is that correct? Give or take a millimeter.

A. (Deponent viewing exhibit.) If we're speaking in terms of inches and millimeters, I think

03:28p Q. -- in the lower left quadrant --
03:28p A. Mm-hmm.
03:28p Q. -- fit within those definitions?
03:29p A. They are not high-end.
03:29p Q. Okay. That's what I'm trying to decide is, where -- I'm trying to figure out, can I draw a line somewhere on Figure 4 and say, within this portion of Figure 4 we're talking high-end and everywhere there's not within that line is not high-end.
03:29p And I'm wondering, is it to your definition everything in the top right quadrant?
03:29p A. (Deponent viewing exhibit.) Yes.
03:29p Q. Okay. So the top right quadrant, to your definition is high-end.
03:29p A. (Deponent viewing exhibit.) Yes.
03:29p Q. Thank you.
03:29p So everything that is above the midpoint in price and above the midpoint in capabilities is high end, to your definition; is that correct?
03:29p A. (Deponent viewing exhibit.) Yes.
03:29p Q. Okay. Thank you.
03:29p A. How -- I need to add a statement to that, though.
03:29p Q. Please.

# EXHIBIT 586

PDF-XChange
Click to buy NOW!
www.tracker-software.com



PDF-XChange
Click to buy NOW!
www.tracker-software.com

INDUSTRY REPORT

# Home Systems: Home Controls - Analysis and Forecasts

April 2010

EXHIBIT 4
Parks
DATE: 5-30-14
RPTR: LAURIE J. DRIGGERS

PARKS ASSOCIATES

PDF-XChange Click to buy NOW! www.tracker-software.com

PDF-XChange Click to buy NOW! www.tracker-software.com

## 2.0 Analysis of Market Dynamics

The term *home automation* is often used when referring to home control systems in general. Although this is not an incorrect term, it can be a daunting, intangible concept to consumers; causing them to refrain from learning about the benefits various control systems offer. Most home automation systems are the whole-home control systems installed in the most expensive 3% to 4% of homes by custom systems integrators. These systems can easily cost $30,000 to $50,000 at the end-user level.

Parks Associates prefers to view the evolution of the connected home market as one driven by the adoption of specific control systems addressing different applications and/or enhancing discrete systems such as those shown in Figure 3. Lighting or entertainment system controls are not only more tangible to consumers, but they are also easily understood. Therefore, we believe that vendors need to promote the value proposition of individual control applications, rather than emphasizing the benefits of complete whole-home control systems too complex for consumers to understand.




**Figure 4 Multiple Paths for Control Systems into the Connected Home**

# EXHIBIT 587

PDF-XChange Click to buy NOW! www.tracker-software.com

# Industry Report

# Connected Home Systems:
## Smart Home Central Controllers & Platforms

2013



EXHIBIT 6
Parks
DATE: 5-30-14
RPTR: LAURIE J. DRIGGERS

Presented By:

PARKS ASSOCIATES

PDF-XChange Click to buy NOW! www.tracker-software.com




**Figure 4 Selected Smart Home Controller Positions**

There are two key paths to the end-user market: smart home products and smart home systems (**Figure 5**). Systems again split into application-specific systems such as Lutron or Vantage lighting control systems, whole-house smart home systems such as Crestron or Leviton's HAI, and single smart home device products such as Belkin's WeMo or Chamberlain's smart garage door. Complicating these categories is that some systems integrate a few, but not all, smart home devices. An example is Ingersoll Rand's Nexia. Smart home controllers from service providers use cloud platforms to provide fundamental functions for their controllers. Some smart home platforms target a whole-house solution or cross category applications while others provide a single-point or multi-point solution for products aimed at providing a superior benefit for a specific category.

# EXHIBIT 588

VOLUME: I
PAGES: 1-273
EXHIBITS: 1-13

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS, S.S. No. 10-cv-11622-EFH

******************************
SAVANT SYSTEMS, LLC, Plaintiff *
VS. *
CRESTRON ELECTRONICS, INC., Defendant *
CRESTRON ELECTRONICS, INC., Counterclaim-Plaintiff *
VS. *
SAVANT SYSTEMS, LLC, Counterclaim-Defendant *
******************************

DEPOSITION of CHARLES G. PARRELLI, a witness called on behalf of the Defendant and Counterclaim-Plaintiff Crestron Electronics, Inc., taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jane M. Walsh, Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Clements & Pineault, LLP, 24 Federal Street, Boston, Massachusetts, on Thursday, March 7, 2013, commencing at 9:21 a.m.

Q Those are also independent business people?
A Yes.
Q And I take it from your experience, they are sometimes -- Let me strike that. As independent business people, they have their own opinions on how sales of Savant products should proceed; is that fair to say?
A Yes.
Q And in terms of the rep principals and rep salespeople, you're referring to your independent marketing representatives; is that fair to say? Let me strike that. What I'm doing is I'm going back through the list of your duties and responsibilities, and we talked about general business activities; correct?
A Yes, we did.
Q And we've just talked about your meeting with customers; correct?
A Yes.
Q You also testified about, you know, talking with or communicating with rep principals and on some occasions their salespeople?
A Yes.

dealers need to sign with respect to the Savant software?
A No.
Q Now, are you familiar with Savant Express?
A Yes.
Q What is Savant Express?
A Well, I should, it's actually Blueprint Express versus Savant Express. So I am not familiar with a Savant Express, more Blueprint Express. It's sort of a classification of dealer that has access to a limited assortment of Savant products.
Q When was that put into effect?
A That was a 2012 initiative. So the beginning of 2012.
Q When you say "classification of dealers that have access to a limited set of Savant products," what does that mean?
A They have access to a limited level of, pardon me, functionality that can be delivered through the feature set. So we put together packages of product, preconfigured packages of product that they can purchase. They cannot purchase certain types of products outside the

A Yes.
Q And likewise in your interactions with Mr. Bartelstone, I take it that you've been, you've attempted to be truthful and accurate in your communication with him; is that fair?
A Yes.
Q And I take it that you were emphasizing in your return e-mail that you did believe that training was, in fact, important?
A Yes.
Q And I take it you still believe that?
A Yes.
Q Now, referring again to this e-mail. The next sentence goes --
A On Page 1?
Q On Page 1. Sorry, sir. On Page 1 Bates labeled 0080023, there is a sentence that states, quote, "one aspect of our approach dealers have enjoyed is the limited distribution model we have employed; exclusivity is not cheap," end quote. Do you see that, sir?
A Yes, I do.
Q And it's fair to say that Savant employs a

limited distribution model; correct?
A No.
Q At this time were you being truthful and accurate?
A Truthful but not accurate. My choice of words probably would have been modified, should have been modified.
Q But at the time these are the words you wrote?
A I did write these words.
Q And then you state, quote, "exclusivity is not cheap"?
A Yes, I did write that, yes, or type that.
Q What were you referring to at the time when you stated "exclusivity is not cheap"?
A The correct word is that we're selective. We manage our distribution very closely to ensure a high caliber of dealer in the field.
Q But at this time when you were attempting to be truthful and accurate to Mr. Bartelstone, you stated quote, "exclusivity is not cheap;" correct?
A That is an inaccurate depiction of my position.
Q Do you recall when you wrote this that you thought that you would be inaccurate in your

technologies, but it was unique in the industry.

Q Now, earlier we talked about a document that talked about limited distribution which you referred to as selective distribution.

A Uh-huh.

Q Correct?

A Yes.

Q And now, when you first came to Savant, were you informed that Savant had a limited distribution or selective distribution plan or policy?

A Selective, yes.

Q And that continues to this day; correct?

A Yes.

MR. PARK: Okay. I have no further questions.

MR. O'KONSKI: I have no questions.

THE VIDEOGRAPHER: The time is now 4:50. That concludes today's deposition and we are now off the record.

(Whereupon the deposition was adjourned at 4:50 p.m.)

# EXHIBIT 589

savant
NOW YOU CAN

**770 Main St**
**Osterville,MA 02655-1904**
Phone: 508-683-2500
Fax: 508-683-2600
www.savantav.com

# ORDER CONFIRMATION

**Sales Order Number:** 54408
**Sales Order Date:** 02/24/10
Page: 1

**Sold To:** Audio Video Lifestyles
Todd Freeland
7107 W Jefferson Blvd
Fort Wayne, IN 46804-6235

**Ship To:** Audio Video Lifestyles
Todd Freeland
7107 W Jefferson Blvd
Fort Wayne, IN 46804-6235

| | | | | |
|---|---|---|---|---|
| Ship Via | FedEx Ground | Customer ID | 10425 | **Discount DLR PREM** |
| | | P.O. Number | 022410-LEE | * On applicable items |
| Shipment Date | | P.O. Date | 02/24/10 | |
| Terms | PREPAY | Mfg SalesPerson | Mike Pecar Sales | |
| | | Savant SalesPerson | George Katsiris | |

| | Item No. | Description | UOM | QTY | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| * | MSC-12SE-01 | ROSIE SYSTEM 12 (SINGLE EDITION MSC-1200 BASE CONFIGURA | EA | 1 | 3,157.89 | 3,157.89 |
| * | HST-1001-20 | ROSIE HOST CONTROLLER | EA | 1 | 789.47 | 789.47 |
| * | AIM-0A16-00 | ANALOG AUDIO INPUT MODULE | EA | 1 | 631.58 | 631.58 |
| * | AOM-016U-00 | 16-CHANNEL STEREO PREAMP OUTPUT MODULE (UNBALANCED) | EA | 2 | 947.37 | 1,894.74 |
| * | VIM-A3C3S-00 | ANALOG VIDEO INPUT MODULE | EA | 2 | 789.47 | 1,578.94 |
| * | VOM-A3C3S-00 | ANALOG VIDEO OUTPUT MODULE | EA | 2 | 789.47 | 1,578.94 |
| * | RFD-1000-00 | RADIO FREQUENCY (RF) WIRELESS RECEIVER | EA | 1 | 31.58 | 31.58 |
| * | RTR-2000-00 | ROSIE REMOTE (NON-OSD NAVIGATION) | EA | 1 | 210.53 | 210.53 |
| * | RSC-0007-00 | ROSIE SYSTEM CONTROLLER (RSC-0007) | EA | 7 | 210.53 | 1,473.71 |
| * | ITS-1002-20 | INTEGRATED DUAL TOUCH PANEL SERVER AND DUAL-PORT EXT | EA | 1 | 1,578.95 | 1,578.95 |
| * | ITP-C09W-00 | 9-INCH IN-WALL (CAPACITIVE GLASS WHITE BEZEL) | EA | 1 | 1,421.05 | 1,421.05 |
| | WIA-4000-01 | 8GB IPOD TOUCH | EA | 5 | 209.47 | 1,047.35 |
| * | UCX-1000-00 | USB OVER CAT5E DIGITAL EXTENDER SET | EA | 1 | 300.00 | 300.00 |

***Shipping and Sales Tax (if applicable) will be charged when Invoiced***

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 0.00 | 15,694.73 | Subtotal: | 15,694.73 |
| | | Invoice Discount: | -146.47 |
| | | Total Sales Tax: | 0.00 |
| ***2% Discount Allowed of $ 310.97 if Order is Prepaid by Check or Wire Only*** | | Total: | 15,548.26 |

