# EXHIBIT 615

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.<br>Defendant<br><br>CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff,<br>v.<br><br>SAVANT SYSTEMS, LLC<br>Counterclaim-Defendant | Civil Action No. 10-cv-11622-EFH |

**PLAINTIFF SAVANT SYSTEMS, LLC'S SUPPLEMENTAL ANSWERS TO INTERROGATORY NOS. 4, 11 AND 49 THROUGH 58 OF CRESTRON ELECTRONICS, INC.'S FIRST, THIRD AND SIXTH SETS OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff, Savant Systems, LLC ("Savant"), provides the following Supplemental Answers to Interrogatory No. 4 of Crestron Electronics, Inc.'s ("Crestron") First Set of Interrogatories, Interrogatory No. 11 of Crestron's Third Set of Interrogatories, and Interrogatory Nos. 49 through 58 of Crestron's Sixth Set of Interrogatories, as follows:

## GENERAL OBJECTIONS

1. Savant hereby incorporates by reference the General Objections stated in its earlier Responses.

## ANSWERS TO INTERROGATORIES

**Interrogatory No. 4:**

Identify all jobs or projects that were flipped to Savant from Crestron including, but not limited to, those flipped under the Savant Competitive Flip Program including:

(a) the value of the other manufacturer or manufacturers' contract or contracts for the job;

(b) the value of the Savant contract for the job;

(c) the dealer or dealers connected to the job;

(d) any discounted Savant merchandise provided to dealer or dealers who flipped the job and the value of the discounts.

**Response to Interrogatory No. 4:**

Without waiving and expressly reserving the foregoing objections, Savant states that the information requested in subparts (a) and (b) of this interrogatory is not available to Savant because it does not have contracts per job with dealers and purchase orders from dealers are not generally specific to a given job or dealer/end user agreement. Savant states that it is in the process of preparing a report based on its business records from which the information requested in subparts (c) and (d) of this interrogatory may be derived or ascertained. Savant will produce the report upon its completion.

**First Supplemental Response to Interrogatory No. 4:**

Without waiving and expressly reserving the foregoing objections, Savant states that it has conducted a search of its business records for the information requested in each of the subparts of this Interrogatory, and that the information requested is not available from those records.

**Second Supplemental Response to Interrogatory No. 4:**

Without waiving and expressly reserving the foregoing objections, Savant states that it has conducted a search of its business records for the information requested in each of the subparts of this Interrogatory, and that the information requested is not available from those records.

Savant states that inquiries have been made of James Carroll and other Savant personnel likely to have the information requested by this interrogatory and such individuals have no specific recollection of the matters requested.

Savant is also in the process of electronically searching the hard drives of several Savant custodians and, specific shares/folders of its central servers, using keywords likely to uncover any documents relating to the matters requested (e.g., “flipped jobs,” “Competitive Flip Program” and “flip”). In the event that any relevant information is obtained from documents uncovered in this searching, Savant will further supplement this response when the searching is completed.

**Third Supplemental Response to Interrogatory No. 4:**

Without waiving and expressly reserving the foregoing objections, pursuant to Federal Rule of Civil Procedure 33(d), Savant refers Crestron to the documents listed in Exhibit H attached hereto. Savant further refers Crestron to the sales data produced by Savant at SAVANT3330289-SAVANT3330593.

**Fourth Supplemental Response to Interrogatory No. 4:**

Savant did not and does not track flips from any competitor to Savant, including under the Competitive Flip Program.

The only way Savant has to know whether a given project is a "flip" is when so advised by the dealer. And, even in such instances, it is difficult to tell whether a contract for a competitor's products had been signed; whether there were actually competing bids; whether the end-user was simply considering a competitor's products; or even if there were competing products at all. As such, Savant conducted a thorough search of the documents produced in this litigation for projects that were flipped. However, it is also difficult to correlate correspondence and communications with often vaguely identified projects by dealers with actual, finalized sales. As such, any effort to determine whether a specific sale was actually a flip is difficult at best.

Without waiving and expressly reserving the foregoing objections, Savant refers Crestron to Exhibit I attached hereto, and pursuant to Federal Rule of Civil Procedure 33(d), to the documents cited therein. Insofar as there is no formal method of tracking flips, including whether a proposed flip ever took place, Exhibit I identifies both sales that are confirmed as flips and instances where flips were or are proposed but for which Savant cannot confirm a flip took place. Further, all monetary values might not represent the final contract value, insofar as proposals are not final, and even finalized projects are often altered or amended in process. Savant further refers Crestron to the sales data produced by Savant and provided via online access.

**Interrogatory No. 11:**

Identify all dealers who have requested or applied to be a Savant dealer that have been denied a Savant dealership by Savant.

**Response to Interrogatory No. 11:**

Subject to and without waiving the General Objections, Savant states the following:

**DSI Entertainment Systems**, 6955 Hayvenhurst Ave, Van Nuys, CA 91406;

**Paragon Technology Group**, 3766 Highway 82, Glenwood Springs, CO 81601; and

**Strategic Sync**, 2105 Avenida Espada, San Clemente CA 92673.

**<u>First Supplemental Response to Interrogatory No. 11:</u>**

Subject to and without waiving the General Objections, Savant further states the following:

Savant engaged a number of manufacturers' representatives in different regions of the United States to identify dealers who were qualified for and capable of becoming Savant dealers within the representatives' respective regions. The representatives were given general instructions on the qualifications and requirements for dealers to become Savant dealers, but the representatives acted semi-autonomously in their efforts to find and sign new Savant dealers.

Insofar as Savant was a new company, Savant actively sought to increase—rather than limit—the number of dealers signed to distribute and sell its products. However, since the bulk of Savant's sales were of its high-end, residential automation and control products, Savant's general sales strategy at least during the first few years of its existence was to selectively target so-called "Tier 1" and "Tier 2" dealers. As such, Savant instructed the representatives to look for dealers who were of sufficient size and capability to competently serve as Savant dealers. The representatives were further instructed to sign up as many such dealers as the representatives thought were capable of meeting the requirements.

Although Savant's instruction to the representatives was to engage as many capable, qualified dealers as possible in order to expand the brand and market penetration, some representatives—of their own accord and without expressly informing Savant—also, in a limited

number of instances, declined to sign or deferred signing certain dealers in a given area of their regions to avoid there being what the representatives believed in their professional judgment at that time to be "too many" Savant dealers in a given geographic area. However, at no time was any dealer ever given the exclusive right to sell into a geographic region, and at no time was any dealer refused a Savant dealership in a given geographic region because another dealer in that region was exclusive.

The process for becoming a Savant dealer usually began in an informal way. At times, an employee of a given representative would speak with a dealer within that representative's region about the possibility of becoming a Savant dealer. At other times, a dealer would of its own volition approach an employee of the representative about becoming a Savant dealer. These communications usually occurred in person or over the telephone. In each instance, the representative would explain the requirements for becoming a Savant dealer to the prospective dealer. In most instances, if the dealer could not meet the requirements, the dealer itself would recognize as much and withdraw from consideration. It was, therefore, rare for a dealer to press for a Savant dealership agreement if it were not qualified; and, therefore, it was rare for the representative to explicitly deny a Savant dealership to a given dealer due to the dealer's size and capabilities. At other times, even if a dealer could meet the requirements to become a Savant dealer, the dealer might be turned down by the representative for reasons relating to the dealer's business practices, reputation, credit or for other reasons. For example, some dealers admitted that they would never actively sell Savant products. Rather, they wanted to carry Savant as a basis to increase the number of jobs on which they could compete, regardless of any preference preliminarily expressed by an end user.

Once the representative and the dealer agreed that the dealer could and should become a Savant dealer, the dealer would begin the formal application process. Only at that time would the dealer fill out an application, which application would be passed on to Savant. Insofar as only dealers who were, effectively, prequalified would ever fill out an application, no dealer who ever filled out an application has ever been denied a dealership.

In light of the above, and following its reasonable investigation of information within its and its current representatives possession, custody or control, Savant hereby identifies the following dealers whose requests for Savant dealerships may have, at one time or another, been denied or deferred for a period of time:

**Artisan**, Scottsdale, AZ

**Automated Environments**, Mesa, AZ

**Avitel**, Carefree, AZ

**Carefree Audio Video**, Carefree, AZ

**Cavalti**, Scottsdale, AZ

**Clean Media**, Scottsdale, AZ

**DSI Entertainment Systems**, Van Nuys, CA

**G.I. Maintenance LLC**, Brooklyn, NY

**Gizmo**, Los Angeles, CA

**Hughes Electric**, Costa Mesa, CA

**iWired**, Scottsdale, AZ

**Layers**, Scottsdale, AZ

**Metron**, Akron OH

**Paragon Technology Group**, Glenwood Springs, CO

**Prime ECS**, Irvine, CA

**Room Service**, Beaverton, OR

**Spectrum Services**, Lake Forest, CA

**Strategic Sync**, San Clemente, CA

**Tech Automation**, Troy, MI

**WCI**, El Segundo, CA

**Wiplaince**, Bellevue, WA

**Second Supplemental Response to Interrogatory No. 11:**

Savant conducted another thorough review of its files and contacted each of its manufacturers' representatives to determine whether, after yet another investigation, it or they were able to identify any additional dealers who were denied Savant dealerships. Subject to and without waiving the General Objections, Savant further states that there are no additional dealers it or its manufacturers' representatives were able to identify who were denied Savant dealerships.

**Interrogatory No. 49**:

To the extent that any of your responses to Creston Electronics, Inc.'s Fourth Set of Requests for Admission are anything but an admission, please state the basis for your denials.

**Response to Interrogatory No. 49:**

In addition to its General Objections, Savant specifically objects to this interrogatory because, counting all subparts of the interrogatories in this and Crestron's prior five sets, it exceeds the total number of interrogatories currently allowed by the Court.

**Supplemental Response to Interrogatory No. 49:**

Without waiving and expressly reserving the General Objections, and specific objection to this Interrogatory, set forth in Savant's previous Answers thereto, Savant states that the following supplemental responses regarding features, functionality and capabilities of its products as of March 27, 2009 and as of August 2010 are based, at least in part, on SAVANT0143224, SAVANT0147191, SAVANT0240613, SAVANT0243215, SAVANT0463966, SAVANT0537227, SAVANT0964931, SAVANT1587359, SAVANT3559619 and SAVANT3559620-49, each of which is incorporated herein by reference, as well as on knowledge and information regarding those products provided by Savant's James W. Carroll and Michael Silva. Savant further identifies the following as the basis for each of its responses to the following requests in Crestron's Fourth Set of Requests for Admission:

**Request for Admission No. 41:**

Admit that, as of March 27, 2009, Savant did not offer software or an application which enabled an end user to control a Savant system from a user interface from a Mac or PC.

**Supplemental Response to Interrogatory No. 49(1):**

Request for Admission No. 41 was denied because, as of March 27, 2009, Savant was an authorized reseller of Apple® products including the Apple® OS operating system, which included a "Back to My Mac" feature that enabled an end user to control a Savant system from a user interface on a Mac or PC.

**Request for Admission No. 45:**

Admit that, as of March 27, 2009, Savant did not offer a dedicated shade controller.

**Supplemental Response to Interrogatory No. 49(2):**

Request for Admission No. 45 was “otherwise denied” because, as of March 27, 2009, Savant promoted compatible shade controllers of its third party Partners in Excellence for use with Savant systems and which when installed were “dedicated” to such systems.

**Request for Admission No. 46:**

Admit that, as of March 27, 2009, Savant did not offer stand-alone scheduling and management software.

**Supplemental Response to Interrogatory No. 49(3):**

Request for Admission No. 46 was denied because, as of March 27, 2009, Savant “offered” System Monitor,” which was a stand-alone management software application used to manage, deploy and upgrade Savant systems, and because, as of that same date, Savant also “offered” its Racepoint Blueprint software product which provided the ability to create scheduled events.

**Request for Admission No. 47:**

Admit that, as of March 27, 2009, Savant did not offer a Savant-brand lighting solution.

**Supplemental Response to Interrogatory No. 49(4):**

Request for Admission No. 47 was “otherwise denied” because, as of March 27, 2009, Savant promoted compatible lighting solutions of its third party Partners in Excellence for use with Savant systems.

**Request for Admission No. 48:**

Admit that, as of March 27, 2009, Savant did not offer a Savant-brand HVAC control.

**Supplemental Response to Interrogatory No. 49(5):**

Request for Admission No. 48 was "otherwise denied" because, as of March 27, 2009, Savant promoted compatible HVAC control solutions of its third party Partners in Excellence for use with Savant systems.

**Request for Admission No. 50:**

Admit that, as of March 27, 2009, Savant did not offer a digital media HDMI switching and distribution solution with HDCP support.

**Supplemental Response to Interrogatory No. 49(6):**

Request for Admission No. 50 was denied because, as of March 27, 2009, Savant "offered" its Rosie System 2 which was a digital media HDMI switching and distribution solution with HDCP support.

**Request for Admission No. 51:**

Admit that, as of March 27, 2009, Savant did not offer amplifiers and/or expansion amplifiers.

**Supplemental Response to Interrogatory No. 49(7):**

Request for Admission No. 51 was "otherwise denied" because, as of March 27, 2009, Savant promoted compatible amplifiers and/or expansion amplifiers of its third party Partners in Excellence for use with Savant systems.

**Request for Admission No. 52:**

Admit that, as of March 27, 2009, Savant did not have a SDK available for cross platform compatiblity.

**Supplemental Response to Interrogatory No. 49(8):**

Request for Admission No. 52 was denied because, as of March 27, 2009, Savant's RacePoint Blueprint software product was capable of providing a SDK for cross platform compatibility.

**Request for Admission No. 53:**

Admit that, as of March 27, 2009, neither the Savant Rosie System 2 nor the Rosie Touch 13 had analog audio inputs.

**Supplemental Response to Interrogatory No. 49(9):**

Request for Admission No. 53 was denied because, as of March 27, 2009, at least the upgraded version of Savant's Rosie System 2 had analog audio inputs.

**Request for Admission No. 55:**

Admit that, as of March 27, 2009, neither the Savant Rosie System 2 nor the Rosie Touch 13 had amplified audio distribution.

**Supplemental Response to Interrogatory No. 49(10):**

Request for Admission No. 55 was denied because, as of March 27, 2009, at least the upgraded version of Savant's Rosie System 2 had amplified audio distribution albeit separate from and nonintegral with the System.

**Request for Admission No. 56:**

Admit that, as of March 27, 2009, neither the Savant Rosie System 2 nor the Rosie Touch 13 had an AM/PM tuner included.

**Supplemental Response to Interrogatory No. 49(11):**

On the assumption that "AM/PM" was intended to be "AM/FM," Request for Admission No. 56 was nonetheless denied because, as of March 27, 2009, at least the upgraded version of Savant's Rosie System 2 had an AM/FM tuner albeit separate from and nonintegral with the System.

**Request for Admission No. 57:**

Admit that, as of March 27, 2009, neither the Savant Rosie System 2 nor the Rosie Touch 13 had optional XM and/or Sirius Tuners

**Supplemental Response to Interrogatory No. 49(12):**

Request for Admission No. 57 was denied because, as of March 27, 2009, at least the upgraded version of Savant's Rosie System 2 had optional XM and/or Sirius Tuners albeit separate from and nonintegral with the System.

**Request for Admission No. 60:**

Admit that, as of March 27, 2009, Savant did not offer all of the following: outboard PC applications for Web browsing, streaming media, conferencing, VoIP, & remote computer access.

**Supplemental Response to Interrogatory No. 49(13):**

Request for Admission No. 60 was denied because, as of March 27, 2009, Savant "offered" and supported web screen and web browsing on touch panels and OSD interfaces.

**Request for Admission No. 63:**

Admit that, as of March 27, 2009, neither the Savant Rosie System 2 nor the Rosie Touch 13 had optional desktop and wall mount docking stations.

**Supplemental Response to Interrogatory No. 49(14):**

Request for Admission No. 63 was denied because, as of March 27, 2009, Savant "offered" wireless touch panel charging dock/base products (model #WDB-100B-00 and WDB-100W-00). *See* Savant Systems dealer price list dated 11-19-2008, (SAVANT0147191).

**Request for Admission No. 69:**

Admit that, as of March 27, 2009, each Savant Touchpanel and/or keypad required a separate server/extender "box" to be installed/wired between it and the main Savant Control Processor.

**Supplemental Response to Interrogatory No. 49(15):**

Request for Admission No. 69 was denied because, as of March 27, 2009, although the ITS server required an additional power or network connection, each Savant Touchpanel and/or keypad did not require a separate server/extender "box" to be installed/wired between it and the main Savant Control Processor.

**Request for Admission No. 70:**

Admit that, as of March 27, 2009, the separate server/extender "box" required to be installed/wired between each Savant Touchpanel and keypad and the main Savant Control Processor added additional costs to the installation, due to the cost of the units themselves as well as extra writing, connectors and labor.

**Supplemental Response to Interrogatory No. 49(16):**

Request for Admission No. 70 was denied for the reason set forth in Supplemental Response No. 49(15).

**Request for Admission No. 71:**

Admit that, as of March 27, 2009, the separate server/extender box required to be installed/wired between each Savant Touchpanel and keypad and the main Savant Control Processor increase the possibility of miswiring and failed connections in the Savant system.

**Supplemental Response to Interrogatory No. 49(17):**

Request for Admission No. 71 was denied for the reason set forth in Supplemental Response No. 49(15).

**Request for Admission No. 74:**

Admit that, as of August 2010, it was not possible to control an entire home from any Mac or with just a mobile data connection using Savant system end products.

**Supplemental Response to Interrogatory No. 49(18):**

Request for Admission No. 74 was denied because, as of August 2010, Savant systems and products provided full home control via the "Back to My Mac" feature of the Apple® OS. Savant also provided iPhone and iPad applications that enabled full home remote control from a mobile data connection at that time. *See* Savant's 4.1.2 ER1 Product Release Notification dated June 30, 2010 (SAVANT3559619) which announced the availability of "Rosie on the Road for iPad."

**Request for Admission No. 76:**

Admit that, as of August 2010, Savant products did not enable the user to access entire Apple TV collection on any touchpanel throughout the home and view album and movie cover art and info on any touchpanel throughout the home.

**Supplemental Response to Interrogatory No. 49(19):**

Request for Admission No. 74 was denied because, as of August 2010, Savant systems and products supported viewing the entire Apple TV collection, including cover art. *See* Savant 4.0 Product Overview – R2, dated November 2009 (SAVANT0240613).

**Request for Admission No. 77:**

Admit that, as of August 2010, Savant did not manufacture and sell a product that enabled the user to leverage all types of digital media content, including iTunes libraries, on-line streamed content, HD movies and HD video rentals.

**Supplemental Response to Interrogatory No. 49(20):**

Request for Admission No. 77 was denied because, as of August 2010, although Savant itself did not manufacture such a product, it did resell the Apple TV which had iTunes library access, on-line stream content, HD movies, and HD video rentals. *See* Savant US Price List MSRP (March 2010) at 109 (SAVANT0964931).

**Request for Admission No. 78:**

Admit that, as of August 2010, Savant did not enable the end user to control an entire home from any computer within the home or worldwide with Adobe® Flash®.

**Supplemental Response to Interrogatory No. 49(21):**

Request for Admission No. 78 was denied because, even though Savant did not provide this control specifically using Abobe® Flash®, it provided the control using alternative mechanisms. *See* Supplemental Response No. 49(18).

**Request for Admission No. 81:**

Admit that, as of August 2010, Savant had discontinued its own line of touchpanels.

**Supplemental Response to Interrogatory No. 49(22):**

Request for Admission No. 81 was denied because, as of August 2010, Savant was still selling touchscreen devices including its "Touch TV" product and a Rosie Surface Kit. *See* Savant US Price List MSRP (March 2010) at 52 (SAVANT0964931). Around this time, Savant started to leverage the Apple technology (iPad, iPhone etc.) as touch interfaces for its products.

**Request for Admission No. 82:**

Admit that, as of August 2010, Savant required a Mac Mini for each operational touchpanel.

**Supplemental Response to Interrogatory No. 49(23):**

Request for Admission No. 82 was denied because, as of August 2010, while this was true for Savant's touchpanel line of products, it was not the case for Apple devices, such as iPads, iPods and iPhones, which could be served by a single Mac Mini.

**Request for Admission No. 83:**

Admit that, as of August 2010, Savant did not offer professional or high fidelity surround sound processing equipment.

**Supplemental Response to Interrogatory No. 49(24):**

Request for Admission No. 83 was denied because, as of August 2010, Savant did offer "professional" and "high fidelity" surround sound processing equipment. *See* Savant Cut Sheet MSC – 12SE – Rev. 1 (SAVANT0537227).

**Request for Admission No. 85:**

Admit that, as of August 2010, Savant offered HDMI over CATS extenders only.

**Supplemental Response to Interrogatory No. 49(25):**

Request for Admission No. 85 was denied because, as of August 2010, Savant offered both HDMI COAX and CAT 5 extenders. *See* Savant U.S. Dealer Price List for November 2009 (SAVANT0143224).

**Request for Admission No. 86:**

Admit that, as of August 2010, Savant did not offer HDMI with HDCP video distribution.

**Supplemental Response to Interrogatory No. 49(26):**

Request for Admission No. 86 was denied because, as of August 2010, Savant's video products had HDCP support. *See* Savant 4.1.2 ER1 Product Release Notification of June 30, 2010 (SAVANT3559619); and Firmware Build Notes da Vinci 4.x at 22, Build # 5.25:116, 6/4/10 (SAVANT3559620-49).

**Request for Admission No. 87:**

Admit that, as of August 2010, Savant did not offer a native internet radio source.

**Supplemental Response to Interrogatory No. 49(27):**

Request for Admission No. 87 was denied because, as of August 2010, Savant promoted compatible native internet radio sources of its third party Partners in Excellence for use with its products.

**Request for Admission No. 88:**

Admit that, as of August 2010, Savant did not offer lighting control products.

**Supplemental Response to Interrogatory No. 49(28):**

Request for Admission No. 88 was denied because, as of August 2010, Savant promoted compatible lighting control products of its third party Partners in Excellence for use with its products.

**Request for Admission No. 89:**

Admit that, as of August 2010, Savant did not offer climate control products.

**Supplemental Response to Interrogatory No. 49(29):**

Request for Admission No. 89 was denied because, as of August 2010, Savant promoted compatible climate control products of its third party Partners in Excellence for use with its products.

**Request for Admission No. 90:**

Admit that, as of August 2010, Savant offered security system native integration for RS-232 systems only.

**Supplemental Response to Interrogatory No. 49(30):**

Request for Admission No. 90 was denied because, as of August 2010, Savant "offered" IP controlled security system integration as well. *See* Savant 4.1.2 ER1 Product Release Notification (SAVANT3559619).

**Request for Admission No. 91:**

Admit that, as of August 2010, Savant did not offer security system native integration.

**Supplemental Response to Interrogatory No. 49(31):**

Request for Admission No. 91 was denied for the reason set forth in Supplemental Response No. 49(30).

**Request for Admission No. 92:**

Admit that, as of August 2010, Savant did not offer completely customizable touch panel user interfaces.

**Supplemental Response to Interrogatory No. 49(32):**

Request for Admission No. 92 was denied because, as of August 2010, the ability to customize by changing the screens, graphics and control on touch panels had been a core feature of Savant systems since their introduction.

**Request for Admission No. 93:**

Admit that Savant cannot identify a specific lost sale of Savant lost products or services as a result of any Crestron action that you allege to be unlawful.

**Supplemental Response to Interrogatory No. 49(33):**

Request for Admission No. 93 was denied because Savant has identified several such lost sales. *See*, *e.g.*, the Declaration of James W. Carroll dated August 30, 2011 (Dkt. No. 56) and the Declaration of James W. Carroll in Opposition to Defendant Crestron Electronics, Inc.'s Motion for Partial Summary Judgment dated April 9, 2013 (Dkt. No. 217), ¶¶ 16-60. *See also* Savant's Responses to Interrogatory No. 3 in Plaintiff Savant Systems, LLC's Fourth Supplemental Objections and Responses to Crestron Electronics, Inc.'s First Set of Interrogatories served herein on October 21, 2013 including without limitation, Ex. B through G thereto.

**Request for Admission No. 94:**

Admit that Savant obtained Crestron's Trane ComfortLink module.

**Supplemental Response to Interrogatory No. 49(34):**

Request for Admission No. 94 was denied because, although Savant believes that Crestron Trane ComfortLink modules were sent to it from sources other than Crestron, Savant did not make an affirmative effort to "obtain" the modules and made no use of the modules.

**Request for Admission No. 95:**

Admit that Savant has operated Crestron's Trane ComfortLink module.

**Supplemental Response to Interrogatory No. 49(35):**

Request for Admission No. 95 was denied because Savant has not operated Crestron's Trane ComfortLink Module.

**Request for Admission No. 96:**

Admit that Savant has obtained Crestron price lists from sources other than Crestron.

**Supplemental Response to Interrogatory No. 49(36):**

Request for Admission No. 96 was "otherwise denied" because, on occasion, Crestron price lists have come into possession of Savant from non-public domain sources other than Crestron but that Savant did not make an affirmative effort to "obtain" such lists.

**Request for Admission No. 97:**

Admit that Savant has used Crestron price lists to compete against Crestron.

**Supplemental Response to Interrogatory No. 49(37):**

Request for Admission No. 97 was denied because, to the best of Savant's knowledge, information and belief, Savant has not used any Crestron price lists received from other than public domain sources to compete against Crestron.

**Request for Admission No. 99:**

Admit that Savant has obtained Crestron software.

**Supplemental Response to Interrogatory No. 49(38):**

Request for Admission No. 99 was denied because, to the best of Savant's knowledge, information and belief, although Crestron Trane ComfortLink modules were sent to Savant from sources other than Crestron, Savant did not make an affirmative effort to "obtain" the modules.

**Request for Admission No. 100:**

Admit that Savant has used Crestron software to compete against Crestron.

**Supplemental Response to Interrogatory No. 49(39):**

Request for Admission No. 100 was denied because, to the best of Savant's knowledge, information and belief, Savant has not used Crestron software to compete against Crestron.

**Interrogatory No. 50**:

Identify all data, methodologies, models and assumptions, if any, on which Savant relied in generating any and all sales projections and forecasts for Savant products and services from 2005 to the present, including modifications to those sales projections and forecasts.

**Response to Interrogatory No. 50:**

In addition to its General Objections, Savant specifically objects to this interrogatory because, counting all subparts of the interrogatories in this and Crestron's prior five sets, it exceeds the total number of interrogatories currently allowed by the Court.

**Supplemental Response to Interrogatory No. 50:**

Without waiving and expressly reserving its General Objections, and specific objection to this Interrogatory, previously made, Savant identifies, and expressly incorporates herein by reference, the Declaration of James W. Carroll In Opposition to Defendant Crestron Electronics, Inc.'s Motion for Partial Summary Judgment dated April 9, 2013 (Dkt. No. 217), ¶¶ 1-15 and Ex. A. Savant also identifies, and expressly incorporates by reference herein, the deposition excerpts attached hereto as Exhibit J.

Savant further states that, like many other businesses the forecasting done by Savant over the years has been a balanced mix of qualitative and quantitative approaches. Qualitative approaches used have been based on industry experts via published market reports such as the Parks Associates reports. Very early on, Bruce Myers and Jim Carroll used these reports and coupled them with Mr. Carroll's first-hand experiences as a dealer as well as industry interviews to rationalize business plan feasibility.

The quantitative approaches are more data driven and discount opinions with much more weight put on actual trends based on revenues and SKU shipments along with first hand customer inputs.

Bruce Myers and Jim Carroll relied heavily on qualitative inputs to formulate Savant's go-to market forecast assumptions. These qualitative inputs were coupled with Savant's 2006 CEDIA exhibit experience and the 2007 Amelia Island Savant Event, where there was real

excitement and enthusiasm regarding the power of Racepoint BluePrint as a significant game changer for the integrator as well as end user benefits.

As Savant entered the market in early 2008 with its beta product, it became even more optimistic with the feedback from dealers in general. In planning for 2009, Savant relied more heavily on direct communication with the dealer community, its own SKU uptake rates, and industry reports such CEPro Top 100 and "State of the Industry" reports for 2010. Savant believed that, based on the data sets it reviewed, its earlier assumptions around what the average expected purchasing level or automation by dealer and dealer attainment rates were validated.

Beyond 2010, forecasting has been more focused on a number of metrics. The diagram below shows graphically how the forecasting was conducted by Savant with the mix of qualitative and quantitative factors for 2010 forward.




As more time goes by, the shift continues away from qualitative assessments towards more reliance on quantitative measurement and forecasting. The balance will never completely

shift towards strictly quantitative analysis methods, as external environmental elements always have some factoring, *e.g.*, Crestron's threats to dealers and its publication of misinformation regarding Savant and its products.

**Interrogatory No. 51**:

Identify any and all Crestron software that Savant has obtained, and state with particularity how such software was obtained.

**Response to Interrogatory No. 51:**

In addition to its General Objections, Savant specifically objects to this interrogatory because, counting all subparts of the interrogatories in this and Crestron's prior five sets, it exceeds the total number of interrogatories currently allowed by the Court.

**Supplemental Response to Interrogatory No. 51:**

Without waiving and expressly reserving its General Objections, and specific objection to this Interrogatory, previously made, Savant states that it believes that Crestron Trane ComfortLink modules, which Savant assumes to have included Crestron software, were sent to it independently by Cyber Sound and Security, Inc. and Trane, but that Savant did not make an affirmative effort to "obtain" the modules and that the modules were not used, and could not effectively be used, by Savant to design a competing product because the software contained therein was compiled and encrypted and because of dramatic differences between Crestron software architecture and Savant software architecture.

**Interrogatory No. 52**:

Identify any and all Crestron price information, including price lists that Savant has obtained, and state with particularity how such price information was obtained.

**Response to Interrogatory No. 52:**

In addition to its General Objections, Savant specifically objects to this interrogatory because, counting all subparts of the interrogatories in this and Crestron's prior five sets, it exceeds the total number of interrogatories currently allowed by the Court.

**Supplemental Response to Interrogatory No. 52:**

Without waiving and expressly reserving its General Objections, and specific objection to this Interrogatory, previously made, Savant identifies the following Crestron price-related documents, where the left column sets forth the original name of the Crestron price-related document, the center column sets forth the Savant production number of the document, and the right column sets forth information regarding how the document was obtained:

| OriginalName | ProdBegBates | Parent Email |
|---|---|---|
| Crestron PRP 2011.pdf | SAVANT0034455; SAVANT0046042 | (Same Parents = : SAVANT0034454; SAVANT0046041)<br>From: Hoffenberg, Mark<br>Sent: Thursday, May 05, 2011 01:31 PM<br>To: Chuck Parrelli; mikek@mkrep.com; Michael Verkinder<br>Subject: FW: Crestron Dealer Program<br>Attachments: Crestron PRP 2011.pdf<br>Mark Hoffenberg<br>President<br>AUDIOVISIONS<br>25741 Atlantic Ocean Dr<br>Lake Forest, CA 92630 |

| | | |
|---|---|---|
| | SAVANT0640992 | (parent = SAVANT0640991)<br>From: 'Hoffenberg, Mark' <mark@avisions.com><br>To: Chuck Parrelli <Chuck.Parrelli@savantav.com>;mikek@mkrep.com" <mikek@mkrep.com>;Michael Verkinder <michael.verkinder@savantav.com><br>Sent: 5/5/2011 1:30:40 PM<br>Attachments: Crestron PRP 2011.pdf<br>Subject: FW: Crestron Dealer Program |
| Crestron.pdf<br><br>(Crestron US Dealer Price List, January 26, 2010) | SAVANT0072990 | No parent. |
| | SAVANT0665335 | (parent = SAVANT0665333)<br>From: David Humphries<br>Sent: Monday, July 12, 2010 07:19 AM<br>To: Chuck Parrelli<br>Subject: Crestron Catalogue<br>Attachments: Crestron.pdf |
| | SAVANT0315524 | No parent. |
| | SAVANT0677270 | (parent = SAVANT0677268)<br>From: Michael Pawlowski (mike@theaintegrated.com)<br>Sent: Wednesday, June 30, 2010 02:06 PM<br>To: George Katsiris<br>CC: dave@theaintegrated.com<br>Subject: Fwd: Crestron Catalogue<br>Attachments: ATT184690.htm; Crestron.pdf |
| crestron_price_list_prodigy_20090814.pdf | SAVANT0170308 | No parent. |
| | SAVANT0288718 | (parent = SAVANT0288717)<br>From: Sean Manzanares<br>Sent: Saturday, September 05, 2009 10:18 AM<br>To: Tim Locascio; Mike Silva; Jim Carroll; Ben Jamison; Bruce Myers<br>Subject: Re:<br>Attachments: crestron_price_list_prodigy_20090814.pdf |
| | SAVANT0715940 | (parent = SAVANT0715939)<br>From: 'Sean Manzanares<br>To: Tim Locascio;Mike Silva;Jim Carroll; Ben Jamison;Bruce Myers Sent: 9/5/2009 10:17:51 AM |

| | | |
|---|---|---|
| | | Attachments:<br>crestron_price_list_prodigy_20090814.pdf<br>Subject: Re: |
| | SAVANT0394458 | No parent. |
| | SAVANT0727633 | (parent = SAVANT0727632)<br>From: ‘Sean Manzanares<br>To: Tim Locascio; Mike Silva; Jim Carroll; Ben Jamison; Bruce Myers Sent: 9/5/2009 10:17:51 AM<br>Attachments:<br>crestron_price_list_prodigy_20090814.pdf<br>Subject: Re: |
| | SAVANT0207510 | (parent = SAVANT0207509)<br>From: Sean Manzanares<br>Sent: Saturday, September 05, 2009 10:18 AM<br>To: Tim Locascio; Mike Silva; Jim Carroll; Ben Jamison; Bruce Myers<br>Subject: Re:<br>Attachments:<br>crestron_price_list_prodigy_20090814.pdf |
| | SAVANT0580905 | (parent = SAVANT0580904)<br>From: Sean Manzanares<br>Sent: Saturday, September 05, 2009 10:18 AM<br>To: Tim Locascio; Mike Silva; Jim Carroll; Ben Jamison; Bruce Myers<br>Subject: Re:<br>Attachments:<br>crestron_price_list_prodigy_20090814.pdf |
| crestron_price_list_prodigy_20090801.pdf | SAVANT0288522 | (parent = SAVANT0288521)<br>From: Micah Sheveloff (wirc1@wircmedia.com)<br>Sent: Thursday, September 24, 2009 08:45 AM<br>To: Jim Carroll<br>Subject: Is this useful?<br>Attachments:<br>crestron_price_list_prodigy_20090801.pdf |
| | SAVANT0375570 | (parent = SAVANT0375569)<br>From: ‘Micah Sheveloff’ <wirc1@wircmedia.com><br>To: Jim Carroll <Jim.Carroll@savantav.com><br>Sent: 9/24/2009 8:44:35 AM<br>Attachments: |

| | | |
|---|---|---|
| | | crestron_price_list_prodigy_20090801.pdf<br>Subject: Is this useful? |
| | SAVANT0394292 | No parent. |
| | SAVANT0411318 | (parent = SAVANT0411317)<br>From: 'Micah Sheveloff' <wirc1@wircmedia.com><br>To: Jim Carroll <Jim.Carroll@savantav.com><br>Sent: 9/24/2009 8:44:35 AM<br>Attachments: crestron_price_list_prodigy_20090801.pdf<br>Subject: Is this useful? |
| | SAVANT3072548 | (parent = SAVANT3072536)<br>From: tsmanz@mac.com<br>Sent: Tuesday, August 04, 2009 03:05 PM<br>To: Jim Carroll; Ben Jamison; Tim Locascio; Mike Silva; Craig Spinner; Victor Saverino; Peter Corsini<br>Subject: updated competitive information<br>Attachments: ATT23092053.htm; Archive.zip |
| | SAVANT3254559 | (parent = SAVANT3254547)<br>From: tsmanz@mac.com<br>Sent: Tuesday, August 04, 2009 03:05 PM<br>To: Jim Carroll; Ben Jamison; Tim Locascio; Mike Silva; Craig Spinner; Victor Saverino; Peter Corsini<br>Subject: updated competitive information<br>Attachments: ATT23092053.htm; Archive.zip |
| | SAVANT3254577 | (parent = SAVANT3254547)<br>From: tsmanz@mac.com<br>Sent: Tuesday, August 04, 2009 03:05 PM<br>To: Jim Carroll; Ben Jamison; Tim Locascio; Mike Silva; Craig Spinner; Victor Saverino; Peter Corsini<br>Subject: updated competitive information<br>Attachments: ATT23092053.htm; Archive.zip |
| | SAVANT3072566 | (parent = SAVANT3072536)<br>From: tsmanz@mac.com<br>Sent: Tuesday, August 04, 2009 03:05 PM<br>To: Jim Carroll; Ben Jamison; Tim Locascio; Mike Silva; Craig Spinner; Victor Saverino; Peter Corsini<br>Subject: updated competitive information |

| | | |
|---|---|---|
| | | Attachments: ATT23092053.htm; Archive.zip |
| price_list-070921.pdf<br><br>(Crestron US Dealer Price List, September 2007) | SAVANT0423157 | No parent. |
| | SAVANT0734094 | (parent = SAVANT0734091)<br>From: ‘Jim Carroll’ <Jim.Carroll@savantav.com><br>To: Victor Saverino <Victor.Saverino@savantav.com><br>Sent: 12/18/2007 6:25:27 AM<br>Attachments: ATT987272.txt; Savant_blue.jpg; ATT987270.txt; MC Email Signature Graphic.JPG; ATT987271.txt; price_list-070921.pdf<br>Subject: Fwd: from September 2007 |
| | SAVANT0479555 | No parent. |
| residential_dealer_rewards_program.pdf<br><br>DRP+ (Crestron Dealer Rewards program for 2010) | SAVANT0948478 | No parent. |
| | SAVANT1002744 | No parent. |
| | SAVANT3072509 | (parent = SAVANT3072501)<br>From: tsmanz@mac.com<br>Sent: Tuesday, September 15, 2009 02:18 AM<br>To: Tim Locascio; Jim Carroll; Ben Jamison; Mike Silva; Bruce Myers<br>Subject: new pricing update from 9.9.09<br>Attachments: ATT6912464.txt; new.zip |
| | SAVANT3072519 | (parent = SAVANT3072501)<br>From: tsmanz@mac.com<br>Sent: Tuesday, September 15, 2009 02:18 AM<br>To: Tim Locascio; Jim Carroll; Ben Jamison; Mike Silva; Bruce Myers<br>Subject: new pricing update from 9.9.09<br>Attachments: ATT6912464.txt; new.zip |
| | SAVANT3085230 | (parent = SAVANT3085222)<br>From: tsmanz@mac.com<br>Sent: Tuesday, September 15, 2009 02:18 AM<br>To: Tim Locascio; Jim Carroll; Ben Jamison; Mike Silva; Bruce Myers<br>Subject: new pricing update from 9.9.09<br>Attachments: ATT31024582.txt; new.zip |
| | SAVANT3085240 | (parent = SAVANT3085222)<br>From: tsmanz@mac.com<br>Sent: Tuesday, September 15, 2009 02:18 AM |

| | | |
|---|---|---|
| | | To: Tim Locascio; Jim Carroll; Ben Jamison; Mike Silva; Bruce Myers<br>Subject: new pricing update from 9.9.09<br>Attachments: ATT31024582.txt; new.zip |
| | SAVANT3253645 | (parent = SAVANT3253637)<br>From: tsmanz@mac.com<br>Sent: Tuesday, September 15, 2009 02:18 AM<br>To: Tim Locascio; Jim Carroll; Ben Jamison; Mike Silva; Bruce Myers<br>Subject: new pricing update from 9.9.09<br>Attachments: ATT6912464.txt; new.zip |
| | SAVANT3253655 | (parent = SAVANT3253637)<br>From: tsmanz@mac.com<br>Sent: Tuesday, September 15, 2009 02:18 AM<br>To: Tim Locascio; Jim Carroll; Ben Jamison; Mike Silva; Bruce Myers<br>Subject: new pricing update from 9.9.09<br>Attachments: ATT6912464.txt; new.zip |

Regarding the Crestron price list for Prodigy (*e.g.*, SAVANT 0288718), an inquiry was made of Sean Manzanares as to how he obtained that document and he has stated that he does not recall specifically, but that Crestron routinely sent him price lists and pricing information for about one year after he left Crestron's employ and started working for Savant.

**<u>Interrogatory No. 53</u>**:

Identify any and all Crestron documents that Savant has obtained, and state with particularity how such documents were obtained.

**<u>Response to Interrogatory No. 53:</u>**

In addition to its General Objections, Savant specifically objects to this interrogatory because, counting all subparts of the interrogatories in this and Crestron's prior five sets, it exceeds the total number of interrogatories currently allowed by the Court.

**Supplemental Response to Interrogatory No. 53:**

Savant objects to this Interrogatory to the extent it conflicts with the Court's August 12, 2013, Order denying Savant's Motion to Compel with respect to Savant's Requests for Production Nos. 168 and 169.

Without waiving and expressly reserving its forgoing Specific and General Objections, and Specific Objection to this interrogatory, previously made, Savant states that it and/or its counsel are in possession of literally tens of thousands of Crestron documents received from various sources, including from Crestron in response to discovery requests served by Savant in this action, from third parties in response to document subpoenas served by Savant in this action, and in the normal course of Savant's business over the years from Crestron and various other public domain sources. Pursuant to a Stipulation Establishing Protocol For Discovery of Electronic Information executed on behalf of the parties on November 15, 2011, Savant has produced electronic copies of all such documents to Crestron as well as all of the same data regarding each document that is available to Savant in terms of either party's ability to search for such documents and obtain information as to their source. Accordingly, pursuant to Fed.R.Civ.P. 33(d), Savant submits that the answer to this interrogatory may be determined by searching Savant's productions and that the burden of deriving or ascertaining the answer will be substantially the same for either party. Savant will further supplement this answer in the event that, after Crestron conducts such a search, questions remain as to the source of a reasonable number of documents.

**Interrogatory No. 54**:

Identify any and all specific lost sales of Savant products and/or services caused by Crestron.

**Response to Interrogatory No. 54:**

In addition to its General Objections, Savant specifically objects to this interrogatory because, counting all subparts of the interrogatories in this and Crestron's prior five sets, it exceeds the total number of interrogatories currently allowed by the Court.

**Supplemental Response to Interrogatory No. 54:**

Savant further specifically objects to this Interrogatory to the extent that it seeks production of information that is irrelevant to the issues raised in the pleadings or that is not reasonably calculated to lead to the discovery of admissible evidence because the law applicable to at least Savant's antitrust claims against Crestron does not require that Savant identify specific lost sales caused by Crestron's alleged conduct.

Without waiving and expressly reserving its General Objections, and specific objections to this Interrogatory, previously made, Savant identifies, and expressly incorporates herein by reference, the Declaration of James W. Carroll dated August 30, 2011 (Dkt. No. 56) and the Declaration of James W. Carroll In Opposition to Defendant Crestron Electronics, Inc.'s Motion for Partial Summary Judgment dated April 9, 2013 (Dkt. No. 217), ¶¶ 16 through 60. Savant also identifies, and expressly incorporates by reference, its Responses to Interrogatory No. 3 in Plaintiff Savant Systems, LLC's Fourth Supplemental Objections and Responses to Crestron Electronics, Inc.'s First Set of Interrogatories served herein on October 21, 2013 including without limitation, Ex. B through G thereto.

**Interrogatory No. 55:**

Identify any and all specific lost sales of Savant products or services as a result of any Crestron action that you allege to be unlawful.

**Response to Interrogatory No. 55:**

In addition to its General Objections, Savant specifically objects to this interrogatory because, counting all subparts of the interrogatories in this and Crestron's prior five sets, it exceeds the total number of interrogatories currently allowed by the Court.

**Supplemental Response to Interrogatory No. 55:**

Savant further specifically objects to this Interrogatory to the extent that it seeks production of information that is irrelevant to the issues raised in the pleadings or that is not reasonably calculated to lead to the discovery of admissible evidence because the law applicable to at least Savant's antitrust claims against Crestron does not require that Savant identify specific lost sales caused by Crestron's alleged conduct.

Without waiving and expressly reserving its General Objections, and specific objections to this Interrogatory, previously made, Savant identifies, and expressly incorporates herein by reference, the Declaration of James W. Carroll dated August 30, 2011 (Dkt. No. 56) and the Declaration of James W. Carroll In Opposition to Defendant Crestron Electronics, Inc.'s Motion for Partial Summary Judgment dated April 9, 2013 (Dkt. No. 217), ¶¶ 16 through 60. Savant also identifies, and expressly incorporates by reference herein, its Responses to Interrogatory No. 3 in Plaintiff Savant Systems, LLC's Fourth Supplemental Objections and Responses to Crestron Electronics, Inc.'s First Set of Interrogatories served herein on October 21, 2013 including without limitation, Ex. B through G thereto.

**Interrogatory No. 56:**

Identify all data, methodologies, models and assumptions, if any, on which Savant relied in determining that its forecasted rates of growth in market share were attainable by Savant.

**Response to Interrogatory No. 56:**

In addition to its General Objections, Savant specifically objects to this interrogatory because, counting all subparts of the interrogatories in this and Crestron's prior five sets, it exceeds the total number of interrogatories currently allowed by the Court.

**Supplemental Response to Interrogatory No. 56:**

Without waiving and expressly reserving its General Objections, and specific objection to this Interrogatory, previously made, Savant identifies, and expressly incorporates herein by reference, the Declaration of James W. Carroll In Opposition to Defendant Crestron Electronics, Inc.'s Motion for Partial Summary Judgment dated April 9, 2013 (Dkt. No. 217), ¶¶ 1 through 15 and Ex. A. Savant also identifies, and expressly incorporates herein by reference, the deposition excerpts attached hereto as Exhibit J.

Savant further states that, like many other businesses the forecasting done by Savant over the years has been a balanced mix of qualitative and quantitative approaches. Qualitative approaches used have been based on industry experts via published market reports such as the Parks Associates reports. Very early on, Bruce Myers and Jim Carroll used these reports and coupled them with Mr. Carroll's first-hand experiences as a dealer as well as industry interviews to rationalize business plan feasibility.

The quantitative approaches are more data driven and discount opinions with much more weight put on actual trends based on revenues and SKU shipments along with first hand customer inputs.

Bruce Myers and Jim Carroll relied heavily on qualitative inputs to formulate Savant's go-to market forecast assumptions. These qualitative inputs were coupled with Savant's 2006 CEDIA exhibit experience and the 2007 Amelia Island Savant Event, where there was real

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

excitement and enthusiasm regarding the power of Racepoint BluePrint as a significant game changer for the integrator as well as end user benefits.

As Savant entered the market in early 2008 with its beta product, it became even more optimistic with the feedback from dealers in general. In planning for 2009, Savant relied more heavily on direct communication with the dealer community, its own SKU uptake rates, and industry reports such CEPro Top 100 and "State of the Industry" reports for 2010. Savant believed that, based on the data sets it reviewed, its earlier assumptions around what the average expected purchasing level or automation by dealer and dealer attainment rates were validated.

Beyond 2010, forecasting has been more focused on a number of metrics. The diagram below shows graphically how the forecasting was conducted by Savant with the mix of qualitative and quantitative factors for 2010 forward.




As more time goes by, the shift continues away from qualitative assessments towards more reliance on quantitative measurement and forecasting. The balance will never completely

shift towards strictly quantitative analysis methods, as external environmental elements always have some factoring, *e.g.*, Crestron's threats to dealers and its publication of misinformation regarding Savant and its products.

**Interrogatory No. 57:**

State the difference between the status of a "disqualified" and a "suspended" Dealer, as these terms appear in Exhibit A to Savant's First Supplemental Responses to Crestron's First Set of Interrogatories.

**Response to Interrogatory No. 57:**

In addition to its General Objections, Savant specifically objects to this interrogatory because, counting all subparts of the interrogatories in this and Crestron's prior five sets, it exceeds the total number of interrogatories currently allowed by the Court.

**Supplemental Response to Interrogatory No. 57:**

Without waiving and expressly reserving its General Objections, and specific objection to this interrogatory, previously made, Savant states that, as a general rule, a "disqualified" dealer is one who was at one time, but no longer is, an authorized Savant dealer for reasons such as going out of business, merger with or acquisition by another dealer, or dropping the Savant product line. A "suspended" dealer is a Savant dealer who is not allowed to purchase Savant product temporarily for reasons such as failure to pay for Savant Care or failure to complete Savant dealer agreement paperwork to update its account.

**Interrogatory No. 58:**

Identify all reasons why, as of June 2011, Savant forecast that its costs for the year 2011 would be $15.29 million, as indicated in the document produced at SAVANT0201505, which is

higher than the $12.469 million indicated in Savant's 2011 Second Quarter Report to the Board of Advisors, produced at SAVANT0201502.

**Response to Interrogatory No. 58:**

In addition to its General Objections, Savant specifically objects to this interrogatory because, counting all subparts of the interrogatories in this and Crestron's prior five sets, it exceeds the total number of interrogatories currently allowed by the Court.

**Supplemental Response to Interrogatory No. 58:**

In addition to its General Objections, Savant further specifically objects to this interrogatory because the cost figures in the two referenced Savant documents appear to be the same.

DATED this 8th day of January, 2014.

Respectfully submitted,

SAVANT SYSTEMS, INC.
By Its Attorneys,

/s/ *Aaron S. Jacobs*

Thomas C. O'Konski BBO#378265
Michael E. Attaya BBO#548297
Aaron S. Jacobs BBO#677545
William J. Mostyn IV BBO#678869
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500
ajacobs@c-m.com

**Certificate of Service**

I hereby certify that this document(s) was served by-mail with confirmation regular mail on:

Chong S. Park
John J. Kavanagh
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036-1795

Michael J. Pineault, Esq.
Clements & Pineault, LLP
24 Federal Street
Boston, MA 02110

On this 8th day of January, 2014.

/s/ *Aaron S. Jacobs*
Aaron S. Jacobs

**VERIFICATION OF SUPPLEMENTAL INTERROGATORY ANSWERS**

I, James W Carroll, am EVP of Savant Systems, LLC, and the Plaintiff in this action. I believe, based on reasonable inquiry, that the foregoing Plaintiff Savant Systems, LLC's Supplemental Answers to Interrogatory Nos. 49 Through 58 of Crestron Electronics, Inc.'s Sixth Set of Interrogatories are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 8 day of January, 2014.

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

# EXHIBIT H

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| | | | |
|---|---|---|---|
| SAVANT0008432 | SAVANT0090851 | SAVANT0146425 | SAVANT0219593 |
| SAVANT0008437 | SAVANT0098288 | SAVANT0146432 | SAVANT0226297 |
| SAVANT0008438 | SAVANT0104126 | SAVANT0146478 | SAVANT0226302 |
| SAVANT0009937 | SAVANT0109667 | SAVANT0146485 | SAVANT0226306 |
| SAVANT0009939 | SAVANT0109669 | SAVANT0147722 | SAVANT0226309 |
| SAVANT0010941 | SAVANT0110658 | SAVANT0147916 | SAVANT0227148 |
| SAVANT0010943 | SAVANT0110659 | SAVANT0148003 | SAVANT0227471 |
| SAVANT0013962 | SAVANT0110748 | SAVANT0148641 | SAVANT0231621 |
| SAVANT0013964 | SAVANT0110984 | SAVANT0148643 | SAVANT0240145 |
| SAVANT0029811 | SAVANT0118342 | SAVANT0148644 | SAVANT0242194 |
| SAVANT0029813 | SAVANT0118346 | SAVANT0148645 | SAVANT0242299 |
| SAVANT0036600 | SAVANT0118904 | SAVANT0148648 | SAVANT0244646 |
| SAVANT0039171 | SAVANT0118967 | SAVANT0148653 | SAVANT0250775 |
| SAVANT0043171 | SAVANT0119463 | SAVANT0148657 | SAVANT0250803 |
| SAVANT0046713 | SAVANT0119760 | SAVANT0148663 | SAVANT0250807 |
| SAVANT0046715 | SAVANT0119794 | SAVANT0148706 | SAVANT0250810 |
| SAVANT0046926 | SAVANT0120249 | SAVANT0148721 | SAVANT0250820 |
| SAVANT0050402 | SAVANT0120258 | SAVANT0148754 | SAVANT0250824 |
| SAVANT0053502 | SAVANT0120655 | SAVANT0148757 | SAVANT0251486 |
| SAVANT0055109 | SAVANT0120658 | SAVANT0148762 | SAVANT0252913 |
| SAVANT0055112 | SAVANT0120659 | SAVANT0148771 | SAVANT0252974 |
| SAVANT0071692 | SAVANT0121852 | SAVANT0153830 | SAVANT0252984 |
| SAVANT0073834 | SAVANT0123083 | SAVANT0153832 | SAVANT0252993 |
| SAVANT0074292 | SAVANT0124439 | SAVANT0153913 | SAVANT0253006 |
| SAVANT0074555 | SAVANT0124840 | SAVANT0153922 | SAVANT0253013 |
| SAVANT0074973 | SAVANT0124843 | SAVANT0155168 | SAVANT0254145 |
| SAVANT0075591 | SAVANT0125522 | SAVANT0155208 | SAVANT0255044 |
| SAVANT0075641 | SAVANT0125523 | SAVANT0156616 | SAVANT0255055 |
| SAVANT0075928 | SAVANT0125524 | SAVANT0156627 | SAVANT0255756 |
| SAVANT0075939 | SAVANT0125526 | SAVANT0159935 | SAVANT0261320 |
| SAVANT0076189 | SAVANT0125528 | SAVANT0186971 | SAVANT0261822 |
| SAVANT0076360 | SAVANT0125531 | SAVANT0186973 | SAVANT0262319 |
| SAVANT0076645 | SAVANT0125534 | SAVANT0186976 | SAVANT0262322 |
| SAVANT0076720 | SAVANT0125804 | SAVANT0186983 | SAVANT0262368 |
| SAVANT0076725 | SAVANT0125805 | SAVANT0187005 | SAVANT0262378 |
| SAVANT0077601 | SAVANT0126231 | SAVANT0187008 | SAVANT0262951 |
| SAVANT0078319 | SAVANT0126281 | SAVANT0187010 | SAVANT0262953 |
| SAVANT0078324 | SAVANT0126288 | SAVANT0192230 | SAVANT0262955 |
| SAVANT0078623 | SAVANT0126399 | SAVANT0216535 | SAVANT0263004 |
| SAVANT0078638 | SAVANT0126403 | SAVANT0216539 | SAVANT0263324 |
| SAVANT0078647 | SAVANT0127333 | SAVANT0216543 | SAVANT0263336 |
| SAVANT0078657 | SAVANT0134131 | SAVANT0219567 | SAVANT0263507 |
| SAVANT0082034 | SAVANT0139745 | SAVANT0219569 | SAVANT0263509 |
| SAVANT0086957 | SAVANT0141639 | SAVANT0219588 | SAVANT0263511 |
| SAVANT0086962 | SAVANT0141641 | SAVANT0219591 | SAVANT0263527 |

| | | | |
|---|---|---|---|
| SAVANT0263545 | SAVANT0283893 | SAVANT0313778 | SAVANT0331420 |
| SAVANT0263552 | SAVANT0284841 | SAVANT0314872 | SAVANT0331422 |
| SAVANT0263557 | SAVANT0285953 | SAVANT0314875 | SAVANT0331499 |
| SAVANT0263711 | SAVANT0287391 | SAVANT0314886 | SAVANT0331500 |
| SAVANT0263717 | SAVANT0289009 | SAVANT0316729 | SAVANT0332829 |
| SAVANT0263729 | SAVANT0289011 | SAVANT0319051 | SAVANT0333946 |
| SAVANT0263731 | SAVANT0289537 | SAVANT0319100 | SAVANT0335677 |
| SAVANT0264701 | SAVANT0289540 | SAVANT0319115 | SAVANT0335964 |
| SAVANT0264899 | SAVANT0294443 | SAVANT0319806 | SAVANT0337891 |
| SAVANT0265236 | SAVANT0295570 | SAVANT0319860 | SAVANT0341897 |
| SAVANT0265239 | SAVANT0295586 | SAVANT0319871 | SAVANT0344080 |
| SAVANT0265247 | SAVANT0295703 | SAVANT0321175 | SAVANT0344645 |
| SAVANT0265249 | SAVANT0297677 | SAVANT0321360 | SAVANT0344646 |
| SAVANT0266180 | SAVANT0297687 | SAVANT0321882 | SAVANT0344654 |
| SAVANT0267005 | SAVANT0297690 | SAVANT0322379 | SAVANT0344658 |
| SAVANT0267055 | SAVANT0297823 | SAVANT0322715 | SAVANT0344950 |
| SAVANT0268993 | SAVANT0297828 | SAVANT0323551 | SAVANT0347694 |
| SAVANT0268995 | SAVANT0297831 | SAVANT0323553 | SAVANT0347992 |
| SAVANT0273801 | SAVANT0297834 | SAVANT0323675 | SAVANT0348020 |
| SAVANT0275277 | SAVANT0297836 | SAVANT0324420 | SAVANT0348023 |
| SAVANT0276327 | SAVANT0297841 | SAVANT0325314 | SAVANT0348137 |
| SAVANT0276449 | SAVANT0304048 | SAVANT0325608 | SAVANT0349013 |
| SAVANT0276457 | SAVANT0304091 | SAVANT0325918 | SAVANT0350615 |
| SAVANT0277385 | SAVANT0306024 | SAVANT0329894 | SAVANT0350618 |
| SAVANT0277928 | SAVANT0306298 | SAVANT0329901 | SAVANT0350620 |
| SAVANT0278937 | SAVANT0307631 | SAVANT0329903 | SAVANT0350658 |
| SAVANT0280459 | SAVANT0308105 | SAVANT0329924 | SAVANT0351585 |
| SAVANT0280464 | SAVANT0308353 | SAVANT0329929 | SAVANT0351586 |
| SAVANT0280471 | SAVANT0308455 | SAVANT0330153 | SAVANT0351588 |
| SAVANT0280476 | SAVANT0308457 | SAVANT0330154 | SAVANT0351590 |
| SAVANT0280652 | SAVANT0308462 | SAVANT0330161 | SAVANT0353829 |
| SAVANT0280738 | SAVANT0308464 | SAVANT0330171 | SAVANT0354021 |
| SAVANT0280801 | SAVANT0308522 | SAVANT0330173 | SAVANT0354022 |
| SAVANT0281004 | SAVANT0308524 | SAVANT0330223 | SAVANT0354266 |
| SAVANT0281007 | SAVANT0308726 | SAVANT0330266 | SAVANT0355569 |
| SAVANT0281014 | SAVANT0308728 | SAVANT0330570 | SAVANT0357151 |
| SAVANT0281026 | SAVANT0308823 | SAVANT0330574 | SAVANT0358342 |
| SAVANT0281458 | SAVANT0308829 | SAVANT0330580 | SAVANT0360431 |
| SAVANT0283218 | SAVANT0308830 | SAVANT0330585 | SAVANT0360432 |
| SAVANT0283221 | SAVANT0308835 | SAVANT0330603 | SAVANT0360435 |
| SAVANT0283223 | SAVANT0308863 | SAVANT0330611 | SAVANT0361442 |
| SAVANT0283225 | SAVANT0308870 | SAVANT0330612 | SAVANT0361443 |
| SAVANT0283882 | SAVANT0312112 | SAVANT0330617 | SAVANT0361446 |
| SAVANT0283886 | SAVANT0312840 | SAVANT0331323 | SAVANT0363346 |
| SAVANT0283889 | SAVANT0313759 | SAVANT0331419 | SAVANT0363348 |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| | | | |
|---|---|---|---|
| SAVANT0363360 | SAVANT0403091 | SAVANT0460454 | SAVANT0528209 |
| SAVANT0364250 | SAVANT0403100 | SAVANT0473109 | SAVANT0528457 |
| SAVANT0365392 | SAVANT0406384 | SAVANT0473122 | SAVANT0528458 |
| SAVANT0365397 | SAVANT0410013 | SAVANT0485574 | SAVANT0528460 |
| SAVANT0365450 | SAVANT0414431 | SAVANT0485575 | SAVANT0528463 |
| SAVANT0366796 | SAVANT0414495 | SAVANT0485580 | SAVANT0528466 |
| SAVANT0372601 | SAVANT0419233 | SAVANT0485582 | SAVANT0529210 |
| SAVANT0372602 | SAVANT0419235 | SAVANT0486308 | SAVANT0529216 |
| SAVANT0372604 | SAVANT0419237 | SAVANT0488310 | SAVANT0529224 |
| SAVANT0372606 | SAVANT0419240 | SAVANT0490573 | SAVANT0530359 |
| SAVANT0372609 | SAVANT0420441 | SAVANT0492787 | SAVANT0530361 |
| SAVANT0372612 | SAVANT0424643 | SAVANT0492788 | SAVANT0530370 |
| SAVANT0372613 | SAVANT0424911 | SAVANT0492789 | SAVANT0531023 |
| SAVANT0372615 | SAVANT0426009 | SAVANT0517785 | SAVANT0531053 |
| SAVANT0372720 | SAVANT0426391 | SAVANT0517870 | SAVANT0532659 |
| SAVANT0372722 | SAVANT0427601 | SAVANT0518120 | SAVANT0532715 |
| SAVANT0372971 | SAVANT0427609 | SAVANT0518141 | SAVANT0549386 |
| SAVANT0372973 | SAVANT0427612 | SAVANT0518145 | SAVANT0553080 |
| SAVANT0373134 | SAVANT0427664 | SAVANT0518626 | SAVANT0556559 |
| SAVANT0373136 | SAVANT0427698 | SAVANT0518628 | SAVANT0559036 |
| SAVANT0373138 | SAVANT0427701 | SAVANT0518630 | SAVANT0562116 |
| SAVANT0373319 | SAVANT0427867 | SAVANT0518962 | SAVANT0562180 |
| SAVANT0373674 | SAVANT0427912 | SAVANT0519418 | SAVANT0563029 |
| SAVANT0374388 | SAVANT0427928 | SAVANT0519419 | SAVANT0573607 |
| SAVANT0374390 | SAVANT0427935 | SAVANT0523141 | SAVANT0573610 |
| SAVANT0374645 | SAVANT0428905 | SAVANT0523147 | SAVANT0578462 |
| SAVANT0376832 | SAVANT0429582 | SAVANT0523151 | SAVANT0578466 |
| SAVANT0377077 | SAVANT0430893 | SAVANT0523815 | SAVANT0578491 |
| SAVANT0377214 | SAVANT0434333 | SAVANT0523819 | SAVANT0578493 |
| SAVANT0378034 | SAVANT0437072 | SAVANT0524599 | SAVANT0581173 |
| SAVANT0380582 | SAVANT0437073 | SAVANT0524606 | SAVANT0581176 |
| SAVANT0381703 | SAVANT0437120 | SAVANT0524642 | SAVANT0581179 |
| SAVANT0381706 | SAVANT0437122 | SAVANT0525262 | SAVANT0581184 |
| SAVANT0388584 | SAVANT0437250 | SAVANT0525636 | SAVANT0583068 |
| SAVANT0395870 | SAVANT0437252 | SAVANT0525661 | SAVANT0587088 |
| SAVANT0395872 | SAVANT0444820 | SAVANT0525663 | SAVANT0590547 |
| SAVANT0399379 | SAVANT0451348 | SAVANT0525673 | SAVANT0590549 |
| SAVANT0400684 | SAVANT0452161 | SAVANT0525701 | SAVANT0590759 |
| SAVANT0403041 | SAVANT0452162 | SAVANT0525972 | SAVANT0591404 |
| SAVANT0403045 | SAVANT0456049 | SAVANT0526482 | SAVANT0591406 |
| SAVANT0403047 | SAVANT0458528 | SAVANT0526986 | SAVANT0591409 |
| SAVANT0403049 | SAVANT0458531 | SAVANT0526992 | SAVANT0594138 |
| SAVANT0403052 | SAVANT0458586 | SAVANT0527141 | SAVANT0598738 |
| SAVANT0403057 | SAVANT0460373 | SAVANT0528079 | SAVANT0598739 |
| SAVANT0403088 | SAVANT0460375 | SAVANT0528207 | SAVANT0598740 |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| | | | |
|---|---|---|---|
| SAVANT0608347 | SAVANT0759965 | SAVANT0940390 | SAVANT1234925 |
| SAVANT0608349 | SAVANT0768699 | SAVANT0940548 | SAVANT1235899 |
| SAVANT0637218 | SAVANT0768949 | SAVANT0940549 | SAVANT1250801 |
| SAVANT0637313 | SAVANT0769195 | SAVANT0944117 | SAVANT1251073 |
| SAVANT0637460 | SAVANT0777134 | SAVANT0946569 | SAVANT1253218 |
| SAVANT0641133 | SAVANT0777135 | SAVANT0948548 | SAVANT1253389 |
| SAVANT0641135 | SAVANT0777887 | SAVANT0958333 | SAVANT1254264 |
| SAVANT0642856 | SAVANT0777894 | SAVANT0958367 | SAVANT1256636 |
| SAVANT0648909 | SAVANT0777904 | SAVANT0958370 | SAVANT1320607 |
| SAVANT0662494 | SAVANT0777905 | SAVANT0960387 | SAVANT1320609 |
| SAVANT0667114 | SAVANT0777910 | SAVANT0960391 | SAVANT1320629 |
| SAVANT0672873 | SAVANT0777912 | SAVANT0960398 | SAVANT1324205 |
| SAVANT0672874 | SAVANT0777913 | SAVANT0960405 | SAVANT1324212 |
| SAVANT0672877 | SAVANT0777919 | SAVANT0968463 | SAVANT1325328 |
| SAVANT0678450 | SAVANT0778153 | SAVANT0970808 | SAVANT1325331 |
| SAVANT0683850 | SAVANT0779192 | SAVANT0973387 | SAVANT1325336 |
| SAVANT0699200 | SAVANT0779195 | SAVANT0975622 | SAVANT1325339 |
| SAVANT0699681 | SAVANT0779205 | SAVANT0984684 | SAVANT1326120 |
| SAVANT0701377 | SAVANT0780837 | SAVANT0986776 | SAVANT1326121 |
| SAVANT0702696 | SAVANT0780844 | SAVANT0987508 | SAVANT1326123 |
| SAVANT0702697 | SAVANT0780846 | SAVANT0989252 | SAVANT1334544 |
| SAVANT0703747 | SAVANT0788313 | SAVANT0989369 | SAVANT1348588 |
| SAVANT0703748 | SAVANT0790638 | SAVANT0989414 | SAVANT1348834 |
| SAVANT0706345 | SAVANT0790654 | SAVANT0989521 | SAVANT1348872 |
| SAVANT0707540 | SAVANT0808986 | SAVANT0992180 | SAVANT1349024 |
| SAVANT0709641 | SAVANT0835078 | SAVANT0992831 | SAVANT1507484 |
| SAVANT0710788 | SAVANT0841631 | SAVANT0993490 | SAVANT1507595 |
| SAVANT0710789 | SAVANT0856237 | SAVANT0994173 | SAVANT1510022 |
| SAVANT0710798 | SAVANT0867240 | SAVANT1011004 | SAVANT1537936 |
| SAVANT0716317 | SAVANT0876764 | SAVANT1011007 | SAVANT1544469 |
| SAVANT0716318 | SAVANT0876775 | SAVANT1011011 | SAVANT1550631 |
| SAVANT0716320 | SAVANT0877540 | SAVANT1025420 | SAVANT1551885 |
| SAVANT0716359 | SAVANT0878256 | SAVANT1025423 | SAVANT1552039 |
| SAVANT0716360 | SAVANT0902268 | SAVANT1128136 | SAVANT1552040 |
| SAVANT0716361 | SAVANT0902825 | SAVANT1128138 | SAVANT1577145 |
| SAVANT0716385 | SAVANT0902853 | SAVANT1153596 | SAVANT1577882 |
| SAVANT0716386 | SAVANT0904921 | SAVANT1153895 | SAVANT1580339 |
| SAVANT0716387 | SAVANT0905055 | SAVANT1160872 | SAVANT1585533 |
| SAVANT0716388 | SAVANT0918726 | SAVANT1161059 | SAVANT1585535 |
| SAVANT0716603 | SAVANT0922905 | SAVANT1189536 | SAVANT1585537 |
| SAVANT0726875 | SAVANT0928448 | SAVANT1205418 | SAVANT1585538 |
| SAVANT0731388 | SAVANT0930499 | SAVANT1232612 | SAVANT1602880 |
| SAVANT0731400 | SAVANT0932727 | SAVANT1234913 | SAVANT1602933 |
| SAVANT0731401 | SAVANT0935870 | SAVANT1234916 | SAVANT1619959 |
| SAVANT0748996 | SAVANT0938590 | SAVANT1234922 | SAVANT1619961 |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

SAVANT1619963
SAVANT1620068
SAVANT1620069
SAVANT1622366
SAVANT1623961
SAVANT1624009
SAVANT1627247
SAVANT1627250
SAVANT1630102
SAVANT1639309
SAVANT1643679
SAVANT1648667
SAVANT1648843
SAVANT1649250
SAVANT1653635
SAVANT1653685
SAVANT1653687
SAVANT1653689
SAVANT1653690
SAVANT1653691
SAVANT1657722
SAVANT1661060
SAVANT1676713
SAVANT1725507
SAVANT2005439
SAVANT2399394
SAVANT2476685
SAVANT2509583
SAVANT2603134
SAVANT2603807
SAVANT2603809
SAVANT2697838
SAVANT2700358
SAVANT2705474
SAVANT2706579
SAVANT2706581
SAVANT2706584
SAVANT2708350
SAVANT2708352
SAVANT2709936
SAVANT2718939
SAVANT2720094
SAVANT2720112
SAVANT2737433
SAVANT2737435
SAVANT2737437
SAVANT2739233
SAVANT2758738
SAVANT2758747
SAVANT2761217
SAVANT2761220
SAVANT2761223
SAVANT2761227
SAVANT2765075
SAVANT2765077
SAVANT2765080
SAVANT2765092
SAVANT2765097
SAVANT2768011
SAVANT2883951
SAVANT2887033
SAVANT3051119
SAVANT3051120
SAVANT3052754
SAVANT3052756
SAVANT3052758
SAVANT3053484
SAVANT3074646
SAVANT3074650
SAVANT3074654
SAVANT3074656

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

# EXHIBIT I

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| Job/Project Name | Flip Reference Document ID | Approximate Flip Date | Dealer(s) Connected (DBA) | Identified Original Contract Value ($) | Identified Savant Contract Value ($) | Identified Discounted Savant Merchandise | Identified Discount Value ($) | Flip Project Status |
|---|---|---|---|---|---|---|---|---|
| **Unknown** | SAVANT0086957, SAVANT0086962, SAVANT1585533, SAVANT1585535, SAVANT1585537, SAVANT1585538, SAVANT0244646, SAVANT1639309, SAVANT1648843, SAVANT2005439, SAVANT1653635, SAVANT1653685, SAVANT1653687, SAVANT1653689, SAVANT1653690, SAVANT1653691, SAVANT1657722 | 8/3/2007 | Atlantic Stereo | • 20000 (SAVANT0086957) (SAVANT0086962) (SAVANT1585533) (SAVANT1585535) (SAVANT1585537) (SAVANT1585538) (SAVANT0244646) (SAVANT1639309) (SAVANT1648843) (SAVANT2005439) (SAVANT1653635) (SAVANT1653685) (SAVANT1653687) (SAVANT1653689) (SAVANT1653690) (SAVANT1653691) (SAVANT1657722) | | | | Potential Flip |
| **Unknown** | SAVANT0086957, SAVANT0086962, SAVANT1585533, SAVANT1585535, SAVANT1585537, SAVANT1585538, SAVANT0244646, SAVANT1639309, SAVANT2005439, SAVANT1653635, SAVANT1653685, SAVANT1653687, SAVANT1653689, SAVANT1653690, SAVANT1653691, SAVANT1657722 | 8/17/2007 | UV Ultimate Visions, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0485186 | 6/3/2008 | American Automation & Communications, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0429511, SAVANT0429514 | 6/13/2008 | American Automation & Communications, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0429582, SAVANT0186971, SAVANT0186973, SAVANT0186976, SAVANT0219588, SAVANT0219591, SAVANT0219593, SAVANT0485574, SAVANT0485575, SAVANT0485580, SAVANT0485582, SAVANT0490573, SAVANT0132056, SAVANT0768699 | 6/27/2008 | Ambient Technologies | | • 51940 (SAVANT0132058)<br>• 50000 (SAVANT0768699) | | • 10% Fast Start Discount (SAVANT0429582) (SAVANT0186971) (SAVANT0186973) (SAVANT0186976) (SAVANT0219588) (SAVANT0219591) (SAVANT0219593) (SAVANT0485574) (SAVANT0485575) (SAVANT0485580) (SAVANT0485582) (SAVANT0490573) | Flip Completed |
| **Unknown** | SAVANT0429582, SAVANT0186971, SAVANT0186973, SAVANT0186976, SAVANT0219588, SAVANT0219591, SAVANT0219593, SAVANT0485574, SAVANT0485575, SAVANT0485580, SAVANT0485582, SAVANT0490573, SAVANT0132056, SAVANT0768699 | 6/27/2008 | Ambient Technologies | | • 67570 (SAVANT0132058)<br>• 75000 (SAVANT0768699) | | • 10% Fast Start Discount (SAVANT0429582) (SAVANT0186971) (SAVANT0186973) (SAVANT0186976) (SAVANT0219588) (SAVANT0219591) (SAVANT0219593) (SAVANT0485574) (SAVANT0485575) (SAVANT0485580) (SAVANT0485582) (SAVANT0490573) | Flip Completed |
| **Unknown** | SAVANT0768699 | 6/27/2008 | Components Electronics | | • 28000 (SAVANT0768699) | | | Potential Flip |
| **Unknown** | SAVANT0768699 | 6/27/2008 | Control AV Corporation | | • 70000 (SAVANT0768699) | | | Potential Flip |
| **Unknown** | SAVANT0768699 | 6/27/2008 | Homeworks Holding Corp. (Digital Ear) | | • 25000 (SAVANT0768699) | | | Potential Flip |
| **Unknown** | SAVANT0768699 | 6/27/2008 | Genesis Home Technologies Inc. | | • 25000 (SAVANT0768699) | | | Potential Flip |
| **Unknown** | SAVANT0768699 | 6/27/2008 | Access Point Designs | | • 13440 (SAVANT0768699) | | | Potential Flip |
| **Unknown** | SAVANT0768699 | 6/27/2008 | Smart Systems Integrated Inc. | | • 96500 (SAVANT0768699) | | | Potential Flip |
| **Unknown** | SAVANT1550631 | 6/30/2008 | Home Media, Inc. | | | | | Flip Completed |
| **Unknown** | SAVANT0186983, SAVANT0187005, SAVANT0187008, SAVANT0187010, SAVANT0219567, SAVANT0219569 | 7/1/2008 | Radio Active | | | | | Potential Flip |
| **Bill Rudin job** | SAVANT0102792, SAVANT0323145 | 7/22/2008 | Audio Interiors, Inc. | | • 75000 (SAVANT0362231)<br>• 76445.25 (SAVANT0124852)(SAVANT0805292) | Non third party materials (SAVANT0429810) | • 10% (SAVANT0323158) | Potential Flip |
| **Bazant Job** | SAVANT2697838, SAVANT0525972, SAVANT0486308 | 7/28/2008 | Tim Smith Electric Company | | • 149517 (SAVANT0984958) | | | Flip Completed |
| **Clareo/Apthorp Project** | SAVANT0323551, SAVANT0323553, SAVANT0124840, SAVANT0124843, SAVANT0268993, SAVANT0268995 | 10/7/2008 | Clareo Networks LLC, Rave Audio Visual (CAN) | | | | • Competitive Flip Discount (SAVANT0323551) (SAVANT0323553) (SAVANT0124840) (SAVANT0268993) (SAVANT0268995)<br>• 10%, NO Discount (SAVANT0124840) | Potential Flip |
| **Lightly** | SAVANT0323675, SAVANT0361442, SAVANT0361446, SAVANT0284841 | 10/24/2008 | Clareo Networks LLC | | • 36621.04 (SAVANT0361443) | | • 10% Competitive Flip Discount (SAVANT0323675)(SAVANT0361442)(SAVANT0284841) | Potential Flip |
| **Unknown** | SAVANT0324420, SAVANT0124439 | 2/9/2009 | ProLink LLC | • 300000+ (SAVANT0324420) (SAVANT0124439) | | | | Potential Flip |
| **Simmons** | SAVANT0344950, SAVANT0123083, SAVANT0680197, SAVANT0680196, SAVANT0680257, SAVANT3330467 | 3/30/2009 | JPC Pops, Inc. (Tune Street) | • 181668 (SAVANT0680259) | • 41349.50 (SAVANT0316617)(SAVANT0680199)(SAVANT0703140)<br>• 41444.25 (SAVANT0316620)<br>• 61724.28 (SAVANT0322040)<br>• 47665.29 (SAVANT0322087)<br>• 15000 (SAVANT3330467) | | | Flip Completed |
| **Unknown** | SAVANT0430893 | 5/7/2009 | Jobe Systems, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT3330467 | 5/8/2009 | Unknown | | • 21000 (SAVANT3330467) | | | Flip Completed |
| **Fowler** | SAVANT0427601, SAVANT0731388, SAVANT0427609, SAVANT0427612 | 5/21/2009 | Genesis Home Technologies Inc. | • 21000 (SAVANT0427601)(SAVANT073138) | • 43289 (SAVANT0427601) (SAVANT0731388) (SAVANT0427609) (SAVANT0427612) | | | Potential Flip |
| **Unknown** | SAVANT0679753, SAVANT0332829 | 6/2/2009 | American Automation & Communications, Inc. | | | | | Potential Flip |
| **Knight Residence** | SAVANT0148706, SAVANT0525701 | 6/4/2009 | Digital Home Systems Incorporated | • 100987.18 (SAVANT0776955)<br>• 217767.50 (SAVANT0525736) | • 154265.24 (SAVANT0525262) | | | Potential Flip |
| **Hevrdejs Residence** | SAVANT0414431, SAVANT0427701, SAVANT1649250, SAVANT0701377, SAVANT3330388 | 6/7/2009 | Jobe Systems, Inc. | • 30750 (SAVANT0395870)<br>• 357321.62 (SAVANT0395872)<br>• 389630 (SAVANT0948548) | | | | Potential Flip |
| **Unknown** | SAVANT0525661, SAVANT0525663, SAVANT0148721 | 6/8/2009 | Big Picture Solutions, Inc. | | • 20294.74 (SAVANT0776535) | Sys 12 and 24 and cards (SAVANT0148721)<br><br>RMF and Modules (SAVANT0525663) | • 15% (SAVANT0525663)(SAVANT0148721) | Flip Completed |
| **Project 1** | SAVANT1627247, SAVANT0372601, SAVANT0372602, SAVANT0372606, SAVANT1627250, SAVANT0372612, SAVANT0372613, SAVANT0731400, SAVANT0731401, SAVANT0427664, SAVANT0308823, SAVANT0308829, SAVANT0308835, SAVANT0308863, SAVANT0308870, SAVANT1725507, SAVANT0808986, SAVANT0835078, SAVANT0227148, SAVANT0430893, SAVANT0734354, SAVANT0430946, SAVANT0372720, SAVANT0372722, SAVANT0372971, SAVANT0372973, SAVANT0414495, SAVANT0427698, SAVANT0427867, SAVANT0437120, SAVANT0437122, SAVANT0437250, SAVANT0437252, SAVANT0289537, SAVANT0289540, SAVANT0308726, SAVANT0308728, SAVANT1235899, SAVANT1326120, SAVANT1326121, SAVANT1326123 | 6/9/2009 | Jobe Systems, Inc. | | • 24012.10 (SAVANT0372604) (SAVANT0372615) (SAVANT0308830)<br>• 22089.47 (SAVANT0372609)<br>• 64720 (SAVANT0734357) | RMF- 1200- 00 ROSIE MULTIFUNCTIONAL PLATFORM 12 SLOT<br>AIM- 0A16- 00 16- CH ANALOG AUDIO INPUT M ODULE<br>AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPU T MODULE ( UNBALANCED)<br>RFD- 1000- 00 RADIO FREQUENCY USB 2.0 DONGLE<br>RTR- 1000- 02 ROSIE TRADITIONAL REMOTE<br>OSD- 1010- 00 ROSIE OSD CONTROL SYSTEM<br>RSC- 0025- 00 ROSIE SYSTEM CONTROLLER - 1U P LATFORM WITH 25 CONTROL<br>ITP- 107W- 00 7- INCH IN- WALL COLOR WIDESCREE N TOUCH PANEL WITH WHIT<br>ITS- 1001- 00 IN- WALL TOUCH PANEL SERVER AND SINGLE- PORT TP EXTENDE<br>KPB- M11W- 00 MEDIA KEYPAD BUTTON KIT WHITE WITH EXTENDER<br>WTP- 113B- 01 13.3- INCH WIRELESS WIDESCREEN TOUCH PANEL<br>WDB- 100B- 01 WIRELESS TOUCH PANEL CHARGING DOCKING BASE ( BLACK) (SAVANT0372604) (SAVANT0372615) | • 7581.59 (SAVANT0372604) (SAVANT0372615)<br>• 25% off everything (SAVANT0372606) (SAVANT0427664) (SAVANT0308835) (SAVANT0227148)<br>• 7021.06 (SAVANT0372609) | Flip Completed |
| **4-5 Unknown Projects** | SAVANT0372720, SAVANT0372722, SAVANT0372971, SAVANT0372973, SAVANT0414495, SAVANT0427698, SAVANT0427867, SAVANT0437120, SAVANT0437122, SAVANT0437250, SAVANT0437252, SAVANT0289537, SAVANT0289540, SAVANT0308726, SAVANT0308728, SAVANT1235899, SAVANT1326120, SAVANT1326121, SAVANT1326123 | 6/9/2009 | Jobe Systems, Inc. | | | | | Potential Flip |
| **Beck (or Bech) Project** | SAVANT0148754, SAVANT0148757, SAVANT0148762, SAVANT0778153, SAVANT0148771 | 6/12/2009 | Innovative Home Systems, Inc. | | • 70000 (SAVANT0148024)<br>• 22000 (SAVANT0740481) | | | Potential Flip |
| **Unknown** | SAVANT3330467 | 6/14/2009 | Unknown | | • 30000 (SAVANT3330467) | | | Flip Completed |
| **Unknown** | SAVANT0940390, SAVANT0322715, SAVANT0360431, SAVANT0360432, SAVANT0360435, SAVANT0267005, SAVANT0267055 | 6/17/2009 | Audio Command Systems, Inc. | | | | • Competitive Flip Discount (SAVANT0322715) | Potential Flip |
| **Rizzone** | SAVANT0373134, SAVANT0373138, SAVANT0427912, SAVANT0427928, SAVANT0308522, SAVANT0308524 | 6/23/2009 | J.R. Goold Enterprises, Inc. (Pacific Digital Home) | | • 56021.75 (SAVANT0373136)<br>• 55000 (SAVANT1602986)(SAVANT1635742) | RMF- 2400- 00 ROSIE SYSTEM 24 ( BASE CONFIGUR ATION WITH INTEGRATED H<br>AIM- 0A16- 00 ANALOG AUDIO INPUT MODULE<br>AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPU T MODULE ( UNBALANCED)<br>VIM- A3C3S- 00 ANALOG VIDEO INPUT MODULE<br>VOM- A3C3S- 00 ANALOG VIDEO OUTPUT MODULE (SAVANT0373136) | • 3718.43 (SAVANT0373136)<br>• 10%, 5602 (SAVANT0373138) (SAVANT0427928) (SAVANT0308522) | Flip Completed |
| **Unknown** | SAVANT0523815, SAVANT0523819 | 6/24/2009 | Jobe Systems, Inc. | | | | | Potential Flip |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Unknown** | SAVANT0373319, SAVANT0308353 | 6/28/2009 | Home Entertainemtn Design South, Inc. (HED South) | | | | | Potential Flip |
| **Unknown** | SAVANT3330467 | 7/4/2009 | End User | | • 11000 (SAVANT3330467) | | | Flip Completed |
| **Unknown** | SAVANT0148024 | 7/9/2009 | Greenville Electric | | • 50000 (SAVANT0148024) | | | Potential Flip |
| **Unknown** | SAVANT0940548, SAVANT0940549, SAVANT1325328, SAVANT1325331, SAVANT1325336, SAVANT1325339 | 7/15/2009 | Unknown | | • 35000 (SAVANT0940548) (SAVANT0940549) (SAVANT1325328) (SAVANT1325331) (SAVANT1325336) (SAVANT1325339) | | | Potential Flip |
| **Unknown** | SAVANT0350615, SAVANT0350618, SAVANT0350620, SAVANT0944117, SAVANT0350658, SAVANT0125522, SAVANT0125523, SAVANT0125524, SAVANT0125526, SAVANT0125528, SAVANT0125531, SAVANT0125534, SAVANT0283882, SAVANT0283886, SAVANT0283889, SAVANT0283893, SAVANT1234913, SAVANT1234916, SAVANT1234922, SAVANT1234925 | 7/15/2009 | JPC Pops, Inc. (Tune Street) | | • 35000 (SAVANT0350615) (SAVANT0350618) (SAVANT0350620) (SAVANT0944117) (SAVANT0350658) (SAVANT0125522) (SAVANT0125523) (SAVANT0125524) (SAVANT0125526) (SAVANT0125528) (SAVANT0125531) (SAVANT0125534) (SAVANT1234913) (SAVANT1234916) (SAVANT1234922) (SAVANT1234925) | | | Potential Flip |
| **Unknown** | SAVANT0098288, SAVANT0373674, SAVANT0424643, SAVANT0308105 | 7/18/2009 | Theatron Home Theater, Inc. | • 17000 (SAVANT0098288) (SAVANT0308105) | • ~7000 (SAVANT0098288) (SAVANT0308105) | | | Flip Completed |
| **Unknown** | SAVANT0703747, SAVANT0672873, SAVANT0672874, SAVANT0710373, SAVANT0359967 | 7/29/2009 | Theatron Home Theater, Inc. | | • 505.32 (SAVANT0703748) (SAVANT0672877) | | • System 12 or 24 and modules (SAVANT0672873) | Complete |
| **Sound Room Crestron Flip** | SAVANT3330467, SAVANT0740481, SAVANT0739850, SAVANT0715993 | 7/31/2009 | Simptronics, LLC (Fusion Media Systems), The Sound Room | | • 78000 (SAVANT3330467)<br>• 72973.61 (SAVANT0799893) | RMF-2400-20 ROSIE SYSTEM 24 (BASE CONFIGUR<br>AIM-0A16-00 ANALOG AUDIO INPUT MODULE<br>AOM-016U-00 16-CHANNEL STEREO PREAMP OUTPU<br>OSD-1010-20 ROSIE OSD CONTROL SYSTEM<br>MSC-1200-01 ROSIE SYSTEM 12 (BASE CONFIGUR<br>AIM-D4A8-00 MIXED DIGITAL AND ANALOG AUDIO<br>AOM-04DC-00 DIGITAL AUDIO OUTPUT MODULE<br>VIM-A3C3S-00 ANALOG VIDEO INPUT MODULE<br>VIM-A3C3S-00 ANALOG VIDEO INPUT MODULE<br>VOM-A3C3S-00 ANALOG VIDEO OUTPUT MODULE (SAVANT0799893) | • 6994.73 (SAVANT0799893) | Flip Completed |
| **N Square** | SAVANT0777887 | 8/5/2009 | Advanced Audio Design | | • 21301 (SAVANT0777894) | | • 15% Flip Discount (SAVANT0777887)<br>• 3759 (SAVANT0777894) | Potential Flip |
| **Unknown** | SAVANT3330467 | 8/7/2009 | Unknown | | • 44000 (SAVANT3330467) | | | Potential Flip |
| **La Playa Trust** | SAVANT0147916, SAVANT0777905, SAVANT0788313 | 8/17/2009 | Advanced Audio Design | • 522699.81 (SAVANT0524606)<br>• 444 803.81 (AMX)(SAVANT0524642) | • 61506 after discount (SAVANT0147916) (SAVANT0788313) (SAVANT0777905)<br>• 72360 before discount (SAVANT0148003)(SAVANT0147916) (SAVANT0788313) (SAVANT0777905)<br>• 72038.94 (SAVANT0777910), 62696.87 (SAVANT0777919) | RMF- 3600- 00 ROSIE SYSTEM 36 BASE CONFIGURA TION 6U MULTIFUNCTIONAL<br>VIM- A3C3S- 00 ANALOG VIDEO INPUT MODULE<br>VOM- D1080P- 00 DIGITAL VIDEO OUTPUT MODULE ( 1 080P)<br>VIM- D1080P- 00 DIGITAL VIDEO INPUT MODULE 108 0P<br>AIM- D4A8- 00 MIXED DIGITAL AND ANALOG AUDIO INPUT MODULE<br>AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPU T MODULE ( UNBALANCED)<br>VOM- A3C3S- 00 ANALOG VIDEO OUTPUT MODULE (SAVANT0777910)<br><br>RMF- 3600- 00 ROSIE SYSTEM 36 BASE CONFIGURA TION 6U MULTIFUNCTIONAL<br>VOM- D1080P- 00 DIGITAL VIDEO OUTPUT MODULE ( 1 080P)<br>VIM- D1080P- 00 DIGITAL VIDEO INPUT MODULE 108 0P<br>AIM- D4A8- 00 MIXED DIGITAL AND ANALOG AUDIO INPUT MODULE<br>AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPU T MODULE ( UNBALANCED) (SAVANT0777919) | • 15% Flip Discount, 10854 (SAVANT0147916) (SAVANT0788313) (SAVANT0777905)<br>• 15% on Sys 36 and cards (SAVANT0777904)(SAVANT0777913)<br>• 6284.21 (SAVANT0777910)<br>• 5100 (SAVANT0777919) | Potential Flip |
| **Unknown** | SAVANT0374388, SAVANT0374390, SAVANT0424911, SAVANT0289009, SAVANT0289011, SAVANT0581173, SAVANT0581176, SAVANT0581179, SAVANT0581184, SAVANT1254264, SAVANT1324205, SAVANT1324212, SAVANT1348588, SAVANT0563029 | 8/19/2009 | Jobe Systems, Inc. | | | | | Potential Flip |
| **Armstrong** | SAVANT3330467, SAVANT0311259, SAVANT0330066 | 8/19/2009 | Phoenix Audio Video, LLC | | • 35000 (SAVANT3330467)<br>• 33176.88 (SAVANT0710635) | System 12 and cards (SAVANT0710632)<br><br>MSC- 12SE- 00 ROSIE SYSTEM 12 ( SINGLE EDITIO N MSC- 1200 BASE CONFIGURAT<br>VIM- D1080P- 00 DIGITAL VIDEO INPUT MODULE 108 0P<br>VOM- D1080P- 00 DIGITAL VIDEO OUTPUT MODULE ( 1 080P)<br>AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPU T MODULE ( UNBALANCED)<br>AIM- 0A16- 00 ANALOG AUDIO INPUT MODULE<br>AOM- SS8U- 00 7.1 SURROUND SOUND & AUDIO PRO CESSING MODULE ( UNBALA (SAVANT0710635) | • 15% (SAVANT0710632)<br>• 2226.32 (SAVANT0710635) | Flip Completed |
| **Unknown** | SAVANT0351585, SAVANT0351586, SAVANT0351588, SAVANT0351590, SAVANT0283218, SAVANT0283223, SAVANT0283225, SAVANT0374645, SAVANT0307631, SAVANT1232612, SAVANT0519418, SAVANT0444820 | 8/26/2009 | Theatron Home Theater, Inc. | | • 90000 (for System 36) (SAVANT0519418) (SAVANT0444820)<br>• 102024.23 (SAVANT0315247)(SAVANT0345596)<br>• 95575.64 (SAVANT0282776) | | | Flip Completed |
| **Unknown** | SAVANT0351585, SAVANT0351586, SAVANT0351588, SAVANT0351590, SAVANT0283218, SAVANT0283223, SAVANT0283225, SAVANT0374645, SAVANT0307631, SAVANT1232612, SAVANT0282381 | 8/26/2009 | Theatron Home Theater, Inc. | | • 36077.94 (SAVANT0329848) | | | Flip Completed |
| **Unknown** | SAVANT0351585, SAVANT0351586, SAVANT0351588, SAVANT0351590, SAVANT0283218, SAVANT0283223, SAVANT0283225, SAVANT0374645, SAVANT0307631, SAVANT1232612, SAVANT0345986 | 8/26/2009 | Theatron Home Theater, Inc. | | • 21072.62 (SAVANT0345987) | | | Flip Completed |
| **Unknown** | SAVANT0492787 | 9/4/2009 | Ghost Fighters Home Technology Solutions | | • Option 1: 42831.63<br>• Option 2: 44896.13<br>• Option 3: 40014.54 (SAVANT0492787) | Option 1: RMF 2400-00 Rosie System 24<br>AIM-D48A 4 digital 8 analog audio input card<br>AOM 016u "8 zones Sterio Audio out, PreAmp,"<br>AOM-SS8U 7.1 SURROUND SOUND CARD<br>vim-A3C3S Component Video Input card (3 inputs per card)<br>VOM-A3C3S Component Video Output card (3 inputs per card)<br><br>Option 2: RMF 1200-00 Rosie System 12<br>AIM0A16 16-ch analog Input<br>AIM-D48A 4 digital 8 analog audio input card<br>AOM 016u "8 zones Sterio Audio out, PreAmp,"<br>vim-D1080P Digital Video Input 3 1080P<br>VOM-D1080P Digital Video Output 4 1080P<br><br>Option 3: RMF 1200-00 Rosie System 12<br>AIM-D48A 4 digital 8 analog audio input card<br>AOM 016u "8 zones Sterio Audio out, PreAmp,"<br>vim-D1080P Digital Video Input 3 1080P<br>VOM-D1080P Digital Video Output 4 1080P<br>VOM-A3C3S Component Video Output card (3 inputs per card) (SAVANT0492787) | • Option 1 = 3331.58<br>• Option 2 = 3082.90<br>• Option 3 = 2332.90 (SAVANT0492787) | Potential Flip |
| **Unknown** | SAVANT0053524 | 9/4/2009 | Electronic Home, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT1627731, SAVANT0148024 | 9/4/2009 | RG Convergence Technologies LLC | | • 120000 (SAVANT1627731)(SAVANT0148024) | | | Potential Flip |
| **Unknown** | SAVANT0492788 | 9/9/2009 | Unknown | | • 59289.597 (SAVANT0492788) | RMF 2400-00 Rosie System 24<br>AIM-D48A 4 digital 8 analog audio input card<br>AOM 016u "8 zones Sterio Audio out, PreAmp,"<br>vim-A3C3S Component Video Input card (3 inputs per card)<br>VOM-D1080P Digital Video Output 3 1080P<br>VOM-A3C3S Component Video Output card (3 inputs per card) (SAVANT0492788) | • 2905.263 (SAVANT0492788) | Potential Flip |
| **Unknown** | SAVANT0519418, SAVANT0444820 | 9/15/2009 | Kaiden Home Technologies, LLC | | | | | Potential Flip |
| **Hoffman** | SAVANT0519418, SAVANT0444820, SAVANT3330467 | 9/15/2009 | JVN Systems, Inc. | | • 10000 (SAVANT3330467) | | | Potential Flip |
| **Unknown** | SAVANT0519418, SAVANT0444820 | 9/15/2009 | Converge | | | | | Potential Flip |
| **Unknown** | SAVANT0492789 | 9/30/2009 | Unknown | | • 398790225 (SAVANT0492789) | MSC 1200 Rosie System 24<br>AIM-D48A 4 digital 8 analog audio input card<br>AOM 016u "8 zones Sterio Audio out, PreAmp,"<br>vim-A3C3S Component Video Input card (3 inputs per card)<br>VOM-D1080P Digital Video Output 3 1080P<br>VOM-A3C3S Component Video Output card (3 inputs per card) (SAVANT0492789) | • 1563.1575 (SAVANT0492789) | Potential Flip |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sojo 1500** | SAVANT3330467 | 9/30/2009 | Unknown | | • 15000 (SAVANT3330467)(SAVANT0524836) | | | Potential Flip |
| **Judson Ain (Ain Residence)** | SAVANT3330467 | 10/3/2009 | Audio Command Systems, Inc. | | • 30000 (SAVANT3330467)<br>• 614.94 (SAVANT0311763)<br>• 552 (SAVANT0311790)<br>• 210.53 (SAVANT0938232)<br>• 421.05 (SAVANT0938232)<br>• 290.53 (SAVANT0938232)<br>• 32347.36 (SAVANT0938232)<br>• No figures (SAVANT0263444) | | | Flip Completed |
| **Unknown** | SAVANT0441221, SAVANT0148024, SAVANT0377077, SAVANT0410013 | 10/4/2009 | Sky Audio Video Entertainment LLC | | • 30000 (SAVANT0441221)(SAVANT1627731)(SAVANT0148024) | | | Flip Completed |
| **Unknown** | SAVANT0441221, SAVANT0148024, SAVANT0377077, SAVANT0410013 | 10/4/2009 | Sky Audio Video Entertainment LLC | | • 50000 (SAVANT0441221)(SAVANT1627731)(SAVANT0148024) | | | Flip Completed |
| **Fox Residence** | SAVANT3330388, SAVANT0358262 | 10/5/2009 | Simptronics, LLC (Fusion Media Systems) | | | | | Potential Flip |
| **Jim Wolford** | SAVANT0716317, SAVANT0716359, SAVANT0716360, SAVANT0716385, SAVANT0716386, SAVANT0716387, SAVANT0683850, SAVANT0699681 | 10/6/2009 | Audio Video Dimensions | | • 26951.57 (SAVANT0716320) | | | Potential Flip |
| **Kopczynski - Schlosser Residence** | SAVANT0344645, SAVANT0344646, SAVANT0344654, SAVANT0344658, SAVANT0355569, SAVANT0125804, SAVANT0125805, SAVANT0265236, SAVANT0265239, SAVANT0265247, SAVANT0265249, SAVANT0277928, SAVANT0328811, SAVANT0344726 | 10/15/2009 | Electronics Design Group Inc. | | • 105579.50 (SAVANT0344465)(SAVANT0328812)<br>• 40000 (SAVANT0711244) | | | Flip Completed |
| **Pedersen** | SAVANT3330467, SAVANT0344824, SAVANT0708917, SAVANT0322539 | 10/21/2009 | Lights! Camera! Action! (LCA Systems) | | • 9000 (SAVANT3330467)<br>• 17499.08 (SAVANT0708920) | MSC- 12SE- 00 ROSIE SYSTEM 12 ( SINGLE EDITIO N MSC- 1200 BASE CONFIGURAT<br>VIM- A3C3S- 00 ANALOG VIDEO INPUT MODULE<br>AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPU T MODULE ( UNBALANCED)<br>AOM- SS8U- 01 7.1 SURROUND SOUND & AUDIO PRO CESSING MODULE ( UNBALA<br>OSD- 1010- 10 ROSIE OSD CONTROL SYSTEM<br>RSC- 0007- 00 ROSIE SYSTEM CONTROLLER ( RSC- 0 007)<br>RTR- 1000- 02 TRADITIONAL REMOTE CONTROL ( OS D NAVIGATION)<br>RTR- 2000- 00 ROSIE REMOTE ( NON- OSD NAVIGATI ON)<br>RFD- 1000- 00 RADIO FREQUENCY ( RF) WIRELESS RECEIVER<br>IDS- 110W- 00 ROSIE IN- WALL MEDIA DOCK ( WHIT E)<br>ITP- 109W- 00 9- INCH IN- WALL ( WHITE BEZEL)<br>ITS- 1001- 10 INTEGRATED TOUCH PANEL SERVER AND SINGLE- PORT EXTEND<br>UCX- 1000- 00 USB OVER CAT5E DIGITAL EXTENDE R SET (SAVANT0708920) | • 172.53 (SAVANT0708920) | Potential Flip |
| **McWilliams Job** | SAVANT2720112, SAVANT0281458, SAVANT3498004 | 10/23/2009 | E-Live Networks | | | | | Potential Flip |
| **Tyra Banks** | SAVANT3330467, SAVANT0311505 | 10/23/2009 | Audio Command Systems, Inc. | | • 10000 (SAVANT3330467)(SAVANT0024642)(SAVANT0026145)( SAVANT0030952) | | | Potential Flip |
| **Unknown** | SAVANT0321882, SAVANT1602933, SAVANT0376832, SAVANT0377214, SAVANT0426391, SAVANT0306024, SAVANT0306298, SAVANT2476685, SAVANT0377065 | 10/27/2009 | HD Media Systems LLC, Q Audio & Video | | | | | Potential Flip |
| **Unknown** | SAVANT3330388 | 11/2/2009 | Audio Advisors, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0716603, SAVANT0699200 | 11/3/2009 | Audio Advisors, Inc. | | • 19331 (SAVANT0726875) | Cards and Chassis (SAVANT0716603) (SAVANT0699200)<br><br>MSC- 12SE- 01 ROSIE SYSTEM 12 ( SINGLE EDITIO N MSC- 1200 BASE CONFIGURA<br>OSD- 1010- 20 ROSIE OSD CONTROL SYSTEM<br>AIM- D4A8- 00 MIXED DIGITAL AND ANALOG AUDIO INPUT MODULE<br>AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPU T MODULE ( UNBALANCED) (SAVANT0726875) | • 15% (SAVANT0716603) (SAVANT0699200)<br>• 852.63 (SAVANT0726875) | Potential Flip |
| **Lucky 7 Project** | SAVANT3534431, SAVANT3534433, SAVANT2718939, SAVANT0263507, SAVANT0263509, SAVANT0263511, SAVANT0378034, SAVANT0426009, SAVANT0287391, SAVANT1011004, SAVANT1011007, SAVANT1011011, SAVANT2761217, SAVANT2761220, SAVANT2761223, SAVANT2761227, SAVANT1025420, SAVANT1025423, SAVANT0216535, SAVANT0216539, SAVANT0216543, SAVANT0226297, SAVANT0226302, SAVANT0226306, SAVANT0226309, SAVANT0578462, SAVANT0578466, SAVANT0578491, SAVANT0578493, SAVANT1320607, SAVANT1320609, SAVANT1320629, SAVANT3330388 | 11/23/2009 | Home Media Inc., Jobe Systems, Inc. | | • 30000 (SAVANT0432230) | | | Flip Completed |
| **Unknown** | SAVANT3330467 | 12/2/2009 | Unknown | | • 25000 (SAVANT3330467) | | • 15% (SAVANT3330467) | Flip Completed |
| **Unknown** | SAVANT3330388 | 12/10/2009 | End User | | | | | Potential Flip |
| **Frank Hook Project** | SAVANT1619959, SAVANT1623961, SAVANT0263729, SAVANT0330002, SAVANT0335418 | 12/21/2009 | Scene-Scape LLC | | • ~51000 (SAVANT0332117)(SAVANT0332199) | "Rosie System 12 or 24 and associated modules" (SAVANT0263731) | • 15% (SAVANT0263731) | Flip Completed |
| **Unknown** | SAVANT0281026 | 12/21/2009 | At Home Theater LLC | | | | | Potential Flip |
| **Upper Hook Road Project** | SAVANT1619961, SAVANT0329894, SAVANT0329901, SAVANT0329903, SAVANT0126231, SAVANT0281004, SAVANT0281007, SAVANT0281014, SAVANT1602880 | 12/22/2009 | Elite Performance Integration, Inc. (EPI Systems Integration), AVS | | • 30791.93 (SAVANT0315117) (SAVANT0281899) | | | Flip Completed |
| **Vann Residence** | SAVANT0329924, SAVANT0329929, SAVANT0263711, SAVANT0263717 | 12/23/2009 | Resolution Audio Video | | | System 12 and cards (SAVANT0329967) | • 15% (SAVANT0329924) (SAVANT0329929) (SAVANT0263711) (SAVANT0263717) (SAVANT0329967) | Flip Completed |
| **Unknown** | SAVANT0329957 | 12/23/2009 | Innerspace Electronics, Inc. | | • 31221.11 (SAVANT0329976) | AOM-016U-00 16-CHANNEL STEREO PREAMP OUTPUT MODULE (UNBALAN<br>AIM-0A16-00 ANALOG AUDIO INPUT MODULE<br>AIM-D4A8-00 MIXED DIGITAL AND ANALOG AUDIO INPUT MODULE<br>VIM-D1080P-01 DIGITAL VIDEO INPUT MODULE 1080P<br>VOM-41080P-00 DIGITAL VIDEO OUTPUT MODULE (1080P)<br>VOM-A3C3S-00 ANALOG VIDEO OUTPUT MODULE<br>MSC-1200-01 ROSIE SYSTEM 12 (BASE CONFIGURATION)<br>(SAVANT0329976) | • 15% (SAVANT0329957)<br>• 2,194.74 (SAVANT0329976) | Potential Flip |
| **Unknown** | SAVANT1620068, SAVANT0354021, SAVANT0354022, SAVANT0280652 | 1/8/2010 | Hampton Technology Group Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT3330388 | 1/24/2010 | Best Buy Co. Inc. (AudioVisions) | | | | | Potential Flip |
| **Cheng Job (Cheng Bank Street Job)** | SAVANT0702697, SAVANT0330153, SAVANT0330154, SAVANT0330161, SAVANT0330171, SAVANT0330223, SAVANT0330266, SAVANT0330570, SAVANT0330574, SAVANT0330580, SAVANT0330585, SAVANT0330603, SAVANT0330611, SAVANT0330612, SAVANT0331323, SAVANT0331419, SAVANT0331420, SAVANT0331422, SAVANT1624009, SAVANT0126281, SAVANT0126288, SAVANT0126399, SAVANT0126403, SAVANT0262951, SAVANT0262953, SAVANT0262955, SAVANT0263004, SAVANT0263324, SAVANT0263336, SAVANT0263527, SAVANT0263545, SAVANT0263552, SAVANT0263557, SAVANT0678450, SAVANT0280459, SAVANT0280464, SAVANT0280471, SAVANT0280476, SAVANT0280738, SAVANT0280801 | 2/1/2010 | Cocooning Electronics Ltd. (Electronic Environments Inc.) | | • 47484.67 (SAVANT0330617)<br>• 50305.30 (SAVANT0706345) | MSC- 1200- 01 ROSIE SYSTEM 12 ( BASE CONFIGURATION)<br>AIM- 0A16- 00 ANALOG AUDIO INPUT MODULE<br>AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPUT MODULE ( UNBALAN<br>SVS- 1004- 00 STREAMING VIDEO SERVER ( FOUR VIDEO FEEDS)<br>ITS- 1002- 20 INTEGRATED DUAL TOUCH PANEL SERVER AND DUAL- PORT<br>ITS- 1001- 20 INTEGRATED TOUCH PANEL SERVER AND SINGLE- PORT EX<br>ITP- C07B- 00 7- INCH IN- WALL ( CAPACITIVE GLASS BLACK BEZEL)<br>OSD- 1010- 20 ROSIE OSD CONTROL SYSTEM<br>RFD- 1000- 00 RADIO FREQUENCY ( RF) WIRELESS RECEIVER<br>RTR- 1000- 02 TRADITIONAL REMOTE CONTROL ( OSD NAVIGATION)<br>HCX- 1000- 01 HDMI OVER CAT5E/ CAT6 ( STP) SOLUTION SET<br>DDL- 100B- 00 DESKTOP IPOD DOCKING CRADLE ( BLACK)<br>ITP- C12B- 00 12- INCH IN- WALL ( CAPACITIVE GLASS BLACK BEZEL)<br>WTP- 113B- 20 13.3- INCH WIRELESS TOUCH PANEL ( BLACK)<br>WDB- 100B- 01 WIRELESS TOUCH PANEL CHARGING DOCKING BASE ( BLAC<br>RSC- 0007- 00 ROSIE SYSTEM CONTROLLER ( RSC- 0007)<br>ITP- C09B- 00 9- INCH IN- WALL ( CAPACITIVE GLASS BLACK BEZEL) (SAVANT0330617) | • 1978.53 (SAVANT0330617)<br>• 15% (SAVANT0706345)<br>• 15% on System 12's and cards or 6% Elite Loyalty Discount (SAVANT0331419) (SAVANT0331420) (SAVANT0331422) (SAVANT0262951) (SAVANT0262953) (SAVANT0262955) | Potential Flip |
| **Unknown** | SAVANT3330388 | 2/5/2010 | Best Buy Co. Inc. (AudioVisions), Jetson Systems | | | | | Potential Flip |
| **Unknown** | SAVANT3330467 | 2/25/2010 | Audio Command Systems Inc. | | • 30000 (SAVANT3330467) | | | Potential Flip |
| **Peck** | SAVANT0110659, SAVANT0110748 | 3/1/2010 | Theatron Home Theater, Inc. | | 170000 (SAVANT0110659) (SAVANT0110748) | | | Flip Completed |
| **Unknown** | SAVANT0709641, SAVANT0347992, SAVANT0348020, SAVANT0348023, SAVANT0262319, SAVANT0262322, SAVANT0262368, SAVANT0262378 | 3/16/2010 | Picture Perfect Custom Media Systems | | | | | Potential Flip |
| **O'Brein/ Omert Residence** | SAVANT0321360, SAVANT0348137, SAVANT0278937 | 3/18/2010 | Electronics Design Group, Inc. | | • No figures (SAVANT0313778) | | | Potential Flip |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Peter** | SAVANT3330467 | 3/22/2010 | Unknown | | • 11000 (SAVANT3330467) | | | Flip Completed |
| **4370 Project** | SAVANT3330388, SAVANT0147040, SAVANT0147041, SAVANT0776370, SAVANT0147047 | 3/26/2010 | Guenther-Vorucken, Inc. (Advanced Audio Design) | | • 230,640.00 (SAVANT0147041) | MSC-3600 ROSIE System 36 Multifunctional Platform, Integrated iTunes<br>HST-1001 ROSIE Host Controller with Redundant Backup<br>VOM-41080P Video Output Module, 4 x HDMI<br>VIM-D1080P Video Input Module, 3 x HDMI<br>AIM-D4A8 Audio Input Module, 2 x Tos, 2 x SPDF, 8-Analog<br>AOM-016U Audio Output Module, 16-Analog (8 Stereo Zones)<br>VIM-A3C3S Video Input Module, 3 x Component<br>OSD-1010 ROSIE OSD Control System<br>UCX-1000 USB over CAT5 Extender<br>RTR-1000 ROSIE Tradtional RF Remote<br>RFD-1000 RF USB Dongle<br>SVS-1004 Streaming Video Server, 4-Channel<br>IDC-200W iPad In-Wall Charging Dock, White<br>DCD-100W Desktop Charging Dock for iPad, White<br>DDS-100W ROSIE Desktop Media Dock Solution, includes MDR-1000, White<br>IDS-110W ROSIE In-Wall Media Dock, White<br>WIA-STAND iPod Touch Table Top Stand (SAVANT0776370)(SAVANT0776375) | • 8% , $6,640 (SAVANT0776370) | Potential Flip |
| **Tom Freitas** | SAVANT0517870 | 4/1/2010 | Audiogene | | | | | Potential Flip |
| **Unknown** | SAVANT0076720, SAVANT0304091 | 4/5/2010 | Creative Stereo & Security Systems Inc. (Creative Systems), Elite Media Solutions, LLC | | | | | Potential Flip |
| **Unknown** | SAVANT0904921, SAVANT0380582, SAVANT0388584, SAVANT0406384, SAVANT0304048 | 4/7/2010 | ListenUp Inc. | • 70000 (SAVANT0904921) (SAVANT0380582) (SAVANT0388584) (SAVANT0406384) (SAVANT0304048) | | | | Potential Flip |
| **Unknown** | SAVANT1630102, SAVANT1648667 | 4/13/2010 | Elite Media Solutions | | | | | Potential Flip |
| **Unknown** | SAVANT3330388 | 4/16/2010 | Accent ESI, Inc. | | | | | Potential Flip |
| **Yales Job** | SAVANT3330467 | 4/21/2010 | Home Theater of Long Island | | • 125912.88 (SAVANT3330467)(SAVANT1614857) | | | Flip Completed |
| **Unknown** | SAVANT0332829, SAVANT0127333, SAVANT0261320 | 5/3/2010 | American Automation & Communications, Inc. | | | | | Flip Completed |
| **Unknown** | SAVANT0332829, SAVANT0127333, SAVANT0261320 | 5/3/2010 | American Automation & Communications, Inc. | | | | | Flip Completed |
| **Yates Project** | SAVANT0341897, SAVANT0254145, SAVANT0337179, SAVANT0258078, SAVANT0349013, SAVANT0261822 | 5/5/2010 | Home Theater of Long Island | • 92000 (SAVANT0349013) (SAVANT0261822) | • 128,458.02 (SAVANT0072798)(SAVANT0643196)(SAVANT0643802)<br>• 127476.04 (SAVANT0311796)<br>• 101.05 (SAVANT0312356)<br>• 5052.63 (SAVANT0312375)<br>• 50.52 (SAVANT0312393)<br>• 8686.99 (SAVANT0315962) | OSD- 1010- 20 ROSIE OSD CONTROL SYSTEM, UCX- 1100- 00 USB OVER CAT5E DIGITAL EXTENDER SET<br>RTR- 1000- 02 TRADITIONAL REMOTE CONTROL ( OSD NAVIGATION), ITP- C07A- 00 7- INCH IN- WALL ( CAPACITIVE GLASS ALMOND BEZEL), RSC- 0025- 00 ROSIE SYSTEM CONTROLLER ( RSC- 0025)<br>DDS- 100W- 00 ROSIE DESKTOP MEDIA DOCK SOLUTION ( WHITE), ITP- C12A- 00 12- INCH IN- WALL ( CAPACITIVE GLASS ALMOND BEZEL), RSC- 0007- 00 ROSIE SYSTEM CONTROLLER ( RSC- 0007), ITS- 1002- 20 INTEGRATED DUAL TOUCH PANEL SERVER AND DUAL- PORT<br>MSC- 2400- 01 ROSIE SYSTEM 24 ( BASE CONFIGURATION), VOM- 41080P- 00 DIGITAL VIDEO OUTPUT MODULE ( 1080P), VOM- 21080P- 00 DIGITAL VIDEO OUTPUT MODULE ( 1080P), RFD- 1000- 00 RADIO FREQUENCY ( RF) WIRELESS RECEIVER, VIM- D1080P- 01 DIGITAL VIDEO INPUT MODULE 1080P<br>AIM- 0A16- 00 ANALOG AUDIO INPUT MODULE, AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPUT MODULE ( UNBALAN, SVS- 1004- 00 STREAMING VIDEO SERVER ( FOUR VIDEO FEEDS), VIM- A3C3S- 01 ANALOG VIDEO INPUT MODULE, SCS- 1000- 20 SAVANT CALL SERVER (SAVANT0311796), BZX- 1007- 00 7- INCH IN- WALL TOUCH PANEL BEZEL BLACK, BZX- 1007- 00 7- INCH IN- WALL TOUCH PANEL BEZEL WHITE (SAVANT0312356)<br><br>OSD- 1010- 22 SAVANT OSD CONTROL SYSTEM<br>AOM- 8XLR- 00 8- CHANNEL STEREO PREAMP OUTPUT MODULE ( BALANCED) (SAVANT0312375)<br><br>BZX- 1007- 00 7- INCH IN- WALL TOUCH PANEL BEZEL IVORY (SAVANT0312393)(SAVANT0315962)<br><br>MSC- 1200- 02 ROSIE SYSTEM 12 ( BASE CONFIGURATION)<br>064- 0070- 00 IPASS CABLE 3 FEET<br>064- 0084- 00 CABLE 1 METER CHAMP<br>AOM- 04DC- 00 DIGITAL AUDIO OUTPUT MODULE<br>AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPUT MODULE ( UNBALAN (SAVANT0315962) | • 1234.58 (SAVANT0311796)<br>• 4.21 (SAVANT0312356)<br>• 210.53 (SAVANT0312375)<br>• 2.11 (SAVANT0312393)<br>• 361.96 (SAVANT0315962) | Flip Completed |
| **Unknown** | SAVANT0075928, SAVANT0120258, SAVANT0355346, SAVANT0127720 | 5/17/2010 | All Around Technology | | • 30000 (SAVANT0075928) (SAVANT0120258) | | | Potential Flip |
| **Unknown** | SAVANT0075928, SAVANT0120258, SAVANT0355346 | 5/17/2010 | All Around Technology | | • 30000 (SAVANT0075928) (SAVANT0120258) | | | Potential Flip |
| **Unknown** | SAVANT0075939, SAVANT0120249 | 5/17/2010 | AVE Solutions S3 Entertainment, LLC (S3) | | | | | Potential Flip |
| **Unknown** | SAVANT0075939, SAVANT0120249 | 5/17/2010 | AVE Solutions S3 Entertainment, LLC (S3) | | | | | Potential Flip |
| **Unknown** | SAVANT0075939, SAVANT0120249 | 5/17/2010 | AVE Solutions S3 Entertainment, LLC (S3) | | | | | Potential Flip |
| **Unknown** | SAVANT0075939, SAVANT0120249 | 5/17/2010 | AVE Solutions S3 Entertainment, LLC (S3) | | | | | Potential Flip |
| **Wally job** | SAVANT0526482 | 5/27/2010 | Hi-Tech Integrated Systems, Inc. | | | | | Potential Flip |
| **Fong** | SAVANT3330467 | 6/1/2010 | Brian Marshman, Inc. | | • 20000 (SAVANT3330467) | | | Potential Flip |
| **Ivin** | SAVANT0110659, SAVANT0110748 | 6/4/2010 | Guenther-Vorucken, Inc. (Advanced Audio Design) | | 14798 (SAVANT0110659) (SAVANT0110748) | | | Flip Completed |
| **Unknown** | SAVANT1630102, SAVANT1648667 | 6/22/2010 | Custom Home Technology Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0076725, SAVANT0119794, SAVANT0357151 | 7/8/2010 | Enhanced Environments Inc. | | | | | Potential Flip |
| **Gladstone Residence** | SAVANT0076392, SAVANT0076367, SAVANT0076392, SAVANT0076367, SAVANT0076368 | 7/12/2010 | Architectural Electronics, Inc. (Audio Video Design) | • 38000 (SAVANT0076367)(SAVANT0076392) | • 52000 (SAVANT portion 12000) (SAVANT0076367)(SAVANT0076392) | | | Flip Completed |
| **Unknown** | SAVANT0153830, SAVANT0153832 | 7/17/2010 | Sound Image, Inc. | • 8500 less than SAVANT (SAVANT0153830) (SAVANT0153832) | • ~56666 (SAVANT0153830)(SAVANT0153832) | | • 15% (SAVANT0153830)(SAVANT0153832) | Potential Flip |
| **Unknown** | SAVANT0333946, SAVANT0277385 | 7/26/2010 | Gilmore's Sound Advice Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0984684 | 7/29/2010 | Unknown | | | | | Potential Flip |
| **Unknown** | SAVANT0528079, SAVANT0528207, SAVANT0528209, SAVANT0075591, SAVANT0118967; | 8/31/2010 | Premier Home Technologies LP, (Premier Technology Group) | | | | | Flip Completed |
| **Berg** | SAVANT0335677, SAVANT0707540, SAVANT0276449, SAVANT0276457, SAVANT0335777, SAVANT0335778, SAVANT0335799, SAVANT0128149, SAVANT0128151, SAVANT0258678, SAVANT0276422 | 9/7/2010 | Audio Command Systems, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0642856, SAVANT1580339 | 9/10/2010 | Safe and Sound Systems, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT1630102, SAVANT1348834 | 9/13/2010 | American Automation & Communications, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT1205418, SAVANT1348872, SAVANT3330388 | 9/23/2010 | Futurehome Systems & Design Inc. | | | | | Potential Flip |
| **Cavelli** | SAVANT3330467 | 10/11/2010 | Digital Home Custom, Inc. | | • 16250 (SAVANT3330467)(SAVANT2697023)(SAVANT0776044) | | | Potential Flip |
| **Unknown** | SAVANT0528079, SAVANT0528207, SAVANT0528209, SAVANT0075591, SAVANT0118967 | 10/14/2010 | Premier Home Technologies LP, (Premier Technology Group) | | | | | Flip Completed |
| **Unknown** | SAVANT0987508 | 10/21/2010 | Audio Video Designs | | | | | Potential Flip |
| **Bleyzer Job** | SAVANT0769195, SAVANT0523815, SAVANT0523819, SAVANT0074292, SAVANT0077601, SAVANT0118342 SAVANT0118346, SAVANT0528356 | 11/10/2010 | Jobe Systems, Inc. | | • 2370 (SAVANT0744740)(SAVANT0454660)<br>• 252.66 (SAVANT0454304)<br>• 2964.61 (SAVANT0454549)<br>• ~50000 (SAVANT0458784)<br>• 600000 (SAVANT0769195) | | | Flip Completed |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Boger Project** | SAVANT0134131, SAVANT0531053, SAVANT0075641, SAVANT0118904, SAVANT0400684, SAVANT0135419, SAVANT0628739, SAVANT0628768 | 11/10/2010 | Creation Networks, Ultimate Control, Metro Eighteen | | • 52351.08 (SAVANT3502192)<br>• 43919.26 (SAVANT0454996)<br>• 40732.55 (SAVANT0748009) | MSC- 2400- 03 SAVANT SYSTEM 24 ( BASE CONFIGURATION)<br>AIM- 0A16- 00 ANALOG AUDIO INPUT MODULE<br>AIM- D4A8- 00 MIXED DIGITAL AND ANALOG AUDIO INPUT MODULE<br>AOM- 016U- 00 16- CHANNEL STEREO PREAMP OUTPUT MODULE ( UNBALAN<br>VIM- 30D4- 00 DIGITAL VIDEO INPUT MODULE ( 4- PORT HDMI)<br>VOM- 30D4- 01 DIGITAL VIDEO OUTPUT MODULE ( 4- PORT HDMI)<br>VOM- VP02- 00 VIDEO PROCESSING OUTPUT MODULE<br>DDS- 100W- 00 SAVANT DESKTOP MEDIA DOCK SOLUTION ( WHITE)<br>OCC- 5100- 00 SAVANT SYSTEM OSD<br>RFD- 1000- 00 RADIO FREQUENCY ( RF) WIRELESS RECEIVER<br>RTR- 1000- 02 TRADITIONAL REMOTE CONTROL ( OSD NAVIGATION)<br>RSC- 0025- 00 SAVANT SYSTEM CONTROLLER ( RSC- 0025)<br>RSC- 0007- 00 SAVANT SYSTEM CONTROLLER ( RSC- 0007)<br>HCX- 1010- 00 HDMI OVER CAT5/ 6 SOLUTION SET<br>UCX- 1100- 00 USB OVER CAT5E DIGITAL EXTENDER SET<br>ICC- 200X- 00 IN- WALL WIRED CHARGING AND CONTROL DOCK FOR IPAD WHITE (SAVANT0748009)(SAVANT0748006) | • 10% "Apple friends and family discount" (SAVANT0135419)(SAVANT0074022)(SAVANT0454994)<br>• 3975.93 (SAVANT0748009) | Flip Completed |
| **Unknown** | SAVANT0777135 | 11/11/2010 | LWS Enterprises, LLC | | | | | Flip Completed |
| **San Marco Job** | SAVANT0528457, SAVANT0528458, SAVANT0528463, SAVANT0528466, SAVANT0153339 | 11/12/2010 | Definitive Electronic Solutions, Inc. | | • 4648.55 (SAVANT1630300) (SAVANT0442902) (SAVANT1614857) | | | Flip Completed |
| **Unknown** | SAVANT0338396 | 11/13/2010 | Electronics Design Group, Inc. | | • No figures (SAVANT0338396) | | | Potential Flip |
| **Unknown** | SAVANT1630102, SAVANT1648667 | 11/15/2010 | Modern Media Innovations | | | | | Potential Flip |
| **Unknown** | SAVANT1630102, SAVANT1648667 | 12/1/2010 | Innovative Audio Video Products, Inc. | | | | | Flip Completed |
| **Unknown** | SAVANT1630102 | 12/17/2010 | LWS Enterprises, LLC | | | | | Potential Flip |
| **Unknown** | SAVANT1630102, SAVANT1648667 | 1/13/2011 | Spextronic, Inc. | | | | | Potential Flip |
| **Don Burns Residence (Nantucket Project)** | SAVANT0008432, SAVANT2883951, SAVANT2662831, SAVANT0518141, SAVANT0518626, SAVANT0518628, SAVANT2887033, SAVANT0518962, SAVANT0141639, SAVANT0141641, SAVANT0146425, SAVANT0146432, SAVANT0146478, SAVANT0146485, SAVANT0530359, SAVANT0530361, SAVANT0530370, SAVANT0780844, SAVANT0780846, SAVANT0159935, SAVANT0523815, SAVANT0989414, SAVANT0074292, SAVANT0077601, SAVANT0118342, SAVANT0118346, SAVANT0295703, SAVANT0856237, SAVANT1160872, SAVANT1161059, SAVANT0573607, SAVANT0573610, SAVANT0867240, SAVANT1250801, SAVANT0876764, SAVANT3492748, SAVANT0583068, SAVANT0876775, SAVANT1251073, SAVANT0877540, SAVANT0590547, SAVANT1253218, SAVANT0590549, SAVANT0878256, SAVANT0591404, SAVANT0591406, SAVANT0591409, SAVANT0841631 | 1/14/2011 | Jobe Systems, Inc. | • 93015 (SAVANT0008437)<br>• 26445.20 (Symetrix)(SAVANT0008438) | • 160000 (SAVANT0743305) | | | Flip Completed |
| **Ted Cheng** | SAVANT0074544, SAVANT0930285, SAVANT0454997, SAVANT0957779, SAVANT0467778; | 1/18/2011 | KGO Electric (KGO Inc.) | | • 15000 (SAVANT0665184) | | • 20% off all non-apple products (SAVANT0074544) | Flip Completed |
| **Unknown** | SAVANT0590759, SAVANT1253389, SAVANT0556559 | 1/20/2011 | Audio Video Designs, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT1551885, SAVANT1552039, SAVANT1552040 | 1/28/2011 | Definitive Concepts Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT1630102, SAVANT1648667, SAVANT0524891, SAVANT0778035 | 1/31/2011 | Atlantic Smart Technologies, Inc. | | | | | Potential Flip |
| **Rudin Residence** | SAVANT0347694, SAVANT0255756, SAVANT0345712 | 2/6/2011 | Cocooning Electronics Ltd. (Electronic Environments Inc.) | | • 28000 (SAVANT1628051) | | | Potential Flip |
| **Estate Job in FTL** | SAVANT0989521 | 2/22/2011 | Unknown | | | | | Potential Flip |
| **Unknown** | SAVANT0319806, SAVANT0325608, SAVANT0325918, SAVANT0273801, SAVANT0932727 | 3/4/2011 | Performance Imaging LLC | | | | | Potential Flip |
| **Unknown** | SAVANT0319860, SAVANT0319871, SAVANT0363346, SAVANT0363348, SAVANT0363360, SAVANT0255044, SAVANT0255055 | 3/8/2011 | Innerspace Electronics, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0529210, SAVANT0529216, SAVANT0529224 | 3/9/2011 | Progressive Integrations Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0641133, SAVANT0667114, SAVANT0637313, SAVANT0532715, SAVANT0759965 | 3/15/2011 | Futurehome Systems & Design Inc. | | | | | Potential Flip |
| **Durban Residence** | SAVANT0399379, SAVANT0420441, SAVANT0294443, SAVANT0399611 | 3/23/2011 | Engineered Environments, Jetson Systems | | • 2754.08 (SAVANT0755938) | | | Flip Completed |
| **Unknown** | SAVANT1507595, SAVANT0994173 | 4/7/2011 | Engineered Environments | | | | | Potential Flip |
| **Unknown** | SAVANT1153596, SAVANT1153895 | 4/9/2011 | Best Buy Co. Inc. (AudioVisions) | | | | | Potential Flip |
| **Gartland** | SAVANT0073834, SAVANT1507484, SAVANT0992180, SAVANT0993294, SAVANT1153596 | 5/3/2011 | Best Buy Co. Inc. (AudioVisions) | | • 490000 (SAVANT0993294) | | | Potential Flip |
| **Klein Residence** | SAVANT0902268, SAVANT0637218, SAVANT0902825, SAVANT0902853, SAVANT0532659, SAVANT0790638, SAVANT0451348, SAVANT0748996 | 5/16/2011 | Sound & Secure Inc. (Eagle Sentry) | • 707508.71 (SAVANT0227471) | | | | Potential Flip |
| **Unknown** | SAVANT0587088, SAVANT0549386 | 5/23/2011 | Unknown | | | | | Flip Completed |
| **Koepell** | SAVANT2706579, SAVANT2706581, SAVANT2706584, SAVANT3052520 | 5/24/2011 | Cyber Sound & Security | • 2640 (SAVANT3052520) | • 5200 (SAVANT3052520) | MSC-24SE, corresponding cards and peripherals, SSA-3000, SSM-3100, SSV-3100 (SAVANT2706504) | | Flip Completed |
| **Unknown** | SAVANT0608347, SAVANT0608349, SAVANT1128136, SAVANT1128138, SAVANT0973387, SAVANT0975622, SAVANT1661060, SAVANT0968463, SAVANT0970808 | 5/24/2011 | Kozi Media Design Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0078623, SAVANT0078638, SAVANT0078647, SAVANT0078657, SAVANT0319100, SAVANT0319115, SAVANT0344080, SAVANT0365392, SAVANT0365397, SAVANT0252974, SAVANT0252984, SAVANT0252993, SAVANT0253006, SAVANT0055109, SAVANT0055112, SAVANT0253013 | 6/14/2011 | Limelight Systems | | • 90,000 (SAVANT0078623) (SAVANT0078638) (SAVANT0078647) (SAVANT0078657) (SAVANT0319100) (SAVANT0319115) (SAVANT0344080) (SAVANT0365392) (SAVANT0365397) (SAVANT0252974) (SAVANT0252984) (SAVANT0252993) (SAVANT0253006) (SAVANT0055109) (SAVANT0055112) (SAVANT0253013) | | | Potential Flip |
| **Unknown** | SAVANT0319051, SAVANT0365450, SAVANT0366796, SAVANT0252913 | 6/27/2011 | Unknown | | | | | Potential Flip |
| **8 - 10 Unknown Projects** | SAVANT0456049, SAVANT0460454 | 7/20/2011 | Sound Entertainment Solutions LLC | | • 100000 - 150000 (SAVANT0456049) | | | Potential Flip |
| **Unknown** | SAVANT0637460, SAVANT0993490, SAVANT0960387, SAVANT0960391, SAVANT0960398, SAVANT0960405, SAVANT0473109, SAVANT0473122 | 7/26/2011 | The Appropriate Connections, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0637460, SAVANT0993490, SAVANT0960387, SAVANT0960391, SAVANT0960398, SAVANT0960405, SAVANT0473109, SAVANT0473122 | 7/26/2011 | The Appropriate Connections, Inc. | | | | | Potential Flip |
| **Promontory Clubhouse** | SAVANT3053484, SAVANT3051119, SAVANT3051120 | 8/5/2011 | AVE Solutions, S3 Entertainment, LLC (S3), Face Group, Inc. (Lifestyle Electronics) | | • 15000 - 20000 (SAVANT3053484) (SAVANT3051120) | "Savant Discountable Gear" (SAVANT3053484) (SAVANT3051119) | • 10% (SAVANT3053484) (SAVANT3051119) | Potential Flip |
| **Unknown** | SAVANT0452161, SAVANT0452162, SAVANT0460373, SAVANT0460375 | 8/12/2011 | Audio Advice | | | | | Potential Flip |
| **Unknown** | SAVANT0452161, SAVANT0452162, SAVANT0460373, SAVANT0460375 | 8/12/2011 | Audio Advice | | | | | Potential Flip |
| **Chateau Des Fleuers** | SAVANT1577549, SAVANT1577554, SAVANT2602970, SAVANT1716520, SAVANT0790390, SAVANT0645883, SAVANT0645886, SAVANT1716519 | 8/12/2011 | Robert's Home Audio Video Inc. | | • ~55000 (SAVANT1577549)(SAVANT1577554)(SAVANT2602970)(SAVANT1716520)(SAVANT0790390)(SAVANT1577553) | | • 10% on discountable items (SAVANT1577549)(SAVANT1577554) | Potential Flip |
| **Unknown** | SAVANT0082034, SAVANT0364250, SAVANT0251486 | 9/26/2011 | Audiocom, Inc. | | | | | Potential Flip |
| **Unknown** | SAVANT0314872, SAVANT0314875, SAVANT0314886 | 10/4/2011 | Commercial Audio Associates, Inc. (Integrated Media Systems) | | | | | Potential Flip |
| **Unknown** | SAVANT1676713, SAVANT0231621, SAVANT0662494, SAVANT1510022, SAVANT2603134, SAVANT2603807, SAVANT2603809, SAVANT0992831, SAVANT2399394 | 10/11/2011 | N&S Marketing and Sales, IHI | | • 12432 (SAVANT1676713)<br>• 38,571 (SAVANT0992835)<br>• 31,191 (SAVANT0992836) | | | Potential Flip |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Unknown** | SAVANT0156616, SAVANT0156627 | 10/14/2011 | Unknown | | | | | Potential Flip |
| **Mike Upwall job** | SAVANT0071692 | 10/26/2011 | AVE Solutions S3 Entertainment, LLC (S3) | | | | | Potential Flip |
| **55 Unit Luxury Condominium Development** | SAVANT0120655, SAVANT0120658, SAVANT0120659, SAVANT0250775, SAVANT0250803, SAVANT0250807, SAVANT0250810, SAVANT0250820, SAVANT0250824, SAVANT0285953, SAVANT0598738, SAVANT0598739, SAVANT0598740 | 10/31/2011 | Clareo Networks LLC | | | | | Potential Flip |
| **Unknown** | SAVANT0992575 | 11/4/2011 | Best Buy Co. Inc. (AudioVisions) | | • 950000 (SAVANT0992575) | | | Potential Flip |
| **Unknown** | SAVANT0458528, SAVANT0458531, SAVANT0458586, SAVANT0958333, SAVANT0958367, SAVANT0958370 | 11/9/2011 | Symbio Lighting & Control | • 68000 (SAVANT0458528) (SAVANT0458531) (SAVANT0458586) (SAVANT0958333) (SAVANT0958367) (SAVANT0958370) | • ~83000 (SAVANT0458528)(SAVANT0458531) (SAVANT0458586) (SAVANT0958333) (SAVANT0958367) (SAVANT0958370) | "Across the board" (SAVANT0458531)(SAVANT0958367) | • 10% (SAVANT0458531) (SAVANT0458586) (SAVANT0958333) (SAVANT0958367) | Potential Flip |
| **Vista Diamante** | SAVANT3330467 | 8/27/2013 | Unknown | | • 5000 (SAVANT3330467) | | | Potential Flip |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

# EXHIBIT J

**DEPOSITION EXCERPTS REGARDING REVENUE FORECASTS, PROJECTIONS, PLANS & DAMAGES ANALYSES**

**Robert Madonna**

**38:13-41:9**

Q. That's a fair point, sir. I'll accept that, sir.
Let me ask you this: You have business plans, correct?
**A. What's your definition of a "business plan"?**
Q. You have -- well, let me ask you this -- let me withdraw the question, okay. Do you come up with plans to make profits?
**A. What's your definition of a "plan"?**
Q. Well, you used the word, sir, in your prior answer. Do you have a definition?

A. We do not have an official business plan 'cause we're a small company. It's -- you know, as far as can I -- do I have a business plan with a financial plan written down on it in, you know, language?
Q. Yes.
A. No.
Q. What do you provide your Board of Directors or advisors, if anything, concerning what you plan to do for the next quarter, for the next year, et cetera?
A. We do have projections on possibilities for next year.
Q. Do you have prepared already projections within your custody or control for Savant Systems projections for 2012?
A. We have multiple projections.
Q. What sort of multiple projections do you have?
A. We have ranges on possibilities of what we may or may not do, depending on what happens in the market with CEDIA and what -- Crestron's behavior in the market, and if we continue to get blocked access to the dealer

channel, we will not -- it's impossible to hit a profit, if that's what you're getting at.

So you're asking me for what the plan is next year. I guess it depends. If we actually -- we have a plan that if, you know, we had fair competition out there where we didn't have blocked access to the dealer channel, we didn't have blocked access to manufacturers, we didn't have blocked access to even marketing what we were doing, we could possibly turn a profit midyear, if all these things were happening. But I've learned over the years, with the plans we put on the table, I am shocked at what happened in this marketplace -- shocked because of the behavior of Crestron and what they did in the marketplace across the board, not just with Savant either.

So for you to ask me whether next year do I have plans on turning a profit, if we had a fair marketplace, we could turn a profit next year, but I'm not quite sure if that will be accomplished because of what's happened in the marketplace to date.

Q. Sir, do you blame all of the problems that Savant Systems has experienced with respect to turning a profit on Crestron?

**A. Yes. Based on what we know today, you know, we would have already turned a profit.**

Q. When?

**A. In two thousand -- end of 2009, beginning of 2010.**

**50:12-23**

Q. What plan?

A. The plans that we had back in 2008, 2009 and 2010 and 11 and on. We fell short by over a hundred million dollars over the past eight years, and that was -- the majority of that -- I would say all of that was because of the activity of Crestron.

It doesn't mean we didn't have other issues, but any other issue, we could overcome. We cannot overcome blocking the strategy Crestron has had in the market, blocking access to the dealer channel.

**58:15-59:8**

Q. Are these projections you talked about --
**A. Give or take -- give or take, you know, a quarter or so.**
Q. And these projections that you just talked about with respect to a range of possible outcomes for next year, are those committed to an Excel spreadsheet or some sort of document at this point in time?
**A. Yes, they are.**

Page 59

Q. Who has possession of those documents?
**A. Bruce Myers.**
Q. Have you reviewed those recently?
**A. Yes, I did.**
Q. When?
**A. A board meeting two weeks ago? Recently. Within weeks.**

**67:10-69:17**

A. **Tier 1 and Tier 2 are somewhere, I would guess, between 500 and 1,000. And our target was, you know, again, more than enough to hit our plans targeting Tier 1 and Tier 2.**

Q. What would be more than enough to hit your plans?

A. **Our plans that we had for revenue.**

Q. Are those documented?

A. **Yes, they are.**

Q. How so?

A. **In spreadsheets from the financial folks.**

Q. Bruce Myers has those?

A. **Yes.**

Q. How many Tier 1 or tier dealers does



Savant need to be, in your words, profitable?

A. **Well, let me give you a sense, right. Tier 1 and Tier 2 dealers, the average sale is around $25,000 roughly. That's true for (inaudible).**

THE STENOGRAPHER: "That's true for"?

A. I'm sorry. I'll talk slowly. Tier 1 and Tier 2 dealers will sell a system for around $25,000. That's the average. That's for one home, so if we have two Tier 2 -- I'm sorry -- a Tier 2 dealer selling two homes, that's roughly what -- on average two to three homes, makes sense, so that's 50 to $75,000 in a year.

We have about 40 of those dealers right now. The plan was to have hundreds of those dealers, so when you start talking about thousands, you're talking about Tier 3 and there's thousands of those. Our plan was to go after Tier 1 and Tier 2.

Now, again, in the -- if you look at the -- what's been going on in the marketplace, the threats, the delays,

everything that's documented in these declarations, I mean, the declarations we have is just a small sampling. It's throughout the whole industry. There is not a single dealer in our industry that doesn't know about the threats that Crestron has done across the space. And these are small companies. Average dealer is five people or small. I don't know how many exact people. It's -- they're not big companies is my point. Average revenue per dealer is probably -- their revenue -- million to $2 million. They're small companies. They can't afford for a big company like Crestron to come and threaten them and try to destroy their business if they're using a Savant product. They can't afford it so.

**81:2-22**

Q. So that provided you access with -- to Brian Moffett, correct?
**A. It didn't provide me access to the hundreds of dealers that we had in our plan that would have gone to Savant. You can't -- you can't use -- again, we have 30 -- 30 -- three zero dealers in that Category. 30 out of thousands because of this blocking strategy. This is not --**
Q. Out of thousands?
**A. Yeah. We have -- yeah -- out of thousands in the marketplace. If you say the whole market -- you mentioned thousands earlier -- if the marketplace is 5,000 -- I'm sorry -- if the high-end space is, say, 700 to 1,000, we have 30 of them that are doing multiple installs. They're doing, on average, more than two installs a year because the rest of them -- they'll buy our product and just hold it. I have dealers that are hiding our product. I have --**

**126:16-128:11**

Q. How far off have you been generally year to year on your projections?
**A. I'm -- I have to figure out the percentage. What year would you like to me to --**
Q. Let's say from 2010 to 2011, currently.
**A. The current year? I'm going by my memory now, so it's not exact. We're about**

**100 percent off or more.**
Q. What accounts for that, in your mind?
A. **The threats from Crestron.**
Q. Anything else?
A. **No. It's more than the threats. It's a cumulative -- all of the things 'cause it's -- it's not just the threats. It's all the things they did out in the field. That's just one.**
Q. So in your mind, all of the activities that Crestron has done in the field has been basically the sole reason why Savant can't meet its projections; is that correct?
A. **That is on the residential side what I believe. Yes.**
Q. Now, on the residential side, have you met any other obstacles, aside from Crestron's activities, throughout the years?
A. **That affected the plan? No. Well, in the plan we just talked about.**
Q. And when you talk about "the plan," are you talking about a specific document or set of documents? What are you referring to

when you talk about "the plan"?

A. Our projected what we talked about earlier. We put together numbers of what we expect to do, and it's not just one year, too. This is a cumulative, these issues. Because, realize, it takes runway to get altitude, and the effectiveness that Crestron had with this blocking strategy has, unfortunately, worked because we couldn't get enough altitude with the dealers 'cause the main dealers wouldn't try us or they'd keep us hidden.

**205:4-206:17**

Q. And Jim Carroll sets the sales quotas for the independent sales reps, correct?
A. In the residential space. That's correct.
Q. And in terms of the quotas, are those tied to projections that are made in the residential sales space?
A. Yes. Of course.
Q. And are those projections tied to historical performance?
A. I don't know.
Q. There's got to be some basis for the projections, right?
A. Yeah. But a lot of -- like, as I said, if you look at the market, we haven't gotten altitude in a lot of these dealers because of us being blocked in the majority of the market, so it's hard to go on history, and that's exactly what I was talking about earlier when I said we needed some runway

because, frankly, our history is -- yeah -- excuse me -- Crestron's been using these tactics since we started, and it hasn't let up.

So every year, it's hard to use -- yeah. I can use historical data on, you know, last year when all the dealers were threatened, this is what their performance was, so it doesn't give me a lot until we can stop them from blocking our access into the dealer channel. So we try to think positive. We actually, you know, going forward, that's why historical data -- I don't rely on that that much because of the tactics at Crestron. If that wasn't there, it would be hockey-sticked up because you'd have this huge increase.

**207:23-208:12**

Q. How many dealers did you sign up to agreements during that 12 month period?



**A. I'd have to check.**
Q. Can you give me an estimate? Was it over above 200?
**A. It was probably under, but I'd have to check. I don't want to guess.**
Q. And you would check with Jim Carroll to get that information?
**A. Yes. I know the projections. I mean, we felt we were -- the projections -- dealers were dropping off and pushing us back when they got threatened, and quite a number of them were doing that.**

**361: 16-20**

Q. Savant blames Crestron for its inability to meet its business plans, correct?
**A. Which were based on very conservative -- very conservative numbers in the market so it's --**

**368:22-377:2**

Q. Do you have any estimate of amount of damages that you think Savant suffered as a result of Crestron's alleged activities?

**A. I believe our plan is off collectively over the years in north of a hundred million dollars in revenue.**

Q. And you believe all of that is attributable to Crestron?

**A. Due to the blocking, I believe that's what we would have hit without the blocking that was happening.**

Q. So you believe that you can prove that Savant suffered a hundred million dollars in damage solely --

**A. I --**

THE STENOGRAPHER: I'm sorry. I'm sorry. I'm sorry.

Q. -- solely because of Crestron's activities?

**A. I didn't say damages. I said revenue.**

Q. Okay. Well, how much damage has Crestron's alleged activities done in terms of a financial impact to Savant?

**A. The financial impact would have been roughly somewhere around north of 40, $50 million in profit that was lost.**

Q. And where do you get that number from?

A. Due to the fact that I'm did some analysis on a hundred million dollars and, again, in the first blush, that's what we believe.

Q. And so you've actually done a damages analysis?

A. We did just an analysis of, again, our plan, would we have been able to hit the plan that we had had it been not for Crestron, and we believe the answer to that is yes.

Q. And --

A. And collectively, the plan, if you add up the years, added up to north -- well north of a hundred million.

Q. And who did that analysis?

A. Jim Carroll and myself.

Q. And you have that analysis still in your possession?

A. Well, I wouldn't call it an analysis. It was something we did with the attorneys.

Q. And you have that still in your

possession?
A. In my possession today?
Q. Custody, control, and possession.
A. It really was just a discussion with a spreadsheet we did with the attorneys.
Q. Where is that spreadsheet?
A. It's with the attorneys.
Q. Did that spreadsheet have a range of numbers?
A. It had a -- did it have a range of numbers? It had numbers every year, and there was a different analysis that we did based on our plan, and the delay into the marketplace also hurt us, and it's -- you know, again, companies, when they grow, your growth year over year is a function of your previous success. So being even -- even if we were to completely settle this case tomorrow morning, we're still suffering from those damages going forward because we lost the lift that we would have had, but so there was some thought process around that if we weren't delayed into the marketplace because of this, if we weren't blocked into the marketplace, if -- so we did

do some.

Q. And the numbers were just based upon revenues and profitability?

A. That's all we did first. That's correct.

Q. For which years?

A. We pretty much focused on '09 right through even 012 and then brought 012 -- a little bit of 012 in this year.

Q. So you looked into a crystal ball into 012; is that right?

A. Yeah. Based on what our projections were, and if we weren't delayed into the marketplace, some of that revenue would have been pulled in, so there was some thought process on if we weren't blocked in the market, what would the revenue numbers have been.

Q. And you're attributing all of your lost profits to Crestron's activities?

A. No. We actually had some formula. I'd have to look at it again to see where we came up with it. It was actually well north of a hundred million. It was somewhere in the

order of 168 to $238 million based on the projections that we believe we would have had, so I'm kind of rounding it down, and it is subjective when you do one of these analysis based on --

Q. I'm sorry. Go ahead.

A. Go ahead.

Q. Now, I was just wondering. What was well north of 168 to 238 million?

A. I don't have it in front of me so what we did is an analysis that if we weren't blocked from the market and we -- and if we weren't delayed in the market, we came up with a dollar amount between 168 and 230 odd millions dollars in revenue. I basically applied a -- I scaled that down to over a hundred million dollars roughly.

Q. In terms of obstacles that Savant faced, aside from Crestron's alleged activities throughout the years from 2005 to the present, have there been any?

A. We didn't ship product until 2008, so that's one thing incorrect in these -- some of your filings. We didn't start selling

until 2008; not 2005, so in the early days, it was all development. Yes. We had obstacles. We were a year late before we started selling, so just 'cause we were off on the estimates and how long it would take to develop the software, so yeah. That cost us more money.

Q. And that wasn't Crestron's fault, right?

A. (Inaudible.)

THE STENOGRAPHER: I'm sorry. I'm sorry.

A. I didn't -- I didn't add that into any of the numbers 'cause that was in the early days, so that was an obstacle. You asked me what -- that was one of them. It's -- we -- it's a lot of software in one of these products, and we underestimated the amount and time it took initially.

Q. Since 2008 to the present, has Savant faced obstacles not caused by Crestron?

A. Not that affected our numbers after 2008. 2008 the initial product introduction I -- you know, as far as it was only a quarter, so put that one aside. I only really counted

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY



that first full year of 2009 'cause that's really the first full year we were in production, but from 2009 on, if it weren't for Crestron's activity, I believe we would have made the plan. It doesn't mean we wouldn't have had obstacles to overcome, but there wouldn't have been an obstacle we couldn't overcome with the team I put in place. So I feel very strong about that because this team was a proven team. We knew what we were doing, but we underestimated the types of thing that went on in the space.

It's unheard of in other markets. It's unethical. It's unbelievable, and I think I thought initially -- the very first year we started selling -- even in '09 -- I was getting reports every month from Jim that what Crestron was doing in the field. I was the one who was saying, well, just keep on plugging, the better product's going to win no matter what they do, no matter how unethical they are. I was wrong. I was wrong about that. Jim hardly ever hears me say those words.

We didn't overcome it, and they tried to get me to look at this two, three years ago. Some of my board members wanted me to pull the trigger on this lawsuit a year earlier and I said no. There's no way I want to get into a lawsuit. We'll beat them in the market anyways. That didn't happen. It was the -- we felt that the Cyber Sound threat two weeks before CEDIA was the last straw. We couldn't take this anymore, and we could not be successful unless this stopped, so that's what happened over the years, and I really believe that we would not have hit an obstacle we couldn't have overcome.

Q. So --

A. And our numbers were very conservative, in my opinion, based on the product we had and what we knew about the market, that -- you know, we weren't shooting for ownership of the market. We were shooting for 10 percent of the market to 20 percent based on new innovative technology and all the excitement the dealers had around what we were offering. That was very conservative. We're



not anywhere near that because of this blocking strategy that Crestron has.

**<u>Jim Carroll</u>**

143:10-144:6
**Q.** What other issues do you attribute
11:54:43 for lack of sufficient revenue for Savant --
11:54:48 sitting here now for its lack of sufficient
11:54:51 revenue back in January 2010?
11:54:55 [Witness' phone rings]
11:54:56 THE WITNESS: I'm sorry.
11:54:56 **A.** Crestron, obviously, their antics
11:54:59 and tactics were the number one thing
11:55:01 affecting us. Could have been 80 percent of
11:55:11 the problem at this point, if higher -- if not
11:55:13 higher.
11:55:13 **Q.** As you sit here today, you believe
11:55:16 that back in 2010, beginning of 2010, the lack
11:55:22 of sufficient revenue for Savant was
11:55:26 20 percent based on the negative economic
11:55:29 conditions, and 80 percent based on Crestron?
CURRAN COURT REPORTING
144
11:55:32 **A.** 20 percent or less. Yeah.
11:55:34 **Q.** So that may be more than 80 percent
11:55:37 that you attribute to Crestron for the lack of
11:55:39 sufficient revenue at Savant in early 2010?
11:55:42 **A.** Yes. Could be. And these are tough
11:55:46 numbers to -- you know.

**183:7-185:11**
12:38:20 **Q.** The top of the page is "Potential
12:38:23 Revenue Scenarios," right?
12:38:25 **A.** Uh-huh.
12:38:26 THE STENOGRAPHER: Is that a
12:38:26 yes?
12:38:27 **A.** Yes, please. Yes.
12:38:28 **Q.** It says $10 million case is very
12:38:32 realistic, right?
12:38:32 **A.** Correct.
12:38:33 **Q.** It assumes that Savant would replace
12:38:38 west and central regional sales manager
12:38:40 positions?
12:38:40 **A.** Correct.

12:38:41 **Q.** But no one beyond that, right?
12:38:44 **A.** Correct.
12:38:44 **Q.** So that means that several of those
12:38:48 regions would be left open then, right?
12:38:49 **A.** No. This is making reference to
CURRAN COURT REPORTING
184
12:38:52 let's skip Phase 1, Phase 2, let's keep the
12:38:55 current plan of record in place is what that
12:38:58 means.
12:38:58 **Q.** What was the current plan of record?
12:39:02 **A.** A west coast guy, a central guy, a
12:39:05 northeast and a southeast person -- I'm sorry.
12:39:08 **Q.** So it would be four regional sales
12:39:11 managers for the country?
12:39:12 **A.** Correct.
12:39:12 **Q.** And it says 13 million case is also
12:39:21 doable if we add two additional head count for
12:39:25 the western region and Rocky Mountains.
12:39:27 **A.** That's that phased approach then.
12:39:29 **Q.** So it would be breaking part of the
12:39:30 country up to add a Rocky Mountain region?
12:39:32 **A.** Correct.
12:39:33 **Q.** Then it says 17 million is very
12:39:43 aggressive and would depend on more southeast
12:39:46 support?
12:39:46 **A.** Sales engineering support.
12:39:48 **Q.** And what does that mean?
12:39:49 **A.** Those are the resources we discussed
12:39:52 earlier where they would be available to
12:39:54 dealers to help them design systems, help them
CURRAN COURT REPORTING
:41 PM
185
12:39:59 with technical questions as opposed to
12:40:01 counting on the reps. They could call an
12:40:05 engineer that could answer a very specific
12:40:12 question and keeps them from going into tech
12:40:09 support for questions.
12:40:14 **Q.** It says -- going on from this 17
12:40:16 million very aggressive position for revenue
12:40:19 in 2010 would depend on more products that are
12:40:26 volume oriented. What does that refer to?
12:40:29 **A.** There was broader channels that we
12:40:31 talked about. The Protégé type of products.

**187:5-19**

12:42:06 **Q.** Again, sticking on this 17 million
12:42:14 aggressive assumption for potential revenue
12:42:17 scenarios in 2010, it says, "We would need to
12:42:23 open additional distribution in order to
12:42:25 achieve this number." What does that mean?
12:42:27 **A.** That's what I was talking about with
12:42:29 the -- like Apple resellers, the big box
12:42:34 retailers. Distribution in that sense.
12:42:38 **Q.** Then the next sentence says "This
12:42:41 would also assume several more direct sales
12:42:45 personnel instead of reps." What do you mean
12:42:47 by "direct sales personnel instead of reps"?
12:42:49 **A.** As we've done with George and Craig
12:42:52 when they manage that retail business
12:42:54 directly, that's the implementation of that.

**188:20-189:20**

12:44:02 **Q.** The last sentence of this paragraph
12:44:04 regarding $17 million potential revenue
12:44:08 scenario says "I am uncomfortable with this
12:44:11 scenario at this stage of our planning." Why
12:44:13 is that?
CURRAN COURT REPORTING
189
12:44:13 **A.** I felt we needed to stay keenly
12:44:16 focused on the rep model and the high-end
12:44:19 residential space.
12:44:23 **Q.** Going down to the last bullet point,
12:44:27 it says -- and this is the final bullet point
12:44:31 under Potential Revenue Scenarios, it says,
12:44:34 "It is difficult to envision significantly
12:44:37 affect (steepen) the revenue ramp in Q1/10 due

12:44:45 the time it will take to training personnel
12:44:47 but obviously we will try.” What are you
12:44:50 talking about there?
12:44:51 **A.** Well, if you -- you recall that
12:44:53 earlier some of the issues we felt we were
12:44:55 having is the rep organization wasn’t
12:44:58 technically prepared well enough to answer
12:45:00 some basic questions, so we brought them all
12:45:04 back in and gave them more training, and one
12:45:07 of the questions Phil must have asked me in
12:45:09 preparation of this is what can we do to ramp
12:45:12 the revenue in Q1. We’re already in Q1.

301:23-303:1
04:09:49 **Q.** Let’s turn to the document or the
04:10:02 page that’s marked 289. SAVANT --
CURRAN COURT REPORTING
302
04:10:07 **A.** Okay.
04:10:07 **Q.** -- 0833289. It’s the third page in
04:10:13 this exhibit.
04:10:14 **A.** Yes.
04:10:14 **Q.** It says at the top “Savant Systems
04:10:20 Forecast,” right?
04:10:20 **A.** Yes, it does.
04:10:21 **Q.** Do you know what that is?
04:10:22 **A.** This appears to be something
04:10:26 produced by Bruce that’s talking about, I
04:10:29 would assume -- I have to assume it’s sometime
04:10:33 in 2010 that he’s forecasting out revenues
04:10:39 ‘cause he’s giving us the actual of 2009 and
04:10:42 forecasting out -- yeah -- that was
04:10:44 March 23rd, of course, that’s...
04:10:48 **Q.** What did you say?
04:10:48 **A.** I confirmed that it was probably
04:10:52 March because the e-mail is titled March, so I
04:10:54 was just looking saying oh, you got actuals in
04:10:57 one column and forecast in 2010, so it would
04:10:59 be 2009 actuals, which would imply that he’s
04:11:02 closed the books on 2009 at that point ‘cause
04:11:04 knowing Bruce, he wouldn’t use the word
04:11:06 “actual.” He would say something like
04:11:09 “preaudited” or something like that.

**310: 1-11**
04:19:25 **Q.** Do you know why Mr. Myers would do a

04:19:32 five year forecast in 2011?
04:19:34 **A.** I don't know specifically what drove
04:19:40 him to do it at this time, but in the normal
04:19:42 course of being a CFO, you're constantly
04:19:45 looking at projections and cash needs and cash
04:19:47 flow and things like that.
04:19:48 **Q.** It's something that the CFO of
04:19:50 Savant would create in the ordinary course of
04:19:52 his job as CFO of Savant?
04:19:54 **A.** That's right.

**335:5-365:8**
04:47:39 MR. KAVANAGH: Jackie, can
04:47:40 you mark this as the next exhibit.
(Deposition Exhibit No. 11, Plaintiff
Savant Systems, LLC's Second
Supplemental Responses to Crestron
Electronics, Inc.'s First Set of
Interrogatories, marked for
04:48:10 identification)
04:48:10 **Q.** Mr. Carroll, the court reporter has
04:48:13 handed you what's been marked as Exhibit 11.
04:48:14 **A.** Okay.
04:48:16 **Q.** Can you go to the last page. Oh,
04:48:31 actually, it's not the last page. Actually,
04:48:42 can you go to the page after page 12.
04:48:53 **A.** Is it numbered or --
04:48:54 **Q.** Yes. The pages should be numbered
04:48:57 at the bottom.
04:48:58 **A.** Okay. Yup. Sorry. The first ones
04:49:00 I was flipping through weren't. Okay.
04:49:01 **Q.** Is that the page after page 12?
CURRAN COURT REPORTING
336
04:49:06 **A.** Oh, the page after. I'm sorry.
04:49:10 **Q.** Is that signature -- your signature
04:49:16 that appears there?
04:49:17 **A.** Yes, it is.
04:49:17 **Q.** And you were verifying the
04:49:19 interrogatory answers?
04:49:20 **A.** Yes.
04:49:21 **Q.** Under penalties of perjury that the
04:49:25 foregoing were true and correct?
04:49:26 **A.** Yes.
04:49:26 **Q.** You signed it on January 24, 2012?
04:49:30 **A.** Yes.

04:49:30 **Q.** And the interrogatories that you
04:49:33 were signing -- if you go back to the first
04:49:35 page -- are Savant's Second Supplemental
04:49:39 Responses to Crestron Electronics First Set of
04:49:43 Interrogatories?
04:49:43 **A.** Yes.
04:49:43 **Q.** Would you turn to the page marked
04:49:55 Exhibit B. It is actually the last --
04:49:58 actually, it's the last page of the document.
04:50:00 **A.** This one here that has little
04:50:02 markings on it?
04:50:03 **Q.** Yes. What is Exhibit B?





04:50:14 **A.** Exhibit B was generated as part of
04:50:22 our response to this to put in one place the
04:50:26 actual plan, and then the modified plan based
04:50:31 on what we were projecting out to do for
04:50:34 revenues.
04:50:34 **Q.** What is the plan that's discussed
04:50:37 here?
04:50:37 **A.** Revenue plan.
04:50:39 **Q.** What revenue plan?
04:50:41 **A.** The revenue plan for Savant Systems.
04:50:43 **Q.** When was the revenue plan for Savant
04:50:47 Systems created?
04:50:48 **A.** There was many versions of it from
04:50:51 2007 right up to current day.
04:50:52 **Q.** So when it says "plan" here, what
04:50:56 plan is it referring to?
04:50:57 **A.** The -- this is reflective of what we
04:51:02 -- so this document was created uniquely for
04:51:04 the lawsuit to answer the questions. The
04:51:07 information contained in it was derived from a
04:51:11 lot of these Keynote presentations and
04:51:13 discussions that Bruce, Bob, and I would have
04:51:15 about how do we grow the business. Primarily,
04:51:18 all of this is driven off dealer acquisition





04:51:20 and the understanding that what the average
04:51:21 revenue per dealer would be. That's where you
04:51:21 see some of those other numbers (inaudible).

04:51:21 THE STENOGRAPHER: "Some of
04:51:21 those other numbers."
04:51:25 **A.** Of how many dealers we needed to
04:51:31 obtain to hit those revenue goals based on --
04:51:33 I believe it was $50,000 per dealer we were
04:51:36 looking to obtain.
04:51:38 **Q.** So the planned -- is it revenue?
04:51:46 **A.** Yes. And these are in millions of
04:51:50 dollars.
04:51:51 **Q.** And below "Actual" is actual
04:51:53 revenue?
04:51:53 **A.** That's correct.
04:51:54 **Q.** And "Difference" is the difference
04:51:57 between them?
04:51:58 **A.** That's correct.
04:51:58 **Q.** What's the difference between "Plan"
04:52:03 in the first line and "Original Plan" at the
04:52:06 bottom line?
04:52:07 **A.** At some point in 2008, we were
04:52:12 starting to realize that we weren't having the
04:52:15 success with dealer acquisition, as

04:52:19 bewildering as it was, because of the
04:52:20 excitement that dealers were demonstrating at
04:52:22 CEDIA events and their attendance to our
04:52:24 dealer conferences and all -- everything we've
04:52:27 discussed. Again, we sit here today knowing
04:52:29 that the primary cause was Crestron's actions.
04:52:33 **Q.** So the plan in the first row is a
04:52:39 modified plan?
04:52:39 **A.** It's a modified plan to the original
04:52:41 plan below.
04:52:42 **Q.** When was the original plan created?
04:52:44 **A.** Those numbers were derived from our
04:52:49 planning process in '07 and '08.
04:52:53 **Q.** So are the numbers listed in the row
04:52:57 marked "Original Plan" from one particular
04:53:01 plan in '07 and '08?
04:53:03 **A.** Really, a number of plans that
04:53:06 evolved, we became a lot more optimistic after
04:53:09 our first CEDIA and into our second dealer
04:53:12 conference to really (inaudible).
THE STENOGRAPHER: "To
really"?
**A.** Optimistic.

THE STENOGRAPHER: Yeah. I


got that. “Into our second dealer
conference to really” -- I didn’t
hear what you said.
04:53:22 **A.** To really adjust our thinking in how
04:53:24 quickly this business would grow based on the
04:53:27 feedback from the dealers.
04:53:28 **Q.** So where it says “Original Plan,” it
04:53:32 actually came from a number of different
04:53:35 plans?
04:53:35 **A.** That’s a number of different
04:53:37 discussions and keep in mind, we were a very
04:53:40 small company at this point, right, seven or
04:53:43 eight employees. There wasn’t big long
04:53:44 drawn-out plans. It was Bob, Bruce, and I
04:53:47 having discussions and meetings talking about
04:53:50 type of dealers, the number of dealers, the
04:53:52 type of revenue we could expect off of those
04:53:54 type of things, all those activities.
04:53:56 **Q.** When you say it was -- was it six or
04:53:59 seven of you?
04:54:00 **A.** In the total company, I think in the
04:54:02 beginning -- 11, actually, when we first
04:54:04 started the business, day one.
04:54:05 **Q.** And when was that?


04:54:09 **A.** 2007 time frame.
04:54:11 **Q.** So in 2007, you came up with the
04:54:16 original plan?
04:54:16 **A.** That’s right.
04:54:19 **Q.** And for what years were there
04:54:23 projections in this original plan?
04:54:25 **A.** In 2007, we probably looked out two
04:54:29 to three years, and then in 2008, after we had
04:54:32 such a positive acceptance of the company and
04:54:35 the product, the direction, the business
04:54:37 problems we were solving, we started
04:54:39 forecasting out longer than that to build --
04:54:43 to give us the opportunity to build business
04:54:46 plans, hiring plans, real estate acquisition,

04:54:48 all those things that you need to do to grow a
04:54:50 successful business.
04:54:50 **Q.** So in 2007, for what years did you
04:54:58 project the numbers on this document?
04:55:01 **A.** 2008 forward, so if you look,
04:55:04 original plan doesn't have a 2007 number in
04:55:07 there, so in original plan, we weren't looking
04:55:10 at revenue in 2007. We actually got revenue,
04:55:13 as we added the actual number. That's why the
04:55:16 plan in the 2007 has zeros in it.


04:55:20 **Q.** So going down to the row marked
04:55:24 "Original Plan."
04:55:24 **A.** Yes.
04:55:25 **Q.** For 2008, the plan was for
04:55:28 $4 million in revenue?
04:55:29 **A.** That's correct.
04:55:30 **Q.** And when was that number projected?
04:55:33 **A.** I would imagine it would have been
04:55:37 in the beginning of the year of 2008 and then
04:55:39 modified to the 4 million through the dealer
04:55:43 conference process.
04:55:45 **Q.** So if I want to find the source of
04:55:52 this $4 million original plan projection for
04:55:57 2008, what document do I go to?
04:55:59 **A.** It's probably not a single source
04:56:01 document. It's discussions with Bruce Myers
04:56:03 and Bob and myself talking about what we
04:56:05 needed to do, how we needed to do it.
04:56:08 **Q.** Going on to "Original Plan" for
04:56:18 2009, the projection is $35 million, right?
04:56:22 **A.** Correct.
04:56:22 **Q.** When was that number derived?
04:56:24 **A.** During that 2008 planning process, I
04:56:28 got to assume. I think all those numbers


04:56:30 probably come out of that process.
04:56:31 **Q.** All the numbers come out of the
04:56:36 planning process for the particular year in
04:56:38 which the original plan --
04:56:40 **A.** No. No.
04:56:40 [Simultaneous talking]
04:56:40 THE STENOGRAPHER: I'm sorry.
04:56:55 **Q.** The number for 2008 for the original

04:57:00 plan is listed as $35 million. You testified
04:57:06 that you believed that that number came from
04:57:09 the 2008 planning process, right?
04:57:11 **A.** That's right.
04:57:12 **Q.** When would that have been?
04:57:14 **A.** During 2008, we were modifying our
04:57:20 plans, so Bob, Bruce, and I had these numbers
04:57:24 in our head for 4 million 35, 56, 144 as what
04:57:29 we were driving towards. Bruce, being in
04:57:32 charge of operations and finance, was off
04:57:33 looking to source factory space and things to
04:57:36 accommodate those, primary purpose for these
04:57:40 type of things, what type of head count we
04:57:44 would need (inaudible).
04:57:44 THE STENOGRAPHER: "We would
04:57:44 need."



04:57:44 **A.** We would need.
04:57:44 THE STENOGRAPHER: You're
04:57:44 killing me.
04:57:47 **Q.** Would I find a single document where
04:57:53 this $35 million revenue projection for 2008
04:57:59 exists?
04:57:59 **A.** I don't know if it's in any of these
04:58:04 other documents. I wasn't looking for it when
04:58:05 we were flipping through them. Bruce may have
04:58:07 it in his Einstein Project and things like
04:58:10 that. I'm not sure.
04:58:10 **Q.** Can you point me to the document
04:58:13 that this $35 million projection for 2008 --
04:58:18 **A.** Sitting here right at this --
04:58:18 THE STENOGRAPHER: I --
04:58:19 **A.** -- moment, no.
04:58:23 THE WITNESS: You're going to
04:58:24 whack me in a minute.
04:58:26 MR. O'KONSKI: Wait 'til he
04:58:27 finishes.
04:58:28 THE WITNESS: I'm sorry.
04:58:28 **Q.** Actually, the 35 million is for
04:58:30 2009?
04:58:31 **A.** Yes.

04:58:31 **Q.** Okay. So for the original plan in
04:58:39 2009, there’s a projection of $35 million.
04:58:42 Can you point me to a document from
04:58:47 2009 where the $35 million was originally
04:58:51 projected?
04:58:51 **A.** No. Not sitting here right now, I
04:58:55 cannot.
04:58:55 **Q.** For 2009, what is the source of the
04:59:00 $35 million projection of revenue under the
04:59:03 original plan?
04:59:04 **A.** The primary calculation for all of
04:59:06 these revenue numbers with the amount of
04:59:09 dealers we believed we could acquire, and on
04:59:11 average, we would get $50,000 of revenue out
04:59:14 of each of them.
04:59:15 **Q.** Why did you pick $50,000?
04:59:18 **A.** It is generally understood to me
04:59:23 from being in the industry that that’s the
04:59:24 average of a midsize dealer would purchase of
04:59:27 a year for control, and we believed we could
04:59:31 take smaller dealers that sold other products
04:59:33 and turn them into that type of purchasing,
04:59:35 and at the other end of the spectrum, we would
04:59:37 acquire larger dealers that spend a million





04:59:40 dollars, and when you average it together, it
04:59:41 comes out to 50,000.
04:59:42 **Q.** And you base this on your experience
04:59:45 in the industry?
04:59:46 **A.** My experience and probably
04:59:47 discussions with folks at AMX and things like
04:59:49 that and reps and...
04:59:51 **Q.** When did you talk to people at AMX
04:59:53 about this?
04:59:54 **A.** I wasn’t -- not this particular,
04:59:55 but, you know, I was an AMX dealer and they
04:59:58 offered a tiered pricing program, and you’re
05:00:01 always inquiring how do I get to that next
05:00:03 level. The magical average dealer does
05:00:06 $50,000 of control. Seemed to be common in a
05:00:08 lot of different discussions.
05:00:10 **Q.** What year was that?
05:00:12 **A.** In the period of time that I was
05:00:15 involved with AViX, which would have been

05:00:17 prior to 2007.
05:00:22 **Q.** And for original plan for the year
05:00:25 2010, it's listed as $56.4 million, right?
05:00:31 **A.** Yes.
05:00:31 **Q.** When was that number derived?
CURRAN COURT REPORTING
347
05:00:38 **A.** I believe all those numbers were
05:00:42 derived at the same time during the 2008 time
05:00:44 period.
05:00:44 **Q.** So going on to 2011, where the
05:00:53 projections under the original plan for
05:00:54 revenue in 2011 is 144 million?
05:00:57 **A.** Correct.
05:00:57 **Q.** That number was also derived in
05:00:59 2008?
05:01:00 **A.** I believe so.
05:01:00 **Q.** Going on to 2012 where under the
05:01:06 original plan, the number for projected
05:01:09 revenue is 175 million?
05:01:11 **A.** That's correct.
05:01:11 **Q.** That number was originally derived
05:01:15 in 2008?
05:01:15 **A.** I believe so.
05:01:16 **Q.** And again, you cannot point me to a
05:01:20 single document from 2008 that lists all these
05:01:46 numbers on the original plan?
05:01:25 **A.** No. I don't believe so.
05:01:27 **Q.** Going up to the top row, it says
05:01:40 "Plan," right?
05:01:40 **A.** Yes.
CURRAN COURT REPORTING
348
05:01:41 **Q.** And "Plan" is the modified plan due
05:01:45 to slower traction in channel based on
05:01:50 Crestron threats, according to the notes
05:01:52 below, right?
05:01:52 **A.** Correct.
05:01:53 **Q.** In 2007, the modified plan lists
05:02:05 zero revenue, right?
05:02:07 **A.** Correct.
05:02:07 **Q.** In 2008 under the modified plan, the
05:02:16 revenue projection is $4 million, right?
05:02:18 **A.** Correct.
05:02:19 **Q.** When was that number derived?
05:02:22 **A.** I believe it's part of the original

05:02:24 planning in 2008. The modified plan, as you
05:02:29 see it there, I believe, happened end of 2008
05:02:32 going into 2009. Maybe early 2009. So 2008
05:02:37 being behind us, you know, could change your
05:02:40 plan for something that's already happened.
05:02:41 **Q.** So the modified plan only begins to
05:02:44 deviate from the original plan in 2009 --
05:02:46 **A.** That's correct.
05:02:48 **Q.** -- right? So in 2009, under the
05:02:51 modified plan, the revenue is projected as
05:02:55 $22 million?

CURRAN COURT REPORTING

**Deposition of James Carroll**
**March 22, 2013**

Page 349 to 352 of 378 88 of 95 sheets

349

05:02:55 **A.** Correct.
05:02:56 **Q.** When was that number derived?
05:02:58 **A.** I believe it was in early 2009.
05:03:03 Again, the derivative is we were less
05:03:06 optimistic about dealer performance, sign on,
05:03:09 and follow through.
05:03:09 **Q.** And how is that $22 million revenue
05:03:13 projection for 2009 derived?
05:03:14 **A.** We took the number of dealers that
05:03:16 we thought were going to be productive dealers
05:03:19 based on the current dealer base and our
05:03:21 potential to sign on new dealers and
05:03:23 multiplied it by $50,000 and ended up with
05:03:26 that number.
05:03:29 **Q.** Going on to 2010, under the modified
05:03:34 plan, the projection is $35 million, right?
05:03:40 **A.** Yes.
05:03:40 **Q.** At what point was that $35 million
05:03:47 in revenue projected originally?
05:03:50 **A.** I believe this all took place in
05:03:53 2009 time frame for '10, '11 and '12.
05:03:57 **Q.** So the modified plan for 2010 was
05:04:05 derived in early 2009?
05:04:08 **A.** Correct.

CURRAN COURT REPORTING

350

05:04:09 **Q.** The modified plan projected revenue
05:04:14 of 56.4 million for 2011 was derived in early
05:04:20 2009?
05:04:20 **A.** Yes. I believe that to be accurate.

05:04:23 **Q.** What was that?
05:04:23 **A.** I believe that to be accurate. Yes.
05:04:25 **Q.** And the modified plan for 2012,
05:04:30 which is listed as $144 million, was derived
05:04:35 in early 2009?
05:04:37 **A.** That's correct.
05:04:44 MR. KAVANAGH: Let's take
05:04:47 another break. Let's take another
05:04:47 break. What do you need, five
05:04:47 minutes?
05:04:47 THE STENOGRAPHER: Yes.
05:04:50 MR. KAVANAGH: Jackie needs
05:04:50 five minutes.
05:04:51 THE VIDEOGRAPHER: The time
05:04:53 is 5:04, and we're going off the
05:04:56 record.
05:05:00 (Recess was taken from 5:05 p.m. to
05:09:19 5:13 p.m.)
05:09:19 (Deposition Exhibit No. 12, Two-Page
05:09:19 Document, Bates labeled SAVANT



05:09:19 3318114 and 3318115, marked for
05:13:18 identification)
05:13:55 THE VIDEOGRAPHER: The time
05:13:56 is 5:13, and we're back on the
05:14:00 record.
05:14:00 **Q.** Mr. Carroll, going back to
05:14:04 Exhibit 11, that chart. Who prepared it?
05:14:10 **A.** The original chart was done by Bruce
05:14:13 Myers, Bob, and myself.
05:14:14 **Q.** For the purpose of answering the
05:14:18 interrogatories?
05:14:18 **A.** Yes.
05:14:18 **Q.** Let's move on to Exhibit 12. This
05:14:24 exhibit was just handed to us today by
05:14:28 Mr. O'Konski. Do you know why?
05:14:30 **A.** Why he handed it to you today or --
05:14:33 **Q.** Yes.
05:14:34 **A.** It further explains in more -- Tom
05:14:38 asked me to -- Steve asked me to produce this
05:14:42 to provide the level of detail that you and I
05:14:43 just verbally went through in a concise manner
05:14:47 here.
05:14:47 **Q.** Do you know why it was handed to me
05:14:49 today?

05:14:49 **A.** I do not know why Tom decided to
05:14:52 make it available to you today.
05:14:53 **Q.** Did you help prepare it?
05:14:54 **A.** I prepared it.
05:14:55 **Q.** When did you prepare it?
05:14:56 **A.** Weeks ago now.
05:14:57 **Q.** Did you say weeks ago?
05:15:00 **A.** Weeks, yes.
05:15:02 **Q.** How many weeks?
05:15:03 **A.** Five maybe, six.
05:15:04 **Q.** Five or six weeks ago?
05:15:06 **A.** Yup. It’s the same -- I believe
05:15:08 it’s the same spreadsheet we looked at before.
05:15:11 I just added information to it.
05:15:12 **Q.** Why did you prepare it?
05:15:13 **A.** As discussions with Tom and some of
05:15:16 his team members, I would go through the
05:15:18 explanations that you and I just went through
05:15:20 on how many dealers, what’s the price, so I
05:15:22 built it out and added these categories of --
05:15:25 at 50,000 it says how many dealers, it says
05:15:28 how many we had.
05:15:29 **Q.** What team members are you talking
05:15:30 about?


05:15:30 **A.** Martin and Aaron that work for Tom
05:15:34 O’Konski.
05:15:34 **Q.** And anybody else?
05:15:36 **A.** That was the intended audience for
05:15:40 this.
05:15:41 **Q.** When was the last time you spoke to
05:15:49 Martin?
05:15:50 **A.** I guess it had to be in the fall.
05:15:54 **Q.** Did you talk to him about this
05:15:55 spreadsheet?
05:15:58 **A.** Not this iteration of it, I don’t
05:16:01 believe. I think it was the earlier one that
05:16:05 was more generic.
05:16:05 **Q.** Who did you talk to about this
05:16:07 spreadsheet five or six weeks ago?

05:16:09 **A.** Not five or six weeks ago. A couple
05:16:12 of weeks ago with Tom.
05:16:13 **Q.** But you prepared it five or six --
05:16:15 **A.** I prepared it, yes.
05:16:16 **Q.** You prepared it five or six weeks
05:16:17 ago?
05:16:17 **A.** Yes, I did.
05:16:18 **Q.** And you talked to Tom about it
05:16:21 several weeks ago?


05:16:22 **A.** Yup. Two maybe.
05:16:25 **Q.** Now, comparing Exhibit 12 to
05:16:29 Exhibit 11, the line in Exhibit 12, the new
05:16:49 document, up at the top it says “Revised
05:16:54 Revenue.”
05:16:54 Is that the equivalent of the line
05:16:58 -- well, it says “Revised Revenue Plan.” Is
05:17:00 that the equivalent of the line labeled “Plan”
05:17:03 in Exhibit 11?
05:17:03 **A.** Yes, it is.
05:17:04 **Q.** The line labeled “Actual Revenue” in
05:17:12 the new document, Exhibit 12, is that the
05:17:14 equivalent of the line labeled “Actual” in
05:17:18 Exhibit 11?
05:17:18 **A.** That’s correct.
05:17:22 **Q.** So the title “Actual Revenue” and
05:17:27 “Revenue” are supposed to indicate what the
05:17:30 revenue actually was in the particular year,
05:17:33 right?
05:17:33 **A.** That’s correct.
05:17:33 **Q.** So in both documents, the numbers
05:17:37 are the same for 2007, 2008, 2009, 2010, and
05:17:45 2011, right?
05:17:46 **A.** Yes.


05:17:48 **Q.** But the actual revenue for 2012 in
05:17:55 Exhibit 11 is 56 million, right?
05:17:59 **A.** 2011, the actual revenue. The
05:18:06 actual is twenty-five six.
05:18:09 MR. O’KONSKI: 2012 he said.
05:18:10 **A.** Oh, 2012. 56, correct.
05:18:14 **Q.** Now, please turn to the damages
05:18:20 analysis that we were provided with today --
05:18:22 **A.** Right.

05:18:23 **Q.** -- in Exhibit 12. The actual
05:18:24 revenue for 2012 is now listed as 28.079
05:18:30 million, right?
05:18:30 **A.** That's correct.
05:18:31 **Q.** Why did that change?
05:18:33 **A.** I inappropriately put the 56, which
05:18:37 was the company's total revenue, versus this
05:18:39 sheet is trying to show North American revenue
05:18:42 or US revenue.
05:18:45 **Q.** Okay. So in --
05:18:50 **A.** That's my fault.
05:18:50 **Q.** So in Exhibit 11, does every other
05:18:54 number on Exhibit 11, besides the erroneous 56
05:19:00 million in actual revenue for 2012, does every
05:19:04 other number on here reflect North American



05:19:08 revenue?
05:19:08 **A.** It should, yes.
05:19:09 **Q.** And North America means what?
05:19:13 **A.** I actually believe this means just
05:19:15 the United States in this example.
05:19:17 **Q.** So in Exhibit 11, all the numbers,
05:19:21 except the 56 million listed for actual
05:19:24 revenue for 2012, are for the United States
05:19:28 only?
05:19:28 **A.** That's correct.
05:19:29 **Q.** And are they for residential?
05:19:30 **A.** Residential.
05:19:32 **Q.** So residential only in the United
05:19:36 States?
05:19:36 **A.** Right.
05:19:37 **Q.** Except for the 56 million for actual
05:19:41 revenue in 2012?
05:19:43 **A.** Correct.
05:19:43 **Q.** Because that should be changed to
05:19:48 28.079?
05:19:49 **A.** Correct.
05:19:49 **Q.** So looking at Exhibit 12, all of
05:19:59 these numbers reflect residential sales for
05:20:03 the United States --

05:20:05 **A.** That's correct.
05:20:05 **Q.** -- only? Besides that number that I
05:20:20 pointed out for actual revenue in 2012, are
05:20:24 there any changes to the numbers setting aside
05:20:29 the new information that's on here?
05:20:30 **A.** I don't believe so. I'm really
05:20:34 trying to double check it now. No.
05:20:37 **Q.** Now, under "Revised Revenue" in
05:20:47 Exhibit 12, you list number of dealers
05:20:50 required at 50K. Why did you put that in?
05:20:55 **A.** It's part of that explanation,
05:20:57 again, that I brought you through, as I've
05:20:59 brought Tom and his team through it. There
05:21:01 was a request to clarify not only these titles
05:21:04 but how many of these dealers doing -- you
05:21:06 know, how does that math work, so I built this
05:21:09 out so they could see that.
05:21:10 **Q.** So doing the math in my head at the
05:21:12 end of the day here, I can multiply 50K times
05:21:16 80, and I get -- 80 being the number of
05:21:21 dealers -- and I get 4 million, which is the
05:21:25 revised revenue plan for 2008, right?
05:21:28 **A.** Correct.
05:21:28 **Q.** And if for the same column, 2008, if



05:21:36 I multiply number of dealers at $65,000 per
05:21:40 dealer times number of dealers being 62, I get
05:21:51 4 million?
05:21:51 **A.** That's correct.
05:21:52 **Q.** What is the actual purchasing dealer
05:22:13 count?
05:22:14 **A.** That represents the smaller number
05:22:18 of the total dealers versus dealers that have
05:22:20 actually purchased.
05:22:22 **Q.** So actual purchasing dealer count,
05:22:25 if a dealer purchases $150 or $150,000 worth
05:22:31 of product, they're counted among these
05:22:32 numbers?
05:22:33 **A.** That's correct.
05:22:33 **Q.** For a given year?
05:22:34 **A.** That's correct.
05:22:35 **Q.** Revenue triple zero slash dealer,
05:22:44 what does that mean?
05:22:45 **A.** Revenue in thousands per dealer.
05:22:48 **Q.** So in 2008, the revenue in thousands

05:22:51 per dealer was 21,000?
05:22:54 **A.** That's correct.
05:22:54 **Q.** And in 2011, the revenue per dealer
05:22:59 was 54,000?
CURRAN COURT REPORTING
359
05:23:00 **A.** '11, yes.
05:23:02 **Q.** Total number of dealers -- total
05:23:09 dealers is the next line down?
05:23:13 **A.** Yes.
05:23:13 **Q.** And is that total residential
05:23:15 dealers in the United States?
05:23:15 **A.** That's correct.
05:23:16 **Q.** So in 2008, it was 65?
05:23:18 **A.** Correct.
05:23:20 **Q.** And in 2009, it was 358?
05:23:23 **A.** Correct.
05:23:23 **Q.** In 2010, it was 547?
05:23:26 **A.** Correct.
05:23:27 **Q.** In 2011, there were 700 Savant
05:23:31 residential dealers in the United States?
05:23:32 **A.** That's correct.
05:23:33 **Q.** And in 2012, there were 985 Savant
05:23:38 residential dealers in the United States?
05:23:39 **A.** Correct.
05:23:39 **Q.** Below that, it says "Percentage of
05:23:44 dealers buying." What does that mean?
05:23:46 **A.** That's if you take the 358 and
05:23:51 divide it by the -- or the 239 on the actual
05:23:54 purchasing divided by the 358, it says 239 is
CURRAN COURT REPORTING
360
05:24:00 67% of the (inaudible).
05:24:00 THE STENOGRAPHER: I'm sorry.
05:24:00 I missed it.
05:24:02 **A.** If you look at 2009 and you look at
05:24:04 the actual purchasing dealer count of 239, and
05:24:07 then you take the total dealer count and
05:24:10 divide the 239 by the 358, that should equal
05:24:14 67 percent, meaning 239 is 67 percent of 358.
05:24:19 **Q.** Next row is "Dealer conference
05:24:23 attending companies." What dealer conference
05:24:26 is that referring to?
05:24:27 **A.** The Savant dealer conferences.
05:24:29 **Q.** So in 2007, 42 dealers attended the
05:24:33 Savant conference?

05:24:33 **A.** That's correct.
05:24:34 **Q.** In 2010, there were 112 that
05:24:38 attended?
05:24:39 **A.** That's correct -- companies -- yes.
05:24:41 **Q.** And in -- I'm sorry -- in 2010,
05:24:45 there were 112 dealers attending the Savant
05:24:48 dealer conference?
05:24:49 **A.** Yeah. Dealer companies; not
05:24:51 individuals. There was more individuals than
05:24:53 112.
CURRAN COURT REPORTING
**Deposition of James Carroll**
**March 22, 2013**
91 of 95 sheets Page 361 to 364 of 378 07:38:41 PM
361
05:24:54 **Q.** So 112 separate companies?
05:24:56 **A.** Companies.
05:24:56 **Q.** But some companies brought several
05:24:59 people?
05:25:00 **A.** Correct.
05:25:02 **Q.** And in 2011, the number of dealer
05:25:06 companies attending the Savant conference
05:25:08 increased to 170?
05:25:09 **A.** Correct.
05:25:09 **Q.** And in 2012, that number increased
05:25:12 to 204?
05:25:14 **A.** Correct.
05:25:14 **Q.** Now, you have "Industry stats 2011
05:25:20 367 dealers," what does that mean?
05:25:22 **A.** That's from the CE Pro Top 100 and
05:25:26 Jason Knotts right above it. He says 367
05:25:30 dealers applied for the CE Pro Top 100 spots.
05:25:34 From that population, he derived those other
05:25:36 two stats that are below that.
05:25:39 **Q.** What are those other two stats?
05:25:41 **A.** Average spends on automation 43,000,
05:25:45 and then the number of US dealers being
05:25:47 15,000.
05:25:49 **Q.** What does it mean "USA dealers"?
CURRAN COURT REPORTING
362
05:25:52 **A.** Dealers in the United States that
05:25:53 are CEDIA dealers, I assume is what that's
05:25:57 from.
05:25:57 **Q.** So are the 367 dealers from the
05:26:00 United States only?

05:26:01 **A.** Yes. That's CE Pro -- let me stop.
05:26:07 I'm not positive. I believe it's just the
05:26:08 United States.
05:26:10 **Q.** Then why is this -- if the
05:26:15 statistics below the 367 dealers were based on
05:26:20 those 367, why is there a number for USA
05:26:23 dealers, and why is there a number for dealers
05:26:26 generally?
05:26:26 **A.** In this edition of CE Pro, he
05:26:30 reports out -- on page 40 would have been his
05:26:33 CE Pro Top 100. That was a separate article
05:26:36 that made reference on page 68 that they
05:26:39 believed it was 15,000 active dealers in the
05:26:42 United States, CEDIA-grade dealers.
05:26:46 **Q.** Okay. So the USA dealers is the
05:26:51 number of dealers in the USA?
05:26:53 **A.** Total addressable market of dealer
05:26:56 count, yes.
05:26:56 **Q.** 15,000 dealers?
CURRAN COURT REPORTING
363
05:26:57 **A.** Correct.
05:26:58 **Q.** So average spends on automation is a
05:27:01 dollar figure, and that's 43,000?
05:27:04 **A.** That's correct.
05:27:04 **Q.** And that's for 367 dealers that
05:27:08 applied for the top 100 -- CE Pro Top 100?
05:27:12 **A.** That's correct.
05:27:13 **Q.** And these figures are published in
05:27:18 the January 2013 edition of CE Pro Magazine?
05:27:22 **A.** That's correct. Those are the
05:27:24 corresponding page numbers.
05:27:25 **Q.** Going to the second page of
05:27:33 Exhibit 12, it's titled "Revenue by Dealer
05:27:36 sign-on Date, Domestic." By "Domestic," do
05:27:41 you mean United States only?
05:27:41 **A.** Yes.
05:27:42 **Q.** And by "Dealer sign-on date," I
05:27:48 think we discussed this earlier in the
05:27:50 deposition, you say that Savant sometimes
05:27:53 considers their dealers by class, right?
05:27:55 **A.** Yeah. Like a graduating class
05:27:57 almost, a sign-on class group.
05:27:59 **Q.** So a dealer that signed on in 2008
05:28:02 would be listed as dealer class 2008?
CURRAN COURT REPORTING

364
05:28:04 **A.** Correct.
05:28:04 **Q.** And why did you do this chart?
05:28:11 **A.** The question was kicked around is
05:28:15 are $50,000 per dealer on average a reasonable
05:28:19 number and how do you quantify that?
05:28:23 **Q.** So for your inquiry into whether
05:28:35 $50,000 per dealer was reasonable, you looked
05:28:37 at Savant dealers?
05:28:38 **A.** Correct.
05:28:39 **Q.** And if this was done in January --
05:28:48 this spreadsheet was drafted in January or so
05:28:55 -- well, it was early 2013 that you drafted
05:28:57 it, right?
05:28:58 **A.** Yes.
05:28:58 **Q.** You would be basing this research on
05:29:03 a dealer count of 985 Savant dealers?
05:29:08 **A.** These are only purchasing dealers,
05:29:12 not the total dealers, so it would be 631.
05:29:22 The numbers in the parenthesis is the number
05:29:25 of dealers in that population in the pie
05:29:26 charts, so if you added those up, it would...
05:29:42 **Q.** Are you going to say something?
05:29:53 **A.** No. I was just adding them up in my
05:29:56 head. They're roughly right.



365
05:29:57 **Q.** So these numbers are based on
05:29:59 approximately 631 dealers who purchased Savant
05:30:03 equipment in 2012?
05:30:04 **A.** In 2012, correct. 631.
05:30:07 **Q.** And the -- each class of dealers are
05:30:15 the dealers that signed on in previous years
05:30:19 and still remain as Savant dealers?
05:30:20 **A.** That's correct.
05:30:40 MR. KAVANAGH: Okay. Let's
05:30:45 turn to the next exhibit.
05:31:23 (Deposition Exhibit No. 13,

**<u>BRUCE MYERS</u>**

**24:21-28:11**

09:50:10 **Q.** And similarly, while you've been CFO
09:50:18 at Savant, have you had any responsibility for
09:50:22 generating projections for Savant?
09:50:25 **A.** Yes.



09:50:25 **Q.** And could you describe the process
09:50:29 that you have used since you've been CFO to
09:50:32 generate projections for Savant?
09:50:34 **A.** I think you would look at the
09:50:44 industry, try to understand the industry a
09:50:47 little bit. You would try to talk to the
09:50:54 sales guys, what they thought was going to
09:50:56 happen. We would look at our product
09:51:02 development cycles and determine what staffing
09:51:07 requirements were needed to do product
09:51:09 development. Stuff like that.
09:51:16 **Q.** Anything else that you can recall?
09:51:17 **A.** Just based on history what we used
09:51:26 to do, I guess.
09:51:27 **Q.** And in terms of the process that
09:51:33 you've just talked about at Savant relating to
09:51:37 generating projections, have you been
09:51:39 personally involved in that process?
09:51:41 **A.** Yes.
09:51:43 **Q.** And what has been your involvement
09:51:46 personally at Savant with respect to
09:51:49 generating projections?
09:51:50 **A.** Just putting different scenarios
09:51:54 together.



09:51:55 **Q.** Who, if anyone, have you worked with
09:52:01 at Savant in connection with generating
09:52:05 projections for Savant?
09:52:07 **A.** Mostly Peter.
09:52:09 **Q.** And when you refer to "Peter,"
09:52:12 you're referring to Peter Wisniowski?
09:52:15 **A.** Correct.
09:52:16 **Q.** Anyone else at Savant with whom you
09:52:19 have worked in generating projections for
09:52:22 Savant?
09:52:22 **A.** Maybe you can rephrase it.
09:52:35 **Q.** Sure. In generating projections for
09:52:38 Savant, do you talk with or work with anyone
09:52:42 else at Savant, aside from Peter Wisniowski?
09:52:48 **A.** Sure.

09:52:49 **Q.** Who?
09:52:49 **A.** Can work with Jim Carroll, can work
09:52:55 with J.C. Murphy. Those were probably the
09:53:09 main ones.
09:53:10 **Q.** Anyone else?
09:53:11 **A.** On spending would be just the rest
09:53:15 of the management team for what they thought
09:53:18 they were going to spend.
09:53:19 **Q.** Anyone else?

09:53:22 **A.** Not that -- no.
09:53:27 **Q.** And in terms of spending, through
09:53:32 the years that you've been CFO at Savant, you
09:53:36 and Peter have expressed concerns about
09:53:39 overspending, correct?
09:53:39 **A.** Correct.
09:53:42 **Q.** And in terms of the categories of
09:53:49 expenses that you and Peter have been most
09:53:52 concerned about, what sort of categories are
09:53:54 they?
09:53:54 **A.** I think you look at everything, you
09:54:01 know, and seeing where you can always improve
09:54:03 and cut back or do you really need to do that.
09:54:07 **Q.** Well, there have been particular
09:54:09 categories of spending that you and Peter have
09:54:11 been concerned about, haven't there?
09:54:12 **A.** We look at what could be over
09:54:15 budget, and then we'll address those to why
09:54:22 we're overspending, but sometimes, there's
09:54:25 reasons behind it.
09:54:26 **Q.** But that's a dialogue you have to
09:54:28 have with the management team, correct?
09:54:29 **A.** Correct.
09:54:30 **Q.** Because you and Peter are in charge

09:54:32 of the financial documents, projections,
09:54:35 budgets, and the other financial information,
09:54:37 correct?
09:54:37 **A.** Correct.
09:54:38 **Q.** And with respect to the financial
09:54:41 information, let's say, forecast budgets,
09:54:45 P&L's, et cetera, are you the final person
09:54:52 that those financials go to before they're
09:54:55 disseminated to either Mr. Madonna or the
09:54:57 board?

09:54:57 **A.** Correct.

**31:9-31:22**
09:57:49 **Q.** Is the process that you've used --
09:57:54 that you used at Excel Switching to collect
09:57:58 data and to generate projections different
09:58:01 from that used now at Savant?
09:58:03 **A.** Yes.
09:58:04 **Q.** How so, sir?
09:58:06 **A.** Different templates, different
09:58:09 formats.
09:58:10 **Q.** I take it though that, again, you,
09:58:20 as the CFO of Savant, try to ensure that the
09:58:24 projections provided to Mr. Madonna or anyone
09:58:28 else at Savant are accurate, to the best of
09:58:31 your ability?
09:58:31 **A.** Correct.

**32:24- 36:2**
09:59:30 **Q.** And for budgets and projections, at
CURRAN COURT REPORTING
what point in time, whether in terms of
09:59:37 drafting or time period, on a typical basis do
09:59:42 you believe those are ready then to be
09:59:44 disseminated either to Mr. Madonna or others
09:59:47 at Savant?
09:59:47 **A.** When we -- when we have the meeting.
09:59:54 **Q.** And when you're talking about "the
09:59:57 meeting," are you talking about the meeting
09:59:59 that you've described where you report out the
10:00:01 financials to the board?
10:00:02 **A.** No.
10:00:03 **Q.** What meeting are you speaking about,
10:00:06 sir?
10:00:06 **A.** To review the budget meeting.
10:00:10 **Q.** And how often does that meeting take
10:00:13 place?
10:00:13 **A.** Most likely, once or twice a year.
10:00:21 **Q.** And are budgets reviewed at the same
10:00:24 time as projections?
10:00:24 **A.** Not always.
10:00:36 **Q.** Could you explain that, sir?
10:00:38 **A.** Sometimes, we'll just focus on the
10:00:41 budget for the current year, and projections
10:00:46 going out can be done at other times.
CURRAN COURT REPORTING

34
10:00:50 **Q.** How often are projections reviewed
10:00:56 between you, Mr. Madonna, or others at Savant?
10:00:58 **A.** Not often.
10:01:04 **Q.** Can you give me an estimate, sir?
10:01:07 **A.** If once a year, maybe twice,
10:01:17 depending -- you know, depending on who asked
10:01:22 for it.
10:01:22 **Q.** And who typically asked for the
10:01:26 projections?
10:01:27 **A.** Just the management team sometimes.
10:01:42 **Q.** Are you familiar with the term
10:01:49 top-down forecast?
10:01:50 **A.** Kind of.
10:01:55 **Q.** Do you have any understanding of
10:01:58 that?
10:01:58 **A.** Yes.
10:01:59 **Q.** What is it?
10:02:00 **A.** What I believe it is to be is that
10:02:07 you take your top level revenue numbers and
10:02:13 then derive a budget off of that.
10:02:15 **Q.** Is that different from a bottom-up
10:02:19 forecast?
10:02:19 **A.** Yes.
10:02:19 **Q.** And what is a bottom-up forecast and
CURRAN COURT REPORTING
35
10:02:22 how does that differ, in your understanding,
10:02:23 to a top-down forecast?
10:02:25 **A.** Bottom-up is that you take your
10:02:28 detail spends and detail customers and derive
10:02:37 a budget that way.
10:02:38 **Q.** And in terms of what you have done
10:02:41 for Savant as the CFO, have you utilized
10:02:46 either of those particular approaches?
10:02:48 **A.** Yes.
10:02:49 **Q.** Which ones, if any?
10:02:51 **A.** Both.
10:02:51 **Q.** Did you do the same when you were
10:02:57 employed at Excel?
10:02:58 **A.** Yes. I would say yes.
10:03:04 **Q.** And do you have a particular
10:03:06 preference for one approach or the other?
10:03:08 **A.** I think you look at it both ways.
10:03:13 **Q.** Why?
10:03:16 **A.** Just to make sure it seems

10:03:23 reasonable.
10:03:23 **Q.** And in connection with the financial
10:03:28 information prepared for Savant, who at Savant
10:03:34 makes the final determination as to whether or
10:03:37 not a particular budget or forecast is
CURRAN COURT REPORTING
36
10:03:40 reasonable?
10:03:40 **A.** I believe it has to be me.

**48:19-51:21**
10:18:21 **Q.** Has he ever overruled you on issues
10:18:24 relating to the preparation of forecast or
10:18:29 budgets?
10:18:29 **A.** I think we have discussions on
10:18:42 those.
10:18:42 **Q.** And what sort of discussions?
CURRAN COURT REPORTING
**A.** I don't know. Overruling is to see
10:18:47 if it's -- you know, is it -- you know, what
10:18:53 we think we can do for a company or what not,
10:18:57 you know.
10:18:57 **Q.** Has he ever pressured you to adjust
10:19:00 the numbers one way or the other on forecasts
10:19:04 or budgets?
10:19:04 **A.** No. We come up with different
10:19:06 scenarios usually, so we will have a high,
10:19:09 medium, low.
10:19:10 **Q.** You have an aggressive model, a
10:19:12 moderate model, a conservative model, or a
10:19:14 very conservative model?
10:19:15 **A.** Correct.
10:19:16 **Q.** And typically, do you have an
10:19:20 understanding as to which particular model Mr.
10:19:24 Madonna prefers?
10:19:25 **A.** No.
10:19:26 **Q.** What about you? Where do you --
10:19:29 **A.** I'm always conservative.
10:19:30 **Q.** Why is that?
10:19:33 **A.** It's just my nature.
10:19:35 **Q.** And I take it from time to time that
10:19:41 you have adjusted the forecast of Savant based
CURRAN COURT REPORTING
50
10:19:46 upon the historical performance -- the actual
10:19:49 and historical performance of Savant, correct?

10:19:51 **A.** Sure.
10:19:52 **Q.** Because in your world, you have a
10:19:55 lookback that can either confirm or make --
10:19:58 you know, cause you to adjust the projections
10:20:01 going forward, correct?
10:20:02 **A.** Yes.
10:20:03 **Q.** So that, for example, in 2008, if
10:20:07 you had a projection of, for example,
10:20:10 particular revenues, you might adjust that as
10:20:13 the year goes on based upon what the actual
10:20:15 revenues are, correct?
10:20:16 **A.** Yes. With a forecast, right.
10:20:19 **Q.** And that's something that you would
10:20:21 typically do in connection with your role as a
10:20:24 CFO, correct?
10:20:24 **A.** Yes.
10:20:26 **Q.** Did you do that at Excel Switching
10:20:28 also?
10:20:29 **A.** Yes.
10:20:29 **Q.** And is Peter Wisniowski typically
10:20:32 charged with tracking that process and
10:20:37 adjusting the forecasts based upon the actual


10:20:41 revenues as the year goes on?
10:20:43 **A.** Yes.
10:20:45 **Q.** How often do you at Savant adjust
10:20:51 the projections based upon the revenues --
10:20:54 actual revenues? Is that on a quarterly
10:20:56 basis, an annual basis?
10:20:57 **A.** We try to look at the forecast
10:20:59 midway through the year.
10:21:00 **Q.** So midway through the fiscal year?
10:21:03 **A.** Yeah.
10:21:03 **Q.** And does Savant run on a calendar
10:21:07 year or a different fiscal year?
10:21:08 **A.** Calendar year.
10:21:09 **Q.** So in June or July, you take a look
10:21:13 at the first two quarters of the year and then
10:21:16 adjust your projections accordingly?
10:21:19 **A.** We adjust our forecasts. We don't
10:21:21 adjust the budget.
10:21:22 **Q.** Why not?
10:21:23 **A.** Because -- 'cause people have to
10:21:29 understand what they're supposed to be doing.

**53:13-53:18**
10:23:23 **13 Q.** I'm sorry. Why do you shoot for
10:23:24 **14** 50 percent for a standard margin at Savant?
10:23:25 **15 A.** We feel that if we can keep our
10:23:31 **16** total operational spends to be around 40, 45
10:23:37 **17** percent of revenue, then we'll be able to
10:23:40 **18** break even.

**60:9-67:4**
10:37:56 **9 Q.** Sir, at Savant, do you recall when
10:38:03 **10** you or others working for you first prepared
10:38:07 **11** any projections?
10:38:08 **12 A.** I don't.
10:38:14 **13 Q.** Was it in 2005?
10:38:16 **14 A.** I'm not sure.
10:38:20 **15 Q.** 2006?
10:38:22 **16 A.** Not sure.
10:38:22 **17 Q.** 2007?
10:38:24 **18 A.** I don't know.
10:38:26 **19 Q.** Well, you did prepare projections in
10:38:30 **20** 2008, correct?
10:38:30 **21 A.** Yeah. Most likely.
10:38:34 **22 Q.** When did Savant first begin shipping
10:38:37 **23** products and recognizing revenue?
10:38:41 **24 A.** When was that. I couldn't tell you
CURRAN COURT REPORTING
61
10:38:52 **1** the year exactly. I think it was three years,
10:38:55 **2** but I'm not quite sure. 2008, I think.
10:39:00 **3 Q.** Is that your best recollection?
10:39:01 **4 A.** That's my best.
10:39:02 **5 Q.** And at least by 2008, you or others
10:39:10 **6** were preparing projections, correct?
10:39:12 **7 A.** Most likely. Yeah.
10:39:12 **8** (Mr. Park sneezes)
10:39:16 **9** THE WITNESS: Bless you.
10:39:17 **10** MR. PARK: Thank you.
10:39:17 **11 Q.** Now, in preparing projections, prior
10:39:25 **12** to the actual shipment of a Savant product,
10:39:28 **13** what data, if any, did you rely on in
10:39:32 **14** preparing those projections?
10:39:37 **15 A.** I think you would try to understand
10:39:41 **16** the market, I think we'd try to understand the
10:39:45 **17** number of dealers we were trying to get at the
10:39:47 **18** time, and probably try to understand, you
10:39:51 **19** know, the average revenue that they could do

10:39:56 with that.
10:39:56 **Q.** Right. Because, obviously, prior to
10:39:58 the shipment of product, you don't have a
10:40:00 historical basis in terms of what the actual
10:40:03 sales were, correct?





10:40:03 **A.** Correct.
10:40:04 **Q.** So in terms of understanding the
10:40:07 market and the industry, do you recall how you
10:40:10 gained that information and data?
10:40:12 **A.** Just talking to sales, you know,
10:40:17 trying to understand the market a little bit,
10:40:21 how many potential dealers were out there, and
10:40:26 trying to shoot for -- you know, I think the
10:40:30 way I was looking at it is a certain
10:40:33 percentage of that dealer base, say if we
10:40:39 could get, you know, a certain percentage,
10:40:42 depending on the year, and then they could do
10:40:45 on average, you know, this amount of money,
10:40:48 then does that smell right for a -- for a
10:40:53 budget.
10:40:53 **Q.** And so do you recall that was the
10:40:56 sort of process that you and others at Savant
10:40:59 engaged in to prepare the projections for --
10:41:04 **A.** Early on.
10:41:05 **Q.** Early on?
10:41:05 **A.** I think so.
10:41:06 **Q.** And again, just to be clear -- I
10:41:09 just want to make sure we're clear on the
10:41:13 record -- what you're talking about is





10:41:14 estimating the number of dealers that you
10:41:16 might have and attributing a certain -- either
10:41:19 a dollar amount on average to that dealer in
10:41:25 terms of potential revenue and then using that
10:41:27 to calculate the projected revenue for that
10:41:30 particular year?
10:41:30 **A.** Correct.
10:41:32 **Q.** And was there a particular dollar
10:41:36 amount on average that in preparing your
10:41:38 projections you anticipated a dealer doing in
10:41:43 terms of Savant sales?
10:41:44 **A.** I believe -- I think this is 'cause
10:41:49 we always -- we always look at this number --

10:41:51 but, you know, we always look around -- I
10:41:53 think around 50K a year from a dealer.
10:41:57 **Q.** And then you multiply that by the
10:42:01 number of dealers that you project to have
10:42:03 that year to come up with your projections for
10:42:06 your revenues?
10:42:07 **A.** Correct.
10:42:07 **Q.** Now, how, if any, did that process
10:42:12 change once you actually began to make sales
10:42:18 and recognize revenue?
10:42:25 **A.** Well, once we had the rep channel in
CURRAN COURT REPORTING
64
10:42:31 place, right, we would ask the reps what they
10:42:36 thought they could do for the year, so that
10:42:39 was probably the change -- the biggest change.
10:42:42 **Q.** And do you know who would actually
10:42:45 talk with the independent reps to ask them to
10:42:50 estimate the revenue they expected?
10:42:54 **A.** Sure. The sales -- head of sales
10:42:57 would.
10:42:57 **Q.** And would that head of salesperson
10:43:00 then speak with you or Mr. Wisniowski to
10:43:02 provide that information?
10:43:04 **A.** Yes. They would have -- we would
10:43:06 have targets for the reps later on of what
10:43:09 they were supposed to do, and then we would
10:43:13 take that -- take that number.
10:43:14 **Q.** Who would prepare the targets?
10:43:17 **A.** It would be whoever was in charge of
10:43:21 sales at the time.
10:43:22 **Q.** And I take it that person changed
10:43:28 from time to time, correct?
10:43:28 **A.** Yes.
10:43:29 **Q.** Who did you deal with most directly?
10:43:32 **A.** I guess you have to rephrase that
10:43:40 question.
CURRAN COURT REPORTING
65
10:43:40 **Q.** Sure. Well, let me ask you this:
10:43:42 Over the years, who did you deal with as head
10:43:44 of sales?
10:43:45 **A.** It depends on who was there at the
10:43:49 time.
10:43:49 **Q.** And that’s what I’m asking. Who was
10:43:52 there at the time?

10:43:54 **A.** Sometimes, it was Ben Jamison, other
10:43:59 times it was Chuck Parrelli, and other times
10:44:05 it's been J.C. Murphy.
10:44:07 **Q.** And in making projections at Savant,
10:44:13 for how many years --
10:44:14 **A.** I think Jim was in there sometime
10:44:16 too, you know, Jim Carroll sometimes so.
10:44:18 **Q.** So at some point in time, you spoke
10:44:20 with all of those individuals concerning the
10:44:24 potential sales that they expected from the
10:44:29 rep channels or from their dealers, correct?
10:44:32 **A.** At some time, yeah.
10:44:34 **Q.** And I take it you relied on their
10:44:38 estimates in terms of putting that in your
10:44:42 model for projections, correct?
10:44:43 **A.** Yes.
10:44:44 **Q.** Did you rely on data or information





10:44:48 from any other sources in putting together
10:44:51 projections for Savant?
10:44:52 **A.** Well, sometimes I would still do the
10:44:57 if we had this many dealers at this amount of
10:45:01 money, does it make sense.
10:45:03 **Q.** And has that exercise continued to
10:45:10 this day with respect to calculating the
10:45:12 average revenue from a particular dealer and
10:45:14 multiplying that out by the number of dealers
10:45:19 that Savant has?
10:45:19 **A.** I still think that plumbing gets
10:45:22 used a little bit. Yeah, I do.
10:45:25 **Q.** Do you use it?
10:45:26 **A.** I think sometimes in my head, I do.
10:45:28 **Q.** And is that documented and
10:45:32 transferred to the financial statements?
10:45:34 **A.** No.
10:45:35 **Q.** Is it documented in projections?
10:45:40 **A.** Recently?
10:45:42 **Q.** Yes.
10:45:42 **A.** I don't think so.
10:45:45 **Q.** When did you discontinue, if at all,
10:45:47 using that particular methodology in
10:45:49 connection with projections for Savant?





10:45:51 **A.** I think when we had -- maybe a

10:46:04 couple years ago.
10:46:05 **Q.** So 2011?
10:46:07 **A.** Potentially.

72:23-74:4
10:52:36 **Q.** What sort of financial information
10:52:39 have you provided to Mr. Madonna in the past?
CURRAN COURT REPORTING
73
10:52:41 **A.** I try to go over the numbers with
10:52:48 him sometimes, and sometimes we look at
10:52:51 forecasts.
10:52:52 **Q.** When do you look at forecasts?
10:52:55 **A.** Not that often.
10:52:58 **Q.** Can you give me an estimate as to
10:52:59 the frequency?
10:53:00 **A.** Whenever he wants to look at it, I
10:53:06 guess. It's not that easy. It's not that --
10:53:08 it's not that way.
10:53:10 **Q.** What do you mean "it's not that
10:53:12 way"?
10:53:12 **A.** Whenever he wants to look at it,
10:53:14 which could be a year from now, it could be a
10:53:17 month from now. It's not -- there's no
10:53:21 schedule on it.
10:53:22 **Q.** There's no rhyme or reason, to your
10:53:24 understanding, as to when Mr. Madonna wants to
10:53:26 see the financials?
10:53:27 **A.** Correct.
10:53:28 **Q.** There's no regularly scheduled
10:53:30 time --
10:53:30 **A.** No.
10:53:30 **Q.** -- annually?
CURRAN COURT REPORTING
74
10:53:31 **A.** No.
10:53:31 **Q.** So it's just whenever he wants to
10:53:35 look at the financials?
10:53:36 **A.** Correct.

**80:19-84:16**
11:06:01 **Q.** Why do you have on this document a
11:06:06 column for "Revised Budget"?
11:06:08 **A.** It should state forecast, most
11:06:13 likely.
11:06:14 **Q.** So on Exhibit 1 under the column

11:06:22 “Full Year Budget,” you believe that the “Revised
11:06:26 Forecast”?
11:06:26 **A.** Correct.
11:06:27 **Q.** And in terms of Savant’s financial
11:06:35 statements, are budgets and forecasts used
11:06:39 interchangeably, or is it -- I mean, why is
11:06:42 there that confusion, sir?
11:06:43 **A.** I don’t know. Based on what I’m
11:06:47 looking at here from the original budget, we
11:06:51 always keep the original budget, and we have a
11:06:55 different file for that, you know, but then we
11:06:58 can say oh, we revised it or we changed the
11:07:02 forecast, and to me, that’s a forecast, not a
11:07:06 budget from the original.
11:07:08 **Q.** And so what adjustments, if any,
11:07:15 then are made? If the budget remains the
11:07:17 same, it’s just the forecast changes through
11:07:19 the year?
11:07:19 **A.** Yeah. I mean, this looks like it
11:07:22 was done in July and say, okay, this is what
11:07:25 we think we’re going to do, right, so when you
11:07:28 think you’re going to do it, it’s really a
11:07:30 forecast, you know.
11:07:30 **Q.** And so what you’re doing in July of



11:07:33 2008 is, based upon the year to date and the
11:07:37 month of July and you’re revising your
11:07:41 forecast in terms of what you’re going to --
11:07:43 think you’re going to do for the rest of the
11:07:44 year, correct?
11:07:45 **A.** Correct.
11:07:45 **Q.** Then on the next column, what you’re
11:07:48 putting in is what the original budget numbers
11:07:51 were, correct?
11:07:52 **A.** Correct.
11:07:52 **Q.** And were those original budget
11:07:54 numbers -- is that synonymous with the
11:07:57 original forecast?
11:07:58 **A.** It had to be the original budget
11:08:01 numbers of what we decided this is what we’re
11:08:04 going on for 2008 in the beginning.
11:08:07 **Q.** And would that be based upon the
11:08:09 forecasts for 2008?
11:08:10 **A.** Forecasts. It would be based on

11:08:14 developing that budget for 2008.
11:08:16 **Q.** And I guess what I'm asking is, is
11:08:18 it the same process -- let's say in the
11:08:20 beginning of 2008, Savant sets up its budget
11:08:25 goals for that year, correct?
CURRAN COURT REPORTING
83
11:08:25 **A.** Correct.
11:08:26 **Q.** Is that simply based upon what
11:08:28 Savant believes the forecast will be for that
11:08:31 year?
11:08:31 **A.** No. Because we probably decided how
11:08:38 many people we were going to hire, and then
11:08:40 we're going to say, okay, you know, we're
11:08:43 going to spend this amount of money on this,
11:08:48 we probably put our budgeted goals to do
11:08:51 certain marketing events, we knew we were
11:08:56 going to have to do some travel, so you would
11:09:00 just base it on that.
11:09:01 **Q.** The reason I'm confused is if you
11:09:04 look down, there's not only just revenue
11:09:06 figures that are, you know, sort of adjusted
11:09:09 and vary from the original budget but other,
11:09:11 you know, operating expenses and costs and
11:09:15 professional fees and the like. Do you see
11:09:17 that, sir?
11:09:17 **A.** Sure.
11:09:18 **Q.** So there's a variance between the
11:09:20 revised budget or forecast and the original
11:09:23 budget, correct?
11:09:23 **A.** Correct.
CURRAN COURT REPORTING
84
11:09:24 **Q.** That happens for a variety of these
11:09:27 line items, correct?
11:09:27 **A.** Yes.
11:09:28 **Q.** And I guess my question is, what
11:09:35 does Savant do with that information?
11:09:38 **A.** I know what I do with it.
11:09:44 **Q.** Sure. Tell me what you do with it.
11:09:46 **A.** It gives me an idea of how much
11:09:49 money we needed.
11:09:53 **Q.** And that informs also your
11:10:00 assessment as to how much additional capital
11:10:03 Savant may need from time to time, correct?
11:10:05 **A.** Correct.

11:10:05 **Q.** And as we know, Mr. Madonna is the
11:10:14 source of Savant’s capital, correct?
11:10:16 **A.** Correct.

**100:19-101:01**
11:39:12 **Q.** Okay. Well, did you provide input
11:39:14 in terms of the preparation of this document,
11:39:16 sir?
11:39:16 **A.** I probably could have given the
11:39:19 actuals, and then the plan -- I probably could
11:39:28 have gotten some of the plan numbers. I’m not
CURRAN COURT REPORTING
101
11:39:30 -- I’m not quite sure, to be honest with you.

**105:10-113:7**
11:43:53 **Q.** What does it mean by “plan”?
11:43:55 **A.** Looks like the plan that we were
11:44:01 shooting for during that time frame.
11:44:03 **Q.** Is that another word for forecast,
11:44:06 to your understanding?
11:44:06 **A.** Well, I think they’re used kind of
11:44:12 in the same way.
11:44:13 **Q.** Is that your understanding as CFO of
11:44:16 Savant that during the time that you’ve been
11:44:19 at Savant, that “plan” was used in the same
11:44:22 way as the term “forecast”?
11:44:24 **A.** In this instance, I would say it
11:44:28 would be.
11:44:28 **Q.** So what is the difference here on
11:44:32 this document between the “plan” and, quote,
CURRAN COURT REPORTING
106
11:44:35 the “original plan”?
11:44:37 **A.** Looks like -- looks like it was a
11:44:51 year -- year off is what it looks like to me.
11:44:57 Starting in 2009, it’s exactly a year off.
11:45:03 **Q.** Well, in 2008 you have the same --
11:45:10 **A.** The same. But then 2009 for
11:45:15 original plan equals the plan for 2010. The
11:45:20 original plan in 2010 equals the plan for
11:45:23 2011. And the original plan for 2011 equals
11:45:28 the plan for 2012.
11:45:30 **Q.** And I’m asking you, as the CFO of

11:45:33 Savant, are you familiar during your tenure
11:45:38 with two plans, a plan and an original plan?
11:45:43 **A.** I think you always adjust your plans
11:45:50 based on how well you're doing, and that's
11:45:53 what you do.
11:45:54 **Q.** Well, let me ask you this though:
11:45:57 Did you provide numbers for the plan and
11:46:01 original plan as set forth in this document,
11:46:04 Exhibit B on -- of Exhibit 3 to your
11:46:08 deposition?
11:46:08 **A.** Did I participate in those numbers?
11:46:16 **Q.** Well, I'm asking you did you
11:46:19 actually provide these numbers for the plan
CURRAN COURT REPORTING
107
11:46:21 and the original plan?
11:46:22 **A.** I'm not sure, to be honest with you.
11:46:27 **Q.** Do you have any clue as to whether
11:46:29 you did that?
11:46:30 **A.** I'm not sure if they came from me or
11:46:35 somebody else. I'm not sure.
11:46:36 **Q.** Well, you're the CFO of Savant,
11:46:38 correct?
11:46:38 **A.** Correct.
11:46:39 **Q.** As you've testified under oath,
11:46:42 you're responsible for the accuracy of the
11:46:44 financial information and documents to Savant,
11:46:46 correct?
11:46:46 **A.** Yes.
11:46:47 **Q.** Who else would have provided this
11:46:49 information?
11:46:50 **A.** You would have to let me know who
11:46:59 this came from.
11:47:00 **Q.** Well, as I represented, this came
11:47:03 from counsel and a verified interrogatory
11:47:06 response said the people that were responsible
11:47:08 for preparing this include you, Mr. Madonna,
11:47:11 and Mr. Carroll.
11:47:12 **A.** All right. Then it has to be me --
CURRAN COURT REPORTING
108
11:47:14 **Q.** Okay.
11:47:14 **A.** -- if that's what they said.
11:47:16 **Q.** And do you have any concerns about
11:47:19 the accuracy of any of the figures set forth
11:47:22 and the numbers set forth on this exhibit?

11:47:24 **A.** My concerns were already stated.
11:47:30 **Q.** And any other concerns with respect
11:47:31 to the accuracy of any other numbers?
11:47:33 **A.** Not that I know of.
11:47:40 **Q.** And then I'm asking you what is your
11:47:46 understanding of the original plan?
11:47:50 **A.** The original plan is probably what
11:47:54 we thought we were going to do back what it
11:47:59 looks like had to be -- if you come out with a
11:48:02 plan before 2008 or sometime within 2008, come
11:48:08 up with a plan saying we're going to do 4
11:48:12 million for 2008, we expected to do 35 million
11:48:17 in 2009, then to 56.4 million in 2010, then
11:48:25 144 million in 2011, and then 175 million in
11:48:30 2012, that's what we expected to do.
11:48:32 **Q.** So that was your expectations in the
11:48:35 plan as of 2008; is that right?
11:48:37 **A.** Most likely, yes.
11:48:39 **Q.** And so what you're testifying to is


11:48:42 that the figures to the right of the phrase
11:48:46 "original plan" reflects your expectations or
11:48:51 forecasts as of 2008? Is that what your
11:48:54 testimony is?
11:48:55 **A.** Most likely, yes.
11:48:57 **Q.** And why do you say "most likely"?
11:49:00 **A.** Well, you never can be sure. It's
11:49:02 been how many years? It's been five years --
11:49:04 **Q.** Again --
11:49:06 **A.** -- so.
11:49:06 **Q.** Again, you are the person whose
11:49:10 primary responsibility is the financial
11:49:13 information and data at Savant, correct?
11:49:15 **A.** Understood.
11:49:17 MR. O'KONSKI: Objection.
11:49:17 **Q.** And so do you have a recollection
11:49:25 that in or about 2008 that you or others at
11:49:31 Savant forecasted these numbers for 2008,
11:49:36 2009, 2010, 2011, and 2012?
11:49:41 **A.** I don't have a recollection because
11:49:46 it was a long time ago.
11:49:50 **Q.** But would that make sense? Is that
11:49:52 your testimony?
11:49:52 **A.** It makes sense to me, these numbers.

110
11:49:55 **Q.** And as in 2008, as we discussed
11:50:01 earlier, you or others at Savant did not
11:50:05 really have the benefit of a long history of
11:50:08 the historical sales or revenue information,
11:50:10 correct?
11:50:10 **A.** Correct.
11:50:11 **Q.** So with respect to the forecasted
11:50:16 figures set forth on the original plan, what
11:50:20 was your basis, for example, for forecasting
11:50:24 $175 million in revenue for 2012?
11:50:29 **A.** It was probably based on if we had
11:50:36 this many dealers in the CEDIA market that
11:50:38 could do this amount of revenue, by that time,
11:50:42 we should be able to do that amount of
11:50:43 revenue.
11:50:44 **Q.** So it was, in some sense, an
11:50:47 estimate based upon wishful thinking?
11:50:51 MR. O'KONSKI: Objection.
11:50:51 **A.** I don't think it was wishful
11:50:53 thinking. I think it was based upon the
11:50:57 market size, what market share we were trying
11:50:59 to get, and based on what we thought each
11:51:05 dealer could do for revenue and how many
11:51:07 dealers we'd need to bring on during that time
CURRAN COURT REPORTING
111
11:51:10 to get it is how I would look at it.
11:51:13 **Q.** So that was based upon your
11:51:14 understanding back in 2008, correct?
11:51:15 **A.** If this is when it was done, yes.
11:51:18 **Q.** Well, I'm asking you.
11:51:22 **A.** It looks like it was done in 2008.
11:51:25 Okay. But, you know, I have no idea.
11:51:27 **Q.** You have no clue?
11:51:29 **A.** When it was originally done?
11:51:31 **Q.** Right.
11:51:31 **A.** Yeah, I don't.
11:51:33 **Q.** Do you have any clue as to --
11:51:35 sitting here today, I'm just asking you for
11:51:37 your recollection because the reason I'm
11:51:38 asking is 'cause you were identified as
11:51:40 someone with input into this document, sir,
11:51:43 okay. So I'm --
11:51:44 **A.** And I'm sure I did. All right.
11:51:46 **Q.** So sitting here today under oath,

11:51:49 can you tell me whether or not you have any
11:51:53 clue as to where any of these numbers came
11:51:55 from?
11:51:56 MR. O'KONSKI: Objection.
11:51:57 Asked and answered.
CURRAN COURT REPORTING
112
11:51:57 **A.** I thought we just went through it.
11:52:01 **Q.** Okay. And so your testimony is some
11:52:04 projections in 2008?
11:52:06 **A.** That's what I would believe this
11:52:08 would say. I wouldn't want to be held to it,
11:52:11 but I believe that in 2008, this must have
11:52:16 been done based on, you know, document number
11:52:21 one when you had that revised budget there,
11:52:25 saying that, okay, if we have the revised
11:52:28 budget here, we'll put the revised budget in
11:52:31 here and take it from there. So I'm assuming
11:52:35 it was done somewhere in the second half of
11:52:37 2008 based on the data I have in front of me.
11:52:40 **Q.** * And so would it be your testimony
11:52:43 that based upon the document you have and your
11:52:46 testimony that the figures for -- to the right
11:52:49 of what's termed "plan" and "original plan"
11:52:55 are figures that were created and estimated in
11:53:00 or about the time period in 2008 that you just
11:53:02 testified to?
11:53:05 MR. O'KONSKI: Can I have
11:53:06 that read back, please.
11:53:23 * (Question read)
11:53:24 MR. O'KONSKI: Objection.
CURRAN COURT REPORTING
113
11:53:25 **A.** I would find it highly unlikely that
11:53:30 the plan and the original plan were done at
11:53:35 the same time.
11:53:35 **Q.** Okay. So then when do you think the
11:53:39 plan was done?
11:53:40 **A.** To me, it had to be sometime in 2009
11:53:49 looking at the numbers.

**121:8-124:5**
121
12:07:00 correct.
12:07:01 **Q.** And did you receive any response

12:07:04 from Mr. Carroll?
12:07:05 **A.** I couldn't remember, to tell you the
12:07:08 truth, on this.
12:07:08 **Q.** Is it possible you received --
12:07:10 **A.** Possible.
12:07:11 **Q.** And that -- but you were trying to
12:07:15 communicate what you believed was the accurate
12:07:20 state of play at the time, correct?
12:07:22 MR. O'KONSKI: Objection.
12:07:22 **A.** When I -- when I used this template
12:07:28 to try to get to my valuation, I was trying to
12:07:32 see if the numbers made sense in my head for
12:07:40 the future forecast.
12:07:41 **Q.** But what you put down to Mr. Carroll
12:07:44 was, in your mind at the time, the best
12:07:47 information you had, correct?
12:07:48 **A.** I was missing a lot of information.
12:07:51 **Q.** But what you did provide him was the
12:07:53 best information you had at the time, correct?
12:07:55 **A.** It was just my guess.
12:07:58 **Q.** Well, what did you base your guess
12:08:01 on?


12:08:01 **A.** Just if we had this many dealers and
12:08:04 if we were trying to get if the market was
12:08:06 this big growing at this amount, if, if, if, I
12:08:11 mean, I don't know if the CEDIA market was 250
12:08:14 and my assumption was 250. There's a lot of
12:08:18 things in here that I was asking questions
12:08:22 about that I needed more information to see if
12:08:24 it was correct.
12:08:25 **Q.** But you were doing the best possible
12:08:27 job you could at the time in terms of
12:08:29 preparing this document, correct?
12:08:30 **A.** Yeah.
12:08:33 **Q.** You were trying to make the best
12:08:38 efforts based upon your experience and your
12:08:45 knowledge in the industry as to what you
12:08:43 believed were the accurate figures?
12:08:46 **A.** Putting a template together 'cause
12:08:50 this is early on based on this e-mail, this is
12:08:52 like, you know, Jim, take a look at this, is
12:08:57 this correct or not, you know, this is just my
12:09:01 -- I would say my first pass attempt or, you
12:09:04 know, second pass attempt, at this trying to

12:09:07 put this template together.
12:09:09 **Q.** But again, at the time, based upon
CURRAN COURT REPORTING
123
12:09:13 the information you had and your industry
12:09:16 experience, you were doing what you thought
12:09:20 was the best job in putting the information
12:09:22 together, correct?
12:09:23 MR. O'KONSKI: Objection.
12:09:23 **A.** I always try to do my best in
12:09:27 everything I do. That's what I try.
12:09:29 **Q.** And then I take it that typically,
12:09:34 when you provide information to others at
12:09:38 Savant seeking feedback, that there may be
12:09:42 some discussions afterwards, correct?
12:09:43 **A.** There could be, yes.
12:09:46 **Q.** Whether it's forecasts or budgets
12:09:48 or --
12:09:48 **A.** If they read it, you know, 'cause a
12:09:51 lot of times, people don't read your stuff.
12:09:53 **Q.** But when there's a forecast or a
12:09:56 budget and you provide -- there's input, et
12:09:59 cetera, sometimes the numbers get adjusted,
12:10:01 correct, whether upwards or downwards?
12:10:03 **A.** Yes.
12:10:03 **Q.** And that's the normal give and take
12:10:08 of any company and management of the company,
12:10:11 correct?
CURRAN COURT REPORTING
124
12:10:11 **A.** Yes.
12:10:12 **Q.** And so this is, in your mind, sort
12:10:16 of a typical give and take with respect to
12:10:19 your role as CFO, correct?
12:10:21 **A.** Yes.

130:20-132:14
130
12:15:43 the confidentiality that we talked about, that
12:15:45 the target and the potential acquirer are
12:15:49 given code names, correct?
12:15:50 **A.** Correct.
12:16:08 MR. PARK: We'll just review
12:16:09 one more document before the lunch
12:16:11 break, sir. I'm going to have
12:16:14 marked as Exhibit 6 a document Bates

12:16:18 labeled SAVANT 0009894 with an
12:16:26 attachment that goes to SAVANT
12:16:31 0009895 to 000056. And I'll
12:16:37 represent that this is an e-mail
12:16:39 with an attachment that came from
12:16:42 your files, sir.
12:17:15 (Deposition Exhibit No. 6, E-Mail to
12:17:15 Robert Madonna from Bruce Meyers dated
12:17:15 8/24/10 with attachment, Bates stamped
12:17:15 SAVANT 0009894 and 0009895-000001 to
12:17:15 000056, marked for identification)
12:17:15 **Q.** Sir, take a look at this document.
12:17:18 That's an e-mail from you to Mr. Madonna dated
12:17:22 August 24, 2010. Subject: "5 Year Business
12:17:26 Model." And then let me know when you're
12:17:28 prepared to discuss it, sir.
CURRAN COURT REPORTING
131
12:17:51 (Pausing)
12:21:10 **A.** Okay.
12:21:10 **Q.** Do you recall this document, sir?
12:21:13 **A.** It's a document I use. Yes.
12:21:16 **Q.** Well, the e-mail -- the cover e-mail
12:21:20 is an e-mail from you to Robert Madonna,
12:21:24 correct?
12:21:24 **A.** Sorry. Yes.
12:21:29 **Q.** And that's dated on August 24, 2010,
12:21:34 correct?
12:21:34 **A.** Yes.
12:21:34 **Q.** At 10:54 a.m., correct?
12:21:38 **A.** Correct.
12:21:38 **Q.** And then the subject is "5 Year
12:21:41 Business Model," correct?
12:21:42 **A.** Right.
12:21:42 **Q.** And the attachment is entitled "5
12:21:46 Year Business Model for Bob 082410.xls,"
12:21:53 correct?
12:21:53 **A.** Correct.
12:21:53 **Q.** And that is reflected by the
12:21:55 attachment that follows this cover e-mail,
12:21:59 correct?
12:21:59 **A.** Yes.
CURRAN COURT REPORTING
132
12:22:01 **Q.** And as we talked about, you work in
12:22:03 Excel spreadsheets at Savant, correct?

12:22:05 **A.** Yes. For forecasting.
12:22:09 **Q.** Right. Now, do you have an
12:22:12 understanding as to why you were providing
12:22:14 this information on this Excel spreadsheet to
12:22:19 Mr. Madonna in August of 2010?
12:22:21 **A.** I think I do.
12:22:22 **Q.** Can you explain?
12:22:24 **A.** Gadi didn't think anybody had a 5
12:22:30 year business plan, and he wanted me to send
12:22:31 it to Bob, so I said I had one, and I think I
12:22:36 sent it to Bob. I think that was -- that was
12:22:38 the case.

**Regarding revised Revenue Forecasts in 2009,** 157:1-159:10:
02:07:18 **Q.** Now, if you return or refer to the
02:07:25 page that's labeled 0009. It's entitled
02:07:32 "Savant Systems 2009 Budget & Forecast."
02:07:35 **A.** Okay.
02:07:37 **Q.** Do you see there there's some
02:07:40 columns "Original Budget 2009," "Revised
02:07:45 Budget 2009" onwards? Do you see that, sir?
02:07:46 **A.** Uh-huh. Oh, I'm sorry. Yes.
02:07:49 **Q.** In the middle of this chart, there
02:07:51 are three columns for "Most Likely Forecast
02:07:54 2009," "Worse Case Forecast 2009," and
02:08:01 "Catastrophic Forecast 2009." Do you see
02:08:02 that, sir?
02:08:02 **A.** Yes.
02:08:02 **Q.** Could you explain to me what the
02:08:05 differences were for the various cases?
02:08:10 **A.** To me, it looks like just a revenue
02:08:20 change for that period looking at it right at
02:08:26 the moment.
02:08:26 **Q.** So we're talking about basically
02:08:31 changes in terms of what the most likely
02:08:34 revenue forecast would be versus a worst case
02:08:37 versus a catastrophic forecast for revenue?
02:08:41 **A.** Correct.

02:09:09 **Q.** And do you recall back in 2009 which
02:09:13 particular case that you thought was the most
02:09:17 reasonable one at the time?
02:09:18 **A.** At this particular time, the most
02:09:21 likely forecast was probably the one that was
02:09:25 going to come in at that particular time.

02:09:28 **Q.** And why do you say that, sir?
02:09:31 **A.** 'Cause it says "Most Likely."
02:09:33 **Q.** Now, has this been something that
02:09:40 you and Savant have typically done through the
02:09:43 time that you were a CFO in terms of setting
02:09:45 forth most likely, worst case, and

02:09:49 catastrophic forecasts?
02:09:50 **A.** We do different scenarios. I like
02:09:54 to look at the catastrophic side to see what
02:09:59 potential money that may be needed, but it's
02:10:03 not what we run to.
02:10:04 **Q.** And how do you come up with the
02:10:07 figures or what assumptions do you use to come
02:10:09 up with these cases?
02:10:10 **A.** Just pull it out of my rear end.
02:10:13 **Q.** Okay. Fair enough.

**Regarding a November 2009 document, and revenue forecasts,** 160:17-164:1:

02:14:08 **Q.** I want to refer your attention to
02:14:10 the last page of this exhibit, sir. It's
02:14:14 Bates labeled 1787449-8 [SAVANT0178749]. Do you see that,
02:14:18 sir?
02:14:18 **A.** Yes.
02:14:18 **Q.** What does this chart represent or
02:14:22 reflect?
02:14:23 **A.** This is to represent money outlaid

02:14:35 potentially by the end of 2010, right, and --
02:14:47 and ways to improve not potentially spending
02:14:49 all that money.
02:14:52 **Q.** And so the top heading reads
02:14:58 "Capital Uses and Sources 2009-2010," correct?
02:15:00 **A.** Yes.
02:15:01 **Q.** And so here though, would it be fair
02:15:07 to say that the source of capital would be Mr.
02:15:09 Madonna?
02:15:09 **A.** Yes.
02:15:10 **Q.** Now, underneath the second row
02:15:14 states "Capital Infusion as of 6/30/2009." Do
02:15:19 you see that, sir?
02:15:19 **A.** I do.
02:15:20 **Q.** And then to the right of it for all
02:15:22 four columns is the amount $57,181,964. Do
02:15:29 you see that, sir?

02:15:29 **A.** I do.
02:15:30 **Q.** Was that the amount of capital that
02:15:32 as of that time Mr. Madonna had contributed to
02:15:36 Savant Systems, LLC?
02:15:37 **A.** I'm not sure if that's just the
02:15:44 preferred amount or if that's everybody.
02:15:46 **Q.** Okay. But Mr. Madonna is the

02:15:49 preferred amount, correct?
02:15:50 **A.** He would be the majority of it, but
02:15:53 not -- he's potentially not all of it.
02:15:57 **Q.** And do you see there's four columns
02:15:59 here that talk about 5 million '09; 20 million
02:16:04 '10, and then the next column is 5 million
02:16:08 '09; 15 million '10, and then 5 million '09;
02:16:13 10 million '10 for the third column, and 5
02:16:15 million '09; 8 million '10 for the fourth
02:16:18 column. Do you see that?
02:16:19 **A.** I do.
02:16:19 **Q.** Could you explain to me why you have
02:16:22 four different columns set up in that fashion,
02:16:25 sir?
02:16:25 **A.** So it looks like four different
02:16:30 scenarios, okay, so if we do 5 million in '09,
02:16:34 right, we would end at a certain amount, and
02:16:38 then if we did 20 million in revenue in '10 or
02:16:43 15 million in '10 or $10 million in revenue in
02:16:47 '10 or 8 million in '10, this is what it
02:16:48 potentially would look like.
02:16:51 **Q.** And the bottom line would be at the
02:16:53 very last rows in terms of, you know, what
02:16:57 total cash would be needed for 2010 or total

02:17:00 cash needed for 2010 with improvements,
02:17:03 correct?
02:17:03 **A.** Correct.
02:17:04 **Q.** And that changes with each scenario?
02:17:07 **A.** Correct.
02:17:07 **Q.** Was this particular spreadsheet ever
02:17:15 used in any way?
02:17:16 **A.** This might have been. I'm not sure.
02:17:23 **Q.** And how might it have been used?
02:17:26 **A.** I might have used it on one of the
02:17:28 board meetings one time.
02:17:29 **Q.** For what purpose, sir?
02:17:32 **A.** Just to show.

02:17:35 **Q.** So at the board meeting, you would
02:17:37 have shared it with Mr. Madonna and the board
02:17:39 members, correct?
02:17:40 **A.** Correct.
02:17:40 **Q.** Along with perhaps Jim Carroll and
02:17:43 other senior management?
02:17:44 **A.** Yeah. Whoever was there at that
02:17:45 time.
02:17:45 **Q.** Has Mr. Madonna ever asked
02:17:52 specifically for just this page of the
02:17:56 exhibit?

02:17:57 **A.** Not that I'm aware of. No.

**Regarding Savant Sales Breakdown 2009,** 167:21-171:23:

02:29:43 **Q.** Now, referring to the page Bates
02:29:48 labeled 131529, it's headed "Savant Sales
02:29:53 Breakdown 2009." Do you see that, sir?
02:29:56 **A.** Oh, okay. Okay.

02:30:05 **Q.** And the data that's displayed on
02:30:10 this spreadsheet, where did you pull this data
02:30:15 from?
02:30:15 **A.** Most likely, our ERP system.
02:30:20 **Q.** And does everyone in the accounting
02:30:24 financial department have access to the ERP
02:30:27 system?
02:30:28 **A.** Yes.
02:30:29 **Q.** Now, if you look at the text
02:30:35 relating to the highlights. Do you see that,
02:30:37 sir?
02:30:37 **A.** Okay. Yeah.
02:30:37 **Q.** And there's a -- there's some
02:30:43 language that states "Customers tighten belt
02:30:46 on spending (going with less)." Do you see
02:30:50 that, sir?
02:30:50 **A.** Yup.
02:30:51 **Q.** Is that something you wrote or Peter
02:30:54 Wisniowski wrote?
02:30:54 **A.** It could have been either one of us.
02:30:58 **Q.** And what was the basis that you used
02:31:01 to write that statement or Mr. Wisniowski used
02:31:03 to write that statement?
02:31:06 MR. O'KONSKI: Objection.

02:31:06 **A.** I don’t know if it was the sentence
02:31:21 above that made him or I state that the
02:31:24 “Average sale of end user job decrease from
02:31:27 31K to 14K.”
02:31:30 **Q.** Okay. Now, that statement “Average
02:31:32 sale of end user job decrease from 31K to 14K
02:31:36 from q2 to q3”; is that right?
02:31:39 **A.** Yes.
02:31:39 **Q.** And that’s relating to an average
02:31:42 sale of an end user job of Savant equipment?
02:31:45 **A.** Yes.
02:31:47 **Q.** And it’s decreased from 31,000 to
02:31:53 $14,000, and that’s to the dealer?
02:31:56 **A.** On Q1 if I took -- let me just look
02:32:04 at this for a minute. Can I use a calculator?
02:32:10 Does that matter here?
02:32:10 **Q.** No. That’s fine. You can use a
02:32:14 calculator.
02:32:14 **A.** I’m not sure, you know. Yup. Okay.
02:32:47 So all it is is if you look at -- and it’s
02:32:54 just an assumption on his and I part -- it’s
02:32:59 not necessarily the facts -- but when we look
02:33:02 at end user orders in Q2, there was
02:33:07 1.1 million in end user orders. Do you see

02:33:10 that?
02:33:10 **Q.** Yes. I see there.
02:33:11 **A.** And there was 36, I guess, customers
02:33:18 or orders -- it should be orders, not
02:33:21 customers ‘cause then that would be wrong --
02:33:23 you know, so and then that would equal 31K if
02:33:28 you divide that in.
02:33:28 **Q.** Okay. Right.
02:33:29 **A.** Then if you took the amount 886 in
02:33:34 Q3 --
02:33:35 **Q.** Right.
02:33:35 **A.** -- and divided by 62 --
02:33:37 **Q.** Yup. I see that.
02:33:38 **A.** -- then that would be 14K.
02:33:40 **Q.** Right. So what you’re seeing is a
02:33:42 decrease of the average?
02:33:44 **A.** For a very short period of time.
02:33:46 **Q.** And that’s to these dealers,
02:33:49 correct, to your customers?
02:33:50 **A.** Those customers, yeah.

02:33:51 **Q.** Now, under that you say "Due to
02:33:57 reduce pricing on System 12 and over Savant
02:34:00 product line." Do you see that?
02:34:02 **A.** Yes.

02:34:02 **Q.** And I'm a little confused. What
02:34:04 does that mean, sir?
02:34:05 **A.** All I can assume from that is that
02:34:11 we reduced the sale price of System 12 during
02:34:16 that time frame, and maybe some other products
02:34:20 we reduced the pricing at that time.
02:34:23 **Q.** Now, if you look at the last
02:34:26 sentence here, it states "Dealers continue to
02:34:29 go out of business." Do you see that?
02:34:31 **A.** Yeah.
02:34:32 **Q.** As of the time you wrote this, you
02:34:35 understood that to be the case?
02:34:36 **A.** I believe so. Peter and I probably
02:34:40 believed that.
02:34:40 **Q.** And then this was a presentation
02:34:43 that you made to the board, correct?
02:34:45 **A.** Oh, yeah. Probably. Let me look.
02:34:48 Yes.
02:34:48 **Q.** So I take it that in presenting
02:34:52 information to the board, you wanted to be
02:34:54 truthful and accurate to the board members,
02:34:55 correct?
02:34:55 **A.** Yes.

**Regarding 2009 Revenue Summary Analysis,** 182:6-24**:**

02:49:47 **Q.** Now, if you look at the last pages
02:49:49 of the exhibit, there's a "2009 Revenue
02:49:53 Summary Analysis," correct?
02:49:53 **A.** Oh, I didn't see that. Okay. Yeah.
02:49:56 **Q.** It says "Not Updated." Do you see
02:49:58 that, sir?
02:49:58 **A.** Yes.
02:49:59 **Q.** What does that mean, sir?
02:50:00 **A.** He gave up on this report. He never
02:50:03 finished -- did this anymore. That's what it
02:50:07 looks like to me.
02:50:08 **Q.** So he's just telling you that this
02:50:10 has not been updated?
02:50:11 **A.** Yes.
02:50:12 **Q.** As of what date? November of 2009?

02:50:16 **A.** Looks like it. Yes.
02:50:17 **Q.** Do you know whether or not this was
02:50:20 ever finished?
02:50:22 **A.** I don't think it was.

**Regarding Different Scenarios,** 183:1-188:4

02:50:37 MR. PARK: I'm going to have
02:50:38 marked as the next exhibit
02:50:42 Exhibit 15, a document Bates labeled
02:50:44 SAVANT 0819935, which is produced in
02:50:49 native format, and the printout is
02:50:52 Bates labeled 0819935-1 through dash
02:50:59 8.
02:51:23 (Deposition Exhibit No. 15, Excel File
02:51:23 Bates stamped SAVANT 0819935 with
02:51:23 August 2009 Pack, 0819935-000001
02:51:23 through 000008, marked for
02:51:23 identification)
02:51:23 **Q.** So I'll short-circuit things, and
02:51:33 the question I'll ask you, after you review
02:51:36 it, is do you recognize this document, sir?
02:51:38 **A.** Yes.
02:51:54 **Q.** What is this document, sir?
02:51:56 **A.** Looks like -- let me just make sure
02:52:01 here -- looks like August 2009 --
02:52:09 **Q.** And so this --
02:52:11 **A.** -- Pack.
02:52:11 **Q.** So then this would have been
02:52:13 prepared in September 2009 or thereabouts?
02:52:16 **A.** Probably. Yes.
02:52:17 **Q.** And then it would be kept in the
02:52:20 Flash file -- Flash Report file, correct?
02:52:21 **A.** I would assume that. Yes.
02:52:22 **Q.** At this time, Peter Wisniowski would
02:52:25 have likely prepared this document, sir?
02:52:27 **A.** Yes.
02:52:28 **Q.** And you would have reviewed it for
02:52:30 accuracy and content, correct?
02:52:32 **A.** I would assume that the -- yeah. I
02:52:38 would always read his notes, I think.
02:52:40 **Q.** Now, if you look at the last page
02:52:43 again, there is, again, a spreadsheet relating
02:52:48 to "Capital Uses and Sources 2009-2010." Do
02:52:53 you see that, sir?
02:52:53 **A.** Yes.

02:52:54 **Q.** Now, in this document, there are
02:52:57 three columns with respect to three different
02:52:59 scenarios; do you see that, sir?
02:53:00 **A.** Uh-huh.
02:53:01 **Q.** And I believe in other documents
02:53:04 we've seen, there have been four scenarios.
02:53:08 Do you recall that?
02:53:08 **A.** Yes, I do.
02:53:09 **Q.** And can you explain to me why

02:53:13 sometimes there are three scenarios and why
02:53:16 other times there's four scenarios with
02:53:18 respect to capital uses and sources?
02:53:20 **A.** It's what Peter and I would
02:53:23 determine to look at for different scenarios.
02:53:28 **Q.** And why would -- well, let me strike
02:53:32 that.
02:53:33 What would go into determining for
02:53:36 you and Peter the different types of
02:53:39 scenarios?
02:53:40 **A.** We just wanted to see a range of
02:53:42 revenue and what would be at certain ranges of
02:53:46 revenue.
02:53:46 **Q.** And how would you pick or specify
02:53:48 the different ranges of revenue?
02:53:50 **A.** We would just talk about it.
02:53:51 **Q.** Would you get input from any other
02:53:55 Savant executives relating to the range of
02:53:57 revenues?
02:53:58 **A.** I don't think so.
02:53:58 **Q.** Would you get any input from Mr.
02:54:01 Madonna concerning the range of revenue he was
02:54:02 interested in?
02:54:03 **A.** I don't think so.

02:54:03 **Q.** What about from Mr. Carroll?
02:54:07 **A.** I'm not sure. But it's usually
02:54:14 Peter and I just trying different ranges of
02:54:17 revenue is what we do.
02:54:18 **Q.** And at the end of the day when you
02:54:23 come up with the results of the various
02:54:26 scenarios, how, if any, do you use those
02:54:30 results?
02:54:30 **A.** It's just something that we have in
02:54:37 our heads that, you know, what we would burn
02:54:45 for cash if we did X revenue level. That's

02:54:48 all we were looking to get.
02:54:50 **Q.** And as we discussed earlier, part of
02:54:54 the purpose would be to have the information
02:54:55 ready if you were asked about what additional
02:54:59 cash might be needed under certain scenarios,
02:55:01 correct?
02:55:02 **A.** Yes.
02:55:02 **Q.** So you would and Peter would try to
02:55:06 come up with a reasonable range of scenarios;
02:55:08 is that fair?
02:55:09 **A.** Yes.
02:55:10 **Q.** And that generally, as you include
02:55:14 that document and other data in connection

02:55:16 with the Pack reports, you would try to have
02:55:20 accurate information so as to answer questions
02:55:22 from Savant management, including, but not
02:55:25 limited to, Mr. Madonna; would that be fair?
02:55:27 **A.** Yeah. It would be my easiest way to
02:55:30 go look up information if someone asked me a
02:55:32 question was to go back to the Pack.
02:55:34 **Q.** And is that your typical procedure,
02:55:37 if someone comes to you and asks you a
02:55:39 question on revenue figures or capital figures
02:55:42 or other information, you would pop up the
02:55:46 most recent Pack and take a look at that?
02:55:48 **A.** That's what I would try to do.
02:55:49 Yeah. Yup.
02:55:51 **Q.** In the past during the time that
02:55:53 you've been CFO of Savant, have you actually
02:55:55 done that?
02:55:56 **A.** No. Not really many people ask
02:55:58 about the numbers.
02:55:59 **Q.** Who asked about the numbers?
02:56:01 **A.** Not really anybody.
02:56:03 **Q.** Why not?
02:56:04 **A.** I don't know. They just -- it's not
02:56:08 -- I mean, we look at the numbers of where

02:56:11 we're supposed to be in, but, you know, it's
02:56:15 just not that way, it really isn't.
02:56:18 **Q.** Okay. I'll take your word for it,
02:56:20 sir.

**Regarding a board presentation, SAVANT0201502,** 202:6-203:7

03:15:25 **Q.** On the last bullet point of your
03:15:28 concerns is the "Economy." Do you see that,
03:15:30 sir?
03:15:30 **A.** Yes.
03:15:31 **Q.** And what were you referring to with
03:15:33 respect to that particular point?
03:15:34 **A.** Just the economy in general, I
03:15:37 think, during this time frame. We had been in
03:15:40 a recession and it's just the normal worry
03:15:46 that, you know, I don't know when this was
03:15:49 done or whatever, but it was a couple years
03:15:54 ago, so yeah. Just the economy in general.
03:15:56 **Q.** And as we know, the recession hit
03:16:00 broadly across all industries, correct?
03:16:01 **A.** Sure. Yup. I think the one thing
03:16:04 that you see with our growth and everything is
03:16:07 that the people with money still bought, you
03:16:09 know, and, you know, that -- and you can see
03:16:12 as we've been growing, it's -- that they were

03:16:16 still spending money.
03:16:18 **Q.** But nonetheless, you would agree
03:16:20 that the recession was sort of a major global
03:16:24 economic event?
03:16:26 MR. O'KONSKI: Objection.
03:16:28 **A.** I think you would have to look at it
03:16:31 and everyone personally, how it affected you.

203:12-20:

03:16:40 **Q.** Now, in terms of the growth that you
03:16:44 mentioned, sitting here today as Savant's CFO,
03:16:48 would you say that Savant has experienced
03:16:50 growth since the time that you took over as
03:16:53 CFO in 2005?
03:16:54 **A.** Once we started shipping products,
03:16:59 yes.
03:16:59 **Q.** And that was in 2007 or so or 2008?
03:17:02 **A.** Yeah.

**Regarding SAVANT0178796,** 205:5-206:24
03:26:19 **Q.** Now, this document was sent to you
03:26:23 by Mr. Wisniowski on August 11, 2010, correct?
03:26:26 **A.** Yes.
03:26:28 **Q.** What does the attached Excel file
03:26:34 refer to, sir? What is it?

03:26:35 **A.** Looks like a detail income statement
03:26:42 -- not detailed, sorry -- summary income
03:26:46 statement. Half summary, half detail.
03:26:49 **Q.** And at this time, in August of 2010,
03:26:53 do you have an understanding why Mr.
03:26:55 Wisniowski was sending this to you?
03:26:58 **A.** I don't.
03:26:58 **Q.** Do you have an understanding as to
03:27:04 whether or not, pursuant to his e-mail, he
03:27:07 updated this file each month thereafter?
03:27:10 **A.** I don't know if he did update it
03:27:17 thereafter. I don't know.
03:27:19 **Q.** And was this something that was to
03:27:22 be contained in the Pack or the monthly
03:27:25 operating result summary?

03:27:26 **A.** Not -- you might be able to get some
03:27:31 of the numbers for the Pack out of the summary
03:27:36 on page one and two, and then I guess it goes
03:27:41 on to page three and four. I'm not quite sure
03:27:48 how this all rolls, but and then -- but once
03:27:52 you hit page seven, that just seems like a big
03:28:00 data dump.
03:28:02 **Q.** Do you know whether or not you asked
03:28:04 him to prepare this document?
03:28:06 **A.** I'm not sure if I did.
03:28:09 **Q.** And do you recall whether or not
03:28:11 this was done before or whether or not he had
03:28:14 prepared such documents in the past prior to
03:28:17 August of 2010?
03:28:18 **A.** I'm not sure.
03:28:22 **Q.** And as you sit here, do you have any
03:28:26 recollection as to if there was a specific
03:28:28 purpose for his transmission of this document
03:28:32 to you?
03:28:33 **A.** I think the only thing is is I like
03:28:42 to see a P&L this way, and he likes to see the
03:28:46 P&L with just spends. I like to see it by
03:28:50 department also. That's the only thing I
03:28:53 could think of.

**Regarding SAVANT0131349,** 240:15-243:2:

04:16:18 **Q.** Now, if you look at this same page,
04:16:21 page six, under the heading "Going Concern."
04:16:24 Do you see that paragraph?

04:16:26 **A.** Yes.
04:16:26 **Q.** And I think it's the third sentence,
04:16:32 it states, "Although the Company began
04:16:35 generating revenue in 2008, the Company
04:16:39 expects to continue to incur losses and cash
04:16:42 flow deficits as it continues to develop the
04:16:45 market for its product and expand its

04:16:47 production capabilities." Do you see that?
04:16:49 **A.** Yes.
04:16:49 **Q.** And this is something that the
04:16:52 DiCicco firm stated as of March 3, 2009,
04:16:57 correct?
04:16:58 **A.** Let me look at the -- yes.
04:17:07 **Q.** And is this information that you
04:17:11 provided to the DiCicco firm?
04:17:13 **A.** I believe I would.
04:17:15 **Q.** And at that time, what did you
04:17:21 expect with respect to the time period at
04:17:24 which -- during which the company would
04:17:26 continue to incur losses and cash flow
04:17:29 deficits as it continued to develop the market
04:17:31 for its product?
04:17:32 **A.** The timeline? I couldn't tell you.
04:17:40 I would be just guessing.
04:17:41 **Q.** But at that time, you told the
04:17:44 DiCicco firm for some period of time you
04:17:46 expected the company to incur losses and cash
04:17:50 flow deficits, correct?
04:17:51 **A.** Correct.
04:17:51 **Q.** And that was because the company was
04:17:55 starting up and beginning to market its

04:17:58 product; is that fair?
04:17:59 **A.** Correct.
04:18:00 **Q.** So at least for some period of time,
04:18:03 you thought it would be normal for the company
04:18:05 to incur such losses and cash flow deficits;
04:18:09 is that correct?
04:18:09 **A.** Correct.
04:18:10 **Q.** And would it be fair to say that
04:18:13 part of your concern with respect to tracking
04:18:17 capital uses and sources was to ensure the
04:18:20 continued funding and operation of the company
04:18:22 during that time period?
04:18:23 **A.** When we go back to that other

04:18:28 sheet --
04:18:28 **Q.** Yes.
04:18:28 **A.** -- that we used to do, that was just
04:18:31 me knowing what we think we were going to
04:18:32 spend at that particular time.
04:18:35 **Q.** Okay. Did the DiCicco firm ask any
04:18:40 questions to you with respect to what your
04:18:44 expectations were with respect to the time
04:18:46 period during which the company would continue
04:18:50 to incur losses and cash flow deficits?
04:18:53 **A.** I'm sure they did.

04:18:55 **Q.** And do you know what you told them?
04:18:58 **A.** I don't.

**Regarding SAVANT0200168,** 246:15-247:4:

04:23:59 **Q.** And under the paragraph, there's a
04:24:09 paragraph relating to "Going Concern." Do you
04:24:12 see that?
04:24:12 **A.** Yes.
04:24:13 **Q.** And again, here there's a sentence
04:24:20 that says "The Company expects to continue to
04:24:24 incur losses and cash flow deficits as it
04:24:27 continues to develop the market for its
04:24:29 products and expand its production
04:24:31 capabilities." Do you see that, sir?

04:24:33 **A.** I do.
04:24:34 **Q.** That's information that you or Peter
04:24:36 Wisniowski provided to DiCicco, correct?
04:24:40 **A.** Correct.

**Regarding a master forecast,** 250:1-255:9:

04:28:51 **Q.** Now, in 2008 at or about the time
04:28:59 when Savant began shipping products, were you
04:29:03 involved in discussions with senior management
04:29:05 in terms of planning Savant's future business
04:29:09 strategy?
04:29:09 **A.** I believe I would.
04:29:12 **Q.** Did you actually participate in
04:29:17 terms of creation of any sort of master plan
04:29:20 or master forecast for the company?
04:29:24 **A.** I could have.
04:29:27 **Q.** Sitting here today, do you recall

04:29:30 participating in any sort of --
04:29:31 **A.** In 2008?
04:29:32 **Q.** Yes.
04:29:32 **A.** I couldn't remember back that far.
04:29:34 **Q.** Well, do you recall whether or not
04:29:39 there was any document or strategic plan or
04:29:44 master plan prepared by Savant at that time?
04:29:46 **A.** I'm not sure.
04:29:48 **Q.** Do you know one way or the other?
04:29:50 **A.** I don't.
04:29:51 **Q.** And do you know one way or the other
04:29:54 whether or not you were, in fact, a
04:29:59 participant in any sort of preparation or

04:30:01 report?
04:30:01 **A.** I'm not sure.
04:30:02 **Q.** Okay. At any point in time since
04:30:06 you've been CFO of Savant, have you ever
04:30:10 participated in the preparation of any sort of
04:30:14 documentation relating to a plan, a revised
04:30:19 plan, or any sort of master forecast for the
04:30:23 company?
04:30:23 **A.** Besides all the stuff we went over
04:30:25 today?
04:30:25 **Q.** Right.
04:30:26 **A.** I'm not sure.
04:30:27 **Q.** I mean, is there a document that
04:30:29 sets forth -- for example, a strategic
04:30:32 planning document that has set forth, you
04:30:35 know, Savant's business plan and forecast for
04:30:39 a particular time period going forward?
04:30:41 **A.** I'm not sure. I'm not sure at all.
04:30:45 **Q.** Do you know whether or not it's
04:30:49 something that you've participated in?
04:30:51 **A.** I'm not sure.
04:30:51 **Q.** Would it be something that you would
04:30:53 have participated in given your role as CFO?
04:30:56 **A.** You would think I would have, but,

04:30:57 you know, I would have to see it or if --
04:31:00 whatever.
04:31:00 **Q.** Well, all I'm asking is, as you sit
04:31:03 here today, do you know of any such document
04:31:06 or plan?
04:31:06 **A.** I do not recall it at this
04:31:08 particular moment.

04:31:09 **Q.** And as you sit here today -- and I
04:31:12 can only ask for what you recall today -- do
04:31:16 you recall any sort of revised plan or master
04:31:19 forecast that you helped prepare?
04:31:24 MR. O'KONSKI: Other than --
04:31:25 **A.** Other than here? Like what we've
04:31:27 gone through today? That's what I'm getting
04:31:28 confused on.
04:31:29 **Q.** Yeah. No. I'm talking about --
04:31:31 we've seen a lot of different forecasts and
04:31:40 financials, et cetera, and what I'm asking is
04:31:36 is there, you know, a strategic plan document,
04:31:41 you know, that you helped prepare, sort of a
04:31:43 master plan, a master forecast, you know?
04:31:46 **A.** I'm not sure.
04:31:47 **Q.** It doesn't refresh your recollection
04:31:50 at all?

04:31:50 **A.** Doesn't ring a bell at the moment.
04:31:52 **Q.** So at you sit here today, you can't
04:31:55 identify any such plan or revised plan?
04:31:57 **A.** Not except for all the stuff we went
04:32:01 through today already.
04:32:02 **Q.** Apart from that, you can't think of
04:32:03 anything else?
04:32:04 **A.** I don't know. There could be more
04:32:05 of those, you know, I don't know if you showed
04:32:07 me all the different versions or whatever I
04:32:09 ever did, you know, but, you know, that's what
04:32:13 I -- what I know.
04:32:15 **Q.** Okay. So let's try to break it down
04:32:18 because I just want to make sure we're on the
04:32:21 same page here. Is that fair, sir?
04:32:22 **A.** That's fine.
04:32:23 **Q.** Today we've reviewed what are called
04:32:28 sort of monthly Packs or Flash Reports,
04:32:30 correct?
04:32:31 **A.** Correct.
04:32:31 **Q.** And those are something that you and
04:32:35 others in your group prepared on a periodic
04:32:37 basis and kept in the normal course of
04:32:41 business, correct?

04:32:41 **A.** Correct.
04:32:42 **Q.** And we've reviewed some documents
04:32:45 relating to the Project Einstein, correct?

04:32:47 **A.** Correct.
04:32:47 **Q.** And we've reviewed some documents
04:32:50 relating to, you know, year-to-date revenue
04:32:54 statements, correct?
04:32:55 **A.** Yes.
04:32:56 **Q.** And we've reviewed accountant
04:33:02 independent reports, correct?
04:33:03 **A.** Correct.
04:33:04 **Q.** As you sit here today, can you think
04:33:07 of any other documents, reports that you have
04:33:13 generated during the time that you've been CFO
04:33:19 in terms of the typical types of reports?
04:33:21 **A.** Those are pretty much what I use, I
04:33:24 think. I could have. I just don't know.
04:33:27 **Q.** I'm just saying as you sit here
04:33:30 today, just, you know, based upon, you know,
04:33:33 your tenure as CFO of Savant, are there any
04:33:36 other types of documents that you either
04:33:39 prepared or relied on in connection with your
04:33:42 duties and responsibilities as the chief
04:33:44 financial officer?

04:33:45 **A.** I'm not sure.
04:33:46 **Q.** You can't identify any of those?
04:33:48 **A.** Not off the top of my head right
04:33:50 now. No.
04:33:51 **Q.** And I guess to the extent that they
04:33:53 would exist, they would exist in the network
04:33:55 files for the accounting financial group,
04:33:57 correct?
04:33:57 **A.** Yes. Or on my laptop.

EXHIBIT 616

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAVANT SYSTEMS, LLC

Plaintiff,

CRESTRON ELECTRONICS, INC.,

Defendant

v.

CRESTRON ELECTRONICS, INC.

Counterclaim-Plaintiff

SAVANT SYSTEMS, LLC,

Defendant

Civil Action No. 10-cv-11622-EFH

**PLAINTIFF SAVANT SYSTEMS, LLC'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO CRESTRON ELECTRONICS, INC.'S FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff, Savant Systems, LLC ("Savant"), provides the following third supplemental objections and answers to the First Set of Interrogatories propounded by Defendant, Crestron Electronics, Inc. ("Crestron"), as follows:

**<u>GENERAL OBJECTIONS</u>**

1. Savant hereby incorporates by reference the General Objections stated in its earlier Responses.

## ANSWERS TO INTERROGATORIES

**Interrogatory No. 3:**

Identify all sales and business that Savant has allegedly lost as a result of Crestron's alleged conduct and state the dollar amount of any such losses, as well as the basis for calculating this amount.

**Response to Interrogatory No. 3:**

Without waiving and expressly reserving the foregoing objections, Savant states that it believes that it has lost in excess of $100 million in sales revenue since 2008 as a result of Crestron's conduct. Savant refers Crestron to the spreadsheet of Exhibit B for the basis for calculating this amount. The spreadsheet of Exhibit B is incorporated by reference in this response.

**First Supplemental Response to Interrogatory No. 3:**

Without waiving and expressly reserving the foregoing objections, Savant incorporates by reference herein the Declaration of James W. Carroll filed in this action on August 30, 2011 (Document 56). Savant states that it believes that it has lost in excess of $100 million in sales revenue since 2008 as a result of Crestron's conduct. Savant refers Crestron to the spreadsheet of Exhibit B for the basis for calculating this amount. The spreadsheet of Exhibit B is also incorporated by reference in this response.

**Second Supplemental Response to Interrogatory No. 3:**

Without waiving and expressly reserving the foregoing objections, Savant incorporates by reference herein the Declaration of James W. Carroll filed in this action on August 30, 2011 (Document 56). Savant states that it believes that it has lost in excess of $100 million in sales

revenue since 2008 as a result of Crestron's conduct. Savant refers Crestron to the spreadsheet of Exhibit B for the basis for calculating this amount. The spreadsheet of Exhibit B is also incorporated by reference in this response.

Savant has recent issued subpoenas for the production of documents to numerous dealers whom Savant believes have refrained from offering Savant products due to objections or threats from Crestron. Savant will further supplement its response to this interrogatory when that discovery is complete.

**Third Supplemental Response to Interrogatory No. 3:**

Savant further states that, due to the nature of the Market in which Crestron and Savant compete, it is difficult to identify specific, individual sales and business that Savant lost as a result of Crestron's conduct; and, as such, it is difficult to state the specific dollar amount of any such losses. Instead, the effect of Crestron's conduct has been to significantly slow Savant's ability to sign up dealers and, further, even when dealers do sign up, to dissuade those dealers from pitching Savant as a solution for a given project. As such, Crestron's conduct has tended to reduce Savant's sales across the board, as opposed to in individually identifiable instances. Savant further states that identifying the amount of lost sales is more appropriately the subject of expert reports and testimony following the collection of all discovery.

Notwithstanding the above, Savant refers Crestron to Exhibit C attached hereto, which identifies dealers who delayed signing up with Savant and/or delayed selling Savant products after signing up with Savant due to threats or prompting from Crestron. Such delays caused Savant to lose sales in an amount to be determined. Savant further refers Crestron to Exhibit D attached hereto, which identifies dealers who dropped Savant or stopped specifying projects with Savant due to threats or prompting from Crestron. Such events caused Savant to lose sales in an

amount to be determined. Savant further refers Crestron to Exhibit E attached hereto, which identifies dealers who opted against signing up with Savant due to threats or prompting from Crestron. Such threats and prompting caused Savant to lose sales in an amount to be determined. Savant further identifies Exhibit F attached hereto, which identifies dealers who were terminated by Crestron due to their dealings with Savant, thereby creating an *in terrorem* effect in the Market for those considering Savant. Such events caused Savant to lose sales in an amount to be determined. Savant further identifies Exhibit G attached hereto, which identifies other dealers who were threatened by Crestron with respect to Savant. Such threats caused Savant to lose sales in an amount to be determined. Pursuant to Federal Rule of Civil Procedure 33(d), Savant further refers Crestron to the documents listed in Exhibits C to G. Pursuant to Federal Rule of Civil Procedure 33(d), Savant further refers Crestron to the sales data produced by the parties at Crestron0205244, Crestron0205245 and SAVANT3330289.

DATED this 8th day of October, 2013.

Respectfully submitted,

SAVANT SYSTEMS, INC.
By Its Attorneys,

/s/ *Aaron S. Jacobs*

Thomas C. O'Konski BBO#378265
Michael E. Attaya BBO#548297
Aaron S. Jacobs BBO#677545
William J. Mostyn IV BBO#678869
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500
ajacobs@c-m.com

**Certificate of Service**

I hereby certify that this document(s) was served by-mail with confirmation regular mail on:

Chong S. Park
John J. Kavanagh
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036-1795

Michael J. Pineault, Esq.
Clements & Pineault, LLP
24 Federal Street
Boston, MA 02110

On this 8th day of October, 2013.

/s/ *Aaron S. Jacobs*

**VERIFICATION OF INTERROGATORY ANSWERS**

I, James W Carroll, am E.V.P of Savant Systems, LLC, and the Plaintiff in this action. I believe, based on reasonable inquiry, that the foregoing responses are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

James W Carroll

Executed on this 11 day of June, 2014.

# EXHIBIT B

RESTRICTED CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | |
|---|---|---|---|---|---|---|---|
| **Plan** | 0 | 4 | 22 | 35 | 56.4 | 144 | |
| **Actual** | 0.019 | 1.38 | 5.34 | 12.84 | 25.6 | 56 | |
| **Difference** | | -2.62 | -16.66 | -22.16 | -30.8 | -88 | -160.24 Based on Current Modified Plan |
| | | | | | | | |
| **Adj Plan** | | | 35 | 56.4 | 144 | 175 | |
| **Difference** | | -2.62 | -29.66 | -43.56 | -118.4 | -31 | -225.24 Based on claims |
| | | | | | | | |
| **Dealers who purchase** | 29 | 98 | 200 | 190 | 105 | | |
| **Cum Dealers** | 29 | 127 | 327 | 401 | 494 | | |
| | | | 116 | 12 | 37 | | |
| | | | 211 | 389 | 457 | | |
| **Rev./Dealer** | $66 | $1,087 | $2,531 | $3,301 | $5,602 | | |
| | | | | | | | |
| **Dealer Signed up** | 40 | 92 | 197 | 180 | 114 | | |
| | | 132 | 329 | 509 | 623 | | |

129 Dealers that went through process but never purchased.

**First insight to challenges presented by threats was the 07 dealer conference when several dealers expressed concerns about being photographed Robert Owens, Jason Goetz, Sean Riorden**

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

# EXHIBIT C

| Dealer | DBA | Crestron's Actions | Signed with Savant | Sales Data |
|---|---|---|---|---|
| **Architectural Electronics, Inc.** | **Audio Video Design & Security Design Consultants** | Crestron0148243<br>Crestron0140472<br>Crestron0172537<br>Crestron0121300<br>Crestron0059205<br>Crestron0138412<br>Crestron0178515<br>Crestron0139498 | SAVANT2619831 | Crestron0060834<br>Crestron0116789<br>Crestron0116857<br>Crestron0132389<br>Crestron0132448<br>Crestron0148244<br>Crestron0170648<br>Crestron0172290<br>Crestron0178515 |
| **Atlanta Home Theater (GA) (Scott Ross)** | | Crestron0122249<br>Crestron0122509<br>Crestron0122509<br>Crestron0122885<br>SAVANT0431047<br>Crestron0178516<br>Crestron0191238 | SAVANT2619831 | Crestron0116857<br>Crestron0117193<br>Crestron0170648<br>Crestron0172290 |
| **Audio Advice (FL, NC)** | | Crestron0191632<br>Crestron0191634<br>Crestron0122982<br>Crestron0119918<br>Crestron0083465 | SAVANT2619831 | Crestron0062205<br>Crestron0116857<br>Crestron0117193<br>Crestron0172290<br>Crestron0191634 |
| **Audio Video Excellence, Inc. (AL)** | **AVX** | Crestron0191632<br>Crestron0191634<br>Crestron0122982 | SAVANT2619831 | Crestron0116857<br>Crestron0117193<br>Crestron0120953<br>Crestron0172290<br>Crestron0191634 |
| **Audition Systems (by Audio Design Group)** | **Aurant, S3** | Crestron0003032<br>Crestron0052188<br>Crestron0052190<br>Crestron0185739 | SAVANT1584453<br>SAVANT2613210<br>SAVANT2619831 | Crestron0003039<br>Crestron0071729<br>Crestron0071729<br>Crestron0090237<br>Crestron0096209<br>Crestron0171096<br>Crestron0185739<br>SAVANT1584453<br>SAVANT2615369 |
| **Best Buy Co. Inc.** | **AudioVisions Inc.** | Crestron0144578<br>Crestron0067359 | Crestron0067723<br>SAVANT2619831<br>SAVANT2613210 | Crestron0117193<br>Crestron0172290<br>Crestron0177364<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615369 |
| **Commercial Audio Associates, Inc. (VA)** | **Integrated Media Systems (IMS)** | Crestron0191632<br>Crestron0191634<br>Crestron0122982<br>Crestron0117083 | SAVANT2619831 | Crestron0116857<br>Crestron0117193<br>Crestron0170648<br>Crestron0191634 |

| | | | | |
|---|---|---|---|---|
| **Crescendo Designs Ltd.** | | Crestron0137457<br>Crestron0138251 | SAVANT2619831 | Crestron0116857<br>Crestron0137457<br>Crestron0170648<br>Crestron0172290 |
| **Cyber Sound & Security** | | Crestron0104473<br>Crestron0109291<br>Crestron0110398<br>Crestron0110428<br>Crestron0119571<br>Crestron0119689<br>Crestron0177742<br>SAVANT2731850 | SAVANT2613210<br>SAVANT2619831 | Crestron0090237<br>Crestron0132448<br>Crestron0132448<br>Crestron0145405<br>Crestron0172761<br>Crestron0177771<br>Crestron0177784<br>SAVANT0447873<br>SAVANT1648675<br>SAVANT1657881<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2615387<br>SAVANT2731751<br>SAVANT3330289 |
| **Definitive Audio, Inc.** | | Crestron0090237<br>Crestron0123560 | SAVANT2613210 | Crestron0090237<br>Crestron0116587<br>Crestron0116869<br>Crestron0170648<br>Crestron0177413<br>SAVANT2615387 |
| **Domes Inc. (VA)** | **Domes Audio Video Environments** | Crestron0191632<br>Crestron0191634<br>Crestron0120592 | SAVANT 2619831 | Crestron0116857<br>Crestron0117193<br>Crestron0191634 |
| **Electronics By Design** | **EBD** | Crestron0003054<br>Crestron0003871 | SAVANT2619831 | Crestron0089182<br>Crestron0096209 |
| **FutureHome Systems & Design** | | Crestron0090237 | SAVANT2619831 | Crestron0090237<br>Crestron0116857<br>Crestron0170648<br>Crestron0132448<br>Crestron0176209<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2615387 |
| **Gramophone, Ltd.** | **Gramophone** | Crestron0191634<br>Crestron0140645 | SAVANT2619831 | Crestron0058233<br>Crestron0116857<br>Crestron0137457<br>Crestron0170648<br>Crestron0191634 |

| | | | | |
|---|---|---|---|---|
| **High Fidelity House (PA)** | **HiFi House** | Crestron0137457<br>Crestron0059083<br>Crestron0024548 | | Crestron0116857<br>Crestron0118046<br>Crestron0137457 |
| **Hi-Tech Integrated Systems Inc.** | | Crestron0191632<br>Crestron0191635<br>SAVANT0528184<br>SAVANT0528185 | SAVANT2619831 | Crestron0116857<br>Crestron0170648 |
| **Homeworks Holding Corp** | **Digital Ear** | Crestron0192180<br>Crestron0072203<br>Crestron0137522<br>Crestron0067714 | SAVANT2619831 | Crestron0116857<br>Crestron0118046<br>Crestron0137469 |
| **Intra Home Systems, LLC (NJ)** | | Crestron0119020<br>Crestron0059463 | SAVANT 2619831 | Crestron0116857<br>Crestron0117193<br>Crestron0172290 |
| **JPC Pops Inc.** | **Tune Street** | Crestron0148244<br>Crestron0138319<br>Crestron0122646 | SAVANT0322305<br>SAVANT2619831 | Crestron0116857<br>Crestron0148244<br>Crestron0170648 |
| **Laserdisc Enterprises, Inc.** | **Georgia Home Theater (GA)** | Crestron0191632<br>Crestron0191634 | SAVANT2619831 | Crestron0117193 |
| **Mayer M&J, Inc.** | **Just One Touch / Video & Audio Center** | Crestron0148244 | SAVANT2619831 | Crestron0116857<br>Crestron0144726<br>Crestron0148244<br>Crestron0170648<br>Crestron0177364 |
| **Newport Audio Video Inc. Attack Communications** | | Crestron0144546<br>SAVANT0484583<br>Crestron0177397<br>Crestron0177408 | SAVANT2619831 | Crestron0132448<br>Crestron0137423<br>Crestron0137445<br>Crestron0138198<br>Crestron0170648<br>Crestron0176808 |
| **Paradyme, Inc.** | **Paradyme Sound & Vision** | Crestron0137457<br>Crestron0090237 | SAVANT2619831<br>SAVANT2702806 | Crestron0090237<br>Crestron0116857<br>Crestron0117193<br>Crestron0132448<br>Crestron0137457<br>Crestron0170648 |
| **Paragon Technology Group, LLC** | **Paragon Technology Group** | Crestron0177742<br>SAVANT1667030 | SAVANT2619831<br>SAVANT2613210 | Crestron0116857<br>Crestron0071729<br>Crestron0090237<br>Crestron0116857<br>Crestron0132448<br>Crestron0170648<br>Crestron0176209<br>SAVANT2615369<br>SAVANT2615387 |

| | | | | |
|---|---|---|---|---|
| **Premier Home Technologies LP** | **Premier Technology Group** | Crestron0029419<br>Crestron0097979<br>Crestron0098115<br>Crestron0082463<br>Crestron0098545<br>Crestron0084445 | SAVANT2619831<br>Crestron0084445 | Crestron0061999<br>Crestron0084988<br>Crestron0084988<br>Crestron0097969<br>Crestron0116857<br>Crestron0170648 |
| **Satellite Scanners Inc.** | **Abbott's Audio & Video, Abbott's Technology Design Group** | Crestron0104473<br>Crestron0109542 | SAVANT0243803 | Crestron0050539<br>Crestron0064170<br>Crestron0116857<br>Crestron0117193<br>Crestron0177784 |
| **Sound & Secure, Inc.** | **Eagle Sentry Inc. (Eagle Security)** | Crestron0065268 | SAVANT2619831 | Crestron0065266<br>Crestron0107929<br>Crestron0115410<br>Crestron0117193<br>Crestron0144726<br>Crestron0166212<br>Crestron0171650<br>Crestron0177364 |
| **Sound Around, Inc. (NJ)** | **CSA Audio Design** | Crestron0137456<br>Crestron0137457<br>Crestron0138418 | SAVANT 2619831 | Crestron0116857<br>Crestron0137457 |
| **Sound Components** | | Crestron0191634 | SAVANT2619831 | Crestron0116857<br>Crestron0132448<br>Crestron0135720<br>Crestron0170648<br>Crestron0191634<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2615387 |
| **Sound Image Audio Video Design** | **Sound Image** | Crestron0076012<br>Crestron0077272<br>Crestron0077174<br>Crestron0170323<br>Crestron0081282<br>Crestron0084587 | SAVANT2619831<br>SAVANT0077098 | Crestron0000475<br>Crestron0171561<br>Crestron0061947<br>Crestron0028622<br>Crestron0084988<br>Crestron0116857<br>Crestron0170648<br>Crestron0171561 |
| **Soundvision, Inc. (SoundVision Systems, Inc.)** | **SoundVision-Marin** | Crestron0137457<br>Crestron0090237 | Savant2619831 | Crestron0090237<br>Crestron0116857<br>Crestron0137457<br>Crestron0145803<br>Crestron0170648 |

| | | | | |
|---|---|---|---|---|
| **Stearns Enterprises, Inc.** | **Engineered Environments** | Crestron0090237 | SAVANT1672404<br>SAVANT2731751 | Crestron0090237<br>Crestron0116857<br>Crestron0177413<br>Crestron0170648<br>Crestron0135720<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615387<br>SAVANT2731751 |
| **Stephen Gorton, Inc.** | **Synergy Audio Video** | Crestron0137462<br>Crestron0090237<br>Crestron0138198<br>Crestron0137486 | SAVANT2613210<br>Crestron0145152 | Crestron0067885<br>Crestron0090237<br>Crestron0116689<br>Crestron0116857<br>Crestron0170648<br>SAVANT0447873<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2615387 |
| **Stereo Exchange Inc.** | | Crestron0148244<br>Crestron0172642<br>Crestron0172602 | SAVANT2613068 | Crestron0148244<br>Crestron0084488<br>Crestron0116857<br>Crestron0170648 |
| **Wilshire Home Entertainment** | | Crestron0090237 | SAVANT2619831<br>SAVANT2613210<br>Crestron0067728 | Crestron0090237<br>Crestron0116857<br>Crestron0170648<br>Crestron0177364<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2615387 |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

# EXHIBIT D

| Dealer | DBA | Signed with Savant | Crestron's Actions | Dealer's Actions | Sales Data |
|---|---|---|---|---|---|
| **American Automation & Communications, Inc.** | | SAVANT2619831 | Crestron0119661<br>Eric Davidson Deposition 25:4-15, 26:2-11, 39:12-40:14<br>Crestron0118996 | | Crestron0116857<br>Crestron0118046<br>Crestron0194027<br>Crestron0195153<br>Crestron0201334 |
| **Audio Command Systems, Inc.** | | SAVANT2619831 | Crestron0085335<br>Crestron0058785<br>Crestron0138340<br>Crestron0059579 | | Crestron0058233<br>Crestron0116857<br>Crestron0119341<br>Crestron0170648 |
| **Audio Video Lifestyles** | **Vatland's Electronics Inc., Sound World** | SAVANT1544180 | David Vatland Deposition 12:23-13:2, 19:13-21:11, 68:21-69:6 | SAVANT2619831<br>SAVANT2613210<br>SAVANT1648675 | Crestron0066687<br>Crestron0084928<br>Crestron0116857<br>Crestron0116863<br>Crestron0132448<br>Crestron0170648<br>SAVANT2613114<br>SAVANT2615369 |
| **AVE Solutions (S3 Entertainment LLC)** | **S3 US** | SAVANT2619831<br>SAVANT2613210 | Crestron0080888<br>Crestron0003191<br>Crestron0170379<br>Crestron0172717 | Crestron0096062<br>Crestron0084981 | Crestron0003039<br>Crestron0071729<br>Crestron0084988<br>Crestron0096209<br>Crestron0171096<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615387 |
| **Binacorp, Inc. (CA)** | **La Jolla Home Theater & Automation** | SAVANT2619831 | Otto Benson Dec. ¶ 6<br>Otto Benson Deposition 31:3-32:21, 53:6-20<br>Crestron0137522 | Otto Benson Deposition 53:17-20<br>Crestron0067711 | Crestron0172290<br>Crestron0116857<br>Crestron0117193<br>Benson Depo ¶ 57:13-17, 59:19-20, 64:8-9 |
| **Cocooning Electronics, Ltd.** | **Electronic Environments, Inc.** | SAVANT2619831 | Crestron0138654<br>Crestron0003847 | | Crestron0003862<br>Crestron0062106<br>Crestron0116857<br>Crestron0117193<br>Crestron0172290<br>Crestron0177312 |
| **Custom Home Theater Systems of Sd LLC** | **Custom Home Theater Systems, LLC** | SAVANT2619831 | Crestron0137522<br>Crestron0138186 | | Crestron0116857<br>Crestron0137445<br>Crestron0172290 |

| | | | | | |
|---|---|---|---|---|---|
| **Definitive Electronic Solutions, Inc. (FL)** | | SAVANT 2619831 | Crestron0065651. | | Crestron0065656<br>Crestron0116857<br>Crestron0117193<br>Crestron0172290 |
| **Genesis Home Technologies, Inc** | | SAVANT2619831 | Crestron0137439<br>Crestron0144593<br>Crestron0119689<br>Crestron0111007)<br>Asking about Savant | | Crestron0116857<br>Crestron0117193<br>Crestron0145803<br>Crestron0192175 |
| **Harrison Home Systems, Inc.** | | SAVANT2619831<br>SAVANT2613210<br>SAVANT2615369 | Crestron0003297<br>Crestron0062686 | | Crestron0084988<br>Crestron0096209<br>Crestron0116857<br>Crestron0132448<br>Crestron0135720<br>Crestron0171096<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2615387 |
| **Integrated Lifestyles, Inc.** | **American Home Technology** | SAVANT2619831<br>SAVANT2652601 | Crestron0178143<br>Crestron0178106 | | Crestron0066522<br>Crestron0066687<br>Crestron0116857<br>Crestron0132448<br>Crestron0170648<br>Crestron0178140<br>Crestron0178142<br>Crestron0178143 |
| **Intelect Integrated Electronics** | | SAVANT1735318 | Sean Riordan Depo 57:13-25<br>Crestron0118963 | | Crestron0065656<br>Crestron0116857<br>Crestron0135720<br>Crestron0172761<br>SAVANT0213338<br>SAVANT0778602<br>SAVANT1657882 |
| **Jerry's Audio-Video (AZ)** | | SAVANT2648486 | Crestron0048099 | | Crestron0045057<br>Crestron0172210 |
| **Jobe Systems, Inc.** | **Jobe Systems** | SAVANT2619831 | Crestron0075963<br>Crestron0076196<br>Jason Jobe Declaration ¶¶ 4-6, Jason Jobe Deposition 11:22-13:24, 14:5-15:19, 20:19-23, 46:17-21 | Crestron0078506 | Crestron0076015<br>Crestron0078506<br>Crestron0084988<br>Crestron0116863<br>SAVANT1648675<br>SAVANT1657881<br>SAVANT1657882<br>SAVANT2615387 |

| | | | | | |
|---|---|---|---|---|---|
| **LP Trading, LLC (FL)** | **Bang & Olufsen** | SAVANT 2619831 | Crestron0065651 | | Crestron0065656<br>Crestron0067934<br>Crestron0116857<br>Crestron0117193<br>Crestron0172290 |
| **Modern Home Technologies** | | SAVANT2619831 | Crestron0138829<br>Crestron0138866<br>Crestron0138868 | | Crestron0117193<br>Crestron0132448<br>Crestron0170648<br>Crestron0176209<br>SAVANT0036758<br>SAVANT1648675<br>SAVANT1657881<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2615387<br>SAVANT2731751 |
| **Newman Hardin, Inc.** | **The Phonograph** | | Crestron0083063<br>Crestron0170371<br>Crestron0084195 | | Crestron0061912<br>Crestron0071729<br>Crestron0084988<br>Crestron0116857<br>Crestron0125587<br>Crestron0170648<br>Crestron0189769 |
| **Plug and Play Media** | | SAVANT2619831<br>SAVANT2613210 | Crestron0050539<br>Crestron0109345<br>Crestron0192523<br>Crestron0110164 | | Crestron0064167<br>Crestron0067874<br>Crestron0116857<br>Crestron0171652<br>Crestron0177784<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2731751 |
| **Pro Design LLC** | | SAVANT2619831 | Crestron0003788<br>Brian Moffett Deposition 18:8-22:20, 51:11-52:6<br>See also Brian Moffett Declaration ¶¶ 6-7<br>Crestron0003788 | | Crestron0067913<br>Crestron0084488<br>Crestron0116857<br>Crestron0170648 |
| **SoCal Smart Home, Inc.** | **ARC Sound + Vision, Inc.** | SAVANT2613210<br>SAVANT1735318<br>SAVANT1544180 | Crestron0138196<br>Crestron0000632<br>Jonathan Lane Deposition 15:19-18:11, 18:23-19:3, 37:4-13, 157:23-158:2<br>SAVANT0419160 | SAVANT2619831 | Crestron0067874<br>Crestron0116857<br>Crestron0132448<br>Crestron0170648<br>Crestron0176048<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2615387 |
| **Stereo and Video Integrators Inc.** | **SVI** | SAVANT2619831 | Crestron0172505<br>Crestron0099308<br>Crestron0138922<br>Crestron0061332 | Crestron0138922 | Crestron0116857<br>Crestron0132448<br>Crestron0170648<br>Crestron0177163 |

| | | | | | |
|---|---|---|---|---|---|
| **Stereo One, Inc.** | **Stereo One** | SAVANT2619831 | Crestron0170271<br>John Selby Depo. 23:7-24:4<br>Crestron0119657 | Selby Dep. 14:13-23 | Crestron0000268<br>Crestron0116857<br>Crestron0132448<br>Crestron0170648<br>SAVANT1648675<br>SAVANT1657881<br>SAVANT1657882<br>SAVANT2731751 |
| **Steve's Creative Stereo and Security Systems, Inc.** | **Creative Systems** | SAVANT2619831 | Crestron0120498<br>Crestron0059542 | | Crestron0116857<br>Crestron0116857<br>Crestron0170648<br>Crestron0177220 |
| **Thul, Inc.** | **Thul Electronics, Inc.** | SAVANT2619831 | Crestron0079082<br>Crestron0079178<br>Crestron0189444 | Crestron0189444 | Crestron0003039<br>Crestron0071729<br>Crestron0084988<br>Crestron0116857<br>Crestron0145809<br>SAVANT0964074<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2615387 |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

# EXHIBIT E

| Dealer | DBA | Crestron's Actions | Sales Data |
|---|---|---|---|
| **Audio Dimensions, Inc.** | | Crestron0137457<br>Crestron0076214<br>Crestron0077673 | Crestron0061912<br>Crestron0079409<br>Crestron0116857<br>Crestron0117193<br>Crestron0137457<br>Crestron0170648 |
| **Audio Video Environments, LLC (TN)** | | Crestron0191632<br>Crestron0191634 | Crestron0116857<br>Crestron0117193<br>Crestron0170648<br>Crestron0172290<br>Crestron0191634 |
| **Barney Miller's, Inc.** | | Crestron0137456<br>Crestron0137457 | Crestron0084928<br>Crestron0116857<br>Crestron0117193<br>Crestron0170648<br>Crestron0178143 |
| **Century Stereo** | | Crestron0137456<br>Crestron0137457 | Crestron0058233<br>Crestron0116857<br>Crestron0117193<br>Crestron0170648 |
| **Hargate Theatre Vision** | | Crestron0090237<br>Crestron0178598 | Crestron0067874<br>Crestron0084488<br>Crestron0116857<br>Crestron0170648<br>Crestron0177364 |
| **Kukuk's Warehouse Stereo Inc.** | **Wow Electronics** | Crestron0090237<br>Crestron0104473<br>Crestron0109291 | Crestron0064167<br>Crestron0065246<br>Crestron0090237<br>Crestron0107929<br>Crestron0116857<br>Crestron0117193<br>Crestron0144726<br>Crestron0177364<br>Crestron0177771<br>Crestron0177784 |
| **Pacific Sound and Video, Tmv Properties, Inc.** | **Pacific Sound & Video** | Crestron0137457<br>Crestron0172513 | Crestron0066687<br>Crestron0116857<br>Crestron0137457<br>Crestron0170648 |
| **Paulson's Audio & Video** | | Crestron0148244<br>Crestron0170271)<br>Crestron0178181 | Crestron0116857<br>Crestron0116857<br>Crestron0137457<br>Crestron0178143<br>Crestron017818 |

| | | | |
|---|---|---|---|
| **Shimek's Audio (Shimek & Co, Inc.)** | **Shimek's Audio Video** | Crestron0090237 | Crestron0067874<br>Crestron0090237<br>Crestron0116689<br>Crestron0116857 |
| **Stereo East Home Theater** | **Stereo East** | Crestron0137457<br>Crestron0076211<br>Crestron0076214<br>Crestron0084117<br>Crestron0063268 | Crestron0061912<br>Crestron0062205<br>Crestron0116857<br>Crestron0137457<br>Crestron0170648 |
| **Summit Technology Group, Inc. (Audio Video Showroom, Probst Inc.)** | **Summit Electric, Summit Electronic Systems, Summit Solar** | Crestron0090237 | Crestron0090237<br>Crestron0116857<br>Crestron0116863<br>Crestron0170648 |
| **The J Edison Group** | | Crestron0178107<br>Crestron0070307<br>SAVANT0716285<br>SAVANT1545718 | Crestron0084928<br>Crestron0117193 |
| **The Sound Room** | | Crestron1037457<br>Crestron0178146 | Crestron0116857<br>Crestron0137457<br>Crestron0170648 |

# EXHIBIT F

| Dealer | DBA | Approved by Savant | Crestron's Actions | Sales Data |
|---|---|---|---|---|
| **Acadian Custom Installations** | | SAVANT2619831 | Crestron0185482<br>Crestron0170277<br>Crestron0170383 | Crestron0061912<br>Crestron0084988<br>Crestron0116857<br>Crestron0132448<br>Crestron0185482<br>SAVANT1648675<br>SAVANT1657882<br>SAVANT2615369<br>SAVANT2615387<br>SAVANT2731751 |
| **Blu Note AV** | **Blu Note Audio and Home Theater** | SAVANT2619831 | Crestron0003084<br>Crestron0062106<br>Crestron0062113<br>Crestron0171093<br>Crestron0084454<br>Crestron0084488 | Crestron0084490<br>Crestron0116857<br>Crestron0117193<br>Crestron0170648 |
| **J.R. Goold Enterprises, Inc.** | **Pacific Digital Home** | SAVANT2619831 | Crestron0138213<br>Crestron0137970<br>Crestron0138047 | Crestron0116857<br>Crestron0117193<br>Crestron0132448<br>Crestron0137434<br>Crestron0137474<br>Crestron0144546<br>Crestron0176808 |
| **NuSystems, Inc. (Nu-Systems, Inc.)** | | SAVANT2619831 | Joseph Arceo Deposition 17:14-25, 18:22-24, 20:20-21:5, 59:21-60:21, 63:2-9<br>ANSR0000123<br>Crestron0065266 | Crestron0065266<br>Crestron0067874<br>Crestron0084488<br>Crestron0116857<br>Crestron0132448<br>Crestron0144726<br>Crestron0170648<br>Crestron0177364 |

RESTRICTED CONFIDENTIAL – OUTSIDE COUNSEL ONLY

# EXHIBIT G

| Dealer | DBA | Approved by Savant | Crestron's Actions | Dealer's Actions | Sales Data |
|---|---|---|---|---|---|
| **Barrett's Inc.** | **Barrett's Home Theater** | | Crestron0137456<br>Crestron0137457<br>Crestron0178163 | | Crestron0116857<br>Crestron0170648<br>Crestron0178138 |
| **Electronics Design Group Inc.** | **EDG** | SAVANT2619831 | Crestron0137457<br>Crestron0058756<br>Crestron0001489 | Crestron0151688<br>Crestron0058987 | Crestron0116857<br>Crestron0137457<br>Crestron0170648 |
| **Elliston Systems & Design Inc. (TX)** | | SAVANT2648477 | Crestron0079033 | | Crestron0116857<br>Crestron0117193<br>Crestron0185479 |
| **Global Sight and Sound (WI)** | | SAVANT2619831 | Crestron0193917<br>Crestron0178163 | | Crestron0066687 |
| Green Balance Inc | **Atlantic Smart Technologies, Inc.** | SAVANT2619831 | Savant0135373<br>Crestron0116404 | | Crestron0065656<br>Crestron0116857<br>Crestron0170648<br>Crestron0172290 |
| **Guenther-Vorrucken, Inc.** | **Advanced Audio Design** | SAVANT2619831 | Crestron0137456<br>Crestron0137457<br>Crestron0116647<br>Crestron0119840 | | Crestron0058233<br>Crestron0116857<br>Crestron0170648 |
| **Home Media, Inc.** | **Home Media** | SAVANT2619831 | Crestron0003881<br>Crestron0185642<br>Crestron0082441<br>Crestron0003291<br>Crestron0170385<br>Crestron0083855 | Crestron0003342 | Crestron0084988<br>Crestron0096209<br>Crestron0116857<br>Crestron0170648<br>Crestron0171096<br>Crestron0171147 |
| **Kozi Media Design, Inc.** | | SAVANT2619831 | Crestron0178145 | | Crestron0178143<br>Crestron0178139<br>Crestron0116857<br>Crestron0170648<br>Crestron0084928 |
| **Safe and Sound Systems, Inc.** | | SAVANT2619831 | Crestron0171147<br>Craig Stulce Deposition 25:15-26:16, 44:5-21, 45:12-46:2<br>SAVANT0430540 | | Crestron0084488<br>Crestron0096209<br>Crestron0116857<br>Crestron0145803<br>Crestron0170648 |
| **Suess Electronics Inc.** | | | Crestron0137457<br>Crestron0178138<br>Crestron0178163 | | Crestron0066687<br>Crestron0116857<br>Crestron0137457<br>Crestron0170648<br>Crestron0178144<br>Crestron0193696 |

# EXHIBIT 617

SAVANT

# Market Research 2009 – Advanced Home Controls

## What We Know

### Parks Associates –
*Home Systems: Home Controls – Analysis and Forecasts April 2010*

**Advanced Home Controls Market Size 2009:**
$124 Million (U.S. only)

**Key Players** – Crestron, AMX & "partially Control4"

### Crestron

Parks Report states they have more than ***5000 Dealers*** in the U.S. alone.
(They also serve over 90 countries through 41 offices)

### AMX

Parks states AMX has 500 Dealers in U.S. (early this year(march 2010) AMX shed about 700 residential dealers recently as part of its new Bullseye program., source – CEPro)

*Parks segregates (from other control company's in this report) and labels Crestron & AMX as "High-end Systems*

### Control4

Parks labels Control4 & HAI as "reasonably affordable" home control providers

Control4 is sold in Magnolia Home Theater outlet in Best Buy Stores (5 regions in U.S.) also in a number of specialty retail stores such as 6th Avenue Electronics.

***Savant is considered and understood to be a High-End Control & Automation System, thus competing most directly with Crestron & AMX, not with the majority of Control4 business.***




| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Advanced Central Home Controls | $191 | $118 | $124 | $200 | $233 | $341 | $507 | $482 |
| Energy Controls | $201 | $133 | $146 | $226 | $291 | $444 | $578 | $657 |
| Lighting Controls | $300 | $348 | $373 | $465 | $618 | $810 | $878 | $971 |
| Entertainment Controls | $263 | $317 | $470 | $700 | $941 | $1,202 | $1,302 | $1,382 |
| Security & Remote Home Monitoring & Control | $546 | $581 | $733 | $889 | $1,104 | $1,347 | $1,552 | $1,827 |
| OTHER Controls | $4 | $11 | $33 | $39 | $62 | $104 | $132 | $170 |

© 2010 Parks Associates

**2009: Advanced Central Home Control – $124**

## CEPro Top 100, 2009

***The data from the 12th annual CE Pro 100 (CEPro is part of EH Publishing) U***

In total, the *CE Pro 100* logged gross custom revenues of
$543 million (U.S. only)

63 of the Top 100 Dealers are High-end Crestron Dealers

24 of the Top 100 CEPro's do not sell High-End Automation Systems (majority Control4)

Therefore of the top 100 integrators on this list, only 76 are considered top-tier, sell high-end automation systems and are companies that resided in Savant's target market for 2009.

Out of the 76, 63 are Creston Dealers

Or 82.8%

**This research suggests that Crestron held more than 80% of the high-end control and automation market for 2009**

## EH Publishing Research 2009

"Crestron remains the brand of whole-house automation/control products and systems installed most frequently by custom installers/dealers/integrators, according to information collected early this year in EH Research's annual Brand Awareness, Use and Preference survey."

"Crestron has been the #1 brand of whole-house automation/control system installed by CE pros in all six years that we've been conducting this survey."



## Whole-House Automation/Integration

| | USED MOST FREQUENTLY |
|---|---|
| AMX | 4% |
| Colorado vNet | 2% |
| Control4 | 12% |
| Convergent Living | 1% |
| Crestron | 21% |
| Elan | 9% |
| ELK | 4% |
| Exceptional Innovation/Lifeware | 1% |
| HAI | 10% |
| HomeLogic | 3% |
| HomeSeer | 0% |
| Netstreams | 2% |
| Niles | 9% |
| On-Q/Legrand | 12% |
| Savant | 0% |
| Vantage | 4% |

"Other" = 1%

Company's shaded – Crestron, AMX & Savant represent the High-End Systems Market

**Out of the entire $432.8 Million that EH Publishing has determined is the market size for automation and control systems, 25% of that, or 108.2 Million encompasses the High-End Category (Crestron, AMX & Savant)**

**With Crestron at 21% over all, Crestron clearly has the dominant market share in not just the high-end category, but also the entire control market.**

**Notes:** EH Publishing & Parks Associates report close market size numbers for the High-End Automation and Control Sector:

Parks - $124 million
EH – $108.2 million

## CEDIA Research

Who is CEDIA?

The Custom Electronic Design & Installation Association (CEDIA) is an international trade association of companies that specialize in planning and installing electronic systems for the home. These systems include home networking, home automation and communication systems, media rooms, single or multi-room entertainment systems, and integrated whole-house subsystems providing lighting control, security, and HVAC systems.

**2500 CEDIA Certified Installers in the U.S.**

Dealer Research on Major Markets (2009/2020):
Search criteria included selling Home Control & Automation/Networking/Integration

**New York City**
100-mile radius
- 128 CEDIA Dealers
- 72 of them sell High-End Control & Automation
- 48 Crestron Dealers

**Boston**
100-mile radius
- 34 CEDIA Dealers
- 21 of them sell High-End Control & Automation
- 12 Crestron Dealers

**Miami**
250-mile radius
- 48 CEDIA Dealers
- 32 of them sell High-End Control & Automation
- 30 Crestron Dealers

**Los Angeles**
250-mile radius
- 89 CEDIA Dealers
- 62 of them sell High-End Control & Automation
- 54 Crestron Dealers

**Phoenix**
250-mile radius
- 24 CEDIA Dealers
- 16 of them sell High-End Control & Automation
- 10 Crestron Dealers

**Chicago**

250-mile radius
- 108 CEDIA Dealers
- 54 of them sell High-End Control & Automation
- 36 Crestron Dealers

**Denver**
250-mile radius
- 42 CEDIA Dealers
- 21 of them sell High-End Control & Automation
- 25 Crestron Dealers

**San Francisco**
100-mile radius
- 37 CEDIA Dealers
- 17 of them sell High-End Control & Automation
- 13 Crestron Dealers

**Austin/Texas**
250-mile radius
- 76 CEDIA Dealers
- 36 of them sell High-End Control & Automation
- 23 Crestron Dealers

**Totals:**

Major (highest revenue) CEDIA Markets:

**331 Total Dealers** selling and integrators "High-End" Control & Automaton Systems

**251** of those are Crestron Dealers

or **76%**

Conclusions:

Crestron dominated the High-End Control & Automation Systems market in 2009-2010, having 76% market share.

EXHIBIT 618

**From:** Craig Spinner <Craig.Spinner@savantav.com>
**To:** Robert Madonna <Bob.Madonna@savantav.com>
**Sent:** 6/1/2010 3:30:02 PM
**Subject:** Fwd: Latest Leaflets - Crestron
**Attachments:** ATT9598468.htm; ATT9598469.htm; ATT9598470.htm; ATT9598471.htm; ATT9598472.htm; ATT9598473.htm; ATT9598474.htm; crestron_vs_savant-audio.pdf; crestron_vs_savant-control_system_in_wall.pdf; crestron_vs_savant-control_system_wireless.pdf; crestron_vs_savant-control_system_wireless_interactive.pdf; mime-attachment.txt; Savant_blue.jpg; total_home_control_crestron_vs_savant.pdf

here is one

Begin forwarded message:

**From:** Joel Maxwell <joelm@bigpicturesolutions.tv>
**Date:** May 29, 2010 9:48:24 PM EDT
**To:** elisabethm@bigpicturesolutions.tv
**Subject: Latest Leaflets**

New leaflets for Crestron Dealers. I am sure they will have these at AIA as well. Might want to get working on something to Counter it.

---

savant
NOW YOU CAN

Craig D. Spinner
*Director of Marketing*
cspinner@savantav.com
www.savantav.com

Savant Systems LLC
770 Main Street
Osterville, MA. 02655

**Main:** 508-683-2500
**Direct:** 508-683-2513
**Fax:** 508-683-2613

Follow us on Twitter @ SavantAV

# EXHIBIT 619

**From:** Bruce Myers <Bruce.Myers@savantav.com>
**To:** Robert Madonna <Bob.Madonna@savantav.com>
**Sent:** 8/24/2010 10:54:28 AM
**Subject:** 5 Year business model
**Attachments:** 5 Year Business Model for Bob 082410.xls; ATT81797754.htm

Bob

Gadi asked me to send this to you. Still have some more work to do on this but it gives you a good idea

thanks

Bruce

# EXHIBIT 620

| | |
|---|---|
| **From:** | George Katsiris <George.Katsiris@savantav.com> |
| **To:** | Stephanie Waters <stephanie.waters@savantav.com> |
| **CC:** | Robert Madonna <Bob.Madonna@savantav.com> |
| **Sent:** | 9/16/2009 1:25:44 PM |
| **Subject:** | Re: CEDIA Feedback |
| **Attachments:** | ATT16077882.txt; ATT16077883.txt; George CEDIA Recap.xls; Savant_blue.jpg |

Bob,

Thanks for asking for this feedback. Please find my below comments as well as the attached summary of every meeting I had/ new walk-in leads with comments from myself and my reps.

The good:

This is our 4th CEDIA. The greatest challenge Savant has faced has been convincing the entire CEDIA channel that we are ready for prime-time and I believe the fact that we have been here now for 4 years strengthened the perception that we are real and are here to stay. Between my reps and I, we had nearly 80 meetings and walk-in leads in the booth. When everything worked, I felt invincible during my demo and heard from a lot of folks that our booth and Lutron's booth was causing a lot of buzz. The strongest reaction was to ROSIE on the ROAD, Protege, True Image, Gesture Touch, Intercom, Energy Management and very strong reaction to the re-pricing of the iPhone app (which i feel is the future of this industry) Also, all of my dealers have had nothing but great things to say about Beth and Inside sales and also always make a point to tell me that our support is great.

The bad:

Many of my meetings were with dealers that had come to the conference and had already seen a lot of the technology we were displaying. The criticism I heard over and over again was that everything looked great but that nothing was available yet. I believe that showing technology in June that will not ship until November has had a significant impact on revenue and negatively reinforced that we will not be ready until 4.0 is released. The good news is that the natural sales cycle on most projects is long so many dealers started to specify our line into projects after the conference which is turning into booked orders. (I have $300- $400 K of open orders that are tied up until 4.0 is released). I also think that Pro Services is perfect in theory but has been causing branding problems in practice. The reality is when things go wrong on a job the end user beats up the dealer who turns around and says "hey, if Savant can't get their own system up and running how am I supposed to?" In other words, the program does not incentivize dealers to become self-sufficient and worse yet they throw us under the bus when there are any problems some of which are legitimate while others might be things they should know how to solve on their own. In my mind it soaks up too much bandwidth that we could be using for testing.

The ugly:

As you can see from my attached list there were lots of great demo's and meetings when everything worked. However, there were also several meetings I had that were simply embarrassing. Sometimes I would touch lights on the True Image panels and nothing would happen and other times there was a significant delay. Wifi issues caused the iPhone to freeze when services were selected, etc. This is a very small industry and word travels fast so folks who have had issues with their demo systems or first installs were very critical when anything didn't work. I also received a lot of feedback that dealers felt our communication needed to be improved. I also feel honestly that a lot

# EXHIBIT 621

savant

# New Products
# Savant Stimulus Packages

## February, 2009

# Overview

## Current "Roadblocks" you have reported:

- *Down-Economy*
- *Cash flow issues with Dealers*
- *Steep Savant buy-in*
- *Touchpanel Pricing and Configuration Issues*
- *Crestron's aggressiveness*



Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# New Products for 3.8 Release

**In-Wall Touchpanel Server**
**New Touchpanel Pricing**

**New Keypad System**

**Wireless Server featuring iPod Touch® and iPhone® Control**

**OSD Server**


Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# New In-Wall System: Single or Dual Port In-Wall Touch Server

- Single or Dual In-Wall Touch Server (2U Box)
  - Cleaned Up Rack Wiring!
  - Embedded OSX Host
  - Embedded Single-port TP Extender
- In-Wall Touch Panel Support
  - Choice of 5-, 7-, 9-, 12-inch





Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# New In-Wall System:
# In-Wall Touch Server

## Savant vs Competition




| **Current pricing** | **New Product Pricing** | **Savings** |
|---|---|---|
| **5" ~$1,550** | **5" - $1,050** | **5" ~ 32%** |
| **7" ~$2400** | **7" - $1,600** | **7" ~ 33%** |
| **9" ~ $2600** | **9" - $2,100** | **9" ~ 20%** |
| **12" ~ $3800** | **12" - $2,800** | **12" ~ 26%** |

**New Product Savings: $500 - $1,000/TP**
**10-20% Less than Competition!**



Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# New Keypad System: Single Port Keypad Extender

- Single Port Key Pad Extender
- No Dedicated Host required
  - (3.8 release)
- Blueprint Configurable
  - No traditional programming






| **Current pricing** | **New Product Pricing** | **Savings** |
|---|---|---|
| **KP ~$600** | **KP - $250** | **KP ~ 58%** |

**New Product Savings: $350-750/KP**
**Competitive Pricing!**



Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# Announcing the Wireless Server: iPod Touch® & iPhone® Control

- Wireless Server (2U Box)
  - Whole House Control
    - Centralized or Distributed
      - Control Ports
        - 8 Serial
        - 6 IR
        - 4 Relay
        - 7 GPIO
        - 1 Ethernet
      - Embedded Host
      - Embedded Mobile Device Server
- One-Way Remote & Dongle
- iPod Touch® or iPhone® Control
  - Complete Control!
  - Supports 8 Devices




**Regular Dealer Cost: $1750**
**(Plus Mobile Licenses!)**

**Regular MSRP: $3,500**
**(Plus Mobile Licenses!)**


Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# Announcing OSD Server

- OSD Server (2U Box) Reduced Rack space:
  - Embedded System OSD
  - Embedded OSD Host
- Stand Alone or Part of Larger System
- Standard or Contemporary Remote
  - & Dongle
- iPhone® or iPod® Touch Control




Figure 1: OSD Control Server providing ROSIE OSD and Whole-House Control

| Current OSD pricing | New Product Pricing | Savings |
|---|---|---|
| OSD ~$2700 | OSD - $1900 | OSD ~ 30% |



OSD Control Server - Rear View



savant

# New MacBook Requirements

- MacBook for Field Environment available with 3.8
- Recommend Macbook Pro for Development environment



# Savant Stimulus Packages

# Stimulus Packages Overview

## Introduction of 4 Dealer "Stimulus" Packages

- *Assist in rapid Dealer sign-up*
- *Packages will help to overcome the current market conditions*
- *Packages will get Savant's technology in Dealers hands quickly*
- *Familiarize Dealers with Savant's Platform before Training*
- *Packages tied to Training sign-up*



Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# Program Goals and Duration

**GOAL**

**Sign up a Minimum of 175 Dealers**
**By the End of April**

**Stimulus Programs Valid until April 30, 2009**



Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# Wireless Control System Package

- Wireless Server (2U Box)
  - Control Ports
    - 8 Serial, 6 IR, 4 Relay, 7 GPIO, 1 Ethernet
  - Integrated Host
  - Mobile Device Server
- Remote & Dongle
- 4 Mobile Device Licenses
- iPod Touch® (8GB)
  - Additional iPod touch's w/ $100 rebate
  - End-customer must still buy App
- MacBook with Blueprint License




**Regular Dealer Cost: $6351.59**
**Regular MSRP: $12,703**

**Stimulus Dealer Cost: $3,000.00**
**Stimulus Savings: $3,351.00**



RESTRICTED CONFIDENTIAL – Outside Counsel Only

# OSD Control Package

- OSD Server (2U Box):
  - System OSD
  - Integrated Host
  - Mobile Device Server
- Remote & Dongle
- 4 Mobile Device Licenses
- iPod Touch® (8GB)
  - Additional iPod touch's w/ $100 rebate
  - End-customer must still buy App
- MacBook with Blueprint License

**Regular Dealer Cost: $8,551**
**Regular MSRP: $14,403**

**Stimulus Dealer Cost: $3,700**
**Stimulus Savings: $4,851**




Figure 1: OSD Control Server providing ROSIE OSD and Whole-House Control

# In-Wall Control System Package

- In-Wall Controller (2U Box)
  - Host
  - Single-port TP Extender
  - Mobile Device Server
- ROSIE System Controller
- In-Wall Touch Panel
  - Choice of 5-, 7-, 9-, 12-inch
- Remote & Dongle
- 4 Mobile Device Licenses
- iPod Touch® (8GB)
  - Additional iPod touch's w/ $100 rebate
  - End-customer must still buy App
- MacBook with Blueprint License




**Regular Dealer Cost: $6,600-9,000**
**Regular MSRP: $12,000-$16,800**

**Stimulus Dealer Cost:**

**5" - $3,800** **7" - $4,350**
**9" - $4,850** **12" - $5,550**

**Stimulus Savings: $3,100 - $3,750**


Proprietary & Confidential - Savant Systems LLC

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# Multi-Room Control System Package

- ROSIE System 2
  - AOM-016U (8 zones of audio)
  - OVP-1100
    - OSD & Video Processing
  - Mobile Device Server
  - iTunes
- 13.3" Touch Panel
- 4 Mobile Device Licenses
- iPod Touch® (8GB)
  - Additional iPod touch's w/ $100 rebate
  - End-customer must still buy App
- MacBook with Blueprint License




**Regular Dealer Cost: $14,631**
**Regular MSRP: $28,722**

**Stimulus Dealer Cost: $10,000**

**Stimulus Savings: $4,631**




Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# Special Stimulus Financing Program

- **Special Financing Program**
  *$10,000 Minimum Order for Financing*
  *No Payments for 90 days*
  *12 month interest free financing*

- **90 Day Rebate Program**
  - *Purchase $65k within 90 days*
  - *Receive credit for "Opening Order" cost (up to $10,000 Maximum)*



Proprietary & Confidential - Savant Systems LLC

savant

RESTRICTED CONFIDENTIAL – Outside Counsel Only

# NEW !! Savant Professional Services

- Design & Documentation
  - D-Tools
    - Schematic*
    - Floor Plan +
- BluePrint Configuration
  - Basic Control*
  - Custom WorkFlows*
  - Basic Graphics *
  - Custom Graphics +
  - Applets +
- Commissioning Support
  - Remote Turn-Up Assistance*
  - On-Site Showroom System Turn-up Support*
  - 1st Job Turn-Up+

* Free with Opening Order ; + Additional cost



savant

# Stimulus Cutsheets for Dealers

savant

## Wireless Control System Package

Savant is excited to offer this package, allowing approved Dealers to quickly enage in our exciting product line and creation environment with minimal investment. This package is bundled with the following key components:

- (1) iTouch Server, with integrated *Controller*, *Host* and *Mobile Device Server* functionality
- (1) ROSIE Remote paired with (1) RF Wireless Receiver
- (1) 8GB iPod touch™ (ROSIE Mobile User Interface)
- (1) Mobile Device License
- Racepoint Blueprint™, single-user license

Overview - Creating a complete ROSIE Control Solution requires three essential building blocks, which are provided with this bundled package: (1) ROSIE Controller, (2) Host, and (3) User Interface. The application example in Figure 1 demonstrates how the *iTouch Server*, with its Integrated Host and Mobile Device Server, can be paired with ROSIE Remotes and ROSIE Mobile Devices, as an ideal control solution for simple multiroom installations. The *iTouch Server* functions as a "master zone controller" and supports up to four mobile devices. All audio and video switching and processing are performed by 3rd party Audio Video Receivers. The *iTouch Server* is available in a 2U enclosure and includes a blend of the most popular control formats (8 Serial, 6 IR, 4 Relay, and 7 GPIO).




Note - We can use this page to: (1) briefly describe Blueprint™, (2) Mention MacBook Purchase Required on all packages, (3) Possibly briefly describe the new ROSIE Remote, (4) Include / Create Model Numbers

### Key Features

- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 GPIO and 1 Ethernet port
- Navigation and Control
  - Paired with two user interfaces: ROSIE Remote & 8GB iPo touch™
  - *ROSIE Home Automation Application* for the iPhone / iPod touch is required and is available through the Apple® App Store (Not Included)
- Integrated Host
- Integrated Mobile Device Server
  - Supports up to 4 mobile devices
- Configured and customized using RacePoint Blueprint™
  - Minimum System Requirements - New MacBook with min. 2GB of RAM (4GB recommended)
- All bundled packages require the purchase of a MacBook or MacBook Pro

### Specifications

- 2U (rack unit high), Dimensions (HWD): 3.5 x 17.3 x 8.25 inches
- Metal with black matte finish enclosure
- Power
  - Input Power (CPU): 120 VAC, 50/60 Hz, 110W, 12 VDC
  - Input Power (Host): 120 VAC, 50/60 Hz, 110W, 18 VDC
- Rear IO
  - (4) USB 2.0 ports
  - (1) FireWire 400 port
  - (1) DVI Output
  - Control ports: 8 Serial, 6 IR, 4 Relay, 7 GPIO
  - Ethernet ports : (1) 10/100/1000 Base-T (Gigabit), (1) 10/100 Base-T
- Wireless
  - Built-in Wi-Fi (802.11g)
  - Built-in Bluetooth® 2.0
- Included Items
  - Removable rack ears and mounting hardware
  - Power Supplies
  - Installation Kit
  - Quick Reference Guide
- Compliance



*iTouch Server - Rear View*

For more information on Savant®, please contact us at sales@savantav.com or visit our website at www.savantav.com.

RacePoint Blueprint™ and SAVANT® are registered trademark of Savant Systems, LLC.
Apple®, iPod touch® are registered trademarks or trade names of Apple Inc.

savant
NOW YOU CAN™

770 Main St., Osterville, MA. 02655
P. 508.683.2500 F. 508.683.2600
www.savantav.com

Savant Systems' technology and designs are protected by patents issued in the U.S. and other countries and pending U.S. and foreign patent applications. Savant Systems LLC reserves the right to change product specifications without notice.
Doc. No. 009-00XX-00


Proprietary & Confidential - Savant Systems LLC
savant

RESTRICTED CONFIDENTIAL – Outside Counsel Only

savant

# Savant Stimulus Packages

EXHIBIT 622

**From:** Jim Miller <jim@desertsound.com>
**To:** Chuck Parrelli <Chuck.Parrelli@savantav.com>
**CC:** Matt Frias <matt.frias@savantav.com>
**Sent:** 5/24/2011 4:11:35 PM
**Subject:** RE: Apollo Group
**Attachments:** 5.3.11 1st FLoor IDEO RevisionsCAFE EXP.DWG

Floor Plan

---

**From:** Chuck Parrelli [mailto:chuck.parrelli@savantav.com]
**Sent:** Tuesday, May 24, 2011 9:27 AM
**To:** Jim Miller
**Subject:** Re: Apollo Group

Ok. Let's say 12:45 eastern and i'll get Matt on board. Please use the same call in number and id from yesterday.

Sent from my iPad

On May 24, 2011, at 12:20 PM, "Jim Miller" <jim@desertsound.com> wrote:

Ill be available in 15 minutes and can be available anytime after.

*Sent via DROIDX on Desert Sound Network*

-----Original message-----
**From:** Chuck Parrelli <chuck.parrelli@savantav.com>
**To:** Jim Miller <jim@desertsound.com>
**Cc:** Jim Carroll <jim.carroll@savantav.com>, JC Murphy <jc.murphy@savantav.com>, Matt Frias <matt.frias@savantav.com>, Kevin Kicklighter <Kevin.Kicklighter@savantav.com>, Cliff Johnston <Cliff.Johnston@savantav.com>
**Sent:** Tue, May 24, 2011 16:05:27 GMT+00:00
**Subject:** Re: Apollo Group

Hi Jim,

Matt is available until 2:00pm eastern and then again after 4:00pm eastern; do either of those time slots work for you?

Regards,

Chuck Parrelli
Vice President, Residential Sales

Mobile 508-648-6165
Office 508-683-2584
chuck.parrelli@savantav.com

On May 24, 2011, at 11:46 AM, Jim Miller wrote:

> Hi Team,
>
> It looks like this is a very fast pace project. They have already told the press about the �Classrooms of the Future� and now have to deliver. The project was to be completed in July, but the first floor had a different purpose so they are currently in a remodel phase.
>
> It turns out that Cisco is providing at least $250k of equipment at no charge in the hopes of upgrading facilities throughout the country. They are looking for some budget numbers tomorrow from me on the Savant System. I explained that this is at least a 10 day process, but they would rather have it tomorrow for budgetary purposes and as long as I didn�t come back with a higher number base on our meeting yesterday.
>
> They also had the head of the AV Department at the meeting to speak the Tech side. They have Crestron throughout their facilities and mention it has taken years to implement. His concern was ease of use and reliability. I asked him how often they reboot Crestron processors, what�s failure rate of the product and how much backup product they have on hand, he replied �a lot.� I told him with Savant all those issues will go away. The processor rarely need to be rebooted and if they do, it�s from an outside issue and not the product. Currently failures are less than 3% and Savant has a focus to get it down to 1 %. Also you can get an iPad at 10 different retailers within 5 miles of their facility. He was very on board, the only concern he had is Crestron�s Roomview, this seems to be our only obstacle with him. While we are the only Integrator they are talking too, we need to keep them onboard so they don�t go out and get a Crestron Quote.
>
> The help I need from Savant today is:
> 1. Review the system design so I can put together a bill of materials
> 2. Create a budget number for Professional services.
>
> We can have another conference call or I can communicate directly with Matt on this.
>
> Regards,
>
> Jim Miller
> 602-290-4095
> From: Chuck Parrelli [mailto:chuck.parrelli@savantav.com]
> Sent: Monday, May 23, 2011 11:19 AM
> To: Jim Miller
> Cc: Jim Carroll; JC Murphy; Matt Frias
> Subject: Re: Apollo Group
>
> 866-469-3239
>
>
> Regards,
>
>
> Chuck Parrelli
> Vice President, Residential Sales
>
> Mobile 508-648-6165
> Office 508-683-2584
> chuck.parrelli@savantav.com
>
>

>
>
> On May 23, 2011, at 2:18 PM, Jim Miller wrote:
>
>
> I must have written down the wrong call in number � 866-467-3239
>
> From: Jim Carroll [mailto:jim.carroll@savantav.com]
> Sent: Monday, May 23, 2011 10:24 AM
> To: Jim Miller
> Cc: JC Murphy; Chuck Parrelli; Matt Frias
> Subject: Re: Apollo Group
>
> Hi Jim.
>
> I just had a meeting with Matt Frias a Sr. Technical Consultant that works with JC and filled him in based on our call on Friday. He and Chuck would like to jump on a call as soon as you are ready.
>
> Jim
>
>
> On May 23, 2011, at 10:14 AM, Jim Miller wrote:
>
>
>
> Hi Guys,
>
> I have a discovery meeting with the Lead at the Apollo Group this afternoon. I�ll send you an update asap.
>
> Regards,
>
> Jim Miller
>
> From: Jim Carroll [mailto:jim.carroll@savantav.com]
> Sent: Monday, May 23, 2011 6:51 AM
> To: Jim Miller
> Cc: JC Murphy
> Subject: Re: Apollo Group
>
> Jim,
>
> I wanted to acknowledge that we have this and will be meeting today with the technical team to discuss support for you on this.
>
> JC and I will tag team this effort to make sure you get all the support you need.
>
> Please provide any additional information and or questions you may have as we start to understand and breakdown the requirements.
>
> Jim
>
> On May 20, 2011, at 5:37 PM, Jim Miller wrote:
>

>
>
>
> Here is the floor plan of the project. The red squares represent multiple TV locations. Some squares represent 3 to 4 displays.
>
> Jim Miller
> 602-290-4095
>
> =
>
>
>
> Jim Carroll
> President
> Savant Systems LLC
> 770 Main St.
> Osterville, MA. 02655
> Direct: 508.683.2502
> www.savantav.com
>
> Statement of Confidentiality
> The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683-2500 and delete this message and its attachments, if any.
>
>
>
>
>
>
>
>
>
> Statement of Confidentiality
> The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683.2500 and delete this message and its attachments, if any.
>
>
> Jim Carroll
> President
> Savant Systems LLC
> 770 Main St.
> Osterville, MA. 02655
> Direct: 508.683.2502
> www.savantav.com
>
> Statement of Confidentiality
> The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee.

The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683-2500 and delete this message and its attachments, if any.
>
>
>
>
>
>
>
>
> Statement of Confidentiality
> The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683.2500 and delete this message and its attachments, if any.
>
>
> Statement of Confidentiality
> The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683.2500 and delete this message and its attachments, if any.
>

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683.2500 and delete this message and its attachments, if any.

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683.2500 and delete this message and its attachments, if any.

EXHIBIT 623

**From:** Marty Bartelstone <marty@nutechgroup.com>
**To:** Chuck Parrelli <Chuck.Parrelli@savantav.com>
**CC:** George Katsiris <George.Katsiris@savantav.com>
**Sent:** 5/17/2010 11:13:01 AM
**Subject:** Fwd: Savant credit terms with key dealers

Chuck,

Below is a brief outline for the 2 primary accounts we discussed on Friday.
These are the two primary for now.
There are a couple of others, but we'll deal with them as they're jobs get a little closer.
American Automation
Converge.

All Around Technology

At this point they have in their demonstration order.
Tim Rooney is at the Experience Center today with two clients. Both clients are being switched from Crestron to SAVANT.
Each of these jobs should at least be $30K cost SAVANT jobs. He has another job closed which should also be around $20 - 30K at SAVANT cost minimum.

All Around has the potential of being a over $200k account over the next 12 months and working towards $300 with the appropriate credit line.
I have been doing business with this account for over 20 years and although at times they can run a tad slow, they have never missed a commitment for payment.

Tim Rooneys father is a retired lobbyist and Tims clientele base is of a character not many dealers in the country have access.

By the way they have 2 techs at training this week.

Integrated Media Systems

- **Order potential 2010 (all $ is dealer cost)**
  - $13K and $14K orders in house now
  - $50K job closed and install to be started this week or next
  - 3 known future jobs to start in 2010 (Savant will be the control system if credit allows)
    - 1st - 20K square foot home, NYC apartment and yacht for one client ($100K plus potential job)
    - 2nd - 30K square foot home to start in 2010 (probably system 24)
    - 3rd - System 12 for new home to be started in summer
  - 2 clients with existing control systems looking for upgrade
    - These would go Savant if possible
    - credit would be a HUGE limiter
  - 40K square foot CASTLE to begin construction in 2010
    - IMS wants it to be Savant

- They have the job
- Several other existing clients that they would like to approach with Savant upgrades

IMS has the potential to be a $350K + dealer in 2010. They also have the potential to be a $100K, or less, account due to credit limitations. IMS has been in the industry for a long time and they have been a top integrator from the beginning. As many of the long time top integrators they were hit very hard by the economic conditions. As a result of this, their past stellar credit history is now less than perfect. They have been late with several payments, but they have not left any supplier hanging. Savant included! The biggest obstacle for Savant is the fact that they have almost $100K in credit with Crestron. They had a large past due balance with Crestron, but worked with them to pay it in full. Crestron is not going to lower the credit limit for IMS and they are making a strong play to get there business. They have seen a sharp drop off in Crestron sales to IMS and think it is due to the economy. The real reason is because the jobs have been going to Savant. This trend will only continue if IMS can get Savant product. We are at a point now that the $15K credit limit is forcing IMS to go Crestron with several jobs. We missed on a $20K order already because IMS needed product quickly and did not have any open credit with Savant.

This is a point at which Tom feels that his business is poised to bounce back. He would like Savant to be a big part of that. With a $15k credit limit, the amount of Savant business will be very limited. Tom will be forced to use Crestron, even if he doesn't want to. We are looking at a potential $250K swing in Savant business based upon IMS's credit limit.

I understand that Savant wants to remain conservative and protect themselves, but being too conservative may be more costly! This is just an example of a single dealer that equals a $250K sales swing. I know that there are more of these examples across the country, so the dollar amounts could be staggering. Also, the loyalty that could be established with the dealer base would be unmeasurable.

There is a reason so many dealers sell so much Crestron and it is not because the dealers just love the product. By the way, did you see that Crestron was ranked 31st in iPad apps sold and #1 in the industry. Is it because it is better? I don't think so!

Thanks again for all your support and extra effort in this regard, we all feel confident that with some financial considerations that SAVANT is poised to take off. The limitation for us all meeting our goals should not be credit.

Thanks, again,

Marty B

**Tim Painter**
**NuTech Group**
**540-241-0008**
**tim@nutechgroup.com**
**www.nutechgroup.com**

Tim Painter
Nutech Group
tim@nutechgroup.com

540-241-0008

Marty Bartelstone
NuTechGroup
215-654-1224 (office)
215-840-2022 (cell)