EXHIBIT 624

# savant
## Marketing 2010

**Overall Mission:** Savant Leads the Growth of Home Control & Automation in the eyes of the "general"consumer. Automation is not only for the ultra rich, it is here, now and available at a starting investment of 5-7 k.

Savant must define what control and automation mean to the consumer world. Apple is teaching consumers how to use a touch screen / panel with the iPad, iPhone and iPod touch. These devices are now readily available for well under 1000k. Savant is the only Apple-based control, automation and entertainment company in the world, thus is the best position to harness these powerful devices

**Current Marketplace Conditions:**

**Key Competitors:**

**Key Notes:**

All marketing efforts executed within our overall strategy must be able

Lets not scare customers away from automation, there past experiences have been poor, Savant is the future, lets create a new impression of automation.

It is an exciting time at Savant as we continue to accelerate sales and market growth. With this said, it is critical that our marketing efforts become proactive and compliment not just the rapid growth of Savant, but also the general proliferation of home automation/control as hardware touch panel costs decrease and become more prevalent with main stream consumers (iPad, iPhone, iPod touch).

Savant is certainly in a unique and advantageous position, being the only Apple-based automation and entertainment system available today. It is clear that Apple, wielding one of the world's most successful and powerful marketing weapons, is a great benefit to Savant and must be weaved into our marketing strategy moving forward.

**Areas we need help in:**

## Direct Consumer Marketing:

**Videos!** - Bring Automation to Life

- About the company
- Key technologies
- Control & Automation Education
- Apple-based

Lets not scare customers away from automation, there past experiences have been poor, Savant is the future, lets create a new impression of automation above and beyond Control4's = **Home Control is Everyday Easy.**

**Now You Can:** what does that mean to the customer?

**What Name do we Market**? Savant, ROSIE? Who is ROSIE and how does that relate to the consumer? Does that even work in the consumer world?

**Advertisements**

- Online Advertisements
- Print Advertisement – is print dead?

**Key Savant Technologies Marketing:**

- Savant's iPad Solution
- iPhone & iPod touch Application
- Savant's On-Screen Display
- Savant & Apple
- Protégé?

**Weekly Newsletter:**

- HTML Email to our customer base (consumers)

**Dealer & Customer Testimonials, video tours of cool homes**

## Website & New Media Marketing:

**Constant Website Improvement and enhancements**

**Social Media:**

- Twitter
- Facebook
- YouTube
-

**Pay for Click Program (search Engine Optimization)**

**Blogging**

**Separate Commercial Website**

## Dealer Marketing:

Materials & tools to enable the Dealer. They touch the consumer; Savant should be front and center one their website and collateral. Control is at the center of each installation.

**Videos:**

- Sales Sheets
- Brochures
- Website resources
- Canned Mailers they can put their logos on
- Canned HTML emails that can send with their logos

- Take a look at what Crestron offers it's dealers as sales tools.

**PR:**

**What is the image that Savant is trying to create? Are we creating a new image or rewriting the old?**

- The Only-Apple-based control System…
- Apple, Apple, Apple?
- iPad, iPad, iPad?

- The most advanced, easy to use, Solution for everyone?

- Cost Effective Home Control?

- The next-generation of Automation?

- Control and Access of your Entertainment, Media Anywhere?

- Family Oriented, kid friendly?

- Luxury Automation?

**Who are we marketing too?:**

- Athletes
- Business Executives
- Women & Children
- Tech-heads
- Apple-heads,
- The everyday upper-middle class, (Control4 = Control everyday easy)
- Luxury Clientele

**Which outlets fit our audience? Who is our audience? Who should be our audience?**

Robb Report?
Or
Apple focused websites and blogs?

New York Times and Forbes
Or
Home Theater Magazine & Electronic House

MTV & E(Hollywood)
OR
ESPN & Sports Illustrated

Maxim & Playboy
OR
Architectural Digest & Dwell

*All of the Above...*

# EXHIBIT 625

MULLEN

36 Essex Street
Wenham, MA 01984-1799
T 978 468-1155 F 978 468-1133
mullen.com

# MEMORANDUM

To: Craig Spinner, Micah Sheveloff

From: Mullen PR

Date: April 8, 2008

RE: **Savant Public Relations Programming Next Steps**

It was great to meet with you and Jim, and we are looking forward to putting together a PR program proposal. To that end, below are notes on our meeting as well as a list of questions below that will help us develop a program that meets your goals. We're looking forward to your feedback on this material to hone the scope of work.

***Next Steps:***

- Savant and WIRC Media to review the list of questions below to assist Mullen in developing a PR program, and to provide answers when possible.
- Mullen to develop a PR proposal with a scope of work, to be reviewed by Savant the week of 4/21.

**Meeting Notes**

**OVERVIEW:**

- Savant is focused on communicating to the CEDIA audience, including dealers and installers.
- There is desire for the brand to be more consumer-focused.
- The strength of the Mac platform is that it doesn't require dealers to reprogram systems (labor intensive) when new components are added or updated (competitors like Crestron and Control 4 require this costly additional labor).
- Savant/Rosie should be viewed as the best interface for controlling all of the content coming into the networked home.
- It is possible to reference the relationship with Apple, though there are some restrictions.
- Savant doesn't want to play in the same market as universal remote controls.
- Savant has a show house in Nantucket and property in SoHo that could be used for demos.
- Savant wishes to keep trade PR separate from consumer PR programming, but with both parts working collaboratively.

**GOALS:**

- Savant aspires to "own the home."
- Savant wants to be recognized beyond the traditional trade press, in a broader consumer media.
- The Apple relationship should be leveraged in communications as it is a point of differentiation.
- The company wants products to be sold in Best Buy and Circuit City, eventually.

MULLEN

36 Essex Street
Wenham, MA 01984-1799
T 978 468-1155 F 978 468-1133
mullen.com

## MEMORANDUM

***Questions:***

Company

- What is your company's goal for the foreseeable future?
- Where will the company be in five years? (Sold in Apple stores? Sold to Apple?)
- How do you think of yourselves in terms of competitors? What are their strengths/weaknesses?
- Are you going after a much larger market or are you focused on the home in the near term with a bigger objective (Craig, you called it "world domination" but does that mean only the home)?
- What is your current method of showing thought leadership?
- If Savant didn't exist what would the world do without it?

Customers

- Who is your ideal customer target today?
- Who is your ideal future customer target?
- Who are your current customers, and will they provide testimonials?

Marketing

- What are your top five public relations challenges as they see them?
- What shows are you planning to attend in the future besides CEDIA?
- What is your retail strategy? (Apple store sales because of connection to Mac OS? How can I purchase your gear? If online, how are you optimizing online advertising, search engine optimization?)
- What is your advertising strategy? Print? Online? Broadcast?
- How are you leveraging the Excellence in AV Program?
- How is Savant leveraging relationships with analysts?

Product

- What products in the pipeline should be the focus of promotions in the year ahead?
- Do you want to own touch interface from a mind-share perspective and thought leadership position? If so, how does that affect your relationship with Apple?
- To what degree are we able to discuss the fact that your system runs in Mac OS (what is the legal restriction)?
- How tapped into their product development pipeline are you?
- What makes your technology better or different from the competition? (Beyond that it runs on Mac OS).
- What are the challenges for going against a Microsoft platform, and Surface Computing?

