# EXHIBIT 631

# savant

## US Dealer Price List

## November 2009



# savant
## US Dealer Price List
## November 2009



# savant
## US Dealer Price List
## November 2009

# Important Notice

## Disclaimer

The contents of this document are subject to change without notice; therefore, the information presented herein shall not be construed as a commitment or warranty.

Savant Systems LLC shall not be liable for any technical or editorial errors or omissions contained herein or for incidental or consequential damages resulting from the performance, furnishing, reliance on, or use of this material.

## Patents

Certain equipment and software described in this document is protected by issued and pending U.S. and foreign patents. All products and services are trademarks or registered trademarks of their respective manufacturer.

## Copyright

This document contains confidential and proprietary information protected by copyright. All rights reserved. Copying or other reproduction of all or parts of this document is prohibited without the permission of Savant Systems.

## Trademarks

RacePoint Blueprint™, ROSIE™, NOW YOU CAN™, and SAVANT® are trademarks of Savant Systems, LLC
Adobe® Photoshop® is a trademark of Adobe Systems Incorporated
Apple®, Apple® AirPort Express®, Apple® AirPort Extreme®, Apple TV®, Apple Remote Desktop™, iMac®, iTunes®, iPhone™, iPod touch®, MacBook® and .Mac® are registered trademarks or trade names of Apple Inc.
Windows® is a trade name of Microsoft Corporation
VPN Tracker is a trade name of equinux USA, Inc.
Dolby® and the double-D symbol are registered trademarks of Dolby® Laboratories.
DTS is a registered trademark and the DTS logos and Symbol are trademarks of DTS, Inc.
<oXygen/>® XML Editor and XSLT Debugger are trademarks of SyncRO Soft Ltd.
The YouTube logo is a trademark of Google Inc.
Flickr is a trademark of Yahoo, Inc.

## Technical Support

Savant is dedicated to providing prompt and effective support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-3800
Email: support@savantav.com

## Sales

Savant is dedicated to providing prompt and effective sales support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-2600
Email: sales@savantav.com

Copyright 2009 by Savant Systems LLC

Savant US Dealer Price List: November 2009 REV 009-0135-04

# Important Notice

## Disclaimer

The contents of this document are subject to change without notice; therefore, the information presented herein shall not be construed as a commitment or warranty.

Savant Systems LLC shall not be liable for any technical or editorial errors or omissions contained herein or for incidental or consequential damages resulting from the performance, furnishing, reliance on, or use of this material.

## Patents

Certain equipment and software described in this document is protected by issued and pending U.S. and foreign patents. All products and services are trademarks or registered trademarks of their respective manufacturer.

## Copyright

This document contains confidential and proprietary information protected by copyright. All rights reserved. Copying or other reproduction of all or parts of this document is prohibited without the permission of Savant Systems.

## Trademarks

RacePoint Blueprint™, ROSIE™, NOW YOU CAN™, and SAVANT® are trademarks of Savant Systems, LLC
Adobe® Photoshop® is a trademark of Adobe Systems Incorporated
Apple®, Apple® AirPort Express®, Apple® AirPort Extreme®, Apple TV®, Apple Remote Desktop™, iMac®, iTunes®, iPhone™, iPod touch®, MacBook® and .Mac® are registered trademarks or trade names of Apple Inc.
Windows® is a trade name of Microsoft Corporation
VPN Tracker is a trade name of equinux USA, Inc.
Dolby® and the double-D symbol are registered trademarks of Dolby® Laboratories.
DTS is a registered trademark and the DTS logos and Symbol are trademarks of DTS, Inc.
<oXygen/>® XML Editor and XSLT Debugger are trademarks of SyncRO Soft Ltd.
The YouTube logo is a trademark of Google Inc.
Flickr is a trademark of Yahoo, Inc.

## Technical Support

Savant is dedicated to providing prompt and effective support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-3800
Email: support@savantav.com

## Sales

Savant is dedicated to providing prompt and effective sales support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-2600
Email: sales@savantav.com

Copyright 2009 by Savant Systems LLC

Savant US Dealer Price List: November 2009 REV 009-0135-04

# Important Notice

## Disclaimer

The contents of this document are subject to change without notice; therefore, the information presented herein shall not be construed as a commitment or warranty.

Savant Systems LLC shall not be liable for any technical or editorial errors or omissions contained herein or for incidental or consequential damages resulting from the performance, furnishing, reliance on, or use of this material.

## Patents

Certain equipment and software described in this document is protected by issued and pending U.S. and foreign patents. All products and services are trademarks or registered trademarks of their respective manufacturer.

## Copyright

This document contains confidential and proprietary information protected by copyright. All rights reserved. Copying or other reproduction of all or parts of this document is prohibited without the permission of Savant Systems.

## Trademarks

RacePoint Blueprint™, ROSIE™, NOW YOU CAN™, and SAVANT® are trademarks of Savant Systems, LLC
Adobe® Photoshop® is a trademark of Adobe Systems Incorporated
Apple®, Apple® AirPort Express®, Apple® AirPort Extreme®, Apple TV®, Apple Remote Desktop™, iMac®, iTunes®, iPhone™, iPod touch®, MacBook® and .Mac® are registered trademarks or trade names of Apple Inc.
Windows® is a trade name of Microsoft Corporation
VPN Tracker is a trade name of equinux USA, Inc.
Dolby® and the double-D symbol are registered trademarks of Dolby® Laboratories.
DTS is a registered trademark and the DTS logos and Symbol are trademarks of DTS, Inc.
<oXygen/>® XML Editor and XSLT Debugger are trademarks of SyncRO Soft Ltd.
The YouTube logo is a trademark of Google Inc.
Flickr is a trademark of Yahoo, Inc.

## Technical Support

Savant is dedicated to providing prompt and effective support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-3800
Email: support@savantav.com

## Sales

Savant is dedicated to providing prompt and effective sales support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-2600
Email: sales@savantav.com

Copyright 2009 by Savant Systems LLC

Savant US Dealer Price List: November 2009 REV 009-0135-04

# Apple Authorized Reseller & Service Provider

SAVANT® is the first automation and control company delivering a diverse and unique product portfolio of integrated solutions leveraging the remarkable features provided by Apple, Inc.

In our multifaceted relationship with Apple, Inc., SAVANT® is a member of Apple's Proprietary Solutions Provider program (PSP) and a value-added reseller (VAR). The PSP program is a select group of companies that sell Apple products and peripherals. SAVANT® takes this relationship further by designing, developing and delivering unique platforms and revolutionary applications, such as RacePoint Blueprint™ and the award-winning ROSIE OSD, utilizing Apple's core technologies.

SAVANT® is also an Authorized Apple Reseller and Service Provider that ensures the utmost quality is delivered and provided to our valued customers.

SAVANT® is at the forefront of the automation and control industry driving new technologies with superior system capabilities that elevate the user experience. We look forward to our continuous success in providing these solutions, with the added benefits of Apple's technology.

**Authorized Reseller**





# Apple Authorized Reseller & Service Provider

SAVANT® is the first automation and control company delivering a diverse and unique product portfolio of integrated solutions leveraging the remarkable features provided by Apple, Inc.

In our multifaceted relationship with Apple, Inc., SAVANT® is a member of Apple's Proprietary Solutions Provider program (PSP) and a value-added reseller (VAR). The PSP program is a select group of companies that sell Apple products and peripherals. SAVANT® takes this relationship further by designing, developing and delivering unique platforms and revolutionary applications, such as RacePoint Blueprint™ and the award-winning ROSIE OSD, utilizing Apple's core technologies.

SAVANT® is also an Authorized Apple Reseller and Service Provider that ensures the utmost quality is delivered and provided to our valued customers.

SAVANT® is at the forefront of the automation and control industry driving new technologies with superior system capabilities that elevate the user experience. We look forward to our continuous success in providing these solutions, with the added benefits of Apple's technology.

Authorized Reseller





# Apple Authorized Reseller & Service Provider

SAVANT® is the first automation and control company delivering a diverse and unique product portfolio of integrated solutions leveraging the remarkable features provided by Apple, Inc.

In our multifaceted relationship with Apple, Inc., SAVANT® is a member of Apple's Proprietary Solutions Provider program (PSP) and a value-added reseller (VAR). The PSP program is a select group of companies that sell Apple products and peripherals. SAVANT® takes this relationship further by designing, developing and delivering unique platforms and revolutionary applications, such as RacePoint Blueprint™ and the award-winning ROSIE OSD, utilizing Apple's core technologies.

SAVANT® is also an Authorized Apple Reseller and Service Provider that ensures the utmost quality is delivered and provided to our valued customers.

SAVANT® is at the forefront of the automation and control industry driving new technologies with superior system capabilities that elevate the user experience. We look forward to our continuous success in providing these solutions, with the added benefits of Apple's technology.

**Authorized Reseller**





# Dealer Support

## Dealer Training

All prospective Savant Dealers are required to complete our comprehensive training program in order to become Authorized Savant Dealers. Completion of the course curriculum ensures that the highest level of quality and service is delivered to the end-customer. Installers and integrators receive in-depth and hands-on instruction in Savant's world-class training room located at Headquarters. To accommodate dealers geographically, regional training is also available.

With a tremendous training initiative in place, it is certain that end-consumers will residually benefit.

## Dealer Support

Savant prides itself with one of the best technical support programs in the industry. Savant Dealers have access to an online Support Portal, as well as complete and timely phone support. For immediate customer field issues, Savant offers regional systems engineers for assistance.

## Professional Services

Savant has always believed that one of the key elements to the foundation for success is world-class service and support. With one of the industries top support infrastructures and teams in place, Savant is pleased to offer an extended division of the Engineering department = Savant Professional Services. The Pro Services team is dedicated in aiding authorized Savant Dealers with all phases of the installation process.

savant
Professional Services

The primary goal of this program is to enhance the service offerings of Savant Dealer's to their customer base. From start-to-finish, the Savant Professional Services team will assist with custom graphics, custom automation, application creation, proposals, schematics and CAD drawings. Pro Services also has the expertise and capacity to expedite installations for Dealers with limited resources and bandwidth.

## Excellence in AV Program

Savant's Excellence in AV Program forms relationships with the best manufacturers of audio, video, lighting control, HVAC, security, and other components, devices and subsystems from many diverse markets.

savant
Excellence in AV Program

This program is driven to support the custom installers and system integrators of this industry. It is critical that seamless product interoperability of each manufacturer is valued and executed upon.

## Technical and Sales Support

Savant is dedicated to providing prompt and effective support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-2600
Email: support@savantav.com or sales@savantav.com

# Dealer Support

## Dealer Training

All prospective Savant Dealers are required to complete our comprehensive training program in order to become Authorized Savant Dealers. Completion of the course curriculum ensures that the highest level of quality and service is delivered to the end-customer. Installers and integrators receive in-depth and hands-on instruction in Savant's world-class training room located at Headquarters. To accommodate dealers geographically, regional training is also available.

With a tremendous training initiative in place, it is certain that end-consumers will residually benefit.

## Dealer Support

Savant prides itself with one of the best technical support programs in the industry. Savant Dealers have access to an online Support Portal, as well as complete and timely phone support. For immediate customer field issues, Savant offers regional systems engineers for assistance.

## Professional Services

Savant has always believed that one of the key elements to the foundation for success is world-class service and support. With one of the industries top support infrastructures and teams in place, Savant is pleased to offer an extended division of the Engineering department = Savant Professional Services. The Pro Services team is dedicated in aiding authorized Savant Dealers with all phases of the installation process.

savant Professional Services

The primary goal of this program is to enhance the service offerings of Savant Dealer's to their customer base. From start-to-finish, the Savant Professional Services team will assist with custom graphics, custom automation, application creation, proposals, schematics and CAD drawings. Pro Services also has the expertise and capacity to expedite installations for Dealers with limited resources and bandwidth.

## Excellence in AV Program

Savant's Excellence in AV Program forms relationships with the best manufacturers of audio, video, lighting control, HVAC, security, and other components, devices and subsystems from many diverse markets.

savant Excellence in AV Program

This program is driven to support the custom installers and system integrators of this industry. It is critical that seamless product interoperability of each manufacturer is valued and executed upon.

## Technical and Sales Support

Savant is dedicated to providing prompt and effective support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-2600
Email: support@savantav.com or sales@savantav.com

# Dealer Support

## Dealer Training

All prospective Savant Dealers are required to complete our comprehensive training program in order to become Authorized Savant Dealers. Completion of the course curriculum ensures that the highest level of quality and service is delivered to the end-customer. Installers and integrators receive in-depth and hands-on instruction in Savant's world-class training room located at Headquarters. To accommodate dealers geographically, regional training is also available.

With a tremendous training initiative in place, it is certain that end-consumers will residually benefit.

## Dealer Support

Savant prides itself with one of the best technical support programs in the industry. Savant Dealers have access to an online Support Portal, as well as complete and timely phone support. For immediate customer field issues, Savant offers regional systems engineers for assistance.

## Professional Services

Savant has always believed that one of the key elements to the foundation for success is world-class service and support. With one of the industries top support infrastructures and teams in place, Savant is pleased to offer an extended division of the Engineering department = Savant Professional Services. The Pro Services team is dedicated in aiding authorized Savant Dealers with all phases of the installation process.

savant
Professional Services

The primary goal of this program is to enhance the service offerings of Savant Dealer's to their customer base. From start-to-finish, the Savant Professional Services team will assist with custom graphics, custom automation, application creation, proposals, schematics and CAD drawings. Pro Services also has the expertise and capacity to expedite installations for Dealers with limited resources and bandwidth.

## Excellence in AV Program

Savant's Excellence in AV Program forms relationships with the best manufacturers of audio, video, lighting control, HVAC, security, and other components, devices and subsystems from many diverse markets.

savant
Excellence in AV Program

This program is driven to support the custom installers and system integrators of this industry. It is critical that seamless product interoperability of each manufacturer is valued and executed upon.

## Technical and Sales Support

Savant is dedicated to providing prompt and effective support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-2600
Email: support@savantav.com or sales@savantav.com

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD Dealer Price Schedule November 2009**

| | |
|---|---|
| *PROTEGE LINE* | *PROTEGE LINE* |
| *CONTROLLERS* | *CONTROLLERS* |
| *OSD CONTROLLERS* | *OSD CONTROLLERS* |
| *A/V CONTROLLERS* | *A/V CONTROLLERS* |
| *SERVICE CARDS* | *SERVICE CARDS* |
| *IPOD DISTRIBUTION INTERFACE* | *IPOD DISTRIBUTION INTERFACE* |
| *HOSTS & SERVERS* | *HOST & MOBILE DEVICE SERVERS* |
| *MOBILE DEVICES & LICENSING* | *MOBILE DEVICES & LICENSING* |
| *TOUCH PANELS - WIRELESS* | *TOUCH PANELS - WIRELESS* |
| *TOUCH PANELS - IN-WALLS* | *TOUCH PANELS - IN-WALLS* |
| *TOUCH PANELS - TABLE TOP* | *TOUCH PANELS - TABLE TOP* |
| *TP - SERVERS & CONTROLLERS* | *TOUCH PANELS - SERVERS* |
| *TOUCH PANEL & KEYPAD EXTENDERS* | *TOUCH PANEL & KEYPAD EXTENDERS* |
| *TOUCH PANELS - POWER* | *TOUCH PANELS - POWER* |
| *ROUGH IN BOXES* | *ROUGH IN BOXES* |
| *TOUCH PANEL BEZELS* | *TOUCH PANEL BEZELS* |
| *STREAMING VIDEO SERVERS* | *STREAMING VIDEO SERVERS* |
| *KEYPAD BUNDLE* | *KEYPAD BUNDLE* |
| *KEYPADS ENGRAVING* | *KEYPADS ENGRAVING* |
| *KEYPAD ASSEMBLY* | *KEYPAD ASSEMBLY* |
| *KEYPAD SPARE PARTS* | *KEYPAD SPARE PARTS* |
| *REMOTES* | *REMOTES* |
| *CABLE* | *CABLE* |
| *HDMI EXTENDERS (CAT 5E)* | *HDMI EXTENDERS (CAT 5E)* |
| *HDMI EXTENDERS (COAX)* | *HDMI EXTENDERS (COAX)* |
| *USB EXTENDERS* | *USB EXTENDERS* |
| *SPECIAL SERVICES* | *SPECIAL SERVICES* |
| *ACCESSORIES* | *ACCESSORIES* |
| *SOFTWARE* | *SOFTWARE* |

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

| | |
|---|---|
| PROTEGE LINE | PROTEGE LINE |
| CONTROLLERS | CONTROLLERS |
| OSD CONTROLLERS | OSD CONTROLLERS |
| A/V CONTROLLERS | A/V CONTROLLERS |
| SERVICE CARDS | SERVICE CARDS |
| IPOD DISTRIBUTION INTERFACE | IPOD DISTRIBUTION INTERFACE |
| HOSTS & SERVERS | HOST & MOBILE DEVICE SERVERS |
| MOBILE DEVICES & LICENSING | MOBILE DEVICES & LICENSING |
| TOUCH PANELS - WIRELESS | TOUCH PANELS - WIRELESS |
| TOUCH PANELS - IN-WALLS | TOUCH PANELS - IN-WALLS |
| TOUCH PANELS - TABLE TOP | TOUCH PANELS - TABLE TOP |
| TP - SERVERS & CONTROLLERS | TOUCH PANELS - SERVERS |
| TOUCH PANEL & KEYPAD EXTENDERS | TOUCH PANEL & KEYPAD EXTENDERS |
| TOUCH PANELS - POWER | TOUCH PANELS - POWER |
| ROUGH IN BOXES | ROUGH IN BOXES |
| TOUCH PANEL BEZELS | TOUCH PANEL BEZELS |
| STREAMING VIDEO SERVERS | STREAMING VIDEO SERVERS |
| KEYPAD BUNDLE | KEYPAD BUNDLE |
| KEYPADS ENGRAVING | KEYPADS ENGRAVING |
| KEYPAD ASSEMBLY | KEYPAD ASSEMBLY |
| KEYPAD SPARE PARTS | KEYPAD SPARE PARTS |
| REMOTES | REMOTES |
| CABLE | CABLE |
| HDMI EXTENDERS (CAT 5E) | HDMI EXTENDERS (CAT 5E) |
| HDMI EXTENDERS (COAX) | HDMI EXTENDERS (COAX) |
| USB EXTENDERS | USB EXTENDERS |
| SPECIAL SERVICES | SPECIAL SERVICES |
| ACCESSORIES | ACCESSORIES |
| SOFTWARE | SOFTWARE |

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

| | |
|---|---|
| *PROTEGE LINE* | *PROTEGE LINE* |
| *CONTROLLERS* | *CONTROLLERS* |
| *OSD CONTROLLERS* | *OSD CONTROLLERS* |
| *A/V CONTROLLERS* | *A/V CONTROLLERS* |
| *SERVICE CARDS* | *SERVICE CARDS* |
| *IPOD DISTRIBUTION INTERFACE* | *IPOD DISTRIBUTION INTERFACE* |
| *HOSTS & SERVERS* | *HOST & MOBILE DEVICE SERVERS* |
| *MOBILE DEVICES & LICENSING* | *MOBILE DEVICES & LICENSING* |
| *TOUCH PANELS - WIRELESS* | *TOUCH PANELS - WIRELESS* |
| *TOUCH PANELS - IN-WALLS* | *TOUCH PANELS - IN-WALLS* |
| *TOUCH PANELS - TABLE TOP* | *TOUCH PANELS - TABLE TOP* |
| *TP - SERVERS & CONTROLLERS* | *TOUCH PANELS - SERVERS* |
| *TOUCH PANEL & KEYPAD EXTENDERS* | *TOUCH PANEL & KEYPAD EXTENDERS* |
| *TOUCH PANELS - POWER* | *TOUCH PANELS - POWER* |
| *ROUGH IN BOXES* | *ROUGH IN BOXES* |
| *TOUCH PANEL BEZELS* | *TOUCH PANEL BEZELS* |
| *STREAMING VIDEO SERVERS* | *STREAMING VIDEO SERVERS* |
| *KEYPAD BUNDLE* | *KEYPAD BUNDLE* |
| *KEYPADS ENGRAVING* | *KEYPADS ENGRAVING* |
| *KEYPAD ASSEMBLY* | *KEYPAD ASSEMBLY* |
| *KEYPAD SPARE PARTS* | *KEYPAD SPARE PARTS* |
| *REMOTES* | *REMOTES* |
| *CABLE* | *CABLE* |
| *HDMI EXTENDERS (CAT 5E)* | *HDMI EXTENDERS (CAT 5E)* |
| *HDMI EXTENDERS (COAX)* | *HDMI EXTENDERS (COAX)* |
| *USB EXTENDERS* | *USB EXTENDERS* |
| *SPECIAL SERVICES* | *SPECIAL SERVICES* |
| *ACCESSORIES* | *ACCESSORIES* |
| *SOFTWARE* | *SOFTWARE* |

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

| | |
|---|---|
| ***LICENSING*** | LICENSING |
| ***DEVELOPMENT ENVIRONMENTS*** | DEVELOPMENT ENVIRONMENTS |
| ***SUBSCRIPTION SERVICE*** | SUBSCRIPTION SERVICE |
| ***PROFESSIONAL SERVICES*** | PROFESSIONAL SERVICES |
| ***DOCUMENTATION*** | DOCUMENTATION |
| ***WIRELESS CONTROL SYSTEMS*** | WIRELESS CONTROL SYSTEMS |
| ***OSD CONTROL SYSTEMS*** | OSD CONTROL SYSTEMS |
| ***MULTI-ROOM CONTROL SYSTEMS*** | MULTI-ROOM CONTROL SYSTEMS |
| ***TABLE TOP CONTROL SYSTEMS*** | TABLE TOP CONTROL SYSTEMS |
| ***IN-WALL CONTROL SYSTEMS*** | IN-WALL CONTROL SYSTEMS |
| ***DEMONSTRATION KITS*** | DEMONSTRATION KITS |

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

| | |
|---|---|
| ***LICENSING*** | LICENSING |
| ***DEVELOPMENT ENVIRONMENTS*** | DEVELOPMENT ENVIRONMENTS |
| ***SUBSCRIPTION SERVICE*** | SUBSCRIPTION SERVICE |
| ***PROFESSIONAL SERVICES*** | PROFESSIONAL SERVICES |
| ***DOCUMENTATION*** | DOCUMENTATION |
| ***WIRELESS CONTROL SYSTEMS*** | WIRELESS CONTROL SYSTEMS |
| ***OSD CONTROL SYSTEMS*** | OSD CONTROL SYSTEMS |
| ***MULTI-ROOM CONTROL SYSTEMS*** | MULTI-ROOM CONTROL SYSTEMS |
| ***TABLE TOP CONTROL SYSTEMS*** | TABLE TOP CONTROL SYSTEMS |
| ***IN-WALL CONTROL SYSTEMS*** | IN-WALL CONTROL SYSTEMS |
| ***DEMONSTRATION KITS*** | DEMONSTRATION KITS |

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

| | |
|---|---|
| ***LICENSING*** | *LICENSING* |
| ***DEVELOPMENT ENVIRONMENTS*** | *DEVELOPMENT ENVIRONMENTS* |
| ***SUBSCRIPTION SERVICE*** | *SUBSCRIPTION SERVICE* |
| ***PROFESSIONAL SERVICES*** | *PROFESSIONAL SERVICES* |
| ***DOCUMENTATION*** | *DOCUMENTATION* |
| ***WIRELESS CONTROL SYSTEMS*** | *WIRELESS CONTROL SYSTEMS* |
| ***OSD CONTROL SYSTEMS*** | *OSD CONTROL SYSTEMS* |
| ***MULTI-ROOM CONTROL SYSTEMS*** | *MULTI-ROOM CONTROL SYSTEMS* |
| ***TABLE TOP CONTROL SYSTEMS*** | *TABLE TOP CONTROL SYSTEMS* |
| ***IN-WALL CONTROL SYSTEMS*** | *IN-WALL CONTROL SYSTEMS* |
| ***DEMONSTRATION KITS*** | *DEMONSTRATION KITS* |

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

PROTEGE LINE

## PROTEGE LINE

### PROTEGE CONTROL PACKAGE I

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1001 | $4,899.00 | $2,958.16 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

- PROTÉGÉ is available to the consumer at entry-level investment and is compatible and
- expandable with Savant's entire product line.

--------------------------------------------------------------------------------

- The PMB-1001 package is bundled with the following key components.
- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



App Store RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

## PROTEGE LINE

### PROTEGE CONTROL PACKAGE II (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1002B | $5,299.00 | $3,264.29 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

--------------------------------------------------------------------------------

The PMB-1002B package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (black), DDL-100B
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



App Store RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE I

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1001 | $4,899.00 | $2,958.16 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

- PROTÉGÉ is available to the consumer at entry-level investment and is compatible and
- expandable with Savant's entire product line.

---

- The PMB-1001 package is bundled with the following key components.
- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

PROTEGE LINE

## PROTEGE CONTROL PACKAGE II (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1002B | $5,299.00 | $3,264.29 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1002B package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (black), DDL-100B
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE I

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1001 | $4,899.00 | $2,958.16 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

- PROTÉGÉ is available to the consumer at entry-level investment and is compatible and
- expandable with Savant's entire product line.

