# EXHIBIT 635

# SAVANT SYSTEMS LLC

FINANCIAL STATEMENTS
TOGETHER WITH ACCOUNTANTS' REVIEW REPORT

FOR THE YEARS ENDED DECEMBER 31, 2008 AND 2007

DICICCO, GULMAN & COMPANY LLP
CERTIFIED PUBLIC ACCOUNTANTS AND BUSINESS ADVISORS
*Professional Excellence On A Personal Level*℠

**SAVANT SYSTEMS LLC**

**FINANCIAL STATEMENTS**

**FOR THE YEARS ENDED DECEMBER 31, 2008 AND 2007**

Table of Contents


| | |
|---|---|
| Accountants' Review Report | 1 |
| Financial Statements: | |
| Balance Sheets | 2 |
| Statements of Operations | 3 |
| Statements of Changes in Members' Equity (Deficit) | 4 |
| Statements of Cash Flows | 5 |
| Notes to Financial Statements | 6 - 14 |

DICICCO, GULMAN & COMPANY LLP
CERTIFIED PUBLIC ACCOUNTANTS AND BUSINESS ADVISORS
*Professional Excellence On A Personal Level*™

Accountants' Review Report

To the Members
**Savant Systems LLC**

We have reviewed the accompanying balance sheets of Savant Systems LLC as of December 31, 2008 and 2007, and the related statements of operations, changes in members' equity (deficit) and cash flows for the years then ended in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of the management of Savant Systems LLC.

A review consists principally of inquiries of Company personnel and analytical procedures applied to financial data. It is substantially less in scope than an audit in accordance with auditing standards generally accepted in the United States of America, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with accounting principles generally accepted in the United States of America.

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. As more fully described in Note 1, conditions indicate that the Company may not be able to continue as a going concern. The accompanying financial statements do not include any adjustments that might be necessary should the Company be unable to continue as a going concern.

DiCicco, Gulman & Company LLP

March 3, 2009

# SAVANT SYSTEMS LLC

## BALANCE SHEETS

| December 31, | 2008 | 2007 |
| --- | --- | --- |
| **ASSETS** | | |
| **Current assets:** | | |
| Cash | $ 285,960 | $ 128,055 |
| Accounts receivable, net | 45,115 | - |
| Inventories | 5,972,400 | 3,072,946 |
| Prepaid expenses and other | 47,589 | 97,706 |
| Total current assets | 6,351,064 | 3,298,707 |
| **Equipment and improvements, net** | 1,032,010 | 1,302,002 |
| **Investment, other** | 487,803 | 487,803 |
| **Software development costs, net** | 2,755,700 | 2,458,000 |
| | $ 10,626,577 | $ 7,546,512 |
| **LIABILITIES AND MEMBERS' DEFICIT** | | |
| **Current liabilities:** | | |
| Accounts payable and accrued expenses | $ 964,271 | $ 651,909 |
| Due to member | 631,532 | 181,387 |
| Total current liabilities | 1,595,803 | 833,296 |
| **Note payable, member** | 36,531,964 | 12,326,342 |
| **Members' deficit** | (27,501,190) | (5,613,126) |
| | $ 10,626,577 | $ 7,546,512 |

*See accountants' review report and notes to the financial statements.*



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

## SAVANT SYSTEMS LLC

## STATEMENTS OF OPERATIONS

| For the years ended December 31, | 2008 | 2007 |
|---|---|---|
| **Net sales** | $ 1,380,413 | $ - |
| **Cost of goods sold:** | | |
| Cost of products | 2,247,377 | - |
| Amortization of software development costs | 746,000 | - |
| **Total cost of goods sold** | 2,993,377 | - |
| **Negative gross margin** | (1,612,964) | - |
| **Operating expenses:** | | |
| Compensation costs, excluding research and development | 4,512,290 | 1,393,769 |
| General and administrative | 2,418,437 | 1,060,829 |
| Engineering and quality control costs | 2,176,950 | 12,596 |
| Research and development: | | |
| Compensation costs | 2,758,855 | 2,727,568 |
| Other research and development costs | 3,214,353 | 3,304,272 |
| Marketing and trade shows | 1,835,064 | 1,195,561 |
| Consulting and other professional fees | 1,104,878 | 411,091 |
| Management fee | 334,990 | 216,074 |
| **Total operating expenses** | 18,355,817 | 10,321,760 |
| **Loss from operations** | (19,968,781) | (10,321,760) |
| Interest expense | 1,924,235 | 275,688 |
| **Net loss** | $ (21,893,016) | $ (10,597,448) |

*See accountants' review report and notes to the financial statements.*

## SAVANT SYSTEMS LLC

## STATEMENTS OF CHANGES IN MEMBERS' EQUITY (DEFICIT)

### FOR THE YEARS ENDED DECEMBER 31, 2008 AND 2007

| | Preferred Interest | Common Interest | Total |
|---|---|---|---|
| Members' equity, December 31, 2006 | $ 603,769 | $ - | $ 603,769 |
| Member contributions | 4,376,643 | 4,100 | 4,380,743 |
| Repurchase of membership units | - | (190) | (190) |
| Net loss | (10,593,348) | (4,100) | (10,597,448) |
| Members' deficit, December 31, 2007 | (5,612,936) | (190) | (5,613,126) |
| **Member contributions** | **-** | **5,475** | **5,475** |
| **Repurchase of membership units** | **-** | **(523)** | **(523)** |
| **Net loss** | **(21,888,254)** | **(4,762)** | **(21,893,016)** |
| **Members' deficit, December 31, 2008** | **$ (27,501,190)** | **$ -** | **$ (27,501,190)** |

*See accountants' review report and notes to the financial statements.*



RESTRICTED CONFIDENTIAL – Outside Counsel Only SAVANT0200138

**SAVANT SYSTEMS LLC**

**STATEMENTS OF CASH FLOWS**

| For the years ended December 31, | 2008 | 2007 |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net loss | $ (21,893,016) | $ (10,597,448) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Provision for allowance for doubtful accounts | 24,636 | - |
| Depreciation and amortization | 611,620 | 461,827 |
| Amortization of software development costs | 746,000 | - |
| Accrued interest on note payable, member | 1,924,235 | 271,636 |
| Changes in: | | |
| Accounts receivable | (69,751) | - |
| Inventories | (2,899,454) | (3,021,327) |
| Prepaid expenses and other | 50,117 | (74,613) |
| Accounts payable and accrued expenses | 412,362 | 261,099 |
| Due to member | 631,532 | 185,439 |
| Total adjustments | 1,431,297 | (1,915,939) |
| **Net cash used in operating activities** | (20,461,719) | (12,513,387) |
| **Cash flows from investing activities:** | | |
| Purchases of equipment and improvements | (441,628) | (1,072,561) |
| Acquisition of investment, other | - | (487,803) |
| Capitalization of software development costs | (1,043,700) | (2,458,000) |
| **Net cash used in investing activities** | (1,485,328) | (4,018,364) |
| **Cash flows from financing activities:** | | |
| Contribution from members | 5,475 | 4,380,743 |
| Proceeds from notes payable, member | 22,100,000 | 12,000,000 |
| Repurchase of member units | (523) | (190) |
| **Net cash provided by financing activities** | 22,104,952 | 16,380,553 |
| **Net increase (decrease) in cash** | 157,905 | (151,198) |
| **Cash, beginning** | 128,055 | 279,253 |
| **Cash, ending** | $ 285,960 | $ 128,055 |

*See accountants' review report and notes to financial statements.*

## NOTES TO FINANCIAL STATEMENTS

### Note 1 - Summary of Significant Accounting Policies

**Organization and Description of Business**

RacePointMedia, LLC was formed on May 4, 2005 under the laws of the Commonwealth of Massachusetts. On July 12, 2006, the name of the Company was changed to Savant Systems LLC (the "Company"). The Company will continue in existence unless terminated by a majority-in-interest of the Preferred Unit Holders or, as otherwise required by law. Under the limited liability company form of organization, a member's liability for any debts of the Company is limited. In addition, except as otherwise provided in the Amended and Restated Operating Agreement or agreed to by a majority-in-interest of the Preferred Unit Holders, the members have no further obligation to contribute additional amounts of capital to the Company.

