# EXHIBIT 640

**From:** George Katsiris
**To:** Ben Jamison
**CC:** Jim Carroll
**Sent:** 10/12/2009 5:13:45 PM
**Subject:** Re: HTSA Meeting Schedule

1. EDG- My largest dealer that is showing the most commitment to our line. They have already sold the o'Shea job ( in their staging area Don there this week to help). They have at least 3 substantial active quotes that I helped them with and have been currently placed at our reference level.

2.
Audio Video lifestyles. Tod Freland has reached out since CEDIA expressing interest in the line. Mike Pecar met with him a couple of weeks ago and believes he is ready to sign up. Perhaps HTSA is the final meeting needed to push him over the edge. There is a job on the table that he has asked for help quoting.

3. Integrated Media Systems. Tom Wells has just jumped on board with us. He has received his DEMo gear (like a week ago) which is being used for proof of concept. Another DEmo order is coming for their showroom soon. Tom has several flip jobs that TIm Painter is helping him quote. This meeting should be good as he is still on the honeymoon.

4. AVS. This is a waste of your time. The staff loves our product. David Freda and I had a great meeting at CEDIA. However, Elliot Ingber calls the shots and he went to elementary school with Marla Sutenberg and is loyal to her and Randy personally as close friends. My advice is to be cordial but do not reveal any info that you do not want Crestron to find out.

5. Crescendo. They are a target. However, since they were reluctant to get on board we have filled out the Hamptons market with other dealers in the meantime. This is a very sensitive market that we do not want too many dealers although they would be good to have. Last time Mike P spoke to Chris the owner, he mentioned that the hesitation had been pressure from Crestron but that the new VIR program for Crestron is horrible because they only do Lutron lighting and will be losing the main reason for sticking with Crestron. Further, I had been speaking with an end user named David kwun. He said he wanted Savant and was interested in working with Crescendo. You may want to ask them about this lead.

6. Innerspace. Barry Reiner is an active dealer. He has closed one job (NYC based client that did most of the xml code for Google) that will be going in the coming months. Barry has been unresponsive about the status of his DEMo system to PSE's and to myself.

7. Stereo Exchange - Have not been a real target to date due to their traditional retail model and poor reputation within the custom space. However, they would be a great candidate for a Protege oriented model and could achieve success with us in that capacity. HTSA would be a great place to introduce that to them since we have not approached them since CEDIA.

8. Gramophone - This is pretty much the largest remaining target dealer in Nutech's territory now that we have Tom Wells (IMS). We have been working on it for a LONG time. They will come on board with us but when? I think when I bring them a lead and that fear of losing Crestron leads is the real issue because Brian mentioned it when we last spoke. This is much different than a fear of losing the line. Brian says he gets a 6 figure whopper every month and is looking for us to commit to filling that void.

Please let me know if you have any questions

Thanks!

George Katsiris
Regional Sales Manager Northeast
Savant Systems
88 Prince St. 3rd Fl.
New York, NY 10012
T: 508.683.2582
F: 508.683.2682
M: 646.232.4751
george.katsiris@savantav.com

savant
NOW YOU CAN

On Oct 9, 2009, at 6:54 PM, Ben Jamison wrote:

Guys,

These are the meetings that we have scheduled. Each of you needs to review this list to see which of your dealers we have meetings with and give me an overview of the current business situation with each of them.

Please get this to me by end of day on Monday.

<ONE ON ONES-Savant.xls>
<ONE ON ONES-Savant-2.xls>

Ben Jamison
Vice President of Sales
Savant Systems, LLC.
770 Main St.
Osterville, MA. 02655
T: (508) 683-2584
F: (508) 683-2600
C: (508) 648-6165
ben.jamison@savantav.com

<image.jpg>

EXHIBIT 641

**From:** David Humphries <dave@theaintegrated.com>
**To:** George Katsiris <George.Katsiris@savantav.com>;mike@theaintegrated.com" <mike@theaintegrated.com>
**Sent:** 1/30/2010 10:01:12 AM
**Subject:** Savant 2010 Business Projections
**Attachments:** Savant Metro New York 2010.docx; Savant Next 15.xlsx; Savant Top 10.xlsx

Gentlemen,

Please review, If nothing is glaring wrong send to Bruce Myers.

See you when I return on the 10th

Dave

THEA & SCHOEN Integrated Systems

**David Humphries**
*Principal*

**Thea Integrated Systems**
380 Allwood Road
Clifton, NJ 07012

tel: 973-472-4720
fax: 973-894-1117

dave@theaintegrated.com

Want a signature like this?

