# EXHIBIT 645

# savant

## Product List (MSRP)

## March 2010

# Important Notice

## Disclaimer

The contents of this document are subject to change without notice; therefore, the information presented herein shall not be construed as a commitment or warranty.

Savant Systems LLC shall not be liable for any technical or editorial errors or omissions contained herein or for incidental or consequential damages resulting from the performance, furnishing, reliance on, or use of this material.

## Patents

Certain equipment and software described in this document is protected by issued and pending U.S. and foreign patents. All products and services are trademarks or registered trademarks of their respective manufacturer.

## Copyright

This document contains confidential and proprietary information protected by copyright. All rights reserved. Copying or other reproduction of all or parts of this document is prohibited without the permission of Savant Systems.

## Trademarks

RacePoint Blueprint™, ROSIE™, NOW YOU CAN™, and SAVANT® are trademarks of Savant Systems, LLC
Adobe® Photoshop® is a trademark of Adobe Systems Incorporated
Apple®, Apple® AirPort Express®, Apple® AirPort Extreme®, Apple TV®, Apple Remote Desktop™, iMac®, iTunes®, iPhone™, iPod touch®, MacBook® and .Mac® are registered trademarks or trade names of Apple Inc.
Windows® is a trade name of Microsoft Corporation
VPN Tracker is a trade name of equinux USA, Inc.
Dolby® and the double-D symbol are registered trademarks of Dolby® Laboratories.
DTS is a registered trademark and the DTS logos and Symbol are trademarks of DTS, Inc.
<oXygen/>® XML Editor and XSLT Debugger are trademarks of SyncRO Soft Ltd.
The YouTube logo is a trademark of Google Inc.
Flickr is a trademark of Yahoo, Inc.

## Technical Support

Savant is dedicated to providing prompt and effective support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-3800
Email: support@savantav.com

## Sales

Savant is dedicated to providing prompt and effective sales support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-2600
Email: sales@savantav.com

Copyright 2009 by Savant Systems LLC

Savant US Dealer Prioduct List March 2010 REV 009-0135-05

# Apple Authorized Reseller & Service Provider

SAVANT® is the first automation and control company delivering a diverse and unique product portfolio of integrated solutions leveraging the remarkable features provided by Apple, Inc.

In our multifaceted relationship with Apple, Inc., SAVANT® is a member of Apple's Proprietary Solutions Provider program (PSP) and a value-added reseller (VAR). The PSP program is a select group of companies that sell Apple products and peripherals. SAVANT® takes this relationship further by designing, developing and delivering unique platforms and revolutionary applications, such as RacePoint Blueprint™ and the award-winning ROSIE OSD, utilizing Apple's core technologies.

SAVANT® is also an Authorized Apple Reseller and Service Provider that ensures the utmost quality is delivered and provided to our valued customers.

SAVANT® is at the forefront of the automation and control industry driving new technologies with superior system capabilities that elevate the user experience. We look forward to our continuous success in providing these solutions, with the added benefits of Apple's technology.

Authorized Reseller





# Dealer Support

## Dealer Training

All prospective Savant Dealers are required to complete our comprehensive training program in order to become Authorized Savant Dealers. Completion of the course curriculum ensures that the highest level of quality and service is delivered to the end-customer. Installers and integrators receive in-depth and hands-on instruction in Savant's world-class training room located at Headquarters. To accommodate dealers geographically, regional training is also available.

With a tremendous training initiative in place, it is certain that end-consumers will residually benefit.

## Dealer Support

Savant prides itself with one of the best technical support programs in the industry. Savant Dealers have access to an online Support Portal, as well as complete and timely phone support. For immediate customer field issues, Savant offers regional systems engineers for assistance.

## Customer Engineering & Professional Services

Savant has always believed that one of the key elements to the foundation for success is world-class service and support. With one of the industries top support infrastructures and teams in place, Savant is pleased to offer an extended division of the Engineering department = Savant Professional Services. The Pro Services team is dedicated in aiding authorized Savant Dealers with all phases of the installation process.

The primary goal of this program is to enhance the service offerings of Savant Dealer's to their customer base. From start-to-finish, the Savant Professional Services team will assist with custom graphics, custom automation, application creation, proposals, schematics and CAD drawings. Pro Services also has the expertise and capacity to expedite installations for Dealers with limited resources and bandwidth.

## Excellence in AV Program

Savant's Excellence in AV Program forms relationships with the best manufacturers of audio, video, lighting control, HVAC, security, and other components, devices and subsystems from many diverse markets.

This program is driven to support the custom installers and system integrators of this industry. It is critical that seamless product interoperability of each manufacturer is valued and executed upon.

## Technical and Sales Support

Savant is dedicated to providing prompt and effective support.
Within United States: 1-877-SAVANT5
Fax: 1-508-683-2600
Email: support@savantav.com or sales@savantav.com

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

| | |
|---|---|
| PROTEGE LINE | PROTEGE LINE |
| CONTROLLERS | CONTROLLERS |
| OSD CONTROLLERS | OSD CONTROLLERS |
| A/V CONTROLLERS | A/V CONTROLLERS |
| SERVICE CARDS | SERVICE CARDS |
| IPOD/IPAD DISTRIB INTERFACE | IPOD DISTRIBUTION INTERFACE |
| HOSTS & SERVERS | HOST & MOBILE DEVICE SERVERS |
| MOBILE DEVICES & LICENSING | MOBILE DEVICES & LICENSING |
| TOUCH PANELS - WIRELESS | TOUCH PANELS - WIRELESS |
| TOUCH PANELS - IN-WALLS | TOUCH PANELS - IN-WALLS |
| TOUCH PANELS - TABLE TOP | TOUCH PANELS - TABLE TOP |
| TP - SERVERS & CONTROLLERS | TOUCH PANELS - SERVERS |
| TOUCH PANEL & KEYPAD EXTENDERS | TOUCH PANEL & KEYPAD EXTENDERS |
| TOUCH PANELS - POWER | TOUCH PANELS - POWER |
| ROUGH IN BOXES | ROUGH IN BOXES |
| TOUCH PANEL BEZELS | TOUCH PANEL BEZELS |
| STREAMING VIDEO SERVERS | STREAMING VIDEO SERVERS |
| KEYPAD BUNDLE | KEYPAD BUNDLE |
| KEYPADS ENGRAVING | KEYPADS ENGRAVING |
| KEYPAD ASSEMBLY | KEYPAD ASSEMBLY |
| KEYPAD SPARE PARTS | KEYPAD SPARE PARTS |
| REMOTES | REMOTES |
| CABLE | CABLE |
| HDMI EXTENDERS (CAT 5E) | HDMI EXTENDERS (CAT 5E) |
| HDMI EXTENDERS (COAX) | HDMI EXTENDERS (COAX) |
| USB EXTENDERS | USB EXTENDERS |
| SPECIAL SERVICES | SPECIAL SERVICES |
| ACCESSORIES | ACCESSORIES |
| SOFTWARE | SOFTWARE |

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

| | |
|---|---|
| ***LICENSING*** | LICENSING |
| ***DEVELOPMENT ENVIRONMENTS*** | DEVELOPMENT ENVIRONMENTS |
| ***SUBSCRIPTION SERVICE*** | SUBSCRIPTION SERVICE |
| ***PROFESSIONAL SERVICES*** | PROFESSIONAL SERVICES |
| ***DOCUMENTATION*** | DOCUMENTATION |
| ***WIRELESS CONTROL SYSTEMS*** | WIRELESS CONTROL SYSTEMS |
| ***OSD CONTROL SYSTEMS*** | OSD CONTROL SYSTEMS |
| ***MULTI-ROOM CONTROL SYSTEMS*** | MULTI-ROOM CONTROL SYSTEMS |
| ***TABLE TOP CONTROL SYSTEMS*** | TABLE TOP CONTROL SYSTEMS |
| ***IN-WALL CONTROL SYSTEMS*** | IN-WALL CONTROL SYSTEMS |
| ***DEMONSTRATION KITS*** | DEMONSTRATION KITS |

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

## PROTEGE LINE

### PROTEGE MULTIROOM AUDIO SOLUTION

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PMC-1000 | $4,599.00 | | |



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

PROTÉGÉ is a multiroom audio and whole-house control solution, which can be completely controlled by an iPhone™ or iPod touch®. PROTÉGÉ provides 4 x 8 audio switching, an integrated iTunes® audio server, and 25 control ports, all packaged in an elegant 3U design. It also includes an integrated touch panel server supporting a single touch panel. PROTÉGÉ allows you to choose from 12 different audio sources: four external analog sources and eight internal media players.

PROTÉGÉ is available to the consumer at entry-level investment and is compatible and expandable with Savant's entire product line.

------------------------------------------------------------------------------------------------

- Great entry level whole-house control and multiroom audio solution
- Complete whole-house control from the palm of your hand from home or afar
- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet ports, 10/100/1000 Base-T, auto-negotiating
- Audio Switching and Processing
  - Audio distribution up to 8 stereo zones, up to 4 external source inputs
  - Four external analog audio sources plus eight internal media players
  - Volume, balance and tone controls
- Audio outputs: Eight left and right analog (RCA) pairs
- Audio inputs: Four left and right analog (RCA) pairs
- Audio zones: Up to 8 sterro zones
- Integrated iTunes® digital audio server distributing eight unique songs simultaneously
- Integrated touch panel server supporting a single touch panel
- Front LED status indicators
- 3U metal enclosure, matte black with Savant's signature industrial design
- Easy to install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Compatible and expandable with Savant's entire product line
- Configured and customized using RacePoint Blueprint™ design tool

PROTEGE LINE

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463972

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

## CONTROLLERS

### SAVANT SYSTEM CONTROLLER (RSC-0007)

CONTROLLERS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RSC-0007 | $400.00 | | |

RSC-0007 is part of the Savant System Controller family designed to primarily provide Infrared (IR) control of third party devices and includes six IR termination ports and a single RS-232 Serial termination port. RSC-0007 is an ideal solution for small installations controlling IR-based devices, or to provide cost-effective control expansion - especially when additional IR control ports are required.




---

- Six IR termination ports and a single Serial termination port
- (1) Ethernet port, 10/100 Base-T, auto-negotiating
- Small footprint, an ideal fit for any space
- Included items
  - Power supply, 12V DC
  - (1) IR Emitter (IRB-1000)
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D) 1.3 x 4.2 x 6.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

## CONTROLLERS

### SAVANT SYSTEM CONTROLLER (RSC-0025)

CONTROLLERS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RSC-0025 | $1,900.00 | | |

Savant System Controller fulfills control, automation and expansion in a 1U half-rack style enclosure. It includes a blend of the most popular and common control formats (Serial, IR, Relay, GPIO and IP). Two of these systems can be mounted in a 1U rack shelf. ROSIE System Controllers can be linked to any Savant System containing a 'host' function, providing cost-effective, scalable control.




