savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

TOUCH PANELS - TABLE TOP

## 9-INCH TABLETOP TOUCH PANEL (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TTP-109W | $2,700.00 | | |



The TTP-109W is a 9-inch 65º fixed angle color widescreen tabletop touch panel with an easy-to-use, intuitive capacitive touch interface. It is paired with centralized interconnect and distribution platforms, which transmit/extend audio, video and control signals via UTP (CAT5/5e/6) to Savant touch panels up to 300 ft (see ITS-1001, ITS-1002).

See TTP-109B for additional information, features and capabilities



TOUCH PANELS - TABLE TOP

## 13-INCH TABLETOP TOUCH PANEL (BLACK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TTP-113B | $4,100.00 | | |



Dimensions (H x W x D): 9.5 x 14.7 x 5.4 inches
Net Weight with bezel: 8.5 lbs (3.8 Kg)

The TTP-113B is a 13-inch 65º fixed angle color widescreen tabletop touch panel with an easy-to-use, intuitive capacitive touch interface. It is paired with centralized interconnect and distribution platforms, which transmit/extend audio, video and control signals via UTP (CAT5/5e/6) to Savant touch panels up to 300 ft (see ITS-1001, ITS-1002).

- Color TFT LCD Widescreen Display, 16x10 format
  - High resolution, wide viewing angle, & high contrast
  - Surface finish includes hard coat with optimal anti-glare properties
- Built-in microphone and speakers
- Ability to display fill motion video from external such as security cameras
- Navigation & Feedback
  - Capacitive touch screen interface with easy-to-use navigation
  - Scratch resistance top coat provides smooth, easy glide touch surface
  - 5-programmable buttons allow customized quick access to common functionality
  - Customizable Graphical User Interface (GUI) with a palette of preloaded themes & buttons, including vivid animated themes
  - All buttons are configurable for single and multiple functions
- Easy to Install and effortlessly placed in strategic installations
  - Wiring requirements (1) CAT5e cable for system control and video distribution
  - Power - Local power supply, 12V DC
  - Paired with Savant Integrated Touch Panel Servers (see ITS-1001, ITS-1002)
- Power: 12V DC power supply, barrel connector
- Base Rear IO
  - (2) USB 1.1ports
  - (1) RJ45 jack for video, audio and control signals
  - (1) Power female barrel connector
  - (1) LED Status indicator
- Configured and customized with RacePoint Blueprint™ design tool

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

## TOUCH PANELS - TABLE TOP

TOUCH PANELS - TABLE TOP

### 13-INCH TABLETOP TOUCH PANEL (WHITE)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TTP-113W | $4,100.00 | | |



The TTP-113W is a 13-inch 65º fixed angle color widescreen tabletop touch panel with an easy-to-use, intuitive capacitive touch interface. It is paired with centralized interconnect and distribution platforms, which transmit/extend audio, video and control signals via UTP (CAT5/5e/6) to Savant touch panels up to 300 ft (see ITS-1001, ITS-1002).

-----------------------------------------------------------------------

See TTP-113B for additional information, features and capabilities

RoHS COMPLIANT

## TP - SERVERS & CONTROLLERS

TOUCH PANELS - SERVERS

### INTEGRATED TOUCH PANEL SERVER AND SINGLE-PORT EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| ITS-1001 | $1,500.00 | | |



ITS-1001 is an Integrated Touch Panel Server with a built-in touch panel extender, and is housed in 2U rack-mountable enclosure. The ITS-1001 contains a single Touch Panel Server along with a single-port touch panel extender. The entire family of Savant In-Wall Touch Panels and Tabletop Touch Panels are connected and controlled through centralized touch panel interconnect and distribution platforms. Both the ITS-1001 and ITS-1002 control and distribution platforms transmit and extend audio, video and control signals via UTP (CAT5/5e/6) up to 300 ft to In-Wall Touch Panels or Tabletop Touch Panels. A single CAT5e cable connection and a single power connection is simply required for wiring and powering Savant® In-Wall Touch Panels and Tabletop Touch Panels.

-----------------------------------------------------------------------

- Integrated Touch Panel Server and Extender
- Connects and extends audio, video and control signals to a single touch panel
- Simplifies installation and wiring
- 2U rack-mountable enclosure
- Front panel power LED
- Included items
  - Integrated power supply
  - Installation kit
- Configured and customized with RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D): 3.5 x 17.3 x 14.0 inches
Net Weight: 15 lbs (6.8 kg)

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**



## TP - SERVERS & CONTROLLERS

### INTEGRATED DUAL TOUCH PANEL SERVER AND DUAL-PORT EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| ITS-1002 | $3,000.00 | | |

ITS-1002 is an Integrated Touch Panel Server with built-in touch panel extenders, and is housed in 2U rack-mountable enclosures. The ITS-1002 provides two integrated Touch Panel Servers along with two touch panel extenders. The entire family of Savant In-Wall Touch Panels and Tabletop Touch Panels are connected and controlled through centralized touch panel interconnect and distribution platforms. Both the ITS-1001 and ITS-1002 control and distribution platforms transmit and extend audio, video and control signals via UTP (CAT5/5e/6) up to 300 ft to In-Wall Touch Panels or Tabletop Touch Panels. A single CAT5e cable connection and a single power connection is simply required for wiring and powering Savant® In-Wall Touch Panels and Tabletop Touch Panels.



---

- Integrated Touch Panel Server and Extender
- Connects and extends audio, video and control signals to a single touch panel
- Simplifies installation and wiring
- 2U rack-mountable enclosure
- Front panel power LED
- Included items
  - Integrated power supply
  - Installation kit
- Configured and customized with RacePoint Blueprint™

RoHS COMPLIANT

Dimensions (H x W x D): 3.5 x 17.3 x 14.0 inches
Net Weight: 27 lbs



## TOUCH PANEL & KEYPAD EXTENDERS

### SINGLE-PORT EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TKX-2101 | $400.00 | | |

The TKX series are centralized keypad interconnect and distribution platforms, which transmit/ extend control and power signals via UTP (CAT5/5e/6) up to 24 separate Savant Keypads up to 300 ft. The TKX-2101 is a single port version supporting a single Savant Keypad. A single CAT5e cable connection is required for wiring and powering the Savant line of Keypads.

An alternate solution is to select the Keypad Bundle solutions, which are offered with the TKX-2101, a single-port keypad extender and keypad of your choice (See KPB Series).




---

- Single-port Keypad Extender
- Paired with Savant Keypads
- (3) LED Status Indicators
- Metal enclosure with black matte finish
- Power Supply: Input power 5W, 24 VDC
- Rear IO
  - (1) VGA In
  - (1) USB Type B mini jack
  - (1) Barrel connector for 24 VDC power supply
  - (1) Power LED
- Front IO
  - (3) LED Indicators
  - (1) RJ45 Jack, Keypad Out
  - (1) RJ45 Jack, Touch panel out
  - 24 VDC Terminal Block for Touch Panel Power
- Included items
  - (1) TKX-2101

RoHS COMPLIANT

Dimensions (H x W x D): 1.3 x 3.0 x 5.1 inches
Net Weight: 0.75 lbs

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



- Power Supply

- Configured with RacePoint Blueprint™ design tool

TOUCH PANEL & KEYPAD EXTENDERS

## 4-PORT KEYPAD EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TKX-2104 | $2,400.00 | | |

The TKX series are centralized keypad interconnect and distribution platforms, which transmit/ extend control and power signals via UTP (CAT5/5e/6) up to 24 separate Savant Keypads up to 300 ft. The TKX-2104 is a 4-port version supporting to four Savant Keypads. A single CAT5e cable connection is all that is required for wiring and powering the Savant line of Keypads.

An alternate solution is to select the Keypad Bundle solutions, which are offered with the TKX-2101, a single-port keypad extender (See KPB Series).

----------------------------------------------------------------------------------------------------

- Front Power LED Status Indicator
- Up to 24 USB Type B ports based on specific model
- Paired with Savant Keypads
- 3U racks units with feet removed
- Metal enclosure with black matte finish
- Power: 120VAC, 50/60Hz, 110 W, 12 VDC
- Included Items
  - Removable rack ears and mounting hardware
  - Removable feet for rack mounting
  - Power Supply
- Configured with RacePoint Blueprint™ design tool

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs

TOUCH PANEL & KEYPAD EXTENDERS

## 8-PORT KEYPAD EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TKX-2108 | $3,400.00 | | |

The TKX series are centralized keypad interconnect and distribution platforms, which transmit/ extend control and power signals via UTP (CAT5/5e/6) up to 24 separate Savant Keypads up to 300 ft. The TKX-2108 is a 8-port version supporting to eight Savant Keypads. A single CAT5e cable connection is required for wiring and powering the Savant line of Keypads

An alternate solution is to select the Keypad Bundle solutions, which are offered with the TKX-2101, a single-port keypad extender (See KPB Series).

See TKX-2104 for additional features and capabilities.

