EXHIBIT 646

**From:** Sean Manzanares <smanzanares@savantav.com>
**To:** Jim Carroll <jcarroll@savantav.com>
**Sent:** 5/7/2008 8:54:09 PM
**Subject:** Fwd: I just got threatened again today by Brian

Second dealer in 2 days.

I spoke with him - and he is still on board with us and pumped.

We have to address this.

~ Sean

Begin forwarded message:

**From:** "Steve Vickers" <steve@attack.ac>
**Date:** May 7, 2008 5:26:46 PM PDT
**To:** "'Sean Manzanares'" <smanzanares@savantav.com>
**Subject: I just got threatened again today by Brian**
**Reply-To:** <steve@attack.ac>

Sean,

Brian was in to threaten me again today. He told me that Dave Sell told him to cut off anyone that is selling Savant. I hate that guy�

Steve

Steve Vickers
Attack
PO Box 790
Newport Beach, CA 92661-0790
(949) 650-4454 Ext. 1101 Fax (949) 650-4624
Email: steve@attack.ac

http://www.attack.ac

# EXHIBIT 647

**From:** Robert Madonna <rpm886@mac.com>
**To:** Philip Schoonover <pschoonover@msn.com>
**Sent:** 11/6/2009 4:14:22 PM
**Subject:** Fwd: Stereo one party
**Attachments:** savant post card .pdf

Fyi, interesting

Begin forwarded message:

**From:** Jim Carroll <jim.carroll@savantav.com>
**Date:** November 5, 2009 10:23:29 AM EST
**To:** Robert Madonna <rpm886@mac.com>, Craig Spinner <cspinner@savantav.com>, Kevin Kicklighter <kevin.kicklighter@savantav.com>
**Subject: Fwd: Stereo one party**

This is the guy that Kevin flew out to help about 6 months ago to get his showroom running and help with some graphic questions. Stereo One ( John Selby) then got the threat from Crestron and called us and wanted to return the product solely on being threatened. We opened up another dealer near him and won some jobs from him and he was upset. But still couldn't risk pissing off C. When Crestron started to apologize to dealers I spoke with John and encouraged him to talk to C at CEDIA about what their stance was when he heard they weren't threatening dealers any more he is off and running. See attached add. Craig did we help him with the add or did he do it on his own?

Kevin your hard work paid off, 6 months later but this level of infield training goes a long way.

Jim

Begin forwarded message:


savant
NOW YOU CAN
The new era of home control and automation has begun….
Savant has defined the modern age of home control, automation and entertainment with an intelligent and open architecture, leveraging the most advanced and revolutionary media and computing products from Apple®. Savant was the first company to introduce a native iPhone™ and iPod touch® application delivering complete home control and automation. Savant also pioneered On–Screen Display control and automation technology that transforms any HD display in the home or office into a "control portal" with user interaction previously available only with touch panels.
Call or email today to reserve a time slot for your private sneak peak at the most game-changing home automation technology to hit the SW Missouri market in years….
Date: November 17th 2009
Start Times: 3:00pm to 7:00pm
2868 S Glenstone Springfield MO
417-885-0196
jason@stereoone.com
STEREO One
Don't miss out on your chance to win an Apple iPod Touch!