# EXHIBIT 648

INDUSTRY REPORT

# Home Systems: Home Controls - Analysis and Forecasts

**April 2010**

PARKS ASSOCIATES

## Attribution

Executive Editor: Stuart Sikes
Authors: Bill Ablondi and Farhan Abid
Published by Parks Associates
© **April 2010** Parks Associates
Dallas, Texas 75230

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America

## Disclaimer

Parks Associates has made every reasonable effort to ensure that all information in this report is correct. We assume no responsibility for any inadvertent errors.

**Quality Review:**
Analyst ; BA
Exec Ed. SS


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520195

# Table of Contents

Attribution ........ i
Disclaimer ........ i
Table of Contents ........ 2
List of Figures ........ 4
Bottom Line ........ 5
Data Points ........ 6
Home Controls 2010 Outlook Dashboard ........ 7
1.0 Introduction ........ 8
1.1 Key Questions & Issues Addressed ........ 8
1.2 Scope ........ 9
1.3 Source of Data ........ 9
1.4 Definitions and Acronyms ........ 10
2.0 Analysis of Market Dynamics ........ 13
2.1 Selected Consumer Survey Results ........ 14
2.2 Applications Driving Adoption ........ 17
2.2.1 Energy Management ........ 18
2.2.2 Entertainment Controls ........ 19
2.2.3 Remote Home Monitoring ........ 19
2.3 Developments in the Digital Home Ecosystem ........ 21
2.3.1 ZigBee and HomePlug ........ 22
2.3.2 HomeGrid and Z-Wave ........ 22
2.3.3 Wi-Fi and ZigBee ........ 22
2.4 The Evolution of Home Controls ........ 23
3.0 Wireless & Powerline Control Technologies ........ 26
3.1 The OSI Model ........ 26
3.2 Wireless Platforms ........ 29
6LowPAN ........ 29
RadioLink ........ 29
RadioRA2 ........ 30
Z-Wave ........ 30
ZigBee ........ 31
3.3 Powerline Platforms ........ 32
HomeGrid/ G.hn ........ 32
HomePlug AV ........ 33
HomePlug Command & Control (C&C) ........ 34
INSTEON (SmartLabs) ........ 34
LonWorks (Echelon) ........ 35
3.4 Energy Harvesting Platform ........ 36
EnOcean ........ 36
GreenPeak (Emerald GP500C) ........ 36
4.0 Company Profiles ........ 37
AMX ........ 38
Control4 ........ 39
Cooper Wiring Devices ........ 40
Crestron ........ 41
HAI ........ 42
iControl ........ 43



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520196

Leviton....................44
Lutron....................45
SmartLabs....................46
uControl....................47
5.0 Forecasts....................48
5.1 Methodology Overview....................51
5.2 Market Overview....................52
5.3 Summary of Forecasts by Application....................55
5.3.1 Energy Management....................57
5.3.2 Entertainment....................61
5.3.3 Lighting....................64
5.3.4 Advanced Central Controls....................66
5.3.5 Security Controllers....................67
5.3.6 Remote Home Monitoring & Control....................68
6.0 Takeaways & Recommendations....................70



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520197

© 2010 Parks Associates

# List of Figures

Figure 1 Home Controls 2010 Outlook Dashboard ..... 7
Figure 2 Definitions and Acronyms ..... 10
Figure 3 Definitions and Acronyms of Different Home Control Systems ..... 12
Figure 4 Multiple Paths for Control Systems into the Connected Home ..... 13
Figure 5 Lighting Control Methods ..... 15
Figure 6 Presence of Lighting Controls by Income ..... 15
Figure 7 Attitudes towards Lighting Controls ..... 16
Figure 8 Interest in Light Dimming Systems ..... 17
Figure 9 Evolution of Universal Remote Controllers ..... 19
Figure 10 Interest in different Monitoring Systems ..... 21
Figure 11 The Evolution of Home Controls ..... 23
Figure 12 Protocol Layers in the OSI Model ..... 27
Figure 13 OSI Model Protocol Layers and Technologies ..... 27
Figure 14 Wireless Control Technologies ..... 31
Figure 15 Powerline Control Technologies ..... 35
Figure 16 Energy Harvesting Technology ..... 36
Figure 17 Home Controls Market Forecast Methodology ..... 52
Figure 18 Penetration of Home Controls ..... 53
Figure 19 Total Home Controller Market Revenue ..... 54
Figure 20 Percentage of Households with Controllers by Application ..... 56
Figure 21 Households with Controllers by Application ..... 56
Figure 22 Controller Market Revenue by Application ..... 57
Figure 23 Intelligent HVAC Systems: Installed Base and Household Penetration ..... 58
Figure 24 Intelligent HVAC Controllers: New Installations and End-use Revenue ..... 58
Figure 25 Programmable Communicating Thermostats: Installed Base and Household Penetration ..... 60
Figure 26 Programmable Communicating Thermostats: Annual Unit Sales and End-user Revenues ..... 60
Figure 27 Advanced Entertainment Controllers: Installed Base and Household Penetration ..... 62
Figure 28 Advanced URCs: Installed Base and Household Penetration ..... 62
Figure 29 Advanced URCs: Annual Sales and Installed Base ..... 63
Figure 30 Entertainment Controller Market Forecast ..... 63
Figure 31 Lighting Controls: Installed Base and Household Penetration ..... 64
Figure 32 Basic Lighting Controllers: Wireless and Powerline Installations ..... 65
Figure 33 Lighting Controller Market Revenues: Custom Installed and Wireless & Powerline ..... 66
Figure 34 Advanced Central Home Controllers: Installations and End-use Revenues ..... 67
Figure 35 Intelligent Security System Controllers: Installations and End-use Revenues ..... 68
Figure 36 Self-monitoring Households & Penetration ..... 69
Figure 37 Households Paying for Monitoring Services ..... 69


