© 2010 Parks Associates


## 3.4 Energy Harvesting Platform

**Energy Harvesting Platform**

| Technology | Characteristics |
|---|---|
| **EnOcean** | • Self-powered, wireless sensors, actuators & transmitters<br>• Harvests energy from motion, pressure, light, temperature<br>• Transmits up to 30m in-building & 300m in an open field<br>• Bidirectional transceiver modules communicate on 315 MHz radio frequency & 868 MHz license-free frequency band<br>• Allows for wireless gateway connectivity with all common automation systems such as EIB /KNX, LON, DALI , BACnet or TC P/IP<br>• Green building applications |
| **GreenPeak (Emerald GP500C)** | • Microchip that offers sensors with peak current of about 20mA and a system sleep mode of below 100nA<br>• Supported by an ultra low power wireless transceiver and sensor interface design and is maintenance-free (no need to replace batteries)<br>• 802.15.4 and ZigBee compliant<br>• Operates on 2.4 GHz band<br>• Wireless mesh-network technology transmits up to 30 - 50m<br>• Energy harvest through light, motion or vibration |

**Figure 16 Energy Harvesting Technology**


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520230

© 2010 Parks Associates


# 4.0 Company Profiles

The following section presents profiles of some of the key players in the home controls market including established manufacturers such as Creston and Lutron, who have been serving the high-end market for years, and newer entrants such as iControl and uControl that are developing solutions for the average consumer.

Companies such as AMX provide whole-home control systems that encompass lighting, entertainment and climate control for luxury homes. The company utilizes proprietary communication technologies for multi-room solutions that require installation by professional installers.

At the other end of the market, companies like SmartLabs develop solutions for the DIY consumer by offering low-cost, modular control systems. Another company moving to serve average consumers is Control4. It entered the market focusing on mid-range controls for entertainment systems that were relatively easy for a professional installer to program as compared to AMX or Crestron systems. Recently, it has jumped on the energy management bandwagon with its EMS-100, a low-cost touch panel, delivered through utilities, allowing consumers to control their heating and cooling systems while providing them access to their energy consumption data.

Companies such as iControl and uControl are offering home automation solutions through service providers. iControl's Z-Wave-based solution, which includes a remote security, health care and an energy monitoring system, is being offered through the security channel by ADT (a co-investor in the company). uControl's solution is a software platform that encompasses security, lighting and energy monitoring components and is being offered as a value add by broadband service providers such as South Carolina-based Comporium. The platform, which is accessible via a touch panel, a web portal and any web-enabled mobile device, provides a fee based service offered over broadband Internet. The company considers security services as the key enabler and a leading application to offer other services.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520231

## Home Controls System Manufacturers

| Company | Positioning/Activities | Selected Products |
|---|---|---|
| AMX<br>3000 Research Drive<br>Richardson, TX 75082<br>www.amx.com | • AMX was founded in 1982, went public in I995, re-launched in 1999 as Panja, and in 2001 went back to the AMX name. The company was purchased by and became a subsidiary of Duchossois Industries, Inc., in 2005 and was taken private.<br>• The company has over 600 employees and is one of the most recognized brands in the home controls and entertainment industry and targets only the high end market.<br>• AMX products are based on proprietary software and hardware, but interface with many popular subsystems in the entertainment, lighting and energy controls and security categories.<br>• In 2006 the company branched into multi-room/multi-source audio distribution with the acquisition of Matrix Audio Designs; it also acquired AutoPatch, adding signal switching and routing to its products and Endeleo, a manufacturer of media distribution technology.<br>• The company's products are aimed at the high end market with each system costing between $25K to over $100K; with an average price tag of $50K.<br>• The company is focused on designing products that are easy to use, have high aesthetics and are versatile in functionality. The AMX system architecture integrates easily with third party developers.<br>• The company is focused on entire home installation with the goal of creating complete automation and control environments.<br>• AMX products are distributed in the U.S. through 800 dealers; approximately 500 dealers serve primarily residential customers.<br>• Outside the U.S., AMX has 1,200 dealers and 24 distributors.<br>• International sales accounts for over 50% of the company's business.<br>• Approximately 20% of the company's revenues are generated through residential customers. | **AMX Devices**<br>AMX has three categories of products for the residential market, controller systems, controller interfaces and media distribution and storage systems. The Touch screen is the keystone user interface for AMX. The controllers are built on an open platform (Linux) embedded with a proprietary framework.<br>▪ **Central Controllers:** AMX central controllers include the NetLinx brand of products that feature between 2-8 configurable serial ports, 64 MB RAM and 128 MB of compact Flash memory. The controllers are designed for video players, projectors, lights, thermostats, and other electronic equipment within a single or multi-room setting.<br>**NI-300 NetLinx Integrated Controller:** Provides A/V, video conferencing, lighting, thermostats and other electronic equipment control for both single and multiple rooms. The controller has 7 configurable serial ports, 64 MB RAM of memory and supports 2 Communication Networks: AxLink and Ethernet (TCP/IP).<br>▪ **Controller Interfaces:** Interfaces include wall mounted or tabletop touch panels with screen sizes of 5" to 12" and remote controls embedded with ZigBee chips<br>**MVP-5200i:** WiFi enabled touch panel sports a 5.2" WVGA screen and 256 MB of flash memory and is part of the Modero® ViewPoint line of products. The touch screen is equipped with a 5 mini-usb external connector and is integrated with VOIP and intercom communication capabilities.<br>▪ **Media Distribution and Storage systems** A/V management systems are equipped with RCA Digital Volume Controllers and Digital Signal Processing that can control up to 8 sources of data and distribute to 8 rooms/zones. |



