EXHIBIT 649

**From:** Robert Madonna <Bob.Madonna@savantav.com>
**To:** Gadi Tamari (gmail) <gtamari@gmail.com>
**Sent:** 4/15/2009 3:37:51 PM
**Subject:** Re: BOD Meeting

Based on the last two weeks of sales meetings I have had with dealers and end users, our number one short term problem is Sales Sales Sales.

The only one in the whole group that knows how to sell anything is George.

Not convinced this rep model is working.

On Apr 15, 2009, at 11:32 AM, Gadi Tamari wrote:

Bob - first and foremost, I agree we HAVE to do well in CEDIA - I just don't believe it will ever be enough to do justice to the technology we developed here. (By CEDIA I mean mostly the audio-video market).

In addition, I think - like you did in the beginning - that people will rather buy direct (Internet, mostly) or through volume chains like Best Buy, IF we push on our SAAS services, and of course you cannot do CEDIA and direct at same time.

As for other opportunities, I do hope we do more there - but we will have to build a plan and put resources behind it, once the opportunity is clear - it's not, at least to me. We talked about markets like enterprises (Video conferencing etc), tele-medicine, MDU/Hotels - there are multi billion dollars markets - we have no idea about.

BUT - It's just as usual for me - I don't have to tell you that - none of the above is moving fast enough. I am sure you agree on that...

Have a good vacation, be well, and hope to see you when back.

On Wed, Apr 15, 2009 at 5:58 PM, Robert Madonna <rmadonna@savantav.com> wrote:
Gadi

CEDIA is not dead. You should talk to some of the good dealers we are signing up. About 58% are "a" or "b" dealers, about 20-30% "a" dealers (from Jim's latest as of yesterday ).

There is no question in anyone's mind about CEDIA for the short term (other than yours). It is still a 800 million dollar market. Which we are trying to capture 2-3% of. This is doable even in this economy.

Yes, it's a limited market. But we are getting critical traction right now and it is NOT the time to pull up. Quite the contrary.

The CEDIA exposure has also caught both Apple's eye (I have had multiple discussions with them since the visit and our system at Jai's house is getting lots of exposure) and don't forget Comcast (meetings with them will happen soon). This is good.

AND this is the current strategy.

Also, pay attention to what's going on regarding Ed's item 2. We are starting to get good press out there, Rob Report,

Electronic House, now House Beautiful and Esquire. This needs to continue. And it is not the time to slow up. But we need to do more NOT change strategy!

Our problems with the current plan are more tactical issues in my opinion.

I'll be the first one to say that the signup is half what we expected. May own assessment is that we need to do a much better job in Sales.

Yes, the economy has made our jobs a little harder BUT it is NOT the total reason why we are off plan. And the CEDIA market has absolutely nothing to do with it.

Bottom line is we need to do a much better job in Sales.

Bob

On Apr 13, 2009, at 11:48 AM, Gadi Tamari wrote:

1 and 2 both requires a new strategy. I don't think it will happen, unless Bob agrees that CEDIA is a dead end. He emphatically doesn't. I, at least, feel I failed to convince him about that.

on 2 - we can't have better marketing without the proper person to do it, and Bob will not hire anybody new, so...

On Mon, Apr 13, 2009 at 5:43 AM, <LOUISBR@aol.com> wrote:
Hi Guys,

In addition to the comments from Phil and Gadi, I came away from our meeting with two other important concerns that came out of our discussions and need to be addressed with specific plans:

1. We are too dependent on Apple. They control the operating system, the hardware and the cost. At some point it will be necessary to redo hardware and code to be better positioned with corporate end users and OEM's. It would also help enable us to reduce our cost structure and to have many more options for an exit strategy (other than a sale to Apple). I understand that this will not be easy or quick or inexpensive, but until we change, Apple can put us out of business anytime they want, and large OEM opportunities will be limited.

2. We need to become better known outside of the CEDIA world. We need a branding strategy that addresses high-end residential owners, high-end commercial developers, high-end residential and commercial architects, corporation facilities and market development managers, and key industry executives at all levels. We will not have volume sales until we are known to the end users that purchase our systems and/or develop products that incorporate our systems.

I look forward to talking with all of you soon. I don't know whether everyone has the time, but I think it would be helpful to take a day each month just to kick around strategic ideas and to firm up strategic plans. I see this as being separate from the BOD update meetings.

