EXHIBIT 681

Needham

August 27, 2013

Scott Zeller • szeller@needhamco.com • 617-457-0903
Elizabeth Colley • ecolley@needhamco.com • 617-457-0925

Infrastructure Software

# Control4 Corporation (CTRL) – Buy

## CTRL: Initiating on Control4 at BUY With a $25 Target

**We are initiating coverage on Control4 (CTRL) with a BUY and $25 target price. Control4 is a market leader and the first public pure-play investment for "home automation" and the "connected home", offering software-based network appliances ("the Controller") as well as add-on peripheral products for the home. As consumers use devices such as iPhones, iPads and Android products to customize their digital lives (digital media, social networking, shopping, other services), we believe homeowners will migrate toward a customized home environment. In the "automated home" a consumer may use Control4 to orchestrate several services, including: digital media, temperature, lighting, and security monitoring. We believe CTRL is well-positioned in the home automation market, enjoying advantages such as accessible pricing, momentum in the dealer network, ease of use, and a large partner ecosystem. We believe home automation is a secular growth market, not necessarily tied to the housing market; CTRL's steady growth during the housing recession of 2008-2010 demonstrates the secular nature of home automation. Industry analysts believe home automation spending may grow from $571mm in 2012 to $2.6B by 2017, at a 35% CAGR (ABI research). Initiate at BUY with $25 target.**

- **First mover in an emerging market for "home automation".** CTRL is the first mover in home automation, a market that we estimate may be $2.6B in size by 2017. Consumers who already customize their lives with iPhones and tablets likely will increasingly seek to customize the home for a unique experience, including: digital media, temperature, lighting, and security – all orchestrated by Control4.
- **Best positioned for mainstream.** Home automation has historically been dominated by ultra-premium solutions such as Crestron that can easily cost $40,000+ and require custom programming. Control4 is priced in the $3-4K range and is gaining mindshare and support from the dealer (reseller) network. We view Control4 as "accessible luxury", and priced for mainstream adoption
- **Several growth vectors.** We see the most important growth driver for CTRL as the secular nature of home automation, which is expected to grow at 35% CAGR 2012-2017. Additionally, Control4 may benefit from international expansion (Int'l currently 20% of revs), new product line expansion (lighting refresh in CY13), and "light commercial" (conference room automation for SMB).
- **Initiate at BUY with $25 target.** CTRL is trading near $22.00, or 53x our $0.35 CY14E EPS and 3.2x EV/CY14E revenue. Our $25 target is 3.7x EV/CY14E, slightly above the 3.5x peer average, and appropriate in our view due to CTRL's faster growth rate.

| | FY 12/30/12 A | FY 12/30/13 E | | FY 12/30/14 E | |
|---|---|---|---|---|---|
| | | Old | New | Old | New |
| Rev. (MM) | $109.5 | | $128.7 | | $150.6 |
| *Growth* | *17.3%* | *0.0%* | *17.5%* | *0.0%* | *17.0%* |
| Op. Mar. | *4.1%* | | 5.1% | | *7.9%* |
| EPS: 1Q | (0.11) | | (0.03)A | | 0.01 |
| EPS: 2Q | 0.07 | | 0.07 | | 0.10 |
| EPS: 3Q | 0.08 | | 0.07 | | 0.11 |
| EPS: 4Q | 0.18 | | 0.13 | | 0.13 |
| EPS: Year | 0.22 | | 0.26 | | 0.35 |
| *Growth* | *nm* | *0.0%* | *17.6%* | *0.0%* | *33.6%* |
| P/E Ratio | 0.0x | nm | 83.5x | nm | 62.5x |

Source: Company data, Needham estimates. Note: Pro forma earnings estimates displayed above do not include one-time items or any stock compensation expenses.

**Coverage Initiation**

| Market Data | |
|---|---|
| Price (08/26/13) | $21.96 |
| 12-Month Price Target | $25.00 |
| 52-Week range | $22.77-19.46 |
| Shares Out. (MM) | 25.9 |
| Market cap (MM) | $568.8 |
| Avg. daily volume (000) | 333.9 |
| **Financial Data** | |
| Total Debt/Cap. | 2.4% |
| Price/LTM Rev. | 3.8x |
| Tangible BVPS | $1.13 |
| Net Cash Per Share | $0.57 |

*Control4 Corporation (NASDAQ: CTRL) sells consumer software and appliances for home automation.*




**Disclosures applicable to this security: B, C, D, G, J.**
**Disclosure explanation on the inside back cover of this report.**

## Investment Summary

The Control4 Corporation was founded in 2003 and recently had its IPO on August 2nd 2013. Control4 participates in the consumer software and networking appliance market, and is a market leader in "the Connected Home". We believe Control4 benefits from a cultural shift where consumers are increasingly comfortable with on-demand media and content (music, on-demand video), and the devices that enable convenience and consumption of media (iPad, smartphones). In our view, as consumers increasingly use devices such as smartphones and tablets to "customize" and "bring comfort" to their personal environment, it is a natural extension for that same consumer to customize their home environment – hence, the "home automation" offering from Control4, which enables consumers to orchestrate entertainment, temperature, lighting, and security of the home. The company provides a platform for home automation that is based around a software appliance and additional software solutions – together these products enable a "connected home" for consumers. Below are the key points to our investment summary, including an overview of the market and drivers of growth.

**First mover in large addressable market.** CTRL is the first pure-play public company in the "home automation" market, which we believe is nascent and has great potential. Industry analysts believe the "mainstream automation market" may grow from $571m in 2012 to $2.6B by 2017, at a 35% CAGR (ABI research, May 2012). We also note Control4 is currently in 120,000 homes internationally, vs. the market opportunity of 6m households that would be likely candidates for automation (MRI research, 2011).

**The home as a mini-network, Control4 as the orchestrator.** The modern consumer home is increasingly looking like a smaller version of the office, complete with its own network. As consumers, our daily routine increasingly makes use of home computers, tablets, and smartphones – all connected, and networked to our home's infrastructure. It no longer is a novelty for consumers to stream Netflix or Hulu through a Mac and onto the television; also commonplace is recording content on a TiVO, and then watching it the next day in another room in the home. The connectivity of all these devices (laptop, iPad, TiVO, television) is conditioning consumers to expect a home experience that is ***networked, personalized, and convenient***. We believe CTRL is positioned to act as the software and hardware solution that "orchestrates" the networked home and makes it more personal.

**Control4 has found the "aspirational, yet affordable" price point.** We believe one of the keys to success for Control4 has been its pricing strategy, which is "mid-level" in the market. In general, we believe most customers can perform an initial CTRL home installation for approximately $3k, with the fundamental purchase being the "controller" which starts at $700 per unit. The pricing of CTRL is starkly different from Crestron or Savant or AMX, which all are ultra-premium solutions; pricing for these brands is approximately in the $10-40k range, and these solutions often require costly custom programming. In our discussions with dealers, we are told the Control4 pricing is the "sweet spot" where a large market of affluent (but not ultra wealthy) customers are willing to pay for home automation; as such we use CTRL's phrase "aspirational, yet affordable" to characterize Control4. As mentioned previously, Control4 is pursuing 6m potential households in the US as customers – the demographics of that 6m include a household income of $150k+, and is in line with our view of the CTRL solution being "aspirational, yet affordable".

**Control4 has grown in an up (and down) housing market – how?** With Control4 being closely identified with luxury homes, one might expect the business moves in tandem with the housing market. Surprisingly, Control4 grew steadily

through the recent Recession of 2008-10, when new housing starts and overall home sales were weak (see below). Control4 saw its sales of "retrofit" projects increase significantly during the housing recession – one explanation we hear was that homeowners knew they couldn't get strong prices to sell and then upgraded to a home with more "luxury". As a result, these consumers decided to "stay put" and invest in their current homes by adding luxury items such as "home automation". We are told by Control4 management that "pre-recession" revenues were approximately 70% new home construction and 30% existing homes; post-recession, as the company adapted to the slowing housing market, revenues are now roughly 30% revenue from new construction, and 70% from existing homes.

**Control4 – Growth in Good (and Bad) Housing Markets**




Source: Control4 and Needham & Co.

**How do Apple, and tablets, fit into the Control4 story?** Control4's home solutions are compatible with Apple and work with iPads, using the Control4 "app". Interestingly, customers for Control4 use a combination of the touchscreens (wall-mounted) as well as using iPads. When speaking to dealers, we hear customers like the convenience of having a wall-mounted unit for environmental control because "it never gets lost" like an iPad. That said, we believe the Control4 app is popular with customers and is used often, in conjunction with the wall mounted touch-screens. From a competitive standpoint, there are a small number of competitors who focus their marketing efforts around being AAPL-friendly, which may create the perception of an exclusive partnership with Apple – to our knowledge, Control4 interoperates with Apple as well as its competitors. Control4, like several participants in home automation, believes tablet computers will increasingly be used for home function control and convenience, and as such, are making their offerings "Apple-compatible".

**Verizon, ADT, Nest, AAPL, Alarm.com, others are shining the spotlight of marketing dollars on Home Automation.** We believe the market for Home Automation is nascent, with Control4 being the first pure-play public company in the market. Our review of competition in the space shows a number of consumer giants (and startups) which are focusing their attention on the Home market. We are often asked about the competitive dynamics and ambitions of AAPL, Verizon, and Nest in the Home Automation space, and we believe each is seeking a

foothold in the market. Importantly, we believe the entry of these and other players benefits Control4 because it draws marketing dollars and national ad campaigns to a new market. Competitively, we believe CTRL stands out from these adjacent players in the home, since CTRL is the "orchestrator" of several home functions (entertainment, environment, security); the other players seem to be focused on a single niche at this point, leaving the "orchestration" (and networking) of the entire home to Control4 and its more direct competitors, including AMX, Crestron, and Savant (all are private companies).

**Large dealer network, in which CTRL is gaining mindshare.** Control4 has an extensive dealer network of nearly 3,000 dealers worldwide, which we view as a competitive advantage. Although we do not have a clear picture of the number of dealers Control4 has vs. competitors, it is our experience that CTRL has several dealer relationships in nearly every key city in the US. Additionally, our dealer discussions over the past two years have shown a definite shift of resources at the "high-end" dealers in favor of CTRL, and at the expense of the more-costly solutions such as AMX, Crestron, and Savant. It is our general belief that CTRL is gaining "share" within the dealer network, given the attractive price-point and volume sales opportunity dealers tell us they see when working with Control4. We consider the increased mindshare, attention, and resources among the network of dealers to be a competitive advantage for Control4.

## Valuation

Control4 Corporation had its IPO on August 2, 2013. Shares were well received, pricing at $16 (middle of $15-17 range), and closed the first day of trading at $20.05, up +25% from pricing. As seen in the chart below, Control4 shares have maintained their strong IPO gains. Shares currently trade near $21.96, or 53x our $0.35 CY14E EPS ex-cash, and 2.9x EV/CY14E revenue of $151m.

**Control4 (CTRL) Share Performance**




Source: NASDAQ, Edgar, Needham & Co.

**Comparables valuation.** As part of our valuation analysis, we assembled two groupings for comparison -- at this point, CTRL is a first mover and has no "direct" public peer companies. However, we believe the groupings of "Consumer/Embedded Software" and "Enterprise Networking" are appropriate comps. As seen in the chart below, CTRL is growing faster than the Embedded group; as such, we believe our $25 target, at 3.7x EV/CY14E revenue, is appropriate vs. the group averages below of 3.6x and 3.3x.

| | | | | | | | | * P/E is ex-net cash | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company | Ticker | Rating and Price Target | Price | Market Cap | EPS CY2013 | EPS CY2014 | % Change 13-14 | P/E CY2013 | P/E CY2014 | Revenue CY2013 | Revenue CY2014 | % Change 13-14 | EV/Sales CY2013 | EV/Sales CY2014 |
| **Embedded Software and Consumer Software** | | | | | | | | | | | | | | |
| Apple Inc. | AAPL | NR | 502.97 | 456,947 | 39.09 | 42.43 | 9% | 11.7 | 10.7 | 169724 | 184107 | 8% | 2.4 | 2.3 |
| Microsoft Corporation | MSFT | NR | 34.15 | 284,468 | 2.58 | 2.77 | 8% | 10.2 | 9.5 | 81,295 | 85,035 | 5% | 2.7 | 2.6 |
| Adobe Systems Incorporated | ADBE | NR | 46.06 | 23,134 | 1.45 | 1.72 | 18% | 28.5 | 24.1 | 4,111 | 4,441 | 8% | 5.1 | 4.7 |
| Intuit Inc. | INTU | NR | 64.32 | 19,098 | 3.20 | 3.56 | 11% | 18.9 | 16.9 | 4,417 | 4,649 | 5% | 4.1 | 3.9 |
| * Nuance | NUAN | HOLD | 19.01 | 6,162 | 1.32 | NA | NA | 17.5 | NA | 1,960 | NA | NA | 3.8 | NA |
| Dolby Laboratories, Inc. Class A | DLB | NR | 32.60 | 3,318 | 1.72 | 1.81 | 5% | 16.0 | 15.2 | 896 | NA | NA | 3.1 | NA |
| Rovi Corporation | ROVI | NR | 18.94 | 1,925 | 1.94 | 2.15 | 11% | 13.0 | 11.7 | 614 | 655 | 7% | 4.2 | 3.9 |
| TiVo Inc. | TIVO | NR | 11.15 | 1,411 | -0.25 | 0.15 | NM | NM | NM | 361 | 382 | 6% | 2.8 | 2.7 |
| Monotype Imaging Holdings Inc. | TYPE | NR | 25.92 | 1,005 | 1.09 | 1.26 | 15% | 22.5 | 19.5 | 167 | 184 | 11% | 5.7 | 5.2 |
| **AVERAGE** | | | | | | | **11%** | **17.3** | **15.4** | | | **7%** | **3.8** | **3.6** |
| **Network Equipment** | | | | | | | | | | | | | | |
| Cisco Systems, Inc. | CSCO | NR | 23.83 | 127,356 | 2.02 | 2.11 | 5% | 8.3 | 7.9 | 49,656 | 52,297 | 5% | 1.8 | 1.7 |
| Juniper Networks, Inc. | JNPR | NR | 19.52 | 9,893 | 1.20 | 1.34 | 12% | 13.3 | 11.9 | 4,606 | 4,872 | 6% | 1.8 | 1.7 |
| * Palo Alto Networks, Inc. | PANW | BUY - $59 | 47.61 | 3,716 | 0.23 | 0.49 | 113% | NM | NM | 451 | 634 | 41% | 7.4 | 5.2 |
| * Fortinet, Inc. | FTNT | HOLD | 20.20 | 3,394 | 0.47 | 0.54 | 15% | 32.7 | 28.4 | 598 | 690 | 15% | 4.3 | 3.7 |
| Riverbed Technology, Inc. | RVBD | NR | 15.85 | 2,603 | 0.95 | 1.12 | 18% | 17.3 | 14.7 | 1,060 | 1,170 | 10% | 2.6 | 2.3 |
| Infoblox Inc. | BLOX | NR | 33.73 | 1,689 | 0.31 | 0.49 | 57% | NM | 60.7 | 245 | 300 | 23% | 6.1 | 5.0 |
| **AVERAGE** | | | | | | | **36%** | **17.9** | **24.7** | | | **17%** | **4.0** | **3.3** |
| * **Control4** | **CTRL** | **BUY - $25** | **25.00** | **648** | **0.26** | **0.35** | **35%** | **83.4** | **61.9** | **129** | **151** | **17%** | **4.4** | **3.7** |

* Covered by Scott Zeller, Needham & Co., LLC

Source: Company data, Needham & Co. estimates for covered companies, and FactSet estimates for non-covered companies.

## Competition

There are several consumer-oriented companies with an interest in pursuing home-technology services and automation, including Apple, Microsoft, Samsung and others. It is our overall thesis that the "connected home" presents several market opportunities, but that Control4 is focused on a narrow market of "home automation" in which there are only a handful of material competitors.

**Control4 buyers are interested in "Orchestration", rather than "point solutions".** At a high level, we view the "connected home" as having two types of purchases: ***point solutions***, and ***orchestration solutions***. As seen in the chart below, we believe Control4 and its competitors such as Crestron seek to be the orchestration layer. The typical buyer of these solutions would be a consumer who has several different services in the home that need coordinating: digital media, lighting, temperature, security, and others. We view the Control4 customer as very different from a consumer who would walk into Lowes or Home Depot and purchase a Nest thermostat, for instance, or a consumer who only wants Sonos for digital media.

**Landscape of Competitors in Home Automation**




Source: Control4 and Needham & Co.

The market for home automation is still in the early stages, with the "mainstream automation market" growing from $571m in 2012 to a projected $2.6B by 2017, at a 35% CAGR (ABI research, May 2012). As such, there are several competitors looking at this multi-billion dollar market, and from different angles, as seen in the exhibit above.

In our view, Control4 enjoys the following competitive advantages when facing off against others in the top half of the "pyramid" above:

- **Price is "accessible".** The pricing strategy of Control4 is deliberately set to pursue the largest possible set of buyers, those who we think of as "near-wealthy". In Control4's research, they believe there is a target market of 6m homes in the US with $150,000 of income, and who also

"intend to remodel" the home. Other competitors near the top of the pyramid, including Crestron, can have installations that are $40,000+ vs. CTRL, which averages $3,000 for an initial deployment. While pricing pressure will have to be monitored, currently we are hearing from dealers that the premium offerings tend to experience quality issues as they go down market.

- **Ease of use.** One of the big differences between CTRL and its more expensive competitors is the "self-service" customization element. Control 4 dealers tell us the average consumer is capable of making adjustments and changes to CTRL's system without professional service visits; however, the more expensive systems such as Crestron require custom programming and a "truck roll" in many instances, adding to the cost for the consumer.
- **Dealer network loyalty.** Our discussions with dealers in various US cities inform us of their general preference for Control4. We hear from dealers that they like selling C4 because of its price-point and broad market appeal; there are also fewer "headaches" with C4 due to a minimal need for customization vs. its more expensive competitors. Thus we believe the dealers, in general, are devoting more of their time, effort, and shelf-space to selling Control 4 vs. competitors.
- **Network of APIs.** Control4 has a very extensive investment in a library of configurations of related products which "talk to" C4, which we estimate is 6,400+ products and services from 3rd party companies. We view these connectors as "APIs" enabling C4 to talk to a broad ecosystem of partners; this interoperability is a competitive differentiator for C4.

## Sales and Marketing

The Control4 products are sold primarily through regional dealers, with CTRL selling directly to its dealer network, which then sells directly to the consumer.

**Dealer network is extensive, expected to expand internationally.** As seen in the below chart, Control4 has an extensive network of both domestic and international dealers. With 2,371 dealers in North America in the recent MarchQ, the company has extensive coverage of all major cities; our own dealer checks have demonstrated to us the company has several dealers blanketing each of the major US cities, as well as those smaller communities (i.e., vacation spots) where consumers would have the resources to be Control4 customers. Although the exhibit below shows a deceleration of growth in dealer count, we believe it's because CTRL has reached a comfort zone where they are "pruning" within the dealer network, to be certain they only carry and support productive partners. Moving forward, we anticipate CTRL to expand its dealer network – internationally in Asia and EMEA—as one of the main growth drivers for the company.

**Control 4 (CTRL) Dealer Network Metrics**

| | | | | | for 3mos ended March 31, | |
|---|---|---|---|---|---|---|
| | **2009** | **2010** | **2011** | **2012** | **2012** | **2013** |
| Number of North American Dealers | 1633 | 1944 | 2215 | 2350 | 2240 | 2371 |
| Number of Direct International Dealers | 159 | 261 | 375 | 501 | 400 | 514 |
| Total | 1792 | 2205 | 2590 | 2851 | 2640 | 2885 |
| y/y chg. | NA | 23% | 17% | 10% | NA | 9% |

Source: Control4 filings and Needham & Co.

**International revenues modest, expected to grow.** Control4 is an international company, with roughly 18% of dealers located outside North America; however, international revenue is modest at approximately 20%. With the recent IPO of CTRL, we anticipate the company adding to its international distribution capabilities, particularly in Asia and Western Europe.

**Revenue recognition.** Control4 recognizes revenue upon shipment to dealers; we are comfortable with C4's revenue recognition policy as it is common across the consumer technology market. We also note Control4 does not allow its dealers to carry significant inventory, and dealers have very limited "rights of return" giving us confidence in CTRL's revenue recognition policy.

**Core vs. Non-Core revenues.** Control4 is generally associated with "home automation" for private residences, although we see a growing business for Control4 in a commercial setting. Approximately 97% of C4 revenues are derived through the dealer network, targeting residential consumers. Non-core revenue is comprised of other items, including dealer remote-management software, software products for "alerts" at home, and also an emerging commercial business.

## Product Summary

The product offering at Control4 consists of a software appliance ("the controller") and is paired with various "solution products" (security, heating, lighting, etc). As seen in the image below, there is a wide array of add-on products for the Control4 customer that customizes and automates the home.

**Control 4 – Product Offerings**




Source: Control4 and Needham & Co.

**Customers show "repeat buying" pattern, adding to lifetime value.** Earlier in this report, we detailed how the pricing strategy of CTRL has made the products more accessible and available to a larger addressable market than some of its more expensive competitors. Our discussions with CTRL and our dealer interviews suggest the initial purchase for C4 is typically in the $3,000 range, and usually begins with the "family room" for home theater augmentation. In our field discussions, we found the initial purchase often leads to follow-on purchases, as customers add rooms (and features) for automation. We believe roughly 1/3 of revenue comes from "platform" products (which are a combination of hardware controllers and software), with the other 2/3 coming from add-on software solution products (for specific purposes – lighting, security, etc.). While specific data is unavailable from the company, we believe from our field discussions that roughly 50-75% of customers follow up their initial purchase with add-on C4 equipment and peripherals – examples would include temperature and light control in bedrooms, and adding C4 to a finished basement. It is our view that this "repeat-buying" behavior adds to the predictability of revenues and visibility at C4, and is different from the purchasing behavior seen for larger more expensive systems (Crestron, etc.) where there is a large "big bang" purchase up-front.

**Product Groupings.** Control4's product array includes the ***controllers*** (40% of revenue) and ***"add-on" products*** (60% of revenue) for lighting, temperature, audio, security, and other functions; these products are described below.




Source: Control4 and Needham & Co.

- **Controller appliances.** The Control4 Controller is the main product for customers who automate their homes, acting as the "nerve center" and orchestrator of services for the home. Controllers are sold for approximately $500-1,000 and "control" services in the home such as audio-visual, lighting, temperature, and security.
- **Interface Devices.** This product grouping enables input from the consumer, and includes: touchscreens, keypads, and remote controls. Note: CTRL also offers software which is used with Apple iOS and Android devices, which can also act as controllers/remote control devices.
- **Audio/video Equipment.** Control4 offers zone amplifiers, audio switches, network-ready speakers, and digital media players.
- **Lighting Products.** Control4 lighting solutions are both wired and wireless. Examples include: wireless switches, dimmers, and panelized systems.
- **Thermostats.** The thermostat offering from Control4 is wireless, and has an option for remote access.

- **Security Products.** The Security offering is a mix of Control4-created products, as well as 3rd-party partner products including: motion sensors, garage systems and water leak detection systems. Brands partnering with C4 include: Baldwin and Kwikset.
- **Communication products.** These products offer video and audio intercom communications, both for in-house communications as well as for visitors (e.g. outdoor gate system with intercom).

Control4 also has a few supporting product offerings, which collectively have modest revenue. They are:

- **MyHome software.** Enables connectivity of smartphone, tablets and laptops to the Control4 system.
- **4Sight.** Subscription service software, enables dealers to perform remote management; also enables "alerting" of home automation events to the homeowner.

**Margins on core product vs. add-ons are similar.** In the consumer electronics industry, one might expect there to be wide variance in profitability and margins among the "core" products and the "small add-ons". At Control4, the gross margins on the core Controller box (above) are the same as gross margins on the add-on products. With the product mix consistently being 1/3 of revenue from Controller (main product) and 2/3 of revenue from Solutions (add-ons, above), we believe margins have little risk from a change in "mix". In the last several quarters, CTRL has shown a steadily improved gross margin, recently at 49.1%, up from CY12's 47.8% and CY11's 45.9%. We anticipate continued modest improvements in overall gross margins due to: increasing software mix in products, and improved sourcing and manufacturing economics.

