EXHIBIT 689

# Automation Market

savant
NOW YOU CAN

Wednesday, August 1, 12

EXHIBIT
PENGAD 800-631-6989
Slump 3
2/1/13 a

RESTRICTED CONFIDENTIAL OUTSIDE COUNSEL

# Attachment Rate to Automation Systems




**Winning Controller is Critical to Driving Attachment of other product Categories**

Savant Confidential and Proprietary

Data Source: CEPro Top 100 & Dealer Interaction

savant
NOW YOU CAN

Wednesday, August 1, 12

RESTRICTED CONFIDENTIAL-OUTSIDE COUNSEL ONLY

# Industry Growth By Category




Source: Parks Associates 2010

# Parks Reports Comparative




Source: Parks Associates 2010

# Carrier Automation Market

savant
NOW YOU CAN

Wednesday, August 1, 12

# 400K-450K IP Bundled Service Subscribers

- Drivers:
  - Broadband adoption of home networks
    75% BB HH have home networks
  - Consumers embracing mobil devices as a lifestyle
  - Simpler UI results in more utility and demand for associated services




DIRECTV. comcast. COX CABLEVISION TIME WARNER CABLE FiOS QUANTUM

# Lowes Enters Smart Home Market- iris

LOWE'S
Let's Build Something Together™

iris

Your home Your call



- Leveraging DIY customer base and tried and true home security sales angle of personal safety and more importantly the safety of your loved ones

Savant Confidential and Proprietary

savant
NOW YOU CAN

Wednesday, August 1, 12

# Many Paths to Market

- 8,000 Custom Installation Dealers
- 13,000 Residential Security Dealers
- 35,000 HVAC
- Thousands of home improvement stores (Lowe's 1,760)
- Countless Electrical Contractors

# Preference for Consumer is Clear- Mobility

- Desktop computing in rapid decline
- Mobil devices across all 3 categories with tablets leading the way with growth %




Ownership of selected technology

# Mobile Apple Market

savant
NOW YOU CAN



RESTRICTED CONFIDENTIAL-OUTSIDE COUNSEL ONLY

# iOS Device Trends




Apple sold more iOS devices in 60 days than the LEGACY touch panel businesses sold in 30 years

Savant Confidential and Proprietary

Source: http://www.asymco.com/2012/02/16/ios-devices-in-2011-vs-macs-sold-it-in-28-years/

savant
NOW YOU CAN

Wednesday, August 1, 12

# WiFi Hotspot Data - 2011




In 2011, 60% of hotspot WiFi connections were from an Apple device.

Source: Meraki, Inc

savant NOW YOU CAN

Savant Confidential and Proprietary

Wednesday, August 1, 12

# Apple

savant
NOW YOU CAN



RESTRICTED CONFIDENTIAL-OUTSIDE COUNSEL ONLY

# Our relationship with Apple provides us with....



Los Angeles Unified School District
All Youth Achieving

LUCASFILM

MARATHON

Medtronic

SLEDGEHAMMER GAMES

P&G

Bank of America

Mercedes-Benz

The New York Times

OS X

MorganStanley SmithBarney

intel

Fidelity INVESTMENTS

SONY make.believe

The Washington Times

Johnson & Johnson

Chevron

Pfizer

Apple Store

WARNER BROS. PICTURES
A TimeWarner Company

JUNIPER NETWORKS

HYATT

BOEING

BELLAGIO LAS VEGAS

UNITED

AIG



savant
NOW YOU CAN

Wednesday, August 1, 12

RESTRICTED CONFIDENTIAL-OUTSIDE COUNSEL ONLY

# Savant

savant
NOW YOU CAN

Wednesday, August 1, 12

RESTRICTED CONFIDENTIAL OUTSIDE COUNSEL ONLY

# Savant Growth

- During Worst Economic times since Great Depression Savant has grown and improved in Critical Financial Performance




Savant Confidential and Proprietary

savant
NOW YOU CAN

Wednesday, August 1, 12