# Channel Growth in Both Major Markets

- Residential Dealers
  - AV, Lighting, HVAC Integrator Growth







- Commercial Integrator Growth

# Profitable in 2013




Savant Confidential and Proprietary

savant NOW YOU CAN

# Generalized View of System Revenues Comparative Analysis




The 2012 Parks report "Connected Home Systems and Services" provided a Generalized view of Revenues for electronic system sales dependent on new home starts



*Parks Associates View of System Sales Related to New Housing Starts pg. 21

# Generalized View of System Revenues Comparative Analysis




The 2012 Parks report "Connected Home Systems and Services" provided a Generalized view of Revenues for electronic system sales dependent on new home starts



*Parks Associates View of System Sales Related to New Housing Starts pg 24



RESTRICTED CONFIDENTIAL OUTSIDE COUNSEL ONLY

# Synergies

savant
NOW YOU CAN



RESTRICTED CONFIDENTIAL-OUTSIDE COUNSEL ONLY

# Revenue Synergies




Savant Confidential and Proprietary

savant NOW YOU CAN

# Savant High End Brand

savant
NOW YOU CAN

Wednesday, August 1, 12

RESTRICTED CONFIDENTIAL-OUTSIDE COUNSEL ONLY

# #1 Overall

inside track
Audio/Video Retailer

| YEAR 2012 SUPPLIER LOYALTY TEST | | | | | |
|---|---|---|---|---|---|
| CUSTOM INSTALLATION | | | | | |
| Adv. Control Systems, Lighting, Media Mgt., Automation | | | | | |
| Overall Results | | | | | |
| Ranking | | Company | Grade | | |
| '11 | '12 | | "11 | "12 | |
| 3 | 1 | Savant | 3.74 | 3.78 | A |
| 2 | 2 | Lutron | 3.82 | 3.69 | |
| 5 | 3 | Kaleidescape | 3.61 | 3.66 | |
| 6 | 4 | Crestron | 3.59 | 3.62 | B+ |
| 4 | 5 | Univ. Remote | 3.62 | 3.59 | |
| 7 | 6 | RTI | 3.44 | 3.54 | |
| 10 | 7 | Control 4 | 3.27 | 3.46 | |
| 11 | 8 | AMX | 3.21 | 3.44 | |
| 9 | 9 | Sonos | 3.33 | 3.31 | |

***Elements of the survey:***

- ☑ Quality of Sales Rep
- ☑ Brand Recognition
- ☑ Ease of Doing Business
- ☑ Product Innovation
- ☑ Obtainable Profit Margins
- ☑ Distribution Policies
- ☑ Product Performance
- ☑ Product Reliability
- ☑ Ease of installation
- ☑ Product changes & price protection
- ☑ Technical support
- ☑ Just In Time Delivery
- ☑ Specialist Orientated Programs
- ☑ Appropriate Assortment of product
- ☑ Resolution of failures and repair
- ☑ Dealer Training

Savant Confidential and Proprietary

savant
NOW YOU CAN



RESTRICTED CONFIDENTIAL -OUTSIDE COUNSEL ONLY

# Savant Owners - *The People...*




**and many more...**

# Commercial Engagements

## Retail / Hospitality:

- Apple
- Trump
- L'Oreal
- Bellagio
- Build-A-Bear
- The Plaza
- Four Seasons
- Bellagio
- The Marlin Hotel
- Buffalo Wild Wings
- Ruth Chris Steak House

# Commercial Engagements

- **Education**
  - **University of Phoenix**
  - **University of Texas**
  - **University of Arizona**
  - **University of Connecticut**
  - **Columbia University**
  - **Cornell University**
  - **University of Alabama**
  - **University of Puerto Rico**
  - **University of Victoria**

# Commercial Engagements

## Corporate Enterprise

- Apple
- World Trade Center
- Silverstein Properties
- Madison Square Gardens
- Mercedes
- Comcast
- Goldman-Sachs
- Lucas Films
- ViaSat

Savant Confidential and Proprietary

savant NOW YOU CAN



RESTRICTED CONFIDENTIAL -OUTSIDE COUNSEL ONLY

# Commercial Engagements

## Arenas, Events & Transportation

- New York Rangers
- American Airlines Center
- Vancouver International Airport
- Feadship

# Commercial Engagements

- **Government / Institutions**
  - **Department of Defense**
  - **Department of Energy**
  - **Audubon**



RESTRICTED CONFIDENTIAL OUTSIDE COUNSEL ONLY

# Key National Press Exposure 2012

CBS NEWS

WALL STREET JOURNAL

BARRON'S

BOSTON Herald

Chicago Tribune
*Breaking News, Since 1847*

Forbes®

CNNMoney
A Service of CNN, Fortune & Money

CNBC



RESTRICTED CONFIDENTIAL-OUTSIDE COUNSEL ONLY

# National TV Exposure 2012

CBS

4 NEW YORK

Travel CHANNEL

RACHAEL

TLC

TWO and a half MEN

GEORGE TO THE RESCUE

MAN CAVES

CNBC



Savant Confidential and Proprietary

savant NOW YOU CAN



RESTRICTED CONFIDENTIAL OUTSIDE COUNSEL ONLY

# National TV Exposure 2012

CBS

4 NEW YORK

Travel CHANNEL

Rachael

TLC

TWO and a half MEN

GEORGE TO THE RESCUE

MAN CAVES

CNBC

