EXHIBIT 705

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

--------------------------------x

SAVANT SYSTEMS, LLC, -CONFIDENTIAL- (FOR ATTORNEYS' EYES ONLY)

Plaintiff,

vs. Civil Action No. 10-cv-11622-EFH
Date: May 1, 2012

CRESTRON ELECTRONICS, INC.,

Defendant

CRESTRON ELECTRONICS, INC.,

Counterclaim-Plaintiff,

vs.

SAVANT SYSTEMS, LLC,

Counterclaim-Defendant.

--------------------------------x

DEPOSITION OF CHAD WEUVE

The deposition of Chad Weuve was taken on May 1, 2012, beginning at 9:36 a.m., at One Landmark Square, Stamford, Connecticut, before Susan Wandzilak, Registered Professional Reporter and Notary Public in the State of Connecticut.

Reported by:
Susan Wandzilak License No. 377
Job No. 48188

a remote control or a touch panel of some type and all of the supporting peripheral parts like power supplies and distribution blocks for communication.

Q. What is the distribution block?

A. With regard to Crestron, it's what -- it's the device that allows the Cresnet, the control protocol to be transferred to all the other devices.

Q. Now, you mentioned programming. What programming has to be done in connection with the installation -- an installation?

A. Well, they have to -- each project would have a custom program that told the system which devices needed to be controlled and what the client expected to happen when they pushed a certain button. And that, that program was written with the proprietary software that was provided by Crestron.

Q. Now, you say you started your business handling Crestron products. That was 1999, was it?

A. Yes.

Q. For how long a period of time did you remain a Crestron dealer?

A. I remained a Crestron dealer until 2008.

Q. And what happened in 2008 that caused you or changed your status as a Crestron dealer?

A. I had a meeting with a Crestron rep and he

had informed me that he was aware that we had recently become a Savant dealer. And he wanted me to make a decision during that meeting. I had a choice between being a Crestron dealer or a Savant dealer. If I chose Savant, then my Crestron dealership would be terminated.

Q. What would be the consequences of termination of your Crestron dealership?

MR. PARK: Objection to form. It calls for speculation.

THE WITNESS: We -- well, obviously we would have a hard time servicing our existing Crestron clients. And we had not necessarily planned to sell Savant, you know, 100 percent to all of our new clients.

We had planned to kind of grow into it before and then form a decision on which product we would lead with. So we didn't really know which one we were going to be leading with at the time.

BY O'DONNELL:

Q. What caused you to take on the Savant line of products while you were a Crestron dealer?

A. Well, I was -- I guess first and foremost, when I found out it was Mac based, that was of major interest to me.

A. He was in the area since he was based in Denver and we were based in Aspen. And he wanted to see if we could set up a meeting; and we scheduled it. And we decided to meet at a coffee shop in town.

And typically the reps would, you know, meet occasionally. They would bring us some of the latest literature, talk to us about what's new with the product line, usually find out if there is anything that they can do to help us out on any of our projects.

So that's kind of what I expected from the meeting. That's not exactly what happened, but it's what I expected.

Q. And actually how was the subject of Savant brought up?

A. He just -- he just blatantly, you know, he said I understand that you have become a Savant dealer. And I want to let you know that Crestron's policy is that you can't be a Savant dealer and a Crestron dealer. So I need you to decide by the end of this meeting if you are going to be a Crestron dealer or if you are going to be a Savant dealer.

So it came up abruptly, I guess. And I was -- it kind of threw me off. I wasn't expecting it. But it was -- you know, based on my beliefs and my

experience with Crestron, I didn't need to think about that decision. If given the choice between Crestron or Savant, I told them right then that it was going to be Savant. So --

Q. Now, at this point in time, you had been dealing with Crestron products for on the order of nine years. Is that correct?

A. Yeah.

Q. And how long had you been dealing with Savant products?

A. Just a couple of months.

Q. But it was not a problem to make a decision between the two?

A. No, it wasn't. I just -- there was something about Savant at the time that really resonated with me. It stood out that it was going to be the future. It was going to be the control system that -- it was a game changer.

Q. Okay. What did you tell Mr. Frye?

A. I told him that if I am given a choice between the two that I have to go with Savant.

Q. And what did he say?

A. He said then effective immediately your Crestron dealership is terminated.

Q. Did that present any issues for you in

dealing with your clients?

A. Yeah, it did. I -- you know, when a client puts their trust in us as a company to do a system for them. And I recommend Crestron as a product and then I'm not able to service that system any longer. And the relationship was between me and the client and not necessarily Crestron and the client. It puts me in a very bad, awkward situation.

