IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.<br>Defendant<br><br>CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff,<br>v.<br><br>SAVANT SYSTEMS, LLC<br>Counterclaim-Defendant | Civil Action No.: 10-cv-11622- WGY<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF WILLIAM J. MOSTYN IV IN SUPPORT OF PLAINTIFF SAVANT SYSTEMS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CRESTRON ELECTRONICS, INC.'S COUNTERCLAIMS I AND II OF TORTIOUS INTERFERENCE**

I, William J. Mostyn IV, declare as follows:

1. I am an associate at the law firm of Cesari and McKenna, LLP, and counsel for Plaintiff and Counterclaim-Defendant Savant Systems, LLC ("Savant"). I am admitted to the Bars of Massachusetts and the United States District Court for the District of Massachusetts. I am fully familiar with the facts and circumstances of this case, and make this Declaration in support of Plaintiff's Motion based thereon.

2. Attached hereto as **Exhibit 1** are true and correct copies of deposition transcript pages 194 and 195 from the January 21, 2014, deposition of Savant's corporate representative.

3. Attached hereto as **Exhibit 2** are true and correct copies of deposition transcript pages 102, 103, 108, 194, 195, 196, and 244 from the October 26, 2011, deposition of Robert Madonna.

4. Attached hereto as **Exhibit 3** is a true and correct copy of AmericanAutomation0000022-23.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an internet article, *Good ol' Fashioned Crestron Smoke and Mirrors* by Andrew Edwards, http://www.extron.com/company/andrewonline.aspx?id=ao-21&s=hp01 (last visited July 21, 2014).

6. Attached hereto as **Exhibit 5** is a true and correct copy of ANSR0000123.

7. Attached hereto as **Exhibit 6** are true and correct copies of deposition transcript pages 44, 45, 46, and 50 from the March 22, 2013, deposition of James Carroll.

8. Attached hereto as **Exhibit 7** is a true and correct copy of deposition transcript page 139 from the December 4, 2012, deposition of Robert J. Christensen.

9. Attached hereto as **Exhibit 8** are true and correct copies of pages 29 and 46 from the Corrected Expert Report of Professor Einer Elhauge.

10. Attached hereto as **Exhibit 9** are true and correct copies of deposition transcript pages 77, 138, 139, and 225 from the deposition of Crestron's corporate representative Randy Klein.

11. Attached hereto as **Exhibit 10** is a true and correct copy of page 3 from Crestron Electronics, Inc.'s First Set of Interrogatories to Savant Systems, LLC.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Crestron0002737-40.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Crestron0012613-19.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Crestron0026431-33.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Crestron0052188.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Crestron0052190.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Crestron0052249-51.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Crestron0052955.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Crestron0053040-56.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Crestron0053069-89.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Crestron0075722.

22. Attached hereto as **Exhibit 21** is a true and correct copy of Crestron0081897.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Crestron0085203-07.

24. Attached hereto as **Exhibit 23** is a true and correct copy of Crestron0085395-97.

25. Attached hereto as **Exhibit 24** is a true and correct copy of Crestron0090368-71.

26. Attached hereto as **Exhibit 25** is a true and correct copy of Crestron0109345-46.

27. Attached hereto as **Exhibit 26** is a true and correct copy of Crestron0109346.

28. Attached hereto as **Exhibit 27** is a true and correct copy of certain rows of a Crestron Excel native file at Crestron0119464, Fiscal Q1 '10.

29. Attached hereto as **Exhibit 28** is a true and correct copy of Crestron0123342-45.

30. Attached hereto as **Exhibit 29** is a true and correct copy of Crestron0133959.

31. Attached hereto as **Exhibit 30** is a true and correct copy of Crestron0137437-38.

32. Attached hereto as **Exhibit 31** is a true and correct copy of Crestron0138829-31.

33. Attached hereto as **Exhibit 32** is a true and correct copy of Crestron0138868.

34. Attached hereto as **Exhibit 33** is a true and correct copy of Crestron0147517-20.

35. Attached hereto as **Exhibit 34** is a true and correct copy of Crestron0148243.

36. Attached hereto as **Exhibit 35** is a true and correct copy of Crestron0148246.

37. Attached hereto as **Exhibit 36** is a true and correct copy of Crestron0165623.

38. Attached hereto as **Exhibit 37** is a true and correct copy of Crestron0165880.

39. Attached hereto as **Exhibit 38** is a true and correct copy of a certain row of a Crestron Excel native file at Crestron0172210.

40. Attached hereto as **Exhibit 39** is a true and correct copy of Crestron0172211-12.

41. Attached hereto as **Exhibit 40** is a true and correct copy of Crestron0177323.

42. Attached hereto as **Exhibit 41** is a true and correct copy of Crestron0178165.

43. Attached hereto as **Exhibit 42** is a true and correct copy of Crestron0189255.

44. Attached hereto as **Exhibit 43** is a true and correct copy of a certain row of a Crestron Excel native file at Crestron0349081.

