IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.,<br><br>Defendant.<br><br>CRESTRON ELECTRONICS, INC.<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>SAVANT SYSTEMS, LLC,<br><br>Counterclaim-Defendant. | Civil Action No.: 1:10-cv-11622 (WGY) |

**DECLARATION OF JOHN J. KAVANAGH IN SUPPORT OF DEFENDANT CRESTRON ELECTRONICS, INC.'S MOTION TO EXCLUDE EXPERT REPORT AND ACCOMPANYING TESTIMONY OF EINER ELHAUGE**

I, John J. Kavanagh, being of full age, hereby certify as follows:

1. I am an attorney-at-law in the District of Columbia, and am counsel for Defendant Crestron Electronics, Inc. ("Crestron") in the above-captioned matter. As such, I am fully familiar with the facts and circumstances of this case. I make this Declaration in support of Crestron's Reply in support of its Motion for Summary Judgment.

2. Attached hereto as **Exhibit A** is a true and correct copy of the corrected expert report of Einer Elhauge in this matter, submitted on May 20, 2014.

3. Attached hereto as **Exhibit B** is a true and correct copy of the rebuttal expert report of Dr. Andrew Joskow in this matter, submitted on May 2, 2014.

4. Attached hereto as **Exhibit C** is a true and correct copy of the rebuttal expert report of Dr. Lauren Stiroh in this matter, submitted on May 2, 2014.

5. Attached hereto as **Exhibit D** is a true and correct copy of a document produced by Crestron beginning with Bates Nos. Crestron0002161 and Crestron0002177, with portions relevant to the instant pleading highlighted.

6. Attached hereto as **Exhibit E** is a true and correct copy of a document produced by Crestron beginning with Bates Nos. Crestron2409977, Crestron2409980, and Crestron2409981, with portions relevant to the instant pleading highlighted.

7. Attached hereto as **Exhibit F** is a true and correct copy of a document produced by Crestron beginning with Bates Nos. Crestron1892177 and Crestron1892179, with portions relevant to the instant pleading highlighted.

8. Attached hereto as **Exhibit G** is a true and correct copy of a document produced by Crestron beginning with Bates Nos. Crestron0402043, Crestron0402046, and Crestron0402047, with portions relevant to the instant pleading highlighted.

9. Attached hereto as **Exhibit H** is a true and correct copy of a document produced by Crestron beginning with Bates Nos. Crestron0387812 and Crestron0387814, with portions relevant to the instant pleading highlighted.

10. Attached hereto as **Exhibit I** is a true and correct copy of a document produced by Crestron beginning with Bates Nos. Crestron0063618 and Crestron0063622, with portions relevant to the instant pleading highlighted.

11. Attached hereto as **Exhibit J** is a true and correct copy of a document produced by Crestron beginning with Bates Nos. Crestron0460810 and Crestron0460812, with portions relevant to the instant pleading highlighted.

12. Attached hereto as **Exhibit K** is a true and correct copy of a document produced by Crestron beginning with Bates Nos. Crestron0464752 and Crestron0464754, with portions relevant to the instant pleading highlighted.

13. Attached hereto as **Exhibit L** is a true and correct copy of a document produced by Crestron beginning with Bates Nos. Crestron2263328 and Crestron2263330, with portions relevant to the instant pleading highlighted.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the deposition transcript of Einer Elhauge in this matter, taken on May 22, 2014.

15. Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the deposition transcript of Dr. Andrew Joskow in this matter, taken on June 4, 2014.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the deposition transcript of Dr. Lauren Stiroh in this matter, taken on June 6, 2014.

17. Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the deposition transcript of Robert Madonna in this matter, taken on October 26, 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 5, 2014. By: *_/s/ John J. Kavanagh___________*
John J. Kavanagh

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September 2014, a true and correct copy of the foregoing pleading was served by filing it electronically with the Court's CM/ECF system on the below-named counsel of record.

Thomas C. O'Konski
Aaron S. Jacobs
William J. Mostyn IV
Michael E. Attaya
Michael R. Reinemann
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Counsel for Savant Systems, LLC
(617) 951-2500 (Telephone)
(617) 951-3927 (Facsimile)
tok@c-m.com
ajacobs@c-m.com
wjm@c-m.com

Paul J. Hayes
Kevin Gannon
HAYES MESSINA GILMAN & HAYES LLC
200 State Street
Boston, MA 02109
(617) 439-4200 (Telephone)
(617) 443-1999 (Facsimile)
phayes@hayesmessina.com
kgannon@hayesmessina.com

Christopher S. Finnerty
Jeffrey S. Patterson
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, Massachusetts 02109
chris.finnerty@nelsonmullins.com
jeffrey.patterson@nelsonmullins.com

Counsel for Plaintiff Savant Systems, LLC

/s/ ***Michael J. Pineault***