IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.<br>Defendant<br><br>CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff,<br>v.<br><br>SAVANT SYSTEMS, LLC<br>Counterclaim-Defendant | Civil Action No. 10-cv-11622-WGY |

**DECLARATION OF AARON S. JACOBS IN SUPPORT OF PLAINTIFF SAVANT SYSTEMS, LLC'S OPPOSITION TO DEFENDANT CRESTRON ELECTRONICS, INC.'S MOTION TO EXCLUDE EXPERT REPORT AND ACCOMPANYING TESTIMONY OF EINER ELHAUGE**

I, Aaron S. Jacobs, declare as follows:

1. I am a counsel at the law firm of Cesari and McKenna, LLP, counsel for Plaintiff and Counterclaim-Defendant Savant Systems, LLC (ñSavantò). I am admitted to the Bars of Massachusetts and California. I am fully familiar with the facts and circumstances of this case, and make this Declaration in support of Plaintiffôs Oppositions thereon.

2. I am familiar with the data files Professor Einer Elhauge created for and relied upon in the Corrected Expert Report of Einer Elhauge.

3. I am also familiar with both partiesô databases.

4. I am aware that at least forty-six firms with the word ñSecurityò in their name purchased products from Crestron, Savant or both, during the relevant period. Although some of these firms appear to be whole-home automation and control dealers, including Cyber Sound and Security, others are predominantly or entirely security firms.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the Corrected Expert Report of Professor Einer Elhauge (May 20, 2014).

6. Attached hereto as **Exhibit 2** is a true and correct copy of the data file accompanying the Corrected Report of Professor Einer Elhauge (May 20, 2014) entitled ñ47 Individual Unrestricted Dealer Shares.csvò.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the data file accompanying the Corrected Report of Professor Einer Elhauge (May 20, 2014) entitled ñ15 Concrete Examples.xlsxò.

8. Attached hereto as **Exhibit 4** is a true and correct copy of Lauren Stiroh, *Considerations in Defining a Relevant Market,* April 10, 2013 Presentation to ABA Section of Antitrust Law.

9. Attached hereto as **Exhibit 5** is a true and correct copy of the DOJ/FTC Horizontal Merger Guidelines.

10. Attached hereto as **Exhibit 6** is a true and correct copy of the Rebuttal Expert Report of Dr. Andrew S. Joskow (May 2, 2014).

11. Attached hereto as **Exhibit 7** is a true and correct copy of the Rebuttal Expert Report of Tricia Parks, Revised on May 21, 2014 to Insert Additional Fact Citations at Request of Savantŏs Counsel (May 21, 2014).

12. Attached hereto as **Exhibit 8** is a true and correct copy of the excerpts of Parks Associates 2007: Home Systems: Home Control.

13. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the deposition of Einer Elhauge (May 22, 2014).

14. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the deposition of Andrew Joskow (June 4, 2014).

15. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the deposition of Paul Bernard (Oct. 12, 2012).

16. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the Crestron Rule 30(b)(6) deposition (Klein) (Jan. 16, 2014).

17. Attached hereto as **Exhibit 13** is a true and correct copy of the Expert Damages Report of Lauren J. Stiroh, Ph.D. (May 2, 2014).

18. Attached hereto as **Exhibit 14** is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron1539445.

19. Attached hereto as **Exhibit 15** is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron0177932.

20. Attached hereto as **Exhibit 16** is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron0172688.

21. Attached hereto as **Exhibit 17** is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron0170553.

22. Attached hereto as **Exhibit 18** is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron0170565.

23. Attached hereto as **Exhibit 18** is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron0170565.

24. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from Antitrust Law Developments (7th ed. 2012).

25. Attached hereto as **Exhibit 20** is a true and correct copy of Areeda & Hovenkamp, IIB Antitrust Law ¶ 516h (3d ed. 2007).

26. Attached hereto as **Exhibit 21** is a true and correct copy of Areeda & Hovenkamp, IX Antitrust Law ¶ 1709d (3d ed. 2011).

27. Attached hereto as **Exhibit 22** is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron0170565.

28. Attached hereto as **Exhibit 23** is a true and correct copy of ABA Model Instructions in Civil Antitrust Cases, C-16 (2005).

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of September, 2014, in Boston, Massachusetts.

/s/ *Aaron S. Jacobs*
Aaron S. Jacobs

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2014.

/s/ *Aaron S. Jacobs*
Aaron S. Jacobs