# Exhibit 2

| uniq_id | crestron_name | savant_name | pSav2008 | pSav2009 | pSav2010 | pSav2011 | pSav2012 | pSav2013 |
|---|---|---|---|---|---|---|---|---|
| 192 | AUDIO VIDEO SYSTEMS INC. | AUDIO VIDEO SYSTEMS, INC. | 0 | 0 | 0.006 | 0.077 | 0.254 | 0.277 |
| 32 | AUDIO COMMAND SYSTEMS INC | AUDIO COMMAND SYSTEMS INC. | 0.035 | 0.011 | 0.126 | 0.05 | 0.082 | 0.326 |
| 102 | CYBER SOUND & SECURITY | CYBER SOUND & SECURITY | | 0.005 | 0.515 | 0.967 | 1 | 1 |
| 233 | PARAGON TECHNOLOGY GROUP | PARAGON TECHNOLOGY GROUP, LL( | 0 | 0 | 0 | 0.017 | 0.16 | 0.546 |
| 36 | ELECTRONICS DESIGN GROUP INC | ELECTRONICS DESIGN GROUP - INC. | 0.002 | 0.186 | 0.265 | 0.463 | 0.6 | 0.376 |
| 247 | TEMPUS ENTERPRISES INC. | TEMPUS ENTERPRISE, INC. | 0 | 0 | 0 | 0.619 | 0 | 0 |
| 447 | NEWPORT AUDIO & VIDEO | NEWPORT AUDIO & VIDEO | 0 | 0 | 0 | 0 | 0 | 0.001 |
| 150 | PRO DESIGN LLC. | PRO DESIGN LLC | | | 1 | 0.999 | 1 | 1 |
| 43 | STEREO ONE | STEREO ONE - INC. | | 0 | 0.009 | 0 | 0 | 0 |

| pTotal | total2008 | total2009 | total2010 | total2011 | total2012 | total2013 | dealer_tota | overall_total |
|---|---|---|---|---|---|---|---|---|
| 0.249417 | 542933.4 | 933624.3 | 1006735 | 841583.7 | 745986.9 | 659804.7 | 4730667 | 1.90E+07 |
| 0.206371 | 536804.5 | 809765.8 | 804132.8 | 519829.9 | 770462.1 | 473235.6 | 3914231 | 1.90E+07 |
| 0.174863 | | 60564.5 | 597096.8 | 783625.9 | 1232878 | 642452.9 | 3316618 | 1.90E+07 |
| 0.168765 | 413643.8 | 515417.6 | 462435 | 544620.4 | 845266.8 | 419570.8 | 3200954 | 1.90E+07 |
| 0.091063 | 267418.8 | 507686.5 | 278203.9 | 324154.2 | 149369.3 | 200345.9 | 1727179 | 1.90E+07 |
| 0.070873 | 324977.7 | 432079.5 | 298472.7 | 238731.6 | 42902.33 | 7079.8 | 1344244 | 1.90E+07 |
| 0.021046 | 106770 | 61321.65 | 38709.27 | 60658 | 101856.2 | 29859.34 | 399174.5 | 1.90E+07 |
| 0.014225 | | | 31222.41 | 89776.01 | 92258.22 | 56543 | 269799.6 | 1.90E+07 |
| 0.003377 | | 1655.25 | 23997.86 | 4332 | 15166.75 | 18904.87 | 64056.73 | 1.90E+07 |