IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.<br>Defendant<br><br>CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff,<br>v.<br><br>SAVANT SYSTEMS, LLC<br>Counterclaim-Defendant | Civil Action No.: 10-cv-11622- WGY<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF THOMAS O'KONSKI IN SUPPORT OF PLAINTIFF SAVANT SYSTEMS, LLC'S MOTION TO EXCLUDE THE EXPERT REPORT AND ASSOCIATED EXPERT TESTIMONY OF DR. RALPH Z. SORENSON**

I, Thomas C. O'Konski, declare as follows:

1. I am a partner in the law firm of Cesari and McKenna, LLP, 88 Black Falcon Avenue, Boston, MA 02210, and lead counsel for Plaintiff, Savant Systems, LLC ("Savant"), in the above-captioned action.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Ralph Z. Sorenson (May 2, 2014).

3. Attached hereto as Exhibit 2 are true and correct excerpts from the Sorenson deposition (June 3, 2014).

4. Attached hereto as Exhibit 3 is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron0075722.

5. Attached hereto as Exhibit 4 is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron0119464, Fiscal Q1 '10, Row 6.

6. Attached hereto as Exhibit 5 is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron0137437.

7. Attached hereto as Exhibit 6 is a true and correct copy of the document produced by Crestron beginning with Bates No. Crestron0147517.

8. Attached hereto as Exhibit 7 is a true and correct copy of Sorenson Deposition Exhibit 6.

9. Attached hereto as Exhibit 8 is a true and correct copy of Sorenson Deposition Exhibit 7.

10. Attached hereto as Exhibit 9 is a true and correct copy of Sorenson Deposition Exhibit 8.

11. Attached hereto as Exhibit 10 is a true and correct copy of Sorenson Deposition Exhibit 9.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Corrected Expert Report: Professor Einer Elhauge (May 20, 2014).

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of September, 2014, in Boston, Massachusetts.

/s/ Thomas C. O'Konski

Thomas C. O'Konski