# EXHIBIT 3

| | | |
|---|---|---|
| **From:** | Randy Klein | June 29, 2008 12:14:52 PM (-04) |
| **To:** | Dave Sell; Jason Tirado; Jerrie Anderson; Jerry Wagner; John Gutekunst; Landon Lovett; Mark Swiderski; Philip Cowling; Wayne Swirnow | |
| **Cc:** | Bill Schafer | |
| **Bcc:** | | |
| **Subject:** | **Savant Market Penetration** | |
| **Attachments:** | | |

Thank you for getting all your rallying all your guys and putting this info together. This proved to be very useful and infor informative. The most important thing is showed is that after surveying our top 20 dealers around the world, not one of them is representing Savant in a any form. These top 20 dealers represent 85% of our business. Accordingly, our business is not being affected by Savant?for now. As we have seen in the past?.Control4?.let?s not let me gain one inch into our marketplace. I don?t think it?s necessary to poll the rest of your dealers?for now. Rather, I would like to see your guys revisit this each quarter with their top 20 and make sure Savant hasn?t gained any ground.

Thanks again.

Randy Klein
Executive Vice President