# EXHIBIT 4

# Week of July 13, 2009

## Dealers

[redacted]

**Scott Smith / Joe Laurin / Jason Sachs -** I debriefed the guys on our plan regarding Prodigy, and Savant. They understand we will approach dealers carrying both Crestron & C4 first. Demo/Program the product and get their commitment. If we get it great, if not, then we'll sign up everyone around them. Second priority is approach C4 only dealers and make them Prodigy only dealers. We will not discuss Prodigy with Crestron only dealers. Further, any dealer signing up Savant, will be warned to choose: Crestron or Savant, not both. If they can't commit to us, then they will be dropped. We can't let Savant get a foothold in our channel and let our dealers educate them on the control business. Further, all of them understand the importance of DM; and we have to push it hard. Everyone expects a better year by about 12-13% over last year. As for Prodigy, they like that it's inexpensive, easy to program and that we decided to include the T-Stats. They still think we should have on-screen menus, but won't have a problem overcoming the objection. Very excited.

## Market Development

[redacted]

[redacted]

## Sales/New Dealers/Prospects/Category 5 Dealers/Other

**Sales -** We had a Director's Meeting in NJ. The primary topics were: '09 Sales Review; Prodigy Introduction; Zero-tolerance for Savant; Revamped DRP w/ incentives for supporting Crestron's line; CEDIA; DM; End-user complaints should go to Abby; Experience Center; Distribution--CDW. Regarding Prodigy, we will address Crestron dealers using C4 by showing them software, products, and ask them if they'll choose Crestron over C4? If not, we sign up every electrician/security guy inthe area as Prodigy-only dealers. Each Resi RSM will have their own Prodigy case, and will actually program their systems as part of their dealer demonstrations. Prodigy ships August first. I'm holding Prodigy training on July 30th following our quarterly meeting on the 29th. I'm forecasting $40.8M for fiscal 2010, which will put us on a growth path from 2008 levels, or 14% growth from '09. I honestly believe that with the advent of DigitalMedia, Prodigy, and the '09 bottom, that we'll achieve it. Other than Steve and Joe, no one earned bonus last year, and they're hungry to get back to winning ways. We're very excited to turn this around.

**New Dealers -** No new dealers last week, but sent out 4 new dealer apps.

**VIR Dealers -** AVI-SPL,Whitlock, SBC

## Issues

**Renew South Lease --** I forwarded lease information for the South office to David Hakula. We are currently paying $14.8K /month and if we renew the lease for another 3 years, prior to August 1, we can renegotiate and to around $12.2K/month and save about $2,700 monthly.

**New Mid-Atlantic Office --** We've been in the Reston office for 3 years, and are inside of 2 years left on the lease. I'd like to start looking for a new space with larger meeting space, training facilities, because it is very cramped. With Travis Hull leaving for Vegas, I have a good candidate for replacement--Matt Thompson. We also need another junior tech for the phones. Moving all of Virginia into this territory has increased Mid-Atlantic sales from 28% to 42% of total revenues, and requires increased support facilities. Rental prices are low right now, so we could probably lock into a great price in a better location.

## Next Week

JTIC con call