EXHIBIT 5

| | | |
|---|---|---|
| **From:** | Dave Sell | June 07, 2008 12:45:22 PM (-04) |
| **To:** | Brian Nachum; Chad Russell; Dan Fry; Dave Sell; Gordon Isaac; John Channon; Moose Adams; Rick Coven; Rob Christensen; Shaun D'Sylva; Timothy Knittel | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **FW: Savant** | |
| **Attachments:** | CW Savant Dealer Info.xls | |

Team:

Here is the final format we came up with for the Savant dealer survey. Your next task is to complete the next 15 dealers by June 15th. Send to Lisa for compilation by June 13th.

NOTE: This is not a phone survey! A subject as important as this warrants personal visits and meetings. It's too easy for a dealer to lie and BS you over the phone. It is required that you visit your dealers and ask these questions, press them, look them in the eye and tell them we have a 'zero tolerance policy' on Savant. Then ask them for their EOY orders!

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

>______________________________________________
>From: Randy Klein
>Sent: Monday, June 02, 2008 12:28 PM
>To: Dave Sell; Jason Tirado; Jerrie Anderson; Jerry Wagner; John Gutekunst; Landon Lovett; Mark Swiderski; Philip Cowling; Wayne Swirnow
>Cc: Fred Bargetzi; Bill Schafer
>Subject: Savant
>
>I want each of you to have your guys poll every residential dealer to see if any of them are representing Savant. Split each RSM list into 3 groups. Top 5 dealers first. Next 15 dealers, and then the remainder. The definition of represent is noted below. I would like a Y or N next to each item.
> Attended Savant Dealer Meeting or Council
> Signed Dealership Agreement
> Purchased Demo Equipment
> Promote on Website or Other
> Sold and Delivered to End Users
>
>I would like the first 5 by the end of this week, next 15 the following week, and the remainder by July 1
>
>Randy Klein
>Executive Vice President
>

>