EXHIBIT 6

| | | |
|---|---|---|
| **From:** | Gordon Isaac | August 05, 2008 10:23:44 AM (-04) |
| **To:** | Dave Sell | |
| **Cc:** | | |
| **Bcc:** | | |
| **Subject:** | **Re: IPN Problems** | |
| **Attachments:** | image001.jpg | |

Want me to try calling Paul and see if he will offer it up? I won't ask him straight up, but I could hint around and see if he goes for it? Let me know.

---

**From**: Dave Sell
**To**: Gordon Isaac
**Sent**: Tue Aug 05 10:23:21 2008
**Subject**: RE: IPN Problems

Yes I did. I'm glad that word got out. Keep sending that message. Zero tolerance!

I have not asked Paul for the list. Not sure if I will. Touchy subject.

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

---

**From:** Gordon Isaac
**Sent:** Tuesday, August 05, 2008 7:19 AM
**To:** Dave Sell
**Subject:** RE: IPN Problems

Speaking of Savant. Did you get my VM last week about calling Paul and trying to get their dealer list like with AMX? The rumor is that Paul got a bunch of dealers signed up and had a bunch of projects that they were working on and then once Savant got what they wanted out of Paul they fired him. He might be disgruntled enough to get us into either the projects or the dealers who are doing them.

I met with a dealer last week who said that someone on a blog was telling Crestron dealers to consider their switch to Savant with caution as Crestron was telling dealers that if they picked up Savant they would lose their Crestron dealerships. Kind of interesting that it is starting to circulate on line like this.

---

**From:** Dave Sell
**Sent:** Tuesday, August 05, 2008 7:13 AM
**To:** Gordon Isaac
**Subject:** RE: IPN Problems

You have to meet with them to get to the truth. I suspect that once they found out Paul was repping Savant they may have changed their course. Even though he isn't doing it anymore, they might still be going in that direction. Just go there like you had a meeting anyway. Force the issue.

Dave Sell, Director
Crestron West
5660 Katella, Ste. 150
Cypress, CA 90630
800-827-2188 x. 18016
562-596-0713 fax
714-875-0879 mobile
www.crestron.com

---

**From:** Gordon Isaac
**Sent:** Tuesday, August 05, 2008 6:48 AM
**To:** Dave Sell
**Subject:** IPN Problems

Dave,

A new dealer IPN is trying to return their $11k demo order stating that they are not going to be able to pay for, or use the equipment due to financial problems with the development company which owns half their business and has lost funding on all their projects. They have not returned the several calls that I have made and we have had limited e-mail dialogue (see attached) .

This dealer came highly recommended by Paul Brown and several other people who I spoke with as well. I met with them several times before deciding to move forward with their dealership. Once we moved forward with them I met with them every week, sometimes twice on projects that they had with Elan and AMX that they wanted to flip to us. I even met with their a couple of their builders. Nothing materialized. Now they are canceling the meeting that we had for today in which I wanted to find out there plan to move forward. How would you like me to proceed?

Gordon

---

**From:** Frank Cavallaro [mailto:Frank@ip-networks.net]
**Sent:** Tuesday, August 05, 2008 6:09 AM
**To:** Gordon Isaac
**Subject:** meeting today at 1pm cancelled

Gordon,

I do not want to waste your time today. We are not able to move forward with our demo equipment because of the sudden stop in Monroe Hotel and X lofts. This is due to the Mortgages LTD BK.

This has been financially devastating to IPN.

I have some other plans for the future. When I figure out what we are going to do, I will call you.

Sorry for the bad news.

Best,

**Frank C. Cavallaro**

**President**

**Integrated Professional Networks**

**9500 E. Ironwood Square Drive #118**

**Scottsdale, AZ 85258**

**Office:480-860-5235**

**Fax:480-419-9537**

**Cell:602-717-9660**



VOICE/DATA/AUDIO/VIDEO/AUTOMATION DESIGN