EXHIBIT 7

**inside track**™
Audio-Video Retailer
your profit adviser: • independent • up-front • daring

January 24, 2011
Volume XXVII/01-02

EXHIBIT 6
Sorenson
DATE: 6-3-14
RPTR: LAURIE J. DRIGGERS

# Year 2011 Supplier Loyalty Test Results Part I

GRADES

4.01 - 4.50 = A+
3.95 - 4.00 = A
3.65 - 3.94 = A-
3.25 - 3.64 = B+
2.95 - 3.24 = B
2.65 - 2.94 = B-
2.25 - 2.64 = C+
1.95 - 2.24 = C
1.65 - 1.94 = C-
1.25 - 1.64 = D+
.95 - 1.24 = D
.65 - .94 = D-

As 2010 drew to a close, more dealers reported that the last quarter of the year finally brought an improvement in their businesses, sometimes, in fact, a real resurgence, which makes them look ahead to 2011 with considerably more optimism than had been warranted a year ago. Manufacturers, meanwhile, dealt with the difficult economy by making adjustments to their businesses. Meridian, for example, is now focusing even more narrowly on the high end luxury market with a streamlined (i.e. significantly reduced) network of top notch dealers. More vendors, including B&W, SpeakerCraft, and more recently, Paradigm, went into the other direction - broadening their distribution with part of their product lines.

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/ELECTRONICS
Distribution Policies that Support Specialists

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 3 | 1 | Integra | (60) | (58) | 4.04 | 4.15 | A+ |
| 4 | 2 | Anthem | (42) | (48) | 3.97 | 4.10 | |
| 10 | 3 | ↑ Meridian | (19) | (17) | 3.60 | 4.07 | |
| 2 | 4 | Rotel | (38) | (28) | 4.11 | 3.99 | A |
| 7 | 5 | ↑ Bryston | (18) | (20) | 3.72 | 3.93 | A- |
| 8 | 6 | ARCAM | (22) | (19) | 3.68 | 3.87 | |
| 6 | 6 | McIntosh | (39) | (31) | 3.89 | 3.87 | |
| 12 | 8 | ↑ NAD | (29) | (25) | 3.20 | 3.40 | B+ |
| 14 | 9 | Yamaha | (42) | (38) | 3.09 | 3.08 | B |
| 16 | 10 | ↑ Pioneer | (31) | (15) | 2.60 | 2.96 | |
| 15 | 11 | ↑ Marantz | (46) | (38) | 2.70 | 2.93 | |
| 17 | 12 | Denon | (46) | (37) | 2.58 | 2.65 | |
| 18 | 13 | Sony | (36) | (22) | 2.19 | 2.30 | C+ |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/SPEAKERS
Distribution Policies that Support Specialists

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade 10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Magnepan | (38) | (22) | 4.34 | 4.41 | A+ |
| 4 | 2 | Monitor A. | (20) | (23) | 3.93 | 4.04 | |
| 3 | 3 | Paradigm | (62) | (59) | 3.96 | 3.95 | A |
| 6 | 4 | JL Audio | (22) | (17) | 3.66 | 3.79 | A- |
| 5 | 5 | James Lspkr | (18) | (15) | 3.77 | 3.76 | |
| 9 | 6 | Velodyne | (15) | (18) | 3.24 | 3.23 | B |
| 2 | 6 | ↓ B & W | (45) | (35) | 4.22 | 3.23 | |
| 10 | 8 | Def. Tech. | (22) | (21) | 3.16 | 3.22 | |
| 8 | 9 | ↓ Artison | (21) | (15) | 3.33 | 2.82 | B- |
| 11 | 10 | ↓ Klipsch | (20) | (19) | 2.80 | 2.55 | C+ |

The 26th annual **inside track** Supplier Loyalty Test (SLT) survey form was put on the website on November 14, 2010 and remained accessible through January 3, 2011. The one month delay (due to software issues) from our typical schedule put us smack in the middle of the Christmas holiday/selling season. My continuous barrage of "invitations" to participate in the survey may have been a bit relentless. All the more reason to sincerely thank the dealers who did what many now refer to as their *"civic duty"* in this industry - completing and returning a SLT survey form during the absolutely busiest time of the year. So - thank you, indeed!

