# EXHIBIT 8

inside track™
Audio-Video Retailer
your profit adviser: • independent • up-front • daring

February 1, 2011
Volume XXVII/05-06

EXHIBIT 17
Sorenson
DATE: 6-3-14
RPTR: LAURIE J. DRIGGERS

# Year 2011 Supplier Loyalty Test Results Part III

**PRODUCT PERFORMANCE, PRODUCT RELIABILITY, PRODUCT INNOVATION**

It is obvious, of course, that without products there would be no business. Some dealers - and some consumers - care mainly that products perform well and reliably. Others - again, dealers as well as consumers - are thrilled by the Ferraris of the world - products that are, as one of our winners (JL Audio) likes to advertise, are *"ahead of the curve,"* are innovative. That is why, in this survey, we measure all three of these product attributes. Ideally, of course, you'd want products that excel along all three dimensions, and according to the dealers who participated in this survey, we actually do have such companies. In three of our eight groups one and the same vendor ranks first on all three product parameters. In another four groups, one company places first on two parameters, but must cede the third first place to another manufacturer. Only in the Home Video group do we have three different winners - but on two of the three parameters the first and second place finishers are only 2/100th of a grade point apart.

YEAR 2011 SUPPLIER LOYALTY TEST
HOME AUDIO/ELECTRONICS
Product Performance

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Bryston | (18) | (20) | 4.32 | 4.26 | A+ |
| 2 | 2 | Meridian | (19) | (17) | 4.31 | 4.21 | |
| 3 | 3 | McIntosh | (39) | (31) | 4.27 | 4.19 | |
| 4 | 4 | Anthem | (42) | (48) | 4.17 | 4.13 | |
| 7 | 5 | Integra | (60) | (58) | 4.03 | 4.04 | |
| 12 | 6 | ↑ Yamaha | (42) | (38) | 3.76 | 3.96 | A |
| 9 | 6 | ARCAM | (22) | (19) | 3.93 | 3.96 | |
| 13 | 8 | NAD | (29) | (25) | 3.71 | 3.83 | A- |
| 17 | 9 | ↑ Marantz | (46) | (38) | 3.57 | 3.80 | |
| 11 | 10 | Pioneer | (31) | (15) | 3.77 | 3.77 | |
| 13 | 11 | Denon | (46) | (37) | 3.71 | 3.74 | |
| 10 | 12 | Rotel | (38) | (28) | 3.81 | 3.66 | |
| 18 | 13 | Sony | (36) | (22) | 3.29 | 3.31 | B+ |

## H.A./Electronics Companies

**Bryston** once again finished first with an A+ grade for both **Product Performance** and **Product Reliability** in the group. While Bryston is only in 9th place with a B+ at the top of midfield for **Product Innovation**, that is a significant increase of 0.29 points over last year for them. **Meridian**, though down 0.26 points from last year, held on to the No. 1 position for **Product Innovation** with the only straight A in the group on this parameter. Meridian finished second, with an A+ grade for **Product Performance** and 7th, still with a top tier A- grade, for **Product Reliability.**

Dealers attested with their grades that the entire Home Audio/Electronics group of companies is superb when it comes to **Product Performance**. More than 1/3 of the companies (**Bryston, Meridian, McIntosh, Anthem** and **Integra**) finished with A+ grades on this parameter. **Yamaha**, tying **ARCAM** for 6th place, is up 0.20 points to score a straight A. All other companies in the group (except last-ranked **Sony**) received A- top tier grades, and of these, **Marantz** is the most improved.

**Yamaha**, once again in second place on **Product Reliability** (and this time only 2/100th of a grade point behind Bryston), also received an A+ on this parameter. **Anthem** and **McIntosh** in 3rd and 4th place, separated by a mere 1/100th of a grade point, finished with straight As, and another 5 companies received A- grades. Of these, **NAD** is the most improved. The remaining 4 companies finished in midfield on this parameter. Eight companies in this group received top tier, and 5 midfield grades for **Product Innovation**. Here, **Bryston** is the most improved.

