EXHIBIT 9

Audio-Video Retailer inside track™
your profit adviser: • independent • up-front • daring

February 15, 2011
Volume XXVII/09-10

EXHIBIT 8
Sorenson
DATE: 6-3-14
RPTR: LAURIE J. DRIGGERS

# Year 2011 Supplier Loyalty Test Results Part V

**Resolution of Service, Return, Repair Issues; Dealer Training; Just-in-time Delivery**

If product is the basis of the business and dealer profitability provides the incentive for dealers to expend the necessary effort to sell those products (in addition to being genuinely enthusiastic about them), then dealer support can be thought of as the lubricant that helps things run smoothly. Of course, dealer support of any kind costs manufacturers money, time, and/or effort, but good dealer support also tends to reinforce dealer enthusiasm for a brand and the brand's products.

YEAR 2011 SUPPLIER LOYALTY TEST
HOME AUDIO/ELECTRONICS
Resolution of Service Return, Repair Issues

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Bryston | (18) | (20) | 4.11 | 3.97 | A |
| 3 | 2 | Anthem | (42) | (48) | 3.87 | 3.88 | A- |
| 5 | 3 | McIntosh | (39) | (31) | 3.76 | 3.80 | |
| 4 | 4 | Meridian | (19) | (17) | 3.77 | 3.65 | |
| 8 | 5 | Yamaha | (42) | (38) | 3.65 | 3.59 | B+ |
| 9 | 6 | Rotel | (38) | (28) | 3.64 | 3.54 | |
| 10 | 7 | Integra | (60) | (58) | 3.57 | 3.47 | |
| 11 | 8 | NAD | (29) | (25) | 3.25 | 3.44 | |
| 13 | 9 | ↑ Marantz | (46) | (38) | 3.11 | 3.34 | |
| 14 | 10 | Pioneer | (31) | (15) | 2.98 | 3.11 | B |
| 15 | 11 | ARCAM | (22) | (19) | 2.93 | 3.03 | |
| 17 | 12 | Denon | (46) | (37) | 2.88 | 3.01 | |
| 18 | 13 | Sony | (36) | (22) | 2.72 | 2.84 | B- |

One dimension of dealer support is **Resolution of Service, Return, Repair Issues**. For vendors with uncomplicated, highly reliable products scoring well here is not that difficult. Manufacturers with complex products will have to expend quite a bit more in terms of manpower and systems capabilities to be able to perform well on this parameter. **Dealer Training** - particularly product-related training - is also less costly for vendors of simpler products to provide. And these days there are many ways to offer that training remotely and on demand, though most dealers still do prefer face to face interaction. Truly impactful dealer training can, however, go well beyond product to business training in general. That's not as altruistic as it may seem, because a savvy (and solvent!) dealer will be a good partner for any vendor. Good dealer training is also an investment the vendor makes in his dealer base from yet another perspective: a dealer who knows a product line inside out, who also knows that this vendor will always make sure that dealers are kept up to date when new products come out, tends to stay with such a line. **Just-in-time Delivery** is yet another dimension of dealer support. Sometimes, being unable to deliver on a timely basis can be the very price of success: Unanticipated heavy demand can strain production capacity in the short term. And even during the slow recovery of 2010 some (cautious and prudent) vendors were affected by unexpectedly robust demand for their products.

## H.A./Electronics Companies

It's not surprising that high end brands perform better on **Resolution of Service, Return, Repair Issues** than more mainstream brands. For the high end brand superior service is part of the image. In the H.A./Electronics group, **Bryston**, once again leads the pack with a straight A. **Anthem**, **McIntosh**, and **Meridian** finished in the top tier as well. Of the 9 companies in midfield, **Marantz** improved the most year over year.

Only one company - **McIntosh** with its venerable McMasters training program - received a top tier grade for **Dealer Training** in this group. **Meridian**, though down 0.48 points from last year, finished in second place. A surprising 5/11 midfield companies received significantly better grades on this parameter this year. **NAD** finished last with a C+ bottom tier grade.

