# EXHIBIT 10

Audio-Video Retailer inside track™

your profit adviser: • independent • up-front • daring

February 17, 2011
Volume XXVII/11-12

EXHIBIT 9
Sorenson
DATE: 6-3-14
RPTR: LAURIE J. DRIGGERS

# Year 2011 Supplier Loyalty Test Results Part VI

QUALITY OF SALES REPRESENTATIVES, EASE OF DOING BUSINESS

The last two individual parameter results in this year's survey are for **Quality of Sales Reps** and **Ease of Doing Business**. Whether its factory personnel or independent representatives, dealers grade the know-how, the general helpfulness, the willingness to go the extra mile of the person or persons that is or are their direct contact with a company. When *"my rep is a great guy,"* a dealer is much more willing to work through the inevitable hick-ups that can occur with even the best brands. But if *"I never see my rep,"* or *"my rep is just an order taker,"* that rep is a weak link in the chain between vendor and dealer. Sometimes a vendor will say, *"we use essentially the same rep force as XYZ company, yet they were graded so much higher than we were. How is that possible?"* There are a number of likely reasons. Some lines are just more popular, some are easier than others for a rep to sell and support. Some vendors have better incentives for their representatives. Some lines are more lucrative or represent a bigger part of a representative company's overall business - and those factors can result in a little bit of variation. But keep in mind, too, that dealers from all over North America participate in this survey, yet for any given brand the geographic make-up of the responding dealers may be quite different from that of another brand. So, even if two brands have the same rep force, it is still possible that a different group of reps was graded for each brand because the two dealer samples were skewed in different geographic directions.

YEAR 2011 SUPPLIER LOYALTY TEST
HOME AUDIO/ELECTRONICS
Quality of Sales Representatives

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 7 | 1 | ↑ Integra | (60) | (58) | 3.68 | 3.94 | A- |
| 6 | 2 | Yamaha | (42) | (38) | 3.70 | 3.87 | |
| 5 | 3 | Meridian | (19) | (17) | 3.73 | 3.82 | |
| 10 | 4 | McIntosh | (39) | (31) | 3.56 | 3.71 | |
| 3 | 5 | ARCAM | (22) | (19) | 3.74 | 3.68 | |
| 2 | 6 | Anthem | (42) | (48) | 3.79 | 3.67 | |
| 16 | 7 | ↑ Marantz | (46) | (38) | 3.17 | 3.64 | B+ |
| 8 | 8 | Rotel | (38) | (28) | 3.65 | 3.63 | |
| 9 | 9 | Denon | (46) | (37) | 3.64 | 3.60 | |
| 11 | 10 | NAD | (29) | (25) | 3.45 | 3.50 | |
| 14 | 11 | Bryston | (18) | (20) | 3.27 | 3.45 | |
| 18 | 12 | ↑ Sony | (36) | (22) | 2.68 | 2.90 | B- |
| 15 | 13 | ↓ Pioneer | (31) | (15) | 3.25 | 2.81 | |

For **Ease of Doing Business** it is the dealer-facing personnel at headquarters that are graded. Here, in addition to know-how, it is often a question of attitude: Does the dealer get the sense that the vendor personnel truly tries to respond promptly, accurately and in a friendly manner? Is there a lot of red tape or poor coordination between the various departments? Does a dealer get the run-around, rather than a timely resolution of a problem, an accurate answer to a question, a heads-up when necessary? In one sense, dealers are a vendor's customers, but they are also the vendor's partners. Either way, vendors who treat their dealers right - by providing the appropriate assortment of well-performing, reliable and innovative products that dealers can be proud to sell at decent margins, where dealers know, furthermore, that the vendor will support them in all the ways they need to be supported - such vendors earn their dealers loyalty, and especially so when they are also pleasant and easy to do business with.

