IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC,<br>Plaintiff,<br>v.<br>CRESTRON ELECTRONICS, INC.,<br>Defendant.<br>CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff,<br>v.<br>SAVANT SYSTEMS, LLC,<br>Counterclaim-Defendant. | Civil Action No.: 1:10-cv-11622 (WGY) |

**DECLARATION OF JOHN J. KAVANAGH IN SUPPORT OF CRESTRON ELECTRONICS, INC.'S MOTION FOR SUMMARY JUDGMENT ON SAVANT SYSTEMS, LLC'S CLAIMS FOR TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS AND WITH PROSPECTIVE CONTRACTUAL RELATIONS**

I, John J. Kavanagh, being of full age, hereby certify as follows:

1. I am an attorney-at-law in the District of Columbia, and am counsel for Defendant Crestron Electronics, Inc. ("Crestron") in the above-captioned matter. As such, I am fully familiar with the facts and circumstances of this case. I make this Declaration in support of Crestron's Motion for Partial Summary Judgment on Savant's Claims for Tortious Interference.

2. Attached hereto as **Exhibit A** is a true and correct copy of Savant's Objections and Responses to Crestron's Additional Interrogatories, dated September 4, 2014.

3. Attached hereto as **Exhibit B** is a true and correct copy of Savant's Fourth Supplemental Objections and Responses to Crestron's First Set of Interrogatories, dated October 21, 2013.

4. Attached hereto as **Exhibit C** is a true and correct copy of Savant's Second Supplemental Responses to Crestron's First Set of Interrogatories, dated January 25, 2012.

5. Attached hereto as **Exhibit D** is a true and correct copy of Savant's Supplemental Answers to Interrogatory Nos. 4, 11 and 49 Through 58, dated January 8, 2014.

6. Attached hereto as **Exhibit E** is a true and correct copy of Savant's First Supplemental Response to Crestron's Third Set of Interrogatories, dated July 6, 2012.

7. Attached hereto as **Exhibit F** is a true and correct copy of Savant's Supplemental Answer to Interrogatory No. 11 of Crestron's Third Set of Interrogatories, dated February 28, 2014.

8. Attached hereto as **Exhibit G** is a true and correct copy of Savant's Responses to Crestron's Second Set of Requests for Admission, dated January 10, 2013.

9. Attached hereto as **Exhibit H** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2787196.

10. Attached hereto as **Exhibit I** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0008468.

11. Attached hereto as **Exhibit J** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2613210.

12. Attached hereto as **Exhibit K** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2613068.

13. Attached hereto as **Exhibit L** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2619831.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from a document produced by Savant beginning with Bates No. SAVANT1735318.

15. Attached hereto as **Exhibit N** is a true and correct copy of excerpts from a document produced by Savant beginning with Bates No. SAVANT2648486.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from a document produced by Savant beginning with Bates No. SAVANT2648477.

17. Attached hereto as **Exhibit P** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2648432.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT3067390.

19. Attached hereto as **Exhibit R** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0287409.

20. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from the deposition transcript of Brian Moffett in this matter, taken on April 11, 2012.

21. Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the deposition transcript of Michael Thul in this matter, taken on April 12, 2012.

22. Attached hereto as **Exhibit U** is a true and correct copy of excerpts from the deposition transcript of Craig Stulce in this matter, taken on September 20, 2012.

23. Attached hereto as **Exhibit V** is a true and correct copy of excerpts from the deposition transcript of Jonathan Lane in this matter, taken on April 18, 2012.

24. Attached hereto as **Exhibit W** is a true and correct copy of excerpts from the deposition transcript of David Raife in this matter, taken on February 8, 2013.

25. Attached hereto as **Exhibit X** is a true and correct copy of excerpts from the deposition transcript of Steven Vickers in this matter, taken on October 12, 2012.

26. Attached hereto as **Exhibit Y** is a true and correct copy of excerpts from the deposition transcript of John Clancy in this matter, taken on October 2, 2012.

27. Attached hereto as **Exhibit Z** is a true and correct copy of excerpts from the deposition transcript of David Vatland in this matter, taken on April 20, 2012.

28. Attached hereto as **Exhibit AA** is a true and correct copy of excerpts from the deposition transcript of Otto Benson in this matter, taken on March 19, 2012.

