IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.,<br><br>Defendant.<br><br>CRESTRON ELECTRONICS, INC.<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>SAVANT SYSTEMS, LLC,<br><br>Counterclaim-Defendant. | Civil Action No.: 1:10-cv-11622 (WGY) |

**DECLARATION OF JOHN J. KAVANAGH IN SUPPORT OF CRESTRON ELECTRONICS, INC.'S OPPOSITION TO PLAINTIFF SAVANT SYSTEMS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CRESTRON'S FOURTH COUNTERCLAIM <u>FOR VIOLATION OF THE LANHAM ACT</u>**

I, John J. Kavanagh, being of full age, hereby certify as follows:

1. I am an attorney-at-law in the District of Columbia, and am counsel for Defendant Crestron Electronics, Inc. ("Crestron") in the above-captioned matter. As such, I am fully familiar with the facts and circumstances of this case. I make this Declaration in support of Crestron's Opposition to Plaintiff Savant Systems, LLC's ("Savant's") Motion for Partial Summary Judgment on Crestron's Fourth Counterclaim for Violation of the Lanham Act.

2. Attached hereto as **Exhibit A** is a true and correct copy of Savant's Responses to Crestron's Second Set of Requests for Admission, dated January 10, 2013.

3. Attached hereto as **Exhibit B** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0018029.

4. Attached hereto as **Exhibit C** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0056793.

5. Attached hereto as **Exhibit D** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0059284.

6. Attached hereto as **Exhibit E** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0065642.

7. Attached hereto as **Exhibit F** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0088147.

8. Attached hereto as **Exhibit G** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0138455.

9. Attached hereto as **Exhibit H** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0138480.

10. Attached hereto as **Exhibit I** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron0298928.

11. Attached hereto as **Exhibit J** is a true and correct copy of a document produced by Crestron beginning with Bates No. Crestron1875825.

12. Attached hereto as **Exhibit K** is a true and correct copy of a document identified as Exhibit 2 to the October 26, 2011 deposition of Robert Madonna.

13. Attached hereto as **Exhibit L** is a true and correct copy of a document attached as Exhibit D (Dkt. # 400-1) to Crestron's First Amended Counterclaim Complaint (Dkt. # 400).

14. Attached hereto as **Exhibit M** is a true and correct copy of a document attached as Exhibit E (Dkt. # 400-1) to Crestron's First Amended Counterclaim Complaint (Dkt. # 400).

15. Attached hereto as **Exhibit N** is a true and correct copy of a document attached as Exhibit F (Dkt. # 400-1) to Crestron's First Amended Counterclaim Complaint (Dkt. # 400).

16. Attached hereto as **Exhibit O** is a true and correct copy of a document attached as Exhibit G (Dkt. # 400-1) to Crestron's First Amended Counterclaim Complaint (Dkt. # 400).

17. Attached hereto as **Exhibit P** is a true and correct copy of a document attached as Exhibit H (Dkt. # 400-1) to Crestron's First Amended Counterclaim Complaint (Dkt. # 400).

18. Attached hereto as **Exhibit Q** is a true and correct copy of a document attached as Exhibit I (Dkt. # 400-1) to Crestron's First Amended Counterclaim Complaint (Dkt. # 400).

19. Attached hereto as **Exhibit R** is a true and correct copy of a document attached as Exhibit K (Dkt. # 400-1) to Crestron's First Amended Counterclaim Complaint (Dkt. # 400).

20. Attached hereto as **Exhibit S** is a true and correct copy of a document attached as Exhibit L (Dkt. # 400-1) to Crestron's First Amended Counterclaim Complaint (Dkt. # 400).

21. Attached hereto as **Exhibit T** is a true and correct copy of a webpage available at http://audiodave.net/brands/savant/.

22. Attached hereto as **Exhibit U** is a true and correct copy of a webpage available at http://londonaudio.com/savant-whole-house-audio-syste/.

23. Attached hereto as **Exhibit V** is a true and correct copy of a webpage available at http://prmac.com/release-id-60424.htm.

