IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVANT SYSTEMS, LLC<br>Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.<br>Defendant<br><br>CRESTRON ELECTRONICS, INC.<br>Counterclaim-Plaintiff,<br>v.<br><br>SAVANT SYSTEMS, LLC<br>Counterclaim-Defendant | Civil Action No.: 10-cv-11622- WGY<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF WILLIAM J. MOSTYN IV IN SUPPORT OF PLAINTIFF SAVANT SYSTEMS, LLC'S OPPOSITION TO CRESTRON ELECTRONICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON SAVANT SYSTEMS, LLC'S CLAIMS FOR TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS AND WITH PROSPECTIVE CONTRACTUAL RELATIONS**

I, William J. Mostyn IV, declare as follows:

1. I am an associate at the law firm of Cesari and McKenna, LLP, and counsel for Plaintiff and Counterclaim-Defendant Savant Systems, LLC ("Savant"). I am admitted to the Bars of Massachusetts and the United States District Court for the District of Massachusetts. I am fully familiar with the facts and circumstances of this case, and make this Declaration in support of Plaintiff's Motion based thereon.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the data file "15 Concrete Examples.xlsx," "Intelect" tab.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the data file "15 Concrete Examples.xlsx," "SoCal SmartHome" tab.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the data file "CORR 48 Lost profits.csv."

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Savant's 30(b)(6) witness Robert Madonna (January 21, 2014).

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Savant's 30(b)(6) witness James Carroll (January 22, 2014).

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Robert Madonna (October 26, 2011).

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Declaration of Michael Silva in Support of Plaintiff's Motion to Compel Production of Documents in Response to Production and Answers to Interrogatories (Dkt. No. 107).

9 Attached hereto as **Exhibit 8** is a true and correct copy of AmericanAutomation0000022-23.

10 Attached hereto as **Exhibit 9** is a true and correct copy of ANSR0000123.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the deposition of Edward Breslow (July 31, 2012).

12. Attached hereto as **Exhibit 11** is a true and correct copy of Dkt. No. 240 (Carroll Decl.).

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition of Robert J. Christensen (December 4, 2012).

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Corrected Expert Report of Professor Einer Elhauge.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the deposition of Crestron's 30(b)(6) witness (Klein) (Jan. 16, 2014)

16. Attached hereto as **Exhibit 15** is a true and correct copy of *Crestron Electronics, Inc. v. Cyber Sound & Security, LLC*, Civ. Action No. 2:11-cv-03492-FSH-PS, Dkt. No. 1 (Crestron's Compl.) (June 16, 2011).

17. Attached hereto as **Exhibit 16** is a true and correct copy Defendant and Counterclaim Plaintiff Crestron Electronics, Inc.'s Objections and Responses to Plaintiff and Counterclaim Defendant Savant Systems, LLC's Fifth Set of Interrogatories, Resp. No. 80.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Defendant and Counterclaim Plaintiff Crestron Electronics, Inc.'s Supplemental Objections and Responses to Interrogatory Nos. 90, 94 and 95 in Plaintiff and Counterclaim Defendant Savant Systems, LLC's Sixth Set of Interrogatories, Resp. 90 & Appendix A.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Defendant and Counterclaim Plaintiff Crestron Electronics, Inc.'s Response to Plaintiff and Counterclaim Defendant's Second Set of Interrogatories, Resp. 12.

20. Attached hereto as **Exhibit 19** is a true and correct copy of "VGA to DVI Scaler Plus EXT-VGA-2-DVISPUser Manual," located at http://www.gefen.com/pdf/EXT-VGA-2-DVISP.pdf (last accessed Oct. 17, 2014).

21. Attached hereto as **Exhibit 20** is a true and correct copy of Defendant Crestron Electronics, Inc.'s Further Supplemental Responses to Plaintiff's Interrogatories, Supp. Resp. 12.

22. Attached hereto as **Exhibit 21** is a true and correct copy of Defendant Crestron Electronics, Inc.'s Response to Plaintiff's Second Set of Requests for Admission, Resp. 98.

23. Attached hereto as **Exhibit 22** is a true and correct copy of "MTP/HDMI U T A D," located at http://www.extron.com/product/product.aspx?id=tphdutad (last accessed on 10/16/2014).

24. Attached hereto as **Exhibit 23** is a true and correct copy Dkt. No. 394 (Savant's Second Am. Compl.), Exhibits E, C, D, E, F, G, H, I, J, K.

25. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the Expert Report of Daniel S. Kippycash.

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from Expert Report of Simon D. Platt, CPA/CFF, FCA.

27. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the deposition of Jason Jobe (May 8, 2012).

28. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the deposition of Randy Klein (March 28, 2013).

29. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the deposition of Jonathan Lane (April 18, 2012).