# EXHIBIT 590

savant
NOW YOU CAN

770 Main St
Osterville,MA 02655-1904

# SALES QUOTE

**Quote Number:** Q101044

**Quote Date:** 01/28/10

Page: 1

**Sell To:** QUOTE
Audio Video Lifestyles-Dr. Lee
770 Main St
Osterville, MA 02655

**Ship To:** QUOTE
Audio Video Lifestyles-Dr. Lee
770 Main St
Osterville, MA 02655

| | | | | |
|---|---|---|---|---|
| Ship Via | | Customer ID | QUOTE | **Discount QUOTE%** |
| Terms | Due Upon Receipt | Savant SalesPerson | George Katsiris | * On applicable items |
| | | Mfg SalesPerson | Mike Pecar Sales | |

| Item No. | Description | UOM | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| MSC-12SE-01 | ROSIE SYSTEM 12 (SINGLE EDITION MSC-1200 BASE CONFIGURATI | EA | 1 | 3,157.89 | 3,157.89 |
| HST-1001-20 | ROSIE HOST CONTROLLER | EA | 1 | 789.47 | 789.47 |
| AIM-0A16-00 | ANALOG AUDIO INPUT MODULE | EA | 1 | 631.58 | 631.58 |
| AOM-016U-00 | 16-CHANNEL STEREO PREAMP OUTPUT MODULE (UNBALANCED) | EA | 2 | 947.37 | 1,894.74 |
| VIM-A3C3S-00 | ANALOG VIDEO INPUT MODULE | EA | 2 | 789.47 | 1,578.94 |
| VOM-A3C3S-00 | ANALOG VIDEO OUTPUT MODULE | EA | 2 | 789.47 | 1,578.94 |
| OSD-1010-20 | ROSIE OSD CONTROL SYSTEM | EA | 1 | 2,000.00 | 2,000.00 |
| RTR-1000-02 | TRADITIONAL REMOTE CONTROL (OSD NAVIGATION) | EA | 1 | 210.53 | 210.53 |
| RFD-1000-00 | RADIO FREQUENCY (RF) WIRELESS RECEIVER | EA | 1 | 31.58 | 31.58 |
| RSC-0007-00 | ROSIE SYSTEM CONTROLLER (RSC-0007) | EA | 6 | 210.53 | 1,263.18 |
| ITS-1002-20 | INTEGRATED DUAL TOUCH PANEL SERVER AND DUAL-PORT EXTE | EA | 1 | 1,578.95 | 1,578.95 |
| ITP-C09W-00 | 9-INCH IN-WALL (CAPACITIVE GLASS WHITE BEZEL) | EA | 2 | 1,421.05 | 2,842.10 |
| WIA-4000-01 | 8GB IPOD TOUCH | EA | 5 | 209.47 | 1,047.35 |

***Shipping and Sales Tax (if applicable) will be charged when Invoiced***

| | |
|---|---|
| Subtotal: | 18,605.25 |
| Invoice Discount: | 0.00 |
| Total Sales Tax: | 0.00 |
| Total: | 18,605.25 |

EXHIBIT 591

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.<br>Defendant<br><br>CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff,<br>v.<br><br>SAVANT SYSTEMS, LLC<br>Counterclaim-Defendant | Civil Action No. 10-cv-11622-EFH |

**PLAINTIFF SAVANT SYSTEMS, LLC'S RESPONSE TO CRESTRON ELECTRONICS, INC.'S SECOND SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff, Savant Systems, LLC ("Savant"), provides the following responses to the Second Set of Interrogatories propounded by Defendant, Crestron Electronics, Inc. ("Crestron"), as follows:

## GENERAL OBJECTIONS

The following objections are incorporated by reference into each of Savant's responses below as if set forth there in full, and will not be repeated therein:

1. Savant objects to each interrogatory to the extent it seeks information that is protected from disclosure by the attorney-client privilege, the work product doctrine or any other privilege, immunity or protection. In the event any response given by Savant contains privileged

or protected information, its disclosure is inadvertent and does not constitute a waiver of any privilege or protection with respect to the divulged information or any other information.

2. Savant objects to each interrogatory to the extent it seeks production of information that is already in the possession of Crestron and/or is as readily accessible to Crestron as Savant, or that is beyond the scope of the material necessary for litigation of the issues raised in the pleadings, on the ground that such demands seek to impose an overly broad and undue burden on Savant.

3. Savant objects to each interrogatory to the extent it constitutes a series of multiple interrogatories. Crestron's use of a single number does not alter the fact that each answer that Savant is required to provide constitutes a separate interrogatory that counts against the limit on the total number of interrogatories that Crestron may serve.

4. Savant objects to each interrogatory to the extent it seeks production of information that is irrelevant to the issues raised in the pleadings or that is not reasonably calculated to lead to the discovery of admissible evidence.

5. Savant objects to each interrogatory to the extent it seeks production of information which is not in the possession, custody or control of Savant and is therefore outside the permissible scope of discovery.

6. Savant objects to the "Definitions" and "Instructions" to the extent that they impose discovery burdens or obligations on Savant which are greater than or different from those imposed by the Federal Rules of Civil Procedure or the Local Rules for the United States District Court for the District of Massachusetts, including, without limitation, Local Rule 26.5 ("Uniform Definitions in Discovery Requests"). Savant will respond to each interrogatory in accordance with the ordinary definitions and common usages of the terms used therein.

7. Savant objects to the interrogatories to the extent they are duplicative with each other or other discovery requests propounded by Crestron. Where such duplication occurs, Savant will produce the requested information once.

8. Savant objects to each interrogatory to the extent it seeks disclosure of confidential trade secrets, proprietary knowledge, and/or confidential research, development, commercial or business information. **Such information is being produced in strict accordance with the terms of the Protective Order for the Production and Exchange of Confidential Information entered by the Court in this case.**

9. Savant objects to each interrogatory to the extent it seeks information and/or documents from Savant that may be in possession of third parties. Savant has no obligation to produce information and/or documents that are not in its possession or under its control.

10. Savant objects to the interrogatories to the extent they are not limited in time and call for the production of information that unreasonably exceeds the relevant time frame of the dispute.

11. Savant's willingness to provide written responses to any of the interrogatories is not a concession that the subject matter of the particular interrogatory is discoverable, relevant to this action, or admissible as evidence.

12. The responses set forth below are based upon information available to Savant after having made a diligent inquiry of Savant's employees and a diligent search of files in Savant's possession, custody, or control. Savant expressly reserves the right to complete its investigation and discovery of the facts and to rely, at the time of trial or in other proceedings, upon information, and evidence in addition to that provided regardless of whether such information, documents or evidence are newly discovered or currently in existence. Savant

therefore reserves the right, at any time, to revise, amend, correct, supplement, modify or clarify its responses set forth below to the extent required by Fed.R.Civ.P. 26(e).

## RESPONSES TO INTERROGATORIES

**Interrogatory No. 9:**

For each dealer on Savant's "list of its former and current dealers," attached as Exhibit A to Savant's responses to Crestron's First Set of Interrogatories, identify the dealer as a Tier 1, Tier 2 or Tier 3 dealer, and state the basis for each categorization.

**Response to Interrogatory No. 9:**

Without waiving and expressly reserving the foregoing objections, Savant refers Crestron to the attached Exhibit A which lists Savant's current dealers, which has been annotated to identify each dealer as a Tier 1, Tier 2 or Tier 3 dealer and which is expressly incorporated by reference in this response. Savant ranks dealers as Tier 1, Tier 2 or Tier 3 based generally on the revenue that the dealer is projected to pay each year to control and automation product manufacturers for their products, that projected revenue being $500,000 or more for Tier 1 dealers, $100,000 to $499,999 for Tier 2 dealers, and less than $100,000 for Tier 3 dealers.

DATED this 22nd day of February, 2012.

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**VERIFICATION OF INTERROGATORY ANSWERS**

I, James Carroll, am Executive V.P. of Savant Systems, LLC, the Plaintiff in this action. I believe, based on reasonable inquiry, that the foregoing responses are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2012. J. Carroll

Respectfully submitted,

SAVANT SYSTEMS, INC.

By Its Attorneys,

/s/ Thomas C. O'Konski

Thomas C. O'Konski
Martin J. O'Donnell
Michael E. Attaya
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500

Certificate of Service

I hereby certify that this document(s) was served by e-mail with confirmation regular mail on:

Chong S. Park
John J. Kavanagh
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036-1795

Michael J. Pineault, Esq.
Clements & Pineault, LLP
24 Federal Street
Boston, MA 02110

on this 22nd day of February 2012.