####

# EXHIBIT 626

| | |
|---|---|
| **From:** | George Katsiris <George.Katsiris@savantav.com> |
| **To:** | Ben Jamison <IMCEAEX-_FIRST+20ORGANIZATION_FIRST+20ADMINISTRATIVE+20GROUP_RECIPIENTS_BEN+2EJAMISON@savantav.com> |
| **CC:** | mike@theaintegrated.com <mike@theaintegrated.com>;Beth LeClerc <beth.leclerc@savantav.com>;dave@theaintegrated.com" <dave@theaintegrated.com> |
| **Sent:** | 12/24/2008 4:07:51 PM |
| **Subject:** | Fwd: Insight Onsite Order Confirm |

George Katsiris
Senior Account Manager
Savant Systems
561 Broadway 3rd Fl.
New York, NY 10012
T: 508.683.2582
F: 508.683.2682
M: 646.232.4751

Begin forwarded message:

**From:** "Stephen Sobel" <steve@insight-onsite.com>
**Date:** December 24, 2008 3:07:24 PM EST
**To:** "George Katsiris" <george.katsiris@savantav.com>
**Subject: RE: Insight Onsite Order Confirm**

It's a go with the order with the 13.3 inch wireless system. Yes we do not need the development environment.
all with the original system config we sent in the first place.
you can put it through anytime, but please do it before the end of year.
thanks, and sorry for the trouble.
we look forward to doing big things with savant in the future.

-Steve

Stephen Sobel
Insight Onsite LLC
t. 646.272.8455
f. 646.349.3102
e. steve@insight-onsite.net

-----Original Message-----
From: George Katsiris [mailto:george.katsiris@savantav.com]
Sent: Wed 12/24/2008 9:52 AM
To: Stephen Sobel
Subject: Re: Insight Onsite Order Confirm

Thanks so much for your understanding. I really appreciate it! I have attached two possible opening orders. Both have the System 2 combo which has the controller (8 rs 232 port, 6 ir, 7 GPIO etc) as well as the OSD and the iTunes Media server. One version has the 13" wireless TP and the other has the 7" in-wall with the appropriate back-end stuff (power, host, etc) On your demo road rack, do you have a display device? In both cases I assumed you have a Mac Book pro and only need our software. Let me know if this is incorrect. I usually take my 13" wireless on the road and my iPhone to show folks the graphics and some custom backgrounds on the 13" and the ability to use the iPhone throughout the house. Our OSD is a huge differentiator which is why I was wondering if you have a display device in the road case. If not, by February you can use an iPhone remotely with our software (Rosie on the Road) and show folks how you can take over your System 2 from anywhere and still get full 2-way communication! This tends to blow apple users away. When you guys receive the order, I would love to get together and do whatever I can to help make it work for your purposes, maybe customize some backgrounds, etc. as well. Anyway, thanks again for being so cool about everything. I look forward to showing you that we are a very different company than Crestron/ AMX ,etc not only in terms of product and platform but also and especially in terms of service and practice. I will never tell you a particular product in our line to push more than another and we do not require minimum sales per quarter or year etc. And , as promised, we will help from design through final programming on your jobs and have local systems engineers that will actually do the programming with you on the first few jobs to make sure things go smooth.

Thanks again Steve and have a great Holiday!!

Cheers!

George Katsiris
Senior Account Manager
Savant Systems
561 Broadway 3rd Fl.
New York, NY 10012
T: 508.683.2582
F: 508.683.2682
M: 646.232.4751

george.katsiris@savantav.com

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683-2500 and delete this message and its attachments, if any.

On Dec 23, 2008, at 6:31 PM, Stephen Sobel wrote:

> I do understand the need to differentiate dealers who know what they
> are doing and those fly by night types.
> However this isn't the age of sumiko anymore either.
> We do have many upcoming projects showing interest in savant
> products, and we would like to be involved in the product.
> We also don't want to feel we have to purchase things just to
> purchase things, this is why i left all relationships with the likes
> of crestron, as they require so much in terms of minimums and such,
> that the dealers that sell it do not give their clients the best
> possible solution to there need. Those dealers are forced to try to
> sell products just to fill quotas, and many customers now hate
> crestron because of it. We replace a crestron system at least once a
> month because of that exact business model.
> What i would really love to do, is to create a demo system to match
> the demo systems we have for other products(hence the request to
> change to a single panel and controller), our customers only care
> about the looks of the product, the functionality is totally up to
> us. I have built a mobile demo system for each major brand we carry,
> that shows off the touch panel, and a slight bit of the program we
> allow them to see.
> however if we must purchase the demo as is, we will go with just the
> rosie 2 and the 13inch wireless panel, the standard remote control
> and the software, at this point that is all i can see showing to
> anyone, or using to start my own personal system.(instead of waiting
> untill my renovation is complete and doing a full rosie system, I
> will use this an external switching system)
> if you can send me an updated sheet with these items i will sign at
> some point tomorrow and send in.

>
>
> Stephen Sobel
> Insight Onsite LLC
> t. 646.272.8455
> f. 646.349.3102
> e. steve@insight-onsite.net
>
>
>
> -----Original Message-----
> From: George Katsiris [mailto:george.katsiris@savantav.com]
> Sent: Tue 12/23/2008 5:37 PM
> To: Stephen Sobel
> Subject: Re: Insight Onsite Order Confirm
>
> Stephen,
>
> Thanks so much for the clarity. I sincerely apologize if you felt
> that I was trying to cram something down your throat. I think that
> you will find we are a company that cares more abut service than any
> of our competitors. I definitely do not want you to get a system that
> will just sit on the shelf, that is why I thought we were switching to
> something that you could use for your home and was thrown off by this
> mornings request for the 7" with no system. Our DEMO system is not a
> stream of revenue for us. We require that folks get some demo gear to
> represent our line to customers and to get very familiar with it, try
> to break it, customize it, etc before getting into the field with it
> to insure quality. All of our dealers are required to get this Demo
> system within 30 days of filing out the agreement, etc. It is
> important to me that you understand that the only quota I have is to
> sign up qualified dealers. We are trying to have Maximum 350 for the
> whole country which leaves me with the charge of signing up 75 in my
> territory by the end of next year. (across 12 states in the
> Northeast) This means that we have a VERY limited distribution model
> and are only trying to sign up the best. The only reason I was
> pushing so hard is that you guys were the only dealer account that has
> yet to receive their DEMO order since training and I did not have any
> real status to update my bosses with week after week and they were
> wondering if the relationship was real. When I was an integrator, I
> was a Sumiko dealer and didn't love the idea that I had to have over
> $10,000 of speakers and electronics on display and can totally relate
> to where you are coming from. The other side is that you will not
> find any trunk slammers carrying Sumiko products and have a similar
> distribution model. I am more than happy to request for an extension
> to figure out what would work best for your home and would really
> appreciate the opportunity to discuss this in the New Year and show
> you that my job is truly to support the dealers in any way possible.
>
>

> Thanks so much and have a great holiday!
>
>
> George Katsiris
> Senior Account Manager
> Savant Systems
> 561 Broadway 3rd Fl.
> New York, NY 10012
> T: 508.683.2582
> F: 508.683.2682
> M: 646.232.4751
> george.katsiris@savantav.com
>
>
>
>

RESTRICTED CONFIDENTIAL – Outside Counsel Only

EXHIBIT 627

**From:** George Katsiris <George.Katsiris@savantav.com>
**To:** tim@nutechgroup.com <tim@nutechgroup.com>
**Sent:** 12/10/2009 9:03:23 PM
**Subject:** Re: Converge LLC Order 53491 $45,654.64

Hey man. Sorry for all the red tape. I really appreciate you and Robert making this deal happen for Savant.