------------------------------------------------------------------------------------------------

- The PMB-1001 package is bundled with the following key components.
- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

PROTEGE LINE

## PROTEGE CONTROL PACKAGE II (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1002B | $5,299.00 | $3,264.29 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

------------------------------------------------------------------------------------------------

The PMB-1002B package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (black), DDL-100B
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

* **All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143230

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE II (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1002W | $5,299.00 | $3,264.29 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1002B package is bundled with the following key components.
- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (white), DDL-100W
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

PROTEGE LINE

## PROTEGE CONTROL PACKAGE III (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1003B | $7,799.00 | $4,794.90 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1003W package is bundled with the following key components.
- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (black), DDL-100B
- (1) 9-inch Tabletop Touch Pane (black)I,TTP-109B
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143231

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE II (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1002W | $5,299.00 | $3,264.29 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1002B package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (white), DDL-100W
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



App Store

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

PROTEGE LINE

## PROTEGE CONTROL PACKAGE III (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1003B | $7,799.00 | $4,794.90 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1003W package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (black), DDL-100B
- (1) 9-inch Tabletop Touch Pane (black)I,TTP-109B
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



App Store

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE II (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1002W | $5,299.00 | $3,264.29 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1002B package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (white), DDL-100W
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



App Store

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

PROTEGE LINE

## PROTEGE CONTROL PACKAGE III (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1003B | $7,799.00 | $4,794.90 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1003W package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (black), DDL-100B
- (1) 9-inch Tabletop Touch Pane (black)I,TTP-109B
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities
Note - See APP-1000 for information on the ROSIE Automation App (not included)



App Store

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE III (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1003W | $7,799.00 | $4,794.90 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1003W package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (white), DDL-100W
- (1) 9-inch Tabletop Touch Panel (white),TTP-109W
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities

Note - See APP-1000 for information on the ROSIE Automation App (not included)



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

PROTEGE LINE

## PROTEGE CONTROL PACKAGE IV (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1004B | $7,799.00 | $4,794.90 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1004B package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (black), DDL-100B
- (1) 9-inch In-wall Touch Panel, ITP-C109X, X = bezel color
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities

Note - See APP-1000 for information on the ROSIE Automation App (not included)

Note - Bezel color of In-wall touch panel is selected during order entry as a zero-cost item



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143232

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE III (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1003W | $7,799.00 | $4,794.90 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1003W package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (white), DDL-100W
- (1) 9-inch Tabletop Touch Panel (white),TTP-109W
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities

Note - See APP-1000 for information on the ROSIE Automation App (not included)



App Store RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

PROTEGE LINE

## PROTEGE CONTROL PACKAGE IV (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1004B | $7,799.00 | $4,794.90 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1004B package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (black), DDL-100B
- (1) 9-inch In-wall Touch Panel, ITP-C109X, X = bezel color
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities

Note - See APP-1000 for information on the ROSIE Automation App (not included)

Note - Bezel color of In-wall touch panel is selected during order entry as a zero-cost item



App Store RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143232

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE III (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1003W | $7,799.00 | $4,794.90 | |



PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

--------------------------------------------------------------------------------

The PMB-1003W package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (white), DDL-100W
- (1) 9-inch Tabletop Touch Panel (white),TTP-109W
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities

Note - See APP-1000 for information on the ROSIE Automation App (not included)

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

PROTEGE LINE

## PROTEGE CONTROL PACKAGE IV (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1004B | $7,799.00 | $4,794.90 | |



PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

--------------------------------------------------------------------------------

The PMB-1004B package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (black), DDL-100B
- (1) 9-inch In-wall Touch Panel, ITP-C109X, X = bezel color
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities

Note - See APP-1000 for information on the ROSIE Automation App (not included)

Note - Bezel color of In-wall touch panel is selected during order entry as a zero-cost item

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE IV (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) |
|---|---|---|
| PMB-1004W | $7,799.00 | $4,794.90 |



Description

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

--------------------------------------------------------------------------------

The PMB-1004W package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (white), DDL-100W
- (1) 9-inch In-wall Touch Panel, ITP-C109X, X = bezel color
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities

Note - See APP-1000 for information on the ROSIE Automation App (not included)

Note - Bezel color of In-wall touch panel is selected during order entry as a zero-cost item

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

PROTEGE LINE

## PROTEGE MULTIROOM AUDIO SOLUTION

| Model | Sugg. Retail (USD) | Dealer Cost (USD) |
|---|---|---|
| PMC-1000 | $4,599.00 | $2,754.08 |



Description

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®. PROTÉGÉ provides 4 x 8 audio switching, an integrated iTunes® audio server, and 25 control ports, all packaged in an elegant 3U design. It also includes an integrated touch panel server supporting a single touch panel. PROTÉGÉ allows you to choose from 12 different audio sources: four external analog sources and eight internal media players.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

--------------------------------------------------------------------------------

- Great entry level whole-house control and multiroom audio solution
- Complete whole-house control from the palm of your hand from home or afar
- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet ports, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Audio Switching and Processing
  - Audio distribution up to 8 stereo zones, up to 4 external source inputs
  - Four external analog audio sources plus eight internal media players
  - Volume, balance and tone controls
- Audio outputs: Eight left and right analog (RCA) pairs
- Audio inputs: Four left and right analog (RCA) pairs
- Audio zones: Up to 8 stero zones
- Integrated iTunes® digital audio server distributing eight unique songs simultaneously

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE IV (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1004W | $7,799.00 | $4,794.90 | |

PROTEGE LINE



PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1004W package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (white), DDL-100W
- (1) 9-inch In-wall Touch Panel, ITP-C109X, X = bezel color
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities

Note - See APP-1000 for information on the ROSIE Automation App (not included)

Note - Bezel color of In-wall touch panel is selected during order entry as a zero-cost item

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

## PROTEGE MULTIROOM AUDIO SOLUTION

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMC-1000 | $4,599.00 | $2,754.08 | |

PROTEGE LINE



PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®. PROTÉGÉ provides 4 x 8 audio switching, an integrated iTunes® audio server, and 25 control ports, all packaged in an elegant 3U design. It also includes an integrated touch panel server supporting a single touch panel. PROTÉGÉ allows you to choose from 12 different audio sources: four external analog sources and eight internal media players.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

- Great entry level whole-house control and multiroom audio solution
- Complete whole-house control from the palm of your hand from home or afar
- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet ports, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Audio Switching and Processing
  - Audio distribution up to 8 stereo zones, up to 4 external source inputs
  - Four external analog audio sources plus eight internal media players
  - Volume, balance and tone controls
- Audio outputs: Eight left and right analog (RCA) pairs
- Audio inputs: Four left and right analog (RCA) pairs
- Audio zones: Up to 8 stero zones
- Integrated iTunes® digital audio server distributing eight unique songs simultaneously

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143233

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

PROTEGE LINE

## PROTEGE CONTROL PACKAGE IV (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMB-1004W | $7,799.00 | $4,794.90 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

The PMB-1004W package is bundled with the following key components.

- (1) PROTÉGÉ platform, PMC-1000
- (1) 8 GB iPod touch®, WIA-4000
- (1) ROSIE Media Dock (white), DDL-100W
- (1) 9-inch In-wall Touch Panel, ITP-C109X, X = bezel color
- (1) Touch Panel Extender, TKX-2101
- Configured and customized using RacePoint Blueprint™ design tool

See the individual model numbers for additional features and capabilities

Note - See APP-1000 for information on the ROSIE Automation App (not included)

Note - Bezel color of In-wall touch panel is selected during order entry as a zero-cost item



App Store

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTEGE LINE

## PROTEGE MULTIROOM AUDIO SOLUTION

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMC-1000 | $4,599.00 | $2,754.08 | |

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®. PROTÉGÉ provides 4 x 8 audio switching, an integrated iTunes® audio server, and 25 control ports, all packaged in an elegant 3U design. It also includes an integrated touch panel server supporting a single touch panel. PROTÉGÉ allows you to choose from 12 different audio sources: four external analog sources and eight internal media players.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

---

- Great entry level whole-house control and multiroom audio solution
- Complete whole-house control from the palm of your hand from home or afar
- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet ports, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Audio Switching and Processing
  - Audio distribution up to 8 stereo zones. up to 4 external source inputs
  - Four external analog audio sources plus eight internal media players
  - Volume, balance and tone controls
- Audio outputs: Eight left and right analog (RCA) pairs
- Audio inputs: Four left and right analog (RCA) pairs
- Audio zones: Up to 8 stero zones
- Integrated iTunes® digital audio server distributing eight unique songs simultaneously



RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

- Integrated touch panel server supporting a single touch panel
- Front LED status indicators
- 3U metal enclosure, matte black with Savant's signature industrial design
- Easy to install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Compatible and expandable with Savant's entire product line
- Configured and customized using RacePoint Blueprint™ design tool

## CONTROLLERS

### ROSIE SYSTEM CONTROLLER (RSC-0007)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RSC-0007 | $400.00 | $210.53 | |

The RSC-0007 is part of the ROSIE System Controller family designed to primarily provide Infrared (IR) control of third party devices and includes six IR termination ports and a single RS-232 Serial termination port. The RSC-0007 is an ideal solution for small installations controlling IR-based devices, or to provide cost-effective control expansion - especially when additional IR control ports are required.




---

- Six IR termination ports and a single Serial termination port
- (1) Ethernet port, 10/100 Base-T, auto-negotiating
- Small footprint, an ideal fit for any space
- Included items
  - Power supply, 12V DC
  - (1) IR Emitter (IRB-1000)
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D) 1.3 x 4.2 x 6.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

CONTROLLERS

* **All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD Dealer Price Schedule November 2009**

- Integrated touch panel server supporting a single touch panel
- Front LED status indicators
- 3U metal enclosure, matte black with Savant's signature industrial design
- Easy to install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Compatible and expandable with Savant's entire product line
- Configured and customized using RacePoint Blueprint™ design tool

CONTROLLERS

## ROSIE SYSTEM CONTROLLER (RSC-0007)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RSC-0007 | $400.00 | $210.53 | |

The RSC-0007 is part of the ROSIE System Controller family designed to primarily provide Infrared (IR) control of third party devices and includes six IR termination ports and a single RS-232 Serial termination port. The RSC-0007 is an ideal solution for small installations controlling IR-based devices, or to provide cost-effective control expansion - especially when additional IR control ports are required.

---




- Six IR termination ports and a single Serial termination port
- (1) Ethernet port, 10/100 Base-T, auto-negotiating
- Small footprint, an ideal fit for any space
- Included items
  - Power supply, 12V DC
  - (1) IR Emitter (IRB-1000)
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D) 1.3 x 4.2 x 6.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

CONTROLLERS

* **All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD Dealer Price Schedule November 2009**

- Integrated touch panel server supporting a single touch panel
- Front LED status indicators
- 3U metal enclosure, matte black with Savant's signature industrial design
- Easy to install and effortlessly placed in strategic installations
- Included items
    - Removable rack ears and mounting hardware
    - Power supplies
    - (2) IR Emitters (IRB-1000)
    - (1) Serial Adapter Kit (SAK-1000)
    - Installation kit
- Compatible and expandable with Savant's entire product line
- Configured and customized using RacePoint Blueprint™ design tool

## CONTROLLERS

### ROSIE SYSTEM CONTROLLER (RSC-0007)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RSC-0007 | $400.00 | $210.53 | |

The RSC-0007 is part of the ROSIE System Controller family designed to primarily provide Infrared (IR) control of third party devices and includes six IR termination ports and a single RS-232 Serial termination port. The RSC-0007 is an ideal solution for small installations controlling IR-based devices, or to provide cost-effective control expansion - especially when additional IR control ports are required.




- Six IR termination ports and a single Serial termination port
- (1) Ethernet port, 10/100 Base-T, auto-negotiating
- Small footprint, an ideal fit for any space
- Included items
    - Power supply, 12V DC
    - (1) IR Emitter (IRB-1000)
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D) 1.3 x 4.2 x 6.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

CONTROLLERS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143234

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

CONTROLLERS

## ROSIE SYSTEM CONTROLLER (RSC-0025)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RSC-0025 | $1,900.00 | $1,000.00 | |

The ROSIE System Controller fulfills control, automation and expansion in a 1U half-rack style enclosure. It includes a blend of the most popular and common control formats (Serial, IR, Relay, GPIO and IP). Two of these systems can be mounted in a 1U rack shelf. ROSIE System Controllers can be linked to any ROSIE System containing a 'host' function, providing cost-effective, scalable control.

---



- 1U half-rack style metal enclosure, matte black
- Front LED Status Indicators
- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO) & 1 Ethernet
  - (1) Ethernet port, 10/100 Base-T, auto-negotiating
- Included items
  - Removable rack ears and mounting hardware
  - Power supply, 12V DC
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D) 1.75 x 8.0 x 6.6 inches
Net Weight: 2.81 lbs (1.28 Kg)

CONTROLLERS

CONTROLLERS

## ROSIE WIRELESS CONTROL SYSTEM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WCS-1000 | $3,500.00 | $1,842.11 | |

The ROSIE Wireless Control System with its integrated Host can be paired with ROSIE Remotes and ROSIE Mobile Devices, as an ideal control solution for simple multi-room installations. The ROSIE Wireless Control System functions as a master zone controller and supports up to eight mobile devices. All audio and video switching and processing is performed by third-party Audio Video Receivers or Switchers. The WCS-1000 is offered in a 2U rack-mountable enclosure.

---



- Integrated Controller providing a blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO & 1 Ethernet port
- Integrated Host
  - Supports up to 8 mobile devices
- Integrated iTunes® Digital Media Server
- Built-in Wi-Fi (802.11 G) & Bluetooth® 2.0
- 2U rack-mountable enclosure
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 12.5 lbs (5.7 kg)
Input Power (CPU): 120 VAC, 50/60 Hz, 15W, 12 VDC
Input Power (Host): 120 VAC, 50/60 Hz, 110W, 18 VDC

CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

CONTROLLERS

## ROSIE SYSTEM CONTROLLER (RSC-0025)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RSC-0025 | $1,900.00 | $1,000.00 | |

The ROSIE System Controller fulfills control, automation and expansion in a 1U half-rack style enclosure. It includes a blend of the most popular and common control formats (Serial, IR, Relay, GPIO and IP). Two of these systems can be mounted in a 1U rack shelf. ROSIE System Controllers can be linked to any ROSIE System containing a 'host' function, providing cost-effective, scalable control.



- 1U half-rack style metal enclosure, matte black
- Front LED Status Indicators
- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO) & 1 Ethernet
  - (1) Ethernet port, 10/100 Base-T, auto-negotiating
- Included items
  - Removable rack ears and mounting hardware
  - Power supply, 12V DC
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
- Configured and customized with RacePoint Blueprint™ design tool

Dimensions (H x W x D) 1.75 x 8.0 x 6.6 inches
Net Weight: 2.81 lbs (1.28 Kg)

CONTROLLERS

## ROSIE WIRELESS CONTROL SYSTEM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WCS-1000 | $3,500.00 | $1,842.11 | |

The ROSIE Wireless Control System with its integrated Host can be paired with ROSIE Remotes and ROSIE Mobile Devices, as an ideal control solution for simple multi-room installations. The ROSIE Wireless Control System functions as a master zone controller and supports up to eight mobile devices. All audio and video switching and processing is performed by third-party Audio Video Receivers or Switchers. The WCS-1000 is offered in a 2U rack-mountable enclosure.



- Integrated Controller providing a blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO & 1 Ethernet port
- Integrated Host
  - Supports up to 8 mobile devices
- Integrated iTunes® Digital Media Server
- Built-in Wi-Fi (802.11 G) & Bluetooth® 2.0
- 2U rack-mountable enclosure
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized with RacePoint Blueprint™ design tool

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 12.5 lbs (5.7 kg)
Input Power (CPU): 120 VAC, 50/60 Hz, 15W, 12 VDC
Input Power (Host): 120 VAC, 50/60 Hz, 110W, 18 VDC

CONTROLLERS

CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143235

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

CONTROLLERS

## ROSIE SYSTEM CONTROLLER (RSC-0025)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RSC-0025 | $1,900.00 | $1,000.00 | |

The ROSIE System Controller fulfills control, automation and expansion in a 1U half-rack style enclosure. It includes a blend of the most popular and common control formats (Serial, IR, Relay, GPIO and IP). Two of these systems can be mounted in a 1U rack shelf. ROSIE System Controllers can be linked to any ROSIE System containing a 'host' function, providing cost-effective, scalable control.



- 1U half-rack style metal enclosure, matte black
- Front LED Status Indicators
- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO) & 1 Ethernet
  - (1) Ethernet port, 10/100 Base-T, auto-negotiating
- Included items
  - Removable rack ears and mounting hardware
  - Power supply, 12V DC
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D) 1.75 x 8.0 x 6.6 inches
Net Weight: 2.81 lbs (1.28 Kg)

CONTROLLERS

## ROSIE WIRELESS CONTROL SYSTEM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WCS-1000 | $3,500.00 | $1,842.11 | |

The ROSIE Wireless Control System with its integrated Host can be paired with ROSIE Remotes and ROSIE Mobile Devices, as an ideal control solution for simple multi-room installations. The ROSIE Wireless Control System functions as a master zone controller and supports up to eight mobile devices. All audio and video switching and processing is performed by third-party Audio Video Receivers or Switchers. The WCS-1000 is offered in a 2U rack-mountable enclosure.



- Integrated Controller providing a blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO & 1 Ethernet port
- Integrated Host
  - Supports up to 8 mobile devices
- Integrated iTunes® Digital Media Server
- Built-in Wi-Fi (802.11 G) & Bluetooth® 2.0
- 2U rack-mountable enclosure
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 12.5 lbs (5.7 kg)
Input Power (CPU): 120 VAC, 50/60 Hz, 15W, 12 VDC
Input Power (Host): 120 VAC, 50/60 Hz, 110W, 18 VDC

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143235

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

## OSD CONTROLLERS

### ROSIE SYSTEM OSD

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| OCC-510W | $2,600.00 | $1,368.42 | |



The OCC-510W is a standalone video processor and scalar. Video processing and scaling features include Aspect Ratio: anamorphic & panoramic full screen, pillar box and more. Video processing including: contrast, saturation, hue & noise reduction. In addition, an alternate solution to provide ROSIE OSD feature capabilities delivering spectacular On-Screen Displays, when paired with a SVR-2100 (User Interface Server).
Note: Savant recommends the OSD-1010 platform for OSD Applications

------------------------------------------------------------

- Blend of popular control ports
  - 2 Serial, 2 IR, 1 Relay, 1 General Purpose IO (GPIO)
  - 1 Ethernet port, 10/100 Base-T, auto-negotiating
- Audio Switching
  - Audio switching up to 3 x 1
- Audio Outputs: (1) S/PDIF, (1) HDMI™
- Audio Inputs: (1) TosLink and (2) HDMI™ Type A 19-pin female
- Video Switching and Processing
  - Video switching up to 3 x 1
  - Video processing, scaling and calibration
- Video Outputs: (1) HDMI™ AV output to (sink) display, Type A 19-pin female
- Video Inputs: (1) Component Video (YPbPr) and (2) HDMI™ Type A 19-pin female
- DVI Input: (1) Local graphics from Host
- USB 2.0 Inputs: (3) USB 2.0 input ports
  - (2) USB Type A for RF Receiver dongle or other USB applications
  - (1) USB connector Type B for local host graphics & control
- Front panel LED status indicators
- 1U metal enclosure, matte black
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

HDMI RoHS COMPLIANT

Dimensions (H x W x D): 1.3 x 15.3 x 6.1 inches
Net Weight: 2.0 lbs (0.9 kg)
Input Power (CPU): 120 VAC, 50/60Hz, 35W, 12 VDC

OSD CONTROLLERS

* **All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143236

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

## OSD CONTROLLERS

### ROSIE SYSTEM OSD

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| OCC-510W | $2,600.00 | $1,368.42 | |

The OCC-510W is a standalone video processor and scalar. Video processing and scaling features include Aspect Ratio: anamorphic & panoramic full screen, pillar box and more. Video processing including: contrast, saturation, hue & noise reduction. In addition, an alternate solution to provide ROSIE OSD feature capabilities delivering spectacular On-Screen Displays, when paired with a SVR-2100 (User Interface Server).
Note: Savant recommends the OSD-1010 platform for OSD Applications




---

- Blend of popular control ports
  - 2 Serial, 2 IR, 1 Relay, 1 General Purpose IO (GPIO)
  - 1 Ethernet port, 10/100 Base-T, auto-negotiating
- Audio Switching
  - Audio switching up to 3 x 1
- Audio Outputs: (1) S/PDIF, (1) HDMI™
- Audio Inputs: (1) TosLink and (2) HDMI™ Type A 19-pin female
- Video Switching and Processing
  - Video switching up to 3 x 1
  - Video processing, scaling and calibration
- Video Outputs: (1) HDMI™ AV output to (sink) display, Type A 19-pin female
- Video Inputs: (1) Component Video (YPbPr) and (2) HDMI™ Type A 19-pin female
- DVI Input: (1) Local graphics from Host
- USB 2.0 Inputs: (3) USB 2.0 input ports
  - (2) USB Type A for RF Receiver dongle or other USB applications
  - (1) USB connector Type B for local host graphics & control
- Front panel LED status indicators
- 1U metal enclosure, matte black
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

HDMI RoHS COMPLIANT

Dimensions (H x W x D): 1.3 x 15.3 x 6.1 inches
Net Weight: 2.0 lbs (0.9 kg)
Input Power (CPU): 120 VAC, 50/60Hz, 35W, 12 VDC

OSD CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143236

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **November 2009**

## OSD CONTROLLERS

### ROSIE SYSTEM OSD

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| OCC-510W | $2,600.00 | $1,368.42 | |

The OCC-510W is a standalone video processor and scalar. Video processing and scaling features include Aspect Ratio: anamorphic & panoramic full screen, pillar box and more. Video processing including: contrast, saturation, hue & noise reduction. In addition, an alternate solution to provide ROSIE OSD feature capabilities delivering spectacular On-Screen Displays, when paired with a SVR-2100 (User Interface Server).

Note: Savant recommends the OSD-1010 platform for OSD Applications

------------------------------------------------------------




- Blend of popular control ports
  - 2 Serial, 2 IR, 1 Relay, 1 General Purpose IO (GPIO)
  - 1 Ethernet port, 10/100 Base-T, auto-negotiating
- Audio Switching
  - Audio switching up to 3 x 1
- Audio Outputs: (1) S/PDIF, (1) HDMI™
- Audio Inputs: (1) TosLink and (2) HDMI™ Type A 19-pin female
- Video Switching and Processing
  - Video switching up to 3 x 1
  - Video processing, scaling and calibration
- Video Outputs: (1) HDMI™ AV output to (sink) display, Type A 19-pin female
- Video Inputs: (1) Component Video (YPbPr) and (2) HDMI™ Type A 19-pin female
- DVI Input: (1) Local graphics from Host
- USB 2.0 Inputs: (3) USB 2.0 input ports
  - (2) USB Type A for RF Receiver dongle or other USB applications
  - (1) USB connector Type B for local host graphics & control
- Front panel LED status indicators
- 1U metal enclosure, matte black
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

HDMI RoHS COMPLIANT

Dimensions (H x W x D): 1.3 x 15.3 x 6.1 inches
Net Weight: 2.0 lbs (0.9 kg)
Input Power (CPU): 120 VAC, 50/60Hz, 35W, 12 VDC

OSD CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

## OSD CONTROLLERS

### ROSIE OSD CONTROL SYSTEM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| OSD-1010 | $3,800.00 | $2,000.00 | |



Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 13.5 lbs (6.1 kg)
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

The ROSIE OSD Control System is a complete ROSIE System. It functions as a master zone controller, supports up to eight mobile devices and has a built-in iTunes® digital media server. All audio and video switching, and processing may be performed by 3rd party AV receivers or switches, or the ROSIE OSD Control System based on installation requirements. In addition, it provides ROSIE OSD feature capabilities delivering spectacular On-Screen Displays. It's available in a 2U rack-mountable enclosure and also includes a blend of the most popular control formats. If additional control ports are required, scalable and cost-effective control is readily available by adding a ROSIE System Controller (see RSC-0007 and RSC-0025).

---

- Blend of popular control ports
  - 2 Serial, 2 IR, 1 Relay, 1 General Purpose IO (GPIO)
  - 1 Ethernet port, 10/100 Base-T, auto-negotiating
- Audio Switching
  - Audio switching up to 3 x 1
- Audio Outputs: (1) S/PDIF, (1) HDMI™
- Audio Inputs: (1) TosLink and (2) HDMI™ Type A 19-pin female
- Video Switching and Processing
  - Video switching up to 3 x 1
  - Video processing, scaling and calibration
- Video Outputs: (1) HDMI™ AV output to (sink) display, Type A 19-pin female
- Video Inputs: (1) Component Video (YPbPr) and (2) HDMI™ Type A 19-pin female
- DVI Input: (1) Local graphics from Host
- USB 2.0 Inputs: (3) USB 2.0 input ports
  - (2) USB Type A for RF Receiver dongle or other USB applications
  - (1) USB connector Type B for local host graphics & control
- HOST IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini- DVI output
  - (1) Mini DisplayPort output
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Navigation and Control: Paired with ROSIE User Interfaces
- Front panel LED status indicators
- 2U metal enclosure, matte black
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

OSD CONTROLLERS

* **All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

## OSD CONTROLLERS

### ROSIE OSD CONTROL SYSTEM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| OSD-1010 | $3,800.00 | $2,000.00 | |

The ROSIE OSD Control System is a complete ROSIE System. It functions as a master zone controller, supports up to eight mobile devices and has a built-in iTunes® digital media server. All audio and video switching, and processing may be performed by 3rd party AV receivers or switches, or the ROSIE OSD Control System based on installation requirements. In addition, it provides ROSIE OSD feature capabilities delivering spectacular On-Screen Displays. It's available in a 2U rack-mountable enclosure and also includes a blend of the most popular control formats. If additional control ports are required, scalable and cost-effective control is readily available by adding a ROSIE System Controller (see RSC-0007 and RSC-0025).