The Company was formed for the purpose of developing, designing, and producing a product suite that provides a complete integrated solution to delivering home automation and control, multi-room audio/visual, digital media and jukebox capabilities, and security surveillance. Since its inception and through December 31, 2007, the Company has devoted substantially all of its efforts to product research and development, establishing its production capabilities and developing the market for its products. During 2008, the Company emerged from the development stage as the Company's principal operations commenced and significant revenues were generated. The year ended December 31, 2008 is the first year during which the Company is considered an operating company and is no longer in the development stage. The Company distributes its products throughout the United States.

**Going Concern**

For the years ended December 31, 2008 and 2007, the Company incurred losses from operations of approximately $20 million and $10.3 million respectively, and negative cash flow from operations of approximately $20.5 million and $12.5 million, respectively. At December 31, 2008 the Company had an accumulated deficit of approximately $27.5 million. Although the Company began generating revenue in 2008, the Company expects to continue to incur losses and cash flow deficits as it continues to develop the market for its product and expand its production capabilities. Since inception, the Company's development operations have been funded through the issuance of preferred units and loans received from the Preferred Unit Holder in the aggregate amount of $48,600,000. Additional funding from the Preferred Unit Holder cannot be assured and cash flow from operations may not be sufficient to sustain the Company. These circumstances raise doubt about the Company's ability to continue as a going concern. The Company has retained the services of an industry consultant to help it further develop its strategic plan and increase its market presence. The success of these efforts may allow the Company to raise the necessary capital from the Preferred Unit Holder or other third parties to fund its continuing cash requirements. The accompanying financial statements do not include any adjustments that might be necessary should the Company be unable to continue as a going concern.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

SAVANT SYSTEMS LLC

NOTES TO FINANCIAL STATEMENTS

**Note 1 - Summary of Significant Accounting Policies (Continued)**

**Use of Estimates**
The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect certain reported amounts and disclosures. Accordingly, actual results could differ from those estimates.

**Concentration of Credit Risk**
The Company maintains its cash in accounts with federally insured banks. At times, the balances in these accounts may exceed federally insured limits. The Company has not experienced any losses in such accounts and does not believe it is exposed to any significant credit risks with respect to its cash.

**Accounts Receivable**
The Company carries its accounts receivable at invoiced amounts less an allowance for doubtful accounts, when required. On a periodic basis, the Company evaluates its accounts receivable for collectability and, if necessary, establishes an allowance for doubtful accounts based on past experience and current credit conditions. At December 31, 2008, the allowance for doubtful accounts was approximately $25,000. The Company does not charge interest or require collateral on its accounts receivable.

**Inventories**
Inventories are stated at the lower of cost or market value with cost determined using a specific identification method.

**Equipment and Improvements**
Equipment and improvements are stated at cost. Major additions are capitalized while repairs and maintenance are charged to expense as incurred. Depreciation is being provided using the straight-line method over the estimated useful lives of the related assets or the life of the lease, whichever is shorter. Leasehold improvements are stated at cost and depreciated over the life of the lease. Internal-use software is stated at cost and amortized using the straight-line method over its estimated useful life.

**Research and Development and Software Development Costs**
Costs for the development of new software products are expensed as incurred until technological feasibility has been established, at which time any additional costs are capitalized in accordance with Statements on Financial Accounting Standards ("SFAS") No. 86, *Accounting for the Costs of Computer Software to be Sold, Leased or Otherwise Marketed*. In accordance with SFAS No. 86, the costs incurred subsequent to technological feasibility and prior to the general release of the product to the public have been capitalized and are included in software development costs.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

## Note 1 - Summary of Significant Accounting Policies (Continued)

**Research and Development and Software Development Costs (Continued)**
During 2008 and 2007, the Company capitalized $1,043,700 and $2,458,000, respectively, of costs associated with the development of new software products. In accordance with SFAS No. 86, the capitalized costs related to these products are amortized to cost of sales on a straight-line basis over the estimated useful life of the underlying technology commencing when each respective product begins shipping. The Company launched these products to the general public at various times during 2008.

The Company reviews software development costs for impairment whenever events or changes in circumstances indicate the carrying amount of the software development costs may not be recoverable. Recoverability of this asset is measured by comparison of its carrying amount to the future undiscounted cash flows the asset is expected to generate. If software development costs are considered to be impaired, the impairment to be recognized equals the amount by which the carrying value of the assets exceeds its fair market value. The Company did not record any impairment losses during 2008 or 2007.

**Revenue Recognition**
Revenues are reported net of returns and allowances and are recognized when the related goods are shipped and all significant obligations to the customer have been satisfied.

**Shipping and Handling**
Shipping and handling costs are expensed as incurred and included in cost of sales.

**Warranty Expense**
The Company provides limited warranties for defects in material and workmanship of its products from the date of purchase for a period of thirteen months. The Company generally provides for the estimated cost of warranties at the time the related revenue is recognized. The Company assesses the adequacy of its preexisting warranty liabilities and adjusts the amounts as necessary based on actual experience and changes in future estimates.

**Marketing & Advertising**
The Company expenses marketing and advertising costs as they are incurred. Marketing and advertising expenses for the years ended December 31, 2008 and 2007 were approximately $1,835,000 and $1,196,000, respectively.

**Income Taxes**
No provision for income taxes has been made in the accompanying financial statements because such taxes, if any, are the responsibility of the members.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

SAVANT SYSTEMS LLC

NOTES TO FINANCIAL STATEMENTS

**Note 1 - Summary of Significant Accounting Policies (Continued)**

**Income Taxes (Continued)**
In June 2006, the Financial Accounting Standards Board ("FASB") issued FASB Interpretation No. 48 ("FIN 48"), *Accounting for Uncertainty in Income Taxes*, an interpretation of FASB Statement No. 109. FIN 48 prescribes a comprehensive model for how a company should measure, recognize, present, and disclose uncertain tax positions in its financial statements. On December 30, 2008, the FASB issued FASB Staff Position ("FSP") FIN 48-3, Effective Date of FASB Interpretation No. 48 for Certain Nonpublic Enterprises. The FSP defers the effective date of FIN 48 for certain nonpublic enterprises, including pass-through entities, to the enterprise's annual financial statements for fiscal years beginning after December 15, 2008. The Company has elected to defer the application of FIN 48 until this time. The Company currently accounts for uncertain tax positions under FASB Statement No. 5, *Accounting for Contingencies*.

**Reclassifications**
Certain 2007 amounts have been reclassified in order to conform to the 2008 presentation. These reclassifications have no effect on the previously reported net loss or members' deficit.