EXHIBIT 642

**From:** Ben Jamison <IMCEAEX-_O=FIRST+20ORGANIZATION_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=BEN+2EJAMISON@savantav.com>
**To:** Jim Carroll <Jim.Carroll@savantav.com>;Sean Manzanares <IMCEAEX-_FIRST+20ORGANIZATION_FIRST+20ADMINISTRATIVE+20GROUP_RECIPIENTS_SEAN+2EMANZANARES@savantav.com>
**Sent:** 8/21/2009 6:27:00 PM
**Subject:** Fwd: Re:

Some good dealer feedback.

Ben Jamison
Vice President of Sales
Savant Systems, LLC.
770 Main St.
Osterville, MA 02655
T: (508) 683-2584
F: (508) 683-2600
C: (508) 648-6165
ben.jamison@savantav.com

savant
NOW YOU CAN

Begin forwarded message:

**From:** Saxe Brickenden <saxeb@evolutionhomecorp.com>
**Date:** August 21, 2009 5:24:46 PM CDT
**To:** Bob Koopman <Bob.Koopman@PhoenixHomeTheater.com>
**Subject: Re:**

How great to hear from you, Bob!

Have just returned from that quintessential summer Canadian pursuit... fishing in the northern lakes (as opposed to the ever-astonishing winter one of clubbing cute seals) My 18 and 22 year old sons were considerably more successful than their father with their casts, but luckily they were generous with their fish in return for my culinary skills with open fire, ergo, I didn't starve.

It's actually amazing the detail that I remember from our biz together. Perhaps when I'm old and senile that's *all* I'll remember. And yes, too bad that the market for my gay Pakistani routine was considerably narrowed by political correctness... not to mention threats on my life...

Delighted to hear your endorsement of Savant. As you may remember, I've always done my homework and the due diligence on Savant came up amazingly positive, and everything they have done so far in our new relationship has reinforced that we made the right decision. Our dealers have been calling to say how happy they are with the news, and what a great fit it will be.

You going to be at CEDIA? Be fun to have a drink. We'll have Evolution staff at Savant most of the show.

Cheers,
s

**SAXE BRICKENDEN**
President
Mobile 416-505-3975
Office 416-603-9090 Fax 416-603-9083
saxeb@evolutionhomecorp.com
**EVOLUTION HOME ENTERTAINMENT CORP.** 266 Applewood Cres. Concord ON L4K 4B4

On 19-Aug-09, at 5:51 PM, Bob Koopman wrote:

Hello Saxe Brickendon,

Greetings from Arizona. Hey, do you remember me? I used to own Stereo Factory in Thornhill for many years prior to my selling out to Brack Electronics?

Still in this crazy business after all these years.

Still remember your jokes, especially the gay/Pakistan routine – you could have been in 'stand-up comedy' but instead your in this industry. Maybe the same thing, right?

Anyway, just saw that you guys were appointed the Savant product. Just had to tell you that we are extremely pleased with that product – having switched from AMX and Crestron. They really stand behind their dealers. Good stuff.

Say hi to anyone that still remembers this old guy.

**Bob Koopman**
**Principal**
bob.koopman@phoenixhometheater.com

Phoenix Home Theater
16807 Palisades Boulevard, Suite 103
Fountain Hills, Arizona 85268
T 480.837.3359
F 480.837.3381
www.phoenixhometheater.com
*This email and any files transmitted are confidential and legally privileged. If you receive this email in error, please do not copy, use or disclose its content to any other person. All outgoing and incoming emails are stored. Phoenix Home Theater accepts no liability for any undetectedviruses transmitted through this email platform.*

EXHIBIT 643

# Rep Sales Training

## Rep conference 2010

Proprietary and Confidential - Savant Systems, LLC

savant NOW YOU CAN

# Put that coffee down!



# How to Think Savant

- Mission
- Strategy
- Differentiators
- System Design and Capabilities
- Blueprint as a Sales Tool
- Compelling Business Arguments

Proprietary and Confidential - Savant Systems, LLC

savant NOW YOU CAN

# Mission

Make the best product

Command 100% of Control Market Share

Proprietary and Confidential - Savant Systems, LLC



RESTRICTED CONFIDENTIAL - Outside Counsel Only

# Art of War


孫子
兵法
SUN TZU
THE ART OF WAR
FIVE WORKING FUNDAMENTALS
道
TAO
性
NATURE
況
SITUATION
霸
LEADERSHIP
文
ART

# Strategy



Proprietary and Confidential - Savant Systems, LLC

# Rule # 1

Know your enemy



Proprietary and Confidential - Savant Systems, LLC

savant
NOW YOU CAN

# Differentiators



Proprietary and Confidential - Savant Systems, LLC

savant
NOW YOU CAN

# Ui



- 100 Million iPod Touches and iPhones Sold
- Multi-zone, Multi-source
- Perceived value: Inexpensive solution that many customers already own