---

- 1U half-rack style metal enclosure, matte black
- Front LED Status Indicators
- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO (GPIO) & 1 Ethernet
  - (1) Ethernet port, 10/100 Base-T, auto-negotiating
- Included items
  - Removable rack ears and mounting hardware
  - Power supply, 12V DC
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D) 1.75 x 8.0 x 6.6 inches
Net Weight: 2.81 lbs (1.28 Kg)

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463973

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

CONTROLLERS

## SAVANT WIRELESS CONTROL SYSTEM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WCS-1000 | $3,500.00 | | |

The Wireless Control System with its integrated Host can be paired with Savant Remotes and Savant Mobile Devices, as an ideal control solution for simple multi-room installations. The Wireless Control System functions as a master zone controller and supports up to eight mobile devices. All audio and video switching and processing is performed by third-party Audio Video Receivers or Switchers. The WCS-1000 is offered in a 2U rack-mountable enclosure.



- Integrated Controller providing a blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO & 1 Ethernet port
- Integrated Host
  - Supports up to 8 mobile devices (iPod touch® and / or iPad™)
- Integrated iTunes® Digital Media Server
- Built-in Wi-Fi (802.11 G) & Bluetooth® 2.0
- 2U rack-mountable enclosure
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 12.5 lbs (5.7 kg)
Input Power (CPU): 120 VAC, 50/60 Hz, 15W, 12 VDC
Input Power (Host): 120 VAC, 50/60 Hz, 110W, 18 VDC

OSD CONTROLLERS

## SAVANT SYSTEM OSD

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| OCC-510W | $2,600.00 | | |

OCC-510W is a standalone video processor and scalar. Video processing and scaling features include Aspect Ratio: anamorphic & panoramic full screen, pillar box and more. Video processing including: contrast, saturation, hue & noise reduction. In addition, an alternate solution to provide Savant OSD feature capabilities delivering spectacular On-Screen Displays, when paired with a SVR-3000 (User Interface Server).

Note: Savant recommends the OSD-1010 platform or VOM-VP02 for OSD Applications.



- Blend of popular control ports
  - 2 Serial, 2 IR, 1 Relay, 1 General Purpose IO (GPIO)
  - 1 Ethernet port, 10/100 Base-T, auto-negotiating
- Audio Switching
  - Audio switching up to 3 x 1
- Audio Outputs: (1) S/PDIF, (1) HDMI™
- Audio Inputs: (1) TosLink and (2) HDMI™ Type A 19-pin female
- Video Switching and Processing
  - Video switching up to 3 x 1
  - Video processing, scaling and calibration
- Video Outputs: (1) HDMI™ AV output to (sink) display, Type A 19-pin female
- Video Inputs: (1) Component Video (YPbPr) and (2) HDMI™ Type A 19-pin female
- DVI Input: (1) Local graphics from Host
- USB 2.0 Inputs: (3) USB 2.0 input ports
  - (2) USB Type A for RF Receiver dongle or other USB applications
  - (1) USB connector Type B for local host graphics & control

HDMI RoHS COMPLIANT

Dimensions (H x W x D): 1.3 x 15.3 x 6.1 inches
Net Weight: 2.0 lbs (0.9 kg)
Input Power (CPU): 120 VAC, 50/60Hz, 35W, 12 VDC

CONTROLLERS

OSD CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

- Front panel LED status indicators
- 1U metal enclosure, matte black
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

## OSD CONTROLLERS

### SAVANT OSD CONTROL SYSTEM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| OSD-1010 | $3,800.00 | | |



Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 13.5 lbs (6.1 kg)
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

Savant OSD Control System is a complete Savant System. It functions as a master zone controller, supports up to 8 mobile devices and has a built-in iTunes® digital media server. All audio and video switching, and processing may be performed by 3rd party AV receivers or switches, or the Savant OSD Control System based on installation requirements. In addition, it provides Savant OSD feature capabilities delivering spectacular On-Screen Displays. It's available in a 2U rack-mountable enclosure and also includes a blend of the most popular control formats. If additional control ports are required, scalable and cost-effective control is readily available by adding a Savant System Controller (see RSC-0007 and RSC-0025).

---

- Blend of popular control ports
  - 2 Serial, 2 IR 1 Relay, 1 General Purpose IO (GPIO)
  - 1 Ethernet port, 10/100 Base-T, auto-negotiating
- Audio Switching
  - Audio switching up to 3 x 1
- Audio Outputs: (1) S/PDIF, (1) HDMI™
- Audio Inputs: (1) TosLink and (2) HDMI™ Type A 19-pin female
- Video Switching and Processing
  - Video switching up to 3 x 1
  - Video processing, scaling and calibration
- Video Outputs: (1) HDMI™ AV output to (sink) display, Type A 19-pin female
- Video Inputs: (1) Component Video (YPbPr) and (2) HDMI™ Type A 19-pin female
- DVI Input: (1) Local graphics from Host
- USB 2.0 Inputs: (3) USB 2.0 input ports
  - (2) USB Type A for RF Receiver dongle or other USB applications
  - (1) USB connector Type B for local host graphics & control
- HOST IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini- DVI output
  - (1) Mini DisplayPort output
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices (iPad™ and / or iPod touch®)
- Navigation and Control: Paired with Savant User Interfaces
- Front panel LED status indicators
- 2U metal enclosure, matte black
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)

OSD CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



- Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

## A/V CONTROLLERS

### SAVANT SYSTEM 2 (HOME THEATER SOLUTION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| LCC-2000 | $8,600.00 | | |



As part of the line of Savant System 2 control solutions, the LCC-2000 delivers audio processing and distribution technology by adding the optional Surround Sound module (AOM-SS8U). This world-class audio processing module supports surround sound decoding and matrix processing, including the most popular Dolby® and DTS decoders. The digital preamplifier stage features sixteen independent channels, of which eight are designed to provide multi-channel sound in the main listening room while the other eight feed an additional four stereo zones. The LCC-2000 has sixteen RCA jack connections grouped in one eight channel main zone (7.1 surround sound) and four stereo pairs for passing analog line-level audio signals to an external multi- channel amplifier.

LCC-2000 also provides broadcast-quality video processing, scaling and calibration features. Moreover, it enables Savant OSD (On-Screen Display) technology, which is a visually engaging and intuitive way to navigate, browse, and select diverse home control subsystems and multimedia by boldly presenting them on your HD displays.

---

- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
- Configurable and scalable
- Audio and Video Switching and Processing
  - Multi-room audio up to 4 x 8 (see LCC-2100)
  - 7.1 Surround Sound Processing (see LCC-2000)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
  - Video Switching 5 x 1 (see LCC-2100, LCC-2000)
  - Video processing and scaling (see LCC-2100, LCC-2000)
- Video Outputs: (1): (1) HDMI™ up to 1080p, or (1) Component up to 1080i/720p
- Five Video Inputs (2) HDMI™, (1) Composite, (1) Component and (1) S-Video
- Audio Outputs: Main Zone: 5.1/7.1 Surround Sound output, S/PDIF & HDMI™
- Audio Inputs: (4) Analog (2) HDMI™, (1) S/PDIF & (1) TosLink
- Audio Zones
  - 4 Stereo (with Main Zone Surround enabled)
  - 8 Stereo (with Main Zone Surround disabled)
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Front LED status indicators
- 3U metal enclosure, matte black
- Easy to Install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

A/V CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



- Installation kit

- Configured and customized using RacePoint Blueprint™ design tool

## A/V CONTROLLERS

### SAVANT SYSTEM 2 (MULTIROOM & OSD SOLUTION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| LCC-2100 | $8,200.00 | | |



As part of the family of Savant System 2 control platforms, the LCC-2100 delivers a 4 x 8 audio distribution solution. The addition of the AOM-016U module delivers an ideal configuration for installations requiring up to eight audiophile-quality distributed stereo zones. The LCC-2100 also provides broadcast-quality video processing, scaling and calibration features. Moreover, it enables Savant OSD (On-Screen Display) technology, which is a visually engaging and intuitive way to navigate, browse, and select diverse home control subsystems and multimedia by boldly presenting them on your HD displays.

---

- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
- Video Switching and Video Processing
  - Video processing and scaling and calibration
- Video Outputs: (1): (1) HDMI™ up to 1080p, or (1) Component up to 1080i/720p
- Five Video Inputs: (2) HDMI™, (1) Composite, (1) Component and (1) S-Video
- Audio Outputs: Eight Left and Right Analog (RCA) pairs
- Audio Inputs: (4) Analog (2) HDMI™, (1) S/PDIF & (1) TosLink
- Audio Zones: Up to 8 stereo zones
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices
- Front LED status indicators
- 3U metal enclosure, matte black
- Easy to Install and effortlessly placed in strategic installations
- Included items
  - Removable rack ears and mounting hardware
  - Power supplies
  - (2) IR Emitters (IRB-1000)
  - (1) Serial Adapter Kit (SAK-1000)
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs
Input Power (CPU): 120 VAC, 50/60Hz, 80W, 12 VDC
Input Power (Host): 120 VAC, 50/60Hz, 110W, 18 VDC

A/V CONTROLLERS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463977

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

## A/V CONTROLLERS

A/V CONTROLLERS

### SAVANT SYSTEM 24 (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-2400 | $18,000.00 | | |



Dimensions (H x W x D): 21.0 x 17.25 x 14 inches
Net Weight (base configuration): 90 Lbs

The MSC-2400 is part of the Savant family of modular Matrix Switcher and Controllers. A flexible design allows the MSC-2400 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 24 x 24 HD video switching, and 48 x 48 audio switching, or 96 x 96 audio only switching is supported per MSC-2400.

The MSC-2400 does not include an integrated host or. The master host controller selected with the MSC-2400 provides iTunes® Digital Media Server features and capabilities.

---

- Video Switching up to 1080p60, HD video switch up to 24 x 24 configurations
  - Analog and Digital video switching capabilities
  - 24 x 24 HDMI™ / DVI
  - 18 x 18 Component
  - 18 Composite x 24 HDMI™ or 18 Component Out Only
  - 18 S-Video x 24 HDMI™ or 18 Component Out Only
- Supports HDMI™ 1.3 and HDCP
- Blend of popular control ports (50)
  - 16 Serial, 12 IR, 8 Relay, 14 General Purpose IO (GPIO)
  - 6 Ethernet ports, 10/100/1000 Base-T, auto-negotiating
- Audio Switching up to 96 stereo zones or up to 12 Surround Sound zones
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing - Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response: 20Hz to 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating
- Front Panel LED Status Indicators
- 12U (rack units), matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - Installation kit including interconnect cables

  Note - IR Emitters and Serial Adapters are available (See IRB-1000, SAK-1000)
- Configured and customized using RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

A/V CONTROLLERS

## MATRIX SWITCHER AND CONTROLLER (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-24SE | $6,000.00 | | |




DOLBY DIGITAL EX PRO LOGIC IIx

dts

HDMI

RoHS COMPLIANT

Dimensions (H x W x D): 10.5 x 17.25 x 14 inches
Net Weight (base configuration): 41 lbs (18.6 kg)

MSC-24SE is part of Savant's modular Matrix Switchers and Controllers. Its flexible design allows the MSC-24SE to be field upgraded by adding audio or video processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching,video and audio processing features are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 24 x 24 HD video switching or 48 x 48 audio only, depending on the optional service modules selected is supported by the MSC-24SE platfrom. In addition, it can drive up to 12 OSD user interfaces (See VOM-VP02).