----------------------------------------------------------------------------------------------------

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs

TOUCH PANEL & KEYPAD EXTENDERS

TOUCH PANEL & KEYPAD EXTENDERS

* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

TOUCH PANEL & KEYPAD EXTENDERS

## 12-PORT KEYPAD EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TKX-2112 | $4,400.00 | | The TKX series are centralized keypad interconnect and distribution platforms, which transmit/ extend control and power signals via UTP (CAT5/5e/6) up to 24 separate Savant Keypads up to 300 ft. The TKX-2112 is a 12-port version supporting to twelve Savant Keypads. A single CAT5e cable connection is all that is required for wiring and powering the Savant line of Keypads.<br><br>An alternate solution is to select the Keypad Bundle solutions, which are offered with the TKX-2101, a single-port keypad extender (See KPB Series).<br><br>See TKX-2104 for additional features and capabilities.<br>---------------------------------------------------------------------------------------------------- |

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs

TOUCH PANEL & KEYPAD EXTENDERS

## 16-PORT KEYPAD EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TKX-2116 | $5,400.00 | | The TKX series are centralized keypad interconnect and distribution platforms, which transmit/ extend control and power signals via UTP (CAT5/5e/6) up to 24 separate Savant Keypads up to 300 ft. The TKX-2116 is a 16-port version supporting to sixteen Savant Keypads. A single CAT5e cable connection is all that is required for wiring and powering the Savant line of Keypads.<br><br>An alternate solution is to select the Keypad Bundle solutions, which are offered with the TKX-2101, a single-port keypad extender (See KPB Series).<br><br>See TKX-2104 for additional features and capabilities.<br>---------------------------------------------------------------------------------------------------- |

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs

TOUCH PANEL & KEYPAD EXTENDERS

TOUCH PANEL & KEYPAD EXTENDERS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



TOUCH PANEL & KEYPAD EXTENDERS

## 20-PORT KEYPAD EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TKX-2120 | $6,400.00 | | |

The TKX series are centralized keypad interconnect and distribution platforms, which transmit/ extend control and power signals via UTP (CAT5/5e/6) up to 24 separate Savant Keypads up to 300 ft. The TKX-2120 is a 20-port version supporting to twenty Savant Keypads. A single CAT5e cable connection is all that is required for wiring and powering the Savant line of Keypads.

An alternate solution is to select the Keypad Bundle solutions, which are offered with the TKX-2101, a single-port keypad extender (See KPB Series).

See TKX-2104 for additional features and capabilities.

---

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs

TOUCH PANEL & KEYPAD EXTENDERS

## 24-PORT KEYPAD EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TKX-2124 | $7,400.00 | | |

The TKX series are centralized keypad interconnect and distribution platforms, which transmit/ extend control and power signals via UTP (CAT5/5e/6) up to 24 separate Savant Keypads up to 300 ft. The TKX-2124 is a 24-port version supporting to twenty-four Savant Keypads. A single CAT5e cable connection is all that is required for wiring and powering the Savant line of Keypads.

An alternate solution is to select the Keypad Bundle solutions, which are offered with the TKX-2101, a single-port keypad extender (See KPB Series).

See TKX-2104 for additional features and capabilities.

---

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 17 lbs

TOUCH PANEL & KEYPAD EXTENDERS

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

TOUCH PANELS - POWER

## EXTERNAL POWER SUPPLY (IN-WALL TOUCH PANEL)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PWR-1001 | $100.00 | | PWR-1001 is an External Power Supply that can be used as an optional solution to power a Single In-Wall Touch Panel. |



Note - Savant recommends using the Integrated In-Wall Touch Panel Server for ease of installation (see ITS-1001), which includes an integrated power supply and touch panel extender.

---

- 24VDC, 60 W maximum
- UL Certified and FCC class B compliant

RoHS COMPLIANT

TOUCH PANELS - POWER

TOUCH PANELS - POWER

## IN-WALL TOUCH PANEL POWER SUPPLY (4-PORT)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| TPS-1000 | $400.00 | | TPS-1000 is an alternate solution for providing 24 VDC power to In-Wall Touch Panels. This power supply can provide power to a maximum of four In-Wall Touch Panels. TPS-1000 requires 100-240 VAC, 50/60 Hz source power provided from a surge-protected circuit, and is designed to be rack-mounted. |



Note - Savant recommends using the Integrated In-Wall Touch Panel Server for ease of installation (see ITS-1001), which includes an integrated power supply and touch panel extender.

---

- Metal with black matte finish enclosure
- Included items: Power Supplies

RoHS COMPLIANT

Dimensions (H x W x D) 1.7 x 19.0 x 7.0 inches
Net Weight: 12 lbs

TOUCH PANELS - POWER

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

## ROUGH IN BOXES

### PRE-CONSTRUCTION BOX (5-INCH IN-WALL)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RIB-1005 | $50.00 | | Designed for pre-construction applications, the Savant family of rough-in-boxes allows fastening to the stud of a framed wall prior to drywall installation. Pre-construction boxes are available for In-Wall Touch Panels, In-Wall Media Dock and In-Wall Wired and Wireless Docks. |



Note: Review the installation manual for actual cutout dimensions, clearance, and complete mounting instructions.




Dimensions (H x W x D) 3.8 x 6.5 x 2.7 inches

ROUGH IN BOXES

## ROUGH IN BOXES

### PRE-CONSTRUCTION BOX (7-INCH IN-WALL)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RIB-1007 | $80.00 | | Designed for pre-construction applications, the Savant family of rough-in-boxes allows fastening to the stud of a framed wall prior to drywall installation. Pre-construction boxes are available for In-Wall Touch Panels, In-Wall Media Dock and In-Wall Wired and Wireless Docks. |




Note: Review the installation manual for actual cutout dimensions, clearance, and complete mounting instructions.




Dimensions (H x W x D) 5.7 x 6.5 x 2.3 inches

ROUGH IN BOXES

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

ROUGH IN BOXES

## PRE-CONSTRUCTION BOX (9-INCH IN-WALL)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RIB-1009 | $80.00 | | Designed for pre-construction applications, the Savant family of rough-in-boxes allows fastening to the stud of a framed wall prior to drywall installation. Pre-construction boxes are available for In-Wall Touch Panels, In-Wall Media Dock and In-Wall Wired and Wireless Docks. |




Note: Review the installation manual for actual cutout dimensions, clearance, and complete mounting instructions.

Dimensions (H x W x D) 6.5 x 10.2 x 2.3 inches

ROUGH IN BOXES

## PRE-CONSTRUCTION BOX (12-INCH IN-WALL)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RIB-1012 | $100.00 | | Designed for pre-construction applications, the Savant family of rough-in-boxes allows fastening to the stud of a framed wall prior to drywall installation. Pre-construction boxes are available for In-Wall Touch Panels, In-Wall Media Dock and In-Wall Wired and Wireless Docks. |




Note: Review the installation manual for actual cutout dimensions, clearance, and complete mounting instructions.

Dimensions (H x W x D) 8.7 x 12.8 x 2.3 inches

ROUGH IN BOXES

ROUGH IN BOXES



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464024

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

ROUGH IN BOXES

## PRE-CONSTRUCTION BOX FOR IN-WALL DOCKS FOR IPOD TOUCH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RIB-IT00 | $80.00 | | Designed for pre-construction applications, the Savant family of rough-in-boxes allows fastening to the stud of a framed wall prior to drywall installation. Pre-construction boxes are available for In-Wall Touch Panels, the In-Wall Media Dock and the In-Wall Docks for iPad and iPod touch. The RIB-IT00 is a pre-construction box for the iPod touch® In-Wall Charging Docks. |



-----------------------------------------------------------

Note: Review the installation manual for actual cutout dimensions, clearance, and complete mounting instructions.

RoHS COMPLIANT

ROUGH IN BOXES

ROUGH IN BOXES

## ROUGH-IN BOX IN-WALL CHARGING DOCK FOR IPAD

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RIB-IWCD | $80.00 | | Designed for pre-construction applications, the Savant family of rough-in-boxes allows fastening to the stud of a framed wall prior to drywall installation. Pre-construction boxes are available for In-Wall Touch Panels, the In-Wall Media Dock and the In-Wall Docks for iPad and iPod touch. The RIB-IWCD is a pre-construction box for the iPad™ In-Wall Charging Docks. |



-----------------------------------------------------------

Note: Review the installation manual for actual cutout dimensions, clearance, and complete mounting instructions.

RoHS COMPLIANT

ROUGH IN BOXES

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464025

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**



## ROUGH IN BOXES

### PRE-CONSTRUCTION BOX (IN-WALL MEDIA DOCK)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RIB-IWMD | $80.00 | | Designed for pre-construction applications, the Savant family of rough-in-boxes allows fastening to the stud of a framed wall prior to drywall installation. Pre-construction boxes are available for In-Wall Touch Panels and the In-Wall Media Dock. |



---------------------------------------------------------------------------------------------------

Note: Review the installation manual for actual cutout dimensions, clearance, and complete mounting instructions.