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520198

© 2010 Parks Associates


bottom line

## Bottom Line

- Growth of the market for home controls is inhibited by a lack of awareness among consumers about the capabilities and benefits provided by control systems. In addition, a shortage of installation services that average consumers can afford is hindering adoption.
- Home automation is a daunting, intangible concept to most consumers; therefore, manufacturers should focus on specific control applications such as entertainment, lighting and energy management to promote adoption.
- Energy management is an application attractive to many consumers because of their desire to reduce expenditures on electricity. In addition, electric utilities are deploying advanced metering infrastructures (AMI) to better manage and maintain their electrical distribution networks. These infrastructures can work with in-home control systems to help utilities manage demand during periods of peak load and help consumers save money.
- The emergence of wireless and powerline control technologies will expand the market for control systems beyond the luxury home market to the broader "mass affluent" market. These technologies are enabling the development of low-cost control systems that can be installed in existing homes without the need for costly re-wiring.
- The ability to remotely monitor a home and control systems such as thermostats and door locks is attractive to many consumers. Broadband service providers see these capabilities as a logical extension of their offerings that can reduce churn and possibly allow them to increase subscription fees.
- The many different wireless and powerline technologies vying for market acceptance cause confusion in the market and inhibit growth. There is no clear winner; to be successful, manufacturers must remain technology agnostic.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520199

© 2010 Parks Associates

PARKS ASSOCIATES

data points

## Data Points

- By 2014 nearly 20% of households will have some form of electronic control system, up from 6% to 7% of households at the end of 2009.
- More than 10 million households will have some form of remote monitoring and control system by 2014, up from 3.4 million at the end of 2009; 30% of these 10 million will subscribe to a fee-based online service.
- 16% of households will have advanced URCs with RF capability by 2014; 14% will have lighting controls and 10% will have some type of energy management controls with more capability than standard programmable thermostats.
- 36% of households believe lighting controls are "nice to have, but not necessary" and 26% consider them "just another gadget" or "silly." On the other hand, 26% of consumers think they are "useful in many rooms."
- 55% of households are very interested in light dimming systems if these will help them save money on their electric bills.
- 35% of households expressed a high interest in being able to remotely monitor their home with a video camera; 26% are very interested in being able to remotely control their thermostat via the Internet and 22% are interested in controlling lights remotely.
- Annual installations of basic lighting and appliance controllers based on wireless technology will surpass those based on powerline technology for the first time in 2010.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520200

# Home Controls 2010 Outlook Dashboard

## Total Controller Market Forecast - Custom Installed, Wireless & Powerline and Total All Categories (U.S. Only)




## Market Drivers

- Ability to Leverage Broadband Connectivity
- Desire to Reduce Expenditures on Energy
- Technology Advancements Open Retrofit Market
- Market Movers Seek Differentiation; Expansion
- Desire for Enhanced Entertainment Systems

## Market Inhibitors

- Shortage of Installation Services
- System Complexity
- Past high cost
- Lack of Consumer Awareness
- Intensity of Need

## Key Participants and Technologies

Key Players

- AMX
- Crestron
- Leviton
- uControl
- Control4
- HAI
- Lutron
- Cooper Wiring Devices
- iControl
- SmartLabs

Technology Contenders

- 6LoWPAN
- INSTEON
- RadioLink
- 802.15.4
- LonWorks
- RadioRA2
- G.hn
- P1901
- Z-Wave

**Figure 1 Home Controls 2010 Outlook Dashboard**

© 2010 Parks Associates


# 1.0 Introduction

Parks Associates has been covering the home controls market for more than two decades. This report presents our assessment of the current state and outlook for home controls in the U.S. market as of 2Q 2010. This assessment is based on primary research of consumers, electronic systems contractors, security dealers, electrical contractors, builders and multifamily executives. In addition, we have met with, or interviewed over the phone, executives from all of the firms profiled in this report, as well as other industry experts.

## 1.1 Key Questions & Issues Addressed

Home controls are one of the fundamental building blocks of what is now commonly called the *connected home*. Other building blocks include networks for data, content and control signals, Internet access; specifically, broadband access and voice communications. Terms such as *smart home* and *home of the future* were used more commonly in the past, but all conjure up a technology vision promised for decades that has never materialized. Why has this market not met the expectations of many and are there dynamics working now that change this? These are the *primary questions* addressed in this report.

In addition to these questions, this report addresses the following questions and issues:

- Which control technologies will become the standards that all vendors adhere to?
- Are there disruptive technologies or business models being developed that will significantly alter the market dynamics of home controls?
- What control systems are currently available and which companies are the leading providers of these?
- Which control applications and vendors are most promising in terms of market size and growth over the next five years?
- How will home control systems evolve over the next five to ten years?

As always, Parks Associates invites you to let us know what other questions and issues you would like us to address. Please contact us.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520202

© 2010 Parks Associates


## 1.2 Scope

This report focuses on the U.S. market for home controls. It covers professionally installed systems as well as do-it-yourself (DIY) products. The technologies covered include traditional, proprietary control systems using low-voltage wiring as well as wireless and powerline carrier technologies.