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520232

© 2010 Parks Associates


| Company | Positioning/Activities | Selected Products |
|---|---|---|
| Control4 Everyday Easy<br>11734 S. Election Road<br>Salt Lake City, UT 84020<br>www.control4.com | • Manufactures an entire line of reasonably affordable wired and wireless IP-based home control and entertainment systems that integrate lighting, audio, video and climate control into a single cohesive system.<br>• Core of company competency is software; hardware offerings developed to enable applications using its control systems software.<br>• More than 90% of company revenues are generated through custom installers.<br>• Control4 has approximately 1,600 custom installation dealers in North America.<br>• Also sells its products through regional specialty retailers, e.g. Abt, ListenUp, Sixth Avenue Electronics and Vann's.<br>• Products currently offered in Magnolia Home Theater outlets within Best Buy stores in 5 regions in the U.S.<br>• International sales accounted for 10% of the company's business in 2009 and will grow to 30% within the next few years.<br>• The modular nature of products enables clients to add to their systems over time.<br>• Company offerings focused on media management solutions rather than media storage systems.<br>• Audio distribution software produced by Control4 is able to synchronize music played in different areas of the home through use of a complicated timing algorithm thus compensating for the latency inherent in an IP-based system.<br>• In July 2009, Control4 announced the securing of more than $17 million in additional funding for the development of its energy management systems and home energy displays (as part of its AMI product initiatives).[1] Some of the funds will be allocated for expanding their sales channels. | **HC-500 Home Controller:**<br>▪ 160 GB hard drive<br>▪ Distributes analog audio to three zones<br>▪ 720p HD on-screen TV interface<br>▪ MSRP: $1,499<br><br>**HC-1000 Home Controller:**<br>▪ 500 GB hard drive<br>▪ Does not offer multi-room audio distribution<br>▪ MSRP: $2,999<br><br>**Wi-Fi Speaker point:**<br>▪ Distributes multi-room audio from any connected music source in house<br>▪ Small, discreet wireless design<br>▪ Digital output power: 50 watts per channel into 4 ohms & 40 watts per channel into 8 ohms<br>▪ Ethernet 10/100base-T, RJ45 jack<br>▪ Wireless IEEE 802.11g Wi-Fi<br>▪ MSRP: $399 |

[1] "Control4 Secures $17.3 Million to Fund Smart Grid Product Initiatives, Drive New Market Development," Control4 press release, July 8, 2009.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520233

| Company | Positioning/Activities | Selected Products |
|---|---|---|
| COOPER Wiring Devices<br><br>**203 Cooper Circle<br>Peachtree City, GA<br>30269**<br>www.cooperwiringdevices.com | • Founded in 2001, Cooper Wiring Devices is a division of Cooper Industries and serves as the umbrella unit for Cooper's Eagle Electric, Arrow Hart and Industrial Royer brands.<br>• The division provides over 10,000 wiring devices for industrial, commercial, residential and data communications applications and structured wiring for home networking solutions.<br>• The company's products are distributed in the U.S. and Canada primarily through retail channels, like Lowe's, Home Depot, Ace Hardware, and professional installers.<br>• Lowe's is the primary partner in the Home Improvement sector and the company's products are also available at small and medium-sized home improvement stores. The company at present does not have relationships with consumer electronics retailers (e.g. Best Buy), but is considering this channel for future growth.<br>• The company has implemented a MAP (Minimum Advertised Price) policy requiring all distributors to market and sell Cooper products at the same price.<br>• The company has plans to expand its offering into MDU markets, which includes apartment buildings and hospitality sectors. It is also increasing its focus on integrating IP technology into its products, expanding interoperability across various IP-enabled products such as lighting controls, Set-Top-Boxes and others. | **Cooper Wiring Devices**<br><br>Home controls line of products include the Aspire RF and MediaSync brands.<br><br>▪ **Aspire RF products:**<br>– Incorporates Z-Wave's two way radio-frequency based technology to connect over 200 devices in a single network.<br>– Product range includes handheld and tabletop controllers, switches, receptacles, dimmers, scene controller, remote controls, accessories and screw less wall plates.<br><br>▪ **MediaSync:**<br>– Introduced in 2006, is a structured wiring system that allows integration of voice, data, audio and video services into a central distribution center.<br>– Features a modular design with the following categories of modules: enclosures, voice Solutions, video Solutions and data management solutions.<br><br>The company also develops its own Home Control Software built into handheld and tabletop controllers. The controllers allow users to access email, text messaging, voice commands and other capabilities |



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520234

| Company | Positioning/Activities | Selected Products |
|---|---|---|
| CRESTRON<br>15 Volvo Drive<br>Rockleigh, NJ 07647<br>www.crestron.com | • Founded in 1971 by George Feldstein, the company has grown through expansion beyond home control systems to the inclusion of audio and video storage, distribution and management systems.<br>• "Total Home Technology" strategy delivers a complete control & connectivity solution for every room and application.<br>• Products are available only through authorized dealers and the company targets high income households.<br>• 40% of the company's revenues are re-invested in expanding its product lines through R&D.<br>• The company's newest offerings include Wi-Fi enabled touch panels with 2-way wireless control solutions with embedded Windows XP, fingerprint scanner security options, Internet browsing capabilities, and built in A/V components.<br>• Crestron works directly with more than 5000 dealers in the U.S. alone, and does not market its products through third-party distributors.<br>• The company requires all dealers to be trained and certified to install Crestron systems. The company provides access to online support, and individual training programs at the Crestron Technical Institute to all dealers.<br>• The company serves over 90 countries through 41 offices worldwide with separate sales teams for commercial and residential product lines.<br>• In January 2010, the company launched the "XPanel for Mac" software. The application allows users to control Crestron systems from any Mac computer or laptop and integrates with other Apple products including the iPod and iPhone. | **Crestron Home Controls:**<br>Crestron's residential products include: amplifiers, audio & video processors, switchers & distributors, camera, lighting and climate control systems, handheld remotes, media servers, home automation software, touch panel interfaces and more.<br>▪ **PAC2:** Ethernet enabled professional dual bus control system is utilized as the central processor for Crestron lighting systems. Equipped with a 4GB Compact Flash memory card slot and distribution and hub/repeater, the PAC2 integrates with lighting dimmers and shade controls, keypads and touch panels, thermostats, wireless gateways, control cards, and expansion modules.<br>▪ **PTX3:** Part of the Prodigy line of home automation products. The 2 way RF wireless remote controller has a 2.8" active-matrix touch screen and offers a range of 50 ft. Embedded with Microsoft CE 6.0 and 256 MB of flash memory, the remote allows users to control lighting levels, temperature, AV and security system and manage iPod playlists. |