Hope you all had a good holiday,
Ed

---

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**

--
Gadi Tamari
gtamari@gmail.com
Tel: +1-617.454.0000i

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. If you are not the intended recipient, please immediately notify the sender by reply e-mail and delete this message and its attachments, if any.

--
Gadi Tamari
gtamari@gmail.com
Tel: +1-617.454.0000i

Statement of Confidentiality
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. If you are not the intended recipient, please immediately notify the sender by reply e-mail and delete this message and its attachments, if any.

# EXHIBIT 650

**From:** Dave Arnold <dave.arnold@savantav.com>
**To:** Arnold Dave <Dave.Arnold@savantav.com>
**Sent:** 11/29/2010 9:17:37 AM
**Subject:** Re: Savant and InvoStar

responce

Adrian,

I have cut and copied the letter. I have also added my comments in RED. Hopefully we can determine the specifics of what Alejandro needs, create cases in tech support to resolve his issues and move forward.

Calling Tech Support

Support Engineers are available to take the call 0% of the time.

Minimum callback time has been 2 hours and maximum 3.5 hours

Upon callback, they take an explanation of the problem and ask to call back yet again.

The reply after the second callback was to "change the batteries on the remote and try again."

We all know that tech support has been at times difficult recently. Were working on fixing these issues. We had a in depth conference call two weeks ago that set forth the game plan and also gave quite a bit of positive information about support. Unfortunately no one from Orion joined the call. Orion was the only Rep Firm in the entire country that was not part of the call and as a result you missed out on hearing the message from Jim Carroll about what is being done to move support in the right direction. I will try to call you this week to give you a brief synopsis of what he said. That said I will relay the issue he brings up of redundant information requests. I am curious to know, his statement about changing the batteries, did that solve the problem for which he called in about? He does not specify what the original call was about, if there was a case number and or if support solved his problem. I assume from his response that changing the batteries fixed the problem but that he was upset ( justifiably ) by the call back time. Let me know on this.

This reply was at 6:30pm EST after waiting for 3.5 hours for a callback.

One of the issues "should be" fixed with new upgrade. What is the "issue" he is talking about here?

Need to know if it will be for sure or not. Each upgrade needs to be scheduled and done on-site at InvoStar's expense. If this is a feature request we do typically release what feature requests will be delivered in each point release. Perhaps he is unhappy because were not supporting the feature request he is asking for. Again, need to know what the request is here before I can do anything.

Cannot do remote upgrades because lifts go up/down and functionality of upgrade cannot be certified. Is this due to Savant software, or due to the fact the lift does not provide feedback? If it's on our end let me know what we need to improve.

Profiles

Kaleidescape Mini

Still an unresolved issue. Were not supporting this. iTunes is supported but not the KScape for now.

I am pretty sure that support told the dealer that we will not support this feature request. I am not sure if it will be supported

No audio zones

iPad does not provide control of Genres

Spoke with Chuck during CEDIA and he had an engineer call me the Monday after what was resolved on the call?

This is the type of response we need from a business partner

Was told by Savant that it "should be" done in the next upgrade (4.2) that should come out mid-November. Are we talking about sort by Genre? What was he told would be done so I can address the question...

Version 4.2 came out after our conversation but it did not have the resolution to the audio zones or the iPad.

Version 4.2 ER2 upgrade was done on November 22nd, 2010 and it did not have a new profile either.

AppleTV

There were no Genres displayed on the iPad. Same issue as with the Kaleidescape.

However, for the AppleTV, the issues was somewhat fixed.

It does allow the selection of Genres, however, it is not implemented as it was intended by the manufacturer.

Upon selecting a Genre, a playlist of all songs that are categorized under that Genre should be generated and playback of the playlist begin immediately.

Currently, once a Genre is selected there is no playlist or playback. Instead, another menus comes up to allow you to select an Artist. Then upon selecting the artist, an Album is selected, and finally a Song needs to be selected. Then playback starts of the selected Song, but the playlist is of only that Album.

Here at my house this is not the way that Apple TV works. The way iTunes works is that you have to create a playlist on your computer, then share that playlist thru the system. Then when you select "Playlist" from the AppleTV menu you can play it. The best way to do this is to create the playlists on the Savant Host iTunes account. Most of our dealers show homeowners how to use "DropBox" to do this themselves. However this said this could be a new feature of the new Apple TV box so I will investigate.