## Market Dynamics

**The home as a mini-network, Control4 as the orchestrator.** The modern consumer home is increasingly looking like a smaller version of the office, complete with its own network. As consumers, our daily routine increasingly makes use of home computers, tablets, and smartphones – all connected, and networked to our home's infrastructure. It no longer is a novelty for consumers to stream Netflix or Hulu through a Mac and onto the television; also commonplace is recording content on a TiVO, and then watching it the next day in another room in the home. The connectivity of all these devices (laptop, iPad, TiVO, television) is conditioning consumers to expect a home experience which is: ***networked, personalized, and convenient***. We believe CTRL is positioned to act as the software and hardware solution which "orchestrates" the networked home and makes it more personal.

**First mover in large addressable market.** CTRL is the first pure-play public company in the "home automation" market, which we believe is nascent and has great potential. Industry analysts believe the "mainstream automation market" may grow from $571m in 2012 to $2.6B by 2017, at a 35% CAGR (ABI research, May 2012). We also note Control4 is currently in 120,000 homes internationally, vs. the market opportunity of 6m households that would be likely candidates for automation (MRI research, 2011).




Source: Control4 and Needham & Co.

**Growth drivers should support (or surpass) our 17% revenue growth rate forecast.** Control4 has been a consistent top-line revenue grower of mid-high teens, and we believe CTRL can maintain, and even surpass, that growth rate based on the following drivers:
Secular theme "home automation" gets more traction

- **International expansion.** CTRL currently receives 20% of revenue from international markets. It is our belief the "home automation" market is sizeable in both Western Europe as well as Asia. In 2013-14, we anticipate Control4 making material efforts to grow its dealer and distributor efforts in these regions, which may accelerate revenue growth.

- **New product lines, including Lighting.** The lighting offering from CTRL has been "refreshed" in 2013, and is likely to create new buyers as well as upgrade/replacement purchases from the previous product line. It is our belief that the new lighting products (a) are a more competitive offering to Lutron, Crestron and others to attract "new" C4 lighting customers, and (b) provide a "refresh" buying/upgrade cycle for the current lighting customer base at Control4.
- **Light Commercial.** It is our belief after speaking with management as well as individual dealers, that the "sub-Fortune 2000" office market has revenue potential for the automated conference room. Simply put, C4 and its dealers believe there are several small-midsize businesses interested in Control4's products, but took a pass on Crestron and others due to the much-higher price tag. Although we do not have figures on the market size for this offering, our individual discussions with dealers suggest they view this as "new territory" for their own dealer businesses, which have historically been focused on residential sales and installation.

## Management

The Control4 team is led by a team of executives with extensive experience in the fields of consumer, networking, digital media, and finance.

**Martin Plaehn, President and CEO.** Mr. Plaehn joined Control4 as CEO in September 2011. Previously, he served in executive roles at RealNetworks, Inc. and Bungee Labs. Mr. Plaehn also served as CEO of Viewpoint Digital, which was acquired by CA, Inc. in 1998.

**Will West, Founder and CSO.** Mr. West founded Control4 in 2003, and has served as Chairman of the Board of Directors since 2011. Prior to 2003, he co-founded STSN (now iBAHN) and PHAST Corporation.

**Dan Strong, CFO.** Mr. Strong joined Control4 as CFO in January 2008. Prior to Control4, he served as CFO at iBAHN and before that he held a variety of senior roles including CFO at Iomega Corporation.

**James Arnold, SVP Sales.** Mr. Arnold has served as SVP of Sales since 2007. Previously, he was SVP of Sales at DIRECTV, Inc.

**Risk Statement:** Buyers of CTRL shares face risks including but not limited to the following: Challenge of competition from premium peers, challenge of competition from point solutions, challenges related to follow-on purchase revenue, challenges related to growing and maintaining an effective dealer network, challenges around effective marketing and brand management, macroeconomic challenges and weakness in the housing market, risks around international expansion, challenge of integrating new technologies from 3rd party products and applications, and challenges of operating in an emerging industry.

**Income Statement: Control4**

| | | | | FY 2012 | | | | | FY 2013 | | | | | FY 2014 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | F1Q | F2Q | F3Q | F4Q | | F1Q | F2Q | F3Q | F4Q | | F1Q | F2Q | F3Q | F4Q | |
| | FY09 | FY10 | FY11 | Mar 12 | Jun 12 | Sep 12 | Dec 12 | FY12 | Mar 13 (A) | Jun 13 (E) | Sep 13 | Dec 13 | FY13 | Mar 14 | Jun 14 | Sep 14 | Dec 14 | FY14 |
| **TOTAL REVENUE** | **$67.700** | **$74.900** | **$93.376** | **$22.628** | **$27.614** | **$28.605** | **$30.665** | **$109.512** | **$26.571** | **$32.000** | **$34.000** | **$36.100** | **$128.671** | **$31.600** | **$37.200** | **$39.800** | **$42.000** | **$150.600** |
| Total Cost of Revenue | 41.100 | 42.900 | 50.485 | 12.449 | 14.308 | 14.900 | 15.490 | 57.147 | 13.534 | 15.800 | 17.000 | 17.500 | 63.834 | 15.600 | 18.000 | 19.500 | 20.100 | 73.200 |
| *Cost of Sales as % of Revenue* | *61%* | *57%* | *54%* | *55%* | *52%* | *52%* | *51%* | *52%* | *51%* | *49%* | *50%* | *48%* | *50%* | *49%* | *48%* | *49%* | *48%* | *49%* |
| Gross Profit | 26.600 | 32.000 | 42.891 | 10.179 | 13.306 | 13.705 | 15.175 | 52.365 | 13.037 | 16.200 | 17.000 | 18.600 | 64.837 | 16.000 | 19.200 | 20.300 | 21.900 | 77.400 |
| **Adjusted Gross Margin** | 39.3% | 42.7% | 45.9% | 45.0% | 48.2% | 47.9% | 49.5% | 47.8% | 49.1% | 50.6% | 50.0% | 51.5% | 50.4% | 50.6% | 51.6% | 51.0% | 52.1% | 51.4% |
| OPEX | | | | | | | | | | | | | | | | | | |
| R & D | 10.500 | 15.300 | 18.719 | 4.683 | 5.019 | 4.956 | 4.948 | 19.606 | 5.830 | 6.200 | 6.500 | 6.900 | 25.430 | 6.700 | 6.800 | 7.000 | 7.200 | 27.700 |
| S & M | 15.100 | 21.200 | 17.023 | 4.894 | 4.970 | 5.194 | 4.544 | 19.602 | 5.421 | 5.800 | 5.900 | 5.500 | 22.621 | 6.100 | 6.400 | 6.800 | 7.300 | 26.600 |
| G & A | 6.500 | 8.200 | 8.856 | 2.092 | 2.307 | 2.108 | 2.136 | 8.643 | 2.426 | 2.500 | 2.600 | 2.650 | 10.176 | 2.700 | 2.800 | 2.800 | 2.900 | 11.200 |
| Other (e.g., amortization) | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Total OPEX | 32.100 | 44.700 | 44.598 | 11.669 | 12.296 | 12.258 | 11.628 | 47.851 | 13.677 | 14.500 | 15.000 | 15.050 | 58.227 | 15.500 | 16.000 | 16.600 | 17.400 | 65.500 |
| Income from Operations | (5.500) | (12.700) | (1.707) | (1.490) | 1.010 | 1.447 | 3.547 | 4.514 | (0.640) | 1.700 | 2.000 | 3.550 | 6.610 | 0.500 | 3.200 | 3.700 | 4.500 | 11.900 |
| **OPERATING MGN** | **-8.1%** | **-17.0%** | **-1.8%** | **-6.6%** | **3.7%** | **5.1%** | **11.6%** | **4.1%** | **-2.4%** | **5.3%** | **5.9%** | **9.8%** | **5.1%** | **1.6%** | **8.6%** | **9.3%** | **10.7%** | **7.9%** |
| Other Income | (1.600) | (1.600) | (0.165) | (0.462) | 0.150 | (0.108) | (0.098) | (0.518) | (0.049) | (0.250) | (0.250) | (0.250) | (0.799) | (0.250) | (0.250) | (0.250) | (0.250) | (1.000) |
| Pretax Income | (7.100) | (14.300) | (1.872) | (1.952) | 1.160 | 1.339 | 3.449 | 3.996 | (0.689) | 1.450 | 1.750 | 3.300 | 5.811 | 0.250 | 2.950 | 3.450 | 4.250 | 10.900 |
| Taxes | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.141 | 0.141 | (0.056) | 0.000 | 0.000 | 0.000 | (0.056) | 0.000 | 0.148 | 0.173 | 0.213 | 0.533 |
| Tax Rate | 0% | 0% | 0% | 0% | 0% | 0% | 4% | 4% | -8% | 0% | 0% | 0% | -1% | 0% | 5% | 5% | 5% | 5% |
| Net Income | (7.100) | (14.300) | (1.872) | (1.952) | 1.160 | 1.339 | 3.308 | 3.855 | (0.633) | 1.450 | 1.750 | 3.300 | 5.867 | 0.250 | 2.803 | 3.278 | 4.038 | 10.368 |
| Diluted Shares Outstanding | 100.000 | 100.000 | 10.014 | 17.000 | 17.000 | 17.000 | 17.947 | 17.237 | 19.572 | 20.358 | 23.600 | 25.700 | 22.308 | 28.000 | 29.000 | 30.000 | 31.000 | 29.500 |
| **Non-GAAP EPS** | **($0.07)** | **($0.14)** | **($0.19)** | **($0.11)** | **$0.07** | **$0.08** | **$0.18** | **$0.22** | **($0.03)** | **$0.07** | **$0.07** | **$0.13** | **$0.26** | **$0.01** | **$0.10** | **$0.11** | **$0.13** | **$0.35** |
| Total Revenue Y/Y | NA | 11% | 25% | 15% | 16% | 15% | 23% | 17% | 17% | 16% | 19% | 18% | 17% | 19% | 16% | 17% | 16% | 17% |
| Total Revenue Q/Q | NA | NA | NA | -9% | 22% | 4% | 7% | NA | -13% | 20% | 6% | 6% | NA | -12% | 18% | 7% | 6% | NA |
| EPS Y/Y | NA | 101% | 31% | | | | | NA | | | | | NA | | | | | 34% |
| R&D as % of revenue | 16% | 20% | 20% | 21% | 18% | 17% | 16% | 18% | 22% | 19% | 19% | 19% | 20% | 21% | 18% | 18% | 17% | 18% |
| S&M as % of revenue | 22% | 28% | 18% | 22% | 18% | 18% | 15% | 18% | 20% | 18% | 17% | 15% | 18% | 19% | 17% | 17% | 17% | 18% |
| G&A as % of revenue | 10% | 11% | 9% | 9% | 8% | 7% | 7% | 8% | 9% | 8% | 8% | 7% | 8% | 9% | 8% | 7% | 7% | 7% |

## Balance Sheet: Control4

| | FY11 | FY12 | F1Q Mar 13 (A) |
|---|---|---|---|
| **Assets** | | | |
| Cash | 18.468 | 18.695 | 14.573 |
| Accounts Receivable | 10.662 | 13.078 | 13.255 |
| Inventory | 9.497 | 12.515 | 12.538 |
| Prepaid expenses and other assets | 1.519 | 1.871 | 2.116 |
| **Total current assets** | **40.146** | **46.159** | **42.482** |
| Property and equipment, net | 2.127 | 2.666 | 3.566 |
| Intangible assets, net | 1.197 | 0.926 | 0.858 |
| Other assets | 0.064 | 0.887 | 2.482 |
| **TOTAL ASSETS** | **43.534** | **50.638** | **49.388** |
| **Liabilities and Stockholders' Equity** | | | |
| Accounts payable | 9.813 | 14.435 | 12.982 |
| Accrued liabilities | 4.454 | 6.571 | 6.921 |
| Deferred Revenue | 0.552 | 0.542 | 0.732 |
| Current portion of notes payable | 0.971 | 1.321 | 1.425 |
| **Total current liabilities** | **15.790** | **22.869** | **22.060** |
| Notes payable | 1.349 | 1.838 | 1.969 |
| Warrant liability | 0.347 | 0.601 | 0.576 |
| Other LT liabilities | 2.241 | 1.620 | 1.799 |
| **TOTAL LIABILITIES** | **35.517** | **26.928** | **26.404** |
| Redeemable convertible preferred stock | 116.313 | 116.313 | 116.313 |
| Common stock | | 0.001 | 0.001 |
| Additional paid-in capital | 9.334 | 12.987 | 13.862 |
| Accumulated Deficit | (101.864) | (105.587) | (107.183) |
| Accumulated other comprehensive income | 0.024 | **(0.004)** | (0.009) |
| **TOTAL STOCKHOLDERS' EQUITY** | | **23.710** | **22.984** |
| **TOTAL LIABILITIES & STOCKHOLDERS' EQUITY** | **43.534** | **50.638** | **49.388** |

Restricted Confidential - Outside Counsel Only

**Cash Flow Statement: Control4**

Note: Quarterly figures are NOT cumulative

| | FY10 | F1Q Mar 11 | F2Q Jun 11 | F3Q Sep 11 | F4Q Dec 11 | FY11 | F1Q Mar 12 | F2Q Jun 12 | F3Q Sep 12 | F4Q Dec 12 | FY12 | F1Q Mar 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net income** | (16.265) | (3.155) | (0.469) | 0.025 | (0.286) | (3.885) | (2.683) | 0.519 | (4.092) | 2.533 | (3.723) | (1.596) |
| **Adjustments to reconcile net loss to net cash used in:** | | | | | | | | | | | | |
| **OPERATING ACTIVITIES** | | | | | | | | | | | | |
| Depreciation Expense | 1.593 | 0.410 | 0.401 | 0.401 | 0.404 | 1.616 | 0.407 | 0.406 | 0.437 | 0.464 | 1.714 | 0.512 |
| Amortization of intangible assets | 0.021 | | 0.063 | 0.032 | 0.044 | 0.139 | 0.068 | 0.068 | 0.067 | 0.068 | 0.271 | 0.068 |
| Provision for doubtful accounts | 0.470 | 0.123 | 0.132 | 0.047 | (0.019) | 0.283 | 0.114 | 0.049 | 0.040 | (0.019) | 0.184 | 0.070 |
| Loss on disposal of assets | | | | | | | | | 1.840 | 0.107 | 1.947 | |
| Stock based compensation | 1.469 | 0.503 | 0.503 | 0.413 | 0.594 | 2.013 | 0.732 | 0.642 | 0.721 | 0.774 | 2.869 | 0.838 |
| Warrant liability (income) expense | 0.140 | (0.075) | (0.033) | (0.093) | (0.026) | (0.227) | 0.399 | (0.223) | 0.046 | 0.032 | 0.254 | (0.025) |
| **Changes in assets and liabilities:** | | | | | | | | | | | | |
| Accounts recievable | 1.561 | 0.481 | (0.927) | (1.788) | (0.411) | (2.645) | (0.054) | (2.163) | (0.982) | 0.599 | (2.600) | (0.332) |
| Inventories | (4.705) | 0.677 | 1.680 | (0.900) | 0.866 | 2.323 | (0.492) | (0.122) | (0.704) | (3.540) | (4.858) | (0.094) |
| Prepaid expenses | (0.212) | (0.163) | 0.095 | 0.109 | 0.355 | 0.396 | (0.001) | 0.024 | (0.518) | 0.143 | (0.352) | (0.271) |
| Other assets | (0.041) | (0.007) | 0.001 | 0.048 | 0.113 | 0.155 | 0.001 | 0.002 | (0.786) | (0.040) | (0.823) | (1.595) |
| Accounts payable | 2.464 | (2.976) | 0.406 | 0.770 | 0.825 | (0.975) | 0.613 | 0.656 | 2.694 | 0.658 | 4.622 | (1.254) |
| Accrued liabilities | 0.589 | 0.016 | 0.427 | 0.299 | 0.140 | 0.882 | (0.424) | 0.489 | 2.585 | (0.533) | 2.117 | 0.373 |
| Deferred revenue | 0.195 | 0.455 | (0.358) | (0.247) | 0.055 | (0.095) | 0.054 | (0.048) | 0.040 | (0.056) | (0.010) | 0.190 |
| Other long-term liabilities | (0.357) | (0.133) | (0.134) | (0.177) | (0.121) | (0.565) | (0.125) | (0.157) | (0.169) | (0.170) | (0.621) | 0.179 |
| **Net cash used in operating activities** | **(13.078)** | **(3.844)** | **1.787** | **(1.061)** | **2.533** | **(0.585)** | **(1.391)** | **0.142** | **1.219** | **1.020** | **0.991** | **(2.937)** |
| **INVESTING ACTIVITIES** | | | | | | | | | | | | |
| Purchases of property and equipment | (2.025) | (0.263) | (0.236) | (0.399) | (0.366) | (1.264) | (0.542) | (0.540) | (0.570) | (0.708) | (2.360) | (1.431) |
| Acquisition of intangible assets | (0.319) | | | | (0.725) | (0.725) | | | | | 0.000 | |
| **Net cash used in investing activities** | **(2.344)** | **(0.263)** | **(0.236)** | **(0.399)** | **(1.091)** | **(1.989)** | **(0.542)** | **(0.540)** | **(0.570)** | **(0.708)** | **(2.360)** | **(1.431)** |
| **FINANCING ACTIVITIES** | | | | | | | | | | | | |
| Net proceeds from issuance of redeemable preferred stock | | 19.864 | (0.074) | | (0.001) | 19.789 | | | | | | |
| Net (repayment) borrowing against revolving line of credit | 0.202 | 0.186 | | | (6.500) | (6.314) | | | | | | |
| Proceeds from exercise of options for common stock | 4.314 | 0.259 | 0.097 | 0.035 | 0.813 | 1.204 | | 0.153 | 0.038 | 0.594 | 0.785 | 0.037 |
| Proceeds from notes payable | 0.893 | | 0.350 | 0.389 | 0.325 | 1.064 | 0.311 | | 1.065 | 0.500 | 1.876 | 0.435 |
| Repayment of notes payable | (1.367) | (0.166) | (0.167) | (0.192) | (0.219) | (0.744) | (0.243) | (0.200) | (0.265) | (0.329) | (1.037) | (0.200) |
| **Net cash used in financing activities** | **4.042** | **20.143** | **0.206** | **0.232** | **(5.582)** | **14.999** | **0.068** | **(0.047)** | **0.838** | **0.765** | **1.624** | **0.272** |
| Effect of foreign exchange rates on cash and cash equivalents | 0.036 | (0.043) | (0.006) | 0.014 | 0.025 | (0.010) | (0.042) | 0.012 | (0.006) | 0.008 | (0.028) | (0.026) |
| **Net increase (decrease) in cash and cash equivalents** | (11.344) | 15.993 | 1.751 | (1.214) | (4.115) | 12.415 | (1.907) | (0.433) | 1.481 | 1.085 | 1.085 | (4.122) |
| **Cash and cash equivalents, beginning of period** | **17.398** | **6.054** | **22.049** | **23.800** | **22.586** | **6.054** | **18.468** | **16.561** | **16.128** | **17.609** | **18.468** | **18.695** |
| **Cash and cash equivalents, end of period** | **6.054** | **22.049** | **23.800** | **22.586** | **18.468** | **18.468** | **16.561** | **16.128** | **17.609** | **18.694** | **18.695** | **14.573** |

# Control4 Corporation

**($ in MM, except per share data)**

| | Annual | | Quarterly | | | |
|---|---|---|---|---|---|---|
| **Fiscal Year Ending December 30** | **FY 12/30/2011** | **FY 12/30/2012** | **Ending 6/30/2012** | **Ending 9/30/2012** | **Ending 12/30/2012** | **Ending 3/30/2013** |
| **BALANCE SHEET** | | | | | | |
| **ASSETS** | | | | | | |
| Cash & Short-term Investments | 18.5 | 18.7 | | | 18.7 | 14.6 |
| Receivables | 10.7 | 13.1 | | | 13.1 | 13.3 |
| Inventory | 9.5 | 12.5 | | | 12.5 | 12.5 |
| Other Current Assets | 1.5 | 1.9 | | | 1.9 | 2.1 |
| Current Assets | 40.1 | 46.2 | | | 46.2 | 42.5 |
| Property and Equipment | 2.1 | 2.7 | | | 2.7 | 3.6 |
| Goodwill and Intangibles | 1.2 | 0.9 | | | 0.9 | 0.9 |
| Long-term Marketable Securities | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Assets | 0.1 | 0.9 | | | 0.9 | 2.5 |
| **Total Assets** | **43.5** | **50.6** | | | **50.6** | **49.4** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | |
| Current Liabilities | 15.8 | 22.9 | | | 22.9 | 22.1 |
| Short-term Debt | 1.0 | 1.3 | | | 1.3 | 1.4 |
| Long-term Debt | 1.3 | 1.8 | | | 1.8 | 2.0 |
| Shareholders' Equity | 0.0 | 23.7 | | | 23.7 | 23.0 |
| **Total Liabilities + Shareholders' Equity** | **43.5** | **50.6** | | | **50.6** | **49.4** |
| **INCOME STATEMENT** | | | | | | |
| Revenue | 93.4 | 109.5 | 27.6 | 28.6 | 30.7 | 26.6 |
| Gross Profit | 42.9 | 52.4 | 13.3 | 13.7 | 15.2 | 13.0 |
| Operating Income | (1.7) | 4.5 | 1.0 | 1.4 | 3.5 | (0.6) |
| Pretax Income | (1.9) | 4.0 | 1.2 | 1.3 | 3.4 | (0.7) |
| Net Income | (1.9) | 3.9 | 1.2 | 1.3 | 3.3 | (0.6) |
| Shares Outstanding | 10.0 | 17.2 | 17.0 | 17.0 | 17.9 | 19.6 |
| **CASH FLOW STATEMENT** | | | | | | |
| Depreciation and Amortization | 1.8 | 2.0 | 0.5 | 0.5 | 0.5 | 0.6 |
| Cash Flow from Operations | (0.6) | 1.0 | 0.1 | 1.2 | 1.0 | (2.9) |
| Capital Expenditures | (1.3) | (2.4) | (0.5) | (0.6) | (0.7) | (1.4) |
| **CASH MANAGEMENT*** | | | | | | |
| DSOs | | 39.6 | | | | 44.6 |
| Inventory Days | | 70.3 | | | | 83.3 |
| Days Payable | | 73.6 | | | | 91.0 |
| Cash Conversion Cycle | | 36.3 | | | | 36.9 |
| **PROFITABILITY** | | | | | | |
| Gross Margin | 45.9% | 47.8% | 48.2% | 47.9% | 49.5% | 49.1% |
| Operating Margin | (1.8%) | 4.1% | 3.7% | 5.1% | 11.6% | (2.4%) |
| Net Margin | (2.0%) | 3.5% | 4.2% | 4.7% | 10.8% | (2.4%) |
| Return on Assets* | | 8.2% | | | | (5.1%) |
| Return on Equity* | | 32.5% | | | | (10.8%) |
| Total Debt/Capital | 2.0% | 2.2% | | | 2.2% | 2.4% |
| **PER SHARE DATA** | | | | | | |
| Tangible Book Value | (0.12) | 1.32 | | | 1.27 | 1.13 |
| Cash | 1.84 | 1.08 | | | 1.04 | 0.74 |
| Net Cash | 1.61 | 0.90 | | | 0.87 | 0.57 |
| EPS (Pro Forma) | (0.19) | 0.22 | 0.07 | 0.08 | 0.18 | (0.03) |
| EPS (Pro Forma Including Option Expenses) | | | | | | |
| EPS (GAAP) | | | | | | |

## ANALYST CERTIFICATION

I, Scott Zeller, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

I, Elizabeth Colley, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

Price, Rating, and Price Target History: Control4 Corporation (CTRL/NASDAQ) as of 8-26-13




Source: Factset (Prices) / Needham (ratings and target price)

**Disclosures applicable to this security: B, C, D, G, J.**



SAVANT3330239

Needham

| | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| Strong Buy | 4 | 17 |
| Buy | 62 | 22 |
| Hold | 32 | 6 |
| Under Perform | 1 | 0 |
| Rating Suspended | 0 | 0 |
| Restricted | 0 | 0 |
| Under Review | 1 | 0 |

Needham & Company, LLC. (the Firm) employs a rating system based on the following (Effective July 1, 2003):

Strong Buy: A security, which at the time the rating is instituted, indicates an expectation of a total return of at least 25% over the next 12 months.