Fortunately, we didn't really have any projects at the time that needed Crestron to be ordered. And we did have access to our CAIP if anything needed to be tweaked on our projects.

And we did have a pretty good back stock of Crestron parts and some products, extra touch panels and remotes and modules. So anything that did come up immediately, we had it covered. But we were just fortunate.

Q. Now, after you were terminated by Crestron, for how long -- you were then solely a Savant dealer?

A. That is correct.

Q. How long did you stay in business in Colorado?

A. Until 2010.

Q. And what happened in 2010?

A. Well, it was, it was actually what happened

so you can disclose that information.

THE WITNESS: Okay, if it was, if it was a product line -- I guess to be as accurate as possible, if they had an MSRP, we went off of the MSRP.

If they did not have an MSRP, we typically marked it up 50 percent -- or rather 100 percent, which is 50 points, which is pretty common in our market. If an item cost 500, the selling price is 1,000.

BY MR. PARK:

Q. Okay. And would that general principal pertain both to, say, Crestron products and Savant products?

A. It does today. At the time, I think Savant did have MSRP and it was probably a little less than what that -- it was probably a little less than 50 percent.

Q. Were there any guidelines that you were provided by Savant concerning any minimum or maximum resale pricing?

A. I'm sure that's in my dealer agreement, but I, I don't know what those details are off the top of my head.

Q. And typically as a rule of thumb that you

just described, is that still -- sort of the 50 percent markup, does that still pertain in the Aspen market?

A. Yes, but they are -- what I should, what I should add to that is that was what the -- that was before the discount.

Typically, there is a system discount involved. So if somebody was buying a system, then we gave them a discount on the entire package, 10 percent, 20 percent, something along those lines. Usually it was closer to 10 percent.

Today, yes, everything still applies, but the discounts are probably closer to 20 percent because everyone is much more aggressive with their pricing.

Q. And that came as part of the economic downturn, correct?

A. Yes.

Q. When did you at Ambient first see folks starting to do 20 percent overall system discounts?

A. The very first one that I noticed was the example that we were talking about with Campbell Audio where they got the Rodan and Felson project. I believe it was just as simple as I will beat his price by 10 percent or I will beat his price by 20 percent.

Q. And that was in 2008, 2009?

A. 2009.

Q. And was that 10 percent benchmark typically used among dealers in the Aspen area before the 2008-2009 time frame?

A. You know, before -- I don't -- it may or may not have been. I mean, it was certainly possible that they could have sold a system on MSRP without any discounts. There was, there was a high demand for the elite installers and if they could get on their schedule, they were willing to pay for it.

Q. So were there some projects where you wouldn't offer the discount systemwide?

A. I would say that nearly every project that we did there was a discount on. Even when times were good, we just -- it was just part of the -- there was a system discount.

Q. And that was approximately 10 percent?

A. Yeah.

Q. Now, sitting here today, you know, based upon your work with Click AV and your general understanding of the industry, is a system discount still about 20 percent? Is it 10? Or is it depending upon the region or the project?

A. Yeah, there are so many factors that go into it. If there's any Apple product in there, you have

Q. Now, during the time that Ambient Technologies was up and running, did you ever lose any jobs to any other Savant dealer in the area in terms of jobs where you competed with Savant and the other dealer competed with Savant?
A. I'm sure I did.
Q. And why do you say that you are sure you did?
A. Because we didn't get any work in 2009.
Q. And to your understanding, based upon your experience and your work in the industry and having lived and breathed it, unfortunately, during 2009, do you know who those Savant projects went to in 2009?
A. Yeah, Campbell, Airmada. And I know that some companies were coming up out of Denver, Harrison Home Systems.
Q. And Airmada was absorbed by?
A. By ESC.
Q. How many companies has ESC absorbed?
A. I think two, I guess. Two -- Thul was the big one. Airmada wasn't really a big acquisition for them.
Q. So I apologize, but I don't know, obviously, the industry, but did ESC acquire Thul or did Thul acquire ESC?
A. That's a good question. I was under the

you very much.

THE WITNESS: Thank you.

THE VIDEOGRAPHER: We are now going off the record at approximately 11:40 a.m. And this is the end of tape 2.

THE COURT REPORTER: And you both are ordering a copy of this?

MR. PARK: Yes.

MR. O'DONNELL: I gave you a card with the name of June Ansell (ph) in my office. And he takes care of all the ordering, so he will tell you exactly what we want.

(Whereupon, at 11:42 a.m., the taking of the deposition concluded.)

* * * * * * *

EXHIBIT 706




Integrators and Dealers- Take the mount and projector screen survey and you could win!
Become a Member · Why Join?
Login · Research · Store
Search CE Pro
Enter search term.