45. Attached hereto as **Exhibit 44** is a true and correct copy of certain rows of a Crestron Excel file at Crestron1444730.

46. Attached hereto as **Exhibit 45** is a true and correct copy of Crestron2558264.

47. Attached hereto as **Exhibit 46** is a true and correct copy of Crestron2558269.

48. Attached hereto as **Exhibit 47** is a true and correct copy of Crestron2558325-28.

49. Attached hereto as **Exhibit 48** is a true and correct copy of portions of certain rows of a Crestron Excel file at Crestron2558380.

50. Attached hereto as **Exhibit 49** are true and correct copies of pages 2, 3 and 4 of the Declaration of Michael Silva in Support of Plaintiff's Motion to Compel Production of Documents in Response to Request for Production and Answers to Interrogatories.

51. Attached hereto as **Exhibit 50** is a true and correct copy of Crestron Electronics, Inc.'s Response to Plaintiff and Counterclaim Defendant's Second Set of Interrogatories, Response 12.

52. Attached hereto as **Exhibit 51** are true and correct copies of pages 7 and 8 of Crestron Electronics, Inc.'s Objections and Responses to Plaintiff and Counterclaim Defendant Savant Systems, LLC's Fifth Set of Interrogatories.

53. Attached hereto as **Exhibit 52** are true and correct copies of pages 10 and 11 of Crestron Electronics, Inc.'s Objections and Responses to Plaintiff and Counterclaim Defendant Savant System, LLC's Sixth Set of Interrogatories.

54. Attached hereto as **Exhibit 53** are true and correct copies of pages 6 and 7 of Crestron Electronics, Inc.'s Supplemental Objections and Responses to Interrogatory Nos. 90, 94 and 95 in Plaintiff and Counterclaim Defendant Savant Systems, LLC's Sixth Set of Interrogatories.

55. Attached hereto as **Exhibit 54** is a true and correct copy of Defendant Crestron Electronics, Inc.'s Further Supplemental Responses to Plaintiff's Interrogatories, Response 12.

56. Attached hereto as **Exhibit 55** is a true and correct copy of page 24 of the Expert Report of Daniel S. Kippycash.

57. Attached hereto as **Exhibit 56** are true and correct copies of deposition transcript pages 14, 15, and 16 from the May 8, 2012, deposition of Jason Jobe.

58. Attached hereto as **Exhibit 57** is a true and correct copy of deposition transcript page 189 from the March 28, 2013, deposition of Randy Klein.

59. Attached hereto as **Exhibit 58** are true and correct copies of pages 10, 11, 12, 15 and 16 of Plaintiff Savant Systems, LLC's Supplemental Answers to Interrogatory Nos. 4, 11 and 49 Through 58 of Crestron Electronics, Inc.'s First, Third and Sixth Sets of Interrogatories.

60. Attached hereto as **Exhibit 59** is a true and correct copy of deposition transcript page 57 from the September 12, 2012, deposition of Sean Riordan.

61. Attached hereto as **Exhibit 60** is a true and correct copy of SAVANT 0008499-12.

62. Attached hereto as **Exhibit 61** is a true and correct copy of SAVANT 0444986-89.

63. Attached hereto as **Exhibit 62** is a true and correct copy of SAVANT 3514824-36.

64. Attached hereto as **Exhibit 63** is a true and correct copy of SAVANT0143224.

65. Attached hereto as **Exhibit 64** is a true and correct copy of SAVANT0147191.

66. Attached hereto as **Exhibit 65** is a true and correct copy of SAVANT0240613-62.

67. Attached hereto as **Exhibit 66** is a true and correct copy of SAVANT0243215-19.

68. Attached hereto as **Exhibit 67** is a true and correct copy of SAVANT0463966-4067.

69. Attached hereto as **Exhibit 68** is a true and correct copy of SAVANT0525251.

70. Attached hereto as **Exhibit 69** is a true and correct copy of SAVANT0537227-31.

71. Attached hereto as **Exhibit 70** is a true and correct copy of SAVANT0964931-5066.

72. Attached hereto as **Exhibit 71** is a true and correct copy of SAVANT2723937-40.

73. Attached hereto as **Exhibit 72** is a true and correct copy of SAVANT3446513.

74. Attached hereto as **Exhibit 73** is a true and correct copy of SAVANT3559619.

75. Attached hereto as **Exhibit 74** is a true and correct copy of deposition transcript page 23 from the April 5, 2012, deposition of John L. Selby.

76. Attached hereto as **Exhibit 75** are true and correct copies of deposition transcript pages 192, 193, 195, and 196 from the February 28, 2013, deposition of Marla Suttenberg.

77. Attached hereto as **Exhibit 76** are true and correct copies of deposition transcript pages 11 and 12 from the May 1, 2012, deposition of Chad Weuve.

78. Attached hereto as **Exhibit 77** is a true and correct copy of Crestron0158374-78.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of August, 2014, in Boston, Massachusetts.

/s/ William J. Mostyn IV
William J. Mostyn IV

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 22, 2014.

/s/ William J. Mostyn IV
William J. Mostyn IV