At the end of the day, January 3, 2010, we had received a total of **223** surveys back. It turned out that **13** of these had problems: either only a single company was graded - which is against our survey policies that are clearly spelled out on the website - or they had 1, 2 or 3 strings of grades entered, but no company name(s) picked. All 13 of these forms were returned to the respective dealers with the request to please amend them, so they could be entered into the database. This was followed by 2 reminders. **Five** dealers returned amended forms, the other **8** dealers did not, resulting in a final NET number of returns of **215**.

This year, for the first time, all vendors (except Car Audio companies, which were listed separately) were listed alphabetically in one expanding table. Dealers were thus neither influenced nor confused by the way **inside track** allocates vendors to groups. The survey form included **143** companies that could be picked. Of those, **68** cleared our minimum 15 dealer evaluations hurdle, and these companies are included in the survey results. Another **21** companies were rated by between 10 and 14 dealers. They are listed, with their Overall grades only, in the table on page 4. Another **47** companies received fewer than 10 votes each, and 7 companies were not evaluated by any dealers. Conversely, **49** non-listed companies were written in under "Other Companies" a total of 70 times, with most receiving only 1 or 2 votes. **Cambridge Audio** and **Dynaudio** received 4 votes each, and **Nuvo** received 5 votes.

**© 2011 by INSIDE TRACK PUBLISHING CORPORATION. All rights reserved.**

**inside track** (ISSN 0885 6885) is published 30 times/year by INSIDE TRACK Publishing Corp., 18 Lost Mine Place, Ridgefield, CT 06877. Tel. (203) 431-4540, Fax (203) 431-4711, e-mail: insidetrck@aol.com, www.inside-track-online.com. Corp. Office: 12901 S.W. 64th Ct., Miami, FL 33156, Tel. (305) 666-2055. Pres: Guenter Weber; Exec. VP: Ed Hirsch; Editor & Gen. Manager: Gisela Schoell. Subscription rate $239/year, $135/6 months. No part of this newsletter may be reproduced or transmitted in any form without the express permission of the editor.

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Adv. Control Systems, Lighting, Media Mgt, Automation
Distribution Policies that Support Specialists

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ADA | (23) | (18) | 4.18 | 4.18 | A+ |
| | 2 | Savant | | (24) | | 3.78 | A- |
| 2 | 3 | AMX | (29) | (23) | 3.61 | 3.57 | B+ |
| 4 | 4 | Request | (21) | (15) | 3.44 | 3.53 | |
| 3 | 5 | Kaleidescape | (46) | (40) | 3.57 | 3.47 | |
| 10 | 6 | ↑ Lutron | (50) | (41) | 2.70 | 2.95 | B |
| 5 | 7 | ↓ RTI | (37) | (24) | 3.37 | 2.94 | B- |
| 7 | 8 | ↓ Crestron | (47) | (60) | 3.11 | 2.83 | |
| 9 | 9 | Univ. Remote | (56) | (55) | 2.89 | 2.78 | |
| | 10 | Sonos | | (44) | | 2.49 | C+ |
| 6 | 11 | ↓ Control-4 | (42) | (49) | 3.19 | 2.46 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Distr. A/V, CI Speakers, Power Management, Accessories
Distribution Policies that Support Specialists

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Triad | (33) | (33) | 3.97 | 4.00 | A |
| | 2 | Leon Spkrs | | (17) | | 3.97 | |
| 7 | 3 | ↑ Snap-AV | (22) | (22) | 2.87 | 3.48 | B+ |
| 6 | 4 | Elan | (17) | (23) | 3.27 | 3.40 | |
| 5 | 5 | Sonance | (34) | (32) | 3.44 | 3.31 | |
| 3 | 6 | ↓ SpeakerCraft | (37) | (34) | 3.54 | 3.24 | B |
| 4 | 7 | ↓ Furman | (27) | (34) | 3.52 | 3.21 | |
| 9 | 8 | ↑ Niles Audio | (39) | (30) | 2.68 | 2.90 | B- |
| 8 | 9 | Panamax | (34) | (26) | 2.86 | 2.68 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION/WIRE & CABLE COMPANIES
Distribution Policies that Support Specialists