YEAR 2011 SUPPLIER LOYALTY TEST
HOME AUDIO/ELECTRONICS
Product Reliability

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Bryston | (18) | (20) | 4.25 | 4.13 | A+ |
| 2 | 2 | Yamaha | (42) | (38) | 4.10 | 4.11 | |
| 5 | 3 | Anthem | (42) | (48) | 3.90 | 3.98 | A |
| 4 | 4 | McIntosh | (39) | (31) | 4.04 | 3.97 | |
| 6 | 5 | Integra | (60) | (58) | 3.85 | 3.90 | A- |
| 7 | 6 | Pioneer | (31) | (15) | 3.80 | 3.84 | |
| 9 | 7 | Meridian | (19) | (17) | 3.66 | 3.71 | |
| 11 | 8 | Marantz | (46) | (38) | 3.59 | 3.66 | |
| 18 | 9 | ↑ NAD | (29) | (25) | 3.17 | 3.65 | |
| 13 | 10 | Sony | (36) | (22) | 3.54 | 3.57 | B+ |
| 16 | 11 | Denon | (46) | (37) | 3.42 | 3.53 | |
| 12 | 12 | Rotel | (38) | (28) | 3.57 | 3.39 | |
| 17 | 13 | ARCAM | (22) | (19) | 3.21 | 3.13 | B |

© 2011 by INSIDE TRACK PUBLISHING CORPORATION. All rights reserved.

**inside track** (ISSN 0885 6885) is published 30 times/year by INSIDE TRACK Publishing Corp., 18 Lost Mine Place, Ridgefield, CT 06877. Tel. (203) 431-4540, Fax (203) 431-4711, e-mail: insidetrck@aol.com, www.inside-track-online.com. Corp. Office: 12901 S.W. 64th Ct., Miami, FL 33156, Tel. (305) 666-2055. Pres: Guenter Weber; Exec. VP: Ed Hirsch; Editor & Gen. Manager: Gisela Schoell. Subscription rate $239/year, $135/6 months. No part of this newsletter may be reproduced or transmitted in any form without the express permission of the editor.

# inside track inside track inside track

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO
Product Performance

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| | 1 | Sim2 | | (15) | | 4.19 | A+ |
| 3 | 2 | Runco | (55) | (39) | 4.04 | 4.09 | |
| 6 | 3 | Epson | (28) | (36) | 3.91 | 3.97 | A |
| 5 | 4 | Panasonic | (55) | (41) | 3.92 | 3.95 | |
| 4 | 5 | Nuvision | (19) | (21) | 3.94 | 3.82 | A- |
| 9 | 6 | Sony | (54) | (39) | 3.79 | 3.77 | |
| 2 | 7 | ↓ JVC | (24) | (15) | 4.14 | 3.75 | |
| 10 | 7 | Samsung | (74) | (61) | 3.76 | 3.75 | |
| 8 | 9 | Mitsubishi | (34) | (22) | 3.80 | 3.61 | B+ |
| 13 | 10 | LG | (43) | (35) | 3.39 | 3.51 | |
| 11 | 11 | ↓ Sharp | (31) | (15) | 3.61 | 3.27 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO
Product Reliability

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 3 | 1 | Epson | (28) | (36) | 4.00 | 4.00 | A |
| 4 | 2 | Panasonic | (55) | (41) | 3.98 | 3.98 | |
| 5 | 3 | Sony | (54) | (39) | 3.85 | 3.85 | A- |
| 1 | 4 | ↓ JVC | (24) | (15) | 4.08 | 3.75 | |
| | 5 | Sim2 | | (15) | | 3.71 | |
| 10 | 6 | Samsung | (74) | (61) | 3.70 | 3.66 | |
| 11 | 7 | Mitsubishi | (34) | (22) | 3.69 | 3.50 | B+ |
| 6 | 8 | ↓ Nuvision | (19) | (21) | 3.84 | 3.48 | |
| 12 | 9 | LG | (43) | (35) | 3.39 | 3.43 | |
| 8 | 10 | ↓ Sharp | (31) | (15) | 3.73 | 3.41 | |
| 13 | 11 | ↑ Runco | (55) | (39) | 3.07 | 3.35 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO
Product Innovation