YEAR 2011 SUPPLIER LOYALTY TEST
HOME AUDIO/ELECTRONICS
Dealer Training

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | McIntosh | (39) | (31) | 3.81 | 3.79 | A- |
| 1 | 2 | ↓ Meridian | (19) | (17) | 4.05 | 3.57 | B+ |
| 4 | 3 | Yamaha | (42) | (38) | 3.37 | 3.48 | |
| 9 | 4 | ↑ Denon | (46) | (37) | 3.00 | 3.21 | B |
| 7 | 5 | Anthem | (42) | (48) | 3.24 | 3.20 | |
| 6 | 6 | Rotel | (38) | (28) | 3.26 | 3.17 | |
| 8 | 7 | Integra | (60) | (58) | 3.15 | 3.13 | |
| 15 | 8 | ↑ ARCAM | (22) | (19) | 2.50 | 2.94 | B- |
| 14 | 9 | ↑ Bryston | (18) | (20) | 2.53 | 2.90 | |
| 13 | 10 | ↑ Marantz | (46) | (38) | 2.60 | 2.86 | |
| 16 | 11 | ↑ Sony | (36) | (22) | 2.39 | 2.80 | |
| 11 | 12 | Pioneer | (31) | (15) | 2.88 | 2.79 | |
| 12 | 13 | NAD | (29) | (25) | 2.63 | 2.54 | C+ |

© 2011 by INSIDE TRACK PUBLISHING CORPORATION. All rights reserved.

**inside track** (ISSN 0885 6885) is published 30 times/year by INSIDE TRACK Publishing Corp., 18 Lost Mine Place, Ridgefield, CT 06877. Tel. (203) 431-4540, Fax (203) 431-4711, e-mail: insidetrck@aol.com, www.inside-track-online.com. Corp. Office: 12901 S.W. 64th Ct., Miami, FL 33156, Tel. (305) 666-2055. Pres: Guenter Weber; Exec. VP: Ed Hirsch; Editor & Gen. Manager: Gisela Schoef. Subscription rate $239/year, $135/6 months. No part of this newsletter may be reproduced or transmitted in any form without the express permission of the editor.

# inside track inside track inside track

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO
Resolution of Service, Return, Repair Issues

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | Epson | (28) | (36) | 3.74 | 3.90 | A- |
| 1 | 2 | Nuvision | (19) | (21) | 3.78 | 3.78 | |
| | 3 | Sim2 | | (15) | | 3.60 | B+ |
| 6 | 4 | ↑ Runco | (55) | (39) | 3.14 | 3.39 | |
| 5 | 5 | Mitsubishi | (34) | (22) | 3.23 | 3.16 | B |
| 4 | 6 | JVC | (24) | (15) | 3.24 | 3.11 | |
| 10 | 7 | Sony | (54) | (39) | 2.71 | 2.76 | B- |
| 7 | 7 | ↓ Panasonic | (55) | (41) | 3.08 | 2.76 | |
| 11 | 9 | Sharp | (31) | (15) | 2.62 | 2.63 | C+ |
| 9 | 10 | ↓ LG | (43) | (35) | 2.75 | 2.54 | |
| 13 | 11 | ↓ Samsung | (74) | (61) | 2.46 | 2.17 | C |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Adv. Control Systems, Lighting, Media Mgt, Automation
Resolution of Service, Return, Repair Issues