YEAR 2011 SUPPLIER LOYALTY TEST
HOME AUDIO/ELECTRONICS
Ease of Doing Business

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 8 | 1 | Bryston | (18) | (20) | 3.78 | 3.83 | A- |
| 5 | 2 | Rotel | (38) | (28) | 3.91 | 3.80 | |
| 3 | 3 | Meridian | (19) | (17) | 3.95 | 3.79 | |
| 9 | 4 | Yamaha | (42) | (38) | 3.74 | 3.77 | |
| 10 | 5 | Integra | (60) | (58) | 3.71 | 3.71 | |
| 13 | 6 | ↑ Marantz | (46) | (38) | 3.40 | 3.68 | |
| 4 | 7 | ↓ Anthem | (42) | (48) | 3.93 | 3.67 | |
| 7 | 8 | McIntosh | (39) | (31) | 3.85 | 3.66 | |
| 11 | 9 | Denon | (46) | (37) | 3.53 | 3.47 | B+ |
| 14 | 9 | ARCAM | (22) | (19) | 3.39 | 3.47 | |
| 17 | 11 | ↑ Pioneer | (31) | (15) | 2.93 | 3.31 | |
| 12 | 12 | ↓ NAD | (29) | (25) | 3.47 | 3.18 | B |
| 18 | 13 | ↑ Sony | (36) | (22) | 2.58 | 2.83 | B- |

## H.A./Electronics Companies

**Integra** captured first place for **Quality of Sales Reps**, improving 0.26 points year over year. **Yamaha** is in second place, followed by **Meridian, McIntosh, ARCAM** and **Anthem**, who all finished in the top tier as well. **Marantz**, which missed inclusion in the top tier on this parameter by a mere

© 2011 by INSIDE TRACK PUBLISHING CORPORATION. All rights reserved.

**inside track** (ISSN 0885 6885) is published 30 times/year by INSIDE TRACK Publishing Corp., 18 Lost Mine Place, Ridgefield, CT 06877. Tel. (203) 431-4540, Fax (203) 431-4711, e-mail: insidetrck@aol.com, www.inside-track-online.com. Corp. Office: 12901 S.W. 64th Ct., Miami, FL 33156, Tel. (305) 666-2055. Pres: Guenter Weber; Exec. VP: Ed Hirsch; Editor & Gen. Manager: Gisela Schoell. Subscription rate $239/year, $135/6 months. No part of this newsletter may be reproduced or transmitted in any form without the express permission of the editor.

1/100th of a grade point, improved an impressive 0.47 points. **Rotel, Denon, NAD,** and **Bryston** received B+ midfield grades. **Sony** is up, and last-ranked **Pioneer** is down significantly year over year. Both finished with B- midfield grades on this parameter.

**Bryston** claimed No. 1 in the group as the "nicest" company to do business with. Seven more companies finished in the top tier on this parameter as well, where **Marantz** is up 0.28, and **Anthem** is down 0.26 points. **Denon, ARCAM**, and significantly improved **Pioneer** received midfield grades for **Ease of Doing Business.** **NAD** is down to a B and **Sony**, although significantly improved, is still last with a 2.83/B-.

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/SPEAKERS
Quality of Sales Representatives

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Magnepan | (38) | (22) | 4.12 | 4.11 | A+ |
| 6 | 2 | ↑ Def. Tech. | (22) | (21) | 3.64 | 3.99 | A |
| 3 | 3 | JL Audio | (22) | (17) | 3.91 | 3.91 | A- |
| 2 | 4 | Monitor A. | (20) | (23) | 3.99 | 3.83 | |
| 10 | 5 | ↑ Klipsch | (20) | (19) | 3.51 | 3.79 | |
| 9 | 6 | ↑ Velodyne | (15) | (18) | 3.52 | 3.74 | |
| 4 | 7 | B & W | (45) | (35) | 3.80 | 3.71 | |
| 5 | 8 | Paradigm | (62) | (59) | 3.75 | 3.68 | |
| 7 | 9 | James Lspkr | (18) | (15) | 3.58 | 3.50 | B+ |
| 8 | 10 | ↓ Artison | (21) | (15) | 3.54 | 3.32 | |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME AUDIO/SPEAKERS
Ease of Doing Business