29. Attached hereto as **Exhibit BB** is a true and correct copy of excerpts from the deposition transcript of Jason Jobe in this matter, taken on May 8, 2012.

30. Attached hereto as **Exhibit CC** is a true and correct copy of excerpts from the deposition transcript of Brett Price in this matter, taken on December 5, 2012.

31. Attached hereto as **Exhibit DD** is a true and correct copy of excerpts from the deposition transcript of Richard Smith in this matter, taken on May 16, 2012.

32. Attached hereto as **Exhibit EE** is a true and correct copy of excerpts from the deposition transcript of Steven Dutton in this matter, taken on May 18, 2012.

33. Attached hereto as **Exhibit FF** is a true and correct copy of excerpts from the deposition transcript of Crestron Electronics, Inc. in this matter, through its corporate representative Randy Klein, taken on January 16, 2014.

34. Attached hereto as **Exhibit GG** is a true and correct copy of excerpts from the deposition transcript of Randy Klein in this matter, taken on March 28, 2013.

35. Attached hereto as **Exhibit HH** is a true and correct copy of excerpts from the deposition transcript of Crestron Electronics, Inc. in this matter, through its corporate representative Daniel Brady, taken on January 15, 2014.

36. Attached hereto as **Exhibit II** is a true and correct copy of excerpts from the deposition transcript of Robert Christensen in this matter, taken on December 4, 2012.

37. Attached hereto as **Exhibit JJ** is a true and correct copy of excerpts from the deposition transcript of Jason Sachs in this matter, taken on September 10, 2012.

38. Attached hereto as **Exhibit KK** is a true and correct copy of excerpts from the deposition transcript of David Sell in this matter, taken on December 7, 2012.

39. Attached hereto as **Exhibit LL** is a true and correct copy of excerpts from the deposition transcript of Savant Systems, LLC in this matter, through its corporate representative James Carroll, taken on January 22, 2014.

40. Attached hereto as **Exhibit MM** is a true and correct copy of excerpts from the deposition transcript of James Carroll in this matter, taken on March 22, 2013.

41. Attached hereto as **Exhibit NN** is a true and correct copy of excerpts from the deposition transcript of Joseph Jamison in this matter, taken on March 26, 2013.

42. Attached hereto as **Exhibit OO** is a true and correct copy of a business card from Otto Benson of dealer La Jolla Home Theater & Automation.

43. Attached hereto as **Exhibit PP** is a true and correct copy of excerpts from the corrected expert report of Professor Einer Elhauge in this matter, submitted on May 20, 2014.

44. Attached hereto as **Exhibit QQ** is a true and correct copy of excerpts from the expert report of Daniel S. Kippycash in this matter, submitted on March 28, 2014.

45. Attached hereto as **Exhibit RR** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0029407.

46. Attached hereto as **Exhibit SS** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0015037.

47. Attached hereto as **Exhibit TT** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0000632.

48. Attached hereto as **Exhibit UU** is a true and correct copy of Crestron's Supplemental Objections and Responses to Interrogatory Nos. 90, 94 and 95, dated February 28, 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2014. By: ***/s/ John J. Kavanagh***
John J. Kavanagh

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October 2014, a true and correct copy of the foregoing pleading was served by filing it electronically with the Court's CM/ECF system on the below-named counsel of record.

Thomas C. O'Konski
Aaron S. Jacobs
William J. Mostyn IV
Michael E. Attaya
Michael R. Reinemann
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Counsel for Savant Systems, LLC
(617) 951-2500 (Telephone)
(617) 951-3927 (Facsimile)
tok@c-m.com
ajacobs@c-m.com
wjm@c-m.com

Paul J. Hayes
Kevin Gannon
HAYES MESSINA GILMAN & HAYES LLC
200 State Street
Boston, MA 02109
(617) 439-4200 (Telephone)
(617) 443-1999 (Facsimile)
phayes@hayesmessina.com
kgannon@hayesmessina.com

Christopher S. Finnerty
Jeffrey S. Patterson
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, Massachusetts 02109
chris.finnerty@nelsonmullins.com
jeffrey.patterson@nelsonmullins.com

Counsel for Plaintiff Savant Systems, LLC

/s/ ***Michael J. Pineault***