24. Attached hereto as **Exhibit W** is a true and correct copy of a webpage available at http://store.indigodomo.com/.

25. Attached hereto as **Exhibit X** is a true and correct copy of a webpage available at http://www.alwaysthinking.com/thinkingHome.html.

26. Attached hereto as **Exhibit Y** is a true and correct copy of a webpage available at http://www.cepro.com/article/clare_controls_clarevision_ip_video_surveillance_system/K31.

27. Attached hereto as **Exhibit Z** is a true and correct copy of a webpage available at http://www.cepro.com/article/new_apple-based_home_automation_system_blends_cloud_mac_mini/.

28. Attached hereto as **Exhibit AA** is a true and correct copy of a webpage available at http://www.electronichouse.com/article/perceptive_automation_debuts_indigo_6_mac_home_automation_server/Software.

29. Attached hereto as **Exhibit BB** is a true and correct copy of a webpage available at http://www.electronichouse.com/specials/savant.

30. Attached hereto as **Exhibit CC** is a true and correct copy of a webpage available at http://www.keydigital.com/compass/.

31. Attached hereto as **Exhibit DD** is a true and correct copy of a webpage available at http://www.savantsystems.com/archives/home_automation_controllers_time_to_move_outside_the_box.aspx.

32. Attached hereto as **Exhibit EE** is a true and correct copy of a document beginning with Bates No. LEV0000152.

33. Attached hereto as **Exhibit FF** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0086823.

34. Attached hereto as **Exhibit GG** is a true and correct copy of documents produced by Savant beginning with Bates Nos. SAVANT0671643-SAVANT0671678.

35. Attached hereto as **Exhibit HH** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT2787541.

36. Attached hereto as **Exhibit II** is a true and correct copy of excerpts from the deposition transcript of Crestron in this matter, through its corporate representative Fred Bargetzi, taken on September 29, 2014.

37. Attached hereto as **Exhibit JJ** is a true and correct copy of excerpts from the deposition transcript of James Carroll in this matter, taken on March 22, 2013.

38. Attached hereto as **Exhibit KK** is a true and correct copy of excerpts from the deposition transcript of Philip Schoonover in this matter, taken on August 1, 2012.

39. Attached hereto as **Exhibit LL** is a true and correct copy of excerpts from the deposition transcript of Craig Spinner in this matter, taken on February 21, 2013.

40. Attached hereto as **Exhibit MM** is a true and correct copy of excerpts from the deposition transcript of Gadi Tamari in this matter, taken on July 30, 2012.

41. Attached hereto as **Exhibit NN** is a true and correct copy of excerpts from the deposition transcript of Robert Gullo in this matter, taken on March 5, 2013.

42. Attached hereto as **Exhibit OO** is a true and correct copy of a document produced by Savant beginning with Bates No. SAVANT0132033.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2014.

By: ***_/s/ John J. Kavanagh___________***
John J. Kavanagh

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October 2014, a true and correct copy of the foregoing pleading was served by filing it electronically with the Court's CM/ECF system on the below-named counsel of record.

Thomas C. O'Konski
Aaron S. Jacobs
William J. Mostyn IV
Michael E. Attaya
Michael R. Reinemann
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500 (Telephone)
(617) 951-3927 (Facsimile)
tok@c-m.com
ajacobs@c-m.com
wjm@c-m.com

Paul J. Hayes
Kevin Gannon
Joseph P. Messina
Brian J. Bosworth
HAYES MESSINA GILMAN & HAYES LLC
200 State Street
Boston, MA 02109
(617) 439-4200 (Telephone)
(617) 443-1999 (Facsimile)
phayes@hayesmessina.com
kgannon@hayesmessina.com
jmessina@hayesmessina.com
bbosworth@hayesmessina.com

Christopher S. Finnerty
Jeffrey S. Patterson
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Post Office Square, 30th Floor
Boston, MA 02109
(617) 573-4700 (Telephone)
(617) 573-4710 (Facsimile)
chris.finnerty@nelsonmullins.com
jeffrey.patterson@nelsonmullins.com

*Counsel for Plaintiff Savant Systems, LLC*

/s/ ***Michael J. Pineault***