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the deposition of Savant's 30(b)(6) witness Robert Madonna (October 25, 2012).

31. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of the deposition of Robert Gullo (March 5, 2013).

32. Attached hereto as **Exhibit 31** is a true and correct copy of Plaintiff Savant Systems, LLC's Supplemental Answers to Interrogatory Nos. 4, 11 and 49 Through 58 of Crestron Electronics, Inc.'s First, Third and Sixth Sets of Interrogatories.

33. Attached hereto as **Exhibit 32** is a true and correct copy of Plaintiff Savant Systems, LLC's Supplemental Responses to Crestron Electronics, Inc.'s Additional Interrogatories Nos. 1-3, Supp. Resp. 2.

34. Attached hereto as **Exhibit 33** is a true and correct copy of Savant's Objections and Responses to Crestron's Additional Interrogatories Nos. 1-3, Supp. Resp. 1.

35. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the deposition of Sean Riordan (September 12, 2012).

36. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts from the deposition of Savant's 30(b)(6) witness Robert Madonna (October 1, 2014).

37. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the deposition of John Selby (April 5, 2012).

38. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts from the deposition of David Sell (Dec. 7, 2102).

39. Attached hereto as **Exhibit 38** is a true and correct copy of Ex. 57 to the deposition of David Sell (December 7, 2012).

40. Attached hereto as **Exhibit 39** is a true and correct copy of Ex. 70 to the deposition of David Sell (December 7, 2012).

41. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts from the deposition of Marla Suttenberg (Feb. 28, 2013).

42. Attached hereto as **Exhibit 41** is a true and correct copy of Ex. 7 to the deposition of Marla Suttenberg (Feb. 28, 2013).

43. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts from the deposition of Chad Weuve (May 1, 2012).

44. Attached hereto as **Exhibit 43** is a true and correct copy of Crestron0177323, produced by Crestron in native format.

45. Attached hereto as **Exhibit 44** is a true and correct copy of Crestron0000632-34.

46. Attached hereto as **Exhibit 45** is a true and correct copy of Crestron0000669-70.

47. Attached hereto as **Exhibit 46** is a true and correct copy of Crestron0003071, Weekly Summary Q1 tab, Row 31, produced by Crestron in native format, which has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

48. Attached hereto as **Exhibit 47** is a true and correct copy of Crestron0007901-02.

49. Attached hereto as **Exhibit 48** is a true and correct copy of Crestron0031284-85.

50. Attached hereto as **Exhibit 49** is a true and correct copy of Crestron0052188-89.

51. Attached hereto as **Exhibit 50** is a true and correct copy of Crestron0052190.

52. Attached hereto as **Exhibit 51** is a true and correct copy of Crestron0052249.

53. Attached hereto as **Exhibit 52** is a true and correct copy of Crestron0073898-99.

54. Attached hereto as **Exhibit 53** is a true and correct copy of Crestron0075722.

55. Attached hereto as **Exhibit 54** is a true and correct copy of Crestron0075839.

56. Attached hereto as **Exhibit 55** is a true and correct copy of Crestron0083159.

57. Attached hereto as **Exhibit 56** is a true and correct copy of Crestron0085203-07.

58. Attached hereto as **Exhibit 57** is a true and correct copy of Crestron0085273-75.

59. Attached hereto as **Exhibit 58** is a true and correct copy of Crestron0085335-36.

60. Attached hereto as **Exhibit 59** is a true and correct copy of Crestron0090368-71.

61. Attached hereto as **Exhibit 60** is a true and correct copy of Crestron0097982-24.

62. Attached hereto as **Exhibit 61** is a true and correct copy of Crestron0098545.

63. Attached hereto as **Exhibit 62** is a true and correct copy of Crestron0098646-47.

64. Attached hereto as **Exhibit 63** is a true and correct copy of Crestron0098653-55.

65. Attached hereto as **Exhibit 64** is a true and correct copy of Crestron0099407-8.

66. Attached hereto as **Exhibit 65** is a true and correct copy of Crestron0118963.

67. Attached hereto as **Exhibit 66** is a true and correct copy of Crestron0119464, Fiscal Q1 ’10, Row 6, produced in native format by Crestron.

68. Attached hereto as **Exhibit 67** is a true and correct copy of Crestron0119743-44, which has been partially redacted by Crestron, at Crestron’s request, to omit information regarding commercial and/or international sales.

69. Attached hereto as **Exhibit 68** is a true and correct copy of Crestron0122249, Tab Fiscal Q1 '09, Row 43, produced in native format by Crestron.