/s/ Thomas C. O'Konski

# EXHIBIT A

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| Account Name | DBA | Tier | State | Date Dealer Approved |
|---|---|---|---|---|
| Atlantic Smart Technologies Inc. | | 1 | FL | 05/20/10 |
| Audio Advisors | | 1 | FL | 02/23/10 |
| Audio Command Systems Inc. | | 1 | NY | 06/19/08 |
| Audio Video Design, Inc. | | 1 | CA | 02/26/10 |
| Audio Video Excellence, Inc. | | 1 | AL | 06/03/10 |
| Audio Video Interiors, Inc. | | 1 | OH | 01/19/12 |
| Audio Video Systems, Inc. | | 1 | NY | 05/07/10 |
| AVAI Ventures Inc | AVAI | 1 | TX | 05/02/11 |
| Best Buy Co. Inc. | Audio Visions | 1 | CA | 01/20/10 |
| Bethesda Systems | | 1 | MD | 12/28/08 |
| Church Solutions Group Inc | Create Seventy-Seven Inc | 1 | IL | 04/19/11 |
| Cocooning Electronics Ltd. | Electronic Environments Inc. | 1 | NY | 09/12/08 |
| Commercial Audio Associates | Integrated Media Systems | 1 | VA | 09/25/09 |
| Concierge Direct Corp | | 1 | NY | 12/16/08 |
| Creative Systems USA, LLC. | | 1 | PA | 12/07/11 |
| Cyber Sound & Security | | 1 | AZ | 05/14/09 |
| Dallas Sight and Sound, Inc. | | 1 | TX | 12/08/10 |
| Electronic Systems Consultants | ESC | 1 | CO | 07/30/09 |
| Electronics Design Group - Inc. | | 1 | NJ | 07/16/08 |
| Guenther-Vorrucken, Inc. | Advanced Audio Design | 1 | FL | 07/16/09 |
| Homeworks Holding Corp | Digital Ear | 1 | CA | 12/11/07 |
| Integrity Home Integration, In | | 1 | WA | 12/30/08 |
| Jobe Systems | | 1 | TX | 06/19/08 |
| Maverick Integration Corp. | | 1 | NH | 02/01/11 |
| Metro Eighteen | | 1 | CA | 04/12/10 |
| Opus Audio/Video/Control, Inc. | | 1 | CT | 07/01/11 |
| Palladium Technologies, Inc. | | 1 | FL | 04/09/08 |
| Paul Heath Audio, Ltd. | Paul Heath Associates | 1 | IL | 07/28/11 |
| Phoenix Communications Corp | | 1 | TN | 09/10/09 |
| Premiere Music and Film Systems, Inc. | Premier Systems, Premiere Condominium Technologies | 1 | IL | 02/01/11 |
| Roberts Home Audio & Video, Inc. | | 1 | CA | 08/07/09 |
| S3 Entertainment LLC | S3 US | 1 | UT | 07/22/10 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Signals AV | | 1 | CA | 01/19/12 |
| Simptronics, LLC | Fusion Media Systems | 1 | MO | 07/28/09 |
| Sound Ideas UK LTD | | 1 | Kent | 08/25/10 |
| Sound Installation & Design, Inc. | | 1 | FL | 11/08/11 |
| Spire Integrated Systems Inc. | | 1 | MI | 05/25/10 |
| Stearns Enterprises, Inc | Engineered Environments | 1 | CA | 04/13/09 |
| Steve's Creative Stereo and Se | Creative Systems | 1 | MA | 09/14/09 |
| Thul, Inc. | Thul Electronics, Inc. | 1 | CO | 07/25/08 |
| Twilight Sounds Inc | Twilight Solutions | 1 | CA | 12/21/11 |
| UC Miami Inc. | | 1 | FL | 12/06/10 |
| 596 NETWORK CORP. | HOME TECHNOLOGY EXPERTS | 2 | NY | 01/04/08 |
| Acadian Custom Installations | | 2 | LA | 05/07/08 |
| Accelerated Automation LLC | | 2 | WI | 05/04/11 |
| Accessibility Design & Construction, Inc. | ADC, Inc. | 2 | CA | 07/10/10 |
| Accusonic Inc. | | 2 | FL | 02/02/12 |
| Acoustic Architects | | 2 | FL | 06/17/11 |
| Acoustic Designs, Inc | | 2 | AZ | 06/20/07 |
| Acoustic Evolution | | 2 | CA | 05/17/10 |
| Adaptive Systems and Design | | 2 | CA | 08/29/11 |
| Admit One, Inc. | | 2 | MN | 02/24/09 |
| Adobe Cinema & Automation, LLC | | 2 | MA | 02/25/09 |
| Advanced Communication Technol | | 2 | MA | 03/16/09 |
| Advanced Home Audio, Inc. | | 2 | CT | 01/27/11 |
| Advanced Integrated Communications & Controls Inc | AIC, Inc. | 2 | FL | 10/12/10 |
| Advanced Residential Systems, Inc. | | 2 | PA | 02/01/11 |
| Airmada, Inc. | Airmada Smart Homes | 2 | CO | 01/30/09 |
| Ale Inc. | | 2 | CA | 01/06/11 |
| AMERICAN AUTOMATION & COMMUNIC | | 2 | MD | 09/05/07 |
| Architectural Electronics, Inc. | Audio Video Design | 2 | MA | 05/28/10 |
| Artistic Integration Design | Artistic Integration Design | 2 | TX | 10/27/09 |
| At Home Theater Llc | | 2 | CT | 11/25/09 |
| ATI of America | | 2 | UT | 02/17/11 |
| Atlanta Home Theater | | 2 | GA | 03/23/11 |
| Audio Advice LLC | | 2 | FL | 08/15/11 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Audio Artisans | | 2 | MT | 01/29/10 |
| Audio Concepts, Inc. | | 2 | MA | 07/21/10 |
| Audio Design Associates, Inc. | | 2 | NY | 07/07/10 |
| Audio High | | 2 | CA | 12/28/10 |
| Audio Interiors, Inc. | Audio Interiors | 2 | NY | 05/19/09 |
| Audio Video Associates, LLC | AV Associates | 2 | OH | 12/08/10 |
| Audio Video Components, Inc. | Hifi buys | 2 | TN | 09/14/09 |
| Audio Video Consultants, Inc. | | 2 | PA | 08/03/10 |
| Audio Video Crafts, Inc. | | 2 | NY | 10/24/08 |
| Audio Video Excellence LLC | | 2 | NY | 08/29/11 |
| Audio Video Interiors LTD | | 2 | CA | 12/21/11 |
| Audio Video Resource, Inc | | 2 | WA | 05/12/11 |
| Audio Video Source | | 2 | FL | 10/08/09 |
| Audio Video Systems, Inc. | | 2 | UT | 11/08/11 |
| Audio Visions of Wilmington, Inc. | | 2 | NC | 11/17/11 |
| Audio Warehouse | | 2 | SC | 05/04/09 |
| Audiocom, Inc. | | 2 | CT | 11/10/10 |
| AUDIODAVE, LLC | | 2 | MA | 04/07/11 |
| Audiolab Stereo & Video Center | | 2 | PA | 09/24/09 |
| Audiovisual Concepts & Solutio | ACS | 2 | NJ | 09/10/08 |
| Audition Systems by Audio Design Group LLC | Aurant | 2 | UT | 09/23/10 |
| Automated Lifestyles Hawaii, LLC | iLifestyles Hawaii | 2 | HI | 05/04/10 |
| Automated Lifestyles Inc | | 2 | IA | 09/30/09 |
| Automatizacion de Inmuebles, S.A. | AKTIVA | 2 | Guatemala | 10/13/10 |
| Autoscan Systems Integration | | 2 | CO | 03/09/09 |
| AV Service | Ed Harris Audio Video Services | 2 | MO | 11/13/09 |
| AV source NY LLC | | 2 | NY | 12/21/10 |
| AVCRAFTERS, LLC | | 2 | CO | 03/11/09 |
| AVIA LLC | | 2 | VA | 02/24/11 |
| Avl Pro, Inc. | | 2 | FL | 11/05/08 |
| B&K Electrical Supply Inc. | | 2 | CA | 07/14/09 |
| Barretts Inc. | Barretts Home Theater | 2 | IL | |
| Bekins Inc. | | 2 | MI | 07/23/08 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Big Picture Solutions, Inc. | | 2 | FL | 03/30/09 |
| Binacorp, Inc. | La Jolla Home Theater & Automation | 2 | CA | 01/20/09 |
| Blu Note AV | blu note audio & home theater | 2 | CO | 10/16/09 |
| Bolton Enterprises | Performance Sound & Security | 2 | CA | 06/10/10 |
| Brian Marshman, Inc | Computer Stuff 4 You | 2 | CA | 09/22/09 |
| Bright Audio Video LLC | | 2 | SC | 10/28/10 |
| Burke Electronics, Inc. | All AV | 2 | VA | 03/11/09 |
| C A AUDIOVISUAL CONTRACTORS | | 2 | PR | 10/22/08 |
| Campbell Audio Video | | 2 | CO | 09/17/08 |
| Carlo Miceli | Picture Perfect | 2 | MA | 12/24/09 |
| Carmel Audio Video | | 2 | CA | 05/11/10 |
| Cascade Integration Inc. | | 2 | WA | 04/28/10 |
| Caszone LLC | ProSmart System | 2 | VA | 11/16/09 |
| Clareo Networks, Llc | Clareo Networks | 2 | NY | 05/20/08 |
| CLARITY CUSTOM INC. | CLARITY CUSTOM AUDIO VIDEO | 2 | NY | 11/26/07 |
| Classic Trophy Rooms, LLC | Classic Trophy Rooms | 2 | MI | 08/08/11 |
| Click New York Inc | Click | 2 | CT | 03/31/11 |
| CLIQK DIGITAL LLC | CLIQK | 2 | NY | 02/15/08 |
| Coastal Audio Video | | 2 | FL | 09/02/10 |
| Coastal Electrical & Data | | 2 | FL | 03/20/09 |
| Commercial Communication & Ima | Twenty One AV | 2 | FL | 12/16/08 |
| Compass Technology Group, Ltd. | | 2 | CO | 07/22/10 |
| Concept Electronics | Austin Audio Tech | 2 | TX | 06/19/09 |
| Connecteriors, LLC | | 2 | IL | 04/18/11 |
| Control Freq Ltd. | Control Freq | 2 | CO | 09/15/09 |
| Converge, LLC | Converge | 2 | VA | 12/02/08 |
| Core Control Systems, LLC | | 2 | NY | 03/05/09 |
| Corporate Concepts, LLC | HomeFront Systems | 2 | NV | 09/17/09 |
| Creation Networks | | 2 | CA | 05/04/10 |
| CRESCENDO DESIGNS, LTD. | | 2 | NY | 05/10/10 |
| Crunchy Logic Inc. | Crunchy Logic | 2 | FL | 09/06/11 |
| Crystal Clear Mgt. | Criteria of Naples | 2 | FL | 01/31/11 |
| CSA Solutions LLC | | 2 | FL | 12/03/09 |
| CTM Electric LLC | J.A.D.E. | 2 | KY | 04/22/09 |
| Custom Cinema and Sound, LLC | | 2 | ND | 05/20/09 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Custom Home Sound | Custom Home Sound | 2 | SC | 05/14/08 |
| Cyber Home Networks, Inc. | | 2 | NY | 03/27/08 |
| Dakota Audio Video Inc. | | 2 | CO | 07/23/08 |
| Dannels Electric Inc. | | 2 | CA | 04/23/10 |
| Definitive Concepts Inc. | | 2 | VA | 09/22/10 |
| Definitive Electronic Solutions, Inc. | | 2 | FL | 05/27/10 |
| DEG Integration Specification Inc. | Design Engineering Group | 2 | TX | 06/01/11 |
| Digital Architecture, Inc | | 2 | NJ | 08/18/09 |
| Digital Home Custom, Inc. | | 2 | NC | 10/29/08 |
| Digital Home Life Co. | | 2 | TX | 03/09/10 |
| Digital Living Inc. | | 2 | IL | 10/20/11 |
| Digital Media Innovations | | 2 | CO | 06/29/09 |
| Digital Systems, Inc. | | 2 | MS | 09/25/09 |
| DirecPath | | 2 | GA | 04/20/10 |
| Dream Home Technology | Home Theater Evolutions | 2 | TX | 06/25/10 |
| Dynamic Integration & Control Systems | Dynamic Integrations, Inc | 2 | TX | 12/17/10 |
| E-HOME, INC. | | 2 | NJ | 03/25/10 |
| East Texas Automation, LLC | | 2 | TX | 06/07/10 |
| Echo Tech | Echo Tech | 2 | NE | 03/02/09 |
| Echo Workshop | | 2 | TX | 10/29/09 |
| Ecorealms | Austin Home Systems | 2 | TX | 06/16/09 |
| eInteractive Homes, Inc. | | 2 | NJ | 03/19/09 |
| Electronic Design Group, Inc. | Room Service Audio & Video Systems | 2 | OR | 03/16/10 |
| ELECTRONIC HOME, INC. | | 2 | GA | 06/20/07 |
| Electronic Lifestyles | electronicstyles | 2 | NY | 09/22/10 |
| Electronic Lifestyles Inc. | Hi Tech Homes | 2 | WI | 07/15/11 |
| Elevated Electronics | | 2 | MO | 02/27/09 |
| Elite Custom Audio Video, Inc | | 2 | CA | 02/18/11 |
| Elite Media Solutions, LLC | | 2 | MA | 09/05/07 |
| Elite Performance Integration | | 2 | NY | 09/23/08 |
| Enhanced Home Systems, Inc. | | 2 | MN | 03/05/09 |
| ESS Home Theater Showroom & Mo | ESS Home Theater | 2 | NJ | 11/26/08 |
| Exquisite Home Systems | Exquisite Home Systems, LLC | 2 | OH | 05/07/09 |
| EXTREMEDIA LLC | INSPIRED ELECTRONIC ENVIRONMENTS | 2 | FL | 05/01/07 |
| Firefly Technology | | 2 | IN | 07/13/10 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Forefront Innovation, Inc. | | 2 | TX | 03/18/11 |
| Future Audio Video | | 2 | IN | 07/29/10 |
| FutureHome Systems & Design, Inc. | | 2 | CA | 07/29/10 |
| GAL Electronics, Inc. | | 2 | GA | 07/29/10 |
| Gator Tech Integration, Inc. | | 2 | CA | 07/21/11 |
| Genesis Automation, Inc. | | 2 | FL | 04/23/10 |
| Ghost Fighters | Ghost Fighters | 2 | MT | 03/23/09 |
| Gilmore's Sound Advice, Inc. | | 2 | NY | 09/18/08 |
| Global Sight & Sound, Inc. | | 2 | WI | 03/04/08 |
| Gramophone Ltd | Gramophone | 2 | MD | 09/20/10 |
| Greenville Electric | Medallion Integration + Design | 2 | SC | 04/29/09 |
| GREENWOOD THEATERS, LLC | SUMMIT AUDIO VIDEO | 2 | UT | 01/24/08 |
| Gregory R. Epstein | Blue Maple Networks | 2 | CA | 10/29/10 |
| Harrison Home Systems, Inc. | | 2 | CO | 06/21/10 |
| HD Media Systems | | 2 | MO | 07/08/09 |
| HD Media Systems | | 2 | FL | 02/11/10 |
| Henkel Electronics, Inc. | Integrated Systems | 2 | CA | 03/08/10 |
| HESI Security Inc. | BOSS Luxury Home Entertainment | 2 | OK | 12/13/11 |
| Hi-Tech PDA | Vision and Sound | 2 | CA | 07/10/10 |
| High Definitions Inc. | | 2 | UT | 10/08/09 |
| High-Def Zone, Inc | High-Def Zone | 2 | PA | 01/13/12 |
| HiTech Lifestyle LLC | | 2 | FL | 09/17/09 |
| Home A/V Solutions | | 2 | ME | 06/02/09 |
| Home Automation Hawaii, LLC | Home Automation Hawaii | 2 | HI | 06/07/10 |
| Home Media, Inc. | Home Media | 2 | ID | 05/07/09 |
| Home Technology Architects, LLC | HTA | 2 | MD | 11/10/11 |
| Home Theater Hookup | | 2 | AZ | 07/05/08 |
| Home Theater of Long Island | | 2 | NY | 05/12/09 |
| Home Theater Shop, Inc. | Home Theater Group | 2 | NJ | 05/07/09 |
| HomeTech Europe LLC | HomeTech AV Solutions | 2 | WA | 01/27/12 |
| HomeTech USA, LLC | Madrona Digital | 2 | WA | 11/09/11 |
| Hometronics, Inc. | | 2 | TX | 08/14/08 |
| Igor Reoutt | Powersurge Electric | 2 | CA | 05/27/10 |
| Infinite Audio & Theater | | 2 | NC | 03/12/09 |
| Innerspace Electronics - Inc. | | 2 | NY | 05/08/09 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Innovative Audio Products, Inc. | Innovative Audio Video Showroom | 2 | NY | 05/04/10 |
| INNOVATIVE HOME SYSTEMS, INC. | | 2 | GA | 09/05/07 |
| Innovative Sight & Sound, LLC | | 2 | FL | 07/26/10 |
| Insight Home Solutions | Insight Home Solutions LP | 2 | AZ | 02/25/09 |
| INSIGHT ONSITE LLC | | 2 | NY | 09/16/08 |
| Integrated Electronic Systems | | 2 | CO | 04/13/10 |
| Integrated Environments, LLC | | 2 | CT | 06/02/09 |
| Integrated Lifestyles, Inc | American Home Technology | 2 | MI | 03/02/10 |
| Intelec | | 2 | IA | 05/16/08 |
| Intelligent Service Integration Inc. | ISI Inc, Audio Video Installations | 2 | FL | 01/20/09 |
| InterChez Technologies, LLC | | 2 | OH | 01/20/12 |
| Intra Home Systems LLC | | 2 | NJ | 12/04/09 |
| Invostar, LLC | | 2 | FL | 03/12/09 |
| Jason Stiebling | Illumi-Tech | 2 | NY | 07/22/10 |
| Jewell's Quality Home Systems | | 2 | CA | 12/08/10 |
| Joe Deane | University Audio | 2 | WI | 05/21/09 |
| John Deering Theater Design | | 2 | MN | 03/18/09 |
| JPC POPS INC. | Tune Street | 2 | MA | 05/11/09 |
| Kaiden Home Technologies LLC | | 2 | NY | 10/01/09 |
| Knowhouse2, LLC | | 2 | FL | 10/07/09 |
| Kozi Media Design | | 2 | PA | 06/08/09 |
| L&M Home Entertainment Ltd. | | 2 | AZ | 05/29/09 |
| LaGrone Electric & Service Co., Inc. | | 2 | CA | 03/05/11 |
| LAVA Systems | | 2 | KY | 10/31/11 |
| Listen Up | | 2 | CO | 05/03/10 |
| Living Space Technologies, Inc | | 2 | FL | 02/27/09 |
| LWS Enterprises, LLC | Live Wired Systems | 2 | GA | 05/06/10 |
| M&R Digital Innovations, Inc | | 2 | IL | 03/06/09 |
| Matrix Installations, LLC | | 2 | TN | 06/02/09 |
| Media Design Group | | 2 | FL | 07/30/08 |
| Mid-Tenn Alarms, LLC | Mid-Tenn Alarms | 2 | TN | 10/30/09 |
| Milow Electric, Inc. | Milow Advanced Media | 2 | MN | 03/10/11 |
| Mingace Custom Sound, Inc. | | 2 | FL | 05/15/09 |
| Modern Media Innovations | | 2 | OH | 10/29/09 |
| Moore Audio Design, Inc. | | 2 | NC | 12/10/10 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Morgan Breaux LLC | Audio Video Designs | 2 | TX | 12/07/10 |
| Music & Movies by Mastercraft | | 2 | CA | 04/09/10 |
| Network Digital | Felipe C Ramos | 2 | CT | 03/16/11 |
| Newport Audio Video Inc. | | 2 | UT | 12/08/10 |
| Next Level Systems, Inc | | 2 | TX | 09/30/09 |
| North Bay AVS Design | | 2 | CA | 09/26/11 |
| One -Touch Automation, Inc. | | 2 | IN | 12/31/08 |
| Overture LLC | Overture Ultimate Home Electronics | 2 | DE | 10/23/08 |
| Panacea Design, Inc. | AVID Audio Visual Installation & Design | 2 | MN | 10/15/10 |
| Paradyme Inc. | | 2 | CA | 04/23/10 |
| Phoenix Audio Video, LLC | | 2 | CT | 01/09/09 |
| PONDEROSA | | 2 | CO | 05/06/10 |
| Precision AV LLC | | 2 | CT | 07/05/08 |
| Premier Home Technologies LP | Premier Technology Group | 2 | TX | 08/14/10 |
| Premier Visions A/V LLC. | Premier Visions A/V | 2 | OK | 10/21/10 |
| Premiere Home Technologies LLC | Premiere Homes | 2 | OH | 03/31/09 |