Thank you

Sent from my iPhone

George Katsiris
Regional Sales Manager NE
Savant Systems, L.L.C.
88 Prince St. 3rd Fl.
New York, NY 10012
T: 508.683.2582
F: 508.683.2682
M: 646.232.4751

On Dec 10, 2009, at 8:55 PM, tim@nutechgroup.com wrote:

The clients were going to put in C4. Robert asked me to make a Savant presentation to them. They loved it and the system went from System 2 to a full blown Sytem 12. Robert can give you the C4 quote.

Sent by BlackBerry, available from NTELOS Wireless

---

**From:** Ben Jamison <ben.jamison@savantav.com>
**Date:** Thu, 10 Dec 2009 16:24:25 -0800
**To:** George Katsiris<george.katsiris@savantav.com>; Tim Painter<tim@nutechgroup.com>
**Subject:** Re: Converge LLC Order 53491 $45,654.64

If this is a flip yhen we need the competitve bid.

Sent from my iPhone

On Dec 10, 2009, at 7:16 AM, "Roseanne Sullivan" <Roseanne.Sullivan@savantav.com> wrote:

Hi All
Just received a call from Annette at Converge 757-869-4209 - Asking why there is was not a 15% discount for this order, - She claims they were told by George they would receive the 15% discount on the system 12 including all cards � because Converge was going to go through another Vendor and they decided on Savant because of the 15% discount,

If this is correct I need authorization before we process a credit. � If approved let me know the credit amount,

Rose Anne

Rose Anne Sullivan
Finance
Savant Systems LLC
770 Main Street
Osterville Ma 02655-2009
508.683.2435

F 508.683.2735
Roseanne.Sullivan@savantav.com
www.savantav.com

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.428.1600 and delete this message and its attachments, if any.

<09-12453.pdf>

EXHIBIT 628

**From:** George Katsiris <George.Katsiris@savantav.com>
**To:** mpecar@mikepecarsales.com <mpecar@mikepecarsales.com>
**CC:** dmartin@mikepecarsales.com <dmartin@mikepecarsales.com>;dmartin@mikepecarsales.com <dmartin@mikepecarsales.com>
**Sent:** 3/29/2010 3:39:36 PM
**Subject:** Re: AudioVideo Lifestyles (HTSA) in Fort Wayne, IN - On-Site Professional Services

Hee hee

Sent from my iPhone

George Katsiris
Regional Sales Manager NE
Savant Systems, L.L.C.
88 Prince St. 3rd Fl.
New York, NY 10012
T: 508.683.2582
F: 508.683.2682
M: 646.232.4751

On Mar 29, 2010, at 3:00 PM, "Mike Pecar" <mpecar@mikepecarsales.com> wrote:

Hi George,

I�ve requested prepayment from Todd for his demo order. Thought you�d find his comments about HTSA, Savant and our competitors (below) interesting!

Thanks,

Mike Pecar

Mike Pecar Sales, L.L.C.
250 Tanglewood Drive
Rochester Hills MI 48309

Tel: 248-608-2660
Fax: 248-608-2663
Cell: 248-202-0881

---

**From:** Mike Pecar [mailto:mpecar@mikepecarsales.com]
**Sent:** Monday, March 29, 2010 2:29 PM
**To:** 'Todd Freeland'
**Subject:** RE: AudioVideo Lifestyles (HTSA) in Fort Wayne, IN - On-Site Professional Services

Hi Todd,

Savant is ready to ship your demo as requested � see attached sales order. Did you want to use the same credit card we recently used for the recent Platinum Care invoice? If you�d rather use a different card I�ve also attached a blank credit card form.

Thanks,

Mike Pecar

Mike Pecar Sales, L.L.C.

250 Tanglewood Drive
Rochester Hills MI 48309

Tel: 248-608-2660
Fax: 248-608-2663
Cell: 248-202-0881

---

**From:** Todd Freeland [mailto:toddaudiovideolife@gmail.com]
**Sent:** Friday, March 26, 2010 8:23 AM
**To:** Mike Pecar
**Subject:** Re: AudioVideo Lifestyles (HTSA) in Fort Wayne, IN - On-Site Professional Services

We are ready for the store product now.
You can put off the Lee order until the week of the 12th.
Lee is scheduled for the week of the 19th.
The journey begins, I have no less than 5 HTSA dealers waiting on me to report on how the install goes.
Can you say Fuck Crestron and AMX HA!

Thank you
Todd

On Wed, Mar 24, 2010 at 5:35 PM, Mike Pecar <mpecar@mikepecarsales.com> wrote:
Hi Todd,

There is some confusion overwhat you really want for the Dr. Lee job. Andrew suggested that the sales order was missing a touch panel (although we still have a two panel touch server) and the OSD for the theater. My recolection is that to save some money now Dr. Lee elected to pull the OSD and one touch panel for the time being and knowing that he will want that other touch panel eventually we left the two panel server in place to simplify that addition later --is that correct? Beth LeClerc needs to know for sure so Savant can be prepared and process this order properly.

Please let us know ASAP.

Thanks!

Sent from my iPhone
Mike Pecar
C: 248-202-0881
O: 248-608-2660
E: mpecar@mikepecarsales.com

On Mar 24, 2010, at 4:30 PM, Beth LeClerc <beth.leclerc@savantav.com> wrote:

Am I supposed to update the S/O or not?

*Beth LeClerc*
*Inside Sales*
*Savant Systems, LLC*
*770 Main Street*
*Osterville, MA 02655*
*508-683-2511*
*508-683-2611 (f)*
*beth.leclerc@savantav.com*
*www.savantav.com*

*Statement of Confidentiality*
*The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply*

*e-mail or at 508.683.2500 and delete this message and its attachments, if any.*

On Mar 24, 2010, at 2:47 PM, Walter John Jezewski wrote:

Cliff,

My understanding is that the job spec changed after George and I did the original quote and that one TP and the OSD were removed to save on the initial cost but will most likely be added at a later time. We kept the dual TP server as a cost saving measure if/when the second TP gets added to the system.

Walter

Walter John Jezewski
Sales Engineer
Mike Pecar Sales, L.L.C.

Sent on the Sprint� Now Network from my BlackBerry�

-----Original Message-----
From: Cliff Johnston <Cliff.Johnston@savantav.com>
Date: Wed, 24 Mar 2010 13:03:23
To: Walter John Jezewski<wjezewski@mikepecarsales.com>
Cc: Beth LeClerc<beth.leclerc@savantav.com>; George Katsiris<George.Katsiris@savantav.com>; Mike Pecar<mpecar@mikepecarsales.com>; Paul Stone<pastone@comcast.net>; Jim Boyce<jim.boyce@savantav.com>
Subject: Re: AudioVideo Lifestyles (HTSA) in Fort Wayne, IN - On-Site Professional Services

I spoke with Andy during their lunch break today.