- Blend of popular control ports
  - 2 Serial, 2 IR, 1 Relay, 1 General Purpose IO (GPIO)
  - 1 Ethernet port, 10/100 Base-T, auto-negotiating
- Audio Switching
  - Audio switching up to 3 x 1
- Audio Outputs: (1) S/PDIF, (1) HDMI™
- Audio Inputs: (1) TosLink and (2) HDMI™ Type A 19-pin female
- Video Switching and Processing
  - Video switching up to 3 x 1
  - Video processing, scaling and calibration
- Video Outputs: (1) HDMI™ AV output to (sink) display, Type A 19-pin female
- Video Inputs: (1) Component Video (YPbPr) and (2) HDMI™ Type A 19-pin female
- DVI Input: (1) Local graphics from Host
- USB 2.0 Inputs: (3) USB 2.0 input ports
  - (2) USB Type A for RF Receiver dongle or other USB applications
  - (1) USB connector Type B for local host graphics & control
- HOST IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini- DVI output
  - (1) Mini DisplayPort output
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Navigation and Control: Paired with ROSIE User Interfaces
- Front panel LED status indicators
- 2U metal enclosure, matte black
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 13.5 lbs (6.1 kg)
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

OSD CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143237

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

OSD CONTROLLERS

## OSD CONTROLLERS

### ROSIE OSD CONTROL SYSTEM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| OSD-1010 | $3,800.00 | $2,000.00 | |

The ROSIE OSD Control System is a complete ROSIE System. It functions as a master zone controller, supports up to eight mobile devices and has a built-in iTunes® digital media server. All audio and video switching, and processing may be performed by 3rd party AV receivers or switches, or the ROSIE OSD Control System based on installation requirements. In addition, it provides ROSIE OSD feature capabilities delivering spectacular On-Screen Displays. It's available in a 2U rack-mountable enclosure and also includes a blend of the most popular control formats. If additional control ports are required, scalable and cost-effective control is readily available by adding a ROSIE System Controller (see RSC-0007 and RSC-0025).



Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 13.5 lbs (6.1 kg)
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

---

- Blend of popular control ports
  - 2 Serial, 2 IR, 1 Relay, 1 General Purpose IO (GPIO)
  - 1 Ethernet port, 10/100 Base-T, auto-negotiating
- Audio Switching
  - Audio switching up to 3 x 1
- Audio Outputs: (1) S/PDIF, (1) HDMI™
- Audio Inputs: (1) TosLink and (2) HDMI™ Type A 19-pin female
- Video Switching and Processing
  - Video switching up to 3 x 1
  - Video processing, scaling and calibration
- Video Outputs: (1) HDMI™ AV output to (sink) display, Type A 19-pin female
- Video Inputs: (1) Component Video (YPbPr) and (2) HDMI™ Type A 19-pin female
- DVI Input: (1) Local graphics from Host
- USB 2.0 Inputs: (3) USB 2.0 input ports
  - (2) USB Type A for RF Receiver dongle or other USB applications
  - (1) USB connector Type B for local host graphics & control
- HOST IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini- DVI output
  - (1) Mini DisplayPort output
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Navigation and Control: Paired with ROSIE User Interfaces
- Front panel LED status indicators
- 2U metal enclosure, matte black
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

* **All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

A/V CONTROLLERS

## ROSIE SYSTEM 2 (HOME THEATER SOLUTION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| LCC-2000 | $8,600.00 | $5,156.84 | |



As part of the line of ROSIE System 2 control solutions, the LCC-2000 delivers audio processing and distribution technology by adding the optional ROSIE Surround Sound module (AOM-SS8U). This world-class audio processing module supports surround sound decoding and matrix processing, including the most popular Dolby® and DTS decoders. The digital preamplifier stage features sixteen independent channels, of which eight are designed to provide multi-channel sound in the main listening room while the other eight feed an additional four stereo zones. The LCC-2000 has sixteen RCA jack connections grouped in one eight channel main zone (7.1 surround sound) and four stereo pairs for passing analog line-level audio signals to an external multi- channel amplifier.

The LCC-2000 also provides broadcast-quality video processing, scaling and calibration features. Moreover, it enables ROSIE OSD (On-Screen Display) technology, which is a visually engaging and intuitive way to navigate, browse, and select diverse home control subsystems and multimedia by boldly presenting them on your HD displays.

---

- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Configurable and scalable
- Audio and Video Switching and Processing
  - Multi-room audio up to 4 x 8 (see LCC-2100 & LCC-11MS)
  - 7.1 Surround Sound Processing (see LCC-2000)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing: Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
  - Video Switching 5 x 1 (see LCC-2100, LCC-2000 & LCC-1500)
  - Video processing and scaling (see LCC-2100, LCC-2000 & LCC-1500)
- Video Outputs: (1): (1) HDMI™ up to 1080p, or (1) Component up to 1080i/720p
- Five Video Inputs: (2) HDMI™, (1) Composite, (1) Component and (1) S-Video
- Audio Outputs: Main Zone: 5.1/7.1 Surround Sound output, S/PDIF & HDMI™
- Audio Inputs: (4) Analog (2) HDMI™, (1) S/PDIF & (1) TosLink
- Audio Zones
  - 4 Stereo (with Main Zone Surround enabled)
  - 8 Stereo (with Main Zone Surround disabled)
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Front LED status indicators
- 3U metal enclosure, matte black
- Easy to Install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

A/V CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143238

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**



## A/V CONTROLLERS

### ROSIE SYSTEM 2 (HOME THEATER SOLUTION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| LCC-2000 | $8,600.00 | $5,156.84 | |



As part of the line of ROSIE System 2 control solutions, the LCC-2000 delivers audio processing and distribution technology by adding the optional ROSIE Surround Sound module (AOM-SS8U). This world-class audio processing module supports surround sound decoding and matrix processing, including the most popular Dolby® and DTS decoders. The digital preamplifier stage features sixteen independent channels, of which eight are designed to provide multi-channel sound in the main listening room while the other eight feed an additional four stereo zones. The LCC-2000 has sixteen RCA jack connections grouped in one eight channel main zone (7.1 surround sound) and four stereo pairs for passing analog line-level audio signals to an external multi- channel amplifier.

The LCC-2000 also provides broadcast-quality video processing, scaling and calibration features. Moreover, it enables ROSIE OSD (On-Screen Display) technology, which is a visually engaging and intuitive way to navigate, browse, and select diverse home control subsystems and multimedia by boldly presenting them on your HD displays.

---

- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Configurable and scalable
- Audio and Video Switching and Processing
  - Multi-room audio up to 4 x 8 (see LCC-2100 & LCC-11MS)
  - 7.1 Surround Sound Processing (see LCC-2000)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing: Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
  - Video Switching 5 x 1 (see LCC-2100, LCC-2000 & LCC-1500)
  - Video processing and scaling (see LCC-2100, LCC-2000 & LCC-1500)
- Video Outputs: (1): (1) HDMI™ up to 1080p, or (1) Component up to 1080i/720p
- Five Video Inputs: (2) HDMI™, (1) Composite, (1) Component and (1) S-Video
- Audio Outputs: Main Zone: 5.1/7.1 Surround Sound output, S/PDIF & HDMI™
- Audio Inputs: (4) Analog (2) HDMI™, (1) S/PDIF & (1) TosLink
- Audio Zones
  - 4 Stereo (with Main Zone Surround enabled)
  - 8 Stereo (with Main Zone Surround disabled)
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Front LED status indicators
- 3U metal enclosure, matte black
- Easy to Install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

*** All prices, availability, designs and specifications are subject to change without notice.**

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule November 2009

A/V CONTROLLERS

## ROSIE SYSTEM 2 (HOME THEATER SOLUTION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| LCC-2000 | $8,600.00 | $5,156.84 | |



As part of the line of ROSIE System 2 control solutions, the LCC-2000 delivers audio processing and distribution technology by adding the optional ROSIE Surround Sound module (AOM-SS8U). This world-class audio processing module supports surround sound decoding and matrix processing, including the most popular Dolby® and DTS decoders. The digital preamplifier stage features sixteen independent channels, of which eight are designed to provide multi-channel sound in the main listening room while the other eight feed an additional four stereo zones. The LCC-2000 has sixteen RCA jack connections grouped in one eight channel main zone (7.1 surround sound) and four stereo pairs for passing analog line-level audio signals to an external multi- channel amplifier.

The LCC-2000 also provides broadcast-quality video processing, scaling and calibration features. Moreover, it enables ROSIE OSD (On-Screen Display) technology, which is a visually engaging and intuitive way to navigate, browse, and select diverse home control subsystems and multimedia by boldly presenting them on your HD displays.

---

- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Configurable and scalable
- Audio and Video Switching and Processing
  - Multi-room audio up to 4 x 8 (see LCC-2100 & LCC-11MS)
  - 7.1 Surround Sound Processing (see LCC-2000)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing: Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
  - Video Switching 5 x 1 (see LCC-2100, LCC-2000 & LCC-1500)
  - Video processing and scaling (see LCC-2100, LCC-2000 & LCC-1500)
- Video Outputs: (1): (1) HDMI™ up to 1080p, or (1) Component up to 1080i/720p
- Five Video Inputs: (2) HDMI™, (1) Composite, (1) Component and (1) S-Video
- Audio Outputs: Main Zone: 5.1/7.1 Surround Sound output, S/PDIF & HDMI™
- Audio Inputs: (4) Analog (2) HDMI™, (1) S/PDIF & (1) TosLink
- Audio Zones
  - 4 Stereo (with Main Zone Surround enabled)
  - 8 Stereo (with Main Zone Surround disabled)
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Front LED status indicators
- 3U metal enclosure, matte black
- Easy to Install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit

CEDIA · DOLBY DIGITAL EX PRO LOGIC IIx · dts · ELECTRONIC HOUSE 2007 · HDMI · RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

A/V CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

- Configured and customized using RacePoint Blueprint™ design tool

## A/V CONTROLLERS

### ROSIE SYSTEM 2 (MULTIROOM AUDIO & OSD SOLUTION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| LCC-2100 | $8,200.00 | $4,841.05 | |

As part of the family of ROSIE System 2 control platforms, the LCC-2100 delivers a 4 x 8 audio distribution solution. The addition of the AOM-016U module delivers an ideal configuration for installations requiring up to eight audiophile-quality distributed stereo zones. The LCC-2100 also provides broadcast quality video processing, scaling and calibration features. Moreover, it enables ROSIE OSD (On-Screen Display) technology, which is a visually engaging and intuitive way to navigate, browse, and select diverse home control subsystems and multimedia by boldly presenting them on your HD displays.



--------------------------------------------------------------------------------

- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Video Switching and Video Processing
  - Video processing and scaling and calibration
- Video Outputs: (1): (1) HDMI™ up to 1080p, or (1) Component up to 1080i/720p
- Five Video Inputs (2) HDMI™, (1) Composite, (1) Component and (1) S-Video
- Audio Outputs: Eight Left and Right Analog (RCA) pairs
- Audio Inputs: (4) Analog (2) HDMI™, (1) S/PDIF & (1) TosLink
- Audio Zones: Up to 8 stereo zones
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Front LED status indicators
- 3U metal enclosure, matte black
- Easy to Install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

A/V CONTROLLERS

* **All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143239

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

- Configured and customized using RacePoint Blueprint™ design tool

## A/V CONTROLLERS

### ROSIE SYSTEM 2 (MULTIROOM AUDIO & OSD SOLUTION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| LCC-2100 | $8,200.00 | $4,841.05 | |

As part of the family of ROSIE System 2 control platforms, the LCC-2100 delivers a 4 x 8 audio distribution solution. The addition of the AOM-016U module delivers an ideal configuration for installations requiring up to eight audiophile-quality distributed stereo zones. The LCC-2100 also provides broadcast quality video processing, scaling and calibration features. Moreover, it enables ROSIE OSD (On-Screen Display) technology, which is a visually engaging and intuitive way to navigate, browse, and select diverse home control subsystems and multimedia by boldly presenting them on your HD displays.



----------------------------------------------------------------------------------------------------

- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Video Switching and Video Processing
  - Video processing and scaling and calibration
- Video Outputs: (1): (1) HDMI™ up to 1080p, or (1) Component up to 1080i/720p
- Five Video Inputs: (2) HDMI™, (1) Composite, (1) Component and (1) S-Video
- Audio Outputs: Eight Left and Right Analog (RCA) pairs
- Audio Inputs: (4) Analog, (2) HDMI™, (1) S/PDIF & (1) TosLink
- Audio Zones: Up to 8 stereo zones
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Front LED status indicators
- 3U metal enclosure, matte black
- Easy to Install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC



* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

- Configured and customized using RacePoint Blueprint™ design tool

## A/V CONTROLLERS

### ROSIE SYSTEM 2 (MULTIROOM AUDIO & OSD SOLUTION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| LCC-2100 | $8,200.00 | $4,841.05 | |

As part of the family of ROSIE System 2 control platforms, the LCC-2100 delivers a 4 x 8 audio distribution solution. The addition of the AOM-016U module delivers an ideal configuration for installations requiring up to eight audiophile-quality distributed stereo zones. The LCC-2100 also provides broadcast-quality video processing, scaling and calibration features. Moreover, it enables ROSIE OSD (On-Screen Display) technology, which is a visually engaging and intuitive way to navigate, browse, and select diverse home control subsystems and multimedia by boldly presenting them on your HD displays.



---

- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Video Switching and Video Processing
  - Video processing and scaling and calibration
- Video Outputs: (1): (1) HDMI™ up to 1080p, or (1) Component up to 1080i/720p
- Five Video Inputs: (2) HDMI™, (1) Composite, (1) Component and (1) S-Video
- Audio Outputs: Eight Left and Right Analog (RCA) pairs
- Audio Inputs: (4) Analog, (2) HDMI™, (1) S/PDIF & (1) TosLink
- Audio Zones: Up to 8 stereo zones
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Front LED status indicators
- 3U metal enclosure, matte black
- Easy to Install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

CEDIA
2007
HDMI
RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

A/V CONTROLLERS

* All prices, availability, designs and specifications are subject to change without notice.

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

## A/V CONTROLLERS

### ROSIE SYSTEM 12 (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-1200 | $9,000.00 | $4,736.84 | |



Dimensions (H x W x D): 10.5 x 17.25 x 14 inches
Net Weight (base configuration): 41 lbs (18.6 kg)

The MSC-1200 is part of the ROSIE System 12 family. Supporting 12 card slots, this flexible design allows the MSC-1200 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 9 x 12 HD video switching, and 24 x 24 audio switching, or 48 x 48 audio only switching is supported per MSC-1200.

The MSC-1200 does not include an integrated host. The optional master host controller selected and paired with the MSC-1200 provides iTunes® Digital Media Server features and capabilities.

---

- Video Switching up to 1080p
  - HD video switch up to 9 x 12 configurations, supports HDMI™ and HDCP
  - Analog and digital video switching capabilities
- Audio switching up to 48 stereo zones or up to 6 surround sound zones
  - Analog and digital video switching capabilities
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater... 18 total
  - Stereo Preamp Processing Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response 20Hz t0 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Front Panel LED Status Indicators
- 6U (rack units) matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

A/V CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143240

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

## A/V CONTROLLERS

### ROSIE SYSTEM 12 (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-1200 | $9,000.00 | $4,736.84 | |



Dimensions (H x W x D): 10.5 x 17.25 x 14 inches
Net Weight (base configuration): 41 lbs (18.6 kg)

The MSC-1200 is part of the ROSIE System 12 family. Supporting 12 card slots, this flexible design allows the MSC-1200 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 9 x 12 HD video switching, and 24 x 24 audio switching, or 48 x 48 audio only switching is supported per MSC-1200.

The MSC-1200 does not include an integrated host. The optional master host controller selected and paired with the MSC-1200 provides iTunes® Digital Media Server features and capabilities.

---

- Video Switching up to 1080p
  - HD video switch up to 9 x 12 configurations, supports HDMI™ and HDCP
  - Analog and digital video switching capabilities
- Audio switching up to 48 stereo zones or up to 6 surround sound zones
  - Analog and digital video switching capabilities
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response 20Hz t0 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Front Panel LED Status Indicators
- 6U (rack units) matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

A/V CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143240

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule November 2009

A/V CONTROLLERS

## ROSIE SYSTEM 12 (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-1200 | $9,000.00 | $4,736.84 | |




Dimensions (H x W x D): 10.5 x 17.25 x 14 inches
Net Weight (base configuration): 41 lbs (18.6 kg)

The MSC-1200 is part of the ROSIE System 12 family. Supporting 12 card slots, this flexible design allows the MSC-1200 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 9 x 12 HD video switching, and 24 x 24 audio switching, or 48 x 48 audio only switching is supported per MSC-1200.

The MSC-1200 does not include an integrated host. The optional master host controller selected and paired with the MSC-1200 provides iTunes® Digital Media Server features and capabilities.

---

- Video Switching up to 1080p
  - HD video switch up to 9 x 12 configurations, supports HDMI™ and HDCP
  - Analog and digital video switching capabilities
- Audio switching up to 48 stereo zones or up to 6 surround sound zones
  - Analog and digital video switching capabilities
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater... 18 total
  - Stereo Preamp Processing Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response 20Hz t0 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
  - Integrated 3-port Ethernet switch
- Front Panel LED Status Indicators
- 6U (rack units) matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

A/V CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

A/V CONTROLLERS

A/V CONTROLLERS

## ROSIE SYSTEM 12 (SINGLE EDITION MSC-1200 BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-12SE | $6,000.00 | $3,157.89 | |



The MSC-12SE is part of the ROSIE System 12 family. Supporting 12 card slots, this flexible design allows the MSC-12SE to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations & available by ordering the appropriate optional modules. Based on the modular design, up to 9 x 12 HD video switching, and 24 x 24 audio switching, or 48 x 48 audio only switching is supported per MSC-12SE.

In contrast to the ROSIE System 12 (MSC-1200), the MSC-12SE platform is not expandable. The optional master host controller selected and paired with the MSC-12SE provides iTunes® Digital Media Server features and capabilities.

Note: See MSC-1200 for additional information on features and capabilities of the MSC-12SE.

A/V CONTROLLERS

A/V CONTROLLERS

## ROSIE SYSTEM 24 (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-2400 | $18,000.00 | $9,473.68 | |



The MSC-2400 is part of the ROSIE System 12 family. Supporting 24 card slots, this flexible design allows the MSC-2400 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 18 x 24 HD video switching, and 48 x 48 audio switching, or 96 x 96 audio only switching is supported per MSC-2400. The Comparison Matrix will assist you in determining and selecting the right multifunctional platform to meet the needs and demands of your installations (see Product Catalog or Cut Sheet).

The MSC-2400 does not include an integrated host or. The optional master host controller selected and paired with the MSC-2400 provides iTunes® Digital Media Server features and capabilities.

- Video Switching up to 1080p, HD video switch up to 18 x 24 configurations
  - Analog and Digital video switching capabilities
  - 18 x 24 HDMI™ / DVI
  - 18 x 18 Component
  - 18 Composite x 24 HDMI™ or 18 Component Out Only
  - 18 S-Video x 24 HDMI™ or 18 Component Out Only
- Supports HDMI™ and HDCP
- Blend of popular control ports (50)
  - 16 Serial, 12 IR, 8 Relay, 14 General Purpose IO (GPIO)
  - 6 Ethernet ports, 10/100/1000 Base-T, auto-negotiating

Dimensions (H x W x D): 21.0 x 17.25 x 14 inches
Net Weight (base configuration): 90 Lbs

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

## A/V CONTROLLERS

### ROSIE SYSTEM 12 (SINGLE EDITION MSC-1200 BASE CONFIGURATION)

A/V CONTROLLERS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-12SE | $6,000.00 | $3,157.89 | |




The MSC-12SE is part of the ROSIE System 12 family. Supporting 12 card slots, this flexible design allows the MSC-12SE to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations & available by ordering the appropriate optional modules. Based on the modular design, up to 9 x 12 HD video switching, and 24 x 24 audio switching, or 48 x 48 audio only switching is supported per MSC-12SE.

In contrast to the ROSIE System 12 (MSC-1200), the MSC-12SE platform is not expandable. The optional master host controller selected and paired with the MSC-12SE provides iTunes® Digital Media Server features and capabilities.

---

Note: See MSC-1200 for additional information on features and capabilities of the MSC-12SE.

## A/V CONTROLLERS

### ROSIE SYSTEM 24 (BASE CONFIGURATION)

A/V CONTROLLERS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-2400 | $18,000.00 | $9,473.68 | |



The MSC-2400 is part of the ROSIE System 12 family. Supporting 24 card slots, this flexible design allows the MSC-2400 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 18 x 24 HD video switching, and 48 x 48 audio switching, or 96 x 96 audio only switching is supported per MSC-2400. The Comparison Matrix will assist you in determining and selecting the right multifunctional platform to meet the needs and demands of your installations (see Product Catalog or Cut Sheet).

The MSC-2400 does not include an integrated host or. The optional master host controller selected and paired with the MSC-2400 provides iTunes® Digital Media Server features and capabilities.

---

- Video Switching up to 1080p, HD video switch up to 18 x 24 configurations
  - Analog and Digital video switching capabilities
  - 18 x 24 HDMI™ / DVI
  - 18 x 18 Component
  - 18 Composite x 24 HDMI™ or 18 Component Out Only
  - 18 S-Video x 24 HDMI™ or 18 Component Out Only
- Supports HDMI™ and HDCP
- Blend of popular control ports (50)
  - 16 Serial, 12 IR, 8 Relay, 14 General Purpose IO (GPIO)
  - 6 Ethernet ports, 10/100/1000 Base-T, auto-negotiating

Dimensions (H x W x D): 21.0 x 17.25 x 14 inches
Net Weight (base configuration): 90 Lbs

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

A/V CONTROLLERS

## ROSIE SYSTEM 12 (SINGLE EDITION MSC-1200 BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-12SE | $6,000.00 | $3,157.89 | |



The MSC-12SE is part of the ROSIE System 12 family. Supporting 12 card slots, this flexible design allows the MSC-12SE to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations & available by ordering the appropriate optional modules. Based on the modular design, up to 9 x 12 HD video switching, and 24 x 24 audio switching, or 48 x 48 audio only switching is supported per MSC-12SE.

In contrast to the ROSIE System 12 (MSC-1200), the MSC-12SE platform is not expandable. The optional master host controller selected and paired with the MSC-12SE provides iTunes® Digital Media Server features and capabilities.

---

Note: See MSC-1200 for additional information on features and capabilities of the MSC-12SE.

A/V CONTROLLERS

A/V CONTROLLERS

## ROSIE SYSTEM 24 (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-2400 | $18,000.00 | $9,473.68 | |



The MSC-2400 is part of the ROSIE System 12 family. Supporting 24 card slots, this flexible design allows the MSC-2400 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 18 x 24 HD video switching, and 48 x 48 audio switching, or 96 x 96 audio only switching is supported per MSC-2400. The Comparison Matrix will assist you in determining and selecting the right multifunctional platform to meet the needs and demands of your installations (see Product Catalog or Cut Sheet).

The MSC-2400 does not include an integrated host or. The optional master host controller selected and paired with the MSC-2400 provides iTunes® Digital Media Server features and capabilities.

---

- Video Switching up to 1080p, HD video switch up to 18 x 24 configurations
  - Analog and Digital video switching capabilities
  - 18 x 24 HDMI™ / DVI
  - 18 x 18 Component
  - 18 Composite x 24 HDMI™ or 18 Component Out Only
  - 18 S-Video x 24 HDMI™ or 18 Component Out Only
- Supports HDMI™ and HDCP
- Blend of popular control ports (50)
  - 16 Serial, 12 IR, 8 Relay, 14 General Purpose IO (GPIO)
  - 6 Ethernet ports, 10/100/1000 Base-T, auto-negotiating

Dimensions (H x W x D): 21.0 x 17.25 x 14 inches
Net Weight (base configuration): 90 Lbs

A/V CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD Dealer Price Schedule November 2009**

- Integrated Ethernet switch
- Audio Switching up to 96 stereo zones or up to 12 Surround Sound zones
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing - Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response: 20Hz to 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
- Front Panel LED Status Indicators
- 12U (rack units), matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - (4) IR Emitters (IRB-1000)
  - (1) Serial Adaptor Kit (SAK-1000)
  - Installation kit including interconnect cables
- Configured and customized using RacePoint Blueprint™ design tool

## A/V CONTROLLERS

### ROSIE SYSTEM 36 (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-3600 | $28,000.00 | $14,736.84 | |



The MSC-3600 is part of the ROSIE System 12 family. Supporting 36 card slots, this flexible design allows the MSC-3600 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 27 x 36 HD video switching, and 72 x 72 audio switching, or 144 x 144 audio only switching is supported per MSC-3600. The Comparison Matrix will assist you in determining and selecting the right multifunctional platform to meet the needs and demands of your installations (see Product Cut Sheet).