**Note 2 - Inventories**

Inventories consisted of the following at December 31:

| | **2008** | 2007 |
|---|---|---|
| Raw materials | **$ 3,221,507** | $ 2,015,325 |
| Work-in-process | **1,760,009** | 702,074 |
| Finished goods | **990,884** | 355,547 |
| | **$ 5,972,400** | $ 3,072,946 |

**Note 3 - Investment, Other**

Investment, other, consists of residential real estate acquired in connection with the relocation of an employee. The investment is recorded at cost which approximates fair value. This asset is held for sale but, management does not expect to sell this asset within one year.



RESTRICTED CONFIDENTIAL – Outside Counsel Only

SAVANT SYSTEMS LLC

NOTES TO FINANCIAL STATEMENTS

**Note 4 - Equipment & Improvements, Net**

Equipment & improvements, net consisted of the following at December 31:

| | 2008 | 2007 |
|---|---|---|
| Computer equipment | $ 977,325 | $ 710,358 |
| Furniture and fixtures | 120,031 | 120,031 |
| Tradeshow equipment | 247,279 | 247,054 |
| Internal-use software | 318,596 | 318,596 |
| Leasehold improvements | 659,018 | 584,582 |
| | 2,322,249 | 1,980,621 |
| Accumulated depreciation and amortization | (1,290,239) | (678,619) |
| | $ 1,032,010 | $ 1,302,002 |

**Note 5 - Software Development Costs, Net**

Software development costs, net consisted of the following at December 31:

| | 2008 | 2007 |
|---|---|---|
| Software development costs | $ 3,501,700 | $ 2,458,000 |
| Less accumulated amortization | (746,000) | - |
| | $ 2,755,700 | $ 2,458,000 |

Total amortization related to the capitalized software development costs was $746,000 in 2008.

Approximate future amortization expense related to software development costs is as follows:

| | |
|---|---|
| 2009 | $ 875,400 |
| 2010 | 875,400 |
| 2011 | 875,400 |
| 2012 | 129,500 |
| | $ 2,755,700 |



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

**Note 6 - Note Payable, Member**

Prior to June 25, 2007, unsecured advances made by the Preferred Unit Holder were represented by several promissory notes. Effective June 25, 2007, these promissory notes were consolidated into a single promissory note ("Note") which provides that all principal amounts outstanding under this Note are unsecured and bear simple interest at a rate of 8% per annum. Interest is due and payable under the Note annually, on or by December 31st of each year. In lieu of receiving the payment for interest, the Preferred Unit Holder can elect to defer the interest payment due and have the deferred interest payment become part of the principal balance of the Note. The principal balance under the Note and any accrued interest becomes due on December 31, 2020. Interest expense for the year ended December 31, 2008 and 2007 was $1,924,235 and $275,688, respectively. These interest payments have been deferred and are included in Note Payable, Member. In January 2009, the Preferred Unit Holder contributed the entire balance of the Note to the capital of the Company in exchange for additional preferred units (see Note 12).

**Note 7 - Preferred and Common Units**

Effective January 1, 2006, the Company amended and restated its operating agreement (the "Agreement"). As part of the amendment and restatement, the Company issued Preferred and Common Unit interests with the pertinent rights and privileges as follows:

**Preferred Units**

On September 1, 2006, the Company issued 11,000,000 Preferred Units in exchange for the contribution of notes with a principal balance of $110,000 outstanding prior to their contribution. Contemporaneous with the issuance of the Preferred Units, the Preferred Unit Holder contributed the remaining principal balance of several promissory notes and related accrued interest outstanding to the capital of the Company.

Under the Agreement, the Preferred Unit Holder is entitled to receive an 8% preferred return on its preferred adjusted capital of $14,500,000 as of December 31, 2008 and 2007, as defined, if the Board of Directors of the Company elects to make distributions. As of December 31, 2008 and 2007, the Preferred Unit Holder's cumulative preferred return amounted to $2,470,300 and $1,310,300, respectively. No distributions were authorized by the Board of Directors in 2008 or 2007.

**Common Units**

On September 1, 2006, the Company issued 5,605,000 Common Units in exchange for $.01 per unit. The Common Units vest at varying rates over a period that does not exceed 48 months from the date of issuance. The Unit Restriction Agreement under which the Common Units were issued contains a provision which protects these Common Unit Holders against future equity dilution at no cost until the total investment exceeds certain capital thresholds, as defined in the Unit Restriction Agreement.

Throughout 2008 and 2007, the Company issued an additional 547,500 and 410,000 Common Units, respectively, in exchange for $.01 per unit. These Common Units vest at varying rates over a period that does not exceed 48 months. Units issued after February 16, 2007 were issued under a Unit Restriction Agreement that does not protect against future equity dilution.

## Note 7 - Preferred and Common Units (Continued)

### Voting

The Preferred and Common Unit Holders (together, "Unit Holders") are entitled to voting power based on their respective percent ownership in the Company as set forth in the Agreement. These percentages are subject to adjustment with the addition of new membership interests. Prior consent of the Preferred Unit Holder is required for any and all transactions that would adversely affect the rights of the Preferred Unit Holder or the Company, including changes to the number of units authorized, any sale, merger or liquidation of the Company, or to amend any provision of the Agreement.

### Distributions

Distributions, including distributions based on taxable income allocable to the Unit Holders, are made in accordance with the Agreement. Under the Agreement, income allocations generally follow the amount of cash distributed to the respective Unit Holder. The Agreement provides that distributions shall be made in order of the following priority: first, the Preferred Unit Holder will receive all distributions until the Preferred Unit Holder has received cumulative distributions equal to its cumulative preferred return; second, distributions will be made to Preferred Unit Holder until its adjusted capital has been reduced to zero; third, distributions will be made to Common Unit Holders in proportion to their common adjusted capital until the capital has been reduced to zero; fourth, any remaining portion will then be distributed to both Preferred and Common Unit Holders in proportion to the units held.

### Liquidation Preference

In the event of a liquidation, dissolution or winding up of the Company, the Preferred Unit Holder has a liquidating preference over the Common Unit Holders. The order and amount of liquidation follows that of distributions, as defined above.

### Member Allocations

Net profits and losses of the Company are allocated to each Unit Holder in accordance with the terms of the Agreement.

## Note 8 - Commitments

### Lease Commitments

The Company is obligated under a non-cancelable lease for office, research, development, and storage space through October 2013, with an option to extend the lease for an additional four years. The lease provides for payments of real estate taxes and other operating costs.

The Company leases additional office space and testing facilities under a non-cancelable lease through December 2010, with an option to extend the lease for an additional three years. The lease provides for payments of utilities and other operating costs.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

**Note 8 - Commitments (Continued)**

**Lease Commitments (Continued)**
Rent expense related to these leases was approximately $562,000 in 2008 and $177,000 in 2007.

Approximate future minimum rental payments under noncancelable leases are as follows:

| | |
|---|---|
| 2009 | $ 601,000 |
| 2010 | 620,000 |
| 2011 | 203,000 |
| 2012 | 209,000 |
| 2013 | 160,000 |
| | $ 1,793,000 |

**Purchase Commitments**
The Company uses several contract manufacturers and suppliers to provide raw materials and manufacturing services for its products. During the normal course of business, the Company enters into agreements with contract manufacturers and suppliers that allow them to acquire material based upon estimated material usage requirements. As of December 31, 2008, the Company has outstanding purchase commitments for amounts not exceeding $100,000 which will expire in April 2009.