Proprietary and Confidential - Savant Systems, LLC

savant NOW YOU CAN

# Ui: Mobile Devices




- Rosie on the Road
- Best iTunes Integration
- Can be used as Primary remote
- Best App on the market.
- Fast, reliable

Proprietary and Confidential - Savant Systems, LLC

savant
NOW YOU CAN

# Ui: Mobile Devices




- iPad Changes TouchPanel market
- Completes Savant offering of wireless TP Technology
- Instantly changes standard of weight, feel, capabilities and price
- Allows budget for other areas: Video Distribution, OSD's, etc.

# Evolution of GUI




Proprietary and Confidential - Savant Systems, LLC

savant NOW YOU CAN

# Processing Power

256 Commands per second

30,000 Commands per second





Proprietary and Confidential - Savant Systems, LLC

# Processing Power

256 Commands per second

30,000 Commands per second





Proprietary and Confidential - Savant Systems, LLC

# OSD



# Rule # 2

Know Thyself

忍

# Who feels it, knows it...




| For a story about pumping up ones confidence

# Sailing against the wind




- Growth in a down economy
- Limited Distribution model

Proprietary and Confidential - Savant Systems, LLC

savant NOW YOU CAN

# Platform




Proprietary and Confidential - Savant Systems, LLC

# Savant is a Software Co.

- Open Architecture
- Can do anything the competition can do without writing a line of code
- IT knowledge critical to success
- Learn the Platform: Blueprint, XML, Apple Script
- Pro Services & Customer Engineering available

Proprietary and Confidential - Savant Systems, LLC

savant NOW YOU CAN

# Stability



## 2% Failure Rate

Proprietary and Confidential - Savant Systems, LLC

# System Design

- # of Audio Sources =
- # of Video Sources =
- # of Stereo Audio Zones =
- # of Surround Audio Zones =
- # of Video Zones (OSD and stand alone) =
- # of In-wall TP's (sizes) =
- # of Mobile Devices =
- Accessories/ Add ons =

Proprietary and Confidential - Savant Systems, LLC

savant
NOW YOU CAN

# Design Approach




- Legacy systems from inside out
- Savant from outside in
- Thinking in SKU's
- Open Architecture
- Blue Print = Sales Design tool

EXHIBIT 644

**From:** Jim Carroll <Jim.Carroll@savantav.com>
**To:** Sean Manzanares <IMCEAEX-_FIRST+20ORGANIZATION_FIRST+20ADMINISTRATIVE+20GROUP_RECIPIENTS_SEAN+2EMANZANARES@savantav.com>
**CC:** Tim Locascio <Tim.Locascio@savantav.com>;Ben Jamison <IMCEAEX-_FIRST+20ORGANIZATION_FIRST+20ADMINISTRATIVE+20GROUP_RECIPIENTS_BEN+2EJAMISON@savantav.com>;Sean Manzanares <IMCEAEX-_FIRST+20ORGANIZATION_FIRST+20ADMINISTRATIVE+20GROUP_RECIPIENTS_SEAN+2EMANZANARES@savantav.com>
**Sent:** 6/1/2009 5:51:23 AM
**Subject:** Re: Pricing issue with flip candidate [Entertaining Spaces]

Sean,

Get this in Nav before we do anymore discounting.

Is it the dealer or home owner pushing back on hardware price? Did we take into account programing cost, higher fidelity sound amy features we can sell diff. I.e. OSD?

Jim Carroll
President
Savant

Sent from my iPhone

On Jun 1, 2009, at 12:34 AM, Sean Manzanares <smanzanares@savantav.com> wrote:

I received a lead from the web last week. Assigned to a dealer in NoCal.

Client has received Elan, Crestron and Control 4 bids. It is down to us and Crestron.

I stripped out all unnecessary gear for this comparison, leaving only processor, distributed audio, keypads and touch panels. After allowing for 15% flip discount and 5% pre-pay, we are still **$4,950** higher at dealer cost.

Attached:

- Spreadsheet with comparative designs
- Quote from Crestron dealer

Is there any other way to design this?

Thanks,
~ Sean

<Flip Candidate - Ent Spaces 05.31.09.xls>
<Ent Spaces Original Bid 5-15-09.pdf>