The master host controller selected and paired with the MSC-24SE provides iTunes® Digital Media Server features and capabilities. In addition, an optional Redundant Host Controller model is offered for high availability (See HST-3002).

A high-availability model with redundant load-sharing power supplies is available (MSC-24SER).

----------------------------------------------------------------------------------------------------

- Video Switching up to 1080p60 or 1900 x 1200
  - HD video switch up to 24 x 24 configurations, supports HDMI™ and HDCP
  - Video processing and scaling on a per port basis (optional modules required)
  - Analog and digital video switching capabilities
  - Drives up to 12 Savant OSD User Interfaces (video overlays)

Video Processing and Scaling including On-Screen Display (OSD) output
  - Video processing features include Hue, Stauration, Brightness, Contrast (HSBC) and Noise Reduction
  - Video scaling features include Aspect Ratio: anamorphic and panoramic full screen, pillar box and more
- Audio switching up to 48 stereo zones or up to 6 surround sound zones
  - Analog and digital video switching capabilities
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing: Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response: 20Hz t0 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
- Blend of popular control ports
  - 8 Serial, 6 IR, 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating

Chassis Enhancements for High Availability
- Removable Faceplate for Easy Access
- Field replaceable fan tray
- Redundant load-sharing power supplies (See MSC-24SER)
- Front Panel LED Status Indicators
- 6U (rack units), matte black metal enclosure
- Power (Input): 120 V AC

A/V CONTROLLERS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD Dealer Price Schedule October 2010**

- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - Installation kit

  Note - IR Emitters and Serial Adapters are available (See IRB-1000, SAK-1000)
- Configured and customized using RacePoint Blueprint™ design tool

## A/V CONTROLLERS

### MSC-24SE PLATFORM HIGH AVAILABILITY MODEL

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-24SER | $9,000.00 | | |



Dimensions (H x W x D): 10.5 x 17.25 x 14 inches
Net Weight (base configuration): 41 lbs (18.6 kg)

MSC-24SE is a high availability MSC-24SE platform offered with redundant load-sharing power supplies. Savant recommends pairing the MSC-24SER with the HST-3002 Redundant Host Controllers for additional reliability in case of single host controller failure.

Its flexible design allows the MSC-24SER to be field upgraded by adding audio or video processing modules, or audio and video input and output modules based on the needs and complexity of your installations.

Audio and video switching,video and audio processing features are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 24 x 24 HD video switching or 48 x 48 audio only, depending on the optional service modules selected is supported by the MSC-24SE platfrom. In addition, it can drive up to 12 OSD user interfaces (See VOM-VP02).
The master host controller selected and paired with the MSC-24SE provides iTunes® Digital Media Server features and capabilities. In addition, an optional Redundant Host Controller model is offered for high availability (See HST-3002).
A high-availability model with redundant load-sharing power supplies is available (MSC-24SER).

-----------------------------------------------------------------------------------------------

- Video Switching up to 1080p60 or 1900 x 1200
  - HD video switch up to 24 x 24 configurations, supports HDMI™ and HDCP
  - Video processing and scaling on a per port basis (optional modules required)
  - Analog and digital video switching capabilities
  - Drives up to 12 Savant OSD User Interfaces (video overlays)

  Video Processing and Scaling including On-Screen Display (OSD) output
  - Video processing features include Hue, Stauration, Brightness, Contrast (HSBC) and Noise Reduction
  - Video scaling features include Aspect Ratio: anamorphic and panoramic full screen, pillar box and more
- Audio switching up to 48 stereo zones or up to 6 surround sound zones
  - Analog and digital video switching capabilities
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater... 18 total
  - Stereo Preamp Processing: Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio: > 105dB
  - Frequency Response: 20Hz t0 20KHz +/- 0.1dB

*** All prices, availability, designs and specifications are subject to change without notice.**

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



- Total Harmonic Distortion (THD+N): < 0.001%

- Blend of popular control ports
  - 8 Serial, 6 IR 4 Relay, 7 General Purpose IO (GPIO)
  - 3 Ethernet port, 10/100/1000 Base-T, auto-negotiating

Chassis Enhancements for High Availability

- Removable Faceplate for Easy Access
- Field replaceable fan tray
- Redundant load-sharing power supplies (See MSC-24SER)
- Front Panel LED Status Indicators
- 6U (rack units) matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - Installation kit

Note - IR Emitters and Serial Adapters are available (See IRB-1000, SAK-1000)

- Configured and customized using RacePoint Blueprint™ design tool

## A/V CONTROLLERS

### MATRIX SWITCHER AND CONTROLLER FIXED CONFIGURATION

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-24SES | $8,000.00 | | |



HDMI

RoHS COMPLIANT

MSE-24SES platform is bundled with specific audio and video service cards providing a 4 x 4 HDMI switching solution. In addition, the MSC-24SES platform delivers an 8 x 8 multiroom audio and whole-house control solution, and includes 25 control ports.

The MSC-24SES does not include an integrated host. The master host controller selected and paired with the MSC-24SE provides iTunes® Digital Media Server features and capabilities. Savant recommends selecting the HST-3001 as the master host controller.

Note - The MSC-24SES is NOT EXPANDABLE it is a fixed configuration

-----------------------------------------------------------------------------------------

The MSC-24SES is bundled with the following key components:

- (1) MSC-24SE Platform, 6U (rack units)
- (1) VIM-30D4, Digital Video Input Module - See VIM-30D4
- (1) VOM-30D4, Digital Video Output Module - See VOM-30D4
- (1) AIM-D4A8, Mixed Digital and Analog Audo Input Module - See AIM-D4A8
- (1) AOM-016U, Analog Audio Output Module - See AOM-016U

Note: See MSC-24SE for additional information on features and capabilities, and the individual audio and video service cards.

A/V CONTROLLERS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463981

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**



## A/V CONTROLLERS

### SAVANT SYSTEM 36 (BASE CONFIGURATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MSC-3600 | $28,000.00 | | |



Dimensions (H x W x D): 31.5 x 17.25 x 14 inches
Net Weight (base configuration): 135 Lbs

MSC-3600 is part of the Savant family of modular Matrix Switchers and Controllers. A flexible design allows the MSC-3600 to be field upgraded by adding audio processing modules, or audio and video input and output modules based on the needs and complexity of your installations. Audio and video switching, and audio processing features and capabilities are based on specific configurations and available by ordering the appropriate optional modules. Based on the modular design, up to 27 x 36 HD video switching, and 72 x 72 audio switching, or 144 x 144 audio only switching is supported per MSC-3600. The Comparison Matrix will assist you in determining and selecting the right multifunctional platform to meet the needs and demands of your installations (see Product Cut Sheet).

The MSC-3600 does not include an integrated host. The optional master host controller selected and paired with the MSC-3600 provides iTunes® Digital Media Server features and capabilities.

---

- Video Switching up to 1080p, HD video switch up to 27 x 36 configurations
  - Analog and Digital video switching capabilities
  - 36 x 36 HDMI™ / DVI
  - 27 x 27 Component
  - 27 Composite x 36 HDMI™ or 27 Component Out Only
  - 27 S-Video x 36 HDMI™ or 27 Component Out Only
- Supports HDMI™ 1.3 and HDCP
- Blend of popular control ports (75)
  - 24 Serial, 18 IR, 12 Relay, 21 General Purpose IO (GPIO)
  - 9 Ethernet ports, 10/100/1000 Base-T, auto-negotiating
  - Integrated Ethernet switch
- Audio Switching up to 144 stereo zones or up to 18 Surround Sound zones
  - Popular Analog and Digital audio switching formats supported
  - See Audio Input Modules for additional Information
- Audio Processing (Optional audio processing modules)
  - Surround Sound: DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 & AAC
  - Matrix Processing: Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, & DTS NEO:6
  - Post Processing: Tone Controls, 7 Channel Stereo/Mono, Loudness Control
  - Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total
  - Stereo Preamp Processing - Independent Control of Volume, Balance, Bass, Treble, Mono & Mute
- Audiophile Performance
  - THD+N: -102dB
  - Dynamic Range: 115dB
  - Signal-to-Noise Ratio > 105dB
  - Frequency Response 20Hz t0 20KHz +/- 0.1dB
  - Total Harmonic Distortion (THD+N): < 0.001%
- Front Panel LED Status Indicators
- 18U (rack units), matte black metal enclosure
- Power (Input): 120 V AC
- Included items
  - Removable rack ears and mounting hardware
  - AC power cord
  - Installation kit including interconnect cables

  Note - IR Emitters and Serial Adapters are available (See IRB-1000, SAK-1000)
- Configured and customized using RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

SERVICE CARDS

## ANALOG AUDIO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AIM-0A16 | $1,200.00 | | The AIM-0A16 is an analog audio input module that can be used in any Savant modular Matrix Switcher and Controller. Each AIM-0A16 supports eight analog stereo inputs. Up to 18 AIM-0A16 modules can be added to a Savant System 36 in a 144 x 144 audio only configuration. |



- Eight analog stereo inputs, 16 RCA jack connectors
- Single ended 2V RMS for 0dB volume control setting
- Each input has adjustable volume control (sensitivity)
- 5K ohms or higher load impedance, 30 pF or less
- AC coupled inputs
- Flat response: 20 Hz to 20KHz, +/- 0.1dB
- ESD protected
- RFI filtered
- Sample rate 96KHz

RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## ANALOG AUDIO INPUT MODULE (BALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AIM-BAL16 | $1,200.00 | | AIM-BA16 is a 16 channel balanced analog audio input module that can be used in any Savant modular Matrix Switcher and Controller. Each AIM-BAL16 supports eight analog stereo inputs and is offered with jack connectors (terminal blocks). The AIM-BAL16 is ideal for commercial applications that require balanced audio inputs and screw terminations. |



- 16 Channel Balanced Audio Input Module
- 5 pin detachable terminal blocks with screw terminations
- THD+N, -98 dB @ 0dBFS
- Dynamic range: 108 dB
- Channel-to-Channel Crosstalk: -80 dB
- Adjustable Input Sensitivity Range: -96 dB to +22 dB in 1/4 dB steps
- Balanced or unbalanced stereo line level inputs
- Balanced input level -22 dBV to + 12 dBV, Unbalanced: -22dBV to + 6dBV
- Input Impedance: 24 Ohms

RoHS COMPLIANT

SERVICE CARDS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



SERVICE CARDS

## MIXED DIGITAL AND ANALOG AUDIO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AIM-D4A8 | $1,200.00 | | |



The AIM-D4A8 is a mixed digital and analog audio input module that can be used in ROSIE Systems 12, 24 & 36. Each AIM-D4A8 supports four analog stereo inputs, two digital coax (S/PDIF) inputs, and two TosLink (optical digital) inputs. The AIM-D4A8 can be used in any Savant modular Matrix Switcher and Controller.