## TOUCH PANEL BEZELS

### 5-INCH IN-WALL TOUCH PANEL BEZEL

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| BZX-1005 | $100.00 | | Savant In-Wall Touch Panels are available with wall bezels. Match your décor with the most popular color options: white, almond, ivory and black. In addition, a bezel with a primer coat is available to allow you to select your own color. |







---------------------------------------------------------------------------------------------------

Note - Select your bezel color or finish at time of order
X = Color (A: almond, B: black, W: white, I: ivory, P: primer coat, SS: stainless steel)

NOTE: The bezel color above may not be exact

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

TOUCH PANEL BEZELS

## 7-INCH IN-WALL TOUCH PANEL BEZEL

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| BZX-1007 | $100.00 | | Savant In-Wall Touch Panels are available with wall bezels. Match your décor with the most popular color options: white, almond, ivory and black. In addition, a bezel with a primer coat is available to allow you to select your own color.<br>------------------------------------<br>Note - Select your bezel color or finish at time of order<br>X = Color (A: almond, B: black, W: white, I: ivory, P: primer coat) |







NOTE: The bezel color above may not be exact

TOUCH PANEL BEZELS

TOUCH PANEL BEZELS

## 9-INCH IN-WALL TOUCH PANEL BEZEL

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| BZX-1009 | $100.00 | | Savant In-Wall Touch Panels are available with wall bezels. Match your décor with the most popular color options: white, almond, ivory and black. In addition, a bezel with a primer coat is available to allow you to select your own color.<br>------------------------------------<br>Note - Select your bezel color or finish at time of order<br>X = Color (A: almond, B: black, W: white, I: ivory, P: primer coat) |






NOTE: The bezel color above may not be exact

TOUCH PANEL BEZELS

*** All prices, availability, designs and specifications are subject to change without notice.**

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

TOUCH PANEL BEZELS

## 12-INCH IN-WALL TOUCH PANEL BEZEL

TOUCH PANEL BEZELS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| BZX-1012 | $100.00 | | Savant In-Wall Touch Panels are available with wall bezels. Match your décor with the most popular color options: white, almond, ivory and black. In addition, a bezel with a primer coat is available to allow you to select your own color. |






Note - Select your bezel color or finish at time of order
X = Color (A: almond, B: black, W: white, I: ivory, P: primer coat)

NOTE: The bezel color above may not be exact

TOUCH PANEL BEZELS

## INWALL BEZEL FOR IPAD ROUND CORNERS

TOUCH PANEL BEZELS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| BZX-RIPAD | $60.00 | | Savant In-Wall docks for iPad™ are available with round or square corner bezels. Match your décor with the most popular color options: white, black, and almond. In addition, a bezel with a primer coat is available to allow you to select your own color. |






Note - Select your color or finish when placing your order

X = Color (A: almond, B: black, W: white, and P: primer coat)

NOTE: The bezel color above may not be exact

*** All prices, availability, designs and specifications are subject to change without notice.**

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

TOUCH PANEL BEZELS

## INWALL BEZEL FOR IPAD SQUARE CORNERS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| BZX-SIPAD | $60.00 | | Savant In-Wall docks for iPad™ are available with round or square corner bezels. Match your décor with the most popular color options: white, black, and almond. In addition, a bezel with a primer coat is available to allow you to select your own color. |



---

Note - Select your color or finish when placing your order

X = Color (A: almond, B: black, W: white, and P: primer coat)




NOTE: The bezel color above may not be exact

TOUCH PANEL BEZELS

TOUCH PANEL BEZELS

## INWALL BEZEL FOR IPOD SQUARE CORNERS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| BZX-SIPOD | $40.00 | | Savant In-Wall Docks for iPod touch® are available with square corner bezels. Match your décor with the most popular color options: white, black, and almond. In addition, a bezel with a primer coat is available to allow you to select your own color. |



---

Note - Select your color or finish when placing your order

X = Color (A: almond, B: black, W: white, and P: primer coat)




NOTE: The bezel color above may not be exact

TOUCH PANEL BEZELS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**



STREAMING VIDEO SERVERS

## STREAMING VIDEO SERVER (SINGLE VIDEO FEED)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SVS-1001 | $2,000.00 | | |



The Savant Streamer distributes video content from multiple video sources (security and CCTV cameras, cable and satellite receivers, cd/dvd players, or other sources) simultaneously and independently. The Savant Streamer is available with and up to four independent video server modules to view up to four video feeds simultaneously on multiple displays. In addition, multiple Savant Streamers can be added in a Savant configuration to support and stream additional video sources. The SVS-1001 model is available with a single video server module.

---

- View up to 4 video feeds simultaneously and independently based on model used.
- Stream up to 4 video streams per Streaming Video Server
- (1) Ethernet 10/100 Base-T, RJ45 jack
- Audio IO
  - Audio input (1) Left and (1) Right RCA jacks
  - Audio output: (1) mono RCA jack
- Video IO
  - (1) Analog composite video input, or
  - (1) S-video input
- 3U enclosure, metal with matte black finish
- Power 12V DC@35W
- Configured and customized using RacePoint Blueprint™ design tool

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 12 lbs (5.4 kg)

STREAMING VIDEO SERVERS

STREAMING VIDEO SERVERS

## STREAMING VIDEO SERVER (TWO VIDEO FEEDS)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SVS-1002 | $3,000.00 | | |



The SVS-1002 model is available with two video server modules to view up to two video feeds simultaneously on multiple displays. See SVS-1001 for additional information on features and capabilities.

---

RoHS COMPLIANT

Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 12 lbs (5.4 kg)

* All prices, availability, designs and specifications are subject to change without notice.

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



STREAMING VIDEO SERVERS

## STREAMING VIDEO SERVER (THREE VIDEO FEEDS)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SVS-1003 | $4,000.00 | | The SVS-1003 model is available with three video server modules to view up to three video feeds simultaneously on multiple displays. See SVS-1001 for additional information on features and capabilities. |



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 13 lbs (5.9 kg)

STREAMING VIDEO SERVERS

## STREAMING VIDEO SERVER (FOUR VIDEO FEEDS)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SVS-1004 | $5,000.00 | | The SVS-1004 model is available with four video server modules to view up to four video feeds simultaneously on multiple displays. See SVS-1001 for additional information on features and capabilities. |



Dimensions (H x W x D): 4.5 x 17.3 x 8.25 inches
Net Weight: 13 lbs (5.9 kg)

STREAMING VIDEO SERVERS



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464031

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**



## KEYPAD BUNDLE

### 2-BUTTON KEYPAD KIT WITH EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| KPB-G02X | $500.00 | | |




KPB-G02X is a 2-Button Keypad Kit with extender. Fits standard electrical single-gang boxes and includes a Lutron single-gang wallplate. For custom engraving, see special services. The keypad is bundled with a centralized interconnect and distribution solution (TKX-2101), which transmit/extend power and control signals via UTP (CAT5/5e/6) to Savant keypads up to 300 ft (see TKX-2101).

Note - Select your bezel color or finish at time of order

---

- Common keypad assembly kit for all single-gang models
- Laser engravable keypad membranes
- Lutron Snap-on Cover Plate, available in ivory, white, almond, black & stainless steel
- Navigation & Feedback
- Program multi-command sequences on any button
- All buttons are configurable for single and multiple functions
- Easy to Install and effortlessly placed in strategic installations
- Wiring requirements - single CAT5e cable for system control and power
- Bundled with Savant keypad extender (see TKX-2101)
- Configured and customized with RacePoint Blueprint™ design tool

Fits standard single-gang UL/CSA recessed electrical boxes (not included)
Net Weight without extender: 0.25 lbs
Power requirements: 24 V DC

* All prices, availability, designs and specifications are subject to change without notice.

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

KEYPAD BUNDLE

## 3-BUTTON KEYPAD KIT WITH EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| KPB-G03X | $500.00 | | |




KPB-G03X is a 3-Button Keypad Kitwith extender. Fits standard electrical single-gang boxes and includes a Lutron single-gang wallplate. For custom engraving, see special services. The keypad is bundled with a centralized interconnect and distribution solution (TKX-2101), which transmit/extend power and control signals via UTP (CAT5/5e/6) to Savant keypads up to 300 ft (see TKX-2101).

Note - Select your bezel color or finish at time of order

---

See KPB-G02X for additional information on features and capabilities.

Fits standard single-gang UL/CSA recessed electrical boxes (not included)

KEYPAD BUNDLE

## 4-BUTTON KEYPAD KIT WITH EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| KPB-G04X | $500.00 | | |




KPB-G04X is a 4-Button Keypad Kit with extender. Fits standard electrical single-gang boxes and includes a Lutron single-gang wallplate. For custom engraving, see special services. The keypad is bundled with a centralized interconnect and distribution solution (TKX-2101), which transmit/extend power and control signals via UTP (CAT5/5e/6) to Savant keypads up to 300 ft (see TKX-2101).

Note - Select your bezel color or finish at time of order

---

See KPB-G02X for additional information on features and capabilities.

KEYPAD BUNDLE

KEYPAD BUNDLE

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464033

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



Fits standard single-gang UL/CSA recessed electrical boxes (not included)



## KEYPAD BUNDLE

### 11-BUTTON KEYPAD KIT WITH EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| KPB-G11X | $500.00 | | KPB-G11X is a 11-Button Keypad Kit with extender. Fits standard electrical single-gang boxes and includes a Lutron single-gang wallplate. For custom engraving see special services. The keypad is bundled with a centralized interconnect and distribution solution (TKX-2101), which transmit/extend power and control signals via UTP (CAT5/5e/6) to Savant keypads up to 300 ft (see TKX-2101). Note - Select your bezel color or finish at time of order ------------------------------------------------------------ See KPB-G02A for additional information on features and capabilities. |




Fits standard single-gang UL/CSA recessed electrical boxes (not included)



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464034

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

KEYPAD BUNDLE

## MEDIA KEYPAD KIT WITH EXTENDER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| KPB-M11X | $500.00 | | KPB-M11X is a 11-Button Media Keypad Kit with extender. Fits standard electrical single-gang boxes and includes a Lutron single-gang wallplate. For custom engraving, see special services. The keypad is bundled with a centralized interconnect and distribution solution (TKX-2101), which transmit/extend power and control signals via UTP (CAT5/5e/6) to Savant keypads up to 300 ft (see TKX-2101). Note - Select your bezel color or finish at time of order ------------------------------------------------------------------------------------------------------------ See KPB-G02X for additional information on features and capabilities. |







Fits standard single-gang UL/CSA recessed electrical boxes (not included)

KEYPAD BUNDLE

KEYPADS ENGRAVING

## ENGRAVED GENERIC 2 BUTTON KEYPAD KIT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| GKB-102XCE | $80.00 | | Custom engraving is an optional feature offered for the ROSIE keypad membranes. This feature allows the user to identify each button on the keypad for ease of use and to add beauty and functionality to each room. Each button is engraved with exacting detail using a high-speed laser engraving machine. ------------------------------------------------------------------------------------------------------------ Note: Please follow the steps on the Savant Dealer Portal to order your custom engraved keypad membranes. For questions concerning the custom engraving process, please contact our Customer Support department at: support@savantav.com |