## 1.3 Source of Data

Primary research data referenced in this report is from a variety of surveys conducted within the last 12 to 18 months by Parks Associates. Each chart or reference to research data is noted. The primary sources include:

- **Consumer Decision Process Survey:**
  - Fielded in August 2009
  - Respondents were in households with Broadband Internet Access and were recruited from a panel by a third-party vendor and interviewed via the Internet
  - All qualified respondents are of ages 18 and older and have an equal or greater role in household decision making
  - The demographic composition of the U.S. sample is based upon Parks Associates' *National Technology Scan* and matches the demographics of U.S. households with Internet service
  - The base sample of 1,271 respondents (U.S.) has a +/- 2.5% margin of variance at a 95% confidence level
- **Residential Energy Management Survey:**
  - Fielded in September 2009
  - Respondents were in Online Households (broadband or dial-up) and were recruited from a panel by a third-party vendor and interviewed via the Internet
  - All qualified respondents are of ages 18 and older and have an equal or greater role in household decision making
  - The demographic composition of the U.S. sample is based upon Parks Associates' *National Technology Scan* and matches the demographics of U.S. households with Internet service
  - The base sample of 1,617 respondents (U.S.) has a +/- 2.5% margin of variance at a 95% confidence level
- **4Q09, 2Q09 and 1Q09 Channel Monitor Surveys:**
  - Online surveys of Electronic Systems Contractors (ESCs) recruited from Parks Associates' internal lists as well as from those of our partners including CEDIA (Custom Electronic Design & Installation Association) and *Residential Systems* magazine.
  - Participation limited to electronic systems contractors generating at least a portion of their revenue from residential customers
  - On average 150 to 250 ESCs participate


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520203

## 1.4 Definitions and Acronyms

This section defines acronyms and terms for various home control systems used in this report:

| Acronyms | Definition |
|---|---|
| 6LoWPAN | IPv6 over Low power Wireless Personal Area Networks – Wireless communication protocol. |
| AMI (Advanced Metering Infrastructure) | A system including measurement devices and a communication network, public and/or private, that records customer consumption, and possibly other parameters, hourly or more frequently and that provides for daily or more frequent transmittal of measurements. |
| HAN (Home Area Network) | A utility industry term for a home control network focused on energy management applications. |
| Home Network: | A home network interconnects electronic products/systems, enabling remote access to and control of those products/systems, and any available content such as music, video, or data. |
| IETF | Internet Engineering Task Force |
| IPSO | IP for Smart Objects |
| IPTV (Internet Protocol TV) | Television services delivered using broadband Internet service networks instead of traditional radio frequency broadcast, satellite signal or cable television formats. |
| MDU (Multiple-Dwelling Unit) | A multifamily residential structure, e.g. apartment and condominium buildings. The use of the term in this report excludes hospitality structures, e.g. hotels and resorts. |
| PAN | Personal Area Network |
| STB (Set Top Box) | A stand-alone device that receives and decodes programming so that it may be displayed on a television. Set-top boxes may be used to receive broadcast, cable, satellite and IPTV programming. |
| UPB | Universal Powerline Bus – powerline-based control communication protocol |

**Figure 2 Definitions and Acronyms**


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520204

© 2010 Parks Associates



| System | Definition for Different Home Control Systems |
|---|---|
| Home Control | Electronic controls that automate and/or provide the user with remote control of systems and/or devices in the home. By controls we mean the products, systems, sensors and software that include the logic to perform tasks automatically or in response to events, activities, or conditions such as data points reaching certain thresholds. A home control system may employ a home network for part or all of its functions, but a home network does not have to include home controls. This distinction is significant because they both provide remote access to and control of products.<br>– Includes traditional wired control systems as well as wireless and powerline controls<br>– Controllers are typically only one component of a control system installed in a home |
| Advanced Central Home Controller (ACHC) | Controls and coordinates multiple home systems controllers or electronic systems, i.e. a "master controller" of systems such as lighting, security, and temperature. |
| Advanced Entertainment Controller (AEC) | Typically controls a whole-house, multi-sources, multi-room audio and video distribution system. Includes touch pads that may be mobile or wall-mounted and is most often integrated with lighting, security and HVAC controls. |
| Basic Lighting Controller (BLAC) | Simple lighting and appliance controller. |
| Intelligent HVAC Controller (IHVAC) | Incorporates programmable thermostat and control for multiple HVAC zones. Often measures outside conditions as well as house heating and cooling characteristics to manage energy consumption more efficiently while maintaining desired comfort levels. Frequently integrated with other home controls and security systems. |
| Intelligent Lighting Controller (ILC) | Controls lighting levels of individual lighting fixtures throughout an entire home. System can be programmed for mood scenes and is typically integrated with controls for window coverings. |
| Intelligent Security System Controller (ISSC) | Incorporates both control of security systems as well as controls for other applications. May control lighting, temperature, and access as well as surveillance systems. |
| Universal Remote Controller (URC) | Basic systems use IR technology to control components of entertainment systems. Advanced URCs typically have an LCD screen and many are now equipped with RF capability to broaden their application beyond entertainment systems to lighting, window treatment and security controls. Top-of-the line URCs encroach on applications previously addressed only by Advanced Entertainment Controllers. Frequently integrated with other home controls and security systems. |

| | |
|---|---|
| Remote Home Monitoring and Control (RHMC) | Remote home monitoring services are applications that utilize broadband connections:<br>Sensors (motion, door/window, power, water, etc.), controllers and cameras are connected to an Internet connection via a special gateway, standard router or through a PC to a website maintained by the service provider. Consumers can receive notifications or transmissions on a mobile phone, smartphone; via email or any web-connected device on a private website should a change in status or an alert occur. In addition to monitoring, such a service is a platform which often offers the ability to remotely control systems in the home such as HVAC, lighting, security, and access control. |