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520235

© 2010 Parks Associates


| Company | Positioning/Activities | Selected Products |
|---|---|---|
| HAI<br>**4330 Michoud Blvd.<br>New Orleans, LA 70129**<br>**www.homeauto.com** | • HAI was founded in 1985 as a security systems manufacturer and was later expanded to include home controls. The company is now a recognized home controls provider for midrange housing.<br>• In comparison to high-end systems such as Crestron and AMX, HAI's systems are affordable, with end-user systems priced from $4,000 to $7,000.<br>• HAI's product range includes a number of wired and wireless security and home controls systems including multiroom audio, home theater, lighting, surveillance, access control, and security monitoring.<br>• HAI has developed relationships with other manufacturers in the industry to integrate with their offerings to allow customers the flexibility to add and upgrade products as desired.<br>• The company has installed over a million devices with estimated sales of over 500 to 750 controllers a month.<br>• The company's two major brands include the Omni and the Lumina; both lines include access controls for lighting and entertainment. The Omni line of products includes built-in security systems and is designed to be installed by professional installers; the company requires all installers to be licensed.<br>• Approximately 80% of company's revenues are generated through residential customers.<br>• International sales accounts for 20% of the company's business and their products are available in 80 countries.<br>• The company's 2010 strategy includes a stronger focus on the entertainment market through their music gateway product. | **HAI products support the following communication standards:** UPB™, X-10, Z-Wave, RS- 232, TCP/IP, and ZigBee<br><br>• **HAI Controllers:**<br>– Omni:<br>▪ Supports lighting controls from 2 to 31 rooms<br>▪ Programmable lighting scenes<br>▪ Supports whole home audio and video systems<br>▪ Security components include: motion and smoke sensors, key card access and live video monitoring<br>– Lumina:<br>▪ Supports lighting controls from 8 to 31 rooms<br>▪ Supports whole home audio and video systems<br>▪ Does not include a security system but can integrate with existing systems<br><br>• **HAI Entertainment Controllers**<br>– Music Gateway:<br>▪ IP-based music server with 3 independent stereo channels<br>▪ Accessible via HAI Touchscreen<br>– Home Theater Extender (HTX):<br>▪ IP-based audio & video equipment controller<br>▪ Supports 300,000 IR codes |


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520236

| Company | Positioning/Activities | Selected Products |
|---|---|---|
| iControl<br>**3045 Park Blvd.<br>Palo Alto, CA 94306<br>www.icontrol.com** | • Based in Palo Alto, CA, iControl was founded in 2003 and develops the ConnectedLife home automation platform.<br>• The platform allows broadband, telecommunications, and home security providers to deliver low-cost, high-value interactive services that drive customer acquisition, retention, and satisfaction.<br>• iControl entered the market as DIY consumer security solutions based on low cost home controls and remote monitoring devices, but no-longer offers its solutions direct to customers.<br>• The company has partnered with security provider ADT to provide their monitoring solution bundled with energy management and home health care applications.<br>• iControl's current strategy is to partner with broadband and security service providers and use their security solution as a gateway to provide other products such as energy management and home health care monitoring.<br>• In 2009, iControl announced a strategic alliance with ADT Systems (an investor in iControl). ADT will provide home and business control management through iControl's web-based platform that supports a variety of technologies including Z-Wave.<br>• The integrated system will enable users to control devices from companies providing Z-Wave solutions as well as other wireless protocols. The system will allow ADT customers to remotely arm and disarm their security system, lock and unlock doors, control heating and air conditioning, remotely control in-home lighting, view live video, event-driven video clips and pictures and receive text messages and e-mail notifications with video clips or pictures when events occur. | **iControl "ConnectedLife" Platform**<br><br>The platform is accessible through a web platform, in-home display and a mobile application. Through the platform consumers can set up rules and controls for systems and devices installed within the home. Applications range from interactive security and safety services to energy monitoring and control.<br><br>▪ Platform can be embedded into a service provider's existing offerings or can be added as a standalone application.<br>▪ The platform is compatible with GE Security (Simon 3, Simon XT and Concord) and Honeywell (Vista and Lynx).<br>▪ Supports IP video for live video monitoring.<br>▪ The platform also enables home management (e.g., lighting and thermostat control) and provides internet content (e.g., weather, traffic, etc.) through on-screen widgets applications. |



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520237

| Company | Positioning/Activities | Selected Products |
|---|---|---|
| LEVITON<br>**201 North Service Rd.**<br>**Melville, NY 11747**<br>**www.leviton.com** | • Leviton is one of the largest privately held electrical equipment manufacturers.<br>• The company mass produces electrical products: switches, connectors, plugs and integrated networks designed for home, commercial, and industrial uses.<br>• Leviton's product offering consists of over 25,000 distinct catalog numbers and serves the industrial, commercial, OEM and residential markets.<br>• The company has a presence in more than 100 countries, including a sales office and two manufacturing plants in China. In early 2008, Leviton acquired ControlThink, a developer of home and building control software for PC, CE, and mobile products. The company's Voice and Data Division provides network connectivity solutions for enterprises, data centers, service providers and residential applications.<br>• Leviton's new lines of products are targeting the residential energy management market and are designed to be retrofitted with existing control systems.<br>• Products are sold to distributors, manufacturers and retail outlets such as Home Depot, Sears and Wal-Mart.<br>• Products are also available through online retailers such as Amazon (www.amazon.com) and SmartHome (www.smarthome.com).<br>• Leviton targets the residential, commercial and OEM market. The company's home control strategy includes developing affordable & ready to install DIY home control products. Integration of Z-Wave technology into its products adds scalability and interoperability with other Z-Wave compatible home control devices such as shades, thermostats and more.<br>• Parks Associates estimates Leviton's Z-Wave product sales in 2009 to be in the range of $7 to $8 million. | **Leviton**<br>Leviton's home automation line of products includes lighting control and energy management systems, including box mounted controls, day lighting systems, occupancy sensors, and architectural and theatrical lighting control systems.<br>▪ Leviton offers Z-Wave enabled home automation products under the Vizia RF+ brand<br>▪ Vizia RF+ allows users to control lighting, household appliances and electronics<br>▪ Vizia RF+ products include:<br>– Light Dimmers<br>– Wall Switches<br>– Fan Speed Control<br>– Smart wall outlets<br>▪ Leviton's new line of energy management products include receptacles designed for plugin hybrid electric vehicles and support the ZigBee communication protocol.<br>▪ Leviton's other home control products include the Networked Home System which combines multi-line phone/fax/internet and data networking with distribution of a variety of video signals throughout the home including cable and satellite TV, digital cable, antenna, VCR, DVD, security camera CCTV.<br>▪ Leviton's Structured Media Series (SMC) is a modular media solution for low voltage connectivity designed to work in new construction and retrofit homes. |