If the reason, as a dealer, to use Savant is that there is no programming involved, then systems and profiles should be programmed how they were intended to be used. Agreed, this is s philosophy issue right now. This only affects media servers and sometimes lighting so while a blanket statement is not in order ( as above ) it is a true statement relative to his KScape issues.

Because of the unresolved items at the Heller Residence, we have not been able to collect a payment of $6,150.00 for completion of the Main House. At the Dullum Residence, we have not been able to collect a payment of $9,318.00 In addition, we have to incur continuous cost of travel and programer's time to make the upgrades that "should" fix the issues but do not. However, the most expensive cost is the detriment to both InvoStar and Savant's reputation.

Our position disagrees with this statement. I personally told Invostar at our meeting and it was well understood that

the feature set requirements of KScape was "oversold" to the Hellers on the original deal. All agreed. This said, we don't feel our reputations is being harmed here. Indeed InvoStar has been hurt however only in the fact they inherited these issues, not as a result of Savant.

The Knight Residence, house of InvoStar's owner Jeff Night and Showhouse, is prewired and ready for an installation. At this point we are holding of on installing a Savant System for full house control and audio/video distribution. We cannot make a commitment to the Knight Family that the Savant system will work as reliable as an AMX or Crestron system or that we will be able to troubleshoot it in a timely manner.

I have found that 100% of the time when I get the opportunity to do a demo with a homeowner of our system, vs any competitor that we win the deal. Only in cases where we compete against less feature savvy lines like Elan or C4 on price has customer gone the other direction. Apples to Apples us vs. the legacy competition we win every time. This said, not every dealer is able to adopt our philosophy.

We value the contributions Savant has made to the industry and the new products that are continually revolutionizing the market. As Savant Dealers we are fully aware of the market edge provided by the products and programming simplicity. We look forward to a resolution of the issues discussed above to continue the prosperous relationship between InvoStar and Savant.

Sincerely,

Alejandro Suarez

On Nov 23, 2010, at 10:35 AM, Adrian Thomas wrote:

Hello Dave,

Please see attached concerns from InvoStar. I will try to touch base with you sometime this morning.

Best Regards.
Adrian Thomas
Regional Sales Manager
Orion Integrated Systems

Sent from my iPad

Begin forwarded message:

**From:** Alejandro Suarez <asuarez@invostar.com>
**Date:** November 23, 2010 9:15:45 AM EST
**To:** Adrian Thomas <athomas@orionintegrated.com>, ssummers@orionintegrated.com, "Jeffrey B. Knight" <jknight@knightcorporations.com>
**Subject: Savant and InvoStar**

Adrian,

Attached is a document for Savant Systems, LLC detailing the issues that have yet to be resolved and new nuances we have encountered with the products and services.

Please let me know if you would like me to discuss any of them further. I am available on by phone all morning 561-247-2558.

Thank you,

Alejandro

InvoStar

Luxury Electronic Solutions: Home Automation - Audio - Video - Lighting - Communications

**Alejandro Suarez**
**Systems Engineer**

**InvoStar, LLC**
2610 Old Okeechobee Rd.
West Palm Beach, FL 33409

tel: 561-228-1371
fax: 561-228-1434
mobile: 561-247-2558

asuarez@InvoStar.com
http://www.InvoStar.com

<Savant and InvoStar.doc>
<Savant and InvoStar.doc>

# EXHIBIT 651

# ROSIE *System 12*

## MSC-12SE




The MSC-12SE is part of the ROSIE *Systems 12, 24 and 36* line of matrix switchers. Supporting 12 card slots, this flexible design allows the MSC-12SE to be field upgraded by adding audio and video processing modules, or audio and video input and output modules based on the needs and complexity of your installations.

Audio and video switching, and audio and video processing features are based on specific configurations and available by ordering the appropriate optional modules (see product catalog). Based on the modular design, up to 12 x 12 1080p HD video switching, or up to 48 x 48 audio only switching is supported per MSC-12SE. In contrast to the MSC-1200, the MSC-12SE switching capacity cannot be expanded beyond its base capabilities.

MSC-12SE directly addresses the needs of single-solution matrix switchers with the added benefits of high capacity multizone audio and video processing, and the added convenience and flexibility to dealers and system integrators with its modular design. The MSC-12SE is ideal for commercial applications, such corporate briefing rooms.

The optional master host controller selected and paired with the MSC-12SE provides iTunes® Digital Media Server capabilities.