Buy: A security, which at the time the rating is instituted, indicates an expectation of a total return between 10% and 25% over the next 12 months.

Hold: A security, which at the time the rating is instituted, indicates an expectation of a total return of +/-10% over the next 12 months.

Underperform: A security, which at the time the rating is instituted, indicates an expectation that the price will depreciate by more than 10% over the next 12 months.

Under Review: Stocks may be placed UR by the analyst, indicating that the stock rating and/or price target are subject to possible change in the near term, usually in response to an event that may effect the investment case or valuation.

Rating Suspended: Needham & Company, LLC has suspended the rating and/or price target, if any, for this stock, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon.

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes (in accordance with FINRA requirements), we note that our Strong Buy and Buy ratings most closely correspond to a "Buy" recommendation. When combined, 66% of companies under coverage would have a "Buy" rating and 21% have had investment banking services provided within the past 12 months; Hold mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the Sell recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a stock and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report on the company you are interested in.

**To review our rating system prior to July 1, 2003 please refer to the following link**
http://clients.needhamco.com/Research/Documents/DisclosureLegend2.pdf

Stock price charts and rating histories for companies under coverage and discussed in this report are available at http://www.needhamco.com/. You may also request this information by writing to: Needham & Co., LLC, 445 Park Ave., 3rd Floor (Attn: Compliance/Research), NY, NY 10022.

ANALYST CERTIFICATION

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

The following disclosures (as listed by letter on the cover page) apply to the securities discussed in this research report:

"A" The research analyst and/or research associate (or household member) has a financial interest in the securities of the covered company (i.e., a long position consisting of common stock).

"B" The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues.

"C" The Firm has managed or co-managed a public offering of securities for the subject company in the past 12 months.

"D" The Firm and/or its affiliate have received compensation for investment banking services from the subject company in the past 12 months.

"E" The Firm and/or its affiliate expect to receive or intend to seek compensation for investment banking services from the subject company in the next three months.

"F" The analyst or a member of the analyst's household serves as officer, director or advisory board member of the covered company.

"F1" A person associated with the Firm (other than the research analyst) serves as officer, director or advisory board member of the covered company.

"G" The Firm, at the time of publication, makes a market in the subject company.

"H" The Firm and/or its affiliates beneficially own 1% or more of any class of common equity securities of the subject company.

"I" The analyst has received compensation from the subject company in the last 12 months.

"J" The subject company currently is or during the 12-month period preceding the date of distribution of this research report was a client of the Firm and received investment banking services.

"J1" The subject company currently is or during the 12-month period preceding the date of distribution of this research report was a client of the Firm and received non-investment banking securities related services.

"J2" The subject company currently is or during the 12-month period preceding the date of distribution of this research report was a client of the Firm and received non-securities related services.

"K" Our affiliate has received compensation for products and services other than investment banking services from the subject company in the past 12 months.

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request.

© Copyright 2013, Needham & Company, LLC, Member FINRA, SIPC.

## Equity Options Disclosure

Any Equity Options Opinions ("Opinions") contained within this report was prepared by the Equity Options Sales and Trading Desk of Needham & Company, LLC ("Needham" or the "Firm") for distribution to Needham's clients. This Opinion consists of market information and general market commentary only. It is not intended to be an analysis of any security or to provide any information sufficient upon which to base an investment decision.

THIS EQUITY OPTIONS OPINION IS NOT A PRODUCT OF NEEDHAM'S RESEARCH DEPARTMENT AND IS NOT A RESEARCH REPORT. Unless otherwise specifically stated, the information and commentary expressed herein are solely those of the author and may differ from the information, views and analysis expressed by Needham's Research Department or other departments of the Firm or its affiliates.

Needham and its affiliates may have positions (long or short), effect transactions or make a market in the securities or financial instruments referenced in this Opinion. Needham or its affiliates may engage in securities transactions that are not consistent with the information and commentary expressed in this Opinion. Needham may have provided investment banking or other services to the issuers mentioned herein and may solicit such services in the future.

If this Opinion includes extracts or summary material derived from research reports produced by Needham's Research Department, you are directed to the most recent research report for further details, including analyst certifications and other important disclosures. Copies of such reports may be obtained from your Needham sales representative or at www.needhamco.com

This material is provided for informational purposes only and is not intended as a recommendation or an offer or solicitation for the purchase or sale of any security or financial instrument. Any investment decision by you should be based on your specific investment objectives and financial situation. Please contact your Needham sales representative for specific guidance.

The information contained in this Opinion has been obtained from or is based upon sources believed to be reliable, but neither Needham nor the author makes any representation or warranty as to its accuracy or completeness. The information contained in this Opinion is as of the date specified herein. Needham does not undertake any obligation to monitor or update the information. Past performance is not indicative of future results and no representation or warranty, express or implied, is made with respect to future performance. Needham disclaims all liability for any loss that may arise (whether direct or consequential) from any use of the information contained in this Opinion.

Structured securities, options, futures and other derivatives are complex instruments, may involve a high degree of risk, and may be appropriate investments only for sophisticated investors who are capable of understanding and assuming the risks involved. Because of the importance of tax considerations to many options transactions, any investor considering the purchase or sale of any options contract should consult with his or her tax advisor as to how taxes affect the outcome of contemplated transactions. Needham and its affiliates do not provide tax advice.

OPTIONS ARE NOT SUITABLE FOR ALL INVESTORS. For further information on the risks associated therewith, please consult the Options Clearing Corporation's options risk disclosure document available at the following web address:
http://www.optionsclearing.com/about/publications/character-risks.jsp

Clients should call the Equity Options Sales and Trading Desk (212-705-0369) for additional information.

© Copyright 2013, Needham & Company, LLC, Member FINRA, SIPC.

EXHIBIT 682

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC

RAYMOND JAMES

U.S. Research
Published by Raymond James & Associates

# Control4 Corporation

August 27, 2013

(CTRL:NASDAQ)

Initiation of Coverage: Revised

**Tavis C. McCourt,** CFA, (615) 665-3644, Tavis.McCourt@RaymondJames.com
**Daniel Toomey,** CFA, Sr. Res. Assoc., (615) 665-3864, Daniel.Toomey@RaymondJames.com

**Communications Technology: Mobile Devices**

## Initiating Coverage of Smart Home Innovator With Outperform Rating

**Recommendation:** We are initiating coverage on Control4 Corporation with an **Outperform** rating and a $24 target price following its recent initial public offering. After more than 10 years of product development, we view Control4 as one of a few technology vendors in the "smart home" market well-positioned to serve homeowners looking to connect, automate, and control all of the electrical products/systems in their lives.

- **Here comes the smart home:** Control4 has disrupted the sleepy luxury world of home automation, which has been dominated by very expensive solutions for the last 30 years, by introducing a low cost controller that is simple to install, program, and service. Together with a significant marketing push by service providers looking to add additional revenue streams, home automation is becoming increasingly mainstream, and morphing into a concept called the "smart home." Home automation vendors such as Control 4 sit at the epicenter of this smart home concept, which serves as a meaningful disruption to the consumer electronics and home appliance industries.
- **Major opportunity, potentially fierce competition:** As one of the lowest priced hardware options in the market and the ability to interoperate with more than 6,500 existing third party devices, Control4 is well-positioned to become the platform of choice in the rapidly expanding home automation or smart home market. However, it faces significant and well-funded competition from traditional home automation vendors, service providers, and potential encroachment from the larger tech companies and home appliance/consumer electronics manufacturers.
- **Ten years of investment in technology, now scale economies drive profits:** Founded in 2003, the company has spent the last 10 years singularly focused on perfecting the operating system and supporting technology. Now with the IPO in the rearview mirror the company can focus on attacking the open ended opportunity of making home automation standard in high end homes, while shareholders should benefit from the company's increased scale and operating leverage, which should allow it to grow EPS at a very high rate for the next several years.
- **Estimates:** We are currently estimating 2013/2014/2015 non-GAAP EPS for Control4 of $0.28/$0.46/$0.75, respectively.

**Valuation:** We are initiating coverage with an **Outperform** rating and $24 price target, which equates to an EV/LQA (last quarter annualized) revenue multiple of 4.0x on 2013E. Given its growth rates relative to peers, outlined on page 28, we believe 4.0x is a reasonable EV/LQA revenue, which is still a 42% discount to the few other publicly traded technology vendors with 30% or more expected EPS growth in 2013 and 2014.

| Non-GAAP EPS | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Full Year | GAAP EPS Full Year | Revenues (mil.) |
|---|---|---|---|---|---|---|---|
| 2012A | $(0.08) | $0.04 | $0.05 | $0.13 | $0.15 | $(0.18) | $110 |
| 2013E | (0.02)A | 0.08 | 0.09 | 0.12 | 0.28 | 0.10 | 129 |
| 2014E | (0.01) | 0.11 | 0.15 | 0.20 | 0.46 | 0.33 | 151 |
| 2015E | UR | UR | UR | UR | 0.75 | 0.62 | 176 |

Rows may not add due to rounding. Non-GAAP EPS excludes stock-based compensation expense. Initial public offering within last 12 months; trailing 12-month share price figures represent range since that time.

**Rating**

Outperform 2

**Current and Target Price**

| | |
|---|---|
| Current Price (Aug-23-13) | $21.78 |
| Target Price: | $24.00 |
| 52-Week Range | $23.40 - $18.14 |
| Suitability | High Risk |

**Market Data**

| | |
|---|---|
| Shares Out. (mil.) | 25.7 |
| Market Cap. (mil.) | $560 |
| Avg. Daily Vol. (10 day) | 87,854 |
| Dividend/Yield | $0.00/0.0% |
| Book Value (Mar-13) | -$4.76 |
| LT Debt (mil.)/% Cap. | NM |

**Earnings & Valuation Metrics**

| | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|
| P/E Ratios (Non-GAAP) | NM | 77.8x | 47.3x | 29.0x |
| EBITDA (mil.) | $2 | $9 | $15 | $22 |

**Company Description**

Control4, headquartered in Salt Lake City, Utah, is a leading vendor of home automation software and products globally. The company sells controllers, software, tablets, lighting systems, thermostats, and other products needed to allow consumers to automate and control almost any electrical device in their home.




Source: Thomson Reuters.

Please read domestic and foreign disclosure/risk information beginning on page 39 and Analyst Certification on page 39.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Contents

Investment Thesis ........ 1

Investment Risks ........ 2

Company Description ........ 5

Financial Analysis ........ 15

Recent Results ........ 16

Long-Term Forecast ........ 17

Industry Overview & Outlook ........ 18

Valuation ........ 28

Management Team ........ 31

Conclusion ........ 33

**Appendices**

Income Statement ........ 34

Margin & Growth Analysis ........ 35

Balance Sheet ........ 36

Cash Flow Statement ........ 37



© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Investment Thesis

As a maker of home automation controllers and other products for the home, we believe Control4 is well-positioned to continue to take share as the home automation industry grows. Furthermore, as home automation goes mainstream and morphs into a concept we call the "smart home," Control4 is one of only a handful of technology vendors positioned to be the operating system for the smart home, enabling consumers to connect, automate, and control nearly every electronic device and system in their homes or office. As more and more areas of our lives become "smart" by being connected to the Internet and our other devices (phones, televisions, cars), it seems inevitable that our largest and most energy intensive asset, our home, will be next, and create a very large potential market for technology innovators that have invested properly for this vision.

### Smart Home Follows Smartphone, Smart TV, Smart Car

Although home automation has been around for many years, we believe it is morphing into a concept called the "smart home", which encompasses connecting, automating, and controlling nearly every electrical device or system in your home in order to maximize one's convenience, improve quality of life, improve security, and/or lower energy usage. The smart home requires a common operating system for devices to be managed by, and as we've seen in the smartphone and PC markets, similar markets typically only support 1-2 operating systems as they mature due to the development costs of writing applications to interoperate with more than that. Being early helps in these markets, and Control4's low cost strategy has enabled it to gain one of the largest installed bases of home automation systems in the world, which should position it well as consumers look to make their homes "smart homes."

### Large Potential Market

We believe the smart home is an enormous market opportunity with 23.8 million households in the U.S. alone with household income more than $100,000 annually, and likely an even greater number outside the U.S. We believe that any form of home automation is less than 1% penetrated globally, and full home automation of the kind that Control 4 sells is an even smaller subset. To put it mildly, it is early days for the "smart home." However, marketing dollars from the likes of AT&T, Verizon and Comcast are dramatically increasing consumer awareness of home automation, and as penetration increases, and prices decline, we believe the marketing challenge the industry has faced historically will become much easier, driving the smart home to a mainstream concept over the course of a number of years. Because of the large numbers of high income households in the world, home products tend to be large markets. For instance, the market for home appliances globally is in excess of $100 billion annually. We expect that as the desire for consumers to control these appliances and other electronics grow, the market for home automation, enabling the smart home, will be measured in the billions, and potentially tens of billions of dollars annually, although today we believe the market generates less than $1 billion in annual revenues.

### Early Technology Innovator

There are only a handful of technology vendors (Crestron, AMX, Savant, Nest, Sonos, URC, Elan to name a few) that have invested heavily into solving this home automation problem, and all of them, including Control4, find themselves at an interesting nexus of the home appliance, consumer electronics, and home building industries. It remains to be seen if these early technology vendors will continue in their current form or be subsumed by larger companies in either the broader technology or home appliance industries who have underinvested in this market disruption, but Control4 appears well-positioned to benefit in either case.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC


### A Rare 30% or More EPS Growth Story

The combination of targeting a fast growing market and strong operating leverage as Control4 reaches scale makes it one of the few publicly traded technology vendors today with expectations of 30% or more EPS growth at least for the next two years. As an early innovator, we believe Control4 has the potential to create meaningful shareholder value if home automation becomes a more mainstream expectation of high end homes, potentially driving 30% or more EPS growth for many years if the company can position itself properly and execute well.

## Investment Risks

### Growing Competition

The market for automation and control solutions for the connected home is highly competitive and is expected to become more competitive in the future. Competitors with greater financial, technical, and marketing resources may be able to respond more rapidly to emerging technologies and customer demands or may be able to devote more resources to sales and marketing. For example, Microsoft recently acquired id8 Group R2 Studios, Inc., a home entertainment technology company and Comcast, along with other service providers, is expanding its Xfinity service to include residential security, energy and automation services. Historically high end automation competitors Crestron, which has been in business more than 40 years, and Savant Systems, which utilizes Apple's iOS operating platform may create more affordable products to compete directly with Control4 in the future.

Competitors able to leverage large existing customer bases, network of installation and support technicians and broad consumer awareness may impact Control4's financial performance due to price reductions, fewer customer orders, reduced margins, and loss of market share. There can be no assurances that Control4 will be able to successfully compete against existing and future competitors. Please see the product section for a complete discussion of current market competitors.

### Point Products Adoption

Rather than adopting Control4's unified home automation solution, consumers may instead choose to adopt point products with advanced functionality. For example, the Nest thermostat can be programmed and controlled by a smartphone or tablet. In the future, it is expected more and more consumer devices and appliances will be developed with built in smart automation functionality and consumers may prefer the relatively low cost of these products and the ability to expand their home control solution over time with minimal upfront costs. Control4's solution offers significant flexibility to support third party point products, though adoption of these products would reduce the revenue opportunity from each installation.

### Third-Party Compatibility

Control4's products are designed to interoperate with a wide range of third-party products, including products in the area of music, video, lighting, temperature and security. The company has developed its Simple Device Discovery Protocol (SDDP) software to be embedded in third-party products during manufacturing to enable the products to interoperate with Control4's solutions. The SDDP software is


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



currently available on a royalty-free basis to product manufacturers, but has so far seen limited adoption. Should this software protocol see widespread adoption, Control4 will likely enjoy significant benefits from network effects. Conversely, lack of interoperability with third-party products seeing strong consumer demand could limit demand for Contol4's solutions.

### Risks of a Rapidly Evolving Market

The home automation market is characterized by rapidly changing technology, industry standards, and customer needs. Control4's future revenue could be negatively impacted by its failure to respond appropriately to an evolving market. To remain competitive, Control4 must incur significant costs, including R&D expense, specifically for software development to continually introduce new products and to modify existing products. The company is contemplating a shift to Android, which could cause difficulties including compatibility, stability and time to market. There can be no assurance that new or modified operating systems or products will be accepted by the market.

### Intellectual Property Rights

Control4 relies on a combination of patents, copyrights, trademarks, confidentiality provisions and licensing arrangements to establish and protect its intellectual property rights. There are significant costs associated with protecting intellectual property rights particularly as it relates to patent litigation. If Control4 is unable to enforce or protect its patents and trademarks through litigation, if current patent and trademark applications fail to become issued patents or registered trademarks, if the company is prevented from selling its products or technologies as a result of patent challenges, or if it is unable to license necessary technologies on reasonable terms, the company's business operations and financial results could be negatively affected. In December 2012, the company entered into a settlement agreement relating to alleged patent infringements, which included future royalty payments on certain products and a lump sum amount for alleged past damages.

### Channel Partner Reliance

Control4 depends on its dealer and distributor network to sell and install its solutions, making it difficult for the company to predict future sales. Given many of its products require long lead times for its manufacturing partners, any underestimation of sales demand could lead to missed revenue opportunities or conversely, an overestimation of sales demand could lead to excess inventory.

The company's channel partner reliance also affects its visibility into the end customer. If the dealer and distributor network fails to give timely and accurate feedback from potential consumers of Control4's solutions, the company may not be able to react quickly to market changes and effectively manage its business.

In order for Control4 to grow its business in the future it will need to maintain and expand its current network of more than 2,800 active direct dealers and 27 distributors. Control4's success is dependent upon the channel partners in this network continuing to provide superior service and support for Control4's solutions and to offer the company's solutions instead of a competitor's solution.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



### Product Liability Risk

Control4's solutions and products are complex and may contain defects, errors or failures particularly when first introduced or updated. The company's products are installed by a network of dealers, if they are not implemented properly they may not function correctly leading to customers claims and harm to the business, results of operations and financial conditions. The company could be subject to customer litigation which, regardless of merit, would likely divert management attention, affect the company's ability to obtain or maintain liability insurance on acceptable terms and negatively impact financial resources. In 2012, the company incurred significant costs associated with the recall and replacement of a defective chip from a third-party component used within one of its products.

### Manufacturer and Supplier Risk

Control4 is dependent on contract manufacturers to manufacture and third party suppliers to supply all of the components for substantially all of its various products. Any changes to cost, quality, or availability of these components could harm Control4's ability to remain competitive. Some components are from sole source suppliers on a purchase order basis, which increases the risk of disruption should these suppliers be unable to provide necessary components. In 2012, two contract manufacturers, Sanmina and LiteOn, manufactured 82% of the company's inventory purchases. Furthermore, significant unanticipated increases in demand could affect suppliers' ability to meet the unexpected demand at a reasonable cost to Control4, which could negatively impact the company's profit margins.

### Seasonality Risk

Control4 has little recurring revenue or backlog and its revenue is generated from orders of its solutions from new and existing customers, which may cause quarterly results to fluctuate. Generally, revenues are higher in the fourth quarter (December) and lower in the first quarter (March).

### Net Operating Loss Risk

As of December 31, 2012, the company's net operating loss (NOL) carryforward amounts for U.S. federal income and state tax purposes were $83.6 million and $83.1 million, respectively. Under Section 382 of the Internal Revenue Code, a corporation that undergoes an "ownership change" may be subject to limitations on its ability to utilize its pre-change NOLs to offset future taxable income. Financial results may be negatively impacted if the company is not able to utilize its NOLs as expected.

### Acquisition Risk

Control4 anticipates future growth will be driven by acquisitions of other companies or their technologies, assets or businesses. Risks related to acquisitions include integration difficulties, failure to achieve synergies, challenges in achieving strategic objectives of the acquisition, market-related risks, and the loss of key employees, among other risks. Control4 may be unable to identify suitable investments or may be unable to complete those transactions on favorable terms. If the company is unable to meet the challenges associated with acquisitions, operational results could be materially affected.

Conversely, if competitors consolidate or get acquired by bigger firms looking to enter the home automation market, Control4's competitive position could be diminished leading to pricing pressure, lower margins and loss of market share.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



### International Business Risk

Control4 derives a significant portion of its revenue from international operations (~25% in 2012) and is therefore subject to a number of international business risks, including unpredictable foreign sales and manufacturing environments, foreign currency depreciation or appreciation, different technology standards, different political and regulatory environments, interest rate and inflation risks, unfavorable tax law changes, less effective protection of intellectual property, and trade barriers. Any or all of these risks may have an effect on operations at Control4 and may hurt profitability.

### Litigation Risk

The industries in which Control4 operates are characterized by the existence of a large number of patents and litigation relating to the infringement of those patents, trade secrets and other intellectual property rights. Given that Control4's solution extends to all aspects of the home, the risk its solution may be subject to infringement allegations is exacerbated. Currently the company has a limited portfolio of issued patents to assert defenses and counterclaims in response to litigation brought by third-parties. There can be no assurance that any unfavorable outcome of any future litigation would not have a material adverse effect on Control4's operating results, liquidity, or financial position.

### Government Regulation Risk

Control4 is subject to regulation by a variety of government agencies concerning the manufacturing, use, distribution and sale of its products. In particular, if the company's products were to become subject to government regulations regarding the import and export of encryption technology, it would likely increase costs and delays, thus harming its international and domestic sales. Adherence to environmental regulations may increase manufacturing costs or lead to interruptions, which may cause delays in producing new products.

## Company Description

### Business Description

Control4 Corp. provides automation and control solutions for the connected home. It provides consumers with the ability to integrate music, video, lighting, temperature, security, communications and other functionalities into a unified home automation solution that enhances its consumers' daily lives. The company's products and services include controllers, interfaces, audio/video solutions, lighting, climate control products, security, and application software. The company was founded by W. Eric Smith, William B. West, and Mark J. Morgan on March 27, 2003, executed a successful initial public offering on August 2, 2013, and is headquartered in Salt Lake City, Utah.

### History

Founded by Will West, former marketing vice president Mark Morgan and CTO Eric Smith, the company began operations in 2003. All three founders had prior industry experience (West was previously with AMX) and founded Control4 with the goal of bringing home automation to the masses by lowering the

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



expense and deployment complexity relative to market incumbents Crestron and AMX. Instead of having a complex proprietary programming language similar to Crestron and AMX, Control4 focused on making programming as simple as possible, allowing dealers to install and set up new systems quickly without the need to employ highly paid programming technicians. This also allowed owners to program and adjust their personal settings themselves, reducing the after sale strain on the dealer network. The company has spent the last 10 years fine-tuning the software and hardware, expanding the product portfolio, growing its dealer network and establishing interoperability with more than 6,500 third-party components.

## Acquisition History

To date, the company has completed several small acquisitions, which have all been technology and distribution related and have not contributed materially to revenue. In 2010 and 2011, the company acquired intangible assets related to technology that allows users to access and control their homes via iOS and Android-based devices.

## Products & Services

Control4 provides value to consumers and dealers through the competitive differentiation of its software platform. The company generates revenues by embedding its software into a range of physical products that together make up the connected home. The software platform and products are designed to be 1) easy to use from a variety of user interfaces, 2) adaptable to accommodate future devices and technologies, 3) compatible in new and existing homes, 4) affordable and cost-effective throughout installation and ownership and 5) easy to install without major construction or remodeling.