News & Blogs | Products | Topics | Guides | Forums | Events | White Papers | Webinars | Subscribe | Jobs | CEProVIP

Print | Email | Comments (13) | Share | News | Follow on Twitter, Facebook, Google+ or RSS

# What 'Best Efforts' Means in Dealer Contracts

## Cyber Sound is sued by Crestron for failing to use "best efforts" to sell Crestron gear. What does that mean?

g+1 2 | Tweet 3 | Like 2

By Sean Patrick Suiter,
August 09, 2011

Page 1 of 3
1 2 3 > Next




Legal questions? Send your questions about "best efforts" or other legal issues to legal@ehpub.com . "CE Pro" will address the issues based on their relevance to the industry.

You want your employees to put forth their best efforts at work, and your clients expect your best efforts on their integration projects. But what does it mean when a vendor demands your "best efforts" to sell their products?

"Best efforts" is a contractual term that has been thrust into the spotlight by recent litigation. In *Crestron v. Cyber Sound and Security*, home automation manufacturer Crestron sued integrator Cyber Sound for, among other things, the dealer's failure to apply its "best efforts" to market and sell Crestron products as specified in the dealer agreement signed by both parties.

A New Jersey federal district court will decide the particulars, but how do other dealers avoid a similar fate? Whether they know it or not, dealers (and distributors, agents and other resellers) routinely agree to use their "best efforts" whenever they enter into a distribution agreement. What does that mean?

**More Cyber Sound v. Crestron**
Savant vs. Crestron: Inside the Legal Documents
Crestron Sues Big Savant Dealer
Crestron Goes Head-to-Head with Savant in Phoenix Area
Crestron Calls Savant Lawsuit a 'Publicity Stunt'
Crestron Files Countersuit Against Savant Systems

"Best efforts" means different things in different situations. Sometimes an agreement will specify the performance criteria, such as the number of units sold, dollars spent on marketing, year-over-year sales growth, etc. Where the agreement defines "best efforts," a distributor should have no qualms about sticking to that definition.

Other times, no definition exists in the agreement. (We don't know which is the case in *Crestron v. Cyber Sound*.) In such cases, "best efforts" will













Latest | Subscribe | Blogs | Research

LightFreq Features Color and Sound in a Smart Bulb
Video Photos Inside Meridian Audio's High-Tech UK Factory
QMotion Introduces Trackless Motorized Drape Rods
D-Tools Announces Latest Version of System Integrator Dealer Software
URC Recognizing Dealers with Awards Program at CEDIA

necessarily take its meaning from the circumstances. A distributor's "best efforts" will be determined based on the distributor's capabilities, prior merchandising of similar products, financial status and common industry practice (concerning, for example, level of exclusivity, size of territory, demographics of territory, competitive landscape, and the economy).

**Bloor v. Falstaff: Judging a Dealer's 'Best Efforts'**

*Bloor v. Falstaff* may be instructive for integrators who agree to "best efforts" clauses. The court had to determine if Falstaff, the distributor, gave its best efforts to Bloor, even while Falstaff 's business was sinking.

Falstaff purchased various trademarks from Bloor related to Ballantine brands (beer and ale) with the agreement that Falstaff would use its "best efforts" to promote and maintain sales volume of those products. Falstaff subsequently encountered economic difficulties. Falstaff reduced the number of delivery routes it operated and cut back on marketing. Over the next three years, sales of Ballantine products declined by approximately half.

A federal court in New York found that Falstaff did not use its "best efforts" in maintaining and promoting Ballantine products. In making that determination, the court noted that Falstaff was not obliged to promote Ballantine products at the level of a national brewer such as Anheuser-Busch, but Falstaff was obligated to market Ballantine products in good faith and to the extent of its capabilities. The court found that Falstaff failed to use even its temporarily reduced resources and abilities. Furthermore, even when Falstaff experienced serious cash-flow issues, the company had significant borrowing power that could have been used to promote Ballantine.

Page 1 of 3
**1** 2 3 > Next

## Subscribe to the CE Pro Newsletter

E-mail Address... Submit

## Read more Business Resources stories

The Science of Growing (or Not Growing) a Custom Installation Business

4 Ways Smart Lighting Solutions Can Boost Revenues

Q&A: David Weinstein of Lutron Electronics

People On the Move: Clare Controls, Bosch Security, Klein Tools

Capital Summit at CEDIA to Bring Together Entrepreneurs, Financial Professionals

More in Business Resources

## Article Topics

News · Business Resources · Crestron · Legal · Savant V Crestron · Crestron V Cyber · All topics

## About the Author



Sean Patrick Suiter

Sean is an end user, patent attorney and a law school professor. He has practiced intellectual property and commercial law for over 20 years.