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Tributaries | (44) | (31) | 3.88 | 3.83 | A- |
| 2 | 2 | ↓ AudioQuest | (27) | (36) | 3.70 | 3.42 | B+ |
| 3 | 3 | ↓ Liberty Wire | (35) | (21) | 3.61 | 3.19 | B |
| 4 | 4 | Monster C. | (26) | (15) | 2.02 | 1.83 | C- |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO/SCREEN COMPANIES
Distribution Policies that Support Specialists

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Stewart Film | (73) | (52) | 3.55 | 3.42 | B+ |
| 3 | 2 | ↑ Draper | (35) | (16) | 3.07 | 3.28 | |
| 4 | 3 | Da-Lite | (46) | (30) | 2.67 | 2.86 | B- |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO
Distribution Policies that Support Specialists

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | Runco | (55) | (39) | 3.79 | 3.69 | A- |
| 1 | 2 | ↓ Nuvision | (19) | (21) | 3.92 | 3.62 | B+ |
| | 3 | Sim2 | | (15) | | 3.54 | |
| 3 | 4 | Epson | (28) | (36) | 3.48 | 3.40 | |
| 5 | 5 | JVC | (24) | (15) | 2.84 | 2.83 | B- |
| 4 | 6 | ↓ Mitsubishi | (34) | (22) | 3.04 | 2.80 | |
| 8 | 7 | ↓ Panasonic | (55) | (41) | 2.56 | 2.24 | C |
| 12 | 8 | LG | (43) | (35) | 2.06 | 2.21 | |
| 10 | 9 | Sharp | (31) | (15) | 2.12 | 2.20 | |
| 10 | 10 | Sony | (54) | (39) | 2.12 | 2.08 | |
| 13 | 11 | ↓ Samsung | (74) | (61) | 2.05 | 1.85 | C- |

While we automatically disqualify a string of all "0" grades across the board (there was only a single such case in the current survey), strings of all 4.5's across the board - as long as the dealer does not grade just one company - are not automatically disallowed, but it really is not useful feedback. In the current survey we had **21 dealers** (about 10% of all participants) who awarded strings of 4.5's (A+) across the board to **41 companies. Thirty** of these companies are in the survey results, **11** are not (because they were graded by fewer than 15 dealers total). While the motivation for such over the top grading is clearly an attempt to show appreciation for particularly supportive manufacturers, it is nevertheless misguided. All vendors have areas of strengths and weaknesses, and the dealers who participate in the survey are -- for each of their vendors -- expected to look at the 16 parameters one by one and grade rationally, not emotionally. Vendors certainly like hearing, *"we love you guys,"* but it's not feedback they can act on. Much better to show with your grades where a vendor is outstanding, where he is excellent, good, or where he really needs to improve – and the vast majority of the participants do, in fact, grade this way.

## Survey Demographics

The participants in the 2011 SLT survey come from **42 U.S. States and 5 Canadian Provinces.** The only U.S. states not represented in the 2011 survey are **DC, MT, NV, ND, RI, UT, WV, WY** plus **Hawaii.** A total of **116 returns** (54%) came from **11 States:** CA , TX , FL , IL , WI, PA, MA , MI, NJ, CT, GA. Dealers from the other **31 States** contributed **80** (37%), and **Canadian dealers** contributed **19** (9%) returns. As always, the vast majority of the participants (180 or 84%) are single stores/businesses. Twenty-two (10%) have 2-5 outlets, two dealers checked off 6-9, and one dealer >=10 outlets. Ten dealers did not answer the question. A total of 89 dealers (41%) identified themselves as strictly residential and/or commercial/pro integrators (no retail). Twenty (9%) called themselves exclusively retailers. Thirty-one (14%) are hybrid home A/V retailers and custom integrators. Only one dealer checked off Car Audio Retailer only. Nineteen (9%) identified themselves as Car Audio dealers as well as Custom Home integrators. Forty (19%) are involved in Car and Home A/V retailing as well as Custom Integration, and 15 dealers (7%) did not answer the question.