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | JVC | (24) | (15) | 3.98 | 4.00 | A |
| | 2 | Sim2 | | (15) | | 3.98 | |
| 2 | 3 | Samsung | (74) | (61) | 3.95 | 3.88 | A- |
| 7 | 4 | ↑ Runco | (55) | (39) | 3.64 | 3.85 | |
| 3 | 5 | Epson | (28) | (36) | 3.82 | 3.83 | |
| 8 | 6 | Panasonic | (55) | (41) | 3.60 | 3.75 | |
| 9 | 7 | Sony | (54) | (39) | 3.57 | 3.72 | |
| 10 | 8 | LG | (43) | (35) | 3.52 | 3.60 | B+ |
| 11 | 9 | Sharp | (31) | (15) | 3.46 | 3.45 | |
| 6 | 10 | ↓ Nuvision | (19) | (21) | 3.66 | 3.38 | |
| 5 | 11 | ↓ Mitsubishi | (34) | (22) | 3.70 | 3.36 | |

**YEAR 201 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION/WIRE & CABLE COMPANIES
Product Performance

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | AudioQuest | (27) | (36) | 4.28 | 4.14 | A+ |
| 2 | 2 | Tributaries | (44) | (31) | 4.11 | 4.06 | |
| 3 | 3 | Liberty Wire | (35) | (21) | 4.02 | 3.93 | A |
| 4 | 4 | ↓ Monster C. | (26) | (15) | 3.71 | 3.40 | B+ |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Adv. Control Systems, Lighting, Media Mgt, Automation
Product Performance

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ADA | (23) | (18) | 4.34 | 4.26 | A+ |
| 2 | 2 | Kaleidescape | (46) | (40) | 4.19 | 4.21 | |
| 3 | 3 | Lutron | (50) | (41) | 4.16 | 4.20 | |
| | 4 | Savant | | (24) | | 4.10 | |
| 6 | 5 | Univ. Remote | (56) | (55) | 3.88 | 3.96 | |
| 4 | 6 | Crestron | (47) | (60) | 4.02 | 3.94 | A- |
| 5 | 6 | RTI | (37) | (24) | 3.99 | 3.94 | |
| | 8 | Sonos | | (44) | | 3.90 | |
| 10 | 9 | Request | (21) | (15) | 3.69 | 3.80 | |
| 7 | 10 | ↓ AMX | (29) | (23) | 3.81 | 3.48 | B+ |
| 8 | 11 | ↓ Control-4 | (42) | (49) | 3.79 | 3.46 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Adv. Control Systems, Lighting, Media Mgt, Automation
Product Reliability

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ADA | (23) | (18) | 4.20 | 4.28 | A+ |
| 2 | 2 | Lutron | (50) | (41) | 4.08 | 4.15 | |
| | 3 | Savant | | (24) | | 4.06 | |
| | 4 | Sonos | | (44) | | 4.03 | |
| 3 | 5 | Kaleidescape | (46) | (40) | 3.98 | 3.86 | A- |
| 4 | 6 | Univ. Remote | (56) | (55) | 3.80 | 3.81 | |
| 5 | 7 | Crestron | (47) | (60) | 3.70 | 3.63 | B+ |
| 10 | 8 | ↑ Request | (21) | (15) | 2.98 | 3.47 | |
| 8 | 9 | ↓ RTI | (37) | (24) | 3.46 | 3.18 | B |
| 8 | 10 | ↓ Control-4 | (42) | (49) | 3.46 | 3.16 | |
| 7 | 11 | ↓ AMX | (29) | (23) | 3.47 | 3.10 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Adv. Control Systems, Lighting, Media Mgt, Automation
Product Innovation