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ADA | (23) | (18) | 4.29 | 4.19 | A+ |
| 3 | 2 | Lutron | (50) | (41) | 3.77 | 3.88 | A- |
| 2 | 3 | Kaleidescape | (46) | (40) | 3.95 | 3.87 | |
| 5 | 4 | Crestron | (47) | (60) | 3.70 | 3.84 | |
| | 5 | Savant | | (24) | | 3.74 | |
| 8 | 6 | Univ. Remote | (56) | (55) | 3.43 | 3.62 | B+ |
| | 7 | Sonos | | (44) | | 3.41 | |
| 10 | 8 | ↑ Request | (21) | (15) | 3.08 | 3.32 | |
| 4 | 9 | ↓ Control-4 | (42) | (49) | 3.73 | 3.30 | |
| 7 | 10 | ↓ RTI | (37) | (24) | 3.45 | 3.04 | B |
| 6 | 11 | ↓ AMX | (29) | (23) | 3.61 | 2.86 | B- |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO
Dealer Training

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Runco | (55) | (39) | 3.53 | 3.56 | B+ |
| | 2 | Sim2 | | (15) | | 3.27 | |
| 3 | 3 | Epson | (28) | (36) | 2.91 | 3.00 | B |
| 8 | 4 | ↑ Mitsubishi | (34) | (22) | 2.48 | 2.74 | B- |
| 7 | 5 | Sony | (54) | (39) | 2.51 | 2.68 | |
| 4 | 6 | JVC | (24) | (15) | 2.78 | 2.63 | C+ |
| 2 | 7 | ↓ Nuvision | (19) | (21) | 2.94 | 2.61 | |
| 11 | 8 | LG | (43) | (35) | 1.92 | 2.00 | C |
| 9 | 9 | ↓ Panasonic | (55) | (41) | 2.28 | 1.84 | C- |
| 10 | 10 | ↓ Sharp | (31) | (15) | 2.04 | 1.82 | |
| 13 | 11 | Samsung | (74) | (61) | 1.83 | 1.66 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Adv. Control Systems, Lighting, Media Mgt, Automation
Dealer Training

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Lutron | (50) | (41) | 3.93 | 4.11 | A+ |
| | 2 | Savant | | (24) | | 3.99 | A |
| 3 | 3 | Crestron | (47) | (60) | 3.85 | 3.79 | A- |
| 5 | 4 | Kaleidescape | (46) | (40) | 3.77 | 3.75 | |
| 6 | 5 | Univ. Remote | (56) | (55) | 3.64 | 3.66 | |
| 8 | 6 | ↑ AMX | (29) | (23) | 3.29 | 3.59 | B+ |
| 3 | 7 | ↓ Control-4 | (42) | (49) | 3.85 | 3.57 | |
| 7 | 8 | RTI | (37) | (24) | 3.59 | 3.52 | |
| 2 | 9 | ↓ ADA | (23) | (18) | 3.87 | 3.50 | |
| 9 | 10 | ↑ Request | (21) | (15) | 2.75 | 3.18 | B |
| | 11 | Sonos | | (44) | | 2.76 | B- |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO
Just-in-Time Delivery

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| | 1 | Sim2 | | (15) | | 3.69 | A- |
| 2 | 2 | Epson | (28) | (36) | 3.43 | 3.54 | B+ |
| 6 | 3 | ↑ Nuvision | (19) | (21) | 3.17 | 3.39 | |
| 1 | 4 | Mitsubishi | (34) | (22) | 3.49 | 3.36 | |
| 4 | 5 | Runco | (55) | (39) | 3.39 | 3.29 | |
| 5 | 6 | JVC | (24) | (15) | 3.29 | 3.17 | B |
| 8 | 7 | Sony | (54) | (39) | 3.04 | 2.89 | B- |
| 10 | 8 | Samsung | (74) | (61) | 3.01 | 2.87 | |
| 11 | 8 | LG | (43) | (35) | 2.95 | 2.87 | |
| 13 | 10 | Sharp | (31) | (15) | 2.75 | 2.74 | |
| 7 | 11 | ↓ Panasonic | (55) | (41) | 3.14 | 2.64 | C+ |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Adv. Control Systems, Lighting, Media Mgt, Automation
Just-in-Time Delivery