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ↑ Magnepan | (38) | (22) | 4.18 | 4.38 | A+ |
| 4 | 2 | ↑ JL Audio | (22) | (17) | 3.95 | 4.15 | |
| 2 | 3 | B & W | (45) | (35) | 4.01 | 3.91 | A- |
| 6 | 4 | Def. Tech. | (22) | (21) | 3.82 | 3.89 | |
| 10 | 5 | Velodyne | (15) | (18) | 3.74 | 3.86 | |
| 3 | 6 | Monitor A. | (20) | (23) | 3.99 | 3.82 | |
| 8 | 7 | Klipsch | (20) | (19) | 3.75 | 3.79 | |
| 5 | 8 | Paradigm | (62) | (59) | 3.84 | 3.70 | |
| 8 | 9 | James Lspkr | (18) | (15) | 3.75 | 3.61 | B+ |
| 7 | 10 | ↓ Artison | (21) | (15) | 3.79 | 3.54 | |

**H.A./Speaker Companies**

Eight of the 10 speaker companies received top tier grades for **Quality of Sales Representatives.** **Magnepan** (which operates with factory personnel) took first place. **Def. Tech.** in 2nd, **Klipsch** in 5th, and **Velodyne** in 6th place, are the most improved. **James Loudspeaker** and **Artison**, the latter down 0.22 points year over year, received B+ midfield grades. **Magnepan** is also No. 1 - once again, and much improved - as the most pleasant speaker company to do business with. **JL Audio**, up 0.20 points year over year, was graded A+ for **Ease of Doing Business** as well. Six more speaker companies finished with A- top tier grades. **James Loudspeaker** and **Artison** received B+ midfield grades on this parameter as well.

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO
Quality of Sales Representatives

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | Epson | (28) | (36) | 3.83 | 3.86 | A- |
| 3 | 2 | Runco | (55) | (39) | 3.71 | 3.65 | |
| | 3 | Sim2 | | (15) | | 3.64 | B+ |
| 1 | 4 | ↓ Nuvision | (19) | (21) | 4.05 | 3.55 | |
| 6 | 5 | ↓ Mitsubishi | (34) | (22) | 3.22 | 3.00 | B |
| 5 | 6 | ↓ JVC | (24) | (15) | 3.31 | 2.90 | B- |
| 11 | 7 | ↑ Sony | (54) | (39) | 2.56 | 2.87 | |
| 12 | 8 | ↑ LG | (43) | (35) | 2.55 | 2.76 | |
| 7 | 9 | Panasonic | (55) | (41) | 2.88 | 2.74 | |
| 8 | 10 | Sharp | (31) | (15) | 2.85 | 2.70 | |
| 13 | 11 | Samsung | (74) | (61) | 2.31 | 2.46 | C+ |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO
Ease of Doing Business

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | Epson | (28) | (36) | 3.77 | 3.94 | A- |
| | 2 | Sim2 | | (15) | | 3.72 | |
| 6 | 3 | Runco | (55) | (39) | 3.40 | 3.42 | B+ |
| 4 | 4 | JVC | (24) | (15) | 3.44 | 3.40 | |
| 4 | 5 | Mitsubishi | (34) | (22) | 3.44 | 3.32 | |
| 1 | 6 | ↓ Nuvision | (19) | (21) | 3.82 | 3.30 | |
| 7 | 7 | ↓ Panasonic | (55) | (41) | 3.09 | 2.84 | B- |
| 12 | 8 | Sharp | (31) | (15) | 2.72 | 2.83 | |
| 13 | 9 | Sony | (54) | (39) | 2.70 | 2.74 | |
| 11 | 10 | ↓ LG | (43) | (35) | 2.78 | 2.55 | C+ |
| 10 | 11 | ↓ Samsung | (74) | (61) | 2.83 | 2.46 | |

**Home Video Companies**

**Epson** in first place is a significant 0.21 grade points ahead of runner-up **Runco** for **Quality of Sales Reps**. These two companies comprise the top tier on this parameter in the Home Video group. **SIM2** and **Nuvision** (the latter, however, 0.50 points down from its grade last year) received B+ grades. **Mitsubishi,** which dropped 0.22 points year over year, finished with a B, while **JVC** (also significantly down from last year), **Sony, LG** (both up significantly), **Panasonic** and **Sharp** finished with B- grades on this parameter. Last-ranked **Samsung** is in the bottom tier with a C+.