70. Attached hereto as **Exhibit 69** is a true and correct copy of Crestron0124727.

71. Attached hereto as **Exhibit 70** is a true and correct copy of Crestron0133953-54.

72. Attached hereto as **Exhibit 71** is a true and correct copy of Crestron0133959.

73. Attached hereto as **Exhibit 72** is a true and correct copy of Crestron0133974-75.

74. Attached hereto as **Exhibit 73** is a true and correct copy of Crestron0135303-07.

75. Attached hereto as **Exhibit 74** is a true and correct copy of Crestron0136634-36.

76. Attached hereto as **Exhibit 75** is a true and correct copy of "MTP/HDMI U R," located at http://www.extron.com/product/product.aspx?id=mtphdmiur (last accessed on 10/16/2013).

77. Attached hereto as **Exhibit 76** is a true and correct copy of Crestron0136637-38.

78. Attached hereto as **Exhibit 77** is a true and correct copy of Crestron0137437.

79. Attached hereto as **Exhibit 78** is a true and correct copy of Crestron0138196, Q4 Call Reports tab at Line 704, produced in native format by Crestron, which has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

80. Attached hereto as **Exhibit 79** is a true and correct copy of Crestron0138234-35.

81. Attached hereto as **Exhibit 80** is a true and correct copy of Crestron0138821-22.

82. Attached hereto as **Exhibit 81** is a true and correct copy of Crestron0138829-31.

83. Attached hereto as **Exhibit 82** is a true and correct copy of Crestron0147517-20.

84. Attached hereto as **Exhibit 83** is a true and correct copy of Crestron0148243.

85. Attached hereto as **Exhibit 84** is a true and correct copy of Crestron0148246.

86. Attached hereto as **Exhibit 85** is a true and correct copy of Crestron0152590-92.

87. Attached hereto as **Exhibit 86** is a true and correct copy of Crestron0158179-80.

88. Attached hereto as **Exhibit 87** is a true and correct copy of Crestron0158374-78, which has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

89. Attached hereto as **Exhibit 88** is a true and correct copy of Crestron0165623.

90. Attached hereto as **Exhibit 89** is a true and correct copy of Crestron0165880.

91. Attached hereto as **Exhibit 90** is a true and correct copy of Crestron0170269.

92. Attached hereto as **Exhibit 91** is a true and correct copy of Crestron0170318-19.

93. Attached hereto as **Exhibit 92** is a true and correct copy of Crestron0172210, Row 41, produced in native format by Crestron .

94. Attached hereto as **Exhibit 93** is a true and correct copy of Crestron0177323.

95. Attached hereto as **Exhibit 94** is a true and correct copy of SAVANT0008499-500.

96. Attached hereto as **Exhibit 95** is a true and correct copy of SAVANT014719.

97. Attached hereto as **Exhibit 96** is a true and correct copy of SAVANT0240613.

98. Attached hereto as **Exhibit 97** is a true and correct copy of SAVANT0243215.

99. Attached hereto as **Exhibit 98** is a true and correct copy of SAVANT0463966.

100. Attached hereto as **Exhibit 99** is a true and correct copy of SAVANT0537227.

101. Attached hereto as **Exhibit 100** is a true and correct copy of SAVANT0964931.

102. There is no **Exhibit 101**.

103. Attached hereto as **Exhibit 102** is a true and correct copy of SAVANT2882677.

104. Attached hereto as **Exhibit 103** is a true and correct copy of SAVANT3446513.

105. Attached hereto as **Exhibit 104** is a true and correct copy of SAVANT0560231.

106. Attached hereto as **Exhibit 105** is a true and correct copy of SAVANT3560249-267.

107. Attached hereto as **Exhibit 106** is a true and correct copy of SAVANT3560268-88.

108. Attached hereto as **Exhibit 107** is a true and correct copy of SAVANT3560289-309.

109. Attached hereto as **Exhibit 108** is a true and correct copy of SAVANT3560310.

110. Attached hereto as **Exhibit 109** is a true and correct copy of SAVANT3560311–322.

111. Attached hereto as **Exhibit 110** is a true and correct copy of excerpts from the deposition of Craig Stulce (September 20, 2012).

112. Attached hereto as **Exhibit 111** is a true and correct copy of excerpts from the deposition of Steve Dutton (May 18, 2012).

113. Attached hereto as **Exhibit 112** is a true and correct copy of excerpts from the deposition of Steven Vickers (October 12, 2012).

114. Attached hereto as **Exhibit 113** is a true and correct copy of Crestron0099409, Tab "Sheet One," produced in native format by Crestron0099409.

115. Attached hereto as **Exhibit 114** is a true and correct copy of Crestron0001489.

116. Attached hereto as **Exhibit 115** is a true and correct copy of Crestron2032301.

117. Attached hereto as **Exhibit 116** is a true and correct copy of Crestron0182021.

118. Attached hereto as **Exhibit 117** is a true and correct copy of Crestron2558269.

119. Attached hereto as **Exhibit 118** is a true and correct copy of Crestron0349081, Row 8657, produced in native format by Crestron.