| Prestige Audio Visual Intl. | | 2 | FL | 05/03/10 |
| Pro Design LLC | | 2 | CO | 12/17/09 |
| Pro Tech Solutions | | 2 | OR | 01/28/11 |
| Programmed Systems, LLC | | 2 | CT | 02/10/09 |
| Progressive Integrations, Inc. | | 2 | SC | 06/16/09 |
| Prolink, LLC | | 2 | VA | 02/14/09 |
| R.D. White Co., Inc. | | 2 | MI | 10/15/09 |
| R.E.X. | Desert Sound & Security | 2 | AZ | 09/10/10 |
| Rac Enterprises, Inc. | World Wide Stereo | 2 | PA | 08/03/10 |
| Ranger Audio Video, LLC | | 2 | NV | 09/30/10 |
| Reef Radio Electronics, Inc. | | 2 | FL | 05/24/10 |
| Rich AV Design, LLC | Rich AV Design | 2 | CT | 02/02/09 |
| Satellite Scanners, Inc. | Abbott's Technology Design Group | 2 | NV | 01/27/11 |
| Scheer Security Alarm Systems | Scheer Home Systems | 2 | CA | 01/27/12 |
| Scott Skura | A/V Wizardry | 2 | NY | 03/31/09 |
| Sea-Logic, LLC | | 2 | NY | 10/28/10 |
| Securex Alarm Services, Inc. | SmartTouchUSA | 2 | MD | 10/13/09 |
| Security Alert Inc. | Smart Homes by Security Alert | 2 | NC | 10/06/10 |
| Sierra Consulting LLC | Sierra Audio Video Designs | 2 | CT | 02/05/10 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Sierra Integrated Systems Inc. | | 2 | NV | 12/08/10 |
| Simple Home PA LLC | | 2 | PA | 04/23/10 |
| simpleHome, LLC | | 2 | MA | 10/30/09 |
| SITLLC, LLC | Smart Industry Technologies | 2 | TX | 07/21/10 |
| Skylink Communications Inc. | | 2 | CA | 10/22/09 |
| Smart Home Solutions | AVSI | 2 | ME | 03/31/09 |
| Smart Home Systems Inc. | | 2 | MT | 09/30/10 |
| Smart Homes, Inc. | Smart Offices | 2 | MI | 03/14/09 |
| SmartHome Technologies LLC | | 2 | TX | |
| Smith - Whitman, Inc | | 2 | OH | 08/01/08 |
| SOCAL A/V | | 2 | CA | 07/02/09 |
| SoCal Smart Home, Inc. | ARC Sound + Vision | 2 | CA | 11/21/11 |
| Softrim Corporation | | 2 | FL | 12/08/10 |
| Sound & Secure, Inc. | Eagle Sentry | 2 | NV | 06/17/11 |
| Sound Around, Inc. | CSA Audio | 2 | NJ | 04/01/09 |
| Sound Components, Inc. | Sound Components | 2 | FL | 07/12/10 |
| Sound Image Audio/Video Design | | 2 | TX | 10/29/09 |
| Soundworks, Inc. | | 2 | NY | 02/25/09 |
| Southwest Audio Visual | | 2 | CA | 03/19/10 |
| Speaker Shop Inc. | | 2 | NY | 05/20/10 |
| Spectrum Technology Integrators, LLC | CWB Smart Home Solutions | 2 | FL | 03/17/11 |
| STARR SYSTEMS DESIGN LLC | | 2 | MD | 06/18/07 |
| Stephen Gorton, Inc. | Synergy Audio Video | 2 | CA | 03/09/10 |
| Stereo One - Inc. | Stereo One | 2 | MO | 09/25/08 |
| Streamlife, Inc. | StreamLife Home Technologies | 2 | CA | 09/30/09 |
| Superior Sight & Sound | | 2 | WI | 03/31/09 |
| Symbio Lighting & Control | | 2 | TX | 11/05/09 |
| Synergy Residential Services | Synergy Hi Def | 2 | TX | 01/06/10 |
| System 7 Solutions, Inc. | | 2 | MA | 03/03/10 |
| Tech Rooms, LLC | | 2 | WI | 12/17/10 |
| Technology By Design Inc. | | 2 | IA | 07/16/09 |
| TechPoint1 Inc. | | 2 | IL | 04/27/10 |
| The Audio/Video Specialists, L | | 2 | CO | 12/16/08 |
| The Big Umbrella Llc | Audio Video Advisors | 2 | VT | 04/14/09 |
| The Home Entertainment Special | Cinematechs | 2 | FL | 02/12/10 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| The Little Guys, Inc. | | 2 | IL | 06/16/09 |
| The Rockingham Corp. | The Stereo Shop | 2 | NY | 03/16/09 |
| Theatron Home Theater | Theatron | 2 | VA | 06/13/08 |
| TR WEBB, LLC | TR Professional | 2 | WA | 10/03/11 |
| Tree Ridge Enterprise, Inc. | | 2 | VT | 04/06/10 |
| Triad Electric Inc. | | 2 | CA | 04/23/10 |
| Welter Electric, Inc. | Don Welter Electrical Design & Control | 2 | CA | 12/08/10 |
| Wilshire Home Entertainment, Inc. | Wilshire Home Entertainment | 2 | CA | 10/29/10 |
| Woodbridge Stereo Center Corp | Woodbridge Stereo/Video | 2 | NJ | 01/31/09 |
| Woodson Electric Solutions, Inc. | | 2 | FL | 12/15/11 |
| Wyatt Automated LLC | | 2 | MN | 07/28/11 |
| 20/20 DB | | 3 | CA | 04/23/10 |
| 49er Electric | | 3 | CA | 12/06/10 |
| 7.TV, LLC | Control Niche | 3 | FL | 03/16/10 |
| A.P. PAVIA | LIGHTS CAMERA ACTION | 3 | CT | 06/20/07 |
| Aaron Suit | Sound Advice Audio | 3 | OK | 10/15/09 |
| AAV Corp. | Architectural Audio & Video | 3 | NY | 01/31/09 |
| Accurate Enterprises Inc | Accurate Audio Video | 3 | CA | 10/13/11 |
| Advanced Digital Homes | | 3 | CA | 07/29/11 |
| AES Operations | Advanced Electronic Systems | 3 | TX | 07/13/11 |
| AIQIU S.A. | IQhome | 3 | Guaya quil | 10/03/11 |
| Alextronics, Inc | Alextronics, Inc | 3 | MN | |
| All Safe & Sound, Inc. | | 3 | MO | 08/23/10 |
| All Sound & Security, Inc | All Sound Designs | 3 | CO | 04/13/11 |
| All Systems TV & Satellite, Inc. | All Systems Audio & Video | 3 | PA | 11/17/11 |
| Alpine Technical Services Inc. | | 3 | CA | 09/10/09 |
| Ambiance Unlimited, Inc. | Ambiance Systems | 3 | NY | 08/15/11 |
| Arcadia AVC, LLC | | 3 | NY | 06/04/11 |
| Artistic Systems, LLC | | 3 | CO | 05/16/11 |
| Audio Addicks, LLC | Audio Addicts, LLC | 3 | TX | 04/15/11 |
| Audio Advice | | 3 | NC | 08/29/11 |
| Audio Center Inc | All Around Technology | 3 | MD | 05/13/10 |
| Audio Group, Inc. | Take 5 Audio | 3 | CT | 05/07/10 |
| Audio Innovations, Inc | | 3 | MO | 06/18/09 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Audio Video & Communications, Inc. | AVC Technologies | 3 | FL | 09/06/11 |
| Audio Video by Design | | 3 | TN | 06/16/10 |
| AUDIO VIDEO CONTROL SD | | 3 | Mexico | 10/14/07 |
| Audio Video Dimensions | | 3 | MN | 10/01/09 |
| Audio Video Entertainment, LLC | | 3 | TN | 05/18/09 |
| Audio Video Experts, LLC | | 3 | SC | 08/03/10 |
| Audio Video Innovation, LLC | | 3 | KY | 01/21/11 |
| Audio Video Lifestyles, Inc. | | 3 | IN | 02/22/10 |
| Audio Video Solutions - Inc. | | 3 | NJ | 05/11/09 |
| Audiohouse, Inc. | The Audiohouse | 3 | FL | 07/18/11 |
| Austin Audio | | 3 | TX | 10/27/09 |
| AV Design & Integration | | 3 | NY | 04/14/09 |
| B & I Sound Inc. | Sound Shop | 3 | VA | 06/25/10 |
| Best Lighting Controls and Int | Best Lighting Supply | 3 | FL | 06/23/09 |
| BEYOND AV, INC. | | 3 | UT | 10/12/07 |
| Bjorn's Stereo Designs, Inc. | Bjorn's Audio Video | 3 | TX | 11/03/11 |
| Bonsai Media Systems | | 3 | WI | 10/08/09 |
| Brennan Incorporated | TheaterXtreme | 3 | ID | 04/15/11 |
| Buzz Off Alarm Systems, Inc. | Maximum Audio Video | 3 | FL | 08/04/11 |
| Carter Communication Services, Inc. | Multimedia Solutions, Inc. | 3 | TX | 11/22/11 |
| CC Tech Ventures, Inc | Xtreme Innovations | 3 | MN | 09/21/11 |
| Certified Custom Integrators, LLC | | 3 | NY | 07/08/08 |
| CH Automation & Theater Systems Inc. | | 3 | CA | 07/19/10 |
| Charleston Automation, LLC | | 3 | WV | 04/21/11 |
| City-Wide Electronics, Inc. | | 3 | CA | 08/11/10 |
| CommTech Inc. | | 3 | SD | 05/13/10 |
| Computec Computer Services,Inc | Fusion Home Entertainment | 3 | FL | 09/29/09 |
| Concentric Audio Video, LLC | A V Automation | 3 | TX | 09/29/09 |
| Cos Cob TV LLC | | 3 | CT | 06/22/11 |
| Custom Electronics Group LTD. | | 3 | OH | 01/21/11 |
| Custom F/X Inc. | | 3 | NY | 11/10/10 |
| Custom Home Technology, Inc. | | 3 | CA | 06/04/10 |
| Custom Residential Systems, Inc | | 3 | IL | 07/12/11 |
| Dampier Electric, Inc. | | 3 | CA | 10/28/11 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| DATACOM Solutions | | 3 | IL | 04/21/09 |
| Definitive Resolution, Inc. | | 3 | FL | 03/10/10 |
| Digital Home Solutions, Inc. | Digital Home Solutions | 3 | NC | 08/11/10 |
| Digital Interiors Inc. | | 3 | GA | 08/15/11 |
| Digital Oasis | | 3 | PA | 08/04/10 |
| DP Darnell | U.S. Tech | 3 | CO | 01/19/12 |
| Dunnington Inc. | Lightworks Architectural Lighting | 3 | CA | 06/21/10 |
| ear NETWORKS, LLC | | 3 | NY | 10/19/11 |
| Eastern Office Supply of Upstate NY, Inc. | EOS Technologies | 3 | NY | 05/31/11 |
| Easy Living with Technology | | 3 | FL | |
| Echelon Technologies | | 3 | MI | 04/02/09 |
| Edwards Financial Group LLC | EFG Smart Home and Video | 3 | OH | 09/21/10 |
| Electro Musical LLC | | 3 | CT | 07/10/10 |
| Electronic Integration, LLC | | 3 | CO | 05/27/11 |
| Electronics By Design, Inc. | EBD | 3 | CO | 12/07/10 |
| Enhanced Lifestyles, Inc. | Enhanced Home | 3 | NY | 05/16/11 |
| Entertainment & Technology Sys | Theater Pro. | 3 | NY | 09/23/08 |
| Excess Enterprises, Inc. | Advanced Multimedia Solutions | 3 | WI | 03/10/11 |
| Faceshot LLC | Tech Dwellings | 3 | CO | 10/27/09 |
| Factory Direct Appliance, Inc. | Factory Direct Audio Video | 3 | KS | 08/19/11 |
| Flintstone Enterprises, Inc. | | 3 | TX | 06/03/10 |
| Frequency | | 3 | CA | 03/28/11 |
| Fusion Systems LLC | Fusion Audio & Video | 3 | SC | 03/15/11 |
| Future Technologies, Inc. | | 3 | WI | 10/14/09 |
| Future-Tech Home | | 3 | IL | 06/16/09 |
| Gizmotronics LLC | | 3 | TX | 05/06/11 |
| Good Sounds | | 3 | CA | 10/06/10 |
| Graffiti Sound Solutions | | 3 | ID | 09/30/10 |
| Hamptons Technology Group | | 3 | NY | 09/30/09 |
| Hi-Tech Integrated Systems,Inc | | 3 | NC | 06/01/10 |
| Hifi Club | | 3 | CA | 03/31/10 |
| High Performance A/V, Inc. | High Performance AV | 3 | CA | 10/29/10 |
| HiTek Lightworks | | 3 | WA | 06/10/11 |
| Home Automation Services, Inc. | | 3 | IL | 12/24/09 |
| Home Cinema Central | HC2 | 3 | VA | 07/21/11 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Home Entertainment Inc. | | 3 | TX | 08/30/10 |
| Home Logic, LLC | | 3 | AL | 05/20/09 |
| Home Technology Geeks | Home Theater Geeks/HTG | 3 | FL | 11/03/11 |
| Homebase Systems, Inc | | 3 | NJ | 05/13/08 |
| Homeworks Group, Inc. | | 3 | NJ | 12/08/08 |
| HY FY Marine Audio Corp. | HY FY Audio & Video | 3 | FL | 03/04/10 |
| I-Control Systems Corporation | | 3 | FL | 07/28/11 |
| Icon Group Control & Theater Systems, Inc. | | 3 | CA | 08/19/11 |
| Innovative Home Systems, Inc. | | 3 | RI | 03/04/09 |
| Integrated Electronic Solution | IES | 3 | NY | 03/26/09 |
| Integrity | Integrity Audio & Video | 3 | TN | 10/20/11 |
| Intellvisions America S.R.L. | Intellvisions America | 3 | Sto Dgo | 11/10/11 |
| Interior Technologies, Inc. | | 3 | CA | 09/06/11 |
| IQ Homes, S.A. | | 3 | FL | 01/31/12 |
| ISD Audio Video Inc | | 3 | CA | 10/19/11 |
| JVN Systems, Inc. | | 3 | NY | 08/31/09 |
| Kadair's Cameras Audio Video, Inc | | 3 | LA | 12/08/10 |
| KCS, LLC | iHome Integration | 3 | VA | 10/07/11 |
| Key Systems | | 3 | IL | 03/31/09 |
| KGO Inc. | | 3 | UT | 10/15/10 |
| KM Electric Inc | AllWired Technologies | 3 | NJ | 04/22/11 |
| Kustom Theater Kreations | | 3 | CO | 08/02/10 |
| Legato Enterprises | Legato Home Music and Theater Systems | 3 | CA | 09/06/11 |
| Lighthouse Technologies | | 3 | TX | 07/08/10 |
| Lights On First, Inc. | Infinit Home Technologies | 3 | MN | 07/16/09 |
| Maida Electric Inc. | | 3 | CA | 04/06/10 |
| Margraf Systems | | 3 | CA | 01/03/12 |
| Mari Design, Inc. | | 3 | OR | 08/26/09 |
| Marshall Anderson | VOX Integrations | 3 | TX | 08/15/11 |
| Massey Electric | Massey Electric | 3 | TN | 03/27/08 |
| Maxicon LLC | Maxicon/WSDG Miami | 3 | FL | 01/08/11 |
| Mayer M & J, Inc. | Video & Audio Center/ Just One Touch | 3 | CA | 02/22/11 |
| Mc2 Applied, Llc | | 3 | IL | 04/23/10 |
| Media-Wire Inc. | Media-Wire.com | 3 | NY | 11/25/09 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Melody, Inc | HiFidelix | 3 | FL | 10/07/11 |
| Michael Daugherty AV Systems | | 3 | CA | 10/21/10 |
| MJR Ventures LTD. | The Audiophile | 3 | GC | 01/19/12 |
| MODERN HOME TECHNOLOGIES | | 3 | MA | 10/22/08 |
| Modern Technology and Integ. | | 3 | TX | 09/24/09 |
| Moseley Electronics, LLC | | 3 | VA | 07/12/11 |
| Mountain Multivision & Sound | | 3 | CO | 04/10/09 |
| Muse Audio Video | | 3 | MT | 02/01/11 |
| Neil Stacy Audio Video, LLC | | 3 | NJ | 04/19/11 |
| Newman Hardin Inc. | The Phonograph | 3 | OK | 08/04/10 |
| NuSystems, Inc. | | 3 | NV | 03/13/09 |
| NuView Home Theaters and More | | 3 | NC | 04/22/11 |
| NWE of Jackson, Inc. | New Wave Home Systems | 3 | TN | 12/08/09 |
| Off The Wall Audio Visual, Inc. | Off The Wall Audio/Video | 3 | LA | 10/12/10 |
| P&W Entertainment Systems, LLC | | 3 | NY | 03/13/09 |
| Paramount Home Theater | | 3 | FL | 08/05/10 |
| PEMBA Inc | PEMBA Lighting, Automation and Electrical | 3 | LA | 06/08/11 |
| Peninsulators Inc. | | 3 | CA | 08/08/11 |
| Peter Pappas | Pappas Home Systems | 3 | FL | 05/03/10 |
| Planet 24 Inc | | 3 | NY | 04/13/09 |
| Porche Advanced Systems, LLC | | 3 | LA | 06/25/10 |
| PROELECTRIC Contractors Inc | | 3 | CA | 03/02/11 |
| Profound Dimension LLC | | 3 | TX | 05/11/10 |
| Protech Security LLC | Protech Home Systems | 3 | TX | 07/05/08 |
| Protection Devices Inc. | PDI Security Systems | 3 | NV | 09/28/09 |
| Pure Audio Video Systems, LLC | Pure AVS | 3 | NJ | 10/07/11 |
| Pure Audio Video, LLC | Pure Audio Video | 3 | FL | 06/30/08 |
| QNorthwest, LLC | QNorthwest | 3 | WA | 11/17/11 |
| RAC Electric, Inc. | | 3 | CA | 04/23/10 |
| Randall Audio/Video | | 3 | CT | 07/13/11 |
| Reference Cinema & Sound, Inc. | | 3 | NY | 11/24/08 |
| Relative Sound Systems, LP | | 3 | TX | 01/17/11 |
| Resolution Audio Video LLC | | 3 | NY | 07/20/09 |
| RGB Enterprises | Nu Sound Concepts | 3 | NY | 09/26/08 |
| River Park Inc. | | 3 | IN | 09/17/10 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| RNX International | | 3 | CA | 02/28/09 |
| S A K Enterprises Inc | A C Electric | 3 | CA | 12/08/10 |
| Scene-Scape LLC | Scene-Scape | 3 | OH | 09/25/08 |
| Securenet System Design Corp. | Systems Design Company | 3 | NY | 06/08/09 |
| Selah Home Entertainment | | 3 | TX | 03/31/10 |
| Sensoryphile, Inc | | 3 | NY | 10/11/11 |
| Seth, Inc | The Audio Video Systems | 3 | CA | 07/15/11 |
| Showtime Audio & Video | | 3 | FL | 03/03/11 |
| Simply Home Entertainment | | 3 | CA | 06/01/11 |
| So Cal West Coast Electric Inc. | | 3 | CA | 03/19/10 |
| SOJO Audio & Video | | 3 | MO | 02/25/09 |
| Sound & Vision Advanced Tech. | | 3 | NY | 05/11/09 |
| Sound Entertainment Solutions, LLC | SES | 3 | TX | 07/28/11 |
| Sound Installations, Inc. | | 3 | WI | 05/04/09 |
| SoundVision Systems, Inc. | SoundVision | 3 | CA | 07/12/11 |
| Specialty Electronics, LLC | | 3 | FL | 03/11/09 |
| Spectra Audio Design Group | | 3 | NY | 11/04/10 |
| Spextronic, Inc. | | 3 | GA | 01/08/11 |
| Squaw Valley Electric | | 3 | CA | 04/16/10 |
| SRS Productions | | 3 | CA | 05/04/11 |
| Stereo and Video Integrators | SVI | 3 | NJ | 02/13/09 |
| Stereo Store, Inc | Performance Audio | 3 | CA | 03/15/11 |
| Studio AV Inc. | | 3 | MT | 08/01/08 |
| Suretechs, Inc. | | 3 | CA | 12/07/09 |
| Systems Specialists, Inc | | 3 | AR | 10/06/10 |
| TDR Electric, Inc. | | 3 | ID | 08/25/10 |
| Tech Home Corp. | Good Sounds Home Theater | 3 | FL | 05/20/11 |
| Technical Operation And Devel. | | 3 | MA | 08/21/09 |
| Technology @ Home | | 3 | AZ | 09/15/08 |
| Techteriors, LLC | | 3 | WI | 03/14/11 |
| That's Entertainment,Inc. | | 3 | LA | 07/21/11 |
| The Appropriate Connections, Inc | | 3 | CA | 01/21/11 |
| The Comm Group | | 3 | CA | 04/25/11 |
| The DHC | | 3 | CA | 06/30/10 |
| The Installation Company, Inc | | 3 | CA | 09/06/11 |