He mentioned that there are two items missing from Sales Order 54408 that I've attached (also attached to SF case #6744):
OSD-1010: For the Theater, Andy stated.
Touchpanel: Ordered a dual TP server, but only (1) 9" TP is on the order.

He said that he worked on the quote with both you and George. I do not think that this order has shipped yet, so if AV Lifestyles wants them, they should be added.

Andy also mentioned that this job will most likely be postponed until April 21st - 22nd. I have placed that as tentative on our PSE calendar.

Thanks.
-cliff

On Mar 24, 2010, at 12:02 AM, Walter John Jezewski wrote:

Cliff,

Andrew Wallace is supposed to be on the Cape this week for training. Maybe you could introduce yourself and touch base with him while he is out there.

Walter John Jezewski
Sales Engineer
Mike Pecar Sales, L.L.C.
250 Tanglewood Drive
Rochester Hills, MI 48309
PH: 248-608-2660
Fax: 248-608-2663
www.mikepecarsales.com

<image001.jpg>

From: Cliff Johnston [mailto:Cliff.Johnston@savantav.com]
Sent: Tuesday, March 23, 2010 11:45 PM
To: George Katsiris
Cc: Walter John Jezewski; Beth LeClerc; Mike Pecar
Subject: Re: AudioVideo Lifestyles (HTSA) in Fort Wayne, IN - On-Site Professional Services

Surely... I currently have them down for April 7th & 8th, although I have not heard from Andrew Wallace recently. I do need to touch base with him soon to lock those dates down, but that is what I have from our initial correspondence.

So far, we have squared away the profile submittal process but do need to start thinking about an I/O plan and starting with a config.

-cliff

On Mar 23, 2010, at 11:31 PM, George Katsiris wrote:

Walter,

I believe Cliff is on the Dr. Lee job but not sure about scheduling. Cliff, can you please shed some light for us?

Thanks!

George Katsiris
Regional Sales Manager Northeast
Savant Systems
88 Prince St. 3rd Fl.
New York, NY 10012
T: 508.683.2582

F: 508.683.2682
M: 646.232.4751
george.katsiris@savantav.com

<Savant_blue.jpg>

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683.2500 and delete this message and its attachments, if any.

On Mar 23, 2010, at 11:22 PM, Walter John Jezewski wrote:

Beth/Samantha,

Can you tell me if AudioVideo Lifestyles (HTSA) in Fort Wayne, IN has scheduled any on-site Professional Services?

Thanks in advance,
Walter

<image001.jpg>
Manufacturers' Representatives

Walter John Jezewski
<S_O 54409 Audio Video Lifestyles DEMO.pdf>
<SavantSystemsCreditCardForm(05_09).pdf>

EXHIBIT 629

# SAVANT SYSTEMS LLC

FINANCIAL STATEMENTS
TOGETHER WITH ACCOUNTANTS' REVIEW REPORT

FOR THE YEARS ENDED DECEMBER 31, 2009 AND 2008

DiCicco, Gulman & Company LLP
CERTIFIED PUBLIC ACCOUNTANTS AND BUSINESS ADVISORS
*Professional Excellence On A Personal Level℠*

# SAVANT SYSTEMS LLC

## FINANCIAL STATEMENTS

## FOR THE YEARS ENDED DECEMBER 31, 2009 AND 2008

Table of Contents


| | |
|---|---|
| Accountants' Review Report | 1 |
| Financial Statements: | |
| Balance Sheets | 2 |
| Statements of Operations | 3 |
| Statements of Changes in Members' Equity (Deficit) | 4 |
| Statements of Cash Flows | 5 |
| Notes to Financial Statements | 6 - 16 |

DiCicco, Gulman & Company LLP
CERTIFIED PUBLIC ACCOUNTANTS AND BUSINESS ADVISORS
Professional Excellence On A Personal Level℠

Accountants' Review Report

To the Members
**Savant Systems LLC**

We have reviewed the accompanying balance sheets of Savant Systems LLC as of December 31, 2009 and 2008, and the related statements of operations, changes in members' equity (deficit) and cash flows for the years then ended in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of the management of Savant Systems LLC.

A review consists principally of inquiries of Company personnel and analytical procedures applied to financial data. It is substantially less in scope than an audit in accordance with auditing standards generally accepted in the United States of America, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with accounting principles generally accepted in the United States of America.

The accompanying financial statements have been prepared assuming that Savant Systems LLC will continue as a going concern. As more fully described in Note 1, conditions indicate that there is doubt about the ability of Savant Systems LLC to continue as a going concern and the accompanying financial statements do not include any adjustments that might result from the outcome of this uncertainty.

DiCicco, Gulman & Company LLP

March 9, 2010



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

# SAVANT SYSTEMS LLC

## BALANCE SHEETS

| December 31, | 2009 | 2008 |
|---|---|---|
| **ASSETS** | | |
| **Current assets:** | | |
| Cash | $ 130,735 | $ 285,960 |
| Accounts receivable, net | 97,252 | 45,115 |
| Inventories | 4,266,366 | 5,972,400 |
| Prepaid expenses and other | 41,039 | 47,589 |
| Total current assets | 4,535,392 | 6,351,064 |
| **Equipment and improvements, net** | 1,370,025 | 1,032,010 |
| **Investment, real estate** | 425,000 | 487,803 |
| **Software development costs, net** | 1,290,200 | 2,755,700 |
| | $ 7,620,617 | $ 10,626,577 |
| **LIABILITIES AND MEMBERS' EQUITY (DEFICIT)** | | |
| **Current liabilities:** | | |
| Accounts payable and accrued expenses | $ 2,011,548 | $ 964,271 |
| Due to member | 654,402 | 631,532 |
| Deferred revenue | 150,460 | - |
| Total current liabilities | 2,816,410 | 1,595,803 |
| **Notes payable, member** | - | 36,531,964 |
| **Members' equity (deficit)** | 4,804,207 | (27,501,190) |
| | $ 7,620,617 | $ 10,626,577 |

*See accountants' review report and notes to the financial statements.*



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

## SAVANT SYSTEMS LLC

## STATEMENTS OF OPERATIONS

| For the years ended December 31, | 2009 | 2008 |
|---|---|---|
| **Net sales** | **$ 5,327,272** | $ 1,380,413 |
| **Cost of sales:** | | |
| Cost of products | **6,702,399** | 2,247,377 |
| Amortization of software development costs | **2,132,000** | 746,000 |
| **Total cost of sales** | **8,834,399** | 2,993,377 |
| **Negative gross margin** | **(3,507,127)** | (1,612,964) |
| **Operating expenses:** | | |
| Compensation costs, excluding research and development | **5,408,256** | 4,512,290 |
| General and administrative | **2,231,280** | 2,418,437 |
| Engineering and quality control costs | **1,431,100** | 2,176,950 |
| Research and development: | | |
| Compensation costs | **2,075,935** | 2,758,855 |
| Other research and development costs | **1,280,866** | 3,214,353 |
| Marketing and trade shows | **1,384,017** | 1,835,064 |
| Consulting and other professional fees | **938,394** | 1,104,878 |
| Management fee | **293,804** | 334,990 |
| **Total operating expenses** | **15,043,652** | 18,355,817 |
| **Loss from operations** | **(18,550,779)** | (19,968,781) |
| **Other expenses:** | | |
| Impairment loss, investment in real estate | **62,803** | - |
| Interest expense | **50,523** | 1,924,235 |
| Total other expenses | **113,326** | 1,924,235 |
| **Net loss** | **$ (18,664,105)** | $ (21,893,016) |