The MSC-3600 does not include an integrated host. The optional master host controller selected and paired with the MSC-3600 provides iTunes® Digital Media Server features and capabilities.

---

- Video Switching up to 1080p, HD video switch up to 27 x 36 configurations
  - Analog and Digital video switching capabilities
  - 27 x 36 HDMI™ / DVI
  - 27 x 27 Component
  - 27 Composite x 36 HDMI™ or 27 Component Out Only
  - 27 S-Video x 36 HDMI™ or 27 Component Out Only
- Supports HDMI™ and HDCP
- Blend of popular control ports (75)

Dimensions (H x W x D): 31.5 x 17.25 x 14 inches
Net Weight (base configuration): 135 Lbs

*** All prices, availability, designs and specifications are subject to change without notice.**

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

- Integrated Ethernet switch
- Audio Switching up to 96 stereo zones or up to 12 Surround Sound zones
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing - Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response: 20Hz to 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
- Front Panel LED Status Indicators
- 12U (rack units), matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - (4) IR Emitters (IRB-1000)
  - (1) Serial Adaptor Kit (SAK-1000)
  - Installation kit including interconnect cables
- Configured and customized using RacePoint Blueprint™ design tool

A/V CONTROLLERS

## ROSIE SYSTEM 36 (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-3600 | $28,000.00 | $14,736.84 | |



The MSC-3600 is part of the ROSIE System 12 family. Supporting 36 card slots, this flexible design allows the MSC-3600 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 27 x 36 HD video switching, and 72 x 72 audio switching, or 144 x 144 audio only switching is supported per MSC-3600. The Comparison Matrix will assist you in determining and selecting the right multifunctional platform to meet the needs and demands of your installations (see Product Cut Sheet).

The MSC-3600 does not include an integrated host. The optional master host controller selected and paired with the MSC-3600 provides iTunes® Digital Media Server features and capabilities.

---

- Video Switching up to 1080p, HD video switch up to 27 x 36 configurations
  - Analog and Digital video switching capabilities
  - 27 x 36 HDMI™ / DVI
  - 27 x 27 Component
  - 27 Composite x 36 HDMI™ or 27 Component Out Only
  - 27 S-Video x 36 HDMI™ or 27 Component Out Only
- Supports HDMI™ and HDCP
- Blend of popular control ports (75)

Dimensions (H x W x D): 31.5 x 17.25 x 14 inches
Net Weight (base configuration): 135 Lbs

A/V CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

- Integrated Ethernet switch

- Audio Switching up to 96 stereo zones or up to 12 Surround Sound zones
    - Popular Analog and Digital audio switching formats supported
    - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
    - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
    - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
    - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
    - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
    - Stereo Preamp Processing - Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
    - THD+N: -102dB
    - Dynamic Range: 115dB
    - Signal-to-Noise Ratio: > 105dB
    - Frequency Response: 20Hz to 20KHz +/- 0.1dB
    - Total Harmonic Distortion (THD+N): < 0.001%
    - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
- Front Panel LED Status Indicators
- 12U (rack units), matte black metal enclosure
- Power (Input): 120 V AC
- Included items
    - Removable rack ears and mounting hardware
    - AC power cord
    - (4) IR Emitters (IRB-1000)
    - (1) Serial Adaptor Kit (SAK-1000)
    - Installation kit including interconnect cables
- Configured and customized using RacePoint Blueprint™ design tool

---

**A/V CONTROLLERS**

A/V CONTROLLERS

## ROSIE SYSTEM 36 (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-3600 | $28,000.00 | $14,736.84 | |



The MSC-3600 is part of the ROSIE System 12 family. Supporting 36 card slots, this flexible design allows the MSC-3600 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 27 x 36 HD video switching, and 72 x 72 audio switching, or 144 x 144 audio only switching is supported per MSC-3600. The Comparison Matrix will assist you in determining and selecting the right multifunctional platform to meet the needs and demands of your installations (see Product Cut Sheet).

The MSC-3600 does not include an integrated host. The optional master host controller selected and paired with the MSC-3600 provides iTunes® Digital Media Server features and capabilities.

---

- Video Switching up to 1080p, HD video switch up to 27 x 36 configurations
    - Analog and Digital video switching capabilities
    - 27 x 36 HDMI™ / DVI
    - 27 x 27 Component
    - 27 Composite x 36 HDMI™ or 27 Component Out Only
    - 27 S-Video x 36 HDMI™ or 27 Component Out Only
- Supports HDMI™ and HDCP
- Blend of popular control ports (75)

Dimensions (H x W x D): 31.5 x 17.25 x 14 inches
Net Weight (base configuration): 135 Lbs

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143242

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD Dealer Price Schedule November 2009**

- 24 Serial, 18 IR, 12 Relay, 21 General Purpose IO (GPIO)
- 9 Ethernet ports, 10/100/1000 Base-T, auto-negotiating
- Integrated Ethernet switch

- Audio Switching up to 144 stereo zones or up to 18 Surround Sound zones
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing - Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response 20Hz t0 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
- Front Panel LED Status Indicators
- 18U (rack units), matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - (4) IR Emitters (IRB-1000)
  - (1) Serial Adaptor Kit (SAK-1000)
  - Installation kit including interconnect cables
- Configured and customized using RacePoint Blueprint™ design tool

## SERVICE CARDS

### ANALOG AUDIO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AIM-0A16 | $1,200.00 | $631.58 | |



The AIM-0A16 is an analog audio input module that can be used in ROSIE Systems 12, 24 & 36. Each AIM-0A16 supports eight analog stereo inputs. Up to 18 AIM-0A16 modules can be added to a ROSIE System 36 in a 144 x 144 audio only configuration.

---

- Eight analog stereo inputs, 16 RCA jack connectors
- Single ended 2V RMS for 0dB volume control setting
- Each input has adjustable volume control (sensitivity)
- 5K ohms or higher load impedance, 30 pF or less
- AC coupled inputs
- Flat response: 20 Hz to 20KHz, +/- 0.1dB
- ESD protected
- RFI filtered
- Sample rate 96KHz

RoHS COMPLIANT

SERVICE CARDS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143243

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



- 24 Serial, 18 IR, 12 Relay, 21 General Purpose IO (GPIO)
- 9 Ethernet ports, 10/100/1000 Base-T, auto-negotiating
- Integrated Ethernet switch

- Audio Switching up to 144 stereo zones or up to 18 Surround Sound zones
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing - Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response: 20Hz t0 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
- Front Panel LED Status Indicators
- 18U (rack units), matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - (4) IR Emitters (IRB-1000)
  - (1) Serial Adaptor Kit (SAK-1000)
  - Installation kit including interconnect cables
- Configured and customized using RacePoint Blueprint™ design tool

## SERVICE CARDS

### ANALOG AUDIO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AIM-0A16 | $1,200.00 | $631.58 | |



The AIM-0A16 is an analog audio input module that can be used in ROSIE Systems 12, 24 & 36. Each AIM-0A16 supports eight analog stereo inputs. Up to 18 AIM-0A16 modules can be added to a ROSIE System 36 in a 144 x 144 audio only configuration.

---

- Eight analog stereo inputs, 16 RCA jack connectors
- Single ended 2V RMS for 0dB volume control setting
- Each input has adjustable volume control (sensitivity)
- 5K ohms or higher load impedance, 30 pF or less
- AC coupled inputs
- Flat response: 20 Hz to 20KHz, +/- 0.1dB
- ESD protected
- RFI filtered
- Sample rate 96KHz

RoHS COMPLIANT

SERVICE CARDS

* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD Dealer Price Schedule November 2009**

- 24 Serial, 18 IR, 12 Relay, 21 General Purpose IO (GPIO)
- 9 Ethernet ports, 10/100/1000 Base-T, auto-negotiating
- Integrated Ethernet switch

- Audio Switching up to 144 stereo zones or up to 18 Surround Sound zones
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing - Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response: 20Hz t0 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
- Front Panel LED Status Indicators
- 18U (rack units), matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - (4) IR Emitters (IRB-1000)
  - (1) Serial Adaptor Kit (SAK-1000)
  - Installation kit including interconnect cables
- Configured and customized using RacePoint Blueprint™ design tool

## SERVICE CARDS

### ANALOG AUDIO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AIM-0A16 | $1,200.00 | $631.58 | |



The AIM-0A16 is an analog audio input module that can be used in ROSIE Systems 12, 24 & 36. Each AIM-0A16 supports eight analog stereo inputs. Up to 18 AIM-0A16 modules can be added to a ROSIE System 36 in a 144 x 144 audio only configuration.

---

- Eight analog stereo inputs, 16 RCA jack connectors
- Single ended 2V RMS for 0dB volume control setting
- Each input has adjustable volume control (sensitivity)
- 5K ohms or higher load impedance, 30 pF or less
- AC coupled inputs
- Flat response: 20 Hz to 20KHz, +/- 0.1dB
- ESD protected
- RFI filtered
- Sample rate 96KHz

RoHS COMPLIANT

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143243

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

SERVICE CARDS

## MIXED DIGITAL AND ANALOG AUDIO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AIM-D4A8 | $1,200.00 | $631.58 | |



The AIM-D4A8 is a mixed digital and analog audio input module that can be used in ROSIE Systems 12, 24 & 36. Each AIM-D4A8 supports four analog stereo inputs, two digital coax (S/PDIF) inputs, and two TosLink (optical digital) inputs. Up to 6, 12 or 18 AIM-D4A8 modules can be added to ROSIE Systems 12, 24 & 36 respectively.

- Four Analog Stereo Inputs
- Eight RCA jack connectors
- Single ended 2V RMS for 0dB volume control setting
- Each input has adjustable volume control (sensitivity)
- 5K ohms or higher load impedance, 30 pF or less
- AC coupled inputs
- Flat response: 20 Hz to 20KHz, +/- 0.1dB
- ESD protected
- RFI filtered
- Sample rate 96KHz
- Two digital coax (S/PDIF) inputs
- Digital inputs meet the S/PDIF standard (IEC60958)
- Up to 24 bit/96KHz
- Two TosLink inputs
- Digital inputs support PCM or encoded audio formats

RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## 16-CHANNEL STEREO PREAMP OUTPUT MODULE (UNBALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-016U | $1,800.00 | $947.37 | |



The AOM-016U is a high performance 16-channel stereo preamplifier output module designed specifically for multi-zone audio distribution applications. Up to eighteen AOM-016U stereo output modules can be added to a ROSIE System 36, providing 144 audiophile quality stereo zones.

The digital preamplifier stage has sixteen RCA jack connections grouped in eight stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. The AOM-016U can be used in ROSIE Systems 12, 24 & 36.

- Fully integrated Output Preamplifier
- Each module supports eight unbalanced stereo preamp outputs
- Supports an 8 x 8 stereo preamp configuration
- Audiophile Performance
- Balance, tone and volume controls
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- Output Impedance: 150 ohms
- Crosstalk: -80dB
- 16 RCA jack connectors

RoHS COMPLIANT

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143244

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

SERVICE CARDS

## MIXED DIGITAL AND ANALOG AUDIO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AIM-D4A8 | $1,200.00 | $631.58 | |

The AIM-D4A8 is a mixed digital and analog audio input module that can be used in ROSIE Systems 12, 24 & 36. Each AIM-D4A8 supports four analog stereo inputs, two digital coax (S/PDIF) inputs, and two TosLink (optical digital) inputs. Up to 6, 12 or 18 AIM-D4A8 modules can be added to ROSIE Systems 12, 24 & 36 respectively.



- Four Analog Stereo Inputs
- Eight RCA jack connectors
- Single ended 2V RMS for 0dB volume control setting
- Each input has adjustable volume control (sensitivity)
- 5K ohms or higher load impedance, 30 pF or less
- AC coupled inputs
- Flat response: 20 Hz to 20KHz, +/- 0.1dB
- ESD protected
- RFI filtered
- Sample rate 96KHz
- Two digital coax (S/PDIF) inputs
- Digital inputs meet the S/PDIF standard (IEC60958)
- Up to 24 bit/96KHz
- Two TosLink inputs
- Digital inputs support PCM or encoded audio formats

SERVICE CARDS

SERVICE CARDS

## 16-CHANNEL STEREO PREAMP OUTPUT MODULE (UNBALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-016U | $1,800.00 | $947.37 | |

The AOM-016U is a high performance 16-channel stereo preamplifier output module designed specifically for multi-zone audio distribution applications. Up to eighteen AOM-016U stereo output modules can be added to a ROSIE System 36, providing 144 audiophile quality stereo zones.

The digital preamplifier stage has sixteen RCA jack connections grouped in eight stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. The AOM-016U can be used in ROSIE Systems 12, 24 & 36.



- Fully integrated Output Preamplifier
- Each module supports eight unbalanced stereo preamp outputs
- Supports an 8 x 8 stereo preamp configuration
- Audiophile Performance
- Balance, tone and volume controls
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- Output Impedance: 150 ohms
- Crosstalk: -80dB
- 16 RCA jack connectors

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

SERVICE CARDS

## MIXED DIGITAL AND ANALOG AUDIO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AIM-D4A8 | $1,200.00 | $631.58 | |

The AIM-D4A8 is a mixed digital and analog audio input module that can be used in ROSIE Systems 12, 24 & 36. Each AIM-D4A8 supports four analog stereo inputs, two digital coax (S/PDIF) inputs, and two TosLink (optical digital) inputs. Up to 6, 12 or 18 AIM-D4A8 modules can be added to ROSIE Systems 12, 24 & 36 respectively.






- Four Analog Stereo Inputs
- Eight RCA jack connectors
- Single ended 2V RMS for 0dB volume control setting
- Each input has adjustable volume control (sensitivity)
- 5K ohms or higher load impedance, 30 pF or less
- AC coupled inputs
- Flat response: 20 Hz to 20KHz, +/- 0.1dB
- ESD protected
- RFI filtered
- Sample rate 96KHz
- Two digital coax (S/PDIF) inputs
- Digital inputs meet the S/PDIF standard (IEC60958)
- Up to 24 bit/96KHz
- Two TosLink inputs
- Digital inputs support PCM or encoded audio formats

SERVICE CARDS

## 16-CHANNEL STEREO PREAMP OUTPUT MODULE (UNBALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-016U | $1,800.00 | $947.37 | |

The AOM-016U is a high performance 16-channel stereo preamplifier output module designed specifically for multi-zone audio distribution applications. Up to eighteen AOM-016U stereo output modules can be added to a ROSIE System 36, providing 144 audiophile quality stereo zones.

The digital preamplifier stage has sixteen RCA jack connections grouped in eight stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. The AOM-016U can be used in ROSIE Systems 12, 24 & 36.






- Fully integrated Output Preamplifier
- Each module supports eight unbalanced stereo preamp outputs
- Supports an 8 x 8 stereo preamp configuration
- Audiophile Performance
- Balance, tone and volume controls
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- Output Impedance: 150 ohms
- Crosstalk: -80dB
- 16 RCA jack connectors

SERVICE CARDS

SERVICE CARDS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143244

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule November 2009

SERVICE CARDS

## DIGITAL AUDIO OUTPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-04DC | $1,800.00 | $947.37 | The AOM-04DC is a digital audio output module designed specifically for multi-zone audio distribution applications and includes four S/PDIF outputs (RCA jacks). |



RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## 8-CHANNEL STEREO PREAMP OUTPUT MODULE (BALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-8XLR | $2,400.00 | $1,263.16 | The AOM-8XLR is a high performance 8-channel balanced stereo preamplifier output module designed specifically for multi-zone audio distribution applications. Up to nine AOM-8XLR stereo preamp output modules can be added to a ROSIE System 36 providing 72 audiophile quality stereo zones. The digital preamplifier stage has eight XLR balanced connectors grouped in four stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. The AOM-8XLR can be used in ROSIE Systems 12, 24 & 36. |



RoHS COMPLIANT

- Fully integrated Output Preamplifier
- Each module supports four balanced stereo preamp outputs
- Audiophile Performance
- Balance, tone and volume controls
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- Output Impedance: 150 ohms
- Crosstalk: -80dB
- 8 XLR balanced connectors

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

SERVICE CARDS

## DIGITAL AUDIO OUTPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-04DC | $1,800.00 | $947.37 | The AOM-04DC is a digital audio output module designed specifically for multi-zone audio distribution applications and includes four S/PDIF outputs (RCA jacks). |



RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## 8-CHANNEL STEREO PREAMP OUTPUT MODULE (BALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-8XLR | $2,400.00 | $1,263.16 | The AOM-8XLR is a high performance 8-channel balanced stereo preamplifier output module designed specifically for multi-zone audio distribution applications. Up to nine AOM-8XLR stereo preamp output modules can be added to a ROSIE System 36 providing 72 audiophile quality stereo zones. The digital preamplifier stage has eight XLR balanced connectors grouped in four stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. The AOM-8XLR can be used in ROSIE Systems 12, 24 & 36. |

- Fully integrated Output Preamplifier
- Each module supports four balanced stereo preamp outputs
- Audiophile Performance
- Balance, tone and volume controls
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- Output Impedance: 150 ohms
- Crosstalk: -80dB
- 8 XLR balanced connectors



RoHS COMPLIANT

SERVICE CARDS



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143245

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **November 2009**

SERVICE CARDS

## DIGITAL AUDIO OUTPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
| --- | --- | --- | --- |
| AOM-04DC | $1,800.00 | $947.37 | The AOM-04DC is a digital audio output module designed specifically for multi-zone audio distribution applications and includes four S/PDIF outputs (RCA jacks). |






SERVICE CARDS

## 8-CHANNEL STEREO PREAMP OUTPUT MODULE (BALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
| --- | --- | --- | --- |
| AOM-8XLR | $2,400.00 | $1,263.16 | The AOM-8XLR is a high performance 8-channel balanced stereo preamplifier output module designed specifically for multi-zone audio distribution applications. Up to nine AOM-8XLR stereo preamp output modules can be added to a ROSIE System 36 providing 72 audiophile quality stereo zones. The digital preamplifier stage has eight XLR balanced connectors grouped in four stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. The AOM-8XLR can be used in ROSIE Systems 12, 24 & 36. |

- Fully integrated Output Preamplifier
- Each module supports four balanced stereo preamp outputs
- Audiophile Performance
- Balance, tone and volume controls
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- Output Impedance: 150 ohms
- Crosstalk: -80dB
- 8 XLR balanced connectors






SERVICE CARDS

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule November 2009

SERVICE CARDS

## 7.1 SURROUND SOUND & AUDIO PROCESSING MODULE (UNBALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-SS8U | $2,400.00 | $1,263.16 | |



The AOM-SS8U is a world-class audio processing module supporting surround sound decoding, matrix and post processing-including the most popular Dolby® and DTS decoders-providing ROSIE preprocessor features. The addition of this module offers an ideal configuration for installations requiring a single surround sound zone, plus four distributed stereo zones. The digital preamplifier stage has sixteen RCA jack connections grouped in one eight channel main zone (7.1 surround sound) and four stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. Additionally, this versatile audio processing module enables audio mixing and overlay capabilities useful for applications requiring audio alerts and cues. The AOM-SS8U service module can be used in ROSIE Systems 12, 24 & 36.

- Audiophile Quality Audio Processing
- Surround Sound & Audio Processing: Dolby® & DTS decoders
- Single Zone of 7.1 Surround Sound plus 4 Stereo Zones
- Audio mixing and overlay capabilities
- Balance, tone and volume controls
- Surround Sound Processing Decoders
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- 16 RCA jack connectors

SERVICE CARDS

SERVICE CARDS

## 7.1 SURROUND SOUND & AUDIO PROCESSING MODULE (BALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-SSXLR | $3,000.00 | $1,578.95 | |



The AOM-SSXLR has the same surround sound feature as the AOM-SS8U surround module offered with balanced (XLR) outputs. In contrast, the AOM-SSXLR does not support the additional four stereo zones offered with the AOM-SS8U. The digital preamplifier stage has eight XLR connections grouped in one eight channel main zone (7.1 surround sound) for passing analog line-level audio signals to an external home theater amplifier. Additionally, the AOM-SSXLR audio processing module delivers audio mixing and overlay capabilities useful for applications requiring audio alerts and cues. The AOM-SSXLR service module can be used in ROSIE System 12, 24 & 36 platforms.

- Audiophile Quality Audio Processing
- Surround Sound & Audio Processing: Dolby® & DTS decoders
- Single Zone of 7.1 Surround Sound
- Audio mixing and overlay capabilities
- Balance, tone and volume controls
- Surround Sound Processing Decoders
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- 8 XLR connectors

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule November 2009

SERVICE CARDS

## 7.1 SURROUND SOUND & AUDIO PROCESSING MODULE (UNBALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-SS8U | $2,400.00 | $1,263.16 | |



The AOM-SS8U is a world-class audio processing module supporting surround sound decoding, matrix and post processing-including the most popular Dolby® and DTS decoders-providing ROSIE preprocessor features. The addition of this module offers an ideal configuration for installations requiring a single surround sound zone, plus four distributed stereo zones. The digital preamplifier stage has sixteen RCA jack connections grouped in one eight channel main zone (7.1 surround sound) and four stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. Additionally, this versatile audio processing module enables audio mixing and overlay capabilities useful for applications requiring audio alerts and cues. The AOM-SS8U service module can be used in ROSIE Systems 12, 24 & 36.

- Audiophile Quality Audio Processing
- Surround Sound & Audio Processing: Dolby® & DTS decoders
- Single Zone of 7.1 Surround Sound plus 4 Stereo Zones
- Audio mixing and overlay capabilities
- Balance, tone and volume controls
- Surround Sound Processing Decoders
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- 16 RCA jack connectors

SERVICE CARDS

SERVICE CARDS

## 7.1 SURROUND SOUND & AUDIO PROCESSING MODULE (BALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-SSXLR | $3,000.00 | $1,578.95 | |



The AOM-SSXLR has the same surround sound feature as the AOM-SS8U surround module offered with balanced (XLR) outputs. In contrast, the AOM-SSXLR does not support the additional four stereo zones offered with the AOM-SS8U. The digital preamplifier stage has eight XLR connections grouped in one eight channel main zone (7.1 surround sound) for passing analog line-level audio signals to an external home theater amplifier. Additionally, the AOM-SSXLR audio processing module delivers audio mixing and overlay capabilities useful for applications requiring audio alerts and cues. The AOM-SSXLR service module can be used in ROSIE System 12, 24 & 36 platforms.

- Audiophile Quality Audio Processing
- Surround Sound & Audio Processing: Dolby® & DTS decoders
- Single Zone of 7.1 Surround Sound
- Audio mixing and overlay capabilities
- Balance, tone and volume controls
- Surround Sound Processing Decoders
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- 8 XLR connectors

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

SERVICE CARDS

## 7.1 SURROUND SOUND & AUDIO PROCESSING MODULE (UNBALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-SS8U | $2,400.00 | $1,263.16 | |



The AOM-SS8U is a world-class audio processing module supporting surround sound decoding, matrix and post processing-including the most popular Dolby® and DTS decoders-providing ROSIE preprocessor features. The addition of this module offers an ideal configuration for installations requiring a single surround sound zone, plus four distributed stereo zones. The digital preamplifier stage has sixteen RCA jack connections grouped in one eight channel main zone (7.1 surround sound) and four stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. Additionally, this versatile audio processing module enables audio mixing and overlay capabilities useful for applications requiring audio alerts and cues. The AOM-SS8U service module can be used in ROSIE Systems 12, 24 & 36.

---

- Audiophile Quality Audio Processing
- Surround Sound & Audio Processing: Dolby® & DTS decoders
- Single Zone of 7.1 Surround Sound plus 4 Stereo Zones
- Audio mixing and overlay capabilities
- Balance, tone and volume controls
- Surround Sound Processing Decoders
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- 16 RCA jack connectors

SERVICE CARDS

## 7.1 SURROUND SOUND & AUDIO PROCESSING MODULE (BALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-SSXLR | $3,000.00 | $1,578.95 | |



The AOM-SSXLR has the same surround sound feature as the AOM-SS8U surround module offered with balanced (XLR) outputs. In contrast, the AOM-SSXLR does not support the additional four stereo zones offered with the AOM-SS8U. The digital preamplifier stage has eight XLR connections grouped in one eight channel main zone (7.1 surround sound) for passing analog line-level audio signals to an external home theater amplifier. Additionally, the AOM-SSXLR audio processing module delivers audio mixing and overlay capabilities useful for applications requiring audio alerts and cues. The AOM-SSXLR service module can be used in ROSIE System 12, 24 & 36 platforms.

---

- Audiophile Quality Audio Processing
- Surround Sound & Audio Processing: Dolby® & DTS decoders
- Single Zone of 7.1 Surround Sound
- Audio mixing and overlay capabilities
- Balance, tone and volume controls
- Surround Sound Processing Decoders
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- 8 XLR connectors

*** All prices, availability, designs and specifications are subject to change without notice.**

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD    **Dealer Price Schedule    November 2009**

SERVICE CARDS

## ANALOG VIDEO INPUT MODULE (INCLUDES VGA)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-A2C2S1V | $1,500.00 | $789.47 | |

VIM-A2C2S1V is an analog video input module used in ROSIE Systems 12, 24 & 36. This module has three analog video interfaces with a 10-bit A/D converter. It receives analog video and digitizes it up to 10 bits.