**Accrued Warranty**
The Company's warranty obligation commenced in 2008 upon the shipment of its first products. The warranty accrual for the year ended December 31, 2008 is as follows:

| | 2008 |
|---|---|
| Beginning accrued warranty and related costs | $ - |
| Cost of warranty claims | (295,000) |
| Accruals for product warranties | 445,000 |
| Ending accrued warranty and related costs | $ 150,000 |

**Note 9 - Related Party Transactions**

**Administrative Services Agreement**
Effective January 1, 2006, the Company entered into an administrative services agreement with the Preferred Unit Holder. Under the administrative services agreement, the Preferred Unit Holder is to provide the Company with the professional services of certain employees and other administrative and management services. The costs associated with the professional services are reported as compensation costs on the statement of operations. The costs associated with administrative services are included in general and administrative expense on the statement of operations. The Company is required to compensate the Preferred Unit Holder for the costs and expenses of each employee plus a management fee equal to 5% of the total professional service costs. In 2008 and 2007, the Company incurred management fees of $334,990 and $216,074, respectively, under the administrative services agreement.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

## Note 9 - Related Party Transactions (Continued)

**Due to Member**

Due to member consists of amounts due to the Preferred Unit Holder for management fees and certain operating expenses paid for on behalf of the Company. The amounts are unsecured and due in accordance with the terms stated in the administrative services agreement. Amounts still outstanding forty-five days after year end are subject to interest at 8% per annum.

The amounts included in Due to Member at December 31, 2007 were added to the principal balance of the Note (see Note 6) during 2008.

**Rents**

The Company leases an office facility from an entity that is related to the Company through common ownership and management, under a tenant-at-will arrangement. For 2008 and 2007, rent expense includes approximately $15,000 and $60,000, respectively, incurred under this arrangement.

**Revenues**

An entity that is related to the Company through common ownership and management, accounted for approximately 7% of revenues for the year ended December 31, 2008.

## Note 10 - Cash Flow Information

In 2008 and 2007, the Company was permitted by the Preferred Unit Holder to add the due to member balances of $181,387 and $326,342, respectively, to the principal amount of the Note.

Included in accounts payable as of December 31, 2007 is $100,000 related to the purchase of leasehold improvements. This amount was paid in 2008.

## Note 11 - Risks and Uncertainties

Certain key components including, but not limited to, various software and hardware are currently obtained by the Company from a single supplier or limited suppliers. The loss of one of these suppliers could have a material adverse effect upon the Company's business.

## Note 12 – Subsequent Event

Subsequent to December 31, 2008, the Company and the Preferred Unit Holder agreed to contribute the Note to the capital of the Company in exchange for additional preferred units.



RESTRICTED CONFIDENTIAL – Outside Counsel Only 

EXHIBIT 636

savant 770 Main Street Osterville, MA 02655 T: 508.683.2500 F: 508.683.2600 www.savantav.com

For Immediate Release February 24, 2009

# Product Release Announcement

SAVANT® is pleased to announce the availability of da Vinci 3.8.0. This new release offers exciting new functionality and overall improvements in performance to its prior releases. The da Vinci 3.8.0 release is now available for immediate download. If you are considering upgrading to da Vinci 3.8.0, please check the general upgrade instructions available in the Dealer Portal. If you have any questions regarding this release or upgrade procedures please contact Savant Support at: support@savantav.com.

## Key features in da Vinci 3.8.0

- ROSIE *Mobile Device*
  - Native iPhone™ / iPod touch™ Vertical Theme
  - Includes OSD Navigation and multi-zone control
- ROSIE *Remote*
  - RF-based Remote for Non-OSD navigation and control of local services
  - Model Number: RTR-2000 (Default Button Assignments)
  - Paired with USB Extenders + RF Wireless Receiver
  - Custom engraving available, Model Number RTR-200C
- New 1080p Video Input / Output Modules available in ROSIE Systems 12 & 24
  - (3) HDMI Inputs or (3) HDMI™ Outputs respectively
  - Model Numbers: VIM-D1080P and VOM-D1080P
- SD Video Switching Enhancements
- ROSIE *on the Road*
  - Remote Access Application for the iPhone™
  - BETA ONLY
- ROSIE System 2 with 4 Analog Audio Inputs (RCA)
- RacePoint Blueprint™ enhancements
  - Screen Sharing
  - Auto-population of Lighting Configurations
  - Service Logic Changes
  - Support for Sleep Timers, and Timer-based Requests
  - Support Time & Astronomical Clock Request Mapping
  - User Modified Flags (UMF) Logging
- ROSIE *OSD* enhancements
  - Multi-zone Control of all Services and subsystem via ROSIE OSD
  - Ability to Configure & Control the Order of OSD Icons
  - Ability to have Rotating Icons turned-off when the OSD Menu is launched
  - Rotational Control, whereby the Icons return to the last service used
  - New OSD Animation Style: Cover Flow®-like Horizontal Navigation Style
- ROSIE *Themes* enhancements
  - Enhanced Button Library
  - Raw Theme Packages of Photoshop® files available to all customers
- ROSIE *Media Screens* enhancements
  - Song Progress Slider
  - Artist Collections
  - Search by Genre
  - Toggle Button: Pause / Play
  - Notification of Non-Authorized Song

savant 770 Main Street Osterville, MA 02655 T: 508.683.2500 F: 508.683.2600 www.savantav.com

  - Media Drop Box
- Component Profiles
  - Un-encrypted Component Profiles are now supported
  - New Component Profiles Supported – See the *Savant Compatible Products Matrix* for a complete list of devices and manufacturers currently supported

## Feature Descriptions

### Native iPhone™ / iPod touch™ Vertical Theme including OSD Navigation

The highly anticipated *Native iPhone™ / iPod touch™ Vertical Theme* is now available and supported in da Vinci 3.8. The new Black Vertical Theme allows the end-user to navigate the iPhone™ or iPod touch™ in a vertical mode in one hand using their thumb only. In addition, based on user preference, the iPhone™ or iPod touch™ can be placed in one hand and the user can navigate the vertical theme with their index finger of their other hand. This new feature also includes the ROSIE OSD control interface to interact, navigate and control the award-winning SAVANT® OSD interface (On-TV Menu System).

The ROSIE Home Automation application for the iPhone™ / iPod touch™ is available for $199 (USD) via the online Apple® App Store under the lifestyle category, and requires that the users own a ROSIE System installed and licensed by a qualified dealer.

Imagine using your iPhone™ / iPod touch™ as a remote for your SAVANT® home entertainment system, or to control all the lights, and subsystems in your home. The ROSIE Home Automation application for the iPhone™ / iPod touch™ places an intuitive SAVANT® touch panel user interface onto the revolutionary Apple® iPhone™ or iPod touch™, providing all kinds of customizable control capability.

---

### ROSIE Remote

The RF-based ROSIE Remote was designed specifically for use with Savant's multimedia, home control and automation architecture. Ideally delivering cost-effective and convenient control of local services in areas where touch panels or On-Screen Displays (OSD) may not be required, such as guest rooms. The ROSIE Remote allows complete access to common local system control and navigation, such as control of Cable or Satellite receivers, Blu-ray and DVD/CD players; and automation features, such as shade controls. These remotes are paired with USB extenders (Model Number UCX-1000), and an RF Wireless Receiver (Model Number RFD-1000) as a complete solution. Multiple ROSIE Remotes can be bound to a single RF Wireless Receiver and used in the same 'room or zone.'