- Four Analog Stereo Inputs
- Eight RCA jack connectors
- Single ended 2V RMS for 0dB volume control setting
- Each input has adjustable volume control (sensitivity)
- 5K ohms or higher load impedance, 30 pF or less
- AC coupled inputs
- Flat response: 20 Hz to 20KHz, +/- 0.1dB
- ESD protected
- RFI filtered
- Sample rate 96KHz
- Two digital coax (S/PDIF) inputs
- Digital inputs meet the S/PDIF standard (IEC60958)
- Up to 24 bit/96KHz
- Two TosLink inputs
- Digital inputs support PCM or encoded audio formats

RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## 16-CHANNEL STEREO PREAMP OUTPUT MODULE (UNBALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-016U | $1,800.00 | | |



The AOM-016U is a high performance 16-channel stereo preamplifier output module designed specifically for multi-zone audio distribution applications. Up to eighteen AOM-016U stereo output modules can be added to a Savant System 36, providing 144 audiophile quality stereo zones.

The digital preamplifier stage has sixteen RCA jack connections grouped in eight stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. The AOM-016U can be used in any Savant modular Matrix Switcher and Controller platform.

- Fully integrated Output Preamplifier
- Each module supports eight unbalanced stereo preamp outputs
- Supports an 8 x 8 stereo preamp configuration
- Audiophile Performance
- Balance, tone and volume controls
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- Output Impedance: 150 ohms
- Crosstalk: -80dB
- 16 RCA jack connectors

RoHS COMPLIANT

SERVICE CARDS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

SERVICE CARDS

## DIGITAL AUDIO OUTPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-04DC | $1,800.00 | | The AOM-04DC is a digital audio output module designed specifically for multi-zone audio distribution applications and includes four S/PDIF outputs (RCA jacks). |



SERVICE CARDS

SERVICE CARDS

## 8-CHANNEL STEREO PREAMP OUTPUT MODULE (BALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-8XLR | $2,400.00 | | The AOM-8XLR is a high performance 8-channel balanced stereo preamplifier output module designed specifically for multi-zone audio distribution applications. Up to nine AOM-8XLR stereo preamp output modules can be added to a Savant System 36 providing 72 audiophile quality stereo zones. The digital preamplifier stage has eight XLR balanced connectors grouped in four stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. The AOM-8XLR can be used in any Savant modular Matrix Switcher and Controller. |



- Fully integrated Output Preamplifier
- Each module supports four balanced stereo preamp outputs
- Audiophile Performance
- Balance, tone and volume controls
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- Output Impedance: 150 ohms
- Crosstalk: -80dB
- 8 XLR balanced connectors

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

SERVICE CARDS

## 7.1 SURROUND SOUND & AUDIO PROCESSING MODULE (UNBALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-SS8U | $2,400.00 | | |



The AOM-SS8U is a world-class audio processing module supporting surround sound decoding, matrix and post processing-including the most popular Dolby® and DTS decoders-providing preprocessor features. The addition of this module offers an ideal configuration for installations requiring a single surround sound zone, plus four distributed stereo zones. The digital preamplifier stage has sixteen RCA jack connections grouped in one eight channel main zone (7.1 surround sound) and four stereo pairs for passing analog line-level audio signals to an external multi-channel amplifier. Additionally, this versatile audio processing module enables audio mixing and overlay capabilities useful for applications requiring audio alerts and cues. The AOM-SS8U service module can be used in any Savant modular Matrix Switcher and Controller.

- Audiophile Quality Audio Processing
- Surround Sound & Audio Processing: Dolby® & DTS decoders
- Single Zone of 7.1 Surround Sound plus 4 Stereo Zones
- Audio mixing and overlay capabilities
- Balance, tone and volume controls
- Surround Sound Processing Decoders
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- 16 RCA jack connectors

SERVICE CARDS

SERVICE CARDS

## 7.1 SURROUND SOUND & AUDIO PROCESSING MODULE (BALANCED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| AOM-SSXLR | $3,000.00 | | |



The AOM-SSXLR has the same surround sound feature as the AOM-SS8U surround module offered with balanced (XLR) outputs. In contrast, the AOM-SSXLR does not support the additional four stereo zones offered with the AOM-SS8U. The digital preamplifier stage has eight XLR connections grouped in one eight channel main zone (7.1 surround sound) for passing analog line-level audio signals to an external home theater amplifier. Additionally, the AOM-SSXLR audio processing module delivers audio mixing and overlay capabilities useful for applications requiring audio alerts and cues. The AOM-SSXLR service module can be used in any Savant modular Matrix Switcher and Controller.

- Audiophile Quality Audio Processing
- Surround Sound & Audio Processing: Dolby® & DTS decoders
- Single Zone of 7.1 Surround Sound
- Audio mixing and overlay capabilities
- Balance, tone and volume controls
- Surround Sound Processing Decoders
- THD+N: -102dB
- Dynamic Range: 115dB
- Signal-to-Noise Ratio: > 105dB
- Frequency Response: 20Hz to 20KHz +/- 0.1dB
- Total Harmonic Distortion (THD +N): < 0.001%
- 8 XLR connectors

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463986

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

SERVICE CARDS

## DIGITAL VIDEO INPUT MODULE (4-PORT HDMI)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-30D4 | $4,000.00 | | |



VIM-30D4 is a digital video input module used in Savant modular matrix switch controllers, supporting video resolutions up to 1080p60. The VIM-30D4 module supports four HDMI™ inputs. Audio and video signals from a source are received and routed to the system's switching and processing circuitry, and subsequently routed to any 'system' digital video output port.

---

- HDMI™ 1.3: (4) ports, which receives HDMI™ audio and video signals
- Video and Graphics resolutions up to 1080p60 or 1920x1200, and WUXGA@60Hz
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.3: Decryption of content protected (audio and video)
- Designed with HDMI™ Locking Connectors
- Note - Optional HDMI Locking Cables are available (See CBL-3LHDMI, CBL-6LHDMI)

HDMI RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## ANALOG VIDEO INPUT MODULE (INCLUDES 2 VGA)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-A1C1S2V | $1,500.00 | | |

VIM-A1C1S2V is an analog video input module used in Savant modular Matrix Switchers and Controllers. This module has three analog video interfaces with a 10-bit A/D converter. It receives analog video and digitizes it up to 10 bits.




---

- Video formats supported: Component and S-Video & VGA
  - (1) Component
  - (1) S-Video
  - (2) VGA
- Video resolutions supported: 480i, 480p, 720p and 1080i
- VGA resolutions supported:
  - 800 x 600 @ 60 Hz
  - 1024 x 768 @ 60Hz
- Video Input: 1 V peak-to-peak nominal
- Video Input Impedance: 75 ohms

RoHS COMPLIANT

SERVICE CARDS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463987

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

SERVICE CARDS

## ANALOG VIDEO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-A3C3S | $1,500.00 | | VIM-A3C3S is an analog video input module used in Savant moduler Matrix Switchers and controllers. This module has three analog video interfaces with a 10-bit A/D converter. It receives analog video and digitizes it up to 10 bits, and supports 50Hzvideo resolutions. |



---

- Video formats supported: Component
  - (3) Component
- Video resolutions supported: 480i, 480p, 720p and 1080i
- Video Input: 1 V peak-to-peak nominal
- Video Input Impedance 75 ohms

RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## DIGITAL VIDEO OUTPUT MODULE (4-PORT HDMI)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-30D4 | $4,000.00 | | VOM-30D4 is a digital video output module used in Savant modular Matrix Switchers and Controllers, supporting video resolutions up to 1080p60. The VOM-30D4 module supports four HDMI™ 1.3 outputs. The VOM-30D4 receives audio and video signals from the system switch and transmits this data over HDMI™ connections. |



---

- HDMI™ 1.3: (4) ports, which receives HDMI™ audio and video signals
- Video and Graphics resolutions up to 1080p60 or 1920x1200, and WUXGA@60Hz
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.3: Decryption of content protected (audio and video)
  Designed with HDMI™ Locking Connectors
- Note - Optional HDMI Locking Cables are available (See CBL-3LHDMI, CBL-6LHDMI)

HDMI

RoHS COMPLIANT

SERVICE CARDS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

SERVICE CARDS

## ANALOG VIDEO INPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VIM-A3C3S | $1,500.00 | | |



VIM-A3C3S is an analog video input module used in Savant moduler Matrix Switchers and controllers. This module has three analog video interfaces with a 10-bit A/D converter. It receives analog video and digitizes it up to 10 bits, and supports 50Hzvideo resolutions.

---

- Video formats supported: Component
  - (3) Component
- Video resolutions supported: 480i, 480p, 720p and 1080i
- Video Input: 1 V peak-to-peak nominal
- Video Input Impedance 75 ohms

RoHS COMPLIANT

SERVICE CARDS

SERVICE CARDS

## DIGITAL VIDEO OUTPUT MODULE (4-PORT HDMI)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-30D4 | $4,000.00 | | |



VOM-30D4 is a digital video output module used in Savant modular Matrix Switchers and Controllers, supporting video resolutions up to 1080p60. The VOM-30D4 module supports four HDMI™ 1.3 outputs. The VOM-30D4 receives audio and video signals from the system switch and transmits this data over HDMI™ connections.

---

- HDMI™ 1.3: (4) ports, which receives HDMI™ audio and video signals
- Video and Graphics resolutions up to 1080p60 or 1920x1200, and WUXGA@60Hz
- Video resolutions supported: 480p, 720p, 1080i, 1080p
- Audio supported: (4) I2S (Inter-IC Sound) outputs per port; one S/PDIF output per port, which supports PCM, Dolby® and DTS digital audio transmission
- HDCP 1.3: Decryption of content protected (audio and video)
  Designed with HDMI™ Locking Connectors
- Note - Optional HDMI Locking Cables are available (See CBL-3LHDMI, CBL-6LHDMI)

HDMI RoHS COMPLIANT

SERVICE CARDS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463988

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

SERVICE CARDS

## ANALOG VIDEO OUTPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-A3C3S | $1,500.00 | | |



VOM-A3C3S is a video output module used in Savant modular Matrix Switchers and Controllers. It receives digital video from the system video switch and converts to component analog video. The VOM-A3C3S module supports three analog video outputs.

---

- Video formats supported: Component
  - (3) Component
- Video resolutions supported: 480i, 480p, 720p and 1080i
- Video Input Impedance: 75 ohms
- Audio formats supported: (3) S/PDIF

SERVICE CARDS

SERVICE CARDS

## VIDEO PROCESSING OUTPUT MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-VP02 | $3,600.00 | | |



VOM-VP02 is a video processing and scaling service module used in Savant modular Matrix Switchers and Controllers with the identical video processing and scaling features of the VOM-VP02 (see VOM-VPS2).
Moreover, the VOM-VP02 drives Savant's award-winning On-Screen Display (OSD) technology, an On-TV Menu System overlaid over live video up to 1080p. The VOM-VP02 includes two integrated broadcast-quality video processors outputting HD video up to 1080p60 to two displays or projectors. The multifunctional design provides video processing and scaling, coupled with a revolutionary user interface. Up to six VOM-VP02s can be added to the MSC-24SE platform. The SVR-3000 can drive two OSD video overlays up to 1080p.