KEYPADS ENGRAVING

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

NOTE: The keypad color above may not be exact

KEYPADS ENGRAVING

KEYPADS ENGRAVING

## ENGRAVED GENERIC 3 BUTTON KEYPAD KIT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| GKB-103XCE | $80.00 | | Custom engraving is an optional feature offered for the ROSIE keypad membranes. This feature allows the user to identify each button on the keypad for ease of use and to add beauty and functionality to each room. Each button is engraved with exacting detail using a high-speed laser engraving machine. ---------- Note: Please follow the steps on the Savant Dealer Portal to order your custom engraved keypad membranes. For questions concerning the custom engraving process, please contact our Customer Support department at: support@savantav.com |







NOTE: The keypad color above may not be exact

KEYPADS ENGRAVING

KEYPADS ENGRAVING

## ENGRAVED GENERIC 4 BUTTON KEYPAD KIT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| GKB-104XCE | $80.00 | | Custom engraving is an optional feature offered for the ROSIE keypad membranes. This feature allows the user to identify each button on the keypad for ease of use and to add beauty and functionality to each room. Each button is engraved with exacting detail using a high-speed laser engraving machine. ---------- Note: Please follow the steps on the Savant Dealer Portal to order your custom engraved keypad membranes. For questions concerning the custom engraving process, please contact our Customer Support department at: support@savantav.com |







NOTE: The keypad color above may not be exact

*** All prices, availability, designs and specifications are subject to change without notice.**

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



## KEYPADS ENGRAVING

### ENGRAVED GENERIC 11 BUTTON KEYPAD KIT

KEYPADS ENGRAVING

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
| --- | --- | --- | --- |
| GKB-111XCE | $80.00 | | Custom engraving is an optional feature offered for the ROSIE keypad membranes. This feature allows the user to identify each button on the keypad for ease of use and to add beauty and functionality to each room. Each button is engraved with exacting detail using a high-speed laser engraving machine. |

Note: Please follow the steps on the Savant Dealer Portal to order your custom engraved keypad membranes. For questions concerning the custom engraving process, please contact our Customer Support department at: support@savantav.com







NOTE: The keypad color above may not be exact

## KEYPADS ENGRAVING

### ENGRAVED MEDIA KEYPAD BUTTON KIT

KEYPADS ENGRAVING

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
| --- | --- | --- | --- |
| MKB-111XCE | $80.00 | | Custom engraving is an optional feature offered for the ROSIE keypad membranes. This feature allows the user to identify each button on the keypad for ease of use and to add beauty and functionality to each room. Each button is engraved with exacting detail using a high-speed laser engraving machine. |

Note: Please follow the steps on the Savant Dealer Portal to order your custom engraved keypad membranes. For questions concerning the custom engraving process, please contact our Customer Support department at: support@savantav.com







NOTE: The keypad color above may not be exact

*** All prices, availability, designs and specifications are subject to change without notice.**

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

KEYPAD ASSEMBLY

## SAVANT KEYPAD ASSEMBLY

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RKA-1000 | $400.00 | | |



The Savant Keypad Assembly Kit can be ordered for spares. The RKA-1000 kit is the same regardless of the application. For example, an audio keypad can be changed to a multi-use keypad by simply redefining the action of the buttons and changing the buttons.

An alternate solution is to order the Keypad Bundle solutions, which are offered with the TKX-2101, a single-port keypad extender (See KPB Series and TKX-2101).

---

- Common Keypad Assembly Kit for all Savant single-gang keypads
- Power and wiring requirements, single CAT5e cable




Dimensions (H x W x D): Fits in standard 1 Gang UL/CSA
Net Weight: 0.5 lbs

KEYPAD ASSEMBLY

REMOTES

## RADIO FREQUENCY (RF) WIRELESS RECEIVER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RFD-1000 | $40.00 | | |




RFD-1000 is a RF Wireless Receiver for Savant's family of RF-based remotes in the form of a USB dongle.

---

- Frequency (Spectrum) - ISM Band (2.4 GHz to 2.483 GHz)
- See RRC-1000, RTR-1000 & RTR-2000, RTR-100C & RTR-200C, RRC-CUST




REMOTES

*** All prices, availability, designs and specifications are subject to change without notice.**

REMOTES

## CONTEMPORARY REMOTE CONTROL (OSD NAVIGATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RRC-1000 | $400.00 | | |




Savant's spherical and novel Contemporary Remote design makes multi-room system control a delightful experience that is hard to put down. Available in black, or custom designed in a wide variety of finishes and materials.

- Innovative, novel & ergonomic design
- Navigation wheel provides effortless heads-up navigation
- 11-programmable buttons
- Frequency (Spectrum) - ISM Band (2.4 GHz to 2.483 GHz)
- Paired with Savant OSD (On-Screen Display)
- Paired with RFD-1000, RF Wireless Receiver
- Two Triple AAA Batteries
- Configured and customized using RacePoint Blueprint™ design tool
- See RRC-CUST for custom finish options

CEDIA RoHS COMPLIANT

Dimensions: 2.75-inch diameter and 1.25-inches tall
Net Weight: 100 grams

REMOTES

## CONTEMPORARY REMOTE CONTROL CUSTOM FINISH

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RRC-CUST | TBD | | |



The Contemporary Remote can also be ordered with custom finishes and materials. Contact Savant Sales for additional information.

RoHS COMPLIANT



* All prices, availability, designs and specifications are subject to change without notice.

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

## REMOTES

### TRADITIONAL REMOTE CONTROL (OSD NAVIGATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RTR-1000 | $400.00 | | |



Savant offers a traditional multi-button remote for users accustomed to the look and feel of standard remotes. The RTR-1000 remote is a 27-button remote with common navigation buttons, plus the added benefits of an integrated navigation wheel. Paired with Savant OSD, this "solution set" provides easy heads-up navigation, selection of multimedia content, and control of other services and sub-systems through Savant's customizable OSD.

---

- Traditional multi-button remote with ergonomic design
- Integrated navigation wheel provides effortless heads-up navigation
- Paired with Savant OSD (On-Screen Display)
- 27-programmable buttons
- Paired with RFD-1000, RF Wireless Receiver
- Frequency (Spectrum) - ISM Band (2.4 GHz to 2.483 GHz)
- Two Double AA batteries, user replaceable
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (LxWxD): 6.75 x 2.2 x 1.1 inches
Net Weight: 160 grams

REMOTES

## REMOTES

### TRADITIONAL REMOTE WITH CUSTOM BUTTON ENGRAVING

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RTR-100C | $600.00 | | |



Savant offers a traditional multi-button remote for users accustomed to the look and feel of standard remotes. The RTR-1000 remote is a 27-button remote with common navigation buttons, plus the added benefits of an integrated navigation wheel. Paired with Savant OSD, this "solution set" provides easy heads-up navigation, selection of multimedia content, and control of other services and sub-systems through Savant's customizable OSD.

---

- Traditional multi-button remote with ergonomic design
- Integrated navigation wheel provides effortless heads-up navigation
- Paired with Savant OSD (On-Screen Display)
- 27-programmable buttons
- Paired with RFD-1000, RF Wireless Receiver
- Frequency (Spectrum) - ISM Band (2.4 GHz to 2.483 GHz)
- Two Double AA batteries, user replaceable
- Configured and customized using RacePoint Blueprint™ design tool

Dimensions (LxWxD): 6.75 x 2.2 x 1.1 inches
Net Weight: 160 grams

REMOTES

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464040

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

REMOTES

## SAVANT REMOTE (NON-OSD NAVIGATION)

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RTR-2000 | $400.00 | | |



RoHS COMPLIANT

Dimensions (LxWxD): 6.75 x 2.2 x 1.1 inches
Net Weight: 160 grams

The Savant Remote provides programmable custom control features in an elegant handheld device. It includes 27 backlit laser-engraved buttons - any button can be customized for activating workflows, or specific operating functions for common devices and services. It also includes a circular navigation wheel for up, down, left, right and select. Two buttons for adjusting volume and changing channels are included, along with common transport / navigation and DVR service buttons.

---

The Savant Remote Solution requires the USB Digital Extender and RF Wireless Receiver. The unique identification (UID) of the remote is used to differentiate the binding of the remote to the RF Wireless Receiver.

---

- Traditional multi-button remote with ergonomic design
- Integrated navigation wheel provides effortless heads-up navigation
- 27-programmable buttons
- Paired with RFD-1000, RF Wireless Receiver
- Paired with USB Digital Extenders (See UCX-1000)
- Frequency (Spectrum) - ISM Band (2.4 GHz to 2.483 GHz)
- Two Double AA batteries, user replaceable
- Custom laser-engraved buttons and silk-screening available (See RTR-200C)
- Configured and customized using RacePoint Blueprint™ design tool

REMOTES

REMOTES

## SAVANT REMOTE WITH CUSTOM BUTTON ENGRAVING AND SILK-SCREENIN

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RTR-200C | $600.00 | | |



RoHS COMPLIANT

Custom engraving is an optional feature offered for the Savant Remotes. This feature allows you to customize each button on the remote for ease of use and to add functionality for specific services or functions. Each button is engraved with exacting detail using a high-speed laser engraving machine. In addition, custom silk-screening of the RTR-200C and RTR-100C cover plates is available.