**Figure 3 Definitions and Acronyms of Different Home Control Systems**

# 2.0 Analysis of Market Dynamics

The term *home automation* is often used when referring to home control systems in general. Although this is not an incorrect term, it can be a daunting, intangible concept to consumers; causing them to refrain from learning about the benefits various control systems offer. Most home automation systems are the whole-home control systems installed in the most expensive 3% to 4% of homes by custom systems integrators. These systems can easily cost $30,000 to $50,000 at the end-user level.

Parks Associates prefers to view the evolution of the connected home market as one driven by the adoption of specific control systems addressing different applications and/or enhancing discrete systems such as those shown in Figure 3. Lighting or entertainment system controls are not only more tangible to consumers, but they are also easily understood. Therefore, we believe that vendors need to promote the value proposition of individual control applications, rather than emphasizing the benefits of complete whole-home control systems too complex for consumers to understand.




**Figure 4 Multiple Paths for Control Systems into the Connected Home**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520207

Different applications of controls will be attractive to different segments in the consumer market. A good example is those consumers with professionally monitored security systems installed in their homes. They are more likely to understand the benefits of adding remote, self-monitoring and control capabilities to their systems than consumers without monitored security systems. This is because security system owners already understand and pay for remote monitoring. Adding the ability for them to also monitor their homes themselves is merely an extension of an activity with which they are familiar. Integrating lighting controls with security systems, as is common practice among security dealers, is another example of how the presence of a security system prompts the adoption of a control application that might not be as attractive to those without a security system.

Our view that vendors should focus on individual applications to spur the adoption of control systems does not mean that we foresee islands of unconnected controls installed in homes. On the contrary, the ability to interconnect control systems acquired separately will be critical to widespread adoption. Security systems working with remote monitoring and lighting controls as mentioned above are good examples of the need for interoperability.

## 2.1 Selected Consumer Survey Results

In an effort to determine the current penetration of control systems in homes, Parks Associates has asked consumers about the types of control systems they have in their homes. The Residential Energy Management Survey fielded in September 2009 revealed that 54% of U.S. residences had a programmable thermostat, 17% had automatic sprinkler systems and 7% had some form of swimming pool/pump controls. Lighting controls are found in only 3% of homes (Figure 5). Based on other studies (results not shown in the figure) conducted by Parks Associates, lighting controls are somewhat more common in broadband households (5%) and single-family, owner occupied households (also 5%), but clearly few homes have electronic lighting controls.

Not surprisingly, lighting controls are more likely to be found in homes owned by consumers with higher incomes than those with lower incomes (Figure 6). There is a significant jump in penetration for all types of lighting controls among households with $200,000 or more in annual income.




Figure 5 Lighting Control Methods




Figure 6 Presence of Lighting Controls by Income



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520209

In our broad-based consumer surveys we have used lighting controls as a proxy for control systems in general – thinking that consumers can easily understand them and respond more meaningfully to attitudinal questions about them than they could about some other, more complex control system. In our *2009 Residential Energy Management Survey* we asked respondents to select one statement which best represents their opinion about remotely controlling or programming lighting (Figure 7). Twenty-six percent find it useful in many rooms; 8% view it as necessary in some rooms. However, most consumers do not find remotely controlling or programming lights necessary; 26% see such capability as silly or just another gadget.




**Figure 7 Attitudes towards Lighting Controls**

Consumers were then asked about their interest in light dimming systems that would reduce light by 10%, but save them 20% on their electric bill. Well over half were very interested in such a dimming system (Figure 8). Achieving 20% savings on monthly electric bills by dimming lights 10% depends on a variety of factors and could, arguably be difficult to achieve. However, the message to control systems manufacturers is clear: saving money motivates consumers and dimming systems could be the first step in the adoption of more extensive controls.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520210




Figure 8 Interest in Light Dimming Systems

## 2.2 Applications Driving Adoption

A market segment for a product or service can be defined as a group of buyers with a set of requirements for the product or service that is weighted or ranked differently from the requirements of other buyer segments. A product or service with characteristics that closely match a segment's weighted requirements is likely to be attractive to that group of buyers; hence, the propensity of that group to buy or its perceived "intensity of need" will be high for that offering compared to other segments that have a different set of requirements.

Therefore, some applications of control systems will be attractive to some buyers and not others. One of the goals of this report is to identify which control applications are most promising in terms of market size and growth over the next five years. With this in mind, there are three applications likely to appeal to the largest number of potential buyers of control systems and drive growth in the adoption of control systems over the forecast period: energy management, entertainment systems and content control; and, remote home self-monitoring.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520211

© 2010 Parks Associates


### 2.2.1 Energy Management

Currently, there is significant attention placed on energy consumption, conservation and cost. Consumers are growing more conscious of their energy consumption and are interested in learning about ways to cut energy costs. In fact, according to Parks Associates' *2009 Residential Energy Management Survey*, 80% to 85% of households are willing to pay $80 to $100 for cost-saving equipment if guaranteed 10% to 30% savings on their electric bills. More than half of all households have a programmable thermostat and approximately 80% of those with one program it to save money.