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520238

| Company | Positioning/Activities | Selected Products |
|---|---|---|
| LUTRON<br>7200 Suter Road<br>Coopersburg, PA<br>18036-1299<br>www.lutron.com | • Lutron Electronics Company, Inc. designs, manufactures, and sells lighting control systems and a variety of other related products.<br>• The company was founded in 1961 by Joel Spira who was the inventor of the world's first solid state dimmer, which served as the basis of Lutron's early business.<br>• Lutron is one of the world's leading lighting control companies for both residential and commercial applications. The company has more than 10,000 products and is distributed in more than 80 countries.<br>• The company has offices in the U.S., U.K., France, Germany, Hong Kong, Japan and other international locations.<br>• Lutron offers end-user customization options through a range of products available in a variety of colors, sizes, and styles of components. The options allow Lutron to market products to home owners, designers, architects, and decorators.<br>• Lutron products are available through lighting showrooms, electrical distributors, home systems integrators and the builder market.<br>• Lutron has strict standards for installer certification and offers an array of courses both for information and for certification. Lutron offers programs designed to present new opportunities for expanding the contractor's market and increasing sales of lighting controls.<br>• In January 2010, Lutron demonstrated demand response capabilities of its lighting systems by integrating with smart meters. The move is aimed at utilities involved in implementing smart grid technologies and allows them to remotely control lighting systems in both commercial and residential settings.<br>• In January 2010, Lutron announced a partnership with Control4 and has integrated its RadioRA2 lighting control system with Control4's touch screens and On Screen Displays.<br>• Lutron has been focusing its marketing on branding their lighting control systems as green friendly and energy efficient solutions. | **Lutron**<br><br>Lutron's comprehensive line of radio frequency home controls is marketed under the RadioRA 2 brand name.<br><br>**The RadioRA 2**: Communicates over the Lutron developed Clear Connect™ RF technology and provides control of lights, shades, audio-visual devices, and temperature in a single room or throughout the home.<br><br>The system integrates with the home's security and automation system and can also be accessed from a transmitter inside a car. The system components include keypads, light switches, wall-mounted or table top light dimmers, shade controllers and a car visor transmitter.<br><br>**The AuroRa system:** is a wireless Radio Frequency dimming system designed to create a safe, illuminated pathway through the home with the press of a single button. The system gives the homeowner control of five lights in the home and can operate from a master control in the house or from a wireless controller in the car. The homeowner can also control the light levels in the home by using the slider on each dimmer to create the desired light level. AuroRa is not designed to integrate with other systems in the home.<br><br>AuroRa kits are fully compatible with HomeLink which is an integrated transceiver that can be programmed to activate radio frequency devices such as garage doors, community gates, entry locks, home lighting and other RF devices from a car.<br><br>**HomeWorks** is a wired/wireless hybrid whole home control system which provides control of the home's exterior and interior lighting. Features of HomeWorks include the following:<br>• Security System and lighting integration<br>• Fail-Safe Operation – HomeWorks remain fully functional even if communications are interrupted.<br>• Power Failure Memory – if power is interrupted lighting will return to the level set before the power failure occurred.<br>• The system will only trigger events if certain conditions are met; for example, outdoor sensors will only turn on driveway lighting if it is dark.<br><br>HomeWorks features integration with Sivoia shades and can send the shade to precise levels. |

| Company | Positioning/Activities | Selected Products |
|---|---|---|
| smartlabs<br><br>**16542 Millikan Avenue Irvine, CA 92606-5027**<br>**www.smarthome.com** | • Based in Irvine, CA, SmartLabs was founded in 1992 and develops, markets and sells home automation and control products.<br>• SmartLabs developed the INSTEON network protocol, an affordable dual mesh (RF and powerline) home management technology. All INSTEON devices are peers, meaning each device can transmit, receive and repeat any message of the INSTEON protocol. The purpose of INSTEON is to send control messages and other data between devices in the home.<br>• The company develops products based on INSTEON and also licenses the technology to home automation product developers and manufacturers.<br>• There are 200 INSTEON compatible products available in the market. Licensees can either choose which communication protocol (RF or powerline) they want embedded in their products or develop protocols that support both.<br>• All products to be sold or developed with INSTEON technology must be submitted to SmartHome for INSTEON compatibility testing and INSTEON certification.<br>• The company consists of three subdivisions:<br>– SmartLabs Technology: responsible for developing the architecture for the INSTEON technology<br>– SmartLabs Design: responsible for product development based on INSTEON<br>– Smarthome Direct: online retail store for home automation products; online partners include Amazon.com, Buy.com, Tiger Direct, Crutchfield and others<br>• The company is currently focused on marketing its dual band products – that can communicate over both RF & powerline networks; at present the company is shipping dual band lamp modules called LampLinc.<br>• Approximately 80% of the company's revenues are generated through retail sales and 20% from professional installers. | **SmartLabs**<br><br>INSTEON compatible products developed and marketed by SmartLabs include:<br><br>• **LampLinc Dimmer (Dual-Band):** Allows users to control lighting remotely from any INSTEON controller. Can receive both RF and powerline signals. Offers 32 brightness levels and is also compatible with X10.<br>• **SmartLinc - Central Controller:** Allows users to control INSTEON devices from any web-enabled devices (PC, Cell Phone and others); preprogram up to 240 devices and settings across 15 rooms; includes IP camera support household appliances and electronics.<br>• **RemoteLinc – Remote Control:** With a range of 150 feet, the RemoteLinc allows users to control up to 417 INSTEON devices and program 6 light settings over a 915 MHz radio frequency. |


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520240

| Company | Positioning/Activities | Selected Products |
|---|---|---|
| uControl<br><br>**5914 West Courtyard Drive, Suite 210 Austin, TX 78730**<br>www.ucontrol.com | • Founded in 2005, uControl develops an open platform called the SMA (Home Security, Monitoring and Automation) platform for home automation, health care monitoring and security applications and services for broadband customers.<br>• The SMA platform is accessible by customers through an in-home display called the uControl TouchScreen, a Web portal, and cell phones.<br>• The SMA platform integrates lighting and climate control into its home automation solution and also supports widgets and sensory activity to allow customers to program automated energy efficiency settings, such as lowering or raising the temperature based on the weather and turning the lights on or off based on the time of day.<br>• uControl presents its software to service providers as an end-to-end platform, from provider to user, for fee-based services that can be offered over broadband Internet connections. The company considers security services as the key enabler and a leading application to offer other services.<br>• uControl's distributes its solutions through utilities deploying smart grid and/or energy management programs and through service providers.<br>• In December 2009, uControl announced a partnership with service provider Comporium; the company will bundle uControl as part of its offering to its customer base in 2Q of 2010; uControl is expected to announce more partnerships with tier one service providers in late 3Q of 2010.<br>• The platform can be customized to implement programs according to the needs of the provider. For utilities with AMI, uControl can use information derived from smart meters to provide consumers with information about their energy use. | **uControl SMA Platform**<br><br>The platform is built on open standards and is technology agnostic, allows for easy integration with multiple device manufacturers, content providers and other partners and offers both hosted and in-network deployment options. Communication protocols supported include: Z-Wave, ZigBee and WiFi.<br><br>▪ **uControl TouchScreen:**<br>– 7 inch WVGA (800 X 480, 16:9 aspect ratio), 16-bit color, 133 PPI (pixels per inch)<br>– Can be placed on a table top or wall-mounted<br><br>▪ **Applications:**<br>– **Security Monitoring:**<br>▪ Allows for integration with professional monitoring systems<br>▪ Communicates with central server via broadband or GPRS<br>▪ Provides customers with alerts through Email, SMS, Automated Voice, RSS, and Chat notifications<br>– **Home Automation & Control:**<br>▪ Control lighting and climate setting though a single keyfob<br>▪ Allows for whole home automation by Integrating with motion sensors, lighting and entertainment systems into a single platform |