With limitless flexibility and creativity, the MSC-12SE empowers you to meet the stringent needs, personal preferences and demands of your customers and installations.

With Savant Solutions Now You Can™…

### BENEFITS AND FEATURES

- Video Switching up to 1080p
  - 12 x 12 HD Video Switch
  - Supports HDMI™ 1.3 and HDCP
- Audio Processing & Multizone Distribution*
  - World class audio processing supporting surround sound decoding, matrix and post processing
  - Powerful audio mixing and overlay—useful for audio alerts and cues
  - Audio distribution up to 48 stereo zones*
  - Up to six 7.1 Surround Sound zones*
- Video Processing & Multizone Distribution*
  - Broadcast quality video processing
  - Video Processor and Scalar
  - Video distribution up to twelve 1080p video zones*
- Up to six 7.1 Surround Sound zones*
  Blend of Popular Control Formats
  - 25 Control Ports - See Specifications
- Paired with ROSIE Master Host Controllers
- 48 x 48 Multizone Audio Switch
- Six Input and Six Output Slots
- 6U (Rack Units) Chassis
- Scalable and Flexible Platform
  - Add additional audio and video service cards to meet your installation needs
- Configured and customized with RacePoint Blueprint™ Design Tool

*Using Optional Modules

ROSIE is the Savant name for your highly programmable control system environment and solution.

## Modularity and Scalability

The modular and scalable design allows the MSC-12SE to be field upgraded. This is accomplished by simply adding audio and video processing modules, and/or audio and video input and output modules. The MSC-12SE comes with twenty-five control ports. If additional control ports are required, you can easily add more ports by integrating any one of the ROSIE *System Controllers* from the cost-effective ROSIE *System Controller RSC-0007* to the higher capacity ROSIE *System Controller RSC-0025*.

## High Definition Video and Audio Matrix Switching

The MSC-12SE is a high capacity matrix switch ideal for installations requiring high definition (HD) video switching and high capacity audio switching (see Figure 1). Based on the modular design up to 12 x 12 HD video switching and 24 x 24 audio switching, or 48 x 48 audio only switching is supported per MSC-12SE.




Figure 1: MSC-12SE — A/V Matrix Switching

## World-Class Audio Processing and Distribution

The MSC-12SE provides an audio processing and distribution technology by adding the optional ROSIE Surround Sound modules (AOM-SS8U or AOM-SSXLR) or optional Stereo Output modules (AOM-016U or AOM-8XLR), and Audio Input Modules (digital or analog). The MSC-12SE can support up to 48 stereo audio zones in a single solution. The world-class audio processing module supports surround sound decoding and matrix processing, including the most popular Dolby® and DTS decoders. The digital preamplifier stage features sixteen independent channels, of which eight are designed to provide multichannel sound in the main listening room, while the other eight feed an additional four stereo zones.

The addition of the AOM-SS8U module creates an ideal configuration for installations requiring a single surround sound zone, plus four distributed stereo zones. The AOM-SS8U has 16 RCA jack connections grouped in one eight channel main zone (7.1 surround sound) and four stereo pairs for passing analog line-level audio signals to an external multichannel amplifier. For audiophiles, Savant offers both balanced (XLR) Surround Sound and Stereo Preamp Output modules. Additionally, this versatile audio processing module enables audio mixing and overlay capabilities useful for applications requiring audio alerts and cues.

## Broadcast-Quality Video Processing and Distribution

The MSC-12SE platform provides video processing and distribution capabilities by adding optional *Video Processing Modules* (VOM-VP02), and Video Input Modules (digital or analog - see product catalog). The MSC-12SE can support up to 12 HD video zones in a single solution. The world-class *Video Processing Module* enhances image detail and quality with four-field motion adaptive de-interlacing, expanded 12-bit color processing and detail enhancement. The result transforms standard-definition sources to HD quality and makes HD look even more detailed. Moreover, the *Video Processing Module* also provides real-time clean up of highly compressed artifacts of block and mosquito noise from lower-quality sources.

With increased viewing of low-resolution and highly compressed Internet content on larger screen displays, compression artifacts and noise are highly visible and distracting to viewers. The *Video Processing Module* incorporates three noise reduction techniques — adaptive mosquito, block and temporal — to selectively reduce these image artifacts. Moreover, the *Video Processing Module* also contains resolution enhancement technology that generates pristine and detailed upscaled images to make standard definition content look near-HD in quality and can even further enhance detail in HD content.