## Software Platform

The foundation of the company's entire product line is the Control4 Home Operating System, known as C4 OS, and the associated application software and software development kits, or SDKs. The software components include:

### Director

Running on the company's controller appliances and certain authorized partner products, Director is responsible for monitoring and receiving events from numerous devices and services, processing those events according to consumer personalized settings, and then sending out commands to the appropriate devices to perform predefined actions.

### Navigator

Displays a graphical user interface on televisions, in-wall and table-top touch panels, smartphones and tablets, as well as list-based devices such as remote controls with LCD text-displays.

### Composer Professional Edition

Enables trained and certified Control4 dealers and installers to design, configure and personalize a Control4 home automation system.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



### Composer Home Edition and Composer Media Edition

Enables consumers to view, manage and configure their own Control4 system using drag-and-drop programs. Allows users to modify simple programs and policies such as changing lighting scenes based on schedules or times of day.

### DriverWorks SDK

Enables dealers, programmers and device manufacturers to independently develop and test custom two-way interface drivers to support the integration of new devices onto the platform or customize an existing driver. So far the DriverWorks SDK has enabled 6,400 different products and services to be incorporated into the Control4 ecosystem.

### Navigator and Application SDKs

Enables third-party dealers and programmers to customize new app functionality within Navigator interfaces on Control4 devices. With around 100 apps today, developers are just starting to respond to the opportunity.

## Products

Control4's products leverage its software platform to provide consumers with a comprehensive and easy-to-use connected home experience. The products are designed and manufactured via contract manufacturers (mostly Sanmina and LiteOn) and certified third-party product partners for sale through the company's dealer network.

### Controller Appliances

As the brains of the smart home, controllers run the Director software to monitor, process and automate events for numerous devices in and around the house. The HC-800, retailing for $999 (note – all prices are before dealer mark-up to end consumers), is a whole home controller appliance. It features a dual core 1.8GHz processor, Internet audio content via embedded Tunein, video/audio intercom capability and MyHome functionality so it works with smartphones, tablets or PCs to control the system. The HC-250, retailing for $599, is a single room controller appliance. It features a 1GHz processor and all the functionality of its larger brother the HC-800.

**HC-800 Whole Home Controller ($999)**



**HC-250 Single Room Controller ($599)**



Source: Control4.com.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



### Interface Devices

Control4 offers touch panels, handheld remotes controls and keypads as interface devices. The company also offers software applications for Apple iOS and Android smartphones and tablets to enable these devices to function as interface devices. Control4 offers a variety of portable and in-wall touch screens with or without cameras in either 5" or 7" models. Similar to Android and iOS smartphones and tablets, the touchscreens rely on icons to control different facets of the home.

**7-Inch Portable Touch Screen With Camera ($999)**



**7-Inch In-Wall Touch Screen ($699)**



Source: Control4.com.

Control4 users can also utilize its line of universal remote controls, including the SR-250 Remote, to control their entire home and replace all the other remotes lying around the house. The SR-250 remote, which retails for $199, communicates through either ZigBee radio frequency or IP and therefore does not need to be "pointed" like a typical infrared remote. Lastly, the Control4 system can also be controlled using wired and wireless configurable keypads. The customizable keypad comes in a variety of colors and finishes and can be configured 37 different ways.

**SR-250 Remote ($199)**



**Control4 Wireless Configurable Keypad ($199)**



Source: Control4.com.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**Audio/Video Equipment**

Control4 offers network-enabled audio amplifiers and switches for versatile multi-room and whole-home audio distribution. The company also offers integrated digital media players and receivers as well as Wi-Fi and Ethernet amplified speaker points for streaming digital audio to speakers in areas without an audio receiver.

Sony and Control4 partnered together to integrate a Control4 controller into Sony's STR-DA2800ES ($1,000) and STR-DA5800ES ($2,100) high-end receivers, thereby eliminating the need for a separate HC-800 ($1,000). Control4 does require a $300 software license activation fee if the license is activated. This partnership is significant as Sony, long considered a leader in high end audio equipment innovation, chose to partner with Control4 to broaden its appeal in the home automation space.

**Sony STR-DA2800ES ($1,000)** **Sony STR-DA5800ES ($2,100)**





Source: Control4.com.

Control4's Wireless Music Bridge ($300) can stream audio including Pandora, Spotify and personal MP3 collections from a smartphone, tablet of computer using Apple's AirPlay (proprietary streaming standard), Bluetooth or DLNA over the Control4 system to any room in the house. The 8-Zone Amplifier ($2,500) can broadcast 120W of high quality sound to up to eight zones in the house from distinct sources.

**Wireless Music Bridge ($300)** **8-Zone Amplifier ($2,500)**







Source: Control4.com.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



Control4's Multi-Tuner ($600) can broadcast up three simultaneous audio sources, including two AM/FM and one XM satellite radio stream to be piped through the Control4 system and listened to throughout the house. The Control4 Dock for iPod ($300) allows the user to access music, videos and pictures from Apple's iPod in any room in the house.

**Multi-Tuner ($600)** **Dock for iPod ($300)**







Source: Control4.com.

### Lighting

Control4 offers a suite of lighting products, including wireless light switches and dimmers and panelized systems that provide personalized control and energy management. Panelized lighting is a newer product for Control4 and allows for all the lighting to be controlled on a remote panel reducing the clutter of multiple light switches on the interior walls of the home. New products will have the ability to measure how much energy is being used by each load and provide suggestions to homeowners for ways to conserve energy and reduce costs.

Control4 offers a variety of dimmers and switches, including the Wireless Keypad Dimmer ($250), which turns a standard light switch into a fully customizable keypad and dimmer. The Wireless Forward Phase Dimmer ($140) is an economical solution for dimming forward phase compatible loads and high-wattage loads such as chandeliers and large banks of recessed lighting.

**Wireless Keypad Dimmer ($250)** **Wireless Forward Phase Dimmer ($140)**





Source: Control4.com.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



The Auxiliary Dimmer ($40) allows for three-way control of a load using existing in-wall three-way wiring to wire directly to any compatible Control4 Dimmer, Switch or Fan-Speed Controller. Control4's Wireless Outlet Dimmer ($130) turns any household plug-in device, like lamps, appliances and electronics, part of the Control4 system by turning a standard outlet into two smart outlets.

| Auxiliary Keypad ($40) | Wireless Outlet Dimmer ($130) |
|---|---|
|  |  |

Source: Control4.com.

### Thermostats

Control4's Wireless Thermostat ($250) offers smart temperature control to a home by offering up to six adjustable set points per day. Using 4Sight, owners to can set and control the temperature inside their homes remotely using a smartphone, tablet or computer. Priced in line with the Nest Thermostat, Control4's thermostat can be set for a heating and cooling schedule personalized for one's lifestyle or can be set to adjust based on outside temperature, season or time of day. However, unlike the Nest version, it does not currently have the functionality to "learn" over time based on the occupant's historical adjustments. The Wireless Fan Speed Controller ($190) wall panel allows ceiling fans to be connected to the Control4 system and incorporated into the personalized climate schedule.

| Wireless Thermostat ($250) | Wireless Fan Speed Controller ($190) |
|---|---|
|  |  |

Source: Control4.com.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Security

Control4 sells a variety of security products directly and together with its partners such as Baldwin, Card Access, Kwikset and Yale, the company offers deadbolts, door and window sensors, garage access systems and water leak detection systems to protect and control access to the home. The Control4 Door Station ($800) is a video and audio intercom, which enables homeowners to interact with anyone outside their front door without getting up off the couch by leveraging the Control4 system to bring real-time audio and video to a smartphone, TV, computer or tablet. The Baldwin Home Connect ZigBee Deadbolt Lock ($565) uses ZigBee wireless technology to connect to the Control network. Allows the homeowner to lock and unlock the door remotely via the Internet, smartphone or tablet. Ideal use case is letting someone into to your locked house from the office or while on vacation without giving them a key such as housecleaners or repairmen.

**Door Station ($800)** | **Baldwin Home Connect ZigBee Deadbolt ($565)**





Source: Control4.com.

## Communication/Intercom

By combining in wall and portable touchscreens with cameras, door stations and tablets/smartphones you effectively have created an audio and video intercom system for your home, inside and out.

## Subscription Services

Control4's 4Sight subscription service ($99 annually) enables 24x7 home monitoring and control from virtually anywhere, remote home programming and support by Control4 technicians and instant email alerts based on home events to keep users in the know.

## Channel & Distribution

Control4 sells its products through a distribution network of more than 2,800 active direct dealers and distributors in 81 countries. Each dealer must go through extensive training and pass required certification exams to become a licensed Control4 dealer. The training and testing takes place in Control4 owned and operated training facilities in the U.S. and U.K. or at dealer owned facilities in other markets.

Control4 did not have a single dealer account for more than 5% of its revenue at the end of 2010, 2011, 2012 or for the three months ended March 2012. Dealers typically do not carry significant levels of inventory, which aids in reducing dealer returns. Dealers are responsible for their own local marketing, selling, installing and servicing of the consumer.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**Control4 Dealer and Controller Growth**




Source: Control4 and Raymond James research.

As seen in the graph above, North America dealers grew at a three year CAGR of 13% from 2009 to 2012, while International dealers grew at a 47% CAGR over the same period off a smaller base. Taken together, total dealer growth was 17% from 2009 to 2012. Tracking controller growth can be a bit misleading because newer controllers are far more scalable than previous versions, so each home needs far fewer. Despite this, controller units sold grew at a CAGR of 23% from 2009 to 2012. The company is not privy to how many installations are being sold through its dealer network, but we believe the majority of installations use just one controller. However for larger homes and more complex installations, multiple controllers are often deployed.

## Manufacturing

Control4 outsources the manufacturing of its hardware products to contract manufacturers based in Asia. The company relied on Sanmina and LiteOn facilities in southern China for 82% of its inventory purchases in 2012. In addition to these two key partners, Control4 utilizes six other contract manufacturers located throughout Asia for various other products. All hardware is shipped from Asia directly to Salt Lake City where it is redirected to individual channel distributor and dealer partners. The company plans to have six weeks of inventory in hand or in transit at all times. Control4 maintains fulfillment centers in Salt Lake City to serve its North America dealer network and York, England to serve its International dealer network.

The company maintains multiple sources for most hardware components but does depend on a single source for certain critical components, including processors, memory modules and touch panels. In general component changes are only made in conjunction with new product development.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Revenue Segments

Historically, Control4 has generated the vast majority of its revenue in North America. In 2010, North America (U.S. & Canada) made up 84% of total revenues. By 2012, the U.S. and Canada share of total revenues had dropped to 75% as the non-North America revenue growth outpaced North America, growing 67% in 2011 and 41% in 2012 as shown in the graph below.

**Control4 Revenue by Geographical Segment**




Source: Control4 and Raymond James research.

Control4 reports revenue from sales through its dealer and distributor network as Core revenue. Other revenue refers to sales attributable to products sold to hotels and other multi-dwelling units and certain other revenue from discontinued product lines. As shown in the graph below, Core revenue from both North America and International makes up the vast majority of Control4's total revenue, representing 95% in 2011 and 96% in 2012. Once again, the International segment is growing faster than North America revenue as International Core grew 46% in 2012 vs. 14% for North America Core revenue.

**Control4 Revenue by Reporting Segment**




Source: Control4 and Raymond James research.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



The table to the right shows the functionality Control4 customers opt for when installing the company's solutions.

As shown in the table, 100% of Control4 customers integrate their home video into the Control4 platform with music being the second most popular functionality to integrate. This may be a result of the fact a large percentage of Control4's dealers were or still are home theater installers prior to becoming home automation providers. This is particularly true in North America where the majority of interest in home automation begins with the desire to control home entertainment compared to Europe where lighting and temperature are a relatively more popular driver of customer adoption.

**Control4's Installed Solutions Functionalities**

| | |
|---|---|
| Video | 100% |
| Music | 57% |
| Lighting | 48% |
| Communications | 32% |
| Security | 29% |
| Temperature | 24% |

Note: More than 75% of installs have integrated two or more of the above functionalities.
Source: Control4 and Raymond James research.

## Financial Analysis

### Historical Performance

From 2010 to 2012, Control4 grew revenue at a CAGR of 21% from nearly $75 million to nearly $110 million in 2012. Operating income remained negative over this period, improving from a loss of $15.7 million in 2010 to a loss of $3.1 million in 2012 though it did have a two quarterly operating profits in 2012 and as highlighted below we expect will finish 2013 with its first annual operating profit. Non-GAAP EBIT improved from a loss of $14.3 million in 2010 to a profit of $4.5 million in 2012. The GAAP EPS loss declined from $1.91 in 2010 to $0.18 in 2012, but the company did generate a non-GAAP EPS profit of $0.15 per share in 2012. Free cash flow losses improved during this period as the company continued to invest in the business. In 2012, the company posted its first positive cash flows from operations after making adjustments for stock based compensation.

| Fiscal Year - December<br>$ thousands (ex. EPS) | 2010 | 2011 | 2012 | 2-Year CAGR |
|---|---|---|---|---|
| **Total Revenue** | **74,925** | **93,376** | **109,512** | 21% |
| Y/Y Growth (%) | 10.6% | 24.6% | 17.3% | |
| Gross Margin (%) | 42.1% | 45.9% | 46.1% | |
| **EBIT** | **(15,721)** | **(3,720)** | **(3,064)** | |
| EBIT Margin (%) | -21.0% | -4.0% | -2.8% | |
| **Non-GAAP EBIT** | **(14,252)** | **(1,707)** | **4,514** | |
| Non-GAAP EBIT Margin (%) | -19.0% | -1.8% | 4.1% | |
| **GAAP EPS** | $ (1.91) | $ (1.55) | $ (0.18) | |
| **Non-GAAP EPS** | **$ (1.74)** | **$ (0.07)** | **$ 0.15** | |
| Y/Y Growth (%) | -91.2% | 96.0% | 314.3% | |
| **Free Cash Flow** | **(15,103)** | **(1,850)** | **(1,369)** | |
| FCF/Share | $ (1.77) | $ (0.74) | $ (0.07) | |
| Y/Y Growth (%) | NA | 87.8% | 26.0% | |

Source: Control4 and Raymond James research.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



Turning to margins, gross margins continued their upward trajectory from 2010 to 2012, climbing 400 bp from 42.1% to 46.1%. As the company progressed towards an operating profit in 2012, EBIT margins improved to -2.8% from -21% in 2010 while non-GAAP margins climbed from -19% in 2010 to 4.1% in 2012.

## Recent Results

### Recent Results / Near-Term Forecast

We expect revenue growth over the next few years to approximate 2012's 17.3% y/y growth rate. For 2013, 2014 and 2015 we are expecting revenue growth of 17.4%, 17.2% and 17%, respectively. As noted above, we anticipate the company will generate its first full-year GAAP operating profit of $3.4 million in 2013, increasing roughly 161% y/y to $8.8 million in 2014 and 87% y/y in 2015. Non-GAAP EBIT is expected to grow from $7.5 million in 2013 to $19.9 million by 2015. GAAP EPS is also expected to turn positive in 2013, increasing from $(0.18) in 2012 to $0.10 in 2013, before more than tripling to $0.33 in 2014 and then nearly doubling in 2015 to $0.62. Over the same period, non-GAAP EPS is expected to increase from $0.15 in 2012 to $0.28 in 2013, $0.46 in 2014 and $0.75 in 2015 for y/y growth of 91.1%, 61.8% and 63% in 2013, 2014 and 2015, respectively. We anticipate annual free cash flow will turn positive for the first time in 2014 at $8.1 million or $0.31 per share before nearly doubling to $15.4 million and $0.59 per share in 2015.

| Fiscal Year - December<br>$ thousands (ex. EPS) | 2012 | 1Q13 | 2Q13E | 3Q13E | 4Q13E | 2013E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **109,512** | **26,571** | **32,200** | **34,000** | **35,800** | **128,571** | **150,694** | **176,312** |
| Y/Y Growth (%) | 17.3% | 17.4% | 16.6% | 18.9% | 16.7% | 17.4% | 17.2% | 17.0% |
| Gross Margin (%) | 46.1% | 49.0% | 50.0% | 49.2% | 49.2% | 49.4% | 50.6% | 51.1% |
| **EBIT** | **(3,064)** | **(1,478)** | **1,272** | **1,300** | **2,286** | **3,380** | **8,834** | **16,559** |
| EBIT Margin (%) | -2.8% | -5.6% | 4.0% | 3.8% | 6.4% | 2.6% | 5.9% | 9.4% |
| **Non-GAAP EBIT** | **4,514** | **(640)** | **2,910** | **2,138** | **3,124** | **7,532** | **12,186** | **19,911** |
| Non-GAAP EBIT Margin (%) | 4.1% | -2.4% | 9.0% | 6.3% | 8.7% | 5.9% | 8.1% | 11.3% |
| **GAAP EPS** | $ (0.18) | $ (0.08) | $ 0.02 | $ 0.05 | $ 0.08 | $ 0.10 | $ 0.33 | $ 0.62 |
| **Non-GAAP EPS** | **$ 0.15** | **$ (0.02)** | **$ 0.08** | **$ 0.09** | **$ 0.12** | **$ 0.28** | **$ 0.46** | **$ 0.75** |
| Y/Y Growth (%) | 314.3% | | | | | 91.1% | 61.8% | 63.1% |
| **Free Cash Flow** | **(1,369)** | **(4,368)** | **(1,730)** | **1,215** | **2,158** | **(2,726)** | **8,087** | **15,398** |
| FCF/Share | $ (0.07) | $ (0.22) | $ (0.08) | $ 0.05 | $ 0.08 | $ (0.12) | $ 0.31 | $ 0.59 |
| Y/Y Growth (%) | -26.0% | | | | | -71.4% | 358.3% | 90.3% |

Source: Control4 and Raymond James research.

Turning to margins, we anticipate the company will again be able to improve gross margins 500 bp in three years, going from 46.1% in 2012 to 51.1% in 2015 as revenues increase and the benefits of scale materialize. Non-GAAP EBIT margins are expected to nearly triple from 4.1% in 2012 to 11.3% in 2015.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



Focusing on the recently completed June quarter, which the company will report financial results for on August 29, we expect revenue of $32.2 million, up 16.6% y/y and 21.2% sequentially. June is a seasonally stronger quarter than March for Control4 as the company's revenues typically increase each quarter throughout the year with December being the strongest. We expect the company to post a non-GAAP operating profit of $2.9 million on EBIT margins of 9%. Finally, non-GAAP EPS is expected to be $0.08 while guidance for the September quarter will likely have revenue in the range of $34 million and non-GAAP EPS of $0.09.

## Long-Term Forecast

Looking out over the next few years, we anticipate strong double digit revenue growth will continue as home automation penetrates further into the mainstream marketplace through greater consumer awareness and product portfolio extensions. From 2012 to 2020, we are projecting revenue will grow at a CAGR of 17% from $109.5 million in 2012 to $386.6 million in 2020. As both gross and non-GAAP EBIT margins are expected to continue to improve over this period, non-GAAP EBIT is expected to grow at a CAGR of 40% over this same period to $66.1 million in 2020. During this period we expect gross margins will improve from 46.1% in 2012 to 55.1% in 2020 while non-GAAP EBIT margins climb from 4.1% in 2012 to 17.1% in 2020. Non-GAAP EPS is expected to grow from $0.15 in 2012 to $1.75 in 2020 or a CAGR of 36%.

| Fiscal Year - December<br>$ thousands (ex. EPS) | 2012 | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 8-Year CAGR |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | **109,512** | **128,571** | **150,694** | **176,312** | **206,285** | **241,353** | **282,383** | **330,388** | **386,554** | 17% |
| Y/Y Growth (%) | 17.3% | 17.4% | 17.2% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | 17.0% | |
| Gross Margin (%) | 46.1% | 49.4% | 50.6% | 51.1% | 52.1% | 53.1% | 54.1% | 55.1% | 55.1% | |
| **EBIT** | **(3,064)** | **3,380** | **8,834** | **16,559** | **23,564** | **31,689** | **41,012** | **52,511** | **62,784** | |
| EBIT Margin (%) | -2.8% | 2.6% | 5.9% | 9.4% | 11.4% | 13.1% | 14.5% | 15.9% | 16.2% | |
| **Non-GAAP EBIT** | **4,514** | **7,532** | **12,186** | **19,911** | **26,916** | **35,041** | **44,364** | **55,863** | **66,136** | 40% |
| Non-GAAP EBIT Margin (%) | 4.1% | 5.9% | 8.1% | 11.3% | 13.0% | 14.5% | 15.7% | 16.9% | 17.1% | |
| **GAAP EPS** | $ (0.18) | $ 0.10 | $ 0.33 | $ 0.62 | $ 0.88 | $ 1.17 | $ 1.50 | $ 1.38 | $ 1.63 | |
| **Non-GAAP EPS** | **$ 0.15** | **$ 0.28** | **$ 0.46** | **$ 0.75** | **$ 1.00** | **$ 1.29** | **$ 1.62** | **$ 1.50** | **$ 1.75** | 36% |
| Y/Y Growth (%) | 314.3% | 91.1% | 61.8% | 63.1% | 33.3% | 29.0% | 25.6% | -7.4% | 16.7% | |

Source: Control4 and Raymond James research.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Industry Overview & Outlook

### Historical Backdrop and Market Segmentation

The home automation industry has been around for more than 40 years with the advent of Crestron in the late 1960s followed by AMX in the early 1980s. For most of that time, it remained very small niche industry serving primarily very high end luxury homes. Given the cost of home automation solutions from these two providers, market growth remained limited for many years. In the past 10 years, with the addition of Control4 and other lower cost providers, including Savant, Elan URC and several service providers, among others, the market has begun to expand significantly, finally beginning to reach broader mainstream adoption.

**Subdivisions of Home Automation Industry**




Source: Control4 and Raymond James research.

As shown in the graphic above, the industry can be sub-divided into four groups, luxury, mainstream, point products and managed services. Though historically, the luxury portion of the market has dominated both units and revenues over the years, due to mass market adoption, the vast majority of the growth over the next several years is expected to take place at lower price points near the bottom of the pyramid above.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



### What's the Potential Market?

Given the very low penetration rates today, it is important to understand what the reasonable potential market may be for home automation. As shown below, we highlight some demographic data of U.S. home ownership, and assume that ultimately, annual household income of $100,000 is a reasonable cutoff point from which some form of home automation can be purchased.

Control4's largest market, the U.S., offers a good basis for understanding the potential size of the market in the near term.

**Potential U.S. Market Size**




Source: U.S. Census Bureau 2012, Control4, and Raymond James research.

As shown above, according to the 2012 U.S. Census, there were 2.4 million households with incomes of $250,000 or more. This would be characterized as the Luxury segment of the market. Moving towards the mainstream segment of the market, there were 7.6 million additional households with income between $150,000 and $250,000 for a total of 10 million households with incomes above $150,000. There were 13.8 million households with incomes between $100,000 and $150,000. These top three income brackets starting at $100,000 total 23.8 million total households and represent the likely market opportunity for Control4's installations in the U.S. Below the $100,000 income threshold there are the remaining 93.8 million households in America that are unlikely to be potential customers for Control4, in our opinion.

Ultimately, if 23.8 million households in the U.S. purchase home automation, and we assume average pricing drops to $2,000 (either as accumulated monthly service or one-time charge), and that devices have a five-year average life, that would equate to an annual revenue opportunity of ~$10 billion in the U.S. If we assume the opportunity outside the U.S. is at least as large, we obtain a potential annual market for home automation of $20 billion annually for technology vendors. Although this may seem like a heady figure, keep in mind that annual home appliance revenues were roughly $120 billion globally in 2012 according to Electrolux's 2012 Annual Report, and much of the revenue opportunity in home automation will come from selling appliances such as lighting systems, thermostats, etc. that are part of this $120 billion opportunity.