The Science of Growing (or Not Growing) a Custom Installation Business

4 Ways Smart Lighting Solutions Can Boost Revenues

View more news




**Featured Topics**

Amplifiers
Audio
Automation & Control
Cell Phone Booster
Central Vacuum
CE Pro 100
Displays
Distributed Audio
Distributors
HDMI Corner
Lighting
Motorized Shades
Mounts & Lifts
Movie Servers
Multiroom Video
Power Protection/Mgmt.
Receivers
Security
TVs & Displays
Universal Remotes
Video
Wire & Cable

**White Papers**

Download 3 Big Smart Home Trends
Tackling Multi-Zoned AV Installations with HDBaseT
Quick Guide to Explaining Home Networks
2014 CE Pro Wage & Salary Study
View all white papers

**Webinars**




Long-Term and Short-Term Trends in Home Automation
Building a Future-Proof Network for the Home and Small Business
Overcoming Central Vacuum Objections & Costs to Achieve a 40% Closing Rate
View all webinars

## 13 Comments (displayed in order by date/time)

Posted by Mark Sipe on 08/09 at 08:56 AM

Sounds as though there might be basis in this suit. Crestron may be protecting it's market share and name, not just going after an errant dealer. No one knows how the courts will decide but this looks to give some weight to Crestron's position.
Could this hurt dealers opinions of "going direct" electing instead to buy through distribution?
A dealer might go more for a "one night stand" rather than a committed relationship with a manufacturer.

Posted by dantothe4thpower on 08/09 at 09:18 AM

There is significant training involved to bring dealers up to speed with hardware, capabilities, and how to effectively sell the solution. I can't see people choosing AVAD over being direct with Crestron, even with this lawsuit.

Posted by Tuck on 08/09 at 10:04 AM

On a side note, being a single malt scotch man, I have to say Ballentines is my absolute favorite BLENDED skotch. SUPER reasonable pricing and other higher priced single malts BARELY squeak by as winners. If you like skotch, try Ballentines. Very smooth and VERY easy on the wallet.

I've turned many people onto it with good results. Hmmm, maybe they should hire me?

Posted by Mark Sipe on 08/09 at 10:22 AM

This is what you take away from this article? One of the manufacturing leaders in our industry has their foot on the throat of probably the largest dealer in the state and we're talking single malts (also one of my favorites)? Tuck, if I see you at CEDIA, I'm buying the first round.

Posted by Tuck on 08/09 at 11:00 AM

Mark, LOL. Yes, thats it, for me. I dont do "best effort" clauses. Also mentioned it as a "side note."

See you there, I will get second round.

Posted by Dave on 08/09 at 01:41 PM

A very interesting article. I only wish someone had used their "best efforts" to fix all the typos and run together words. It would have been much more readable.

In my experience, although we are not Crestron direct, I've had to contact them on occasion for information, and found our distributor much more help that going to the horse's mouth. I hope they are not successful in throttling their dealer network this way.

Posted by Webster on 08/09 at 01:47 PM

"and found our distributor much more help that going to the horse's mouth"

How about improving YOUR own literacy….

Posted by Mike K. on 08/09 at 06:15 PM

So, I need to look for Mark and Tuck at CEDIA because it would seem that is where the party will be at. I will be buying the third round.

As for this whole Crestron thing, so they take a loss from Savant…they are the biggest control company in the world. Find out why the company went to Savant and create your own type of Savant system. Stop crying, Crestron. You're worth billions.

Posted by Tuck on 08/09 at 06:48 PM

Mike, LOL, cant handle much more than two or three and still function..

Billions? I doubt they are even close to worth one billion in all seriousness. I know billions and trillions now get tossed around like nichols with todays

government but they would be a SERIOUS company even at HALF a billion.

Posted by Seriously on 08/09 at 07:14 PM

Billions? Maybe $100 mil on a good day.

Posted by Mark Sipe on 08/09 at 08:38 PM

Back to the point of the article.
Dealers need to understand the ramifications of how they sell and support products, legal agreements carry baggage, both good and bad.
Depending on how Crestron plays it and what they can prove Cyber did or didn't do someone is going to lose.
Crestron is saying they were wronged and others think they are making a sacrificial lamb of the dealer to fight a competing product.
Crestron could lose money, Cyber has a lot more on the line. This case could have a lasting impact on our industry. The courts can be fickle but either way both sides are going to spend some cash.
I am in this market and know Jon and how he runs his business. He has built up a substantial company in a down market.
The new design center shows Crestron isn't going to concede the territory and that will additionally put pressure on Cyber.
I still wouldn't want to be in a knife fight with Crestron unless they were on my side.