## Survey Results

Following the recession and the less than robust recovery so far, every business owner must pay particularly close attention to profitability. So, in a break with tradition, I want to present the results for **Obtainable Profit Margins** and **Distribution Policies that Support Specialists** first. Everyone in this industry is aware that there is a link between those two parameters. This link is not as tight for custom integrators, who stress their abilities to combine the proper products into well functioning, easy to operate systems. Integrators, therefore, underscore that they, really, are the brand the customer is buying, and a vendor's distribution policies impact them less. But even integrators realize lower profits on brands that are widely distributed (even if they can make it up by combining low margin with higher margin products and charge appropriately for their own labor). Retailers' profitability is much more seriously affected by a brand's distribution, and a vendor's decision to go broad, even with only part of the product line, hurts that brand's image, and it hurts the dealers who participated with the vendor in building the brand vis à vis consumers.

**YEAR 2011 SUPPLIER LOYALTY TEST**
CAR AUDIO
Distribution Policies that Support Specialists

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Memphis | (15) | (27) | 4.29 | 4.26 | A+ |
| 3 | 2 | JL Audio | (18) | (35) | 3.66 | 3.84 | A- |
| | 3 | JVC | | (15) | | 2.89 | B- |
| 4 | 4 | Kenwood | (15) | (33) | 2.89 | 2.74 | |
| 5 | 5 | ↓ Alpine | (17) | (28) | 2.88 | 2.68 | |
| | 6 | Pioneer | | (19) | | 2.50 | C+ |
| | 7 | Directed | | (20) | | 2.30 | |

Just a few comments also on the reason for using the school/college grading system, mainly for the benefit of those new to the survey. The range from 0 (F) to 4.5 (A+) is very narrow, and most dealers award mostly grades between 2.0 and 4.5, compressing the grade range even further. But the advantage of using school/college grades is that they are more concrete. Everyone knows (or should know) what an A, B, C, D or F performance is. Grading on a scale from, say 0 to 10 is much more subjective, intuitive, emotional - and we are trying to make the grading as rational as possible. The drawback of the narrow 0 to 4.5 grade range is that companies tend to finish close together. That is why the tables are divided into tiers: The top shaded tier of excellent (A+, A, A-) companies, the unshaded midsection of good (B+, B, B-) companies, and the shaded bottom tier of fair to poor performers ( C+ to F). This year, no company was graded lower than a C- on any parameter. By convention, I will also call out year over year changes - either up or down - of >= 0.20 grade points.

**DISTRIBUTION POLICIES THAT SUPPORT SPECIALISTS and OBTAINABLE PROFIT MARGINS**

**H.A./Electronics Companies**

It is rather interesting that dealers graded 11 of the 13 companies in this group better on **Distribution** this year than last year (**Rotel** is, at 3.99/A, down 0.12 points year over year and **Yamaha** is essentially even with last year). Six companies received significantly better Distribution grades (up >= 0.2 grade points) this year, most especially **Meridian**, which shot up to 3rd place and a 4.07/A+ from 10th place and a 3.60/B+, clearly a reflection of the company's tightening of its distribution. **Integra**, up 0.11 points year over year, took first place. Integra is not an esoteric high end, but a very good "bread and butter" line and, clearly, dealers feel the brand's distribution is very well managed. Integra also took first place for **Obtainable Profit Margins**, also with an A+ grade, a truly winning combination. Seven of the 13 companies in this group finished with top tier, 6 with midfield grades on the Profit parameter. **ARCAM, Marantz, Pioneer** and **Sony** are up significantly year over year.

**H.A./Speaker Companies**

Speakers are, particularly for retailers, differentiating products, and that's why a limited distribution is especially important in this group. Of the 10 speaker companies that made it into the results this year, 5 received top tier grades, with ultra-narrowly distributed **Magnepan** once again taking first place. In midfield, last year's second place finisher, **B&W** dropped a resounding 0.99 points on Distribution, a reflection of the company's decision to authorize Magnolia. **Artison** and last-ranked **Klipsch** dropped significantly as well. Please note, though, that even in this group low grades for Distribution do not necessarily go with equally low grades for Profitability. The 3 top brands on both parameters, **Magnepan** in first, followed by **Monitor Audio** in second and **Paradigm** in third place, are the same. **JL**, in 4th place, is much improved. The next 4 companies - including **B&W** - still received top tier grades, and even the two bottom brands, **Definitive Technology** and **Klipsch**, received B+ midfield grades.