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| | 1 | Savant | | (24) | | 4.40 | A+ |
| | 2 | Sonos | | (44) | | 4.17 | |
| 3 | 3 | Lutron | (50) | (41) | 4.02 | 4.13 | |
| 2 | 4 | Crestron | (47) | (60) | 4.05 | 4.04 | |
| 7 | 5 | Univ. Remote | (56) | (55) | 3.83 | 3.98 | A |
| 1 | 6 | Control-4 | (42) | (49) | 4.12 | 3.95 | |
| 4 | 7 | ADA | (23) | (18) | 3.86 | 3.78 | A- |
| 10 | 8 | ↑ Request | (21) | (15) | 3.34 | 3.65 | |
| 5 | 9 | ↓ Kaleidescape | (46) | (40) | 3.85 | 3.63 | B+ |
| 6 | 9 | ↓ RTI | (37) | (24) | 3.84 | 3.63 | |
| 9 | 11 | ↓ AMX | (29) | (23) | 3.59 | 3.30 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION/WIRE & CABLE COMPANIES
Product Reliability

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | AudioQuest | (27) | (36) | 4.26 | 4.09 | A+ |
| 2 | 2 | Tributaries | (44) | (31) | 4.18 | 4.06 | |
| 3 | 3 | Liberty Wire | (35) | (21) | 4.04 | 4.05 | |
| 4 | 4 | Monster C. | (26) | (15) | 3.36 | 3.73 | A- |

# inside track inside track inside track

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Distr. A/V, CI Speakers, Power Management, Accessories
Product Performance

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Triad | (33) | (33) | 4.10 | 4.04 | A+ |
| | 2 | Leon Spkrs | | (17) | | 3.99 | A |
| 5 | 3 | Sonance | (34) | (32) | 3.85 | 3.95 | |
| 4 | 4 | Panamax | (34) | (26) | 3.92 | 3.93 | A- |
| 3 | 5 | ↓ Furman | (27) | (34) | 4.04 | 3.84 | |
| 10 | 6 | ↑ Snap-AV | (22) | (22) | 3.60 | 3.80 | |
| 7 | 7 | Elan | (17) | (23) | 3.72 | 3.78 | |
| 9 | 8 | Niles Audio | (39) | (30) | 3.61 | 3.68 | |
| 5 | 8 | SpeakerCraft | (37) | (34) | 3.85 | 3.68 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/SPEAKERS
Product Performance

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Magnepan | (38) | (22) | 4.38 | 4.39 | A+ |
| 2 | 2 | JL Audio | (22) | (17) | 4.35 | 4.29 | |
| 3 | 3 | B & W | (45) | (35) | 4.20 | 4.23 | |
| 5 | 4 | Monitor A. | (20) | (23) | 4.07 | 4.18 | |
| 4 | 5 | Paradigm | (62) | (59) | 4.15 | 4.16 | |
| 9 | 6 | Velodyne | (15) | (18) | 3.87 | 3.98 | A |
| 7 | 7 | James Lspkr | (18) | (15) | 3.94 | 3.93 | A- |
| 8 | 8 | Def. Tech. | (22) | (21) | 3.89 | 3.91 | |
| 10 | 9 | Klipsch | (20) | (19) | 3.83 | 3.87 | |
| 11 | 10 | Artison | (21) | (15) | 3.76 | 3.59 | B+ |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Distr. A/V, CI Speakers, Power Management, Accessories
Product Reliability

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| | 1 | Leon Spkrs | | (17) | | 4.21 | A+ |
| 2 | 2 | Triad | (33) | (33) | 4.22 | 4.19 | |
| 4 | 3 | Sonance | (34) | (32) | 4.05 | 4.05 | |
| 5 | 4 | Panamax | (34) | (26) | 4.01 | 3.96 | A |
| 3 | 5 | Furman | (27) | (34) | 4.10 | 3.91 | A- |
| 6 | 6 | SpeakerCraft | (37) | (34) | 3.82 | 3.85 | |
| 7 | 7 | Snap-AV | (22) | (22) | 3.75 | 3.80 | |
| 9 | 8 | Elan | (17) | (23) | 3.67 | 3.69 | |
| 10 | 9 | Niles Audio | (39) | (30) | 3.32 | 3.43 | B+ |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/SPEAKERS
Product Reliability