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ↓ ADA | (23) | (18) | 4.12 | 3.86 | A- |
| 2 | 2 | Univ. Remote | (56) | (55) | 3.90 | 3.84 | |
| 3 | 3 | Kaleidescape | (46) | (40) | 3.78 | 3.82 | |
| 4 | 4 | Lutron | (50) | (41) | 3.75 | 3.78 | |
| 6 | 5 | RTI | (37) | (24) | 3.67 | 3.57 | B+ |
| 10 | 6 | ↑ Request | (21) | (15) | 3.30 | 3.52 | |
| 7 | 7 | Crestron | (47) | (60) | 3.62 | 3.47 | |
| | 8 | Sonos | | (44) | | 3.42 | |
| | 9 | Savant | | (24) | | 3.40 | |
| 5 | 10 | ↓ Control-4 | (42) | (49) | 3.74 | 3.35 | |
| 8 | 11 | AMX | (29) | (23) | 3.51 | 3.30 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION/WIRE & CABLE COMPANIES
Resolution of Service, Return, Repair Issues

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | AudioQuest | (27) | (36) | 4.15 | 4.10 | A+ |
| 1 | 2 | Tributaries | (44) | (31) | 4.17 | 4.08 | |
| 3 | 3 | Liberty Wire | (35) | (21) | 3.84 | 3.66 | A- |
| 4 | 4 | ↓ Monster C. | (26) | (15) | 3.27 | 3.07 | B |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION/WIRE & CABLE COMPANIES
Dealer Training

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Tributaries | (44) | (31) | 3.48 | 3.57 | B+ |
| 2 | 2 | AudioQuest | (27) | (36) | 3.42 | 3.23 | B |
| 4 | 3 | ↓ Liberty Wire | (35) | (21) | 3.05 | 2.74 | B- |
| 3 | 4 | ↓ Monster C. | (26) | (15) | 3.14 | 2.47 | C+ |

# inside track inside track inside track

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Distr. A/V, CI Speakers, Power Management, Accessories
Resolution of Service, Return, Repair Issues

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| | 1 | Leon Spkrs | | (17) | | 4.10 | A+ |
| 4 | 2 | Snap-AV | (22) | (22) | 3.97 | 4.02 | |
| 1 | 3 | Triad | (33) | (33) | 4.18 | 4.00 | A |
| 6 | 4 | Sonance | (34) | (32) | 3.79 | 3.95 | |
| 3 | 5 | SpeakerCraft | (37) | (34) | 4.03 | 3.84 | A- |
| 10 | 6 | Niles Audio | (39) | (30) | 3.46 | 3.62 | B+ |
| 5 | 7 | ↓ Furman | (27) | (34) | 3.84 | 3.59 | |
| 7 | 8 | Elan | (17) | (23) | 3.69 | 3.56 | |
| 9 | 9 | Panamax | (34) | (26) | 3.48 | 3.48 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Distr. A/V, CI Speakers, Power Management, Accessories
Dealer Training

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ↓ Elan | (17) | (23) | 4.01 | 3.67 | A- |
| | 1 | Leon Spkrs | | (17) | | 3.67 | |
| 3 | 3 | ↓ Sonance | (34) | (32) | 3.53 | 3.32 | B+ |
| 2 | 4 | ↓ SpeakerCraft | (37) | (34) | 3.58 | 3.25 | |
| 6 | 5 | Triad | (33) | (33) | 3.26 | 3.16 | B |
| 7 | 6 | Niles Audio | (39) | (30) | 3.01 | 3.14 | |
| 10 | 7 | ↑ Snap-AV | (22) | (22) | 2.63 | 2.95 | |
| 9 | 8 | Panamax | (34) | (26) | 2.83 | 2.90 | B- |
| 5 | 9 | ↓ Furman | (27) | (34) | 3.33 | 2.87 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION
Distr. A/V, CI Speakers, Power Management, Accessories
Just-in-Time Delivery