The No. 1 spot as the most-pleasant-to-deal-with company in the Video group goes to **Epson**. **SIM2** in second place also received a top tier grade. Seven companies in this group finished with midfield grades on this parameter, and of these, **Nuvision** and **Panasonic** are down the most. **LG** and **Samsung**, both down significantly over last year, dropped into C+ bottom tier territory on this parameter.

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO/SCREEN COMPANIES
Quality of Sales Representatives

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Stewart Film | (73) | (52) | 3.85 | 3.85 | A- |
| 3 | 2 | Da-Lite | (46) | (30) | 3.47 | 3.41 | B+ |
| 4 | 3 | ↓ Draper | (35) | (16) | 3.30 | 2.92 | B- |

**YEAR 2011 SUPPLIER LOYALTY TEST**
HOME VIDEO/SCREEN COMPANIES
Ease of Doing Business

| Ranking '10 | Ranking '11 | Company | No of Dlrs '10 | No of Dlrs '11 | Grade '10 | Grade '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | Stewart Film | (73) | (52) | 3.97 | 3.93 | A- |
| 4 | 2 | Draper | (35) | (16) | 3.59 | 3.74 | |
| 3 | 3 | ↓ Da-Lite | (46) | (30) | 3.85 | 3.63 | B+ |

**H.V./Screen Companies**

**Stewart Filmscreen** once again captured the No. 1 position for **Quality of Sales Reps** in this group with the identical 3.85/A- grade they had achieved last year. **Da-Lite** is second with a B+ and **Draper**, significantly down year over year, finished last with a B-.

SAVANT0004498

**Stewart Filmscreen** also came in first with a 3.93/A- as the "nicest" Screen company to do business with. **Draper** finished with a top tier grade as well. **Da-Lite**, down significantly from last year, missed being in the top tier by 2/100th of a grade point.

## C.I.-ALMA Companies

Newcomer to the survey, **Savant**, captured first place for **Quality of Sales Reps** with a perfect 4.00/A. **ADA** and **Lutron** also received top tier grades. Seven companies finished in midfield on this parameter. Only **URC** is up significantly. **Crestron, Kaleidescape, AMX** and **RTI** dropped significantly year over year. **ReQuest** finished with a 2.64/C+, just 1/100th of a grade point shy of inclusion in midfield.

**ADA** takes the "nicest company to deal with" prize in the group with a 4.17/A+. **Lutron, Savant** and **URC** received A- top tier grades. Five of the remaining 7 companies finished with B+ field grades. Tied for last place **Control4** and **AMX**, both down significantly year over year, received a B.

YEAR 2011 SUPPLIER LOYALTY TEST
CUSTOM INSTALLATION
Adv. Control Systems, Lighting, Media Mgt, Automation
Quality of Sales Representatives

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| | 1 | Savant | | (24) | | 4.00 | A |
| 1 | 2 | ADA | (23) | (18) | 4.13 | 3.96 | |
| 3 | 3 | Lutron | (50) | (41) | 3.56 | 3.73 | A- |
| 6 | 4 | ↑ Univ. Remote | (56) | (55) | 3.35 | 3.62 | B+ |
| 2 | 5 | ↓ Crestron | (47) | (60) | 3.68 | 3.43 | |
| | 6 | Sonos | | (44) | | 3.21 | B |
| 7 | 7 | Control-4 | (42) | (49) | 3.34 | 3.19 | |
| 4 | 7 | ↓ Kaleidescape | (46) | (40) | 3.54 | 3.19 | |
| 5 | 9 | ↓ AMX | (29) | (23) | 3.53 | 2.94 | B- |
| 9 | 10 | ↓ RTI | (37) | (24) | 3.16 | 2.77 | |
| 8 | 11 | ↓ Request | (21) | (15) | 3.32 | 2.64 | C+ |

YEAR 2011 SUPPLIER LOYALTY TEST
CUSTOM INSTALLATION
Adv. Control Systems, Lighting, Media Mgt, Automation
Ease of Doing Business