120. Attached hereto as **Exhibit 119** is a true and correct copy of Crestron2558380, Rows 409 & 900, produced in native format by Crestron.

121. Attached hereto as **Exhibit 120** is a true and correct copy of Crestron0178165, which has been partially redacted by Crestron, at Crestron's request, to omit information regarding commercial and/or international sales.

122. Attached hereto as **Exhibit 121** a true and correct copy of Crestron0189255.

123. Attached hereto as **Exhibit 122** is a true and correct copy of Crestron2558380, Row 525, produced in native format by Crestron.

124. Attached hereto as **Exhibit 123** is a true and correct copy of Crestron2070008.

125. Attached hereto as **Exhibit 124** is a true and correct copy of Crestron0177742, Row 31, produced in native format by Crestron.

126. Attached hereto as **Exhibit 125** is a true and correct copy of Crestron0024728.

127. Attached hereto as **Exhibit 126** is a true and correct copy of Crestron0129423.

128. Attached hereto as **Exhibit 127** is a true and correct copy of Crestron0058785.

129. Attached hereto as **Exhibit 128** is a true and correct copy of Crestron0003788.

130. Attached hereto as **Exhibit 129** is a true and correct copy of SAVANT0484583.

131. Attached hereto as **Exhibit 130** is a true and correct copy of SAVANT3560267.

132. Attached hereto as **Exhibit 131** is a true and correct copy of SAVANT3560309.

133. Attached hereto as **Exhibit 132** is a true and correct copy of SAVANT3559619.

134. Attached hereto as **Exhibit 133** is a true and correct copy of SAVANT0143224.

135. Attached hereto as **Exhibit 134** is a true and correct copy of SAVANT3560271.

136. Attached hereto as **Exhibit 135** is a true and correct copy of SAVANT3560273.

137. Attached hereto as **Exhibit 136** is a true and correct copy of SAVANT3560284.

138. Attached hereto as **Exhibit 137** is a true and correct copy of SAVANT0522793.

139. Attached hereto as **Exhibit 138** is a true and correct copy of SAVANT3560248.

140. Attached hereto as **Exhibit 139** is a true and correct copy of Crestron0071768, Row 10, produced in native format by Crestron.

141. Attached hereto as **Exhibit 140** is a true and correct copy of Crestron0085274.

142. Attached hereto as **Exhibit 141** is a true and correct copy of Crestron0122243.

143. Attached hereto as **Exhibit 142** is a true and correct copy of Crestron0133974.

144. Attached hereto as **Exhibit 143** is a true and correct copy of Crestron0030812.

145. Attached hereto as **Exhibit 144** is a true and correct copy of Crestron0030813.

146. Attached hereto as **Exhibit 145** is a true and correct copy of Crestron0030995.

147. Attached hereto as **Exhibit 146** is a true and correct copy of Crestron0145337.

148. Attached hereto as **Exhibit 147** is a true and correct copy of Crestron0349081, Row 8592, produced in native format by Crestron.

149. Attached hereto as **Exhibit 148** is a true and correct copy of Crestron0085273.

150. Attached hereto as **Exhibit 149** is a true and correct copy of excerpts from the deposition of David Vatland (April 20, 2012).

151. Attached hereto as **Exhibit 150** is a true and correct copy of excerpts from the deposition of Otto Benson (March 19, 2012).

152. Attached hereto as **Exhibit 151** is a true and correct copy of Crestron0115933-34.

153. Attached hereto as **Exhibit 152** is a true and correct copy of Crestron2558263

154 Attached hereto as **Exhibit 153** is a true and correct copy of Crestron0109345.

155. Attached hereto as **Exhibit 154** is a true and correct copy of Crestron0109346.

156. Attached hereto as **Exhibit 155** is a true and correct copy of Crestron0170271, CMW QTR. 1 FY-09 Tab, produced in native format by Crestron.

157. Attached hereto as **Exhibit 156** is a true and correct copy of excerpts from the deposition of Richard Smith (May 16, 2012).

158. Attached hereto as **Exhibit 157** is a true and correct copy of Crestron0138868.

159. Attached hereto as **Exhibit 158** is a true and correct copy of Crestron2558264.

160. Attached hereto as **Exhibit 159** is a true and correct copy of Crestron2558325-28.

161. Attached hereto as **Exhibit 160** is a true and correct copy of SAVANT0132495-96.

Dated this 22nd day of October 2014, in Boston, Massachusetts.

/s/ William J. Mostyn IV
William J. Mostyn IV

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 22, 2014.

/s/ William J. Mostyn IV
William J. Mostyn IV