RESTRICTED CONFIDENTIAL
OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| The Source Home Theater Installation & Design | | 3 | NY | 08/19/11 |
| The West Group Multimedia Inc. | Statement Media & Designs | 3 | TN | 08/29/11 |
| Theater One Inc. | | 3 | WA | 03/25/11 |
| Tonole Electrical Inc. | TNT Electric | 3 | CA | 09/30/09 |
| Total Control Systems Inc. | Total Control Systems | 3 | FL | 11/29/11 |
| Total Home Technologies | | 3 | NJ | 01/04/12 |
| True-Aspect, LLC | True-Aspect | 3 | WI | 07/22/10 |
| TTAV Commercial, LLC | Texas Tunes Audio Video | 3 | TX | 10/31/11 |
| Ultimate Control Inc. | | 3 | CA | 05/10/11 |
| Unirac Corp. | Francis Custom Theaters | 3 | IL | 09/23/10 |
| Universal Electric Ltd. | | 3 | NA | 01/07/11 |
| Vatlands Electronics | Sound World | 3 | WI | 05/02/11 |
| VIDEO ACCESSORIES PLUS INC. | ERIC GRUNDELMAN'S COOL AV | 3 | TX | 06/20/07 |
| Viking Systems, Inc. | | 3 | CA | 11/19/11 |
| Vitel Communications | | 3 | FL | 06/01/10 |
| Walker Designs, Inc. | Wave Designs | 3 | WA | 08/05/10 |
| Wilsondale Associates LLC | | 3 | MA | 01/06/10 |
| Wired Island, Inc | Wired Island | 3 | FL | 09/02/10 |
| Wired Technologies Group, Inc | | 3 | FL | 11/03/11 |
| XLAV | | 3 | CA | 04/26/10 |
| Video Max | The Entertainer | | MO | 04/22/11 |