*See accountants' review report and notes to the financial statements.*

**SAVANT SYSTEMS LLC**

**STATEMENTS OF CHANGES IN MEMBERS' EQUITY (DEFICIT)**

**FOR THE YEARS ENDED DECEMBER 31, 2009 AND 2008**

| | Preferred Interest | Common Interest | Total |
|---|---|---|---|
| Members' deficit, December 31, 2007 | $ (5,612,936) | $ (190) | $ (5,613,126) |
| Member contributions | - | 5,475 | 5,475 |
| Repurchase of membership units | - | (523) | (523) |
| Net loss | (21,888,254) | (4,762) | (21,893,016) |
| Members' deficit, December 31, 2008 | (27,501,190) | - | (27,501,190) |
| **Member contributions** | **50,964,019** | **1,200** | **50,965,219** |
| **Unit-based compensation** | **-** | **4,444** | **4,444** |
| **Repurchase of membership units** | **-** | **(161)** | **(161)** |
| **Net loss** | **(18,658,622)** | **(5,483)** | **(18,664,105)** |
| **Members' equity, December 31, 2009** | **$ 4,804,207** | **$ -** | **$ 4,804,207** |

*See accountants' review report and notes to the financial statements.*



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

## SAVANT SYSTEMS LLC

## STATEMENTS OF CASH FLOWS

| For the years ended December 31, | 2009 | 2008 |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net loss | $ (18,664,105) | $ (21,893,016) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Provision for allowance for doubtful accounts | - | 24,636 |
| Depreciation and amortization | 556,806 | 611,620 |
| Amortization of software development costs | 2,132,000 | 746,000 |
| Accrued interest on due to member and notes payable, member | 50,523 | 1,924,235 |
| Unit-based compensation expense | 4,444 | - |
| Impairment loss | 62,803 | - |
| Changes in: | | |
| Accounts receivable | (52,137) | (69,751) |
| Inventories | 1,706,034 | (2,899,454) |
| Prepaid expenses and other | 6,550 | 50,117 |
| Accounts payable and accrued expenses | 1,047,277 | 412,362 |
| Due to member | 654,402 | 631,532 |
| Deferred revenue | 150,460 | - |
| Total adjustments | 6,319,162 | 1,431,297 |
| **Net cash used in operating activities** | (12,344,943) | (20,461,719) |
| **Cash flows from investing activities:** | | |
| Purchases of equipment and improvements | (894,821) | (441,628) |
| Capitalization of software development costs | (666,500) | (1,043,700) |
| **Net cash used in investing activities** | (1,561,321) | (1,485,328) |
| **Cash flows from financing activities:** | | |
| Contribution from members | 13,751,200 | 5,475 |
| Proceeds from notes payable, member | - | 22,100,000 |
| Repurchase of member units | (161) | (523) |
| **Net cash provided by financing activities** | 13,751,039 | 22,104,952 |
| **Net increase (decrease) in cash** | (155,225) | 157,905 |
| **Cash, beginning** | 285,960 | 128,055 |
| **Cash, ending** | $ 130,735 | $ 285,960 |

*See accountants' review report and notes to the financial statements.*



RESTRICTED CONFIDENTIAL – Outside Counsel Only

**SAVANT SYSTEMS LLC**

**NOTES TO FINANCIAL STATEMENTS**

## Note 1 - Organization

### Organization and Basis of Presentation

Savant Systems LLC (the "Company") was formed on May 4, 2005 under the laws of the Commonwealth of Massachusetts. The Company will continue in existence unless terminated by the Preferred Unit Holder or, as otherwise required by law. Under the limited liability company form of organization, a member's liability for any debts of the Company is limited. In addition, except as otherwise provided in the Amended and Restated Operating Agreement or agreed to by the Preferred Unit Holder, the members have no further obligation to contribute additional amounts of capital to the Company.

### Description of Business

The Company designs and manufactures a product suite that provides a complete integrated solution to delivering home automation and control, multi-room audio/visual, digital media and jukebox capabilities, and security surveillance. The Company also designs and manufactures a product suite for commercial and institutional markets. During 2008, the Company emerged from the development stage as the Company's principal operations commenced and significant revenues were generated. The Company sells its products throughout the United States and Canada through third-party resellers.

### Going Concern

For the years ended December 31, 2009 and 2008, the Company incurred losses from operations of approximately $18.6 million and $20.0 million respectively, and negative cash flow from operations of approximately $12.3 million and $20.5 million, respectively. The Company expects to continue to incur losses and cash flow deficits as it continues to develop the market for its products and expand its production capabilities. Since inception, the Company's development operations have been funded through the issuance of preferred units and loans received from the Preferred Unit Holder in the aggregate amount of $65,464,000. Additional funding from the Preferred Unit Holder cannot be assured and cash flow from operations may not be sufficient to sustain the Company. These circumstances raise doubt about the Company's ability to continue as a going concern. The Company is continuing to implement its strategic plan in an effort to increase its market presence, primarily in the non-residential space, and find strategies to lower production costs. The success of these efforts may allow the Company to raise the necessary capital from the Preferred Unit Holder or other third parties to fund its continuing cash requirements. The accompanying financial statements do not include any adjustments that might be necessary should the Company be unable to continue as a going concern.

### Subsequent Events

The Company has evaluated subsequent events through March 9, 2010, the date the financial statements were approved and authorized for issuance by management, and determined that there have been no subsequent events that would require recognition in the financial statements or disclosure in the notes to the financial statements.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

## SAVANT SYSTEMS LLC

## NOTES TO FINANCIAL STATEMENTS

### Note 2 - Summary of Significant Accounting Policies

**Use of Estimates**
The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

**Concentration of Credit Risk**
The Company maintains its cash in accounts with federally insured banks. At times, the balances in these accounts may exceed federally insured limits. The Company has not experienced any losses in such accounts and does not believe it is exposed to any significant credit risks with respect to its cash.

**Accounts Receivable**
The Company carries its accounts receivable at invoiced amounts less an allowance for doubtful accounts, when required. On a periodic basis, the Company evaluates its accounts receivable for collectability and, if necessary, establishes an allowance for doubtful accounts based on past experience and current credit conditions. At December 31, 2009 and 2008, the allowance for doubtful accounts was approximately $15,000 and $25,000, respectively. The Company does not charge interest or require collateral on its accounts receivable.

**Inventories**
Inventories are stated at the lower of cost or market value with cost determined using a specific identification method. If the cost of the inventories exceeds their market value, provisions are made currently for the difference between the cost and the market value.

**Equipment and Improvements**
Equipment and improvements are stated at cost. Major additions are capitalized while repairs and maintenance are charged to expense as incurred. Depreciation is being provided using the straight-line method over the estimated useful lives of the related assets or the life of the lease, whichever is shorter. Internal-use software is stated at cost and amortized using the straight-line method over its estimated useful life.