- Video formats supported: Component, Composite, S-Video & VGA
  - (2) Component/Composite
  - (2) S-Video
  - (1) VGA
- Video resolutions supported: 480i, 480p, 720p and 1080i
- VGA resolutions supported:
  - 800 x 600 @ 60 Hz
  - 1024 x 768 @ 60Hz
- Video Input: 1 V peak-to-peak nominal
- Video Input Impedance: 75 ohms

RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## ANALOG VIDEO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-A3C3S | $1,500.00 | $789.47 | |

VIM-A3C3S is an analog video input module used in ROSIE Systems 12, 24 & 36. This module has three analog video interfaces with a 10-bit A/D converter. It receives analog video and digitizes it up to 10 bits.



- Video formats supported: Component, Composite, & S-Video
  - (3) Component/Composite
  - (3) S-Video
- Video resolutions supported: 480i, 480p, 720p and 1080i
- Video Input: 1 V peak-to-peak nominal
- Video Input Impedance: 75 ohms

RoHS COMPLIANT

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only    SAVANT0143247

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**



SERVICE CARDS

## ANALOG VIDEO INPUT MODULE (INCLUDES VGA)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-A2C2S1V | $1,500.00 | $789.47 | |

VIM-A2C2S1V is an analog video input module used in ROSIE Systems 12, 24 & 36. This module has three analog video interfaces with a 10-bit A/D converter. It receives analog video and digitizes it up to 10 bits.




- Video formats supported: Component, Composite, S-Video & VGA
  - (2) Component/Composite
  - (2) S-Video
  - (1) VGA
- Video resolutions supported: 480i, 480p, 720p and 1080i
- VGA resolutions supported:
  - 800 x 600 @ 60 Hz
  - 1024 x 768 @ 60Hz
- Video Input: 1 V peak-to-peak nominal
- Video Input Impedance: 75 ohms

RoHS COMPLIANT



SERVICE CARDS

## ANALOG VIDEO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-A3C3S | $1,500.00 | $789.47 | |

VIM-A3C3S is an analog video input module used in ROSIE Systems 12, 24 & 36. This module has three analog video interfaces with a 10-bit A/D converter. It receives analog video and digitizes it up to 10 bits.



- Video formats supported: Component, Composite, & S-Video
  - (3) Component/Composite
  - (3) S-Video
- Video resolutions supported: 480i, 480p, 720p and 1080i
- Video Input: 1 V peak-to-peak nominal
- Video Input Impedance: 75 ohms

RoHS COMPLIANT

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **November 2009**

SERVICE CARDS

## ANALOG VIDEO INPUT MODULE (INCLUDES VGA)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-A2C2S1V | $1,500.00 | $789.47 | |

VIM-A2C2S1V is an analog video input module used in ROSIE Systems 12, 24 & 36. This module has three analog video interfaces with a 10-bit A/D converter. It receives analog video and digitizes it up to 10 bits.




- Video formats supported: Component, Composite, S-Video & VGA
  - (2) Component/Composite
  - (2) S-Video
  - (1) VGA
- Video resolutions supported: 480i, 480p, 720p and 1080i
- VGA resolutions supported:
  - 800 x 600 @ 60 Hz
  - 1024 x 768 @ 60Hz
- Video Input: 1 V peak-to-peak nominal
- Video Input Impedance: 75 ohms

RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## ANALOG VIDEO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-A3C3S | $1,500.00 | $789.47 | |

VIM-A3C3S is an analog video input module used in ROSIE Systems 12, 24 & 36. This module has three analog video interfaces with a 10-bit A/D converter. It receives analog video and digitizes it up to 10 bits.



- Video formats supported: Component, Composite, & S-Video
  - (3) Component/Composite
  - (3) S-Video
- Video resolutions supported: 480i, 480p, 720p and 1080i
- Video Input: 1 V peak-to-peak nominal
- Video Input Impedance: 75 ohms

RoHS COMPLIANT

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

SERVICE CARDS

## DIGITAL VIDEO INPUT MODULE 1080P

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
| --- | --- | --- | --- |
| VIM-D1080P | $3,000.00 | $1,578.95 | |



VIM-D1080P is a digital video input module used in ROSIE Systems 12, 24 & 36, supporting video resolutions up to 1080p. The VIM-D1080P module supports three HDMI™ inputs. Audio and video signals from a source are received and routed to the system's switching and processing circuitry, and subsequently routed to any 'system' VOM-D1080P output port.

- HDMI™ 1.1: (3) ports, which receives HDMI™ audio and video signals
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.1: Decryption of content protected (audio and video)

HDMI RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## DIGITAL VIDEO OUTPUT MODULE (1080P)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
| --- | --- | --- | --- |
| VOM-41080P | $3,800.00 | $2,000.00 | |

The VOM-41080P is a digital video output module used in ROSIE Systems 12, 24 & 36, supporting video resolutions up to 1080p. The VOM-41080P module supports four HDMI™ outputs. The VOM-41080P receives audio and video signals from the system switch and transmits this data over HDMI™ connections.




- HDMI™ 1.1: (4) ports, which receives HDMI™ audio and video signals
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.1: Decryption of content protected (audio and video)

HDMI RoHS COMPLIANT

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

SERVICE CARDS

## DIGITAL VIDEO INPUT MODULE 1080P

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-D1080P | $3,000.00 | $1,578.95 | |



VIM-D1080P is a digital video input module used in ROSIE Systems 12, 24 & 36, supporting video resolutions up to 1080p. The VIM-D1080P module supports three HDMI™ inputs. Audio and video signals from a source are received and routed to the system's switching and processing circuitry, and subsequently routed to any 'system' VOM-D1080P output port.

- HDMI™ 1.1: (3) ports, which receives HDMI™ audio and video signals
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.1: Decryption of content protected (audio and video)

HDMI RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## DIGITAL VIDEO OUTPUT MODULE (1080P)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-41080P | $3,800.00 | $2,000.00 | |

The VOM-41080P is a digital video output module used in ROSIE Systems 12, 24 & 36, supporting video resolutions up to 1080p. The VOM-41080P module supports four HDMI™ outputs. The VOM-41080P receives audio and video signals from the system switch and transmits this data over HDMI™ connections.




- HDMI™ 1.1: (4) ports, which receives HDMI™ audio and video signals
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.1: Decryption of content protected (audio and video)

HDMI RoHS COMPLIANT

SERVICE CARDS

* **All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143248

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

SERVICE CARDS

## DIGITAL VIDEO INPUT MODULE 1080P

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-D1080P | $3,000.00 | $1,578.95 | |



VIM-D1080P is a digital video input module used in ROSIE Systems 12, 24 & 36, supporting video resolutions up to 1080p. The VIM-D1080P module supports three HDMI™ inputs. Audio and video signals from a source are received and routed to the system's switching and processing circuitry, and subsequently routed to any 'system' VOM-D1080P output port.

- HDMI™ 1.1: (3) ports, which receives HDMI™ audio and video signals
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.1: Decryption of content protected (audio and video)

SERVICE CARDS

SERVICE CARDS

## DIGITAL VIDEO OUTPUT MODULE (1080P)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-41080P | $3,800.00 | $2,000.00 | |

The VOM-41080P is a digital video output module used in ROSIE Systems 12, 24 & 36, supporting video resolutions up to 1080p. The VOM-41080P module supports four HDMI™ outputs. The VOM-41080P receives audio and video signals from the system switch and transmits this data over HDMI™ connections.




- HDMI™ 1.1: (4) ports, which receives HDMI™ audio and video signals
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.1: Decryption of content protected (audio and video)

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143248

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule November 2009

SERVICE CARDS

## ANALOG VIDEO OUTPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-A3C3S | $1,500.00 | $789.47 | |



The VOM-A3C3S is a video output module used in ROSIE Systems 12, 24 & 36. The VOM-A3C3S receives digital video from the system video switch and converts to component analog video. The VOM-A3C3S module supports three analog video outputs.

---

- Video formats supported: Component and Composite
  - (3) Component / Composite
- Video resolutions supported: 480i, 480p, 720p and 1080i
- Video Input Impedance: 75 ohms
- Audio formats supported: (3) S/PDIF

RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## DIGITAL VIDEO OUTPUT MODULE (1080P)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-D1080P | $3,000.00 | $1,578.95 | |



The VOM-D1080P is a digital video output module used in ROSIE Systems 12, 24 & 36, supporting video resolutions up to 1080p. The VOM-D1080P module supports three HDMI™ outputs. The VOM-D1080P receives audio and video signals from the system switch and transmits this data over HDMI™ connections.

---

- HDMI™ 1.1: (3) ports, which receives HDMI™ audio and video signals
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.1: Decryption of content protected (audio and video)

HDMI

RoHS COMPLIANT

SERVICE CARDS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143249

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule November 2009

SERVICE CARDS

## ANALOG VIDEO OUTPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-A3C3S | $1,500.00 | $789.47 | |

The VOM-A3C3S is a video output module used in ROSIE Systems 12, 24 & 36. The VOM-A3C3S receives digital video from the system video switch and converts to component analog video. The VOM-A3C3S module supports three analog video outputs.

---

- Video formats supported: Component and Composite
  - (3) Component / Composite
- Video resolutions supported: 480i, 480p, 720p and 1080i
- Video Input Impedance: 75 ohms
- Audio formats supported: (3) S/PDIF



RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## DIGITAL VIDEO OUTPUT MODULE (1080P)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-D1080P | $3,000.00 | $1,578.95 | |

The VOM-D1080P is a digital video output module used in ROSIE Systems 12, 24 & 36, supporting video resolutions up to 1080p. The VOM-D1080P module supports three HDMI™ outputs. The VOM-D1080P receives audio and video signals from the system switch and transmits this data over HDMI™ connections.

---

- HDMI™ 1.1: (3) ports, which receives HDMI™ audio and video signals
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.1: Decryption of content protected (audio and video)



HDMI RoHS COMPLIANT

SERVICE CARDS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143249

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **November 2009**

SERVICE CARDS

## ANALOG VIDEO OUTPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-A3C3S | $1,500.00 | $789.47 | |

The VOM-A3C3S is a video output module used in ROSIE Systems 12, 24 & 36. The VOM-A3C3S receives digital video from the system video switch and converts to component analog video. The VOM-A3C3S module supports three analog video outputs.

---

- Video formats supported: Component and Composite
  - (3) Component / Composite
- Video resolutions supported: 480i, 480p, 720p and 1080i
- Video Input Impedance: 75 ohms
- Audio formats supported: (3) S/PDIF






SERVICE CARDS

SERVICE CARDS

## DIGITAL VIDEO OUTPUT MODULE (1080P)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-D1080P | $3,000.00 | $1,578.95 | |

The VOM-D1080P is a digital video output module used in ROSIE Systems 12, 24 & 36, supporting video resolutions up to 1080p. The VOM-D1080P module supports three HDMI™ outputs. The VOM-D1080P receives audio and video signals from the system switch and transmits this data over HDMI™ connections.

---

- HDMI™ 1.1: (3) ports, which receives HDMI™ audio and video signals
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.1: Decryption of content protected (audio and video)






SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143249

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

## IPOD DISTRIBUTION INTERFACE

### DESKTOP IPOD DOCKING CRADLE (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDL-100B | $500.00 | $315.79 | |



Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDL-100B is designed for local installations to be collocated with any Savant AV System.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple local installation to any Savant AV System
  - Distribution of audio, video, power and control signals up to 5 meters
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC power supply included
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals (long-haul application, see DDS-100B)
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- For long-haul installation applications see DDS-100B, DDS-100W and MDR-1000
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

## IPOD DISTRIBUTION INTERFACE

### DESKTOP IPOD DOCKING CRADLE (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDL-100B | $500.00 | $315.79 | |






Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDL-100B is designed for local installations to be collocated with any Savant AV System.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple local installation to any Savant AV System
  - Distribution of audio, video, power and control signals up to 5 meters
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC power supply included
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals (long-haul application, see DDS-100B)
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- For long-haul installation applications see DDS-100B, DDS-100W and MDR-1000
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143250

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

IPOD DISTRIBUTION INTERFACE

## DESKTOP IPOD DOCKING CRADLE (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDL-100B | $500.00 | $315.79 | |



Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDL-100B is designed for local installations to be collocated with any Savant AV System.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple local installation to any Savant AV System
  - Distribution of audio, video, power and control signals up to 5 meters
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC power supply included
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals (long-haul application, see DDS-100B)
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- For long-haul installation applications see DDS-100B, DDS-100W and MDR-1000
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143250

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**



## IPOD DISTRIBUTION INTERFACE

### DESKTOP IPOD DOCKING CRADLE (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDL-100W | $500.00 | $315.79 | |






Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDL-100W is designed for local installations to be collocated with any Savant AV System.

-----------------------------------------------------------------------------------------------

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple local installation to any Savant AV System
  - Distribution of audio, video, power and control signals up to 5 meters
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC power supply included
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals (long-haul application, see DDS-100W)
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- For long-haul installation applications, see DDS-100B, DDS-100W and MDR-1000
- Configured and customized with RacePoint Blueprint™ design tool

* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **November 2009**



## IPOD DISTRIBUTION INTERFACE

### DESKTOP IPOD DOCKING CRADLE (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDL-100W | $500.00 | $315.79 | |



Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDL-100W is designed for local installations to be collocated with any Savant AV System.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple local installation to any Savant AV System
  - Distribution of audio, video, power and control signals up to 5 meters
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC power supply included
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals (long-haul application, see DDS-100W)
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- For long-haul installation applications, see DDS-100B, DDS-100W and MDR-1000
- Configured and customized with RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

IPOD DISTRIBUTION INTERFACE

## DESKTOP IPOD DOCKING CRADLE (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDL-100W | $500.00 | $315.79 | |






Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDL-100W is designed for local installations to be collocated with any Savant AV System.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple local installation to any Savant AV System
  - Distribution of audio, video, power and control signals up to 5 meters
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC power supply included
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals (long-haul application, see DDS-100W)
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- For long-haul installation applications, see DDS-100B, DDS-100W and MDR-1000
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143251

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

IPOD DISTRIBUTION INTERFACE

## ROSIE DESKTOP MEDIA DOCK SOLUTION (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDS-100B | $750.00 | $421.05 | |



Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.5 lbs (0.68 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDS-100B is designed for long-haul applications and is paired with the Media Dock Receiver (MDR-1000) distributing audio, video, power and control signals up to 100 meters.

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Paired with Media Dock Receiver, MDR-1000 (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143252

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

IPOD DISTRIBUTION INTERFACE

## ROSIE DESKTOP MEDIA DOCK SOLUTION (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDS-100B | $750.00 | $421.05 | |



Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.5 lbs (0.68 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDS-100B is designed for long-haul applications and is paired with the Media Dock Receiver (MDR-1000) distributing audio, video, power and control signals up to 100 meters.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Paired with Media Dock Receiver, MDR-1000 (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule November 2009

IPOD DISTRIBUTION INTERFACE

## ROSIE DESKTOP MEDIA DOCK SOLUTION (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDS-100B | $750.00 | $421.05 | |



Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.5 lbs (0.68 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDS-100B is designed for long-haul applications and is paired with the Media Dock Receiver (MDR-1000) distributing audio, video, power and control signals up to 100 meters.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Paired with Media Dock Receiver, MDR-1000 (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL – Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**

IPOD DISTRIBUTION INTERFACE

## ROSIE DESKTOP MEDIA DOCK SOLUTION (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDS-100W | $750.00 | $421.05 | |



Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.5 lbs (0.68 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDS-100W is designed for long-haul applications and is paired with the Media Dock Receiver (MDR-1000) distributing audio, video, power and control signals up to 100 meters.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Paired with Media Dock Receiver, MDR-1000 (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **November 2009**

IPOD DISTRIBUTION INTERFACE

## ROSIE DESKTOP MEDIA DOCK SOLUTION (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDS-100W | $750.00 | $421.05 | |



Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.5 lbs (0.68 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDS-100W is designed for long-haul applications and is paired with the Media Dock Receiver (MDR-1000) distributing audio, video, power and control signals up to 100 meters.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Paired with Media Dock Receiver, MDR-1000 (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143253

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule November 2009

IPOD DISTRIBUTION INTERFACE

## ROSIE DESKTOP MEDIA DOCK SOLUTION (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDS-100W | $750.00 | $421.05 | |



Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.5 lbs (0.68 Kg)

ROSIE Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

DDS-100W is designed for long-haul applications and is paired with the Media Dock Receiver (MDR-1000) distributing audio, video, power and control signals up to 100 meters.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Paired with Media Dock Receiver, MDR-1000 (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143253

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**



## IPOD DISTRIBUTION INTERFACE

### ROSIE IN-WALL MEDIA DOCK (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDS-110B | $750.00 | $394.74 | |




Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 6.5 x 5.0 x 2.7 inches
Net Weight: 1.5 lbs (0.68 Kg)

The ROSIE In-Wall Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Cut Out Dimensions (H x W): 5.9 x 4.4 inches (see template)
  - Snap-On Wall Plate
  - Paired with Media Dock Receiver (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Pre-construction box availiable (see RIB-IWMD)
- Configured and customized with RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

## IPOD DISTRIBUTION INTERFACE

### ROSIE IN-WALL MEDIA DOCK (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDS-110B | $750.00 | $394.74 | |




Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 6.5 x 5.0 x 2.7 inches
Net Weight: 1.5 lbs (0.68 Kg)

The ROSIE In-Wall Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Cut Out Dimensions (H x W): 5.9 x 4.4 inches (see template)
  - Snap-On Wall Plate
  - Paired with Media Dock Receiver (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Pre-construction box availiable (see RIB-IWMD)
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**



## IPOD DISTRIBUTION INTERFACE

### ROSIE IN-WALL MEDIA DOCK (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDS-110B | $750.00 | $394.74 | |




Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 6.5 x 5.0 x 2.7 inches
Net Weight: 1.5 lbs (0.68 Kg)

The ROSIE In-Wall Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Cut Out Dimensions (H x W): 5.9 x 4.4 inches (see template)
  - Snap-On Wall Plate
  - Paired with Media Dock Receiver (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Pre-construction box availiable (see RIB-IWMD)
- Configured and customized with RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule November 2009**



## IPOD DISTRIBUTION INTERFACE

## ROSIE IN-WALL MEDIA DOCK (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDS-110W | $750.00 | $394.74 | |




The ROSIE In-Wall Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Cut Out Dimensions (H x W): 5.9 x 4.4 inches (see template)
  - Snap-On Wall Plate
  - Paired with Media Dock Receiver (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Pre-construction box availiable (see RIB-IWMD)
- Configured and customized with RacePoint Blueprint™ design tool

Made for iPod   RoHS COMPLIANT

Dimensions (H x W x D): 6.5 x 5.0 x 2.7 inches
Net Weight: 1.5 lbs (0.68 Kg)

*** All prices, availability, designs and specifications are subject to change without notice.**

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

IPOD DISTRIBUTION INTERFACE

## ROSIE IN-WALL MEDIA DOCK (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDS-110W | $750.00 | $394.74 | |



Dimensions (H x W x D): 6.5 x 5.0 x 2.7 inches
Net Weight: 1.5 lbs (0.68 Kg)

The ROSIE In-Wall Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Cut Out Dimensions (H x W): 5.9 x 4.4 inches (see template)
  - Snap-On Wall Plate
  - Paired with Media Dock Receiver (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Pre-construction box availiable (see RIB-IWMD)
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

IPOD DISTRIBUTION INTERFACE

## ROSIE IN-WALL MEDIA DOCK (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDS-110W | $750.00 | $394.74 | |




Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 6.5 x 5.0 x 2.7 inches
Net Weight: 1.5 lbs (0.68 Kg)

The ROSIE In-Wall Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any ROSIE User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including ROSIE OSD.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Cut Out Dimensions (H x W): 5.9 x 4.4 inches (see template)
  - Snap-On Wall Plate
  - Paired with Media Dock Receiver (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Pre-construction box availiable (see RIB-IWMD)
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**

Savant Systems LLC
770 Main St
Osterville MA 02655-1904





## IPOD DISTRIBUTION INTERFACE

### ROSIE MEDIA DOCK RECEIVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MDR-1000 | $350.00 | $184.21 | |

The ROSIE Media Dock Receiver is designed for long-haul applications and is paired with the In-wall and Desktop iPod® docking stations. The ROSIE Media Dock provides the necessary source connections to any Savant AV System Controller. It connects to the In-wall or Desktop Media Dock via three CAT5 cables extending power, control, audio and video to a docked iPod® or iPhone™.

---

Specifications

- (3) RJ45 jacks, receiving end; two for AV distribution and the third for power and control
- (1) Barrel connector for 24 V DC power supply
- (2) Left and right audio RCA jacks
- (1) Component video RCA jack; also supports Composite video (blue RCA jack)
- (1) USB Type B mini jack
- Configured with RacePoint Blueprint™ Design Tool



Dimensions (H x W x D): 1.3 x 4.4 x 6.3 inches
Weight: Approx. 0.5 lbs (0.26 Kgs)



## HOSTS & SERVERS

### ROSIE HOST CONTROLLER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| HST-1001 | $1,500.00 | $789.47 | |

As a key building block, the Host-within a ROSIE system-provides numerous functions including high-level automation and control functions, User Interface interpretations, system administration and monitoring. Also, the Host, within any ROSIE system may act as the main Media Server housing and controlling playback of any iTunes® content (music, movies, etc.) and supports up to eight mobile devices.

In addition, the User Interface Software resides in the ROSIE Host. The User Interface Software communicates with Savant's entire line of user interfaces including touch panels, remotes, keypads, mobile devices to On-Screen Displays. The User Interface Software provides advanced two-way control of components and services that are commonly deployed in automation and control environments. As a result, a ROSIE Host is an essential component, which must be part of any complete ROSIE Control Solution.

Note - Two HST-1001 platforms can be added to a ROSIE System configuration to provide host redundancy (active-standby mode) and increase reliability.



Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 14 lbs

---

The HST-1001 contains a single ROSIE Host controller and is packaged in a 2U rack mountable enclosure.

Key Benefits & Features

- HOST IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort output
  - (1) Mini- DVI port
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

IPOD DISTRIBUTION INTERFACE

## ROSIE MEDIA DOCK RECEIVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MDR-1000 | $350.00 | $184.21 | |

The ROSIE Media Dock Receiver is designed for long-haul applications and is paired with the In-wall and Desktop iPod® docking stations. The ROSIE Media Dock provides the necessary source connections to any Savant AV System Controller. It connects to the In-wall or Desktop Media Dock via three CAT5 cables extending power, control, audio and video to a docked iPod® or iPhone™.

---



Specifications

- (3) RJ45 jacks, receiving end; two for AV distribution and the third for power and control
- (1) Barrel connector for 24 V DC power supply
- (2) Left and right audio RCA jacks
- (1) Component video RCA jack; also supports Composite video (blue RCA jack)
- (1) USB Type B mini jack
- Configured with RacePoint Blueprint™ Design Tool

RoHS COMPLIANT

Dimensions (H x W x D): 1.3 x 4.4 x 6.3 inches
Weight: Approx. 0.5 lbs (0.26 Kgs)

IPOD DISTRIBUTION INTERFACE

HOSTS & SERVERS

## ROSIE HOST CONTROLLER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| HST-1001 | $1,500.00 | $789.47 | |

As a key building block, the Host-within a ROSIE system-provides numerous functions including high-level automation and control functions, User Interface interpretations, system administration and monitoring. Also, the Host, within any ROSIE system may act as the main Media Server housing and controlling playback of any iTunes® content (music, movies, etc.) and supports up to eight mobile devices.



In addition, the User Interface Software resides in the ROSIE Host. The User Interface Software communicates with Savant's entire line of user interfaces including touch panels, remotes, keypads, mobile devices to On-Screen Displays. The User Interface Software provides advanced two-way control of components and services that are commonly deployed in automation and control environments. As a result, a ROSIE Host is an essential component, which must be part of any complete ROSIE Control Solution.

Note - Two HST-1001 platforms can be added to a ROSIE System configuration to provide host redundancy (active-standby mode) and increase reliability.

---

RoHS COMPLIANT

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 14 lbs

The HST-1001 contains a single ROSIE Host controller and is packaged in a 2U rack mountable enclosure.

Key Benefits & Features

- HOST IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort output
  - (1) Mini- DVI port
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)

HOST & MOBILE DEVICE SERVERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**



## IPOD DISTRIBUTION INTERFACE

### ROSIE MEDIA DOCK RECEIVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MDR-1000 | $350.00 | $184.21 | |

The ROSIE Media Dock Receiver is designed for long-haul applications and is paired with the In-wall and Desktop iPod® docking stations. The ROSIE Media Dock provides the necessary source connections to any Savant AV System Controller. It connects to the In-wall or Desktop Media Dock via three CAT5 cables extending power, control, audio and video to a docked iPod® or iPhone™.