The ROSIE Remote is configured and customized in the same intuitive manner used for Savant's entire line of user interfaces, using one common, flexible and powerful design tool. For instance, any of the four customizable *Hot Launch Buttons*—surrounding the navigation wheel—can provide and access automation and control capabilities without the need of complicated programming. This allows dealers and system integrators to customize ROSIE Remotes based on the user's personal preferences.

The ROSIE Remote is offered in an elegant ergonomic design with a similar look and feel of the ROSIE Traditional Remote (RTR-1000), and available with optional custom engraving of the buttons and front cover plate. The buttons are a laser engraved membrane that fit underneath the non-removable front cover plate. Custom engraving will be accessed and ordered through a new site in the SAVANT® Dealers portal—similar to the process to order custom engraved keypads.



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant 770 Main Street Osterville, MA 02655 T: 508.683.2500 F: 508.683.2600 www.savantav.com

## 1080P Video Input and Output Modules: VIM-D1080P & VOM-D1080P

SAVANT® is expanding our 1080p video switching capabilities to the ROSIE Systems 12 and 24 family of multifunctional non-blocking AV matrix switches, delivering flexible and scalable configurations up to 18 x 24 1080p video switching, and supporting audio switching up to 96 stereo zones, or up to twelve 7.1 surround sound zones in the ROSIE Systems 12 and 24 respectively.

SAVANT's 1080p video switching capabilities in ROSIE Systems 12 and 24 are provided by the following new digital video input and output modules: the VIM-1080P and VOM-D1080P, which support HDMI™ and HDCP. Any HDCP encoded video can be routed up to 24 video outputs simultaneously. More and more consumers are seeking ways to view and switch 1080p video content throughout their home, and these new 1080p video solutions facilitate seamless integration of 1080p sources and content.

## Standard Definition (SD) Video Switching Enhancements

The ROSIE Systems 12 and 24 software has been enhanced to support the SD analog inputs (S-Video and Composite) of the Analog Video Input Module (VIM-A3C3S). ROSIE Systems 12 and 24—configured with Analog Video Input Modules—can now seamlessly switch these SD inputs and output the video via the output ports of the ROSIE Systems 12 and 24.

## ROSIE on the Road: Remote Access Application – BETA ONLY

ROSIE on the Road is a remote access application for the iPhone™ to remotely access and control your ROSIE System by simply using your iPhone™.

- Remotely access and view your IP Cameras
- Remotely access and trigger your Gate Entry Access
- Remotely access and turn on and adjust your Spa settings

These are just a few examples of how ROSIE on the Road can enhance the user experience of your ROSIE System.

## ROSIE System 2 with 4 Analog Audio Inputs (RCA)

Driven by dealer demand the award-winning ROSIE System 2 has been enhanced and now contains four additional analog audio inputs, and available in the following models: LCC-2000 and LCC-2100, and LCC-11MS.

With these enhancements the ROSIE System 2 is an ideal home theater solution with the new capabilities for adding multiple audio sources, such as external radio tuners.

## RacePoint Blueprint™

- Screen Sharing
- Auto-population of Lighting Configurations
- Service Logic Changes
- Support for Sleep Timers, and Timer-based Requests
- Support Time & Astronomical Clock Request Mapping
- User Modified Flags (UMF) Logging

The majority of these new RacePoint Blueprint™ features have been developed to increase your design and labor efficiency in creating, modifying and customizing your design configurations. In



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant 770 Main Street Osterville, MA 02655 T: 508.683.2500 F: 508.683.2600 www.savantav.com

addition, driven by dealer requests, we have added support of *Event Scheduling*. Using the 'Customer and Provider Info' field in RacePoint Blueprint™, time-of-day events can be configured and customized including astronomical (sunrise and sunset calculations) and chronological events. Astronomical events are based on the longitude and latitude, which can be readily obtained by the zip codes using commonly available databases.

The RacePoint Blueprint™ *Screen Sharing* feature provides installers with the ability to substantially reduce screen customization steps and time by making global changes.

Additional information on these features is available in the da Vinci 3.8.0 User Documentation available via the dealer portal.

## Themes & Control Screens

## Da Vinci 3.8.0 includes the following enhancements and changes to our themes and control screens:

### Media Screens

- Song Progress Slider for Media Screens are now supported
- Artist Collections
    - Indication of Multiple Albums from a Single Artist
    - Album Count & Song Count indicated
- Search by Genre
- Toggle Button for Pause / Play
- Notification of Non-Authorized Song
- Media Drop Box

### OSD (On-Screen Display)

ROSIE OSD is an incredibly engaging user interface, and SAVANT® continues to deliver new capabilities to this exciting feature set. With da Vinci 3.8.0 Release we have added additional customization capabilities of the ROSIE OSD UI via RacePoint Blueprint™. These new OSD features enable dealers to further customize the UI based on personal preferences. ROSIE OSD continues to show you what a fun end-to-end experience can be.

- Multi-zone control of all services and subsystems via ROSIE OSD (On-screen TV menu system)
- Ability to Configure & Control the *Order* of OSD Icons
- Ability to *Turn-off* the Rotating Icons UI when the OSD menu is launched
- Rotational Control – OSD Icons return to the last service used
- New OSD Animation Style: Cover Flow®-like Horizontal Style
    - Animation Styles can now be set on a profile, zone, and screen basis

## Component / Service Profiles

- Un-encrypted Component Profiles are now supported
- The da Vinci 3.8.0 Release now supports over a thousand component profiles – See the da Vinci 3.8.0 *Component Profile Matrix* available on the Dealers Portal for a complete list of new component profiles currently supported.



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant 770 Main Street Osterville, MA 02655 T: 508.683.2500 F: 508.683.2600 www.savantav.com

## Additional features available with this release include:

### Shared Keypad / Touch Panel User Interface Server

- Ability to use one common User Interface Server (SVR-2100) to drive one In-Wall Touch Panel and up to 24 Keypads

### ROSIE System 2 – Ripping and Storing Compact Discs

- Ability to use Combo Drive on the ROSIE System 2 to automatically rip and eject a CD, and archive the ripped media to the default media Server external HDD

---

For additional product information, please refer to the product and technical documentation available in our Dealers Web site.

The Savant software release versioning scheme is expressed as three numbers, separated by periods, such as da Vinci version 3.8.0. In subsequent releases, the major number will be increased when there are significant jumps in functionality, the minor number is incremented when only minor features have been added, and the maintenance number incremented when minor bugs are fixed. Savant will adhere to the following structure in subsequent releases: *major.minor.maintenance.*



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

EXHIBIT 637

| | |
|---|---|
| **From:** | Craig Spinner <IMCEAEX-_O=FIRST+20ORGANIZATION_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=CSPINNER@savantav.com> |
| **To:** | Jim Carroll <IMCEAEX-_FIRST+20ORGANIZATION_FIRST+20ADMINISTRATIVE+20GROUP_RECIPIENTS_JCARROLLRPM@savantav.com> |
| **Sent:** | 6/18/2007 11:31:17 AM |
| **Subject:** | Marketing plan |
| **Attachments:** | Savant Marketing Plan.doc |

Needs to be completed and updated

## 1.0 Executive Summary

Savant Systems LLC is currently designing and manufacturing a suite of products and services targeting the high-end residential (CEDIA). These products represent a highly programmable control system providing multi-room A/V, advanced digital audio and video processing, extremely flexible and scaleable A/V switching, redundancy, digital media server and jukebox capabilities, integrated applications, security surveillance and home automation and control. Savant is currently in the development mode (beta) and is scheduled to ship some product in late Q1 2007. A fundamentally engineering driven company, Savant is poised to create a whole new experience for the Consumer Electronics Industry.