Video scaling features include aspect ratio: anamorphic and panoramic full screeen, pillar box and more. Video processing features include: hue, saturation, brightness, contrast (HSBC) and noise reduction.

---

- HDMI™ 1.3: (2) ports with locking HDMI connectors
- (2) DVI inputs for inputting Mac® graphics
- Drives 2 OSD User Interfaces (video overlays) per VOM-VP02
- Single SVR-3000 drives two OSD video overlays up to 1080p
- Video resolutions up to 1080p60 or 1920x1200, and WUXGA@60Hz
- Two integrated video processors and scalars
- HDCP 1.3: Decryption of content protected (audio and video)
- Incorporates adaptive mosquito noise reduction, block artifact and temporal noise reduction
- Hue, Saturation, Brightness and Contrast (HSBC) control
- Aspect Ratio: Anamporphic and Panoramic full screen, Pillar box and more
- Note - Optional HDMI Locking Cables are available (See CBL-3LHDMI, CBL-6LHDMI)

Install Kit includes:

- (1) HDMI to DVI-D Single Link Cable, 1 meter
- (1) Adapter: Mini DisplayPort to DVI (female)

SERVICE CARDS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463989

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

- (1) DVI-D to DVI-D Single Link Cable, 1 meter
-

## SERVICE CARDS

SERVICE CARDS

### DUAL PORT VIDEO PROCESSING AND SCALAR MODULE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| VOM-VPS2 | $2,400.00 | | |



VOM-VPS2 is a video processing and scaling service module used in Savant modular Matrix Switchers and Controllers. Ideal for diverse video processing and scaling applications. For instance, it can be used to scale video sources commonly found in conference rooms or boardrooms, such as computers or projectors. Each VOM-VPS2 contains two integrated broadcast-quality video processors outputting video up to 1080p60.

Video scaling features include aspect ratio: anamorphic and panoramic full screeen, pillar box and more. Video processing features include: hue, saturation, brightness, contrast (HSBC) and noise reduction.

----------------------------------------------------------------------------------------

- HDMI™ 1.3: (2) ports with locking HDMI connectors
- Video resolutions up to 1080p60 or 1920x1200, and WUXGA@60Hz
- Two integrated video processors and scalars
- HDCP 1.3: Decryption of content protected (audio and video)
- Incorporates adaptive mosquito noise reduction, block artifact and temporal noise reduction
- Hue, Saturation, Brightness and Contrast (HSBC) control
- Aspect Ratio: Anamporphic and Panoramic full screen, Pillar box and more
- Note - Optional HDMI Locking Cables are available (See CBL-3LHDMI, CBL-6LHDMI)

HDMI
RoHS COMPLIANT

## IPOD/IPAD DISTRIB INTERFACE

IPOD DISTRIBUTION INTERFACE

### DESKTOP CHARGING DOCK FOR IPAD (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DCD-100B | $400.00 | | |




Savant's Desktop Charging Dock for iPad™ is comprised of a desktop charging cradle and power supply. An iPad™ is powered via the dock, and while docked its touch screen is used for wireless navigation and control of Savant Automation and Control solutions.

The Desktop Charging Dock for iPad™ compliments Savant's industrial design and provides additional mechanical stability when the user is tapping or swiping the touch interface.

----------------------------------------------------------------------------------------

- Desktop Charging Dock (iPad™ not included)
- Easy to install and effortlessly placed in strategic locations
- Add multiple Desktop Charging Docks throughout the house
- 24V DC Power Supply
- Configured and customized with RacePoint Blueprint™ design tool

Made for iPad
RoHS COMPLIANT

Dimensions (H x W x D): 3.6 x 7.2 x 5.0 inches
Net Weight: 1.2 lbs (0.54 Kg)

* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

IPOD/IPAD DISTRIB INTERFACE

## DESKTOP CHARGING DOCK FOR IPAD (WHITE)

IPOD DISTRIBUTION INTERFACE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DCD-100W | $400.00 | | |



Savant's Desktop Charging Dock for iPad™ is comprised of a desktop charging cradle and power supply. An iPad™ is powered via the dock, and while docked its touch screen is used for wireless navigation and control of Savant Automation and Control solutions.

The Desktop Charging Dock for iPad™ compliments Savant's industrial design and provides additional mechanical stability when the user is tapping or swiping the touch interface.

---

- Desktop Charging Dock (iPad™ not included)
- Easy to Install and effortlessly placed in strategic locations
- Add multiple Desktop Charging Docks throughout the house
- 24V DC Power Supply
- Configured and customized with RacePoint Blueprint™ design tool

Made for iPad
RoHS COMPLIANT

Dimensions (H x W x D): 3.6 x 7.2 x 5.0 inches
Net Weight: 1.2 lbs (0.54 Kg)

IPOD/IPAD DISTRIB INTERFACE

## DESKTOP IPOD DOCKING CRADLE (BLACK)

IPOD DISTRIBUTION INTERFACE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDL-100B | $500.00 | | |



The Savant Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any Savant User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including Savant OSD.

DDL-100B is designed for local installations to be collocated with any Savant AV System.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple local installation to any Savant AV System
  - Distribution of audio, video, power and control signals up to 5 meters
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC power supply included
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals (long-haul application, see DDS-100B)
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output

Made for iPod
RoHS COMPLIANT

Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

- Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- For long-haul installation applications see DDS-100B, DDS-100W and MDR-1000
- Configured and customized with RacePoint Blueprint™ design tool

IPOD/IPAD DISTRIB INTERFACE

## DESKTOP IPOD DOCKING CRADLE (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDL-100W | $500.00 | | |



Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.0 lbs (0.45 Kg)

The Savant Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any Savant User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including Savant OSD.

DDL-100W is designed for local installations to be collocated with any Savant AV System.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple local installation to any Savant AV System
  - Distribution of audio, video, power and control signals up to 5 meters
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC power supply included
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals (long-haul application, see DDS-100W)
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- For long-haul installation applications, see DDS-100B, DDS-100W and MDR-1000
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463992

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**



**IPOD/IPAD DISTRIB INTERFACE**

## SAVANT DESKTOP MEDIA DOCK SOLUTION (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDS-100B | $750.00 | | |



Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.5 lbs (0.68 Kg)

The Savant Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any Savant User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including Savant OSD.

DDS-100B is designed for long-haul applications and is paired with the Media Dock Receiver (MDR-1000) distributing audio, video, power and control signals up to 100 meters.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Paired with Media Dock Receiver, MDR-1000 (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Configured and customized with RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463993

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**



**IPOD/IPAD DISTRIB INTERFACE**

## SAVANT DESKTOP MEDIA DOCK SOLUTION (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| DDS-100W | $750.00 | | |



Made for iPod

RoHS COMPLIANT

Dimensions (H x W x D): 1.6 x 5.8 x 4.2 inches
Net Weight: 1.5 lbs (0.68 Kg)

The Savant Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any Savant User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including Savant OSD.

DDS-100W is designed for long-haul applications and is paired with the Media Dock Receiver (MDR-1000) distributing audio, video, power and control signals up to 100 meters.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Paired with Media Dock Receiver, MDR-1000 (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Configured and customized with RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**



IPOD/IPAD DISTRIB INTERFACE

## IN-WALL CHARGING AND CONTROL DOCK FOR IPAD

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| ICC-200X | $750.00 | | |



Savant's iPad™ In-Wall Wired Charging Dock transforms the Apple® iPad™ into cost-effective wired in-wall touch panels which provides you with a new and exciting user touch interface option. The ICC-200X is comprised of an in-wall docking cradle paired with a low-profile magnetically attached bezel. The iPad™ is powered via the dock, and its touch screen is used for wired navigation and control of Savant Automation and Control solutions.

ICC-200X is specifically designed as a fixed iPad™ docking solution and is not intended to be removed. The iPad™ is placed in the docking cradle and mechanically held with a locking fastener. In addition, the ICC-200X includes a removal notification feature, which is useful in alerting you in the event of the iPad™ being removed without permission.




- In-Wall Charging Dock (iPad™ not included)
- Transforms an iPad™ into a fixed wired In-Wall Touch Panel
- Removal Notification via contact closure
- Portrait or Landscape installation options
- Removable magnetically-attached bezels available (see BZX-RIPAD, BZX-SIPAD)
- - Ships with (1) Square Corner Bezel in choice of black, white, almond or primer finish
- Add multiple iPad™ In-Wall Charging Docks throughout the installation
- Easy to Install and effortlessly placed in strategic locations
  - Simple installation over common CAT5 or 2-conductor twisted pair
  - Cut Out Dimensions (H x W): 11.4 x 8.5 inches (see template)
- Power: 24V DC, typically distributed over 2-conductor twisted pai
- Pre-construction box availiable (see RIB-IWCD)
- Configured and customized with RacePoint Blueprint™ design tool

Dim. of docking (H x W x D): 11.2 x 8.3 x 2.5 inches
Dim. with faceplate (H x W x D): 12.1 x 9.5 x 0.23 inches
Net Weight: 0.5 lbs (0.26 Kg)

IPOD DISTRIBUTION INTERFACE

IPOD/IPAD DISTRIB INTERFACE

## IN-WALL CHARGING DOCK FOR IPAD

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDC-200X | $500.00 | | |



Savant's iPad™ In-Wall Charging Dock transforms the Apple® iPad™ into cost-effective wireless in-wall touch panels which provides you with a new and exciting user touch interface option. The In-Wall Charging Dock is comprised of an in-wall docking cradle paired with a low-profile magnetically attached faceplate. The iPad™ is powered via the dock, and its touch screen is used for wireless navigation and control of Savant Automation and Control solutions.

The IDC-200X is specifically designed as a fixed iPad™ docking solution and is no intended to be removed. The iPad™ is placed in the docking cradle and mechanically held with a locking fastener. In addition, the IDC-200X includes a removal notification feature, which is useful in alerting you in the event of the iPad™ being removed without permission.




- In-Wall Wireless Charging Dock (iPad™ not included)
- Transforms an iPad™ into a fixed wireless In-Wall Touch Panel
- Removal Notification via contact closure
- Portrait or Landscape installation options
- Removable magnetically-attached bezels available (see BZX-SIPAD, BZX-RIPAD)
- - Ships with (1) Square Corner Bezel in choice of black, white, almond or primer finish
- Add multiple iPad™ In-Wall Charging Docks throughout the installation

*** All prices, availability, designs and specifications are subject to change without notice.**

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

Dim. of docking (H x W x D): 11.2 x 8.3 x 2.5 inches
Dim. with faceplate (H x W x D): 12.1 x 9.5 x 0.23 inches
Net Weight: 0.5 lbs (0.26 Kg)

- Easy to Install and effortlessly placed in strategic locations
  - Simple installation over common CAT5 or 2-conductor twisted pair
  - Cut Out Dimensions (H x W): 11.4 x 8.5 inches (see template)
- Power: 24V DC, typically distributed over 2-conductor twisted pair
- Pre-construction box availiable (see RIB-IWCD)
- Configured and customized with RacePoint Blueprint™ design tool



## IPOD/IPAD DISTRIB INTERFACE

### IN-WALL CHARGING DOCK FOR IPAD (4 PACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDC-204X | $2,000.00 | | The IDC-204X is a bundle containing 4 iPad™ In-Wall Wireless Charging Docks with choice of bezel color. The IDC-204X ships with the TPS-1000 power supply and is intened for installations where all four In-Wall Charging Docks are being installed in the same location. See IDC-200X for additional information |






*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

**IPOD/IPAD DISTRIB INTERFACE**

## IN-WALL CHARGING DOCK FOR IPOD TOUCH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDC-T00X | $300.00 | | |






Dim. of docking (H x W x D): 5.7 x 3.0 x 2.5 inches
Dim. with faceplate (H x W x D): 6.4 x 3.7 x 0.23 inches
Net Weight: 0.25 lbs (0.11 Kg)

Savant's In-Wall Wireless Charging Dock transforms the Apple® iPod touch® into cost-effective wireless in-wall touch panels which provides you with a new and exciting user touch interface option. The IDC-T00X is comprised of an in-wall docking cradle paired with a low-profile magnetically attached faceplate. The iPod touch® is powered via the dock, and its touch screen is used for wireless navigation and control of Savant Automation and Control solutions.