---

Note: Please follow the steps on the Savant Dealer Portal to order your custom remotes. For questions concerning the custom remote engraving process, please contact our Customer Support department at: support@savantav.com

REMOTES

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

**CABLE**

## STRUCTURED WIRE BUNDLE (3) CAT5E + (1) 14/2 AWG

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| CBL-1000 | $2,000.00 | | |

CBL-1000 is a structured wiring bundle recommended for the interconnection and wiring of Savant's line of In-Wall Touch Panels. Within a single jacket, CBL-1000 provides (3) CAT5e, and (1) pair 14 AWG for 24 VDC.




- Cable bundle components & composition
  - Signal cable: (3) UTP category 5e LAN cables
  - Power cable: (1) 14 AWG 2 conductor, non-shielded
  - Rip cord: Nylon under the jacket
  - Jacket: Polyvinyl chloride (PVC), black
- Operating temperature: - 4° to 140° F (-20° to 60° C)
- NEC rated CL3
- 1000 ft (304m) spool

RoHS COMPLIANT

Cable bundle dimensions:
0.576-inch (14.63mm) diameter
0.032-inch (0.81mm) thickness
Net Weight (Spool): Contact sales

CABLE

**CABLE**

## CABLE HDMI 3 FEET LOCKING

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| CBL-3LHDMI | $40.00 | | |

CBL-3LHDMI is a three foot HDMI™ 1.3 cable equipped with locking connectors, which are ideal when used with Savant equipment with HDMI™ locking connectors. For instance, the Savant digital video input and output service cards (See VIM-D034 and VOM-D034).




HDMI

RoHS COMPLIANT

CABLE

*** All prices, availability, designs and specifications are subject to change without notice.**

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

CABLE

## CABLE HDMI 6 FEET LOCKING

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| CBL-6LHDMI | $50.00 | | CBL-3LHDMI is a six foot HDMI™ 1.3 cable equipped with locking connectors, which are ideal when used with Savant equipment with HDMI™ locking connectors. For instance, the Savant digital video input and output service cards (See VIM-D034 and VOM-D034). |



HDMI EXTENDERS (CAT 5E)

## HDMI OVER CAT5/6 SOLUTION SET

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| HCX-1010 | $700.00 | | This HDMI™ over CAT5e STP 'solution set' extends the HDMI™ signals up to 330 feet (100 meters) at 1080p60 over a single CAT5e cable. The solution set consists of an HDMI transmitter and HDMI receiver. It includes locking power connections on the extender units and power supplies for secure connections |




------------------------------------------------------------------------------------------------

- Extend high definition source signals to displays up to 330 feet (100 meters) at 1080p60
- Both audio and video signals are transmitted digitally over the CAT5e
- Max. Video Resolutions Supported 1080p60 / 1920x1200 @ 60Hz
- Max. Ethernet Data Transfer Rate: 100 Mbps
- HDMI™ 1.3 and HDCP compliant
- HDMI™ 1.3 features include:
- - 225 MHz (up to 12-bit YUV 444 @ 1080p)
- - Dolby TrueHD and DTSMaster Code
- - Deep Color Supported (XV color)
- - Lip-Sync Pass Through
- - CEC Pass Through
- Resolution: 1080p60 and 1920 x 1200 @60Hz
- HDMI™ Connector: Type A 19 pin female
- Extended Link Connectors: RJ45 shielded
- Included Items
  - HDMI™ 1.3 over CAT5e with Ethernet Transmitter Unit
  - HDMI™ 1.3 over CAT5e with Ethernet Receiver Unit
  - (2) 5 V DC Power supplies with locking power connector
  - Power consumption, 10 Watts (max.) per unit
  - Quick Reference Guide

  Note - Optional HDMI Locking Cables are available (See CBL-3LHDMI, CBL-6LHDMI)
- Configured using RacePoint Blueprint™ design tool

Dimensions (H x W x D): Transmitter: 1.25 x 3.3 x 3.4 inch
Dimensions (H x W x D): Receiver: 1.25 x 3.3 x 3.4 inches
Net Weight: 1.5 lbs (0.7 kgs)
Power supply: 5 V DC@1A input, 120 VAC, 50/60 Hz

CABLE

HDMI EXTENDERS (CAT 5E)

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464043

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

## HDMI EXTENDERS (COAX)

HDMI EXTENDERS (COAX)

### HDMI OVER COAX SOLUTION SET

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| HCX-1100 | $400.00 | | |

The Savant HDMI™ over COAX (RGBHV) digital extension solution set takes an HDMI™ signal and extends its distance over 5-connector coaxial cabling, ideal for residential and professional A/V applications. Savant's HDMI™ over COAX is capable of delivering 1080p HDMI™ at long distances up to 330 feet (100 meters), and supports both audio and video signals for large HD displays.




HDMI RoHS COMPLIANT

Dimensions (H x W xD): HTX-1100: 1.2 x 3.3 x 3.5 inches
Dimensions (H x W xD): HRX-1100: 1.2 x 3.3 x 3.5 inches
Net Weight: 2.1 lbs
Power supply: 9 V DC@1A

---

- Connects and extends HDMI™ source signals to remote HDMI™ displays over RGBHV
- mini-COAX cabling
- Supports extension distances up to 330 feet (100 meters) at 1080p
- Both audio and video signals are transmitted digitally over the mini-COAX cables
- HDMI™ 1.3 and HDCP compliant
- Resolution: 1080p
- HDMI™ Connector: Type A 19 pin female
- Extended Link Connectors: RJ45 shielded
- Included Items
  - HDMI™ over COAX Transmitter
  - HDMI™ over COAX Receiver
  - 9 V DC power Supply
  - Quick Reference Guide
- Configured using RacePoint Blueprint™ design tool
- Contact Savant Support for information on cable and connector requirements

## USB EXTENDERS

USB EXTENDERS

### USB OVER CAT5E DIGITAL EXTENDER SET

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| UCX-1100 | $380.00 | | |

The UCX-1100 is a USB 1.1 over CAT5e 'solution set' that includes the USB 1.1 Transmitter (UTX-1100), and the USB 1.1 Receiver (URX-1100), power adapter and user guide. It extends any USB 1.1 device up to 100 meters (330 feet) over one CAT5e cable.




RoHS COMPLIANT

Dimensions (H x W x D): 1.4 x 4.3 x 3.4 inches
Dimensions (H x W x D): URX-1100: 1.4 x 4.3 x 3.4 inches
Net Weight: 2.5 lbs

---

- Ships with power adapter and user guide
- Range over CAT5 UTP cable: 100 meters (330 feet)
- USB Tx connector (upstream): 1 x USB Type B
- USB Tx connector (downstream): 1 x RJ45
- USB Rx connector (upstream): 1 x RJ45
- USB Rx connector (downstream): 2 x USB Type A
- Power Adapter capacity: 15V DC @ 1A
- Extended Link Connectors: RJ45 shielded
- Temperature Range: 4° C to 40° C
- Compliance: FCC, CE Class A, RoHS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

## ACCESSORIES

### APPLE TV

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| ATV-1000 | $130.00 | | The ATV-1000 is a new generation Apple TV®. <br> For additional information on the Apple TV® see http://www.apple.com/support/ |



ACCESSORIES

## ACCESSORIES

### RJ45 SERIAL ADAPTERS FLOW NULL 10-PACK

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| CON-10FN | $50.00 | | The Serial Adapter Kit provides the installer with the ability to interconnect, using a CAT5 cable, a Savant controller RJ-45 serial port to a DB-9 serial port on an external device. CON-10FN is a 10-pack containing "Flow Null" RJ45 Serial termination port adapters. <br> - (10) Flow and null, RJ45 Serial Adapters (Green) |



ACCESSORIES

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

ACCESSORIES

## RJ45 SERIAL ADAPTERS FLOW NO NULL 10-PACK

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| CON-10FNN | $50.00 | | The Serial Adapter Kit provides the installer with the ability to interconnect, using a CAT5 cable, a Savant controller RJ-45 serial port to a DB-9 serial port on an external device. CON-10FNN is a 10-pack containing "Flow No Null" RJ45 Serial termination port adapters. |

- (10) Flow and no null, RJ45 Serial Adapters (Blue)




ACCESSORIES

## DB-9 MINI GENDER CHANGER 10 PACK

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| CON-10GEN | $50.00 | | The Serial Adapter Kit provides the installer with the ability to interconnect, using a CAT5 cable, a Savant controller RJ-45 serial port to a DB-9 serial port on an external device. CON-10GEN is a 10-pack containing DB-9 mini gender changers. |

- (10) DB-9 mini gender changers



ACCESSORIES

ACCESSORIES

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

ACCESSORIES

## RJ45 SERIAL ADAPTERS NO FLOW NULL 10-PACK

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| CON-10NFN | $50.00 | | The Serial Adapter Kit provides the installer with the ability to interconnect, using a CAT5 cable, a Savant controller RJ-45 serial port to a DB-9 serial port on an external device. CON-10NFN is a 10-pack containing "No Flow Null" RJ45 Serial termination port adapters. |




RoHS COMPLIANT

- (10) No flow null, RJ45 Serial Adapters (Yellow)

ACCESSORIES

ACCESSORIES

## RJ45 SERIAL ADAPTERS NO FLOW NO NULL 10-PACK

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| CON-10NFNN | $50.00 | | The Serial Adapter Kit provides the installer with the ability to interconnect, using a CAT5 cable, a Savant controller RJ-45 serial port to a DB-9 serial port on an external device. CON-10NFNN is a 10-pack containing "No Flow No Null" RJ45 Serial termination port adapters. |



RoHS COMPLIANT

- (10) No flow no null, RJ45 Serial Adapters (Red)

ACCESSORIES

* **All prices, availability, designs and specifications are subject to change without notice.**

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

ACCESSORIES

## COMPONENT PROFILING TOOL

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| CPT-1000 | | | CPT-1000 is an RSC-0007 System Controller bundled with the Component Profiling Tool Utlity available from the dealer portal. |




- Shorten the validation time of testing component profiles
- Eliminate the need to use Blueprint™ prior to testing a profile
- Mobile test and debug tool, ideal for onsite troubleshooting

Note - Component Profiling Tool Utility is currently in beta format

ACCESSORIES

## FAN TRAY FOR MSC-24SE PLATFORM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| FAN-24SE | $600.00 | | FAN-24SE can be ordered as a spare / replacement fan tray for the MSC-24SE platforms. |



ACCESSORIES

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464048

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

ACCESSORIES

## 1 TERABYTE QUADRUPLE INTERFACE EXTERNAL HARD DISK DRIVE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| HDD-1000 | $300.00 | | |



Savant offers external hard disk drives for customers that require more storage for their digital media. These hard drives offer FireWire and USB 2.0 interfaces for connection to Savant solutions.