Utilities are taking steps to deploy Advanced Metering Infrastructures (AMI) that can help them better manage their electricity distribution systems and enable alternative rate structures that could save consumers money. For example, utilities can implement time-of-use billing programs that offer their customers variable rate plans in which they charge a lower rate during certain times of the day and a higher rate during others. Consumers can then decide when to use energy hungry appliances such as electric clothes dryers and dishwashers.

Going a step further, appliance manufacturers are developing smart appliances that can be controlled by the electric utility to temporarily reduce power or delay some normal operations during periods when electricity is more expensive. Some examples of how these appliances will operate during peak times are:

- A refrigerator will delay its defrost cycle – a cycle that takes more energy than normal operating mode – until the energy cost is lower;
- A dryer will reduce the wattage used by the heating coils; and,
- A dishwasher will delay its start until a time of day when electricity rates are lower.

Owners of these appliances will be able to override the utility's actions if desired.

It will be a year or two before these types of appliances are widely available and consumers are not likely to purchase these smart appliances until they are in the market for a new appliance. On the other hand, programmable thermostats that can communicate with utilities to adjust HVAC settings based on cost and consumer preferences are already being tested by a number of utilities. These programmable communicating thermostats (PCTs) can also provide benefits to consumers without direct utility involvement by allowing users to monitor and control usage as part of in-home control systems or through third party service firms.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520212

## 2.2.2 Entertainment Controls

The aftermarket universal remote controller (URC) market is experiencing solid growth as consumers seek to manage an increasing array of audio/video components and sources of content. There is a growing willingness in the market to spend more for these controllers as expenditures for the core entertainment systems rise. Recently, manufacturers have introduced advanced URCs with enhanced capabilities in order to differentiate their products from the competition. These devices capitalize on technology advancements in RF wireless communications to control lights, window coverings, thermostats, door locks and other systems in the home.




**Figure 9 Evolution of Universal Remote Controllers**

## 2.2.3 Remote Home Monitoring

Remote home monitoring services are emerging applications sparked by the availability of broadband connections. Consumers can connect a variety of sensors (motion, door/widow, power, water, etc.) and possibly a camera to an Internet connection via a special gateway, standard router or through a PC, which feeds information to a web site maintained by a service

© 2010 Parks Associates


provider, by using such a service. Users receive notifications or transmissions on a mobile phone, smartphone; via email or any web-connected device on a private website should a change in status or an alert occur.

In addition, such a service is an excellent platform on which to offer the ability to remotely control systems in the home such as HVAC, lighting, security, and door locks. Cable TV system operators and telephone service providers are actively exploring remote home monitoring services as opportunities to expand service bundles and retain customer loyalty. In fact, several regional cable operators and telephone service providers are already offering such services.

Parks Associates believes that adoption of remote monitoring systems and services will occur gradually as consumers become aware of these capabilities. On the other hand, the market may accelerate as major service providers perceive the opportunity and develop service offerings that ignite consumer demand by coupling remote home control and monitoring services with their offerings of Internet, voice communications and content services.

We have determined through several consumer surveys over the past few years that some consumers are very interested in remote home monitoring and are likely to subscribe to these services as they become available. A recent survey asked consumers to rate their interest in several remote monitoring applications on a 7-point scale, where 7 is "very interested" (Figure 10). Respondents rated interest in remotely monitoring homes via IP or web cameras the highest, followed by monitoring and controlling thermostats remotely and lastly remotely controlling their lights.

Other applications of remote monitoring systems and services include monitoring activity of senior citizens living alone, "latch-key" children and pets, as well as power outage and severe weather notifications.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520214




Figure 10 Interest in different Monitoring Systems

## 2.3 Developments in the Digital Home Ecosystem

Selected technology alliances are profiled in Section 3 of this report, but it is important to note several alliances of alliances that affect the market dynamics for control systems. In Parks Associates 2008 report *Opportunities for Wireless and Powerline* Controls we state the following as one of our bottom line conclusions:

*"The market for wireless and powerline controls is not a zero-sum game; both will co-exist in the market, in the same applications and sometimes in the same installations."*

The alliances discussed below are evidence that we are not alone in our conclusion and, in our opinion, will help meet the market's demand for choice, flexibility and scalability of solutions.

Additional evidence of this trend is Atheros' 2009 acquisition of powerline chip company Intellon, which provides the company with technologies to support both wired and wireless networking. This acquisition signals movement to provide networking chipsets which will support a number of control protocols, both wired and wireless on a single chipset. A single-chip solution will enable greater interoperability between control devices, thereby lowering a

significant barrier to entry for many control device manufacturers who may otherwise be stymied by indecision of which networking standards to support.

### 2.3.1 ZigBee and HomePlug

In August 2008, with the support of a number of utilities, the ZigBee and HomePlug alliances announced that they are working together to develop a common application layer integrated solution for advanced metering infrastructure (AMI) and home area networks (HAN). Aimed at the energy management market, the integration of the two open networks offers a number of opportunities to increase penetration of home control systems. The collaboration aims to develop a common system architecture and application profile primarily for home energy devices that offers easy plug and play interoperability. The alliances have established a working group called the "ZigBee+HomePlug Joint Working Group" and the group has released a marketing requirements document that includes use cases, functionality and business drivers for the implementation of a joint communication protocol.