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520241

# 5.0 Forecasts

The market forecasts presented in this section are for traditional, wired home controllers, as well as for wireless and powerline controllers of the types defined in Section 1 of this report and described below. Controllers are typically only one component of a control system installed in a home. Other components include sensors, actuators, motors, etc. The forecasts presented in this report are for controllers only. Installation costs are not included in any of the forecasts.

Home system controllers divide into two broad segments: advanced home controllers and basic home controllers. Advanced controllers are nearly always installed in new homes because they require significant installer expertise for configuration, connecting devices and sensors, and sometimes programming. In addition, most advanced controllers are hardwired with low-voltage wire, e.g., CAT-5e.

As discussed in this report, the need for low-voltage wiring is evolving as wireless and powerline technologies become robust enough to handle the demands of advanced control systems. Many control systems manufacturers including AMX, Control4, Crestron, and Lutron offer wireless systems to complement their wired offerings. In addition, ELAN Home Systems, recently introduced a family of powerline control systems employing Universal Powerline Bus technology.

Forecasts for controls are grouped into the following application segments:

- **Energy Management Systems** – these systems include controllers for intelligent heating, ventilation, and air-conditioning controllers (IHVAC) and programmable communicating thermostats (PCT). IHVAC systems integrate programmable thermostats and controllers for several HVAC units. Programmable thermostats, which can be set (programmed) to change temperature settings at different times of the day/days of the week, are basic control systems for HVAC systems and are not included in the energy management systems forecasts. Wireless control communication technologies enable a new breed of programmable thermostats to communicate with electric meters and possibly with other systems in the home, e.g., security and lighting systems. These programmable communicating thermostats promise to become a



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520242

© 2010 Parks Associates


central component of in-home energy management systems that integrate with smart meters and advanced metering infrastructures (AMI) and are included in the forecasts.

Smart Meters are an emerging category of energy management systems gaining traction in many parts of the U.S. Smart meters incorporate two-way communications, thus permitting utilities and/or homeowners to monitor and control energy consuming systems in the home remotely. Parks Associates' definition of smart meters excludes meters that merely report energy usage to utilities. These Automated Meter Reading (AMR) systems are more widespread than smart meters and are typically focused on saving utilities the operating expenses associated with meter reading rather than managing energy consumption. Parks Associates' forecast for smart meters is published in the *AMI Fact Book 4Q 2009*. At the end of 2009 there were nearly 14 million residential AMI-capable meters installed; by 2014 Parks Associates forecasts that there will be more than 50 million installed. Two-way communications capability has not yet been enabled on the vast majority of meters currently installed as utilities conduct limited trials to test their operations with various in-home systems.

- **Entertainment Controls** – include advanced entertainment controllers (AECs) and advanced cross-category universal remote controls (URC) with RF capability. Advanced entertainment controls integrate lighting, window treatment and possibly security camera controls with those of home theater and audio systems. AECs typically include two touch pads with a video window. Non-Wi-Fi, RF-based wireless capability is beginning to be added to high-end touch pads to control lights, window treatments and other home systems.

  Advanced URCs are segmented by Parks Associates into two groups: mid-level and high-level. Mid-level advanced remotes typically have an LCD screen, an activity button and, if provided by Logitech, some English language query and learning. URCs addressed in this report are aftermarket URCs – those sold separately from URCs included with systems, e.g., TVs, home-theaters-in-a-box and set-top-boxes.

  High-level advanced remotes are mostly the province of home systems integrators, but there are some either carried at retail or available through online resellers. Prices start


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520243

© 2010 Parks Associates


at $400 and escalate upward rapidly. High-level advanced remotes are typically touch-screen devices for which programming by the installing retailer or dealer is available.

Many advanced URCs are now equipped with RF capability to broaden their application capabilities beyond entertainment systems to lighting, window treatment and security controls. Thus, the top of the line URC encroaches on applications previously addressed only by AECs and can be justifiably included in home controls.

- **Lighting and Appliance Controls** – include intelligent lighting controllers (ILC) and basic lighting and small appliance controllers (BLAC). Intelligent lighting controllers manage lighting fixtures throughout an entire home or at least in multiple rooms within a home. They may be programmed for various mood scenes or scenarios.

  Basic lighting and appliance controls typically control individual fixtures, electrical outlets or appliances. Most current installations are based on X10 powerline technology, but this is rapidly changing with advancements in wireless and other powerline technologies producing a variety of new products.

- **Central Controls** – advanced central home controls (ACHC) control and coordinate other home systems or controllers. These controllers are typically at the center of sophisticated wired control systems programmed by home systems integrators. Increasingly, wireless and powerline enabled controllers are extending the reach of these controllers, especially in remodeling and retrofit projects.

- **Remote Home Monitoring and Control** – a new category closely related to security systems and monitoring sparked by the availability of broadband Internet connectivity. Typical systems connect any of a variety of sensors (motion, door/widow, power, water, etc.) and, in some configurations, a camera to an Internet connection via a special gateway, standard router or through a PC. Customers receive notifications or transmissions on a mobile phone, wireless PDA, via email or on a private web site, based on the customers' choice of alert methods. Parks Associates estimates that consumer spending for professional security monitoring services will be $10 billion in 2010. It is this revenue stream that is being targeted by firms such as Alarm.com, Eaton,


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520244

© 2010 Parks Associates


iControl, Intamac, uControl, and Xanboo. Cable operators and Telcos are exploring the potential these systems offer as another revenue stream in their bundles of services.