The *Video Processing Module* also functions as a video scalar. For example, it can be used to scale video sources commonly found in conference rooms or boardrooms, such as computers or projectors. Video scaling features include aspect ratio: anamorphic and panoramic full screen, pillar box and more. Video processing features include: hue, saturation, brightness, contrast (HSBC) and noise reduction.

Moreover, the *Video Processing Module* also enables Savant's award-winning On-Screen Display (OSD) technology, which is an On-TV Menu System overlaid over live video. The *Video Processing Module* includes two integrated video processors that output high-definition video up to 1080p to two displays or projectors. The multifunctional design provides video processing and scaling, coupled with a revolutionary user interface.

The *Video Processing Module* can be used with Systems 12, 24 and 36. Up to three, six or nine *Video Processing Modules* can be added to Systems 12, 24 and 36 respectively. Up to three *Video Processing Modules* can be added to the MSC-12SE Matrix Switcher and Controller 6U platform.

## ROSIE *OSD*

ROSIE *OSD* (On-Screen Display) revolutionizes interaction with HD displays, transforming them into 'control portals,' previously only available with Touch Panel technology. ROSIE *OSD* provides a visually engaging way to navigate, browse and select diverse control subsystems and multimedia content by boldly presenting them on your HD displays or projectors (see Figure 2). ROSIE *OSD* is powered by Savant's innovative video mixing and overlay technology, combining and supporting HD and semi-transparent graphics up to 1080p overlaid onto live video.

By using ROSIE *Remotes* or other Savant User Interfaces — in tandem with ROSIE *OSD* — you can easily navigate and switch from cable to the DVD player, play music, adjust the heat, dim the lights, get the weather, view security cameras and obtain sport scores all from the comfort of your couch.




Figure 2: ROSIE *OSD* overlaid on live video

savant

# TECHNICAL SPECIFICATIONS

| | |
|---|---|
| Model Numbers | MSC-12SE is the Base Configuration, which includes the integrated CPU Processor Card and power supply. |
| Front Panel I/O | Status Indicators and Power Button |
| Rear Panel I/O | **Control Ports**<br>Ethernet 10/100/1000 (Ports 1–3): Three RJ45 Ethernet 10/100/1000 base-T ports, which automatically negotiate connection speed.<br>Serial (Ports 1–8): Eight RS-232/422/485 control ports using RJ45 connectors with XON/XOFF (transmit on/transmit off). Two ports (1 & 2) are CTS/RTS (clear to send/ready to send).<br>IR (Ports 1 – 6): 6 IR control ports<br>• One 8-pin mini-Phoenix connector (3.5 mm) provides IR port termination<br>Relay (Ports 1 – 4): Four Relay ports<br>• One 8-pin mini-Phoenix connector (3.5 mm) provides Relay port termination<br>General Purpose IO (Ports 1 – 7): 7 GPIO (12V Trigger IO)<br>• One 8-pin mini-Phoenix connector (3.5 mm) provides GPIO port termination |
| Navigation and Control | Paired with ROSIE User Interfaces |
| Audio Processing Features (Optional modules) | **Built-to-Order Option**: Requires Audio Processing Modules; Model Numbers AOM-SS8U, AOM-SSX-LR, AOM-8XLR, and/or AOM-016U (see product catalog)<br>• Surround Sound (DTS support pending)<br>◆ Decoders<br>• DTS-96/24, DTS-ES Discrete, Dolby Digital, PCM-96/24 and AAC<br>• Matrix Processing<br>◆ Pro Logic II/IIX, Dolby Digital EX, DTS-ES Matrix, DTS NEO:6<br>• Post Processing<br>◆ Tone Controls, 7 Channel Stereo/Mono, Loudness Control<br>◆ Effects Modes: Studio, Club, Hall, Cathedral, Theater… 18 total<br>• Stereo Preamp Processing<br>◆ Independent Control of Volume, Balance, Bass, Treble, Mono and Mute<br>Audiophile Performance<br>• THD+N: -102dB<br>• Dynamic Range: 115dB<br>• Signal-to-Noise Ratio: > 105dB<br>• Frequency Response: 20Hz to 20KHz +/- 0.1dB<br>• Total Harmonic Distortion (THD +N): < 0.001% |
| Card Slots and Capabilities | The MSC-12SE can be configured with up to 12 modules. Savant currently offers several service cards for Systems 12, 24 & 36 including audio and video processing, and audio/video input and output modules to meet your diverse installation needs (see product catalog). The MSC-12SE card slot capabilities are captured in the figure below:<br>MSC-12SE Rear View (Slot Capabilities)<br><br>Audio and/or Video In: Slots 1- 3<br>Audio In Only: Slots 4 - 6<br>Audio and/or Video Out: Slots 1 - 3<br>Audio Out Only: Slots 4 - 6 |