If we take 23.8 million potential homes as the potential market opportunity for Control4 in the U.S., we believe the total number of homes installed with Control4 in the U.S. is roughly 100,000. This represents substantially less than 1/10th of 1% of the U.S. potential market penetrated to date, and internationally the market penetration is even lower. To put it mildly, this industry remains in the very early stages of

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



growth, with a lot of potential growth if home automation becomes an expected accessory in higher end homes. We believe that today the full home automation market is likely measured in the hundreds of millions of dollars annually, and if we were to add point products and managed services, the total home automation market is likely in the low single-digit billions of dollars, but exact figures are difficult to come by due to definitional issues and a general lack of analysis on the sector given its small size in the overall consumer electronics landscape.

## Competitive Environment

Before we delve into growth expectations, we believe it is important to understand the competitive environment in home automation. We segment the competitors into the market stratification outlined above.

### Luxury

#### Crestron

Founded in 1968 and headquartered in Rockleigh, New Jersey, Crestron is the godfather of home automation. The company relies on a dealer network to sell and install unique home automation solutions relying on a large portfolio of relatively expensive equipment and proprietary programming with the benefit of extreme customization possibilities not achievable on many competing systems. The Crestron PRO2 controller is priced at $3,600, while complete solutions can climb into the tens of thousands of dollars. We note that Crestron has aggressively moved into the commercial market over the past several years as lower cost solutions have disrupted the residential market.

#### AMX

Much like Crestron, AMX, headquartered in Richardson, Texas, was an early innovator in home automation, and competes at the luxury end of the market with relatively high price points justified by substantial customization. The AMX Enova DGX Controller is priced at $9,500. Pricing for complete home systems is subject to overall project scale and complexity, many times done in conjunction with an architect during construction of new homes, can be anywhere from a few thousand to more than a million dollars. Much like Crestron, AMX has also moved into the commercial market where pricing is less sensitive and customization highly valued.

### Luxury/Mainstream

#### Savant

Savant is headquartered in Hyannis, Massachusetts, and its SmartSystem utilizes Apple's Mac mini as its controller (Savant Host Controller) and OS X operating system to run its control software (RacePoint Blueprint). Savant positions itself alongside Apple as a robust yet user friendly home automation system which does not require proprietary programming similar to more expensive alternatives Crestron and AMX. Dealers often comment that its user interface is very intuitive and well designed, and its marketing message as the Apple-friendly solution to home automation has been well received. The HST-4001 Savant Host Controller costs $2,800.

#### Lutron

Headquartered in Coopersburg, Pennsylvania, Lutron does not offer full home automation, but focuses on lighting and shade products, utilizing its ClearConnect RF technology to wirelessly connect lighting, shades


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



and the system controller. Lutron is a premier lighting provider and works with many systems integrators including Control4, AMX and Savant. Lutron's dimmers, switches, remotes and sensors vary in price from $20 up to $360 depending on the model.

**Elan**

Headquartered in Petaluma, California, and founded in 1989, ELAN Home Systems' g! Series Home Control System offers total home automation from almost any device at home or around the world. ELAN's home control system interoperates with nearly all the leading lighting, security, climate and audio/video component manufacturers around. Priced at $3,000, its HC12 System Controller includes the HR2 handheld remote, has a 250GB hard drive, can stream two sources of digital music out and record IP security camera video.

**Vantage**

Like Lutron, Vantage, headquartered in Orem, Utah, is a provider of Luxury lighting control and automation, Vantage utilizes an InFusion Controller as the brain behind its lighting solution, which integrates with other components of home control including audio/video, shades and climate control. The system can be controlled by its Equinox LCD interface, keypad stations, dimmers, remotes and/or iPads/iPhones. InFusion Controller retails for $1,900.

**Leviton Security & Automation**

Leviton, headquartered in New Orleans, Louisiana, acquired HAI (Home Automation Inc.) in 2012 and rebranded as Leviton Security & automation beginning May 1, 2013. The Leviton Omni control system is the home security controller and Lumina provides energy management (lighting, heating and cooling). Additional equipment controls home entertainment. The Leviton OmniPro II Security and Automation Controller is priced at $1,600 and full home solutions are generally priced at the upper end of the mainstream category or lower end of the luxury/mainstream category.

## Mainstream

**Control4**

Headquartered in Salt Lake City, Utah, Control4's Smart Automation solution relies on its HC-800 controller to integrate, control and automate various components of a home's entertainment systems, music, lighting, thermostats, door locks and drapes through interoperability with more than 6,500 existing third party products. The HC-800 Whole Home Controller retails for $600-1,000, while touchscreens range from $700 to $1,000 and Remotes and lighting keypads range from $50 to $200. Pricing for complete projects is generally lower than Luxury/Mainstream providers like Savant.

**URC**

URC or Universal Remote Control was founded in 1991 and is headquartered in Harrison, NY. URC's Total Control system relies on MRX controllers to orchestrate residential functionality including the home theater, multi-room music, lighting, security, climate control and shades. URC's MRX-10 Master Controller costs $700. Android based 7-inch touchscreen, the TKP-7000, retails for $900. iPad app goes for $200. Pricing for entire home systems is roughly in line with Control4 as a complete 8 zone system would cost around $12,000.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Point Solutions

### Nest

Nest Labs or Nest was founded in 2010 and is headquartered in Palo Alto, California. The Nest Learning Thermostat programs itself by tracking what temperatures it is set to at which times of day on which days of the week thereby understanding a pattern to follow. The device helps to reduce energy consumption and lower bills by adjusting heat and AC when residents are not home or asleep. The company likely has ambitions to expand "machine learning" to other facets of the home to broaden its home automation portfolio. The Nest Thermostat retails for $250. Optional professional installation costs $120 for first installation, $25 for each additional.

### Roku

Headquartered in Saratoga, California, Roku makes streaming entertainment devices, ranging from $49 for the Roku LT to $99 for the Roku 3, which offers 1080p HD video playback. Roku allows the users to stream content from the Internet including NetFlix, Hulu, Spotify and HBO GO over their existing TV or home theater. The device offers integrated search allowing the user to find movies to watch regardless of the provider in one single user interface. Content can then be integrated into larger home automation systems and subsequently accessed in multiple rooms.

### Sonos

Headquartered in Santa Barbara, California, Sonos offers wireless music speakers and infrastructure to allow users to stream audio from multiple sources to different rooms inside and outside the house. Using a computer, tablet or smartphone, via a free app, volume and songs can be managed in different rooms all from one interface. Sonos offers a Bridge ($49) to wirelessly stream music from a router to speakers spread throughout a home. The company offers a variety of audio speakers, amps and sub-woofers ranging from $300 to $700.

### TiVo

Headquartered in San Jose, California, TiVo offers a line of digital video recorders (DVRs) and a streaming device similar to Roku or Apple TV. TiVo's Premier line of DVRs replace standard DVR cable boxes from the cable companies while offering a superior user experience and integrated access to Internet content. TiVo Stream ($130) allows users to stream or transfer recorded shows to an iPad, iPhone or iPod Touch. The DVRs are priced from $150 to $400 and require a monthly service fee of $15 or an upfront lifetime fee of $500.

### Logitech/Harmony

Logitech has its global headquarters in Switzerland and its U.S. headquarters in Newark, California. Logitech's Harmony line of universal remotes control home video and audio entertainment centers. Logitech's Harmony Ultimate remote includes a Hub to control devices via radio through closed cabinets, Bluetooth to control game consoles, an app to turn smartphones into personal remotes and control of Philips Hue lighting. Remotes range from $80 for the Harmony 650 to $350 for the Harmony Ultimate. The Harmony Hub separately is priced at $100. We note that Logitech has recently announced that it will cease producing lower priced remotes and focus on price points of $350 and above.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Managed Services

As far as we can tell, all the various service providers offering some sort of home automation for a monthly fee are using one of four underlying technology vendors, Xanboo (purchased by AT&T), Alarm.com, iControl.com, or 4Home (now owned by Arris).

### AT&T/Xanboo

AT&T's smart security package combines 24/7 professional home monitoring powered by a technology platform (Xanboo, purchased by AT&T in 2010) for adding home automation functionality all of which is accessible via smartphone, tablet or PC. Smart Security Package starts at $40 a month plus a one-time fee of $150 for installation. Add-ons including Energy, Water Detection, Camera and Door Lock range from $5 to $10 each additional per month plus one time installation fees.

### Alarm.com

Founded in 2000 and headquartered in Vienna, Virginia, Alarm.com has expanded its focus from home security to offer home automation functionality including remote locks, smart thermostat, video monitoring and more. The company's primary customers are security dealers including Vivint and a host of smaller security providers, which each have their own pricing.

### iControl.com

Headquartered in Redwood City, California with an office in Austin, Texas, iControl offers the typical range of energy management and interactive home security functionality. The platform relies on a 2gb Go!Control controller and an iControl Converge touchscreen. iControl's platform is currently used by offerings from Comcast, Time Warner Cable, Cox Communications, Rogers, ADT's Pulse and others.

### Arris/4Home

Arris is headquartered in Suwanee, Georgia, and 4Home is headquartered in Sunnyvale, CA. Prior to being purchased by Google, Motorola acquired 4Home in 2010. In December 2012, Google sold the set-top box portion of Motorola, which included 4Home to Arris. As far as we are aware, Verizon is the only sizable service provider utilizing the 4Home platform.

### ADT

Founded in 1874 and originally known as American District Telegraph, today ADT and its nearly 16,000 employees is the largest company in the security industry in North America. In recent years ADT has leveraged its vast home security customer base to offer home automation functionality in the form of its ADT Pulse Automation Solutions. With Pulse, ADT customers are able to control their security system, including viewing secure video, lighting and temperature settings remotely. ADT Pulse with remote lock/unlock door control, lighting, temperature and remote secure video is $58/month with a three-year contract and a $500 upfront installation fee. We believe ADT utilizes iControl as the underlying cloud-based technology to power its ADT Pulse solution.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**Comcast/Xfinity**

The Control 100 and 150 packages offer home automation only, with the 100 package including lighting, appliance and thermostat control via smartphone, tablet or computer while the 150 package adds enhanced video monitoring. Secure 300 and 350 packages add 24/7 professional home monitoring along with the home automation functionality. Control 100 package starts at $15/month and can be self-installed or include a professional installation fee of $100. Control 150 is $20/month with the same installation options. Secure 300 is $40/month with a $100 professional installation fee. Control 350 is $50/month with a $400 installation fee.

**Rogers**

Rogers, one of the largest telecom service providers in Canada offers home monitoring solutions on an a la carte basis beginning with a base rate of $20/month service cost and an additional $5/month touchpad rental. Additional services on top of the base rate include 24x7 home security monitoring for $13/month, live video monitoring for $7/month, and the following services all for $3.50/month each: smoke/fire detection, carbon monoxide detection, water leak monitoring, wireless two-way voice directly from the touchpad, thermostat control, lighting & small appliance control and video & picture storage. Total cost for all the available services is $69.50.

**Verizon**

Verizon's Home Monitoring and Control Starter Kit includes one gateway device, one indoor camera, one indoor light module and one welcome kit with installation guide, cords and wires. Additional a la carte accessories including appliance modules, outdoor cameras and door & window sensors, etc. can be added for additional charges. The Starter Kit costs $130 (billed in three monthly installments) plus $10 per month. A la carte equipment including door locks, door & window sensors, lighting modules range in price from $40 to $160. Regardless of additional equipment, the monthly fee remains $10 a month. We believe the Verizon solution is powered by cloud-based software from 4Home, now owned by Arris.

**Vivint**

Founded as APX Alarm in 1999, Vivint which changed its name in 2011 is now headquartered in Provo, Utah, and is the second largest security vendor in the U.S. residential market. Its Energy Management solution costs $58/month and includes a smart thermostat, touchscreen panel, window/door sensors and much more. The Home Automation package, priced at $69/month includes everything in the Energy Management package plus video surveillance and automatic door locks.

For a relatively small market, the competitive dynamics within home automation are complex, as noted above. However, the growth rates have been, and are expected to remain robust.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Home Automation Competitor Matrix

| Type | Competitor | TV/Video | Audio | Lighting | Blinds/Shades | Thermostat | Security | Controller Price |
|---|---|---|---|---|---|---|---|---|
| *Luxury Providers* | Crestron | x | x | x | x | x | x | $3,600 |
| | AMX | x | x | x | x | x | x | $9,500 |
| *Luxury/Mainstream* | Savant | x | x | x | x | x | x | $2,800 |
| | Lutron | | | x | x | | | $600 |
| | ELAN | x | x | x | x | x | x | $3,000 |
| | Vantage | | | x | x | | | $1,900 |
| *Mainstream* | Control4 | x | x | x | x | x | x | $600 - $1,000 |
| | URC | x | x | x | x | x | x | $700 |
| *Point Products* | HAI/Leviton | | | x | x | x | x | $1,600 |
| | Nest | | | | | x | | NA |
| | Roku | x | x | | | | | NA |
| | Sonos | | x | | | | | NA |
| | TiVo | x | x | | | | | NA |
| | Logitech | x | x | x | | | | NA |
| *Managed Services* | ADT | | | x | | x | x | Cloud |
| | Comcast/Xfinity | | | x | | x | x | Cloud |
| | Rogers | | | x | | x | x | Cloud |
| | Verizon | | | x | | x | x | Cloud |
| | Vivint | | | x | | x | x | Cloud |
| | AT&T/Xanboo | | | x | | x | x | Cloud |
| | Alarm.com | | | x | | x | x | Cloud |
| | iControl.com | | | x | | x | x | Cloud |
| | Arris/4Home | | | x | | x | x | Cloud |

Source: Company websites and Raymond James research.

The table above summarizes the breadth of solutions offered by the various home automation competitors.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Growth Rates

The graph below forecasts the expected unit volume growth for the industry from 2011 to 2017 using data from ABI Research. We note that this unit growth includes any connected device (thermostat, light switch, etc.) and not just controllers.

**Home Automation System Shipments Forecast by Type**




Source: ABI Research and Raymond James research.

Though the Luxury segment has historically dominated the revenue pie due to high ASPs, based on units, it is far behind the Managed Services segment and is expected to be the slowest grower at 21% CAGR from 2011 to 2017. Going forward, Managed Services (42% CAGR) will continue to extend its volume market share lead by serving a larger customer base at lower price points and with limited upfront investment. Meanwhile, the Mainstream segment (Control4's target market) is expected to post the best growth rates at a 71% CAGR from 2011-2017. DIY/Point Products are expected to grow at a 41% CAGR over the same period. The reality is that at such an early stage of development, calculating exact growth rates five years into the future is little more than guesswork. However, we believe that recent historical revenue growth trends from Control4 and private vendors in the industry support a view that industry revenues have been growing 20%+ for the last several years, and with managed services from service providers just now getting promoted, industry growth rates should accelerate over the next several years, driven by managed services.

We do expect price compression in the home automation market in order to grow the addressable market, but with unit growth rates expected in the high double-digit range for the next several years, we believe Control4 has ample opportunity to grow its core revenues ~20% annually for the next several years, and potentially faster if market penetration accelerates, or Control4 enters the managed services or DIY markets.

If we were to attempt to size annual revenues of home automation technology, we would make an assumption of $5/month for managed services or $60 a year per house, $200 ASP for point products, $3,000 per house in mainstream products, and $25,000 per house in luxury products. We note that this is an attempt to get at technology vendor revenue, and not the services/programming/installation revenue that is typically garnered by dealers and service providers. The table below uses our assumptions for the number of houses and point products sold to arrive at a home automation market size for 2013.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**2013 Home Automation Market Size**

| Type | Number of Units | Number of Houses | Cost per Unit | Cost per House | Cost per Annual Subscription * | Revenue |
|---|---|---|---|---|---|---|
| Managed Services | | 2,000,000 | | | $60 | $120,000,000 |
| DIY/Point Products | 1,000,000 | | $200 | | | $200,000,000 |
| Mainstream | | 100,000 | | $3,000 | | $300,000,000 |
| Luxury | | 5,000 | | $25,000 | | $125,000,000 |
| **Total Revenue** | | | | | | **$745,000,000** |

Source: Raymond James research. * $5 per month

Although there is a lot of educated guesswork that is involved, we believe it is reasonable to assume that technology vendor revenue into the home automation space globally is roughly $500 million to $1 billion annually, with the $745 million estimate above serving as a reasonable mid-point estimate. This would give Control4 about 17% market share overall. However, we believe the company is amongst the leaders in the mainstream/luxury market, which its dealer network specializes in.

## Summary

In sum, we believe the home automation market, in totality, is generating revenue for technology vendors of roughly $750 million annually, with Control4 accounting for approximately a 17% share, but far more meaningful in the mainstream automation market in which full home automation solutions are sold through dealer channels. Control4's roughly 20% core revenue growth of late should be sustainable for several more years as unit growth across the industry is expected to continue at a 40% CAGR from 2013 to 2017 according to ABI Research. Over the longer term, we see no reason why the home automation market cannot grow to $20 billion or more in annual revenues as it becomes an expected necessity in high end homes and takes share from the $120 billion annual home appliance market.

Ultimately, Control4's technology may find its way into managed service offerings or DIY offerings, but for the near future, we would expect the company to focus on taking share in the mainstream home automation market, sold through its network of dealers. Although the competitive environment is dynamic and could change dramatically in the future, Control4 is positioned as one of a handful of technology leaders in the nascent stage of this market that has the potential to grow dramatically if home automation becomes an expected accessory in high end homes.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Valuation

As the first dedicated home automation company to go public, Control4 lacks a direct competitor on which to value its shares. We compare Control4 to two distinct peer groups. The first is a set of technology vendors with similar dynamics to Control4 in that they develop proprietary software, but monetize this software through sales of hardware or devices. The second is a set of technology vendors with the rare attributes, like Control4, of having 30% or more EPS growth expected in both 2013 and 2014.

### Is the Comp Group Hardware or Software? Yes.

Fundamentally, Control4 can be viewed as both a computer hardware vendor or a software vendor, two comp groups with vastly different margin structures. With this in mind we have constructed a comp group of tech hardware providers across a variety of industries, including networking and storage, most of whom share Control4's position as a provider of hardware inclusive of proprietary software that allows the company to achieve a margin structure well above commoditized hardware companies (though still below pure software companies). In essence, these are software companies that happen to monetize their software by embedding it on purpose-built hardware.

In addition to this group, we have included a few limited home automation suppliers including Logitech and Universal Electronics, which both make universal remotes (Logitech under the Harmony brand name) to manage home entertainment centers.

**Valuation Analysis**

| Consumer/Enterprise/Industrial Tech | Current Price 8/23/2013 | Change YTD | Lastest Quarter Gross Margin | 2013E EPS | 2014E EPS | 2015E EPS | 2013E P/E | 2014E P/E | 2015E P/E | Mkt. Cap ($Mil) | EV/ Annualized Revenue | 2013E EV/EBITDA | 2013 EPS Growth | 2014 EPS Growth | 2015 EPS Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Control4 - CTRL** | **$ 21.78** | **36.1%** | **49.0%** | **$ 0.28** | **$ 0.46** | **$ 0.75** | **77.8x** | **47.3x** | **29.0x** | **$ 559** | **3.6x** | **54.1x** | **86.7%** | **64.3%** | **63.0%** |
| Apple - AAPL | $ 501.02 | -5.9% | 37.5% | $ 41.19 | $ 46.37 | $ 50.42 | 12.2x | 10.8x | 9.9x | $ 462,942 | 2.4x | 5.7x | -6.6% | 12.6% | 8.7% |
| Cisco - CSCO | $ 23.86 | 21.4% | 58.6% | $ 2.06 | $ 2.16 | NM | 11.6x | 11.0x | NM | $ 129,727 | 1.9x | 5.9x | 11.4% | 4.9% | NM |
| Trimble Naviation - TRMB | $ 25.92 | -56.6% | 49.0% | $ 1.47 | $ 1.72 | $ 2.09 | 17.6x | 15.1x | 12.4x | $ 6,753 | 3.2x | 20.1x | 10.9% | 17.0% | 21.4% |
| Zebra Technologies - ZBRA | $ 47.33 | 20.4% | 47.2% | $ 2.51 | $ 2.90 | $ 3.64 | 18.9x | 16.3x | 13.0x | $ 2,427 | 1.9x | 10.6x | -12.8% | 15.4% | 25.7% |
| Motorola Solutions - MSI | $ 56.74 | 1.9% | 48.8% | $ 4.30 | $ 4.07 | $ 5.18 | 13.2x | 13.9x | 11.0x | $ 15,604 | 1.7x | 8.9x | 33.1% | -5.3% | 27.3% |
| Plantronics - PLT | $ 44.62 | 21.0% | 52.1% | $ 2.82 | $ 3.16 | $ 3.51 | 15.8x | 14.1x | 12.7x | $ 1,948 | 1.9x | 8.4x | 5.2% | 12.1% | 11.1% |
| NetGear - NTGR | $ 29.72 | -24.6% | 28.8% | $ 2.30 | $ 2.65 | $ 2.72 | 12.9x | 11.2x | 10.9x | $ 1,161 | 0.6x | 5.5x | 10.3% | 15.0% | 2.7% |
| Ubiquiti Networks - UBNT | $ 31.75 | 161.5% | 43.8% | $ 1.37 | $ 1.72 | NM | 23.2x | 18.5x | NM | $ 2,828 | 6.6x | 18.7x | 44.2% | 25.5% | NM |
| Aruba Networks - ARUN | $ 17.57 | -15.3% | 70.1% | $ 0.51 | $ 0.69 | $ 0.83 | 34.5x | 25.5x | 21.2x | $ 2,158 | 2.8x | 16.0x | -31.1% | 35.3% | 20.3% |
| Garmin, Inc. - GRMN | $ 40.60 | -0.4% | 55.1% | $ 2.36 | $ 2.39 | $ 2.51 | 17.2x | 17.0x | 16.2x | $ 7,970 | 1.9x | 8.4x | -23.6% | 1.3% | 5.0% |
| ShoreTel - SHOR | $ 4.93 | 16.3% | 61.1% | $ (0.03) | $ 0.08 | $ 0.17 | NM | 64.3x | 29.9x | $ 291 | 0.8x | 12.2x | NM | NM | 115.2% |
| Juniper - JNPR | $ 19.74 | 0.4% | 62.6% | $ 1.22 | $ 1.33 | NM | 16.2x | 14.8x | NM | $ 9,994 | 1.5x | 7.2x | 41.9% | 9.0% | NM |
| Harman Intl Industries - HAR | $ 68.42 | 53.3% | 23.8% | $ 3.07 | $ 3.81 | $ 4.90 | 22.3x | 18.0x | 14.0x | $ 4,771 | 1.0x | 10.0x | 4.8% | 24.0% | 28.6% |
| F5 Networks Inc - FFIV | $ 87.10 | -10.3% | 82.5% | $ 4.59 | $ 5.30 | NM | 19.0x | 16.4x | NM | $ 6,869 | 3.8x | 9.6x | 4.8% | 15.5% | NM |
| Riverbed Technology, Inc - RVBD | $ 16.03 | -18.7% | 71.9% | $ 0.95 | $ 1.12 | $ 1.28 | 16.8x | 14.3x | 12.5x | $ 2,629 | 2.6x | 8.9x | -3.8% | 18.1% | 14.1% |
| NCR Corp - NCR | $ 36.72 | 44.1% | 27.2% | $ 2.75 | $ 3.09 | $ 3.46 | 13.3x | 11.9x | 10.6x | $ 6,198 | 1.3x | 9.2x | 10.6% | 12.2% | 12.1% |
| EMC - EMC | $ 26.38 | 4.3% | 55.2% | $ 1.83 | $ 2.13 | NM | 14.4x | 12.4x | NM | $ 57,350 | 2.0x | 6.1x | 7.6% | 16.4% | NM |
| Universal Electronics - UEIC | $ 31.78 | 64.2% | 27.1% | $ 1.79 | $ 2.05 | NM | 17.7x | 15.5x | NM | $ 490 | 0.8x | 7.8x | 15.6% | 14.3% | NM |
| Logitech - LOGI | $ 7.48 | -0.8% | 35.2% | $ 0.39 | $ 0.59 | $ 0.68 | 19.2x | 12.7x | 11.0x | $ 1,192 | 0.5x | 7.0x | -27.8% | 51.3% | 15.3% |
| ***Total Median*** | | *3.1%* | *49.0%* | *$ 1.95* | *$ 2.15* | *$ 2.62* | *17.2x* | *15.0x* | *12.6x* | | *1.9x* | *8.9x* | *5.2%* | 15.4% | 17.8% |

Note: All Raymond-James covered companies are Raymond James estimates and all non-covered companies are FactSet consensus.
Source: Company reports, FactSet, and Raymond James research.