Posted by 39CentStamp on 08/10 at 07:55 AM

My guess is this lawsuit would have never happened if the other team didn't start the whine fest.

Posted by cpchillin on 08/10 at 10:17 PM

Mac I'm glad that someone else read this and realized what was going on.

For anyone thinking that this is big bad Crestron picking on the little guy I think you're WAY off base. Actually you're playing the wrong game.

Look at the facts. Savant is suing Crestron. Crestron is the largest control company in the world, let's call them Goliath. Savant is the little guy just trying to make it, let's call them David. So now Crestron is automatically looking like the bad guy and people are pulling for Savant. Savant has claimed that Crestron is unfairly influencing dealers. Crestron is probably using this lawsuit to show that if Savant is claiming that a dealer was acting as an agent for Crestron then Savant did the same thing in this case. Hmm seems like Goliath might win this one against Cyber Sound.

The down side to this is that you can spin it as Crestron trying to shut down dealers that sell both or switch. It's kinda like in politics, your view of events is slanted based on what side of the aisle you're sitting on.

Can't we all just get along.

Page 1 of 1 comment pages

Post a comment

Name:

Email:

Choose smileys | View comment guidelines

☐ Remember my personal information
☐ Notify me of follow-up comments?

Submit

Sponsored Links
Cable management has *never* looked this good. - DataComm Electronics
VIEW® Pro - 4:4:4 HD digital media streaming & distribution over IP networks - ClearOne
Streaming for Sophisticated Listeners | The Mirage Audio System - Autonomic
Grow your business on every job: light, shade and temperature control - Lutron®
Low Voltage Audio, Video & Data Installation Products for the Pros - Arlington Industries

 ©2013 CE Pro

EXHIBIT 707

CRESTRON

Text Search

About | Markets | Products | Resources | Partnerships | Training | Contact

Markets

Printer-Friendly | Log In | Get More Info

>> Home > Markets

# Markets

There's a perfect Crestron solution for every application




- Broadcast
- Corporate Enterprise
- Cultural and Event Centers
- Education
- Government
- Healthcare
- Home
- Hospitality and Retail
- Houses of Worship
- Luxury Transportation




Careers | Privacy | Legal | Feedback | Sitemap | Blog

All brand names, product names and trademarks are the property of their respective owners. Certain trademarks, registered trademarks, and trade names may be used to refer to either the entities claiming the marks and names or their products. Crestron disclaims any proprietary interest in the marks and names of others. Crestron is not responsible for errors in typography or photography.

©2014 Crestron Electronics, Inc.

EXHIBIT 708




Lutron Products Featured on Ellen









EXHIBIT 709




, , , , ,

Rave Reviews for RGB Spectrum Video Walls at InfoComm 2014

## Markets and Solutions

view more →



Security



Oil and Gas



Corporate



Military

## Recent News

view more →



JUL 30 Emergency Communications at Saint Louis University




JUL 25 RGB Spectrum Sweeps Awards at InfoComm 2014



JUL 25 A 4K/Ultra HD Update: 18 Months Later

*According to the National Oceanic and Atmospheric Administration, the state of Missouri experiences more...*

*InfoComm 2014 proved to be a great year for RGB Spectrum, with compelling new product launches that...*

*By now, you've probably heard the hype about 4K, also known as Ultra HD, which made its mainstream debut...*

## Trade Shows and Events

view more →

Security ESSEN

***Date:*** *September 23 - 26*
***Location:*** *Essen, Germany*
***Booth/Stand:*** *#2-248*

ASIS

***Date:*** *September 29 - October 2*
***Location:*** *Atlanta, GA*
***Booth/Stand:*** *#3365*

GITEX Technology Week

***Date:*** *October 12 - 16*
***Location:*** *Dubai*
***Booth/Stand:*** *#C1-1*




Design Guide - System Planning & Design Resource

RGB Spectrum is pleased to announce the availability of our new Design Guide, a valuable reference handbook created to meet the system design needs of consultants, designers, integrators and end customers.

Download Now

## About RGB Spectrum

RGB Spectrum is a leading designer and manufacturer of innovative solutions for the display, recording, and transmission of computer and video signals.

RGB Spectrum Patents

## Career Opportunities

Jobs

LinkedIn

## Get In Touch

950 Marina Village Parkway
Alameda, CA 94501

(510) 814-7000

sales@rgb.com

Contact Us

## Follow Us

Twitter

Facebook

YouTube

2014 RGB Spectrum. All rights reserved.