**YEAR 2011 SUPPLIER LOYALTY TEST**
CAR AUDIO
Obtainable Profit Margins

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 |
|---|---|---|---|---|---|---|
| 1 | 1 | Memphis | (15) | (27) | 4.35 | 4.33 A+ |
| 3 | 2 | JL Audio | (18) | (35) | 3.64 | 3.73 A- |
| | 3 | JVC | | (15) | | 3.38 B+ |
| 4 | 4 | ▼ Kenwood | (15) | (33) | 3.39 | 3.10 B |
| | 5 | Directed | | (20) | | 2.89 B- |
| 5 | 6 | Alpine | (17) | (28) | 2.82 | 2.73 |
| | 7 | Pioneer | | (19) | | 2.50 C+ |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Adv. Control Systems, Lighting, Media Mgt, Automation
Obtainable Profit Margins

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 |
|---|---|---|---|---|---|---|
| 1 | 1 | ADA | (23) | (18) | 4.15 | 4.25 A+ |
| | 2 | Savant | | (24) | | 4.03 |
| 3 | 3 | RTI | (37) | (24) | 3.85 | 3.83 A- |
| 10 | 4 | ▲ Request | (21) | (15) | 3.23 | 3.77 |
| 2 | 5 | ▼ AMX | (29) | (23) | 4.02 | 3.70 |
| 9 | 6 | ▲ Lutron | (50) | (41) | 3.37 | 3.64 B+ |
| 4 | 7 | Crestron | (47) | (60) | 3.74 | 3.61 |
| 5 | 8 | Univ. Remote | (56) | (55) | 3.69 | 3.59 |
| 7 | 9 | Kaleidescape | (46) | (40) | 3.59 | 3.42 |
| 6 | 10 | ▼ Control-4 | (42) | (49) | 3.66 | 3.37 |
| | 11 | Sonos | | (44) | | 2.89 B- |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Distr. A/V, CI Speakers, Power Management, Accessories
Obtainable Profit Margins

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 |
|---|---|---|---|---|---|---|
| | 1 | Leon Spkrs | | (17) | | 4.19 A+ |
| 2 | 2 | Snap-AV | (22) | (22) | 4.10 | 4.14 |
| 1 | 3 | Triad | (33) | (33) | 4.11 | 4.05 |
| 7 | 4 | Elan | (17) | (23) | 3.79 | 3.86 A- |
| 3 | 5 | ▼ SpeakerCraft | (37) | (34) | 4.09 | 3.84 |
| 6 | 6 | Sonance | (34) | (32) | 3.80 | 3.82 |
| 5 | 7 | Furman | (27) | (34) | 3.83 | 3.72 |
| 10 | 8 | Niles Audio | (39) | (30) | 3.47 | 3.56 B+ |
| 8 | 9 | Panamax | (34) | (26) | 3.61 | 3.44 |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION/WIRE & CABLE COMPANIES
Obtainable Profit Margins

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 |
|---|---|---|---|---|---|---|
| 1 | 1 | Tributaries | (44) | (31) | 4.16 | 4.05 A+ |
| 2 | 2 | AudioQuest | (27) | (36) | 4.13 | 4.03 |
| 3 | 3 | Liberty Wire | (35) | (21) | 3.92 | 3.86 A- |
| 4 | 4 | Monster C. | (26) | (15) | 3.21 | 3.10 B |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO/SCREEN COMPANIES
Obtainable Profit Margins

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 |
|---|---|---|---|---|---|---|
| 2 | 1 | Stewart Film | (73) | (52) | 3.80 | 3.80 A- |
| 3 | 2 | Draper | (35) | (16) | 3.46 | 3.52 B+ |
| 4 | 3 | ▲ Da-Lite | (46) | (30) | 3.21 | 3.42 |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO
Obtainable Profit Margins