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Magnepan | (38) | (22) | 4.29 | 4.41 | A+ |
| 2 | 2 | B & W | (45) | (35) | 4.27 | 4.24 | |
| 4 | 3 | Paradigm | (62) | (59) | 4.24 | 4.21 | |
| 6 | 4 | Monitor A. | (20) | (23) | 4.20 | 4.16 | |
| 8 | 5 | Artison | (21) | (15) | 4.04 | 4.14 | |
| 7 | 6 | Klipsch | (20) | (19) | 4.18 | 4.11 | |
| 3 | 7 | JL Audio | (22) | (17) | 4.25 | 4.06 | |
| 9 | 8 | Def. Tech. | (22) | (21) | 3.84 | 3.86 | A- |
| 10 | 9 | James Lspkr | (18) | (15) | 3.81 | 3.71 | |
| 12 | 10 | Velodyne | (15) | (18) | 3.62 | 3.66 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Distr. A/V, CI Speakers, Power Management, Accessories
Product Innovation

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| | 1 | Leon Spkrs | | (17) | | 4.21 | A+ |
| 2 | 2 | Sonance | (34) | (32) | 3.90 | 3.97 | A |
| 3 | 3 | Triad | (33) | (33) | 3.89 | 3.92 | A- |
| 5 | 4 | SpeakerCraft | (37) | (34) | 3.67 | 3.83 | |
| 6 | 5 | Panamax | (34) | (26) | 3.65 | 3.78 | |
| 7 | 6 | ↑ Snap-AV | (22) | (22) | 3.51 | 3.77 | |
| 10 | 7 | ↑ Elan | (17) | (23) | 3.24 | 3.72 | |
| 4 | 8 | Furman | (27) | (34) | 3.72 | 3.54 | B+ |
| 9 | 9 | Niles Audio | (39) | (30) | 3.43 | 3.51 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/SPEAKERS
Product Innovation

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Paradigm | (62) | (59) | 4.06 | 4.02 | A+ |
| 9 | 2 | ↑ Magnepan | (38) | (22) | 3.66 | 4.00 | A |
| 4 | 3 | B & W | (45) | (35) | 3.99 | 3.99 | |
| 8 | 4 | ↑ Monitor A. | (20) | (23) | 3.70 | 3.94 | A- |
| 5 | 5 | Artison | (21) | (15) | 3.92 | 3.93 | |
| 3 | 6 | James Lspkr | (18) | (15) | 4.03 | 3.86 | |
| 2 | 7 | ↓ Def. Tech. | (22) | (21) | 4.05 | 3.83 | |
| 6 | 8 | JL Audio | (22) | (17) | 3.87 | 3.82 | |
| 10 | 9 | Velodyne | (15) | (18) | 3.65 | 3.68 | |
| 11 | 10 | Klipsch | (20) | (19) | 3.37 | 3.42 | B+ |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CAR AUDIO
Product Performance

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | JL Audio | (18) | (35) | 4.15 | 4.26 | A+ |
| 2 | 2 | Memphis | (15) | (27) | 4.09 | 4.08 | |
| 4 | 3 | JVC | (16) | (15) | 3.70 | 3.74 | A- |
| | 4 | Pioneer | | (19) | | 3.71 | |
| 3 | 4 | Kenwood | (15) | (33) | 3.83 | 3.71 | |
| 5 | 6 | Alpine | (17) | (28) | 3.56 | 3.52 | B+ |
| | 7 | Directed | | (20) | | 3.38 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CAR AUDIO
Product Reliability

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | JL Audio | (18) | (35) | 4.13 | 4.08 | A+ |
| 2 | 2 | Memphis | (15) | (27) | 3.92 | 4.03 | |
| | 3 | JVC | | (15) | | 3.93 | A- |
| 3 | 4 | Kenwood | (15) | (33) | 3.80 | 3.85 | |
| | 5 | Pioneer | | (19) | | 3.61 | B+ |
| 4 | 6 | Alpine | (17) | (28) | 3.71 | 3.59 | |
| | 7 | Directed | | (20) | | 3.14 | B |

# inside track inside track inside track

**YEAR 2011 SUPPLIER LOYALTY TEST**
CAR AUDIO
Product Innovation

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | JL Audio | (18) | (35) | 4.05 | 4.11 | A+ |
| 3 | 2 | ↑ Memphis | (15) | (27) | 3.50 | 3.72 | A- |
| 2 | 3 | Kenwood | (15) | (33) | 3.83 | 3.64 | B+ |
| | 4 | JVC | | (15) | | 3.59 | |
| | 5 | Pioneer | | (19) | | 3.50 | |
| | 6 | Directed | | (20) | | 3.33 | |
| 4 | 7 | ↓ Alpine | (17) | (28) | 3.34 | 3.02 | B |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION/WIRE & CABLE COMPANIES
Product Innovation