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 3 | 1 | Snap-AV | (22) | (22) | 3.94 | 4.05 | A+ |
| | 2 | Leon Spkrs | | (17) | | 4.03 | |
| 2 | 3 | SpeakerCraft | (37) | (34) | 4.00 | 3.86 | A- |
| 7 | 4 | Elan | (17) | (23) | 3.57 | 3.73 | |
| 1 | 5 | ↓ Sonance | (34) | (32) | 4.02 | 3.72 | |
| 8 | 5 | ↑ Niles Audio | (39) | (30) | 3.52 | 3.72 | |
| 5 | 7 | Panamax | (34) | (26) | 3.81 | 3.63 | B+ |
| 10 | 8 | Furman | (27) | (34) | 3.35 | 3.53 | |
| 6 | 9 | ↓ Triad | (33) | (33) | 3.67 | 3.37 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CAR AUDIO
Resolution of Service, Return, Repair Issues

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | ↑ Memphis | (15) | (27) | 3.82 | 4.07 | A+ |
| | 2 | JVC | | (15) | | 3.64 | B+ |
| 3 | 3 | ↓ JL Audio | (18) | (35) | 3.79 | 3.58 | |
| | 4 | Directed | | (20) | | 3.47 | |
| 1 | 5 | ↓ Kenwood | (15) | (33) | 3.86 | 3.36 | |
| | 6 | Pioneer | | (19) | | 2.95 | B |
| 5 | 7 | ↓ Alpine | (17) | (28) | 3.12 | 2.86 | B- |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/SPEAKERS
Resolution of Service, Return, Repair Issues

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Magnepan | (38) | (22) | 4.13 | 4.25 | A+ |
| 6 | 2 | ↑ Monitor A. | (20) | (23) | 3.84 | 4.04 | |
| 3 | 3 | JL Audio | (22) | (17) | 3.99 | 4.03 | |
| 2 | 4 | B & W | (45) | (35) | 4.05 | 4.00 | A |
| 7 | 4 | Def. Tech. | (22) | (21) | 3.82 | 4.00 | |
| 4 | 6 | Paradigm | (62) | (59) | 3.93 | 3.99 | |
| 5 | 7 | Klipsch | (20) | (19) | 3.86 | 3.76 | A- |
| 9 | 8 | Artison | (21) | (15) | 3.60 | 3.68 | |
| 12 | 9 | James Lspkr | (18) | (15) | 3.42 | 3.50 | B+ |
| 10 | 10 | ↓ Velodyne | (15) | (18) | 3.50 | 3.22 | B |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/SPEAKERS
Dealer Training

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 5 | 1 | ↑ JL Audio | (22) | (17) | 3.31 | 3.69 | A- |
| 1 | 2 | Magnepan | (38) | (22) | 3.64 | 3.66 | |
| 2 | 3 | B & W | (45) | (35) | 3.62 | 3.61 | B+ |
| 3 | 4 | Paradigm | (62) | (59) | 3.51 | 3.53 | |
| 6 | 5 | ↑ Def. Tech. | (22) | (21) | 3.30 | 3.50 | |
| 4 | 6 | Monitor A. | (20) | (23) | 3.39 | 3.46 | |
| 8 | 7 | ↑ Klipsch | (20) | (19) | 2.91 | 3.18 | B |
| 7 | 8 | Velodyne | (15) | (18) | 3.06 | 3.05 | |
| 9 | 9 | James Lspkr | (18) | (15) | 2.88 | 2.92 | B- |
| 10 | 10 | ↓ Artison | (21) | (15) | 2.82 | 2.25 | C+ |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/SPEAKERS
Just-in-Time Delivery