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ADA | (23) | (18) | 4.25 | 4.17 | A+ |
| 7 | 2 | Lutron | (50) | (41) | 3.56 | 3.71 | A- |
| | 2 | Savant | | (24) | | 3.71 | |
| 6 | 4 | Univ. Remote | (56) | (55) | 3.60 | 3.69 | |
| 3 | 5 | Crestron | (47) | (60) | 3.67 | 3.64 | B+ |
| 5 | 6 | Kaleidescape | (46) | (40) | 3.66 | 3.58 | |
| 9 | 7 | Request | (21) | (15) | 3.40 | 3.54 | |
| 3 | 8 | RTI | (37) | (24) | 3.67 | 3.49 | |
| | 9 | Sonos | | (44) | | 3.34 | |
| 2 | 10 | ↓ Control-4 | (42) | (49) | 3.76 | 3.13 | B |
| 8 | 10 | ↓ AMX | (29) | (23) | 3.44 | 3.13 | |

## C.I-DAV/SPA Companies

Significantly improved **SnapAV** in first, and **Elan** in second place finished with top tier grades for **Quality of Sales Representatives**. **SpeakerCraft, Triad** and **Sonance** are tied for 3rd place which, for SpeakerCraft is 0.22 points down from (but in the same position as) last year. The remaining companies in this group also finished with B+ midfield grades. Last-ranked **Panamax** is down 0.25 points year over year.

There are plenty of nice companies to deal with in this group. **SnapAV** in first place with a 4.05/A+ is followed by **SpeakerCraft** with a 4.04/A+ in second place and **Leon Speakers** with a 4.03/A+ in third. **Sonance** finished with a straight A in 4th place, and **Triad, Niles Audio** and **Furman** also received top tier grades for **Ease of Doing Business**. **Elan** and **Panamax**, both down significantly from last year, are at the bottom with B+ midfield grades.

YEAR 2011 SUPPLIER LOYALTY TEST
CUSTOM INSTALLATION
Distr. A/V, CI Speakers, Power Management, Accessories
Quality of Sales Representatives

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 5 | 1 | ↑ Snap-AV | (22) | (22) | 3.65 | 4.00 | A |
| 1 | 2 | Elan | (17) | (23) | 3.97 | 3.78 | A- |
| 3 | 3 | ↓ SpeakerCraft | (37) | (34) | 3.85 | 3.63 | B+ |
| 4 | 3 | Triad | (33) | (33) | 3.68 | 3.63 | |
| 8 | 3 | Sonance | (34) | (32) | 3.60 | 3.63 | |
| 7 | 6 | Furman | (27) | (34) | 3.62 | 3.58 | |
| 9 | 7 | Niles Audio | (39) | (30) | 3.45 | 3.57 | |
| | 8 | Leon Spkrs | | (17) | | 3.56 | |
| 5 | 9 | ↓ Panamax | (34) | (26) | 3.65 | 3.40 | |

YEAR 2011 SUPPLIER LOYALTY TEST
CUSTOM INSTALLATION
Distr. A/V, CI Speakers, Power Management, Accessories
Ease of Doing Business

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | Snap-AV | (22) | (22) | 4.06 | 4.05 | A+ |
| 1 | 2 | SpeakerCraft | (37) | (34) | 4.14 | 4.04 | |
| | 3 | Leon Spkrs | | (17) | | 4.03 | |
| 5 | 4 | Sonance | (34) | (32) | 3.89 | 3.97 | A |
| 3 | 5 | Triad | (33) | (33) | 4.04 | 3.91 | A- |
| 9 | 6 | Niles Audio | (39) | (30) | 3.57 | 3.75 | |
| 7 | 7 | Furman | (27) | (34) | 3.78 | 3.69 | |
| 6 | 8 | ↓ Elan | (17) | (23) | 3.86 | 3.60 | B+ |
| 8 | 9 | ↓ Panamax | (34) | (26) | 3.72 | 3.52 | |

## C.I./Wire & Cable Companies

In this group, much improved **Liberty Wire&Cable** captured first place for **Quality of Sales Representatives**, followed by **Tributaries** and **AudioQuest**, both also with top tier grades. **Monster Cable**, ranked last, dropped a further 0.67 points to a B-.