EXHIBIT 592

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.<br>Defendant<br><br><br>CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff,<br>v.<br><br>SAVANT SYSTEMS, LLC<br>Counterclaim-Defendant | Civil Action No. 10-cv-11622-EFH |

**PLAINTIFF SAVANT SYSTEMS, LLC'S RESPONSE TO CRESTRON ELECTRONICS, INC.'S THIRD SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. 26 and 33, Plaintiff, Savant Systems, LLC ("Savant"), hereby provides the following responses to the Third Set of Interrogatories propounded by Defendant, Crestron Electronics, Inc. ("Crestron"), as follows:

## GENERAL OBJECTIONS

The following objections are incorporated by reference into each of Savant's responses below as if set forth there in full, and will not be repeated therein:

1. Savant objects to each interrogatory to the extent it seeks information that is protected from disclosure by the attorney-client privilege, the work product doctrine or any other privilege, immunity or protection. In the event any response given by Savant contains privileged

or protected information, its disclosure is inadvertent and does not constitute a waiver of any privilege or protection with respect to the divulged information or any other information.

2. Savant objects to each interrogatory to the extent it seeks production of information that is already in the possession of Crestron and/or is as readily accessible to Crestron as Savant, or that is beyond the scope of the material necessary for litigation of the issues raised in the pleadings, on the ground that such demands seek to impose an overly broad and undue burden on Savant.

3. Savant objects to each interrogatory to the extent it constitutes a series of multiple interrogatories. Crestron's use of a single number does not alter the fact that each answer that Savant is required to provide constitutes a separate interrogatory that counts against the limit on the total number of interrogatories that Crestron may serve.

4. Savant objects to each interrogatory to the extent it seeks production of information that is irrelevant to the issues raised in the pleadings or that is not reasonably calculated to lead to the discovery of admissible evidence.

5. Savant objects to each interrogatory to the extent it seeks production of information which is not in the possession, custody or control of Savant and is therefore outside the permissible scope of discovery.

6. Savant objects to the "Definitions" and "Instructions" to the extent that they impose discovery burdens or obligations on Savant which are greater than or different from those imposed by the Federal Rules of Civil Procedure or the Local Rules for the United States District Court for the District of Massachusetts, including, without limitation, Local Rule 26.5 ("Uniform Definitions in Discovery Requests"). Savant will respond to each interrogatory in accordance with the ordinary definitions and common usages of the terms used therein.

7. Savant objects to the interrogatories to the extent they are duplicative with each other or other discovery requests propounded by Crestron. Where such duplication occurs, Savant will produce the requested information once.

8. Savant objects to each interrogatory to the extent it seeks disclosure of confidential trade secrets, proprietary knowledge, and/or confidential research, development, commercial or business information. **Such information is being produced in strict accordance with the terms of the Protective Order for the Production and Exchange of Confidential Information entered by the Court in this case.**

9. Savant objects to each interrogatory to the extent it seeks information and/or documents from Savant that may be in possession of third parties. Savant has no obligation to produce information and/or documents that are not in its possession or under its control.

10. Savant objects to the interrogatories to the extent they are not limited in time and call for the production of information that unreasonably exceeds the relevant time frame of the dispute.

11. Savant's willingness to provide written responses to any of the interrogatories is not a concession that the subject matter of the particular interrogatory is discoverable, relevant to this action, or admissible as evidence.

12. The responses set forth below are based upon information available to Savant after having made a diligent inquiry of Savant's employees and a diligent search of files in Savant's possession, custody, or control. Savant expressly reserves the right to complete its investigation and discovery of the facts and to rely, at the time of trial or in other proceedings, upon information, and evidence in addition to that provided regardless of whether such information, documents or evidence are newly discovered or currently in existence. Savant

therefore reserves the right, at any time, to revise, amend, correct, supplement, modify or clarify its responses set forth below to the extent required by Fed.R.Civ.P. 26(e).

## RESPONSES TO INTERROGATORIES

**Interrogatory No. 10:**

Identify all former Savant dealers who were terminated by Savant and state the reason for termination.

**Response to Interrogatory No. 10:**

Subject to and without waiving the General Objections, Savant specifically objects to this interrogatory on the grounds that it is two interrogatory requests under the guise of one. As such, Savant will treat this interrogatory as two separate interrogatories under Rule 33 of the Federal Rules of Civil Procedure.

Subject to and without waving the foregoing general and specific objections, Savant states the following: See **Attachment A**. Except as noted below, Savant is without specific knowledge and records sufficient to state the reasons for the termination of any of the dealers in Attachment A.

DSI Entertainment Systems was terminated as a result of publishing false and misleading statements about Savant's products. Elite Performance was terminated because it was publicly disparaging Savant and Savant's products and stopped paying for Savant's support services. Tempus Enterprise, Inc. was terminated due to concerns with the confidentiality of Savant's technology in Tempus' possession.