**Software Development Costs**
Research and development costs are expensed as incurred. Costs for the development of software products to be sold, leased, or otherwise marketed, are subject to capitalization beginning when a product's technological feasibility has been established and ending when a product is available for general release to the public.

During 2009 and 2008, the Company capitalized $666,500 and $1,043,700, respectively, of costs associated with the development of new software products. The capitalized costs related to these products are amortized to cost of sales on a straight-line basis over the estimated useful life of the underlying technology commencing when each respective product begins shipping to customers. The Company launched these products to the general public at various times throughout 2009 and 2008.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

**Note 2 - Summary of Significant Accounting Policies (Continued)**

**Software Development Costs (Continued)**
During 2009, there was a change in the estimated useful life of a product whose costs had been capitalized in prior years. The Company recorded amortization expense of $1,843,000 in 2009 related to this product. Total amortization related to capitalized software development costs was $2,132,000 and $746,000 in 2009 and 2008, respectively.

**Long-Lived Assets Including Intangible Assets**
The Company reviews long-lived assets and software development costs for impairment whenever events or changes in circumstances indicate the carrying amount of the asset may not be recoverable. Recoverability of an asset is measured by comparing its carrying amount to the future undiscounted cash flows the asset is expected to generate. If an asset is considered to be impaired, the impairment to be recognized equals the amount by which the carrying value of the assets exceeds its fair market value. The Company recorded an impairment loss of $62,803 during 2009 related to the investment, real estate (see Note 5).

**Fair Value Measurements**
The Company defines fair value as the price that would be received from selling an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. When determining the fair value measurements for assets and liabilities, which are required to be recorded at fair value, the Company considers the principal or most advantageous market in which the Company would enter into a transaction and the market-based risk measurements or assumptions that market participants would use in pricing the asset or liability, such as inherent risk, transfer restrictions and credit risk.

The Company applies the following fair value hierarchy, which prioritizes the inputs used to measure fair value into three levels and bases the categorization within the hierarchy upon the lowest level of input that is available and significant to the fair value measurement:

*Level 1* – Quoted prices in active markets for identical assets or liabilities.

*Level 2* – Observable inputs other than quoted prices in active markets for identical assets and liabilities, quoted prices for identical or similar assets or liabilities in inactive markets, or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities.

*Level 3* – Inputs that are generally unobservable and typically reflect management's estimates of assumptions that market participants would use in pricing the asset or liability.

The Company's valuation technique used to measure the fair value of its real estate investment was derived from quoted prices for similar assets in inactive markets.

## Note 2 - Summary of Significant Accounting Policies (Continued)

### Revenue Recognition

Net sales consist primarily of revenue from the sale of the Company's product suite and revenue from service and support contracts. Revenues from the sales of the product suite are reported net of returns and allowances and are recognized when persuasive evidence of an arrangement exists, delivery has occurred, the sales price is fixed or determinable, and collection is probable. Product is considered delivered to the customer once it has been shipped and title and risk of loss have been transferred. Under most circumstances, these criteria are met at the time the product is shipped.

Revenue from service and support contracts, which include unspecified upgrade rights, is deferred and recognized ratably over the service coverage periods.

The Company records reductions to revenue for customer incentive programs. The estimated cost of these programs is accrued as a reduction to revenue in the period the Company has sold the product and is committed to a plan.

The Company has not experienced any material product returns and does not believe a provision for expected future returns is necessary at December 31, 2009 and 2008.

### Nonmonetary Exchanges

During 2009, the Company engaged in nonmonetary transactions with an unrelated third party. The Company received lighting products in exchange for inventory and consulting services. The products the Company receives under this arrangement are recorded at their estimated fair value and no gain or loss was incurred in connection with these transactions.

### Shipping and Handling

Shipping and handling costs are expensed as incurred and are included in cost of sales.

### Warranty Expense

The Company provides limited warranties for defects in material and workmanship of its products from the date of purchase for a period of thirteen months. The Company generally provides for the estimated cost of warranties at the time the related revenue is recognized. Factors considered in determining appropriate accruals for product warranty obligations include historical and projected warranty claim rates, historical and projected cost per claim, and knowledge of specific product failures that are outside of the Company's typical experience. The Company assesses the adequacy of its preexisting warranty liabilities and adjusts the amounts as necessary based on actual experience and changes in future estimates.

### Marketing & Advertising

The Company expenses marketing and advertising costs as they are incurred. Marketing and advertising expenses for the years ended December 31, 2009 and 2008 were approximately $1,385,000 and $1,835,000, respectively.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

**SAVANT SYSTEMS LLC**

**NOTES TO FINANCIAL STATEMENTS**

## Note 2 - Summary of Significant Accounting Policies (Continued)

### Income Taxes

The Company is considered to be a partnership for federal and state income tax purposes. Accordingly, no provision for income taxes has been made in the accompanying financial statements because such taxes, if any, are the responsibility of the members.

Effective January 1, 2009, the Company was required to adopt a new accounting standard which prescribes the threshold a tax position is required to meet before being recognized in the financial statements. For purposes of this new standard, the pass-through status of the entity at the federal and state level is considered a tax position. The Company has reviewed its pass-through status and has determined that this position is not subject to significant uncertainty.

The Company's income tax returns are subject to examination by taxing authorities. Because the application of tax laws and regulations to many types of transactions is susceptible to varying interpretations, amounts reported could be changed at a later date upon final determination by those authorities. The Company is no longer subject to examinations by tax authorities for years prior to 2006. Currently, there are no income tax audits in process.

## Note 3 - Inventories

Inventories consisted of the following at December 31:

| | **2009** | 2008 |
|---|---|---|
| Raw materials | **$ 2,928,288** | $ 3,221,507 |
| Work-in-process | **1,112,244** | 1,760,009 |
| Finished goods | **225,834** | 990,884 |
| | **$ 4,266,366** | $ 5,972,400 |

## Note 4 - Equipment & Improvements, Net

Equipment & improvements, net consisted of the following at December 31:

| | **2009** | 2008 |
|---|---|---|
| Computer equipment | **$ 1,184,009** | $ 977,325 |
| Furniture and fixtures | **125,985** | 120,031 |
| Tradeshow equipment | **247,279** | 247,279 |
| Internal-use software | **318,596** | 318,596 |
| Leasehold improvements | **1,341,201** | 659,018 |
| | **3,217,070** | 2,322,249 |
| Accumulated depreciation and amortization | **(1,847,045)** | (1,290,239) |
| | **$ 1,370,025** | $ 1,032,010 |



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

**Note 5 - Investment, Real Estate**

Investment, real estate consists of residential real estate acquired in connection with the relocation of an employee. The investment was initially recorded at cost which approximated fair value. In 2009, the Company recorded an impairment loss of $62,803 on the investment. The impairment loss represents the excess of the carrying amount of the investment over its fair value.

This asset is held for sale but management does not expect to sell this asset within one year.

**Note 6 - Software Development Costs, Net**

Software development costs, net consisted of the following at December 31:

| | **2009** | 2008 |
|---|---|---|
| Software development costs | **$ 1,710,200** | $ 3,501,700 |
| Less accumulated amortization | **(420,000)** | (746,000) |
| | **$ 1,290,200** | $ 2,755,700 |

Software development costs of $2,458,000 and related accumulated amortization of $615,000 were written off during 2009 (see Note 2).