---

Specifications

- (3) RJ45 jacks, receiving end; two for AV distribution and the third for power and control
- (1) Barrel connector for 24 V DC power supply
- (2) Left and right audio RCA jacks
- (1) Component video RCA jack; also supports Composite video (blue RCA jack)
- (1) USB Type B mini jack
- Configured with RacePoint Blueprint™ Design Tool

Dimensions (H x W x D): 1.3 x 4.4 x 6.3 inches
Weight: Approx. 0.5 lbs (0.26 Kgs)



## HOSTS & SERVERS

### ROSIE HOST CONTROLLER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| HST-1001 | $1,500.00 | $789.47 | |

As a key building block, the Host-within a ROSIE system-provides numerous functions including high-level automation and control functions, User Interface interpretations, system administration and monitoring. Also, the Host, within any ROSIE system may act as the main Media Server housing and controlling playback of any iTunes® content (music, movies, etc.) and supports up to eight mobile devices.



In addition, the User Interface Software resides in the ROSIE Host. The User Interface Software communicates with Savant's entire line of user interfaces including touch panels, remotes, keypads, mobile devices to On-Screen Displays. The User Interface Software provides advanced two-way control of components and services that are commonly deployed in automation and control environments. As a result, a ROSIE Host is an essential component, which must be part of any complete ROSIE Control Solution.

Note - Two HST-1001 platforms can be added to a ROSIE System configuration to provide host redundancy (active-standby mode) and increase reliability.

---

The HST-1001 contains a single ROSIE Host controller and is packaged in a 2U rack mountable enclosure.

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 14 lbs

Key Benefits & Features

- HOST IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort output
  - (1) Mini- DVI port
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD Dealer Price Schedule November 2009**

- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Navigation and Control: Paired with ROSIE User Interfaces
- 2U metal enclosure, matte black
- Power - Input Power (OS X Host): 120 VAC, 50/60Hz, 110W, 18 VDC
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

## HOSTS & SERVERS

### SAVANT CALL SERVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SCS-1000 | $3,000.00 | $1,578.95 | |



Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 14 lbs

As a key communications building block, the Savant Call Server (SCS-1000) enables users to make panel to panel calls from any intercom-ready Savant touch panel. In future software releases, the SCS-1000 enables users to place and receive phone calls from their Savant touch panels (and other Savant and third-party user interfaces) and communicate directly with Entry Access Systems from any telephone in the world.

The SCS-1000 can be configured as the core of any IP PBX, switching calls, managing routes, enabling telephony features, and connecting callers with the outside world over IP, analog phones (POTS), and digital connections. The architecture of the SCS-1000 is designed for maximum flexibility and supports many Voice over IP protocols, and provides interoperability. As a result, the SCS-1000 is an essential communications component, which must be included in any Savant intercom or IP (Internet Protocol) telephony solution.

---

The SCS-1000 houses is packaged in a 2U rack mountable enclosure.

Key Benefits & Features

- Rear IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort output
  - (1) Mini- DVI port
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Integrated Asterisk® IP PBX
- Supports up to 72 touch panels of IP telephony calls
- Navigation and Control: Paired with ROSIE User Interfaces
- 2U metal enclosure, matte black
- Power - Input Power (OS X Host): 120 VAC, 50/60Hz, 110W, 18 VDC
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool



*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Navigation and Control: Paired with ROSIE User Interfaces
- 2U metal enclosure, matte black
- Power - Input Power (OS X Host): 120 VAC, 50/60Hz, 110W, 18 VDC
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

## HOSTS & SERVERS

### SAVANT CALL SERVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SCS-1000 | $3,000.00 | $1,578.95 | |

As a key communications building block, the Savant Call Server (SCS-1000) enables users to make panel to panel calls from any intercom-ready Savant touch panel. In future software releases, the SCS-1000 enables users to place and receive phone calls from their Savant touch panels (and other Savant and third-party user interfaces) and communicate directly with Entry Access Systems from any telephone in the world.



The SCS-1000 can be configured as the core of any IP PBX, switching calls, managing routes, enabling telephony features, and connecting callers with the outside world over IP, analog phones (POTS), and digital connections. The architecture of the SCS-1000 is designed for maximum flexibility and supports many Voice over IP protocols, and provides interoperability. As a result, the SCS-1000 is an essential communications component, which must be included in any Savant intercom or IP (Internet Protocol) telephony solution.

---

The SCS-1000 houses is packaged in a 2U rack mountable enclosure.

RoHS COMPLIANT

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 14 lbs

Key Benefits & Features

- Rear IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort output
  - (1) Mini- DVI port
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Integrated Asterisk® IP PBX
- Supports up to 72 touch panels ot IP telephony calls
- Navigation and Control: Paired with ROSIE User Interfaces
- 2U metal enclosure, matte black
- Power - Input Power (OS X Host): 120 VAC, 50/60Hz, 110W, 18 VDC
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

HOST & MOBILE DEVICE SERVERS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Navigation and Control: Paired with ROSIE User Interfaces
- 2U metal enclosure, matte black
- Power - Input Power (OS X Host): 120 VAC, 50/60Hz, 110W, 18 VDC
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

## HOSTS & SERVERS

### SAVANT CALL SERVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SCS-1000 | $3,000.00 | $1,578.95 | |



Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 14 lbs

As a key communications building block, the Savant Call Server (SCS-1000) enables users to make panel to panel calls from any intercom-ready Savant touch panel. In future software releases, the SCS-1000 enables users to place and receive phone calls from their Savant touch panels (and other Savant and third-party user interfaces) and communicate directly with Entry Access Systems from any telephone in the world.

The SCS-1000 can be configured as the core of any IP PBX, switching calls, managing routes, enabling telephony features, and connecting callers with the outside world over IP, analog phones (POTS), and digital connections. The architecture of the SCS-1000 is designed for maximum flexibility and supports many Voice over IP protocols, and provides interoperability. As a result, the SCS-1000 is an essential communications component, which must be included in any Savant intercom or IP (Internet Protocol) telephony solution.

---

The SCS-1000 houses is packaged in a 2U rack mountable enclosure.

Key Benefits & Features

- Rear IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort output
  - (1) Mini- DVI port
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Integrated Asterisk® IP PBX
- Supports up to 72 touch panels ot IP telephony calls
- Navigation and Control: Paired with ROSIE User Interfaces
- 2U metal enclosure, matte black
- Power - Input Power (OS X Host): 120 VAC, 50/60Hz, 110W, 18 VDC
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **November 2009**

## HOSTS & SERVERS

### USER INTERFACE SERVER

HOST & MOBILE DEVICE SERVERS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SVR-2100 | $1,400.00 | $736.84 | |



The SVR-2100 is a User Interface Server providing graphics and control, which can be paired with ROSIE System OSD (OCC-510W) when collocated. See the ROSIE Control System (OSD-1010) as an integrated ROSIE OSD solution option, especially when the equipment is racked; and audio, video, graphic and control signals are long-hauled. .

- HOST IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort output
  - (1) Mini-DVI output
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Power - Input Power (OS X Host): 120 VAC, 50/60Hz, 110W, 18 VDC
- Included items
  - (1) SVR-2100
  - Power supply
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (H x W x D): 2.0 x 6.5 x 6.5 inches
Net Weight: 2.9 lbs (1.3 Kg)

## MOBILE DEVICES & LICENSING

### ROSIE AUTOMATION APP

MOBILE DEVICES & LICENSING

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| APP-1000 | | | |




Application available only through the iPhone App Store

Imagine using your iPhone™ or iPod touch® as a remote for your ROSIE control system, or to control all the lights, thermostats or shades in your home. The ROSIE Automation App places a Savant touch panel user interface on these revolutionary devices in the palm of your hand, providing all types of customizable control capability. Your iPhone™ or iPod touch® will automatically discover all available ROSIE services on your home network and present them in a simple list of rooms. Upon discovery and connection, the device will download and install all of the configured screens and graphics from the ROSIE Control System.

Savant's new iPhone™ theme provides a look and feel that fits perfectly with the screen resolution and ergonomics of the device. Control your ROSIE system with simple taps and gestures on the device, and enjoy whole-home two-way feedback from all of your services across the house, and remotely from the palm of your hand.

The ROSIE Automation Application also includes an On-Screen Display (OSD) control mode allowing it to function as a remote to Savant's award-winning OSD interface. In addition, it also offers ROSIE on the Road (ROTR), a remote access application included with the ROSIE Automation Application. It provides you with access to all features and services within your homes from anywhere in the world through a Wi-Fi, 2G or 3G data connection with zero-configuration. With ROTR you will have remote access to arm and disarm your security system, trigger gate access, control heating and air conditioning, turn lights on or off, and even view live video feeds from security cameras.

Remote access to ROSIE services is configured in RacePoint Blueprint™ and automatically sent to the iPhone™ or iPod touch® upon discovery.

- View room and system status, and adjust HVAC, lighting and security in real time.

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

HOSTS & SERVERS

## USER INTERFACE SERVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SVR-2100 | $1,400.00 | $736.84 | |



The SVR-2100 is a User Interface Server providing graphics and control, which can be paired with ROSIE System OSD (OCC-510W) when collocated. See the ROSIE Control System (OSD-1010) as an integrated ROSIE OSD solution option, especially when the equipment is racked; and audio, video, graphic and control signals are long-hauled. .

- HOST IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort output
  - (1) Mini -DVI output
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Power - Input Power (OS X Host): 120 VAC, 50/60Hz, 110W, 18 VDC
- Included items
  - (1) SVR-2100
  - Power supply
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D): 2.0 x 6.5 x 6.5 inches
Net Weight: 2.9 lbs (1.3 Kg)

HOST & MOBILE DEVICE SERVERS

MOBILE DEVICES & LICENSING

## ROSIE AUTOMATION APP

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| APP-1000 | | | |




Available on the iPhone App Store

Application available only through the iPhone App Store

Imagine using your iPhone™ or iPod touch® as a remote for your ROSIE control system, or to control all the lights, thermostats or shades in your home. The ROSIE Automation App places a Savant touch panel user interface on these revolutionary devices in the palm of your hand, providing all types of customizable control capability. Your iPhone™ or iPod touch® will automatically discover all available ROSIE services on your home network and present them in a simple list of rooms. Upon discovery and connection, the device will download and install all of the configured screens and graphics from the ROSIE Control System.

Savant's new iPhone™ theme provides a look and feel that fits perfectly with the screen resolution and ergonomics of the device. Control your ROSIE system with simple taps and gestures on the device, and enjoy whole-home two-way feedback from all of your services across the house, and remotely from the palm of your hand.

The ROSIE Automation Application also includes an On-Screen Display (OSD) control mode allowing it to function as a remote to Savant's award-winning OSD interface. In addition, it also offers ROSIE on the Road (ROTR), a remote access application included with the ROSIE Automation Application. It provides you with access to all features and services within your homes from anywhere in the world through a Wi-Fi, 2G or 3G data connection with zero-configuration. With ROTR you will have remote access to arm and disarm your security system, trigger gate access, control heating and air conditioning, turn lights on or off, and even view live video feeds from security cameras.

Remote access to ROSIE services is configured in RacePoint Blueprint™ and automatically sent to the iPhone™ or iPod touch® upon discovery.

- View room and system status, and adjust HVAC, lighting and security in real time.

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143258

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule November 2009

HOST & MOBILE DEVICE SERVERS

## HOSTS & SERVERS

### USER INTERFACE SERVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SVR-2100 | $1,400.00 | $736.84 | |



The SVR-2100 is a User Interface Server providing graphics and control, which can be paired with ROSIE System OSD (OCC-510W) when collocated. See the ROSIE Control System (OSD-1010) as an integrated ROSIE OSD solution option, especially when the equipment is racked; and audio, video, graphic and control signals are long-hauled. .

- HOST IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort output
  - (1) Mini -DVI output
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Power - Input Power (OS X Host): 120 VAC, 50/60Hz, 110W, 18 VDC
- Included items
  - (1) SVR-2100
  - Power supply
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D): 2.0 x 6.5 x 6.5 inches
Net Weight: 2.9 lbs (1.3 Kg)

MOBILE DEVICES & LICENSING

## MOBILE DEVICES & LICENSING

### ROSIE AUTOMATION APP

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| APP-1000 | | | |




Available on the iPhone App Store

Application available only through the iPhone App Store

Imagine using your iPhone™ or iPod touch® as a remote for your ROSIE control system, or to control all the lights, thermostats or shades in your home. The ROSIE Automation App places a Savant touch panel user interface on these revolutionary devices in the palm of your hand, providing all types of customizable control capability. Your iPhone™ or iPod touch® will automatically discover all available ROSIE services on your home network and present them in a simple list of rooms. Upon discovery and connection, the device will download and install all of the configured screens and graphics from the ROSIE Control System.

Savant's new iPhone™ theme provides a look and feel that fits perfectly with the screen resolution and ergonomics of the device. Control your ROSIE system with simple taps and gestures on the device, and enjoy whole-home two-way feedback from all of your services across the house, and remotely from the palm of your hand.

The ROSIE Automation Application also includes an On-Screen Display (OSD) control mode allowing it to function as a remote to Savant's award-winning OSD interface. In addition, it also offers ROSIE on the Road (ROTR), a remote access application included with the ROSIE Automation Application. It provides you with access to all features and services within your homes from anywhere in the world through a Wi-Fi, 2G or 3G data connection with zero-configuration. With ROTR you will have remote access to arm and disarm your security system, trigger gate access, control heating and air conditioning, turn lights on or off, and even view live video feeds from security cameras.

Remote access to ROSIE services is configured in RacePoint Blueprint™ and automatically sent to the iPhone™ or iPod touch® upon discovery.

- View room and system status, and adjust HVAC, lighting and security in real time.

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

- ROSIE Automation App keeps you ROSIE connected, wherever you are.
- Communicates with ROSIE Control Systems via Wi-Fi and 3G cellular network
- Control multiple homes from one iPhone™ or iPod touch®
- Compatible with the original iPhone™, iPhone™ 3G and iPod touch®
- Brilliant 3.5-inch (diagonal) widescreen Multi-Touch™ display
- 320 x 480 pixel resolution at 163 pixels per inch
- Revolutionary Multi-Touch™ touch screen interface
- Ambient light sensor and accelerometer
- Built-in volume controls and speaker
- Download games and applications from the App Store
- Buy music or rent movies from the iTunes Music Store®
- Surf the web, view email, and more
- Configured and customized with RacePoint Blueprint™ design tool

## MOBILE DEVICES & LICENSING

### SINGLE MOBILE DEVICE LICENSE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MDL-1000 | | | Each ROSIE Mobile Device requires a Mobile Device License, which contains a unique user identification (UID), which is used to set-up and configure the specific ROSIE Mobile Device using RacePoint Blueprint™. The MDL-1000 is a single Mobile Device License. The mobile applications are configured and customized using RacePoint Blueprint™ without further development required on the part of the dealer or installer. ------------------------------------------------ Note - Mobile Device Licenses are available at no charge |






* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD Dealer Price Schedule November 2009**

- ROSIE Automation App keeps you ROSIE connected, wherever you are.
- Communicates with ROSIE Control Systems via Wi-Fi and 3G cellular network
- Control multiple homes from one iPhone™ or iPod touch®
- Compatible with the original iPhone™, iPhone™ 3G and iPod touch®
- Brilliant 3.5-inch (diagonal) widescreen Multi-Touch™ display
- 320 x 480 pixel resolution at 163 pixels per inch
- Revolutionary Multi-Touch™ touch screen interface
- Ambient light sensor and accelerometer
- Built-in volume controls and speaker
- Download games and applications from the App Store
- Buy music or rent movies from the iTunes Music Store®
- Surf the web, view email, and more
- Configured and customized with RacePoint Blueprint™ design tool

## MOBILE DEVICES & LICENSING

### SINGLE MOBILE DEVICE LICENSE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MDL-1000 | | | Each ROSIE Mobile Device requires a Mobile Device License, which contains a unique user identification (UID), which is used to set-up and configure the specific ROSIE Mobile Device using RacePoint Blueprint™. The MDL-1000 is a single Mobile Device License. The mobile applications are configured and customized using RacePoint Blueprint™ without further development required on the part of the dealer or installer. ------------------------------------------------------------ Note - Mobile Device Licenses are available at no charge |






* **All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

- ROSIE Automation App keeps you ROSIE connected, wherever you are.
- Communicates with ROSIE Control Systems via Wi-Fi and 3G cellular network
- Control multiple homes from one iPhone™ or iPod touch®
- Compatible with the original iPhone™, iPhone™ 3G and iPod touch®
- Brilliant 3.5-inch (diagonal) widescreen Multi-Touch™ display
- 320 x 480 pixel resolution at 163 pixels per inch
- Revolutionary Multi-Touch™ touch screen interface
- Ambient light sensor and accelerometer
- Built-in volume controls and speaker
- Download games and applications from the App Store
- Buy music or rent movies from the iTunes Music Store®
- Surf the web, view email, and more
- Configured and customized with RacePoint Blueprint™ design tool

## MOBILE DEVICES & LICENSING

### SINGLE MOBILE DEVICE LICENSE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MDL-1000 | | | Each ROSIE Mobile Device requires a Mobile Device License, which contains a unique user identification (UID), which is used to set-up and configure the specific ROSIE Mobile Device using RacePoint Blueprint™. The MDL-1000 is a single Mobile Device License. The mobile applications are configured and customized using RacePoint Blueprint™ without further development required on the part of the dealer or installer. ------------------------------ Note - Mobile Device Licenses are available at no charge |




MOBILE DEVICES & LICENSING

* **All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**

## MOBILE DEVICES & LICENSING

### 8GB IPOD TOUCH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-4000 | $250.00 | $209.47 | |




iPod touch® puts an amazing user experience in the palm of your hand including the ROSIE Automation Application available on the App Store. It lets you listen to music, watch video, surf the web, get email, and shop for games and applications on the App Store.

------------------------------------------------------------

- Revolutionary Multi-Touch touchscreen interface
- Brilliant 3.5-inch widescreen display
- Ambient light sensor and accelerometer
- Built-in volume controls and speaker
- Built-in Wi-Fi support (802.11 b/g)
- Built-in rechargeable lithium ion battery
- Buy music on the iTunes Wi-Fi Music Store
- Rent movies from iTunes to watch on iPod touch®
- Download games and applications from the App Store via Wi-Fi
- Surf the web, view email, and more via Wi-Fi
- 8 GB model
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (H x W x D): 4.30 x 2.40 x 0.33 inches
Net Weight: 4.05 ounces (115 grams)

Note: See APP-1000 for information on the ROSIE Home Automation App (not included)
For additional information on the iPod touch® see http://www.apple.com/support/

MOBILE DEVICES & LICENSING

## MOBILE DEVICES & LICENSING

### 32GB IPOD TOUCH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-4032 | $350.00 | $314.74 | |




The WIA-4032 is a 32 GB iPod touch® with the same features and capabilities as WIA-4000 with additional storage capacity.

------------------------------------------------------------

Configured and customized using RacePoint Blueprint™ design tool

Note: See APP-1000 for information on the ROSIE Automation App (not included)
For additional information on the iPod touch® see http://www.apple.com/support/

MOBILE DEVICES & LICENSING

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0143260

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **November 2009**



## MOBILE DEVICES & LICENSING

### 8GB IPOD TOUCH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-4000 | $250.00 | $209.47 | |




Dimensions (H x W x D): 4.30 x 2.40 x 0.33 inches
Net Weight: 4.05 ounces (115 grams)

iPod touch® puts an amazing user experience in the palm of your hand including the ROSIE Automation Application available on the App Store. It lets you listen to music, watch video, surf the web, get email, and shop for games and applications on the App Store.

-------------------------------------------------------------------

- Revolutionary Multi-Touch touchscreen interface
- Brilliant 3.5-inch widescreen display
- Ambient light sensor and accelerometer
- Built-in volume controls and speaker
- Built-in Wi-Fi support (802.11 b/g)
- Built-in rechargeable lithium ion battery
- Buy music on the iTunes Wi-Fi Music Store
- Rent movies from iTunes to watch on iPod touch®
- Download games and applications from the App Store via Wi-Fi
- Surf the web, view email, and more via Wi-Fi
- 8 GB model
- Configured and customized using RacePoint Blueprint™ design tool

Note: See APP-1000 for information on the ROSIE Home Automation App (not included)
For additional information on the iPod touch® see http://www.apple.com/support/

MOBILE DEVICES & LICENSING

## MOBILE DEVICES & LICENSING

### 32GB IPOD TOUCH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-4032 | $350.00 | $314.74 | |




The WIA-4032 is a 32 GB iPod touch® with the same features and capabilities as WIA-4000 with additional storage capacity.

-------------------------------------------------------------------

Configured and customized using RacePoint Blueprint™ design tool

Note: See APP-1000 for information on the ROSIE Automation App (not included)
For additional information on the iPod touch® see http://www.apple.com/support/

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **November 2009**

## MOBILE DEVICES & LICENSING

### 8GB IPOD TOUCH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-4000 | $250.00 | $209.47 | |




Dimensions (H x W x D): 4.30 x 2.40 x 0.33 inches
Net Weight: 4.05 ounces (115 grams)

iPod touch® puts an amazing user experience in the palm of your hand including the ROSIE Automation Application available on the App Store. It lets you listen to music, watch video, surf the web, get email, and shop for games and applications on the App Store.

---

- Revolutionary Multi-Touch touchscreen interface
- Brilliant 3.5-inch widescreen display
- Ambient light sensor and accelerometer
- Built-in volume controls and speaker
- Built-in Wi-Fi support (802.11 b/g)
- Built-in rechargeable lithium ion battery
- Buy music on the iTunes Wi-Fi Music Store
- Rent movies from iTunes to watch on iPod touch®
- Download games and applications from the App Store via Wi-Fi
- Surf the web, view email, and more via Wi-Fi
- 8 GB model
- Configured and customized using RacePoint Blueprint™ design tool

Note: See APP-1000 for information on the ROSIE Home Automation App (not included)
For additional information on the iPod touch® see http://www.apple.com/support/

MOBILE DEVICES & LICENSING

## MOBILE DEVICES & LICENSING

### 32GB IPOD TOUCH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-4032 | $350.00 | $314.74 | |




The WIA-4032 is a 32 GB iPod touch® with the same features and capabilities as WIA-4000 with additional storage capacity.