## 2.0 Situation Analysis

Savant launched the company and product line on September 14th 2006 at the Custom Electronics Design and Installation Association (CEDIA) trade show. Clearly considered to be a successful show, Savant pulled in tremendous interest from Installers, Manufacturer Representatives, Manufacturers and the Press. At the show, Savant stated plans to ship limited product Q1 2007. Savant will be engaging only the top 200-300 dealers and a few strategically selected regional Manufactures Reps nation-wide for 2007. There are no current plans to sell any products or services through Distribution. Initial launch strategy aligned with licenses and safety and emissions restrictions, positions Savant to execute business relations and product shipments in the United States and Canada. 2008-2009 will breed new installments of the Savant product line in Europe and Latin America respectively. From an industry standpoint, Savant is introducing a competitive highly programmable audio/video and control solution for dealers generating $2 million + in yearly revenue, and who are currently installing AMX and Crestron systems.

### 2.1 Market Summary

For primary launch, Savant will focus on high-end system integrators and custom installers that are positioned at the top two tiers of the Consumer Electronics Industry Pyramid. More specifically, businesses with strong yearly revenue, currently using competitive control systems and that have a strong industry presence. These companies install audio, video and control equipment to residential and some commercial applications with jobs ranging from 30K-1M + depending on the end-consumers requirements.

### 2.1.1 Target Markets

Savant is designing, developing and manufacturing products with the specific and future capacity and ability to infiltrate 4 Market Segments:

- **Consumer Electronics (CE)**
  - Residential, MDU, SOHO, Security, etc.
- **Pro AV**
  - Live performances, Universities, House of Worship, Sporting, Museums, Distance Learning



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245215

- **Commercial**
  - Corporate, Retail, Restaurants, Healthcare, Transportation, Theme Parks, Telco IPTV
- **Industrial**
  - Telco, Manufacturing, Government, Legal, Military

Phase 1 of product implementation will focus on the Systems Integrators and Custom Installers, or 12% of total CE market share

QuickTime™ and a
TIFF (PackBits) decompressor
are needed to see this picture.

If a successful infiltration into the Systems Integrator and Custom Installer segments takes place in 2007, Savant has aspirations and initial plans (not firm) to broaden its reach into the CE market pyramid by opening strategically positioned high-end retail boutiques.

- Open 3-5 high-end retail stores in key locations
- Target Store Locations = next to / across the street from Apple Retail Stores



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245216

- Benefits:
  - Utilize Apple store traffic and revenue gains
  - Savant stores in major affluent cities, closest to highest U.S. population density
  - Cross / Co-marketing with and through Apple
  - Brand Recognition with high-end cliental
  - Understanding the consumer and consumer spending
  - Creates a bridge down the CE Market Pyramid (mass market)

### 2.1.2 Market Demographics

The top 200-300 systems integrators/dealers in the U.S.: Statistical data shows that the majority of the top dealers in the country are located all along the Eastern and Western U.S. coasts including Texas, Arizona and the Great Lakes region. Clearly, dealers position themselves in affluent communities, major cities, retirement hotspots and coastal environments. Savant must be well represented throughout the U.S., but initially aligned with the top dealer demographics.

QuickTime™ and a
TIFF (PackBits) decompressor
are needed to see this picture.

**States Most Represented:**

CA = 25



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245217

FL = 12
NY = 10
TX = 6
NJ = 4
PA = 4
Ariz. = 4
Ore = 4
Ohio = 4

NOTE: This source of this information: CE Pro magazine yearly - CE Pro 100. This resource ranks integrators based on yearly revenue totals. As always, there are several large companies that chose not to participate. Some do not want to show lower revenues, others do not want their higher revenues seen by competitors, which might be inclined to open offices in their territory. Others just care not to participate.

### 2.1.3 Market Analysis

Based on CE Pro's 100 figures, there are several key statistics and data findings.

- 23% increase in total revenues in 2005
- The average *CE Pro 100* firm produced $6.9 M in revenue
- An average of 2,325 installs per company
- The average-revenue-per-full-time employee benchmark was $57,265
- Average years in business in 2005 was 17

There continues to be a dominant trend in the revenue breakdown of dealers installing into residential markets.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245218

Case 1:10-cv-11622-WGY Document 421-31 Filed 08/18/14 Page 30 of 45

QuickTime™ and a
TIFF (LZW) decompressor
are needed to see this picture.

Dealers on average are making 10% more on the installation rather than the hardware. This number is project to steadily rise in the coming years.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245219

Multi-room audio systems continue to lead the way in 2005 revenues by product category. However, Home Theaters came in at a close 2nd, and by all reports will leap frog the audio category in 2007. The home-automation and control category continues to rise, and is up 5% from last year. Integrators rate Home Automation as the top fasting growing area for 2006 ahead of Media Servers (2) and Lighting Control (3)[1].

QuickTime™ and a
TIFF (LZW) decompressor
are needed to see this picture.

Albeit, an overwhelming percentage (94) of dealers install systems in single-family residences, the numbers show more diversity the internally expected.[2]

[1] CE Pro, June 2006
[2] Savant Marketing Dept.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245220

QuickTime™ and a
TIFF (LZW) decompressor
are needed to see this picture.

These figures bode well for Savant given that our market focuses include many of the categories listed above. The true open and programmable nature of the Savant platform allows for adaptability to any environment, which gives dealers who boast a wide range of installation locations a strong incentive to carry a single control product line across all fields.

### 2.1.3 Product Marketing Analysis

The Savant product line, at its roots, is an open programmable control system. With this said, our main competitors out of the gate will be Crestron and AMX. For high-end integrators, Crestron and AMX are the most widely recognized and implemented control systems in the market place today. The Savant product line will also be offering multi-channel and home theatre amplifiers, plasmas, integrated A/V receiver and preamplifier, integrated media server, family of touch panels, remote controls, key pads and integrated applications and services. By 2007-2008 Savant plans to be a major player in all these fields.
Based on CE Pro 100 Product Analysis, here are the manufacturers leading in each related category.