The IDC-T00X is specifically designed as a fixed iPod touch® docking solution and is not to be removed. The iPod touch® is placed in the docking cradle and mechanically held with a locking fastener. In addition, the IDC-T00X includes a removal notification feature, which is useful in alerting you in the event of the iPod touch® being removed without permission.

---

- In-Wall Wireless Charging Dock (iPod touch® not included)
- Transforms an iPod touch® into a fixed wireless In-Wall Touch Panel
- Removal Notification via contact closure
- Portrait or Landscape installation options
- Removable magnetically-attached bezels available (see BZX-SIPOD)
- - Ships with (1) Square Corner Bezel in choice of black, white, almond or primer finish
- Add multiple iPod touch® In-Wall Charging Docks throughout the installation
- Easy to Install and effortlessly placed in strategic locations
  - Simple installation over common CAT5 or 2-conductor twisted pair
  - Cut Out Dimensions (H x W): 5 7/8 x 3.25 inches (see template)
- Power: 24V DC, typically distributed over 2-conductor twisted pai
- Pre-construction box availiable (see RIB-IT00)
- Configured and customized with RacePoint Blueprint™ design tool

IPOD DISTRIBUTION INTERFACE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0463997

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**



**IPOD/IPAD DISTRIB INTERFACE**

## SAVANT IN-WALL MEDIA DOCK (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDS-110B | $750.00 | | |







Dimensions (H x W x D): 6.5 x 5.0 x 2.7 inches
Net Weight: 1.5 lbs (0.68 Kg)

The Savant In-Wall Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any Savant User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including Savant OSD.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Cut Out Dimensions (H x W): 5.9 x 4.4 inches (see template)
  - Snap-On Wall Plate
  - Paired with Media Dock Receiver (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Pre-construction box availiable (see RIB-IWMD)
- Configured and customized with RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**



## IPOD/IPAD DISTRIB INTERFACE

### SAVANT IN-WALL MEDIA DOCK (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IDS-110W | $750.00 | | |




Dimensions (H x W x D): 6.5 x 5.0 x 2.7 inches
Net Weight: 1.5 lbs (0.68 Kg)

The Savant In-Wall Media Dock provides an entertaining interface to Apple's popular iPod® family of personal music players, including the revolutionary iPhone™ and iPod touch®, delivering full two-way control and navigation from any Savant User Interface. Simply plug your iPod® or iPhone™ into the universal docking station and instantly share and access your entire personal music or video collection throughout the house. Search and select music by artist, album, genre and track from Savant's line of unique and innovative user interfaces. All menu information from the iPod® or iPhone™ is elegantly displayed. The iPod® or iPhone™ media playback functions, such as start, stop, pause and next track/previous track control are readily accessible via Savant's user interfaces, including Savant OSD.

---

- Universal docking cradle and integrated charger
- Full two-way control including metadata and now playing information
- Navigation & Feedback
  - Control your iPod® / iPhone™ from any Savant User Interface including OSD
  - Search the entire iPod® library by artist, genre, album and track from any UI
- Easy to Install and effortlessly placed in strategic installations
  - Simple installation over common CAT5
  - Distribution of audio, video, power and control signals up to 100 meters
  - Two CAT5 connections for audio, power and control
  - Three CAT5 connections for audio, video, power and control
  - Cut Out Dimensions (H x W): 5.9 x 4.4 inches (see template)
  - Snap-On Wall Plate
  - Paired with Media Dock Receiver (included)
- Fully scalable and expandable - Add multiple Media Docks throughout the house
- Power: 24V DC, distributed over CAT5 supplied from Media Dock Receiver
- Media Dock Receiver IO
  - (1) USB port, Type B mini jack to Host
  - (3) RJ45 jacks for video, audio and control signals
  - (1) Power female barrel connector, 24V DC
  - Audio Out: Left and Right (2) RCA Jacks, Stereo line-level audio output
  - Video Out, Component (YPbPr), (3) RCA Jacks, also supports Composite video
- Pre-construction box availiable (see RIB-IWMD)
- Configured and customized with RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

## IPOD/IPAD DISTRIB INTERFACE

### SAVANT MEDIA DOCK RECEIVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| MDR-1000 | $350.00 | | |

The Savant Media Dock Receiver is designed for long-haul applications and is paired with the In-wall and Desktop iPod® docking stations. The MDR-1000 provides the necessary source connections to any Savant AV System Controller. It connects to the In-wall or Desktop Media Dock via three CAT5 cables extending power, control, audio and video to a docked iPod® or iPhone™



------------------------------------------------------------

Specifications

- (3) RJ45 jacks, receiving end; two for AV distribution and the third for power and control
- (1) Barrel connector for 24 V DC power supply
- (2) Left and right audio RCA jacks
- (1) Component video RCA jack, also supports Composite video (blue RCA jack)
- (1) USB Type B mini jack
- Configured with RacePoint Blueprint™ Design Tool

RoHS COMPLIANT

Dimensions (H x W x D): 1.3 x 4.4 x 6.3 inches
Weight: Approx. 0.5 lbs (0.26 Kgs)

IPOD DISTRIBUTION INTERFACE

## HOSTS & SERVERS

### SAVANT HOST CONTROLLER (1U RACK SPACE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| HST-3001 | | | |

As a key building block, the Host (within a Savant system) provides numerous functions including high-level automation and control functions, User Interface interpretations, system administration and monitoring. Also, the Host, within any Savant system may act as the main Media Server housing and controlling playback of any iTunes® content (music, movies, etc.) and supports up to eight mobile devices.



In addition, the User Interface Software resides in the Savant Host. The User Interface Software communicates with Savant's entire line of user interfaces including touch panels, remotes, keypads, mobile devices to On-Screen Displays. The User Interface Software provides advanced two-way control of components and services that are commonly deployed in automation and control environments. As a result, a Savant Host is an essential component, which must be part of any complete Savant Control Solution.

Note - A HST-3002 platform can be added to a Savant System configuration to provide host redundancy (active-standby mode) and increase reliability.

------------------------------------------------------------

RoHS COMPLIANT

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 14 lbs

The HST-3001 contains a single Savant Host controller and is packaged in a 1U rack mountable shelf (See RCK-3000).

Key Benefits & Features

- HOST IO
  - (4) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort
  - (1) HDMI port
  - (1) Audio In and (1) Audio Out, minijack

HOST & MOBILE DEVICE SERVERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



- Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)

- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices (iPad™ and / or iPod touch®)
- Navigation and Control: Paired with Savant User Interfaces
- 1U metal shelf, matte black
- Power - Input Power (OS X Host): 100 - 240 VAC, 50/60Hz, 85W
- Integrated rack mount ears
- Included items
  - Power cord
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

## HOSTS & SERVERS

### REDUNDANT SAVANT HOST CONTROLLERS (1U RACK SPACE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| HST-3002 | | | |

HST-3002 has the same features and capabilities of the HST-3001 with the added benefits of Host Redundancy. The HST-3002 is a highly available, "always-on" solution limiting automation and control service interruptions. The Redundant Host architecture ensures Savant service availability in case of a catastrophic host failure.



HST-3002 contains two Savant Host controllers and is designed for redundancy. The HST-3002 is packaged in a 1U rack mountable enclosure (See RCK-3000).

---------------------------------------------------------------------------------------------

Key Benefits & Features

- HOST IO
  - (8) USB 2.0 ports
  - (2) FireWire 800 port
  - (2) HDMI ports
  - (2) Audio In and (2) Audio Out, minijack
  - Ethernet ports: (2) 10/100/1000 Base-T (Gigabit)
- Integrated iTunes® Digital Media Server
- Supports up to 8 mobile devices (iPad™ and / or iPod touch®)
- Navigation and Control: Paired with ROSIE User Interfaces
- Front LED status indicators
- 2U metal enclosure, matte black
- Power - Input Power (OS X Host): 100 - 240 VAC, 50/60Hz, 85W
- Integrated rack mount ears
- Included items
  - Power cord
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 12.5 lbs (5.7 Kgs)

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

HOST & MOBILE DEVICE SERVERS

## HOSTS & SERVERS

### 1U RACK SHELF

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RCK-3000 | $200.00 | | |

RCK-3000 is a 1U rack shelf designed for specifically placing up to two SVR-3000 or SVR-3100 hosts in a standard rack.

---



- Removable Faceplate for Front Access
- Sliding Trays for Easy Access
- Open Rear Shelf, Increases Air Flow
- Metal with black matte finish enclosure
- Reduces Rack Space

Dimensions (H x W x D): 3.5 x 17.3 x 8.8 inches
Net Weight: 6 lbs

HOST & MOBILE DEVICE SERVERS

## HOSTS & SERVERS

### SAVANT CALL SERVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SCS-1000 | $3,000.00 | | |

As a key communications building block, the Savant Call Server (SCS-1000) enables users to make panel to panel calls from any intercom-ready Savant touch panel. The SCS-1000 is an essential communication component, which must be included in any Savant intercom solution.

Note - Contact support for information regarding Communication to Internet Protocol (IP)-based Entry Access Systems.



---

The SCS-1000 houses is packaged in a 2U rack mountable enclosure.

Key Benefits & Features

- Rear IO
  - (5) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) Mini DisplayPort output
  - (1) Mini- DVI port
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Session Initiation Protocol (SIP)-based solution
- Supports up to 72 touch panel to touch panel calls per SCS-1000
- Navigation and Control: Paired with Savant User Interfaces
- 2U metal enclosure, matte black
- Power - Input Power (OS X Host): 120 VAC, 50/60Hz, 110W, 18 VDC
- Included items
  - Removable rack ears and mounting hardware
  - Power supply
  - Installation kit
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (H x W x D): 3.5 x 17.3 x 8.25 inches
Net Weight: 14 lbs

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

HOSTS & SERVERS

## SAVANT USER INTERFACE SERVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SVR-3000 | | | |



SVR-3000 is an OS X User Interface Server providing graphics and control, which can be paired with the VOM-VP02 video processing output module to mix and distribute OSD graphics. It can also be paired with the Savant System OSD (OCC-510W) as an additional Savant OSD option.