- Quadruple interface for full PC/Mac compatibility
- Aluminum heat sink design for safe, fanless, quieter operation
- Rotational speed 7200 RPM
- Capacity 1 Terabyte
- External power supply
- Interface
  - (1) eSATA
  - (2) FireWire 800 ports
  - (1) FireWire 400 port
  - (1) USB 2.0 port

Dimensions (H x W x D): 6.3 x 1.7 x 6.8 inches
Net Weight: 3.3 lbs (1.5 Kg)

ACCESSORIES

## INFRARED (IR) EMITTER

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IRB-1000 | $14.00 | | |



IRB-1000 is a high output IR emitter for controlling A/V components, ideal for Savant IR control port applications. IRB-1010 is a bundled 10-pack of IR emitters.

- Transparent to infrared light
- One IRB-1000 unit is required for each component you wish to control via IR
- Miniature size for discrete placement
- Adhesive backing for quick, easy placement
- 2-pin 3.5mm Phoenix Connector

Length: 10 feet
Item Package Quantity: 1

ACCESSORIES

ACCESSORIES

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

ACCESSORIES

## INFRARED (IR) EMITTER 10 PACK

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| IRB-1010 | $120.00 | | IRB-1010 is a bundled 10-pack of IRB-1000 IR emitters. |






Length: 10 feet
Item Package Quantity: 10

ACCESSORIES

ACCESSORIES

## POWER SUPPLY FOR MSC-24SER PLATFORM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PWR-24SER | $1,600.00 | | PWR-24SER can be ordered as a spare / replacement power supply for the MSC-24SER platform. |






ACCESSORIES

* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

ACCESSORIES

## SERIAL CONTROL TERMINATION ADAPTER KIT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| SAK-1000 | $50.00 | | |



- The Serial Adapter Kit provides the installer with the ability to interconnect, using a CAT5 cable, Savant controller RJ-45 serial port to a DB-9 serial port on an external device. Each Serial Adapter Kit contains the following four color coded RJ-45 to DB-9 adapters and a DB-9 mini gender changer.

- (1) Green: Flow and null
- (1) Blue: Flow and no null
- (1) Yellow: No flow and null
- (1) Red: No flow and no null
- (1) DB-9 mini gender changer

Note - Each RJ45 Serial Adapter type is offered in 10 packs; see the following model numbers:
- CON-10FN, Flow and null 10-pack
- CON-10FNN, Flow no null 10-pack
- CON-10NFN, No flow and null 10-pack
- CON-10NFNN, No flow and no null 10-pack

RoHS COMPLIANT

ACCESSORIES

ACCESSORIES

## APPLE AIRPORT EXTREME BASE STATION

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WBS-1000 | $200.00 | | |



The WBS-1000 is an Apple® AirPort Extreme® Base Station based on IEEE 802.11n draft specification and is compatible with IEEE 802.11a/b/g. Range will vary with site conditions.

---

- Simultaneous dual-band Wi-Fi
- Standard encryption technologies including WPA/WPA2 and 128-bit WEP
- Guest Networking - Separate Wi-Fi network for visitors

For additional information on the Apple® AirPort Extreme® Base Station see http://www.apple.com/support/

RoHS COMPLIANT

ACCESSORIES

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

ACCESSORIES

ACCESSORIES

## APPLE AIRPORT EXPRESS BASE STATION

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WBS-1001 | $150.00 | | |



The WBS-1001 is an Apple® AirPort Express® Base Station-a portable base station with an integrated power supply that uses the 802.11n draft specification wireless standard delivering fast data rates-up to a maximum 54 megabits per second. Range will vary with site conditions.

- Standard encryption technologies including WPA/WPA2 and 128-bit WEP

For additional information on the Apple® AirPort Express® Base Station see http://www.apple.com/support/

ACCESSORIES

ACCESSORIES

## APPLE WIRELESS KEYBOARD

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| WKB-1100 | $108.00 | | |



WKB-1100 is an ultra-thin and completely cable-free Apple® wireless keyboard for use with Savant's multimedia, home and automation architecture. Bluetooth® technology ensures seamless operation up to 30 feet.

- Bluetooth® wireless technology
- Elegant ultra-thin design
- Three AAA batteries

For additional information on the Apple® wireless keyboard see http://www.apple.com/support/

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

LICENSING

## ADDITIONAL SINGLE RACEPOINT BLUEPRINT DESIGN TOOL LICENSE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|

BPD-0140




Savant offers you the ability to purchase additional RacePoint Blueprint™ software licenses to meet the demands of your business.

---

Savant's control systems and its entire line of user interfaces are all configured and customized by the revolutionary software application RacePoint Blueprint™. This intelligent software tool allows dealers and installers to simply configure and customize complete automation and control systems, and auto-generate paired user interfaces without writing code.

RacePoint Blueprint™ is a simple Four Step Design Process:
- Place Components, Services or Subsystems
- Draw Interconnections
- Press Generate Services
- Press Save to auto-generate user interfaces and control logic

RacePoint Blueprint™ provides a common and single audio and video (A/V), and subsystems service creation and design environment for complex AV programming without writing code-RacePoint Blueprint™ does the work for you.

- Qty 1

LICENSING

LICENSING

## THREE RACEPOINT BLUEPRINT DESIGN TOOL LICENSES

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|

BPD-0340




Savant offers you the ability to purchase additional RacePoint Blueprint™ software licenses to meet the demands of your business.

---

Savant's control systems and its entire line of user interfaces are all configured and customized by the revolutionary software application RacePoint Blueprint™. This intelligent software tool allows dealers and installers to simply configure and customize complete automation and control systems, and auto-generate paired user interfaces without writing code.

RacePoint Blueprint™ is a simple Four Step Design Process:
- Place Components, Services or Subsystems
- Draw Interconnections
- Press Generate Services
- Press Save to auto-generate user interfaces and control logic

RacePoint Blueprint™ provides a common and single audio and video (A/V), and subsystems service creation and design environment for complex AV programming without writing code-RacePoint Blueprint™ does the work for you.

- Qty 3

LICENSING

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464053

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

LICENSING

## SIX RACEPOINT BLUEPRINT DESIGN TOOL LICENSES

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|

BPD-0640




Savant offers you the ability to purchase additional RacePoint Blueprint™ software licenses to meet the demands of your business.

---

Savant's control systems and its entire line of user interfaces are all configured and customized by the revolutionary software application RacePoint Blueprint™. This intelligent software tool allows dealers and installers to simply configure and customize complete automation and control systems, and auto-generate paired user interfaces without writing code.

RacePoint Blueprint™ is a simple Four Step Design Process:
- Place Components, Services or Subsystems
- Draw Interconnections
- Press Generate Services
- Press Save to auto-generate user interfaces and control logic

RacePoint Blueprint™ provides a common and single audio and video (A/V), and subsystems service creation and design environment for complex AV programming without writing code-RacePoint Blueprint™ does the work for you.

- Qty 6

LICENSING

## TEN RACEPOINT BLUEPRINT DESIGN TOOL LICENSES

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|

BPD-1040




Savant offers you the ability to purchase additional RacePoint Blueprint™ software licenses to meet the demands of your business.

---

Savant's control systems and its entire line of user interfaces are all configured and customized by the revolutionary software application RacePoint Blueprint™. This intelligent software tool allows dealers and installers to simply configure and customize complete automation and control systems, and auto-generate paired user interfaces without writing code.

RacePoint Blueprint™ is a simple Four Step Design Process:
- Place Components, Services or Subsystems
- Draw Interconnections
- Press Generate Services
- Press Save to auto-generate user interfaces and control logic

RacePoint Blueprint™ provides a common and single audio and video (A/V), and subsystems service creation and design environment for complex AV programming without writing code-RacePoint Blueprint™ does the work for you.

- Qty 10

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule** **October 2010**

## DEVELOPMENT ENVIRONMENTS

### SAVANT 13-INCH DESIGN ENVIRONMENT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RDE-1013 | | | |



RDE-1013 is a 13-inch Apple® MacBook Pro notebook built on the latest Intel® mobile architecture, machined from a solid piece of aluminum with a brilliant, ultrathin LED-backlit display. Bundled with the RDE-1013 is Savant's design tool (RacePoint Blueprint™).

---

The Development Environments include the Component Profiling Tool (CPT-1000) which is a valuable tool used to test and validate component profiles (see CPT-1000).