### 2.3.2 HomeGrid and Z-Wave

In October 2009, Z-Wave's parent company Sigma Designs announced the acquisition of powerline home networking chipset manufacturer CopperGate. One of the standards that CopperGate has helped develop is HomeGrid's G.hn. Based on the relationship between CopperGate and HomeGrid; Sigma Designs established a partnership with HomeGrid in November 2009. At present, the two organizations are sharing resources to develop interoperability between Z-Wave and G.hn. Members of the Z-Wave alliance along with the IEEE are collaborating with the HomeGrid forum for the development of the "G.hnem" (G.hn for energy management) standard. The goal is to develop a low power, narrowband single MAC/PHY application level powerline standard focused on energy management applications. The partnership is not an exclusive agreement and does not prevent either organization from working with other standard and technology developers.

### 2.3.3 Wi-Fi and ZigBee

In March 2010, the ZigBee alliance announced a collaboration with the Wi-Fi alliance to develop a common application layer in an effort to expand its ecosystem. The two alliances will work together to develop technology that allows the ZigBee Smart Energy 2.0 protocol to


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520216

operate over 802.11 (Wi-Fi). The collaboration allows Wi-Fi to grow its footprint in the smart grid market and better positions ZigBee to be the preferred home area network (HAN) application protocol. The Wi-Fi alliance, through its Smart Grid Task Force will integrate with the Smart Energy 2.0 profile, which is also establishing interoperability with P1901 (HomePlug).

## 2.4 The Evolution of Home Controls

Home controls will evolve along multiple dimensions including capability, price-performance and in distribution channels through which they are available. Figure 11 shows the evolution of the capabilities of controls from 2010 through 2020. Currently, high-end controls are typified by proprietary systems, custom installed by home systems integrators for $30,000 to $50,000 in a 5,000 FT$^2$ home. Mid-range controls are also based on proprietary protocols and provided through the custom installation channel and increasingly by security dealers. Often mid-range controls are limited to one or two rooms in the house – the family room or a separate media/home theater room.




**Figure 11 The Evolution of Home Controls**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520217

© 2010 Parks Associates


Low-end control systems are still dominated by powerline technologies; however, in the last few years several wireless communication protocols have emerged and are gaining market traction. Those garnering the most attention in the market are ZigBee, Z-Wave, and INSTEON. Powerline technologies have been available for decades. X10 powerline technology was invented in Scotland by Pico Electronics, Ltd. in 1974 and has been popular in the do-it-yourself market since 1978. In 1999, Powerline Control Systems introduced Universal Powerline Bus (UPB), based on X10 technology with the addition of improved transmission rates and higher reliability. Other technologies have been developed, all with the objective of supplanting and/or extending the reach of dedicated, wired control systems. Online retailers, e.g., Smarthome and X10.com, sell a wide array of wireless and powerline control devices to the DIY market, as do home improvement retailers, e.g., Lowe's and Home Depot.

Control systems of all levels will continue to migrate from proprietary-based protocols to IP-based protocols. This migration to IP-based systems will help facilitate interoperability and promote ease of both installation and use. This is not to say that proprietary protocols will disappear in ten years, but new systems incorporating them will be in the minority.

Wireless controls will become more prevalent than powerline controls at the low end of the spectrum. This is due to the adoption of advanced URCs which have built-in RF transmitters for the control of lights, window coverings and other systems in addition to controlling entertainment components. Also, programmable communicating thermostats incorporating wireless control capabilities will drive the adoption of other wireless control devices into the home from light switches to door locks.

Some high-end control systems are already capable of adjusting their settings based on user preferences, activities and, in the case of HVAC controls, changing weather patterns and the thermal characteristics of a home. Adaptive capabilities of control systems will improve dramatically over the next decade as low-cost, powerful computational capability is incorporated into control systems to run sophisticated artificial intelligence routines. It is likely that adaptive capabilities will become available in mid-range and low-end systems as well.

A major impediment to growth of home controls has been the lack of installation services for mid-range and low-end controls. Custom installers programming high-end systems do not


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520218

operate on business models capable of profitably installing lower cost controls. Retail installers such as those from the Geek Squad, InstallerNet and Zip Express will move into the market over the next ten years to fill this gap. Also, plug and play capabilities will promote growth of the DIY sector so consumers can select products from a variety of manufacturers, install them and be assured that they will work with other controls they installed previously.

© 2010 Parks Associates


# 3.0 Wireless & Powerline Control Technologies

A multitude of wireless and powerline communication technologies – some based on open standards and some proprietary – are being employed by a number of different vendors. The resulting situation can be difficult to understand at best; and, at worst, it can cause manufacturers to hesitate to enter the market. The major wireless and powerline technologies vying for market acceptance are described in this section; first, the OSI Model is described in order to provide some context for the technology descriptions.