- **Security Controls** – many security systems available today already have wireless sensors as part of their monitoring capability; however most of these operate only as part of the security systems and are not designed to be part of a larger control network. Therefore, they are not included in this report and the forecasts discussed below. Parks Associate's report *Home Systems: Home Security 2010– An Analysis and Forecast* covers these systems in detail. Intelligent Security System Controllers incorporate control of security systems as well as controls for other applications such as lighting, temperature, access as well as surveillance systems. Because of these control capabilities they are included in the forecasts in this report.
- **Other Controls** – there are a variety of other control systems that don't fit neatly into one of the above categories including, but not limited to, irrigation controls, pool and spa controls and lock sets not included in remote monitoring and control systems. Parks Associates will break out these categories separately as they become significant market opportunities.

## 5.1 Methodology Overview

First, it is essential to note that the market forecasts presented in this report comprise *only* the electronic controls portion of the integrated home system and assume a basic user interface, leaving out all other aspects of the systems needed to make it functional. These other aspects and their associated costs and revenues include items such as:

- Installation;
- Wiring and special outlets;
- Input sensors;
- Mechanical dampers, actuators and electromechanical controls/devices;
- Other electronic equipment e.g., a TV set used as a system interface or an HVAC unit;
- Lighting fixtures, switches and light panels for lighting control; and
- Multiple user interfaces.

For advanced home systems, the general costs of components typically run:


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520245

- One-third for installation (for advanced controllers);
- One-third for sensors, actuators and electromechanical controls/devices; and
- One-third for the electronic controller and one user interface.

Parks Associates developed the forecast for home controls by first estimating current penetration of control systems in homes based on surveys of consumers, builders and home systems integrators. Results of past surveys provide a basis for determining historical adoption rates shown in the forecasts below.

Annual sales are determined by calculating the year-to-year change in systems installed plus sales of replacement systems (Figure 17). Market revenues at end-user levels are then determined by multiplying estimates of average system selling prices by unit sales.




**Figure 17 Home Controls Market Forecast Methodology**

## 5.2 Market Overview

Only 6% to 7% of all U.S. households had any type of electronic control system at the end of 2009 (Figure 18). Reasons for this were discussed in *Section 2 Analysis of Market Dynamics* of this report. To briefly reiterate, the key inhibitors to adoption are:

- Lack of consumer awareness of the capabilities and benefits of control systems;
- Perception that control systems are expensive and may be nice to have, but not necessary and are often difficult to learn how to use; and,
- Shortage of affordable installation services for middle income households.

Parks Associates believes that there are several significant factors driving adoption of home controls over the next five years. These include:

- Technology advancements driving costs down and opening up affordable retrofit systems based on wireless and powerline technology;
- Growing consumer desire for enhanced entertainment systems that can be an avenue for the adoption of a variety of control systems; and,
- Consumer desire to reduce expenditures on energy and willingness to spend money to do so.

Parks Associates projects that control systems will be adopted by nearly 20% of households by 2014 based on the combined impact of these market drivers and inhibitors. Households with at least one type of controller are likely to have several different types of controllers. The penetration forecast below is the net penetration of controllers in homes.




Figure 18 Penetration of Home Controls

Parks Associates forecasts that the total market value of controllers sold in the U.S. will more than double from $2.5 billion in 2010 to $5.5 billion by 2014 (Figure 19). This growth will be driven by adoption of residential energy management systems, entertainment controls



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520247

(specifically, advanced URCs) and controllers associated with remote home monitoring systems and services.

The controller market remained flat from 2007 to 2008 due to the downturn in new home construction and decline of existing home sales. Professionally installed, high-end home controls accounted for approximately 70% of the total market value for controls during this period. These systems are typically installed in new luxury homes or major remodeling projects in high-end homes. The luxury home market was also negatively affected during the contraction of the housing market; thus impacting the market for control systems. By the end of the forecast period, high-end, professionally installed control systems will account for less than half of the total market value of control systems as lower cost controllers installed by technicians working for retail electronics and home improvement stores, security dealers, broadband service providers and electrical contractors become common.




Figure 19 Total Home Controller Market Revenue



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520248

© 2010 Parks Associates


## 5.3 Summary of Forecasts by Application

Parks Associates' forecast for controllers by application is shown in Figures 20 through 22.

The breakdown of household penetration by application is shown in Figure 20. Entertainment controllers lead by advanced URCs will be the most common type, followed by lighting controls and remote home monitoring systems. Energy controls (not counting basic programmable thermostats) will be installed in 10% of households by 2014, up from less than 3% at the end of 2009.

The actual number of households with each type of controller is shown in Figure 21. These numbers correspond to the penetration levels shown in Figure 20 and are base on the total number of households in the U.S. growing from 115.5 million at the end of 2009 to 122.8 million by 2014.

The total market value of home controllers by application is shown in Figure 22. The largest category by value is controllers for security and remote home monitoring followed by entertainment controllers. The market for energy controllers will nearly triple from 2010 to 2014 as consumers adopt a variety of systems to better manage their usage.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520249




| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Advanced Central Home Controls | 1.4% | 1.4% | 1.5% | 1.5% | 1.6% | 1.8% | 2.1% | 2.3% |
| Energy Controls | 2.3% | 2.5% | 2.7% | 3.2% | 4.1% | 5.5% | 7.7% | 10% |
| Remote Home Monitoring & Control (incl ISSC*) | 4.3% | 5.1% | 5.8% | 7.1% | 8.3% | 10% | 11% | 13% |
| Lighting Controls | 3.9% | 4.8% | 5.7% | 6.7% | 8.1% | 9.8% | 12% | 14% |
| Entertainment Controls | 0.98% | 1.8% | 3.2% | 5.1% | 7.6% | 10% | 14% | 17% |
| OTHER Controls | 0.6% | 0.8% | 0.9% | 1.1% | 1.3% | 1.6% | 1.9% | 2.3% |

© 2010 Parks Associates *ISSC: ntelligent Security System Controlers

Figure 20 Percentage of Households with Controllers by Application




| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Advanced Central Home Controls | 1.6 | 1.6 | 1.7 | 1.8 | 1.9 | 2.1 | 2.5 | 2.9 |
| Energy Controls | 2.5 | 2.8 | 3.2 | 3.8 | 4.8 | 6.6 | 9.3 | 13 |
| Remote Home Monitoring & Control (incl ISSC*) | 4.8 | 5.8 | 6.7 | 8 | 10 | 12 | 13 | 16 |
| Lighting Controls | 4.4 | 5.5 | 6.5 | 7.9 | 9.6 | 12 | 14 | 17 |
| Entertainment Controls | 1.1 | 2.0 | 3.6 | 6.0 | 9.0 | 12 | 17 | 21 |
| OTHER Controls | 0.7 | 0.9 | 1.0 | 1.3 | 1.5 | 1.9 | 2.3 | 2.8 |