RESTRICTED CONFIDENTIAL - Outside Counsel Only

# TECHNICAL SPECIFICATIONS

| | |
|---|---|
| Video Processor Features (Optional modules) | **Built-to-Order Option**: Requires Video Processing Module (Model Number VOM-VP02)<br><br>**Advanced Noise Reduction** - Powerful noise reduction algorithms use advanced adaptive motion, power and spatial estimation techniques to selectively reduce image artifacts. The following noise reduction algorithms are available:<br>• Mosquito Noise Reduction (MNR) - Noise around the edges of objects due to compression loss<br>• Temporal Noise Reduction (TNR)- Film grain, random noise and sensor noise<br>• Block Artifact Reduction (BAR) - Block artifacts caused by over compression<br>**Motion Adaptive Video Processing**<br>• Four-field, motion adaptive, de-interlacing<br>• Multi cadence support<br>• Adaptive motion processing for trick-mode play and poor quality video<br>**Scaler and Resolution Enhancement**<br>• Edge-adaptive up-scaling<br>• Per-pixel resolution enhancement<br>• Support for wide, zoom and non-linear panoramic scaling<br>- Full Screen Aspect Ratio Mode<br>- Pillar Box Screen Aspect Ratio Mode<br>- Panoramic Screen Aspect Ratio Mode<br>**Adaptive Contrast Enhancement**<br>• Optimizes image dynamic range<br>• Improves black and white level detail<br>• Adaptive Detail Enhancement<br>• Adaptive Brightness Enhancement<br>**Adaptive Color Support**<br>• 12-bit color space conversion on input and output<br>• 12-bit color Gamma conversion<br>• Adaptive Detail Enhancement<br>• xvYCC/custom display color gamut mapping<br>• Full 6-axis hue and saturation control<br>• Hue, saturation, brightness and contrast (HSBC) adjustment<br>**High Bandwidth Input and Output**<br>• 36-bits/pixel deep color input and output<br>• Input and output resolutions up to a maximum of 1920 x 1080p @ 60Hz (video) and 1920 x 1200 @ 60Hz with reduced blanking (graphics)<br>• 12-bit color Gamma conversion<br>• 1080p @ 24Hz Pass through support<br>• Video Frame Latency, Fixed Sub-Frame<br>• Graphics Frame Latency, Fixed 1 Frame<br>• Graphics Frame Rate, 1080p @ 60 Hz and 720p @ 60 Hz |
| Dimensions and Weight | 6U (rack unit high) with feet removed<br>10.5 x 17.25 x 14 inches (HWD)<br>45 lbs (Base Configuration) |
| Power (Input) | 120 VAC |
| Enclosure | Metal with black matte finish |
| Included Items | Removable rack ears and mounting hardware, and AC power cord<br>(2) IR Emitters (IRB-1000)<br>(1) Serial Adapter Kit (SAK-1000)<br>Installation kit and Quick Reference Guide |
| Optional Accessories | Master Host Controller, Model Number HST-1001 or HST-1002 (redundant hosts) |
| Compliance | Safety and Emissions<br>• CSA NRTL/C and FCC Part 15 Class B<br>RoHS Compliant |
| Design Tool | RacePoint Blueprint™ is an advanced, intelligent and easy to use graphical user interface (GUI) tool for configuring, programming, and customizing Savant systems—without the need for low-level programming. |

SAVANT® and RacePoint Blueprint™ are registered trademarks of Savant Systems, LLC.

Savant Systems' technology and designs are protected by patents issued in the U.S. and other countries and pending U.S. and foreign patent applications. Savant Systems LLC reserves the right to change product specifications without notice.
Doc. No. 009-0195-00

savant NOW YOU CAN™

770 Main St., Osterville, MA. 02655
P. 508.683.2500 F. 508.683.2600
www.savantav.com



RESTRICTED CONFIDENTIAL - Outside Counsel Only SAVANT0537231