The table above highlights several valuation metrics that could be applied to the shares of Control4 including P/E, EV/revenue and EV/EBITDA. Given the company just recently turned profitable from an EPS perspective, and we believe both gross and operating margins will improve significantly in the near term, we do not believe this is an appropriate way to value its shares, which are currently trading at 77.8x and 47.3x 2013 and 2014 non-GAAP EPS, respectively.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



We believe it is better to value Control4 on an EV/revenue basis given it is the very early innings of the early stage nature of the company's margin structure. As a platform story, Control4 is focusing on rapid growth in order to establish itself as the "operating system of the home" which over time if it achieves this designation will provide significant margin expansion.

With this in mind, CTRL is currently trading at a 3.6x EV/revenue multiple based on annualized expected 3Q revenues of $34 million. Compared to its comp group, this is well above the median of 1.9x. However, the comp group is largely mature, with average revenue growth of 9 % and EPS growth of 5% expected in 2014, vs. 17% revenue growth and 64% EPS growth expected for Control4.

Using expected 2014 growth rates, we expect EPS growth to remain elevated for Control4 at 64.3%, though down from 86.7% in 2013. Comparing today's EV/revenue multiple vs. 2014 EPS growth for Control4 and the comp group above puts it the equity valuation in context of its expected earnings growth. The chart below would suggest that Control4 would be on a reasonable valuation trend line at an EV/revenue valuation of roughly 4.0x, which would equate to $24/share.

**Control4 Comp Group EV/Revenue vs. 2014E EPS Growth**




Source: FactSet and Raymond James research.

As shown above, there is a clear positive correlation between expected EPS growth and the EV/revenue multiple expected within this comp group, which a grouping of valuations of roughly 2x EV/revenues when EPS growth slows to roughly 10%. Control4 is a clear outlier on this chart, but its 64% expected EPS growth would equate to an EV/revenue multiple of 4.0x in order to be on the trend line above.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Scarcity of Growth in Public Equity

One of the dynamics of today's public equity market that Control4 will likely continue to benefit from is the scarcity of growth given the weak global economy. Below we outlined every technology vendor (other than semiconductors) that we could find with expectations of 30% EPS growth in both 2013 and 2014 (we expect Control4 to grow 86.7/64.3% respectively) with at least 10% top line growth potential.

### Valuation Analysis

| Hardware/Software | Current Price 8/23/2013 | Change YTD | Lastest Quarter Gross Margin | 2013E EPS | 2014E EPS | 2015E EPS | 2013E P/E | 2014E P/E | 2015E P/E | Mkt. Cap ($Mil) | EV/ Annualized Revenue | 2013E EV/EBITDA | 2013 EPS Growth | 2014 EPS Growth | 2015 EPS Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Control4 - CTRL** | **$ 21.78** | **36.1%** | **49.0%** | **$ 0.28** | **$ 0.46** | **$ 0.75** | **77.8x** | **47.3x** | **29.0x** | **$ 559** | **3.6x** | **54.1x** | **86.7%** | **64.3%** | **63.0%** |
| Calix - CALX | $ 12.92 | 68.0% | 42.3% | $ 0.57 | $ 0.83 | NM | 22.7x | 15.6x | NM | $ 635 | 1.5x | 14.7x | 280.0% | 45.6% | NM |
| Palo Alto Networks - PANW | $ 47.70 | -10.9% | 72.7% | $ 0.19 | $ 0.28 | $ 0.46 | 251.1x | 170.4x | 103.7x | $ 3,319 | 7.2x | 61.0x | 11.8% | 47.4% | 64.3% |
| Ultimate Software - ULTI | $ 144.17 | 52.7% | 58.3% | $ 1.41 | $ 1.87 | NM | 102.2x | 77.1x | NM | $ 4,163 | 10.5x | 46.6x | 39.6% | 32.6% | NM |
| FleetMatics - FLTX | $ 44.27 | 76.0% | 71.7% | $ 0.81 | $ 1.06 | $ 1.59 | 54.4x | 41.8x | 27.8x | $ 1,613 | 9.0x | 28.4x | 47.9% | 30.3% | 50.0% |
| Gigamon - GIMO | $ 35.51 | 54.4% | 72.2% | $ 0.35 | $ 0.36 | NM | 102.0x | 98.6x | NM | $ 683 | 4.5x | 30.6x | 20.9% | 3.4% | NM |
| Splunk - SPLK | $ 50.21 | 73.0% | 88.3% | $ (0.01) | $ 0.12 | $ 0.23 | NM | 418.0x | 218.0x | $ 5,122 | 20.9x | 902.0x | NM | NM | 91.7% |
| InfoBLOXX - BLOX | $ 33.97 | 89.0% | 77.6% | $ 0.31 | $ 0.49 | $ 0.78 | 108.1x | 69.0x | 43.7x | $ 1,673 | 6.4x | 47.8x | 161.8% | 56.8% | 58.0% |
| Ubiquiti Networks - UBNT | $ 31.75 | 161.5% | 43.8% | $ 1.37 | $ 1.72 | NM | 23.2x | 18.5x | NM | $ 2,828 | 6.6x | 18.7x | 44.2% | 25.5% | NM |
| KVH Industries - KVHI | $ 13.22 | -5.4% | 41.7% | $ 0.45 | $ 0.64 | NM | 29.4x | 20.7x | NM | $ 201 | 1.1x | 10.1x | 73.1% | 42.2% | NM |
| Qlik Technologies - QLIK | $ 34.75 | 60.0% | 86.5% | $ 0.38 | $ 0.57 | $ 0.79 | 91.7x | 61.4x | 44.2x | $ 3,033 | 6.5x | 50.3x | 45.7% | 49.5% | 38.9% |
| ***Total Median*** | | ***60.0%*** | ***71.7%*** | ***$ 0.38*** | ***$ 0.57*** | ***$ 0.76*** | ***84.8x*** | ***61.4x*** | ***43.9x*** | | ***6.5x*** | ***46.6x*** | ***46.8%*** | ***43.9%*** | ***60.5%*** |

Note: All Raymond-James covered companies are Raymond James estimates and all non-covered companies are FactSet consensus.
Source: Company reports, FactSet, and Raymond James research.

As one can see, the list is very limited, and valuations tend to be quite elevated given the lack of secular growth stories in technology in the public equity markets today. Median P/E multiples are 43.9x 2015 estimates and EV/revenues are 6.5x on a LQA basis. CTRL shares are trading at less than 45% of the EV/revenue multiple of this peer group, a 35% P/E discount based on 2015 expectations. Although we would expect Control4 to maintain a discounted revenue valuation to this group given its lower gross margin and lower terminal operating margins than many of the pure software vendors, we expect the paucity of strong earnings growers in today's public equity market to continue to support the shares of CTRL over the near to intermediate term.

## Valuation Summary

In summary, we believe Control4 is somewhat difficult to value due to the early stage nature of its growth, and lack of clear comparables. However, we believe the lack of 30% or more EPS growers in the public equity markets will continue to support CTRL shares for the next several years, as the company is trading at a meaningful 35-40% discount to a group of tech vendors with similar growth profiles. Based on where we believe CTRL will ultimately be valued when its growth matures, we believe a $24 price target makes sense, as it fits nicely on a trend line of EV/revenues and growth metrics relative to its closest (but slower growing) peers. Therefore we are setting our price target for shares of Control4 at $24 and initiating with an **Outperform** rating.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Management Team

### Employees, Management and Directors

#### Employees

As of March 31, 2013, Control4 had 333 full-time employees worldwide, with 310 located in the United States and 23 located internationally. The company has never had a work stoppage among its employees and no personnel are represented by a labor union.

#### Directors

Control4's board of directors is comprised of eight directors, six of which are independent. Directors are nominated by the nominating and corporate governance committee and serve for three-year terms with staggered reelections by class.

**Martin Plaehn, President, CEO and Director:** Plaehn has served as President and CEO since September 2011. Prior to joining Control4, Plaehn served as senior vice pesident of product and service development at RealNetworks from 2010 to 2011. Between 2008 and 2010, Plaehn served as an advisor to CEOs, executive teams and investors in technology companies. Prior to that, Plaehn was president and CEO of Bungee Labs, a cloud computing and platform-as-a-service company from 2006 to 2008.

**William West, Co-founder, Chief Strategy Officer and Chairman:** West co-founded Control4 in March 2003 and has served as the chairman of the board since October 2011. From 2003 to 2011, Mr. West served as CEO of Control4 and prior to that West co-founded STSN (now known as iBAHN) and PHAST Corporation, a manufacturer of high-end home automation equipment. West holds an MBA from the University of Pennsylvania's Wharton School and the Chartered Financial Analyst designation.

**Rob Born, Director:** Born has been a member of the board of directors since June 2011. Born joined Thomas Weisel Partners in 2001 and is currently managing the fund as a partner.

**David Habiger, Director:** Habiger has been a member of the board of directors since September 2012. From 2011 to 2012, Habiger served as CEO of NDS Group Ltd., a provider of video software and content security solutions, until the business was acquired by Cisco Systems. From 2005 to 2011, Habiger served as CEO of Sonic Solutions, a provider of digital media until its sale to Rovi Corporation.

**Len Jordan, Director:** Jordan has been a member of the board of directors since June 2004. Jordan has served as the managing director of Madrona Venture Group since 2012 and joined Madrona in 2010. Additionally, Jordan has served as a general partner of Frazier Technology Ventures since 2004. Prior to joining Frazier, Jordan served as a senior vice president at RealNetworks.

**Christopher Paisley, Director:** Paisley has been a member of the board of directors since May 2006. Paisley served as CFO of 3Com Corporation from 1985 to 2000. Paisley also serves as a director on the boards of the following companies, Volterra Semiconductor since 2000, Equinix since 2007, Anbarella since 2012, Fortinet since 2012 and Bridge Capital Holdings since 2011.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**Scott Petty, Director:** Petty has been a member of the board of directors since July 2003. Petty co-founded vSpring Capital (now Signal Peak Ventures) in 2000 and has been a managing director since its formation. Prior to that, Petty was COO and director of Zuka Juice, a nutritional products company, from 1996 to 1999. Prior to that, Petty was a consultant with Bain & Company for seven years.

**Steven Vassallo, Director:** Vassallo has been a member of the board of directors since March 2011. Vassallo joined Foundation Capital in 2007 and has been a general partner since 2011. From 2004 to 2006, Vassallo helped launch Ning, Inc., a consumer Internet service. From 1999 to 2002, Vassallo was director of engineering at Immersion Corporation.

## Management

**Martin Plaehn, President, CEO and Director:** Plaehn has served as President and CEO since September 2011. Prior to joining Control4, Plaehn served as senior vice president of product and service development at RealNetworks from 2010 to 2011. Between 2008 and 2010, Plaehn served as an advisor to CEOs, executive teams and investors in technology companies. Prior to that, Plaehn was President and CEO of Bungee Labs, a cloud computing and platform-as-a-service company from 2006 to 2008.

**Dan Strong, CFO:** Strong joined Control4 as CFO in January 2008. Prior to joining Control4, Strong served as CFO for iBAHN, a broadband networking company serving the hospitality industry, from 2004 to 2008. From 1996 to 2004, Strong served as vice president of financial planning and analysis, vice president and corporate controller and interim CFO at Iomega Corporation, a producer of storage hardware. Strong has also held executive-level corporate finance positions at Campus Pipeline, a developer of a software platform for colleges and universities.

**William West, Co-founder, Chief Strategy Officer and Chairman:** West co-founded Control4 in March 2003 and has served as the chairman of the board since October 2011. From 2003 to 2011, Mr. West served as CEO of Control4 and prior to that West co-founded STSN (now known as iBAHN) and PHAST Corporation, a manufacturer of high-end home automation equipment. West holds an MBA from the University of Pennsylvania's Wharton School and the Chartered Financial Analyst designation.

**Eric Anderson, Senior Vice President, Products:** Anderson joined Control4 in June 2012. Prior to joining the company, Anderson was vice president, product management at NetIQ Corporation, a software company, from 2011 to 2012. From 2006 to 2011, Anderson held various executive positions at Novell, including CTO and vice president of product management. Prior to that, Anderson served in various management positions at BMC Software and Compaq Computer Corporation.

**James Arnold, Senior Vice President, Sales:** Arnold has served as senior vice president of sales for Control4 since February 2007. Prior to joining the company, Arnold served as senior vice president of sales and distribution at DIRECTV from 2002 to 2006.

**Greg Bishop, Vice President and General Counsel:** Bishop has held the roles of vice president and general counsel since March 2008. In January 2013, Bishop was also named Control4's chief compliance officer. Prior to joining the company, Bishop operated his own legal consulting firm, Outsourced GC, PLLC, from 2004 to 2008. From 2002 to 2004, Bishop was general counsel of Murex S.A. in Paris, France, a developer of software solutions for large financial institutions. Prior to that, Bishop held executive-level legal positions at Campus Pipeline, Iomega and Corning.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**Susan Cashen, Senior Vice President, Marketing:** Cashen joined Control4 in 2009, originally managing marketing for the company's energy business unit before becoming senior vice president of marketing in June 2010. Prior to joining Control4, Cashen served as vice president of marketing at MyWaves, a mobile video service, from 2006 to 2009. Before MyWaves, Cashen served as the vice president of communications and vice president of marketing at TiVo from 2000 to 2005.

**Jeff Dungan, Senior Vice President, Business Development and Supply Chain/Manufacturing:** Dungan has held the position of senior vice president of supply chain/manufacturing since June 2006 and the role of senior vice president for business development since April 2010. Prior to joining the company, Dungan help positions at BEA Systems from 2001 to 2006 including senior director of information technology operations and general and administrative business solutions.

**Michael Werdann, Vice President, Worldwide Sales, Retail Business Unit:** Werdann has served as vice president of Americas Sales since 2003. From 1998 to 2003, Werdann worked at NETGEAR starting as Regional Sales Director, later becoming the Director of Sales, E-Commerce & DMR for the U.S. From 1995 to 1998, Werdann worked at Iomega Corporation as the U.S. Sales Director for VARs.

## Conclusion

Control4 has spent 10 years developing a strong technological asset to give itself a very formidable position in which to compete in a home automation market, which is likely to grow dramatically as consumers come to expect to be able to control and automate all of the devices in their lives. Whether Control4 is still a stand-alone company 5-10 years from now is hard to predict, as we expect the home automation market to attract significant attention from players in the home appliance, consumer electronics and computing industries. However, whether independent or as part of a larger entity, we believe the company's core software goes a long way towards solving a very difficult problem related to automating thousands of disparate, non-standard devices, and that this asset can be leveraged to grow revenues and earnings for many years into the future. Although difficult to value due to the lack of direct comparables and the early stage nature of the opportunity, the shares trade at a very meaningful discount to other technology companies with 30% or more EPS growth outlooks, and we believe $24 represents a reasonable price target in the near term based on its growth outlook.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**Control 4 Corporation**
**Table 1: Consolidated Income Statement**
**(December Fiscal Year, $-Thousands except per share figure**

| (000s) | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 2012 | 1Q13 | 2Q13E | 3Q13E | 4Q13E | 2013E | 1Q14E | 2Q14E | 3Q14E | 4Q14E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenues** | **93,376** | **22,628** | **27,614** | **28,605** | **30,665** | **109,512** | **26,571** | **32,200** | **34,000** | **35,800** | **128,571** | **31,354** | **37,674** | **39,780** | **41,886** | **150,694** | **176,312** |
| Cost of Goods Sold | 50,534 | 12,466 | 14,326 | 16,758 | 15,515 | 59,065 | 13,550 | 16,100 | 17,272 | 18,186 | 65,108 | 15,834 | 18,837 | 19,492 | 20,315 | 74,478 | 86,257 |
| **Gross Profit** | **42,842** | **10,162** | **13,288** | **11,847** | **15,150** | **50,447** | **13,021** | **16,100** | **16,728** | **17,614** | **63,463** | **15,520** | **18,837** | **20,288** | **21,571** | **76,216** | **90,055** |
| Operating Expenses: | | | | | | | | | | | | | | | | | |
| Research and development | 19,211 | 4,813 | 5,148 | 5,158 | 5,191 | 20,310 | 6,066 | 6,200 | 6,500 | 6,700 | 25,466 | 7,279 | 7,440 | 7,475 | 7,705 | 29,899 | 32,889 |
| Sales and marketing | 17,546 | 5,038 | 5,108 | 5,333 | 4,703 | 20,182 | 5,605 | 5,700 | 5,900 | 5,500 | 22,705 | 6,166 | 6,270 | 6,490 | 6,050 | 24,976 | 27,473 |
| General and administrative | 9,805 | 2,532 | 2,663 | 2,471 | 2,484 | 10,150 | 2,828 | 2,928 | 3,028 | 3,128 | 11,912 | 2,969 | 3,074 | 3,179 | 3,284 | 12,508 | 13,133 |
| Restructuring expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Litigation reserves | - | - | - | 2,869 | - | 2,869 | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Expenses | 46,562 | 12,383 | 12,919 | 15,831 | 12,378 | 53,511 | 14,499 | 14,828 | 15,428 | 15,328 | 60,083 | 16,414 | 16,784 | 17,144 | 17,039 | 67,382 | 73,495 |
| **Operating Income** | **(3,720)** | **(2,221)** | **369** | **(3,984)** | **2,772** | **(3,064)** | **(1,478)** | **1,272** | **1,300** | **2,286** | **3,380** | **(894)** | **2,053** | **3,143** | **4,532** | **8,834** | **16,559** |
| Addback: Depreciation & Amortization | 3,767 | - | - | - | - | 4,854 | 1,418 | 1,418 | 1,423 | 1,428 | 5,687 | 1,434 | 1,439 | 1,444 | 1,449 | 5,766 | 5,853 |
| **EBITDA** | **47** | **(2,221)** | **369** | **(3,984)** | **2,772** | **1,790** | **(60)** | **2,690** | **2,723** | **3,714** | **9,067** | **540** | **3,491** | **4,588** | **5,981** | **14,600** | **22,412** |
| Interest income (expense), net | (392) | (62) | (73) | (63) | (66) | (264) | (75) | (75) | (75) | (75) | (300) | 50 | 50 | 50 | 50 | 200 | 200 |
| Other income (expense) | 227 | (400) | 223 | (45) | (32) | (254) | 26 | (800) | - | - | (774) | - | - | - | - | - | - |
| Pretax Income | (3,885) | (2,683) | 519 | (4,092) | 2,674 | (3,582) | (1,527) | 397 | 1,225 | 2,211 | 2,306 | (844) | 2,103 | 3,193 | 4,582 | 9,034 | 16,759 |
| Pretax Income | (3,885) | (2,683) | 519 | (4,092) | 2,674 | (3,582) | (1,527) | 397 | 1,225 | 2,211 | 2,306 | (844) | 2,103 | 3,193 | 4,582 | 9,034 | 16,759 |
| Provision for income taxes | - | - | - | - | 141 | 141 | (56) | 50 | 50 | 94 | 138 | 125 | 125 | 125 | 125 | 500 | 500 |
| **GAAP Net Income** | **(3,885)** | **(2,683)** | **519** | **(4,092)** | **2,533** | **(3,723)** | **(1,471)** | **347** | **1,175** | **2,117** | **2,168** | **(969)** | **1,978** | **3,068** | **4,457** | **8,534** | **16,259** |
| Other comprehensive income | | | | | | (1,532) | | | | | | | | | | | |
| GAAP EPS | $ (1.55) | $ (1.07) | $ 0.02 | $ (0.19) | $ 0.12 | $ (0.18) | $ (0.08) | $ 0.02 | $ 0.05 | $ 0.08 | $ 0.10 | $ (0.04) | $ 0.08 | $ 0.12 | $ 0.17 | $ 0.33 | $ 0.62 |
| **Non-GAAP EPS (ex-amort & stock comp)** | **$ (0.19)** | **$ (0.78)** | **$ 0.06** | **$ 0.06** | **$ 0.16** | **$ 0.18** | **$ (0.03)** | **$ 0.10** | **$ 0.09** | **$ 0.12** | **$ 0.28** | **$ (0.01)** | **$ 0.11** | **$ 0.15** | **$ 0.20** | **$ 0.46** | **$ 0.75** |
| **pro forma EPS** | **$ (0.07)** | **$ (0.08)** | **$ 0.04** | **$ 0.05** | **$ 0.13** | **$ 0.15** | **$ (0.02)** | **$ 0.08** | **$ 0.09** | **$ 0.12** | **$ 0.28** | | | | | | |
| **y/y growth** | | | | | | | | **71.1%** | **65.5%** | **-9.6%** | **91.1%** | | | | | | |
| Diluted Shares Outstanding | 2,500 | 2,500 | 21,000 | 21,000 | 21,000 | 21,000 | 19,572 | 20,359 | 23,621 | 25,678 | 22,307 | 25,755 | 25,832 | 25,910 | 25,987 | 25,871 | 26,183 |
| GAAP gross profit | 42,842 | 10,162 | 13,288 | 11,847 | 15,150 | 50,447 | 13,021 | 16,100 | 16,728 | 17,614 | 63,463 | 15,520 | 18,837 | 20,288 | 21,571 | 76,216 | 90,055 |
| Stock-based expenses/Other | 49 | 17 | 18 | 1,858 | 25 | 1,918 | 16 | 16 | 16 | 16 | 64 | 16 | 16 | 16 | 16 | 64 | 64 |
| **Non-GAAP gross margin** | **42,891** | **10,179** | **13,306** | **13,705** | **15,175** | **52,365** | **13,037** | **16,116** | **16,744** | **17,630** | **63,527** | **15,536** | **18,853** | **20,304** | **21,587** | **76,280** | **90,119** |
| **non-GAAP GM** | **45.9%** | **45.0%** | **48.2%** | **47.9%** | **49.5%** | **47.8%** | **49.1%** | **50.0%** | **49.2%** | **49.2%** | **49.4%** | **49.6%** | **50.0%** | **51.0%** | **51.5%** | **50.6%** | **51.1%** |
| GAAP operating income | (3,720) | (2,221) | 369 | (3,984) | 2,772 | (3,064) | (1,478) | 1,272 | 1,300 | 2,286 | 3,380 | (894) | 2,053 | 3,143 | 4,532 | 8,834 | 16,559 |
| Stock-based expenses/Other | 2,013 | 731 | 641 | 5,431 | 775 | 7,578 | 838 | 1,638 | 838 | 838 | 4,152 | 838 | 838 | 838 | 838 | 3,352 | 3,352 |
| Litigation reserves | - | - | - | - | - | - | | | | | - | | | | | - | - |
| In-process research and development | - | - | - | - | - | - | | | | | - | | | | | - | - |
| Restructuring expenses | - | - | - | - | - | - | | | | | - | | | | | - | - |
| **Non-GAAP operating income** | **(1,707)** | **(1,490)** | **1,010** | **1,447** | **3,547** | **4,514** | **(640)** | **2,910** | **2,138** | **3,124** | **7,532** | **(56)** | **2,891** | **3,981** | **5,370** | **12,186** | **19,911** |
| **non-GAAP EBIT Margin** | **-1.8%** | **-6.6%** | **3.7%** | **5.1%** | **11.6%** | **4.1%** | **-2.4%** | **9.0%** | **6.3%** | **8.7%** | **5.9%** | **-0.2%** | **7.7%** | **10.0%** | **12.8%** | **8.1%** | **11.3%** |
| GAAP net income | (3,885) | (2,683) | 519 | (4,092) | 2,533 | (3,723) | (1,471) | 347 | 1,175 | 2,117 | 2,168 | (969) | 1,978 | 3,068 | 4,457 | 8,534 | 16,259 |
| Stock-based expenses/Other | 2,013 | 731 | 641 | 5,431 | 775 | 7,578 | 838 | 1,638 | 838 | 838 | 4,152 | 838 | 838 | 838 | 838 | 3,352 | 3,352 |
| **Non-GAAP net income** | **(1,872)** | **(1,952)** | **1,160** | **1,339** | **3,308** | **3,855** | **(633)** | **1,985** | **2,013** | **2,955** | **6,320** | **(131)** | **2,816** | **3,906** | **5,295** | **11,886** | **19,611** |
| Incremental EBIT margin | 68% | 38% | 23% | 28% | 56% | 39% | 22% | 41% | 13% | -8% | 16% | 12% | 0% | 32% | 37% | 21% | 30% |