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 |
|---|---|---|---|---|---|---|
| 1 | 1 | Runco | (55) | (39) | 3.82 | 3.82 A- |
| | 2 | Sim2 | | (15) | | 3.59 B+ |
| 1 | 3 | ▼ Nuvision | (19) | (21) | 3.82 | 3.55 |
| 3 | 4 | Epson | (28) | (36) | 3.22 | 3.21 B |
| 7 | 5 | ▲ JVC | (24) | (15) | 2.70 | 3.15 |
| 5 | 6 | ▼ Mitsubishi | (34) | (22) | 3.10 | 2.77 B- |
| 9 | 7 | Panasonic | (55) | (41) | 2.31 | 2.20 C |
| 13 | 8 | ▲ Sony | (54) | (39) | 1.97 | 2.16 |
| 11 | 9 | Sharp | (31) | (15) | 2.23 | 2.07 |
| 10 | 10 | ▼ LG | (43) | (35) | 2.29 | 1.94 C- |
| 12 | 11 | ▼ Samsung | (74) | (61) | 2.06 | 1.77 |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/ELECTRONICS
Obtainable Profit Margins

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 3 | 1 | Integra | (60) | (58) | 4.04 | 4.09 | A+ |
| 2 | 2 | Anthem | (42) | (48) | 4.07 | 4.05 | |
| 5 | 3 | McIntosh | (39) | (31) | 3.94 | 3.88 | A- |
| 6 | 4 | Rotel | (38) | (28) | 3.86 | 3.84 | |
| 8 | 5 | Meridian | (19) | (17) | 3.67 | 3.81 | |
| 9 | 6 | Bryston | (18) | (20) | 3.62 | 3.80 | |
| 10 | 7 | ♠ ARCAM | (22) | (19) | 3.52 | 3.78 | |
| 11 | 8 | NAD | (29) | (25) | 3.44 | 3.58 | B+ |
| 14 | 9 | ♠ Marantz | (46) | (38) | 3.04 | 3.42 | |
| 12 | 10 | Yamaha | (42) | (38) | 3.33 | 3.30 | |
| 15 | 11 | ♠ Pioneer | (31) | (15) | 2.91 | 3.20 | B |
| 16 | 12 | Denon | (46) | (37) | 2.82 | 2.95 | |
| 18 | 13 | ♠ Sony | (36) | (22) | 2.28 | 2.70 | B- |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/SPEAKERS
Obtainable Profit Margins

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 3 | 1 | Magnepan | (38) | (22) | 4.02 | 4.14 | A+ |
| 1 | 2 | Monitor Audio | (20) | (23) | 4.07 | 4.06 | |
| 2 | 3 | Paradigm | (62) | (59) | 4.06 | 4.02 | |
| 9 | 4 | ♠ JL Audio | (22) | (17) | 3.59 | 3.97 | A |
| 5 | 5 | James Lspkr | (18) | (15) | 3.92 | 3.93 | A- |
| 7 | 6 | Artison | (21) | (15) | 3.82 | 3.91 | |
| 4 | 7 | ♠ B & W | (45) | (35) | 4.00 | 3.74 | |
| 8 | 8 | Velodyne | (15) | (18) | 3.60 | 3.72 | |
| 10 | 9 | Def. Tech. | (22) | (21) | 3.50 | 3.63 | B+ |
| 11 | 10 | Klipsch | (20) | (19) | 3.45 | 3.32 | |

## Home Video Companies

Dealers complain most about profit erosion in this group and yet, there are decent choices available even among video companies for dealers who want to achieve acceptable profit margins (though, obviously, parameters other than Distribution can also impact Obt. Profit Margins, and we will get to those as the results unfold). **Runco** is in first place with the only top tier grade in this group on both parameters. **Nuvision**, though down significantly from last year (their first time on the survey) finished second for Distribution Policies and third for Obtainable Profit Margins, both times with a B+ grade. **SIM2** came in 3rd and 2nd, respectively. **Epson** in 4th, **JVC** in 5th and **Mitsubishi** in 6th place finished with midfield grades on both parameters, and while Mitsubishi is down significantly, JVC improved its Profit Margin grade by 0.45 points. The remaining 5 companies - all large Asian brands - received C and C- grades on these two parameters.