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ↓ AudioQuest | (27) | (36) | 4.11 | 3.82 | A- |
| 2 | 2 | Tributaries | (44) | (31) | 3.87 | 3.68 | |
| 4 | 3 | Monster C. | (26) | (15) | 3.64 | 3.63 | B+ |
| 3 | 4 | Liberty Wire | (35) | (21) | 3.70 | 3.57 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO/SCREEN COMPANIES
Product Performance

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Stewart Film | (73) | (52) | 4.24 | 4.28 | A+ |
| 2 | 2 | Draper | (35) | (16) | 3.88 | 3.87 | A- |
| 3 | 3 | Da-Lite | (46) | (30) | 3.86 | 3.86 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO/SCREEN COMPANIES
Product Reliability

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Stewart Film | (73) | (52) | 4.24 | 4.25 | A+ |
| 3 | 2 | Draper | (35) | (16) | 3.91 | 4.03 | |
| 2 | 3 | Da-Lite | (46) | (30) | 3.95 | 4.00 | A |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO/SCREEN COMPANIES
Product Innovation

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Stewart Film | (73) | (52) | 4.01 | 4.09 | A+ |
| 3 | 2 | Da-Lite | (46) | (30) | 3.58 | 3.73 | A- |
| 2 | 3 | Draper | (35) | (16) | 3.60 | 3.67 | |

## H.A./Speaker Companies

In this group, we have an almost "triple crown" winner as well. **Magnepan** is first, once again, for **Product Performance** and **Product Reliability**, but this year they also shot up 0.34 points and rank second on **Product Innovation** in the group. **Paradigm** is 2/100th of a grade point ahead of them to once again claim No. 1 for **Product Innovation** in the group.

Half the speaker companies received A+ grades for **Product Performance. Velodyne** finished with an A, **James Loudspeakers, Def. Tech.** and **Klipsch** with an A-. Only **Artison** dropped into midfield with a B+ on this parameter. All 10 speaker companies were graded top tier for **Product Reliability**, in fact, 7/10 received A+ grades. Nine of the 10 speaker companies also received top tier grades for **Product Innovation**. Besides Magnepan, **Monitor Audio**, now in 4th place, improved the most. **Klipsch** finished with a B+.

## Home Video Companies

**SIM2**, which had not qualified for inclusion in the survey results last year because too few dealers had graded the company, this year takes first place for **Product Performance** in the group and is, furthermore, only 2/100th of a grade point behind **JVC** which, once again, takes No. 1 for **Product Innovation** in the Video group. SIM2 finished in 5th place with a 3.71/A- for **Product Reliability.**

**Epson** captured first place on the **Product Reliability** parameter, 2/100th of a grade point ahead of **Panasonic** in second place. Six of the 11 Video companies received top tier grades for **Product Reliability**, a parameter on which **JVC** dropped significantly. The remaining 5 companies all finished with B+ midfield grades, with both **Nuvision** and **Sharp** down significantly year over year. Still last-ranked **Runco** is, however, up 0.28 points to finish with a B+ as well.

Eight of the 11 Video companies received top tier grades for **Product Performance**. Here, too, **JVC** dropped the most. The remaining 3 companies received B+ midfield grades on this parameter, with last-ranked **Sharp** down significantly year over year.

Seven of the 11 Video companies were rated top tier by dealers for **Product Innovation,** and on this parameter **Runco,** up significantly over last year, now ranks 4th. The remaining 4 companies finished with B+ midfield grades, and of these **Nuvision** and **Mitsubishi** declined the most year over year.

## H.V./Screen Companies

In this group we do have a "Product triple crown" winner - and it is, in fact, a repeat performance: **Stewart Filmscreen** ranks first - and by a substantial margin - on all 3 product-related parameters. However, all 3 screen companies finished with top tier grades on all 3 parameters.