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 4 | 1 | JL Audio | (22) | (17) | 3.93 | 4.00 | A |
| 2 | 2 | B & W | (45) | (35) | 3.94 | 3.84 | A- |
| 5 | 3 | Def. Tech. | (22) | (21) | 3.88 | 3.83 | |
| 1 | 4 | ↓ Monitor A. | (20) | (23) | 3.97 | 3.76 | |
| 6 | 5 | Magnepan | (38) | (22) | 3.82 | 3.74 | |
| 2 | 6 | ↓ Paradigm | (62) | (59) | 3.94 | 3.71 | |
| 7 | 7 | Klipsch | (20) | (19) | 3.75 | 3.61 | B+ |
| 8 | 8 | Velodyne | (15) | (18) | 3.73 | 3.57 | |
| 10 | 9 | Artison | (21) | (15) | 3.58 | 3.50 | |
| 11 | 10 | James Lspkr | (18) | (15) | 3.31 | 3.21 | B |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CAR AUDIO
Dealer Training

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | ↑ Memphis | (19) | (27) | 3.20 | 3.61 | B+ |
| 3 | 2 | ↑ JL Audio | (28) | (35) | 3.12 | 3.47 | |
| 1 | 3 | ↓ Kenwood | (17) | (33) | 3.21 | 2.54 | C+ |
| 4 | 4 | Alpine | (27) | (28) | 2.59 | 2.50 | |
| | 5 | Directed | | (20 | | 2.48 | |
| | 6 | Pioneer | | (19) | | 2.37 | |
| | 7 | JVC | | (15) | | 1.86 | C- |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CAR AUDIO
Just-in-Time Delivery

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Memphis | (15) | (27) | 3.96 | 4.12 | A+ |
| 2 | 2 | JL Audio | (18) | (35) | 3.81 | 3.67 | A- |
| | 3 | Directed | | (20) | | 3.28 | B+ |
| 3 | 4 | ♦ Kenwood | (15) | (33) | 3.49 | 3.19 | B |
| | 5 | JVC | | (15) | | 3.14 | |
| | 6 | Pioneer | | (19) | | 3.00 | |
| 5 | 7 | Alpine | (17) | (28) | 2.52 | 2.71 | B- |

**YEAR 2011 SUPPLIER LOYALTY TEST**
CUSTOM INSTALLATION/WIRE & CABLE COMPANIES
Just-in-Time Delivery

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Tributaries | (44) | (31) | 4.12 | 4.09 | A+ |
| 2 | 2 | AudioQuest | (27) | (36) | 4.08 | 3.99 | A |
| 3 | 3 | Liberty Wire | (35) | (21) | 3.96 | 3.90 | A- |
| 4 | 4 | Monster C. | (26) | (15) | 3.12 | 3.07 | B |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO/SCREEN COMPANIES
Resolution of Service, Return, Repair Issues

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | Stewart Film | (73) | (52) | 3.88 | 3.97 | A |
| 4 | 2 | Da-Lite | (46) | (30 | 3.59 | 3.66 | A- |
| 3 | 3 | Draper | (35) | (16) | 3.61 | 3.53 | B+ |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO/SCREEN COMPANIES
Dealer Training

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Stewart Film | (73) | (52) | 3.57 | 3.75 | A- |
| 4 | 2 | Draper | (35) | (16) | 2.37 | 2.43 | C+ |
| 3 | 2 | Da-Lite | (46) | (30) | 2.59 | 2.43 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO/SCREEN COMPANIES
Just-in-Time Delivery

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 4 | 1 | ♦ Draper | (35) | (16) | 3.59 | 3.80 | A- |
| 2 | 2 | Da-Lite | (46) | (30) | 3.73 | 3.66 | |
| 3 | 3 | Stewart Film | (73) | (52) | 3.61 | 3.62 | B+ |

Three companies. **Meridian** in first place, followed by **McIntosh** and **Rotel**, comprise the top tier on **Just-in-time Delivery** in this group. The remaining 10 companies received midfield grades, with **Marantz, Pioneer, Bryston** and **Sony** up significantly over last year. Only **Integra** dropped a significant 0.25 points year over year.