**Tributaries** is first with an A+ grade for **Ease of Doing Business**, making them the "nicest wire & cable company" to do business with. Although down 0.23 points from last year, **AudioQuest** still finished with a straight A on this parameter. **Liberty**, in third place, is down significantly, while last ranked **Monster Cable** maintained the exact same 2.97/B grade as last year.

YEAR 2011 SUPPLIER LOYALTY TEST
CUSTOM INSTALLATION/WIRE & CABLE COMPANIES
Quality of Sales Representatives

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 3 | 1 | ↑ Liberty Wire | (35) | (21) | 3.58 | 3.93 | A- |
| 2 | 2 | Tributaries | (44) | (31) | 3.70 | 3.79 | |
| 1 | 3 | AudioQuest | (27) | (36) | 3.94 | 3.76 | |
| 4 | 4 | ↓ Monster C. | (26) | (15) | 3.40 | 2.73 | B- |

YEAR 2011 SUPPLIER LOYALTY TEST
CUSTOM INSTALLATION/WIRE & CABLE COMPANIES
Ease of Doing Business

| Ranking '10 | '11 | Company | No of Dlrs '10 | '11 | Grade '10 | '11 | |
|---|---|---|---|---|---|---|---|
| 2 | 1 | Tributaries | (44) | (31) | 4.15 | 4.16 | A+ |
| 1 | 2 | ↓ AudioQuest | (27) | (36) | 4.19 | 3.96 | A |
| 3 | 3 | ↓ Liberty Wire | (35) | (21) | 4.06 | 3.62 | B+ |
| 4 | 4 | Monster C. | (26) | (15) | 2.97 | 2.97 | B |

| YEAR 2011 SUPPLIER LOYALTY TEST<br>CAR AUDIO<br>Quality of Sales Representatives | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ranking | | Company | No of Dlrs | | Grade | | |
| '10 | '11 | | '10 | '11 | '10 | '11 | |
| 1 | 1 | Memphis | (15) | (27) | 4.04 | 4.20 | A+ |
| 3 | 2 | JL Audio | (18) | (35) | 3.73 | 3.80 | A- |
| | 3 | JVC | | (15) | | 3.43 | B+ |
| 2 | 4 | ↓Alpine | (17) | (28) | 3.94 | 3.41 | |
| 4 | 5 | ↓Kenwood | (15) | (33) | 3.54 | 3.25 | |
| | 6 | Directed | | (20) | | 3.03 | B |
| | 7 | Pioneer | | (19) | | 2.92 | B- |

| YEAR 2011 SUPPLIER LOYALTY TEST<br>CAR AUDIO<br>Ease of Doing Business | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ranking | | Company | No of Dlrs | | Grade | | |
| '10 | '11 | | '10 | '11 | '10 | '11 | |
| 1 | 1 | Memphis | (15) | (27) | 4.21 | 4.22 | A+ |
| 2 | 2 | ↓JL Audio | (18) | (35) | 3.98 | 3.77 | A- |
| | 3 | JVC | | (15) | | 3.43 | B+ |
| 3 | 4 | ↓Kenwood | (15) | (33) | 3.75 | 3.36 | |
| | 5 | Pioneer | | (19) | | 3.29 | |
| | 6 | Directed | | (20) | | 3.27 | |
| 4 | 7 | Alpine | (17) | (28) | 3.18 | 3.05 | B |

**Car Audio Companies**

**Memphis** once again in first place with an A+ grade and **JL Audio** in second place with an A- grade comprise the top tier for **Quality of Sales Reps**. The remaining 5 Car Audio brands in the survey finished with midfield grades on this parameter. **Alpine** and **Kenwood** are down significantly year over year.

**Memphis** is also No. 1 for **Ease of Doing Business**, achieving an A+ grade for being the "nicest" car audio company to do business with. **JL Audio** in second place dropped a significant 0.21 points compared to last year, but still maintained an A- top tier grade. The 5 remaining car audio companies finished in midfield on this parameter. **Kenwood** is down significantly from last year.

In the next issue: The **Best Price/Value** as well as the **2011 Overall Results**.

*So much for today.*
*Yours sincerely,*

*Gisela Schoell*
*Editor*