**Interrogatory No. 11:**

Identify all dealers who have requested or applied to be a Savant dealer that have been denied a Savant dealership by Savant.

**Response to Interrogatory No. 11:**

Subject to and without waving the General Objections, Savant states the following:

**DSI Entertainment Systems**, 6955 Hayvenhurst Ave., Van Nuys, CA 91406

**Paragon Technology Group**, 3766 Highway 82, Glenwood Springs, CO 81601

**Strategic Sync**, 2105 Avenida Espada, San Clemente CA 92673

**Interrogatory No. 12:**

Identify all authorized Blueprint Express dealers.

**Response to Interrogatory No. 12:**

Subject to and without waiving the General Objections, Savant specifically objects to this interrogatory on the grounds that it seeks production of information that is irrelevant to the issues in this action or is not reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 13:**

State the total consideration paid by Savant, including, but not limited to, cash or stock for the purchase of LiteTouch, Inc. from Nortek, Inc.

**Response to Interrogatory No. 13:**

Subject to and without waiving the General Objections, Savant also specifically objects to this interrogatory on the grounds that it seeks production of information that is irrelevant to the issues in this action or is not reasonably calculated to lead to the discovery of admissible evidence.

**Interrogatory No. 14:**

Identify all persons who prepared or assisted in the preparation of the spreadsheet attached as Exhibit B to Savant's Response to Crestron's First Set of Interrogatories.

**Response to Interrogatory No. 14:**

Subject to and without waving the General Objections, Savant states the following:

Robert Madonna, Bruce Myers, and James Carroll.

**Interrogatory No. 15:**

Identify all contract manufacturers Savant has contacted concerning a prospective business relationship.

**Response to Interrogatory No. 15:**

Subject to and without waving the General Objections, Savant states the following:

**CASE** - 19 Norfolk Ave., Easton, MA 02375

**Sunburst** - 70 Pleasant St., W. Bridgewater, MA 02379

**Newtec International, Ltd.** - Rm. 3304, Cable TV Tower, 9 Hoi Shing Rd., Tsuen Wan, N.T. Hong Kong

**Matkim** – P.O. Box 968, Oxford, MA

**Sanmina** - 140 Abbey Rd., Manchester, NH

**V Tech** - 545 Concord Ave., St. 212, Cambridge, MA 02138

**Ideal Jacobs** - 515 Valley St., Maplewood, NJ 07040

**Fawn Industries** - 1920 Greenspring Dr., Timonium, MD 21093

**LightOn** - 5F,90, Chien 1 Rd., Chung Ho, Taipei, Hsien 235, Taiwan, R.O.C.

**APCT** - 3495 De La Cruz Blvd., Santa Clara, CA 95054

**SMTC** - 635 Hood Rd., Markham, Ontario, Canada

**DataEd** - 32 Northwestern Dr., Salem, NH 03079

**EPE** - 645 Harvey Rd., Manchester, NH 03103

**Mack Technology** - 7 Carlisle Rd., Westford, MA 01886

**CTS Corp.** - 34 Londonderry Rd., Londenderry, NH 03053

**Sigma Point** - 901 Marleau Ave., Cornwall, ON K6H 6G5

**Interrogatory No. 16:**

Identify all contract manufacturers Savant has used to manufacture its products.

**Response to Interrogatory No. 16:**

Subject to and without waving the General Objections Savant states the following:

**CTS Corp.**, 34 Londonderry Road, Londenderry, NH 03053.

DATED this 8th day of June, 2012.

Respectfully submitted,

SAVANT SYSTEMS, INC.
By Its Attorneys,

/s/ William Mostyn
Thomas C. O'Konski
Martin J. O'Donnell
William J. Mostyn IV
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500

## Certificate of Service

I hereby certify that this document was served by e-mail with confirmation regular mail on:

Chong S. Park
John J. Kavanagh
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036-1795

Michael J. Pineault, Esq.
Clements & Pineault, LLP
24 Federal Street
Boston, MA 02110

on this 8th day of June, 2012.

/s/ William Mostyn ________

## VERIFICATION OF INTERROGATORY ANSWERS

I, _______________, am ________________ of Savant Systems, LLC, the plaintiff in this action. I believe, based on reasonable inquiry, that the foregoing responses are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on _________________, 2012.

Attachment A

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| Account Name | DBA | Billing State/Province | Billing Country | Account Status | Date Dealer Approved |
|---|---|---|---|---|---|
| Williamson Moss Design Group~ | | TN | US | Disqualified | |
| D&T Design Inc. | | FL | US | Disqualified | 8/18/2009 |
| Audio Video Lifestyles, Inc. | | IN | US | Disqualified | 2/22/2010 |
| AV Design & Integration | | NY | US | Disqualified | 4/14/2009 |
| Intelligent Service Integration Inc. | ISI Inc, Audio Video Installations | FL | US | Disqualified | 1/20/2009 |
| Home Theater Concepts LTD | Home Theater Concepts | MA | US | Disqualified | 2/2/2009 |
| M&R Digital Innovations, Inc | | IL | US | Disqualified | 3/6/2009 |
| McAllen Automation and Distribution | | TX | US | Disqualified | |
| AW Innovation, LLC | | CO | US | Disqualified | 3/25/2011 |
| Pinnacle Media, LLC | | IL | US | Disqualified | 5/5/2011 |
| The Home Theater Experience | | CA | US | Disqualified | 4/7/2011 |
| NLWC | No Longer With Company | MA | US | Disqualified | |
| Diamante Custom Automation LTD | Diamante Custom Automation | GA | US | Disqualified | 8/12/2010 |
| Western Systems LLC | | MN | US | Disqualified | 8/12/2010 |
| Crown Consulting Firm, Inc. | Crown Audio | FL | US | Disqualified | 9/9/2010 |
| All Safe & Sound, Inc. | | MO | US | Disqualified | 8/23/2010 |
| IT Dimensions, Inc. | | TX | US | Disqualified | 8/11/2010 |
| Electronic Dreams | | TX | US | Disqualified | 7/26/2010 |
| Paradyme Inc. | | CA | US | Disqualified | 4/23/2010 |
| Solincom, Inc | | NJ | US | Disqualified | |
| Paragon Technology Group, LLC | | TN | US | Disqualified | 1/28/2011 |
| Custom Home Electronics, LP | Custom Home Electronics | OK | US | Disqualified | |
| Genesis Automation, Inc. | | FL | US | Disqualified | 4/23/2010 |
| Simple Home PA LLC | | PA | US | Disqualified | 4/23/2010 |
| Definitive Sound | | ON | CA | Disqualified | |
| Out of Sight Home Technologies, Inc. | | FL | US | Disqualified | 11/10/2011 |
| Blueprint Wiring Systems, Inc. | | TN | US | Disqualified | |
| Custom Home Theater Systems of | Custom Home Theater Systems, LLC | CA | US | Disqualified | 1/26/2009 |
| Serious Home Technology, Inc. | PLAY | SC | US | Disqualified | |
| Electronic Design Group, Inc. | Room Service Audio & Video Systems | OR | US | Disqualified | 3/16/2010 |
| Erock, Inc. | Integrated Electronics | CT | US | Disqualified | 3/9/2010 |
| AUTOMATED LIFE INC. | Automated Life, Inc. | FL | US | Disqualified | 4/1/2010 |
| Hospitality Business Systems Ltd. | HBS Ltd. | George Town | KY | Disqualified | 4/1/2010 |
| Smartlinks HD Inc. | | ON | CA | Disqualified | |

| | | | | | |
|---|---|---|---|---|---|
| CANIS MAJOR GROUP LLC | Red Dirt Systems | OK | US | Disqualified | 2/23/2010 |
| Integrated Lifestyles, Inc | American Home Technology | MI | US | Disqualified | 3/2/2010 |
| Multimedia Innovations | | FL | US | Disqualified | |
| Inteli Homes | | NA | PR | Disqualified | |
| Henry's Audio Visual Solutions | Audio Images | CA | US | Disqualified | 2/26/2009 |
| Atlanta Audio Video Solutions, | | GA | US | Disqualified | 2/11/2010 |
| Innovative Electronic Interiors | | GA | US | Disqualified | |
| Georgian Audio Video | | ON | CA | Disqualified | |
| United Fire Alarm Service LLC | | SC | US | Disqualified | 11/3/2009 |
| Sounds Good Corporation | HisWay Enterprise | MA | US | Disqualified | 12/8/2008 |
| Electronic Design Associates | EDA | NJ | US | Disqualified | 5/13/2008 |
| Components Electronic Systems, | | AZ | US | Disqualified | 7/1/2008 |
| MEUCCI LTD | | GA | US | Disqualified | 11/12/2008 |
| Electronic Strategies, LLC | | NY | US | Disqualified | 11/21/2008 |
| Plug and Play Media | | AZ | US | Disqualified | 6/30/2008 |
| Tempus Enterprise, Inc. | Tempus Electronic Lifestyles | FL | US | Disqualified | 5/2/2011 |
| Acoustical Concepts, LLC | | NJ | US | Disqualified | 11/7/2008 |
| LINK YOUR HOUSE, INC. | | GA | US | Disqualified | |
| Reality Audio/Video- Inc. | | TN | US | Disqualified | 11/12/2008 |
| AUDIO VIDEO SYSTEMS INC. | | CA | US | Disqualified | 10/16/2007 |
| SIGNATURE THEATERS | | AZ | US | Disqualified | 11/19/2007 |
| LLC | | NY | US | Disqualified | 9/28/2007 |
| RICHMOND CAR STEREO CENTRE | INTERIORS | BC | CA | Disqualified | 11/19/2007 |
| ZOHA SYSTEMS, INC. | | BC | CA | Disqualified | 1/7/2008 |
| Attack Communications | | CA | US | Disqualified | 10/15/2007 |
| Intersecki Corporation | | FL | US | Disqualified | 12/12/2007 |
| SmartLiving LLC | | NV | US | Disqualified | 11/2/2007 |
| PRO MUSIC SYSTEMS INC | SPEARIT SOUND | MA | US | Disqualified | 11/6/2007 |
| RNS TECHNOLOGIES | | TX | US | Disqualified | 11/7/2007 |
| Nantucket Media Systems, Inc. | | MA | US | Disqualified | 10/3/2007 |
| HITECH STEREO & VIDEO | | NJ | US | Disqualified | 6/20/2007 |
| ELECTRONIC | | FL | US | Disqualified | 11/8/2007 |
| Genesis Home Technologies, Inc | | OR | US | Disqualified | 6/20/2007 |
| SENSATION CORP | SOUND PRO | MT | US | Disqualified | 6/20/2007 |
| RADIO ACTIVE, INC. | | CA | US | Disqualified | 1/7/2008 |
| MEDIA DESIGN ASSOCIATES INC. | | FL | US | Disqualified | 6/20/2007 |