Approximate future amortization expense related to software development costs is as follows:

| | |
|---|---|
| 2010 | $ 427,500 |
| 2011 | 427,500 |
| 2012 | 297,100 |
| 2013 | 138,100 |
| | $ 1,290,200 |

**Note 7 - Notes Payable, Member**

Notes payable, member (the "Notes") represented multiple advances under unsecured promissory notes by the Preferred Unit Holder with a maturity date of December 31, 2020. Interest, at a rate of 8% per annum, was due and payable under the Notes annually, on or by December 31st of each year. In lieu of receiving the payment for interest, the Preferred Unit Holder had the option to defer the interest payment due and have the deferred interest payment become part of the principal balance of the Notes. Interest expense for the year ended December 31, 2008 was $1,924,235. This interest payment was deferred and included in Notes Payable, Member at December 31, 2008. On January 1, 2009, the Company and the Preferred Unit Holder agreed to contribute the principal balance of the Notes, including any deferred interest, to the capital of the Company in exchange for additional preferred units.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

**Note 8 - Preferred and Common Units**

In accordance with the terms of the Company's amended and restated operating agreement (the "Agreement"), the Company issued Preferred and Common Unit interests with the pertinent rights and privileges as follows:

**Preferred Units**

On September 1, 2006, the Company issued 11,000,000 Preferred Units in exchange for the contribution of notes with a principal balance of $110,000 outstanding prior to their contribution. Contemporaneous with the issuance of the Preferred Units, the Preferred Unit Holder contributed the remaining principal balance of several promissory notes and related accrued interest outstanding to the capital of the Company. On January 1, 2009, the Company issued 26,423,440 Preferred Units in exchange for the contribution of notes with a principal balance of $36,531,964 (see Note 7). On December 31, 2009, the Company issued 500,174 Preferred Units in exchange for the contribution of the due to member and accrued interest balance of $682,055. At various times during 2009, the Company issued 10,083,333 Preferred Units in exchange for cash contributions of $13,750,000.

Under the Agreement, the Preferred Unit Holder is entitled to receive an 8% preferred return on its preferred adjusted capital of $65,464,019 and $14,500,000, respectively, as of December 31, 2009 and 2008, as defined, if the Board of Directors of the Company elects to make distributions. As of December 31, 2009 and 2008, the Preferred Unit Holder's cumulative preferred return amounted to $7,091,487 and $2,470,300, respectively. No distributions were authorized by the Board of Directors in 2009 or 2008.

**Common Units**

On September 1, 2006, the Company issued 5,605,000 Common Units in exchange for $.01 per unit. The Common Units vest at varying rates over a period that does not exceed 48 months from the date of issuance. The Unit Restriction Agreement under which the Common Units were issued contains a provision which protects these Common Unit Holders against future equity dilution at no cost until the total investment exceeds certain capital thresholds, as defined in the Unit Restriction Agreement.

Through December 31, 2009, the Company has issued an additional 1,077,500 Common Units, in exchange for $.01 per unit. These Common Units vest at varying rates over a period that does not exceed 48 months. Units issued after February 16, 2007 were issued under a Unit Restriction Agreement that does not protect against future equity dilution.

During 2009, the Company issued an additional 444,403 Common Units, valued at $4,444, to a unit holder in accordance with the anti-dilution provisions of the original Unit Restriction Agreement. The units were issued at no cost to this unit holder and accordingly $4,444 has been charged to compensation expense in the statement of operations.

## Note 8 - Preferred and Common Units (Continued)

### Voting

The Preferred and Common Unit Holders (together, "Unit Holders") are entitled to voting power based on their respective percent ownership in the Company as set forth in the Agreement. These percentages are subject to adjustment with the addition of new membership interests. Prior consent of the Preferred Unit Holder is required for any and all transactions that would adversely affect the rights of the Preferred Unit Holder or the Company, including changes to the number of units authorized, any sale, merger or liquidation of the Company, or to amend any provision of the Agreement.

### Distributions

Distributions, including distributions based on taxable income allocable to the Unit Holders, are made in accordance with the Agreement. Under the Agreement, income allocations generally follow the amount of cash distributed to the respective Unit Holder. The Agreement provides that distributions shall be made in order of the following priority: first, the Preferred Unit Holder will receive all distributions until the Preferred Unit Holder has received cumulative distributions equal to its cumulative preferred return; second, distributions will be made to Preferred Unit Holder until its adjusted capital has been reduced to zero; third, distributions will be made to Common Unit Holders in proportion to their common adjusted capital until the capital has been reduced to zero; fourth, any remaining portion will then be distributed to both Preferred and Common Unit Holders in proportion to the units held.

### Liquidation Preference

In the event of a liquidation, dissolution or winding up of the Company, the Preferred Unit Holder has a liquidating preference over the Common Unit Holders. The order and amount of liquidation follows that of distributions, as defined above.

### Member Allocations

Net profits and losses of the Company are allocated to each Unit Holder in accordance with the terms of the Agreement.

## Note 9 - Commitments

### Lease Commitments

The Company is obligated under a non-cancelable lease for office, research, development, and storage space through October 2013, with an option to extend the lease for an additional four years. The lease provides for payments of real estate taxes and other operating costs.

The Company leases additional office space and testing facilities under a non-cancelable lease through December 2010, with an option to extend the lease for an additional three years. The lease provides for payments of utilities and other operating costs. The Company has subleased a portion of this space. In 2009, rent expense has been reduced by approximately $112,000 for payments received under this sublease agreement. Management is currently evaluating its options for this space in 2010 at the conclusion of its term.

Rent expense related to these leases was approximately $623,000 in 2009 and $562,000 in 2008.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

**Note 9 - Commitments (Continued)**

**Lease Commitments (Continued)**
Approximate future minimum rental payments under non-cancelable leases are as follows:

| | |
|---|---|
| 2010 | $ 723,000 |
| 2011 | 203,000 |
| 2012 | 209,000 |
| 2013 | 160,000 |
| | $ 1,295,000 |

**Purchase Commitments**
The Company uses several contract manufacturers and suppliers to provide raw materials and manufacturing services for its products. During the normal course of business, the Company enters into agreements with contract manufacturers and suppliers that allow them to acquire material based upon estimated material usage requirements. As of December 31, 2009, the Company has outstanding purchase commitments for amounts not exceeding $300,000 which will expire at various times throughout 2010.

**Accrued Warranty**
The Company's warranty obligation commenced in 2008 upon the shipment of its first products. The warranty accrual, included as a component of accounts payable and accrued expenses, for the years ended December 31, 2009 and 2008 is as follows:

| | **2009** | **2008** |
|---|---|---|
| Beginning accrued warranty and related costs | **$ 150,000** | $ - |
| Cost of warranty claims | **(497,703)** | (295,000) |
| Accruals for product warranties | **847,703** | 445,000 |
| Ending accrued warranty and related costs | **$ 500,000** | $ 150,000 |

**Financing Agreement**
The Company entered into a financing agreement with an unrelated third party in order to provide financing for the Company's customers related to certain sales. The Company is charged a 12.5% financing charge on each sales transaction that is financed. The costs associated with this agreement were $47,327 in 2009 and are included in general and administrative expense on the statement of operations. The term of the agreement is for one year and is automatically renewed each year. Either party can cancel the agreement with two months written notice.