---

Configured and customized using RacePoint Blueprint™ design tool

Note: See APP-1000 for information on the ROSIE Automation App (not included)
For additional information on the iPod touch® see http://www.apple.com/support/

MOBILE DEVICES & LICENSING

*** All prices, availability, designs and specifications are subject to change without notice.**

# EXHIBIT 632

**DEALER PRICE LIST**

Savant Systems LLC
770 Main St
Osterville, MA 02655-1904
Phone: 508-683-2500

savant NOW YOU CAN

November 18, 2008
4:42 PM
Page 1

* 5% Discount if Prepaid or Paid within 10 days by Cash or Check

| Model Number | Description | EU | U-Size | System | MSRP | Dealer Price | * Dealer Term | Margin | Net Margin |
|---|---|---|---|---|---|---|---|---|---|
| **CONTROLLERS** | | | | | | | | | |
| RSC-0025-00 | ROSIE SYSTEM CONTROLLER - 1U PLATFORM WITH 25 CONTROL PORTS | Yes | | 1U System Controll | 1,900.00 | 1,000.00 | 950.00 | 47 % | 50 % |
| **A/V CONTROLLERS** | | | | | | | | | |
| LCC-1000-00 | ROSIE SYSTEM 2 - BASE CONFIGURATION | | 3U | System 2 | 6,100.00 | 3,210.53 | 3,050.00 | 47 % | 50 % |
| LCC-10MS-00 | ROSIE SYSTEM 2 + AOM-SS8U + ITUNES MS | | 3U | System 2 | 9,100.00 | 4,789.47 | 4,550.00 | 47 % | 50 % |
| LCC-11MS-00 | ROSIE SYSTEM 2 + AOM-016U + ITUNES MS | | 3U | System 2 | 8,200.00 | 4,315.79 | 4,100.00 | 47 % | 50 % |
| LCC-1500-00 | ROSIE SYSTEM 2 + OVP-1100 | | 3U | System 2 | 9,100.00 | 4,789.47 | 4,550.00 | 47 % | 50 % |
| LCC-2000-00 | ROSIE SYSTEM 2 + OVP-1100 + AOM-SS8U + ITUNES MS | Yes | 3U | System 2 | 12,100.00 | 6,368.42 | 6,050.00 | 47 % | 50 % |
| LCC-2100-00 | ROSIE SYSTEM 2 + OVP-1100 + AOM-016U + ITUNES MS | | 3U | System 2 | 11,200.00 | 5,894.74 | 5,600.00 | 47 % | 50 % |
| OCC-500R-00 | ROSIE SYSTEM OSD RACK MOUNT VERSION | | 1U | System OSD | 3,800.00 | 2,000.00 | 1,900.00 | 47 % | 50 % |
| OCC-500W-00 | ROSIE SYSTEM OSD WALL MOUNT VERSION | | 1U | System OSD | 3,800.00 | 2,000.00 | 1,900.00 | 47 % | 50 % |
| RAD-1000-00 | ROSIE SYSTEM 3 + AIM-0A16 + AOM-016U | | 3U | System 3 | 6,800.00 | 3,578.95 | 3,400.00 | 47 % | 50 % |
| RAD-1100-00 | ROSIE SYSTEM 3 + AIM-0A16 + (2) AOM-016U | | 3U | System 3 | 9,800.00 | 5,157.89 | 4,900.00 | 47 % | 50 % |
| RAD-2000-00 | ROSIE SYSTEM 3 + AIM-0A16 + AOM-SS8U | | 3U | System 3 | 7,000.00 | 3,684.21 | 3,500.00 | 47 % | 50 % |
| RAD-3000-00 | ROSIE SYSTEM 3 + AIM-0A16 + AOM-016U + 4-PORT TPX | | 3U | System 3 | 8,800.00 | 4,631.58 | 4,400.00 | 47 % | 50 % |
| RAD-3100-00 | ROSIE SYSTEM 3 + AIM-0A16 + AOM-016U + 8-PORT TPX | | 3U | System 3 | 12,800.00 | 6,736.84 | 6,400.00 | 47 % | 50 % |
| RAD-4000-00 | ROSIE SYSTEM 3 + OVP-1100 + AIM-0A16 + AOM-016U | | 3U | System 3 | 9,800.00 | 5,157.89 | 4,900.00 | 47 % | 50 % |
| RAD-4100-00 | ROSIE SYSTEM 3 + OVP-1100 + AIM-0A16 + AOM-SS8U | | 3U | System 3 | 12,800.00 | 6,736.84 | 6,400.00 | 47 % | 50 % |
| RAD-5300-00 | ROSIE SYSTEM 3 + AIM-0A16 + AOM-8XLR | | 3U | System 3 | 9,200.00 | 4,842.11 | 4,600.00 | 47 % | 50 % |
| RAD-5400-00 | ROSIE SYSTEM 3 + AIM-0A16 + (2) AOM-8XLR | | 3U | System 3 | 13,000.00 | 6,842.11 | 6,500.00 | 47 % | 50 % |
| RMF-1200-00 | ROSIE MULTIFUNCTIONAL PLATFORM 12 SLOT | | 6U | System 12 | 14,000.00 | 7,368.42 | 7,000.00 | 47 % | 50 % |
| RMF-2400-00 | ROSIE MULTIFUNCTIONAL PLATFORM 24 SLOT | | 12U | System 24 | 26,000.00 | 13,684.21 | 13,000.00 | 47 % | 50 % |
| **SERVICE CARDS** | | | | | | | | | |
| AIM-0A16-00 | 16-CH ANALOG AUDIO INPUT MODULE | | | System 12/24/36 | 1,200.00 | 631.58 | 600.00 | 47 % | 50 % |

***If Applicable, Shipping & Sales Tax will be charged when Invoiced***
***Subject to change without Notice***
*(CONFIDENTIAL)*

**DEALER PRICE LIST**
Savant Systems LLC
770 Main St
Osterville, MA 02655-1904
Phone: 508-683-2500

savant NOW YOU CAN

November 18, 2008
4:42 PM


* 5% Discount if Prepaid or Paid within 10 days by Cash or Check

| Model Number | Description | EU | U-Size | System | MSRP | Dealer Price | * Dealer Term | Margin | Net Margin |
|---|---|---|---|---|---|---|---|---|---|
| **SERVICE CARDS** | (continued..........) | | | | | | | | |
| AIM-D4A12-00 | DIGITAL & ANALOG INPUT MODULE: (4) DIGITAL COAX + (12) CH- A | | | System 12/24/36 | 1,360.00 | 715.79 | 680.00 | 47 % | 50 % |
| AOM-016U-00 | 16-CHANNEL STEREO PREAMP OUTPUT MODULE (UNBALANCED) | | | System 2/3/12/2 | 2,100.00 | 1,105.26 | 1,050.00 | 47 % | 50 % |
| AOM-04DC-00 | DIGITAL AUDIO OUTPUT MODULE (4) S/PIDF | | | System 12/24/36 | 2,100.00 | 1,105.26 | 1,050.00 | 47 % | 50 % |
| AOM-8XLR-00 | 8-CHANNEL STEREO PREAMP OUTPUT MODULE (BALANCED) | | | System 12/24/36 | 2,400.00 | 1,263.16 | 1,200.00 | 47 % | 50 % |
| AOM-SS8U-00 | 7.1 SURROUND SOUND & AUDIO PROCESSING MODULE (UNBALANCED) | | | System 2/3/12/2 | 3,000.00 | 1,578.95 | 1,500.00 | 47 % | 50 % |
| AOM-SSXLR-00 | 7.1 SURROUND SOUND & AUDIO PROCESSING MODULE (BALANCED) | | | System 12/24/36 | 3,800.00 | 2,000.00 | 1,900.00 | 47 % | 50 % |
| OVP-1100-00 | ON-SCREEN DISPLAY (OSD) & VIDEO PROCESSING MODULE | | | System 2/3 | 3,000.00 | 1,578.95 | 1,500.00 | 47 % | 50 % |
| VIM-A3C3S-00 | ANALOG VIDEO INPUT MODULE (3) COMPONENT + 3 S-VIDEO | | | System 12/24/36 | 1,600.00 | 842.11 | 800.00 | 47 % | 50 % |
| VIM-D3HD-00 | DIGITAL VIDEO INPUT MODULE (3) HDMI | | | System 12/24/36 | 2,400.00 | 1,263.16 | 1,200.00 | 47 % | 50 % |
| VOM-A3C3S-00 | VIDEO OUTPUT MODULE (3) COMPONNET + (3) S/PDIF | | | System 12/24/36 | 1,600.00 | 842.11 | 800.00 | 47 % | 50 % |
| VOM-D3HD-00 | DIGITAL VIDEO OUTPUT MODULE (3) HDMI OUTPUTS UP TO 1080I | | | System 12/24/36 | 2,400.00 | 1,263.16 | 1,200.00 | 47 % | 50 % |
| **CONTROL& OSD BUNDLES** | | | | | | | | | |
| ORB-1001-00 | ROSIE SYSTEM OSD BUNDLE CONTAINS 1 OSD CONFIGURATION | | 3U | System OSD | 5,000.00 | 2,631.58 | 2,500.00 | 47 % | 50 % |
| ORB-1002-00 | ROSIE SYSTEM OSD BUNDLE CONTAINS 2 OSD CONFIGURATIONS | | 4U | System OSD | 9,900.00 | 5,210.53 | 4,950.00 | 47 % | 50 % |
| ORB-1003-00 | ROSIE SYSTEM OSD BUNDLE CONTAINS 3 OSD CONFIGURATIONS | | 7U | System OSD | 14,800.00 | 7,789.47 | 7,400.00 | 47 % | 50 % |
| ORB-1004-00 | ROSIE SYSTEM OSD BUNDLE CONTAINS 4 OSD CONFIGURATIONS | | 8U | System OSD | 19,700.00 | 10,368.42 | 9,850.00 | 47 % | 50 % |
| ORB-1005-00 | ROSIE SYSTEM OSD BUNDLE CONTAINS 5 OSD CONFIGURATIONS | | 11U | System OSD | 24,600.00 | 12,947.37 | 12,300.00 | 47 % | 50 % |
| ORB-1006-00 | ROSIE SYSTEM OSD BUNDLE CONTAINS 6 OSD CONFIGURATIONS | | 12U | System OSD | 29,500.00 | 15,526.32 | 14,750.00 | 47 % | 50 % |
| ORB-1007-00 | ROSIE SYSTEM OSD BUNDLE CONTAINS 7 OSD CONFIGURATIONS | | 13U | System OSD | 34,400.00 | 18,105.26 | 17,200.00 | 47 % | 50 % |
| ORB-1008-00 | ROSIE SYSTEM OSD BUNDLE CONTAINS 8 OSD CONFIGURATIONS | | 14U | System OSD | 39,300.00 | 20,684.21 | 19,650.00 | 47 % | 50 % |
| **HOST & MOBILE DEVICE SERVERS** | | | | | | | | | |
| CHS-1000-00 | ROSIE HOST CONTROLLER AND MOBILE DEVICE SERVER | | 2U | | 6,000.00 | 3,157.89 | 3,000.00 | 47 % | 50 % |

***If Applicable, Shipping & Sales Tax will be charged when Invoiced***
***Subject to change without Notice***
*(CONFIDENTIAL)*

**DEALER PRICE LIST**
Savant Systems LLC
770 Main St
Osterville, MA 02655-1904
Phone: 508-683-2500

savant NOW YOU CAN

November 18, 2008
4:42 PM


* 5% Discount if Prepaid or Paid within 10 days by Cash or Check

| Model Number | Description | EU | U-Size | System | MSRP | Dealer Price | * Dealer Term | Margin | Net Margin |
|---|---|---|---|---|---|---|---|---|---|
| **HOST & MOBILE DEVICE SERVERS** (continued..........) | | | | | | | | | |
| HST-1001-00 | ROSIE HOST CONTROLLER | | 2U | | 3,000.00 | 1,578.95 | 1,500.00 | 47 % | 50 % |
| MDS-1000-00 | MOBILE DEVICE SERVER | | 2U | | 3,000.00 | 1,578.95 | 1,500.00 | 47 % | 50 % |
| SVR-2100-00 | USER INTERFACE SERVER | | 2U | | 1,500.00 | 789.47 | 750.00 | 47 % | 50 % |
| **MOBILE DEVICES** | | | | | | | | | |
| MDL-1000-00 | SINGLE MOBILE DEVICE LICENSE | Yes | | | 1,200.00 | 526.32 | 500.00 | 56 % | 58 % |
| WIA-1000-00 | ROSIE-ENABLED NOKIA N810 | | | | 1,060.00 | 557.89 | 530.00 | 47 % | 50 % |
| WIA-2000-00 | CONTROL-ENABLED SAMSUNG« Q1 ULTRA UMPC | | | | 3,000.00 | 1,578.94 | 1,500.00 | 47 % | 50 % |
| WIA-4000-00 | ROSIE-ENABLED 8GB IPOD TOUCH MOBILE DEVICE | | | | 300.00 | 241.05 | 229.00 | 20 % | 24 % |
| WIA-4032-00 | ROSIE-ENABLED 32GB IPOD TOUCH MOBILE DEVICE | | | | 550.00 | 420.00 | 399.00 | 24 % | 27 % |
| **WIRELESS** | | | | | | | | | |
| WDB-100B-00 | WIRELESS TOUCH PANEL CHARGING DOCKING BASE (BLACK) | Yes | | | 760.00 | 400.00 | 380.00 | 47 % | 50 % |
| WDB-100W-00 | WIRELESS TOUCH PANEL CHARGING DOCKING BASE (WHITE) | Yes | | | 760.00 | 400.00 | 380.00 | 47 % | 50 % |
| WTP-113B-00 | 13.3-INCH WIRELESS WIDESCREEN TOUCH PANEL | Yes | | | 6,000.00 | 3,157.89 | 3,000.00 | 47 % | 50 % |
| WTP-113W-00 | 13.3-INCH WIRELESS WIDESCREEN TOUCH PANEL (WHITE) | Yes | | | 6,000.00 | 3,157.89 | 3,000.00 | 47 % | 50 % |
| **TOUCH PANELS - IN WALLS** | | | | | | | | | |
| ITP-105A-00 | 5-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH ALMOND BEZE | | | | 1,050.00 | 552.63 | 525.00 | 47 % | 50 % |
| ITP-105B-00 | 5-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH BLACK BEZEL | | | | 1,050.00 | 552.63 | 525.00 | 47 % | 50 % |
| ITP-105I-00 | 5-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH IVORY BEZEL | | | | 1,050.00 | 552.63 | 525.00 | 47 % | 50 % |
| ITP-105W-00 | 5-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH WHITE BEZEL | | | | 1,050.00 | 552.63 | 525.00 | 47 % | 50 % |
| ITP-107A-00 | 7-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH ALMOND BEZE | | | | 2,700.00 | 1,421.05 | 1,350.00 | 47 % | 50 % |
| ITP-107B-00 | 7-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH BLACK BEZEL | | | | 2,700.00 | 1,421.05 | 1,350.00 | 47 % | 50 % |
| ITP-107I-00 | 7-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH IVORY BEZEL | | | | 2,700.00 | 1,421.05 | 1,350.00 | 47 % | 50 % |
| ITP-107W-00 | 7-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH WHITE BEZEL | | | | 2,700.00 | 1,421.05 | 1,350.00 | 47 % | 50 % |
| ITP-109A-00 | 9-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH ALMOND BEZE | | | | 3,100.00 | 1,631.58 | 1,550.00 | 47 % | 50 % |
| ITP-109B-00 | 9-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH BLACK BEZEL | | | | 3,100.00 | 1,631.58 | 1,550.00 | 47 % | 50 % |

*If Applicable, Shipping & Sales Tax will be charged when Invoiced*
*Subject to change without Notice*
*(CONFIDENTIAL)*

**DEALER PRICE LIST**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville, MA 02655-1904
Phone: 508-683-2500

November 18, 2008
4:42 PM


* 5% Discount if Prepaid or Paid within 10 days by Cash or Check

| Model Number | Description | EU | U-Size | System | MSRP | Dealer Price | * Dealer Term | Margin | Net Margin |
|---|---|---|---|---|---|---|---|---|---|
| **TOUCH PANELS - IN WALLS** | (continued..........) | | | | | | | | |
| ITP-109I-00 | 9-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH IVORY BEZEL | | | | 3,100.00 | 1,631.58 | 1,550.00 | 47 % | 50 % |
| ITP-109W-00 | 9-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH WHITE BEZEL | | | | 3,100.00 | 1,631.58 | 1,550.00 | 47 % | 50 % |
| ITP-112A-00 | 12-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH AL | | | | 5,600.00 | 2,947.37 | 2,800.00 | 47 % | 50 % |
| ITP-112B-00 | 12-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH BL | | | | 5,600.00 | 2,947.37 | 2,800.00 | 47 % | 50 % |
| ITP-112I-00 | 12-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH IV | | | | 5,600.00 | 2,947.37 | 2,800.00 | 47 % | 50 % |
| ITP-112W-00 | 12-INCH IN-WALL COLOR WIDESCREEN TOUCH PANEL WITH W | | | | 5,600.00 | 2,947.37 | 2,800.00 | 47 % | 50 % |
| TTV-1024-00 | ROSIE TOUCH TV 24-INCH HD LCD DISPLAY | | | | 11,000.00 | 5,789.47 | 5,500.00 | 47 % | 50 % |
| TTV-1040-00 | ROSIE TOUCH TV 40-INCH HD LCD DISPLAY | | | | 20,000.00 | 10,526.32 | 10,000.00 | 47 % | 50 % |
| **TOUCH PANELS - SERVERS** | | | | | | | | | |
| RCK-1000-00 | 8-BAY 6U RACK ENCLOSURE | | 6U | | 280.00 | 147.37 | 140.00 | 47 % | 50 % |
| RCK-1100-00 | 2U RACK SHELF | | 2U | | 220.00 | 115.79 | 110.00 | 47 % | 50 % |
| SVR-2000-00 | SINGLE IN-WALL USER INTERFACE SERVER | | 2U | | 1,300.00 | 684.21 | 650.00 | 47 % | 50 % |
| **TOUCH PANEL & KEYPAD EXTENDERS** | | | | | | | | | |
| TKX-2104-00 | 4-PORT TOUCH PANEL AND KEYPAD EXTENDER | | | | 2,400.00 | 1,263.16 | 1,200.00 | 47 % | 50 % |
| TKX-2108-00 | 8-PORT TOUCH PANEL AND KEYPAD EXTENDER | | | | 3,400.00 | 1,789.47 | 1,700.00 | 47 % | 50 % |
| TKX-2112-00 | 12-PORT TOUCH PANEL AND KEYPAD EXTENDER | | | | 4,400.00 | 2,315.79 | 2,200.00 | 47 % | 50 % |
| TKX-2116-00 | 16-PORT TOUCH PANEL AND KEYPAD EXTENDER | | | | 5,400.00 | 2,842.11 | 2,700.00 | 47 % | 50 % |
| TKX-2120-00 | 20-PORT TOUCH PANEL AND KEYPAD EXTENDER | | | | 6,400.00 | 3,368.42 | 3,200.00 | 47 % | 50 % |
| TKX-2124-00 | 24-PORT TOUCH PANEL AND KEYPAD EXTENDER | | | | 7,400.00 | 3,894.74 | 3,700.00 | 47 % | 50 % |
| TPX-1104-00 | 4-PORT TOUCH PANEL EXTENDER | | | | 2,000.00 | 1,052.63 | 1,000.00 | 47 % | 50 % |
| TPX-1108-00 | 8-PORT TOUCH PANEL EXTENDER | | | | 3,000.00 | 1,578.95 | 1,500.00 | 47 % | 50 % |
| TPX-1112-00 | 12-PORT TOUCH PANEL EXTENDER | | | | 4,000.00 | 2,105.26 | 2,000.00 | 47 % | 50 % |
| TPX-1116-00 | 16-PORT TOUCH PANEL EXTENDER | | | | 5,000.00 | 2,631.58 | 2,500.00 | 47 % | 50 % |
| TPX-1120-00 | 20-PORT TOUCH PANEL EXTENDER | | | | 6,000.00 | 3,157.89 | 3,000.00 | 47 % | 50 % |
| TPX-1124-00 | 24 -PORT TOUCH PANEL EXTENDER | | | | 7,000.00 | 3,684.21 | 3,500.00 | 47 % | 50 % |
| **TOUCH PANELS - POWER** | | | | | | | | | |
| PWR-1001-00 | POWER SUPPLY 24 VDC 60 W MAXIMUM | | | | 200.00 | 105.26 | 100.00 | 47 % | 50 % |

***If Applicable, Shipping & Sales Tax will be charged when Invoiced***
***Subject to change without Notice***
*(CONFIDENTIAL)*

**DEALER PRICE LIST**
Savant Systems LLC
770 Main St
Osterville, MA 02655-1904
Phone: 508-683-2500

savant NOW YOU CAN

November 18, 2008
4:42 PM


* 5% Discount if Prepaid or Paid within 10 days by Cash or Check

| Model Number | Description | EU | U-Size | System | MSRP | Dealer Price | * Dealer Term | Margin | Net Margin |
|---|---|---|---|---|---|---|---|---|---|
| **TOUCH PANELS - POWER** | (continued..........) | | | | | | | | |
| TPS-1000-00 | 4-PORT 24V POWER SUPPLY | | 1U | | 700.00 | 368.42 | 350.00 | 47 % | 50 % |
| **TOUCHPANELS - TABLE TOP** | | | | | | | | | |
| TTP-1024-00 | ROSIE-ENABLED IMAC 24-INCH TABLE TOP TOUCH PANEL | | | | 6,000.00 | 3,157.89 | 3,000.00 | 47 % | 50 % |
| **TOUCHPANELS - BUNDLES** | | | | | | | | | |
| TPB-1002-00 | 2 INWALL TP BACK-END BUNDLE | | 6U | | 4,000.00 | 2,105.26 | 2,000.00 | 47 % | 50 % |
| TPB-1003-00 | 3 INWALL TP BACK-END BUNDLE | | 8U | | 5,300.00 | 2,789.47 | 2,650.00 | 47 % | 50 % |
| TPB-1004-00 | 4 INWALL TP BACK-END BUNDLE | | 8U | | 6,600.00 | 3,473.68 | 3,300.00 | 47 % | 50 % |
| TPB-1005-00 | 5 INWALL TP BACK-END BUNDLE | | 11U | | 9,500.00 | 5,000.00 | 4,750.00 | 47 % | 50 % |
| TPB-1006-00 | 6 INWALL TP BACK-END BUNDLE | | 11U | | 10,800.00 | 5,684.21 | 5,400.00 | 47 % | 50 % |
| TPB-1007-00 | 7 INWALL TP BACK-END BUNDLE | | 11U | | 12,100.00 | 6,368.42 | 6,050.00 | 47 % | 50 % |
| TPB-1008-00 | 8 INWALL TP BACK-END BUNDLE | | 11U | | 13,400.00 | 7,052.63 | 6,700.00 | 47 % | 50 % |
| TPB-1009-00 | 9 INWALL TP BACK-END BUNDLE | | 14U | | 16,300.00 | 8,578.95 | 8,150.00 | 47 % | 50 % |
| TPB-1010-00 | 10 INWALL TP BACK-END BUNDLE | | 14U | | 17,600.00 | 9,263.16 | 8,800.00 | 47 % | 50 % |
| TPB-1011-00 | 11 INWALL TP BACK-END BUNDLE | | 16U | | 18,900.00 | 9,947.37 | 9,450.00 | 47 % | 50 % |
| TPB-1012-00 | 12 INWALL TP BACK-END BUNDLE | | 16U | | 20,200.00 | 10,631.58 | 10,100.00 | 47 % | 50 % |
| TPB-1013-00 | 13 INWALL TP BACK-END BUNDLE | | 19U | | 23,100.00 | 12,157.89 | 11,550.00 | 47 % | 50 % |
| TPB-1014-00 | 14 INWALL TP BACK-END BUNDLE | | 19U | | 24,400.00 | 12,842.11 | 12,200.00 | 47 % | 50 % |
| TPB-1015-00 | 15 INWALL TP BACK-END BUNDLE | | 19U | | 25,700.00 | 13,526.32 | 12,850.00 | 47 % | 50 % |
| TPB-1016-00 | 16 INWALL TP BACK-END BUNDLE | | 19U | | 27,000.00 | 14,210.53 | 13,500.00 | 47 % | 50 % |
| TPB-1017-00 | 17 INWALL TP BACK-END BUNDLE | | 22U | | 29,900.00 | 15,736.84 | 14,950.00 | 47 % | 50 % |
| TPB-1018-00 | 18 INWALL TP BACK-END BUNDLE | | 22U | | 31,200.00 | 16,421.05 | 15,600.00 | 47 % | 50 % |
| TPB-1019-00 | 19 INWALL TP BACK-END BUNDLE | | 24U | | 32,500.00 | 17,105.26 | 16,250.00 | 47 % | 50 % |
| TPB-1020-00 | 20 INWALL TP BACK-END BUNDLE | | 24U | | 33,800.00 | 17,789.47 | 16,900.00 | 47 % | 50 % |
| TPB-1021-00 | 21 INWALL TP BACK-END BUNDLE | | 27U | | 35,700.00 | 19,315.79 | 18,350.00 | 46 % | 49 % |
| TPB-1022-00 | 22 INWALL TP BACK-END BUNDLE | | 27U | | 38,000.00 | 20,000.00 | 19,000.00 | 47 % | 50 % |
| TPB-1023-00 | 23 INWALL TP BACK-END BUNDLE | | 27U | | 39,300.00 | 20,684.21 | 19,650.00 | 47 % | 50 % |
| TPB-1024-00 | 24 INWALL TP BACK-END BUNDLE | | 27U | | 40,600.00 | 21,368.42 | 20,300.00 | 47 % | 50 % |
| **STREAMING VIDEO SERVERS** | | | | | | | | | |
| SVS-1001-00 | ROSIE STREAMING VIDEO SVR 1 MODULE | | 2U | | 2,000.00 | 1,052.63 | 1,000.00 | 47 % | 50 % |
| SVS-1002-00 | ROSIE STREAMING VIDEO SVR 2 MODULE | | 2U | | 4,000.00 | 2,105.26 | 2,000.00 | 47 % | 50 % |
| SVS-1003-00 | ROSIE STREAMING VIDEO SVR 3 MODULE | | 2U | | 6,000.00 | 3,157.89 | 3,000.00 | 47 % | 50 % |
| SVS-1004-00 | ROSIE STREAMING VIDEO SVR 4 MODULE | | 2U | | 8,000.00 | 4,210.53 | 4,000.00 | 47 % | 50 % |
| **BEZELS** | | | | | | | | | |
| BZA-1005-00 | INWALL 5 INCH BEZEL ALMOND | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZA-1007-00 | INWALL 7 INCH BEZEL ALMOND | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZA-1009-00 | INWALL 9 INCH BEZEL ALMOND | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZA-1012-00 | INWALL 12 INCH BEZEL ALMOND | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZB-1005-00 | INWALL 5 INCH BEZEL BLACK | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZB-1007-00 | INWALL 7 INCH BEZEL BLACK | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |

***If Applicable, Shipping & Sales Tax will be charged when Invoiced***
***Subject to change without Notice***
*(CONFIDENTIAL)*