**Whole-House Automation:**

- Crestron = 70%
- AMX = 19%
- Elan = 11%



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245221

- HAI = 11%
- Control4 = 7%

**Multi-room Amplifiers:**

- Crestron = 43%
- Speaker Craft = 33%
- Elan = 17 %
- Niles = 16 %
- Sonance = 16%

**Multi-room Audio Servers:**

- ReQuest = 40%
- Escient = 25%
- Elan = 15%
- Crestron = 14%
- Kaleidescape = 10%

**Home Theater Preamps / Processors:**

- Lexicon = 21%
- Integra = 15%
- Krell = 13%
- Rotel = 11%
- Crestron = 10%

**A/V Receivers:**

- Denon = 32%
- Integra = 30%
- Marantz = 26%
- Sony = 22%
- Yamaha = 20%

**Media Servers:**

- Kaleidescape = 31%
- ReQuest = 24%
- Escient = 19%
- Elan = 6%

**Flat-Panel TVs:**

- Sharp = 32%
- Fujitsu = 30%
- Sony = 30%
- Pioneer = 28%
- LG = 26%

**Important Takeaways:** Crestron is comfortably the dominant leader in whole-house automation and control (70%). AMX is a far 2nd at 19%, and is continuing to fall. With



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245222

the recent launch of the *Adagio*[3] line, Crestron has taken the lead in multi-room amplifiers. Crestron also has a share in the home theater preamps/processors and multi-room audio server categories. To further emphasize an industry consolidation, Crestron is the leader in HVAC controls (57%) and sits in 2nd place in the Lighting Systems arena (40%), a field once dominated by Lutron and Vantage. It is apparent that Crestron is working its towards industry dominance in many high volume fields. AMX is rapidly loosing market share in whole-home automation and control, their seat in the *residential*[4] space may soon be empty

### 2.1.4 Market Trends

The Systems Integration and Custom Installer industry is growing at a rapid pace; however, several factors are limiting market potential. The systems of today are either extremely programming intensive and/or lack customization. There are generally two approaches for control systems in the market now.

- Some system platforms require extensive software programming. This model offers the highest level of flexibility, but requires installers to write low-level code, which is resource intensive, complex and expensive. Most of this programming comes from costly 3rd party programming houses. With this model, integrators are not dealing directly with the manufacturer to either aid in systems set-up or systems amendments, resulting in discrepancies and communication problems. Presently, a system costing the end-user 200k, on average 10% of that cost is dedicated to 3rd party programming.
- Other system platforms are close scripted (resulting in less programming), but are fundamentally limiting in their flexibility, lacking the ability to change the graphical look and feel to the equipment.

These models are characterized as having complicated tools fro graphics, coding, debugging and remote management. Current solutions must be programmed and customized specifically for each application, causing repetitive work on each new deployment.

This is a very captive market, only a few large companies with a grasp on the majority of the industry. Demand is greater than supply, the complexity, programming costs and time it takes to correctly install systems results in fewer jobs for the dealer.
Customer Service for installers is not a priority for the manufacturers. Manufacturers are not proactive with many aspects important to dealers:

- Updates with product changes, resulting in unnecessary legwork for dealers
- Access to downloadable cut sheets and tech specs
- Purchase orders requests and shipping response is slow and unorganized
- Communication becomes a back-and-forth process between manufacturers and 3rd party programmers when problems arise with equipment

[3] Audio Distribution System, Entertainment System, Audio Expander, Audio Server, Key Pads and wall-mount LCD controller
[4] AMX has significant market value in commercial applications



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245223

There is an extremely high failure rate common with control systems; dealers have reported a 30% failure rate.

The lack of cohesiveness causes system changes, upgrades and replacement results in error with other equipment/functions. Systems are coded as a whole without full awareness of itself; therefore changes in one area are not automatically reflected in others.

Integrators in this market space experience resource intensive business models. The complexity of products and control systems require the majority of the installation to be completed by expensive high-level A/V technicians. System complexity and lack of openness prevent lower-level technicians from making modifications in the field.

### 2.1.5 Market Needs

Integrators have been trained to accept the current problems the plague this industry that in turn negatively affects their businesses: Complexity, Programming Costs/Time, Resource Utilization, Customer Service, Reliability, Lack of Openness, Product Adaptability, etc.

Dealers and Manufacture Reps. are looking for a strong value proposition that can solve many of the issues afflicting business:

- High Reliability
- Highly flexible open-architecture solution
- Dramatic reduction of 3rd party programming
- Seamless integration with 3rd party components
- Labor Efficiency
- Responsive and pro-active Customer Service
- Incremental Revenue Gains (other than installations)
- Seamless transition with hardware/software changes and upgrades
- Simple System Customization
- Inventory Control
- Manufactures willing to adapt
- Order Shipments online

Many of these challenges are slowly being addressed by manufacturers, but on a single-issue basis. Without fundamentally changes the core competencies of a company to address these issues at full force, which would entail a tremendous engineering and resource endeavor, manufactures and dealers are handcuffed to the current marketing trends.

At the core of Savant, is a philosophy that bleeds openness and programmability. With a fresh and determined approach, Savant is aimed to create a whole new experience for the CE Industry. Savant has emerged in the CEDIA marketplace with a solution set that addresses and overcomes many of the challenges facing systems integrators and custom installers. Savant provides for an unprecedented level of flexibility and ease of programming immediately enabling a more profitable business model for integrators right out of the gate. Savant's product line aligned with our applications and services create a stream of opportunity to generate incremental revenue from future and existing customers. By addressing the marketing needs of this industry, Savant has the opportunity to pave a path right to the peak of market place.

### 2.1.6 Market Forecast



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245224

The Consumer Electronics Association (CEA) is predicting that CE factory-to-dealer sales will reach $140 billion in 2006, which would be an eight percent growth from the total $128 billion in 2005, in the group's semi-annual U.S. Consumer Electronics Sales and Forecasts Report. Display technologies lead the industry, with revenues expected to top $22 billion in 2006.

QuickTime™ and a
TIFF (Uncompressed) decompressor
are needed to see this picture.

**2.1.7 Market Growth**

The U.S. Consumer Electronics Industry has shown steady growth for more than a decade. This informs us that regardless of economic concerns, national and international political issues and environmental matters consumers are consistently driven to spend money on electronics for various applications.

QuickTime™ and a
TIFF (Uncompressed) decompressor
are needed to see this picture.

**2.1.8 Target Market Growth**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245225

Savants Target Market for phase one of product shipment (Q1 2007) will be the top 200-300 dealers/integrators in the U.S. Statistical Data from CE Pro 100 (top 100 dealers in the U.S. and Canada based on yearly revenue) reveals a significant overall increase.

- 23% overall increase in total revenues in 2005
- The top 100 integrators logged gross custom revenues of $704 M, up from $574 M one year ago.
- The Average CE Pro firm produced $6.9 M in revenue in 2005, up from $5.6 in 2004
- Once again, regional hybrid retailer Tweeter led the 2005 list. Tweeter publicly reported $80 million in custom revenues from its 154 stores. Which are primarily on the East Coast.
- Many dealers strongly believe that Tweeter does not belong on this list and from a pure marketing standpoint, does not belong in this statistical data (inflating the numbers). With this said, if Tweeter was excluded from this years data, the average revenue was $6,2 million, which is 27 % higher than 2004's average of $4.9 million in revenues sans Tweeter.
- **The 10 Fastest Growing Areas for 2006:**
    1. Home Automation
    2. Media Servers
    3. Lighting Control
    4. Multi-Room Audio
    5. Home Networks
    6. Dedicated Home Theaters
    7. Flat-Panel TV's
    8. Structured Wiring
    9. Multi-Dwelling Unit (MDU) Market
    10. Gaming
- The average revenue per installation is $2,998, which is 79% higher than the 2004 total of $1,675
- The top 100 dealers installed a total of 234,883 jobs in 2005, a figure that is way up from 2003's 97,857 total jobs. If the top two company's (Tweeter and Brinks) on the list are subtracted from the 2005 number of total jobs, the total number of jobs for 2005 equals 121,233, which is still a 6% increase from 2004.
- The average-revenue-per-full-time-employee benchmark was $57,265, a 12% increase over last year.
- Employment showed very strong results. The full time employment among the top 100 dealers is 12,300 for an average of 121 employees per company. If Tweeter and Brinks are excluded, the average integrator added 11 employees from last year (56 : 45).
- There is a continuing trend for company's having multiple locations. Two years ago, 27 of the top 100 dealers had more than one business locations. In 2005, 51 have more than one, up from 47 last year.
- Mergers and acquisitions have been a major trend in this industry in the last couple of years, both on the vendor and deals side. The top