- HOST IO
  - (4) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) HDMI port
  - (1) Audio In and (1) Audio Out, minijack
  - (1) Mini DisplayPort
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Input Power (OS X Host): 100 - 240 VAC, 50/60Hz, 85W
- Included items
  - (1) SVR-3000 with 2GB of memory
  - (1) Power cord
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (H x W x D): 1.4 x 7.7 x 7.7 inches
Net Weight: 3.0 lbs (1.4 Kg)

HOST & MOBILE DEVICE SERVERS

HOSTS & SERVERS

## SAVANT HOST CONTROLLER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SVR-3100 | | | |



The SVR-3100 is a Savant Host Controller, a key building block within a Savant System. It provides numerous functions including high-level automation and control functions, User Interface interpretations, system administrtion and monitoring. Also, the Host, within any Savant System, may act as the main Media Server housing and controlling playback of iTunes® content (music, movies, etc.) and supports up to eight mobile devices.

- HOST IO
  - (4) USB 2.0 ports
  - (1) FireWire 800 port
  - (1) HDMI port
  - (1) Audio In and (1) Audio Out, minijack
  - (1) Mini DisplayPort
  - Ethernet ports: (1) 10/100/1000 Base-T (Gigabit)
- Input Power (OS X Host): 100 - 240 VAC, 50/60Hz, 85W
- Included items
  - (1) SVR-3100 with 4 GB of memory
  - (1) Power cord
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (H x W x D): 1.4 x 7.7 x 7.7 inches
Net Weight: 3.0 lbs (1.4 Kg)

HOST & MOBILE DEVICE SERVERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464003

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

MOBILE DEVICES & LICENSING

## IPAD WI-FI + 3G 16GB

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-3G16 | $730.00 | | The WIA-3G16 is a 3G iPad™ with the 16 GB of memory. |



------------------------------------------------------------------------

Configured and customized using RacePoint Blueprint™ design tool

Note: Savant TrueControl App is available on the Apple® App Store (not included)
For additional information on the iPad™ see http://www.apple.com/support/

App Store

RoHS COMPLIANT

MOBILE DEVICES & LICENSING

MOBILE DEVICES & LICENSING

## IPAD WI-FI + 3G 32GB

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-3G32 | $830.00 | | The WIA-3G32 is a 3G iPad™ with the 32 GB of memory. |



------------------------------------------------------------------------

Configured and customized using RacePoint Blueprint™ design tool

Note: Savant TrueControl App is available on the Apple® App Store (not included)
For additional information on the iPad™ see http://www.apple.com/support/

App Store

RoHS COMPLIANT

MOBILE DEVICES & LICENSING

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**



## MOBILE DEVICES & LICENSING

### IPAD WI-FI + 3G 64GB

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-3G64 | $930.00 | | The WIA-3G64 is a 3G iPad™ with the 64 GB of memory.<br>------------------------------------------------------------<br>Configured and customized using RacePoint Blueprint™ design tool<br><br>Note: Savant TrueControl App is available on the Apple® App Store (not included)<br>For additional information on the iPad™ see http://www.apple.com/support/ |



App Store

RoHS COMPLIANT



## MOBILE DEVICES & LICENSING

### 8GB IPOD TOUCH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-4000 | $270.00 | | iPod touch®The WIA-4000 is a 4th generation iPod touch® with 8 GB of memory.<br>------------------------------------------------------------<br>- Configured and customized using RacePoint Blueprint™ design tool<br><br>Note: Savant TrueControl App is available on the Apple® App Store (not included)<br>For additional information on the iPod touch® see http://www.apple.com/support/ |



App Store

RoHS COMPLIANT

* **All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464005

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

## MOBILE DEVICES & LICENSING

### 32GB IPOD TOUCH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-4032 | $350.00 | | iPod touch®The WIA-4032 is a 4th generation iPod touch® with 32 GB of memory. |




- Configured and customized using RacePoint Blueprint™ design tool

Note: Savant TrueControl App is available on the Apple® App Store (not included)
For additional information on the iPod touch® see http://www.apple.com/support/

App Store

RoHS COMPLIANT

MOBILE DEVICES & LICENSING

## MOBILE DEVICES & LICENSING

### IPAD WI-FI 16GB

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-IP16 | $600.00 | | The WIA-IP16 is a Wi-Fi iPad™ with the 16GB of memory. |



Configured and customized using RacePoint Blueprint™ design tool

Note: Savant TrueControl App is available on the Apple® App Store (not included)
For additional information on the iPad™ see http://www.apple.com/support/

App Store

RoHS COMPLIANT

MOBILE DEVICES & LICENSING

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464006

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**



## MOBILE DEVICES & LICENSING

### IPAD WI-FI 32GB

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-IP32 | $700.00 | | The WIA-IP32 is a Wi-Fi iPad™ with the 32GB of memory. |



The WIA-IP32 is a Wi-Fi iPad™ with the 32GB of memory.

-----------------------------------------------------------------------------------------------

Configured and customized using RacePoint Blueprint™ design tool

Note: Savant TrueControl App is available on the Apple® App Store (not included)
For additional information on the iPad™ see http://www.apple.com/support/

App Store

RoHS COMPLIANT



## MOBILE DEVICES & LICENSING

### IPAD WI-FI 64GB

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WIA-IP64 | $800.00 | | The WIA-IP32 is a Wi-Fi iPad™ with the 64GB of memory. |



-----------------------------------------------------------------------------------------------

Configured and customized using RacePoint Blueprint™ design tool

Note: Savant TrueControl App is available on the Apple® App Store (not included)
For additional information on the iPad™ see http://www.apple.com/support/

App Store

RoHS COMPLIANT

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

## TOUCH PANELS - IN-WALLS

### 5-INCH IN-WALL (RESISTIVE GLASS)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| ITP-105X | $600.00 | | |







Net Dimensions (HxWxD) 4.5 x 7.3 x 2.1 inches
Net Weight 4 lbs (1.8kg)
Power Requirements 24 V DC

NOTE: Touch panel bezel color above may not be exact

ITP-105X is a 5-inch In-Wall widescreen resistive touch panel with a bezel color of your choice. Its paired with centralized interconnect and distribution platforms, which transmit/extend audio, video and control signals via UTP (CAT5/5e/6) to Savant In-Wall touch panels up to 300 ft. (see ITS-1001, ITS -1002).

- Color TFT LCD Widescreen Display, 16x10 format WVGA (800x480) screen
- High resolution, wide viewing angle & high contrast
- Built-in speakers and microphone
- Ability to display full motion video from external sources such as security cameras
- Magnetic snap-on bezel available in different colors and finishes (see bezels)
- Navigation & Feedback
  - Resistive touch screen interface with easy-to-use navigation
  - 5-programmable buttons allow customized quick access to common fuctionality
  - Customizable Graphical User Interface (GUI) with a palette of preloaded themes & buttons, including vivid animated themes
  - All buttons are configurable for single and multiple functions
- Configured and customized with RacePoint Blueprint™ design tool
- Easy to Install and effortlessly placed on strategic installations
  - Savant recommends using our In-Wall touch panel wiring bundle (CBL-1000)
  - Paired with Savant Integrated Touch Panel Servers (see ITS-1001, ITS-1002)
  - Pre-construction rough-in-box available (see RIB-1005)
  - Cut out templates are available and included
  - Wiring Requirements: (1) CAT5e cable for system control and video distribution and (1) Power cable (AWG 2-conductor)

TOUCH PANELS - IN-WALLS

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**



## TOUCH PANELS - IN-WALLS

### 7-INCH IN-WALL (CAPACITIVE GLASS)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| ITP-C07X | $1,700.00 | | |







Net Dimensions (HxWxD) 6.5 x 8.9 x 2.25 inches
Net Weight 5 lbs (2.3kg)
Power Requirements 24 V DC

NOTE: Touch panel bezel color above may not be exact

ITP-C07X is a 7-inch In-Wall color widescreen touch panel with a bezel color of your choice, which uses Capacitive Glass Technology. It is paired with centralized interconnect and distribution platforms, which transmit/extend audio, video and control signals via UTP (CAT5/5e/6) to Savant In-Wall touch panels up to 300 ft (see ITS-1001, ITS-1002).

- Color TFT LCD Widescreen Display, 16x10 format WVGA (800x480) screen
- Leading-edge Capacitive Glass Technology
- High resolution, wide viewing angle & high contrast
- Built-in speakers and microphone for intercom capabilities
- Ability to display full motion video from external sources such as security cameras
- Magnetic snap-on bezel available in different colors and finishes (see bezels)
- Navigation & Feedback
  - Capacitive touch screen interface with easy-to-use navigation
  - Supports GestureTouch™ navigation and the TrueImage Control™ theme
  - 5-programmable buttons allow customized quick access to common fuctionality
  - Customizable Graphical User interface (GUI) with a palette of preloaded themes & buttons, including vivid animated themes
  - All buttons are configurable for single and multiple functions
- Configured and customized with RacePoint Blueprint™ design tool
- Easy to Install and effortlessly placed on strategic installations
  - Savant recommends using our In-Wall touch panel wiring bundle (CBL-1000)
  - Paired with Savant Integrated Touch Panel Servers (see ITS-1001, ITS-1002)
  - Pre-construction rough-in-box available (see RIB-1007)
  - Cut out templates are available and included
  - Wiring Requirements: (1) CAT5e cable for system control and video distribution and (1) Power cable (AWG 2-conductor)

* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

TOUCH PANELS - IN-WALLS

## 9-INCH IN-WALL (CAPACITIVE GLASS)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| ITP-C09X | $2,700.00 | | |




Net Dimensions (HxWxD) 7.2 x 10.8 x 2.25 inches
Net Weight 7 lbs (3.2 kg)
Power Requirements 24 V DC

NOTE: Touch panel bezel color above may not be exact

ITP-C09X is a 9-inch In-Wall color widescreen touch panel with a bezel color of your choice, which uses Capacitive Glass Technology. It is paired with centralized interconnect and distribution platforms, which transmit/extend audio, video and control signals via UTP (CAT5/5e/6) to Savant In-Wall touch panels up to 300 ft (see ITS-1001, -1002).