- For additional information on the MacBook Pro see http://www.apple.com/support/

RoHS COMPLIANT

DEVELOPMENT ENVIRONMENTS

## DEVELOPMENT ENVIRONMENTS

### SAVANT 15-INCH DESIGN ENVIRONMENT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RDE-1015 | | | |




RDE-1015 is a 15-inch Apple® MacBook Pro notebook built on the latest Intel® mobile architecture. Bundled with the RDE-1015 is Savant's design tool (RacePoint Blueprint™), and the following third party applications: Adobe® Photoshop® CS4Extended, <oXygen>® XML Editor and XSLT Debugger, VPN Tracker, and Apple® Remote Desktop Client.

The Development Environments include the Component Profiling Tool (CPT-1000) which is a valuable tool used to test and validate component profiles (see CPT-1000).

---

- Adobe® Photoshop® CS4 Extended (single user license)
- <oXygen>® XML Editor and XSLT Debugger (single user license)
- VPN Tracker (single user license)
- Apple® Remote Desktop Client (single user license)
- For additional information on the MacBook Pro see http://www.apple.com/support/

RoHS COMPLIANT

DEVELOPMENT ENVIRONMENTS



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

## DEVELOPMENT ENVIRONMENTS

### SAVANT 17-INCH DESIGN ENVIRONMENT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RDE-1017 | | | |



RDE-1017 is a 17-inch Apple® MacBook Pro notebook built on the latest Intel® mobile architecture. Bundled with the RDE-1017 is Savant's design tool (RacePoint Blueprint™), and the following third party applications: Adobe® Photoshop® CS4Extended, <oXygen>® XML Editor and XSLT Debugger, VPN Tracker, and Apple® Remote Desktop Client.

The Development Environments include the Component Profiling Tool (CPT-1000) which is a valuable tool used to test and validate component profiles (see CPT-1000).

---

- Adobe® Photoshop® CS4 Extended (single user license)
- <oXygen>® XML Editor and XSLT Debugger (single user license)
- VPN Tracker (single user license)
- Apple® Remote Desktop Client (single user license)
- For additional information on the MacBook Pro see http://www.apple.com/support/

RoHS COMPLIANT

DEVELOPMENT ENVIRONMENTS

## DEVELOPMENT ENVIRONMENTS

### SAVANT 27-INCH DESIGN ENVIRONMENT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RDE-1027 | | | |



RDE-1027 is a 27-inch Apple® iMac Desktop computer built on the latest Intel® mobile architecture. Bundled with the RDE-1027 is Savant's design tool (RacePoint Blueprint™), and the following third party applications: Adobe® Photoshop® CS4Extended, <oXygen>® XML Editor and XSLT Debugger, VPN Tracker, and Apple® Remote Desktop Client.

The Development Environments include the Component Profiling Tool (CPT-1000) which is a valuable tool used to test and validate component profiles (see CPT-1000).

---

- Adobe® Photoshop® CS4 Extended (single user license)
- <oXygen>® XML Editor and XSLT Debugger (single user license)
- VPN Tracker (single user license)
- Apple® Remote Desktop Client (single user license)
- For additional information on the iMac® see http://www.apple.com/support/

RoHS COMPLIANT

DEVELOPMENT ENVIRONMENTS

*** All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only 

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

## DEVELOPMENT ENVIRONMENTS

### SAVANT 15-INCH FIELD ENVIRONMENT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|

RFE-1015



RFE-1015 is a 15-inch Apple® MacBook Pro notebook built on the latest Intel® mobile architecture. Bundled with the RFE-1015 is Savant's design tool (RacePoint Blueprint™), and the following third party applications: VPN Tracker and Apple® Remote Desktop Client.

- VPN Tracker (single user license)
- Apple® Remote Desktop Client (single user license)
- For additional information on the MacBook Pro see http://www.apple.com/support/

RoHS COMPLIANT

## SUBSCRIPTION SERVICE

### SAVANTCARE PLAN

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|

SPP-0101

savantCare

Savant offers an annual SavantCare Service Plan with quality service and support provided by the Savant Professional Services Group. Details including terms and conditions of the service plan are outlined and in the 2010 SavantCare Service Plan Agreement available by contacting sales. A bullet list of the key services and benefits are outlined below:

- Technical Support
  - Standard Coverage Monday - Friday 8 AM - 8 PM EST
  - Emergency 24/7 Support
- Repairs and Advanced Replacement
  - Advanced Replacement Products
- Software Releases including Point and Major Releases

DEVELOPMENT ENVIRONMENTS

SUBSCRIPTION SERVICE

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464057

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

PROFESSIONAL SERVICES

## TRUEIMAGE THEME CREATION

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PSA-1000 | $5,200.00 | | The Savant Professional Services Group will help create the TrueImage theme for our dealers. A professional photographer will be schedule to go on site and photograph the rooms necessary to run the TrueImage theme. These photographs will be professionally touched up and integrated into a existing configuration. The creation of the theme will be done at Savant headquarters and testing to be done by the dealer on site. Pro Services can be scheduled to be on site to help if necessary. |

savant
Professional Services

-----------------------------------------------------------------------------------------------

- Note: $2600 base fee plus $163 per hour if photographer is required to be on site more than 1day.
- Travel, meals and lodging are not included.

PROFESSIONAL SERVICES

PROFESSIONAL SERVICES

## QUICK-TURN COMPONENT PROFILE REQUEST

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PSC-1000 | | | Quick-Turn Component Profile Development program: For emergency development of a profile to be done sooner than the 4-6 week advertised time frame. |

savant
Professional Services

-----------------------------------------------------------------------------------------------

- Note: $1500 base fee plus $163 per hour if greater than 1 day

PROFESSIONAL SERVICES

* **All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464058

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**

PROFESSIONAL SERVICES

## CUSTOM DEVELOPMENT & DESIGN

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PSD-1000 | $195.00 | | The Savant Professional Services Group provides custom development and design services using the RacePoint Blueprint" design tool. These services include custom workflows, Quartz Composer development, custom software modules and any other RacePoint Blueprint" configuration and custom development. |

savant Professional Services

Note: This is per hour

PROFESSIONAL SERVICES

## CUSTOM GRAPHICS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PSD-1100 | $150.00 | | The Savant Professional Services group provides graphic design services to customize themes or develop new themes to meet customer's artistic and usability requirements. |

savant Professional Services

Note: This is per hour

PROFESSIONAL SERVICES

PROFESSIONAL SERVICES

* **All prices, availability, designs and specifications are subject to change without notice.**



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

**USD** **Dealer Price Schedule** **October 2010**

PROFESSIONAL SERVICES

## PROJECT MANAGEMENT FOR ON SITE INSTALLATIONS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PSM-1000 | $195.00 | | The Savant Professional Services group provides project management services. |

savant
Professional Services

Note: This is per hour

PROFESSIONAL SERVICES

## ON-SITE TECHNICIAN

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PSO-1000 | $120.00 | | The Savant Professional Services Group provides on-site technician services. The on-site technician provides RacePoint Blueprint* design tool experience and expertise in installations, including rough-in and wiring terminations of AV equipment and common automation and control subsystems. |

savant
Professional Services

The On-Site Technician service requirements are as follows:

- Minimum of 8 Hours per day
- The hourly rate does not include travel expenses, meals and lodging
- An On-Site Senior Consultant must accompany an On-Site Technician

Note: This is per hour

PROFESSIONAL SERVICES

PROFESSIONAL SERVICES

*** All prices, availability, designs and specifications are subject to change without notice.**

savant NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD **Dealer Price Schedule October 2010**



PROFESSIONAL SERVICES

## ON-SITE SENIOR TECHNICIAN

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PSO-1100 | $175.00 | | The Savant Professional Services Group provides an On-Site Senior Technician to help with the installation and the final phases of the installation to ensure a properly installed and operating Savant system |

savant Professional Services

- Minimum of 8 Hours per day
- The hourly rate does not include travel expenses, meals and lodging

Note: This is per hour



PROFESSIONAL SERVICES

## ON-SITE CONSULTANT

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PSO-1200 | $195.00 | | The Savant Professional Services Group provides an On-Site Senior Consultant to help with the installation and the final phases of the installation to ensure a properly installed and operating Savant system |

savant Professional Services

- Minimum of 8 Hours per day
- The hourly rate does not include travel expenses, meals and lodging

Note: This is per hour

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0464061

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

PROFESSIONAL SERVICES

## CAD--FLOOR PLANS & RACKS

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PSP-1000 | $195.00 | | The Savant Professional Services Group provides CAD drawing services for floor plans, equipment racks and installed equipment for the installation site. |

Note: This is per hour

PROFESSIONAL SERVICES

## D-TOOLS--WIRING DIAGRAM

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| PSP-1100 | $195.00 | | The Savant Professional Services Group provides DTool Wiring Diagram services to show all interconnections of the installed equipment. |

Note: This is per hour

PROFESSIONAL SERVICES

PROFESSIONAL SERVICES

* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904

USD Dealer Price Schedule October 2010

PROFESSIONAL SERVICES

## DIAGNOSTIC ANALYSIS (NON-WARRANTY) FLAT FEE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RPR-DIAG | $350.00 | | The Savant Operations Group provides diagnostic analysis of Savant's products of non-warranty products at a flat fee. |

PROFESSIONAL SERVICES

PROFESSIONAL SERVICES

## HOURLY REPAIR FIXED FEE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RPR-FIXED | $90.00 | | The Savant Operations Group provides repairs of Savant's products at an hourly fixed fee. |

PROFESSIONAL SERVICES

* All prices, availability, designs and specifications are subject to change without notice.