## 3.1 The OSI Model

The International Standards Organization (ISO) developed the Open System Interconnection Reference Model (OSI Reference Model or OSI Model) in the late 1970's. The OSI model is a means for defining a communications and computer network architecture. The OSI model divides a network's architecture into the seven levels described in Figure 12. It is useful to understand the basic concept of this model prior to discussing the various control communication technologies. Some technologies employ protocols that operate across all layers of a network architecture; others operate across only a few layers. Protocols enable a component of one system to communicate with a corresponding component at the same layer in another system.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520220

© 2010 Parks Associates


| Layer | Definition |
|---|---|
| **7. Application** | Responsible for providing end-user services, such as file transfers, electronic messaging, e-mail, virtual terminal access, and network management. This is the layer with which the user interacts. |
| **6. Presentation** | Responsible for defining the syntax which two network hosts use to communicate. Encryption and compression are Presentation Layer functions. |
| **5. Session** | Responsible for establishing process-to-process communications between networked hosts. |
| **4. Transport** | Responsible for delivering messages between networked hosts. The Transport Layer should be responsible for fragmentation and reassembly. |
| **3. Network** | Responsible for establishing paths for data transfer through the network. Routers operate at the Network Layer. |
| **2. Data** | Responsible for communications between adjacent network nodes. Hubs and switches operate at the Data Link Layer. |
| **1. Physical** | Responsible for bit-level transmission between network nodes. The Physical Layer defines items such as: connector types, cable types, voltages, and pin-outs. |

**Figure 12 Protocol Layers in the OSI Model**




**Figure 13 OSI Model Protocol Layers and Technologies**


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520221

© 2010 Parks Associates


Figure 13 overlays the different technologies discussed in Sections 3.2 Wireless Platforms and 3.3 Powerline Platforms across the OSI model for reference. All of the technologies discussed can be used in residential applications; however, Echelon's LonWorks is used mostly in commercial applications.

A new wireless communication protocol having an impact on the home controls industry is 6LoWPAN (acronym for "IPv6 over Low power Wireless Personal Area Networks"). The standard, developed by a working group in the IETF (Internet Engineering Task Force), is supported by the IPSO (IP for Smart Objects) alliance. It targets IP networking for low-power radio communication applications which makes it ideal for energy management controls.

Another newcomer, at least to the U.S. market, is EnOcean – an energy harvesting technology used in commercial applications in Europe. Building products manufacturer Masco recently launched its Verve Living Systems product line incorporating EnOcean technology for lighting controls in the new home construction market.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520222

## 3.2 Wireless Platforms

| Wireless Platforms | |
|---|---|
| **Technology** | **Characteristics** |
| **6LowPAN** | • Acronym for "IPv6 over Low power Wireless Personal Area Networks"<br>• Is a working group of the Internet Engineering Task Force (IETF) aimed at defining header compression mechanisms that allow IPv6 packets to be sent and received from IEEE 802.15.4-based networks<br>• Provides a simple, low-cost communication network that allows wireless connectivity in applications with limited power and relaxed throughput requirements<br>• Designed for devices that run on low power (potentially able to operate for years without changing batteries)<br>• Transfers small packet size on low bandwidth. Data rates of 250 kbps, 40 kbps, and 20 kbps for each of the currently defined physical layers (2.4 GHz, 915 MHz, and 868 MHz, respectively)<br>• Is supported and promoted by the IPSO (IP for Smart Objects) Alliance |
| **RadioLink** | • Proprietary RF communications technology developed by Vantage/Legrand<br>• Operates at 900MHz employing digital spread spectrum technology with frequency hopping among 25 channels to avoid interference<br>• Transceivers are built into Vantage/Legrand products enabling them to work with either wired or RF networks |


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520223

# Wireless Platforms

| Technology | Characteristics |
|---|---|
| **RadioRA2** | • Lutron's proprietary wireless control protocol<br>• Designed for lighting control systems, shades, audio-visual devices, and climate control in a single room or a whole house<br>• Allows users to control over 200 devices<br>• Integrates with other RF based home control systems such as security and energy management systems<br>• Employs an RF band in the 400 MHz frequency range<br>– Only brief, low-power transmissions allowed; minimizes interference while still having enough bandwidth for control signals<br>– Has an indoor range of 60 feet from repeater to repeater<br>• Implemented using a fixed network topology<br>– Uses dedicated sending, receiving and computing stations in predetermined locations |
| **Z-Wave** | • Wireless mesh-network technology running in 908MHz band developed by Zensys<br>• Zensys acquired by Sigma Designs in December 2008<br>• Designed for home control applications similar to INSTEON<br>• Message initiator devices track location of all receiving devices in order to compute best route to overcome obstacles, inoperable devices, etc.<br>• Single-chip solutions available from Sigma Designs<br>• Basic system can accommodate up to 200 nodes<br>• Sigma Designs is a member of the HomeGrid (G.hn) alliance and is collaborating with the alliance and IEEE to develop the G.hnem (powerline communication standard for energy management application) |


RESTRICTED CONFIDENTIAL - Outside Counsel Only

© 2010 Parks Associates


## Wireless Platforms

| Technology | Characteristics |
|---|---|
| **ZigBee** | • Wireless Personal Area Networking (PAN) technology based on IEEE 802.15.4 standard.<br>• Features low power consumption, high density of nodes per network, low costs, and simple implementation<br>• Operates on several frequencies 868Mhz Europe, 915MHz U.S.; 2.4GHz worldwide standard most popular<br>• Typical range of radio is 70m indoors and 400m outdoors<br>• Routed messaging; each network has at least one coordinator<br>• Protocol employed by AMX, Control4 and Crestron in residential markets<br>• The ZigBee Pro protocol is embedded in wireless platforms developed by: Airbee Wireless, CEST, Ember, Exegin, Jennic, Radio Pulse, Renesas and Texas Instruments<br>• Developed the ZigBee Remote Control profile to be used in remote controllers<br>  ◦ Replaces IR technology with RF<br>  ◦ Controls equipment stored anywhere, including behind wood, glass doors and other rooms<br>• Also supports application layer only implementations – for example ZigBee Smart Energy profile, ZigBee Home Automation and others<br>  ◦ Therefore, Smart Energy Profile 2.0 (under development) can run over a Wi-Fi (802.11), HomePlug (P1901) or other physical connections<br>• Collaborating with the IETF (Internet Engineering Task Force) to develop specifications to support native IP for M2M (Machine-to-Machine) data transfers<br>• Working with ZigBee Alliance to develop a common application layer integrated solution for advanced metering infrastructure (AMI) and home area networks (HAN). |