© 2010 Parks Associates *ISSC: Intelligent Security System Controlers

Figure 21 Households with Controllers by Application



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520250




| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Advanced Central Home Controls | $191 | $118 | $124 | $200 | $233 | $341 | $507 | $482 |
| Energy Controls | $201 | $133 | $146 | $228 | $291 | $444 | $578 | $657 |
| Lighting Controls | $300 | $348 | $373 | $485 | $618 | $810 | $878 | $971 |
| Entertainment Controls | $263 | $317 | $470 | $700 | $941 | $1,202 | $1,302 | $1,382 |
| Security & Remote Home Monitoring & Control | $546 | $581 | $733 | $889 | $1,104 | $1,347 | $1,552 | $1,827 |
| OTHER Controls | $4 | $11 | $33 | $39 | $62 | $104 | $132 | $170 |

© 2010 Parks Associates

**Figure 22 Controller Market Revenue by Application**

## 5.3.1 Energy Management

The two categories of energy management controllers included in this report are intelligent HVAC controllers and programmable communicating thermostats. Additional categories of energy management controllers and related systems are detailed in Parks Associates' report *Forecasts for the Deployment of AMI and the Adoption of Energy-saving Products and Services*[2].

Intelligent HVAC controllers (IHVAC) that integrate programmable thermostats and controllers for several HVAC units are installed in less than 3% of households in the U.S. (Figure 23). Penetration will grow moderately over the forecast period to nearly 4% by 2014. These systems are installed in new luxury homes with 5,000 $FT^2$ of living area or more. As such, they were negatively impacted by the downturn in new home construction as can be seen by the drop off in market value from 2006 and 2007 through 2009 (Figure 24). Revenues will grow in 2010 and 2011, but not exceed 2007 levels until 2012 when new home construction is expected to become more robust.

[2] To be published in 2Q 2010


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520251




Figure 23 Intelligent HVAC Systems: Installed Base and Household Penetration




Figure 24 Intelligent HVAC Controllers: New Installations and End-use Revenue

© 2010 Parks Associates


Programmable communicating thermostats (PCTs) are a new product category that Parks Associates believes will grow dramatically over the forecast period from 2010 to 2014 (Figure 25). We estimate that these systems were in only about 340,000 homes at the end of 2009 – virtually all of these were trial installations made by electric utilities across the U.S. In some cases PCTs are designed to communicate with smart meters in demand response programs in which utilities control the thermostat remotely (with the permission of the customer) to reduce loads during periods of peak electricity demand. In other situations, PCTs can be installed without utility involvement in order to allow consumers to control them remotely when they are away from home or integrate them with security systems and door locks. By 2014, 7.9 million or approximately 6.4% of all households will have a programmable communicating thermostat.

Annual sales of PCTs will grow from fewer than 200,000 units in 2009 to more than 2.7 million by 2014 as utilities begin deployments of home area networks (HANs) associated with their installation of smart meters (Figure 26). As mentioned above, PCTs will also be acquired directly by consumers separate from utilities. HVAC technicians, electrical contractors and others will offer these systems to their customers. Annual PCT revenue will reach above $350 million by 2014 up from less than $50 million in 2009.


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520253




Figure 25 Programmable Communicating Thermostats: Installed Base and Household Penetration




Figure 26 Programmable Communicating Thermostats: Annual Unit Sales and End-user Revenues


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520254

### 5.3.2 Entertainment

Two categories of entertainment controllers are included in this report: advanced entertainment controllers (AECs) and advanced universal remote controls (URCs). AECs which typically include two touch pads with a video window and often wireless capability to control lights, window treatments and other home systems are found in only about 500,000 to 600,000 households (Figure 27). Penetration is expected to more than double over the forecast period, but they will remain limited to luxury homes with high-end home theaters and multi-room audio systems. Parks Associates monitors this high-end market because many of the capabilities incorporated into AECs are migrating to lower end systems as technology advancements reduce costs.

Advanced URCs are a direct recipient of these advancements which will help propel their market acceptance over the forecast period. At the end of 2009, nearly 20 million advanced URCs were in use in more than 15% of households; by 2014, 53 million advanced URCs will be in use by almost 32% of all households (Figure 28).

Not all advanced URCs are equipped with RF capability. In 2009 approximately 40% of advanced URCs sold had some form of RF capability; by 2014 at least 80% of all advanced URCs are expected to incorporate RF transmitters. In 2009, 1.8 million advanced URCs with RF communications were sold in the U.S.; by 2014, approximately 6.6 million will be sold annually (Figure 29). By 2014, there will be nearly 28 million RF equipped advanced URCs in use, up from 3.5 million at the end of 2009.

Advanced URCs with RF capability are clearly encroaching on the market for advanced entertainment controllers as can be seen in Figure 30. The market for AECs declined in 2008 and 2009 from 2007 as these systems are typically purchased with home theaters and multi-room audio systems installed in new high-end homes or major remodeling projects in luxury homes. The decline in the housing market affected these systems as it did other professionally installed control systems. The market for AECs is expected to recover somewhat in 2010 and on through 2012 when advanced URCs with RF capability push them into a decline. By 2014 the distinction between AECs and advanced RF URCs will be blurred.




Figure 27 Advanced Entertainment Controllers: Installed Base and Household Penetration




Figure 28 Advanced URCs: Installed Base and Household Penetration



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520256




Figure 29 Advanced URCs: Annual Sales and Installed Base




Figure 30 Entertainment Controller Market Forecast



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520257

### 5.3.3 Lighting

Lighting controls were the first affordable electronic control systems for the average consumer. The X10 powerline technology enabled consumers to install the controls using existing electrical circuitry. Most lighting controls in use today are based on X10 technology, but this is rapidly changing with the adoption of wireless and other powerline technologies. As of the end of 2009, approximately 6% of U.S. households had some form of lighting controls (Figure 31). By 2014 penetration of lighting controls will more than double to 14% or nearly 17 million households. The primary drivers of this growth will be growing awareness among consumers of the convenience and affordability of lighting controls caused by:

- the continuing integration of lighting controls with security system installations;
- the expanding role of the advanced URC; and,
- the ability to control lights remotely from web-enabled devices.