Tavis McCourt, CFA /
(615) 665-3644 / (615) 665-3864



© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.
International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**Control 4 Corporation**
**Table 2: Margin and Growth Analysis**
**(December Fiscal Year, $-Thousands except per share figure:**

| | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 2012 | 1Q13 | 2Q13E | 3Q13E | 4Q13E | 2013E | 1Q14E | 2Q14E | 3Q14E | 4Q14E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Margin Analysis** | | | | | | | | | | | | | | | | | |
| **Net revenues** | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Cost of Revenues | 54.1% | 55.1% | 51.9% | 58.6% | 50.6% | 53.9% | 51.0% | 50.0% | 50.8% | 50.8% | 50.6% | 50.5% | 50.0% | 49.0% | 48.5% | 49.4% | 48.9% |
| **Gross profit** | 45.9% | 44.9% | 48.1% | 41.4% | 49.4% | 46.1% | 49.0% | 50.0% | 49.2% | 49.2% | 49.4% | 49.5% | 50.0% | 51.0% | 51.5% | 50.6% | 51.1% |
| **non-GAAP GM** | 45.9% | 45.0% | 48.2% | 47.9% | 49.5% | 47.8% | 49.1% | 50.0% | 49.2% | 49.2% | 49.4% | 49.6% | 50.0% | 51.0% | 51.5% | 50.6% | 51.1% |
| Operating Expenses: | | | | | | | | | | | | | | | | | |
| Research and development | 20.6% | 21.3% | 18.6% | 18.0% | 16.9% | 18.5% | 22.8% | 19.3% | 19.1% | 18.7% | 19.8% | 23.2% | 19.7% | 18.8% | 18.4% | 19.8% | 18.7% |
| Sales and marketing | 18.8% | 22.3% | 18.5% | 18.6% | 15.3% | 18.4% | 21.1% | 17.7% | 17.4% | 15.4% | 17.7% | 19.7% | 16.6% | 16.3% | 14.4% | 16.6% | 15.6% |
| General and administrative | 10.5% | 11.2% | 9.6% | 8.6% | 8.1% | 9.3% | 10.6% | 9.1% | 8.9% | 8.7% | 9.3% | 9.5% | 8.2% | 8.0% | 7.8% | 8.3% | 7.4% |
| Restructuring expenses | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Litigation reserves | 0.0% | 0.0% | 0.0% | 10.0% | 0.0% | 2.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Operating Expenses | 49.9% | 54.7% | 46.8% | 55.3% | 40.4% | 48.9% | 54.6% | 46.0% | 45.4% | 42.8% | 46.7% | 52.4% | 44.6% | 43.1% | 40.7% | 44.7% | 41.7% |
| Operating Income | -4.0% | -9.8% | 1.3% | -13.9% | 9.0% | -2.8% | -5.6% | 4.0% | 3.8% | 6.4% | 2.6% | -2.9% | 5.4% | 7.9% | 10.8% | 5.9% | 9.4% |
| Addback: Depreciation & Amortization | 4.0% | 0.0% | 0.0% | 0.0% | 0.0% | 4.4% | 5.3% | 4.4% | 4.2% | 4.0% | 4.4% | 4.6% | 3.8% | 3.6% | 3.5% | 3.8% | 3.3% |
| **EBITDA** | 0.1% | -9.8% | 1.3% | -13.9% | 9.0% | 1.6% | -0.2% | 8.4% | 8.0% | 10.4% | 7.1% | 1.7% | 9.3% | 11.5% | 14.3% | 9.7% | 12.7% |
| **Non-GAAP EBIT** | -1.8% | -6.6% | 3.7% | 5.1% | 11.6% | 4.1% | -2.4% | 9.0% | 6.3% | 8.7% | 5.9% | -0.2% | 7.7% | 10.0% | 12.8% | 8.1% | 11.3% |
| Interest income, net | -0.4% | -0.3% | -0.3% | -0.2% | -0.2% | -0.2% | -0.3% | -0.2% | -0.2% | -0.2% | -0.2% | 0.2% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Other income (expense) | 0.2% | -1.8% | 0.8% | -0.2% | -0.1% | -0.2% | 0.1% | -2.5% | 0.0% | 0.0% | -0.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Pretax Income | -4.2% | -11.9% | 1.9% | -14.3% | 8.7% | -3.3% | -5.7% | 1.2% | 3.6% | 6.2% | 1.8% | -2.7% | 5.6% | 8.0% | 10.9% | 6.0% | 9.5% |
| Provision for income taxes | 0.0% | 0.0% | 0.0% | 0.0% | 5.3% | -3.9% | 3.7% | 12.6% | 4.1% | 4.3% | 6.0% | -14.8% | 5.9% | 3.9% | 2.7% | 5.5% | 3.0% |
| GAAP Net Income | -4.2% | -11.9% | 1.9% | -14.3% | 8.3% | -3.4% | -5.5% | 1.1% | 3.5% | 5.9% | 1.7% | -3.1% | 5.2% | 7.7% | 10.6% | 5.7% | 9.2% |
| **YOY Growth Analysis** | | | | | | | | | | | | | | | | | |
| Revenues | | | | | | | | | | | | | | | | | |
| **Total Revenues** | 24.6% | 14.6% | 16.2% | 14.9% | 22.9% | 17.3% | 17.4% | 16.6% | 18.9% | 16.7% | 17.4% | 18.0% | 17.0% | 17.0% | 17.0% | 17.2% | 17.0% |
| **Gross profit** | 35.7% | 14.0% | 18.9% | 2.1% | 35.9% | 17.8% | 28.1% | 21.2% | 41.2% | 16.3% | 25.8% | 19.2% | 17.0% | 21.3% | 22.5% | 20.1% | 18.2% |
| **Operating Income** | -76.3% | -28.3% | -197.6% | 398300.0% | -1236.1% | -17.6% | -33.5% | 244.7% | -132.6% | -17.5% | -210.3% | -39.5% | 61.4% | 141.8% | 98.3% | 161.4% | 87.5% |
| **EBITDA** | -100.4% | -28.3% | -197.6% | 398300.0% | -1236.1% | 3708.5% | -97.3% | 629.0% | -168.4% | 34.0% | 406.5% | -999.2% | 29.8% | 68.5% | 61.1% | 61.0% | 53.5% |
| GAAP EPS | -18.6% | 236.8% | -152.5% | -7863.9% | -520.1% | -88.6% | -93.0% | -31.0% | -125.5% | -31.7% | -154.8% | -49.9% | 349.2% | 138.1% | 108.1% | 239.5% | 88.3% |
| non-GAAP EPS | -89.2% | 193.3% | 1518.3% | 45.0% | 409.4% | -197.7% | -95.9% | 76.5% | 33.7% | -27.0% | 54.3% | -84.3% | 11.8% | 76.9% | 77.1% | 61.8% | 63.1% |
| Incremental analysis | | | | | | | | | | | | | | | | | |
| GM | 61.2% | 43.6% | 55.2% | 56.4% | 70.2% | 58.7% | 72.5% | 61.3% | 56.3% | 47.8% | 58.6% | 52.3% | 50.0% | 61.6% | 65.0% | 57.6% | 54.0% |
| EBIT Margin | 68.0% | 38.3% | 23.0% | 28.0% | 56.0% | 38.6% | 21.6% | 41.4% | 12.8% | -8.2% | 15.8% | 12.2% | -0.4% | 31.9% | 36.9% | 21.0% | 30.2% |

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC


**Control 4 Corporation**
**Table 4: Consolidated Balance Sheet**
**(December Fiscal Year, $-Thousands except per share figures)**

| (000s) | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 2012 | 1Q13 | 2Q13E | 3Q13E | 4Q13E | 2013E | 1Q14E | 2Q14E | 3Q14E | 4Q14E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $ 18,468 | | | | $ 18,695 | $ 18,695 | $ 14,573 | $ 12,843 | $ 71,058 | $ 73,215 | $ 73,215 | $ 75,070 | $ 74,569 | $ 77,237 | $ 81,303 | $ 81,303 | $ 96,700 |
| Short-term investments | - | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Gross receivables | 10,662 | | | | 13,078 | 13,078 | 13,255 | 16,100 | 17,000 | 17,900 | 17,900 | 15,677 | 18,837 | 19,890 | 20,943 | 20,943 | 24,503 |
| Allowance for doubtful accounts | - | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts Receivable, net | 10,662 | | | | 13,078 | 13,078 | 13,255 | 16,100 | 17,000 | 17,900 | 17,900 | 15,677 | 18,837 | 19,890 | 20,943 | 20,943 | 24,503 |
| Inventory | 9,497 | | | | 12,515 | 12,515 | 12,538 | 14,977 | 16,067 | 16,918 | 16,918 | 14,729 | 17,523 | 18,132 | 18,897 | 18,897 | 21,882 |
| Deferred costs | - | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Tax Assets | - | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaids and other | 1,519 | | | | 1,871 | 1,871 | 2,183 | 2,183 | 2,183 | 2,183 | 2,183 | 2,183 | 2,183 | 2,183 | 2,183 | 2,183 | 2,183 |
| Total current assets | 40,146 | | | | 46,159 | 46,159 | 42,549 | 46,103 | 106,308 | 110,216 | 110,216 | 107,659 | 113,111 | 117,443 | 123,326 | 123,326 | 145,268 |
| Property & equipment, net | 2,127 | | | | 2,666 | 2,666 | 3,566 | 3,554 | 3,537 | 3,515 | 3,515 | 3,787 | 4,054 | 4,316 | 4,573 | 4,573 | 5,544 |
| Goodwill & Intangible assets | 1,197 | | | | 926 | 926 | 858 | 790 | 722 | 654 | 654 | 586 | 518 | 450 | 382 | 382 | 110 |
| Deferred tax assets - non-current | - | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term investments | - | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other non-current assets | 64 | | | | 887 | 887 | 2,482 | 2,482 | 2,482 | 2,482 | 2,482 | 2,482 | 2,482 | 2,482 | 2,482 | 2,482 | 2,482 |
| Total assets | $ 43,534 | | | | $ 50,638 | $ 50,638 | $ 49,455 | $ 52,929 | $ 113,048 | $ 116,867 | $ 116,867 | $ 114,514 | $ 120,166 | $ 124,691 | $ 130,763 | $ 130,763 | $ 153,404 |
| **Liabilities and Stockholder's Equity** | | | | | | | | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | | | | | | | | |
| Short-term debt | $ 971 | | | | $ 1,321 | $ 1,321 | $ 1,425 | $ 1,425 | $ 1,425 | $ 1,425 | $ 1,425 | $ 1,425 | $ 1,425 | $ 1,425 | $ 1,425 | $ 1,425 | $ 1,425 |
| Accounts payable | 9,813 | | | | 14,435 | 14,435 | 12,917 | 15,206 | 16,312 | 17,176 | 17,176 | 14,954 | 17,791 | 18,409 | 19,186 | 19,186 | 22,216 |
| Accrued liabilities | 4,454 | | | | 6,571 | 6,571 | 6,625 | 6,625 | 6,625 | 6,625 | 6,625 | 6,625 | 6,625 | 6,625 | 6,625 | 6,625 | 6,625 |
| Income taxes payable | 552 | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Current Portion of Notes Payable | - | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred revenue, current | - | | | | 542 | 542 | 1,035 | 1,035 | 1,035 | 1,035 | 1,035 | 1,035 | 1,035 | 1,035 | 1,035 | 1,035 | 1,035 |
| Total current liabilities | 15,790 | | | | 22,869 | 22,869 | 22,002 | 24,291 | 25,397 | 26,261 | 26,261 | 24,039 | 26,876 | 27,494 | 28,271 | 28,271 | 31,301 |
| Deferred income tax liability | - | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred revenue, long-term | - | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt, net of unamortized discount | 1,349 | | | | 1,638 | 1,638 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 | 1,969 |
| Other long-term liabilities | 2,588 | | | | 2,221 | 2,221 | 2,375 | 2,375 | 2,375 | 2,375 | 2,375 | 2,375 | 2,375 | 2,375 | 2,375 | 2,375 | 2,375 |
| Total liabilities | 19,727 | | | | 26,928 | 26,928 | 26,346 | 28,635 | 29,741 | 30,605 | 30,605 | 28,383 | 31,220 | 31,838 | 32,615 | 32,615 | 35,645 |
| Redeemable Preferred Stock | 116,313 | | | | 116,313 | 116,313 | 116,313 | 116,313 | 116,313 | 116,313 | 116,313 | 116,313 | 116,313 | 116,313 | 116,313 | 116,313 | 116,313 |
| Total stockholders' equity | (92,506) | | | | (92,603) | (92,603) | (93,204) | (92,019) | (33,006) | (30,051) | (30,051) | (30,182) | (27,367) | (23,460) | (18,165) | (16,165) | 1,446 |
| **Total liabilities and stockholders' equity** | $ 43,534 | | | | $ 50,638 | $ 50,638 | $ 49,455 | $ 52,929 | $ 113,048 | $ 116,867 | $ 116,867 | $ 114,514 | $ 120,166 | $ 124,691 | $ 130,763 | $ 130,763 | $ 153,404 |
| | - | | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Balance Sheet Metrics** | | | | | | | | | | | | | | | | | |
| BV/Share | $ (37.00) | | | | $ (4.41) | $ (4.41) | $ (4.76) | $ (4.52) | $ (1.40) | $ (1.17) | $ (1.35) | $ (1.17) | $ (1.06) | $ (0.91) | $ (0.70) | $ (0.70) | $ 0.06 |
| Tangible BV/Share | $ (37.48) | | | | $ (4.45) | $ (4.45) | $ (4.81) | $ (4.56) | $ (1.43) | $ (1.20) | $ (1.38) | $ (1.19) | $ (1.08) | $ (0.92) | $ (0.71) | $ (0.72) | $ 0.05 |
| Net Cash | 16,148 | | | | 15,536 | 15,536 | 11,179 | 9,449 | 67,664 | 69,821 | 69,821 | 71,676 | 71,175 | 73,843 | 77,909 | 77,909 | 93,306 |
| Net Cash/Share | $ 6.46 | | | | $ 0.74 | $ 0.74 | $ 0.57 | $ 0.46 | $ 2.86 | $ 2.72 | $ 3.13 | $ 2.78 | $ 2.76 | $ 2.85 | $ 3.00 | $ 3.01 | $ 3.56 |
| Net Working Capital | 5,888 | | | | 4,595 | 4,595 | 5,974 | 8,969 | 9,853 | 10,740 | 10,740 | 8,550 | 11,667 | 12,711 | 13,752 | 13,752 | 17,267 |
| Increase (Decrease) in Working Capital | 5,888 | | | | 4,595 | (1,293) | 1,379 | 2,995 | 883 | 887 | 6,145 | (2,190) | 3,117 | 1,044 | 1,041 | 3,013 | 3,515 |
| Inventory Turnover | 5.3 | | | | 5.0 | 4.7 | 4.3 | 4.3 | 4.3 | 4.3 | 3.8 | 4.3 | 4.3 | 4.3 | 4.3 | 3.9 | 3.9 |
| Days Payable | 69.9 | | | | 83.7 | 88.0 | 85.8 | 85.0 | 85.0 | 85.0 | 95.0 | 85.0 | 85.0 | 85.0 | 85.0 | 92.7 | 92.7 |
| DSOs | 41.1 | | | | 38.4 | 43.0 | 44.9 | 45.0 | 45.0 | 45.0 | 50.1 | 45.0 | 45.0 | 45.0 | 45.0 | 50.0 | 50.0 |
| Cash To Cash Cycle | 39.8 | | | | 28.3 | 32.3 | 43.5 | 44.9 | 44.9 | 44.9 | 50.0 | 44.9 | 44.9 | 44.9 | 44.9 | 49.9 | 49.9 |
| Net Margin | -4.2% | | | | 8.3% | -3.4% | -5.5% | 1.1% | 3.5% | 5.9% | 1.7% | -3.1% | 5.2% | 7.7% | 10.6% | 5.7% | 9.2% |
| Asset Turnover | 2.14 | | | | 0.61 | 2.16 | 0.54 | 0.61 | 0.30 | 0.31 | 1.10 | 0.27 | 0.31 | 0.32 | 0.32 | 1.15 | 1.15 |
| Leverage | (0.47) | | | | (0.55) | (0.55) | (0.53) | (0.58) | (3.43) | (3.89) | (3.89) | (3.79) | (4.39) | (5.31) | (7.20) | (7.20) | 106.10 |
| PF Return on Equity | 4.2% | | | | -10.9% | 4.0% | 6.3% | -1.5% | -14.2% | -28.2% | -7.2% | 12.8% | -28.9% | -52.3% | -98.1% | -47.0% | 1124.5% |
| NOPAT (35% Tax Rate) | (2,418) | | | | 1,802 | (1,992) | (961) | 827 | 845 | 1,486 | 2,197 | (581) | 1,334 | 2,043 | 2,946 | 5,742 | 10,764 |
| Invested Capital | (90,186) | | | | (89,444) | (89,444) | (89,810) | (88,625) | (29,612) | (26,657) | (26,657) | (26,788) | (23,973) | (20,066) | (14,771) | (14,771) | 4,840 |
| Invested Capital less excess cash | (108,654) | | | | (108,139) | (108,139) | (104,383) | (101,468) | (100,670) | (99,873) | (99,873) | (101,858) | (98,541) | (97,304) | (96,074) | (96,074) | (91,860) |
| ROIC | 2.7% | | | | -8.1% | 2.2% | 4.3% | -3.7% | -11.4% | -22.3% | -8.2% | 8.7% | -22.3% | -40.7% | -79.8% | -38.9% | 222.4% |
| ROIC ex-cash | 2.2% | | | | -6.7% | 1.8% | 3.7% | -3.3% | -3.4% | -6.0% | -2.2% | 2.3% | -5.4% | -8.4% | -12.3% | -6.0% | -11.7% |

Tavis McCourt, CFA /
(615) 665-3644 / (615) 665-3864


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**Control 4 Corporation**
**Table 5: Consolidated Statement of Cash Flows**
**(December Fiscal Year, $-Thousands except per share figure**

| (000s) | 2011 | 1Q12 | 2Q12 | 3Q12 | 4Q12 | 2012 | 1Q13 | 2Q13E | 3Q13E | 4Q13E | 2013E | 1Q14E | 2Q14E | 3Q14E | 4Q14E | 2014E | 2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flow From operating Activities | | | | | | | | | | | | | | | | | |
| Net Income | (3,885) | | | | | (3,723) | (1,471) | 347 | 1,175 | 2,117 | 2,168 | (969) | 1,978 | 3,068 | 4,457 | 8,534 | 16,259 |
| Depreciation | 1,615 | | | | | 1,714 | 512 | 512 | 517 | 522 | 2,063 | 528 | 533 | 538 | 543 | 2,142 | 2,229 |
| Amort of intangibles | 139 | | | | | 271 | 68 | 68 | 68 | 68 | 272 | 68 | 68 | 68 | 68 | 272 | 272 |
| Stock-based compensation expense | 2,013 | | | | | 2,869 | 838 | 838 | 838 | 838 | 3,352 | 838 | 838 | 838 | 838 | 3,352 | 3,352 |
| Provision for doubtful accounts | 283 | | | | | 184 | 70 | - | - | - | 70 | - | - | - | - | - | - |
| Loss on inventory | - | | | | | 1,840 | - | - | - | - | - | - | - | - | - | - | - |
| Loss on disposal of ppe | - | | | | | 107 | - | - | - | - | - | - | - | - | - | - | - |
| Warranty/other | (227) | | | | | 254 | (25) | - | - | - | (25) | - | - | - | - | - | - |
| Changes in operating assets & liabilities | - | | | | | | | | | | | | | | | | |
| Accounts Receivable | (2,645) | | | | | (2,600) | (332) | (2,845) | (900) | (900) | (4,977) | 2,223 | (3,160) | (1,053) | (1,053) | (3,043) | (3,560) |
| Inventory | 2,323 | | | | | (4,858) | (94) | (2,439) | (1,090) | (851) | (4,474) | 2,189 | (2,794) | (609) | (765) | (1,980) | (2,985) |
| Prepaids and other | 396 | | | | | (352) | (338) | - | - | - | (338) | - | - | - | - | - | - |
| Other assets | 155 | | | | | (823) | (1,595) | - | - | - | (1,595) | - | - | - | - | - | - |
| Accounts Payable | (975) | | | | | 4,622 | (1,319) | 2,289 | 1,107 | 864 | 2,940 | (2,222) | 2,836 | 619 | 777 | 2,010 | 3,030 |
| Accrued Liabilities | 882 | | | | | 2,117 | 77 | - | - | - | 77 | - | - | - | - | - | - |
| Deferred Revenues | (95) | | | | | (10) | 493 | - | - | - | 493 | - | - | - | - | - | - |
| Other liabilities | (565) | | | | | (621) | 179 | - | - | - | 179 | - | - | - | - | - | - |
| **Net Cash provided by operating activities** | **(586)** | **-** | **-** | **-** | **-** | **991** | **(2,937)** | **(1,230)** | **1,715** | **2,658** | **205** | **2,654** | **299** | **3,469** | **4,865** | **11,287** | **18,598** |
| Cash flow from investing activities | | | | | | | | | | | | | | | | | |
| Purchases of property and equipment | (1,264) | | | | | (2,360) | (1,431) | (500) | (500) | (500) | (2,931) | (800) | (800) | (800) | (800) | (3,200) | (3,200) |
| Acquisitions of Intangible Assets/Other | (725) | | | | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash provided by investing activities** | **(1,989)** | **-** | **-** | **-** | **-** | **(2,360)** | **(1,431)** | **(500)** | **(500)** | **(500)** | **(2,931)** | **(800)** | **(800)** | **(800)** | **(800)** | **(3,200)** | **(3,200)** |
| Cash flow from financing activities | | | | | | | | | | | | | | | | | |
| Proceeds from issuance of stock | 19,789 | | | | | - | 37 | - | 57,000 | - | 57,037 | - | - | - | - | - | - |
| Preceeds from options | 1,204 | | | | | 785 | 235 | | | | 235 | | | | | - | - |
| Repayment of LOC | (6,314) | | | | | - | - | - | - | - | - | | | | | - | - |
| Proceeds from Notes | 1,064 | | | | | 1,876 | - | - | - | - | - | - | - | - | - | - | - |
| Other | (744) | | | | | (1,037) | - | - | - | - | - | - | - | - | - | - | - |
| **Net cash provided by financing activities** | **14,999** | **-** | **-** | **-** | **-** | **1,624** | **272** | **-** | **57,000** | **-** | **57,272** | **-** | **-** | **-** | **-** | **-** | **-** |
| Net increase in cash & equivalents | 12,424 | | | | | 255 | (4,096) | (1,730) | 58,215 | 2,158 | 54,546 | 1,854 | (501) | 2,669 | 4,065 | 8,087 | 15,398 |
| Effect of exchange rate changes on cash | (10) | | | | | (28) | (26) | - | - | - | (26) | - | - | - | - | - | - |
| Cash at Beginning of Period | 6,054 | | | | | 18,468 | 18,695 | 14,573 | 12,843 | 71,058 | 18,695 | 73,215 | 75,070 | 74,569 | 77,237 | 73,215 | 81,303 |
| Cash at End of Period | 18,468 | | | | | 18,695 | 14,573 | 12,843 | 71,058 | 73,215 | 73,215 | 75,070 | 74,569 | 77,237 | 81,303 | 81,303 | 96,700 |
| Free Cash Flow From Ops (cash flow from ops - cap | (1,850) | | | | | (1,369) | (4,368) | (1,730) | 1,215 | 2,158 | (2,726) | 1,854 | (501) | 2,669 | 4,065 | 8,087 | 15,398 |
| FCF/share | $ (0.74) | | | | | $ (0.07) | $ (0.22) | $ (0.08) | $ 0.05 | $ 0.08 | $ (0.12) | $ 0.07 | $ (0.02) | $ 0.10 | $ 0.16 | $ 0.31 | $ 0.59 |