## H.V./Screen Companies

Only 3 screen companies cleared our15 dealer minimum hurdle this year. **Stewart Filmscreen** finished first for both **Distribution Policies** and **Obt. Profit Margins. Draper** improved the most on Distribution Policies and **Da-Lite** on Obt. Profit Margins.

## C.I.-ALMA Companies

**ADA** once again in first, and first-time-in-the-survey **Savant** in second place, comprise the top tier for Distribution Policies in this group. Of the 7 midfield companies **Lutron** is the most improved, while **RTI** and **Crestron** dropped the most. New to the survey **Sonos** finished with a 2.49/C+, while **Control4** dropped 0.73 points to a 2.46/C+ and last place on Distribution. Five companies in this group achieved top tier grades for Obt. Profit Margins, with **ADA** once again in first, and **Savant** in second place. Among the 5 top tier companies **Request** is the most improved, while **AMX** dropped the most. Five of the remaining 6 companies received midfield grades, with **Lutron** the most improved and **Control4** down the most. Last-ranked **Sonos** finished with a B- for Obtainable Profit Margins.

## C.I.-DAV/SPA

Two companies - **Triad** in first, and new to the survey **Leon Speakers**, in second place - were awarded straight A grades for Distribution Policies. The rest of the group received midfield grades on this parameter. **Niles Audio**, up 0.22 points, and, particularly, **Snap AV** (up 0.61 points) show significant improvement, while **SpeakerCraft** and **Furman** dropped significantly year over year. When it comes to Obt. Profit Margins, the entire group shines: Seven of the 9 companies received top tier grades, with newcomer **Leon Speakers** in first place. Only **SpeakerCraft** (down 0.25 points) dropped significantly. Even the 2 bottom-ranked companies, **Niles Audio** and **Panamax**, received B+ midfield grades for Obt. Profit Margins.

## C.I.-Wire & Cable Companies

**Tributaries**, once again, took first place on both parameters. While **AudioQuest** and **Liberty** finished in midfield for Distribution Policies, they both received top tier grades for Obt. Profit Margins. **Monster Cable** ranks last on both parameters, finishing with a C- for Distribution and a B for Obt. Profit Margins.

## Car Audio Companies

**Memphis** in first, and **JL Audio** in second place, comprise the top tier on both parameters in this group. Of the remaining 5 Car Audio companies 2 (**Pioneer** and **Directed Electronics**) are in the bottom tier on Distribution Policies with C+ grades. For Obt. Profit Margins last-ranked **Pioneer** also received a bottom tier 2.50/C+. More in the next issue.

*Yours sincerely, Gisela Schoell, Editor*

**LISTED COMPANIES THAT DID NOT CLEAR THE 15 DEALER MINIMUM**

| Company | No. of Dealers | Overall Grade | |
|---|---|---|---|
| **H.A./Electronics Companies (7)** | | | |
| AudioControl | 11 | 3.63 | B+ |
| Classe | 11 | 3.56 | B+ |
| Lexicon | 10 | 2.65 | B- |
| Linn | 11 | 2.83 | B- |
| Onkyo | 12 | 3.03 | B |
| Peachtree Audio | 14 | 3.85 | A- |
| Sherbourn | 12 | 3.81 | A- |
| **H.A./Speaker Companies (6)** | | | |
| Canton | 10 | 3.34 | B+ |
| Martin Logan | 11 | 3.40 | B+ |
| PSB | 13 | 3.83 | A- |
| Revel | 13 | 3.64 | B+ |
| Thiel | 10 | 3.59 | B+ |
| Totem | 11 | 4.00 | A |
| **CI-ALMA & CI-DAV/SPA Companies (2)** | | | |
| Sooloos | 10 | 3.93 | A- |
| Russound | 11 | 3.26 | B+ |
| **CI/Wire & Cable Companies (2)** | | | |
| Straightwire | 11 | 3.98 | A |
| Transparent Audio | 11 | 4.36 | A+ |
| **H.V./Screen Companies (2)** | | | |
| Screen Research | 12 | 3.70 | A- |
| Snap AV/Screens | 10 | 3.37 | B+ |
| **Car Audio Companies (2)** | | | |
| Rockford Fosgate | 13 | 3.37 | B+ |
| Sony | 10 | 3.04 | B |