## C.I./ALMA Companies

Once again, **ADA** finished first with A+ grades for **Product Performance** and **Product Reliability** in the group, but came in 7th, though still with a top tier A- grade, for **Product Innovation**. The winner for **Product Innovation** in this group - and by a significant margin - is new-to-the-survey **Savant**, which actually received the highest grade for **Product Innovation** in the entire survey this year. **Savant** came in 3rd for **Product Reliability** and 4th for **Product Performance** and achieved A+ grades on all 3 parameters.

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/ELECTRONICS
Product Innovation

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ↓ Meridian | (19) | (17) | 4.23 | 3.97 | A |
| 2 | 2 | Anthem | (42) | (48) | 4.04 | 3.93 | A- |
| 5 | 3 | Yamaha | (42) | (38) | 3.84 | 3.92 | |
| 3 | 4 | Integra | (60) | (58) | 3.93 | 3.91 | |
| 5 | 5 | Denon | (46) | (37) | 3.84 | 3.85 | |
| 7 | 6 | Pioneer | (31) | (15) | 3.71 | 3.67 | |
| 11 | 7 | ARCAM | (22) | (19) | 3.52 | 3.66 | |
| 11 | 8 | McIntosh | (39) | (31) | 3.52 | 3.65 | |
| 16 | 9 | ↑ Bryston | (18) | (20) | 3.31 | 3.60 | B+ |
| 10 | 10 | Marantz | (46) | (38) | 3.58 | 3.53 | |
| 14 | 11 | NAD | (29) | (25) | 3.41 | 3.50 | |
| 15 | 12 | Sony | (36) | (22) | 3.39 | 3.45 | |
| 17 | 13 | Rotel | (38) | (28) | 3.30 | 3.18 | B |

The entire group did very well on **Product Performance**. 9/11 finishing in the top tier. Only **AMX** and **Control4** dropped significantly, by 0.33 points each, to midfield B+s. Six of the 11 companies in the group finished with top tier grades for **Product Reliability**, and 5 received midfield grades. **Request** is up 0.49 points year over year, while **RTI, Control4**, and **AMX** are all down significantly.

This is also a group that scores well on **Product Innovation**, with 8/11 companies finishing in the top tier on this parameter. Again, **Request**, at the bottom of the top tier, is the most improved. **Kaleidescape, RTI** and **AMX** are down significantly and finished with B+ grades.

**C.I/DAV/SPA Companies**

The entire group finished with top tier grades for **Product Performance.** **Triad** is No. 1 with an A+ grade. **Furman** dropped, and **Snap AV** gained, 0.20 points.

New-to-the-survey **Leon Speakers** captured the top spot in the group for both **Product Reliability** and **Product Innovation**, both times with a 4.21/A+ grade (they came in 2nd with a straight A for **Product Performance**). **Niles Audio** ranks last with a B+ for **Product Reliability**, and is also last, with a B+, for **Product Innovation**. **Snap AV** and, particularly, **Elan** gained the most on this parameter.

**C.I./Wire & Cable Companies**

In this group we have another repeat "Product triple crown" winner: **AudioQuest.** Although they are down year over year (and significantly so for **Product Innovation**), they held on to all three first places, finishing with one A- and two A+ grades. **Tributaries** ranks second on all 3 parameters - also with all top tier grades - while **Monster Cable** finished last for **Product Performance** and **Product Reliability** (with a B+ and an A-, respectively) and second to last for **Product Innovation** with a B+.

**Car Audio Companies**

In this group we have our third repeat "Product triple crown" winner: **JL Audio** is in first place with A+ grades on all 3 product related parameters. **Memphis** came in second, also with top tier grades, and with a significantly improved grade for **Product Innovation.**

While 5/7 car audio companies finished with top tier grades for **Product Performance** and 4/7 for **Product Reliability**, no company besides **JL Audio** and **Memphis** achieved a top tier grade for **Product Innovation**. In fact, last-ranked **Alpine** dropped 0.32 points to a B on this parameter. More results soon.

*So much for today. Yours sincerely, Gisela Schoell, Editor*