**H.A./Speaker Companies**

Speakers are not problematic products, and the grades for **Resolution of Service, Return, Repair Issues** reflect this. Eight out of 10 speaker companies received top tier grades on this parameter. **Magnepan** is once again in first place, significantly ahead of much improved runner-up **Monitor Audio**. **JL Audio, B&W, Def. Tech.** and **Paradigm** are nearly head to head in positions 3 to 6. Of the 2 midfield companies, **James Loudspeakers** and **Velodyne**, the latter dropped 0.28 points year over year.

**JL Audio** moved up 0.38 points to overtake **Magnepan** and claim first place for **Dealer Training**. These 2 companies are the only ones in the Speaker Companies group to finish with top tier grades on this parameter. In midfield **Def. Tech.** and **Klipsch** improved the most. Last-ranked **Artison** is down significantly to a 2.25/C+.

**JL Audio** is also first for **Just-in-time Delivery** with a perfect 4.00/A. Five additional speaker companies finished with top tier grades on this parameter as well, although **Monitor Audio** and **Paradigm** are down 0.21 and 0.23 points, respectively. The remaining 4 speaker companies finished with midfield grades for **JIT Delivery**.

**Home Video Companies**

**Epson** in first, and **Nuvision** in second place finished with top tier grades for **Resolution of Service, Return, Repair Issues** in this group. Among the 6 midfield companies **Runco** is the most improved, while **Panasonic** dropped a significant 0.32 points. **Sharp, LG,** and **Samsung** finished with bottom tier grades, and **LG** and **Samsung** are, furthermore, down significantly on this parameter compared to last year.

Although there is no top tier for **Dealer Training** in the Home Video group, **Runco**, in first place, is at 3.56/B+ by far the strongest vendor in this group on this parameter. **SIM2, Epson,** significantly improved **Mitsubishi** and **Sony** also received midfield grades. The remaining 6 companies finished in the bottom tier with **Nuvision, Panasonic** and **Sharp** significantly down year over year.

For **Just-in-time Delivery** only **SIM2**, which manufactures products in Italy, received a top tier grade. With the exception of last ranked (and significantly down) **Panasonic**, all other manufacturers finished with midfield grades. Up 0.22 points over last year, **Nuvision** is the most improved in this group on this parameter.

**H.V./Screen Companies**

For **Resolution of Service, Return, Repair Issues** first ranked **Stewart Filmscreen** is 0.31 points ahead of runner-up **Da-Lite**, which also finished with a top tier grade. **Draper** is in third place with a B+. With a 3.75/A- **Stewart Filmscreen** positively towers over **Draper** and **Da-Lite** (tied for second place with a 2.43/C+) for **Dealer Training**. On the other hand, significantly improved **Draper** in first, and **Da-Lite** in second place finished with top tier grades for **Just-in-time Delivery**. **Stewart Filmscreen** is essentially unchanged year over year with a 3.62/B+ on this parameter.

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/ELECTRONICS
Just-in-Time Delivery

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 5 | 1 | Meridian | (19) | (17) | 3.77 | 3.77 | A- |
| 7 | 2 | McIntosh | (39) | (31) | 3.54 | 3.68 | |
| 2 | 3 | Rotel | (38) | (28) | 3.86 | 3.67 | |
| 11 | 4 | ♦ Marantz | (46) | (38) | 3.37 | 3.58 | B+ |
| 6 | 5 | Anthem | (42) | (48) | 3.63 | 3.55 | |
| 4 | 6 | ♦ Integra | (60) | (58) | 3.79 | 3.54 | |
| 7 | 7 | Yamaha | (42) | (38) | 3.54 | 3.53 | |
| 15 | 8 | ♦ Pioneer | (31) | (15) | 3.08 | 3.50 | |
| 14 | 9 | ♦ Bryston | (18) | (20) | 3.11 | 3.45 | |
| 12 | 10 | ARCAM | (22) | (19) | 3.31 | 3.38 | |
| 9 | 11 | NAD | (29) | (25) | 3.40 | 3.31 | |
| 17 | 12 | ♦ Sony | (36) | (22) | 2.99 | 3.22 | B |
| 16 | 13 | Denon | (46) | (37) | 3.01 | 3.13 | |

**C.I./ALMA Companies**

Five of the 11 companies in this group received top tier grades for **Resolution of Service, Return, Repair Issues**. **ADA** is, once again, in first place. In midfield, **ReQuest** is up 0.24 points, while **Control4, RTI** and **AMX** all dropped significantly year over year.