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| INTEGRATED CONTROL EXPERTS | ICX | IL | US | Disqualified | 6/20/2007 |
| WILSON ENTERTAINMENT | WILSON HOME THEATRE SYSTEMS | CA | US | Disqualified | 9/5/2007 |
| CAMERAS INC. | HOMEPLAY | MA | US | Disqualified | 9/5/2007 |
| MJA CONSULTING SERVICE | | PA | US | Disqualified | 6/20/2007 |
| ELECTRONIC HOME, INC. | | GA | US | Disqualified | 6/20/2007 |
| ATLANTIC STEREO | | CA | US | Disqualified | 9/28/2007 |
| CONTROL AV CORPORATION | Control Freak | CA | US | Disqualified | 9/5/2007 |
| UV ULTIMATE VISIONS | | CA | US | Disqualified | 9/28/2007 |
| BEYOND AV, INC. | | UT | US | Disqualified | 10/12/2007 |
| Mike Pecar Sales | | MI | US | Disqualified | 11/13/2008 |
| Home Media Stores, LLC | Home Media | VA | US | Disqualified | 3/14/2008 |
| Environmental Technology Cente | | MA | US | Disqualified | 1/9/2009 |
| New Image Marketing | | WI | US | Disqualified | 12/8/2008 |
| Odyssey Protection Systems | | IL | US | Disqualified | 5/20/2009 |
| MAC | Master Audio Cameras Corp. | FL | US | Disqualified | |
| Sight & Sound Security | | CA | US | Disqualified | 6/10/2009 |
| Future-Tech Home | | IL | US | Disqualified | 6/16/2009 |
| Innovative Consulting & Market | | AZ | US | Disqualified | |
| LASERDISC ENTERPRISES | GEORGIA HOME THEATER | GA | US | Disqualified | 5/6/2010 |
| EMI | | MI | US | Disqualified | 10/30/2007 |
| Spire Integrated Systems Inc. | | MI | US | Disqualified | 5/25/2010 |
| M West Corp, Inc. | | NV | US | Disqualified | 6/20/2008 |
| Pacifitech Media Systems, Inc. | La Scala | BC | CA | Disqualified | 8/1/2008 |
| RAVE AUDIO VIDEO INC. | | CA | US | Disqualified | 1/25/2008 |
| DIGITAL HOME LIFESTYLES | | AZ | US | Disqualified | 12/12/2007 |
| Kerpa Construction, LLC | Golden Eagle Automation | ID | US | Disqualified | 12/5/2008 |
| Harbour Marine Systems, Inc. | | FL | US | Disqualified | 11/21/2008 |
| PEAK-TO-PEAK SYSTEMS, INC. | | CA | US | Disqualified | 11/13/2007 |
| Home Automation Services, Inc. | | IL | US | Disqualified | 12/24/2009 |
| Lights On First, Inc. | Infinit Home Technologies | MN | US | Disqualified | 7/16/2009 |
| Symphonic Residential Systems Inc | | AB | CA | Disqualified | 11/27/2009 |
| Sound Shack | Butch's Sound & Vision | PA | US | Disqualified | 6/16/2009 |
| Soundline Queenstown LTD. | | | NZ | Disqualified | |
| Savi Systems, LLC | | ME | US | Disqualified | 9/27/2008 |
| Sol Digital System, LLC | | FL | US | Disqualified | 5/14/2010 |
| Sound Automation, Inc. | Automated Home Solutions | CA | US | Disqualified | 12/17/2009 |

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| Synkros, Corp. | | NA | PR | Disqualified | 12/14/2009 |
| Ambient Technologies Aspen | Ambient Technologies | CO | US | Disqualified | 5/6/2008 |
| Performance Imaging | | CT | US | Disqualified | 4/25/2008 |
| Custom Design Environments Inc | Custom Design Environments | OH | US | Disqualified | 6/16/2009 |
| Lifespaces, Inc. | elifespaces | SC | US | Disqualified | 1/19/2009 |
| Audio Video Representatives | | FL | US | Disqualified | |
| Kablelink Electric | Crystal Vision and Acoustics | FL | US | Disqualified | 4/17/2008 |
| Cabling Technologies Llc | | CT | US | Disqualified | 12/24/2008 |
| KBL Technologies, LLC | | WY | US | Disqualified | 4/9/2009 |
| Digital Guesthouse Ventures, L | Progressive Audio | OH | US | Disqualified | 5/16/2008 |
| Inner Media Solutions | | CA | US | Disqualified | 1/9/2009 |
| 8250 Theaterworks | | CO | US | Disqualified | 8/30/2008 |
| Digital Boy, Inc. | | CA | US | Disqualified | 12/22/2009 |
| Design Tech Marketing, Inc. | | TX | US | Disqualified | 7/9/2008 |
| Rich Green, Ink, Inc. | Rich Green, Ink | CA | US | Disqualified | 10/8/2008 |
| Tech Automation, Inc. | | MI | US | Disqualified | 2/28/2009 |
| LP Trading, LLC | Bang & Olufsen | FL | US | Disqualified | 3/17/2008 |
| Convergence Marketing | | PA | US | Disqualified | |
| Core Residential Technologies | | PA | US | Disqualified | 5/16/2008 |
| Scotco Solutions, Llc | Digital Home Designs | OH | US | Disqualified | |
| Design Cinema Privee | | GA | US | Disqualified | |
| Desert Acoustics Home Ent. | Desert Acoustics | AZ | US | Disqualified | 3/19/2008 |
| Bri-Tech, Inc. | | NY | US | Disqualified | 8/31/2010 |
| Media-Wire Inc. | Media-Wire.com | NY | US | Disqualified | 11/25/2009 |
| Gregg VanDergriff | Entertainment Group | TN | US | Disqualified | 11/23/2009 |
| Alaska Electronic Warehouse | | AK | US | Disqualified | 1/7/2009 |
| Commercial Communication & Ima | Twenty One AV | FL | US | Disqualified | 12/16/2008 |
| Living Intelligent | | NJ | US | Disqualified | |
| Electronics Partners Group, IN | House Systems/ Gym Systems | NY | US | Disqualified | 7/21/2008 |
| Media Design Group | | FL | US | Disqualified | 7/30/2008 |
| Brennan Incorporated | TheaterXtreme | ID | US | Disqualified | 4/15/2011 |
| Structured Technologies, Inc. | Working Radius | FL | US | Disqualified | |
| Command Performance, Inc. | | CO | US | Disqualified | 9/9/2008 |
| Service Tech, Inc. | | TX | US | Disqualified | 10/15/2008 |
| eGroup Fine Electronics Home Theater | | TN | US | Disqualified | |
| Safe And Sound Systems | | UT | US | Disqualified | 4/9/2009 |

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| Media Calm | | GA | US | Disqualified | 8/27/2008 |
| Jos Enterprises Inc. | Tri-State Home Theatre | PA | US | Disqualified | |
| Genesis Technologies Benelux b | | Waregem | BE | Disqualified | |
| Integrity Home Integration, In | | WA | US | Disqualified | 12/30/2008 |
| World Visions Group, LLC | Prestige Media Design | WY | US | Disqualified | 9/19/2008 |
| Elite Performance Integration | | NY | US | Disqualified | 9/23/2008 |
| Audio Video Specialists, Inc. | Audio Video Specialists | WY | US | Disqualified | 11/1/2008 |
| Ambassador Marketing | | WA | US | Disqualified | 9/15/2008 |
| Acoustic Visions, LLC | | CO | US | Disqualified | 9/12/2008 |
| VIP Technology | VIP | SC | US | Disqualified | |
| Indigo Home Technologies LLC | | TX | US | Disqualified | 11/4/2009 |
| uberHome Technology Integration Ltd. | | NS | CA | Disqualified | 11/4/2009 |
| Visonic | | FL | US | Disqualified | |
| Austin Audio | | TX | US | Disqualified | 10/27/2009 |
| Mark S. Hauser Inc. | Select Audio Video | FL | US | Disqualified | 11/3/2009 |
| Admit One, Inc. | | MN | US | Disqualified | 2/24/2009 |
| Enhanced Home Systems, Inc. | | MN | US | Disqualified | 3/5/2009 |
| JB Engineering, Corp. | | FL | US | Disqualified | 2/12/2009 |
| Sound Installations, Inc. | | WI | US | Disqualified | 5/4/2009 |
| Stram Electronics | Home Theater Gallery | FL | US | Disqualified | |
| Euro-American Investments, Inc. | | FL | US | Disqualified | |
| IASIC, Inc. | GreenTechNW | WA | US | Disqualified | 3/6/2009 |
| Wagner Home Systems | | CO | US | Disqualified | 4/22/2009 |
| Smart Homes, Inc. | Smart Offices | MI | US | Disqualified | 3/14/2009 |
| Electronic Systems Design, Inc | | FL | US | Disqualified | 7/22/2011 |
| Hed South, Inc. | | FL | US | Disqualified | 6/8/2009 |
| Brilliant Technologies | | RI | US | Disqualified | 3/10/2009 |
| C.I.M. | | DN | DO | Disqualified | 3/2/2010 |
| Simplistic Audio Video | SimplisticAudio Video | TX | US | Disqualified | 6/23/2009 |
| Silvercore | Criteria | FL | US | Disqualified | 3/4/2009 |
| RNX International | | CA | US | Disqualified | 2/28/2009 |
| AdaptAV | | FL | US | Disqualified | |
| Wireless Home, Inc. | | FL | US | Disqualified | 3/10/2009 |
| Home Media, Inc. | Home Media | ID | US | Disqualified | 5/7/2009 |
| Home Theater Shop, Inc. | Home Theater Group | NJ | US | Disqualified | 5/7/2009 |
| IDG Construction Co.. Inc. | | FL | US | Disqualified | 5/12/2009 |

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| Illuminations Lighting Design | | TX | US | Disqualified | 5/20/2009 |
| POWERHOUSE LLC | | MD | US | Disqualified | 8/5/2009 |
| iJamUSA, Inc | | VA | US | Disqualified | 3/17/2009 |
| John Deering Theater Design | | MN | US | Disqualified | 3/18/2009 |
| Key Systems | | IL | US | Disqualified | 3/31/2009 |
| Keyes North Atlantic, Inc. | | MA | US | Disqualified | 4/30/2009 |
| Cobb Enterprises, Inc. | Hi-Tech Home | CA | US | Disqualified | 10/2/2009 |
| Next Level Systems, Inc | | TX | US | Disqualified | 9/30/2009 |
| Entertaining Spaces | | CA | US | Disqualified | 4/8/2009 |
| Erich Allen Group, LLC | EAG Design | TN | US | Disqualified | 4/21/2009 |
| Stuarts Audio | Stuarts | NJ | US | Disqualified | 5/13/2009 |
| Prestige Automation Inc. | Prestige Home Automation | NV | US | Disqualified | 10/22/2009 |
| Advanced Home Theater Inc. | | FL | US | Disqualified | 7/26/2010 |
| Hi-Tech Integrated Systems,Inc | | NC | US | Disqualified | 6/1/2010 |
| Protection Devices Inc. | PDI Security Systems | NV | US | Disqualified | 9/28/2009 |
| Modern Technology and Integ. | | TX | US | Disqualified | 9/24/2009 |
| Multi Media Innovations | | FL | US | Disqualified | |
| J.R. Goold Enterprises, Inc. | Pacific Digital Home | CA | US | Disqualified | 6/25/2009 |
| American Media, LLC | | NC | US | Disqualified | |
| Guenther-Vorrucken, Inc. | Advanced Audio Design | FL | US | Disqualified | 7/16/2009 |
| Custom Audio Video Hilton Head | Custom Audio Video | SC | US | Disqualified | |
| Marquis Home Solutions | | TN | US | Disqualified | |
| Accent Electronic Sys Integrat | | FL | US | Disqualified | 4/23/2010 |
| Automation Architects | | GA | US | Disqualified | 8/7/2009 |

Jim Account Report
Copyright (c) 2000-2012 salesforce.com, inc. All rights reserved.
Confidential Information - Do Not Distribute
Generated By: Beth LeClerc 6/5/2012 1:31 PM
Savant Systems, LLC