**Royalties and Licenses**
The Company has entered into royalty and licensing agreements that require either flat fee payments or payments based upon sales including a minimum annual payment of $10,000. Royalties and licenses included in cost of goods sold were approximately $30,000 for 2009.



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0131380

SAVANT SYSTEMS LLC

NOTES TO FINANCIAL STATEMENTS

**Note 10 - Related Party Transactions**

**Administrative Services Agreement**
The Company has entered into an administrative services agreement with the Preferred Unit Holder. Under the administrative services agreement, the Preferred Unit Holder is to provide the Company with the professional services of certain employees and other administrative and management services. The costs associated with the professional services are reported as compensation costs on the statement of operations. The costs associated with administrative services are included in general and administrative expense on the statement of operations. The Company is required to compensate the Preferred Unit Holder for the costs and expenses of each employee plus a management fee equal to 5% of the total professional service costs. In 2009 and 2008, the Company incurred management fees of $412,614 and $334,990, respectively, under the administrative services agreement. At December 31, 2009, $98,612 of this amount is included in research and development costs and $20,198 has been capitalized in connection with the software development costs.

**Due to Member**
Due to member consists of amounts due to the Preferred Unit Holder for administrative and management services and certain operating expenses paid for on behalf of the Company. The amounts are unsecured and due in accordance with the terms stated in the administrative services agreement. Amounts still outstanding forty-five days after year end are subject to interest at 8% per annum.

On December 31, 2009, the Company and the Preferred Unit Holder agreed to contribute the prior year due to member balance and the related accrued interest totaling $682,055 to the capital of the Company in exchange for additional preferred units (see Note 8).

**Rents**
The Company leases an office/training facility from an entity that is related to the Company through common ownership and management, under a tenant-at-will arrangement. For 2009 and 2008, rent expense includes approximately $50,000 and $15,000, respectively, incurred under this arrangement.

The Company leases a showroom facility from another entity that is related to the Company through common ownership. No formal lease has been executed related to this space. The Company has accrued $30,000 during 2009 under this agreement.

**Revenues**
An entity that is related to the Company through common ownership and management, accounted for approximately 7% of revenues for the year ended December 31, 2008.

**Note 11 - Cash Flow Information**

In 2008, the Company was permitted by the Preferred Unit Holder to add the due to member balance of $181,387 to the principal amount of the notes payable, member.

**Note 11 - Cash Flow Information (Continued)**

In 2009, the Company entered into an agreement with the Preferred Unit Holder to contribute the following amounts to capital in exchange for additional preferred units:

| | |
|---|---|
| Notes payable, member | $ 36,531,964 |
| Due to member | 631,532 |
| Accrued interest | 50,523 |
| | $ 37,214,019 |

During 2009, common units were issued at no cost to a unit holder and accordingly $4,444 has been charged to compensation expense in the statement of operations.

**Note 12 - Contingencies**

The Company is involved in various litigation matters arising out of the normal course of business. Management does not believe the outcome of the various litigation matters will have a significant impact on the Company's financial position or results of operations.

**Note 13 - Risks and Uncertainties**

Certain key components including, but not limited to, various software and hardware are currently obtained by the Company from a single supplier or limited suppliers. The loss of one of these suppliers or a significant change in the compatibility of one of these key components with the Company’s product suite could have a material adverse effect upon the Company’s business and financial performance.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

# EXHIBIT 630

**From:** John Brandon <jbrandon@apple.com>
**To:** Robert Madonna <Bob.Madonna@savantav.com>
**CC:** Scott Fredrickson <sfredrickson@apple.com>
**Sent:** 2/17/2010 8:21:11 PM
**Subject:** Re: Savant Update and the iPad

Robert,

Apple has not announced our channel yet for the iPad, but you should know that I put you on the initial list. We should start shipping the WiFi version at the end of March and probably won't be taking orders until early March. I will have Scott work with you so we can get you as many units as we can. I have no idea of the allocation yet.

I am pleased you think this will be a huge hit for you.

JB

On Feb 16, 2010, at 6:54 AM, Robert Madonna wrote:

> Hello John
>
> I wanted to take a moment to tell you how excited we are about
> Apple's new iPad . The combination of Apple's iPad and the Savant
> system and software will be a big game changer in the CEDIA market
> place. I would also like to share with you Savant's aggressive plans
> in marketing the iPad in the CEDIA market as soon as it is
> released. Savant, being the only 100% Apple based automation and
> control company in the industry , will be well positioned to take
> advantage of the iPad's appeal.
>
> Savant's Systems, as you know, markets their Apple based system in
> the CEDIA market place. Last year was Savant's first full year in
> production and despite a tough economy, Savant successfully signed
> on over 300+ of the top dealers across the US in the residential
> market space. In addition to the CEDIA residential market, Savant
> is also making excellent progress in the commercial CEDIA space.
>
> The commercial space covers; Enterprise markets covering
> conference rooms, board rooms and executive briefing centers,
> Hospitality market covering hotel rooms and information centers,
> Digital signage market mostly in retail space and Education market
> covering smart classrooms and digital bulletin boards. We are
> working with some of the top dealers in the country today in the
> commercial space.
>
> In the residential space I feel that it is extremely important that
> Savant quickly and aggressively markets the Apple iPad and show our
> dealer base how this product is a big win for them. Keep in mind
> that the average touch panel today in the CEDIA market is sold by
> our competitors at a MSRP of $2,000-$5,000 for hardware plus
> another $2,000+ for "programming". Savant has changed this model by
> developing OSX software that eliminates the "programming" and the
> fees that go with it. So what an end users paid a total of $4,000-
> $7,000 dollars for will now be available for around $500. This is
> both extremely exciting and scary for many dealers.
>
> I personally plan on doing a road show across the country with
> Savant product and the iPad the moment it is released. I would like
> to purchase 300-500 Apple iPads ASAP for this marketing trip. The
> software we have developed will enable our 300 dealers to
> immediately take advantage of the Apple iPad's appeal. It is
> extremely important that the dealers quickly see the benefit of the
> lower priced UI and how this will broaden their market opportunity.

> Most of our competitor's business models revolve around extremely
> expensive touch panels. Savant has a big opportunity to position the
> Apple iPad properly to the dealers in the CEDIA space.
>
> We have invested heavily over the years in changing the CEDIA market
> and brining Apple into it. I believe the Apple iPad is the final
> piece we need to succeed in our mission.
>
> Thank you for any help you can give us.
>
> Sincerely
>
> Robert Madonna
> CEO Savant Systems.
>
>
>


```
<?xml versioná.0" encodingþTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple//DTD PLIST 1.0//EN" "http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist versioná.0">
<dict>
<key>date-sent</key>
<real>1266456071</real>
<key>flags</key>
<integer>8590195713</integer>
<key>original-mailbox</key>
<string>imap://bob.madonna@mail.886ventures.com/INBOX</string>
<key>remote-id</key>
<string>30627</string>
<key>subject</key>
<string>Re: Savant Update and the iPad</string>
</dict>
</plist>
```