**DEALER PRICE LIST**
Savant Systems LLC
770 Main St
Osterville, MA 02655-1904
Phone: 508-683-2500

savant NOW YOU CAN

November 18, 2008
4:42 PM


* 5% Discount if Prepaid or Paid within 10 days by Cash or Check

| Model Number | Description | EU | U-Size | System | MSRP | Dealer Price | * Dealer Term | Margin | Net Margin |
|---|---|---|---|---|---|---|---|---|---|
| **BEZELS** | (continued..........) | | | | | | | | |
| BZB-1009-00 | INWALL 9 INCH BEZEL BLACK | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZB-1012-00 | INWALL 12 INCH BEZEL BLACK | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZB-1040-00 | ON-WALL 40 INCH BEZEL BLA | | | | 2,000.00 | 1,052.63 | 1,000.00 | 47 % | 50 % |
| BZC-1040-00 | 40 INCH CUSTOM ORDER BEZE | | | | TBD | TBD | TBD | | |
| BZI-1005-00 | INWALL 5 INCH BEZEL IVORY | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZI-1007-00 | INWALL 7 INCH BEZEL IVORY | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZI-1009-00 | INWALL 9 INCH BEZEL IVORY | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZI-1012-00 | INWALL 12 INCH BEZEL IVORY | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZW-1005-00 | INWALL 5 INCH BEZEL WHITE | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZW-1007-00 | INWALL 7 INCH BEZEL WHITE | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZW-1009-00 | INWALL 9 INCH BEZEL WHITE | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| BZW-1012-00 | INWALL 12 INCH BEZEL WHITE | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| **KEYPADS MEMBRANE** | | | | | | | | | |
| GKB-102A-00 | GENERIC 2 BUTTON KEYPAD KIT ALMOND | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-102B-00 | GENERIC 2 BUTTON KEYPAD KIT BLACK | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-102I-00 | GENERIC 2 BUTTON KEYPAD KIT IVORY | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-102SS-00 | GENERIC 2 BUTTON KEYPAD KIT STAINLESS STEEL | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-102W-00 | GENERIC 2 BUTTON KEYPAD KIT WHITE | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-103A-00 | GENERIC 3 BUTTON KEYPAD KIT ALMOND | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-103B-00 | GENERIC 3 BUTTON KEYPAD KIT BLACK | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-103I-00 | GENERIC 3 BUTTON KEYPAD KIT IVORY | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-103SS-00 | GENERIC 3 BUTTON KEYPAD KIT STAINLESS STEEL | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-103W-00 | GENERIC 3 BUTTON KEYPAD KIT WHITE | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-104A-00 | GENERIC 4 BUTTON KEYPAD KIT ALMOND | | | | TBD | TBD | TBD | | |
| GKB-104B-00 | GENERIC 4 BUTTON KEYPAD KIT BLACK | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-104I-00 | GENERIC 4 BUTTON KEYPAD KIT IVORY | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-104SS-00 | GENERIC 4 BUTTON KEYPAD KIT STAINLESS STEEL | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-104W-00 | GENERIC 4 BUTTON KEYPAD KIT WHITE | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |

*If Applicable, Shipping & Sales Tax will be charged when Invoiced*
*Subject to change without Notice*
*(CONFIDENTIAL)*

**DEALER PRICE LIST**
Savant Systems LLC
770 Main St
Osterville, MA 02655-1904
Phone: 508-683-2500

savant NOW YOU CAN



* 5% Discount if Prepaid or Paid within 10 days by Cash or Check

| Model Number | Description | EU | U-Size | System | MSRP | Dealer Price | * Dealer Term | Margin | Net Margin |
|---|---|---|---|---|---|---|---|---|---|
| **KEYPADS MEMBRANE** | (continued..........) | | | | | | | | |
| GKB-111A-00 | GENERIC 11 BUTTON KEYPAD KIT ALMOND | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-111B-00 | GENERIC 11 BUTTON KEYPAD KIT BLACK | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-111I-00 | GENERIC 11 BUTTON KEYPAD KIT IVORY | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-111SS-00 | GENERIC 11 BUTTON KEYPAD KIT STAINLESS STEEL | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| GKB-111W-00 | GENERIC 11 BUTTON KEYPAD KIT WHITE | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| MKB-111A-00 | MEDIA KEYPAD BUTTON KIT ALMOND | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| MKB-111B-00 | MEDIA KEYPAD BUTTON KIT BLACK | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| MKB-111I-00 | MEDIA KEYPAD BUTTON KIT IVORY | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| MKB-111SS-00 | MEDIA KEYPAD BUTTON KIT STAINLESS STEEL | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| MKB-111W-00 | MEDIA KEYPAD BUTTON KIT WHITE | | | | 100.00 | 52.63 | 50.00 | 47 % | 50 % |
| **KEYPAD ASSEMBLY** | | | | | | | | | |
| RKA-1000-00 | ROSIE KEYPAD ASSEMBLY | | | | 400.00 | 210.53 | 200.00 | 47 % | 50 % |
| **KEYPAD SPARE PARTS** | | | | | | | | | |
| GKB-102ACE-0 | ENGRAVED 2 BUTTON KEYPAD MEMBRANE & COVER ALMOND | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-102BCE-0 | ENGRAVED 2 BUTTON KEYPAD MEMBRANE & COVER BLACK | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-102ICE-00 | ENGRAVED 2 BUTTON KEYPAD MEMBRANE & COVER IVORY | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-102SSCE- | ENGRAVED 2 BUTTON KEYPAD MEMBRANE & COVER STEEL | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-102WCE-0 | ENGRAVED 2 BUTTON KEYPAD MEMBRANE & COVER WHITE | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-103ACE-0 | ENGRAVED 3 BUTTON KEYPAD MEMBRANE & COVER ALMOND | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-103BCE-0 | ENGRAVED 3 BUTTON KEYPAD MEMBRANE & COVER BLACK | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-103ICE-00 | ENGRAVED 3 BUTTON KEYPAD MEMBRANE & COVER IVORY | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-103SSCE- | ENGRAVED3 BUTTON KEYPAD MEMBRANE & COVER STEEL | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-103WCE-0 | ENGRAVED 3 BUTTON KEYPAD MEMBRANE & COVER WHITE | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-104ACE-0 | ENGRAVED 4 BUTTON KEYPAD MEMBRANE & COVER ALMOND | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-104BCE-0 | ENGRAVED 4 BUTTON KEYPAD MEMBRANE & COVER BLACK | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |

*If Applicable, Shipping & Sales Tax will be charged when Invoiced*
*Subject to change without Notice*
*(CONFIDENTIAL)*

**DEALER PRICE LIST**
Savant Systems LLC
770 Main St
Osterville, MA 02655-1904
Phone: 508-683-2500

savant NOW YOU CAN



* 5% Discount if Prepaid or Paid within 10 days by Cash or Check

| Model Number | Description | EU | U-Size | System | MSRP | Dealer Price | * Dealer Term | Margin | Net Margin |
|---|---|---|---|---|---|---|---|---|---|
| **KEYPAD SPARE PARTS** | (continued..........) | | | | | | | | |
| GKB-104ICE-00 | ENGRAVED 4 BUTTON KEYPAD MEMBRANE & COVER IVORY | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-104SSCE- | ENGRAVED 4 BUTTON KEYPAD MEMBRANE & COVER STEEL | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-104WCE-0 | ENGRAVED 4 BUTTON KEYPAD MEMBRANE & COVER WHITE | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-111ACE-0 | ENGRAVED 11 BUTTON KEYPAD MEMBRANE & COVER ALMOND | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-111BCE-0 | ENGRAVED 11 BUTTON KEYPAD MEMBRANE & COVER BLACK | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-111ICE-00 | ENGRAVED 11 BUTTON KEYPAD MEMBRANE & COVER IVORY | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-111SSCE- | ENGRAVED 11 BUTTON KEYPAD MEMBRANE & COVER STEEL | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| GKB-111WCE-0 | ENGRAVED 11 BUTTON KEYPAD MEMBRANE & COVER WHITE | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| MKB-111ACE-0 | ENGRAVED MEDIA KEYPAD BUTTON MEMBRANE & COVER ALMOND | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| MKB-111BCE-0 | ENGRAVED MEDIA KEYPAD BUTTON MEMBRANE & COVER BLACK | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| MKB-111ICE-00 | ENGRAVED MEDIA KEYPAD BUTTON MEMBRANE & COVER IVORY | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| MKB-111SSCE- | ENGRAVED MEDIA KEYPAD BUTTON MEMBRANE & COVER STEEL | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| MKB-111WCE-0 | ENGRAVED MEDIA KEYPAD BUTTON MEMBRANE & COVER WHITE | | | | 80.00 | 42.11 | 40.00 | 47 % | 50 % |
| **KEYPADS - WIRELESS** | | | | | | | | | |
| **REMOTES** | | | | | | | | | |
| RFD-1000-00 | RADIO FREQUENCY USB 2.0 DONGLE | Yes | | | 40.00 | 31.58 | 30.00 | 21 % | 25 % |
| RRC-1000-00 | CONTEMPORARY REMOTE CONTROL | | | | 400.00 | 210.53 | 200.00 | 47 % | 50 % |
| RRC-CUST-00 | CUSTOM FINISH REMOTE û QUOTED | | | | TBD | TBD | TBD | | |
| RTR-1000-02 | ROSIE TRADITIONAL REMOTE | | | | 400.00 | 210.53 | 200.00 | 47 % | 50 % |
| **CABLES/TOOLS** | | | | | | | | | |
| CBL-1000-00 | STRUCTURE WIRE BUNDLE (3) CAT53 + (2) 14/2 AWG | | | | 3,500.00 | 1,842.11 | 1,750.00 | 47 % | 50 % |
| CBL-1100-00 | CATEGORY 23 COAX CABLE (500 FEET) | | | | 1,750.00 | 921.05 | 875.00 | 47 % | 50 % |
| CBL-T100-00 | CONNECTTEC COMPRESSION TOOL | | | | 0.00 | 157.90 | 150.00 | 0 % | 0 % |
| CBL-T101-00 | CONNECTTEC CABLE STRIPPER | | | | 0.00 | 26.32 | 25.00 | 0 % | 0 % |
| **DIGITAL EXTENDERS (CAT 5E)** | | | | | | | | | |
| HCX-1000-00 | HDMI OVER CAT5E/CAT6 (STP) SOLUTION SET | Yes | | | 400.00 | 315.79 | 300.00 | 21 % | 25 % |

*If Applicable, Shipping & Sales Tax will be charged when Invoiced*
*Subject to change without Notice*
*(CONFIDENTIAL)*

**DEALER PRICE LIST**
Savant Systems LLC
770 Main St
Osterville, MA 02655-1904
Phone: 508-683-2500

savant NOW YOU CAN

November 18, 2008
4:42 PM


* 5% Discount if Prepaid or Paid within 10 days by Cash or Check

| Model Number | Description | EU | U-Size | System | MSRP | Dealer Price | * Dealer Term | Margin | Net Margin |
|---|---|---|---|---|---|---|---|---|---|
| **DIGITAL EXTENDERS (CAT 5E)** | (continued..........) | | | | | | | | |
| HRX-1000-00 | LONG-HAUL HDMI RECEIVER | | | | 220.00 | 173.68 | 165.00 | 21 % | 25 % |
| HTX-1000-00 | LONG-HAUL HDMI TRANSCEIVER | | | | 220.00 | 173.68 | 165.00 | 21 % | 25 % |
| **DIGITAL EXTENDERS (COAX)** | | | | | | | | | |
| HCX-1100-00 | HDMI OVER COAX SOLUTION SET | Yes | | | 400.00 | 315.79 | 300.00 | 21 % | 25 % |
| HRX-1100-00 | HDMI OVER COAX RECEIVER | | | | 220.00 | 173.68 | 165.00 | 21 % | 25 % |
| HTX-1100-00 | HDMI OVER COAX TRANSMITTER | | | | 220.00 | 173.68 | 165.00 | 21 % | 25 % |
| **DIGITAL EXTENDERS (USB)** | | | | | | | | | |
| UCX-1000-00 | USB OVER CAT5E EXTENDER SET TX AND RX | Yes | | | 380.00 | 300.00 | 285.00 | 21 % | 25 % |
| URX-1000-00 | USB OVER CAT5E TRANSMITTER (RX) | | | | 200.00 | 157.89 | 150.00 | 21 % | 25 % |
| UTX-1000-00 | USB OVER CAT5E TRANSMITTER (TX) | | | | 200.00 | 157.89 | 150.00 | 21 % | 25 % |
| **ACCESSORIES** | | | | | | | | | |
| ATV-1040-00 | APPLE TV WITH 40 GB HARD DISK DRIVE | | | | 300.00 | 263.16 | 250.00 | 12 % | 17 % |
| ATV-1160-00 | APPLE TV WITH 160 GB HARD DISK DRIVE | | | | 420.00 | 368.42 | 350.00 | 12 % | 17 % |
| FVS-1000-00 | NETGEAR« VPN FIREWALL & 4 PORT SWITCH | | | | 110.00 | 105.26 | 100.00 | 4 % | 9 % |
| FVS-1100-00 | NETGEAR« VPN FIREWALL & 8 PORT SWITCH | | | | 210.00 | 200.00 | 190.00 | 5 % | 10 % |
| HDD-0500-00 | EXTERNAL 500GB QUAD INTERFACE HARD DISK DRIVE | | | | 300.00 | 210.53 | 200.00 | 30 % | 33 % |
| HDD-1000-00 | EXTERNAL 1 TB QUAD INTERFACE HARD DISK DRIVE | | | | 600.00 | 421.06 | 400.00 | 30 % | 33 % |
| IRB-1000-00 | INFRARED (IR) EMITTER | | | | 30.00 | 15.79 | 15.00 | 47 % | 50 % |
| WBS-1000-00 | APPLE« AIRPORT EXTREME BASE STATION | | | | 200.00 | 189.47 | 180.00 | 5 % | 10 % |
| WBS-1001-00 | APPLE« AIRPORT EXPRESS BASE STATION | | | | 150.00 | 105.26 | 100.00 | 30 % | 33 % |
| WKB-1000-00 | BLUETOOTH« WIRELESS KEYBOARD + CHARGING CRADLE | | | | 400.00 | 289.47 | 275.00 | 28 % | 31 % |
| WKB-1100-00 | APPLE WIRELESS KEYBOARD | | | | 108.00 | 94.74 | 90.00 | 12 % | 17 % |
| **FURNITURE** | | | | | | | | | |
| CTK-1000-00 | COFFEE TABLE KIT | | | | 33,000.00 | 17,368.42 | 16,500.00 | 47 % | 50 % |
| **LICENSING** | | | | | | | | | |
| BPD-0130-00 | ADDITIONAL BLUEPRINT LICENSE | Yes | | | 0.00 | 1,263.16 | 1,200.00 | 0 % | 0 % |
| BPD-0330-00 | 3 LICENSES OF BLUEPRINT | Yes | | | 0.00 | 2,631.58 | 2,500.00 | 0 % | 0 % |
| BPD-0630-00 | 6 LICENSES OF BLUEPRINT | Yes | | | 0.00 | 4,736.84 | 4,500.00 | 0 % | 0 % |
| BPD-1030-00 | 10 LICENSES OF BLUEPRINT | Yes | | | 0.00 | 7,157.89 | 6,800.00 | 0 % | 0 % |
| **SUBSCRIPTION SERVICE** | | | | | | | | | |

***If Applicable, Shipping & Sales Tax will be charged when Invoiced***
***Subject to change without Notice***
*(CONFIDENTIAL)*

**DEALER PRICE LIST**
Savant Systems LLC
770 Main St
Osterville, MA 02655-1904
Phone: 508-683-2500

savant NOW YOU CAN

November 18, 2008
4:42 PM


* 5% Discount if Prepaid or Paid within 10 days by Cash or Check

| Model Number | Description | EU | U-Size | System | MSRP | Dealer Price | * Dealer Term | Margin | Net Margin |
|---|---|---|---|---|---|---|---|---|---|
| **SUBSCRIPTION SERVICE** | (continued..........) | | | | | | | | |
| SPB-0101-00 | ADDITIONAL SEAT BASE | | | | 0.00 | 631.58 | 600.00 | 0 % | 0 % |
| SPB-0301-00 | 3 SEATS BASE | | | | 0.00 | 1,894.74 | 1,800.00 | 0 % | 0 % |
| SPB-0601-00 | 6 SEATS BASE | | | | 0.00 | 3,789.47 | 3,600.00 | 0 % | 0 % |
| SPB-1001-00 | 10 SEATS BASE | | | | 0.00 | 6,315.79 | 6,000.00 | 0 % | 0 % |
| SPP-0101-00 | ADDITIONAL SEAT PLATINUM | | | | 0.00 | 1,263.16 | 1,200.00 | 0 % | 0 % |
| SPP-0301-00 | 3 SEATS PLATINUM | | | | 0.00 | 3,789.47 | 3,600.00 | 0 % | 0 % |
| SPP-0601-00 | 6 SEATS PLATINUM | | | | 0.00 | 5,684.21 | 5,400.00 | 0 % | 0 % |
| SPP-1001-00 | 10 SEATS PLATINUM | | | | 0.00 | 12,631.58 | 12,000.00 | 0 % | 0 % |
| SPS-0101-00 | ADDITIONAL SEAT SILVER | | | | 0.00 | 947.37 | 900.00 | 0 % | 0 % |
| SPS-0301-00 | 3 SEATS SILVER | | | | 0.00 | 2,842.11 | 2,700.00 | 0 % | 0 % |
| SPS-0601-00 | 6 SEATS SILVER | | | | 0.00 | 5,684.21 | 5,400.00 | 0 % | 0 % |
| SPS-1001-00 | 10 SEATS SILVER | | | | 0.00 | 9,473.68 | 9,000.00 | 0 % | 0 % |
| **DOCUMENTATION** | | | | | | | | | |
| DOC-1000-00 | RACEPOINT BLUEPRINT USERSDOC SET | | | | 0.00 | 52.63 | 50.00 | 0 % | 0 % |
| DOC-1001-01 | ROSIE DAVINCI RELEASE USERS DOC SET | | | | 0.00 | 52.63 | 50.00 | 0 % | 0 % |
| **DEVELOPMENT** | | | | | | | | | |
| RDE-1015-00 | ROSIE 15-INCH FIELD ENVIRONMENT | | | | 0.00 | 4,500.00 | 4,275.00 | 0 % | 0 % |
| RDE-1017-00 | ROSIE 17-INCH DEVELOPMENT ENVIRONMENT | | | | 0.00 | 5,450.00 | 5,177.50 | 0 % | 0 % |

***If Applicable, Shipping & Sales Tax will be charged when Invoiced***
***Subject to change without Notice***
*(CONFIDENTIAL)*

# EXHIBIT 633

**From:** Dave Arnold <Dave.Arnold@savantav.com>
**To:** mpecar@mikepecarsales.com <mpecar@mikepecarsales.com>
**CC:** Beth LeClerc <beth.leclerc@savantav.com>
**Sent:** 4/29/2009 12:21:29 PM
**Subject:** Re: Terry Jameson, CTM Electric, Lexington KY

Mike,
We can't substitute anything in the packages. The 13 inch books are cheap because we are an apple psp partner and they get shipped with our blueprint license which is required. What he could do is order the package as a "c" not a 'd' (this eliminates the macbook and lowers his package price, look at your package pricing sheets for more detail) and add the RDE in as an al a cart item. There is no minimum for the financing as long as it's 10K or higher.

I am keeping Beth in the loop here in case I am out of touch and he decides to place this order today or tomorrow.

Thanks
dpa
On Apr 29, 2009, at 12:03 PM, Mike Pecar wrote:

Hi Dave,

I had a lengthy conversation with Terry Jameson of CTM Electric www.ctmelectric.com in Lexington KY this morning. He's waiting for a reaction from the Fox Pool House proposal that he made on Friday evening but he is both geeked and troubled about what to do about his demo system and wants to get a demo system rolling one way or the other ASAP.

1. If money were no object he'd jump in with both feet and do the (attached) demo system right now. Unfortunately money is an object so he's considering settling for something nice but far less than he and we would like him to have.

2. Terry and his wife Leann have an event planed at their home which is coming up very soon and he'd like to have a system up and running by then. This event will include customers from CTM Electric and Leann's business Greer Photography www.greerphotography.com many of whom are Savant Systems candidates. This is like an annual Showcase for both businesses.

3. Terry has received his Savant welcome packet and is aware of the timeline for placing an order and attending training. In order to make two trips to Cape Cod (training and Dealer Conference) he has decided not to attend the Light Fare Show in New York that he normally attends every year. He is ready to make arrangements to attend the Conference and could attend training almost anytime in the near future with the exception of the weekend of June 20th and 21st.

4. He is still having difficulty wrapping his head around what he feels is an extreme cost of a MacBook/Blueprint combo purchased from Savant when not part of a Stimulus Package. He's now asking what we would charge for a 15" with just BluePrint and not the other bundled software. He also asked what a "first" BluePrint License alone would run as the price sheet shows a price for a "second" License. I thought they would be the same but said I would check to be sure.

**His proposal to us is** for him to buy a $10,000 Stimulus Multi-Room Control Package and take advantage of the Special Financing Program with no payments for 90 Days and 12 month interest free financing. In place of the included 13' MacBook he'd really like at least a 15" MacBook if we could substitute it so he still feels that the computer and BluePrint combination is receiving Stimulus Package savings proportional to what the 13" combo gets. This would get him up and running with something to demo ASAP even though he is sure that the System 2 included in the Package won't be able to control everything that he has in his home right now that we know the attached proposal with a System 12 would do.

**My question is** could Savant do the attached proposal which will control everything that he has in his home and includes what he'd really want to have but with two concessions:

1. Apply the Special Financing Program with no payments for 90 Days and 12 month interest free financing to the attached proposal even though it far exceeds the maximum purchase amount allowed in the program.

2. Show some type of Stimulus Package Savings, proportional to what we do with the 13" but apply it to the 17" MacBook

Pro that he'd really like to have.

Terry is very excited about being a Savant Systems dealer and I'm confident he'll be very productive with us. If we can just get him rolling quick enough we may still have an opportunity for him to demonstrate his demo system to "Doc" the customer completing the fabulous home that is wired for AMX on the first and second floor. Terry has the Doc's respect and has told Terry he can put in whatever Terry thinks is best in the 5,000 square foot basement even though it isn't in the homeowner's best interest to have two different control systems in the same home. Terry has to be careful with his relationship with the AMX contractor (who introduced Terry to Doc in the first place) but I believe once "Doc" sees Terry's enthusiastic Savant demo that Doc will insist on Savant throughout the home so we could end up with the whole enchilada and an over-the-top magazine worthy job to boot!

Thanks,

Mike

<image001.jpg> Click here for the MPS 2008 CEDIA newsletter!

**Mike Pecar, CPMR**
*Certified Professional Manufacturers' Representative*

**Mike Pecar Sales, L.L.C.**
250 Tanglewood Drive
Rochester Hills MI 48309-2214

tel: 248-608-2660
fax: 248-608-2663
mobile: 248-202-0881

mpecar@mikepecarsales.com

Want to always have my latest info? Want a signature like this?

<CTM Electric Savant Systems Demo Plan 20090424.xls>

David P. Arnold
Savant Systems LLC.
Southeast U.S. and Caribbean
Main:
508-683-2500
Direct:
508-683-2506
Fax:
508-683-2606
iPhone:
305-393-3124
Email:
dave.arnold@savantav.com
Web:
www.savantav.com

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.428.1600 and delete this message and its attachments, if any.

# EXHIBIT 634

**From:** Dave Arnold <dave.arnold@savantav.com>
**To:** Parrelli Chuck <Chuck.Parrelli@savantav.com>
**Sent:** 4/11/2011 2:37:01 PM
**Subject:** Fwd: URGENT: please help this future Crestron victim in Southlake, TX!

fyi,

I don't know what quicker response time could have been asked for on this. I sent it to Michael on Thursday at 2PM. They had calls in by Friday morning from what I understand....

dpa

Begin forwarded message:

**From:** "Michael R. Coughlin" <michael@elite-marketing.com>
**Date:** April 11, 2011 11:30:58 AM EDT
**To:** Dave Arnold <dave.arnold@savantav.com>
**Subject: Re: URGENT: please help this future Crestron victim in Southlake, TX!**

Here is the lead you sent me that I referred to in my email last night.

Best Regards,

Michael
469.222.7765

Sent from my iPhone

On Apr 7, 2011, at 1:45 PM, "Dave Arnold" <dave.arnold@savantav.com> wrote:

Sent from my iPhone

Begin forwarded message:

**From:** Michael Verkinder <michael.verkinder@savantav.com>
**Date:** April 7, 2011 11:16:11 AM EDT
**To:** Dave Arnold <dave.arnold@savantav.com>
**Subject: Fwd: URGENT: please help this future Crestron victim in Southlake, TX!**

fyi below
Michael Verkinder
Western Sales Manager

T: 508.683.2590
F: 508.683.2658
M: 508.648.8728
michael.verkinder@savantav.com

<Savant_blue.jpg>

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683.2500 and delete this message and its attachments, if any.

Begin forwarded message:

**From:** Jay Bakaler <jay.bakaler@metroeighteen.com>
**Date:** April 6, 2011 6:57:59 PM PDT
**To:** Michael Verkinder <michael.verkinder@savantav.com>, Chuck Parrelli <chuck.parrelli@savantav.com>
**Cc:** Corliss Stone-Littles <corliss@cslllc.biz>, Shanell Mora <shanellmora@alrinc.com>
**Subject: URGENT: please help this future Crestron victim in Southlake, TX!**

Hello Chuck/Michael,

Hope this finds you well.

I have an urgent request to please help a dear friend of one of your and my valued customers, Beryl and Jim Potter, who we are in the process of replacing a Control4 system with a full blown cardframe solution from Savant.

Their friend Corliss Stone-Littles(cc'd here) is about to complete a significant home construction project in Southlake Texas. Her current integrator has wired it for a Crestron system. I'd like you to introduce your top [2] dealers in the vicinity for her to talk with about switching over to a Savant platform prior to moving into her new home. There's a great deal of urgency around the timelines involved, your immediate response will be much appreciated!

Sincerely,

Jay

<image001.jpg>
3625 Buchanan Street
San Francisco, CA 94123
www.metroeighteen.com
w: 415.252.7720
f: 415.800.7960
c: 415.794.8369

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683.2500 and delete this message and its attachments, if any.