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245226

100 dealers were asked what the effect of this trend will have on the industry in 2006-2007. *SEE GRAPH BELOW*⇓




**2.2 SWOT Analysis**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0245227

# EXHIBIT 638

**From:** Chad Robertson
**To:** George Katsiris; Chuck Parrelli
**Sent:** 10/1/2010 1:39:20 PM
**Subject:** Dealer Termination

Chuck and George,

I am looking to terminate Nantucket Media Systems in Nantucket, MA who is currently an "inactive" dealer. Mike Alpert the owner is specifying AMX "CineTouch" systems over Savant. Even after a tour of the experience center with George he does not feel that we have the features in our UI that he needs for his customers. I feel at this point it is better to end the relationship so we don't have a dealer on the island selling off of Savant which makes it harder for our other Cape Dealers.

I am working to bring a replacement Cape Cod based dealer on board shortly.

Please let me know if there is any other information you need.

Best,

Chad

--
Chad Robertson
The Jarmac Group, Inc.
URL: www.jarmac.com
Office: 774.961.1206 ext 114
Cell: 508.269.5651
Fax: 774.961.1211

# EXHIBIT 639

**From:** Michael Pawlowski
**To:** George Katsiris
**CC:** Mark Hernandez
**Sent:** 10/26/2010 9:55:49 AM
**Subject:** Re: System24 - Possible Solutions when project budget is limited?

Hey Guys,

I jut got back into town late last night from a conference out in Scottsdale... I'll definitely chime in once I get back in front of my computer and some time in the office. Please let me know if there is anything that required immediate support/assistance.

I look forward to catching up with both of you soon!

Michael Pawlowski
Thea Integrated Systems
Director of Sales
O: 973-472-4720
F: 201-297-7767
M: 973-634-3553

On Oct 25, 2010, at 10:45 PM, "George Katsiris" <george.katsiris@savantav.com> wrote:

Mark, I def hear you. 2 vid zones are a bit tough for a few reasons. There may be longer term solutions in the way of smaller chassis switchers or lower card costs that could address this better but in the meantime I think we are limited to the options we discussed although I would add the following thoughts

1. 20% of total budget for control is pretty consistent with our market research so on a $100k budget, having the control , av switching and media server built into one solution is still compelling.

2. Video distro. While I am a fan of this architecture, switching video is still expensive overall. I know this will change. Not just at Savant. It will have to since TVs now have netflix type of services built in. For large scale jobs distro video it still makes sense considering end users could get just 4 cable boxes going out to 30 tvs etc.

3. Using 3rd party switching. In Blueprint now in 4.2 and in our Forum there should be some smaller 3rd party switches that may serve for some of the projects you have coming up. You could probably modify one of them with minimal R and D to fit a different make/ model.

Thanks Mark. I appreciate your feedback always

Sent from my iPhone

George Katsiris
Sales Manager
Northeast U.S. & Canada
Savant Systems, L.L.C.
561 Broadway, 3rd Fl.
New York, NY 10012
T: 508.683.2582
F: 508.683.2682
M: 646.232.4751

On Oct 25, 2010, at 9:31 PM, Mark Hernandez <mark@cliqk.com> wrote:

hey george,

what about for 2 video zone systems? what about $50k to $100k total systems? what do we use for those? how do we plant the seed for a small Savant system with a 'Trojan horse' that can be expanded upon later?

with a $100k system, we have $60 or so left after installation and our design/consulting. doesn't let us offer much to the client if the System24, host(s), control extender, remotes, baluns/dongles, iPads, etc eat up $20K+ retail.

when we are doing larger systems where we have 4 video zones and are for sure doing audio distribution through Savant, then the System24 could work. Only problem is then you most likely need to get an 'unrestricted' System24 as you would want more flexibility for more sources, audio input cards, etc. Then we're talking $20K not the $10K you mention.

it doesn't appear that the current pricing works well for either scenario. perhaps i'm missing something here....

it looks like we have no choice but to use third party gear. savant's current offerings unfortunately just don't fit in the budget. that being said, it would be VERY HELPFUL if dealers could get access to resources to help spec systems that are known to work without having to R&D tons of gear to find ones that play nice with Savant.

Again, any suggestions for how to proceed here? Mike, please chime in if you have anything to add here based on your discussions with other dealers.

Thanks!
Mark

On Mon, Oct 25, 2010 at 8:37 PM, George Katsiris <george.katsiris@savantav.com> wrote:
Mark,

What about the 24 Starter Kit? for under $10 K, having a 4 x 4 HDMI and an 8 x 8 audio switch is pretty competitive price. If you need 9 audio zones or 5 video zones then I agree there is a big jump but based on your 4 x 4 comment i am hoping we can cover the needs of some of your upcoming jobs? You can certainly create a profile for a 4 x 4 switch that you like. There may be some added delays to the switching when adding 3rd party switches but i understand there might be some budget concerns as well

Please let me know

Thanks!

George Katsiris
Sales Manager
Northeast U.S. and Canada
Savant Systems
561 Broadway 3rd Fl.
New York, NY 10012
T: 508.683.2582
F: 508.683.2682
M: 646.232.4751
george.katsiris@savantav.com

<Savant_blue.jpg>

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683.2500 and delete this message and its attachments, if any.

On Oct 25, 2010, at 7:03 PM, Mark Hernandez wrote:

Hello Mike / George,

Any thoughts on the email I sent out to you last week (below)? We have a half dozen small projects where we would like to use Savant with multiroom audio/video where the System24 price point is a non-starter. If there is no Savant solution here, can we get a good contact at Savant that can help us specify some 'a la carte' systems with 3rd party A/V switchers (audio, component and/or hdmi) so we don't have to run the risk of these not working well at install.

Appreciate any suggestions/direction here.

Thanks!
Mark

...now I know why there were some dealers stockpiling System12s!!

On Mon, Oct 18, 2010 at 1:20 PM, Mark Hernandez <mark@cliqk.com> wrote:
Hello Mike / George,

We are specifying Savant into 4 new projects. The change to System24 is making it EXTREMELY difficult to spec an all Savant system. These projects have 2 to 3 video zones each. Spending $20K+ on HDMI switching is not realistic in our budgets. The locked down System24s, that are cheaper, don't allow us to add in pre-amp cards like we have done in the past. We don't seem to have any choice now, but to spec 'a la carte' systems and research compatible 4x4 matrix switchers and separate receivers. That isn't what we want to do, but the limited Savant options aren't realistic for these projects.

Any thoughts or recommendations? Any news on a mini System6 or other Savant solution?

Thanks!
Mark

--
Mark Hernandez
mark@cliqk.com

CLIQK
241 Centre Street, 5 West
New York, NY 10013
212-941-5080
www.cliqk.com

--
Mark Hernandez
mark@cliqk.com

CLIQK
241 Centre Street, 5 West
New York, NY 10013
212-941-5080
www.cliqk.com

--
Mark Hernandez
mark@cliqk.com

CLIQK
241 Centre Street, 5 West
New York, NY 10013
212-941-5080
www.cliqk.com