- Color TFT LCD Widescreen Display, 16x10 format WVGA (800x480) screen
- Leading-edge Capacitive Glass Technology
- High resolution, wide viewing angle & high contrast
- Built-in speakers and microphone for intercom capabilities
- Ability to display full motion video from external sources such as security cameras
- Magnetic snap-on bezel available in different colors and finishes (see BEZELS)
- Navigation & Feedback
  - Capacitive touch screen interface with easy-to-use navigation
  - Supports GestureTouch™ navigation and the TrueImage Control™ theme
  - 5-programmable buttons allow customized quick access to common fuctionality
  - Customizable Graphical User Interface (GUI) with a palette of preloaded themes & buttons, including vivid animated themes
  - All buttons are configurable for single and multiple functions
- Configured and customized with RacePoint Blueprint™ design tool
- Easy to Install and effortlessly placed on strategic installations
  - Savant recommends using our In-Wall touch panel wiring bundle (CBL-1000)
  - Paired with Savant Integrated Touch Panel Servers (see ITS-1001,ITS -1002)
  - Pre-construction rough-in-box available (see RIB-1009)
  - Cut out templates are available and included
  - Wiring Requirements: (1) CAT5e cable for system control and video distribution and (1) Power cable (AWG 2-conductor)

TOUCH PANELS - IN-WALLS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464010

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**



## TOUCH PANELS - IN-WALLS

### 12-INCH IN-WALL (CAPACITIVE GLASS)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| ITP-C12X | $4,100.00 | | |






Net Dimensions (HxWxD) 9.5 x 13.5 x 2.25 inches
Net Weight 9 lbs (4.1 kg)
Power Requirements 24 V DC

NOTE: Touch panel bezel color above may not be exact

ITP-C12A is a 12-inch In-Wall color widescreen touch panel with a bezel color of your choice, which uses Capacitive Glass Technology. It is paired with centralized interconnect and distribution platforms, which transmit/extend audio, video and control signals via UTP (CAT5/5e/6) to Savant In-Wall touch panels up to 300 ft (see ITS-1001, ITS-1002).

- Color TFT LCD Widescreen Display, 16x10 format WVGA (800x480) screen
- Leading-edge Capacitive Glass Technology
- High resolution, wide viewing angle & high contrast
- Built-in speakers and microphone for intercom capabilities
- Ability to display full motion video from external sources such as security cameras
- Magnetic snap-on bezel available in different colors and finishes (see BEZELS)
- Navigation & Feedback
  - Capacitive touch screen interface with easy-to-use navigation
  - Supports GestureTouch™ navigation and the TrueImage Control™ theme
  - 5-programmable buttons allow customized quick access to common fuctionality
  - Customizable Graphical User Interface (GUI) with a palette of preloaded themes & buttons, including vivid animated themes
  - All buttons are configurable for single and multiple functions
- Configured and customized with RacePoint Blueprint™ design tool
- Easy to Install and effortlessly placed on strategic installations
  - Savant recommends using our In-Wall touch panel wiring bundle (CBL-1000)
  - Paired with Savant Integrated Touch Panel Servers (see ITS-1001,ITS -1002)
  - Pre-construction rough-in-box available (see RIB-1012)
  - Cut out templates are available and included
  - Wiring Requirements: (1) CAT5e cable for system control and video distribution and (1) Power cable (AWG 2-conductor)

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**



TOUCH PANELS - IN-WALLS

## TOUCH TV 40-INCH HD LCD DISPLAY

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TTV-1040 | $13,000.00 | | |



Savant 40-inch Touch TV is an entertaining graphical user interface (GUI), automation and control center and full color 1080p HD LCD touch panel available in many sizes. It is the ideal multipurpose solution for viewing HD video content, while simultaneously functioning as a large display control interface. Simply tap the screens to access a multitude of control and automation services and subsystems including: multi-zone audio and video, lighting, HVAC, IP cameras, security systems and more.

---

Savant OSD is the innovative technology behind Touch TV. Savant offers Savant OSD technology in Savant System OSD, Savant OSD Control System and Savant System 2 platforms. Savant OSD is also available with the video processing service modules (VOM-VP02).

---

- Simultaneous/blocking touch interface
- Paired with Savant OSD solutions (See OSD-1010 or VOM-VP02)
- 1080p HD LCD Display, 1920x 1080
- Configured and customized using RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dim. (H x W x D): 24.7 x 38.7 x 5.6 inches (w/o stand)
Net Weight: 71.9 lbs (32.6 kg)
Power requirement: 100 -240 V AC, 50/60Hz



TOUCH PANELS - IN-WALLS

## TOUCH TV 46-INCH HD LCD DISPLAY

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TTV-1046 | $18,000.00 | | |



Savant 46-inch Touch TV is an entertaining graphical user interface (GUI), automation and control center and full color 1080p HD LCD touch panel available in many sizes. It is the ideal multipurpose solution for viewing HD video content, while simultaneously functioning as a large display control interface. Simply tap the screens to access a multitude of control and automation services and subsystems including: multi-zone audio and video, lighting, HVAC, IP cameras, security systems and more.

---

Savant OSD is the innovative technology behind Touch TV. Savant offers Savant OSD technology in Savant System OSD, Savant OSD Control System and Savant System 2 platforms. Savant OSD is also available with the video processing service modules (VOM-VP02).

---

- Simultaneous/blocking touch interface
- Paired with Savant OSD solutions (See OSD-1010 or VOM-VP02)
- 1080p HD LCD Display, 1920x 1080
- Configured and customized using RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dim. (H x W x D): 25.9 x 43.8 x 5.6 inches (w/o stand)
Net Weight: 86.6 lbs (28.5 kg)
Power requirement: 100 -240 V AC, 50/60Hz

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**



**TOUCH PANELS - IN-WALLS**

## TOUCH TV 18.5-INCH HD LCD DISPLAY

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TTV-2018 | $8,500.00 | | |



Savant 18.5-inch Touch TV is an entertaining graphical user interface (GUI), automation and control center and full color 1080p HD LCD touch panel available in several sizes. It is the ideal multipurpose solution for viewing HD video content, while simultaneously functioning as a large display control interface. Simply tap the screens to access a multitude of control and automation services and subsystems including: multi-zone audio and video, lighting, HVAC, IP cameras, security systems and more.

Savant OSD is the innovative technology behind Touch TV. Savant offers Savant OSD technology in Savant System OSD, Savant OSD Control System and System 2 platforms. Savant OSD is also offered and driven by the VCM-VP02 service modules.

---

- Capacitive Touch Technology, Single Touch Interface
- Paired with Savant OSD solutions (See OSD-1010 or VCM-VP02)
- 1080p HD LCD Display, 16:9 Aspect Ratio, 1366x768 resolution
- (2) USB 1.1 Typ- A inputs, (1) USB Type-B Input
- (1) RJ45 jack, Long-haul USB control signals from Host Controller
- (1) HDMI input and (1) Barrel power connector
- (1) Power On / Off Button
- Offered with an optional desktop stand (See TTV-STND1), VESA mountable
- Configured and customized using RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dim. (H x W x D): 12.8 x 21.5 x 1.6 inches (w/o stand)
Net Weight: 13 lbs (28.6 kg)
Power: 24 VDC, 65 W external power supply (included)



**TOUCH PANELS - IN-WALLS**

## TOUCH TV 24-INCH HD LCD DISPLAY

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TTV-2024 | $10,000.00 | | |



Savant 24-inch Touch TV is an entertaining graphical user interface (GUI), automation and control center and full color 1080p HD LCD touch panel available in several sizes. It is the ideal multipurpose solution for viewing HD video content, while simultaneously functioning as a large display control interface. Simply tap the screens to access a multitude of control and automation services and subsystems including: multi-zone audio and video, lighting, HVAC, IP cameras, security systems and more.

Savant OSD is the innovative technology behind Touch TV. Savant offers Savant OSD technology in Savant System OSD, Savant OSD Control System and System 2 platforms. Savant OSD is also offered and driven by the VCM-VP02 service modules.

---

- Capacitive Touch Technology, Single Touch Interface
- Paired with Savant OSD solutions (See OSD-1010 or VCM-VP02)
- 1080p HD LCD Display, 16:9 Aspect Ratio, 1920x1080 resolution
- (2) USB 1.1 Typ- A inputs, (1) USB Type-B Input
- (1) RJ45 jack, Long-haul USB control signals from Host Controller
- (1) HDMI input and (1) Barrel power connector
- (1) Power On / Off Button
- VESA mountable
- Configured and customized using RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D): 15.8 x 26.4 x 1.8 inches
Net Weight: 13 lbs (28.6 kg)
Power: 24 VDC, 65 W external power supply (included)

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

TOUCH PANELS - IN-WALLS

## OPTIONAL STAND FOR 18.5-INCH TOUCH TV (TTV-2018)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TTV-STND1 | $300.00 | | TTV-STND1 is an optional desktop stand offered for the 18.5-inch Touch TV (TTV-2018). Angle of rotation is 60 degrees from the lowest position (LCD perpendicular to surface). |



---

- Composition: Formed steel with chrome powder coat finish
- Height of TTV-2018 with stand: 13.25 inches
- Base width: 8.5 inches
- Base depth: 5.7 inches
- Weight: 4 lbs (1.8 kgs)




TOUCH PANELS - TABLE TOP

## SAVANT SURFACE KIT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| CTK-3000 | $26,000.00 | | Savant Surface is an entertaining and dynamic graphical user interface (GUI), automation and control center, and full color HD LCD touch panel. Savant Surface can be tailored to suit the ambiance of any lifestyle by ordering the Savant Surface Kit. The Savant Surface Kit allows interior designers to create their own enclosure and select their own materials to match any décor. |



---

- Custom tailor to suit any décor
- 40-inch HD LCD Display (1080p)
- (1) Savant Surface Host
- Power: 120V AC
- Mechanical hardware and brackets included
- Configured and customized using RacePoint Blueprint™ design tool




ENCLOSURE NOT INCLUDED

TOUCH PANELS - IN-WALLS

TOUCH PANELS - TABLE TOP

*** All prices, availability, designs and specifications are subject to change without notice.**

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

## TOUCH PANELS - TABLE TOP

### 9-INCH TABLETOP TOUCH PANEL (BLACK)



| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TTP-109B | $2,700.00 | | |






Dimensions (H x W x D): 7.0 x 10.8 x 5.4 inches
Net Weight with bezel: 4.25 lbs (1.93 Kg)

The TTP-109B is a 9-inch 65º fixed angle color widescreen tabletop touch panel with an easy-to-use, intuitive capacitive touch interface. It is paired with centralized interconnect and distribution platforms, which transmit/extend audio, video and control signals via UTP (CAT5/5e/6) to Savant touch panels up to 300 ft (see ITS-1001, ITS-1002).

- Color TFT LCD Widescreen Display, 16x10 format
  - High resolution, wide viewing angle, & high contrast
  - Surface finish includes hard coat with optimal anti-glare properties
- Built-in microphone and speakers
- Ability to display fill motion video from external such as security cameras
- Navigation & Feedback
  - Capacitive touch screen interface with easy-to-use navigation
  - Scratch resistance top coat provides smooth, easy glide touch surface
  - 5-programmable buttons allow customized quick access to common functionality
  - Customizable Graphical User interface (GUI) with a palette of preloaded themes & buttons, including vivid animated themes
  - All buttons are configurable for single and multiple functions
- Easy to Install and effortlessly placed in strategic installations
  - Wiring requirements (1) CAT5e cable for system control and video distribution
  - Power - Local power supply, 12V DC
  - Paired with Savant Integrated Touch Panel Servers (see ITS-1001, ITS-1002)
- Power: 12V DC power supply, barrel connector
- Base Rear IO
  - (2) USB 1.1ports
  - (1) RJ45 jack for video, audio and control signals
  - (1) Power female barrel connector
  - (1) LED Status indicator
- Configured and customized with RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**