RESTRICTED CONFIDENTIAL - Outside Counsel Only

savant
NOW YOU CAN

Savant Systems LLC
770 Main St
Osterville MA 02655-1904



PROFESSIONAL SERVICES

## UPGRADE PRODUCT ANALYSIS AND FEE

| Model | Sugg. Retail (USD) | Dealer Cost (USD) | Description |
|---|---|---|---|
| RPR-UPG | TBD | | The Savant Operations Group provides an upgrade product analysis of Savant's products. An upgrade quote will be provided upon analysis of the specific Savant product. |



* All prices, availability, designs and specifications are subject to change without notice.

savant
NOW YOU CAN

## Index - Quick Reference USD Dealer Price Schedule October 2010

| Model | Page # | Sugg. Retail (USD) | Dealer Cost (USD) | Model | Page # | Sugg. Retail (USD) | Dealer Cost (USD) |
|---|---|---|---|---|---|---|---|
| AIM-0A16 | 14 | $1,200.00 | | ITP-C12X | 42 | $4,100.00 | |
| AIM-BAL16 | 14 | $1,200.00 | | ITS-1001 | 48 | $1,500.00 | |
| AIM-D4A8 | 15 | $1,200.00 | | ITS-1002 | 49 | $3,000.00 | |
| AOM-016U | 15 | $1,800.00 | | KPB-G02X | 63 | $500.00 | |
| AOM-04DC | 16 | $1,800.00 | | KPB-G03X | 64 | $500.00 | |
| AOM-8XLR | 16 | $2,400.00 | | KPB-G04X | 64 | $500.00 | |
| AOM-SS8U | 17 | $2,400.00 | | KPB-G11X | 65 | $500.00 | |
| AOM-SSXLR | 17 | $3,000.00 | | KPB-M11X | 66 | $500.00 | |
| ATV-1000 | 76 | $130.00 | | LCC-2000 | 7 | $8,600.00 | |
| BPD-0140 | 84 | | | LCC-2100 | 8 | $8,200.00 | |
| BPD-0340 | 84 | | | MDR-1000 | 31 | $350.00 | |
| BPD-0640 | 85 | | | MKB-111XCE | 68 | $80.00 | |
| BPD-1040 | 85 | | | MSC-2400 | 9 | $18,000.00 | |
| BZX-1005 | 57 | $100.00 | | MSC-24SE | 10 | $6,000.00 | |
| BZX-1007 | 58 | $100.00 | | MSC-24SER | 11 | $9,000.00 | |
| BZX-1009 | 58 | $100.00 | | MSC-24SES | 12 | $8,000.00 | |
| BZX-1012 | 59 | $100.00 | | MSC-3600 | 13 | $28,000.00 | |
| BZX-RIPAD | 59 | $60.00 | | OCC-510W | 5 | $2,600.00 | |
| BZX-SIPAD | 60 | $60.00 | | OSD-1010 | 6 | $3,800.00 | |
| BZX-SIPOD | 60 | $40.00 | | PMC-1000 | 3 | $4,599.00 | |
| CBL-1000 | 73 | $2,000.00 | | PSA-1000 | 89 | $5,200.00 | |
| CBL-3LHDMI | 73 | $40.00 | | PSC-1000 | 89 | | |
| CBL-6LHDMI | 74 | $50.00 | | PSD-1000 | 90 | $195.00 | |
| CON-10FN | 76 | $50.00 | | PSD-1100 | 90 | $150.00 | |
| CON-10FNN | 77 | $50.00 | | PSM-1000 | 91 | $195.00 | |
| CON-10GEN | 77 | $50.00 | | PSO-1000 | 91 | $120.00 | |
| CON-10NFN | 78 | $50.00 | | PSO-1100 | 92 | $175.00 | |
| CON-10NFNN | 78 | $50.00 | | PSO-1200 | 92 | $195.00 | |
| CPT-1000 | 79 | | | PSP-1000 | 93 | $195.00 | |
| CTK-3000 | 45 | $26,000.00 | | PSP-1100 | 93 | $195.00 | |
| DCD-100B | 21 | $400.00 | | PWR-1001 | 53 | $100.00 | |
| DCD-100W | 22 | $400.00 | | PWR-24SER | 81 | $1,600.00 | |
| DDL-100B | 22 | $500.00 | | RCK-3000 | 33 | $200.00 | |
| DDL-100W | 23 | $500.00 | | RDE-1013 | 86 | | |
| DDS-100B | 24 | $750.00 | | RDE-1015 | 86 | | |
| DDS-100W | 25 | $750.00 | | RDE-1017 | 87 | | |
| FAN-24SE | 79 | $600.00 | | RDE-1027 | 87 | | |
| GKB-102XCE | 66 | $80.00 | | RFD-1000 | 69 | $40.00 | |
| GKB-103XCE | 67 | $80.00 | | RFE-1015 | 88 | | |
| GKB-104XCE | 67 | $80.00 | | RIB-1005 | 54 | $50.00 | |
| GKB-111XCE | 68 | $80.00 | | RIB-1007 | 54 | $80.00 | |
| HCX-1010 | 74 | $700.00 | | RIB-1009 | 55 | $80.00 | |
| HCX-1100 | 75 | $400.00 | | RIB-1012 | 55 | $100.00 | |
| HDD-1000 | 80 | $300.00 | | RIB-IT00 | 56 | $80.00 | |
| HST-3001 | 31 | | | RIB-IWCD | 56 | $80.00 | |
| HST-3002 | 32 | | | RIB-IWMD | 57 | $80.00 | |
| ICC-200X | 26 | $750.00 | | RKA-1000 | 69 | $400.00 | |
| IDC-200X | 26 | $500.00 | | RPR-DIAG | 94 | $350.00 | |
| IDC-204X | 27 | $2,000.00 | | RPR-FIXED | 94 | $90.00 | |
| IDC-T00X | 28 | $300.00 | | RPR-UPG | 95 | TBD | |
| IDS-110B | 29 | $750.00 | | RRC-1000 | 70 | $400.00 | |
| IDS-110W | 30 | $750.00 | | RRC-CUST | 70 | TBD | |
| IRB-1000 | 80 | $14.00 | | RSC-0007 | 4 | $400.00 | |
| IRB-1010 | 81 | $120.00 | | RSC-0025 | 4 | $1,900.00 | |
| ITP-105X | 39 | $600.00 | | RTR-1000 | 71 | $400.00 | |
| ITP-C07X | 40 | $1,700.00 | | RTR-100C | 71 | $600.00 | |
| ITP-C09X | 41 | $2,700.00 | | RTR-2000 | 72 | $400.00 | |

savant
NOW YOU CAN





| Model | Page # | Sugg. Retail (USD) | Dealer Cost (USD) | Model | Page # | Sugg. Retail (USD) | Dealer Cost (USD) |
|---|---|---|---|---|---|---|---|
| RTR-200C | 72 | $600.00 | | | | | |
| SAK-1000 | 82 | $50.00 | | | | | |
| SCS-1000 | 33 | $3,000.00 | | | | | |
| SPP-0101 | 88 | | | | | | |
| SVR-3000 | 34 | | | | | | |
| SVR-3100 | 34 | | | | | | |
| SVS-1001 | 61 | $2,000.00 | | | | | |
| SVS-1002 | 61 | $3,000.00 | | | | | |
| SVS-1003 | 62 | $4,000.00 | | | | | |
| SVS-1004 | 62 | $5,000.00 | | | | | |
| TKX-2101 | 49 | $400.00 | | | | | |
| TKX-2104 | 50 | $2,400.00 | | | | | |
| TKX-2108 | 50 | $3,400.00 | | | | | |
| TKX-2112 | 51 | $4,400.00 | | | | | |
| TKX-2116 | 51 | $5,400.00 | | | | | |
| TKX-2120 | 52 | $6,400.00 | | | | | |
| TKX-2124 | 52 | $7,400.00 | | | | | |
| TPS-1000 | 53 | $400.00 | | | | | |
| TTP-109B | 46 | $2,700.00 | | | | | |
| TTP-109W | 47 | $2,700.00 | | | | | |
| TTP-113B | 47 | $4,100.00 | | | | | |
| TTP-113W | 48 | $4,100.00 | | | | | |
| TTV-1040 | 43 | $13,000.00 | | | | | |
| TTV-1046 | 43 | $18,000.00 | | | | | |
| TTV-2018 | 44 | $8,500.00 | | | | | |
| TTV-2024 | 44 | $10,000.00 | | | | | |
| TTV-STND1 | 45 | $300.00 | | | | | |
| UCX-1100 | 75 | $380.00 | | | | | |
| VIM-30D4 | 18 | $4,000.00 | | | | | |
| VIM-A1C1S2V | 18 | $1,500.00 | | | | | |
| VIM-A3C3S | 19 | $1,500.00 | | | | | |
| VOM-30D4 | 19 | $4,000.00 | | | | | |
| VOM-A3C3S | 20 | $1,500.00 | | | | | |
| VOM-VP02 | 20 | $3,600.00 | | | | | |
| VOM-VPS2 | 21 | $2,400.00 | | | | | |
| WBS-1000 | 82 | $200.00 | | | | | |
| WBS-1001 | 83 | $150.00 | | | | | |
| WCS-1000 | 5 | $3,500.00 | | | | | |
| WIA-3G16 | 35 | $730.00 | | | | | |
| WIA-3G32 | 35 | $830.00 | | | | | |
| WIA-3G64 | 36 | $930.00 | | | | | |
| WIA-4000 | 36 | $270.00 | | | | | |
| WIA-4032 | 37 | $350.00 | | | | | |
| WIA-IP16 | 37 | $600.00 | | | | | |
| WIA-IP32 | 38 | $700.00 | | | | | |
| WIA-IP64 | 38 | $800.00 | | | | | |
| WKB-1100 | 83 | $108.00 | | | | | |

770 Main Street | Osterville, MA 02655 | 508-683-2500 | www.savantav.com