**Figure 14 Wireless Control Technologies**


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520225

© 2010 Parks Associates


## 3.3 Powerline Platforms

**Powerline Platforms**

| Technology | Characteristics |
|---|---|
| HomeGrid/ G.hn | • Standard developed by United Nations' International Telecommunication Union's (ITU-T) workgroup and is promoted by the HomeGrid trade alliance<br>• Single MAC/PHY home wired networking standard over coax cable, phone lines and AC power wires<br>• Co-exists with existing home wired networking technologies through compatible transceivers<br>• Standard's link layers' access control is built on a TDMA (Time Division Multiple Access) architecture<br>• Applications include networking with: set top boxes, Media Centers, PCs, TVs, DVRs, Smart Appliances and others<br>• NIST approved G.hn wired home networking technology, in September 20009, for use in smart grid applications<br>• First devices embedded with G.hn were displayed at CES 2010 |


RESTRICTED CONFIDENTIAL - Outside Counsel Only

© 2010 Parks Associates

PARKS ASSOCIATES

# Powerline Platforms

| Technology | Characteristics |
|---|---|
| **HomePlug AV (P1901)** | • HomePlug AV (HPAV) designed for high-quality, multi-stream, entertainment oriented networking over existing home wiring<br>• HPAV employs advanced PHY (Physical Layer) and MAC (Medium Access Control) technologies providing a 200 Mbps (million bits per second) class powerline network for video, audio and data<br>• Medium Access Control (MAC) Layer is designed to be highly efficient; supporting both TDMA (Time Division Multiple Access) and CSMA (Collision Sense Multiple Access) based access with AC line cycle synchronization<br>• HPAV consists of 128-bit AES based security and makes provision for dynamic (automatic) change of the encryption keys and for several different users within the network<br>• HPAV is backward compatible with HomePlug 1.0 and offers several mandatory and optional co-existence modes enabling multi-network operation, hidden node service and Broadband over Powerline (BPL) co-existence<br>• Working with ZigBee Alliance to develop a common application layer integrated solution for advanced metering infrastructure (AMI) and home area networks (HAN).<br>• HomePlug Green Phy (HP GP) is a powerline specification that is underdevelopment and aimed at smart grid/smart energy applications; working with the ZigBee alliance to develop a common application layer for Smart Energy 2.0<br>• *Caveat: P1901 defines two different modulation techniques that creates interoperability challenges for certified products* |



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520227

# Powerline Platforms

| Technology | Characteristics |
|---|---|
| **HomePlug Command & Control (C&C) (P1901)** | • HomePlug C&C is based on Yitran technology<br>• HomePlug C&C v1.0 specification creates a standard for low bandwidth, low cost and highly reliable Powerline Communications (PLC) applications for residential and industrial environments<br>• The C&C protocol stack interfaces with the MAC layer and provides complementary services and functions<br>• Data transfer rates: 7.5 Kbps (PHY Level), 5 Kbps for a 128 Byte packet (Application)<br>• Primary applications include: AMR, AMM, AMI, Home/Building Automation, Remote Monitoring and Control<br>• LG Electronics uses Yitran technology in South Korea for appliance controls; Hitachi uses the chipsets in air conditioners<br>• New protocol is being implemented in products developed by a number of companies including: Arris, CopperGate Communications, NEC Electronic, JetLun, TP-Link technologies |
| **INSTEON (SmartLabs)** | • Dual-mesh: uses powerline and RF<br>• Designed for home control applications as improvement to X10 technology<br>• Peer-to-peer mesh technology – all devices are peers and can transmit, receive and repeat other messages (no master controller or routing software required); devices memorize their own state<br>• Message propagation by simulcasting as opposed to routing<br>• Current version can transmit 16bytes of data per packet; can create a spider network of over a 100 devices |


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520228

© 2010 Parks Associates


## Powerline Platforms

| Technology | Characteristics |
|---|---|
| **LonWorks (Echelon)** | • Routed network using routers and repeaters to deliver messages<br>• Can be implemented over variety of physical layers including wireless<br>– Using power line for home applications<br>• Devices self-install on network; requires Interoperable Self Installation (ISI) codes to be written for devices<br>• Designed to work on switched-leg circuits; no line wire through switch<br>– Requires low-current node operation, high immunity to noise, and an amplifier that can handle wide variations in impedance |
| **Universal Powerline Bus (UPB) (Powerline Control Systems)** | • Low-speed, spread spectrum, power line communication technology designed by Powerline Control Systems (PCS)<br>• Based on X10 protocol; 30x Faster than X10 and can manage 64,000 Addresses<br>• Originally developed for lighting control, but capable of HVAC and appliance control<br>• Products work w/systems from Crestron, ELK, and HAI, and others<br>• Estimated cost = $4/node<br>• Others build bridges to wired systems |

**Figure 15 Powerline Control Technologies**



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520229