**Figure 31 Lighting Controls: Installed Base and Household Penetration**

In 2010 the number of annual installations of wireless-based lighting controls will exceed those of powerline-based controls (Figure 32). The primary driver of this trend is the availability of

low-cost wireless controls from firms such as Cooper Wiring Devices and Leviton based on Z-Wave technology. Powerline technology will continue to be used in many situations as companies such as SmartLabs and ELAN develop products incorporating enhanced versions of powerline technologies.




**Figure 32 Basic Lighting Controllers: Wireless and Powerline Installations**

The total market for lighting controllers will double to more than $970 million by 2014 from $465 million in 2010. The market for wireless and powerline technologies combined will continue to exceed that for traditional low-voltage lighting controls sold by custom installers (Figure 33).


RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520259




| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|
| Custom Installed | $141 | $109 | $113 | $144 | $155 | $206 | $205 | $193 |
| Total Wireless & Powerline | $159 | $239 | $260 | $321 | $464 | $604 | $673 | $778 |
| Total Lighting Controls | $300 | $348 | $373 | $465 | $618 | $810 | $878 | $971 |

© 2010 Parks Associates

**Figure 33 Lighting Controller Market Revenues: Custom Installed and Wireless & Powerline**

### 5.3.4 Advanced Central Controls

Advanced central home controllers are installed in new luxury homes and high-end remodeling projects. As with other systems dependent on new home construction, the market for advanced central home controllers suffered in 2008 and 2009 (Figure 34). In 2010, the market is expected to improve, although it will not reach 2007 levels until 2011.

The market for advanced central controllers will remain confined to the luxury home market throughout the forecast period. As the housing market improves over the next few years, the value of advanced central controllers installed will increase to $376 million by 2014. Revenue and annual installations will level out toward the end of the forecast period as penetration into homes holds at less than 3% of all homes.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520260




Figure 34 Advanced Central Home Controllers: Installations and End-use Revenues

## 5.3.5 Security Controllers

Intelligent Security System Controllers incorporate control of security systems as well as controls for other applications such as lighting, temperature, access as well as surveillance systems. These are the only security controllers included in the forecasts in this report. Parks Associates forthcoming report *Home Systems: Home Security 2010– An Analysis and Forecast* covers the full range of security systems.

Intelligent security system controllers are professionally installed primarily in new homes. The market for these systems has essentially been stagnant for the past few years due to the decline in new home construction (Figure 35). Market revenues will increase as the economy improves, reaching approximately $1 billion by 2014.



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520261




**Figure 35 Intelligent Security System Controllers: Installations and End-use Revenues**

## 5.3.6 Remote Home Monitoring & Control

The number of households with some form of remote monitoring and control will surpass 10 million by 2014 as security systems and broadband service providers build consumer awareness for these capabilities (Figure 36). At the end of 2009, there were approximately 3.4 million households with self monitoring capability. Most of these homes had a webcam or IP camera installed as the primary means of monitoring.

By 2014 nearly 12% of households with broadband Internet access will have remote monitoring and control systems installed. These systems will enable consumers to remotely control systems in the home such as HVAC, lighting, security, and door locks. Most consumers with remote monitoring capabilities will not subscribe to separate, online, fee-based services. Many will have access to these capabilities as part of existing subscriptions to professionally monitored services or broadband services. More consumers will be attracted to fee-based services as the capabilities offered increase. More than 3 million households will subscribe to fee-based, self monitoring services by 2014 accounting for 30% of all broadband households at that time (Figure 37).



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520262




Figure 36 Self-monitoring Households & Penetration




Figure 37 Households Paying for Monitoring Services

# 6.0 Takeaways & Recommendations

## Factors Affecting Adoption/Growth of Home Controls:

- **Lack of consumer awareness remains the biggest hurdle to broad adoption**
  - Availability in more retail outlets will build awareness
  - Energy management applications that save consumers money will spur growth
  - Introduction of remote monitoring and control services by ISPs will build awareness
- **Market growth for wireless and powerline controls will be driven by:**
  - Continued introduction of affordable products by manufacturers that consumers know and respect
  - Utility company advance metering infrastructure (AMI) initiatives and the growing consumer desires to manage their home energy consumption
  - Integration of RF control communication capability into advanced URCs
  - Emergence of remote home monitoring and control services that build on broadband Internet access
  - Efforts by industry alliances and consortiums in cooperation with major consumer electronics and home improvement retailers to build consumer awareness for control systems
  - Continued adoption of wireless and powerline technology by home system integration channels for retrofit and remodeling applications
- **Recovery of the housing market will positively affect growth of home controls**
  - Sales of existing homes represent retrofit opportunities as buyers often remodel rooms and upgrade appliances and consumer electronics
  - Wireless and powerline controls are well-suited to address these opportunities
- **Multiple technology contenders for wireless and powerline controls will hinder adoption**
  - Chipsets which support multiple network protocols, both wired and wireless, will drive down the cost of supporting multiple network standards, thus pushing the industry over the standards hurdles



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0520264

© 2010 Parks Associates



## Implications and Recommendations:

- **Opportunities for wireless and powerline controls are not mutually exclusive – it is NOT a zero-sum game**
  - Successful manufacturers will be technology agnostic with respect to wireless vs. powerline technologies and with respect to specific choices within those wireless and powerline technologies
  - Wireless and powerline controls will co-exist not only in the general control systems market, but in the same applications and even in the same installations
- **Consumers are much more likely to buy systems that can be enhanced with electronic controls than they are likely to buy home automation or controls**
  - Forge relationships with home systems manufacturers that can differentiate their offerings with electronic controls
  - Partner with other vendors to complement your strengths and offset your weaknesses in order to offer complete control solutions
  - Focus on entertainment, remote monitoring and energy management applications which will drive adoption of controls in general
- **Remote monitoring and control via broadband Internet connections will change the business models of security systems and service providers**
  - Remote monitoring will be the next service in the "Bundle"
  - Service providers must evaluate alternatives; their competition is evaluating them
  - Security systems and professional monitoring service firms must act quickly to either counter or become a part of initiatives from MSOs and Telcos
- **Electrical Contractors and Security Dealers often do not offer control systems to consumers they regularly engage with who are potential buyers of these**
  - Build awareness among these professionals about the opportunities to expand their business through their trade media, shows and associations
  - Cultivate them as resellers with marketing materials and attractive sales compensation plans
  - Seek out other professionals, similar to these, who sell systems or services that can be enhanced with electronic controls