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



| Company Citations | Ticker | Exchange | Currency | Closing Price | RJ Rating | RJ Entity |
|---|---|---|---|---|---|---|
| America Movil, S.A.B. de C.V. | AMX | NYSE | $ | 20.03 | 3 | RJ & Associates |
| Apple Inc. | AAPL | NASDAQ | $ | 501.02 | 1 | RJ & Associates |
| ARRIS Group Inc. | ARRS | NASDAQ | $ | 16.25 | 2 | RJ & Associates |
| Aruba Networks | ARUN | NASDAQ | $ | 17.57 | 3 | RJ & Associates |
| AT&T Inc. | T | NYSE | $ | 34.29 | 3 | RJ & Associates |
| Calix, Inc. | CALX | NYSE | $ | 12.92 | 2 | RJ & Associates |
| Cisco Systems | CSCO | NASDAQ | $ | 23.86 | 2 | RJ & Associates |
| Comcast Corp. | CMCSA | NASDAQ | $ | 41.86 | 1 | RJ & Associates |
| EMC Corporation | EMC | NYSE | $ | 26.38 | 1 | RJ & Associates |
| F5 Networks, Inc. | FFIV | NASDAQ | $ | 87.10 | 2 | RJ & Associates |
| Garmin Ltd. | GRMN | NASDAQ | $ | 40.60 | 2 | RJ & Associates |
| Google Inc. | GOOG | NASDAQ | $ | 870.21 | 2 | RJ & Associates |
| Juniper Networks, Inc. | JNPR | NYSE | $ | 19.74 | 3 | RJ & Associates |
| KVH Industries | KVHI | NASDAQ | $ | 13.22 | 1 | RJ & Associates |
| Logitech International SA | LOGI | NASDAQ | $ | 7.48 | 3 | RJ & Associates |
| Microsoft | MSFT | NASDAQ | $ | 34.75 | 3 | RJ & Associates |
| Motorola Solutions, Inc. | MSI | NYSE | $ | 56.74 | 2 | RJ & Associates |
| Netflix Inc. | NFLX | NASDAQ | $ | 278.36 | 3 | RJ & Associates |
| Palo Alto Networks | PANW | NYSE | $ | 47.70 | 1 | RJ & Associates |
| Pandora Media, Inc. | P | NYSE | $ | 18.91 | 3 | RJ & Associates |
| Plantronics, Inc. | PLT | NYSE | $ | 44.62 | 3 | RJ & Associates |
| Rogers Communications Inc. | RCI | NYSE | $ | 39.28 | 3 | RJ & Associates |
| Time Warner Cable Inc. | TWC | NYSE | $ | 108.73 | 2 | RJ & Associates |
| Ubiquiti Networks, Inc. | UBNT | NASDAQ | $ | 31.75 | 2 | RJ & Associates |
| Ultimate Software Group Inc. | ULTI | NASDAQ | $ | 144.17 | 3 | RJ & Associates |
| Verizon Communications | VZ | NYSE | $ | 47.61 | 2 | RJ & Associates |

Notes: Prices are as of the most recent close on the indicated exchange and may not be in US$. See Disclosure section for rating definitions. Stocks that do not trade on a U.S. national exchange may not be registered for sale in all U.S. states. NC=not covered.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## Important Investor Disclosures

Raymond James & Associates (RJA) is a FINRA member firm and is responsible for the preparation and distribution of research created in the United States. Raymond James & Associates is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, FL 33716, (727) 567-1000. Non-U.S. affiliates, which are not FINRA member firms, include the following entities which are responsible for the creation and distribution of research in their respective areas; In Canada, Raymond James Ltd. (RJL), Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2, (604) 659-8200; In Latin America, Raymond James Latin America (RJLatAm), Ruta 8, km 17, 500, 91600 Montevideo, Uruguay, 00598 2 518 2033; In Europe, Raymond James Euro Equities, SAS (RJEE), 40, rue La Boetie, 75008, Paris, France, +33 1 45 61 64 90.

This document is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in any locality, state, country, or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation. The securities discussed in this document may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. **Investors should consider this report as only a single factor in making their investment decision.**

For clients in the United States: Any foreign securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. exchange. This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal. Investing in securities of issuers organized outside of the U.S., including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of, the U.S. Securities and Exchange Commission. There may be limited information available on such securities. Investors who have received this report may be prohibited in certain states or other jurisdictions from purchasing the securities mentioned in this report. Please ask your Financial Advisor for additional details and to determine if a particular security is eligible for solicitation in your state.

The information provided is as of the date above and subject to change, and it should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Persons within the Raymond James family of companies may have information that is not available to the contributors of the information contained in this publication. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this publication that may not be consistent with the ratings appearing in this publication.

Additional information is available on request.

### Analyst Information

**Registration of Non-U.S. Analysts:** The analysts listed on the front of this report who are not employees of Raymond James & Associates, Inc., are not registered/qualified as research analysts under FINRA rules, are not associated persons of Raymond James & Associates, Inc., and are not subject to NASD Rule 2711 and NYSE Rule 472 restrictions on communications with covered companies, public companies, and trading securities held by a research analyst account.

**Analyst Holdings and Compensation:** Equity analysts and their staffs at Raymond James are compensated based on a salary and bonus system. Several factors enter into the bonus determination including quality and performance of research product, the analyst's success in rating stocks versus an industry index, and support effectiveness to trading and the retail and institutional sales forces. Other factors may include but are not limited to: overall ratings from internal (other than investment banking) or external parties and the general productivity and revenue generated in covered stocks. **The covering analyst and/or research associate owns shares of the common stock of The Home Depot Inc.**

The views expressed in this report accurately reflect the personal views of the analyst(s) covering the subject securities. No part of said person's compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report. In addition, said analyst has not received compensation from any subject company in the last 12 months.

### Ratings and Definitions

**Raymond James & Associates (U.S.) definitions**

**Strong Buy (SB1)** Expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of at least 15% is expected to be realized over the next 12 months.

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**Outperform (MO2)** Expected to appreciate and outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where we are comfortable with the relative safety of the dividend and expect a total return modestly exceeding the dividend yield over the next 12-18 months.
**Market Perform (MP3)** Expected to perform generally in line with the S&P 500 over the next 12 months.
**Underperform (MU4)** Expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold.
**uspended (S)** The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

**Raymond James Ltd. (Canada) definitions**

**Strong Buy (SB1)** The stock is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six months.
**Outperform (MO2)** The stock is expected to appreciate and outperform the S&P/TSX Composite Index over the next twelve months.
**Market Perform (MP3)** The stock is expected to perform generally in line with the S&P/TSX Composite Index over the next twelve months and is potentially a source of funds for more highly rated securities.
**Underperform (MU4)** The stock is expected to underperform the S&P/TSX Composite Index or its sector over the next six to twelve months and should be sold.

**Raymond James Latin American rating definitions**

**Strong Buy (SB1)** Expected to appreciate and produce a total return of at least 25.0% over the next twelve months.
**Outperform (MO2)** Expected to appreciate and produce a total return of between 15.0% and 25.0% over the next twelve months.
**Market Perform (MP3)** Expected to perform in line with the underlying country index.
**Underperform (MU4)** Expected to underperform the underlying country index.
**Suspended (S)** The rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and price target are no longer in effect for this security and should not be relied upon.

**Raymond James Euro Equities, SAS rating definitions**

**Strong Buy (1)** Expected to appreciate, produce a total return of at least 15%, and outperform the Stoxx 600 over the next 6 to 12 months.
**Outperform (2)** Expected to appreciate and outperform the Stoxx 600 over the next 12 months.
**Market Perform (3)** Expected to perform generally in line with the Stoxx 600 over the next 12 months.
**Underperform (4)** Expected to underperform the Stoxx 600 or its sector over the next 6 to 12 months.
**Suspended (S)** The rating and target price have been suspended temporarily. This action may be due to market events that made coverage impracticable, or to comply with applicable regulations or firm policies in certain circumstances, including when Raymond James may be providing investment banking services to the company. The previous rating and target price are no longer in effect for this security and should not be relied upon.

In transacting in any security, investors should be aware that other securities in the Raymond James research coverage universe might carry a higher or lower rating. Investors should feel free to contact their Financial Advisor to discuss the merits of other available investments.

**Rating Distributions**

| | Coverage Universe Rating Distribution | | | | Investment Banking Distribution | | | |
|---|---|---|---|---|---|---|---|---|
| | RJA | RJL | RJ LatAm | RJEE | RJA | RJL | RJ LatAm | RJEE |
| Strong Buy and Outperform (Buy) | 50% | 61% | 43% | 46% | 25% | 32% | 0% | 0% |
| Market Perform (Hold) | 43% | 38% | 57% | 34% | 9% | 26% | 0% | 0% |
| Underperform (Sell) | 7% | 1% | 0% | 21% | 3% | 0% | 0% | 0% |

**Suitability Categories (SR)**

**Total Return (TR)** Lower risk equities possessing dividend yields above that of the S&P 500 and greater stability of principal.

**Growth (G)** Low to average risk equities with sound financials, more consistent earnings growth, at least a small dividend, and the potential for long-term price appreciation.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



**Aggressive Growth (AG)** Medium or higher risk equities of companies in fast growing and competitive industries, with less predictable earnings and acceptable, but possibly more leveraged balance sheets.

**High Risk (HR)** Companies with less predictable earnings (or losses), rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and risk of principal.

**Venture Risk (VR)** Companies with a short or unprofitable operating history, limited or less predictable revenues, very high risk associated with success, and a substantial risk of principal.

## Raymond James Relationship Disclosures

Raymond James expects to receive or intends to seek compensation for investment banking services from the subject companies in the next three months.

| Company Name | Disclosure |
|---|---|
| Apple Inc. | Raymond James & Associates makes a market in shares of AAPL. |
| ARRIS Group Inc. | Raymond James & Associates makes a market in shares of ARRS. |
| Aruba Networks | Raymond James & Associates makes a market in shares of ARUN. |
| AT&T Inc. | Raymond James & Associates received non-investment banking securities-related compensation from T within the past 12 months. |
| Cisco Systems | Raymond James & Associates makes a market in shares of CSCO. |
| | Raymond James & Associates received non-investment banking securities-related compensation from CSCO within the past 12 months. |
| Comcast Corp. | Raymond James & Associates co-managed an offering of debt for Comcast Corp. within the past 12 months. |
| | Raymond James & Associates makes a market in shares of CMCSA. |
| | Raymond James & Associates received non-investment banking securities-related compensation from CMCSA within the past 12 months. |
| Control4 Corporation | Raymond James & Associates lead-managed an initial public offering of CTRL shares within the past 12 months. |
| | Raymond James & Associates makes a market in shares of CTRL. |
| EMC Corporation | Raymond James & Associates co-managed an offering of debt for EMC Corporation within the past 12 months. |
| F5 Networks, Inc. | Raymond James & Associates makes a market in shares of FFIV. |
| Garmin Ltd. | Raymond James & Associates makes a market in shares of GRMN. |
| Google Inc. | Raymond James & Associates makes a market in shares of GOOG. |
| KVH Industries | Raymond James & Associates has received compensation for investment advisory services provided to KVH Industries within the past 12 months. |
| | Raymond James & Associates makes a market in shares of KVHI. |
| | Raymond James & Associates received non-investment banking securities-related compensation from KVHI within the past 12 months. |
| Logitech International SA | Raymond James & Associates makes a market in shares of LOGI. |
| Microsoft | Raymond James & Associates makes a market in shares of MSFT. |
| | Raymond James & Associates received non-investment banking securities-related compensation from MSFT within the past 12 months. |
| Netflix Inc. | Raymond James & Associates makes a market in shares of NFLX. |
| NETGEAR Inc. | Raymond James & Associates makes a market in shares of NTGR. |
| Palo Alto Networks | Raymond James & Associates co-managed a follow-on offering of PANW shares within the past 12 months. |
| | Raymond James & Associates makes a market in shares of PANW. |
| Plantronics, Inc. | Raymond James & Associates or one of its affiliates owns more than 1% of the outstanding shares of PLT. |

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



| Company Name | Disclosure |
|---|---|
| Questar Corp. | Raymond James & Associates received non-investment banking securities-related compensation from STR within the past 12 months. |
| Trimble Navigation Limited | Raymond James & Associates makes a market in shares of TRMB. |
| Ubiquiti Networks, Inc. | Raymond James & Associates lead-managed a follow-on offering of UBNT shares within the past 12 months. |
| | Raymond James & Associates makes a market in shares of UBNT. |
| Ultimate Software Group Inc. | Raymond James & Associates makes a market in shares of ULTI. |
| Universal Electronics Incorporated | Raymond James & Associates or one of its affiliates owns more than 1% of the outstanding shares of UEIC. |
| Verizon Communications | Raymond James & Associates received non-investment banking securities-related compensation from VZ within the past 12 months. |
| Zebra Technologies | Raymond James & Associates makes a market in shares of ZBRA. |

## Stock Charts, Target Prices, and Valuation Methodologies

**Valuation Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors including an assessment of industry size, structure, business trends and overall attractiveness; management effectiveness; competition; visibility; financial condition, and expected total return, among other factors. These factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences. Only stocks rated Strong Buy (SB1) or Outperform (MO2) have target prices and thus valuation methodologies.

**Target Prices:** The information below indicates our target price and rating changes for CTRL stock over the past three years.

## Risk Factors

**General Risk Factors:** Following are some general risk factors that pertain to the projected target prices included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product / service pricing could change and adversely impact expected revenues and earnings; (2) Issues relating to major competitors or market shares or new product expectations could change investor attitudes toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation; or (4) External factors that affect the U.S. economy, interest rates, the U.S. dollar or major segments of the economy could alter investor confidence and investment prospects. International investments involve additional risks such as currency fluctuations, differing financial accounting standards, and possible political and economic instability.

**Specific Investment Risks Related to the Industry or Issuer**

**Communication Technology Risks**
Communications Technology risks include, but are not limited to, competitive conditions (intense global competition), pricing and availability of components, reliance on outside manufacturers and suppliers, constant innovation, complex technologies, rapid technological change, labor strife, patent registration and infringement, capital constraints, regulatory issues, customer concentration, industry consolidation, lengthy and unpredictable sales cycles, and macroeconomic pressures affecting demand.

**Control4 Company-Specific Risks**

**Growing Competition**
The market for automation and control solutions for the connected home is highly competitive and is expected to become more competitive in the future. Competitors with greater financial, technical, and marketing resources may be able to respond more rapidly to emerging technologies and customer demands or may be able to devote more resources to sales and marketing. For example, Microsoft recently acquired id8 Group R2 Studios, Inc., a home entertainment technology company and Comcast, along with other service providers, is expanding its Xfinity service to include residential security, energy and automation services. Historically high end automation competitors Crestron, which has been in business more than 40 years, and Savant Systems, which utilizes Apple's iOS operating platform may create more affordable products to compete directly with Control4 in the future. Competitors able to leverage large existing customer bases, network of installation and support technicians and broad consumer awareness may impact Control4's financial performance due to price reductions, fewer customer orders, reduced margins, and loss


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



of market share. There can be no assurances that Control4 will be able to successfully compete against existing and future competitors. Please see the product section for a complete discussion of current market competitors.

**Point Products Adoption**
Rather than adopting Control4's unified home automation solution, consumers may instead choose to adopt point products with advanced functionality. For example, the Nest thermostat can be programmed and controlled by a smartphone or tablet. In the future, it is expected more and more consumer devices and appliances will be developed with built in smart automation functionality and consumers may prefer the relatively low cost of these products and the ability to expand their home control solution over time with minimal upfront costs. Control4's solution offers significant flexibility to support third party point products, though adoption of these products would reduce the revenue opportunity from each installation.

**Third-Party Compatibility**
Control4's products are designed to interoperate with a wide range of third-party products, including products in the area of music, video, lighting, temperature and security. The company has developed its Simple Device Discovery Protocol (SDDP) software to be embedded in third-party products during manufacturing to enable the products to interoperate with Control4's solutions. The SDDP software is currently available on a royalty-free basis to product manufacturers, but has so far seen limited adoption. Should this software protocol see widespread adoption, Control4 will likely enjoy significant benefits from network effects. Conversely, lack of interoperability with third-party products seeing strong consumer demand could limit demand for Contol4's solutions.

**Channel Partner Reliance**
Control4 depends on its dealer and distributor network to sell and install its solutions, making it difficult for the company to predict future sales. Given many of its products require long lead times for its manufacturing partners, any underestimation of sales demand could lead to missed revenue opportunities or conversely, an overestimation of sales demand could lead to excess inventory.
The company's channel partner reliance also affects its visibility into the end customer. If the dealer and distributor network fails to give timely and accurate feedback from potential consumers of Control4's solutions, the company may not be able to react quickly to market changes and effectively manage its business.
In order for Control4 to grow its business in the future it will need to maintain and expand its current network of more than 2,800 active direct dealers and 27 distributors. Control4's success is dependent upon the channel partners in this network continuing to provide superior service and support for Control4's solutions and to offer the company's solutions instead of a competitor's solution.

**Additional Risk and Disclosure information, as well as more information on the Raymond James rating system and suitability categories, is available at rjcapitalmarkets.com/Disclosures/index. Copies of research or Raymond James' summary policies relating to research analyst independence can be obtained by contacting any Raymond James & Associates or Raymond James Financial Services office (please see raymondjames.com for office locations) or by calling 727-567-1000, toll free 800-237-5643 or sending a written request to the Equity Research Library, Raymond James & Associates, Inc., Tower 3, 6th Floor, 880 Carillon Parkway, St. Petersburg, FL 33716.**

*For clients in the United Kingdom:*

**For clients of Raymond James & Associates (London Branch) and Raymond James Financial International Limited (RJFI):** This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (High net worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is therefore not intended for private individuals or those who would be classified as Retail Clients.

**For clients of Raymond James Investment Services, Ltd.:** This report is for the use of professional investment advisers and managers and is not intended for use by clients.

For purposes of the Financial Conduct Authority requirements, this research report is classified as independent with respect to conflict of interest management. RJA, RJFI, and Raymond James Investment Services, Ltd. are authorised and regulated by the Financial Conduct Authority in the United Kingdom.

*For clients in France:*

This document and any investment to which this document relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monétaire et Financier"

© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



and Règlement Général de l'Autorité des Marchés Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is therefore not intended for private individuals or those who would be classified as Retail Clients.

*For institutional clients in the European Economic Area (EEA) outside of the United Kingdom:*

This document (and any attachments or exhibits hereto) is intended only for EEA institutional clients or others to whom it may lawfully be submitted.

Raymond James International and Raymond James Euro Equities are authorized by the Autorité de Contrôle Prudentiel in France and regulated by the Autorité de Contrôle Prudentiel and the Autorité des Marchés Financiers.

*For Canadian clients:*

This report is not prepared subject to Canadian disclosure requirements, unless a Canadian analyst has contributed to the content of the report. In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements.

**Proprietary Rights Notice:** By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate or commercially exploit the information contained in this report, in printed, electronic or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret or other intellectual property laws (of the United States and other countries). United States law, 17 U.S.C. Sec.501 et seq, provides for civil and criminal penalties for copyright infringement.


© 2013 Raymond James & Associates, Inc., member New York Stock Exchange/SIPC. All rights reserved.

International Headquarters: The Raymond James Financial Center | 880 Carillon Parkway | St. Petersburg, Florida 33716 | 800-248-8863

This document is being provided for the exclusive use of MATTHEW ARPANO at SILVERCREST ASSET MGT GROUP LLC



## The Raymond James Technology & Communications Research Team

**Brian G. Alexander, CFA,** Electronic Manufacturing Services/IT Hardware and Distribution
**Robert P. Anastasi, CFA,** Director of Equity Research
**Ric Prentiss,** Director of Telecommunications Services Research
**Brian Gesuale,** IT Services and Security
**Wayne Johnson,** Transaction Processing
**Aaron Kessler, CFA,** Internet
**Simon Leopold,** Communications Equipment
**Frank G. Louthan IV,** Telecommunications Services
**Tavis C. McCourt, CFA,** Communications Technology
**Hans Mosesmann,** Semiconductors
**Chris Quilty,** Defense Communications/Mobile Data Technology/Satellite & Space
**J. Steven Smigie,** Analog and Communications Semiconductors/Semiconductors
**Terry Tillman,** Application Software
**Michael Turits, Ph.D.,** Communications Software/Infrastructure Software

**Matt Bugarin,** Sr. Research Associate
**Charlie Castillo,** Sr. Research Associate
**Victor Chiu,** Sr. Research Associate
**Elizabeth J. Howell,** Sr. Research Associate
**Jeffrey Koche, CFA**, Sr. Research Associate
**Georgios Kyriakopoulos,** Sr. Research Associate
**Eric Lemus,** Sr. Research Associate
**Eric Mallis, CFA**, Sr. Research Associate
**Justin Patterson, CFA**, Sr. Research Associate
**Brian Peterson, CFA**, Sr. Research Associate
**Ryan Rackley,** Sr. Research Associate
**Alexander Sklar, CPA**, Sr. Research Associate
**Daniel Toomey, CFA**, Sr. Research Associate
**James Wesman,** Sr. Research Associate
**Brandon Pickett,** Research Associate

# EXHIBIT 683

**From:** Kevin Kicklighter <Kevin.Kicklighter@savantav.com>
**To:** Robert Madonna <Bob.Madonna2@savantav.com>;Jim Carroll <Jim.Carroll@savantav.com>
**Sent:** 6/1/2010 4:45:53 PM
**Subject:** Fwd: Latest Crestron .VS. Savant Leaflets
**Attachments:** ATT9598493.htm; ATT9598494.htm; ATT9598495.htm; ATT9598496.htm; ATT9598497.htm; crestron_vs_savant-audio.pdf; crestron_vs_savant-control_system_in_wall.pdf; crestron_vs_savant-control_system_wireless.pdf; crestron_vs_savant-control_system_wireless_interactive.pdf; total_home_control_crestron_vs_savant.pdf

This was from Joel Maxwell at Big Picture solutions.

Begin forwarded message:

**From:** Jim Boyce <jim.boyce@savantav.com>
**Date:** May 31, 2010 10:18:06 PM EDT
**To:** Jim Carroll <Jim.Carroll@savantav.com>, Tim Locascio <Tim.Locascio@savantav.com>, Kevin Kicklighter <Kevin.Kicklighter@savantav.com>, Victor Saverino <Victor.Saverino@savantav.com>, Robert Madonna <robert.madonna@savantav.com>, Chuck Parrelli <Chuck.Parrelli@savantav.com>, George Katsiris <george.katsiris@savantav.com>, Bruce Hayes <Bruce.Hayes@savantav.com>, Bruce Myers <bmyers@savantav.com>
**Subject: Latest Crestron .VS. Savant Leaflets**

Wow amazing mud-slinging verbs like "Kool-aid drinkers" and **Remember, you can't be a Crestron Dealer and also sell Savant products!** ,also **infrastructure comments like**, Savant is a startup company with no support network............

Begin forwarded message:

**Subject: Latest Leaflets**

New leaflets for Crestron Dealers. I am sure they will have these at AIA as well. Might want to get working on something to Counter it.

stems, LLC
Street
Ma. 02655
3) 683-2500
08) 683-2520
683-2620
ntav.com

of Confidentiality
nts of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery
ed recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by r
at 508.683.2500 and delete this message and its attachments, if any.

r Engineering
C
5
0
25
5
avantav.com

entiality
e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, and the sole purpose of delivery to the intended recipient. If you have received this tran
duction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at 508.683.2500 and delete this message and its attachments, if any.