**Lutron** once again captured the top spot for **Dealer Training**, with the highest grade on this parameter in the entire survey. Newcomer to the survey, **Savant**, came in second with a straight A. **Crestron, Kaleidescape** and **Universal Remote Control (URC)** also finished with top tier grades. The remaining 6 companies received midfield grades. **AMX** and **ReQuest** are up, **Control4** and **ADA** are down significantly year over year.

Although **ADA** dropped 0.26 points from last year, they maintained their No. 1 position for **Just-in-time Delivery**. **URC, Kaleidescape** and **Lutron** finished with top tier grades as well. The remaining 7 companies in the group all received B+ midfield grades. **ReQuest** gained 0.22, and **Control4** dropped 0.39 points.

**C.I./DAV-SPA Companies**

All 9 companies in this group were rated very good to excellent on **Resolution of Service, Return, Repair Issues.** New-to-the-survey **Leon Speakers** finished in first place, followed by **Snap AV** and **Triad. Sonance** and **SpeakerCraft** received top tier grades as well. The remaining 4 companies finished with B+ midfield grades on this parameter. **Furman**, in 7th place, dropped the most.

Two companies, tied for first place **Elan** and **Leon Speakers**, received top tier grades for **Dealer Training** in this group. The remaining companies finished with midfield grades. **Sonance, SpeakerCraft** and last-ranked **Furman** dropped the most. **Snap AV,** in 7th place, is up the most.

For **Just-in-time Delivery** **Snap AV** captured the top spot, 2/100th of a grade point ahead of **Leon Speakers. SpeakerCraft** finished 3rd and **Elan** 4th. **Sonance** down, and **Niles Audio** up significantly from last year, now share 5th place. The remaining 3 companies received B+ midfield grades on this parameter, with **Triad** down 0.30 points year over year.

**C.I./Wire & Cable Companies**

**AudioQuest** and **Tributaries** flip-flopped on **Resolution of Service, Return, Repair Issues**, the former now in first, and the latter in second place, 2/100th of a grade point behind. **Liberty Wire & Cable**, though 0.42 points below **Tributaries**, still managed a top tier grade on this parameter. **Monster Cable**, significantly down from last year, is in 4th place with a 3.07/B.

There is no top tier for **Dealer Training** in this group. **Tributaries** is in first place with a B+. **AudioQuest** is second with a B. Third-ranked **Liberty** is down significantly from last year, but still finished with a B-. Last-ranked **Monster Cable** dropped 0.67 points to a bottom tier C+ on this parameter.

For **Just-in-time Delivery** the ranking in this group is identical to last year's ranking. **Tributaries** is in first place with an A+, followed by **AudioQuest** with an A, and **Liberty Wire & Cable** with an A-. **Monster Cable** finished in 4th place with a B.

**Car Audio Companies**

Only **Memphis**, up significantly over last year, received an A+ top tier grade in this group for **Resolution of Service, Return, Repair Issues.** All other car audio companies finished with midfield grades. **JL Audio, Kenwood** and last-ranked **Alpine** dropped significantly year over year.

**Memphis** in first, and **JL Audio** in second place, both significantly improved over last year, finished with B+ midfield grades for **Dealer Training**. The remaining 5 companies received very mediocre bottom tier grades on this parameter.

**Memphis** in first place with an A+ and **JL Audio** in second place with an A- comprise the top tier in this group for **Just-in-time Delivery**. The rest of the car audio group finished in midfield. More results soon.

*So much for today.*
*Yours sincerely,*
*Gisela Schoell, Editor*